## LIST OF FIGURES

Figure                                                                       Page

1     Sampling reaches for adult and subadult Colorado pikeminnow monitoring ..... 3

2     Relationship of mean CPE calculated using number of Colorado
pikeminnow captured per hour of electrofishing with mean CPE calculated
using number of Colorado pikeminnow captured per mile of electrofishing
and mean CPE calculated using number of Colorado pikeminnow captured
and observed per hour of electrofishing ................................. 8

3     Mean CPE of Colorado pikeminnow in the Green River, 1986–2000 .......... 9

4     Mean CPE of Colorado pikeminnow in upper and lower reaches of the
Green River, 1986–2000 ............................................. 10

5     Mean CPE of Colorado pikeminnow in the Colorado River, 1986–2000 ....... 11

6     Mean CPE of Colorado pikeminnow in upper and lower reaches of the
Colorado River, 1986–2000 .......................................... 11

7     Mean CPE of Colorado pikeminnow in the Yampa River, 1986–2000 ......... 12

8     Mean CPE of Colorado pikeminnow in the White River, 1986–2000 .......... 13

9     Average length-frequency distribution of Colorado pikeminnow in the
Colorado, Green, White, and Yampa rivers, 1986–2000 ................... 15

10    Average length-frequency distribution of Colorado pikeminnow in upper
and lower reaches of the Green River, 1986–2000 ....................... 16

11    Average length-frequency distribution of Colorado pikeminnow in upper
and lower reaches of the Colorado River, 1986–2000 .................... 17

A-1   Length-frequency distribution of Colorado pikeminnow in the Green
River, 1986–2000 ................................................. A-20

A-2   Length-frequency distribution of Colorado pikeminnow in the Colorado
River, 1986–2000 ................................................. A-22

A-3   Length-frequency distribution of Colorado pikeminnow in the White
River, 1986–2000 ................................................. A-24

BLM_0057119

**LIST OF FIGURES (Continued)**

Figure                                                                                      Page

A-4      Length-frequency distribution of Colorado pikeminnow in the Yampa
River, 1986–2000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-26

A-5      Length-frequency distribution of Colorado pikeminnow in the Green
River, partitioned by upper and lower reaches . . . . . . . . . . . . . . . . . . . . . . . . A-28

A-6      Length-frequency distribution of Colorado pikeminnow in the Colorado
River, partitioned by upper and lower reaches . . . . . . . . . . . . . . . . . . . . . . . . A-32

BLM_0057120

## ACKNOWLEDGMENTS

Many individuals have participated in the Interagency Standardized Monitoring Program since it began. Field work was conducted by personnel from the Colorado Division of Wildlife (CDOW) and Utah Division of Wildlife Resources (UDWR). Principal biologists from CDOW included Bill Elmblad, Pat Martinez and Tom Nesler. Principal biologists from UDWR included Bill Bates, Garn Birchel, Ron Brunson, Pete Cavalli, Tom Chart, Kevin Christopherson, Steve Cranney, Mike Hudson, Miles Moretti, and Melissa Trammell. Many seasonal employees of both agencies assisted with field work. Ron Ryel assisted with statistical analysis. Reviews of earlier versions of this report were provided by Kevin Bestgen, Kevin Christopherson, Tom Czapla, Kirk LaGory, Tom Nesler, and John Wullschleger.

This study was funded by the Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin. The Recovery Program is a joint effort of the Fish and Wildlife Service, Bureau of Reclamation, National Park Service, Western Area Power Administration, states of Colorado, Utah, and Wyoming, Colorado Energy Distributors Association, Upper Basin water users, and environmental organizations.

BLM_0057121

## EXECUTIVE SUMMARY

Colorado pikeminnow (*Ptychocheilus lucius*) is a large piscivorus cyprinid endemic to the Colorado River basin that is currently listed as endangered under the Endangered Species Act of 1973 (as amended). A cooperative recovery program was developed to provide funding for research and management actions that would ultimately lead to recovery of the species. As part of that recovery program, the Interagency Standardized Monitoring Program (ISMP) was begun to measure trends in relative abundance of adult Colorado pikeminnow in large segments of its range in the upper Colorado River basin.

ISMP sampled 186 miles of four rivers in the upper basin — the Green (five reaches, 77 mi), Colorado (three reaches, 54 mi), White (two reaches, 30 mi), and Yampa (three reaches, 25 mi) rivers. Sampling was done by electrofishing both shorelines of the sampling reaches using hard-bottom electrofishing boats. Relative abundance of Colorado pikeminnow was estimated by mean catch per effort (CPE; fish captured per hour of electrofishing) by river and by year.

Sampling began in 1986 and terminated in 2000. Significant differences in mean CPE among years and significant positive relationships over time indicated that the Colorado pikeminnow population increased during the 15-year study period. The most dramatic increases occurred in the Green and White rivers, with a lesser increase in the Colorado and Yampa rivers. Relative abundance, as estimated by electrofishing CPE, dropped off in the Colorado River in the last two years of sampling; however, it continued to climb in the Green and White rivers. Relative abundance in the Yampa and Colorado rivers exhibited two or more plateaus rather than steady increases as occurred in the White and Green rivers.

ISMP detected an increasing trend in the adult Colorado pikeminnow population. However, the sampling design did not allow robust estimation of actual population size. ISMP was terminated after an expanded study was initiated that was specifically designed to develop mark-recapture population estimates for all areas in the upper basin occupied by Colorado pikeminnow. This report provides a final summary of ISMP data for adult Colorado pikeminnow.

BLM_0057122

## INTRODUCTION

Colorado pikeminnow (*Ptychocheilus lucius*) is a large piscivorus cyprinid endemic to the Colorado River basin (Minckley 1973). The species was once widespread in the large rivers of the Colorado River Basin, but it was eliminated from rivers downstream of Lake Powell by the late 1960s (Minckley 1973). Although Colorado pikeminnow still exists in the large rivers of the upper basin (Tyus 1991), its range has been reduced by construction of large reservoirs that eliminated habitat and changed downstream water quality (e.g., Vanicek et al. 1970), and construction of instream barriers that blocked access to historic range (Burdick and Kaeding 1990). In addition, more than 40 exotic species have been introduced to the rivers of the upper basin (Tyus et al. 1982a); many of these species are competitors with or predators on native fishes (Hawkins and Nesler 1991). Loss of habitat in the lower basin, unknown status of the species in the upper basin, and potential for further habitat loss through construction of more reservoirs prompted Colorado pikeminnow to be included as endangered when the first list of endangered species was published in 1967 (USFWS 1967).

Conflicts between water development in the upper basin and endangered fish began soon after the Endangered Species Act (as amended) was passed in 1973 (Wydoski and Hamill 1991). In an attempt to resolve those conflicts, the Recovery Program for the Endangered Fishes of the Upper Colorado River (Recovery Program) was developed to fund management actions to recover Colorado pikeminnow (and other listed fishes) and allow the states of the upper basin to continue to develop water (Wydoski and Hamill 1991). During formation of the Recovery Program, an Interagency Standardized Monitoring Program (ISMP) was developed to monitor trends in the subadult and adult Colorado pikeminnow (hereinafter maturity is not referenced) population in the upper basin (USFWS 1987; McAda et al. 1994). The ISMP began in 1986 and used shoreline electrofishing to develop annual catch-per-effort (CPE) indices that could track changes in relative abundance of Colorado pikeminnow in these reaches. Participants recognized that large changes in CPE were required to detect significant differences among years (McAda 1989a,b), but felt that trend data provided useful information to managers.

During development of quantifiable recovery goals for Colorado pikeminnow (USFWS 2002), the Recovery Program recognized that the sampling effort expended in ISMP was not sufficient to develop robust population estimates for the species. As a result, a more intensive program was initiated that was specifically directed at developing population estimates of Colorado pikeminnow for each river in the upper basin. The revised sampling protocol called for sampling all of the known range of Colorado pikeminnow three times each year to develop mark-recapture population estimates. Because of the expanded effort, ISMP sampling for adult Colorado pikeminnow was terminated. This report summarizes the results of the shoreline electrofishing portion of ISMP for 1986 through 2000.

1

BLM_0057123

## METHODS

### Sampling Reaches

Sampling reaches were delineated based upon the Sensitive Areas Document (Biological Subcommittee 1984) which summarized river reaches important to the endangered fishes. Designation of the sensitive reaches was based on distribution and abundance data collected by earlier investigators (e.g. Wick et al. 1981, 1985a,b, 1986; Tyus et al. 1982b; Valdez et al. 1982; Archer et al. 1985). The reaches selected for ISMP contained more Colorado pikeminnow than other areas of the four rivers. Sampling was limited to flat-water sections because canyon-bound reaches required specialized equipment and extended sampling trips. Participants recognized that the ISMP reaches did not include the entire range of Colorado pikeminnow, but they felt that the reaches comprised a sufficient amount of habitat to monitor trends in abundance.

When ISMP began 186 miles of four rivers in the upper basin were sampled — the Green (five reaches, 77 mi), Colorado (three reaches, 54 mi), White (two reaches, 30 mi), and Yampa (three reaches, 25 mi) rivers (Figure 1). These 13 reaches were sampled every year. Additional reaches were added in 1994 that were sampled in alternating years to expand the sampling program and increase the number of Colorado pikeminnow handled each year. The additional reaches added 189 mi to the total sampling area, but only 10–60 mi of the extra habitat were sampled in a given year. All sampling reaches and the years they were sampled are described in Table 1. Because ISMP reaches had different lengths (5– 22 mi), they were divided into at least two, but no more than five subreaches ranging between 2.5 and 6 mi long. These subreaches remained constant after being established in the first year of ISMP. Sampling included both left and right shorelines of each reach (often sampled on different days).

### Sampling Protocol

Colorado pikeminnow monitoring was conducted annually in April or May, prior to peak runoff. All sampling was conducted from rigid-bottom, outboard-powered electrofishing boats equipped with 4- or 5- kilowatt generators and VVP-15s (or equivalent) to adjust the voltage transmitted to the water column. Electrofishing boats used two spherical anodes suspended from booms in front (use of spheres began in 1989, stainless steel cables were used 1986–1988) and stainless steel cables (cathodes) suspended from the sides. Electrode size, voltage, and amperage were adjusted to minimize the possibility of injuring a rare fish while maximizing electrofishing efficiency as much as possible. Adjustments were made to keep amperage at 6–8 amps to the extent possible. One or two netters were positioned on the front of the boat to capture fish.

2

BLM_0057124



FIGURE 1. — Sampling reaches for subadult and adult Colorado pikeminnow monitoring.  Reaches identified with numbers were sampled every year beginning in 1986.  Reaches identified with letters were sampled in alternating years beginning in 1994.

3

BLM_0057125

TABLE 1. —                                    ISMP sampling reaches.

| River/Reach[a] | Location (RM[b]) | Length (mi) |
|---|---|---|
| Green | | |
| 1 | 327–335 | 8 |
| 2 | 300–319 | 19 |
| 3 | 245–260 | 15 |
| 4 | 96–115 | 9 |
| 5 | 40– 56 | 16 |
| A (95, 00) | 280–298 | 18 |
| B (94) | 262–282 | 20 |
| C (98) | 230–245 | 15 |
| D (96) | 215–230 | 15 |
| E (95) | 86– 96 | 10 |
| F (98) | 68– 83 | 15 |
| G (94) | 27– 37 | 10 |
| H (00) | 18– 34 | 16 |
| I (97) | 14– 24 | 10 |
| Colorado | | |
| 6 | 132–154 | 22 |
| 7 | 86– 99 | 13 |
| 8 | 49– 68 | 20 |
| J (96, 99) | 15– 27 | 12 |
| K (98–00) | 154–171 | 17 |
| Yampa | | |
| 9 | 95–104 | 9 |
| 10 | 70– 80 | 10 |
| 11 | 49– 54 | 5 |
| White | | |
| 12 | 95–105 | 10 |
| 13 | 0– 21 | 21 |
| L (99) | 26– 57 | 31 |

[a] Reaches identified with numbers were sampled every year beginning in 1986. Reaches identified with letters were sampled in alternating years beginning in 1994; years sampled are given in parentheses.

[b] Green, Yampa, and White rivers — river miles upstream from their mouth. Colorado River — river miles upstream from the confluence with the Green River.

4

BLM_0057126

Investigators began at the top of each subreach and electrofished downstream at a constant rate with electrical current applied constantly to the water column. Investigators did not make judgements about locations that might hold Colorado pikeminnow and attempt to 'sneak up' on fish. Backwaters, tributary mouths, and other habitat features were sampled once. When a rare fish was captured, sampling was stopped and the fish processed and released as near to the capture site as possible. Sampling began again and proceeded downstream until another rare fish was captured or the end of the subsection was reached. At the top of the next subreach, data sheets were completed and the elapsed time clock (recording shocking time in seconds) was reset before sampling began again.

All Colorado pikeminnow encountered were captured when possible. Colorado pikeminnow that were positively identified (i.e. brought to the surface by the anode) but could not be captured were recorded as observed. All captured fish were checked for a PIT (passive integrated transponder) tag (Carlin tags prior to 1991), measured (total length, mm), and weighed (g). Unmarked fish were tagged before release.

**Data Analysis**

Capture data were analyzed as number of Colorado pikeminnow (CPM) collected per unit of electrofishing effort (CPE). Initial analyses compared CPE calculated using both sampling time (elapsed time on the VVP converted to hours [CPM/hr]) and total miles electrofished (CPM/mi) to determine if the resulting trends differed. Initial analyses also compared number of Colorado pikeminnow captured (CPM) with number of Colorado pikeminnow collected + number observed (CPM+obs) to determine if any differences occurred (e.g. efficiency of experienced vs inexperienced sampling crews). One sample consisted of the electrofishing done along one shoreline of one subreach. CPE was calculated for each sample, and then mean CPE was calculated for each reach, river, and all rivers combined for every year of sampling. River-wide calculations (i.e. all sampling reaches combined) used only data from the original 13 sampling reaches to ensure consistency among years.

Mean values calculated using the four values described above were plotted and compared using linear regression to verify that observed trends were consistent. River-wide CPE values were compared using two-factor, repeated measures analysis of variance (ANOVA) with reach as the repeated measure (subject factor), year the within factor, and river the between factor (Zar 1984). When differences were identified with ANOVA, pairwise comparisons were made using two different tests — Fisher's Least Significant Difference (LSD) Multiple-Comparison Test (considered a liberal test) and Tukey-Kramer Multiple-Comparison Test (conservative). River-wide trends in relative abundance were assessed with linear regression by comparing mean CPE over time (years). Annual mean CPE was compared to population estimates for the four different rivers with linear regression when estimates were available

5

(Osmundson and Burnham 1998; Nesler 2000; Osmundson 2002). Analyses were done with Number Cruncher software (Hintze 2001) with significance accepted at $P \leq 0.05$. Data from the Colorado and Green rivers were also broken into lower and upper river segments (Colorado River — upper = reach 6, lower = reaches 7 and 8; Green River — upper = reaches 1, 2, and 3, lower = reaches 4 and 5); differences among years were assessed using the same analyses.

Size structure was described using length-frequency distributions based on 1-cm length groups. Annual length-frequency distributions were calculated for each river and lower and upper segments of the Green and Colorado Rivers. An average length-frequency distribution was also calculated for each river to describe major differences in population structure among rivers. Fish collected from all reaches (including alternating reaches) were included in length-frequency distributions. Fish recaptured within the same year were used only once in analyses.

## RESULTS

Total number of Colorado pikeminnow captured during ISMP sampling was variable, but the numbers increased substantially in later years (Table 2). Total fish captured in the 13 original reaches ranged from 49 in 1988 to 314 in 2000. These totals include a few fish that were handled twice in the same year. Three alternating reaches were sampled in 2000 which increased the total number of fish captured in that year to 429. Over the 15-year study, the largest number of fish was captured in the Green River, followed by the White, Colorado, and Yampa rivers, respectively.

**Calculation of CPE**

Catch per effort was calculated four different ways for each river and sampling reach to ensure that trends were consistent among the different parameters: 1) CPM/hr, 2) CPM+obs/hr, 3) CPM/mi, and 4) CPM+obs/mi (Tables A-1–A-7). Regression of river-wide CPE as a function of year resulted in significant positive relationships ($P \leq 0.05$) for all four parameters in most cases (lower Colorado River and lower Green River were exceptions; Table A-8). Analysis of variance for all values also produced significant differences in most cases (upper Colorado River, lower Green River, and Yampa River were exceptions; Table A-8). Most importantly, all CPE parameters were significantly related to each other in all four rivers (Figure 2). Because the different CPE values all showed positive trends in each river and CPM/hr is the most commonly used measure of CPE for electrofishing samples, it was selected for the remaining analyses.

6

TABLE 2. —                                               Total number[a] of Colorado pikeminnow captured
sampling, 1986–2000.

| | Original Reaches | | | | | Alternating Reaches | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Year | Green | Colorado | White | Yampa | Sub Total | Green | Colorado | White | Sub Total | Total |
| 1986 | 42 | 11 | 5 | 17 | 75 | 0 | 0 | 0 | 0 | 75 |
| 1987 | 47 | 12 | 3 | 5 | 67 | 0 | 0 | 0 | 0 | 67 |
| 1988 | 34 | 4 | 5 | 6 | 49 | 0 | 0 | 0 | 0 | 49 |
| 1989 | 52 | 5 | 19 | 5 | 81 | 0 | 0 | 0 | 0 | 81 |
| 1990 | 77 | 4 | 22 | 5 | 108 | 0 | 0 | 0 | 0 | 108 |
| 1991 | 73 | 16 | 14 | 13 | 116 | 0 | 0 | 0 | 0 | 116 |
| 1992 | 85 | 31 | 19 | 18 | 153 | 0 | 0 | 0 | 0 | 153 |
| 1993 | 82 | 24 | 22 | 15 | 143 | 0 | 0 | 0 | 0 | 143 |
| 1994 | 99 | 33 | 31 | 14 | 177 | 54 | 0 | 0 | 54 | 231 |
| 1995 | 139 | 41 | 34 | 14 | 228 | 41 | 0 | 0 | 41 | 269 |
| 1996 | 119 | 40 | 39 | 14 | 212 | 9 | 11 | 0 | 20 | 232 |
| 1997 | 114 | 32 | 59 | 18 | 223 | 0 | 0 | 0 | 0 | 223 |
| 1998 | 143 | 31 | 38 | 19 | 231 | 60 | 0 | 0 | 60 | 291 |
| 1999 | 118 | 20 | 51 | 21 | 210 | 0 | 3 | 13 | 16 | 226 |
| 2000 | 195 | 12 | 91 | 16 | 314 | 112 | 3 | 0 | 115 | 429 |

[a] Numbers include some fish handled more than once in the same year. Numbers are broken down by sampling reach in Appendix Tables A-1–A-4.

## Colorado Pikeminnow Relative Abundance

Mean CPE was significantly different in at least two years in all rivers except for the Yampa River (ANOVA, $P \leq 0.05$; Table A-9). Pairwise comparisons using the Tukey-Kramer test (considered a conservative test) did not detect significant differences among individual years in either the Colorado or Yampa rivers (Table A-10). However, comparisons using Fisher's LSD test (a more liberal test) showed significant differences in all rivers (Table A-10). In general, CPE in later years was significantly greater than CPE in early years of ISMP. More significant differences among years occurred in the Green and White rivers than in the Colorado and Yampa rivers (Table A-10). Mean CPE was significantly related to time in all rivers and slopes of the regression lines were always significantly different than 0 (Table A-9). Overall, change in CPE indicated increasing Colorado pikeminnow abundance in the four major rivers of the upper basin throughout the 15-year study, especially the Green and White rivers.

BLM_0057129



FIGURE 2. — Relationship of mean CPE calculated using number of Colorado pikeminnow captured per hour of electrofishing (CPM/hr) with mean CPE calculated using number of Colorado pikeminnow captured per mile of electrofishing (CPM/mi) and mean CPE calculated using number of Colorado pikeminnow captured and observed per hour of electrofishing (CPM+obs/hr). All regression lines were significant ($P \leq 0.05$). Other regressions (CPM/mi vs CPM+obs/mi and CPM/hr vs CPM+obs/mi) were also significant, but were not plotted to preserve clarity of the graphs.

BLM_0057130

*Green River.* — River-wide CPE increased from less than 1 CPM/hr in the early years of ISMP to more than 3 CPM/hr in 2000, the last year that samples were taken (Figure 3). Although minor fluctuations occurred, mean CPE increased consistently over the sampling period after remaining about even through the first three years of study.  Mean CPE was more variable when divided into upper (1, 2, and 3) and lower (4 and 5) reaches of the Green River, although an upward trend was still evident (Figure 4).  Catch rates in the upper Green River increased substantially in 1989 and 1990, while they decreased in the lower river.  Lower river CPE increased steadily through the remainder of the study with highest CPE occurring in 2000.  In contrast, upper river CPE fluctuated through most of the 1990s, with highest CPE occurring in 1998.  Mean CPE dropped in the upper river in 1999 and 2000.



FIGURE 3. — **Mean CPE (CPM/hr) of Colorado pikeminnow in the Green River, 1986–2000.  Vertical bars represent 95% confidence intervals; regression results are provided in Table A-9.**

9

BLM_0057131



**FIGURE 4. — Mean CPE (CPM/hr) of Colorado pikeminnow in upper (1, 2, and 3) and lower (4 and 5) reaches of the Green River, 1986–2000. Vertical bars represent 95% confidence intervals; regression results are provided in Table A-9.**

*Colorado River.* — The slope of the regression line for the Colorado River was significantly greater than 0; however, visual inspection of the data shows two groups of years when catch rates were uniform, with no consistent increase (Figure 5). Mean CPE fluctuated around 0.25 CPM/hr in 1986–1990 and increased to about 1 CPM/hr in 1992–1998. Mean CPE for most years in the early group were significantly different from years in the later group, but the transition year of 1991 was not significantly different from years in either group (Fisher's LSD; Table A-10). Mean CPE dropped in 1999 and 2000; mean CPE in 2000 was significantly less than CPE in 1995–1998, but CPE in 1999 was not (Table A-10). Trends in CPE by reach were similar to the river-wide trend (Figure 6); low levels in 1986–1990 with higher levels in 1992–1998. However, CPE continued its upward trend through 1999 in the upper river and didn't drop off until 2000. Mean CPE in the lower river declined in 1999.

BLM_0057132



FIGURE 5. — Mean CPE (CPM/hr) of Colorado pikeminnow in the Colorado River, 1986–2000. Vertical bars represent 95% confidence intervals; regression results are provided in Table A-9.



FIGURE 6. — Mean CPE (CPM/hr) of Colorado pikeminnow in upper (6) and lower (7 and 8) reaches of the Colorado River, 1986–2000. Vertical bars represent 95% confidence intervals; regression results are provided in Table A-9.

11

BLM_0057133

*Yampa River.* — Although the slope of the regression line through the annual CPE values is significantly greater than zero, increase in mean CPE for the Yampa River is less than any other river. Mean CPE was about 1 CPM/hr in 1986, but dropped below 0.5 CPM/hr in 1987 and remained below that level through 1990 (Figure 7). Mean CPE increased in 1991, but remained below 1 CPM/hr until 1998. It dropped back below 1 CPM/hr in 2000.

*White River.* — Mean CPE in the White River increased more than in any other river in the basin. Mean CPE was 0.27 CPM/hr in 1986 and increased to 4.7 CPM/hr in 2000 (Figure 8). Mean CPE increased steadily throughout the study period except for 1991–1992 and 1998–1999 when it leveled off briefly.



FIGURE 7. — Mean CPE (CPM/hr) of Colorado pikeminnow in the Yampa River, 1986–2000. Vertical bars represent 95% confidence intervals; regression results are provided in Table A-9.

BLM_0057134



FIGURE 8. — **Mean CPE (CPM/hr) of Colorado pikeminnow in the White River, 1986–2000. Vertical bars represent 95% confidence intervals; regression results are provided in Table A-9.**

### Relationship Between Mean CPE and Population Estimates

Population estimates were available for 1992–1997 in the Green, Yampa, and White rivers (Nesler 2000) and for three different time periods in the Colorado River — 1991–1997 (Nesler 2000), 1992–1994 (Osmundson and Burnham 1998), and 1998–2000 (Osmundson 2002). Linear regressions were calculated for each river by time period and in the Colorado River for the combined period encompassed by the two Osmundson estimates. Mean CPE and population estimates were poorly correlated, with the White River exhibiting the only significant relationship at $P \leq 0.05$ (Table 3). However, the relationship in the Green River was significant at $P \leq 0.1$ (Table 3).

### Size Structure

Annual length-frequency distributions for the Green, Colorado, Yampa, and White rivers are provided in Figures A-1–A-4. Annual length-frequency distributions for the upper and lower reaches of the Green and Colorado rivers are provided in Figures A-5–A-6. Annual histograms varied among rivers, but generally reflected the same patterns. For example,

13

BLM_0057135

TABLE 3. — **Relationship between river-wide mean CPE (CPM/hr; all sampling reaches combined) and population estimates for years when population estimates were available (Osmundson and Burnham 1998; Nesler 2000; Osmundson 2002).**

| River | Years | $r^2$ | P | SE |
|-------|-------|-------|---|-----|
| Nesler (2000) | | | | |
| Colorado | 1991–1997 | -0.19 | 0.82 | 127.70 |
| Green | 1992–1997 | 0.49 | 0.07 | 1400.67 |
| Yampa | 1992–1997 | -0.21 | 0.75 | 65.21 |
| White | 1992–1997 | 0.77 | 0.01 | 58.97 |
| Osmundson and Burnham (1998) | | | | |
| Colorado | 1992–1994 | 0.76 | 0.22 | 34.76 |
| Osmundson (2002) | | | | |
| Colorado | 1998–2000 | 0.41 | 0.36 | 15.39 |
| Osmundson and Burnham (1998), Osmundson (2002) | | | | |
| Colorado | 1992–1994; 1998–2000 | 0.24 | 0.18 | 88.72 |

annual histograms for the White and Yampa rivers shifted among size groups but reflected mostly adult-sized fish in all years. In contrast, the Green and Colorado rivers varied considerably among years and reflected more young fish than adults in some years. These differences may reflect strong year classes entering the adult population. This was most evident in the Green River during 1989–1993 and 1995–2000 (Figure A-1). Fewer fish were captured in the Colorado River, so shifts in length-frequency distribution were not as evident (Figure A-2). However, large numbers of small fish were captured in some years.

Average length-frequency distributions provide the best evidence for differences among rivers (Figure 9). The Yampa River contained only large fish; no fish smaller than 400 mm was collected during this study. In contrast, a large percentage of fish collected from the Green River were less than 400 mm. Small fish were also collected from the Colorado and White rivers, but not to the same extent as the Green River. Figures 10 and 11 compare length-frequency distributions for the upper and lower portions of the Green and Colorado rivers. In both rivers, more small fish were found in lower reaches than in upper reaches.

14

BLM_0057136



FIGURE 9. — Average length-frequency distribution of Colorado pikeminnow in the Colorado, Green, White, and Yampa rivers, 1986–2000. Annual length-frequency distributions are provided in Appendix Figures A-1–A-4.

15

BLM_0057137



FIGURE 10. — Average length-frequency distribution of Colorado pikeminnow in upper (1, 2, 3, A, B, C, and D) and lower (4, 5, E, F, G, H, and I) reaches of the Green River, 1986–2000.  Annual length-frequency distributions are provided in Appendix Figure A-5.

16

BLM_0057138



FIGURE 11. — Average length-frequency distribution of Colorado pikeminnow in upper (6 and K) and lower (7, 8, and J) reaches of the Colorado River, 1986–2000. Annual length-frequency distributions are provided in Appendix Figure A-6.

17

BLM_0057139

## DISCUSSION

Significant differences in mean CPE among years and significant positive relationships over time suggest that the Colorado pikeminnow population increased in reaches sampled by ISMP during 1986–2000. Based on the CPE data, the most dramatic increases occurred in the Green and White rivers, with a lesser increase in the Colorado and Yampa rivers. Relative abundance, as estimated by electrofishing CPE, dropped off in the Colorado River in the last two years of sampling; however, it continued to climb in the Green and White rivers. Relative abundance in the Yampa and Colorado rivers exhibited two or more plateaus rather than steady increases as occurred in the White and Green rivers. Mean CPE in the Colorado River was low in the late 1980s and high in the mid 1990s. In the Yampa River, mean CPE was lowest in the late 1980s then rose, but continued to fluctuate, through the 1990s.

Mean CPE in the White River exceeded that of the Green River by the end of ISMP. However, that does not necessarily mean that there were relatively more Colorado pikeminnow in the White River than in the Green River. The White River is smaller than the Green River (e.g., mean annual flow [average of all days of the year] of the White River at Watson UT in water year 1998 was 1,089 cfs compared with 8,402 cfs for the Green River at Green River UT [Herbert et al., 1999]) and electrofishing was probably more efficient in the smaller river. Nonetheless, there has been a dramatic increase in Colorado pikeminnow in the White River. Taylor Draw Dam was closed on the White River in 1984 and blocked fish movement into historical habitat upstream. Irving and Modde (2000) hypothesized that the barrier increased Colorado pikeminnow abundance below the dam because they were prevented from moving further upstream. They also felt that a high prey base downstream from the dam may have artificially increased carrying capacity for large predators such as Colorado pikeminnow.

Mean CPE was highly variable in all rivers and large changes were necessary to detect statistically significant differences among years. In general, significant differences were not detected over short periods and several years of increase were required for differences to be significant. Although ISMP reaches were representative of the rivers to be monitored, it is important to recognize that extrapolation of change in CPE to reflect the entire range of Colorado pikeminnow should be done cautiously. However, the increase in CPE in all four rivers provides substantial evidence that the entire upper Colorado River basin population has increased, but actual change in population size can not be estimated.

Electrofishing is a common technique for estimating relative abundance of fishes (Reynolds 1996). Electrofishing CPE of largemouth bass *Micropterus salmoides* was significantly related to population density in mid-western and southern reservoirs (Hall 1986; McInemy and Degan 1993) and to population density of walleye *Stizostedion vitreum* in

18

BLM_0057140

northern lakes (Serns 1982, 1983). Few studies have related electrofishing CPE to population density of fish in rivers, however Paragamian (1989) found that electrofishing CPE of smallmouth bass *M. dolomieui* in rivers was significantly greater during nighttime than it was during daytime.

In the upper Colorado River basin, mean CPE was poorly correlated with independent population estimates of Colorado pikeminnow in most cases. However, estimates made by Nesler (2000) for the Green and White rivers were correlated with ISMP catch rates for 1992–1997; no correlations were found for the Colorado and Yampa rivers. The correlations occurred in the two rivers with the greatest increase in mean CPE during the study period. Nesler's (2000) estimates were made using capture-recapture data collected during all studies funded by the Recovery Program. The data were collected with a variety of sampling designs and capture records from ISMP comprised a substantial portion of those data. However, the data were not collected using a multi-pass sampling methodology specifically designed to develop a mark-recapture population estimate (e.g. Pollock et al. 1990).

Osmundson and Burnham (1998) and Osmundson (2002) estimated population size of Colorado pikeminnow in the Colorado River during two periods encompassed by ISMP — 1991–1994 and 1998–2000 — using a multi-pass sampling design. ISMP data were included as portions of one pass in their studies, but considerable data were collected specific to the study. They noted a consistent increase in population size in the Colorado River which roughly corresponded with the increase in CPE recorded by ISMP. However, the two values were not correlated. Although CPE in the Colorado River increased from 1986–1998, it was relatively stable (~1 CPM/hr) during the years when population estimates were available. In addition, estimated population size continued to increase through 2000 (although not significantly) while CPE decreased during the last two years of ISMP. Osmundson (2002) also noted a decline in CPE (measured as CPM per trammel net set) in the later years of his study, even though the annual estimates increased slightly.

Osmundson's primary collection technique involved trapping Colorado pikeminnow in backwaters using trammel nets (scare and snare; described in Osmundson and Burnham 1998); shoreline electrofishing was used to supplement the scare-and-snare data in reaches without sufficient backwaters. Scare and snare is more efficient than electrofishing because Colorado pikeminnow are attracted to backwaters during runoff and are more susceptible to capture. The different sampling technique may be partly responsible for the lack of correlation between ISMP data and the Colorado River population estimates. CPE should be related to population size in some manner, but the many variables associated with sampling in difficult environments such as the rivers of the upper basin suggest that the nature of the relationship will be difficult to identify.

19

BLM_0057141

Studies specifically directed at determining population size of Colorado pikeminnow in the Green River basin began in 2000 (T. Czapla, personal communication). Because that was the last year of ISMP no comparisons between mean CPE and an independent population estimate can be made for that basin. However, it may be possible to compare annual sampling effort with annual population estimates when the study is completed. Because sampling effort in the new study includes the entire range of occupied habitat and will collect the fish used in the estimate, the possibility of understanding the relationship between the two values will be enhanced. Bayley and Austen (2002) demonstrated the importance of determining catchability (fish capture efficiency; the proportion of fish caught from a known or accurately estimated population) of target species before using change in CPE to estimate change in abundance. Careful analysis of the population-estimation data may provide catchability estimates for Colorado pikeminnow. If catchability can be estimated under a wide range of environmental conditions, CPE may be useful to monitor trends in Colorado pikeminnow abundance after mark-recapture population estimates are no longer required.

Size structure of Colorado pikeminnow populations in the different rivers determined by ISMP corresponds with previous studies. Osmundson et al. (1998) and Valdez et al. (1982) also found that most small Colorado pikeminnow were found in the lower Colorado River. Osmundson et al. (1998) described upstream dispersal patterns of Colorado pikeminnow in the Colorado River as they grew and matured. In the Green River basin, Tyus (1991) reported that most small Colorado pikeminnow were found in the lower Green River and that the Yampa River population was almost entirely adult fish. However, the small numbers of fish collected in some years (especially early in ISMP) meant that the annual length-frequency histograms were probably incomplete in some cases. This situation was partly remedied in later years when more fish were collected and by the addition of the alternate reaches in 1994. The alternate reaches added 16 to 115 extra fish per year for use in the length-frequency distributions which substantially improved sample size in some years.

Upstream dispersal of Colorado pikeminnow as they mature may partially explain differences in annual trends between upper and lower portions of the Green and Colorado rivers. Upstream movement of maturing fish could drop catch rates in lower reaches and increase catch rates in upper reaches in some years, even though river-wide CPE was stable or increasing.

Electrofishing is size selective (i.e. larger fish are more susceptible to capture than smaller fish [Reynolds 1996]) and smaller Colorado pikeminnow may be under represented in ISMP samples even though they were captured in substantial numbers in some years. For example, the mode for the average length-frequency distribution for the lower Colorado River is larger than reported by Osmundson (2002) in most years. This may result from scare and snare being more efficient than shoreline electrofishing in capturing smaller Colorado pikeminnow.

20

BLM_0057142

It may also reflect the larger sample sizes resulting from more samples being taken from more extensive reaches of the Colorado River. Smaller Colorado pikeminnow may be under represented in samples from the other rivers as well. Alternately, very large Colorado pikeminnow can sometimes be more difficult to capture than smaller specimens because of their weight or violent reaction to the anode (personal observation). However, size structure determined by ISMP is accurate as possible using electrofishing as the primary collection technique.

Data collected during ISMP and other studies were used to develop preliminary estimates of survival and population rates of change for the Colorado pikeminnow population in the upper basin (K. Bestgen, personal communication). Although outside the scope of the original intention of ISMP, further analysis of these two parameters would supplement the trend information provided by CPE and the population estimates currently being developed for the rivers of the upper basin.

## CONCLUSIONS

Consistent increase in electrofishing CPE in all rivers sampled by ISMP indicates that the Colorado pikeminnow population in the upper Colorado River basin increased from 1986 to 2000. This increase was most dramatic in the Green and White rivers, but an increase also occurred in the Colorado and Yampa rivers.

Developing CPE indices using shoreline electrofishing is a valid method of determining trends in Colorado pikeminnow populations. However, CPE values must change substantially for significant differences to be detected and their inherent variability often requires several years of data before an increase or decrease in relative abundance can be determined. In addition, an estimate of population abundance can not be made using CPE alone. Although all fish were marked before release, the study design did not allow development of robust population estimates using mark-recapture techniques. Shoreline electrofishing is a valid method of capturing Colorado pikeminnow for population estimates, but the study design should be developed specifically for that purpose.

Alternately, studies that utilize one-pass electrofishing to develop relative abundance data can be reinitiated when relationships between CPE and population size are identified (i.e. fish capture efficiency) and mark-recapture population estimates are no longer necessary. Sampling reaches should encompass as much of occupied habitat as possible and should be selected randomly to provide an improved study design.

BLM_0057143

## RECOMMENDATIONS

- Evaluate the relationship between CPE developed using shoreline electrofishing and specific population estimates of Colorado pikeminnow in the four rivers of the upper basin.

- Evaluate the variability and biases associated with electrofishing in large rivers with environmental conditions that vary among years and locations.

- Expand analysis of ISMP data to develop size-dependent patterns of survival and population rates of change (lambda) to complement CPE data and basin-wide estimates of population size for Colorado pikeminnow.

## LITERATURE CITED

Archer, D. L., L. R. Kaeding, B. D. Burdick, and C. W. McAda. 1985. A study of the endangered fishes of the upper Colorado River. Final Report. U.S. Fish and Wildlife Service, Colorado River Fishery Project. Grand Junction, Colorado.

Bayley, P. B., and D. J. Austen. 2002. Capture efficiency of a boat electrofisher. Transactions of the American Fisheries Society 131:435–451.

Biological Subcommittee. 1984. Rare and endangered Colorado River fishes sensitive areas. Report to the Upper Colorado River Basin Coordinating Committee.

Burdick, B. D., and L. R. Kaeding. 1990. Biological merits of fish passage as part of recovery of Colorado squawfish in the upper Colorado River basin. Final Report to the Recovery Program for the Endangered Fishes of the Upper Colorado River. U. S. Fish and Wildlife Service, Grand Junction, Colorado.

Hall, T. J. 1986. Electrofishing catch per hour as an indicator of largemouth bass density in Ohio impoundment. North American Journal of Fisheries Management 6:397–400.

Hawkins, J. A., and T. P. Nesler. 1991. Nonnative fishes of the upper Colorado River basin: an issue paper. Final report to the Upper Colorado River Fish Recovery Program. Larval Fish Laboratory, Colorado State University and Colorado Division of Wildlife, Fort Collins, CO.

Herbert, L. R., J. R. Tibbetts, D. W. Wilberg, and D. V. Allen. 1999. Water Resources Data, Utah, Water Year 1998. U. S. Geological Survey, Water-Data Report UT-98-1, Salt Lake City, Utah.

BLM_0057144

Hintze, J. 2001. NCSS, Number Cruncher Statistical Systems. Kaysville, Utah.

Irving, D., and T. Modde. 2000. Home-range fidelity and use of historical habitat by adult Colorado pikeminnow (*Ptychocheilus lucius*) in the White River, Colorado and Utah. Western North American Naturalist 60:16–25.

McAda, C. W. 1989a. Summary of the statistical power of the Interagency Standardized Monitoring Program. Final report to the Upper Colorado River Fish Recovery Program. U. S. Fish and Wildlife Service, Grand Junction, Colorado.

McAda, C. W. 1989b. Evaluation of the Interagency Standardized Monitoring Program. Final report to the Upper Colorado River Fish Recovery Program. U. S. Fish and Wildlife Service, Grand Junction, Colorado.

McAda, C. W., J. W. Bates, J. S. Cranney, T. E. Chart, W. R. Elmblad, and T. P. Nesler. 1994. Interagency Standardized Monitoring Program: Summary of Results, 1986–1992. Final report to the Upper Colorado River Fish Recovery Program, Project Number 22. U. S. Fish and Wildlife Service, Denver, Colorado.

McInerny, M. C., and D. J. Degan. 1993. Electrofishing catch rates as an index of largemouth bass population density in two large reservoirs. North American Journal of Fisheries Management 13:223–228.

Minckley, W. L. 1973. Fishes of Arizona. Arizona Game and Fish Department, Phoenix, Arizona.

Nesler, T. P. 2000. Recovery of the Colorado River endangered fishes: Biological recovery goals and criteria for Colorado pikeminnow, humpback chub, razorback sucker, bonytail. Colorado Division of Wildlife, Fort Collins, Colorado.

Osmundson, D. B. 2002. Population dynamics of Colorado pikeminnow in the upper Colorado River. Final report to the Recovery Program for the Endangered Fishes of the Upper Colorado River, Project Number 22-A. U. S. Fish and Wildlife Service, Grand Junction, Colorado.

Osmundson, D. B., and K. P. Burnham. 1998. Status and trends of the endangered Colorado squawfish in the upper Colorado River. Transactions of the American Fisheries Society. 127:959–972.

Osmundson, D. B., and five coauthors. 1998. Dispersal patterns of subadult and adult Colorado squawfish in the upper Colorado River. Transactions of the American Fisheries Society 127:943–956.

23

Paragamian, V. L. 1989. A comparison of day and night electrofishing: size structure and catch per unit effort for smallmouth bass. North American Journal of Fisheries Management 9:500–503.

Pollock, K. H., J. D. Nichols, C. Brownie, and J. E. Hines. 1990. Statistical inference for capture-recapture experiments. Wildlife Monographs 107.

Reynolds, J. B. 1996. Electrofishing. Pages 221–253 in Fisheries techniques, 2nd edition. American Fisheries Society, Bethesda, Maryland.

Serns, S. L. 1982. Relationship of walleye fingerling density and electrofishing catch per effort in northern Wisconsin lakes. North American Journal of Fisheries Management 2:38–44.

Serns, S. L. 1983. Relationship between electrofishing catch per effort and density of walleye fingerlings. North American Journal of Fisheries Management 3:451–452.

Tyus, H. M. 1991. Ecology and management of Colorado squawfish. Pages 379–402 in W. L. Minckley and J. E. Deacon, editors. Battle against extinction: native fish management in the American west. University of Arizona Press, Tucson.

Tyus, H. M., B. D. Burdick, R. A. Valdez, C. M. Haynes, T. A. Lytle, and C. R. Berry. 1982a. Fishes of the upper Colorado River basin; Distribution, abundance, and status. Pages 12– 70 in W. H. Miller, H. M. Tyus, and C. A. Carlson, editors. Fishes of the upper Colorado River system: present and future. Western Division, American Fisheries Society, Bethesda, Maryland.

Tyus, H. M., C. W. McAda, and B. D. Burdick. 1982b. Green River Fishery Investigations: 1979–1981. Pages 1–99 in W. H. Miller et al., editors. Colorado River Fishery Project Final Report; Part Two, Field Studies. U. S. Fish and Wildlife Service and Bureau of Reclamation. Salt Lake City, Utah.

USFWS (U. S. Fish and Wildlife Service). 1967. Native fish and wildlife: endangered species. Federal Register 32:4001.

USFWS (U. S. Fish and Wildlife Service). 1987. Interagency Standardized Monitoring Program Handbook. Grand Junction, Colorado.

USFWS (U. S. Fish and Wildlife Service). 2002. Colorado pikeminnow (*Ptychocheilus lucius*) Recovery Goals: amendment and supplement to the Colorado squawfish Recovery Plan. U. S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

BLM_0057146

Valdez, R., P. Mangan, R. Smith, and B. Nilson. 1982. Upper Colorado River Investigation (Rifle, Colorado to Lake Powell, Utah). Pages 101–279 in W. H. Miller et al., editors. Colorado River Fishery Project Final Report, Part Two, Field Studies. U. S. Fish and Wildlife Service and Bureau of Reclamation, Salt Lake City, Utah.

Vanicek, C. D., R. H. Kramer, and D. R. Franklin. 1970. Distribution of Green River fishes in Utah and Colorado following closure of Flaming Gorge Dam. Southwestern Naturalist 14:297–315.

Wick, E. J., T. A. Lytle, and C. M. Haynes. 1981. Colorado squawfish and humpback chub population and habitat monitoring, 1979–1980. Progress Report SE-3-3. Endangered Wildlife Investigations. Colorado Division of Wildlife, Denver, Colorado.

Wick, E. J., J. A. Hawkins, and C. A. Carlson. 1985a. Colorado squawfish and humpback chub population and habitat monitoring, 1981–1982. Final Report SE-3-6. Endangered Wildlife Investigations. Colorado Division of Wildlife, Denver, Colorado.

Wick, E. J., J. A. Hawkins, and C. A. Carlson. 1985b. Colorado squawfish and humpback chub population and habitat monitoring, 1983–1984. Final Report SE-3-7. Endangered Wildlife Investigations. Colorado Division of Wildlife, Denver, Colorado.

Wick, E. J., J. A. Hawkins, and C. A. Carlson. 1986. Colorado squawfish and humpback chub population and habitat monitoring, 1985. Final Report SE-3-6. Endangered Wildlife Investigations. Colorado Division of Wildlife, Denver, Colorado.

Wydoski, R. S., and J. Hamill. 1991. Evolution of a cooperative recovery program for endangered fishes in the upper Colorado River basin. Pages 123–135 in W. L. Minckley and J. E. Deacon, editors. Battle against extinction: native fish management in the American West. University of Arizona Press, Tucson.

Zar, J. H. 1984. Biostatistical analysis, second edition. Prentice-Hall, Inc., Englewood Cliffs, New Jersey.

**Affiliation of Individuals Cited as Personal Communication**

Bestgen, K.   Kevin Bestgen. Larval Fish Laboratory, Colorado State University, Fort Collins, Colorado.

Czapla, T.   Tom Czapla. U. S. Fish and Wildlife Service, Denver, Colorado.

BLM_0057147

**Appendix A**

BLM_0057148

TABLE A-1. — **Mean CPE of Colorado pikeminnow in the Green River, by reach.**

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | Caught | Observed | | Hour | Mile |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | | | | | |
| 1 | 1986 | 1.27 | 0.24 | 2.08 | 0.28 | 0.51 | 0.07 | 0.86 | 0.12 | 8 | 4 | 4 | 5.9 | 14.6 |
| | 1987 | 2.10 | 0.97 | 3.08 | 1.05 | 0.96 | 0.51 | 1.37 | 0.63 | 13 | 5 | 4 | 5.8 | 14.6 |
| | 1988 | 1.41 | 0.53 | 2.14 | 1.04 | 0.46 | 0.17 | 0.71 | 0.34 | 7 | 3 | 4 | 4.9 | 14.6 |
| | 1989 | 0.31 | 0.31 | 0.31 | 0.31 | 0.11 | 0.11 | 0.11 | 0.11 | 1 | 0 | 4 | 5.7 | 13.7 |
| | 1990 | 0.49 | 0.30 | 0.98 | 0.61 | 0.16 | 0.10 | 0.32 | 0.21 | 2 | 2 | 4 | 4.7 | 14.2 |
| | 1991 | 1.45 | 0.86 | 1.45 | 0.86 | 0.70 | 0.50 | 0.70 | 0.50 | 4 | 0 | 2 | 3.0 | 7.3 |
| | 1992 | 1.78 | 0.85 | 2.95 | 0.93 | 0.60 | 0.35 | 0.91 | 0.38 | 7 | 5 | 4 | 4.1 | 14.6 |
| | 1993 | 1.35 | 0.91 | 1.52 | 0.84 | 0.46 | 0.27 | 0.51 | 0.25 | 7 | 1 | 4 | 4.6 | 14.6 |
| | 1994 | 2.85 | 1.05 | 3.47 | 0.88 | 1.12 | 0.50 | 1.32 | 0.52 | 16 | 2 | 4 | 4.9 | 14.6 |
| | 1995 | 1.42 | 0.81 | 1.80 | 0.94 | 0.51 | 0.26 | 0.66 | 0.31 | 8 | 2 | 4 | 5.4 | 14.6 |
| | 1996 | 1.77 | 0.70 | 4.51 | 0.81 | 0.56 | 0.23 | 1.41 | 0.36 | 9 | 11 | 4 | 4.4 | 14.9 |
| | 1997 | 2.38 | 0.67 | 3.18 | 0.97 | 0.75 | 0.16 | 1.02 | 0.28 | 10 | 4 | 4 | 4.9 | 14.6 |
| | 1998 | 2.11 | 1.26 | 3.01 | 1.39 | 0.56 | 0.36 | 0.81 | 0.40 | 7 | 3 | 4 | 3.7 | 14.6 |
| | 1999 | 1.13 | 0.52 | 1.69 | 0.80 | 0.30 | 0.17 | 0.46 | 0.26 | 4 | 2 | 4 | 3.5 | 14.6 |
| | 2000 | 4.21 | 0.58 | 5.80 | 1.12 | 1.73 | 0.41 | 2.34 | 0.54 | 23 | 9 | 4 | 5.4 | 14.6 |
| 2 | 1986 | 1.01 | 0.31 | 1.25 | 0.36 | 0.30 | 0.09 | 0.38 | 0.11 | 11 | 3 | 8 | 10.9 | 36.0 |
| | 1987 | 1.02 | 0.24 | 1.26 | 0.27 | 0.40 | 0.09 | 0.50 | 0.12 | 12 | 3 | 8 | 12.2 | 32.6 |
| | 1988 | 0.39 | 0.19 | 0.39 | 0.19 | 0.10 | 0.05 | 0.10 | 0.05 | 3 | 0 | 8 | 7.9 | 33.0 |
| | 1989 | 0.24 | 0.16 | 0.43 | 0.23 | 0.09 | 0.06 | 0.14 | 0.07 | 3 | 2 | 8 | 11.8 | 32.8 |
| | 1990 | 0.28 | 0.19 | 0.28 | 0.19 | 0.09 | 0.06 | 0.09 | 0.06 | 3 | 0 | 8 | 10.0 | 34.0 |
| | 1991 | 1.13 | 0.36 | 1.48 | 0.35 | 0.48 | 0.15 | 0.62 | 0.16 | 15 | 4 | 8 | 12.6 | 32.0 |
| | 1992 | 1.62 | 0.41 | 2.18 | 0.32 | 0.44 | 0.11 | 0.59 | 0.10 | 16 | 5 | 8 | 12.5 | 34.0 |
| | 1993 | 0.98 | 0.36 | 1.28 | 0.39 | 0.38 | 0.16 | 0.49 | 0.16 | 12 | 4 | 8 | 13.0 | 35.9 |
| | 1994 | 2.11 | 0.59 | 2.70 | 0.52 | 0.76 | 0.20 | 0.98 | 0.18 | 27 | 8 | 8 | 13.3 | 36.0 |
| | 1995 | 1.88 | 0.57 | 3.11 | 0.71 | 0.68 | 0.19 | 1.15 | 0.27 | 24 | 17 | 8 | 11.2 | 36.0 |
| | 1996 | 2.15 | 0.62 | 3.15 | 0.83 | 0.71 | 0.22 | 1.00 | 0.27 | 25 | 10 | 8 | 12.2 | 36.0 |
| | 1997 | 2.40 | 0.52 | 3.32 | 0.74 | 0.82 | 0.18 | 1.13 | 0.25 | 29 | 11 | 8 | 9.2 | 36.0 |
| | 1998 | 1.27 | 0.39 | 1.66 | 0.50 | 0.33 | 0.10 | 0.43 | 0.12 | 12 | 3 | 8 | 10.0 | 36.0 |
| | 1999 | 1.37 | 0.29 | 2.04 | 0.49 | 0.39 | 0.09 | 0.59 | 0.15 | 14 | 7 | 8 | 10.0 | 36.0 |
| | 2000 | 4.18 | 0.48 | 4.80 | 0.65 | 1.25 | 0.15 | 1.42 | 0.18 | 46 | 7 | 8 | 11.0 | 37.1 |

A-1

TABLE A-1. — Continued.

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1986 | 1.61 | 0.61 | 2.20 | 0.77 | 0.46 | 0.18 | 0.65 | 0.24 | 14 | 6 | 8 | 9.8 | 34.0 |
| | 1987 | 1.31 | 0.39 | 2.06 | 0.70 | 0.40 | 0.11 | 0.66 | 0.24 | 13 | 7 | 8 | 10.3 | 30.4 |
| | 1988 | 1.58 | 0.72 | 1.58 | 0.72 | 0.48 | 0.24 | 0.48 | 0.24 | 13 | 0 | 8 | 8.3 | 30.0 |
| | 1989 | 0.45 | 0.21 | 0.55 | 0.30 | 0.18 | 0.08 | 0.22 | 0.12 | 5 | 1 | 8 | 10.9 | 30.0 |
| | 1990 | 0.46 | 0.21 | 0.65 | 0.31 | 0.19 | 0.09 | 0.28 | 0.13 | 5 | 2 | 8 | 11.7 | 30.0 |
| | 1991 | 0.37 | 0.21 | 0.48 | 0.31 | 0.16 | 0.09 | 0.20 | 0.12 | 4 | 1 | 8 | 12.5 | 30.0 |
| | 1992 | 0.50 | 0.20 | 0.83 | 0.19 | 0.14 | 0.06 | 0.23 | 0.06 | 5 | 3 | 8 | 9.9 | 34.0 |
| | 1993 | 0.84 | 0.36 | 1.32 | 0.57 | 0.31 | 0.13 | 0.49 | 0.22 | 11 | 6 | 8 | 12.0 | 34.0 |
| | 1994 | 1.12 | 0.39 | 1.39 | 0.39 | 0.39 | 0.13 | 0.49 | 0.14 | 12 | 3 | 8 | 12.1 | 34.0 |
| | 1995 | 0.87 | 0.27 | 1.45 | 0.43 | 0.54 | 0.16 | 0.77 | 0.17 | 15 | 9 | 8 | 15.4 | 34.0 |
| | 1996 | 3.09 | 0.61 | 4.14 | 0.89 | 0.94 | 0.21 | 1.23 | 0.26 | 33 | 11 | 8 | 10.3 | 34.0 |
| | 1997 | 1.69 | 0.49 | 2.17 | 0.68 | 0.54 | 0.16 | 0.69 | 0.23 | 20 | 6 | 8 | 10.4 | 34.0 |
| | 1998 | 2.29 | 0.45 | 3.99 | 0.76 | 0.65 | 0.14 | 1.17 | 0.28 | 23 | 20 | 8 | 9.7 | 34.0 |
| | 1999 | 5.07 | 1.19 | 6.87 | 1.30 | 1.31 | 0.38 | 1.70 | 0.35 | 41 | 13 | 8 | 8.7 | 34.0 |
| | 2000 | 6.91 | 1.10 | 9.23 | 1.73 | 2.83 | 0.45 | 3.77 | 0.73 | 93 | 30 | 8 | 14.2 | 34.0 |
| 4 | 1986 | 0.22 | 0.14 | 0.41 | 0.22 | 0.06 | 0.04 | 0.12 | 0.07 | 2 | 2 | 8 | 8.5 | 35.5 |
| | 1987 | 0.32 | 0.16 | 0.45 | 0.26 | 0.09 | 0.04 | 0.12 | 0.07 | 3 | 1 | 8 | 10.6 | 38.1 |
| | 1988 | 0.94 | 0.46 | 1.35 | 0.41 | 0.20 | 0.10 | 0.32 | 0.09 | 8 | 4 | 8 | 8.9 | 38.5 |
| | 1989 | 2.56 | 1.04 | 2.72 | 1.06 | 1.94 | 1.43 | 1.99 | 1.43 | 21 | 2 | 9 | 11.9 | 38.0 |
| | 1990 | 4.14 | 0.98 | 4.96 | 0.85 | 1.15 | 0.30 | 1.35 | 0.26 | 40 | 8 | 8 | 10.0 | 38.0 |
| | 1991 | 2.11 | 0.35 | 2.48 | 0.36 | 0.86 | 0.14 | 0.99 | 0.12 | 30 | 5 | 8 | 15.0 | 36.5 |
| | 1992 | 3.69 | 0.74 | 4.77 | 0.86 | 1.00 | 0.20 | 1.30 | 0.25 | 40 | 12 | 8 | 10.8 | 40.0 |
| | 1993 | 2.90 | 0.41 | 3.71 | 0.48 | 0.80 | 0.13 | 1.03 | 0.14 | 32 | 9 | 8 | 11.0 | 40.0 |
| | 1994 | 2.11 | 0.41 | 2.94 | 0.29 | 0.69 | 0.13 | 0.96 | 0.09 | 27 | 10 | 8 | 12.5 | 38.0 |
| | 1995 | 4.20 | 0.97 | 5.13 | 0.88 | 1.29 | 0.25 | 1.59 | 0.23 | 67 | 17 | 12 | 18.2 | 55.5 |
| | 1996 | 3.51 | 0.81 | 4.26 | 1.00 | 1.01 | 0.19 | 1.21 | 0.22 | 24 | 5 | 5 | 8.0 | 24.5 |
| | 1997 | 4.02 | 0.96 | 4.58 | 0.95 | 1.14 | 0.29 | 1.29 | 0.29 | 41 | 6 | 8 | 10.4 | 37.4 |
| | 1998 | 6.94 | 1.37 | 8.89 | 1.83 | 2.03 | 0.40 | 2.64 | 0.56 | 76 | 20 | 8 | 11.1 | 38.0 |
| | 1999 | 4.06 | 0.45 | 5.18 | 0.53 | 1.15 | 0.16 | 1.45 | 0.17 | 43 | 12 | 8 | 10.5 | 38.0 |
| | 2000 | 2.49 | 0.37 | 3.24 | 0.34 | 0.70 | 0.13 | 0.89 | 0.12 | 26 | 7 | 8 | 10.3 | 38.0 |

A-2

BLM_0057150

TABLE A-1. — Continued.

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1986 | 0.57 | 0.32 | 0.67 | 0.37 | 0.22 | 0.13 | 0.25 | 0.14 | 7 | 1 | 8 | 9.9 | 32.3 |
| | 1987 | 0.60 | 0.22 | 0.09 | 0.27 | 0.19 | 0.06 | 0.31 | 0.94 | 6 | 4 | 8 | 10.4 | 32.1 |
| | 1988 | 0.42 | 0.29 | 0.42 | 0.29 | 0.09 | 0.07 | 0.09 | 0.07 | 3 | 0 | 8 | 7.9 | 32.0 |
| | 1989 | 1.86 | 0.44 | 2.24 | 0.38 | 0.69 | 0.15 | 0.84 | 0.13 | 22 | 5 | 8 | 12.2 | 32.0 |
| | 1990 | 3.11 | 0.62 | 3.11 | 0.62 | 0.84 | 0.17 | 0.84 | 0.17 | 27 | 0 | 8 | 8.4 | 32.0 |
| | 1991 | 1.65 | 0.47 | 1.84 | 0.42 | 0.63 | 0.20 | 0.69 | 0.18 | 20 | 2 | 8 | 11.4 | 32.0 |
| | 1992 | 1.79 | 0.46 | 2.44 | 0.44 | 0.49 | 0.14 | 0.68 | 0.15 | 17 | 6 | 8 | 9.2 | 34.0 |
| | 1993 | 1.79 | 0.36 | 2.12 | 0.33 | 0.59 | 0.12 | 0.69 | 0.11 | 20 | 4 | 8 | 11.0 | 34.0 |
| | 1994 | 1.74 | 0.51 | 2.23 | 0.78 | 0.53 | 0.09 | 0.63 | 0.08 | 17 | 3 | 8 | 12.0 | 32.0 |
| | 1995 | 2.20 | 0.49 | 2.67 | 0.65 | 0.78 | 0.19 | 0.97 | 0.26 | 25 | 6 | 8 | 11.1 | 32.0 |
| | 1996 | 2.46 | 1.20 | 3.07 | 1.19 | 0.88 | 0.42 | 1.09 | 0.42 | 28 | 7 | 8 | 10.9 | 32.2 |
| | 1997 | 1.35 | 0.54 | 1.83 | 0.61 | 0.44 | 0.18 | 0.59 | 0.21 | 14 | 5 | 8 | 10.1 | 32.0 |
| | 1998 | 2.66 | 0.87 | 3.90 | 1.33 | 0.78 | 0.29 | 1.16 | 0.45 | 25 | 12 | 8 | 9.1 | 32.0 |
| | 1999 | 1.64 | 0.51 | 2.77 | 0.64 | 0.50 | 0.17 | 0.84 | 0.21 | 16 | 11 | 8 | 9.4 | 32.0 |
| | 2000 | 0.81 | 0.32 | 0.92 | 0.30 | 0.22 | 0.09 | 0.25 | 0.08 | 7 | 1 | 8 | 8.6 | 32.0 |
| A | 1995 | 2.19 | 0.53 | 2.60 | 0.64 | 0.65 | 0.13 | 0.79 | 0.18 | 27 | 6 | 8 | 12.2 | 38.0 |
| | 2000 | 8.10 | 0.65 | 10.01 | 0.98 | 2.78 | 0.34 | 3.38 | 0.41 | 98 | 21 | 8 | 12.1 | 36.0 |
| B | 1994 | 3.45 | 0.73 | 4.51 | 0.80 | 1.36 | 0.29 | 1.79 | 0.33 | 49 | 15 | 8 | 14.2 | 36.0 |
| C | 1998 | 1.95 | 0.60 | 3.01 | 0.81 | 0.60 | 0.18 | 0.93 | 0.24 | 18 | 10 | 6 | 9.2 | 30.0 |
| D | 1996 | 0.91 | 0.30 | 1.70 | 0.46 | 0.29 | 0.09 | 0.55 | 0.14 | 9 | 8 | 8 | 9.6 | 30.0 |
| E | 1995 | 1.82 | 0.87 | 3.33 | 1.16 | 0.70 | 0.33 | 1.30 | 0.44 | 14 | 12 | 4 | 7.8 | 20.0 |
| F | 1998 | 4.18 | 1.24 | 4.66 | 1.27 | 1.38 | 0.43 | 1.54 | 0.44 | 42 | 5 | 6 | 9.7 | 30.4 |
| G | 1994 | 0.91 | 0.17 | 1.78 | 0.52 | 0.26 | 0.05 | 0.53 | 0.17 | 5 | 5 | 4 | 5.6 | 19.0 |
| H | 2000 | 2.50 | 0.84 | 3.49 | 0.79 | 0.70 | 0.24 | 1.00 | 0.22 | 14 | 6 | 4 | 5.9 | 20.0 |
| I | 1997 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0 | 4 | 6.4 | 20.0 |

A-3

BLM_0057151

TABLE A-2. — Mean CPE of Colorado pikeminnow in the Colorado River, by reach.

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 1986 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0 | 6 | 8.8 | 30.0 |
| | 1987 | 0.11 | 0.11 | 0.32 | 0.16 | 0.03 | 0.03 | 0.08 | 0.04 | 1 | 2 | 8 | 9.3 | 40.0 |
| | 1988 | 0.09 | 0.09 | 0.18 | 0.12 | 0.03 | 0.03 | 0.05 | 0.03 | 1 | 1 | 8 | 10.3 | 40.0 |
| | 1989 | 0.08 | 0.08 | 0.28 | 0.14 | 0.03 | 0.03 | 0.08 | 0.04 | 1 | 2 | 8 | 11.1 | 40.0 |
| | 1990 | 0.08 | 0.08 | 0.22 | 0.15 | 0.02 | 0.02 | 0.07 | 0.05 | 1 | 2 | 9 | 10.7 | 39.8 |
| | 1991 | 1.01 | 0.60 | 1.11 | 0.61 | 0.29 | 0.18 | 0.31 | 0.18 | 7 | 1 | 8 | 9.2 | 36.8 |
| | 1992 | 0.25 | 0.12 | 0.40 | 0.12 | 0.08 | 0.04 | 0.13 | 0.04 | 3 | 2 | 8 | 12.0 | 37.4 |
| | 1993 | 0.68 | 0.24 | 0.86 | 0.27 | 0.20 | 0.07 | 0.25 | 0.08 | 7 | 2 | 8 | 10.4 | 37.4 |
| | 1994 | 0.38 | 0.23 | 0.46 | 0.23 | 0.15 | 0.10 | 0.17 | 0.10 | 5 | 1 | 8 | 12.4 | 37.6 |
| | 1995 | 1.05 | 0.35 | 0.47 | 0.14 | 0.30 | 0.11 | 1.65 | 0.44 | 11 | 6 | 8 | 10.0 | 38.0 |
| | 1996 | 0.55 | 0.31 | 0.62 | 0.34 | 0.18 | 0.10 | 0.20 | 0.11 | 7 | 1 | 8 | 10.9 | 37.2 |
| | 1997 | 0.57 | 0.32 | 0.85 | 0.38 | 0.15 | 0.08 | 0.23 | 0.10 | 6 | 3 | 8 | 11.1 | 37.2 |
| | 1998 | 0.67 | 0.10 | 0.75 | 0.13 | 0.19 | 0.03 | 0.21 | 0.04 | 7 | 1 | 8 | 10.7 | 37.2 |
| | 1999 | 0.98 | 0.19 | 1.20 | 0.23 | 0.26 | 0.05 | 0.32 | 0.06 | 10 | 2 | 8 | 10.1 | 37.4 |
| | 2000 | 0.47 | 0.24 | 0.93 | 0.30 | 0.14 | 0.07 | 0.27 | 0.09 | 5 | 5 | 8 | 10.3 | 37.2 |
| 7 | 1986 | 0.17 | 0.11 | 0.26 | 0.13 | 0.06 | 0.04 | 0.10 | 0.05 | 2 | 1 | 9 | 10.3 | 26.0 |
| | 1987 | 0.20 | 0.13 | 0.29 | 0.20 | 0.07 | 0.05 | 0.10 | 0.07 | 2 | 1 | 8 | 8.3 | 26.0 |
| | 1988 | 0.32 | 0.21 | 0.32 | 0.21 | 0.07 | 0.05 | 0.07 | 0.05 | 2 | 0 | 8 | 6.1 | 26.0 |
| | 1989 | 0.14 | 0.14 | 0.14 | 0.14 | 0.04 | 0.04 | 0.04 | 0.04 | 1 | 0 | 8 | 7.7 | 26.0 |
| | 1990 | 0.33 | 0.23 | 0.72 | 0.42 | 0.07 | 0.05 | 0.16 | 0.09 | 2 | 2 | 8 | 6.6 | 26.0 |
| | 1991 | 0.07 | 0.07 | 0.07 | 0.07 | 0.04 | 0.04 | 0.04 | 0.04 | 1 | 0 | 8 | 9.4 | 26.0 |
| | 1992 | 1.03 | 0.44 | 1.17 | 0.41 | 0.29 | 0.12 | 0.33 | 0.12 | 8 | 1 | 8 | 8.2 | 26.0 |
| | 1993 | 0.25 | 0.18 | 0.25 | 0.18 | 0.10 | 0.07 | 0.10 | 0.07 | 3 | 0 | 8 | 10.3 | 26.0 |
| | 1994 | 0.44 | 0.29 | 0.94 | 0.49 | 0.18 | 0.12 | 0.25 | 0.14 | 5 | 2 | 8 | 8.9 | 26.0 |
| | 1995 | 0.72 | 0.25 | 0.81 | 0.22 | 0.26 | 0.09 | 0.30 | 0.08 | 7 | 1 | 8 | 10.1 | 26.0 |
| | 1996 | 0.62 | 0.25 | 1.02 | 0.35 | 0.20 | 0.09 | 0.32 | 0.11 | 5 | 3 | 8 | 8.9 | 25.0 |
| | 1997 | 0.91 | 0.32 | 1.07 | 0.45 | 0.28 | 0.10 | 0.32 | 0.13 | 7 | 1 | 8 | 7.9 | 26.0 |
| | 1998 | 0.81 | 0.41 | 0.81 | 0.41 | 0.19 | 0.08 | 0.19 | 0.08 | 5 | 0 | 8 | 6.7 | 26.0 |
| | 1999 | 0.10 | 0.10 | 0.35 | 0.26 | 0.04 | 0.04 | 0.06 | 0.04 | 1 | 1 | 8 | 8.5 | 31.0 |
| | 2000 | 0.10 | 0.10 | 0.19 | 0.19 | 0.03 | 0.03 | 0.06 | 0.06 | 1 | 1 | 8 | 9.1 | 26.0 |

A-4

TABLE A-2. — Continued.

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
| 8 | 1986 | 0.64 | 0.23 | 0.88 | 0.36 | 0.21 | 0.08 | 0.27 | 0.11 | 9 | 3 | 9 | 11.3 | 39.1 |
| | 1987 | 0.72 | 0.19 | 0.87 | 0.25 | 0.24 | 0.07 | 0.30 | 0.09 | 9 | 2 | 8 | 12.3 | 37.0 |
| | 1988 | 0.10 | 0.10 | 0.28 | 0.14 | 0.03 | 0.03 | 0.08 | 0.04 | 1 | 2 | 8 | 9.7 | 38.0 |
| | 1989 | 0.28 | 0.21 | 0.51 | 0.23 | 0.09 | 0.06 | 0.16 | 0.07 | 3 | 3 | 8 | 11.0 | 36.8 |
| | 1990 | 0.11 | 0.11 | 0.11 | 0.11 | 0.03 | 0.03 | 0.03 | 0.03 | 1 | 0 | 8 | 9.1 | 38.0 |
| | 1991 | 0.52 | 0.22 | 0.76 | 0.45 | 0.21 | 0.09 | 0.31 | 0.19 | 8 | 4 | 8 | 13.6 | 38.0 |
| | 1992 | 1.95 | 0.35 | 2.13 | 0.42 | 0.53 | 0.09 | 0.58 | 0.12 | 20 | 2 | 8 | 10.2 | 38.0 |
| | 1993 | 1.00 | 0.23 | 1.32 | 0.31 | 0.36 | 0.10 | 0.51 | 0.18 | 14 | 6 | 8 | 13.7 | 38.0 |
| | 1994 | 1.94 | 0.35 | 3.04 | 0.54 | 0.60 | 0.12 | 0.95 | 0.18 | 23 | 14 | 8 | 12.2 | 38.0 |
| | 1995 | 1.45 | 0.44 | 2.10 | 0.58 | 0.58 | 0.19 | 0.78 | 0.22 | 23 | 8 | 8 | 14.0 | 38.0 |
| | 1996 | 2.09 | 0.41 | 3.17 | 0.51 | 0.73 | 0.14 | 1.09 | 0.18 | 28 | 14 | 8 | 13.0 | 38.0 |
| | 1997 | 1.62 | 0.33 | 1.93 | 0.53 | 0.53 | 0.12 | 0.65 | 0.22 | 19 | 4 | 8 | 11.8 | 38.0 |
| | 1998 | 1.70 | 0.36 | 2.58 | 0.52 | 0.51 | 0.12 | 0.81 | 0.21 | 19 | 12 | 8 | 11.2 | 38.0 |
| | 1999 | 0.78 | 0.36 | 1.20 | 0.42 | 0.24 | 0.11 | 0.35 | 0.13 | 9 | 4 | 8 | 11.6 | 38.0 |
| | 2000 | 0.45 | 0.26 | 0.69 | 0.38 | 0.16 | 0.09 | 0.24 | 0.13 | 6 | 3 | 8 | 12.2 | 38.0 |
| J | 1996 | 1.28 | 0.49 | 1.92 | 0.65 | 0.56 | 0.22 | 0.80 | 0.27 | 11 | 5 | 4 | 8.2 | 20.0 |
| | 1999 | 0.37 | 0.17 | 0.51 | 0.16 | 0.13 | 0.06 | 0.17 | 0.05 | 3 | 1 | 6 | 8.1 | 24.0 |
| K | 2000 | 0.40 | 0.18 | 0.77 | 0.40 | 0.12 | 0.06 | 0.22 | 0.11 | 3 | 3 | 6 | 7.7 | 26.0 |

A-5

TABLE A-3. — **Mean CPE of Colorado pikeminnow in the White River, by reach.**

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 1986 | 0.26 | 0.15 | 0.57 | 0.26 | 0.12 | 0.07 | 0.22 | 0.08 | 2 | 2 | 4 | 7.4 | 18.6 |
| | 1987 | 0.00 | 0.00 | 0.42 | 0.24 | 0.00 | 0.00 | 0.10 | 0.06 | 0 | 2 | 4 | 4.6 | 18.6 |
| | 1988 | 0.63 | 0.40 | 0.63 | 0.40 | 0.17 | 0.11 | 0.17 | 0.11 | 3 | 0 | 4 | 4.7 | 18.6 |
| | 1989 | 1.31 | 0.23 | 1.40 | 0.22 | 0.60 | 0.07 | 0.66 | 0.11 | 11 | 1 | 4 | 8.9 | 18.6 |
| | 1990 | 2.36 | 0.78 | 2.94 | 1.09 | 0.75 | 0.23 | 0.92 | 0.32 | 14 | 3 | 4 | 6.4 | 19.1 |
| | 1991 | 0.92 | 0.20 | 1.09 | 0.02 | 0.27 | 0.05 | 0.32 | 0.00 | 5 | 1 | 2 | 5.5 | 18.6 |
| | 1992 | 1.81 | 0.52 | 2.30 | 0.69 | 0.59 | 0.16 | 0.75 | 0.22 | 11 | 3 | 2 | 6.1 | 18.6 |
| | 1993 | 1.22 | 0.11 | 1.39 | 0.28 | 0.38 | 0.05 | 0.44 | 0.10 | 7 | 1 | 2 | 5.7 | 18.3 |
| | 1994 | 2.08 | 0.50 | 3.24 | 0.28 | 0.69 | 0.19 | 1.04 | 0.13 | 13 | 6 | 4 | 5.8 | 18.0 |
| | 1995 | 2.76 | 0.79 | 3.42 | 0.77 | 0.80 | 0.21 | 1.01 | 0.20 | 15 | 4 | 4 | 5.6 | 18.3 |
| | 1996 | 1.84 | 0.39 | 2.21 | 0.55 | 0.66 | 0.19 | 0.80 | 0.25 | 13 | 3 | 4 | 6.5 | 18.6 |
| | 1997 | 4.58 | 1.17 | 5.56 | 1.21 | 1.53 | 0.36 | 1.86 | 0.36 | 27 | 6 | 4 | 6.3 | 18.3 |
| | 1998 | 2.89 | 0.19 | 3.66 | 0.35 | 0.99 | 0.01 | 1.26 | 0.12 | 18 | 5 | 4 | 6.4 | 18.3 |
| | 1999 | 5.79 | 0.77 | 6.89 | 0.92 | 2.20 | 0.52 | 2.67 | 0.73 | 38 | 8 | 4 | 6.5 | 17.4 |
| | 2000 | 4.89 | 1.51 | 5.72 | 1.99 | 1.71 | 0.54 | 2.00 | 0.70 | 33 | 6 | 4 | 6.1 | 18.3 |
| 13 | 1986 | 0.28 | 0.14 | 0.35 | 0.18 | 0.72 | 0.36 | 0.09 | 0.05 | 3 | 1 | 8 | 11.9 | 42.3 |
| | 1987 | 0.29 | 0.15 | 0.47 | 0.19 | 0.06 | 0.03 | 0.11 | 0.05 | 3 | 2 | 8 | 10.3 | 42.6 |
| | 1988 | 0.26 | 0.18 | 0.37 | 0.24 | 0.05 | 0.03 | 0.07 | 0.05 | 2 | 1 | 8 | 8.4 | 42.3 |
| | 1989 | 0.61 | 0.20 | 0.61 | 0.20 | 0.19 | 0.07 | 0.19 | 0.07 | 8 | 0 | 8 | 12.0 | 42.3 |
| | 1990 | 0.54 | 0.21 | 0.63 | 0.20 | 0.15 | 0.06 | 0.17 | 0.05 | 8 | 1 | 9 | 13.3 | 44.6 |
| | 1991 | 0.76 | 0.22 | 0.95 | 0.22 | 0.21 | 0.08 | 0.26 | 0.08 | 9 | 2 | 8 | 11.0 | 42.6 |
| | 1992 | 0.69 | 0.17 | 1.04 | 0.26 | 0.18 | 0.05 | 0.27 | 0.07 | 8 | 4 | 8 | 10.9 | 42.6 |
| | 1993 | 1.05 | 0.51 | 1.90 | 0.55 | 0.31 | 0.15 | 0.55 | 0.14 | 15 | 10 | 8 | 13.0 | 42.6 |
| | 1994 | 1.36 | 0.42 | 2.36 | 0.52 | 0.40 | 0.13 | 0.70 | 0.16 | 18 | 13 | 8 | 12.6 | 42.6 |
| | 1995 | 1.47 | 0.31 | 2.13 | 0.45 | 0.48 | 0.11 | 0.71 | 0.18 | 19 | 9 | 8 | 13.3 | 42.6 |
| | 1996 | 2.32 | 0.34 | 2.93 | 0.45 | 0.60 | 0.08 | 0.77 | 0.12 | 26 | 7 | 8 | 11.3 | 42.6 |
| | 1997 | 2.90 | 0.45 | 3.98 | 0.64 | 0.77 | 0.13 | 1.06 | 0.18 | 32 | 12 | 8 | 11.3 | 42.6 |
| | 1998 | 2.30 | 0.75 | 3.25 | 0.83 | 0.52 | 0.18 | 0.72 | 0.19 | 20 | 8 | 8 | 9.4 | 42.6 |
| | 1999 | 1.20 | 0.35 | 2.40 | 0.60 | 0.32 | 0.10 | 0.62 | 0.14 | 13 | 13 | 8 | 11.2 | 42.6 |
| | 2000 | 4.60 | 0.89 | 5.22 | 1.10 | 1.33 | 0.26 | 1.50 | 0.32 | 58 | 8 | 8 | 12.4 | 42.6 |

A-6

BLM_0057154

TABLE A-3. — Continued.

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
| L | 1999 | 1.44 | 0.62 | 2.78 | 0.67 | 0.33 | 0.14 | 0.63 | 0.15 | 13 | 12 | 8 | 9.0 | 40.0 |

TABLE A-4. — Mean CPE of Colorado pikeminnow in the Yampa River, by reach.

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
| 9 | 1986 | 2.01 | 0.24 | 2.01 | 0.24 | 0.65 | 0.10 | 0.65 | 0.10 | 13 | 0 | 4 | 6.4 | 20.0 |
| | 1987 | 0.48 | 0.48 | 0.95 | 0.95 | 0.13 | 0.13 | 0.27 | 0.27 | 2 | 2 | 3 | 4.3 | 15.0 |
| | 1988 | 0.46 | 0.27 | 0.91 | 0.54 | 0.15 | 0.10 | 0.30 | 0.19 | 3 | 3 | 4 | 6.1 | 20.0 |
| | 1989 | 0.51 | 0.34 | 1.13 | 0.16 | 0.24 | 0.18 | 0.44 | 0.11 | 4 | 4 | 4 | 6.9 | 19.0 |
| | 1990 | 0.26 | 0.15 | 0.55 | 0.22 | 0.10 | 0.06 | 0.20 | 0.08 | 2 | 2 | 4 | 6.9 | 20.0 |
| | 1991 | 1.01 | 0.13 | 1.45 | 0.17 | 0.35 | 0.05 | 0.50 | 0.06 | 7 | 3 | 4 | 6.9 | 20.0 |
| | 1992 | 1.26 | 0.61 | 1.26 | 0.61 | 0.55 | 0.29 | 0.55 | 0.29 | 11 | 0 | 4 | 8.4 | 20.0 |
| | 1993 | 1.23 | 0.48 | 1.58 | 0.59 | 0.50 | 0.17 | 0.65 | 0.22 | 10 | 3 | 4 | 8.5 | 20.0 |
| | 1994 | 0.57 | 0.27 | 0.79 | 0.32 | 0.25 | 0.13 | 0.35 | 0.15 | 5 | 2 | 4 | 8.6 | 20.0 |
| | 1995 | 0.84 | 0.36 | 1.19 | 0.41 | 0.35 | 0.15 | 0.50 | 0.17 | 7 | 3 | 4 | 8.4 | 20.0 |
| | 1996 | 1.08 | 0.27 | 1.59 | 0.17 | 0.45 | 0.13 | 0.64 | 0.09 | 9 | 4 | 4 | 8.1 | 20.2 |
| | 1997 | 1.46 | 0.72 | 2.00 | 0.75 | 0.55 | 0.28 | 0.75 | 0.29 | 11 | 4 | 4 | 7.5 | 20.0 |
| | 1998 | 1.70 | 0.51 | 1.86 | 0.61 | 0.60 | 0.18 | 0.65 | 0.21 | 12 | 1 | 4 | 7.1 | 20.0 |
| | 1999 | 1.30 | 0.55 | 1.57 | 0.78 | 0.50 | 0.21 | 0.60 | 0.29 | 10 | 2 | 4 | 7.7 | 20.0 |
| | 2000 | 1.01 | 0.28 | 1.01 | 0.28 | 0.35 | 0.10 | 0.35 | 0.10 | 7 | 0 | 4 | 7.0 | 20.0 |

A-7

TABLE A-4. — Continued.

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
| 10 | 1986 | 0.49 | 0.29 | 0.49 | 0.29 | 0.15 | 0.10 | 0.15 | 0.10 | 3 | 0 | 4 | 6.5 | 20.0 |
| | 1987 | 0.19 | 0.19 | 0.35 | 0.20 | 0.06 | 0.06 | 0.11 | 0.07 | 1 | 1 | 4 | 5.6 | 18.0 |
| | 1988 | 0.18 | 0.18 | 0.37 | 0.21 | 0.05 | 0.05 | 0.10 | 0.06 | 1 | 1 | 4 | 5.6 | 20.0 |
| | 1989 | 0.17 | 0.17 | 0.31 | 0.18 | 0.05 | 0.05 | 0.08 | 0.05 | 1 | 1 | 4 | 7.1 | 25.0 |
| | 1990 | 0.15 | 0.15 | 0.45 | 0.28 | 0.05 | 0.05 | 0.15 | 0.10 | 1 | 2 | 4 | 6.4 | 19.0 |
| | 1991 | 0.79 | 0.46 | 0.79 | 0.46 | 0.30 | 0.17 | 0.30 | 0.17 | 6 | 0 | 4 | 7.5 | 20.0 |
| | 1992 | 0.77 | 0.63 | 0.92 | 0.59 | 0.30 | 0.24 | 0.35 | 0.22 | 6 | 1 | 4 | 7.8 | 20.0 |
| | 1993 | 0.14 | 0.14 | 0.41 | 0.14 | 0.13 | 0.13 | 0.38 | 0.13 | 1 | 2 | 2 | 7.4 | 8.0 |
| | 1994 | 0.82 | 0.56 | 0.82 | 0.56 | 0.35 | 0.24 | 0.35 | 0.24 | 7 | 0 | 4 | 7.9 | 20.0 |
| | 1995 | 0.73 | 0.44 | 1.15 | 0.50 | 0.30 | 0.19 | 0.45 | 0.22 | 6 | 3 | 4 | 7.2 | 20.0 |
| | 1996 | 0.58 | 0.34 | 1.11 | 0.34 | 0.25 | 0.15 | 0.45 | 0.15 | 5 | 4 | 4 | 7.8 | 20.0 |
| | 1997 | 0.52 | 0.03 | 0.52 | 0.03 | 0.20 | 0.00 | 0.20 | 0.00 | 4 | 0 | 4 | 7.8 | 20.0 |
| | 1998 | 0.40 | 0.24 | 0.69 | 0.26 | 0.15 | 0.10 | 0.25 | 0.10 | 3 | 2 | 4 | 7.2 | 20.0 |
| | 1999 | 1.47 | 0.58 | 1.47 | 0.58 | 0.55 | 0.22 | 0.55 | 0.22 | 11 | 0 | 4 | 7.4 | 20.0 |
| | 2000 | 0.78 | 0.30 | 0.94 | 0.40 | 0.25 | 0.10 | 0.30 | 0.13 | 5 | 1 | 4 | 6.5 | 20.0 |
| 11 | 1986 | 0.31 | 0.31 | 0.31 | 0.31 | 0.10 | 0.10 | 0.10 | 0.10 | 1 | 0 | 2 | 3.0 | 10.0 |
| | 1987 | 0.77 | 0.77 | 0.77 | 0.77 | 0.20 | 0.20 | 0.20 | 0.20 | 2 | 0 | 2 | 1.5 | 6.5 |
| | 1988 | 0.83 | 0.83 | 1.99 | 0.32 | 0.23 | 0.23 | 0.57 | 0.11 | 2 | 3 | 2 | 2.5 | 8.8 |
| | 1989 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0 | 2 | 4.1 | 10.0 |
| | 1990 | 0.59 | 0.59 | 1.11 | 0.66 | 0.20 | 0.20 | 0.40 | 0.20 | 2 | 2 | 2 | 3.9 | 10.0 |
| | 1991 | 0.00 | 0.00 | 0.25 | 0.25 | 0.00 | 0.00 | 0.10 | 0.10 | 0 | 1 | 2 | 4.0 | 10.0 |
| | 1992 | 0.28 | 0.28 | 0.28 | 0.28 | 0.10 | 0.10 | 0.10 | 0.10 | 1 | 0 | 2 | 3.8 | 10.0 |
| | 1993 | 1.11 | 0.56 | 1.11 | 0.56 | 0.40 | 0.20 | 0.40 | 0.20 | 4 | 0 | 2 | 3.6 | 10.0 |
| | 1994 | 0.20 | 0.00 | 0.47 | 0.01 | 0.20 | 0.00 | 0.47 | 0.01 | 2 | 0 | 2 | 4.3 | 10.0 |
| | 1995 | 0.25 | 0.25 | 0.25 | 0.25 | 0.10 | 0.10 | 0.10 | 0.10 | 1 | 0 | 2 | 3.8 | 10.0 |
| | 1996 | 0.00 | 0.00 | 0.25 | 0.25 | 0.00 | 0.00 | 0.10 | 0.10 | 0 | 1 | 2 | 3.7 | 10.0 |
| | 1997 | 0.90 | 0.35 | 1.22 | 0.66 | 0.30 | 0.10 | 0.40 | 0.20 | 3 | 1 | 2 | 3.4 | 10.0 |
| | 1998 | 1.15 | 0.10 | 1.46 | 0.41 | 0.40 | 0.00 | 0.50 | 0.10 | 4 | 1 | 2 | 3.5 | 10.0 |
| | 1999 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0 | 2 | 3.3 | 10.0 |
| | 2000 | 1.19 | 0.48 | 1.19 | 0.48 | 0.40 | 0.20 | 0.40 | 0.20 | 4 | 0 | 2 | 3.2 | 10.0 |

A-8

TABLE A-5. — Mean CPE of Colorado pikeminnow, by river (original ISMP reaches only).

| River | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Green | 1986 | 0.90 | 0.18 | 1.24 | 0.24 | 0.29 | 0.06 | 0.41 | 0.08 | 42 | 12 | 36 | 45.0 | 152.4 |
| | 1987 | 0.96 | 0.17 | 1.39 | 0.25 | 0.35 | 0.07 | 0.51 | 0.11 | 47 | 20 | 36 | 49.3 | 147.8 |
| | 1988 | 0.90 | 0.22 | 1.07 | 0.24 | 0.25 | 0.07 | 0.30 | 0.07 | 34 | 7 | 36 | 37.9 | 148.1 |
| | 1989 | 1.21 | 0.31 | 1.39 | 0.32 | 0.69 | 0.36 | 0.76 | 0.36 | 52 | 10 | 37 | 52.5 | 146.5 |
| | 1990 | 1.83 | 0.38 | 2.11 | 0.39 | 0.52 | 0.11 | 0.60 | 0.11 | 77 | 12 | 36 | 44.8 | 148.2 |
| | 1991 | 1.32 | 0.20 | 1.56 | 0.21 | 0.54 | 0.08 | 0.63 | 0.08 | 73 | 12 | 34 | 54.5 | 137.8 |
| | 1992 | 1.89 | 0.29 | 2.60 | 0.33 | 0.53 | 0.08 | 0.72 | 0.10 | 85 | 31 | 36 | 43.6 | 158.6 |
| | 1993 | 1.60 | 0.22 | 2.04 | 0.26 | 0.51 | 0.07 | 0.66 | 0.08 | 82 | 24 | 36 | 51.1 | 156.6 |
| | 1994 | 1.89 | 0.24 | 2.44 | 0.26 | 0.65 | 0.09 | 0.83 | 0.09 | 99 | 26 | 36 | 54.5 | 154.5 |
| | 1995 | 2.39 | 0.39 | 3.17 | 0.40 | 0.84 | 0.11 | 1.13 | 0.12 | 139 | 51 | 40 | 63.4 | 172.1 |
| | 1996 | 2.61 | 0.38 | 3.71 | 0.44 | 0.83 | 0.13 | 1.16 | 0.14 | 119 | 44 | 33 | 44.8 | 141.6 |
| | 1997 | 2.37 | 0.33 | 3.00 | 0.38 | 0.73 | 0.10 | 0.94 | 0.12 | 114 | 32 | 36 | 48.0 | 154.0 |
| | 1998 | 3.16 | 0.52 | 4.43 | 0.68 | 0.90 | 0.16 | 1.29 | 0.21 | 143 | 58 | 36 | 42.8 | 154.6 |
| | 1999 | 2.82 | 0.40 | 3.94 | 0.49 | 0.78 | 0.12 | 1.07 | 0.13 | 118 | 45 | 36 | 42.1 | 154.6 |
| | 2000 | 3.67 | 0.46 | 4.69 | 0.64 | 1.30 | 0.20 | 1.67 | 0.27 | 195 | 54 | 36 | 49.5 | 155.7 |
| Colorado | 1986 | 0.30 | 0.11 | 0.43 | 0.16 | 0.10 | 0.04 | 0.14 | 0.05 | 11 | 4 | 24 | 30.4 | 95.1 |
| | 1987 | 0.35 | 0.10 | 0.50 | 0.13 | 0.11 | 0.03 | 0.16 | 0.04 | 12 | 5 | 24 | 29.9 | 103.0 |
| | 1988 | 0.17 | 0.08 | 0.26 | 0.09 | 0.04 | 0.02 | 0.07 | 0.02 | 4 | 3 | 24 | 26.1 | 104.0 |
| | 1989 | 0.17 | 0.09 | 0.31 | 0.10 | 0.05 | 0.03 | 0.09 | 0.03 | 5 | 5 | 24 | 29.8 | 102.8 |
| | 1990 | 0.17 | 0.09 | 0.35 | 0.15 | 0.04 | 0.02 | 0.08 | 0.03 | 4 | 4 | 25 | 26.4 | 103.8 |
| | 1991 | 0.53 | 0.22 | 0.65 | 0.26 | 0.18 | 0.07 | 0.22 | 0.09 | 16 | 5 | 24 | 32.2 | 100.8 |
| | 1992 | 1.08 | 0.23 | 1.24 | 0.24 | 0.30 | 0.06 | 0.35 | 0.07 | 31 | 5 | 24 | 30.4 | 101.4 |
| | 1993 | 0.64 | 0.14 | 0.81 | 0.17 | 0.22 | 0.05 | 0.29 | 0.08 | 24 | 8 | 24 | 34.4 | 101.4 |
| | 1994 | 0.92 | 0.22 | 1.48 | 0.34 | 0.31 | 0.08 | 0.46 | 0.11 | 33 | 17 | 24 | 33.5 | 101.6 |
| | 1995 | 1.07 | 0.21 | 1.52 | 0.27 | 0.38 | 0.08 | 0.52 | 0.10 | 41 | 15 | 24 | 34.1 | 102.0 |
| | 1996 | 1.10 | 0.24 | 1.60 | 0.32 | 0.37 | 0.08 | 0.54 | 0.11 | 40 | 18 | 24 | 32.8 | 100.2 |
| | 1997 | 1.03 | 0.20 | 1.28 | 0.27 | 0.32 | 0.07 | 0.40 | 0.09 | 32 | 8 | 24 | 30.8 | 101.2 |
| | 1998 | 1.06 | 0.20 | 1.38 | 0.28 | 0.29 | 0.06 | 0.40 | 0.10 | 31 | 13 | 24 | 28.6 | 101.2 |
| | 1999 | 0.62 | 0.15 | 0.92 | 0.19 | 0.18 | 0.05 | 0.24 | 0.05 | 20 | 7 | 24 | 30.2 | 106.4 |
| | 2000 | 0.34 | 0.12 | 0.61 | 0.18 | 0.11 | 0.04 | 0.19 | 0.06 | 12 | 9 | 24 | 31.6 | 101.2 |

A-9

BLM_0057157

TABLE A-5. — Continued.

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
|-------|------|------|------|------|------|------|------|------|------|--------|----------|------|------|------|
| White | 1986 | 0.27 | 0.10 | 0.42 | 0.14 | 0.09 | 0.03 | 0.14 | 0.04 | 5 | 3 | 12 | 19.3 | 60.9 |
| | 1987 | 0.20 | 0.10 | 0.45 | 0.14 | 0.04 | 0.02 | 0.11 | 0.04 | 3 | 4 | 12 | 14.9 | 61.2 |
| | 1988 | 0.38 | 0.17 | 0.45 | 0.20 | 0.09 | 0.04 | 0.11 | 0.05 | 5 | 1 | 12 | 13.1 | 60.9 |
| | 1989 | 0.84 | 0.18 | 0.87 | 0.19 | 0.33 | 0.08 | 0.35 | 0.09 | 19 | 1 | 12 | 20.9 | 60.9 |
| | 1990 | 1.10 | 0.35 | 1.34 | 0.45 | 0.33 | 0.11 | 0.40 | 0.14 | 22 | 4 | 13 | 19.7 | 63.7 |
| | 1991 | 0.79 | 0.18 | 0.98 | 0.18 | 0.22 | 0.06 | 0.28 | 0.06 | 14 | 3 | 10 | 16.5 | 61.2 |
| | 1992 | 0.91 | 0.22 | 1.29 | 0.29 | 0.26 | 0.22 | 0.37 | 0.09 | 19 | 7 | 10 | 17.0 | 61.2 |
| | 1993 | 1.08 | 0.40 | 1.79 | 0.44 | 0.32 | 0.12 | 0.53 | 0.12 | 22 | 11 | 10 | 18.7 | 60.9 |
| | 1994 | 1.60 | 0.33 | 2.65 | 0.37 | 0.49 | 0.11 | 0.81 | 0.12 | 31 | 19 | 12 | 18.4 | 60.6 |
| | 1995 | 1.90 | 0.36 | 2.56 | 0.42 | 0.59 | 0.11 | 0.81 | 0.14 | 34 | 13 | 12 | 18.9 | 60.9 |
| | 1996 | 2.16 | 0.26 | 2.69 | 0.35 | 0.62 | 0.08 | 0.78 | 0.11 | 39 | 10 | 12 | 17.8 | 61.2 |
| | 1997 | 3.46 | 0.51 | 4.51 | 0.60 | 1.02 | 0.17 | 1.33 | 0.20 | 59 | 18 | 12 | 17.6 | 60.9 |
| | 1998 | 2.49 | 0.50 | 3.39 | 0.55 | 0.68 | 0.14 | 0.90 | 0.15 | 38 | 13 | 12 | 15.8 | 60.9 |
| | 1999 | 2.73 | 0.73 | 3.89 | 0.80 | 0.95 | 0.32 | 1.31 | 0.38 | 51 | 21 | 12 | 17.7 | 60.0 |
| | 2000 | 4.70 | 0.74 | 5.39 | 0.94 | 1.46 | 0.24 | 1.67 | 0.30 | 91 | 14 | 12 | 18.5 | 60.9 |
| Yampa | 1986 | 1.06 | 0.30 | 1.06 | 0.30 | 0.34 | 0.10 | 0.34 | 0.10 | 17 | 0 | 10 | 15.9 | 50.0 |
| | 1987 | 0.42 | 0.22 | 0.64 | 0.33 | 0.12 | 0.06 | 0.18 | 0.09 | 5 | 3 | 9 | 11.4 | 39.5 |
| | 1988 | 0.42 | 0.19 | 0.91 | 0.29 | 0.13 | 0.06 | 0.27 | 0.09 | 6 | 7 | 10 | 14.2 | 48.8 |
| | 1989 | 0.27 | 0.15 | 0.58 | 0.18 | 0.12 | 0.08 | 0.21 | 0.08 | 5 | 5 | 10 | 18.1 | 54.0 |
| | 1990 | 0.28 | 0.13 | 0.62 | 0.18 | 0.10 | 0.05 | 0.22 | 0.06 | 5 | 6 | 10 | 17.2 | 49.0 |
| | 1991 | 0.72 | 0.21 | 0.95 | 0.24 | 0.26 | 0.08 | 0.34 | 0.09 | 13 | 4 | 10 | 18.4 | 50.0 |
| | 1992 | 0.87 | 0.34 | 0.93 | 0.33 | 0.36 | 0.15 | 0.38 | 0.14 | 18 | 1 | 10 | 20.0 | 50.0 |
| | 1993 | 0.93 | 0.30 | 1.17 | 0.35 | 0.38 | 0.11 | 0.52 | 0.12 | 15 | 5 | 8 | 19.5 | 38.0 |
| | 1994 | 0.65 | 0.23 | 0.74 | 0.24 | 0.28 | 0.10 | 0.32 | 0.10 | 14 | 2 | 10 | 20.8 | 50.0 |
| | 1995 | 0.68 | 0.22 | 0.99 | 0.27 | 0.28 | 0.10 | 0.40 | 0.12 | 14 | 6 | 10 | 19.4 | 50.0 |
| | 1996 | 0.66 | 0.21 | 1.13 | 0.22 | 0.28 | 0.09 | 0.46 | 0.09 | 14 | 9 | 10 | 19.6 | 50.2 |
| | 1997 | 0.97 | 0.30 | 1.25 | 0.37 | 0.36 | 0.12 | 0.46 | 0.14 | 18 | 5 | 10 | 18.7 | 50.0 |
| | 1998 | 1.07 | 0.29 | 1.31 | 0.31 | 0.38 | 0.10 | 0.46 | 0.10 | 19 | 4 | 10 | 17.8 | 50.0 |
| | 1999 | 1.11 | 0.35 | 1.22 | 0.41 | 0.42 | 0.13 | 0.46 | 0.16 | 21 | 2 | 10 | 18.4 | 50.0 |
| | 2000 | 0.95 | 0.17 | 1.02 | 0.20 | 0.32 | 0.06 | 0.34 | 0.07 | 16 | 1 | 10 | 16.7 | 50.0 |

TABLE A-6. — Mean CPE of Colorado pikeminnow in the Colorado River, upper (8) and lower (6 and 7) reaches.

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
| Upper | 1986 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0 | 6 | 8.8 | 30.0 |
| | 1987 | 0.11 | 0.11 | 0.32 | 0.16 | 0.03 | 0.03 | 0.08 | 0.04 | 1 | 2 | 8 | 9.3 | 40.0 |
| | 1988 | 0.09 | 0.09 | 0.18 | 0.12 | 0.03 | 0.03 | 0.05 | 0.03 | 1 | 1 | 8 | 10.3 | 40.0 |
| | 1989 | 0.08 | 0.08 | 0.28 | 0.14 | 0.03 | 0.03 | 0.08 | 0.04 | 1 | 2 | 8 | 11.1 | 40.0 |
| | 1990 | 0.08 | 0.08 | 0.22 | 0.15 | 0.02 | 0.02 | 0.07 | 0.05 | 1 | 2 | 9 | 10.7 | 39.8 |
| | 1991 | 1.01 | 0.60 | 1.11 | 0.61 | 0.29 | 0.18 | 0.31 | 0.18 | 7 | 1 | 8 | 9.2 | 36.8 |
| | 1992 | 0.25 | 0.12 | 0.40 | 0.12 | 0.08 | 0.04 | 0.13 | 0.04 | 3 | 2 | 8 | 12.0 | 37.4 |
| | 1993 | 0.68 | 0.24 | 0.86 | 0.27 | 0.20 | 0.07 | 0.25 | 0.08 | 7 | 2 | 8 | 10.4 | 37.4 |
| | 1994 | 0.38 | 0.23 | 0.46 | 0.23 | 0.15 | 0.10 | 0.17 | 0.10 | 5 | 1 | 8 | 12.4 | 37.6 |
| | 1995 | 1.05 | 0.35 | 1.65 | 0.44 | 0.30 | 0.11 | 0.47 | 0.14 | 11 | 6 | 8 | 10.0 | 38.0 |
| | 1996 | 0.55 | 0.31 | 0.62 | 0.34 | 0.18 | 0.10 | 0.20 | 0.11 | 7 | 1 | 8 | 10.9 | 37.2 |
| | 1997 | 0.57 | 0.32 | 0.85 | 0.38 | 0.15 | 0.08 | 0.23 | 0.10 | 6 | 3 | 8 | 11.1 | 37.2 |
| | 1998 | 0.67 | 0.10 | 0.75 | 0.13 | 0.19 | 0.03 | 0.21 | 0.04 | 7 | 1 | 8 | 10.7 | 37.2 |
| | 1999 | 0.98 | 0.19 | 1.20 | 0.23 | 0.26 | 0.05 | 0.32 | 0.06 | 10 | 2 | 8 | 10.1 | 37.4 |
| | 2000 | 0.47 | 0.24 | 0.93 | 0.30 | 0.14 | 0.07 | 0.27 | 0.09 | 5 | 5 | 8 | 10.3 | 37.2 |
| Lower | 1986 | 0.41 | 0.14 | 0.57 | 0.20 | 0.14 | 0.05 | 0.19 | 0.06 | 11 | 4 | 18 | 21.6 | 65.1 |
| | 1987 | 0.46 | 0.13 | 0.58 | 0.17 | 0.16 | 0.05 | 0.20 | 0.06 | 11 | 3 | 16 | 20.6 | 63.0 |
| | 1988 | 0.21 | 0.12 | 0.30 | 0.12 | 0.05 | 0.03 | 0.08 | 0.03 | 3 | 2 | 16 | 15.8 | 64.0 |
| | 1989 | 0.21 | 0.12 | 0.33 | 0.14 | 0.07 | 0.04 | 0.10 | 0.04 | 4 | 3 | 16 | 18.7 | 62.8 |
| | 1990 | 0.22 | 0.13 | 0.42 | 0.23 | 0.05 | 0.03 | 0.09 | 0.05 | 3 | 2 | 16 | 15.7 | 64.0 |
| | 1991 | 0.30 | 0.13 | 0.41 | 0.24 | 0.13 | 0.05 | 0.18 | 0.10 | 9 | 4 | 16 | 23.0 | 64.0 |
| | 1992 | 1.49 | 0.30 | 1.65 | 0.31 | 0.41 | 0.08 | 0.46 | 0.09 | 28 | 3 | 16 | 18.4 | 64.0 |
| | 1993 | 0.63 | 0.17 | 0.79 | 0.22 | 0.23 | 0.07 | 0.31 | 0.11 | 17 | 6 | 16 | 24.0 | 64.0 |
| | 1994 | 1.19 | 0.29 | 1.99 | 0.45 | 0.39 | 0.10 | 0.60 | 0.14 | 28 | 16 | 16 | 21.1 | 64.0 |
| | 1995 | 1.09 | 0.26 | 1.46 | 0.34 | 0.42 | 0.11 | 0.54 | 0.13 | 30 | 9 | 16 | 24.1 | 64.0 |
| | 1996 | 1.36 | 0.30 | 2.09 | 0.41 | 0.46 | 0.11 | 0.71 | 0.14 | 33 | 17 | 16 | 21.9 | 63.0 |
| | 1997 | 1.27 | 0.24 | 1.50 | 0.35 | 0.41 | 0.08 | 0.49 | 0.13 | 26 | 5 | 16 | 19.7 | 64.0 |
| | 1998 | 1.26 | 0.29 | 1.70 | 0.39 | 0.35 | 0.08 | 0.50 | 0.14 | 24 | 12 | 16 | 17.9 | 64.0 |
| | 1999 | 0.44 | 0.20 | 0.78 | 0.26 | 0.14 | 0.06 | 0.20 | 0.07 | 10 | 5 | 16 | 20.1 | 69.0 |
| | 2000 | 0.27 | 0.14 | 0.44 | 0.22 | 0.10 | 0.05 | 0.15 | 0.07 | 7 | 4 | 16 | 21.3 | 64.0 |

A-11

BLM_0057159

TABLE A-7. — **Mean CPE of Colorado pikeminnow in the Green River, upper (1, 2, and 3) and lower (4 and 5) reaches.**

| Reach | Year | Colorado Pikeminnow/hour | | | | Colorado Pikeminnow/mile | | | | Total Colorado Pikeminnow | | Sample Size | Total Effort | |
| | | CPM/hr | | CPM+obs/hr | | CPM/mi | | CPM+obs/mi | | | | | | |
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Caught | Observed | | Hour | Mile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Upper | 1986 | 0.39 | 0.18 | 0.54 | 0.21 | 0.14 | 0.07 | 0.18 | 0.08 | 9 | 3 | 16 | 18.4 | 67.8 |
| | 1987 | 0.46 | 0.14 | 0.69 | 0.19 | 0.14 | 0.04 | 0.22 | 0.06 | 9 | 5 | 16 | 21.0 | 70.2 |
| | 1988 | 0.68 | 0.27 | 0.88 | 0.27 | 0.15 | 0.06 | 0.21 | 0.06 | 11 | 4 | 16 | 16.8 | 70.5 |
| | 1989 | 2.23 | 0.58 | 2.50 | 0.58 | 1.35 | 0.76 | 1.45 | 0.75 | 43 | 7 | 17 | 24.1 | 70.0 |
| | 1990 | 3.63 | 0.57 | 4.04 | 0.56 | 1.00 | 0.17 | 1.10 | 0.17 | 67 | 8 | 16 | 18.4 | 70.0 |
| | 1991 | 1.88 | 0.29 | 2.16 | 0.28 | 0.74 | 0.12 | 0.84 | 0.11 | 50 | 7 | 16 | 26.4 | 68.5 |
| | 1992 | 2.74 | 0.49 | 3.61 | 0.56 | 0.75 | 0.13 | 0.99 | 0.16 | 57 | 18 | 16 | 20.0 | 74.0 |
| | 1993 | 2.35 | 0.30 | 2.91 | 0.35 | 0.69 | 0.09 | 0.86 | 0.10 | 52 | 13 | 16 | 22.0 | 74.0 |
| | 1994 | 1.92 | 0.32 | 2.59 | 0.41 | 0.61 | 0.08 | 0.80 | 0.08 | 44 | 13 | 16 | 24.5 | 70.0 |
| | 1995 | 3.40 | 0.64 | 4.14 | 0.64 | 1.09 | 0.18 | 1.34 | 0.18 | 92 | 23 | 20 | 29.3 | 87.5 |
| | 1996 | 2.86 | 0.79 | 3.53 | 0.82 | 0.93 | 0.26 | 1.14 | 0.26 | 52 | 12 | 13 | 18.9 | 56.7 |
| | 1997 | 2.69 | 0.63 | 3.20 | 0.65 | 0.79 | 0.19 | 0.94 | 0.20 | 55 | 11 | 16 | 20.5 | 69.4 |
| | 1998 | 4.80 | 0.96 | 6.40 | 1.27 | 1.40 | 0.29 | 1.90 | 0.40 | 101 | 32 | 16 | 20.2 | 70.0 |
| | 1999 | 2.85 | 0.45 | 3.98 | 0.51 | 0.82 | 0.14 | 1.15 | 0.15 | 59 | 23 | 16 | 19.9 | 70.0 |
| | 2000 | 1.65 | 0.32 | 2.08 | 0.37 | 0.46 | 0.10 | 0.57 | 0.11 | 33 | 8 | 16 | 18.9 | 70.0 |
| Lower | 1986 | 1.30 | 0.27 | 1.80 | 0.35 | 0.41 | 0.08 | 0.59 | 0.11 | 33 | 13 | 20 | 26.6 | 84.6 |
| | 1987 | 1.35 | 0.26 | 1.95 | 0.38 | 0.51 | 0.12 | 0.74 | 0.17 | 38 | 15 | 20 | 28.3 | 77.6 |
| | 1988 | 1.07 | 0.33 | 1.22 | 0.38 | 0.33 | 0.11 | 0.38 | 0.12 | 23 | 3 | 20 | 21.1 | 77.6 |
| | 1989 | 0.34 | 0.12 | 0.46 | 0.16 | 0.13 | 0.05 | 0.16 | 0.06 | 9 | 3 | 20 | 28.4 | 76.5 |
| | 1990 | 0.39 | 0.12 | 0.57 | 0.19 | 0.14 | 0.05 | 0.21 | 0.07 | 10 | 4 | 20 | 26.4 | 78.2 |
| | 1991 | 0.83 | 0.22 | 1.03 | 0.24 | 0.36 | 0.10 | 0.44 | 0.11 | 23 | 5 | 18 | 28.1 | 69.3 |
| | 1992 | 1.21 | 0.27 | 1.79 | 0.29 | 0.36 | 0.09 | 0.51 | 0.10 | 28 | 13 | 20 | 23.6 | 84.6 |
| | 1993 | 1.00 | 0.26 | 1.34 | 0.30 | 0.37 | 0.10 | 0.49 | 0.11 | 30 | 11 | 20 | 29.1 | 82.6 |
| | 1994 | 1.86 | 0.36 | 2.33 | 0.35 | 0.68 | 0.14 | 0.85 | 0.15 | 55 | 13 | 20 | 30.0 | 84.5 |
| | 1995 | 1.39 | 0.30 | 2.19 | 0.40 | 0.59 | 0.11 | 0.91 | 0.14 | 47 | 28 | 20 | 34.1 | 84.6 |
| | 1996 | 2.45 | 0.38 | 3.82 | 0.50 | 0.77 | 0.13 | 1.17 | 0.16 | 67 | 32 | 20 | 25.9 | 84.9 |
| | 1997 | 2.11 | 0.31 | 2.83 | 0.44 | 0.69 | 0.10 | 0.93 | 0.15 | 59 | 21 | 20 | 27.5 | 84.6 |
| | 1998 | 1.85 | 0.34 | 2.86 | 0.49 | 0.50 | 0.10 | 0.80 | 0.16 | 42 | 26 | 20 | 22.6 | 84.6 |
| | 1999 | 2.80 | 0.64 | 3.90 | 0.79 | 0.74 | 0.19 | 1.01 | 0.20 | 59 | 22 | 20 | 22.2 | 84.6 |
| | 2000 | 5.28 | 0.56 | 6.77 | 0.88 | 1.97 | 0.26 | 2.54 | 0.39 | 162 | 46 | 20 | 30.6 | 85.7 |

A-12

BLM_0057160

TABLE A-8. — Results of repeated measures ANOVA (probability that at least 2 years are significantly different from each other) and linear regression (probability that the slope of the line is significantly different than 0) of mean CPE (using four different measures of CPE) of Colorado pikeminnow among years.   All tests of significance were at $P \le 0.05$ (S=$P \le 0.05$, NS=$P > 0.05$).

| River | Colorado pikeminnow (captured only) per hour (CPM/hr) | Colorado pikeminnow (captured only) per mile (CPM+obs/hr) | Colorado pikeminnow (captured +observed) per hour (CPM/mi) | Colorado pikeminnow (captured +observed) per mile (CPM+obs/mi) |
|---|---|---|---|---|
| All Rivers [a] ANOVA Regression | S S | S S | S S | S S |
| Colorado River ANOVA Regression | S S | S S | S S | S S |
| Upper Colorado River ANOVA Regression | S S | NS S | S S | S S |
| Lower Colorado River ANOVA Regression | S NS | S NS | S NS | S NS |
| Yampa River ANOVA Regression | NS S | NS S | NS S | NS S |
| White River ANOVA Regression | S S | S S | S S | S S |
| Green River ANOVA Regression | S S | S S | S S | S S |
| Green Basin [b] ANOVA Regression | S S | S S | S S | S S |
| Upper Green River ANOVA Regression | S S | S S | S S | S S |
| Lower Green River ANOVA Regression | S S | NS NS | S S | NS NS |

[a] Green+Yampa+White+Colorado   [b] Green+Yampa+White

A-13

BLM_0057161

TABLE A-9. — Results of repeated measures ANOVA (probability that at least 2 years are significantly different from each other) and linear regression (probability that the slope of the line is significantly different than 0) of mean CPE (CPM/hr) of Colorado pikeminnow among years.   All tests of significance were at $P \leq 0.05$.

| River | Repeated Measures ANOVA ($P$) | Linear Regression | | | |
|---|---|---|---|---|---|
| | | $P$ | SE | $r^2$ | Slope |
| All rivers combined | 0.000003 | <0.0000005 | 0.013 | 0.90 | 0.140 |
| Colorado River | 0.011126 | 0.027543 | 0,019 | 0.32 | 0.048 |
| Upper Colorado River | 0.024558 | 0.007529 | 0.017 | 0.43 | 0.053 |
| Lower Colorado River | <0.0000005 | 0.111881 | 0.027 | 0.18 | 0.047 |
| Yampa River | 0.410209 | 0.026724 | 0.015 | 0.32 | 0.037 |
| White River | 0.002984 | 0.000007 | 0.035 | 0.80 | 0.252 |
| Green River | 0.022678 | 0.000001 | 0.022 | 0.85 | 0.186 |
| Green River Basin | 0.000076 | <0.0000005 | 0.011 | 0.95 | 0.165 |
| Upper Green River | <0.0000005 | 0.000078 | 0.034 | 0.71 | 0.191 |
| Lower Green River | 0.012629 | 0.018268 | 0.060 | 0.36 | 0.162 |

BLM_0057162

TABLE A-10. — Pairwise significant differences in mean CPE (CPM/hr) among years by river and river segments.  Significant differences ($P \leq 0.05$) are indicated by S.

## All Rivers

### Tukey Kramer

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | | | | S | S | | S |
| 87 | | | | | | | | | | | | S | S | S | S |
| 88 | | | | | | | | | | | | S | S | S | S |
| 89 | | | | | | | | | | | | S | S | | |
| 90 | | | | | | | | | | | | | | | S |
| 91 | | | | | | | | | | | | | | | S |
| 92 | | | | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | | | | S |
| 94 | | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

### Fisher's Least Significant Difference

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | S | S | S | S | S | S | S |
| 87 | | | | | | | | | S | S | S | S | S | S | S |
| 88 | | | | | | | | | S | S | S | S | S | S | S |
| 89 | | | | | | | | | | S | S | S | S | S | S |
| 90 | | | | | | | | | | | S | S | S | S | S |
| 91 | | | | | | | | | | | S | S | S | S | S |
| 92 | | | | | | | | | | | | S | S | | S |
| 93 | | | | | | | | | | | | S | S | S | S |
| 94 | | | | | | | | | | | | | | | S |
| 95 | | | | | | | | | | | | | | | S |
| 96 | | | | | | | | | | | | | | | S |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

## Colorado River

### Tukey Kramer

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | | | | | | | |
| 87 | | | | | | | | | | | | | | | |
| 88 | | | | | | | | | | | | | | | |
| 89 | | | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

### Fisher's Least Significant Difference

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | S | | | S | S | S | S | | |
| 87 | | | | | | | S | | | S | S | S | S | | |
| 88 | | | | | | | S | | S | S | S | S | S | | |
| 89 | | | | | | | S | | S | S | S | S | S | | |
| 90 | | | | | | | S | | S | S | S | S | S | | |
| 91 | | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | | | S |
| 93 | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | | | S |
| 96 | | | | | | | | | | | | | | | S |
| 97 | | | | | | | | | | | | | | | S |
| 98 | | | | | | | | | | | | | | | S |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

A-15

BLM_0057163

## TABLE A-10. — Continued.

### Upper Colorado River

**Tukey Kramer**

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | | | | | | | |
| 87 | | | | | | | | | | | | | | | |
| 88 | | | | | | | | | | | | | | | |
| 89 | | | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

**Fisher's Least Significant Difference**

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | S | | | | S | | | | S | |
| 87 | | | | | | S | | | | S | | | | S | |
| 88 | | | | | | S | | | | S | | | | S | |
| 89 | | | | | | S | | | | S | | | | S | |
| 90 | | | | | | S | | | | S | | | | S | |
| 91 | | | | | | | | S | | | | | | | |
| 92 | | | | | | | | | | S | | | | S | |
| 93 | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

### Lower Colorado River

**Tukey Kramer**

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | S | | | | | | | | |
| 87 | | | | | | | S | | | | | | | | |
| 88 | | | | | | | S | | | | S | S | S | | |
| 89 | | | | | | | S | | | | S | S | S | | |
| 90 | | | | | | | S | | | | S | S | S | | |
| 91 | | | | | | | S | | | | S | | | | |
| 92 | | | | | | | | | | | | | | S | S |
| 93 | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | S |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

**Fisher's Least Significant Difference**

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | S | | S | S | S | S | S | | |
| 87 | | | | | | | S | | S | S | S | S | S | | |
| 88 | | | | | | | S | | S | S | S | S | S | | |
| 89 | | | | | | | S | | S | S | S | S | S | | |
| 90 | | | | | | | S | | S | S | S | S | S | | |
| 91 | | | | | | | S | | S | S | S | S | S | | |
| 92 | | | | | | | | S | | | | | | S | S |
| 93 | | | | | | | | | | S | S | S | | | |
| 94 | | | | | | | | | | | | | | S | S |
| 95 | | | | | | | | | | | | | | S | S |
| 96 | | | | | | | | | | | | | | S | S |
| 97 | | | | | | | | | | | | | | S | S |
| 98 | | | | | | | | | | | | | | S | S |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

A-16

BLM_0057164

TABLE A-10. — Continued.

## Yampa River

**Tukey Kramer**

|    | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 86 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 87 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 88 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 89 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 90 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 91 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 92 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 93 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 94 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 95 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 96 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 97 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 98 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 99 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 00 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

**Fisher's Least Significant Difference**

|    | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 86 |    |    | s  |    |    |    |    |    |    |    |    |    |    |    |    |
| 87 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 88 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 89 |    |    |    |    |    |    |    |    |    |    |    | s  | s  | s  | s  |
| 90 |    |    |    |    |    |    |    |    |    |    |    |    | s  |    | s  |
| 91 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 92 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 93 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 94 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 95 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 96 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 97 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 98 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 99 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 00 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

## White River

**Tukey Kramer**

|    | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 86 |    |    |    |    |    |    |    |    |    |    |    | s  |    |    | s  |
| 87 |    |    |    |    |    |    |    |    |    |    |    | s  |    | s  | s  |
| 88 |    |    |    |    |    |    |    |    |    |    |    | s  |    |    | s  |
| 89 |    |    |    |    |    |    |    |    |    |    |    |    |    |    | s  |
| 90 |    |    |    |    |    |    |    |    |    |    |    |    |    |    | s  |
| 91 |    |    |    |    |    |    |    |    |    |    |    |    |    |    | s  |
| 92 |    |    |    |    |    |    |    |    |    |    |    |    |    |    | s  |
| 93 |    |    |    |    |    |    |    |    |    |    |    |    |    |    | s  |
| 94 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 95 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 96 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 97 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 98 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 99 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 00 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

**Fisher's Least Significant Difference**

|    | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 86 |    |    |    |    |    |    |    |    |    | s  | s  | s  | s  | s  | s  |
| 87 |    |    |    |    |    |    |    |    |    | s  | s  | s  | s  | s  | s  |
| 88 |    |    |    |    |    |    |    |    |    |    | s  | s  | s  | s  |    |
| 89 |    |    |    |    |    |    |    |    |    |    |    | s  |    | s  | s  |
| 90 |    |    |    |    |    |    |    |    |    |    |    | s  |    | s  | s  |
| 91 |    |    |    |    |    |    |    |    |    |    |    | s  |    | s  | s  |
| 92 |    |    |    |    |    |    |    |    |    |    |    | s  |    | s  | s  |
| 93 |    |    |    |    |    |    |    |    |    |    |    | s  |    | s  | s  |
| 94 |    |    |    |    |    |    |    |    |    |    |    | s  |    | s  | s  |
| 95 |    |    |    |    |    |    |    |    |    |    |    |    |    |    | s  |
| 96 |    |    |    |    |    |    |    |    |    |    |    |    |    |    | s  |
| 97 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 98 |    |    |    |    |    |    |    |    |    |    |    |    |    |    | s  |
| 99 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
| 00 |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

BLM_0057165

TABLE A-10. — Continued.

## Green River

### Tukey Kramer

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | | | | | | | S |
| 87 | | | | | | | | | | | | | | | |
| 88 | | | | | | | | | | | | | | | S |
| 89 | | | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

### Fisher's Least Significant Difference

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | | | S | | S | S | S |
| 87 | | | | | | | | | | | | | S | S | S |
| 88 | | | | | | | | | | S | | | S | S | S |
| 89 | | | | | | | | | | | | | S | S | S |
| 90 | | | | | | | | | | | | | | | S |
| 91 | | | | | | | | | | | S | | | | S |
| 92 | | | | | | | | | | | | | | | S |
| 93 | | | | | | | | | | | | | | | S |
| 94 | | | | | | | | | | | | | | | S |
| 95 | | | | | | | | | | | | | | | S |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

## Green River Basin

### Tukey Kramer

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | | | | | | | S |
| 87 | | | | | | | | | | | | S | S | S | S |
| 88 | | | | | | | | | | | | S | S | S | S |
| 89 | | | | | | | | | | | | | | | S |
| 90 | | | | | | | | | | | | | | | S |
| 91 | | | | | | | | | | | | | | | S |
| 92 | | | | | | | | | | | | | | | S |
| 93 | | | | | | | | | | | | | | | S |
| 94 | | | | | | | | | | | | | | | S |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

### Fisher's Least Significant Difference

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | | | S | S | S | S | S |
| 87 | | | | | | | | | | S | S | S | S | S | S |
| 88 | | | | | | | | | | S | S | S | S | S | S |
| 89 | | | | | | | | | | S | S | S | S | S | S |
| 90 | | | | | | | | | | | S | S | S | S | S |
| 91 | | | | | | | | | | | S | S | S | S | S |
| 92 | | | | | | | | | | | S | S | S | S | S |
| 93 | | | | | | | | | | | S | S | S | S | S |
| 94 | | | | | | | | | | | | | | | S |
| 95 | | | | | | | | | | | | | | | S |
| 96 | | | | | | | | | | | | | | | S |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

BLM_0057166

## TABLE A-10. — Continued.

### Upper Green River

**Tukey Kramer**

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | | | | | | | S |
| 87 | | | | | | | | | | | | | | | S |
| 88 | | | | | | | | | | | | | | | S |
| 89 | | | | | | | | | | | S | | S | | S |
| 90 | | | | | | | | | | | | | S | | S |
| 91 | | | | | | | | | | | | | | | S |
| 92 | | | | | | | | | | | | | | | S |
| 93 | | | | | | | | | | | | | | | S |
| 94 | | | | | | | | | | | | | | | S |
| 95 | | | | | | | | | | | | | | | S |
| 96 | | | | | | | | | | | | | | | S |
| 97 | | | | | | | | | | | | | | | S |
| 98 | | | | | | | | | | | | | | | S |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

**Fisher's Least Significant Difference**

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | | S | S | S | S | S | S |
| 87 | | | | | | | | | | | S | S | S | S | S |
| 88 | | | | | | | | | | S | S | S | S | S | S |
| 89 | | | | | | | S | S | S | S | S | S | S | S | S |
| 90 | | | | | | | S | | S | S | S | S | S | S | S |
| 91 | | | | | | | | | | | S | S | S | S | S |
| 92 | | | | | | | | | | | S | | S | S | S |
| 93 | | | | | | | | | | | S | | S | S | S |
| 94 | | | | | | | | | | | | | | S | S |
| 95 | | | | | | | | | | | | S | S | S | S |
| 96 | | | | | | | | | | | | | | S | S |
| 97 | | | | | | | | | | | | | | | S |
| 98 | | | | | | | | | | | | | | | S |
| 99 | | | | | | | | | | | | | | | S |
| 00 | | | | | | | | | | | | | | | |

### Lower Green River

**Tukey Kramer**

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | | | | | | | | | S | | |
| 87 | | | | | | | | | | | | | S | | |
| 88 | | | | | | | | | | | | | S | | |
| 89 | | | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

**Fisher's Least Significant Difference**

| | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | S | | S | S | | S | S | S | S | S | | | |
| 87 | | | S | | S | S | | S | S | S | S | S | | | |
| 88 | | | S | | S | | | S | S | S | S | | | | |
| 89 | | | | | | | | | | | | S | | | |
| 90 | | | | | | | | | | | | | | | S |
| 91 | | | | | | | | | | | | S | | | |
| 92 | | | | | | | | | | | | S | | | |
| 93 | | | | | | | | | | | | S | | | |
| 94 | | | | | | | | | | | | S | | | |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | S | | |
| 98 | | | | | | | | | | | | | | S | S |
| 99 | | | | | | | | | | | | | | | |
| 00 | | | | | | | | | | | | | | | |

BLM_0057167



A-20

FIGURE A-1. — Length-frequency of Colorado pikeminnow in the Green River, 1986-2000.

**Green River**





A-21

FIGURE A-1. — Continued.

BLM_0057169



**FIGURE A-2.** — Length-frequency distribution of Colorado pikeminnow in the Colorado River, 1986-2000.

A-22

BLM_0057170

A-23



FIGURE A-2. — Continued.

BLM_0057171



**FIGURE A-3. — Length-frequency distribution of Colorado pikeminnow in the White River, 1986-2000.**

A-24

BLM_0057172



**White River**

A-25

FIGURE A-3. — Continued.

BLM_0057173



**FIGURE A-4.** — Length-frequency distribution of Colorado pikeminnow in the Yampa River, 1986–2000.

BLM_0057174



FIGURE A-4. — Continued.

BLM_0057175

A-28



FIGURE A-5. — Length-frequency distribution of Colorado pikeminnow in the Green River, partitioned by upper (1, 2, and 3) and lower (4 and 5) reaches.

BLM_0057176



**FIGURE A-5. — Continued.**

BLM_0057177



**FIGURE A-5. —** Continued.

BLM_0057178



A-31

FIGURE A-5. — Continued.

BLM_0057179

A-32



FIGURE A-6. — Length-frequency distribution of Colorado pikeminnow in the Colorado River, partitioned by upper (6) and lower (7 and 8) reaches.



FIGURE A-6. — Continued.

BLM_0057181



FIGURE A-6. — Continued.

BLM_0057182



FIGURE A-6. — Continued.

BLM_0057183

# Sheep Use on Mountain Winter Range in New Mexico

**KIRK C. McDANIEL AND JAMES A. TIEDEMAN**

### Abstract

Sheep were found to be affected by several factors related to the mountainous terrain. Slope steepness, percent bareground, and position on slope were the three most important factors influencing sheep distribution and utilization. Sheep favored mountain ridgetops for bedgrounds and grazing. Sheep utilization was relatively uniform on all side slopes less than 45%, but utilization was reduced from 50% to 75% on steeper slopes. Sheep were not limited by distance from water in the mountainous country of this study area. Sheep used severely eroded slopes less than slightly eroded slopes.

Ranchers and range managers in mountainous country are faced with a difficult problem when determining proper use of range used readily by livestock. It is known in a general way that distribution is limited by steepness of slope, roughness of terrain, distance from water, and type and availability of forage (Mueggler 1965; Cook 1966). It is also generally known that sheep utilize steep mountain slopes more than cattle and can travel greater distances from water (Bowns 1971).

Cattle normally graze heavily on valley bottoms and more level land near water before moving onto rougher terrain. They tend to use some slopes extensively and others only slightly or not at all. In contrast, sheep normally graze heavily on the tops of ridges and tops of upper slopes before moving to valley bottoms.

During the period of the inter-agency range surveys (1934 to 1937), estimated capacity of mountain range was adjusted on the basis of percent slope in order to allow for the effect of topography (Interagency Range Survey Committee 1937, from Cook 1966). Other stocking rate adjustments were made based on distance from water, rockiness and prevalence of down timber. Today, carrying capacities are further adjusted based on minimal forage production standards and erodibility of the site (Instruction memorandum No. 78-509, BLM 1978).

Guidelines adopted by range managers which govern stocking rates in mountainous country are largely based on cattle research. Studies with cattle report the effect of availability of water (Holscher and Woolfolk 1953; Talbot 1926; Valentine 1947), the desirability of improving distribution of water (Costelle and Driscoll 1957; Goebel 1956), preference for certain plant communities (Miller and Krueger 1976), and how steep slopes and rough terrain hinder cattle movement (Mueggler 1965; Cook 1966). Similar studies with sheep, to our knowledge, have not been reported. Specific quantitative information about the effect of slope steepness and roughness of terrain on sheep distribution is needed to guide management effectively.

### Study Area and Procedure

The study was conducted on the Bullis Spring Allotment within the Guadalupe District of the Lincoln National Forest. The allotment, managed by Carl and Don Lewis, is about 60 km southwest

of Hope, New Mexico. The area is coniferous woodland occurring on steep mountainous slopes with elevations ranging from 1,430 to 1,980 m and slope steepness from 0 to 70%. The average precipitation is approximately 30 cm, with over 50% falling from July through October. Vegetation is a mixture of tree, shrub and herbaceous plants described by Donart et al. (1978) as typical of the Juniper-Pinyon-Oak Association. Pinyon-juniper *(Pinus cembroides, Juniperus monosperma* and *J. deppeana)* are dominant at higher elevations, with wavy leaf oak *(Quercus undulata)* occurring in scattered solid stands. Other common woody plants providing valuable browse for sheep and deer are mountain mahogany *(Cercocarpus montanus),* desert ceanothus *(Ceanothus greggii),* winterfat *(Ceratoides lanata),* and fourwing saltbush *(Atriplex canescens).* Blue grama *(Bouteloua gracilis)* is dominant on mesa tops and plateaus while sideoats grama *(Bouteloua curtipendula)* and mountain muhly *(Muhlenbergia montana)* are more common on slopes of rugged hills. Plains lovegrass *(Eragrostis intermedia)* is an important cool-season grass occurring on the mountainous slopes.

Sites selected for vegetation and utilization sampling were identified according to steepness of slope, aspect, length of slope, distance to water, and dominant plant community. A U.S. Forest Service vegetation map showing range condition was used to stratify sampling areas further. Field measurements were taken in mid March 1979, within a fenced pasture of about 1,500 ha, where 702 sheep were grazed for the previous 3 months. New Mexico fine wool and Rambouillet were the principal breeds of sheep.

Distribution of sheep (relative use) was measured by pellet group counts on a series of belt transects located at 50-m intervals up each slope. Transects were 3 meters wide and extended 150 m along the slope contour. The number of transects per slope varied, depending on length and uniformity of terrain. Additional transects were located on bottomlands along major and secondary drainages and on ridge tops.

Number of sheep pellet groups per transect were counted as an indicator of relative use as suggested by Mueggler (1965). Such an index has been used in cattle studies (Julander 1955; Cook 1966; Mueggler 1965), but to our knowledge similar research has not been conducted with sheep. Julander (1955) reported that cow chips were concentrated near water, salt, and bed grounds and were not necessarily distributed proportionately to where livestock fed. Cook (1966) stated that cow chip counts were unreliable indices of relative use of forage on the range, but might suggest relative time spent on various areas. The same is probably true for sheep.

Percent of plants grazed and percent of forage removed were also estimated along the 150-m transect. The sampling unit was a quadrat 36 × 72 cm. Fifty quadrats per transect were taken. Percent ground cover of grasses, forbs, shrubs, litter, bare ground, gravel, and rock were estimated within each quadrat. Site factors recorded at each transect included percent slope measured with an Abney level, distance from water, distance upslope, aspect, range condition, and vegetation type. Slope position was recorded at each site as either bottomland, lower 1/3 of slope, midslope, upper 1/3 of slope or ridgetop. Erosion condition classes were also determined at each site, by use of the Bureau of Land Mamage-

This report is submitted as Journal Article 739, Agricultural Experiment Station, New Mexico State University, Las Cruces, New Mexico 88003.

McDaniel is assistant professor, Department of Animal and Range Sciences, New Mexico State University, Las Cruces; Tiedeman was formerly assistant professor, Department of Animal and Range Sciences, New Mexico State University, but is presently range ecologist, Washington State University Farming Research Project, US-AID, Maseru, Lesotho. Funding for this project was provided by the Range Improvement Task Force, New Mexico State University.

BLM_0057184

ment soil surface factor (SSF) rating (Form 1221-2, BLM 1969).

The site factors affecting distribution and utilization on mountain slopes were analyzed statistically as independent variables. Relative use as indicated by pellet group counts, and the estimated percent of forage removed and percent of plants grazed were the dependent variables. Each transect represented a single observation. Certain site-related factors were grouped into select classes and analyzed further by analysis of variance with unequal numbers of observations. Mean separations were facilitated by selected single degree of freedom contrasts (Steel and Torrey 1960).

## Results and Discussion

Sheep data were analyzed in a stepwise multiple regression problem similar to the scheme used on cattle data by Mueggler (1965) and Cook (1966). Percent of forage removed, percent of plants grazed and relative use were dependent variables. Fifteen site-related factors were the independent variables. The mean from each of the 77 transects represented an observation.

When the 15 independent variables were analyzed by the stepwise regression procedure with each of the 3 dependent variables, 8 of the 15 were found to have a significant effect ($P = 0.05$) upon one or more of the measurements of sheep use (Table 1). Slope position and percent bareground were the only independent variables significantly affecting all measurements of sheep use. Percent slope at the site affected 2 of the 3 dependent variables. Percent cover of grasses, gravel and shrubs; vegetation type; and the soil surface factor (SSF) estimate were significant with 1 of the 3 measures of sheep use.

**Table 1. List of site-related factors which affect sheep distribution and utilization on mountain slopes.**

| Site factors | Partial regression coefficients | | |
|---|---|---|---|
| | % forage removed | % plants grazed | % relative use |
| Intercept | 14.17 | -8.06 | -1.93 |
| Slope position | 6.26** | 4.16** | 0.79** |
| % bareground | 0.76** | 0.86** | 0.15** |
| % slope at site | -1.25** | -1.94** | |
| Soil surface factor | -0.36* | | |
| % shrub cover | -0.43* | | |
| % grass cover | | 0.24* | |
| Vegetation type | | -0.93* | |
| % gravel cover | | | 0.10** |
| $R^2$ | 0.60 | 0.63 | 0.38 |
| Standard error | 1.04 | 0.72 | 0.20 |

*$P < 0.05$
**$P < 0.01$

When the 15 independent variables were analyzed with percent of forage removed as the dependent variable, a multiple correlation coefficient of 0.77 was obtained ($F = 12.88$; 6 and 58 df). Position on slope, percent bareground, and percent slope at the site were highly significant ($F = 33.8$, 11.4 and 12.8, respectively) and accounted for 71% of the variation in percent of forage removed. Individually they were less effective. The simple correlation coefficient for position on slope and percent of forage removed is 0.35, and that for percent bareground and percent of forage removed is 0.44. The correlation coefficient for percent slope at site and percent of forage removed is -0.25. Thus position on slope, percent bareground and percent slope at site account for only 12, 20, and 6 percent, respectively, in the variation in percent of forage removed. The inability of a single site-related factor to account satisfactorily for the variation in sheep use on mountain slopes is similar to results reported on cattle by Cook (1966). These data suggest several site-related factors must be considered in order to predict grazing use by sheep on mountain pastures reliably.

An analysis of the 15 independent variables and percent of plants grazed yielded results similar to those from the regression with

percent of forage removed. Again, slope position, percent bareground and percent slope at the site were highly significant. These three variables together accounted for 75% of the variation in percent of plants grazed. Percent grass cover and vegetation type were significant at the 0.05 probability level. When all the independent variables were analyzed with percent of plants grazed, a multiple correlation coefficient of 0.79 was obtained ($F = 18.14$; 5 and 58 df).

The stepwise regression procedure for the site-related factors and the dependent variable relative use yielded the lowest multiple coefficient of determination of the three models tested ($R^2 = 0.38$ compared to 0.59 and 0.63 for percent of forage removed and percent of plants grazed, respectively). Slope position, percent bareground, and percent gravel were all highly significant ($F = 15.85$, 13.29 and 7.99, respectively). Sheep pellet groups, which were used as the index for relative use, were concentrated at bedding grounds and along trails to water and trails along the slope contour. They were not well distributed throughout grazed areas, and thus are probably not as good an indicator of sheep use as percent of forage removed or percent of plants grazed.

As would be expected, increasing slope negatively affected sheep use (Table 1). However, an examination of the means within various slope classes reveals little variation in sheep use on all slopes less than 45% (Table 2). Utilization on slopes greater than 45% was approximately 55% to 75% less than that measured on the more gradual slopes. Sheep used all slopes regardless of steepness, but when terrain was especially rough the animals mostly trailed through the area making little use of the available forage.

The steepest slopes occurred mainly on the mid and upper one-third slope positions. Significantly less forage was removed and fewer plants were grazed on the three midslope positions and the bottomland as compared to the ridgetops (Table 2). All bedding grounds observed in the pasture were located on mountain ridges and saddles and accounted largely for the greater use. Sheep use on bedding grounds was particularly heavy with up to 70% of the forage removed from all areas generally less than 1 hectare in size. Unherded sheep tend to use the same areas for bedding from night-to-night and from year-to-year. Over time this continual use results in a sparse vegetative cover and an increased amount of exposed bareground and gravel.

**Table 2. Sheep use as determined by percent of forage removed, percent of plants grazed, and relative use on different slope classes, slope positions and soil surface factors.**

| Site factors | N | Percent of forage removed | Percent of plants grazed | Percent relative use |
|---|---|---|---|---|
| Slope class (%) | | | | |
| 0–7 | 12 | 18.4 a[1] | 16.8 a | 19.0 a |
| 8–14 | 10 | 20.7 a | 19.0 a | 20.0 a |
| 15–24 | 9 | 21.8a | 16.6 a | 19.2 a |
| 25–34 | 10 | 18.3 a | 12.0 a | 13.4 a |
| 35–44 | 13 | 18.6 a | 13.9 a | 20.1 a |
| 45–54 | 9 | 8.8 b | 5.6 b | 3.9 b |
| 55–64 | 14 | 5.7 b | 5.4 b | 5.7 b |
| Slope position | | | | |
| Bottomland | 15 | 14.9 a | 14.7 a | 19.0 a |
| Low 1/3 slope | 16 | 13.3 a | 11.3 a | 8.0 a |
| Mid 1/3 slope | 19 | 12.0 a | 7.6 a | 6.4 a |
| Upper 1/3 slope | 17 | 12.5 a | 9.9 a | 12.2 a |
| Ridgetop | 10 | 39.5 b | 25.6 b | 54.4 b |
| Soil surface factor | | | | |
| Stable (0–20) | 5 | 22.8 a | 12.1 a | 27.7 a |
| Slight (21–40) | 34 | 20.6 a | 13.2 a | 22.3 a |
| Moderate (41–60) | 31 | 13.9 b | 13.3 a | 18.7 a |
| Severe (61–80) | 7 | 7.1 c | 7.3 b | 8.9 b |

[1]Means followed by the same letter are not significantly different at the 5% level of probability.

BLM_0057185

Determination of erosion condition classes using the Bureau of Land Management soil surface factor (SSF) was estimated to obtain a measure of relative difference among areas rather than an absolute determination of erosion taking place in the pasture. Sheep use, when separated into four erosion classes, was reduced as the SSF became more severe (Table 2). More forage was removed from areas rated as stable or slightly eroded than from areas in the moderate erosion class. The amount of forage removed from areas of the moderate class was intermediate to that removed from areas of the severely eroded class. Only 7% of the forage was utilized from areas rated as severely eroded compared to about 20% from areas rated as stable or slightly eroded.

Sheep use on different aspects varied but did not significantly contribute to the variation explained by the multiple regression analysis (Table 1). A greater percent of forage was removed and more plants were grazed on south and east-exposed slopes than on north and west-facing slopes (Table 3). The pasture had a nearly equal amount of slopes facing predominantly east or west; however, the west slopes were steeper. The west slopes ranged from 8% to 60% in steepness and averaged 35%, whereas the east slopes range from 3% to 42% and averaged only 16%. North slopes averaged 40% whereas south slopes averaged 28% and did not exceed 42% in steepness. This information is particularly useful for management purposes. The data provide important evidence on where sheep spent the greatest portion of their time grazing. In this study, the sheep utilized a greater percent of forage from the less steep east slopes than from the steeper west slopes. For this example, it would be most important to monitor utilization on the east slopes to determine proper use.

**Table 3. Sheep use as determined by percent of forage removed, percent of plants grazed and relative use at different distances from water and slope aspects.**

| Site factors | N | Percent of forage removed | Percent of plants grazed | Percent relative use |
|---|---|---|---|---|
| Distance from water | | | | |
| 0– 500 m | 16 | 16.9 a[1] | 16.3 a | 18.1 a |
| 500–1000 m | 22 | 17.3 a | 13.0 a | 17.0 a |
| 1000–1500 m | 25 | 16.7 a | 20.1 a | 16.0 a |
| 1500–2000 m | 3 | 20.4 a | 20.1 a | 16.0 a |
| 2000–2400 m | 11 | 12.2 a | 6.9 a | 12.3 a |
| Aspect | | | | |
| North | 18 | 12.6 a | 7.1 a | 10.7 a |
| South | 17 | 19.9 b | 16.1 b | 26.8 b |
| East | 19 | 22.4 b | 17.3 b | 43.7 c |
| West | 23 | 12.2 a | 10.4 a | 18.9 ab |

[1]Means followed by the same letter are not significantly different at the 5% level of probability.

Distance from water was not limiting as a near equal amount of forage was removed from 2,000–2,400 m from water (12.2%) as from 0–500 m from water (16.9%) (Table 3). Water was well distributed in the pasture and stock tanks were available on the bottoms and near the top of the mountain slope. Periodic snows also occurred during the winter grazing, providing additional moisture. The requirement for free water appears to be less for sheep than for cattle and in this study was not considered to be a limiting factor.

## Summary and Conclusions

Sheep use on mountain slopes was found to be affected by several factors related to the mountainous terrain. Slope steepness, percent bareground, and position on slope were most important in influencing distribution and utilization of sheep on the mountain pasture. Sheep distribution was given as relative use on various portions of the pasture by counting fecal groups. The approach was similar to that used for cattle by Mueggler (1965). Utilization was determined from estimates of percent of forage removed and percent of plant grazed.

The amount of forage removed by sheep ranged from 3% to 65%

and averaged 16.8%. Use on mountain mahogany, the only woody plant observed was browsed, ranged from 0 to 65% and averaged 11.0%. The greatest utilization was near bedgrounds located on the mountain ridgetops and saddles. The least utilization occured on slopes greater than 45% occupying mid slope positions.

Of the 15 independent variables studied, 8 were found significantly correlated to utilization or distribution when analyzed as a multiple regression model. These are, in order of importance:

1. Slope position
2. % bareground
3. % slope at site
4. % gravel
5. Soil surface factor
6. % grass cover
7. % shrub cover
8. Vegetation type

Those factors measured that were not significantly correlated to sheep use on mountain slopes in this study were:

1. Distance from water
2. Aspect
3. % forb cover
4. % litter cover
5. % rock cover
6. Range condition
7. Total vegetation cover

No one factor could be used as a reliable index to predict sheep use. Cook (1966) reported similar results with cattle. However, the combination of factors which affect sheep use are not the same as for cattle. Mueggler (1965) reported that cattle favored bottomlands in mountainous country and that relative use diminished exponentially as the animals moved upslope. In this study sheep favored the tops of mountain slopes and utilization was relatively uniform on all slopes less than 45%. Additionally, sheep do not appear to be limited by distance from water to the same degree as cattle.

## Literature Cited

Bowns, J.E. 1971. Sheep behavior under unherded condition on mountain summer ranges. J. Range Manage. 24:104-109.

Cook, C.W. 1966. Factors affecting utilization of mountain slopes by cattle. J. Range Manage. 19:200-204.

Costello, D.F., and R.S. Driscoll. 1957. Hauling water for range cattle. U.S. Dep. Agr. Leaflet 419. 6 p.

Donart, G.B., D.D. Sylvester, and W.C. Hickey. 1978. Potential natural vegetation in New Mexico. Map prepared by USDA-SCS, Portland, Ore.

Goebel, Carl J. 1956. Water development on the Starkey Experimental Forest and Range. J. Range Manage. 9:232-234.

Holscher, C.E., and E.J. Woolfork. 1953. Forage utilization by cattle on northern Great Plains ranges. U.S. Dep. Agr. Circ. 918. 27 p.

Instruction memorandum No. 78-509. 1978. Rangeland suitability for livestock grazing—concepts, criteria and standards. Dated Sept. 14, 1978. Bureau of Land Management. U.S. Dep. of Interior, Washington, D.C.

Interagency Range Survey Committee. 1937. Instructions for range surveys. Interagency Range Survey Conference, April 24, 1937. Salt Lake City, Utah.

Julander, O. 1955. Determining grazing use by cow-chip counts. J. Range Manage. 8:182.

Miller, R.F., and W.C. Krueger. 1976. Cattle use on summer foothill rangelands in northeastern Oregon. J. Range Manage. 29:367-371.

Mueggler, W.E. 1965. Cattle distribution on steep slopes. J. Range Manage. 18:255-257.

Steel, R.G.D., and J.H. Torrie. 1960. Principles and procedures of statistics. McGraw-Hill, New York. 481 p.

Talbot, M.W. 1926. Range watering places in the Southwest. U.S. Dep. Agr. Bull. 1358. 44 p.

Valentine, K.A. 1947. Distance from water as a factor in grazing capacity of rangeland. J. Forestry 45:749-754.

Form 1221-2, BLM 1969. Watershed Conservation and Development System-7322. Bureau of Land Management. U.S. Dep. of the Interior, Washington, D.C.

BLM_0057186



**USDA** United States Department of Agriculture
**Economic Research Service**
The Economics of Food, Farming, Natural Resources, and Rural America

 Print | ✉ E-mail | Bookmark/share | Translate | Text only | A A A

**Search ERS:**

[            ] [ Go ]

**Browse by Subject:**

o Animal Products
o Countries & Regions
o Crops
o Diet, Health, & Safety
o Farm Economy
o Farm Practices &
  Management
o Food & Nutrition
  Assistance
o Food Sector
o Natural Resources &
  Environment
o Policy Topics
o Research & Productivity
o Rural Economy
o Trade & International
  Markets

# Natural Amenities Drive Rural Population Change

David McGranahan

Agricultural Economic Report No. (AER781) 32 pp, October 1999

Climate, topography, and water area are highly related to rural county population change over the past 25 years. A natural amenities index, derived and discussed here, captures much of this relationship. Average 1970-96 population change in nonmetropolitan counties was 1 percent among counties low on the natural amenities index and 120 percent among counties high on the index. Most retirement counties and recreation counties score in the top quarter of the amenities index. Employment change is also highly related to natural amenities, although more so over the past 25 years than in the current decade. The importance of particular amenities varies by region. In the Midwest, for example, people are drawn to lakes for recreation and retirement, while people are attracted to the West for its varied topography.

**Keywords:** natural amenities, population change, retirement, recreation

**In this report ...**

Chapters are in Adobe Acrobat PDF format.

- Frontmatter (Title page, Contents, Summary), 37 Kb
- Introduction, 37 Kb
- Measures of Natural Amenities, 2,033 Kb
- Relationships Among Measures, 38 Kb
- Population Change, 52 Kb
- Other Measures in Population Change Analysis , 32 Kb
- Natural Amenities and Population Growth, 39 Kb
- Natural Amenity Scale, 779 Kb
- Recreation and Retirement Counties, 55 Kb
- Natural Amenities and Employment, 61 Kb
- Natural Amenities and Regions, 60 Kb
- Conclusion, 32 Kb
- References, 33 Kb
- Appendix Figures, 50 Kb
- Appendix I: Categories of Variables Used in Regression Analyses, 32 Kb
- Appendix II: Comparisons With the Original Scale, 33 Kb
- Natural amenities county-level data file

- Entire Report, 2,853 Kb

## Data files...

Natural amenities county-level data can be downloaded in an Excel or text file.

## Further readings...

**Ex. 107**

BLM_0057187

Case No. 1:20-cv-02484-MSK   Document 44-15   filed 04/28/21   USDC Colorado   pg 70 of 153

See additional ERS research using the natural amenities measures:

"Behind the Data: Natural Amenities Scale," by David A. McGranahan, in *Amber Waves*, Vol. 3, No. 2, April 2005.

"Farm Programs, Natural Amenities, and Rural Development," by David A. McGranahan and Patrick J. Sullivan, in *Amber Waves*, Vol. 3, No. 1, February 2005.

"The Roots of Rural Population Loss," by David A. McGranahan and Calvin L. Beale, in *Amber Waves*, Vol. 1, No. 1, February 2003.

"Understanding Rural Population Loss," by David A. McGranahan and Calvin L. Beale, in *Rural America*, Vol. 17, No. 4, Winter 2002.

---

Order this report (stock #ERSAER781)

**Updated date:** October 1, 1999

**For more information, contact:** webadmin@ers.usda.gov

**Web administration:** webadmin@ers.usda.gov

BLM_0057188

**Natural Amenities Drive Rural Population Change.** By David A. McGranahan, Food and Rural Economics Division, Economic Research Service, U.S. Department of Agriculture. Agricultural Economic Report No. 781.

## Abstract

Climate, topography, and water area are highly related to rural county population change over the past 25 years. A natural amenities index, derived and discussed here, captures much of this relationship. Average 1970-96 population change in nonmetropolitan counties was 1 percent among counties low on the natural amenities index and 120 percent among counties high on the index. Most retirement counties and recreation counties score in the top quarter of the amenities index. Employment change is also highly related to natural amenities, although more so over the past 25 years than in the current decade. The importance of particular amenities varies by region. In the Midwest, for example, people are drawn to lakes for recreation and retirement, while people are attracted to the West for its varied topography.

**Keywords:** natural amenities, population change, retirement, recreation

## Acknowledgments

This report summarizes work that was carried out over several years. Diane Bohlbach Ray and Kathleen Kassel worked with me to develop and validate a set of measures of natural amenities and a summary index as part of a study of rural job growth. They deserve considerable credit. This report draws on the earlier work, but the index presented is slightly different, a result of more extensive analysis. I thank Calvin Beale, Linda Swanson, and Kathleen Kassel for their comments on earlier versions of this report.

Data tables for the report can be found at http://www.ers.usda.gov/data/naturalamenities/

1800 M Street
Washington, DC 20036-5831

September 1999

BLM_0057189

# Contents

Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .iii

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

Measures of Natural Amenities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

Relationships Among Measures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

Population Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

Other Measures in Population Change Analysis . . . . . . . . . . . . . . . . . . . . . . . . .7

Natural Amenities and Population Growth . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8

Natural Amenity Scale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

Recreation and Retirement Counties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Natural Amenities and Employment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14

Natural Amenities and Regions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20

References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21

Appendix Figures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22

Appendix I: Categories of Variables Used in Regression Analyses . . . . . . . . . . . .23

Appendix II: Comparisons With the Original Scale . . . . . . . . . . . . . . . . . . . . . . . .24

BLM_0057190

# Summary

Population change in rural counties since 1970 has been strongly related to their attractiveness as places to live. Natural aspects of attractiveness can be summarized in three types of amenities: mild climate, varied topography, and proximity to surface water—ponds, lakes, and shoreline. Counties scoring high in a scale of these amenities had substantial population growth in the last 25 years. High-scoring counties tended to double their population, while the average gain for the low-scoring counties was only 1 percent, and over half lost population. Not all high-amenity counties had high growth, however.

Counties high in natural amenities and with strong population growth are found primarily in the West and Southwest, where the climate is mild, the topography varied, and lakes or the ocean are easily accessible. By contrast, many rural counties in the Midwest lack these amenities and have lost population in the past 25 years. County population change is more highly related to these natural amenities than to urban proximity, population density, or economic type, although these too play a role.

Natural amenities are related to an area's popularity for retirement or recreation. Nearly two-thirds of the nonmetro counties dependent on recreation industries and three-fourths of those classified as retirement destinations fall in the top quarter of counties in natural amenities. Recreation counties, however, are not necessarily attractive as places to live year-round. Although they do tend to have sunny winters, mild summers, mountains, and lakes or coastal settings, recreation counties are less characterized by warm winters than are areas of high population growth because the colder winters discourage year-round living.

The natural amenities index is related to population change across the country, but less so to population change within particular regions, such as the Midwest or Northeast. There are tiers of attraction for natural amenity areas. Some areas are attractive at the national level, drawing people from across the country—the Rocky Mountains or Florida, for example. Other areas have limited national attraction, but draw people from within the region for recreation and retirement—like the lake areas of the northern Midwest.

Employment change in rural counties over the past 25 years has also been highly related to natural amenities. Counties low on the scale had relatively little growth, while high-scoring counties had an average of three times as many new jobs in 1996 as in 1969. Employment change, however, varies across counties a great deal more than population change, particularly among higher-amenity counties. The accessibility of counties to recreational visitors is probably more critical for determining where employers go than where people move. County employment change has also been less related to warm county winters than has population change, probably because of the development of recreation industries in areas that are only seasonally attractive.

BLM_0057191

# Natural Amenities
# Drive Rural Population Change

## David A. McGranahan

## Introduction

Natural resources have long been a major factor in rural population change. But where natural resources once attracted people seeking fertile land, minerals, and timber, they now attract people in search of a pleasant environment for recreation and residence. Extractive industries, long the major economic force in rural areas, have tended to lose economic importance or undergo technological transformation so that they now support ever smaller populations. At the same time, growth in recreation, retirement, and, more recently, information-based industries has induced many to move to areas high in natural amenities.

Galston and Baehler (1995) note that "the kinds of natural characteristics regarded as 'amenity values' by retirees, vacationers, and certain businesses have emerged as the chief new source of rural comparative advantage" (p. 15), but evidence of the importance of natural amenities has been largely indirect, based on analyses of recreation industry location and the growth of retirement-destination counties (see, for example, Beale, 1997; Johnson and Beale, 1999). Climate measures have been used in migration literature (Clark and others, 1996), but with mixed results, a result in part of ill-conceived measurement and a reliance on States as units of analysis (Cushing, 1987). This report develops an index of natural amenities and ties that index to

changes in nonmetro population over the past 25 years.[1]

For purposes of this study, an amenity is an attribute that enhances a location as a place of residence. It may be quite distinct from an attribute attractive to tourists. While some tourism involves travel to places attractive for residence, tourism also involves travel to places that are seasonally attractive or somehow unique—caves, canyons, historic sites, theme parks, and, especially in more recent years, casinos. These unique places may or may not be attractive as places to live.

Natural amenities pertain to the physical rather than social or economic environment and are meant to exclude much of what is man-made, such as historical buildings or casinos. In this study, the measures include climate, topography, and water area. Physical beauty arising from combinations of topography, water, flora, and fauna is a natural amenity beyond the scope of this study. We can measure the basic ingredients, not how these ingredients have been shaped by nature and man.

---

[1]The measures have been available internally in ERS and used in analyses of population change (McGranahan, 1993), economic growth (Kusmin et al., 1996), and migration (Cromartie and Nord, 1996). The relationships between the measures of natural amenities and rural population change have not been explored nor has the rationale for scale construction been presented. The index presented here is slightly different, a result of more extensive analysis.

BLM_0057192



# USDA
## Economic Research Service
The Economics of Food, Farming, Natural Resources, and Rural America



**Search ERS:** [Go]

## Browse by Subject:

- Animal Products
- Countries & Regions
- Crops
- Diet, Health, & Safety
- Farm Economy
- Farm Practices & Management
- Food & Nutrition Assistance
- Food Sector
- Natural Resources & Environment
- Policy Topics
- Research & Productivity
- Rural Economy
- Trade & International Markets

## Data Sets

🖨 Print | ✉ E-mail | 🔖 Bookmark/share | 🔁 Translate | 📄 Text only AAA

## Natural Amenities Scale

### Natural amenities scale



**Natural amenities scale**

**Standard deviations from mean**
- **Over 3** - High amenities
- 2 to 3
- 1 to 2
- 0 to 1
- -1 to 0
- -2 to -1
- -3 to -2
- **Over -3** - Low amenities

Source: USDA, Economic Research Service.

**For more information, contact:** David McGranahan

**Web administration:** webadmin@ers.usda.gov

**Updated date:** January 14, 2004

BLM_0057193

*Articles*

# Potential Impacts of Climate Change on the Distribution of North American Trees

DANIEL W. McKENNEY, JOHN H. PEDLAR, KEVIN LAWRENCE, KATHY CAMPBELL, AND MICHAEL F. HUTCHINSON

*Currently predicted change in climate could strongly affect plant distributions during the next century. Here we determine the present-day climatic niches for 130 North American tree species. We then locate the climatic conditions of these niches on maps of predicted future climate, indicating where each species could potentially occur by the end of the century. A major unknown in this work is the extent to which populations of trees will actually track climate shifts through migration. We therefore present two extreme scenarios in which species either move entirely into future climatic niches or do not move out of their current niches. In the full-dispersal scenario, future potential ranges show decreases and increases in size, with an average decrease of 12% and a northward shift of 700 kilometers (km). In the no-dispersal scenario, potential ranges decrease in size by 58% and shift northward by 330 km. Major redistribution pressures appear to be in order under both dispersal scenarios.*

*Keywords: climate change, climate envelopes, North American trees, distribution, dispersal*

There is strong evidence of a pending and profound change in global climate as a result of human activities (Karl and Trenberth 2003, IPCC 2007). Recent estimates predict an increase in global mean temperature of 2.4 to 6.4 degrees Celsius (°C) (IPCC 2007) and significant changes in the hydrologic cycle (Trenberth et al. 2003) by the end of this century.

Climate has long been identified as a primary control on the geographic distribution of plants (Forman 1964, Box 1981). Therefore, plant species may be expected to exhibit marked redistributions in response to climate change. Fossil pollen records from the Holocene period document such responses for a variety of plant species (e.g., Delcourt and Delcourt 1988, Malanson 1993, Williams et al. 2004). In addition, species are expected to be redistributed independently, forming new forest types with unique species combinations (Webb 1992, Williams et al. 2004).

To better understand the potential impacts of the current warming trend, considerable effort has gone into predicting the effect of future climate scenarios on various flora and fauna (Walther et al. 2002, Chambers et al. 2005, Shi et al. 2006). Iverson and colleagues (forthcoming) examined the potential redistribution of 134 tree species in the United States that would result from a doubling of current atmospheric levels of carbon dioxide ($CO_2$). They reported that, depending on the climate-change scenario, more than a quarter of those species could experience a northward range shift of more than 400 kilometers (km). A marked reorganization of major forest ecosystems has also been predicted for British Columbia, Canada (Hamann and Wang 2006), and Europe (Sykes et al.

1996). A more extensive, though considerably coarser-scaled, study was undertaken to examine the effects of a 3°C change on 15,000 native North American vascular plants (Morse et al. 1993). In this case, researchers reported a potential loss of 7% to 11% of continental plant diversity, with rare species with small geographic ranges being affected the most.

In this article, we report on the potential impacts of climate change on the climatic ranges of 130 species of North American trees—the most extensive, detailed study to date of tree species over the continent. Including both Canada and the United States in the analysis allows valuable insights into the extent of potential range shifts, which a more regional approach cannot accomplish (e.g., Shafer et al. 2001, Iverson and Prasad 2002). Furthermore, our tree species occurrence data have been generated from an extensive data-gathering effort and thus are more comprehensive than extractions from published range maps, a commonly used practice in climate-change studies. We hope these findings will provide policy-makers and planners with broader contextual information on the potential impacts of climate change and help them develop adaptation strategies.

*Daniel W. McKenney (e-mail: dmckenne@NRCan.gc.ca), John H. Pedlar, Kevin Lawrence, and Kathy Campbell are with the Landscape Analysis and Applications Section of the Canadian Forest Service. Michael F. Hutchinson is with the Fenner School of Environment and Society at the Australian National University in Canberra. © 2007 American Institute of Biological Sciences.*

BLM_0057194

## The climate-envelope approach

To predict plant response to possible climate change, climatic controls on current plant distributions must be quantified. In recent years, there has been a proliferation of methods developed for modeling species–environment relationships (Segurado and Araújo 2004, Guisan and Thuiller 2005, Elith et al. 2006, Heikkinen et al. 2006, Pearson et al. 2006). Here, we use the climate envelope (CE) approach, as implemented in the climate-envelope software ANUCLIM (Nix 1986, Houlder et al. 2000), to summarize the climatic niche of the tree species under study. This approach was used because it is conceptually straightforward, transparent, and well suited to presence-only data. CEs have been used extensively for investigating plant and animal responses to climate change (Bartlein et al.1986, Busby 1988, Brereton et al. 1995, Huntley et al. 1995, Eeley et al. 1999, Box et al. 1999, Berry et al. 2002, Pearson et al. 2002).

Critics have questioned the validity of the CE approach because it does not take into account nonclimatic factors that play important roles in determining species distributions and the dynamics of distribution change. These factors include competition and predation (Davis et al. 1998, Hampe 2004), edaphic and land-use constraints (Iverson and Prasad 1998), dispersal ability (Lawton 2000, Hampe 2004), and the rate of genetic adaptation in response to environmental change (Etterson and Shaw 2001, Hampe 2004). In a response to these criticisms, Pearson and Dawson (2003, 2004) pointed out that most of these concerns are minimized when CEs are employed and interpreted at broad spatial scales, where climatic factors tend to be the primary controls on species distributions. Although the continental-level scope of the present work should minimize the influence of nonclimatic factors, we recognize that there is still considerable uncertainty around actual range shifts. Therefore, we present findings for two extreme scenarios: a "full dispersal" situation, in which populations are able to migrate entirely into their future climate habitat, and a "no dispersal" situation, in which they are unable to migrate quickly enough and thus survive only in areas that overlap with their current climatic range (Peterson et al. 2002, Thuiller et al. 2006). The actual future distribution of a given tree species will most likely be somewhere between these extremes, but this approach helps to bound the problem.

A CE was generated for each tree species. ANUCLIM works by first generating an estimate of the value of each climate variable of interest at each location where a species was observed. The climatic extents of the species' range are then defined by obtaining the minimum and maximum values for each of the climate variables in the analysis. ANUCLIM generates 19 bioclimatic variables by default. However, because there may be differences in the size and shape of the predicted CE, depending on the variables used (Beaumont et al. 2005), it is important to select appropriate variables for analysis. In choosing a set of climate variables, one looks for the smallest set that defines important climatic constraints on tree survival and growth—larger sets can unnecessarily constrain potential ranges with superfluous climatic requirements (Box 1981, Beaumont et al. 2005). For the current work, we made use of variables that summarized two important climatic gradients for plants—heat and moisture (e.g., Woodward 1987, Shao and Halpin 1995, Stephenson 1998). For heat we chose annual mean temperature, minimum temperature of the coldest month, and maximum temperature of the warmest month. These variables represent the mean and extreme values of temperature at a given location and are highly correlated ($r > 0.90$) with other familiar climatic controls on tree distribution, such as extreme minimum temperature, growing season length, and degree days. Moisture gradients were similarly summarized using annual precipitation, precipitation in the warmest quarter, and precipitation in the coldest quarter. We note that it is not precipitation per se that plants respond to, but rather available moisture in the soil, which is typically calculated using a water-budget model. However, we found high levels of correlation (i.e., $r$ values of 0.7 to 0.8) between the precipitation variables we used and coarse-scale, global water-budget variables (Willmott et al. 2007). Work to develop and incorporate high-resolution water-budget data into our models is ongoing, but progress is hampered by limited soils data across much of Canada. Basic climate variables such as those we used have been shown to be highly correlated with North American tree distributions at the continental scale (Thompson et al. 1999).

## Tree and climate information

Continent-wide, georeferenced observations of tree occurrence are available (see *http://planthardiness.gc.ca/*; McKenney et al. 2007). The gathering of georeferenced data is ongoing, but to date more than 1,071,000 observations have been obtained for 286 tree species. In Canada, we obtained such data from the Ministries of Natural Resources within each province, Conservation Data Centres, botanical gardens, herbaria, and experts such as master gardeners and community horticultural society members. In the United States, our main source of information was the US Forest Service, which maintains an extensive tree-distribution database (Alerich et al. 2005). The accuracy of the location data we used varies, but should be within 3 km in the United States and 5 km in Canada. Each species was screened by comparing its distribution data to its natural range, as provided by a digitized Little's (1971, 1977) range map. Using this approach, we judged that data on 130 species (box 1) were suitable for producing reliable CEs for the problem at hand—that is, the observations comprehensively sampled the natural range with no obvious gaps. In fact, all species chosen for analysis had occurrence locations that fell outside the range of Little's maps (15% of locations, on average), suggesting that incorporating this type of distribution data allows a more complete quantification of climatic tolerances than is possible from range maps alone.

Baseline climate data were taken from 30-year climate station averages for the period 1971–2000 from both Canada and the United States (McKenney et al. 2006a). Thin-plate smoothing splines were used to create spatially continuous models

BLM_0057195

*Articles*

---

**Box 1. Scientific and common names of the 130 tree species included in the analysis.**

| Scientific name | Common name |
|---|---|
| *Abies amabilis* | Pacific silver fir |
| *Abies balsamea* | Balsam fir |
| *Abies concolor* | White fir |
| *Abies grandis* | Grand fir |
| *Abies lasiocarpa* | Subalpine fir |
| *Abies magnifica* | California red fir |
| *Abies procera* | Noble fir |
| *Acer barbatum* | Florida maple |
| *Acer glabrum* | Rocky Mountain maple |
| *Acer macrophyllum* | Bigleaf maple |
| *Acer negundo* | Manitoba maple |
| *Acer pensyivanicum* | Striped maple |
| *Acer rubrum* | Red maple |
| *Acer saccharinum* | Silver maple |
| *Acer saccharum* | Sugar maple |
| *Acer spicatum* | Mountain maple |
| *Aesculus glabra* | Ohio buckeye |
| *Alnus incana* | Speckled alder |
| *Alnus rhombifolia* | White alder |
| *Alnus rubra* | Red alder |
| *Alnus viridis* | Green alder |
| *Amelanchier alnifolia* | Northwestern serviceberry |
| *Arbutus menziesii* | Pacific madrone |
| *Asimina triloba* | Pawpaw |
| | |
| *Betula alleghaniensis* | Yellow birch |
| *Betula lenta* | Sweet birch |
| *Betula nigra* | River birch |
| *Betula papyrifera* | Paper birch |
| | |
| *Carpinus caroliniana* | American hornbeam |
| *Carya cordiformis* | Bitternut hickory |
| *Carya glabra* | Pignut hickory |
| *Carya illinoensis* | Pecan |
| *Carya laciniosa* | Shellbark hickory |
| *Carya ovata* | Shagbark hickory |
| *Carya tomentosa* | Mockernut hickory |
| *Castanea dentata* | American chestnut |
| *Celtis laevigata* | Sugar hackberry |
| *Celtis occidentalis* | Western hackberry |
| *Cercis canadensis* | Eastern redbud |
| *Chamaecyparis lawsoniana* | Lawson cedar |
| *Chamaecyparis thyoides* | Atlantic white-cedar |
| *Cornus florida* | Eastern flowering dogwood |
| *Cornus nuttallii* | Pacific flowering dogwood |
| | |
| *Diospyros virginiana* | Common persimmon |
| | |
| *Fagus grandifolia* | American beech |
| *Fraxinus americana* | White ash |
| *Fraxinus latifolia* | Oregon ash |
| *Fraxinus nigra* | Black ash |
| *Fraxinus pennsylvanica* | Green ash |
| *Fraxinus quadrangulata* | Blue ash |
| | |
| *Gleditsia triacanthos* | Honey locust |
| *Gordonia lasianthus* | Loblolly bay |
| | |
| *Ilex opaca* | American holly |
| | |
| *Juglans cinerea* | Butternut |
| *Juglans nigra* | Black walnut |
| *Juniperus scopulorum* | Rocky Mountain juniper |
| *Juniperus virginiana* | Eastern redcedar |
| | |
| *Larix laricina* | Eastern larch |
| *Larix lyallii* | Subalpine larch |
| *Larix occidentalis* | Western larch |
| *Liquidambar styraciflua* | Sweetgum |
| *Liriodendron tulipifera* | Tuliptree |
| | |
| *Magnolia acuminata* | Cucumbertree |
| *Magnolia macrophylla* | Bigleaf magnolia |

| Scientific name | Common name |
|---|---|
| *Magnolia virginiana* | Sweetbay |
| *Morus rubra* | Red mulberry |
| | |
| *Nyssa aquatica* | Water tupelo |
| *Nyssa ogeche* | Ogeechee tupelo |
| *Nyssa sylvatica* | Black gum |
| | |
| *Ostrya virginiana* | Hophornbeam |
| | |
| *Picea glauca* | White spruce |
| *Picea mariana* | Black spruce |
| *Picea pungens* | Blue spruce |
| *Picea rubens* | Red spruce |
| *Picea sitchensis* | Yellow spruce |
| *Pinus albicaulis* | Whitebark pine |
| *Pinus aristata* | Bristlecone pine |
| *Pinus banksiana* | Jack pine |
| *Pinus contorta* | Lodgepole pine |
| *Pinus echinata* | Shortleaf pine |
| *Pinus flexilis* | Limber pine |
| *Pinus jeffreyi* | Jeffrey pine |
| *Pinus monticola* | Western white pine |
| *Pinus ponderosa* | Ponderosa pine |
| *Pinus rigida* | Pitch pine |
| *Pinus strobes* | Eastern white pine |
| *Pinus taeda* | Loblolly pine |
| *Pinus virginiana* | Virginia pine |
| *Populus angustifolia* | Narrowleaf cottonwood |
| *Populus balsamifera* | Balsam poplar |
| *Populus deltoides* | Eastern cottonwood |
| *Populus grandidentata* | Bigtooth aspen |
| *Populus tremuloides* | Quaking aspen |
| *Prunus pensyivanica* | Pin cherry |
| *Prunus serotina* | Black cherry |
| *Pseudotsuga menziesii* | Douglas fir |
| | |
| *Quercus alba* | White oak |
| *Quercus bicolor* | Swamp white oak |
| *Quercus coccinea* | Scarlet oak |
| *Quercus ellipsoidalis* | Northern pin oak |
| *Quercus garryana* | Oregon oak |
| *Quercus imbricaria* | Shingle oak |
| *Quercus lyrata* | Overcup oak |
| *Quercus macrocarpa* | Bur oak |
| *Quercus marilandica* | Blackjack oak |
| *Quercus nigra* | Water oak |
| *Quercus palustris* | Pin oak |
| *Quercus phellos* | Willow oak |
| *Quercus prinus* | Chestnut oak |
| *Quercus rubra* | Northern red oak |
| *Quercus shumardii* | Shumard's oak |
| *Quercus stellata* | Post oak |
| *Quercus velutina* | Black oak |
| *Quercus virginiana* | Live oak |
| | |
| *Robinia pseudoacacia* | Black locust |
| | |
| *Salix nigra* | Black willow |
| *Salix sitchensis* | Sitka willow |
| *Sassafras albidum* | Sassafrass |
| *Sorbus sitchensis* | Sitka mountainash |
| | |
| *Taxodium distichum* | Baldcypress |
| *Taxus brevifolia* | Pacific yew |
| *Thuja occidentalis* | Eastern white cedar |
| *Thuja plicata* | Western red cedar |
| *Tilia americana* | American basswood |
| *Tsuga canadensis* | Eastern hemlock |
| *Tsuga heterophylla* | Western hemlock |
| *Tsuga mertensiana* | Mountain hemlock |
| | |
| *Ulmus alata* | Winged elm |
| *Ulmus americana* | American elm |
| *Ulmus rubra* | Slippery elm |

BLM_0057196

*Articles*

of monthly mean minimum and maximum temperatures and total precipitation as a function of latitude, longitude, and elevation (see Hutchinson [2004] and references therein for details). Bioclimatic summary variables were then derived from these basic surfaces. These spatially continuous models can estimate climate variables at each plant occurrence location. Errors estimated from withheld data tests are in the range of 10% to 20% for precipitation and less than 0.5°C for temperature.

From the extent of the current CE for each tree species, areas of suitable climate habitat were delineated on maps for each of three future periods (2011–2040, 2041–2070, 2071–2100). The climate projections were generated by several general circulation models (GCMs), which model the complex relationship between atmospheric flow and radiative energy (Hayhoe et al. 2006). Given the great uncertainty in predicting future climate, we used projections from three internationally recognized GCMs—the Canadian GCM (Boer et al. 2000), the UK-based Hadley GCM (Gordon et al. 2000), and the Australian-based Commonwealth Scientific and Industrial Research Organisation GCM (Gordon and O'Farrell 1997).

We used two emissions scenarios (A2 and B2, as described in Nakicenovic and Swart 2000) for each of the GCMs (figure 1). The scenarios differ in that scenario A2 assumes a higher human population, less-forested land, greater pollution, and higher $CO_2$ emissions; scenario B2 assumes an acceleration of energy and resource conservation efforts during the early decades of this century, such that $CO_2$ emissions will decline by midcentury. These two emissions scenarios were selected to assess plausible futures, given a range in human choices over the next few decades.

To generate the future climate grids, average change surfaces were generated for each time period by interpolating the changes predicted by each GCM and emission scenario (McKenney et al. 2006b). These change estimates were then added to the 1971–2000 climate station normals, and these adjusted station values were used to generate the bioclimate models for the future periods. Thus, the results represent Canadian and US climatology as provided by the existing network of climate stations in combination with the broadscale average changes predicted by the climate-change scenarios. This method of adding the model-generated anomalies to current climate values has the advantage of eliminating bias in the control run of the GCM model (Overpeck et al. 1991).

In the full-dispersal scenario, each species is assumed to move fully into its future CE. Changes in latitude were calculated by subtracting the mean center of the current CE from the mean center of the CE under each GCM and emission scenario. Similarly, changes in CE area were calculated by expressing the future CE area as a percentage of the current CE area. For the no-dispersal scenario, future maps were overlaid on current maps and only the area of overlap was taken as the future distribution. Once the future CE was defined in this way, change metrics were calculated in the same way as for the full-dispersal scenario.

## Change in climate-envelope size

Under the full-dispersal scenario, some CEs increased in size and others decreased, with an overall average of about a 12% decrease (figure 1a). Of the 130 species under study, 72 were predicted to show a decrease in future CE size. Of particular concern are 11 species whose future CEs decrease more than 60% in size (table 1). Most of these species have very limited distributions in the southeastern region of the United States, but Lawson cedar (*Chamaecyparis lawsoniana*) and California red fir (*Abies magnifica*) are found on the western coast of the United States. Examination of the CE parameters for these 11 species suggests that they all have very specific climatic requirements, particularly for precipitation conditions that are rarely found under the future climate scenarios. The future CEs of 58 species were predicted to increase in CE size from 0.4% to 43%. With a few exceptions, species showing the greatest increases in future CE size are currently found in the eastern United States and along the western coast.

In contrast, under the no-dispersal scenario in which tree species persist only in areas of overlap with their current climatic range, future CEs decrease sharply in size—by 58% on average over the course of this century (figure 1b). Of the 25 tree species showing the greatest decrease in CE size (table 1), most have limited distributions along either the eastern or western coast. Specific results for all of the 130 tree species that we analyzed can be viewed at *http://planthardiness.gc.ca/*.

Changes in CE size were clearly related to the region in which species were located. Many species showing the largest predicted size reductions have distributions that extend into the far southeast region of the United States (table 1). We note that many of these species may have climatic tolerances that would extend farther south but, because of the presence of the Gulf of Mexico, CEs based on empirical distribution data may be truncated at the Gulf Coast (see Thuiller et al. [2004] for a similar example in Europe). Consequently, these species may be more tolerant to climate changes in this region than our models suggest. To get a sense of how much these species affected our overall results, we recalculated size shifts after removing from the analysis 34 species with southeastern distributions that ran up against the Gulf of Mexico. As a result, size shifts decreased by about 10% (i.e., mean shifts were 2% and 50% reductions under the full- and no-dispersal strategies, respectively). Of the species examined here, there were no comparable examples on the West Coast in which species' climatic tolerances appear truncated by the US–Mexico border.

For the species listed in table 1, under the no-dispersal scenario, future CEs have shifted northward or decreased in size to the point at which there is very little overlap with their current CEs. Unless these species have broader climatic tolerances than currently quantified, can adapt rapidly, or make the shift into their new CEs, their prospects for persistence in natural settings are poor. Neilson and colleagues (2005) review the literature and conclude that the rate of future climate change is likely to exceed the

BLM_0057197

*Articles*

migration rates of most plant species. For example, on the basis of generally accepted migration rates of 50 km per century, Iverson and colleagues (2004a) reported that, for five tree species in the eastern United States, less than 15% of new potential habitat would have even a small probability of being colonized within 100 years. This problem is exacerbated in rarer species because of low source strength (Iverson et al. 2004b), making them more prone to extinction (Schwartz et al. 2006). For such species, future survival may rely more on human activities (e.g., planting programs) than on natural dispersal mechanisms (Pitelka 1997). This raises important policy challenges regarding assisted migration and forest regeneration (McLachlan et al. 2007). Our maps, which show species-specific future CEs, provide insight into potential planting areas for species of concern. Furthermore, these models will be updated regularly with new distribution data, thus providing ongoing insights into species' climatic tolerances.

## Change in climate-envelope latitude

The mean centers of future CEs are predicted to shift northward by 6.4 and 3.0 degrees latitude (i.e., roughly 700 km and 330 km) on average under the full-dispersal and no-dispersal scenarios, respectively (figure 2). The smaller northward shift shown by the no-dispersal scenario is not surprising given that, for this scenario, northward shifts are constrained by the northern edge of the current CE. However, the shifts predicted under the full-dispersal scenario are indeed drastic. The 25 tree species showing the greatest latitudinal shifts are listed in table 2. With the exception of white alder (*Alnus rhombifolia*), a western species, all of these species exhibit an extensive distribution in the southeastern quadrant of the continent, generally ranging





*Figure 1. Change predicted by six climate-change models in the size of climate envelopes of 130 North American trees from a 1971–2000 baseline to three future time periods. (a) Scenario in which species move entirely into future climatic niches. (b) Scenario in which species move only within current niches. Box plots show median, 25th and 75th percentiles, and 10th and 90th percentiles. The "A" and "B" refer to the different scenarios used for each model; the scenario signified by CGCM–A, CSIRO–A, and HAD–A assumed a higher human population, less-forested land, greater pollution, and higher carbon dioxide emissions. The scenarios with "B" assumed an acceleration of energy and resource conservation efforts during the early decades of this century, such that carbon dioxide emissions would decline by midcentury. Abbreviations: CGCM, Canadian general circulation model (GCM); CSIRO, Commonwealth Scientific and Industrial Research Organisation GCM; HAD, Hadley GCM.*

north to the Great Lakes region. By the end of this century, the CE for most of these species is predicted to shift into northern Ontario and Quebec—in many cases to Hudson Bay.

BLM_0057198

*Articles* ━━━━━━━━━━

**Table 1. The 25 North American tree species with the largest projected reductions in climate-envelope area under the no-dispersal scenario.**

| Scientific name | Common name | Decrease in climate-envelope area (percentage) | |
| | | Full dispersal | No dispersal |
| --- | --- | --- | --- |
| Gordonia lasianthus[a] | Loblolly bay | 93.3 | 98.3 |
| Chamaecyparis lawsoniana | Lawson cedar | 64.5 | 97.9 |
| Nyssa ogeche[a] | Ogeechee tupelo | 71.9 | 96.1 |
| Quercus virginiana[a] | Live oak | 81.8 | 95.4 |
| Magnolia macrophylla | Bigleaf magnolia | 70.5 | 93.6 |
| Acer barbatum[a] | Florida maple | 61.7 | 92.4 |
| Chamaecyparis thyoides[a] | Atlantic white-cedar | 58.9 | 92.3 |
| Magnolia virginiana[a] | Sweetbay | 62.1 | 92.2 |
| Quercus imbricaria | Shingle oak | 60.8 | 91.0 |
| Abies magnifica | California red fir | 76.8 | 87.5 |
| Nyssa aquatica[a] | Water tupelo | 64.3 | 87.2 |
| Taxodium distichum[a] | Baldcypress | 61.2 | 83.0 |
| Celtis laevigata[a] | Sugar hackberry | 45.2 | 81.1 |
| Quercus phellos[a] | Willow oak | 55.2 | 80.8 |
| Pinus virginiana | Virginia pine | 57.3 | 80.7 |
| Quercus coccinea | Scarlet oak | 50.1 | 80.7 |
| Ilex opaca[a] | American holly | 55.8 | 80.4 |
| Quercus nigra[a] | Water oak | 54.7 | 79.8 |
| Pinus echinata[a] | Shortleaf pine | 51.0 | 79.3 |
| Pinus taeda[a] | Loblolly pine | 57.2 | 79.2 |
| Fraxinus quadrangulata | Blue ash | 33.8 | 77.9 |
| Fraxinus latifolia | Oregon ash | 33.9 | 77.2 |
| Abies procera | Noble fir | 1.8 | 75.7 |
| Liquidambar styraciflua[a] | Sweetgum | 45.8 | 74.8 |
| Magnolia acuminata | Cucumbertree | 36.2 | 74.1 |

a. Climate envelope may be incompletely specified because of tree distribution extending into the deep southeast.

**Table 2. The 25 North American tree species with the largest projected shifts in latitude under the full-dispersal scenario.**

| Scientific name | Common name | Northward shift in climate-envelope latitude (degrees) | |
| | | Full dispersal | No dispersal |
| --- | --- | --- | --- |
| Alnus rhombifolia | White alder | 9.7 | 5.0 |
| Tilia americana | American basswood | 9.2 | 4.1 |
| Salix nigra | Black willow | 9.0 | 3.6 |
| Acer saccharum | Sugar maple | 8.9 | 3.3 |
| Ostrya virginiana | Hophornbeam | 8.7 | 2.9 |
| Acer saccharinum | Silver maple | 8.7 | 3.3 |
| Quercus rubra | Northern red oak | 8.7 | 3.3 |
| Prunus serotina[a] | Black cherry | 8.5 | 2.7 |
| Ulmus rubra | Slippery elm | 8.4 | 2.9 |
| Fraxinus americana | White ash | 8.4 | 3.1 |
| Quercus alba[a] | White oak | 8.4 | 2.4 |
| Betula alleghaniensis | Yellow birch | 8.2 | 3.9 |
| Pinus strobus | Eastern white pine | 8.2 | 3.4 |
| Populus deltoides | Eastern cottonwood | 8.2 | 3.2 |
| Juglans nigra | Black walnut | 8.2 | 3.0 |
| Juglans cinerea | Butternut | 8.1 | 3.5 |
| Celtis occidentalis | Western hackberry | 8.0 | 2.8 |
| Quercus palustris | Pin oak | 7.9 | 3.4 |
| Quercus macrocarpa | Bur oak | 7.9 | 3.5 |
| Betula nigra | River birch | 7.8 | 1.9 |
| Acer spicatum | Mountain maple | 7.8 | 3.7 |
| Juniperus virginiana | Eastern redcedar | 7.7 | 2.5 |
| Magnolia acuminata | Cucumbertree | 7.6 | 4.0 |
| Robinia pseudoacacia | Black locust | 7.6 | 3.2 |
| Acer rubrum[a] | Red maple | 7.6 | 2.0 |

a. Climate envelope may be incompletely specified because of tree distribution extending into the deep southeast.

Results for the entire 130 tree species (and others) can be viewed at *http://planthardiness.gc.ca/*.

We also examined the potential effect of CE truncation due to the Gulf of Mexico. Generally speaking, the effect of including the far southeastern species in the analysis had a

smaller effect on latitudinal shifts than on size shifts, as discussed above. Of the 25 species showing the greatest latitudinal shifts, only 3 were from the far southeast (table 2), and there was essentially no change in overall shift statistics when the 34 species from the far southeast were removed from the analysis (i.e., mean northward shifts were 6.4 and 3.2 degrees of latitude under the full-dispersal and no-dispersal scenarios, respectively).

The magnitude of the latitudinal shifts reported here is comparable to that found by Hamann and Wang (2006), who predicted a potential shift of 1000 km for tree species in British Columbia—but this magnitude is generally at the high end of that reported in the literature. For example, Overpeck and colleagues (1991) examined the potential response to climate change of seven vegetation groups in eastern North America and predicted northward shifts of 100 to 500 km per century. Similarly, Shafer and colleagues (2001) reported on predicted CE shifts for 15 North American tree species on the order of "hundreds of kilometres." More modest estimates are provided by Iverson and colleagues (forthcoming), who used random-forest methodology (Prasad et al. 2006) to estimate potential changes in suitable habitat. They reported an average mean center shift of about 112 km for 111 northward-tending species under a cool, energy-conserving scenario, and a shift of about 270 km for 99 species (up to 850 km) under a warm, nonconserving scenario. There are a few reasons for their relatively lower estimates. First, because of a lack of Canadian data, they tracked northward migrations of suitable habitat only as far as the US–Canada border, thus greatly limiting the potential size of latitudinal shifts. Second, their suitability model in-

BLM_0057199

*Articles*

cluded not only climate but also soil and land-use considerations, which would further reduce the amount of suitable future habitat—particularly in northern areas where soil conditions can be poor for many tree species. Finally, they tracked changes in the centroid of maximum abundance of the species, which need not change as much as the absolute range. We reiterate that our findings are aimed at indicating where the suitable CE for a species could be by the end of the century, not necessarily where the species will be.

To visually summarize the potential reorganization of the tree species under study, we generated CE richness maps for the current time period (figure 3a) and the 2071–2100 time period under the B2 (figure 3b) and A2 (figure 3c) emissions scenarios. To do this, we overlaid the CEs for all species, counted the number of CEs that fell in any given grid cell, then averaged the results across the three GCMs. The maps indicate drastic changes in patterns of CE richness as a result of the northward migration of suitable climate habitat. Alaska, the northern Prairie provinces, Ontario, Quebec, and the Maritimes are predicted to experience future climate that is favorable for a wide variety of tree species—with potential increases of more than 60 CEs in some areas. This general trend toward greater species richness in northern areas is supported by the work of Currie (2001), who predicted increases in tree richness of 25% to 50% in the northern United States associated with a doubling of atmospheric $CO_2$.

Conversely, by the end of the century, the climate in much of the southern United States will not be within the current known climatic tolerances for most of the 130 tree species in this study. This pattern is consistent for both emissions scenarios, although shifts are more drastic under the A2 scenario (figure 3), particularly in the east. In fact, much of the southern United States is predicted to have future climate conditions that fall within the current tolerances of only one of the species we examine here—white fir (*Abies concolor*). This species is currently found in the southwest, where some locations currently experience average monthly maximum temperature values of up to 42°C; such conditions are predicted to be more widespread in the southern United States by the end of the century. Notably, both emissions





*Figure 2. Change in the latitude of climate envelopes of North American trees for three future time periods and six climate-change scenarios based on (a) full-dispersal and (b) no-dispersal scenarios. Box plots show median, 25th and 75th percentiles, and 10th and 90th percentiles. The "A" and "B" refer to the different scenarios used for each model; the scenario signified by CGCM–A, CSIRO–A, and HAD–A assumed a higher human population, less-forested land, greater pollution, and higher carbon dioxide emissions. The scenarios with "B" assumed an acceleration of energy and resource conservation efforts during the early decades of this century, such that carbon dioxide emissions would decline by midcentury. Abbreviations: CGCM, Canadian general circulation model (GCM); CSIRO, Commonwealth Scientific and Industrial Research Organisation GCM; HAD, Hadley GCM.*

scenarios identify the Appalachians as a potential zone of climatic refuge, an arm of higher CE richness extending into the southeastern region. Such refugia were thought to be important for maintaining biodiversity in the face of the climatic and landcover changes during the last glacial period (Williams et al. 2004).

There are important qualifications to these findings. First, our study examines only a sample of the approximately 700 tree species in North America, so we do not imply that the

BLM_0057200

*Articles*



*Figure 3. Climate-envelope (CE) richness for 130 North American tree species under (a) current climate conditions; (b) future climate (2071–2100) based on the B2 emissions scenario, in which atmospheric carbon dioxide increases; and (c) future climate (2071–2100) based on the A2 emissions scenario, in which atmospheric carbon dioxide decreases. Maps (b) and (c) are averaged over three general circulation model outputs.*

south will be devoid of trees. Furthermore, it is possible that novel climate habitats created in the southeast will be at least partially filled by species that are not currently part of the natural vegetation of the United States; exotic species expansions have been predicted for other regions and species groups under climate change (e.g., Kriticos et al. 2003, Cumming and Van Vuuren 2006). Williams and colleagues (2007) explored the projected future distribution of novel and disappearing habitats on a global scale and predicted a high degree of climatic novelty for the southeastern United States. Finally, as noted above, species bordering a barrier such as the Gulf of Mexico cannot be easily assayed for their true climate tolerances and thus may persist in the southeast for longer than

our models suggest. To further explore this situation, we generated CE richness maps with 34 species, which were bounded to the south by the Gulf of Mexico, removed from the analysis. However, the maps differed very little from those shown in figure 3.

### Climate-change scenarios

The various climate-change models were qualitatively consistent in predicting effects on tree species distribution (figures 1, 2). However, the Australian GCM consistently predicted more extreme changes in size and latitude—about 15% greater than either the Canadian GCM or Hadley GCM. Also, under the A2 emissions scenario, predicted CEs were smaller and more northerly than CEs predicted under the B2 scenario. This is not surprising, given that in the A2 scenario, the human population is larger and greenhouse gas emissions are higher than in the B2 scenario (Nakicenovic and Swart 2000).

### Conclusions

One of the major unknowns in climate-change work is the extent to which species will be able to disperse into their new suitable habitats. Future distributions will be determined not only by climate but also by a hierarchy of factors such as dispersal ability, biotic interactions (i.e., competition and predation), genetic adaptation, and abiotic factors (e.g., soil conditions). Also influencing future outcomes is the role of humans. What path will actual greenhouse gas emissions take over the next 10 to 50 years? Will we purposely or accidentally redistribute species as habitats change? It is critical that humans decide, in the next decade or two, which path they wish to follow with regard to greenhouse gas emissions. Models with varying levels of complexity have been, or are being, constructed to predict where tree species could end up under future climates. There will always be a significant level of uncertainty around this topic, however, because of the complex and stochastic nature of both plant migration and climate change. All exercises of this type are predicated on GCMs. Improvements in global climate modeling will clearly have downstream effects in spatial predictions of biological responses to climate change and human adaptation strategies. We endorse multiple modeling approaches to increase confidence in predictions of climate change.

This study uses currently quantified climatic tolerances to explore two extreme responses by trees to climate change: species moving entirely into future CEs and species not moving at all, and thus persisting only in areas of overlap with their current CE. The most likely outcome is probably somewhere between these bounding scenarios, particularly for latitudinal shifts where the lack of fertile soil in northern Canada is likely to limit the northward migration of many tree species. Under the full-dispersal scenario, average CE sizes for the 130 tree species were predicted to decrease in size by 12% (ranging from a decrease of 93% to an increase of 44%) and shift northward, on average, by 700 km (ranging from 230 km to 1100 km) by the end of this century. Eleven tree species

BLM_0057201

*Articles*

showed declines of less than 60% in the size of their future potential ranges. Under the no-dispersal scenario, future potential ranges were predicted to be, on average, 58% smaller (ranging from 13% to 98%) and shifted northward by 330 km (ranging from 0 to 880 km); the climate habitats of 17 species were predicted to be 80% smaller. These results fall generally in line with other studies that also show potentially large impacts on vegetation as a result of climate change. However, the degree to which tree species can robustly persist in areas that appear destined for rapid change beyond species' current climatic tolerances will be critically important. Hence, these analyses will be updated regularly with new observations on climate tolerances as they become available.

## Acknowledgments

Funding for this work was provided by Natural Resources Canada. We thank Pia Papadopol for assistance in generating current and future climate surfaces, and Bill Meades, Lisa Venier, Denys Yemshanov, Louis Iverson, and three anonymous referees for valuable comments on the manuscript. We are also indebted to the many individuals and agencies that provided the plant-distribution data used in this work.

## References cited

Alerich CL, Klevgard L, Liff C, Miles PD, Knight B. 2005. The Forest Inventory and Analysis Database: Database Description and Users Guide Version 2.0. (13 June 2007; *http://ncrs2.fs.fed.us/4801/fiadb/fiadb_documentation/FIADB_v20_060105_draft.pdf*)

Bartlein PJ, Prentice IC, Webb T III. 1986. Climatic response surfaces based on pollen from some eastern North American taxa. Journal of Biogeography 13: 35–57.

Beaumont LJ, Hughes L, Poulsen M. 2005. Predicting species distributions: Use of climatic parameters in BIOCLIM and its impact on predictions of species' current and future distributions. Ecological Modelling 186: 250–269.

Berry PM, Dawson TP, Harrison PA, Pearson RG. 2002. Modelling potential impacts of climate change on the bioclimatic envelope of species in Britain and Ireland. Global Ecology and Biogeography 11: 453–462.

Boer GJ, Flato G, Ramsden D. 2000. A transient climate change simulation with historical and projected greenhouse gas and aerosol forcing: Projected climate for the 21st century. Climate Dynamics 16: 427–450.

Box EO. 1981. Predicting physiognomic vegetation types with climate variables. Vegetatio 45: 127–139.

Box EO, Crumpacker DW, Hardin ED. 1999. Predicted effects of climatic change on distribution of ecologically important native tree and shrub species in Florida. Climatic Change 41: 213–248.

Brereton R, Bennet S, Mansergh I. 1995. Enhanced greenhouse climate change and its potential effect on selected fauna of southeastern Australia: A trend analysis. Biological Conservation 72: 339–354.

Busby GW. 1988. Possible effects of climate change on wildlife in western Australia. Pages 375–386 in Pearman GI, ed. Greenhouse: Planning for Climate Change. Melbourne (Australia): CSIRO.

Chambers LE, Hughes L, Weston MA. 2005. Climate change and its impact on Australia's avifauna. Emu 105: 1–20.

Cumming GS, Van Vuuren DP. 2006. Will climate change affect ectoparasite species ranges? Global Ecology and Biogeography 15: 486–497.

Currie DJ. 2001. Projected effects of climate change on patterns of vertebrate and tree species richness in the conterminous United States. Ecosystems 4: 216–225.

Davis AJ, Jenkinson LS, Lawton JH, Shorrocks B, Wood S. 1998. Making mistakes when predicting shifts in species range in response to global warming. Nature 391: 783–786.

Delcourt HR, Delcourt PA. 1988. Quaternary landscape ecology: Relevant scales in space and time. Landscape Ecology 2: 23–44.

Eeley HAC, Lawes MJ, Piper SE. 1999. The influence of climate change on the distribution of indigenous forest in KwaZulu-Natal, South Africa. Journal of Biogeography 26: 595–617.

Elith J, et al. 2006. Novel methods improve prediction of species' distributions from occurrence data. Ecography 29: 129–151.

Etterson JR, Shaw RG. 2001. Constraint to adaptive evolution in response to global warming. Science 294: 151–154.

Forman RTT. 1964. Growth under controlled conditions to explain the hierarchical distributions of a moss, *Tetraphis pellucida*. Ecological Monographs 34: 1–25.

Gordon C, Cooper C, Senior CA, Banks H, Gregory JM, Johns TC, Mitchell JFB, Wood RA. 2000. The simulation of SST, sea ice extents and ocean heat transports in a version of the Hadley Centre coupled model without flux adjustments. Climate Dynamics 16: 147–168.

Gordon HB, O'Farrell SP. 1997. Transient climate change in the CSIRO coupled model with dynamic sea ice. Monthly Weather Review 125: 875–907.

Guisan A, Thuiller W. 2005. Predicting species distribution: Offering more than simple habitat models. Ecology Letters 8: 993–1009.

Hamann A, Wang T. 2006. Potential effects of climate change on ecosystem and tree species distribution in British Columbia. Ecology 87: 2773–2786.

Hampe A. 2004. Bioclimate envelope models: What they detect and what they hide. Global Ecology and Biogeography 13: 469–471.

Hayhoe K, et al. 2006. Past and future changes in climate and hydrological indicators in the U.S. Northeast. Climate Dynamics 28: 381–407.

Heikkinen RK, Luoto M, Araújo MB, Virkkala R, Thuiller W, Sykes MT. 2006. Methods and uncertainties in bioclimatic envelope modelling under climate change. Progress in Physical Geography 30: 751–777.

Houlder DJ, Hutchinson MF, Nix HA, McMahon JP. 2000. ANUCLIM User Guide, Version 5.1. Canberra (Australia): Centre for Resource and Environmental Studies, Australian National University.

Huntley B, Berry PM, Cramer W, McDonald AP. 1995. Modelling present and potential future ranges of some European higher plants using climate response surfaces. Journal of Biogeography 22: 967–1001.

Hutchinson MF. 2004. ANUSPLIN Version 4.3. Centre for Resource and Environmental Studies, Australian National University. (8 October 2007; *http://cres.anu.edu.au/outputs/anusplin.php*)

[IPCC] Intergovernmental Panel on Climate Change. 2007. Climate Change 2007: The Physical Science Basis. Summary for Policy Makers. (13 November 2007; *www.ipcc.ch/*)

Iverson LR, Prasad AM. 1998. Predicting abundance of 80 tree species following climate change in the eastern United States. Ecological Monographs 68: 465–485.

———. 2002. Potential redistribution of tree species habitat under five climate change scenarios in the eastern US. Forest Ecology and Management 155: 205–222.

Iverson LR, Schwartz MW, Prasad AM. 2004a. Potential colonization of newly available tree-species habitat under climate change: An analysis for five eastern US species. Landscape Ecology 19: 787–799.

———. 2004b. How fast and far might tree species migrate under climate change in the eastern United States? Global Ecology and Biogeography 13: 209–219.

Iverson LR, Prasad AM, Matthews S. Potential changes in suitable habitat for 134 tree species in the northeastern USA. Mitigation and Adaptation Strategies for Global Change. Forthcoming.

Karl TR, Trenberth KE. 2003. Modern global climate change. Science 302: 1719–1723.

Kriticos DJ, Sutherst RW, Brown JR, Adkins SW, Maywald SF. 2003. Climate change and the potential distribution of an invasive alien plant: *Acacia nilotica* ssp. *indica* in Australia. Journal of Applied Ecology 40: 111–124.

Lawton JL. 2000. Concluding remarks: A review of some open questions. Pages 401–424 in Hutchings MJ, John E, Stewart AJA, eds. Ecological Consequences of Heterogeneity. Cambridge (United Kingdom): Cambridge University Press.

BLM_0057202

*Articles*

Little EL Jr. 1971. Atlas of United States Trees, vol. 1: Conifers and Important Hardwoods. Washington (DC): US Department of Agriculture. Miscellaneous publication no. 1146.

———. 1977. Atlas of United States Trees, vol. 4: Minor Eastern Hardwoods. Washington (DC): US Department of Agriculture. Miscellaneous publication no. 1342.

Malanson GP. 1993. Comment on modeling ecological response to climatic change. Climatic Change 23: 95–105.

McKenney DW, Papadopol P, Campbell K, Lawrence K, Hutchinson MF. 2006a. Spatial Models of Canada- and North America-wide 1971/2000 Minimum and Maximum Temperature, Total Precipitation and Derived Bioclimatic Variables. Sault Ste. Marie (Canada): Natural Resources Canada. Front Line Technical Note no. 106.

McKenney DW, Price D, Papadopol P, Siltanen M, Lawrence K. 2006b. High-resolution Climate Change Scenarios for North America. Sault Ste. Marie (Canada): Natural Resources Canada. Front Line Technical Note no. 107.

McKenney DW, Pedlar JH, Lawrence K, Campbell K, Hutchinson MF. 2007. Beyond traditional hardiness zones: Using climate envelopes to map plant range limits. BioScience 57: 929–937.

McLachlan JS, Hellmann JJ, Schwartz MW. 2007. A framework for debate of assisted migration in an era of climate change. Conservation Biology 21: 297–302.

Morse LE, Kutner LS, Maddox GD, Kartesz JT, Honey LL, Thurman CM, Chaplin SJ. 1993. The potential effects of climate change on the native vascular flora of North America: A preliminary climate-envelopes analysis. Palo Alto (CA): Electric Power Research Institute. Report TR-103330.

Nakicenovic N, Swart R, eds. 2000. Special Report on Emissions Scenarios. Cambridge (United Kingdom): Cambridge University Press.

Neilson RP, Pitelka LF, Solomon AM, Nathan R, Midgley GF, Fragoso JMV, Lischke H, Thompson K. 2005. Forecasting regional to global plant migration in response to climate change. BioScience 55: 749–759.

Nix H. 1986. A biogeographic analysis of Australian elapid snakes. Pages 4–15 in Longmore R, ed. Australia Flora and Fauna Series, no. 8: Atlas of Elapid Snakes of Australia. Canberra (Australia): Bureau of Flora and Fauna.

Overpeck JT, Bartlein PJ, Webb T. 1991. Potential magnitude of future vegetation change in eastern North America: Comparisons with the past. Science 254: 692–695.

Pearson RG, Dawson TP. 2003. Predicting the impacts of climate change on the distribution of species: Are bioclimate envelope models useful? Global Ecology and Biogeography 12: 361–371.

———. Bioclimate envelope models: What they detect and what they hide—response to Hampe (2004). Global Ecology and Biogeography 13: 471–473.

Pearson RG, Dawson TP, Berry PM, Harrison PA. 2002. SPECIES: A Spatial Evaluation of Climate Impact on the Envelope of Species. Ecological Modelling 154: 289–300.

Pearson RG, Thuiller W, Araújo MB, Martínez Meyer E, Brotons L, McClean C, Miles L, Segurado P, Dawson TP, Lees DC. 2006. Model-based uncertainty in species range prediction. Journal of Biogeography 33: 1704–1711.

Peterson AT, Ortega-Huerta MA, Bartley J, Sánchez-Cordero V, Soberón J, Buddemeier RH, Stockwell DRB. 2002. Future projections for Mexican faunas under global climate change scenarios. Nature 416: 626–629.

Pitelka LF. 1997. Plant migration and climate change. American Scientist 85: 464–473.

Prasad AM, Iverson LR, Liaw A. 2006. Newer classification and regression tree techniques: Bagging and random forests for ecological prediction. Ecosystems 9: 181–199.

Schwartz MW, Iverson LR, Prasad AM, Matthews SN, O'Connor RJ. 2006. Predicting extinctions as a result of climate change. Ecology 87: 1611–1615.

Segurado P, Araújo MB. 2004. An evaluation of methods for modelling species distributions. Journal of Biogeography 31: 1555–1568.

Shafer SL, Bartlein PJ, Thompson RS. 2001. Potential changes in the distributions of western North America tree and shrub taxa under future climate scenarios. Ecosystems 4: 200–215.

Shao G, Halpin PN. 1995. Climatic controls of eastern North American coastal tree and shrub distributions. Journal of Biogeography 22: 1083–1089.

Shi JB, Li DQ, Xiao WF. 2006. A review of impacts of climate change on birds: Implications of long-term studies. Zoological Research 27: 637–646.

Stephenson NL. 1998. Actual evapotranspiration and deficit: Biologically meaningful correlates of vegetation distribution across spatial scales. Journal of Biogeography 25: 855–870.

Sykes MT, Prentice IC, Cramer W. 1996. A bioclimatic model for the potential distributions of north Euopean tree species under present and future climates. Journal of Biogeography 23: 203–234.

Thompson RS, Anderson KH, Bartlein PJ. 1999. Atlas of Relations between Climatic Parameters and Distributions of Important Trees and Shrubs in North America. US Geological Survey Professional Paper 1650 A&B. (4 November 2007; *http://pubs.usgs.gov/pp/p1650-a/*)

Thuiller W, Brotons L, Araújo MB, Lavorel S. 2004. Effects of restricting environmental range of data to project current and future species distributions. Ecography 27: 165–172.

Thuiller W, Lavorel S, Sykes MT, Araújo MB. 2006. Using niche-based modelling to assess the impact of climate change on tree functional diversity in Europe. Diversity and Distributions 12: 49–60.

Trenberth KE, Dai A, Rasmussen RM, Parsons DB. 2003. The changing character of precipitation. Bulletin of the American Meteorological Society 84: 1205–1217.

Walther GR, Post E, Convey P, Menzel A, Parmesan C, Beebee TJC, Fromentin JM, Hoegh-Guldberg O, Bairlein F. 2002. Ecological responses to recent climate change. Nature 416: 389–395.

Webb T III. 1992. Past changes in vegetation and climate: Lessons for the future. Pages 59–75 in Peters RL, Lovejoy TE, eds. Global Warming and Biological Diversity. New Haven (CT): Yale University Press.

Williams JW, Shuman BN, Webb T, Bartlein PJ, Leduc PL. 2004. Late Quaternary vegetation dynamics in North America: Scaling from taxa to biomes. Ecological Monographs 74: 309–334.

Williams JW, Jackson ST, Kutzbach JE. 2007. Projected distributions of novel and disappearing climates by 2100 AD. Proceedings of the National Academy of Sciences 104: 5738–5742.

Willmott CJ, Johnson ML, Janis MJ, Nickl EC. 2007. Willmott, Matsuura and Collaborators' Global Climate Resource Pages. (8 October 2007; *http://climate.geog.udel.edu/~climate*)

Woodward FI. 1987. Climate and Plant Distribution. Cambridge (United Kingdom): Cambridge University Press.

doi:10.1641/B571106
Include this information when citing this material.

BLM_0057203

ARTICLE IN PRESS

STOTEN-13303; No of Pages 9

Science of the Total Environment xxx (2012) xxx–xxx



Contents lists available at SciVerse ScienceDirect

# Science of the Total Environment

journal homepage: www.elsevier.com/locate/scitotenv



# Human health risk assessment of air emissions from development of unconventional natural gas resources ☆,☆☆,☆☆☆

Lisa M. McKenzie *, Roxana Z. Witter, Lee S. Newman, John L. Adgate

*Colorado School of Public Health, University of Colorado, Anschutz Medical Campus, Aurora, Colorado, USA*

## ARTICLE INFO

*Article history:*
Received 15 September 2011
Received in revised form 10 February 2012
Accepted 10 February 2012
Available online xxxx

*Keywords:*
Natural gas development
Risk assessment
Air pollution
Hydrocarbon emissions

## ABSTRACT

*Background:* Technological advances (e.g. directional drilling, hydraulic fracturing), have led to increases in unconventional natural gas development (NGD), raising questions about health impacts.
*Objectives:* We estimated health risks for exposures to air emissions from a NGD project in Garfield County, Colorado with the objective of supporting risk prevention recommendations in a health impact assessment (HIA).
*Methods:* We used EPA guidance to estimate chronic and subchronic non-cancer hazard indices and cancer risks from exposure to hydrocarbons for two populations: (1) residents living >½ mile from wells and (2) residents living ≤½ mile from wells.
*Results:* Residents living ≤½ mile from wells are at greater risk for health effects from NGD than are residents living >½ mile from wells. Subchronic exposures to air pollutants during well completion activities present the greatest potential for health effects. The subchronic non-cancer hazard index (HI) of 5 for residents ≤½ mile from wells was driven primarily by exposure to trimethylbenzenes, xylenes, and aliphatic hydrocarbons. Chronic HIs were 1 and 0.4. for residents ≤½ mile from wells and >¼ mile from wells, respectively. Cumulative cancer risks were 10 in a million and 6 in a million for residents living ≤½ mile and >½ mile from wells, respectively, with benzene as the major contributor to the risk.
*Conclusions:* Risk assessment can be used in HIAs to direct health risk prevention strategies. Risk management approaches should focus on reducing exposures to emissions during well completions. These preliminary results indicate that health effects resulting from air emissions during unconventional NGD warrant further study. Prospective studies should focus on health effects associated with air pollution.

© 2012 Elsevier B.V. All rights reserved.

## 1. Introduction

The United States (US) holds large reserves of unconventional natural gas resources in coalbeds, shale, and tight sands. Technological advances, such as directional drilling and hydraulic fracturing, have led to a rapid increase in the development of these resources. For example, shale gas production had an average annual growth rate of 48% over the 2006 to 2010 period and is projected to grow almost fourfold from 2009 to 2035 (US EIA, 2011). The number of unconventional natural gas wells in the US rose from 18,485 in 2004 to 25,145 in 2007 and is expected to continue increasing through at least 2020 (Vidas and Hugman, 2008). With this expansion, it is becoming increasingly common for unconventional natural gas development (NGD) to occur near where people live, work, and play. People living near these development sites are raising public health concerns, as rapid NGD exposes more people to various potential stressors (COGCC, 2009a).

The process of unconventional NGD is typically divided into two phases: well development and production (US EPA, 2010a; US DOE, 2009). Well development involves pad preparation, well drilling, and well completion. The well completion process has three primary stages: 1) completion transitions (concrete well plugs are installed in wells to separate fracturing stages and then drilled out to release gas for production); 2) hydraulic fracturing ("fracking": the high pressure injection of water, chemicals, and propants into the drilled well to release the natural gas); and 3) flowback, the return of fracking and geologic fluids, liquid hydrocarbons ("condensate") and natural gas to the surface (US EPA, 2010a; US DOE, 2009). Once development is

*Abbreviations:* BTEX, benzene, toluene, ethylbenzene, and xylenes; COGCC, Colorardo Oil and Gas Conservation Commission; HAP, hazardous air pollutant; HI, hazard index; HIA, health impact assessment; HQ, hazard quotient; NATA, National Air Toxics Assessment; NGD, natural gas development.
☆ This study was supported by the Garfield County Board of County Commissioners and the Colorado School of Public Health.
☆☆ The authors declare they have no competing financial interests.
* Corresponding author at: Colorado School of Public Health, 13001 East 17th Place, Mail Stop B119, Aurora, CO 80045, USA. Tel.: +1 303 724 5557; fax: +1 303 724 4617.
*E-mail address:* lisa.mckenzie@ucdenver.edu (L.M. McKenzie).

0048-9697/$ – see front matter © 2012 Elsevier B.V. All rights reserved.
doi:10.1016/j.scitotenv.2012.02.018

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

BLM_0057204

complete, the "salable" gas is collected, processed, and distributed. While methane is the primary constituent of natural gas, it contains many other chemicals, including alkanes, benzene, and other aromatic hydrocarbons (TERC, 2009).

As shown by ambient air studies in Colorado, Texas, and Wyoming, the NGD process results in direct and fugitive air emissions of a complex mixture of pollutants from the natural gas resource itself as well as diesel engines, tanks containing produced water, and on site materials used in production, such as drilling muds and fracking fluids (CDPHE, 2009; Frazier, 2009; Walther, 2011; Zielinska et al., 2011). The specific contribution of each of these potential NGD sources has yet to be ascertained and pollutants such as petroleum hydrocarbons are likely to be emitted from several of these NGD sources. This complex mixture of chemicals and resultant secondary air pollutants, such as ozone, can be transported to nearby residences and population centers (Walther, 2011; GCPH, 2010).

Multiple studies on inhalation exposure to petroleum hydrocarbons in occupational settings as well as residences near refineries, oil spills and petrol stations indicate an increased risk of eye irritation and headaches, asthma symptoms, acute childhood leukemia, acute myelogenous leukemia, and multiple myeloma (Glass et al., 2003; Kirkeleit et al., 2008; Brosselin et al., 2009; Kim et al., 2009; White et al., 2009). Many of the petroleum hydrocarbons observed in these studies are present in and around NGD sites (TERC, 2009). Some, such as benzene, ethylbenzene, toluene, and xylene (BTEX) have robust exposure and toxicity knowledge bases, while toxicity information for others, such as heptane, octane, and diethylbenzene, is more limited. Assessments in Colorado have concluded that ambient benzene levels demonstrate an increased potential risk of developing cancer as well as chronic and acute non-cancer health effects in areas of Garfield County Colorado where NGD is the only major industry other than agriculture (CDPHE, 2007; Coons and Walker, 2008; CDPHE, 2010). Health effects associated with benzene include acute and chronic nonlymphocytic leukemia, acute myeloid leukemia, chronic lymphocytic leukemia, anemia, and other blood disorders and immunological effects. (ATSDR, 2007a, IRIS, 2011). In addition, maternal exposure to ambient levels of benzene recently has been associated with an increase in birth prevalence of neural tube defects (Lupo et al., 2011). Health effects of xylene exposure include eye, nose, and throat irritation, difficulty in breathing, impaired lung function, and nervous system impairment (ATSDR, 2007b). In addition, inhalation of xylenes, benzene, and alkanes can adversely affect the nervous system (Carpenter et al., 1978; Nilsen et al., 1988; Galvin and Marashi, 1999; ATSDR, 2007a; ATSDR, 2007b).

Previous assessments are limited in that they were not able to distinguish between risks from ambient air pollution and specific NGD stages, such as well completions or risks between residents living near wells and residents living further from wells. We were able to isolate risks to residents living near wells during the flowback stage of well completions by using air quality data collected at the perimeter of the wells while flowback was occurring.

Battlement Mesa (population ~5000) located in rural Garfield County, Colorado is one community experiencing the rapid expansion of NGD in an unconventional tight sand resource. A NGD operator has proposed developing 200 gas wells on 9 well pads located as close as 500 ft from residences. Colorado Oil and Gas Commission (COGCC) rules allow natural gas wells to be placed as close as 150 ft from residences (COGCC, 2009b). Because of community concerns, as described elsewhere, we conducted a health impact assessment (HIA) to assess how the project may impact public health (Witter et al., 2011), working with a range of stakeholders to identify the potential public health risks and benefits.

In this article, we illustrate how a risk assessment was used to support elements of the HIA process and inform risk prevention recommendations by estimating chronic and subchronic non-

cancer hazard indices (HIs) and lifetime excess cancer risks due to NGD air emissions.

## 2. Methods

We used standard United States Environmental Protection Agency (EPA) methodology to estimate non-cancer HIs and excess lifetime cancer risks for exposures to hydrocarbons (US EPA, 1989; US EPA, 2004) using residential exposure scenarios developed for the NGD project. We used air toxics data collected in Garfield County from January 2008 to November 2010 as part of a special study of short term exposures as well as on-going ambient air monitoring program data to estimate subchronic and chronic exposures and health risks (Frazier, 2009; GCPH, 2009; GCPH, 2010; GCPH, 2011; Antero, 2010).

### 2.1. Sample collection and analysis

All samples were collected and analyzed according to published EPA methods. Analyses were conducted by EPA certified laboratories. The Garfield County Department of Public Health (GCPH) and Olsson Associates, Inc. (Olsson) collected ambient air samples into evacuated SUMMA® passivated stainless-steel canisters over 24-hour intervals. The GCPH collected the samples from a fixed monitoring station and along the perimeters of four well pads and shipped samples to Eastern Research Group for analysis of 78 hydrocarbons using EPA's compendium method TO-12, Method for the Determination of Non-Methane Organic Compounds in Ambient Air Using Cyrogenic Preconcentration and Direct Flame Ionization Detection (US EPA, 1999). Olsson collected samples along the perimeter of one well pad and shipped samples to Atmospheric Analysis and Consulting, Inc. for analysis of 56 hydrocarbons (a subset of the 78 hydrocarbons determined by Eastern Research Group) using method TO-12. Per method TO-12, a fixed volume of sample was cryogenically concentrated and then desorbed onto a gas chromatography column equipped with a flame ionization detector. Chemicals were identified by retention time and reported in a concentration of parts per billion carbon (ppbC). The ppbC values were converted to micrograms per cubic meter ($\mu g/m^3$) at 01.325 kPa and 298.15 K.

Two different sets of samples were collected from rural (population<50,000) areas in western Garfield County over varying time periods. The main economy, aside from the NGD industry, is agricultural. There is no other major industry.

#### 2.1.1. NGD area samples

The GCPH collected ambient air samples every six days between January 2008 and November 2010 (163 samples) from a fixed monitoring station located in the midst of rural home sites and homes and NGD, during both well development and production. The site is located on top of a small hill and 4 miles upwind of other potential emission sources, such as a major highway (Interstate-70) and the town of Silt, CO (GCPH, 2009; GCPH, 2010; GCPH, 2011).

#### 2.1.2. Well completion samples

The GCPH collected 16 ambient air samples at each cardinal direction along 4 well pad perimeters (130 to 500 ft from the well pad center) in rural Garfield County during well completion activities. The samples were collected on the perimeter of 4 well pads being developed by 4 different natural gas operators in summer 2008 (Frazier, 2009). The GCPH worked closely with the NGD operators to ensure these air samples were collected during the period while at least one well was on uncontrolled (emissions not controlled) flowback into collection tanks vented directly to the air. The number of wells on each pad and other activities occurring on the pad were not documented. Samples were collected over 24 to 27-hour intervals, and samples included emissions from both uncontrolled flowback and

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

BLM_0057205

*L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx*

3

diesel engines (i.e., from trucks and generators supporting completion activities). In addition, the GCPH collected a background sample 0.33 to 1 mile from each well pad (Frazier, 2009). The highest hydrocarbon levels corresponded to samples collected directly downwind of the tanks (Frazier, 2009; Antero, 2010). The lowest hydrocarbon levels corresponded either to background samples or samples collected upwind of the flowback tanks (Frazier, 2009; Antero, 2010).

Antero Resources Inc., a natural gas operator, contracted Olsson to collect eight 24-hour integrated ambient air samples at each cardinal direction at 350 and 500 ft from the well pad center during well completion activities conducted on one of their well pads in summer 2010 (Antero, 2010). Of the 12 wells on this pad, 8 were producing salable natural gas; 1 had been drilled but not completed; 2 were being hydraulically fractured during daytime hours, with ensuing uncontrolled flowback during nighttime hours; and 1 was on uncontrolled flowback during nighttime hours.

All five well pads are located in areas with active gas production, approximately 1 mile from Interstate-70.

### 2.2. Data assessment

We evaluated outliers and compared distributions of chemical concentrations from NGD area and well completion samples using Q–Q plots and the Mann–Whitney $U$ test, respectively, in EPA's ProUCL version 4.00.05 software (US EPA, 2010b). The Mann–Whitney $U$ test was used because the measurement data were not normally distributed. Distributions were considered as significantly different at an alpha of 0.05. Per EPA guidance, we assigned the exposure concentration as either the 95% upper confidence limit (UCL) of the mean concentration for compounds found in 10 or more samples or the maximum detected concentration for compounds found in more than 1 but fewer than 10 samples. This latter category included three compounds: 1,3-butadiene, 2,2,4-trimethylpentane, and styrene in the well completion samples. EPA's ProUCL software was used to select appropriate methods based on sample distributions and detection frequency for computing 95% UCLs of the mean concentration (US EPA, 2010b).

### 2.3. Exposure assessment

Risks were estimated for two populations: (1) residents >½ mile from wells; and (2) residents ≤½ mile from wells. We defined

residents ≤½ mile from wells as living near wells, based on residents reporting odor complaints attributed to gas wells in the summer of 2010 (COGCC, 2011).

Exposure scenarios were developed for chronic non-cancer HIs and cancer risks. For both populations, we assumed a 30-year project duration based on an estimated 5-year well development period for all well pads, followed by 20 to 30 years of production. We assumed a resident lives, works, and otherwise remains within the town 24 h/day, 350 days/year and that lifetime of a resident is 70 years, based on standard EPA reasonable maximum exposure (RME) defaults (US EPA, 1989).

#### 2.3.1. Residents >½ mile from well pads

As illustrated in Fig. 1, data from the NGD area samples were used to estimate chronic and subchronic risks for residents >½ mile from well development and production throughout the project. The exposure concentrations for this population were the 95% UCL on the mean concentration and median concentration on the 163 NGD samples.

#### 2.3.2. Residents ≤½ mile from well pads

To evaluate subchronic non-cancer HIs from well completion emissions, we estimated that a resident lives ≤½ mile from two well pads resulting a 20-month exposure duration based on 2 weeks per well for completion and 20 wells per pad, assuming some overlap in between activities. The subchronic exposure concentrations for this population were the 95% UCL on the mean concentration and the median concentration from the 24 well completion samples. To evaluate chronic risks to residents ≤½ mile from wells throughout the NGD project, we calculated a time-weighted exposure concentration ($C_{S+c}$) to account for exposure to emissions from well completions for 20-months followed by 340 months of exposure to emissions from the NGD area using the following formula:

$$C_{S+c} = (C_c \times ED_c/ED) + (C_S \times ED_S/ED)$$

where:

$C_c$     Chronic exposure point concentration ($\mu g/m^3$) based on the 95% UCL of the mean concentration or median concentration from the 163 NGD area samples



**Fig. 1.** Relationship between completion samples and natural gas development area samples and residents living ≤½ mile and >½ mile from wells. [a]Time weighted average based on 20-month contribution from well completion samples and 340-month contribution from natural gas development samples.

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

BLM_0057206

| $ED_c$ | Chronic exposure duration |
|---|---|
| $C_S$ | Subchronic exposure point concentration ($\mu g/m^3$) based on the 95% UCL of the mean concentration or median concentration from the 24 well completion samples |
| $ED_S$ | Subchronic exposure duration |
| ED | Total exposure duration |

### 2.4. Toxicity assessment and risk characterization

For non-carcinogens, we expressed inhalation toxicity measurements as a reference concentration (RfC in units of $\mu g/m^3$ air). We used chronic RfCs to evaluate long-term exposures of 30 years and subchronic RfCs to evaluate subchronic exposures of 20-months. If a subchronic RfC was not available, we used the chronic RfC. We obtained RfCs from (in order of preference) EPA's Integrated Risk Information System (IRIS) (US EPA, 2011), California Environmental Protection Agency (CalEPA) (CalEPA, 2003), EPA's Provisional Peer-Reviewed Toxicity Values (ORNL, 2009), and Health Effects Assessment Summary Tables (US EPA, 1997). We used surrogate RfCs according to EPA guidance for $C_5$ to $C_{18}$ aliphatic and $C_6$ to $C_{18}$ aromatic hydrocarbons which did not have a chemical-specific toxicity value (US EPA, 2009a). We derived semi-quantitative hazards, in terms of the hazard quotient (HQ), defined as the ratio between an estimated exposure concentration and RfC. We summed HQs for individual compounds to estimate the total cumulative HI. We then separated HQs specific to neurological, respiratory, hematological, and developmental effects and calculated a cumulative HI for each of these specific effects.

For carcinogens, we expressed inhalation toxicity measurements as inhalation unit risk (IUR) in units of risk per $\mu g/m^3$. We used IURs from EPA's IRIS (US EPA, 2011) when available or the CalEPA (CalEPA, 2003). The lifetime cancer risk for each compound was derived by multiplying estimated exposure concentration by the IUR. We summed cancer risks for individual compounds to

estimate the cumulative cancer risk. Risks are expressed as excess cancers per 1 million population based on exposure over 30 years.

Toxicity values (i.e., RfCs or IURs) or a surrogate toxicity value were available for 45 out of 78 hydrocarbons measured. We performed a quantitative risk assessment for these hydrocarbons. The remaining 33 hydrocarbons were considered qualitatively in the risk assessment.

## 3. Results

### 3.1. Data assessment

Evaluation of potential outliers revealed no sampling, analytical, or other anomalies were associated with the outliers. In addition, removal of potential outliers from the NGD area samples did not change the final HIs and cancer risks. Potential outliers in the well completion samples were associated with samples collected downwind from flowback tanks and are representative of emissions during flowback. Therefore, no data was removed from either data set.

Descriptive statistics for concentrations of the hydrocarbons used in the quantitative risk assessment are presented in Table 1. A list of the hydrocarbons detected in the samples that were considered qualitatively in the risk assessment because toxicity values were not available is presented in Table 2. Descriptive statistics for all hydrocarbons are available in Supplemental Table 1. Two thirds more hydrocarbons were detected at a frequency of 100% in the well completion samples (38 hydrocarbons) than in the NGD area samples (23 hydrocarbons). Generally, the highest alkane and aromatic hydrocarbon median concentrations were observed in the well completion samples, while the highest median concentrations of several alkenes were observed in the NGD area samples. Median concentrations of benzene, ethylbenzene, toluene, and m-xylene/p-xlyene were 2.7, 4.5, 4.3, and 9 times higher in the well completion samples than in the NGD area samples, respectively. Wilcoxon–Mann–Whitney test results indicate that

**Table 1**
Descriptive statistics for hydrocarbon concentrations with toxicity values in 24-hour integrated samples collected in NGD area and samples collected during well completions.

| Hydrocarbon ($\mu g/m^3$) | NGD area sample results[a] | | | | | | Well completion sample results[b] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. | % >MDL | Med | SD | 95% UCL[c] | Min | Max | No. | % >MDL | Med | SD | 95% UCL[c] | Min | Max |
| 1,2,3-Trimethylbenzene | 163 | 39 | 0.11 | 0.095 | 0.099 | 0.022 | 0.85 | 24 | 83 | 0.84 | 2.3 | 3.2 | 0.055 | 12 |
| 1,2,4-Trimethylbenzene | 163 | 96 | 0.18 | 0.34 | 0.31 | 0.063 | 3.1 | 24 | 100 | 1.7 | 17 | 21 | 0.44 | 83 |
| 1,3,5-Trimethylbenzene | 163 | 83 | 0.12 | 0.13 | 0.175 | 0.024 | 1.2 | 24 | 100 | 1.3 | 16 | 19.5 | 0.33 | 78 |
| 1,3-Butadiene | 163 | 7 | 0.11 | 0.020 | 0.0465 | 0.025 | 0.15 | 16 | 56 | 0.11 | 0.021 | NC | 0.068 | 0.17 |
| Benzene | 163 | 100 | 0.95 | 1.3 | 1.7 | 0.096 | 14 | 24 | 100 | 2.6 | 14 | 20 | 0.94 | 69 |
| Cyclohexane | 163 | 100 | 2.1 | 8.3 | 6.2 | 0.11 | 105 | 24 | 100 | 5.3 | 43 | 58 | 2.21 | 200 |
| Ethylbenzene | 163 | 95 | 0.17 | 0.73 | 0.415 | 0.056 | 8.1 | 24 | 100 | 0.77 | 47 | 54 | 0.25 | 230 |
| Isopropylbenzene | 163 | 38 | 0.15 | 0.053 | 0.074 | 0.020 | 0.33 | 24 | 67 | 0.33 | 1.0 | 1.0 | 0.0 | 4.8 |
| Methylcyclohexane | 163 | 100 | 3.7 | 4.0 | 6.3 | 0.15 | 24 | 24 | 100 | 14 | 149 | 190 | 3.1 | 720 |
| m-Xylene/p-Xylene | 163 | 100 | 0.87 | 1.2 | 1.3 | 0.16 | 9.9 | 24 | 100 | 7.8 | 194 | 240 | 2.0 | 880 |
| n-Hexane | 163 | 100 | 4.0 | 4.2 | 6.7 | 0.13 | 25 | 24 | 100 | 7.7 | 57 | 80 | 1.7 | 255 |
| n-Nonane | 163 | 99 | 0.44 | 0.49 | 0.66 | 0.064 | 3.1 | 24 | 100 | 3.6 | 61 | 76 | 1.2 | 300 |
| n-Pentane | 163 | 100 | 9.1 | 9.8 | 14 | 0.23 | 62 | 24 | 100 | 11 | 156 | 210 | 3.9 | 550 |
| n-Propylbenzene | 163 | 66 | 0.10 | 0.068 | 0.10 | 0.032 | 0.71 | 24 | 88 | 0.64 | 2.4 | 3.3 | 0.098 | 12 |
| o-Xylene | 163 | 97 | 0.22 | 0.33 | 0.33 | 0.064 | 3.6 | 24 | 100 | 1.2 | 40 | 48.5 | 0.38 | 190 |
| Propylene | 163 | 100 | 0.34 | 0.23 | 0.40 | 0.11 | 2.5 | 24 | 100 | 0.41 | 0.34 | 0.60 | 0.16 | 1.9 |
| Styrene | 163 | 15 | 0.15 | 0.26 | 0.13 | 0.017 | 3.4 | 24 | 21 | 0.13 | 1.2 | NC | 0.23 | 5.9 |
| Toluene | 163 | 100 | 1.8 | 6.2 | 4.8 | 0.11 | 79 | 24 | 100 | 7.8 | 67 | 92 | 2.7 | 320 |
| Aliphatic hydrocarbons $C_5$–$C_8$[d] | 163 | NC | 29 | NA | 44 | 1.7 | 220 | 24 | NC | 56 | NA | 780 | 24 | 2700 |
| Aliphatic hydrocarbons $C_9$–$C_{18}$[e] | 163 | NC | 1.3 | NA | 14 | 0.18 | 400 | 24 | NC | 7.9 | NA | 100 | 1.4 | 390 |
| Aromatic hydrocarbons $C_9$–$C_{18}$[f] | 163 | NC | 0.57 | NA | 0.695 | 0.13 | 5.6 | 24 | NC | 27 | NA | 71 | 0.71 | 120 |

Abbreviations: Max, maximum detected concentration; Med, median; Min, minimum detected concentration; NGD, natural gas development; NC, not calculated; No., number of samples; SD, standard deviation; % >MDL, percent greater than method detection limit; $\mu g/m^3$ micrograms per cubic meter; 95% UCL 95% upper confidence limit on the mean.
[a] Samples collected at one site every 6 six days between 2008 and 2010.
[b] Samples collected at four separate sites in summer 2008 and one site in summer 2010.
[c] Calculated using EPA's ProUCL version 4.00.05 software (US EPA, 2010b).
[d] Sum of 2,2,2-trimethylpentane, 2,2,4-trimethylpentane, 2,2-dimethylbutane, 2,3,4-trimethylpentane, 2,3-dimethylbutane, 2,3-dimethylpentane, 2,4-dimethylpentane, 2-methylheptane, 2-methylhexane, 2-methylpentane, 3-methylheptane, 3-methylhexane, 3-methylpentane, cyclopentane, isopentane, methylcyclopentane, n-heptane, n-octane.
[e] Sum of n-decane, n-dodecane, n-tridecane, n-undecane.
[f] Sum of m-diethylbenzene, m-ethyltoluene, o-ethyltoluene, p-diethylbenzene, p-ethyltoluene.

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

BLM_0057207

L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx
5

**Table 2**
Detection frequencies of hydrocarbons without toxicity values detected in NGD area or well completion samples.

| Hydrocarbon | NGD area sample[a] detection frequency (%) | Well completion sample[b] detection frequency (%) |
|---|---|---|
| 1-Dodecene | 36 | 81 |
| 1-Heptene | 94 | 100 |
| 1-Hexene | 63 | 79 |
| 1-Nonene | 52 | 94 |
| 1-Octene | 29 | 75 |
| 1-Pentene | 98 | 79 |
| 1-Tridecene | 7 | 38 |
| 1-Undecene | 28 | 81 |
| 2-Ethyl-1-butene | 1 | 0 |
| 2-Methyl-1-butene | 29 | 44 |
| 2-Methyl-1-pentene | 1 | 6 |
| 2-Methyl-2-butene | 36 | 69 |
| 3-Methyl-1-butene | 6 | 6 |
| 4-Methyl-1-pentene | 16 | 69 |
| Acetylene | 100 | 92 |
| a-Pinene | 63 | 100 |
| b-Pinene | 10 | 44 |
| cis-2-Butene | 58 | 75 |
| cis-2-Hexene | 13 | 81 |
| cis-2-Pentene | 38 | 54 |
| Cyclopentene | 44 | 94 |
| Ethane | 100 | 100 |
| Ethylene | 100 | 100 |
| Isobutane | 100 | 100 |
| Isobutene/1-Butene | 73 | 44 |
| Isoprene | 71 | 96 |
| n-Butane | 98 | 100 |
| Propane | 100 | 100 |
| Propyne | 1 | 0 |
| trans-2-Butene | 80 | 75 |
| trans-2-Hexene | 1 | 6 |
| trans-2-Pentene | 55 | 83 |

Abbreviations: NGD, natural gas development.
[a] Samples collected at one site every 6 six days between 2008 and 2010.
[b] Samples collected at four separate sites in summer 2008 and one site in summer 2010.

concentrations of hydrocarbons from well completion samples were significantly higher than concentrations from NGD area samples ($p<0.05$) with the exception of 1,2,3-trimethylbenzene, n-pentane, 1,3-butadiene, isopropylbenzene, n-propylbenzene, propylene, and styrene (Supplemental Table 2).

*3.2. Non-cancer hazard indices*

Table 3 presents chronic and subchronic RfCs used in calculating non-cancer HIs, as well critical effects and other effects. Chronic non-cancer HQ and HI estimates based on ambient air concentrations are presented in Table 4. The total chronic HIs based on the 95% UCL of the mean concentration were 0.4 for residents >½ mile from wells and 1 for residents ≤½ mile from wells. Most of the chronic non-cancer hazard is attributed to neurological effects with neurological HIs of 0.3 for residents >½ mile from wells and 0.9 for residents ≤½ mile from wells.

Total subchronic non-cancer HQs and HI estimates are presented in Table 5. The total subchronic HIs based on the 95% UCL of the mean concentration were 0.2 for residents >½ mile from wells and 5 for residents ≤½ mile from wells. The subchronic non-cancer hazard for residents >½ mile from wells is attributed mostly to respiratory effects (HI=0.2), while the subchronic hazard for residents ≤½ mile from wells is attributed to neurological (HI=4), respiratory (HI=2), hematologic (HI=3), and developmental (HI=1) effects.

For residents >½ mile from wells, aliphatic hydrocarbons (51%), trimethylbenzenes (22%), and benzene (14%) are primary contributors to the chronic non-cancer HI. For residents ≤½ mile from wells,

trimethylbenzenes (45%), aliphatic hydrocarbons (32%), and xylenes (17%) are primary contributors to the chronic non-cancer HI, and tri-methylbenzenes (46%), aliphatic hydrocarbons (21%) and xylenes (15%) also are primary contributors to the subchronic HI.

*3.3. Cancer risks*

Cancer risk estimates calculated based on measured ambient air concentrations are presented in Table 6. The cumulative cancer risks based on the 95% UCL of the mean concentration were 6 in a million for residents >½ from wells and 10 in a million for residents ≤½ mile from wells. Benzene (84%) and 1,3-butadiene (9%) are the primary contributors to cumulative cancer risk for residents >½ mile from wells. Benzene (67%) and ethylbenzene (27%) were the primary contributors to cumulative cancer risk for residents ≤½ mile from wells.

**4. Discussion**

Our results show that the non-cancer HI from air emissions due to natural gas development is greater for residents living closer to wells. Our greatest HI corresponds to the relatively short-term (i.e., sub-chronic), but high emission, well completion period. This HI is driven principally by exposure to trimethylbenzenes, aliphatic hydrocarbons, and xylenes, all of which have neurological and/or respiratory effects. We also calculated higher cancer risks for residents living nearer to wells as compared to residents residing further from wells. Benzene is the major contributor to lifetime excess cancer risk for both scenarios. It also is notable that these increased risk metrics are seen in an air shed that has elevated ambient levels of several measured air toxics, such as benzene (CDPHE, 2009; GCPH, 2010).

*4.1. Representation of exposures from NGD*

It is likely that NGD is the major source of the hydrocarbons observed in the NGD area samples used in this risk assessment. The NGD area monitoring site is located in the midst of multi-acre rural home sites and ranches. Natural gas is the only industry in the area other than agriculture. Furthermore, the site is at least 4 miles up-wind from any other major emission source, including Interstate 70 and the town of Silt, Colorado. Interestingly, levels of benzene, m,p-xylene, and 1,3,5-trimethylbenzene measured at this rural monitoring site in 2009 were higher than levels measured at 27 out of 37 EPA air toxics monitoring sites where SNMOCs were measured, including urban sites such as Elizabeth, NJ, Dearborn, MI, and Tulsa, OK (GCPH, 2010; US EPA, 2009b). In addition, the 2007 Garfield County emission inventory attributes the bulk of benzene, xylene, toluene, and ethylbenzene emissions in the county to NGD, with NGD point and non-point sources contributing five times more benzene than any other emission source, including on-road vehicles, wildfires, and wood burning. The emission inventory also indicates that NGD sources (e.g. condensate tanks, drill rigs, venting during completions, fugitive emissions from wells and pipes, and compressor engines) contributed ten times more VOC emissions than any source, other than biogenic sources (e.g. plants, animals, marshes, and the earth) (CDPHE, 2009).

Emissions from flowback operations, which may include emissions from various sources on the pads such as wells and diesel engines, are likely the major source of the hydrocarbons observed in the well completion samples. These samples were collected very near (130 to 500 ft from the center) well pads during uncontrolled flowback into tanks venting directly to the air. As for the NGD area samples, no sources other than those associated with NGD were in the vicinity of the sampling locations.

Subchronic health effects, such as headaches and throat and eye irritation reported by residents during well completion activities

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

*L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx*

**Table 3**
Chronic and subchronic reference concentrations, critical effects, and major effects for hydrocarbons in quantitative risk assessment.

| Hydrocarbon | Chronic | | | Subchronic | | Critical effect/target organ | Other effects |
|---|---|---|---|---|---|---|---|
| | RfC ($\mu g/m^3$) | Source | | RfC ($\mu g/m^3$) | Source | | |
| 1,2,3-Trimethylbenzene | 5.00E+00 | PPTRV | | 5.00E+01 | PPTRV | Neurological | Respiratory, hematological |
| 1,3,5-Trimethylbenzene | 6.00E+00 | PPTRV | | 1.00E+01 | PPTRV | Neurological | Hematological |
| Isopropylbenzene | 4.00E+02 | IRIS | | 9.00E+01 | HEAST | Renal | Neurological, respiratory |
| n-Hexane | 7.00E+02 | IRIS | | 2.00E+03 | PPTRV | Neurological | – |
| n-Nonane | 2.00E+02 | PPTRV | | 2.00E+03 | PPTRV | Neurological | Respiratory |
| n-Pentane | 1.00E+03 | PPTRV | | 1.00E+04 | PPTRV | Neurological | – |
| Styrene | 1.00E+03 | IRIS | | 3.00E+03 | HEAST | Neurological | – |
| Toluene | 5.00E+03 | IRIS | | 5.00E+03 | PPTRV | Neurological | Developmental, respiratory |
| Xylenes, total | 1.00E+02 | IRIS | | 4.00E+02 | PPTRV | Neurological | Developmental, respiratory |
| n-propylbenzene | 1.00E+03 | PPTRV | | 1.00E+03 | Chronic RfC PPTRV | Developmental | Neurological |
| 1,2,4-Trimethylbenzene | 7.00E+00 | PPTRV | | 7.00E+01 | PPTRV | Decrease in blood clotting time | Neurological, respiratory |
| 1,3-Butadiene | 2.00E+00 | IRIS | | 2.00E+00 | Chronic RfC IRIS | Reproductive | Neurological, respiratory |
| Propylene | 3.00E+03 | CalEPA | | 1.00E+03 | Chronic RfC CalEPA | Respiratory | – |
| Benzene | 3.00E+01 | ATSDR | | 8.00E+01 | PPTRV | Decreased lymphocyte count | Neurological, developmental, reproductive |
| Ethylbenzene | 1.00E+03 | ATSDR | | 9.00E+03 | PPTRV | Auditory | Neurological, respiratory, renal |
| Cyclohexane | 6.00E+03 | IRIS | | 1.80E+04 | PPTRV | Developmental | Neurological |
| Methylcyclohexane | 3.00E+03 | HEAST | | 3.00E+03 | HEAST | Renal | – |
| Aliphatic hydrocarbons $C_5$–$C_8$[a] | 6E+02 | PPTRV | | 2.7E+04 | PPTRV | Neurological | – |
| Aliphatic hydrocarbons $C_9$–$C_{18}$ | 1E+02 | PPTRV | | 1E+02 | PPTRV | Respiratory | – |
| Aromatic hydrocarbons $C_9$–$C_{18}$[b] | 1E+02 | PPTRV | | 1E+03 | PPRIV | Decreased maternal body weight | Respiratory |

Abbreviations: 95%UCL, 95% upper confidence limit; CalEPA, California Environmental Protection Agency; HEAST, EPA Health Effects Assessment Summary Tables 1997; HQ, hazard quotient; IRIS, Integrated Risk Information System; Max, maximum; PPTRV, EPA Provisional Peer-Reviewed Toxicity Value; RfC. reference concentration; $\mu g/m^3$, micrograms per cubic meter. Data from CalEPA 2011; IRIS (US EPA, 2011); ORNL 2011.
[a] Based on PPTRV for commercial hexane.
[b] Based on PPTRV for high flash naphtha.

occurring in Garfield County, are consistent with known health effects of many of the hydrocarbons evaluated in this analysis (COGCC, 2011; Witter et al., 2011). Inhalation of trimethylbenzenes and xylenes can irritate the respiratory system and mucous membranes with effects ranging from eye, nose, and throat irritation to difficulty in breathing and impaired lung function (ATSDR, 2007a;

**Table 4**
Chronic hazard quotients and hazard indices for residents living >½ mile from wells and residents living ≤½ mile from wells.

| Hydrocarbon | >½ mile | | ≤½ mile | |
|---|---|---|---|---|
| | Chronic HQ based on median concentration | Chronic HQ based on 95% UCL of mean concentration | Chronic HQ based on median concentration | Chronic HQ based on 95% UCL of mean concentration |
| 1,2,3-Trimethylbenzene | 2.09E−02 | 1.90E−02 | 2.87E−02 | 5.21E−02 |
| 1,2,4-Trimethylbenzene | 2.51E−02 | 4.22E−02 | 3.64E−02 | 2.01E−01 |
| 1,3,5-Trimethylbenzene | 1.96E−02 | 2.80E−02 | 3.00E−02 | 1.99E−01 |
| 1,3-Butadiene | 5.05E−02 | 2.23E−02 | 5.05E−02 | 2.25E−02 |
| Benzene | 3.03E−02 | 5.40E−02 | 3.32E−02 | 8.70E−02 |
| Cyclohexane | 3.40E−04 | 9.98E−04 | 3.67E−04 | 1.46E−03 |
| Ethylbenzene | 1.63E−04 | 3.98E−04 | 1.95E−04 | 3.23E−03 |
| Isopropylbenzene | 3.68E−04 | 1.78E−04 | 3.90E−04 | 3.05E−04 |
| Methylcyclohexane | 1.18E−03 | 2.00E−03 | 1.36E−03 | 5.32E−03 |
| n-Hexane | 5.49E−03 | 9.23E−03 | 5.76E−03 | 1.47E−02 |
| n-Nonane | 2.11E−03 | 3.14E−03 | 2.95E−03 | 2.31E−02 |
| n-Pentane | 8.71E−03 | 1.32E−02 | 8.79E−03 | 2.39E−02 |
| n-propylbenzene | 9.95E−05 | 9.59E−05 | 1.28E−04 | 2.64E−04 |
| Propylene | 1.09E−04 | 1.27E−04 | 1.10E−04 | 1.30E−04 |
| Styrene | 1.43E−04 | 1.25E−04 | 1.42E−04 | 4.32E−04 |
| Toluene | 3.40E−04 | 9.28E−04 | 4.06E−04 | 1.86E−03 |
| Xylenes, total | 1.16E−02 | 1.57E−02 | 1.54E−02 | 1.71E−01 |
| Aliphatic hydrocarbons $C_5$–$C_8$ | 4.63E−02 | 7.02E−02 | 4.87E−02 | 1.36E−01 |
| Aliphatic hydrocarbons $C_9$–$C_{18}$ | 1.22E−02 | 1.35E−01 | 1.58E−02 | 1.83E−01 |
| Aromatic hydrocarbons $C_9$–$C_{18}$ | 5.44E−03 | 6.67E−03 | 7.12E−03 | 2.04E−02 |
| Total Hazard Index | 2E−01 | 4E−01 | 3E−01 | 1E+00 |
| Neurorological Effects Hazard Index[a] | 2E−01 | 3E−01 | 3E−01 | 9E−01 |
| Respiratory Effects Hazard Index[b] | 1E−01 | 2E−01 | 2E−02 | 7E−01 |
| Hematological Effects Hazard Index[c] | 1E−01 | 1E−01 | 1E−01 | 5E−01 |
| Developmental Effects Hazard Index[d] | 4E−02 | 7E−02 | 5E−02 | 3E−01 |

Abbreviations: 95%UCL, 95% upper confidence limit; HQ, hazard quotient.
[a] Sum of HQs for hydrocarbons with neurological effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3,5-Trimethylbenzene, 1,3-butadiene, benzene, cyclohexane, ethylbenzene, isopropylbenzene, n-hexane, n-nonane, n-pentane, n-propylbenzene, styrene, toluene, xylenes, aliphatic $C_5$–$C_8$ hydrocarbons.
[b] Sum of HQs for hydrocarbons with respiratory effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3-butadiene, ethylbenzene, isopropylbenzene, n-nonane, propylene, toluene, xylenes, aliphatic $C_9$–$C_{18}$ hydrocarbons, aromatic $C_9$–$C_{18}$ hydrocarbons.
[c] Sum of HQs for hydrocarbons with hematological effects: 1,2,3-Trimethylbenzene, 1,2,4-trimethylbenzene, 1,3,5-trimethylbenzene, benzene.
[d] Sum of HQs for hydrocarbons with developmental effects: benzene, cyclohexane, toluene, and xylenes.

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx

7

**Table 5**
Subchronic hazard quotients and hazard indices residents living >½ mile from wells and residents living ≤½ mile from wells.

| Hydrocarbon (µg/m³) | >½ mile | | ≤½ mile | |
|---|---|---|---|---|
| | Subchronic HQ based on median concentration | Subchronic HQ based on 95% UCL of mean concentration | Subchronic HQ based on median concentration | Subchronic HQ based on 95% UCL of mean concentration |
| 1,2,3-Trimethylbenzene | 2.09E−03 | 1.90E−03 | 1.67E−02 | 6.40E−02 |
| 1,2,4-Trimethylbenzene | 2.51E−03 | 4.22E−03 | 2.38E−02 | 3.02E−01 |
| 1,3,5-Trimethylbenzene | 1.18E−02 | 1.68E−02 | 1.29E−01 | 1.95E+00 |
| 1,3-Butadiene | 5.04E−02 | 2.23E−02 | 5.25E−02 | 8.30E−02 |
| Benzene | 1.14E−02 | 2.02E−02 | 3.25E−02 | 2.55E−01 |
| Cyclohexane | 1.13E−04 | 3.33E−04 | 2.93E−04 | 3.24E−03 |
| Ethylbenzene | 1.81E−05 | 4.42E−05 | 8.56E−05 | 5.96E−03 |
| Isopropylbenzene | 1.63E−03 | 7.92E−04 | 3.62E−03 | 1.14E−02 |
| Methylcyclohexane | 1.18E−03 | 2.01E−03 | 4.67E−03 | 6.47E−02 |
| n-Hexane | 1.92E−03 | 3.23E−03 | 3.86E−03 | 3.98E−02 |
| n-Nonane | 2.11E−04 | 3.14E−04 | 1.80E−03 | 3.78E−02 |
| n-Pentane | 8.71E−04 | 1.32E−03 | 1.05E−03 | 2.13E−02 |
| n-propylbenzene | 9.95E−05 | 9.57E−05 | 6.36E−04 | 3.26E−03 |
| Propylene | 1.43E−04 | 3.80E−04 | 4.12E−04 | 6.02E−04 |
| Styrene | 5.68E−04 | 4.16E−05 | 4.00E−06 | 1.97E−03 |
| Toluene | 4.18E−05 | 9.28E−04 | 2.46E−04 | 1.84E−02 |
| Xylenes, total | 2.91E−03 | 3.93E−03 | 2.05E−02 | 7.21E−01 |
| Aliphatic hydrocarbons C₅–C₈ | 1.07E−03 | 1.63E−03 | 2.07E−03 | 2.89E−02 |
| Aliphatic hydrocarbons C₉–C₁₈ | 1.3E−02 | 1.41E−01 | 7.9E−02 | 1.03E−00 |
| Aromatic hydrocarbons C₉–C₁₈ | 6.00E−04 | 6.95E−04 | 3.7E−03 | 2.64E−02 |
| Total Hazard Index | 1E−01 | 2E−01 | 4E−01 | 5E+00 |
| Neurological Effects Hazard Index[a] | 9E−02 | 8E−02 | 3E−01 | 4E+00 |
| Respiratory Effects Hazard Index[b] | 7E−02 | 2E−01 | 2E−01 | 2E+00 |
| Hematological Effects Hazard Index[c] | 5E−02 | 4E−02 | 2E−01 | 3E+00 |
| Developmental Effects Hazard Index[d] | 1E−02 | 3E−02 | 5E−02 | 1E+00 |

Abbreviations: 95%UCL, 95% upper confidence limit; HQ, hazard quotient.
 [a] Sum of HQs for hydrocarbons with neurological effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3,5-Trimethylbenzene, 1,3-butadiene, benzene, cyclohexane, ethylbenzene, isopropylbenzene, n-hexane, n-nonane, n-pentane, n-propylbenzene, styrene, toluene, xylenes, aliphatic C₅–C₈ hydrocarbons.
 [b] Sum of HQs for hydrocarbons with respiratory effects: 1,2,3-Trimethylbenzene, 1,2,4-Trimethylbenzene, 1,3,5-Trimethylbenzene, 1,3-butadiene, ethylbenzene, isopropylbenzene, n-nonane, propylene, toluene, xylenes, aliphatic C₉–C₁₈ hydrocarbons, aromatic C₉–C₁₈ hydrocarbons.
 [c] Sum of HQs for hydrocarbons with hematological effects: 1,2,3-trimethylbenzene, 1,2,4-trimethylbenzene, 1,3,5-Trimethylbenzene, benzene.
 [d] Sum of HQs for hydrocarbons with developmental effects: benzene, cyclohexane, toluene, and xylenes.

ATSDR, 2007b; US EPA, 1994). Inhalation of trimethylbenzenes, xylenes, benzene, and alkanes can adversely affect the nervous system with effects ranging from dizziness, headaches, fatigue at lower exposures to numbness in the limbs, incoordination, tremors, temporary limb paralysis, and unconsciousness at higher exposures (Carpenter et al., 1978; Nilsen et al., 1988; US EPA, 1994; Galvin and Marashi, 1999; ATSDR, 2007a; ATSDR, 2007b).

*4.2. Risk assessment as a tool for health impact assessment*

HIA is a policy tool used internationally that is being increasingly used in the United States to assess multiple complex hazards and exposures in communities. Comparison of risks between residents based on proximity to wells illustrates how the risk assessment process can be used to support the HIA process. An important component of the HIA process is to identify where and when public health is most likely to be impacted and to recommend mitigations to reduce or eliminate the potential

impact (Collins and Koplan, 2009). This risk assessment indicates that public health most likely would be impacted by well completion activities, particularly for residents living nearest the wells. Based on this information, suggested risk prevention strategies in the HIA are directed at minimizing exposures for those living closest to the well pads, especially during well completion activities when emissions are the highest. The HIA includes recommendations to (1) control and monitor emissions during completion transitions and flowback; (2) capture and reduce emissions through use of low or no emission flowback tanks; and (3) establish and maintain communications regarding well pad activities with the community (Witter et al., 2011).

*4.3. Comparisons to other risk estimates*

This risk assessment is one of the first studies in the peer-reviewed literature to provide a scientific perspective to the potential health risks associated with development of unconventional natural

**Table 6**
Excess cancer risks for residents living >½ mile from wells and residents living ≤½ mile from wells.

| Hydrocarbon | WOE | | Unit Risk (µg/m³) | Source | >½ mile | | ≤½ mile | |
|---|---|---|---|---|---|---|---|---|
| | IRIS | IARC | | | Cancer risk based on median concentration | Cancer risk based on 95% UCL of mean concentration | Cancer risk based on median concentration | Cancer risk based on 95% UCL of mean concentration |
| 1,3-Butadiene | B2 | 1 | 3.00E−05 | IRIS | 1.30E−06 | 5.73E−07 | 1.30E−06 | 6.54E−07 |
| Benzene | A | 1 | 7.80E−06 | IRIS | 3.03E−06 | 5.40E−06 | 3.33E−06 | 8.74E−06 |
| Ethylbenzene | NC | 2B | 2.50E−06 | CalEPA | 1.75E−07 | 4.26E−07 | 2.09E−07 | 3.48E−06 |
| Styrene | NC | 2B | 5.00E−07 | CEP | 3.10E−08 | 2.70E−08 | 3.00E−08 | 9.30E−08 |
| Cumulative cancer risk | | | | | 5E−06 | 6E−06 | 5E−06 | 1E−05 |

Abbreviations: 95%UCL, 95% upper confidence limit; CalEPA, California Environmental Protection Agency; CEP, (Caldwell et al., 1998); IARC, International Agency for Research on Cancer; IRIS, Integrated Risk Information System; Max, maximum; NC, not calculated; WOE, weight of evidence; µg/m³, micrograms per cubic meter. Data from CalEPA 2011; IRIS (US EPA, 2011).

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

*L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx*

gas resources. Our results for chronic non-cancer HIs and cancer risks for residents >than ½ mile from wells are similar to those reported for NGD areas in the relatively few previous risk assessments in the non-peer reviewed literature that have addressed this issue (CDPHE, 2010; Coons and Walker, 2008; CDPHE, 2007; Walther, 2011). Our risk assessment differs from these previous risk assessments in that it is the first to separately examine residential populations nearer versus further from wells and to report health impact of emissions resulting from well completions. It also adds information on exposure to air emissions from development of these resources. These data show that it is important to include air pollution in the national dialogue on unconventional NGD that, to date, has largely focused on water exposures to hydraulic fracturing chemicals.

### 4.4. Limitations

As with all risk assessments, scientific limitations may lead to an over- or underestimation of the actual risks. Factors that may lead to overestimation of risk include use of: 1) 95% UCL on the mean exposure concentrations; 2) maximum detected values for 1,3-butadiene, 2,2,4-trimethylpentane, and styrene because of a low number of detectable measurements; 3) default RME exposure assumptions, such as an exposure time of 24 h per day and exposure frequency of 350 days per year; and 4) upper bound cancer risk and non-cancer toxicity values for some of our major risk drivers. The benzene IUR, for example, is based on the high end of a range of maximum likelihood values and includes uncertainty factors to account for limitations in the epidemiological studies for the dose–response and exposure data (US EPA, 2011). Similiarly, the xylene chronic RfC is adjusted by a factor of 300 to account for uncertainties in extrapolating from animal studies, variability of sensitivity in humans, and extrapolating from subchronic studies (US EPA, 2011). Our use of chronic RfCs values when subchronic RfCs were not available may also have overestimated 1,3-butadiene, n-propylbenzene, and propylene subchronic HQs. None of these three chemicals, however, were primary contributors to the subchronic HI, so their overall effect on the HI is relatively small.

Several factors may have lead to an underestimation of risk in our study results. We were not able to completely characterize exposures because several criteria or hazardous air pollutants directly associated with the NGD process via emissions from wells or equipment used to develop wells, including formaldehyde, acetaldehyde, crotonaldehyde, naphthalene, particulate matter, and polycyclic aromatic hydrocarbons, were not measured. No toxicity values appropriate for quantitative risk assessment were available for assessing the risk to several alkenes and low molecular weight alkanes (particularly <C$_5$ aliphatic hydrocarbons). While at low concentrations the toxicity of alkanes and alkenes is generally considered to be minimal (Sandmeyer, 1981), the maximum concentrations of several low molecular weight alkanes measured in the well completion samples exceeded the 200–1000 µg/m$^3$ range of the RfCs for the three alkanes with toxicity values: n-hexane, n-pentane, and n-nonane (US EPA, 2011; ORNL, 2009). We did not consider health effects from acute (i.e., less than 1 h) exposures to peak hydrocarbon emissions because there were no appropriate measurements. Previous risk assessments have estimated an acute HQ of 6 from benzene in grab samples collected when residents noticed odors they attributed to NGD (CDPHE, 2007). We did not include ozone or other potentially relevant exposure pathways such as ingestion of water and inhalation of dust in this risk assessment because of a lack of available data. Elevated concentrations of ozone precursors (specifically, VOCs and nitrogen oxides) have been observed in Garfield County's NGD area and the 8-h average ozone concentration has periodically approached the 75 ppb National Ambient Air Quality Standard (NAAQS) (CDPHE, 2009; GCPH, 2010).

This risk assessment also was limited by the spatial and temporal scope of available monitoring data. For the estimated chronic exposure, we used 3 years of monitoring data to estimate exposures over a 30 year exposure period and a relatively small database of 24 samples collected at varying distances up to 500 ft from a well head (which also were used to estimate shorter-term non-cancer hazard index). Our estimated 20-month subchronic exposure was limited to samples collected in the summer, which may not have had captured temporal variation in well completion emissions. Our ½ mile cut point for defining the two different exposed populations in our exposure scenarios was based on complaint reports from residents living within ½ mile of existing NGD, which were the only data available. The actual distance at which residents may experience greater exposures from air emissions may be less than or greater than a ½ mile, depending on dispersion and local topography and meteorology. This lack of spatially and temporally appropriate data increases the uncertainty associated with the results.

Lastly, this risk assessment was limited in that appropriate data were not available for apportionment to specific sources within NGD (e.g. diesel emissions, the natural gas resource itself, emissions from tanks, etc.). This increases the uncertainty in the potential effectiveness of risk mitigation options.

These limitations and uncertainties in our risk assessment highlight the preliminary nature of our results. However, there is more certainty in the comparison of the risks between the populations and in the comparison of subchronic to chronic exposures because the limitations and uncertainties similarly affected the risk estimates.

### 4.5. Next steps

Further studies are warranted, in order to reduce the uncertainties in the health effects of exposures to NGD air emissions, to better direct efforts to prevent exposures, and thus address the limitations of this risk assessment. Next steps should include the modeling of short- and longer-term exposures as well as collection of area, residential, and personal exposure data, particularly for peak short-term emissions. Furthermore, studies should examine the toxicity of hydrocarbons, such as alkanes, including health effects of mixtures of HAPs and other air pollutants associated with NGD. Emissions from specific emission sources should be characterized and include development of dispersion profiles of HAPs. This emissions data, when coupled with information on local meteorological conditions and topography, can help provide guidance on minimum distances needed to protect occupant health in nearby homes, schools, and businesses. Studies that incorporate all relevant pathways and exposure scenarios, including occupational exposures, are needed to better understand the impacts of NGD of unconventional resources, such as tight sands and shale, on public health. Prospective medical monitoring and surveillance for potential air pollution-related health effects is needed for populations living in areas near the development of unconventional natural gas resources.

## 5. Conclusions

Risk assessment can be used as a tool in HIAs to identify where and when public health is most likely to be impacted and to inform risk prevention strategies directed towards efficient reduction of negative health impacts. These preliminary results indicate that health effects resulting from air emissions during development of unconventional natural gas resources are most likely to occur in residents living nearest to the well pads and warrant further study. Risk prevention efforts should be directed towards reducing air emission exposures for persons living and working near wells during well completions.

Supplementary materials related to this article can be found online at doi:10.1016/j.scitotenv.2012.02.018.

BLM_0057211

*L.M. McKenzie et al. / Science of the Total Environment xxx (2012) xxx–xxx* 9

### Acknowledgements

We extend special thanks to J. Rada, P. Reaser, C. Archuleta, K. Stinson, and K. Scott. We are very grateful to the Garfield County Department of Public Health.

### References

Antero. Air Quality Sampling Summary Report Well Completion and Flowback Development Scenario Watson Ranch Pad Garfield County Colorado December 22, 2010. Denver, CO: Antero Resources; 2010.
ATSDR. Toxicological Profile for Benzene. Atlanta, GA: Agency for Toxic Substances and Disease Registry, US Deparment of Health and Human Services; 2007a.
ATSDR. Toxicological Profile for Xylenes. Atlanta, GA: Agency for Toxic Substances and Disease Registry, US Deparment of Health and Human Services; 2007b.
Brosselin P, Rudant J, Orsi L, Leverger G, Baruchel A, Bertrand Y, et al. Acute Childhood Leukaemia and Residence Next to Petrol Stations and Automotive Repair Garages: the ESCALE study (SFCE). Occup Environ Med 2009;66(9):598–606.
Caldwell JC, Woodruff TJ, Morello-Frosch R, Axelrad DA. Application of health information to hazardous air pollutants modeled in EPA's Cumulative Exposure Project. Toxicol Ind Health 1998;14(3):429–54.
CalEPA. Toxicity Criteria Database. California Environmental Protection Agency, Office of Environmental Health Hazard Assessment; 2003. Available: http://oehha.ca.gov/risk/chemicalDB/index.asp [Accessed May 2011].
Carpenter CP, Geary DL, Myers RC, Nachreiner DJ, Sullivan LJ, King JM. Petroleum Hydrocarbons Toxicity Studies XVII. Animal Responses to n-Nonane Vapor. Toxicol Appl Pharmacol 1978;44:53–61.
CDPHE. Garfield County Air Toxics Inhalation: Screening Level Human Health Risk Assessment: Inhalation of Volatile organic Compounds Measured in Rural, Urban, and Oil &Gas Areas in Ambient Air Study (June 2005–May 2007). Denver, CO: Environmental Epidemiology Division, Colorado Department of Public Health and Environment; 2007. Available: http://www.garfieldcountyaq.net/default_new.aspx.
CDPHE. Garfield County Emissions Inventory. Denver, CO: Air Pollution Control Division, Colorado Department of Public Health and Environment; 2009. Available: http://www.garfieldcountyaq.net/default_new.aspx.
CDPHE. Garfield County Air Toxics Inhalation: Screening Level Human Health Risk Assessment: Inhalation of Volatile Organic Compounds Measured In 2008 Air Quality Monitoring Study. Denver, CO: Environmental Epidemiology Division, Colorado Department of Public Health and Environment; 2010. Available: http://www.garfieldcountyaq.net/default_new.aspx.
COGCC. Statement of Basis, Specific Statutory Authority, and Purpose: New Rules and Amendments to Current Rules of the Colorado Oil and Gas Conservation Commission, 2 CCR 404–1. Colorado Oil and Gas Conservation Commission; 2009a. Available: http://cogcc.state.co.us/.
COGCC. Rules and Regulations, 2 CCR 404–1. Colorado Oil and Gas Conservation Commission; 2009b. Available: http://cogcc.state.co.us/.
COGCC. Inspection/Incident Database. Denver, CO: Colorado Oil and Gas Information System, Colorado Oil and Gas Conservation Commission; 2011. Available: http://cogcc.state.co.us/.
Collins J, Koplan JP. Health impact assessment: a step toward health in all policies. JAMA 2009;302(3):315–7.
Coons T, Walker R. Community Health Risk Analysis of Oil and Gas Industry in Garfield County. Grand Junction, CO: Saccomanno Research Institute; 2008. Available: http://www.garfieldcountyaq.net/default_new.aspx.
Frazier A. Analysis of Data Obtained for the Garfield County Air Toxics Study Summer 2008. Rifle Denver, CO: Air Pollution Control Division, Colorado Department of Public Health and Environment; 2009. Available: http://www.garfieldcountyaq.net/default_new.aspx.
Galvin JR, Marashi F. n-Pentane. J Toxicol Environ Health 1999;1(58):35–56.
GCPH. Garfield County 2008 Air Quality Monitoring Summary Report. Rifle CO: Garfield County Public Health Department; 2009. Available: http://www.garfieldcountyaq.net/default_new.aspx.
GCPH. Garfield County 2009 Air Quality Monitoring Summary Report. Rifle CO: Garfield County Public Health Department; 2010. Available: http://www.garfieldcountyaq.net/default_new.aspx.
GCPH. Garfield County Quarterly Monitoring Report. Fourth Quarter October 1 through December 31, 2010. Rifle CO: Garfield County Public Health Department; 2011. Available: http://www.garfieldcountyaq.net/default_new.aspx.
Glass DC, Gray CN, Jolley DJ, Gibbons C, Sim MR, Fritschi L, et al. Leukemia Risk Associated with Low-Level Benzene Exposure. Epidemiology 2003;14(5):569–77.
Kim BM, Park EK, LeeAn SY, Ha M, Kim EJ, Kwon H, et al. BTEX exposure and its health effects in pregnant women following the Hebei spirit oil spill. J Prev Med Public Health Yebang Uihakhoe Chi 2009;42(2):96–103.

Kirkeleit J, Riise T, Bråtveit M, Moen B. Increased risk of acute myelogenous leukemia and multiple myeloma in a historical cohort of upstream petroleum workers exposed to crude oil. Cancer Causes Control 2008;19(1):13–23.
Lupo P, Symanski E, Waller D, Chan W, Langlosi P, Canfield M, et al. Maternal Exposure to Ambient Levels of Benzene and Neural Tube Defects among Offspring, Texas 1999–2004. Environ Health Perspect 2011;119(3):397–402.
Nilsen OG, Haugen OA, Zahisen K, Halgunset J, Helseth A, Aarset A, et al. Toxicity of n-C9 to n-C13 alkanes in the rat on short term inhalation. Pharmacol Toxicol 1988;62:259–66.
ORNL. The Risk Assessment Information System. Oak Ridge National Laboratory, TN: US Department of Energy; 2009. Available: http://rais.ornl.gov/ [Accessed May 2011].
Sandmeyer EE. Aliphatic Hydrocarbons. Patty's Industrial Hygiene and Toxicology, Third Edition, Volume IIB. New York: John Wiley; 1981. p. 3175–220.
TERC. VOC Emissions from Oil and Condensate Storage Tanks. Texas Environmental Research Consortium; 2009. p. 1-34. Available online at: http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pcf. The Woodlands, TX.
US DOE. "Modern Shale Gas Development in the United States: A Primer," Office of Fossil Energy and National Energy Technology Laboratory, United States Department of Energy; 2009. http://www.netl.doe.gov/technologies/oil-gas/publications/EPreports/Shale_Gas_Primer_2009.pdf (accessed January 2012).
US EIA. Annual Energy Outlook 2011 with Projections to 2035. Washington DC: Energy Information Administration, United States Department of Energy; 2011.
US EPA. Risk Assessment Guidance for Superfund (Part A). Washington, DC: Office of Emergency and Remedial Response, US Environmental Protection Agency; 1989.
US EPA. Chemicals in the Environment: 1,2,4-trimethylbenzene (C.A.S. No. 95-63-6). Washington, DC: Office of Pollution Prevention and Toxics, US Environmental Protection Agency; 1994.
US EPA. Health Effects Assessment Summary Tables. Washington, DC: US Environmental Protection Agency; 1997.
US EPA. Method for the Determination of Non-Methane Organic Compounds (NMOC) in Ambient Air Using Cryogenic Preconcentrations and Direct Flame Ionization Detection (PDFID). Cincinnati OH: Office of Research and Development, US Environmental Protection Agency; 1999.
US EPA. The OAQPS Air Toxic Risk Assessment Library. US Environmental Protection Agency; 2004. Available: http://www.epa.gov/ttn/fera/risk_atra_main.html.
US EPA. Provisional Peer Reviewed Toxicity Values for Complex Mixtures of Aliphatic and Aromatic Hydrocarbons. Cinninati Ohio: Superfund Health Risk Technical Support Center National Center for Environmental Assessment: Office of Research and Development, US Environmental Protection Agency; 2009a.
US EPA. Technology Transfer Network Air Quality System. Washington DC: Office of Air and Radiation, US Environmental Protection Agency; 2009b. Available: http://www.epa.gov/ttn/airs/airsaqs/.
US EPA. Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry Background Technical Support Document. Washington DC: Climate Change Division, US Environmental Protection Agency; 2010a.
US EPA. ProUCL Version 4.00.05 Technical Guide Statistical Software for Environmental Applications for Data Sets With and Without Nondetect Observations(Draft). Washington DC: Office of Research and Development, US Environmental Protection Agency; 2010b.
US EPA. Integrated Risk Information System (IRIS). Washington DC: US Environmental Protection Agency; 2011. Available: http://www.epa.gov/IRIS/ [Accessed May 2011].
Vidas H, Hugman B. ICF International. Availability, Economics, and Production Potential of North American Unconventional Natural Gas SuppliesPrepared for The INGAA Foundation, Inc. by: ICF International; 2008.
Walther E. Screening Health Risk Assessment Sublette County, Wyoming. Pinedale WY: Sierra Research, Inc.; 2011. Available: http://www.sublettewyo.com/DocumentView.aspx?DID=438.
White N, teWaterNaude J, van der Walt A, Ravenscroft G, Roberts W, Ehrlich R. Meteorologically estimated exposure but not distance predicts asthma symptoms in school children in the environs of a petrochemical refinery: a cross-sectional study. Environ Health 2009;8(1):45.
Witter R, McKenzie L, Towle M, Stinson K, Scott K, Newman L, et al. Draft Health Impact Assessment for Battlement Mesa, Garfield County, Colorado. Colorado School of Public Health; 2011. Available: http://www.garfield-county.com/index.aspx?page=1408.
Zielinska B, Fujita E, Campbell D. Monitoring of Emissions from Barnett Shale Natural Gas Production Facilities for Population Exposure Assessment. Houston TX: Desert Research Institute; 2011. Available: http://www.sph.uth.tmc.edu/mleland/attachments/Barnett%20Shale%20Study%20Final%20Report.pdf.

Please cite this article as: McKenzie LM, et al, Human health risk assessment of air emissions from development of unconventional natural gas resources, Sci Total Environ (2012), doi:10.1016/j.scitotenv.2012.02.018

BLM_0057212

Research | Children's Health

All *EHP* content is accessible to individuals with disabilities. A fully accessible (Section 508–compliant) HTML version of this article is available at http://dx.doi.org/10.1289/ehp.1306722.

# Birth Outcomes and Maternal Residential Proximity to Natural Gas Development in Rural Colorado

*Lisa M. McKenzie,[1] Ruixin Guo,[2] Roxana Z. Witter,[1] David A. Savitz,[3] Lee S. Newman,[1] and John L. Adgate[1]*

[1]Department of Environmental and Occupational Health, and [2]Department of Biostatistics and Informatics, Colorado School of Public Health, Aurora, Colorado, USA; [3]Department of Epidemiology, Brown University, Providence, Rhode Island, USA

BACKGROUND: Birth defects are a leading cause of neonatal mortality. Natural gas development (NGD) emits several potential teratogens, and U.S. production of natural gas is expanding.

OBJECTIVES: We examined associations between maternal residential proximity to NGD and birth outcomes in a retrospective cohort study of 124,842 births between 1996 and 2009 in rural Colorado.

METHODS: We calculated inverse distance weighted natural gas well counts within a 10-mile radius of maternal residence to estimate maternal exposure to NGD. Logistic regression, adjusted for maternal and infant covariates, was used to estimate associations with exposure tertiles for congenital heart defects (CHDs), neural tube defects (NTDs), oral clefts, preterm birth, and term low birth weight. The association with term birth weight was investigated using multiple linear regression.

RESULTS: Prevalence of CHDs increased with exposure tertile, with an odds ratio (OR) of 1.3 for the highest tertile (95% CI: 1.2, 1.5); NTD prevalence was associated with the highest tertile of exposure (OR = 2.0; 95% CI: 1.0, 3.9, based on 59 cases), compared with the absence of any gas wells within a 10-mile radius. Exposure was negatively associated with preterm birth and positively associated with fetal growth, although the magnitude of association was small. No association was found between exposure and oral clefts.

CONCLUSIONS: In this large cohort, we observed an association between density and proximity of natural gas wells within a 10-mile radius of maternal residence and prevalence of CHDs and possibly NTDs. Greater specificity in exposure estimates is needed to further explore these associations.

CITATION: McKenzie LM, Guo R, Witter RZ, Savitz DA, Newman LS, Adgate JL. 2014. Birth outcomes and maternal residential proximity to natural gas development in rural Colorado. Environ Health Perspect 122:412–417; http://dx.doi.org/10.1289/ehp.1306722

## Introduction

Approximately 3.3% of U.S. live-born children have a major birth defect (Centers for Disease Control and Prevention 2013; Parker et al. 2010); these defects account for 20% of infant deaths as well as 2.3% of premature death and disability (McKenna et al. 2005). Oral clefts, neural tube defects (NTDs), and congenital heart defects (CHD) are the most common classes of birth defects (Parker et al. 2010). These defects are thought to originate in the first trimester as a result of polygenic inherited disease or gene–environment interactions (Brent 2004). Suspected nongenetic risk factors for these birth defects include folate deficiency (Wald and Sneddon 1991), maternal smoking (Honein et al. 2006), alcohol abuse and solvent use (Romitti et al. 2007), and exposure to benzene (Lupo et al. 2010b; Wennborg et al. 2005), toluene (Bowen et al. 2009), polycyclic aromatic hydrocarbons (PAHs) (Ren et al. 2011), and petroleum-based solvents, including aromatic hydrocarbons (Chevrier et al. 1996). Associations between air pollution [volatile organic compounds (VOCs), particulate matter (PM), and nitrogen dioxide ($NO_2$)] and low birth weight and preterm birth have been reported (Ballester et al. 2010; Brauer et al. 2008; Dadvand et al. 2013; Ghosh et al. 2012; Llop et al. 2010). Many of these air pollutants are emitted during development and production of natural gas (referred to herein as NGD), and concerns have been raised that they may increase risk of adverse birth outcomes and other health effects (Colborn et al. 2011; McKenzie et al. 2012). Increased prevalence of low birth weight and small for gestational age and reduced APGAR scores were reported in infants born to mothers living near NGD in Pennylvania (Hill 2013).

Technological advances in directional drilling and hydraulic fracturing have resulted in a global boom of drilling and production of natural gas reserves [U.S. Energy Information Administration (EIA) 2011a, 2011b; Vidas and Hugman 2008]. NGD is an industrial process resulting in potential worker and community exposure to multiple environmental stressors (Esswein et al. 2013; King 2012; Witter et al. 2013). Diesel-powered heavy equipment is used for worksite development as well as transporting large volumes of water, sand, and chemicals to sites and for waste removal (Witter et al. 2013). It is increasingly common for NGD to encroach on populated areas, potentially exposing more people to air and water emissions as well as to noise and community-level changes that may arise from industrialization [Colorado Oil and Gas Conservation Commission (COGCC) 2009]. Studies in Colorado, Texas, Wyoming, and Oklahoma have demonstrated that NGD results in emission of VOCs, $NO_2$, sulfur dioxide ($SO_2$), PM, and PAHs from either the well itself or from associated drilling processes or related infrastructure (i.e., drilling muds, hydraulic fracturing fluids, tanks containing waste water and liquid hydrocarbons, diesel engines, compressor stations, dehydrators, and pipelines) (CDPHE 2007; Frazier 2009; Kemball-Cook et al. 2010; Olaguer 2012; Walther 2011; Zielinska et al. 2011). Some of these pollutants, such as toluene, xylenes, and benzene, are suspected teratogens (Lupo et al. 2010b; Shepard 1995) or mutagens (Agency for Toxic Substances and Disease Registry 2007) and are known to cross the placenta (Bukowski 2001), raising the possibility of fetal exposure to these and other pollutants resulting from NGD. Currently, there are few studies on the effects of air pollution or NGD on birth outcomes.

In this analysis, we explored the association between maternal exposure to NGD and birth outcomes, using a data set with individual-level birth data and geocoded natural gas well locations. We conducted a retrospective cohort study to investigate the association between density and proximity of natural gas wells within a 10-mile radius of maternal residences in rural Colorado and three classes of birth defects, preterm birth, and fetal growth.

## Methods

*Study population.* We used information available in the publically accessible Colorado Oil and Gas Information System (COGIS) to

Address correspondence to L. McKenzie, Department of Environmental and Occupational Health, Colorado School of Public Health, 13001 E. 17th Pl., Campus Box B119, Aurora, CO 80045 USA. Telephone: (303) 724-5557. E-mail: Lisa. McKenzie@ucdenver.edu

Supplemental Material is available online (http://dx.doi.org/10.1289/ehp.1306722).

This study was supported by the Department of Environmental and Occupational Health at the Colorado School of Public Health. The Colorado Department of Public Health and Environment's (CDPHE) Health Statistics and Colorado Responds to Children with Special Needs provided outcome data for this study.

The CDPHE specifically disclaims responsibility for any analyses, interpretations, or conclusions.

The authors declare they have no actual or potential competing financial interests.

Received: 27 February 2013; Accepted: 28 January 2014; Advance Publication: 28 January 2014; Final Publication: 1 April 2014.

BLM_0057213

build a geocoded data set with latitude, longitude, and year of development (1996–2009) for all gas wells in rural Colorado (COGIS 2011). Live birth data were obtained from the Colorado Vital Birth Statistics (CDPHE, Denver, CO). Geocoded maternal addresses at time of birth were linked to the well locations. Distance of each maternal residence from all existing (not abandoned) natural gas wells within a 10-mile radius was then computed using spherically adjusted straight line distances. We conducted our analysis on the final de-identified database containing maternal and birth outcome data described below and distance to all wells within the 10-mile radius. The Colorado Multiple Institutional Review Board reviewed and approved our study protocol. Informed consent was not required.

We restricted analysis to births occurring from 1996 through 2009 to focus our analysis on growth of unconventional NGD, characterized by use of hydraulic fracturing and/or directional drilling (King 2012), which expanded rapidly in Colorado beginning around 2000 (COGIS 2011). We also restricted our analysis to rural areas and towns with populations of < 50,000 (excluding the Denver metropolitan area, El Paso County, and the cities of Fort Collins, Boulder, Pueblo, Grand Junction, and Greeley) in 57 counties to reduce potential for exposure to other pollution sources, such as traffic, congestion, and industry. The final study area included locations with and without wells. We conducted a retrospective study on the resulting cohort of 124,842 live births to explore associations between birth outcomes and exposure to NGD operations. We restricted eligibility to singleton births and excluded the small proportion (< 5%) of nonwhite births because there were too few to analyze separately.

*Birth outcomes.* Identified birth outcomes were *a*) oral cleft, including cleft lip with and without cleft palate as well as cleft palate [*International Classification of Diseases, Ninth Revision, Clinical Modification* (ICD-9-CM) code 749.xx] (National Center for Health Statistics 2011); *b*) NTD, including anencephalus, spina bifida without anecephaly, and encephalocele (ICD-9-CM 740.xx, 741.xx, and 742.0); *c*) CHD, including transposition of great vessels, tetralogy of Fallot, ventricular septal defect, endocardial cushion defect, pulmonary valve atresia and stenosis, tricuspid valve atresia and stenosis, Ebstein's anomaly, aortic valve stenosis, hypoplastic left heart syndrome, patent ductus arteriosis, coarctation of aorta, and pulmonary artery anomalies (codes 745.xx, 746.xx, 747.xx, excluding 746.9, 747.5); *d*) preterm birth (< 37 weeks completed gestation); *e*) term low birth weight (≥ 37 weeks completed gestation and birth weight < 2,500 g); and *f*) term birth weight

as a continuous measure. Births with an oral cleft, NTD, or CHD were excluded from preterm birth and term low birth weight analysis. Preterm births were excluded from term birth weight analysis. Oral cleft, CHD, and NTD cases in the Colorado Responds to Children with Special Needs (CRCSN) birth registry, obtained from hospital records, the Newborn Genetics Screening Program, the Newborn Hearing Screening Program, laboratories, physicians, and genetic, developmental, and other specialty clinics (CRCSN 2011) were matched with Colorado live birth certificates. Cases are reflective of reporting as of 12 July 2012, were not necessarily confirmed by medical record review, and are subject to change as CRCSN ascertains diagnosis up to 3 years of child's age and/or supplements information by medical record review. We analyzed birth defects in three heterogeneous groups to increase statistical power. Data set information was not sufficient to distinguish between multiple and isolated birth anomalies or to identify chromosomal birth anomalies. In an exploratory analysis, we considered seven clinical diagnostic groupings of CHDs: *a*) conotruncal defects (tetralogy of Fallot and transposition of great vessels); *b*) endocardial cushion and mitrovalve defects (EMD; endocardial cushion defect and hypoplastic left heart syndrome); *c*) pulmonary artery and valve defects (PAV; pulmonary valve atresia and stenosis and pulmonary artery anomalies); *d*) tricuspid valve defects (TVD; tricuspid valve atresia and stenosis and Ebstein's anomaly); *e*) aortic artery and valve defects (aortic valve stenosis and coarctation of aorta); *f*) ventricular septal defects (VSD); and *g*) patent ductus arteriosis in births > 2,500 g (Gilboa et al. 2005).

*Exposure assessment.* Distribution of the wells within a 10-mile radius of maternal residence shows 50% and 90% of wells to be within 2.3 and 7.7 miles of maternal residence, respectively. We used an inverse distance weighted (IDW) approach, commonly used to estimate individual air pollutant exposures from multiple fixed locations (Brauer et al. 1998; Ghosh et al. 2012), to estimate maternal exposure. Our IDW count accounts for the number of wells within the 10-mile radius of the maternal residence, as well as distance of each well from the maternal residence, giving greater weight to wells closest to the maternal residence. For example, an IDW well count of 125 wells/mile could be computed from 125 wells each located 1 mile from the maternal residence or 25 wells each located 0.2 miles from the maternal residence. We calculated the IDW well count of all existing natural gas wells in the birth year within a 10-mile radius of each maternal residence as a continuous exposure metric:

$$\text{IDW well count} = \sum_{i=1}^{n} \frac{1}{d_i} \qquad [1]$$

where IDW well count is the IDW count of existing wells within a 10-mile radius of maternal residence in the birth year; $d_i$ is the distance of the *i*th individual well from maternal residence; and *n* is the number of existing wells within a 10-mile radius of maternal residence in the birth year.

The IDW well count was calculated for each maternal residence with ≥ 1 gas wells within 10 miles. The final distribution then was divided into tertiles (low, medium, and high) for subsequent logistic and linear regression analysis. Each tertile was compared with the referent group (no natural gas wells within 10 miles, IDW well count = 0).

*Statistical analysis.* We used logistic regressions to study associations between each dichotomous outcome and IDW exposure group. We also considered term birth weight as a continuous outcome using multiple linear regression. First, we estimated the crude odds ratio (OR) associated with IDW exposure tertile for each binary outcome, followed by a Cochran–Armitage test to evaluate linear trends in binominal proportions with increasing IDW exposure (none, low, medium, and high). We further investigated associations by adjusting for potential confounders, as well as infant and maternal covariates selected based on both *a priori* knowledge and empirical consideration of their association with exposure and an outcome. Specifically, covariates in our analysis of all outcomes except outcomes with very few events (i.e., NTDs, conotruncal defects, EMDs, and TVDs) included maternal age, education (< 12, 12, 13–15, ≥ 16 years), tobacco use (smoker, nonsmoker), ethnicity (Hispanic, non-Hispanic white), and alcohol use (yes, no), as well as parity at time of pregnancy (0, 1, 2, > 2) and infant sex. Gestational age was also included in the analysis of term birth weight. Elevation of maternal residence also was considered in the analysis because most wells are < 7,000 feet, and elevation has been associated with both preterm birth and low birth weight (Niermeyer et al. 2009). For 272 births where elevation of maternal residence was missing, elevation was imputed using mean elevation for maternal ZIP code. For outcomes with very few events, only elevation was included in the multiple logistic modeling to avoid unstable estimates. The ORs and their 95% CIs were used to approximate relative risks for each outcome associated with IDW count exposure tertile (low, medium, and high) compared with no wells within 10 miles, which is reasonable because of the rarity of the outcomes. We considered the statistical significance of the association, as well as the trend, in evaluating results, at an alpha of 0.05. We evaluated the confounding potential of the 1998 introduction of folic acid fortification on the birth defect outcomes and found only a decrease in

BLM_0057214

McKenzie et al.

NTD prevalence after 1998 (see Supplemental Material, Table S1).

In a sensitivity analyses, we explored reducing exposure to 2- and 5-mile buffers around the maternal residence, as well as restricting the cohort to births occurring between 2000 and 2009 to exclude births before the expansion of NGD. We report estimated associations with 95% CIs. All statistical analyses were conducted using SAS® software version 9.3 (SAS Institute Inc., Cary, NC).

## Results

Births were approximately evenly divided between exposed and unexposed groups (0 wells in a 10-mile radius versus ≥ 1 well in a 10-mile radius) (Table 1). Estimated exposure, represented by IDW well counts, tended to be higher for births to mothers with residence addresses at lower elevations (< 6,000 feet), and among nonsmoking and Hispanic mothers (Table 1).

Both crude and adjusted estimates indicate a monotonic increase in the prevalence of CHDs with increasing exposure to NGD, as represented by IDW well counts (Table 2). Births to mothers in the most exposed tertile (> 125 wells/mile) had a 30% greater prevalence of CHDs (95% CI: 1.2, 1.5) than births to mothers with no wells within a 10-mile radius of their residence.

Prevalence of NTDs was positively associated with only the third exposure tertile, based on crude and estimated adjusted ORs for elevation (Table 2). Births in the highest tertile (> 125 wells/mile) were 2.0 (95% CI: 1.0, 3.9) times more likely to have a NTD than those with no wells in a 10-mile radius, based on 59 available cases. We observed no statistically significant associations between oral clefts and NGD, based on trend analysis across categorical IDW well count exposure (Table 2).

Both crude and adjusted estimates for preterm birth suggest a slight (< 10%) decreased risk of preterm birth with increasing exposure to NGD (Table 3). Crude term low birth weight measures suggested decreased risk of term low birth weight with increasing exposure to NGD. A weak non-linear trend remained after adjusting for elevation and other covariates. This association is consistent with the multiple linear regression results for continuous term birth weight, in which mean birth weights were 5–24 g greater in the higher IDW well count exposure tertiles than the referent group.

We observed a monotonic increase in the prevalence of NTDs with increasing exposure to NGD in our sensitivity analyses using 2- and 5-mile exposure radii as well as some attenuation in the decreased risk for preterm birth and term low birth weight (see Supplemental Material, Tables S2–7). Restricting births

to 2000 through 2009, the period of most intense NGD in Colorado, attenuated the positive association between NTDs in the highest tertile and did not alter observed relationships for other birth outcomes (see Supplemental Material, Tables S2–S7).

Exploratory analysis of CHDs by clinical diagnostic groups indicates increased prevalence of PAV defects by 60% (95% CI: 1.1, 2.2), VSDs by 50% (95% CI: 1.1, 2.1), and TVDs by 400% (95% CI: 1.3, 13) in the most exposed tertile compared with those with no wells within a 10-mile radius (Table 4).

## Discussion

We found positive associations between density and proximity of natural gas wells within a 10-mile radius of maternal residence and birth prevalence of CHDs and possibly NTDs. Prevalence of CHDs increased monotonically from the lowest to highest exposure tertile, although even in the highest tertile the magnitude of the association was modest. Prevalence of NTDs was elevated only in the highest tertile of exposure. We also observed small negative associations between density and proximity of natural gas wells within a 10-mile radius of maternal residence and

**Table 1.** Study population characteristics for unexposed and exposed subjects from rural Colorado 1996–2009.

| Maternal or infant characteristic | Total | Referent group (0 wells within 10 miles) | Low (first tertile)[a] | Medium (second tertile)[a] | High (third tertile)[a] |
|---|---|---|---|---|---|
| Total n (%) | 124,842 | 66,626 (53) | 19,214 (15) | 19,209 (15) | 19,793 (16) |
| Median | 27 | 27 | 26 | 27 | 27 |
| 25th percentile | 22 | 22 | 21 | 22 | 23 |
| 75th percentile | 32 | 32 | 30 | 31 | 31 |
| Maternal ethnicity (%)[b] | | | | | |
| Non-Hispanic white | 73 | 74 | 72 | 76 | 69 |
| Sex (%) | | | | | |
| Male | 51 | 51 | 51 | 51 | 51 |
| Maternal smoking (%)[c] | | | | | |
| Smokers | 11 | 11 | 14 | 13 | 8 |
| Maternal alcohol (%)[c] | | | | | |
| No | 99 | 98 | 99 | 99 | 99 |
| Parity (%) | | | | | |
| 0 | 33 | 33 | 31 | 32 | 32 |
| 1 | 23 | 23 | 24 | 24 | 25 |
| 2 | 19 | 19 | 20 | 19 | 20 |
| > 2 | 25 | 25 | 26 | 25 | 24 |
| Residential elevation (feet) | | | | | |
| Median | 5,000–5,999 | 6,000–6,999 | < 5,000 | 5,000–5,999 | < 5,000 |
| 25th percentile | < 5,000 | 5,000–5,999 | < 5,000 | < 5,000 | < 5,000 |
| 75th percentile | 7,000–7,999 | 7,000–7,999 | 5,000–5,999 | 6,000–6,999 | 5,000–5,999 |
| Maternal education (%) | | | | | |
| < 12 years | 21 | 20 | 26 | 19 | 22 |
| 12 years | 30 | 30 | 33 | 29 | 28 |
| 13–15 years | 23 | 22 | 25 | 25 | 24 |
| ≥ 16 years | 26 | 28 | 18 | 26 | 27 |

[a]First tertile, 1–3.62 wells/mile; second tertile, 3.63–125 wells/mile; third tertile, 126–1,400 wells/mile. [b]Includes both Non-Hispanic and Hispanic white. [c]During pregnancy.

**Table 2.** Association between inverse distance weighted well count within 10-mile radius of maternal residence and CHDs, NTDs, and oral clefts.

| Inverse distance weighted well count[a] | 0 wells within 10 miles | Low (first tertile) | Medium (second tertile) | High (third tertile) | Cochran–Armitage trend test p-value[b] |
|---|---|---|---|---|---|
| Live births (n) | 66,626 | 19,214 | 19,209 | 19,793 | |
| CHDs | | | | | |
| Cases (n) | 887 | 281 | 300 | 355 | |
| Crude OR | 1 | 1.1 | 1.2 | 1.3 | < 0.0001 |
| Adjusted OR (95% CI)[c] | | 1.1 (0.93, 1.3) | 1.2 (1.0, 1.3) | 1.3 (1.2, 1.5) | |
| NTDs | | | | | |
| Cases (n) | 27 | 6 | 7 | 19 | |
| Crude OR | 1 | 0.77 | 0.90 | 2.4 | 0.01 |
| Adjusted OR (95% CI)[d] | | 0.65 (0.25, 1.7) | 0.80 (0.34, 1.9) | 2.0 (1.0, 3.9) | |
| Oral clefts | | | | | |
| Cases (n) | 139 | 31 | 41 | 40 | |
| Crude OR | 1 | 0.77 | 1.0 | 0.97 | 0.9 |
| Adjusted OR (95% CI)[c] | | 0.65 (0.43, 0.98) | 0.89 (0.61, 1.3) | 0.82 (0.55, 1.2) | |

[a]First tertile, 1–3.62 wells/mile; second tertile, 3.63–125 wells/mile; third tertile, 126–1,400 wells/mile. [b]Performed as two-tailed test on unadjusted logistic regression. [c]Adjusted for maternal age, ethnicity, smoking, alcohol use, education, and elevation of residence, as well as infant parity and sex. [d]Adjusted only for residence elevation because of low numbers.

BLM_0057215

preterm birth and term low birth weight, and a small positive association with mean birth weight. We found no indication of an association between density and proximity of natural gas wells within a 10-mile radius of maternal residence and oral cleft prevalence.

Nongenetic risk factors for CHDs and NTDs possibly attributable to NGD include maternal exposure to benzene (Lupo et al. 2010b; Wennborg et al. 2005), PAHs (Ren et al. 2011), solvents (Brender et al. 2002; Chevrier et al. 1996; Desrosiers et al. 2012; McMartin et al. 1998), and air pollutants ($NO_2$, $SO_2$, PM) (Vrijheid et al. 2011). NGD emits multiple air pollutants, including benzene and toluene, during the "well completion" phase (when gas and water flow back to the surface after hydraulic fracturing) as well as from related infrastructure (CDPHE 2009a, 2009b; Garfield County Public Health Department 2009; Gilman et al. 2013; McKenzie et al. 2012; Pétron et al. 2012). Ambient benzene levels in areas with active NGD in Northeast Colorado ranged from 0.03 to 6 parts per billion by volume (ppbv) (CDPHE 2012; Gilman et al. 2013; Pétron et al. 2012). Furthermore, 24-hr average ambient air benzene levels near active well development sites in western Colorado ranged from 0.03 to 22 ppbv (McKenzie et al. 2012).

Two previous case–control studies have reported associations between maternal exposure to benzene and birth prevalence of NTDs and/or CHDs (Lupo et al. 2010b; Wennborg et al. 2005). The study by Lupo et al. (2010b) of 4,531 births in Texas found that mothers living in census tracts with the highest ambient benzene levels (0.9–2.33 ppbv) were 2.3 times more likely to have offspring with spina bifida than mothers living in census tracts with the lowest ambient benzene levels (95% CI: 1.22, 4.33). An occupational study of Swedish laboratory employees found a significant association between exposure to occupational levels of benzene in the critical window between conception, organogenesis, and neural crest formation and neural crest malformations (Wennborg et al. 2005). Children born to 298 mothers exposed to benzene had 5.3 times greater prevalence of neural crest malformations than children born to mothers not exposed to benzene (95% CI: 1.4, 21.1). Other studies of maternal exposures to organic solvents, some of which contain benzene, have reported associations between maternal occupational exposure to organic solvents and major birth defects (Brender et al. 2002; Desrosiers et al. 2012; McMartin et al. 1998). Although exposure to benzene is a plausible explanation for the observed associations, further research is needed to examine whether these associations are replicated and whether benzene specifically explains these associations.

Air pollutants emitted from diesel engines used extensively in NGD also may be associated with CHDs and/or NTDs. Trucks with diesel engines are used to transport supplies, water, and waste to and from gas wells, with 40 to 280 truck trips per day per well pad during development (Witter et al. 2013). Generators equipped with diesel engines are used in both drilling wells and hydraulic fracturing. Air pollutants in diesel exhaust include $NO_2$, $SO_2$, PM, and PAHs. A meta-analysis of four studies suggested associations of maternal $NO_2$ and $SO_2$ exposures with coarctation of the aorta and tetralogy of Fallot, and of maternal $PM_{10}$ exposure with arterial septal defects (Vrijheid et al. 2011). Two case–control studies in China reported positive associations between PAH concentrations in maternal blood and the placenta and NTDs (Li et al. 2011; Naufal et al. 2010). Several CHDs were associated with traffic related carbon monoxide and ozone pollution in a case control study of births from 1987 to 1993 in Southern California (Ritz et al. 2002).

The small negative associations with term low birth weight and preterm birth in our study population were unexpected given that other studies have reported positive associations between these outcomes and urban air pollution (Ballester et al. 2010; Brauer et al. 2008; Dadvand et al. 2013; Ghosh et al. 2012; Llop et al. 2010) and proximity to natural gas wells (Hill 2013). It is possible that rural air quality near natural gas wells in Colorado is not as compromised as urban air quality in these studies, and exposure represented as IDW well count may not adequately

**Table 3.** Association between inverse distance weighted well count within 10-mile radius of maternal residence and preterm birth and term low birth weight.

| Inverse distance weighted well count[a] | 0 wells within 10 miles | Low (first tertile) | Medium (second tertile) | High (third tertile) | Cochran–Armitage trend test $p$-value[e] |
|---|---|---|---|---|---|
| **Preterm birth** | | | | | |
| Live births ($n$) | 65,506 | 18,884 | 18,854 | 19,384 | |
| Cases ($n$) | 4,849 | 1,358 | 1,289 | 1,274 | |
| Crude OR | 1 | 0.97 | 0.92 | 0.88 | < 0.0001 |
| Adjusted OR (95% CI)[c] | | 0.96 (0.89, 1.0) | 0.93 (0.87, 1.0) | 0.91 (0.85, 0.98) | |
| **Term low birth weight** | | | | | |
| Full-term live births ($n$) | 60,653 | 17,525 | 17,565 | 18,104 | |
| Cases ($n$) | 2,287 | 525 | 471 | 432 | |
| Crude OR | 1 | 0.79 | 0.70 | 0.62 | < 0.0001 |
| Adjusted OR (95% CI)[c] | | 0.9 (0.9, 1.1) | 0.86 (0.77, 0.95) | 0.9 (0.8, 1) | |
| Mean difference in birth weight (g)[d] | 0 | 5 (–2.2, 13) | 24 (17, 31) | 22 (15, 29) | |

[a]First tertile, 1–3.62 wells/mile; second tertile, 3.63–125 wells/mile; third tertile, 126–1,400 wells/mile. [b]Performed as two-tailed test on unadjusted logistic regression. [c]Adjusted for maternal age, ethnicity, smoking, alcohol use, education, and elevation of residence, as well as infant parity and sex. [d]Adjusted for maternal age, ethnicity, smoking, alcohol use, education, and elevation of residence, as well as infant parity, sex, and gestational age.

**Table 4.** Association between inverse distance weighted well count within 10-mile radius of maternal residence and CHD diagnostic groups.

| Inverse distance weighted well count[a] | 0 wells within 10 miles | Low (first tertile) | Medium (second tertile) | High (third tertile) |
|---|---|---|---|---|
| **Conotruncal defects** | | | | |
| Cases ($n$) | 40 | 14 | 13 | 15 |
| Adjusted OR (95% CI)[b] | 1 | 1.1 (0.57, 2.2) | 1.1 (0.55, 2.0) | 1.2 (0.6, 2.2) |
| **Ventricular septal defects** | | | | |
| Cases ($n$) | 210 | 68 | 59 | 84 |
| Adjusted OR (95% CI)[c] | 1 | 1.3 (0.96, 1.8) | 1.1 (0.81, 1.5) | 1.5 (1.1, 2.1) |
| **Endocardial cushion and mitrovalve defects** | | | | |
| Cases ($n$) | 39 | 14 | 12 | 12 |
| Adjusted OR (95% CI)[b] | | 0.81 (0.42, 1.6) | 0.80 (0.41, 1.5) | 0.67 (0.33, 1.32) |
| **Pulmonary artery and valve defects** | | | | |
| Cases ($n$) | 137 | 52 | 62 | 66 |
| Adjusted OR (95% CI)[c] | 1 | 1.3 (0.89, 1.8) | 1.5 (1.1, 2.1) | 1.6 (1.1, 2.2) |
| **Tricuspid valve defects** | | | | |
| Cases ($n$) | 9 | 5 | 8 | 8 |
| Adjusted OR (95% CI)[b] | 1 | 2.6 (0.75, 9.1) | 3.9 (1.3, 11) | 4.2 (1.3, 13) |
| **Aortic artery and valve defects** | | | | |
| Cases ($n$) | 75 | 22 | 21 | 24 |
| Adjusted OR (95% CI)[c] | 1 | 1.1 (0.68, 1.9) | 1.0 (0.62, 1.8) | 1.2 (0.73, 2.1) |
| **Patent ductus arteriosis** | | | | |
| Cases ($n$) | 59 | 18 | 17 | 15 |
| Adjusted OR (95% CI)[c] | 1 | 1.0 (0.56, 1.8) | 0.96 (0.55, 1.7) | 0.83 (0.44, 1.5) |

[a]First tertile, 1–3.62 wells/mile; second tertile, 3.63–125 wells/mile; third tertile, 126–1,400 wells/mile. [b]Adjusted only for residence elevation of because of low numbers. [c]Adjusted for maternal age, ethnicity, smoking, alcohol use, education, and elevation of residence, as well as infant parity and sex.

BLM_0057216

McKenzie et al.

represent air quality. In addition, the power of our large cohort increases the likelihood of false positive results for small associations close to the null. Although associations were consistent across measures of birth weight (i.e., reduced risk of term low birth weight and increase in mean birth weight), they attenuated toward the null in sensitivity analysis for 2- and 5-mile radii (see Supplemental Material, Tables S6–S7). If causal, stronger associations would be expected with more stringent exposure definitions. Our incomplete ability to adjust for socioeconomic status, health, nutrition, prenatal care, and pregnancy complications likely accounts for these unexpected findings.

This study has several limitations inherent in the nature of the available data. Not all birth defects were confirmed by medical record review. Also, birth defects are most likely undercounted, because stillbirths, terminated pregnancies, and later-life diagnoses (after 3 years of age) are not included. Birth weight and gestational age were obtained from birth certificates, which are generally accurate for birth weight and could be less accurate for gestational age (DiGiuseppe et al. 2002). Data on covariates were obtained from birth certificates and were limited to basic demographic, education, and behavioral information available in the vital records. Distribution of covariates among exposure tertiles and the unexposed group was similar; nevertheless, our incomplete ability to adjust for socioeconomic status, health, nutrition, prenatal care, and pregnancy complications may have resulted in residual confounding. In addition, low event outcomes (e.g., NTDs) were adjusted only for elevation. The data set did not contain information on maternal folate consumption and genetic anomalies, both independent predictors of our outcomes, which may have confounded these results. We did observe a large decrease in the prevalence of NTDs after the introduction of folic acid in 1998, and small increases in the prevalence of CHDs and oral clefts, although none of the estimates are statistically significant (see Supplemental Material, Table S1). Further study is needed to determine whether unaccounted folate confounding is attenuating our results toward the null. There is no evidence indicating genetic anomalies would differ by IDW well count around maternal residence.

Because of the rarity of specific birth defects in the study population, birth defects were aggregated into three general groups. This limited our study in that associations with specific birth defects may have been obscured. An exploratory analysis of CHDs by clinical diagnostic groups indicates increased prevalence of specific diagnostic groups (i.e., PAV, VSD, and TVD) compared with aggregated CHDs (Table 4).

Another limitation of this study is the lack of temporal and spatial specificity of the exposure assessment. Because we did not have maternal residential history, we assumed that maternal address at time of delivery was the same as maternal address during the first trimester of pregnancy—the critical time period for formation of birth defects. Studies in Georgia and Texas estimate that 22–30% of mothers move residence during their pregnancy, and most mothers move within their locality (Lupo et al. 2010a; Miller et al. 2010), potentially introducing some exposure misclassification for the early pregnancy period of interest. However, these studies found little difference in mobility between cases and controls (Lupo et al. 2010a; Miller et al. 2010), and maternal mobility did not significantly influence the assessment of benzene exposure (Lupo et al. 2010a). We were able to determine only whether a well existed within the calendar year of birth (e.g., 2003) and did not have sufficient data to determine if a well existed within the first trimester of the pregnancy. Therefore, some nondifferential exposure misclassification is likely and the overall effect of this unknown.

Similarly, we had consistent information only on existence of a well in the birth year. Lack of information on natural gas well activity levels, such as whether or not wells were producing or undergoing development, may have resulted in exposure misclassification. Actual exposure to natural gas–related pollutants likely varies by intensity of development activities. Lack of temporal and spatial specificity of the exposure assessment would most likely have tended to weaken associations (Ritz et al. 2007; Ritz and Wilhelm 2008). To address spatial and temporal variability, additional air pollution measurements and modeling would be needed to improve exposure estimates at specific locations. Last, information on the mother's activities away from her residence, such as work and recreation, as well as proximity of these activities to NGD was not available and may have led to further exposure misclassification and residual confounding.

## Conclusion

This study suggests a positive association between greater density and proximity of natural gas wells within a 10-mile radius of maternal residence and greater prevalence of CHDs and possibly NTDs, but not oral clefts, preterm birth, or reduced fetal growth. Further studies incorporating information on specific activities and production levels near homes over the course of pregnancy would improve exposure assessments and provide more refined effect estimates. Recent data indicate that exposure to NGD activities is increasingly common. The COGCC estimates that 26% of the > 47,000 oil and

gas wells in Colorado are located within 150–1,000 feet of a home or other type of building intended for human occupancy (COGCC 2012). Taken together, our results and current trends in NGD underscore the importance of conducting more comprehensive and rigorous research on the potential health effects of NGD.

## REFERENCES

Agency for Toxic Substances and Disease Registry. 2007. Toxicological Profile for Benzene. Available: http://www.atsdr.cdc.gov/ToxProfiles/TP.asp?id=40&tid=14 [accessed 22 May 2013].

Ballester F, Estarlich M, Iniguez C, Llop S, Ramon R, Esplugues A, et al. 2010. Air pollution exposure during pregnancy and reduced birth size: a prospective birth cohort study in Valencia, Spain. Environ Health 9:6; doi:10.1186/1476-069X-9-6.

Bowen S, Irtenkauf S, Hannigna J, Stefanski A. 2009. Alterations in rat morphology following abuse patterns of toluene exposure. Reprod Toxicol 27:161–169.

Brauer M, Lencar C, Tamburic L, Koehoorn M, Demers P, Karr C. 2008. A cohort study of traffic-related air pollution impacts on birth outcomes. Environ Sci Technol 116:680–686.

Brender JD, Suarez L, Hendricks KA, Baetz RA, Larsen R. 2002. Parental occupation and neural tube defect-affected pregnancies among Mexican Americans. J Occup Environ Med 44:650–656.

Brent RL. 2004. Environmental causes of human congenital malformations: the pediatrician's role in dealing with these complex clinical problems caused by a multiplicity of environmental and genetic factors. Pediatrics 113:957–968.

Bukowski JA. 2001. Review of the epidemiological evidence relating toluene to reproductive outcomes. Regul Toxicol and Pharmacol 33:147–156.

CDPHE (Colorado Department of Public Health and Environment). 2007. Garfield County Air Toxics Inhalation: Screening Level Human Health Risk Assessment: Inhalation Of Volatile Organic Compounds Measured In Rural, Urban, and Oil & Gas Areas In Air Monitoring Study (June 2005–May 2007). Available: http://www.garfield-county.com/public-health/documents/Working%20Draft%20CDPHE%20Screeing%20Level%20Risk%20Air%20Toxics%20Assessment%2012%2020%2007.pdf [accessed 22 May 2013].

CDPHE (Colorado Department of Public Health and Environment). 2009a. Garfield County Emissions Inventory. Available: http://www.garfield-county.com/air-quality/documents/airquality/Garfield_County_Emissions_Inventory-2009.pdf [accessed 22 May 2013].

CDPHE (Colorado Department of Public Health and Environment). 2009b. State of Colorado Technical Support Document for Recommended 8-Hour Ozone Designations. Available: http://www.colorado.gov/cs/Satellite?blobcol=urldata&blobheadername1=Content-Disposition&blobheadername2=Content-Type&blobheadervalue1=inline%3B+filename%3D%22Recommended+8-+Hour+Ozone+Area+Designations.pdf%22&blobheadervalue2=application%2Fpdf&blobkey=id&blobtable=MungoBlobs&blobwhere=1251808873080&ssbinary=true [accessed 22 May 2013].

CDPHE (Colorado Department of Public Health and Environment). 2012. Air Emissions Case Study Related to Oil and Gas Development in Erie, Colorado. Available: http://www.colorado.gov/airquality/tech_doc_repository.aspx [accessed 22 May 2013].

Centers for Disease Control and Prevention. 2013. Birth Defects. Available: http://www.cdc.gov/ncbddd/birthdefects/index.html [accessed 22 May 2013].

Chevrier C, Dananche B, Bahuau M, Nelva A, Herman C, Francannet C, et al. 1996. Occupational exposure to organic solvent mixtures during pregancy and the risk of nonsyndromic oral clefts. Occup Environ Med 63:617–623.

COGCC (Colorado Oil and Gas Conservation Commission). 2009. Statement of Basis, Specific Statutory Authority, and Purpose: New Rules and Amendments to Current Rules of the Colorado Oil and Gas Conservation Commission, 2 ccr 404-1. Available: http://cogcc.state.co.us/ [accessed 22 May 2013].

BLM_0057217

COGCC (Colorado Oil and Gas Conservation Commission). 2012. Staff Report. Colorado Department of Natural Resources. Available: http://cogcc.state.co.us/ [accessed 22 May 2013].

COGIS (Colorado Oil and Gas Information System). 2011. Well Production Database. Vol. 2011. Available: http://cogcc.state.co.us/ [accessed 22 May 2013].

Colborn T, Kwiatkowski C, Schultz K, Bachran M. 2011. Natural gas operations from a public health perspective. Hum Ecol Risk Asses 17:1039–1056.

CRCSN (Colorado Responds to Children with Special Needs). 2011. Birth Defects Dataset Details. Available: http://www.cdphe.state.co.us/cohid/crcsndata.html [accessed 6 October 2011].

Dadvand P, Parker JD, Bell ML, Bonzini M, Brauer M, Darrow L, et al. 2013. Maternal exposure to particulate air pollution and term birth weight: a multi-country evaluation of effect and heterogeneity. Environ Health Perspect 121:367–373; doi:10.1289/ehp.1205575.

Desrosiers TA, Lawson CC, Meyer RE, Richardson DB, Daniels JL, Waters MA, et al. 2012. Maternal occupational exposure to organic solvents during early pregnancy and risks of neural tube defects and orofacial clefts. Occup Environ Med 69:493–499.

DiGiuseppe DL, Aron DC, Ranbom L, Harper DL, Rosenthal GE. 2002. Reliability of birth certificate data: a multi-hospital comparison to medical records information. Matern Child Health J 6:169–179.

Esswein EJ, Breitenstein M, Snawder J, Kiefer M, Sieber K. 2013. Occupational exposures to respirable crystalline silica during hydraulic fracturing. J Occup Environ Hyg 10(7):347–356; doi:10.1080/15459624.2103.788352.

Frazier A. 2009. Analysis of Data Obtained for the Garfield County Air Toxics Study—Summer 2008. Available: http://www.garfield-county.com/air-quality/documents/airquality/2008_Targeted_Oil_and_Gas_Monitoring_Report.pdf [accessed 22 May 2013].

Garfield County Public Health Department. 2009. Garfield County 2009 Air Quality Monitoring Summary. Available: http://www.garfield-county.com/air-quality/documents/airquality/2009_Air_Monitoring_Report.pdf [accessed 22 May 2013].

Ghosh JKC, Wilhelm M, Su J, Goldberg D, Cockburn M, Jerrett M, et al. 2012. Assessing the influence of traffic-related air pollution on risk of term low birth weight on the basis of land-use based regression models and measures of air toxics. Am J Epidemiol 175:1262–1274.

Gilboa SM, Mendola P, Olshan AF, Langlois PH, Savitz DA, Loomis D, et al. 2005. Relation between ambient air quality and selected birth defects, Seven County Study, Texas, 1997–2000. Am J Epidemiol 162(3):238–252.

Gilman JB, Lerner BM, Kuster WC, de Gouw J. 2013. Source signature of volatile organic compounds (VOCs) from oil and natural gas operations in northeastern Colorado. Environ Sci Technol 47(3):1297–1305.

Hill EL. 2013. Unconventional Natural Gas Development and Infant Health: Evidence from Pennsylvania. Ithaca, NY:Charles Dyson School of Applied Economics and Management, Cornell University. Available: http://dyson.cornell.edu/research/researchpdf/wp/2012/Cornell-Dyson-wp1212.pdf [accessed 7 March 2014].

Honein M, Rasmussen S, Reefhuis J, Romitti P, Lammer E, Sun L, et al. 2006. Maternal smoking and environmental tobacco smoke exposure and the risk of orofacial clefts. Epidemiology 18:226–233.

Kemball-Cook S, Bar-Ilan A, Grant J, Parker L, Jung J, Santamaria W, et al. 2010. Ozone impacts of natural gas development in the Haynesville shale. Environ Sci Technol 44:9357–9363.

King GE. 2012. Hydraulic Fracturing 101: What Every Representative, Environmentalist, Regulator, Reporter, Investor, University Researcher, Neighbor and Engineer Should Know About Estimating Frac Risk and Improving Frac Performance in Unconventional Gas and Oil Wells. Available: http://fracfocus.org/sites/default/files/publications/hydraulic_fracturing_101.pdf [accessed 6 March 2014].

Li Z, Zhang L, Ye R, Pei L, Liu J, Zheng X, et al. 2011. Indoor air pollution from coal combustion and the risk of neural tube defects in a rural population in Shanxi Province, China. Am J Epidemiol 174:451–458.

Llop S, Ballester F, Estarlich M, Esplugues A, Rebagliato M, Iñiguez C. 2010. Preterm birth and exposure to air pollutants during pregnancy. Environ Res 110:778–785.

Lupo PJ, Symanski E, Chan W, Mitchell LE, Waller DK, Canfield MA, et al. 2010a. Differences in exposure assignment between conception and delivery: the impact of maternal mobility. Paediatr Perinat Epidemiol 24:200–208.

Lupo P, Symanski E, Waller D, Chan W, Langlosi P, Canfield M, et al. 2010b. Maternal exposure to ambient levels of benzene and neural tube defects among offspring, Texas 1999–2004. Environ Health Perspect 119:397–402; doi:10.1289/ehp.1002212.

McKenna MT, Michaud CM, Murray CJL, Marks JS. 2005. Assessing the burden of disease in the United States using disability-adjusted life years. Am J Prev Med 28:415–423.

McKenzie LM, Witter RZ, Newman LS, Adgate JL. 2012. Human health risk assessment of air emissions from development of unconventional natural gas resources. Sci Total Environ 424:79–87.

McMartin KI, Chu M, Kopecky E, Einarson TR, Koren G. 1998. Pregnancy outcome following maternal organic solvent exposure: a meta-analysis of epidemiologic studies. Am J Ind Med 34:288–292.

Miller A, Siffel C, Correa A. 2010. Residential mobility during pregnancy: patterns and correlates. Matern Child Heath J 14:625–634.

National Center for Health Statistics. 2011. Classification of Diseases and Injuries. Available: ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/ICD-9/ucod.txt [accessed 22 May 2013].

Naufal Z, Zhiwen L, Zhu L, Zhou GOD, McDonald T, He LY, et al. 2010. Biomarkers of exposure to combustion by-products in a human population in Shanxi, China. J Expos Sci Environ Epidemiol 20:310–319.

Niermeyer S, Andrade Mollinedo P, Huicho L. 2009. Child health and living at high altitude. Arch Dis Child 94:806–811.

Olaguer EP. 2012. The potential near-source ozone impacts of upstream oil and gas industry emissions. J Air Waste Manag Assoc 62:966–977.

Ostro B, Mai CT, Canfield MA, Rickard R, Wang Y, Meyer RE, et al. 2010. Updated national birth prevalence estimates for selected birth defects in the United States, 2004–2006. Birth Defects Res A Clin Mol Teratol 88:1008–1016.

Pétron G, Frost G, Miller BR, Hirsch AI, Montzka SA, Karion A, et al. 2012. Hydrocarbon emissions characterization in the Colorado front range: a pilot study. J Geophys Res 117:D04304; doi:10.1029/2011JD016360.

Ren A, Qiu X, Jin L, Ma J, Li Z, Zhang L, et al. 2011. Association of selected persistent organic pollutants in the placenta with the risk of neural tube defects. Proc Natl Acad Sci USA 108:12770–12775.

Ritz B, Wilhelm M. 2008. Ambient air pollution and adverse birth outcomes: Methodologic issues in an emerging field. Basic Clin Pharmacol Toxicol 102:182–190.

Ritz B, Wilhelm M, Hoggatt KJ, Ghosh JKC. 2007. Ambient air pollution and preterm birth in the environment and pregnancy outcomes study at the University of California, Los Angeles. Am J of Epidemiol 166:1045–1052.

Ritz B, Yu F, Fruin S, Chapa G, Shaw GM, Harris JA. 2002. Ambient air pollution and risk of birth defects in southern California. Am J Epidemiol 155:17–25.

Romitti P, Sun L, Honein M, Reefhuis J, Correa A, Rasmussen S. 2007. Maternal periconceptual alcohol consumption and risk of orofacial clefts. Am J Epidemiol 166:775–785.

Shepard T. 1995. Agents that cause birth defects. Yonsei Med J 36:393–396.

U.S. EIA (U.S. Energy Information System). 2011a. International Energy Outlook 2011. DOE/EIA-0484(2011). Washington, DC:U.S. EIA.

U.S. EIA (U.S. Energy Information System). 2011b. Review of Emerging Resources: U.S. Shale Gas and Shale Oil Plays. Available: http://www.eia.gov/analysis/studies/usshalegas/pdf/usshaleplays.pdf [accessed 22 May 2013].

Vidas H, Hugman B. 2008. Availability, Economics, and Production Potential of North American Unconventional Natural Gas Supplies. Available: http://www.ingaa.org/File.aspx?id=7878 [accessed 22 May 2013].

Vrijheid M, Martinez D, Manzanares S, Dadvand P, Schembari A, Rankin J, et al. 2011. Ambient air pollution and risk of congenital anomalies: a systematic review and meta-analysis. Environ Health Perspect 119:598–606; doi:10.1289/ehp.1002946.

Wald N, Sneddon J. 1991. Prevention of neural tube defects: Results of the medical research council vitamin study. Lancet 338:131.

Walther E. 2011. Screening Health Risk Assessment Sublette County, Wyoming. SR2011-01-03. Available: http://www.sublettewyo.com/DocumentCenter/Home/View/438 [accessed 22 May 2013].

Wennborg H, Magnusson L, Bonde J, Olsen J. 2005. Congenital malformations related to maternal exposure to specific agents in biomedical research laboratories. J Occup Environ Med 47:11–19.

Witter R, McKenzie L, Stinson K, Scott K, Newman L, Adgate J. 2013. The use of health impact assessment for a community undergoing natural gas development. Am J Public Health 103 (6): doi: 10.2105/AJPH.2012.301017.

Zielinska B, Fujita E, Campbell D. 2011. Monitoring of Emissions from Barnett Shale Natural Gas Production Facilities for Population Exposure Assessment. Desert Research Institute. Available: https://sph.uth.edu/mleland/attachments/Barnett%20Shale%20Study%20Final%20Report.pdf [accessed 22 May 2013].

BLM_0057218





Evaluation of Factors Potentially Influencing a Desert Bighorn Sheep Population
Author(s): Ted McKinney, Thorry W. Smith, James C. deVos and  Jr.
Source: *Wildlife Monographs*, No. 164, Evaluation of Factors Potentially Influencing a
Desert Bighorn Sheep Population (Aug., 2006), pp. 1-36
Published by: Wiley on behalf of the Wildlife Society
Stable URL: http://www.jstor.org/stable/3830785
Accessed: 18-10-2016 17:24 UTC

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted
digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about
JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://about.jstor.org/terms



*Wiley, Wildlife Society* are collaborating with JSTOR to digitize, preserve and extend access to *Wildlife Monographs*

BLM_0057219

# Evaluation of Factors Potentially Influencing a Desert Bighorn Sheep Population

**TED McKINNEY,**[1] *Arizona Game and Fish Department, Research Branch, 2221 W. Greenway Road, Phoenix, AZ 85023, USA*

**THORRY W. SMITH,** *Arizona Game and Fish Department, Research Branch, 2221 W. Greenway Road, Phoenix, AZ 85023, USA*

**JAMES C. deVOS Jr.,** *Arizona Game and Fish Department, Research Branch, 2221 W. Greenway Road, Phoenix, AZ 85023, USA*

## ABSTRACT

We studied a desert bighorn sheep (*Ovis canadensis*) population in the Mazatzal Mountains (primary study area) in central Arizona and population indices on reference areas between 1989 and 2003. We evaluated disease exposure and nutritional status of desert bighorn sheep, vegetation parameters, predator diets, and mountain lion (*Puma concolor*) harvest and abundance (1999–2003) and mountain lion predation (1995–2003) as factors potentially affecting desert bighorn sheep and population parameters. We measured rainfall monthly, monitored demography and relative abundance of desert bighorn sheep using aerial surveys, captured and placed radio collars on desert bighorn sheep, and collected samples of blood, parasites, and other pathogenic agents from captured animals. We measured mineral content, relative use, and structural composition of vegetation and determined diets of desert bighorn sheep adults and lambs, dietary intakes of nitrogen (FN), 2,6-diaminopimelic acid (FDAPA), neutral detergent fiber, and minerals using fecal analyses. We incorporated mountain lion reductions as an experimental element, monitored harvest, and used track surveys as an index of relative abundance of the predator and monitored radio-collared desert bighorn sheep to determine mortalities and causes of death. We determined diets of bobcats (*Lynx rufus*), coyotes (*Canis latrans*), and mountain lions using fecal analyses. Drought conditions occurred during summer (July–September) and winter (November–April) during 4 and 3 years, respectively, between 1999 and 2003. Annual surveys indicated that the Mazatzal Mountains population declined during drought between 1994 and 1997, experienced low growth and lamb production coincident with above-normal rainfall in 1998 and drought in 1999, and exhibited higher growth, production, and productivity during 2000–2003 despite persistent drought conditions during this period. We observed no clinical symptoms of disease in radio-collared desert bighorn sheep, and hematological and other evidence of exposure to disease agents was unremarkable. Population indices on the primary study and reference areas were positively correlated with winter (November–April) rainfall. We found no evidence of forage overutilization on the primary study area. Rainfall on Mazatzal Mountains was associated with differences in primary production, particularly of forbs, forage mineral concentrations, and diets, nutritional status, and demographic attributes of desert bighorn sheep between 1999 and 2003. Higher winter rainfall was associated with higher forb growth, and higher rainfall was associated with higher concentrations of P and Se but lower levels of Fe in browse; higher concentrations of Ca, P, and Zn in forbs; and higher levels of P, Se, and Zn in grasses. Narrower mean Ca:P ratios of browse and forbs were associated with higher rainfall. Diets of desert bighorn sheep adults and lambs were similar, particularly near summer, and forbs tended to predominate in diets during wetter and drier years. Higher winter rainfall was associated in adult feces with more prolonged winter-to-spring increases in FN and FDAPA concentrations, higher fecal phosphorus, lower fecal Ca levels, and narrower fecal Ca:P and Na:K ratios, but levels of fecal Na increased during the driest year. Higher winter rainfall corresponded in lamb feces with higher levels of FN, FDAPA, and fecal P; lower concentrations of fecal Ca; and narrower fecal Ca:P ratios. Thus, we hypothesized that diets and nutritional status of desert bighorn sheep adults and lambs tended to correspond with rainfall patterns and associated differences in relative abundance and mineral content of forages. We found no evidence that bobcats or coyotes preyed on or scavenged desert bighorn sheep. Decline of desert bighorn sheep abundance during 1994–1997 was greater than declines on reference areas lacking mountain lions despite continually higher, and a lesser decline, in winter rainfall on the primary study area. In comparison, population indices on a reference area and on Mazatzal Mountains increased between 1999 and 2003 in association with predator reductions and lower abundance of mountain lions and predation of radio-collared animals despite continued occurrences of drought during this period. We thus identified 2 proximate factors that likely acted to influence demographic trends of the Mazatzal Mountains desert bighorn sheep population: nutritional status (higher rainfall [ultimate factor] was associated with higher availability and differences in mineral content of forages and improved indices of desert bighorn sheep nutritional status) and predation by mountain lions. We hypothesize that nutritional status and mountain lion predation during a period of drought influenced desert bighorn sheep population parameters in Mazatzal Mountains and that short-term removal of mountain lions by lethal harvest contributed to higher growth and productivity of the small, isolated population, even during periods of drought.

**Wildlife Monographs 164: 1–36**

## KEY WORDS

Arizona, desert bighorn sheep, disease, mountain lions, nutrition, *Ovis canadensis*, populations, predation, *Puma concolor*, rainfall, Sonoran Desert.

# Evaluación de Los Factores Que Podrían Afectar a Una Población de Borregos Cimarrones del Desierto

## RESUMEN

Estudiamos una población de borregos cimarrones (*Ovis Canadensis*) del desierto en las montañas de Mazatzal (área primaria del estudio), zona central de Arizona, así como índices poblacionales en las áreas de referencia entre 1989 y 2003. Evaluamos la susceptibilidad a

[1] *E-mail: tmckinney@azgfd.gov*

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057220

enfermedades y el estado alimenticio de los borregos cimarrones del desierto, los parámetros de la vegetación, las dietas de los depredadores y el aprovechamiento y abundancia del puma (*Puma concolor*) (1999–2003) y la depredación del puma (1995–2003) como factores que potencialmente afectaban a los borregos cimarrones del desierto o a los parámetros de población. Medimos las precipitaciones mensuales de lluvia, monitoreamos la demografía y la abundancia relativa de los borregos cimarrones del desierto empleando estudios aéreos, capturamos y colocamos radiocollares en los borregos cimarrones del desierto y recolectamos muestras de sangre, parásitos y otros agentes patógenos de los animales capturados. Medimos las substancias minerales, el uso relativo y la composición estructural de la vegetación y, por medio de análisis fecales, determinamos las dietas de los borregos cimarrones del desierto, tanto en adultos como en corderos, las ingestiones dietéticas de nitrógeno (FN), 2, el ácido 6-diaminopimélico (FDAPA), fibra de detergente neutral y minerales. Incorporamos, como elemento experimental, una reducción en los pumas, monitoreamos el aprovechamiento y utilizamos estudios de trayectoria como índice de la abundancia relativa del depredador y monitoreamos los radiocollares de los borregos cimarrones para determinar las mortalidades y las causas de muerte. Determinamos las dietas de gatos monteses, coyotes y pumas por medio de análisis de materia fecal. Se produjeron situaciones de sequía durante el verano (julio a septiembre) y el invierno (noviembre a abril), durante 4 y 3 años, respectivamente, entre 1999 y 2003. Los estudios anuales indicaron que la población de las montañas de Mazatzal declinó durante la época de sequía entre 1994 y 1997, el bajo crecimiento experimentado y la producción de corderos coinciden con la precipitación normal antedicha en 1998 y la sequía en 1999 y presentaron un crecimiento, una producción y una productividad más altos durante 2000–2003 a pesar de las condiciones persistentes de sequía durante este período. No observamos ningún síntoma clínico de enfermedad en los borregos cimarrones del desierto con radiocollar y la evidencia hematológica y la procedente de otras exposiciones a agentes de enfermedad no fue fuera de lo común. Los índices de población en las áreas primarias del estudio y de la referencia fueron correlacionados positivamente con las precipitaciones de invierno (noviembre a abril). No encontramos ninguna evidencia de utilización excesiva de forraje en el área primaria del estudio. La precipitación en las montañas de Mazatzal fue asociada a diferencias en la producción primaria particularmente de hierbas, de concentraciones minerales del forraje y dietas, del estado alimenticio y de cualidades demográficas de los borregos cimarrones del desierto entre 1999 y 2003. Una precipitación más elevada durante el invierno se asoció a un crecimiento más alto de hierbas y una precipitación más alta se asoció a concentraciones más altas de P y Se pero a niveles más bajos de Fe en el ramón, concentraciones más altas de Ca, P, y Zn en hierbas y niveles más altos de P, Se y Zn en pastos. Un promedio más restringido de cantidades de Ca:P en ramones y otras hierbas fue relacionado con precipitaciones más elevadas. Las dietas de adultos y corderos de los borregos cimarrones del desierto eran generalmente similares, particularmente cerca del verano y las hierbas tenían tendencia a predominar en las dietas tanto durante los años de más precipitaciones como durante los más secos. Las precipitaciones más elevadas del invierno fueron asociadas a heces en los adultos con un mayor aumento en las concentraciones de FN y de FDAPA prolongados en invierno y primavera, fósforo fecal más alto, niveles de CA más bajos en la materia fecal y cocientes fecales más limitados de Ca:P y de Na:K, pero los niveles de Na fecal aumentaron durante el año más seco. Las precipitaciones más elevadas del invierno correspondieron con que las heces del cordero contenían niveles más altos de FN, de FDAPA, y de P fecal, concentraciones más bajas de CA fecal y cocientes fecales más limitados de Ca:P. En consecuencia, presumimos que las dietas y el estado alimenticio de adultos y corderos de los borregos cimarrones del desierto tienden a corresponder con los patrones de precipitación y diferencias asociadas en abundancia relativa y al contenido mineral de forrajes. No encontramos ninguna evidencia de que los gatos monteses (*Lynx rufus*) o los coyotes (*Canis latrans*) cazaran borregos cimarrones del desierto o se alimentaran de ellos. La disminución de la abundancia de los borregos cimarrones del desierto durante 1994–1997 fue mayor que las disminuciones en las áreas de referencia que carecían de pumas, a pesar de una cantidad mayor continuada, y de una disminución reducida, en las precipitaciones de invierno en el área primaria del estudio. En comparación, los índices de la población en el área de referencia y en las montañas de Mazatzal aumentaron entre 1999 y 2003 en conexión con las reducciones de depredadores y una menor abundancia de pumas y la depredación de animales con radiocollares, a pesar de que durante este período continuaron las sequías. Identificamos así 2 factores relacionados que probablemente han influenciado las tendencias demográficas de la población de los borregos cimarrones de las montañas de Mazatzal: el estado alimenticio (precipitaciones más elevadas [último factor] fueron asociadas a una disponibilidad y a diferencias más altas en el contenido de minerales en el forraje y mejoraron los índices del estado alimenticio de los borregos cimarrones del desierto) y la depredación de los pumas. Presumimos que el estado nutricional y la depredación del puma durante el período de sequía influyó sobre los parámetros de la población de los borregos cimarrones del desierto en las montañas de Mazatzal, y el retiro a corto plazo de los pumas, cuyo aprovechamiento es letal, contribuyó a un crecimiento y a una productividad más altos de la pequeña y aislada comunidad, incluso durante periodos de sequía.

# Évaluation des Facteurs Influant Éventuellement Sur Une Population de Mouflons D'amérique du Désert

## RÉSUMÉ

Nous avons étudié une population de mouflons d'Amérique du désert (*Ovis canadensis*) dans les montagnes Mazatzal (principale zone d'étude), au centre de l'Arizona, et les indices des populations dans les zones de référence de 1989 à 2003. Nous avons évalué l'exposition à la maladie et l'état nutritionnel des mouflons d'Amérique du désert, les paramètres de la végétation, le régime alimentaire des prédateurs, la prise et l'abondance du couguar (*Puma concolor*) (de 1999 à 2003) et la prédation par les couguars (de 1995 à 2003) comme facteurs susceptibles de toucher le mouflon d'Amérique du désert et les paramètres de la population. Nous avons mesuré les précipitations de façon mensuelle, surveillé la démographie et l'abondance relative du mouflon d'Amérique du désert à l'aide de relevés aériens en plus de capturer des individus et de leur placer des colliers émetteurs. De plus, nous avons recueilli des échantillons de sang, des parasites et d'autres agents pathogènes sur les individus capturés. Nous avons mesuré la teneur en minéraux, l'utilisation relative et la composition structurale de la végétation, puis déterminé le régime alimentaire du mouflon d'Amérique du désert adulte et juvénile, les apports alimentaires en azote (FN), en 2, en acide diaminopimélique 6 (FDAPA), en cellulose au détergent neutre et en minéraux à l'aide d'analyses fécales. Nous avons incorporé la diminution du nombre de couguars à titre d'élément expérimental, surveillé les prises et utilisé des relevés des pistes en tant qu'indice de l'abondance relative du prédateur, puis surveillé les mouflons d'Amérique du désert munis d'un collier émetteur pour déterminer les mortalités et les causes du décès. Nous avons déterminé le régime alimentaire des lynx roux, des coyotes et des couguars à l'aide des analyses fécales. Des conditions de sécheresse ont prévalu au ours de l'été (de juillet à septembre) et de l'hiver (de novembre à avril) pendant 4 et 3 ans, respectivement, de 1999 à 2003. Les relevés annuels ont indiqué que la population des montagnes Mazatzal a subi un déclin lors de la sécheresse entre 1994 et 1997, connu une faible croissance et une faible production de petits qui ont coïncidé avec des précipitations au-

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057221

dessus de la moyenne en 1998 et la sécheresse en 1999, puis montré une croissance, une production et une productivité accrues de 2000 à 2003 malgré la sécheresse persistante au cours de cette période. Nous n'avons observé aucun symptôme clinique de maladie chez les mouflons d'Amérique du désert munis d'un collier émetteur, et aucune preuve hématologique ou autre d'exposition à des maladies n'a été remarquée. Les indices de population dans la principale zone d'étude et la zone de référence ont été mis en corrélation de façon positive avec les précipitations connues en hiver (de novembre à avril). Nous n'avons trouvé aucune preuve de surpâturage dans la principale zone d'étude. Les précipitations dans les montagnes Mazatzal ont été associées aux différences de production primaire, particulièrement de latifoliés, aux concentrations de minéraux du pâturage ainsi qu'aux régimes alimentaires, aux états nutritionnels et aux attributs démographiques du mouflon d'Amérique du désert de 1999 à 2003. Les précipitations plus importantes de l'hiver ont été associées avec une croissance accrue de latifoliés et ces précipitations plus importantes ont été associées avec de plus grandes concentrations de P et de Se, mais avec un niveau moindre de Fe dans le pâturage, des concentrations plus élevées de Ca, de P, et de Zn dans les latifoliés ainsi que des niveaux accrus de P, de Se et de Zn dans les graminées. Le rapport moyen plus étroit entre le Ca et le P du pâturage et des latifoliés a été associé aux précipitations plus importantes. Le régime alimentaire du mouflon d'Amérique du désert, tant adulte que juvénile, est généralement très semblable, particulièrement à l'approche de l'été, et les latifoliés ont eu tendance à être prédominants dans les régimes au cours des années plus humides et plus sèches. Les précipitations plus importantes de l'hiver ont été associées, dans les matières fécales des adultes, à une augmentation plus prolongée en hiver et au printemps des concentrations de FN et de FDAPA, à davantage de phosphore fécal, à des niveaux moindres de Ca fécal ainsi qu'à des rapports entre le Ca et le P et le Na et le K fécaux plus étroits. Cependant, les niveaux de Na fécal ont augmenté lors de l'année la plus sèche. Les précipitations élevées connues en hiver se sont traduites, dans les matières fécales des petits, par des niveaux accrus de FN, de FDAPA et de P fécal, des concentrations moindres de Ca fécal et un rapport entre le Ca et le P fécal plus étroit. Par conséquent, nous avons émis l'hypothèse que les régimes alimentaires et les états nutritionnels du mouflon d'Amérique du désert, tant adulte que juvénile, avaient tendance à correspondre au modèle des précipitations et aux différences connexes de l'abondance relative et de la teneur en minéraux des pâturages. Nous n'avons trouvé aucune preuve selon laquelle les coyotes (Lynx rufus) ou les coyotes (Canis latrans) avaient pris le mouflon d'Amérique du désert comme proie ou s'étaient nourris de leurs carcasses. Le déclin de l'abondance de mouflons d'Amérique du désert connu de 1994 à 1997 a été plus importante que les déclins connus dans les zones de référence où on ne trouvait pas de couguars, malgré les précipitations hivernales toujours croissantes et une baisse moins importante de celles-ci dans la principale zone d'étude. Par comparaison, les indices de population dans une zone de référence et dans les montagnes Mazatzal ont connu une augmentation de 1999 à 2003 de concert avec la réduction des prédateurs, de l'abondance de couguars et de la prédation des animaux munis d'un collier émetteur, malgré l'occurrence continue de la sécheresse au cours de cette période. Nous avons donc déterminé deux facteurs immédiats susceptibles d'avoir influer sur les tendances démographiques de la population de mouflons d'Amérique du désert des montagnes Mazatzal: l'état nutritionnel (les précipitations accrues [principal facteur] ont été associées à une plus grande disponibilité et aux différences de teneur en minéraux des pâturages ainsi qu'à un indice amélioré de l'état nutritionnel du mouflon d'Amérique du désert) et la prédation par les couguars. Nous avons formulé l'hypothèse que les états nutritionnels et la prédation par les couguar au cours d'une période de sécheresse ont influé sur les paramètres de population du mouflon d'Amérique du désert dans les montagnes Mazatzal, et que la suppression à court terme des couguars par la prise a contribué à une croissance plus importante et à la productivité de la population, qui est petite et isolée, même au cours de périodes de sécheresse.

# Contents

INTRODUCTION ........................................................................... 4
STUDY AREAS .............................................................................. 5
    **Mazatzal Mountains** ............................................................. 5
    **Reference Areas** .................................................................. 6
METHODS ...................................................................................... 7
    **Design** ................................................................................. 7
    **Rainfall** ............................................................................... 7
    **Population Surveys** .............................................................. 7
    **Disease Exposure** ............................................................... 7
    **Nutritional Status** ................................................................ 8
        *Vegetation* ...................................................................... 8
        *Fecal Indices* ................................................................. 8
    **Predators** ............................................................................ 8
        *Mountain Lion Reduction* ............................................... 8
        *Track Surveys* ............................................................... 8
        *Diets* ............................................................................. 8
        *Desert Bighorn Sheep Mortalities* .................................. 9
    **Data Analyses** ..................................................................... 9
RESULTS ....................................................................................... 9
    **Rainfall** ............................................................................... 9
        *Mazatzal Mountains* ....................................................... 9
        *Reference Areas* ........................................................... 10
    **Population Surveys** ............................................................ 10
        *Mazatzal Mountains* ..................................................... 10
        *Reference Areas* ........................................................... 11

    **Disease Exposure** ............................................................. 11
        *Serology* ....................................................................... 12
        *Bacteriology* ................................................................. 12
        *Parasites* ...................................................................... 12
    **Nutritional Status** .............................................................. 12
        *Vegetation* .................................................................... 12
        *Diets* ............................................................................ 13
        *Fecal Nutrients* ............................................................. 14
    **Predators** .......................................................................... 17
        *Mountain Lion Reduction* ............................................. 17
        *Diets* ............................................................................ 17
        *Desert Bighorn Sheep Mortalities* ................................ 18
DISCUSSION .............................................................................. 18
    **Population Surveys** ............................................................ 20
    **Disease Exposure** ............................................................. 21
    **Nutritional Status** .............................................................. 21
        *Vegetation* .................................................................... 21
        *Diets* ............................................................................ 22
        *Fecal Nutrients* ............................................................. 22
    **Predators** .......................................................................... 25
MANAGEMENT IMPLICATIONS ............................................... 28
SUMMARY .................................................................................. 29
ACKNOWLEDGMENTS .............................................................. 29
LITERATURE CITED .................................................................. 29

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057222

# INTRODUCTION

Desert bighorn sheep inhabit arid, naturally fragmented environments with unpredictable rainfall in the southwestern United States, and populations often consist of <100 animals (Krausman and Leopold 1986; Bleich et al. 1990, 1996). Abundance varies spatially and temporally (Rubin et al. 1998, McKinney et al. 2003), and population declines or extirpations present concerns regarding conservation and management (Schwartz et al. 1986; Bleich et al. 1990, 1996; Kamler et al. 2002; Rominger et al. 2004). Disease, interspecific competition, nutritional status, population densities, predation, weather, and available escape terrain are among variables postulated to influence abundance or persistence of desert bighorn sheep populations (Jessup 1985; Berger 1990; Rubin et al. 1998; McKinney et al. 2001, 2003), but mechanisms affecting demographic trends of populations remain poorly understood.

Nutritional status of wild herbivore populations as a limiting factor also is poorly understood, and evaluations of food resources and nutritional ecology are of central importance in developing predictions underlying decision-making processes in range and wildlife management (Wallmo et al. 1977, Hobbs and Swift 1985, Robbins 1992, Irwin et al. 1993, Sams et al. 1998). Variability in annual and seasonal rainfall influences primary production in xeric environments (Herbel et al. 1972, Beatley 1974, Goldberg and Turner 1986, Ernest et al. 2000, Marshal et al. 2005), subsequently affecting ungulate population dynamics (Coe et al. 1976, White 1978, Smith and LeCount 1979, Leopold and Krausman 1991).

Among large herbivores, higher quantity and quality of forages, survival of preweaning young, and female fecundity often correspond with higher precipitation during winter to spring, and studies indicate importance of abundance of young in affecting growth rates of populations (Gaillard et al. 2000). Extended periods of lower rainfall might reduce desert bighorn sheep lamb production, and seasonal inadequacies in rainfall correspond with lower abundance in desert bighorn sheep populations (Leslie and Douglas 1982, Douglas and Leslie 1986, Wehausen et al. 1987, Holt et al. 1992, Douglas 2001), presumably acting via lower forage quality or quantity. Drought is a normal part of climatic fluctuation (Thurow and Taylor 1999) and has been associated with population declines of bighorn sheep and other ungulates in desert environments (Anthony 1976, Brown 1984, Smith 1984, Mouton et al. 1991, McKinney et al. 2001). Inadequate seasonal rainfall patterns often correspond with lower production, productivity, and recruitment in populations of desert bighorn sheep (Berger 1982, McKinney et al. 2001), variables that influence population trends of large herbivores (Gaillard et al. 2000).

Normal variations in plant chemistry (nutrient content) caused by seasonal changes in plant phenology and physiology likely have important implications to diets and nutrition of wild ruminants (Short et al. 1966, Krausman et al. 1997). Seasonal variability characterizes composition and quality of diets (Seegmiller and Ohmart 1982, Meyer et al. 1984, Jones and Weeks 1985, Scrivner et al. 1988, Miller and Gaud 1989) and nutritional quality of forages (Krausman et al. 1989, 1990; Seegmiller et al. 1990; Bleich et al. 1997; Alldredge et al. 2002). Diets of ruminants also might change under drought conditions compared

to periods of adequate rainfall (Anthony 1976, Stephenson et al. 1985), and composition of diets might influence dietary quality (Mubanga et al. 1985, Massey et al. 1994, Bleich et al. 1997). Concentrations of FN and FDAPA have been used widely to index quality of diets and relationships between composition and quality of diets of wild ruminants (Massey et al. 1994, Hodgman et al. 1996, Bleich et al. 1997, Osborn and Ginnett 2001, Oehler et al. 2003).

Concentrations of mineral nutrients in forages may be influenced by precipitation, thus affecting dietary quality of ruminants. Patterns of rainfall can affect soil moisture (Salve and Allen-Diaz 2001), moisture available to plants (Halvorson and Patten 1974, Kemp 1983), and concentrations of minerals in vegetation (Greene et al. 1987, Grings et al. 1996, Sprinkle et al. 2000). Possible dietary deficiencies of Cu, Fe, Na, P, S, Se, and Zn may occur for free-ranging wild ruminants (Urness et al. 1971, Scrivner et al. 1988, Flueck 1994, Fox et al. 2000, O'Hara et al. 2001). Nonetheless, dietary requirements of minerals for wild ruminants are poorly understood (Robbins et al. 1985, Grasman and Hellgren 1993, Krausman et al. 1999).

Forage selection to maintain quality of diets is common in wild ruminants, including bighorn sheep (Hobbs and Spowart 1984, Provenza 1995, Hanley 1997, Alldredge et al. 2002, Oehler et al. 2003). Nonetheless, inadequate nutrition of ruminants might delay or prevent estrus and ovulation and influence survival of young animals and relative abundance of populations (Murphy and Coates 1966, Meyer et al. 1984, DePerno et al. 2000, Cook et al. 2001, Blanchard et al. 2003). Behavioral and physiological mechanisms might tend to counteract dietary deficiencies of Na, P, and other minerals in wild ruminants (Robbins et al. 1987, Robbins 1992, Grasman and Hellgren 1993, Provenza 1995, Hanley 1997).

Desert bighorn sheep commonly are exposed to a number of diseases associated with domestic livestock and wild ungulates (Prestwood et al. 1974, Stauber et al. 1977, Jessup 1985, deVos 1989, Elliott et al. 1994), and disease outbreaks may contribute to bighorn sheep population declines (Sandoval 1980, DeForge and Scott 1982, Cassirer et al. 1998, Monello et al. 2001). Contact with domestic livestock or wild ungulates, population density, inadequate nutrition, weather, and other environmental variables have been suggested to influence disease outbreaks (Clark et al. 1985, Sandoval et al. 1987, Foreyt 1989, Callan et al. 1991, Monello et al. 2001).

Exposure to various disease agents in desert bighorn sheep in Arizona has been widely documented, generally with no known relationship to clinical disease or population die-offs, but several diseases have been reported to influence relative abundance in bighorn sheep populations (deVos 1989). Notable diseases in bighorn sheep include scabies, chronic sinusitis, leptospirosis, contagious ecthyma, epizootic hemorrhagic disease, bluetongue, and pneumonia (deVos 1989). Lesions consistent with hemorrhagic disease recently were documented in a desert bighorn sheep and a Rocky Mountain bighorn sheep in Arizona (Noon et al. 2002). Declines of desert bighorn sheep populations likely associated with disease epizootics affecting population abundance or survival of bighorn sheep lambs have been documented in California (DeForge et al. 1997), Utah (Douglas 2001), and New

4

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057223

Mexico (Clark and Jessup 1992). Nutritional status of the host ostensibly is a key factor affecting the outcome of most diseases, and better nutrition associated with higher precipitation likely confers a higher probability of lambs surviving disease (Wehausen et al. 1987).

Predation by mountain lions can be a substantial source of mortality in some bighorn sheep populations (Logan and Sweanor 2001), and mountain lions appear to be the only predators that can cause significant mortality in bighorn sheep populations that occupy suitable habitat (Sawyer and Lindzey 2002). Young bighorn sheep are more likely than adults to be killed by coyotes (Bleich 1999). In comparison, predation by coyotes, mountain lions, or wolves (*Canis lupus*) can be a significant mortality factor affecting deer populations (Ballard et al. 2001). Variables influencing mountain lion predation on bighorn sheep are uncertain but might include relative availability of primary and alternative prey and escape terrain, vulnerability of individual prey, weather, and behavior of individual predators (Leopold and Krausman 1986, Ross et al. 1997, Krausman et al. 1999, Logan and Sweanor 2001, Kamler et al. 2002).

Mule deer (*Odocoileus hemionus*) are important prey of mountain lions throughout western North America (Bleich and Taylor 1998), but relative abundance of mountain lions and mule deer may be weakly linked (Lindzey et al. 1994). Nonetheless, effects of mountain lion predation on bighorn sheep likely are limited to areas where mule deer occur sympatrically at densities adequate to provide a primary prey (Schaefer et al. 2000). High occurrence of desert bighorn sheep in mountain lion diets might correspond with higher abundance of desert bighorn sheep relative to abundance of mule deer (Rosas-Rosas et al. 2003). Predation of desert bighorn sheep by mountain lions in New Mexico involved primarily desert bighorn sheep near escape terrain (Creeden and Graham 1997), consistent with the notion (Sawyer and Lindzey 2002, Mooring et al. 2004) that escape terrain might provide limited benefit to avoidance of mountain lion predation. Mountain lions may select steep, rugged topography (Logan and Irwin 1985, Riley and Malecki 2001) but while hunting or traveling also may use terrain less rugged than general surroundings (Dickson et al. 2005).

Adult female bighorn sheep, whether or not they have lambs, tend to select steeper terrain than randomly available (Etchberger and Krausman 1999) and to select steeper, more open habitats than do mature males (Bleich et al. 1997, Mooring et al. 2004). Predation of bighorn sheep by mountain lions may be independent of sex of prey and densities of predator and prey (Ross et al. 1997, Hayes et al. 2000, Logan and Sweanor 2001, Mooring et al. 2004). Mountain lions may kill primarily adult bighorn sheep, or predation may not show sex-related differences among adults (Ross et al. 1997, Mooring et al. 2004). Mountain lion predation of Rocky Mountain bighorn sheep was selective for lambs, and prey-class vulnerability was a function of behavior of individual predators (Ross et al. 1997), whereas predation of desert bighorn sheep by mountain lions was highest in the 1–4-year and $\geq$9-year age classes (Hayes et al. 2000).

Comparatively few studies have addressed population-level impacts of predators on bighorn sheep (Sawyer and Lindzey 2002). Mountain lion predation may be variable among years but

potentially affect bighorn sheep demographic characteristics (Wehausen 1996, Creeden and Graham 1997, Ross et al. 1997, Rubin et al. 1998, Hayes et al. 2000). Recent studies indicate that mountain lion predation in some cases might have population-level effects on bighorn sheep (Wehausen 1996, Creeden and Graham 1997, Ross et al. 1997, Hayes et al. 2000, Ernest et al. 2002), including translocated populations (Kamler et al. 2002, Rominger et al. 2004). Other studies also recently documented or modeled predation by mountain lions (Kunkel et al. 1999, Schaefer et al. 2000, Logan and Sweanor 2001, Turner and Morrison 2001, Anderson and Lindzey 2003). Predation by mountain lions, disease, and drought were thought to be limiting factors affecting a remnant desert bighorn sheep population (Logan and Sweanor 2001). It likely is inappropriate to argue that food alone or predation alone limits a prey population when strong interaction occurs between these variables (McNamara and Houston 1987).

A desert bighorn sheep population in central Arizona declined during recent drought, and winter rainfall was positively associated with demographic patterns (McKinney et al. 2001). Management concerns regarding this population have centered on apparent low abundance and poor lamb production (McKinney et al. 2000). Ecological events commonly have multiple causes (McNamara and Houston 1987, Bleich et al. 1997), and we used multiple working hypotheses (Romesburg 1981, Bleich et al. 1997) to evaluate potential effects of various factors on growth, production, and productivity of this population. Our objective was to evaluate variables potentially affecting dynamics of the desert bighorn sheep population and responses of the population to short-term reductions of mountain lions. We examined rainfall, disease, availability and mineral content of vegetation, dietary nutritional quality, and predators to evaluate factors potentially influencing desert bighorn sheep population parameters.

## STUDY AREAS

### Mazatzal Mountains

We conducted intensive studies on a 53,600-ha primary study area located in the Mazatzal Mountains (Figs. 1, 2) 65 km northeast of Phoenix, Arizona, USA. The desert bighorn sheep population in this study area is comparatively small and isolated, and the area contains limited escape terrain (McKinney et al. 2001, 2003). Elevation ranged from 457 to 2,317 m, and vegetation below 1,100 m was Upper Sonoran Desert scrub. Interior chaparral was extensive above 1,100 m and changed to a limited mixed ponderosa pine (*Pinus ponderosa*) community at high elevations (Brown 1994). Annual rainfall of about 35 cm occurred primarily during winters, and drought (Thurow and Taylor 1999) prevailed on the study area between 1994 and 1999 (McKinney et al. 2001). Average monthly temperatures ranged from about 10 to 32°C in winter and summer, respectively. Surface water was available in springs, natural pools, intermittently flowing washes, and reservoirs (McKinney et al. 2001).

Desert bighorn sheep were reintroduced into vacant historical habitat in Mazatzal Mountains during 1980 and 1981; by 1989, a small, isolated population was distributed within about 8,700 ha (Fig. 2), which included about 800 ha of escape terrain (McKinney et al. 2001, 2003). Mule deer, white-tailed deer (*O. virginianus*),

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057224





**Figure 1.** Locations of the primary study area (Mazatzal Mountains [Mazatzal Mtns.]) and reference areas (Kofa National Wildlife Refuge [Kofa NWR], Plomosa Mountains [Plomosa Mtns]), Arizona, USA.

**Figure 2.** Mazatzal Mountains, Arizona, USA, study area boundary, area of desert bighorn sheep distribution, and locations of mountain lion track transects. Distribution of desert bighorn sheep is constrained by presence of escape terrain and elevations <1,100 m, above which dense chaparral is extensive (McKinney et al. 2003).

collared peccary (*Pecari tajacu*), a few feral burros, cattle, mountain lion, bobcat, coyote, black bear (*Ursus americanus*), and common gray fox (*Urocyon cinereoargenteus*) also inhabited the area. About 4,000 domestic sheep were driven each year during spring and autumn through April 2001 over a livestock driveway located at the western boundary of the study area; passage each season required ≤2 days but was discontinued after April 2001 until 2003. Prior to 2000, 400 free-ranging cattle (cow-calf operation) grazed yearlong, and additional localized, variable stocking occurred seasonally, on the western 30,000 ha, or about 56%, of the area.

All cattle were removed from allotments between mid-2000 and February 2001, except that cattle on a year-round allotment narrowly overlapping a northern portion of the study area were reduced from 200 to 35 by mid-2000 (U.S. Forest Service, unpublished data). No human-made obstructions prevented potential comingling of desert bighorn sheep with cattle or domestic sheep. Herders restricted movements of domestic sheep to the livestock driveway, and 4-strand barbed-wire pasture fencing within the study area limited distribution of cattle, but neither of these variables prevented potential movements by desert bighorn sheep. We observed cattle in areas of low topographic relief occasionally used by desert bighorn sheep but observed no cattle within areas of escape terrain.

## Reference Areas

We obtained rainfall and survey data for 2 extant desert bighorn sheep populations (McKinney et al. 2003) that inhabited Sonoran Desert mountain ranges with predominantly desert scrub vegetation (Miller and Gaud 1989, Hervert et al. 1998) and used as reference areas the 269,300-ha Kofa National Wildlife Refuge (Kofa) located 215 km west of Phoenix and the Plomosa Mountains (40,000 ha) located 20 km north of Kofa (Fig. 1). Desert bighorn sheep inhabiting reference areas may have comprised a metapopulation (Witham and Smith 1979, Bleich et al. 1996). Estimated mean long-term (1989–2001) population sizes were similar in the primary study area and Plomosa Mountains and larger than in both of these mountain ranges in Kofa (McKinney et al. 2003). Elevations ranged from about 207 to 1,487 m, annual rainfall was about 17 cm, and temperatures ranged from about 0 to 45°C during winter and summer, respectively (Hervert et al. 1998). Mule deer but no domestic livestock except possibly a few feral burros occurred in Kofa (VandenBerge et al. 1984). Mule deer also inhabited Plomosa Mountains (Arizona Game and Fish Department 2003), and cattle grazed there seasonally under a variable stocking regimen. Cattle stocking rate was increased in winter–spring during years of higher winter rainfall and reduced during drier years. Surface water was available in natural pools, ephemeral springs, and developed sources. Mountain lions occurred rarely, if at all, on reference areas (Germaine et al. 2000; Arizona Game and Fish Department 2003, 2005), but bobcats and coyotes inhabited those regions.

---

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057225

## METHODS

### Design

We employed a study design emphasizing observational research incorporating primarily descriptive and correlative studies. We developed a priori research hypotheses, recognizing that inferences derived using our study design are weaker than those obtainable using controlled, replicated experimentation (Eberhardt and Thomas 1991). Nonetheless, considerable inference derives from different investigators obtaining similar results in different areas at different times (Johnson 1999). We implemented short-term removal of mountain lions in Mazatzal Mountains to evaluate the suggestion that active management may be needed in some circumstances to mitigate population-level impacts of predation in a relatively small and isolated bighorn sheep herd (Kamler et al. 2002, Rominger et al. 2004).

We examined desert bighorn sheep population parameters in Mazatzal Mountains and reference areas to compare population trends on areas with similar habitats based on occurrence in Sonoran Desert scrub communities. We were unable to identify as potential reference areas other mountain ranges occupied by desert bighorn sheep where mountain lion predation had been documented (Kamler et al. 2002) but where the predator was not harvested (Arizona Game and Fish Department 2003, 2004). We assumed that mountain lions were absent on reference areas based on surveys (Germaine et al. 2000) and records of hunter harvest locations (Arizona Game and Fish Department 2003, 2004, 2005), thus precluding predation of desert bighorn sheep by mountain lions on those areas.

Reference areas thus allowed comparison of desert bighorn sheep population parameters where we assumed mountain lion predation was absent with population parameters of the ungulate in Mazatzal Mountains, where mountain lions were comparatively abundant (Arizona Game and Fish Department 2004) and predation was documented (Kamler et al. 2002). We assumed that predation of desert bighorn sheep by mountain lions would differ between the primary study area, where presence of the predator was known (Kamler et al. 2002; Arizona Game and Fish Department 2003, 2004), and reference areas, where the predator likely was absent (Germaine et al. 2000; Arizona Game and Fish Department 2003, 2004) and where we assumed that predation did not occur. We hypothesized that differences in mountain lion abundance and predation between Mazatzal Mountains and reference areas potentially represented a factor influencing desert bighorn sheep demographic changes, recognizing that demographic patterns of ungulates on those areas might be confounded by other factors.

### Rainfall

We obtained rainfall data between 1976 and 2003 from weather stations maintained by Salt River Project at Mormon Flat and Stewart Mountain dams on the Salt River (located at southern boundary of the study area) for Mazatzal Mountains and for Kofa Mine station and Bouse for Kofa and Plomosa Mountains, respectively (Western Regional Climate Center; http://www.wrcc.dri.edu/summary/climsmaz.html). We defined drought (Thurow and Taylor 1999) as rainfall less than about 75% of the 1976 to 1999 average for Mazatzal Mountains and 1988 to 1998 averages for reference areas.

### Population Surveys

Arizona Game and Fish Department personnel conducted standardized helicopter surveys of desert bighorn sheep (Hervert et al. 1998; McKinney et al. 2001, 2003) during autumn in Mazatzal Mountains from 1989 through 2003 and on reference areas between 1989 and 1997 (Kofa) and 1989 and 2003 (Plomosa Mountains) to estimate abundance (total counted), production (lambs), productivity (lambs:100 females), and recruitment (yearlings). We computed total animals, males, females, lambs, and yearlings counted/hour of survey flight time and productivity to index population parameters during these years. We were unable to evaluate detectability in surveys, although sighting probability estimates on reference areas with similar habitat (i.e., vegetation type) to Mazatzal Mountains did not differ among years and averaged 0.46 (90% CI = 0.37–0.55; Hervert et al. 1998). We assumed that detectability was similar among study areas, although terrain ruggedness and area of escape terrain were lower and estimated long-term (1989 to 2001) densities of desert bighorn sheep higher in Mazatzal Mountains than on reference areas (McKinney et al. 2003). We conducted ground surveys continually in Mazatzal Mountains during January–July from 2000 through 2003 to estimate periodicity of lambing.

### Disease Exposure

We captured adult desert bighorn sheep in the Mazatzal Mountains (Fig. 2) using a net gun between June 2000 and October 2002, attached motion-sensitive radio collars (MOD-500, Telonics, Mesa, Arizona) and numbered ear tags at initial capture, and released animals on-site on completion of processing. We collected blood samples from each animal during each capture via jugular venipuncture and monitored seroconversions by repeated sampling of individual animals. We examined captured animals for clinical signs of disease and collected deep nasal and pharyngeal samples using sterile swabs that were placed in transport media (Becton-Dickenson Culturette II®). We also collected samples of ear debris using sterile swabs and collected ectoparasite and fecal samples. We kept all samples cool following collection and during transport within 24 hours to the Arizona Veterinary Diagnostic Laboratory (College of Agriculture, University of Arizona, Tucson) for analysis.

We used standard materials and methods for aerobic bacterial cultures, fecal examinations, and serology and scored serological results from individual desert bighorn sheep as positive or negative for each pathogen based on presence or absence of antibodies. We referred to animals with positive test results as "exposed" and defined multiple exposure as presence of antibodies against ≥2 disease agents. Nasal and pharyngeal swabs were cultured aerobically, and ear swab specimens were processed by maceration in warm aqueous potassium hydroxide solution, flotation in saturated sucrose solution, and microscopic examination for presence of ear mites (*Psoroptes* spp.). Fecal samples were tested for nematode parasites using flotation (Fecalyzer®). We performed the agar gel immunodiffusion (AGID) test on serum samples to detect antibodies against bluetongue (BT) and epizootic hemorrhagic disease (EHD). Sera that were AGID positive were referred to the National Veterinary Services Laboratory (Ames, Iowa) for serum neutralization (SN) testing to determine BT and EHD serotype-specific antibody. We used the SN test to detect

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057226

antibodies against parainfluenza-3 virus (PI-3), infectious bovine rhinotracheitis virus (IBR), bovine virus diarrhea (BVD), and bovine respiratory syncytial virus (BRSV). We measured antibody titers of *Chlamydia* spp. and contagious ecthyma virus (CE) using complement fixation. Antibody to *Leptospira* spp. was determined using the microscopic agglutination (MA) test, with lowest dilution = 1:100. Serovars tested were *L. canicola, L. grippotyphosa, L. hardjo, L. icterohemorrhagiae, L. pomona, L. bratislavia,* and *L. szwajizak.*

## Nutritional Status

*Vegetation.*—We randomly hand-clipped samples in Mazatzal Mountains from July 2000 through June 2001 from forages potentially eaten by desert bighorn sheep based on review of literature (McKinney and Noon 2002). Sample collections, handling, and analyses for Ca, Cu, Fe, K, Mg, Mn, Na, P, Se, and Zn followed procedures described previously (Fox et al. 2000, McKinney and Noon 2002). We composited forage samples quarterly (July–September, October–December, January–March, April–June) for mineral analyses. We reanalyzed data and calculated means of mineral concentrations in vegetation sampled on the study area between July 1999 and June 2000 (McKinney and Noon 2002) and compared them with mean concentrations of minerals in vegetation collected during 2000–2001 during the same seasonal periods. Plant names follow Kearney and Peebles (1973).

We randomly established 17 sampling sites stratified within the range of desert bighorn sheep distribution (Fig. 2) in Mazatzal Mountains, each consisting of 6 parallel (100-m) line transects developed systematically at 10-m intervals along a random bearing (Heady et al. 1959, Hanley 1978, Anderson et al. 1979, Butler and McDonald 1983, Ratti and Garton 1994). We assigned the following categorical rankings for use of browse and forbs on each 100-m line transect: no hedging, moderate hedging, or heavy hedging (Patton and Hall 1966). We established 33.3-m line-intercept transects systematically within each 100–m line transect to determine structural composition of bare ground, browse, forbs, and grasses (Dodd 1989, Miller and Gaud 1989, Wakeling and Miller 1989, Holt et al. 1992). We estimated use of browse and forbs during August–September 1999 and February–March 2000 and measured structural composition of bare ground and vegetation during August–September and February–March 1999–2001.

*Fecal Indices.*—We collected fresh fecal samples (about 10 pellets from each of 10 individual groups) during the middle of each month from adult (adult-yearling) desert bighorn sheep in Mazatzal Mountains from July 1999 through June 2002 and composited samples collected during 2-month periods for analysis. We also collected fresh fecal pellets monthly in this manner from lambs during February–July from 2001 through 2003 and composited groups monthly for analysis. We placed fecal samples in plastic bags and froze them until analyzed by the Wildlife Habitat and Nutrition Laboratory (Washington State University, Pullman) to determine percent diet composition and dry-weight concentrations of FN, FDAPA, neutral detergent fiber (FNDF), Ca, K, Mg, Na, and P. Percent diet composition for each composited sample was determined using epidermal fragment cover as the sampling criterion, based on 25 views for each of 8

slides/sample, and all plants possible were identified. Fecal N, FDAPA, and FNDF were determined using procedures previously reported (Hodgman et al. 1996). Fecal samples (1 g) were ashed overnight at 500°C, cooled, and digested in an acid medium (10 ml 1.0 N HCl, diluted to 50 ml with $H_2O$), and fecal mineral determinations were made using standard procedures of inductively coupled plasma emission spectroscopy. We used primary production, concentration of minerals in vegetation, composition of diets, and concentrations of FN, FDAPA, FNDF, and fecal minerals to index diet quality and evaluate nutritional status of desert bighorn sheep.

## Predators

*Mountain Lion Reduction.*—We incorporated mountain lion reduction as an experimental element of perturbation in the Mazatzal Mountains study area. The bag limit for mountain lions statewide in Arizona from 1971 through 1999 was 1/hunter/year (July 1–June 30 season). Annual harvest on the study area was not limited, but beginning July 1999, regulations permitted hunters to take a maximum of 12 animals annually from the study area using multiple tags to encourage predator reduction via sport hunting; a single hunter or combination of hunters might take the total harvest. We determined mountain lion harvest data based on mandatory reporting of kills by sport hunters.

*Track Surveys.*—We established transects in Mazatzal Mountains (Fig. 2) averaging 4.6 km (range 2.0–7.7 km) along 11 dry washes and 2 4-wheel-drive roads on ridge tops to monitor mountain lion track counts between 1999 and 2003. Number, length, and location of routes were limited by known associations of mountain lion tracks with topographic and other habitat features and availability of suitable substrate (i.e., dust, mud, or sand) for track detection and identification (Smallwood 1994, Smallwood and Fitzhugh 1995, Beier and Cunningham 1996). Transects in washes did not extend into upstream areas with poorly developed scour zones that might affect track detectability (Beier and Cunningham 1996). We assumed that track detectability did not differ between seasonal sampling periods, transects, or years (Van Sickle and Lindzey 1992, Smallwood 1994, Harveson et al. 1999).

One or 2 persons conducted track surveys on foot following ≥5 days free of precipitation (Beier and Cunningham 1996) during November–January (winter) and March–May (spring) each year from December 1998 to January 2004. We controlled for observer differences by using the same observer or observers on given routes each survey (Morrison et al. 2001). Completion of winter surveys and inception of spring surveys were at least 90 days apart. We completed surveys within about 4 hours during mornings, counted single tracks or sets comprised of contiguous multiple tracks believed made by the same individual, recorded data as presence/absence of tracks or track sets (Smallwood 1994, Beier and Cunningham 1996), and calculated tracks/km to index relative abundance of mountain lions.

*Diets.*—We collected mountain lion scats in Mazatzal Mountains from 1999 through 2003 while searching throughout the study area, primarily along dry washes, ridges, saddles, and canyon bluffs and slopes (Logan and Irwin 1985, Smallwood and Fitzhugh 1995, Cunningham et al. 1999). We plotted locations where mountain lion scats were collected on a topographic map to

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057227

ensure that sampling efforts represented the entire study area. We collected bobcat and coyote scats in Mazatzal Mountains from January 2000 through December 2003 following a similar sampling approach but also collected scats along livestock trails and occasionally while driving limited wilderness access roads (total length driven <20 km).

We identified feces to species by size and form of scats and presence of tracks and scrapes (Murie 1954, Danner and Dodd 1982, Cunningham et al. 1999). We further distinguished mountain lion feces by collecting only scats ≥30-mm diameter, which we assumed excluded most bobcat and coyote feces (Weaver and Fritz 1979, Johnson et al. 1984, Cunningham et al. 1999). We placed mountain lion scats in plastic bags and froze them, except we air-dried fresh scats at ambient temperatures for ≥1 month before freezing. We handled fresh bobcat and coyote scats similarly but often examined remains in feces without freezing and while in the field. We thoroughly hand-dissected scats (Spaulding et al. 2000) and identified prey remains macro- and microscopically by comparing scat contents to a reference collection of mammalian bone, hair, and tooth fragments developed by AGFD and following Moore et al. (1974). We identified bird and reptile remains based on feathers, skin remnants, or claws.

*Desert Bighorn Sheep Mortalities.*—We monitored telemetry signals from radio-collared desert bighorn sheep on Mazatzal Mountains between June 2000 and December 2003 twice weekly from the ground and twice monthly using fixed-wing aircraft. We continually and in response to mortality signals from radio collars searched as soon as possible for desert bighorn sheep carcasses between 2000 and 2003 to determine cause of death. We also continually searched opportunistically for carcasses of desert bighorn sheep from 1999 through 2003 to estimate cause of death. We identified mountain lion predation as cause of death based on evidence observed at carcass sites, including attack and drag lines, canine tooth punctures and tissue damage, feeding patterns, presence of tracks, feces, scrapes, hair plucked from prey carcasses, caching of prey, and other indicators (Rominger and Weisenberger 1999, Hayes et al. 2000, Logan and Sweanor 2001, Rominger et al. 2004) and trail strikes at kill sites by trained hounds.

We also retrospectively evaluated mortalities between 1995 and 1998 of 15 desert bighorn sheep captured by net gun in the Mazatzal Mountains study area by AGFD personnel in November 1995, fitted with motion-sensitive radio collars, and released on-site. Arizona Game and Fish Department biologists identified mortalities due to mountain lion predation during 1995 to 1998 as in the present study, except they did not use trail strikes by hounds.

## Data Analyses

We determined relationships between rainfall, relative desert bighorn sheep population abundance, production, and yearling recruitment and diet and other nutritional indices using general linear regression models and assessed temporal trends of population indices and adult diets using Spearman's rank correlation. We differentiated mean fecal indices, forage mineral levels, mountain lion track counts, and seasonal rainfall using 90% confidence intervals (CIs; Yoccoz 1991, McBride et al. 1993, Johnson 1999).

We calculated annual percent occurrence (no. of occurrences of each food item as % of no. of occurrences of all food items) and frequency of occurrence (% of total scats in which a particular food item was found) of prey remains in mountain lion scats. We used annual frequency of occurrence of prey remains in scats to estimate relative percent of biomass and number of prey eaten by mountain lions, using established conversion factors and procedures (Ackerman et al. 1984, Cunningham et al. 1999, Logan and Sweanor 2001). We used a correction factor (C) for each prey species to estimate mass of prey consumed/scat (C = 1.98 × 0.035B; Ackerman et al. 1984), where C = mass of prey consumed/scat and B = estimated mean live weight of individual prey consumed. We used previously reported mean live mass of individual prey, including 50 kg for desert bighorn sheep (Cunningham et al. 1999), in estimating proportional biomass and numbers of prey eaten by mountain lions. We computed proportional biomass (D) of each prey consumed (D = [A × C]/Σ[A × C]), where A = frequency of occurrence and relative number of individuals (E) of each prey consumed (E = [D × B]/Σ[D/B]).

In addition to analyses of individual prey categories, we placed prey remains found in scats into 4 categories and summed D and E separately within categories to compare relative consumption of prey biomass and numbers by mountain lions among years: small prey (e.g., lagomorphs, rodents), large prey (e.g., cattle, deer, desert bighorn sheep, collared peccary), cattle, and large wild prey. We used chi-square contingency tables, incorporating only expected cell frequencies ≥5, to test for differences in mountain lion diet (% occurrence) and predation of desert bighorn sheep among years and to compare occurrence of large and small prey categories (Siegel and Castellan 1988, Zar 1996). We calculated diet diversity indices (β) for mountain lions based on percent occurrence of prey remains in scats, following Litvaitis and Harrison (1989):

$$\beta = (\Sigma p^2)^{-1}$$

where $p$ = unweighted use of a particular food resource. Value of β varies from 1 to $n$, where $n$ = number of food categories.

# RESULTS

## Rainfall

*Mazatzal Mountains.*—Long-term rainfall (1976–1999) averaged 37.9 cm annually (January–December: 90% CI = 32.7–43.1 cm), and mean rainfall (Table 1) was greater during winter (November–April 1976–1999: 90% CI = 19.2–27.7 cm) than during summer (July–September 1976–1999: 90% CI = 8.9–13.1

**Table 1.** Mean long-term (1976–1999; ±SD) and 1999–2003 summer (July–September) and winter (November–April) rainfall (cm), Mazatzal Mountains, Arizona, USA.

| Year | Summer | Winter |
|---|---|---|
| 1976–1999 | 11.0 (±5.9) | 23.4 (±12.1) |
| 1999 | 12.7 | 10.8 |
| 2000 | 4.1 | 9.8 |
| 2001 | 5.4 | 20.3 |
| 2002 | 5.6 | 5.7 |
| 2003 | 3.4 | 18.9 |

McKinney et al. • Factors Affecting Bighorn Sheep

9

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057228

**Table 2.** Percentage changes in total desert bighorn sheep and lambs observed/hour and winter (November–April) rainfall and estimated proportions of populations removed by sport hunting and translocation, primary and reference study areas, Arizona, USA, 1994–1997.

| Population[a] | Total/hour | Lambs/hour | WIN[b] | Removal[c] |
|---|---|---|---|---|
| MM | −75.1% | −80.0% | −37.7% | 4.7% |
| Kofa NWR | −31.8% | −14.3% | −56.3% | 6.3% |
| PM | −17.5% | −13.6% | −53.4% | 9.6% |

[a] MM = Mazatzal Mountains; Kofa NWR = Kofa National Wildlife Refuge; and PM = Plomosa Mountains.
[b] WIN = winter rainfall.
[c] Removal = estimated proportions of populations removed by sport hunting and translocation.

cm). Mean annual long-term rainfall during July–June between 1976 and 1999 was 38.0 cm (SD = 14.4, 90% CI = 33.0–43.1%). Rainfall between July 1999 and June 2000, July 2000 and June 2001, and July 2001 and June 2002 was 64% (24.5 cm), 98% (37.0 cm), and 30% (11.5 cm) of the mean long-term level for July to June, respectively.

Rainfall during winter (Table 1) exceeded that in summer for all periods examined, and drought conditions prevailed in summers between 2000 and 2003 and in winters during 1999, 2000, and 2002 (Table 1). Winter rainfall declined between 1994 and 1997 (Table 2) from 19.1 to 11.9 cm. Winter precipitation in 1995 (26.9 cm) and 1998 (33.6 cm) was higher than the long-term winter average, but drought occurred in the winters of 1996 (7.4 cm) and 1997 (11.9 cm). Winter rainfall in Mazatzal Mountains during 1999, 2000, and 2002 was less than half the long-term winter average and was about 85% and 79% of long-term average in 2001 and 2003, respectively, whereas summer rainfall was about 115% of long-term average in 1999 but less than half of long-term average from 2000 to 2003 (Table 1). Winter drought conditions occurred during 4/7 years between 1994 and 1999 compared to 2/4 years between 2000 and 2003.

*Reference Areas.*—Long-term annual rainfall between 1988 and 1998 in Kofa averaged 16.9 cm (90% CI = 12.8–21.0 cm) and in Plomosa Mountains between 1989 and 2003 averaged 13.5 cm (90% CI = 10.3–16.7 cm). Long-term winter rainfall in Kofa averaged 10.2 cm (90% CI = 5.6–14.7 cm) and in Plomosa Mountains averaged 8.4 cm (90% CI = 5.8–11.0 cm) for the same respective periods; winter rainfall declined on these areas between 1994 and 1997 (Table 2) from 8.0 to 3.5 cm and 8.8 to 4.1 cm,

respectively. Winter rainfall declined more on reference areas than in Mazatzal Mountains between 1994 and 1997 (Table 2). Long-term summer rainfall in Kofa and Plomosa Mountains averaged about 5.5 cm (90% CI = 3.4–7.6 cm) and 4.3 cm (90% CI = 1.8–6.7 cm), respectively. Drought occurred in Plomosa Mountains in 2000 and 2002, and winter rainfall in successive years between 1999 and 2003 was 7.5, 0.7, 9.1, 1.6, and 8.4 cm, respectively, below levels in Mazatzal Mountains during this period (Table 1).

**Population Surveys**

*Mazatzal Mountains.*—Flight time during surveys in Mazatzal Mountains averaged about 4.3 min/km$^2$, higher than average flight times/km$^2$ in Kofa (0.6 min/km$^2$) and Plomosa Mountains (1.0 min/km$^2$) reference areas. The desert bighorn sheep population in Mazatzal Mountains essentially was stable during 1989–1994, but the population declined between 1994 and 1999; observation rates for total animals, lambs, and yearlings and productivity all declined ≥50% during 1995–1999 compared to 1989–1994 (McKinney et al. 2001). Observation rates during annual aerial surveys of the Mazatzal Mountains desert bighorn sheep population declined between 1994 and 1997, and indices indicated relatively stable population abundance and low production and productivity during 1998–1999 (Tables 2, 3). Between 1994 and 1997, observation rates (Table 3) declined 75% for total desert bighorn sheep, 72% for females, 68% for males, and 80% for lambs, whereas productivity declined 23% (from 26 to 20). Total, adult, and yearling desert bighorn sheep observed/hour declined from 1999 through 2000, then equaled or exceeded 2000 levels from 2001 through 2003.

In comparison, production and productivity exceeded 1999 levels each year during 2000 through 2003. Between 2000 and 2003, observation rates about doubled for total desert bighorn sheep and males and increased about 180% and 48% for lambs and females, respectively (Table 3). Productivity increased from 0 in 1999 to between 23 and 73 between 2000 and 2003 and was 35 in 2003. Production was higher in 2000 than in 1999, although winter drought was comparable between the years; apparent desert bighorn sheep population growth lagged production by 1 year during 2000–2003 (Tables 1, 3). Production in 2001–2003 tended to vary with winter rainfall, but production remained above the 1999 level in the particularly severe drought during winter of 2002 (Tables 1, 3). Winter drought occurred with similar frequencies between 1994 and 1999, prior to mountain lion reductions and when the desert bighorn sheep population declined, and between

**Table 3.** Desert bighorn sheep observed/hour and flight hours during annual October helicopter surveys, Mazatzal Mountains, Arizona, USA, 1994–2003.

| Year | Total/hour | Males/hour | Females/hour | Lambs/hour | Yearlings/hour | Flight hours |
|---|---|---|---|---|---|---|
| 1994 | 18.1 | 5.6 | 7.8 | 2.0 | 2.7 | 6.4 |
| 1995 | 10.1 | 3.7 | 4.5 | 0.9 | 1.1 | 6.5 |
| 1996 | 9.4 | 3.7 | 4.7 | 0.3 | 0.7 | 6.8 |
| 1997 | 4.5 | 1.8 | 2.2 | 0.4 | 0 | 6.7 |
| 1998 | 6.6 | 2.1 | 4.2 | 0.2 | 0.2 | 6.2 |
| 1999 | 6.7 | 1.7 | 4.1 | 0 | 0.9 | 6.4 |
| 2000[a] | 4.0 | 1.1 | 2.1 | 0.5 | 0.3 | 6.2 |
| 2001 | 5.4 | 1.2 | 2.2 | 1.6 | 0.4 | 6.9 |
| 2002 | 9.1 | 2.3 | 4.1 | 1.3 | 0.8 | 6.4 |
| 2003 | 7.9 | 2.2 | 4.0 | 1.4 | 0.3 | 5.8 |

[a] Mountain lion reduction began.

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057229

2000 and 2003, when the population showed upward demographic trends.

Total desert bighorn sheep ($F_{1,13} = 7.02$, $r^2 = 0.3505$, $P = 0.02$, $b = 0.59$), males ($F_{1,13} = 7.35$, $r^2 = 0.3612$, $P = 0.018$, $b = 0.60$), females ($F_{1,13} = 4.88$, $r^2 = 0.2728$, $P = 0.046$, $b = 0.52$), and lambs ($F_{1,13} = 7.05$, $r^2 = 0.3517$, $P = 0.02$, $b = 0.59$) observed/hour in Mazatzal Mountains during 1989–2003 were positively correlated with November–April rainfall in the same year, but observation rates were independent of summer precipitation ($F_{1,13} \leq 0.55$, $P \geq 0.47$). During 1989–2003, yearlings observed/hour ($F_{1,13} = 20.44$, $r^2 = 0.7818$, $P < 0.004$, $b = 0.78$) and yearlings:100 females ($F_{1,13} = 9.62$, $r^2 = 0.6522$, $P = 0.008$, $b = 0.65$) were positively correlated with winter rainfall the previous year. Lambs and yearlings observed/hour during 1989–2003 were positively correlated ($F_{1,13} \geq 21.07$, $r^2 \geq 0.7864$, $P < 0.001$, $b \geq 0.79$) with total desert bighorn sheep observed/hour. Production also was positively correlated with recruitment ($F_{1,13} = 16.41$, $r^2 = 0.5776$, $P < 0.002$, $b = 0.76$) during this period. Ground surveys indicated that lambing occurred primarily between January and March between 2000 and 2003. However, most lambing occurred during January–February in 2000, 2001, and 2002, but most lambs were born during late February through March in 2003.

Coefficient of variation (CV) for lambs surveyed/hour (0.84) between 1989 and 2003 was about double that for total desert bighorn sheep (0.48), adults (0.41), males (0.49), and females (0.44) and comparable to that for yearlings (0.78). Group size declined between 1989 and 2003 ($\bar{x} = 4.6$, CV = 0.24, $r = -0.6726$, $P = 0.006$) but was independent of total desert bighorn sheep observed/hour ($P = 0.215$). Mean group size was highest during 1989–1994 ($\bar{x} = 5.4$, 90% CI = 4.4–6.4), and was lower during 1995–1999 ($\bar{x} = 4.3$, 90% CI = 3.5–4.0) and was not different between 1995 and 1999 and between 2000 and 2003 ($\bar{x} = 3.9$, 90% CI = 3.4–4.9).

*Reference Areas.*—We omitted statistical analyses of temporal trends in desert bighorn sheep survey results for Kofa because surveys were not conducted in 6/15 years (i.e., 1993, 1995, 1996, 1998, 1999, and 2001). In comparison, surveys in Plomosa Mountains were conducted during 12/15 years (i.e., omitted in 1998, 2000, and 2001), and we analyzed temporal trends statistically for 1989–2003. Total desert bighorn sheep observed/hour in Plomosa Mountains declined ($r = -0.7795$, $P = 0.008$) during 1989–1999, but lambs/hour showed no temporal trend ($r = -0.3149$, $P = 0.35$). Observation rates increased between 1999 and 2003 in Plomosa Mountains for total desert bighorn sheep (10.0–18.0/hour), lambs (0.4–1.6/hour), and productivity (7–16). Coefficients of variation in Plomosa Mountains for lambs (0.64) and yearlings (0.68) surveyed/hour during 1989–2003 were higher than that for total desert bighorn sheep (0.23), and CVs for these groups were lower than that for the Mazatzal Mountains population. During 1989–2003, lambs observed/hour in Plomosa Mountains in year $n$ were positively correlated with total desert bighorn sheep ($F_{1,9} = 5.23$, $r^2 = 0.6063$, $P = 0.048$, $b = 0.61$) and yearlings ($F_{1,9} = 6.22$, $r^2 = 0.4088$, $P = 0.034$, $b = 0.64$) observed/hour in year $n + 1$. Mean group size in Plomosa Mountains ($\bar{x} = 2.4$, 90% CI = 2.2–2.5) showed no trend and was smaller than on the primary study area.

Total desert bighorn sheep observed/hour (Table 2) declined during 1994–1997 in Kofa from 8.8 to 6.0 and in Plomosa Mountains from 11.4 to 9.4. Lambs observed/hour (Table 2) decreased during 1994–1997 in Kofa from 0.7 to 0.6 and in Plomosa Mountains from 2.2 to 1.9. Comparing survey results in 1994 and 1997, productivity increased from 13 to 20, respectively, in Kofa but showed no change in Plomosa Mountains (41 and 41, respectively). Estimated proportional declines of desert bighorn sheep on primary study and reference areas during 1994–1997 were independent of animals removed by sport hunting and translocations (Table 2).

During 1989–1999, total desert bighorn sheep ($F_{1,8} = 16.22$, $r^2 = 0.6697$, $P < 0.004$, $b = 0.82$) and yearlings ($F_{1,8} = 6.93$, $r^2 = 0.4641$, $P = 0.030$, $b = 0.68$) observed/hour during surveys in Plomosa Mountains and yearlings observed in Kofa ($F_{1,4} = 15.59$, $r^2 = 0.7958$, $P = 0.017$, $b = 0.89$) were positively correlated with winter (November–April) rainfall. Total desert bighorn sheep, lambs, and yearlings observed/hour on reference areas were independent of summer precipitation ($P \geq 0.08$).

Between 1994 and 1997, observation rates of total desert bighorn sheep and lambs declined more rapidly in Mazatzal Mountains than in Kofa and Plomosa Mountains despite greater decreases in winter rainfall on reference areas (Table 2). Total desert bighorn sheep observed/hour declined between 1994 and 1997 from 18.1 to 4.5 in Mazatzal Mountains, 8.8 to 6.0 in Kofa, and 11.4 to 9.4 in Plomosa Mountains. Lambs observed/hour on these respective areas decreased between 1994 and 1997 from 2.0 to 0.4, 0.7 to 0.6, and 2.2 to 1.9. Between 1999 and 2003, observation rates of total desert bighorn sheep (1999 = 10.0/hour, 2003 = 18.0/hour) and lambs (1999 = 0.4/hour, 2003 = 1.6/hour) and productivity (1999 = 7, 2003 = 16) increased in Plomosa Mountains.

## Disease Exposure

We collected blood (Table 4) and other samples from 20 adult desert bighorn sheep (11 females, 9 males) during 51 captures of individual animals between June 2000 and October 2002. Sample sizes in any given year ranged from 30% to 87% of adult desert bighorn sheep counted during helicopter surveys in respective years. Males and females did not differ in evidence of disease exposure (Yates adjusted chi-square: $\chi^2 \leq 1.91$, df = 1, $P \geq 0.17$), and we combined sexes to analyze results of disease testing. We observed no clinical signs of disease in any captured animal, and animals appeared to be healthy and in good condition based on external examinations.

**Table 4.** Seroprevalence (calculated only from test results that could be evaluated; no. animals with positive titers/no. of animals sampled) of selected disease agents in samples collected from desert bighorn sheep, Mazatzal Mountains, Arizona, USA, 2000–2002.

| Date | LEP[a] | CE[a] | BT[a] | EHD[a] | BRSV[a] |
|---|---|---|---|---|---|
| June 2000 | 0/6 | 4/4 | 3/6 | 4/6 | 6/6 |
| April 2001 | 4/5 | 4/4 | 1/5 | 7/5 | 3/5 |
| October 2001 | 1/15 | | 6/15 | 9/15 | 14/15 |
| April 2002 | 11/12 | 7/7 | 5/12 | 7/12 | 4/12 |
| October 2002 | 7/13 | 7/8 | 8/13 | 9/13 | 5/13 |

[a] LEP = leptospirosis; CE = contagious ecthyma; BT = bluetongue; EHD = epizootic hemorrhagic disease; BRSV = bovine respiratory syncytial virus.

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057230

*Table 5.* Mean seasonal mineral concentrations (ppm dry wt) and Ca:P ratios of desert bighorn sheep forage classes, Mazatzal Mountains, Arizona, USA, July 2000–June 2001.

| Forage | Months | Minerals | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Ca | Cu | Fe | K | Mg | Mn | Na | P | Se | Zn | Ca:P |
| Browse | July–September | 18,524 | 8.93 | 126.1 | 15,459 | 3,237 | 59.8 | 81.5 | 1,462 | 0.16 | 23.8 | 12.7 |
| | October–December | 18,871 | 7.95 | 151.6 | 13,859 | 3,154 | 59.9 | <50 | 1,865 | 0.14 | 21.1 | 10.1 |
| | January–March | 18,418 | 7.85 | 118.3 | 13,510 | 2,726 | 58.3 | 57 | 1,957 | 0.13 | 21.8 | 9.4 |
| | April–June | 19,096 | 8.32 | 138.8 | 15,190 | 2,891 | 61.6 | 59.8 | 1,621 | 0.16 | 24.9 | 11.8 |
| Forbs | July–September | 13,523 | 7.49 | 152.3 | 15,650 | 2,128 | 48.3 | <50 | 1,488 | 0.14 | 27.7 | 9.1 |
| | October–December | 21,433 | 9.86 | 277.3 | 15,967 | 3,027 | 78.5 | <50 | 2,220 | 0.14 | 29.0 | 9.7 |
| | January–March | 18,033 | 7.52 | 135.3 | 17,393 | 2,157 | 82.2 | <50 | 2,107 | 0.13 | 26.7 | 8.6 |
| | April–June | 13,463 | 7.60 | 151.0 | 16,293 | 2,033 | 51.3 | <50 | 1,643 | 0.19 | 27.4 | 8.2 |
| Grasses | July–September | 2,977 | 4.47 | 337.7 | 8,227 | 1,031 | 74.5 | <50 | 727 | 0.12 | 16.6 | 4.1 |
| | October–December | 2,927 | 5.78 | 171.6 | 8,620 | 1,138 | 46.7 | <50 | 983 | 0.12 | 21.0 | 0.3 |
| | January–March | 3,300 | 21.0 | 384.7 | 6,777 | 1,066 | 87.9 | <50 | 962 | 0.08 | 21.0 | 3.4 |
| | April–June | 3,103 | 4.33 | 257.0 | 7,107 | 1,156 | 83.2 | <50 | 758 | 0.09 | 14.5 | 4.1 |

*Serology.*—Seroprevalence of antibodies against viruses varied with respect to disease agents (Table 4). We tested 50 serum samples for antibody to CE and 51 samples for antibodies against other disease organisms during 2000–2002 (Table 4). Results were reported anticomplementary or nonspecific for 27 samples tested for CE. Nine desert bighorn sheep and 22 samples had complement-fixing antibody titers to CE, ranging from 1:5 to 1:10. Sera from 9 desert bighorn sheep and 20 samples had serum-neutralizing antibody to BT virus (serotypes 2, 10, 11, 13, and 17); titers ranged from 1:10 to ≥1:80. Fourteen animals and 23 samples had serum-neutralizing antibody to EHD (serotypes 1 and 2); titers ranged from 1:40 to ≥1:80. Fifteen desert bighorn sheep and 32 samples had serum-neutralizing antibody to BRSV; titers ranged from 1:4 to 1:32. Fifteen animals sampled and 23 samples had low levels of antileptospiral antibody at the lowest dilutions (1:100). Reactive leptospiral serovars were *L. icterohemorrhagiae* (15/23), followed by *L. bratislava* (8/23), *L. szwajizak* (7/23), and *L. canicola* (1/23); *L. szwajizak* antibody first appeared in animals captured October 2002, when it was the only serovar found.

Seroprevalence of antibodies against CE, BRSV, and EHD viruses tended to be higher than for other diseases (Table 4), and there were no detectable levels of antibody to BVD, IBR, or PI-3 viruses. Fifteen desert bighorn sheep were negative to detectable antibody to chlamydia during 2000–2001, but 11 of 13 desert bighorn sheep tested in 2002 had antibody titers ranging from 1:4 to 1:8. Sera from 17 of 20 (85%) individual desert bighorn sheep had antibody to multiple diseases.

*Bacteriology.*—Nasal and pharyngeal swab samples from 20 desert bighorn sheep were cultured aerobically. Aerobic bacteria were isolated from nasal swabs of 7 (35%) animals, including *Mannheimia haemolytica* (*n* = 4; formerly *Pasteurella haemolytica*; Miller 2001), *Pasteurella multicoda* (*n* = 1), and *Staphylococcus aureus* (*n* = 2). Aerobic bacteria were isolated from pharyngeal swabs of 12 of 16 (75%) animals, including *M. haemolytica* (*n* = 3), *Pasteurella* spp. (*n* = 3), and *S. aureus* (*n* = 9).

*Parasites.*—Ear swab samples were negative for *Psoroptes* spp., and ear ticks were found only in October. Light infestations of *Dermacentor hunteri* were found in ears of 10 of 15 (67%) and 11 of 13 (85%) desert bighorn sheep captured in 2001 and 2002, respectively (Fisher exact test, df = 1, *P* = 0.39). Fecal samples collected from 16 desert bighorn sheep were negative for nematode eggs.

## Nutritional Status

*Vegetation.*—Browse analyzed for mineral concentrations included mesquite (*Prosopis glandulosa*), coursetia (*Coursetia glandulosa*), brittlebush (*Encilia farinosa*), catclaw (*Acacia greggii*), Mormon tea (*Ephedra* spp.), little-leaf paloverde (*Parkinsonia microphylla*), wild buckwheat (*Erigonum fasciculatum*), desert lavender (*Hyoptis emoryi*), white ratany (*Krameria grayi*), creosotebush (*Larrea tridentata*), jojoba (*Simmondsia chinensis*), ocotillo (*Fouquieria splendens*), turpentine brush (*Aplopappus* spp.), and fairy duster (*Calliandra eriophylla*). Forbs analyzed included ditaxis (*Argythamnia lanceolata*), mallow (*Abutilon* spp.), spurge (*Euphorbia* spp.), and globe mallow (*Sphaeralcea ambigua*); grasses included three-awn (*Aristida* spp.), tanglehead (*Heteropogon contortus*), and sideoats grama (*Bouteloua curtipendula*). Numbers of forb and grass species sampled were restricted by our inability to obtain quantitative representative samples during various months.

Mineral concentrations of browse, forbs, and grasses (Table 5) varied, and most in general appeared to be higher between autumn and spring. Concentration of P in browse ($\bar{x}$ = 1,337 ppm, 90% CI = 1,210–1,464 ppm) was greater than in forbs ($\bar{x}$ = 628 ppm, 90% CI = 341–914 ppm) and grasses ($\bar{x}$ = 560 ppm, 90% CI = 476–645 ppm) during the drier sampling periods of 1999–2000 (rainfall = 24.5 cm). In comparison, levels of P in browse ($\bar{x}$ = 1,726 ppm, 90% CI = 1,460–1,952 ppm) and forbs ($\bar{x}$ = 1,865 ppm, 90% CI = 1,448–2,281 ppm) did not differ during the wetter sampling periods of 2000–2001 (rainfall = 41.7 cm). Mean concentration of P in browse during 2000–2001 ($\bar{x}$ = 1,726 ppm, 90% CI = 1,460–1,992 ppm) tended to be higher than in 1999–2000 ($\bar{x}$ = 1,337 ppm, 90% CI = 1,210–1,464 ppm). Mean concentrations of P in forbs ($\bar{x}$ = 1,865 ppm, 90% CI = 1,448–2,281 ppm) and grasses ($\bar{x}$ = 858 ppm, 90% CI = 700–1,015 ppm) in 2000–2001 exceeded levels in forbs ($\bar{x}$ = 628 ppm, 90% CI = 34–914 ppm) and grasses ($\bar{x}$ = 560 ppm, 90% CI = 476–645 ppm) in 1999–2000.

Mean concentration of Ca in forbs was higher during 2000–2001 ($\bar{x}$ = 16,613 ppm, 90% CI = 12,070–21,156 ppm) than in 1999–2000 ($\bar{x}$ = 7,514 ppm, 90% CI = 5,524–9,504 ppm). Mean concentrations of Ca in browse during 1999–2000 ($\bar{x}$ = 18,686 ppm,

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057231

90% CI = 17,098–19,474 ppm) and 2000–2001 ($\bar{x}$ = 18,727 ppm, 90% CI = 18,359–19,095 ppm) did not differ. Levels of Ca in browse ($\bar{x}$ = 18,286 ppm, 90% CI = 17,098–19,474 ppm) exceeded levels in forbs ($\bar{x}$ = 7,514 ppm, 90% CI = 5,524–9,504 ppm) in 1999–2000, but levels of Ca in browse ($\bar{x}$ = 18,727 ppm, 90% CI = 18,359–19,085 ppm) and forbs ($\bar{x}$ = 16,613 ppm, 90% CI = 12,070–21,156) did not differ in 2000–2001. Mean concentrations of Ca in grasses during 1999–2000 ($\bar{x}$ = 4,116 ppm, 90% CI = 1,385–6,847 ppm) and 2000–2001 ($\bar{x}$ = 3,077 ppm, 90% CI = 2,881–3,272 ppm) did not differ.

Ratios of Ca:P were narrower for forbs than browse in each sampling period and were narrower for grasses than for browse and forbs. Ratios of Ca:P tended to be narrower between winter and spring for browse and forbs and narrower for grasses during autumn. Ratios of Ca:P for browse ($\bar{x}$ = 11.0, 90% CI = 9.2–12.8) and forbs ($\bar{x}$ = 8.9, 90% CI = 8.1–9.7) did not differ in 2000–2001. Mean Ca:P ratio of forbs during 2000–2001 ($\bar{x}$ = 8.8, 90% CI = 8.1–9.7) was narrower than the ratio in 1999–2000 ($\bar{x}$ = 15.3, 90% CI = 11.7–18.9). The Ca:P ratio of browse in 2000–2001 ($\bar{x}$ = 11.0, 90% CI = 9.2–12.8) was narrower than in 1999–2000 ($\bar{x}$ = 15.7, 90% CI = 14.0–17.3). Mean Ca:P ratios for grasses in 2000–2001 ($\bar{x}$ = 3.0, 90% CI = 0.8–5.1) and 1999–2000 ($\bar{x}$ = 5.3, 90% CI = 4.6–6.1) did not differ.

Mean concentrations of K in browse (1999–2000 $\bar{x}$ = 14,064 ppm, 90% CI = 12,692–15,436 ppm; 2000–2001 $\bar{x}$ = 14,693 ppm, 90% CI = 13,162–16,203 ppm), forbs (1999–2000 $\bar{x}$ = 13,378 ppm, 90% CI = 10,946–15,810 ppm; 2000–2001 $\bar{x}$ = 16,275 ppm, 90% CI = 13,461–19,089 ppm), and grasses (1999–2000 $\bar{x}$ = 6,588 ppm, 90% CI = 4,870–8,306 ppm; 2000–2001 $\bar{x}$ = 6,259 ppm, 90% CI = 4,923–7,595 ppm) did not differ within forage classes between 1999–2000 and 2000–2001. Ratios of K:Ca for browse ($\bar{x}$ = 0.77, 90% CI = 0.62–0.92) and forbs ($\bar{x}$ = 0.83, 90% CI = 0.68–0.97) were lower than for grasses ($\bar{x}$ = 2.46, 90% CI = 1.56–3.35) during 1999–2000, and did not differ from those of browse ($\bar{x}$ = 0.77, 90% CI = 0.71–0.83), forbs ($\bar{x}$ = 0.76, 90% CI = 0.22–1.30), and grasses ($\bar{x}$ = 2.51, 90% CI = 2.03–2.99) in 2000–2001.

Mean concentrations of Na in browse, forbs, and grasses during 1999–2000 were 100.9 ppm (90% CI = 81.5–140.3 ppm), 40.8 ppm (90% CI = 29.3–52.2), and 27.8 ppm (90% CI = 20.6–35.1 ppm), respectively. Sodium concentrations for forage classes during 2000–2001 were reported by the laboratory as ≤50 ppm or concentrations measured at higher levels, precluding direct comparisons between years of Na levels and Na:K ratios. However, proportion of browse species with Na concentrations <50 ppm was lower in 1999–2000 (45.3%) than in 2000–2001 (89.1%; $\chi^2$ = 26.16, $P$ < 0.001). Proportion of forb species with Na levels <50 ppm tended to be higher in 2000–2001 than in 1999–2000 (1999–2000 = 66.7% vs. 2000–2001 = 100%; Yates adjusted chi-square: $\chi^2$ = 2.83, $P$ = 0.09), but proportion of grass species with Na levels <50 ppm was 100% both years.

During 2000–2001, levels of Se in browse ($\bar{x}$ = 0.15 ppm, 90% CI = 0.13–0.17 ppm), and Zn in forbs ($\bar{x}$ = 27.7 ppm, 90% CI = 26.6–28.8 ppm) and grasses ($\bar{x}$ = 18.3 ppm, 90% CI = 14.4–22.1 ppm) were higher than Se levels in browse ($\bar{x}$ = 0.12 ppm, 90% CI = 0.11–0.13 ppm), and concentrations of Zn in forbs ($\bar{x}$ = 21.4 ppm, 90% CI = 19.0–23.8 ppm) and grasses ($\bar{x}$ = 12.7 ppm, 90%



**Figure 3.** Percent ground cover of browse, forbs, and grass, and seasonal rainfall (WINTPPT = November–April; SUMPPT = July–September), Mazatzal Mountains, Arizona, USA, August–September (Aug–Sept) 1999, 2000, and 2001 and February–March (Feb–March) 2000 and 2001.

CI = 11.7–13.6 ppm) than in 1999–2000. Mean concentration of Fe in browse was lower in 2000–2001 ($\bar{x}$ = 133.7 ppm, 90% CI = 116.5–150.9 ppm) than in 1999–2000 ($\bar{x}$ = 200.8 ppm, 90% CI = 163.3–238.4 ppm). Mean levels of Cu, Mg, and Mn in browse, forbs, and grasses did not differ between forage classes or between years within forage classes.

Occurrences of moderate (range = 0.5–4.2%) and heavy (range = 0–0.9%) hedging on all sites were similar during August–September 1999 and February–March 2000 and were apparent on only about 2% of 6,499 individual browse or forb plants for combined sampling periods. Aboveground portions of grasses generally were dead during sampling periods, and we were unable to estimate levels of use. Ground cover of forbs and grass tended to increase primarily with higher winter rainfall, whereas ground cover of browse appeared to be independent of rainfall levels (Fig. 3). Coverage of bare ground ranged from a high of 52.4% in August–September 2000 (90% CI = 47.4–57.5%) to a low of 31.4% in February–March 2001 (90% CI = 25.3–37.4%).

*Diets.*—Diets of adults (Table 6) based on analyses of feces were dominated by browse between the summer of 1999 (July–August) and the winter of 2000 (January–February), followed by forbs, grass, and sedges-lichens-moss-berries-seeds-nuts. However, forbs exceeded browse and browse continued to exceed grass in diets from the spring of 2000 (March–April) through the summer of 2002 (May–June). Percentages of forbs in adult diets increased between July–August 1999 and May–June 2002 ($r$ = 0.5336, $P$ = 0.023), whereas percentages of browse ($r$ = −0.5199, $P$ = 0.027) declined. Percentage of forbs in diets tended to be lower within sampling years in July–August 1999 and 2000, September–October 2001, and March–June 2002. In comparison, percentage of browse peaked in January–February 2000 and exhibited other seasonal increases in July–August 2000, January–February 2001, and March–June 2002.

Mean annual (July–August to May–June) consumption (indexed by % composition in feces) of forbs during 2001–2002 ($\bar{x}$ = 63.58%, 90% CI = 53.81–73.36%) was greater than in 1999–2000 ($\bar{x}$ = 30.08%, 90% CI = 24.68–51.49%), whereas mean annual consumption of browse in 2001–2002 ($\bar{x}$ = 24.97%, 90%

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057232

**Table 6.** Percent fecal neutral detergent fiber (FNDF), forbs, browse, grass, and other forages[a] for adult desert bighorn sheep, Mazatzal Mountains, Arizona, USA, 1999–2002.

| Years | Months | FNDF | Forbs | Browse | Grass | Other[a] |
|-------|--------|------|-------|--------|-------|----------|
| 1999 | July–August | 62.9 | 22.4 | 39.1 | 32.2 | 6.3 |
| | September–October | 53.1 | 33.1 | 47.5 | 16.7 | 2.9 |
| | November–December | 53.0 | 27.7 | 52.9 | 12.3 | 7.3 |
| 2000 | January–February | 55.4 | 28.7 | 62.9 | 1.5 | 6.9 |
| | March–April | 56.1 | 53.6 | 43.9 | 1.5 | 0.5 |
| | May–June | 57.5 | 63.0 | 28.8 | 4.5 | 4.2 |
| | July–August | 53.3 | 39.6 | 42.2 | 8.6 | 8.6 |
| | September–October | 57.3 | 53.5 | 27.7 | 14.7 | 14.7 |
| | November–December | 52.6 | 58.7 | 33.1 | 8.0 | 8.0 |
| 2001 | January–February | 57.4 | 49.8 | 39.6 | 9.2 | 9.2 |
| | March–April | 49.9 | 62.7 | 29.3 | 4.3 | 4.3 |
| | May–June | 57.1 | 62.7 | 28.3 | 4.5 | 4.5 |
| | July–August | 53.3 | 57.7 | 20.9 | 14.7 | 7.3 |
| | September–October | 57.0 | 55.0 | 26.5 | 13.2 | 5.7 |
| | November–December | 52.2 | 75.3 | 19.6 | 4.0 | 1.1 |
| 2002 | January–February | 57.8 | 80.9 | 17.3 | 1.0 | 0.8 |
| | March–April | 49.8 | 61.5 | 27.1 | 7.9 | 3.5 |
| | May–June | 57.8 | 51.1 | 38.4 | 2.3 | 8.2 |

[a] Sedges, lichens, moss, and berries, seeds, and nuts.

**Table 7.** Percent fecal neutral detergent fiber (FNDF), forbs, browse, grass, and other forages[a] for desert bighorn sheep lambs, Mazatzal Mountains, Arizona, USA, 2001–2003.

| Years | Months | FNDF | Forbs | Browse | Grass | Other[a] |
|-------|--------|------|-------|--------|-------|----------|
| 2001 | March | 45.2 | 49.1 | 28.1 | 19.7 | 2.1 |
| | April | 51.6 | 55.5 | 40.3 | 1.8 | 2.4 |
| | May | 45.2 | 55.0 | 37.4 | 4.9 | 2.7 |
| | June | 51.6 | 58.0 | 28.1 | 3.8 | 10.1 |
| 2002 | February | 50.5 | 60.2 | 33.6 | 1.2 | 5.0 |
| | March | 51.8 | 48.1 | 31.0 | 15.5 | 5.4 |
| | April | 57.0 | 55.1 | 31.1 | 5.4 | 8.4 |
| | May | 57.3 | 60.7 | 30.0 | 5.0 | 4.3 |
| | June | 57.2 | 53.0 | 35.1 | 3.8 | 8.1 |
| | July | 57.5 | 37.4 | 53.6 | 1.7 | 7.3 |
| 2003 | April | 62.5 | 58.8 | 20.9 | 14.3 | 4.8 |
| | May | 64.3 | 51.9 | 42.0 | 2.9 | 3.2 |
| | June | 64.6 | 43.8 | 38.0 | 4.7 | 13.5 |
| | July | 61.8 | 47.6 | 36.2 | 1.8 | 14.4 |

[a] Sedges, lichens, moss, and berries, seeds, and nuts.

CI = 18.69–31.25%) was lower than in 1999–2000 ($\bar{x}$ = 48.85, 90% CI = 36.23–55.47%). Percentages of browse and forbs in the adult diet were negatively correlated ($F_{1, 16}$ = 39.72, $r^2$ = 0.7128, $P < 0.001$, $b = -0.84$), and number of forbs identified that comprised ≥5% of adult diets was positively correlated with total rainfall during 2 months prior to diet sampling ($F_{1, 16}$ = 5.29, $r^2$ = 0.2484, $P = 0.035$, $b = 0.50$).

Percentage of grass in adult diets tended to be higher during summer to autumn 1999–2001 than through winter to early summer but increased in March–April 2002 and declined ($r = -0.4829$, $P = 0.042$) during 1999–2002. Percentages of sedges, lichens, moss, berries, seeds, and nuts in adult diets evidenced little clear annual or seasonal trend (Table 6). Grasses comprised similar proportions of desert bighorn sheep diets during 1999–2000 ($\bar{x}$ = 11.5%, 90% CI = 1.7–21.2%), 2000–2001 ($\bar{x}$ = 8.2%, 90% CI = 5.1–11.4%), and 2001–2002 ($\bar{x}$ = 7.2%, 90% CI = 2.5–11.9%). Mean percentages of sedges, lichens, moss, berries, seeds, and nuts as a forage group in adult diets did not differ among years (1999–2000 $\bar{x}$ = 4.7%, 90% CI = 2.5–6.9%; 2001–2002 $\bar{x}$ = 4.4%, 90% CI = 1.9–7.0%), although the mean was nearly 2-fold higher during 2000 to 2001 ($\bar{x}$ = 8.2%, 90% CI = 5.1–11.4%). Adult desert bighorn sheep ate 33–37 plant species each year between July–August and May–June sampling periods. Number of species comprising ≥5% of the diet each year (8–9) included 3–6 forbs and 1–4 browse. The number of grass species comprising ≥5% of the diet increased to a maximum of 2 only during the wetter summer of 1999.

Forbs predominated in lamb diets (based on analyses of feces) each year during 2001 through 2003, followed by browse, grass, and combined sedges, lichens, moss, berries, seeds, and nuts (Table 7). Percentages of sedges, lichens, moss, berries, seeds, and nuts tended to be similar in adult and lamb diets (Tables 6, 7). Mean percentage of this food group eaten by lambs did not differ among years (2001 $\bar{x}$ = 9.0%, 90% CI = 2.2–15.8%; 2002 $\bar{x}$ = 4.6%, 90% CI = 0.23–8.9%; 2003 $\bar{x}$ = 6.4%, 90% CI = 5.0–7.8%). Lambs ate 35–45 plant species each year, and 3–5 each of

forbs and browse species comprised ≥5% of diets in any month. Lambs ate more grass during spring (February–April) than during other months, and grass consumption by lambs in spring exceeded that by adults (Tables 6, 7).

*Fecal Nutrients.*—Levels of nitrogen (Fig. 4) and DAPA (Fig. 5) in feces of adult desert bighorn sheep showed differences corresponding with winter but not summer rainfall. Mean concentrations of FN and FDAPA (Table 8) also did not differ among years for the July–August to May–June sampling periods. Fecal nitrogen levels increased during winter to spring each year, but differences in durations of higher concentrations corresponded with winter rainfall. During lower winter rainfall in 2000 (41% of long-term average), highest concentrations of FN extended from March–April to May–June, whereas during lowest winter rainfall in 2002 (24% of long-term average), highest levels of FN occurred only in January–February. In contrast, highest concentrations of FN extended from November–December 2000 through July–August 2001, corresponding with highest winter rainfall during our study, a level that neared long-term average (Table 1).

Compared to FN, concentrations of FDAPA less clearly showed trends corresponding to levels of winter rainfall (Figs. 5, 6;



**Figure 4.** Fecal nitrogen concentrations (%) for adult desert bighorn sheep, Mazatzal Mountains, Arizona, USA, July–August 1999 to May–June 2002.

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057233



**Figure 5.** Fecal 2,6-diaminopimelic acid (DAPA) concentrations (mg/g) for adult desert bighorn sheep, Mazatzal Mountains, Arizona, USA, July–August 1999 to May–June 2002.



**Figure 6.** Fecal nitrogen concentrations (%) for desert bighorn sheep lambs, Mazatzal Mountains, Arizona, USA, 2001–2003.

Table 1), but positive correlation of these variables with each other ($F_{1, 16} = 10.55$, $r^2 = 0.3973$, $P = 0.005$, $b = 0.63$) supported similarity of trends. Concentrations of FDAPA increased during winter and summer and were lowest in autumn, and highest levels were more prolonged in the wettest year of 2001, compared to drier years of 1999 and 2002. Although adult FN and FDAPA concentrations showed patterns associated with winter rainfall, total rainfall during and 1 or 2 months prior to fecal sampling periods did not correlate ($F_{1, 16} \leq 2.3$, $P \geq 0.14$) with concentrations of FN, FDAPA, FNDF, or % browse, forbs, grasses, and combined sedges-lichens-moss-berries-seeds-nuts in the diet (Table 6).

Percent FNDF (Table 6) appeared to vary without clear pattern (1999–2000: 56.3%, 90% CI = 53.3–59.4%; 2000–2001: 54.6%, 90% CI = 52.0–57.2%; 2001–2002: 54.7%, 90% CI = 51.9–57.4%) and was independent of rainfall in either season (Table 1). Fecal N and FDAPA were positively correlated for adults, whereas neither FN nor FDAPA were correlated with FNDF ($P \geq 0.76$). Concentrations of FDAPA and FNDF were not correlated ($F_{1, 16} \leq 1.54$, $r^2 \leq 0.10$, $P \geq 0.20$) with percentages of browse, forbs, or combined sedges, lichens, moss, berries, seeds, and nuts in the adult diet. Concentrations of FN were negatively correlated ($F_{1, 16} = 5.45$, $r^2 = 0.2541$, $P = 0.033$, $b = -0.50$) with percentage of combined sedges, lichens, moss, berries, seeds, and nuts in the diet, but were not correlated ($F_{1, 16} \leq 1.43$, $P \geq 0.24$) with percentages of browse, forbs, or grasses in the diet.

Specifically, FN was not correlated with diet composition of browse ($F_{1, 16} = 0.22$, $r^2 = 0.0135$, $P = 0.65$) or forbs ($F_{1, 16} = 1.43$, $r^2 = 0.0823$, $P = 0.25$), but fecal phosphorus (FP) tended to increase with FN ($F_{1, 16} = 3.86$, $r^2 = 0.1945$, $P = 0.067$, $b = 0.44$). Fecal DAPA ($F_{1, 16} \leq 1.76$, $r^2 \leq 0.10$, $P \geq 0.20$), FNDF ($F_{1, 16} \leq 2.09$, $r^2 \leq 0.12$, $P \geq 0.17$), and FP ($F_{1, 16} \leq 1.62$, $r^2 \leq 0.09$, $P \geq 0.22$) concentrations were independent of percentage diet composition of forage classes. Number of forb species comprising $\geq 5\%$ of adult diets was positively correlated with FP ($F_{1, 16} = 15.85$, $r^2 = 0.4976$, $P = 0.001$, $b = 0.71$) and was negatively correlated with FNDF ($F_{1, 16} = 4.91$, $r^2 = 0.2347$, $P = 0.042$, $b = -0.48$).

Mineral concentrations in feces of adults (Table 9) exhibited different trends and apparent associations with rainfall throughout the study (Table 1). Mineral levels in adult feces evidenced few and weak relationships only between % browse and forbs in diets. Fecal concentrations of Na and K tended to increase with % forbs in diets ($F_{1, 16} \leq 6.19$, $r^2 \leq 0.28$, $P \leq 0.03$, $b \leq 0.53$). Fecal concentrations of Mg tended to increase ($F_{1, 16} = 6.14$, $r^2 = 0.2772$, $P = 0.02$, $b = 0.53$), whereas levels of fecal K tended to decline ($F_{1, 16} = 4.62$, $r^2 = 0.2240$, $P < 0.05$, $b = -0.47$), with higher % browse in diets. Mean level of Mg in adult feces did not differ in 1999–2000 ($\bar{x} = 0.74\%$, 90% CI = 0.61–0.87%), 2000–2001 ($\bar{x} = 0.54\%$, 90% CI = 0.46–0.61%), or 2001–2002 ($\bar{x} = 0.67\%$, 90% CI = 0.59–0.74%), although the mean tended to be higher in 1999–2000 than 2000–2001.

Mean concentrations of fecal Ca were comparable in 1999–2000 ($\bar{x} = 3.32\%$, 90% CI = 3.03–3.63%) and 2000–2001 ($\bar{x} = 3.55\%$, 90% CI = 2.81–4.29%), but mean fecal Ca level in 2001–2002 ($\bar{x} = 4.25\%$, 90% CI = 3.69–4.81%) was higher than in 1999–2000. Mean fecal concentrations of K were similar in 1999–2000 ($\bar{x} = 0.19\%$, 90% CI = 0.15–0.23%) and 2001–2002 ($\bar{x} = 0.28\%$, 90% CI = 0.23–0.34%), but mean concentration in 2000–2001 ($\bar{x} = 0.38\%$, 90% CI = 0.25–0.50%) was higher than in 1999–2000. Mean fecal Na concentration increased more than 4-fold during 2001–2002 compared to 1999–2000 and 2000–2001 (1999–2000 $\bar{x} = 0.028\%$, 90% CI = 0.026–0.030%; 2000–2001 $\bar{x} = 0.047\%$, 90% CI = 0.024–0.069%; 2001–2002 $\bar{x} = 0.217\%$, 90% CI = 0.102–0.331%), clearly indicating greater excretion of

**Table 8.** Mean (90% CI in parentheses) concentrations of fecal nitrogen (FN; %) and 2,6-diaminopimelic acid (FDAPA; mg/g) of desert bighorn sheep adults and lambs, Mazatzal Mountains, Arizona, USA, July–June 1999–2002 (adults) and 2001–2003 (lambs).

|  | Year | FN | FDAPA |
|---|---|---|---|
| Adults | 1999–2000 | 1.93 (1.77–2.09) | 56.3 (53.3–59.4) |
|  | 2000–2001 | 1.90 (1.53–2.26) | 54.6 (52.0–57.2) |
|  | 2001–2002 | 1.92 (1.74–2.10) | 54.7 (51.9–57.4) |
| Lambs | 2001 | 2.39 (2.08–2.70) | 0.41 (0.20–0.61) |
|  | 2002 | 1.99 (1.75–2.22) | 0.34 (0.20–0.49) |
|  | 2003 | 2.57 (1.98–3.16) | 0.38 (0.27–0.49) |

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057234

**Table 9.** Concentrations of fecal minerals (% dry wt) for adult desert bighorn sheep, Mazatzal Mountains, Arizona, USA, 1999–2002.

| Years | Months | Ca | K | Mg | Na | P |
|---|---|---|---|---|---|---|
| 1999 | July–August | 2.80 | 0.19 | 0.61 | 0.030 | 0.24 |
| | September–October | 3.80 | 0.18 | 0.70 | 0.032 | 0.27 |
| | November–December | 3.50 | 0.14 | 0.81 | 0.025 | 0.19 |
| 2000 | January–February | 3.60 | 0.14 | 0.97 | 0.028 | 0.19 |
| | March–April | 3.20 | 0.24 | 0.80 | 0.028 | 0.23 |
| | May–June | 3.00 | 0.26 | 0.53 | 0.027 | 0.30 |
| | July–August | 2.64 | 0.33 | 0.52 | 0.063 | 0.18 |
| | September–October | 3.81 | 0.17 | 0.57 | 0.020 | 0.25 |
| | November–December | 4.25 | 0.48 | 0.63 | 0.032 | 0.33 |
| 2001 | January–February | 4.82 | 0.28 | 0.64 | 0.031 | 0.39 |
| | March–April | 3.15 | 0.58 | 0.44 | 0.038 | 0.48 |
| | May–June | 2.62 | 0.41 | 0.41 | 0.095 | 0.25 |
| | July–August | 3.27 | 0.40 | 0.59 | 0.042 | 0.31 |
| | September–October | 4.14 | 0.22 | 0.56 | 0.032 | 0.22 |
| | November–December | 4.59 | 0.26 | 0.66 | 0.297 | 0.21 |
| 2002 | January–February | 4.69 | 0.31 | 0.80 | 0.299 | 0.26 |
| | March–April | 5.22 | 0.28 | 0.71 | 0.313 | 0.24 |
| | May–June | 3.77 | 0.22 | 0.67 | 0.317 | 0.20 |



**Figure 7.** Fecal 2,6-diaminopimelic acid (DAPA) concentrations (mg/g) for desert bighorn sheep lambs, Mazatzal Mountains, Arizona, USA, 2001–2003.

Na associated with the driest year of the study. Fungi might provide high dietary sources of Na (Weeks and Kirkpatrick 1976), but we found no correlation between % fungi and Na concentrations for either adults or lambs ($F_{1,16} \leq 0.235$, $P \geq 0.62$). Mean concentrations of FP did not differ for 1999–2000 ($\bar{x} = 0.25\%$, 90% CI = 0.20–0.31%), 2000–2001 ($\bar{x} = 0.30\%$, 90% CI = 0.21–0.38%), and 2001–2002 ($\bar{x} = 0.24\%$, 90% CI = 0.21–0.23%). However, concentrations of FP during January–April were about 2-fold higher during the wetter year of 2001 than during the drier years of 2000 and 2002.

Mean ratio of fecal Ca:P of adults also was wider during lower rainfall in July 2001–June 2002 ($\bar{x} = 18.3$, 90% CI = 14.9–21.7%) than during higher rainfall in July 2000–June 2001 ($\bar{x} = 12.1$, 90% CI = 9.5–14.6%). Mean ratio of fecal Ca:P during the wetter period of July 2000–June 2001 did not differ compared to the mean for the drought year of July 1999–June 2000 ($\bar{x} = 14.5$, 90% CI = 11.6–17.4%). Mean fecal Na:K ratio in 2001–2002 ($\bar{x} = 0.82$, 90% CI = 0.36–1.28%) was higher than in 1999–2000 ($\bar{x} = 0.16$, 90% CI = 0.12–0.19%) and 2000–2001 ($\bar{x} = 0.13$, 90% CI = 0.08–0.19%). Fecal K levels were not correlated with fecal Na ($F_{1,16} < 0.001$, $P > 0.98$) or Na:K ratios ($F_{1,16} = 0.31$, $P > 0.58$). In comparison, fecal Na was positively correlated with Na:K ratios ($F_{1,16} = 357.8$, $r^2 = 0.9572$, $P < 0.001$, $b = 0.98$). Rainfall during 1–2 months prior to sampling periods did not correlate with adult FN, FDAPA, FNDF, or fecal mineral concentrations other than FP; concentrations of FP tended to increase with total rainfall 2 months prior to sampling ($F_{1,16} = 3.37$, $r^2 = 0.1740$, $P = 0.085$, $b = 0.42$).

Concentrations of N and DAPA in lamb feces early during lactation exceeded levels in adult feces and declined to about adult levels by summer between 2001 and 2003, as maturation progressed (Figs. 4–7). In contrast, FNDF concentrations for lambs were below adult levels early in lactation and increased to about adult levels as maturation progressed (Tables 6, 7). Winter rainfall (Table 1) also influenced lamb fecal indices (Tables 7, 10; Figs. 6, 7). Mean concentrations of FN and FDAPA of lambs did not differ among sampling periods (Table 8). However, concen-

trations of FN and FDAPA during early to mid-lactation appeared to be lower during lower winter rainfall in 2002, compared with during higher winter rainfall in 2001 and 2003. Mean FNDF of lambs in 2003 increased about 26% above the mean in 2001 and about 16% above the mean in 2002 (2001 $\bar{x} = 50.2\%$, 90% CI = 46.3–54.0%; 2002 $\bar{x} = 54.8\%$, 90% CI = 51.6–58.0%; 2003 $\bar{x} = 63.3\%$, 90% CI = 61.6–64.9%).

Fecal mineral concentrations for lambs tended to vary with respect to maturation and in most instances approached adult levels by early summer (Tables 9, 10). Concentrations of K in lamb feces consistently declined during maturation, but concentrations of fecal Ca and Mg showed no clear trends. Mean concentrations of most lamb fecal minerals showed few differences in relation to rainfall levels between years. Mean fecal concentrations of K (2001 $\bar{x} = 0.33\%$, 90% CI = 0.24–0.41%; 2002 $\bar{x} = 0.36\%$, 90% CI = 0.22–0.50%; 2003 $\bar{x} = 0.27\%$, 90% CI = 0.10–0.44%), Mg (2001 $\bar{x} = 0.48\%$, 90% CI = 0.41–0.54%; 2002 $\bar{x} = 0.54\%$, 90% CI = 0.47–0.61%; 2003 $\bar{x} = 0.54\%$, 90% CI = 0.41–0.66%), and Na (2001 $\bar{x} = 0.05\%$, 90% CI = 0.02–0.08%; 2002 $\bar{x} = 0.04\%$, 90% CI = 0.03–0.04%; 2003 $\bar{x} = 0.03\%$, 90% CI = 0.01–0.05%) did not differ among years.

In comparison, concentrations of Na in feces tended to increase as lambs matured in wetter years of 2001 and 2003 but not in the

**Table 10.** Concentrations of fecal minerals (% dry wt) for desert bighorn sheep lambs, Mazatzal Mountains, Arizona, USA, 2001–2003.

| Years | Months | Ca | K | Mg | Na | P |
|---|---|---|---|---|---|---|
| 2001 | March | 3.51 | 0.42 | 0.49 | 0.029 | 0.58 |
| | April | 2.17 | 0.33 | 0.43 | 0.047 | 0.31 |
| | May | 2.17 | 0.28 | 0.43 | 0.048 | 0.29 |
| | June | 2.60 | 0.27 | 0.55 | 0.085 | 0.23 |
| 2002 | February | 4.24 | 0.56 | 0.58 | 0.030 | 0.24 |
| | March | 3.25 | 0.45 | 0.47 | 0.036 | 0.20 |
| | April | 3.90 | 0.33 | 0.46 | 0.048 | 0.24 |
| | May | 4.04 | 0.24 | 0.63 | 0.037 | 0.21 |
| | July | 3.52 | 0.22 | 0.57 | 0.027 | 0.20 |
| 2003 | April | 2.52 | 0.48 | 0.58 | 0.019 | 0.42 |
| | May | 2.57 | 0.17 | 0.54 | 0.020 | 0.47 |
| | June | 2.82 | 0.27 | 0.39 | 0.025 | 0.55 |
| | July | 3.58 | 0.16 | 0.64 | 0.057 | 0.28 |

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057235

drier year of 2002. Fecal Ca and P concentrations tended to be higher and lower, respectively, during the drier winter of 2002 compared to winters 2001 and 2003. Mean fecal Ca concentrations in 2001 and 2003 were lower than in 2002 (2001 $\bar{x}$ = 2.61%, 85% CI = 2.00–3.22%; 2002 $\bar{x}$ = 3.79%, 85% CI = 3.47–4.11%; 2003 $\bar{x}$ = 2.87%, 85% CI = 2.40–3.34%). Mean fecal P concentration in 2003 exceeded that in 2002 (2001 $\bar{x}$ = 0.35%, 90% CI = 0.17–0.54%; 2002 $\bar{x}$ = 0.22%, 90% CI = 0.20–0.24%; 2003 $\bar{x}$ = 0.43%, 90% CI = 0.30–0.56%). Mean Ca:P ratio in 2002 ($\bar{x}$ = 17.4, 90% CI = 16.2–18.5%) was wider than in 2001 ($\bar{x}$ = 8.0, 90% CI = 5.2–18.5%) and 2003 ($\bar{x}$ = 7.6, 90% CI = 2.7–12.4%). Concentrations of fecal K and Na were not correlated ($F_{1, 11}$ = 0.86, $P$ > 0.37), and mean Na:K ratios did not differ in 2001 ($\bar{x}$ = 0.13, 90% CI = 0.05–0.29%), 2002 ($\bar{x}$ = 0.11, 90% CI = 0.07–0.15%), and 2003 ($\bar{x}$ = 0.15, 90% CI = −0.01–0.32%). However, ratios of Na:K were positively correlated with Na levels ($F_{1, 11}$ = 21.17, $r^2$ = 0.6581, $P$ < 0.001, $b$ = 0.81) in lamb feces; in contrast to results for adults, Na:K ratios were negatively correlated with concentrations of K ($F_{1, 11}$ = 7.75, $r^2$ = 0.4133, $P$ < 0.02, $b$ = −0.64) in lamb feces.

## Predators

*Mountain Lion Reduction.*—Sport hunters harvested a mean of 0.8 mountain lions/year (range 0–2) on the Mazatzal Mountains study area between 1989 and 1999 (AGFD, unpublished data). Sport hunters killed 13 mountain lions within the study area between the winters of 1999–2000 and 2003–2004 (Table 11); 12 were harvested after 1999, including 6 in 2000, 3 in 2001, 2 in 2002, and 1 in 2003. Hunters killed 3 mountain lions within the known distribution of desert bighorn sheep (Fig. 2); the remainder were initially trailed by hounds within but killed outside that range or were initially encountered and killed by hunters outside that range (AGFD, unpublished data).

Based on an estimated initial population size of 16 resident adult mountain lions on the study area (AGFD, unpublished data), sport hunters prior to the 2003 desert bighorn sheep survey might have killed about half the 1999 resident adult population. Of 11 adults harvested during 2000–2003, 5 were males and 6 were females, consistent with a likely 50:50 population sex ratio (Cunningham et al. 2001a). Mean mountain lion track counts,

compared to the spring 1999 survey, were lower each spring between 2000 and 2003, but mean track counts during the winters of 1999–2004 did not clearly indicate differences among sampling periods (Table 11).

*Diets.*—We analyzed 171 mountain lion scats collected between 1999 and 2003 for prey remains (Table 12). We found 1.0–1.2 prey items/mountain lion scat collected during this period. Mountain lion diet differed among years during 1999–2003 ($\chi^2$ = 38.97, $P$ < 0.001) and the index of diet diversity declined >50% after 2000 following cattle removal and as mountain lion reductions continued. Occurrence of cattle remains in scats declined following cattle removal (Yates adjusted chi-square: $\chi^2$ = 30.22, $P$ < 0.001), but occurrence of collared peccary remains increased more than 3-fold (Yates adjusted chi-square: $\chi^2$ = 6.83, $P$ < 0.01). We found 60% ($n$ = 103) of scats within the range of desert bighorn sheep distribution (Fig. 2) and 40% ($n$ = 68) of scats outside this area. Occurrence of desert bighorn sheep remains in scats collected within their range of distribution (1999 = 5.0%, 2000 = 26.3%, 2001 = 12.5%, 2002 = 9.5%, 2003 = 9.4%), as well as throughout the study area (Table 12), increased between 1999 and 2000 and declined in subsequent years to nearer 1999 levels. We identified no desert bighorn sheep remains in 321 bobcat and 621 coyote scats examined during 2000–2003.

Occurrences of large and small prey in scats collected between 1999 and 2003 differed among years ($\chi^2$ = 16.5, $P$ < 0.005). Relative consumption of large wild prey biomass more than doubled between 1999 and 2003, as consumption of cattle biomass declined and mountain lion reductions continued, whereas consumption of small prey biomass fell more than 75%. Relative biomass of large prey eaten exceeded that of small prey during all years and increased from about 70% in 1999 to from 84% to 92% in following years because of greater relative consumption of large wild prey (Table 13). Desert bighorn sheep comprised 3.7%, 19.1%, 10.0%, 6.9%, and 8.2% of biomass consumed by mountain lions during successive years between 1999 and 2003, respectively.

**Table 12.** Percent occurrence of prey remains in scats collected throughout the study area, and indices of diet diversity for mountain lions, Mazatzal Mountains, Arizona, USA, 1999–2003.

| Prey | Years | | | | |
| | 1999 | 2000[a] | 2001[b] | 2002 | 2003 |
| --- | --- | --- | --- | --- | --- |
| Deer | 8.9 | 18.2 | 11.1 | 12.5 | 15.1 |
| Collared peccary | 15.6 | 13.6 | 51.9 | 57.5 | 60.4 |
| Cattle | 13.3 | 13.6 | 7.4 | 2.5 | 0 |
| Bighorn sheep | 2.2 | 22.7 | 7.4 | 5.0 | 5.7 |
| Lagomorph | 33.3 | 18.2 | 14.8 | 22.5 | 9.4 |
| Rodent | 8.9 | 9.1 | 0 | 0 | 5.7 |
| Bird | 6.7 | 0 | 3.7 | 0 | 0 |
| Reptile | 2.2 | 4.5 | 0 | 0 | 3.8 |
| Coyote | 4.4 | 0 | 0 | 0 | 0 |
| Common gray fox | 0 | 0 | 3.7 | 0 | 0 |
| Mountain lion | 4.4 | 0 | 0 | 0 | 0 |
| No. food items | 45 | 22 | 27 | 40 | 53 |
| No. scats examined | 37 | 19 | 27 | 40 | 48 |
| Diet diversity index | 5.62 | 6.07 | 3.16 | 2.49 | 2.47 |

[a] Mountain lion reduction began.
[b] Cattle removed by February 2001.

**Table 11.** Mean track counts (90% CI) during winter (November–January) and spring (March–May) and cumulative number of sport harvested mountain lions, Mazatzal Mountains, Arizona, USA, 1998–1999 to 2003–2004.

| Survey period | Tracks/km | 90% CI | Cumulative harvest |
| --- | --- | --- | --- |
| Winter 1998–1999 | 0.37 | 0.09–0.64 | 0 |
| Spring 1999 | 0.55 | 0.33–0.77 | 0 |
| Winter 1999–2000[a] | 0.44 | 0.17–0.71 | 2 |
| Spring 2000 | 0.19 | 0.06–0.32 | 5 |
| Winter 2000–2001 | 0.09 | 0.03–0.16 | 10 |
| Spring 2001 | 0.18 | 0.18–0.29 | 10 |
| Winter 2001–2002 | 0.14 | 0.03–0.25 | 11 |
| Spring 2002 | 0.18 | 0.05–0.31 | 12 |
| Winter 2002–2003 | 0.13 | 0.04–0.22 | 12 |
| Spring 2003 | 0.18 | 0.08–0.27 | 12 |
| Winter 2003–2004 | 0.22 | 0.08–0.37 | 13 |

[a] Mountain lion reduction began.

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057236

**Table 13.** Frequency of occurrence (%), percent biomass (Biom.; kg), and percent of numbers eaten (Num.) for large (cattle, deer, desert bighorn sheep, collared peccary) and small (lagomorphs, rodents) prey, cattle, and large wild prey in mountain lion diets, Mazatzal Mountains, Arizona, USA, 1999–2003.

| Year | n[a] | Small prey | | | Large prey | | | | | | |
| | | % | Biom. | Num. | Total | | | Cattle | | Wild prey | |
| | | | | | % | Biom. | Num. | Biom. | Num. | Biom. | Num. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 37 | 51.4 | 30.4 | 95.5 | 48.6 | 69.5 | 4.7 | 33.9 | 0.9 | 35.6 | 3.8 |
| 2000[b] | 19 | 21.1 | 7.7 | 87.2 | 78.9 | 92.3 | 12.8 | 31.2 | 1.8 | 61.1 | 11.0 |
| 2001[c] | 27 | 19.2 | 10.8 | 77.4 | 80.8 | 89.2 | 22.6 | 14.7 | 1.1 | 74.5 | 21.5 |
| 2002 | 40 | 22.5 | 16.3 | 83.2 | 77.5 | 83.7 | 16.8 | 5.1 | 0.3 | 78.6 | 16.5 |
| 2003 | 48 | 16.7 | 7.5 | 71.8 | 89.7 | 92.6 | 28.1 | 0 | 0 | 92.6 | 28.1 |

[a] No. scats analyzed.
[b] Mountain lion reduction began.
[c] Cattle removed by February 2001.

Converting frequency of occurrence of prey remains in scats to estimated relative numbers of prey eaten (Table 13), 95% of individuals consumed by mountain lions were small prey, and this declined to about 83% by 2002. Greater relative numbers of small compared to large prey were eaten throughout the study. Relative numbers eaten of all large prey combined and large wild prey increased more than 2-fold and 3-fold, respectively, between 1999 and 2003, whereas estimated relative number of cattle eaten declined more than 66% during this period.

*Desert Bighorn Sheep Mortalities.*—Mountain lion predation was identified as cause of death for 10 (5 males, 5 females) radio-collared desert bighorn sheep in Mazatzal Mountains between 1995 and 1998 (AGFD, unpublished data). Between 2000 and 2003, 7 radio-collared desert bighorn sheep died, and mountain lion predation was indicated in 5 deaths (3 males, 2 females). Mortalities of radio-collared animals due to mountain lion predation were lower between 2000 and 2003 than between 1995 and 1998 ($\chi^2 = 4.49$, $P = 0.034$), and mortality rates were higher during 1995–1998 (3.3/yr) than during 2000–2003 (1.3/year). We also found carcasses of 14 desert bighorn sheep (13 adults, 1 lamb) without radio collars between 1999 and 2003 and were able to determine mountain lions killed 4 of them. Of 21 carcasses of desert bighorn sheep (12 males, 5 females, 3 uncertain sex or age, 1 lamb) we found between 1999 and 2003 that died from causes other than sport hunting, we concluded that mountain lion predation was cause of death in 9 instances.

## DISCUSSION

Evaluation of factors potentially affecting trends and persistence of desert bighorn sheep populations can provide valuable perspective to resource managers addressing questions of management intervention (Van Ballenberghe and Ballard 1994; Ballard et al. 2001, 2003; McKinney et al. 2003; Laundré 2005). Declines and extirpations, particularly of small desert bighorn sheep populations, present concerns to wildlife management agencies (Bleich et al. 1996, Berger 1999, Kamler et al. 2002, McKinney et al. 2003, Rominger et al. 2004), and numerous factors have been suggested to influence persistence and population dynamics. Predator management and research represent a complex matrix of biological and sociopolitical challenges (Ballard et al. 2001, 2003; Treves and Karanth 2003). Opposition by special interest

groups (McKinney et al. 2000) compromised present study design and hampered captures of desert bighorn sheep for evaluation of disease exposure and causes of mortalities during 1999–2001.

In summary, we identified 2 proximate factors that likely acted or interacted to affect demographic characteristics of the desert bighorn sheep population in Mazatzal Mountains: nutritional status (winter rainfall [ultimate factor] was associated with differences in quality and availability of forages and quality of diets) and predation by mountain lions. We considered these variables to be limiting factors, defined as any factors that might operate to cause changes in loss or production of animals and thus contribute to the upper limit a population can reach in an environment (Messier 1991, Ballard et al. 2001, Logan and Sweanor 2001).

Our findings suggested associations between winter rainfall and indicators of nutritional status, including primary production, mineral content of vegetation, composition of diets, fecal nutrients, and demographic changes of the desert bighorn sheep population. Associations also were apparent between reductions of mountain lion abundance and predation and demographic attributes of the population. Observation rates of total desert bighorn sheep and lambs or yearlings were positively correlated with winter rainfall in Mazatzal Mountains and on the Plomosa Mountains reference area, where mountain lions were presumed absent. Winter rainfall (Table 1) likely influenced nutritional status of desert bighorn sheep in Mazatzal Mountains. Production of forbs (Fig. 3), concentrations of minerals in vegetation (Table 5), and consumption of forages by and nutritional status of desert bighorn sheep adults and lambs (Figs. 4–7; Tables 6, 7, 9, 10) were associated with patterns of winter rainfall, except that diets of lambs (Table 7) appeared to be independent of differences in rainfall (Table 1). Concentrations of Na, P, and ratios of Ca:P in forages (Table 5) in particular were associated with patterns of rainfall (Table 1). Fecal concentrations, particularly of N, DAPA, and P, of adults and lambs (Figs. 4–7, Tables 9, 10) also showed positive associations with winter rainfall (Table 1). Fecal ratios of Ca:P and concentrations of Ca were narrower and lower, respectively, for adults and lambs when winter precipitation was higher (Tables 1, 9, 10), supporting the notion of better nutritional status with higher rainfall.

Concentrations of Na in feces of adults also increased dramatically during late autumn through spring in a year of

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057237

severe drought (Tables 1, 9). In comparison, concentrations of Na in feces of lambs tended to increase during spring to summer in wetter years but showed no clear trend during severe drought (Tables 1, 10). Although concentrations of FN for adults and lambs (Figs. 4, 6) consistently were higher than a level likely indicating absolute dietary deficiency (Irwin et al. 1993), higher winter rainfall (Table 1) positively influenced concentrations of FN as well as FDAPA (Figs. 4–7), suggesting that moderate deficiencies of dietary protein and energy were associated with drought conditions during winter to spring. Mean concentrations of FN and FDAPA did not differ during sampling periods (Table 8), but concentrations showed longer durations of seasonally higher levels for adults (Figs. 4, 5), and higher levels especially during winter to early spring for lambs (Figs. 6, 7), during wetter periods (Table 1).

Indices of nutritional quality of forages (Table 5) and consumption of forbs by adults (Table 6) were associated with winter precipitation (Table 1; % forbs in diets also was positively correlated with incremental increases in rainfall throughout the study), and corresponding differences were apparent in concentrations of macronutrients and minerals in diets (Figs. 4, 5; Table 9). Feces of lambs tended to reflect patterns of nutrient concentrations (Figs. 6, 7; Table 10) similar to those for adults, even though composition of diets of lambs (Table 7) appeared to be comparable during wetter and drier years (Table 1).

Thus, our findings support a hypothesis that linkages occur between winter rainfall, quality and quantity of available forages (Fig. 3; Table 5; particularly production of forbs and concentrations of P and ratios of Ca:P), other indicators of nutritional status (composition of diets, concentrations of fecal macronutrients [FN, FDAPA], and minerals [Tables 9, 10; particularly concentrations of P and ratios of Ca:P]), and production and productivity (Table 3) of the desert bighorn sheep population. We suggest that concentrations, particularly ratios of Ca:P in forages and concentrations of N, DAPA, and P and ratios of Ca:P in feces during periods of winter drought, likely reflect moderate dietary deficiencies that correspond with lower nutritional status of desert bighorn sheep adults and lambs and lower production and productivity.

Nutritional requirements of desert bighorn sheep are poorly understood, but we observed apparently moderate nutritional deficiencies of desert bighorn sheep adults and lambs that corresponded with drought conditions and lower production and productivity of the population. Considerable research has addressed estimated deficiencies and limiting levels in concentrations of nutrients in forages and feces of free-ranging, wild ruminants, providing a limited, qualitative basis for comparison with our results and assessments of apparent nutritional deficiencies in desert bighorn sheep. Numerous researchers have suggested that concentrations of P in forages in the southwestern United States might be limiting for deer. Difficulties in evaluating P as a limiting factor arise from interactions of concentrations of P in forages with factors such as other minerals, N, and digestibility of forages (Grasman and Hellgren 1993). Generally, concentrations of P in diets and forages of ≥0.25% might meet requirements of wild ruminants (Irvine 1969, Urness et al. 1971, Ullrey et al. 1975, Schwartz et al. 1977). However, western deer

may require concentrations of P <0.25% (Dietz 1965), and dietary requirements of deer for P might be as low as 0.14–0.19% (Grasman and Hellgren 1993). High concentrations of Ca interfere with metabolism of P, and ratios of Ca:P <5:1 may indicate adequate nutritional quality for deer (Dietz 1965, Urness et al. 1971). Concentrations of P <0.19% in selected forages of desert bighorn sheep also might indicate nutrient deficiency (Irvine 1969). Concentrations of P in browse, forbs, and grass in our study were ≤0.20%, ≤0.22%, and ≤0.10%, respectively, and ratios of Ca:P in browse, forbs, and grass ranged from 9.4 to 12.7, 8.2 to 9.7, and 0.3 to 4.1, respectively (Table 5). Thus, concentrations of P in browse and forbs might indicate adequate availability of the mineral, but ratios of Ca:P >5:1 in browse and forbs, as well as in feces (Tables 9, 10), suggested potential interference of metabolism of P by Ca.

Concentrations of P in feces might correspond with dietary concentrations of P in ruminants (Mubanga et al. 1985). Concentrations of P in feces of adults and lambs in our study were <0.25% more often during drought than during wetter years, and ratios of Ca:P in feces of adults and lambs tended to be >5:1 during drier and wetter years (Tables 9, 10). Mean concentrations of P in feces of adults did not differ between wetter years and drought, but concentrations of P in feces of lambs were higher in wetter years than drought (Tables 1, 9, 10). Mean ratios of Ca:P in feces of adults were narrower in a wetter year than during drought in 2001–2002 but did not differ between the wetter year and drought in 1999–2000. Mean ratios of Ca:P in feces of lambs also were narrower in wetter years than during drought (Tables 1, 9, 10). Thus, ratios of Ca:P in browse and forbs and concentrations of P and ratios of Ca:P in feces of adults and lambs were consistent with a hypothesis of moderate dietary deficiency during winter drought. Ratios of Ca:P might provide a better indicator of relative nutritional adequacy than absolute concentrations of either mineral (Mayland and Shewmaker 2001).

Concentrations of FN and FDAPA, as indices of dietary nitrogen and energy, respectively (Osborn and Ginnett 2001), have been widely used by biologists as indicators of diet quality (Leslie et al. 1989, Irwin et al. 1993, Brown et al. 1995, Hodgman et al. 1996, Bleich et al. 1997, Osborn and Jenks 1998). Concentrations of FN of desert bighorn sheep adults (Fig. 4) peaked at about 2.2% during a wetter year from November–December 2000 to July–August 2001 and during a drier year between March–April and May–June 2000 and in January–February during the severe drought in 2002 (Table 1). Concentrations of FN of lambs (Fig. 6) reached lowest levels of about 2.1% during wetter years of 2001 and 2003 and about 1.7% in the drought year of 2002. Concentrations of FDAPA for adults and lambs tended to show patterns similar to those of FN (Figs. 5, 7). In comparison, concentrations of FN ≤1.3% might indicate nutritional deficiencies of Rocky Mountain bighorn sheep consuming low-tannin diets on winter ranges (Irwin et al. 1993), and FN levels <1.7% might indicate dietary nitrogen deficiencies in cattle (Wofford et al. 1985). Thus, we hypothesize that wider ratios of Ca:P in browse and forbs, shorter temporal durations of higher levels of FN and FDAPA of adults, lower concentrations of FN and FDAPA of lambs, and concentrations of some minerals, particularly ratios of Ca:P in feces of adults and

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057238

lambs, suggested moderate nutritional deficiencies during periods of winter drought that corresponded with poorer indices of desert bighorn sheep productivity.

Results also indicated that predation by mountain lions was a substantial mortality factor affecting the desert bighorn sheep population and likely influenced demographic patterns more prior to than following mountain lion reductions. Drought persisted on study areas between 1994 and 1997, and winter rainfall declined 38% in Mazatzal Mountains, compared to >53% on reference areas. Despite higher rainfall in Mazatzal Mountains, observation rates of total desert bighorn sheep and lambs during this period declined 75% and 80%, respectively (Table 2). In comparison, rainfall was lower on reference areas, and observation rates of total desert bighorn sheep and lambs between 1994 and 1997 declined less, from $\leq 32\%$ and $\leq 14\%$, respectively (Table 2). Predation by mountain lions ostensibly provided an explanation for differential declines of desert bighorn sheep population parameters in Mazatzal Mountains, compared to reference areas, despite higher rainfall and lower decline of rainfall on the primary study area.

We initiated reductions of mountain lions in Mazatzal Mountains during 2000 and continued reductions through 2003 (Table 12), and drought occurred during 3 of 5 years between 1999 and 2003 (Table 1). As mountain lions were harvested, observation rates of total and male desert bighorn sheep increased 18% and 29%, respectively, between 1999 and 2003, but observation rates of females showed less change (Table 3). Observation rates of lambs increased during this period from 0 to 1.4/hour, and productivity increased from 0 to $\geq 35$ (Table 3) despite periods of drought, following demographic changes and patterns of rainfall similar to those observed in Plomosa Mountains. Moreover, predation of radio-collared desert bighorn sheep by mountain lions in Mazatzal Mountains declined with predator reductions between 2000 and 2003, compared to mountain lion predation between 1995 and 1998, prior to experimental predator reductions. We thus hypothesize that dynamics of desert bighorn sheep in Mazatzal Mountains were not driven entirely by fluctuations in winter rainfall and nutritional status and that predation by mountain lions was a mortality factor ostensibly acting or interacting with winter rainfall and nutritional status to have potential population-level impacts.

## Population Surveys

We employed annual, standardized surveys to index trends of desert bighorn sheep populations, a procedure widely used by natural resource agencies (Rabe et al. 2002). Indices of relative abundance present considerable practical and statistical challenges (Link and Nichols 1994, Stewart-Oaten et al. 1995, Thomas 1996, Reed and Blaustein 1997) but can be necessary and useful in evaluating trends of wildlife populations (Eberhardt 1978). Detectability during bighorn sheep surveys may vary, but we attempted to improve precision of counts by using experienced personnel, standardizing survey techniques (consistent survey hours, weather conditions, time of day, and attempting to avoid double counts), and surveying standardized habitat blocks on reference areas (Bodie et al. 1995, Hervert et al. 1998, Saether et al. 2002).

We assumed direct relationships between abundance of desert bighorn sheep and survey indices, measures that do not directly yield density estimates but functionally are related to densities and dynamics of the desert bighorn sheep population, although accuracy of these relationships is uncertain (Eberhardt 1978). Recognizing limitations of indices, we believe annual survey results clearly indicated population declines in Mazatzal Mountains and reference areas between 1994 and 1997 (Tables 2, 3), and reflected increasing population demographic parameters in Mazatzal (Tables 2, 3) and Plomosa mountains between 1999 and 2003.

Habitat evaluations during the 1980s (Cunningham 1989) and in 1999 (McKinney et al. 2001) indicated little meaningful temporal change in desert bighorn sheep habitat quality despite extensive wildfire in 1996 on portions largely exclusive of desert bighorn sheep habitat in the Mazatzal Mountains study area (Cunningham et al. 2001b, 2003; McKinney et al. 2001). Moreover, overuse of forages likely was not a factor affecting forage availability in Mazatzal Mountains. Our review of literature suggested that overuse of forages by desert bighorn sheep likely occurs rarely, if at all; we found only 1 report of overuse of a browse species by penned bighorn sheep in British Columbia (Wikeem and Pitt 1987). Thus, some factor or factors other than overuse of forages likely were driving dynamics of desert bighorn sheep in Mazatzal Mountains.

Drought conditions persisted in Mazatzal Mountains during most years between 1994 and 2003 (Table 1; McKinney et al. 2001). Winter rainfall levels were below long-term levels in 1999, 2000, and 2002 but increased in 2001 and 2003 about 2-fold above levels during these previous 3 winters (Table 1). Winter rainfall in 2002 was the lowest in at least 27 years and was about half that in the winters of 1999 and 2000 and less than about 30% of 2001 and 2003 levels. Compared to Mazatzal Mountains, reference areas received lower rainfall, and drought conditions occurred on all study areas during 1994–1997, but proportional declines in winter rainfall during this period were greater on reference areas than in Mazatzal Mountains (Table 2).

Higher quantity and quality of forages, survival of preweaning young, and female fecundity among large herbivores often correspond with higher precipitation during winter to spring (Berger 1982, Leslie and Douglas 1982, Douglas and Leslie 1986, Wehausen et al. 1987, Douglas 2001, McKinney et al. 2001), presumably acting via lower forage quality or quantity. Production of newborn and weaned young generally is recognized as an important factor influencing growth and trends of large herbivore populations (Creeden and Graham 1997, Jorgenson et al. 1997, Gaillard et al. 2000), but viability of an endangered bighorn sheep population appeared to be more sensitive to changes in survival of adult females than to reproduction or survival of younger animals (Rubin et al. 2002a).

Production of lambs was positively correlated with winter rainfall in Mazatzal Mountains and likely was a driving variable influencing recruitment of yearlings and growth of desert bighorn sheep populations in Mazatzal and Plomosa mountains. Winter rainfall was positively correlated with observation rates of total desert bighorn sheep, lambs, and yearlings in Mazatzal Mountains and was positively correlated with yearlings in Kofa and Plomosa mountains. Moreover, observation rates of lambs, yearlings, and total desert bighorn sheep were positively correlated with each

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057239

other in Mazatzal and Plomosa mountains, suggesting importance of lamb production and recruitment on population growth. Despite lower rainfall and greater declines in winter rainfall during 1994–1997 on reference areas than in Mazatzal Mountains, total desert bighorn sheep and lambs observed in Mazatzal Mountains declined more than on reference areas during this period (Table 2). In comparison, observation rates of total desert bighorn sheep, lambs, and productivity tended to increase in both Mazatzal (Table 3) and Plomosa mountains between 2000 and 2003. Desert bighorn sheep total abundance and abundance of adults and lambs increased between 2000 and 2003 in Mazatzal Mountains despite drought conditions in 3 of 5 years (Tables 1, 3). During 1994–1999, desert bighorn sheep population parameters declined in Mazatzal Mountains (McKinney et al. 2001) when drought occurred in 3 of 6 years. Thus, results suggest that a factor or factors other than overuse of forages and in addition to drought were influencing population dynamics of the Mazatzal Mountains desert bighorn sheep population.

Productivity of desert bighorn sheep in Mazatzal Mountains (Table 3) between 2000 and 2003 neared or exceeded in all years an estimated level necessary to maintain a population (Remington 1989), even though drought occurred in 2000 and winter rainfall in 2002 was the lowest in at least a quarter century. Within parameters of our study, desert bighorn sheep population growth, production of lambs, and productivity tended to be higher during years with higher winter rainfall (Tables 1, 3). Amounts and patterns of precipitation and production of plants also may influence distribution of desert bighorn sheep or persistence of populations (Berger 1991, Oehler et al. 2003). Home ranges of desert bighorn sheep may be larger in association with lower rainfall and availability and quality of forage (Oehler et al. 2003), and abundance of mule deer in deserts likely is lower in areas with lower abundance of plants and lower rainfall (Leopold and Krausman 1991).

Our findings indicated that forage quantity and quality, quality of diets, and productivity of desert bighorn sheep were factors positively associated with winter rainfall. Lower survival or production of desert bighorn sheep lambs also were postulated as likely in other areas of Arizona during years of drought that yield low forage availability and quality (Seegmiller and Ohmart 1982, Holt et al. 1992). Although availability of forage (based on estimate of overuse) likely was not a limiting factor in Mazatzal Mountains, quality of available forage and associated moderate dietary deficiencies appeared to correspond with lower productivity of desert bighorn sheep during periods of drought. Positive associations between winter rainfall, forb production, and mule deer fawn:doe ratios also were found on our study area, but forage production other than following years of extreme winter drought likely did not limit fawn survival (Smith and LeCount 1979). In comparison, neither forage availability nor quality were believed to limit desert bighorn sheep in southern Arizona (Mazaika et al. 1992).

## Disease Exposure

We found no indication that disease or exposure to disease agents was a factor affecting survival of radio-collared adult desert bighorn sheep in the Mazatzal Mountains population. Evidence of bacterial and viral activity persisted throughout the study (Table 4) and was unremarkable in comparison to results of studies of other desert bighorn sheep populations (Turner and Payson 1982, Clark et al. 1985, Dunbar et al. 1985, deVos 1989, Elliott et al. 1994, DeForge et al. 1997). Despite persistent exposure to disease agents, we observed no clinical symptoms or temporal differences in disease exposure during 2000–2002 (Table 4). We also found no differences between males and females regarding evidence of disease exposure.

Occurrences of disease exposure among populations may correspond poorly with demographic trends (Clark et al. 1985, Ward et al. 1997). Exposure to a large number of pathogenic agents may have contributed to downward trends in regional bighorn sheep populations in California, but interpreting seroprevalence of pathogen exposure as causative in population declines merits caution in the absence of a demonstrated link to demographic processes (Elliott et al. 1994). In comparison with our findings, neither habitat suitability nor disease likely caused a bighorn sheep population to decline in California's San Gabriel Mountains (Holl et al. 2004). Consistent with results of DeForge et al. (1997), we found no evidence that exposure to multiple infectious agents operated to affect adult desert bighorn sheep. Eighty-five percent of animals examined showed exposure to multiple disease agents, comparable to exposure of individuals to multiple disease agents at similar latitude in California (Elliott et al. 1994). Small sample sizes can be problematic in evaluating absence/presence of disease in bighorn sheep populations (Wehausen 1987), but we sampled between 30% and 87% of adult desert bighorn sheep observed during annual surveys.

## Nutritional Status

*Vegetation.*—Rainfall that is highly variable from year to year is a primary factor affecting forage resources in deserts (Marshal et al. 2002, 2005) and in our study ostensibly influenced desert bighorn sheep nutritional status. Our findings support the notion that differences in winter rainfall among years (Table 1) influenced production of forbs (Fig. 3), mineral levels in forages (Table 5), composition of diets (Tables 6, 7), and other indicators of nutritional status (Figs. 4–7; Tables 9, 10) of desert bighorn sheep adults and lambs. Compared to 2000, higher winter rainfall in 2001 clearly was associated with increased seasonal production of forbs, consistent with other studies reporting positive associations between precipitation and forage production in desert regions (Herbel et al. 1972, Beatley 1974, Goldberg and Turner 1986, Ernest et al. 2000, Marshal et al. 2005). Increasing winter rainfall also supported higher spring production of forbs, but spring grass yield was independent of winter precipitation in previous research on our primary study area (Smith and LeCount 1979). Relationship between seasonal rainfall and production of browse and grasses was less clear than for forbs (Fig. 3), but drought conditions during most years likely corresponded with reduced cover and production of forbs (Fig. 3; Smith and LeCount 1979) and grasses (Herbel et al. 1972, Cable 1975).

Concentrations of protein, NDF, and moisture and digestibility of forages eaten by desert bighorn sheep vary widely among plant species and seasons (Morgart et al. 1986, Krausman et al. 1989, Seegmiller et al. 1990, Bleich et al. 1997). Protein content is generally higher in forbs than in browse and grasses, although location, interspecific, and seasonal variables may affect protein

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057240

content (Seegmiller et al. 1990, Mazaika et al. 1992, Bleich et al. 1997). Differences in forage quality might occur among years because of differences in annual rainfall and growing-season temperatures (Bleich et al. 1992), but little is known about variables potentially influencing temporal variations in desert bighorn sheep forage quality. Selective foraging likely enhances maintenance of diet nutritional quality by ruminants (Provenza 1995, Hanley 1997).

Soils of the general area of Mazatzal Mountains study are poorly developed and shallow over stony decomposed granites, with low levels of N, P, and Se that might contribute to forage deficiencies (Urness et al. 1971, Sprinkle et al. 2000). Compared to dietary requirements of domestic sheep (Puls 1994), browse, forbs, and grasses (Table 5) tended to be deficient or marginally deficient in ratios of Ca:P and concentrations of K, P (except for forbs during a wetter period between October 2000 and March 2002), Se, and Zn, but concentrations tended to be adequate in all forages for concentrations of Fe, Mg, Mn, and possibly Na. A population of Rocky Mountain bighorn sheep in Alberta, Canada, consistently had high lamb production, high survival, and young age at first estrus despite very low levels of blood Se (Samson et al. 1989).

Differences in winter rainfall were associated with differences in concentrations of some minerals between and within forage categories in our study. Higher winter rainfall (Table 1) corresponded with higher levels of Ca, P, Na, and Se and lower levels of Fe in browse; higher levels of Ca, Na, P, and Zn in forbs; and higher concentrations of P and Zn in grasses (Table 5). Concentrations of Ca and P also varied widely among seasons and species for bighorn sheep forages in northwestern Arizona (Morgart et al. 1986). Winter moisture levels and whether dead or live plant tissues are evaluated both might affect concentrations of minerals in forages (Greene et al. 1987, Grings et al. 1996, Sprinkle et al. 2000).

Mean Ca:P ratios of browse and forbs were about 30% and 43% narrower, respectively, during the wetter year of July 2000–May 2001 than in the drier year of July 1999–May 2000 (Table 5). Moreover, mean fecal Ca:P ratios of adults (Table 9) were about 20% wider in drier years of July 1999–June 2000 and July 2001–June 2002 than during the wetter year of July 2000–June 2001. Similarly, ratios of Ca:P in feces of lambs (Table 10) were >2-fold wider during the drier year of 2002 than in wetter years of 2001 and 2003. Concentrations of P in feces of adults and lambs (Tables 9, 10) were >29% and 59% to 95% higher, respectively, during wetter than in drier years. Thus, results support a hypothesis of linkages between rainfall, forb production, mineral concentrations in forages, and diet quality.

Dietary requirements of minerals for wild ruminants are poorly understood (Robbins et al. 1985, Grasman and Hellgren 1993, Krausman et al. 1999), and wildlife biologists often have employed the questionable practice of using requirements of domestic animals to evaluate the mineral status of wild ungulates (Robbins et al. 1985, Samson et al. 1989, Robbins 1992). Mineral requirements of domestic ruminants have been studied widely (Puls 1994, National Research Council 1996), but mineral requirements of wild ungulates tend to be a fraction of requirements of domestic animals (Robbins et al. 1985, Samson et al. 1989). Nonetheless, P is considered one of the most limiting

minerals affecting growth and reproduction of large mammalian herbivores worldwide (Grasman and Hellgren 1993), and concentrations of Ca in forages usually are high on western ranges and might be high enough to adversely affect metabolism of P (Dietz 1965). However, wild ungulates likely are more tolerant than domestic ungulates of wider Ca:P ratios in feed and diets (Jones and Weeks 1985, Urness et al. 1971, Puls 1994). Phosphorus deficiency or wider Ca:P ratios in ungulates might correspond with reduced feed intakes, milk yield, and conception rate and weaker young, suppressed estrus, or other abnormalities (Dietz 1965, Puls 1994).

*Diets.*—Male and female desert bighorn sheep adults tend to segregate during an approximate October–June nonbreeding season (Lenarz 1979, Leslie and Douglas 1979, Bleich et al. 1997), and surveys in Mazatzal Mountains indicated comparatively few yearlings (Table 3), suggesting that adult fecal samples we collected in this period likely represented primarily females. Moreover, diets of female and male desert bighorn sheep may tend to be similar (Krausman et al. 1989; but see Bleich et al. 1997), and fecal concentrations of crude protein tend to exhibit similar trends for the sexes throughout the year (Bleich et al. 1997). However, adult females often consume more forbs than do males (Krausman et al. 1989, Bleich et al. 1997), and precipitation patterns may influence consumption of grasses and shrubs by females (Oehler et al. 2003).

Diets of adult desert bighorn sheep in Arizona's Sonoran Desert are diverse and vary spatially and temporally. Seasonally, browse often tends to dominate diets during much of the year, but forbs tend to be consumed more frequently during winter and summer, whereas grasses may be more prevalent in diets during summer (Halloran and Crandell 1953, Dodd and Brady 1988, Krausman et al. 1989, Miller and Gaud 1989, Holt et al. 1992). Browse dominated diets of adults initially in our study during the summer of 1999 to the early winter of 2000. Contrary to our expectation, because winter drought conditions occurred in 2000 and 2002 (Table 1), forbs predominated over browse in adult diets from the early spring of 2000 into the early summer of 2002 (Table 6), but composition of forbs in diets of adults throughout our study increased with increasing increments of rainfall. Ratios of Ca:P of forbs consistently were narrower than those of browse, and higher percent of forbs in diets throughout our study corresponded with declining percentages of browse. In comparison, consumption of forbs and browse by desert mule deer increased and declined, respectively, when forb production was high because of increased winter precipitation (Krausman et al. 1997). Grass in diets of adults tended to increase during summer to autumn (Table 6), likely reflecting increased production associated with summer monsoons (Cable 1975). Relative proportions of forage classes eaten by adults and lambs appeared to be comparable as lambs matured, except that lambs tended to eat more grass than adults did during early spring (Tables 6, 7).

*Fecal Nutrients.*—Differences in FN, FDAPA, and fecal minerals that ostensibly influenced nutritional status of adults and lambs were associated with demographic changes in the desert bighorn sheep population (Figs. 4–7; Tables 3, 9, 10). Correlations between FN and FDAPA and dietary protein and energy (Brown et al. 1995, Hodgman et al. 1996), as well as other

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057241

findings (Leslie and Starkey 1985, Leslie et al. 1989, Irwin et al. 1993, Bleich et al. 1997, Osborn and Ginnett 2001, Blanchard et al. 2003), suggest that FN and FDAPA can provide useful indices of diet quality and nutritional status of bighorn sheep. Seasonal measures of FN might be particularly useful indices of bighorn sheep nutritional status in environments such as deserts and other habitats that have higher variability in forage production (Blanchard et al. 2003). In comparison, FN and FDAPA were poor predictors of indices of physical condition and population parameters for a migratory herd of mule deer (Kucera 1997).

Presence of secondary compounds in forages potentially reduces digestible protein (Hanley et al. 1992) and elevates FN (Leslie and Starkey 1987, Robbins et al. 1987, Osborn and Ginnett 2001). Tannin levels might not influence concentrations of FP and FDAPA (Mubanga et al. 1985, Osborn and Ginnett 2001), and it appears that forages high in tannins must comprise about 25–33% of the ruminant diet before the relationship between fecal and dietary N is affected (Hodgman et al. 1996). Compared to average foods available, ruminants also tend to consume diets higher in nutrients and lower in toxins, and diets of browsers likely are influenced by homeostatic mechanisms of food selection, digestion, and an acceptable body phenolic burden determined by rate of detoxification and elimination (Robbins et al. 1987, Provenza 1995, Hanley 1997). Female bighorn sheep might compensate for decreased forage quality by increasing dietary intake or modifying their strategy of resource allocation (Berger 1991, Blanchard et al. 2003).

Correlations between FN and FDAPA and FN and FP in our study suggested comparatively low dietary concentrations of plant secondary compounds and usefulness of FN and FDAPA as indices of relative dietary quality (Leslie et al. 1989, Osborn and Jenks 1998, Osborn and Ginnett 2001). Weak positive correlation between FN and FP tended to support this conclusion (Osborn and Jenks 1998). Moreover, FN, FNDF, and FP were not correlated with % composition of browse, forbs, or grasses in desert bighorn sheep diets. Browse and forb leaves may contain tannins (Hanley et al. 1992), and lack of correlation between fecal indices and composition of forage classes in diets indicated that tannins had little effect in increasing FN levels (Bleich et al. 1997). Crude protein levels in desert bighorn sheep feces also tended to correspond with seasonal changes in percent protein and in vitro dry matter digestibility of forages eaten, particularly browse and forbs (Bleich et al. 1997). Moreover, patterns of precipitation might influence in vitro dry matter digestibility and protein content of forages (Oehler et al. 2003), and dietary energy and protein (Holt et al. 1992).

Nutritional deficiencies of adults might contribute to lower survival of juvenile ungulates (Robinette et al. 1973, Brady et al. 1978, Flueck 1994). Preweaning survival of large herbivores often increases with higher forage quality and quantity, possibly through improved milk quality and yield (Murphy and Coates 1966, Robinson and Forbes 1968, Hudson and Adamczewski 1990, Gaillard et al. 2000). Inadequate nutrition may have caused increased mortality of late-born bighorn sheep lambs in Alberta, Canada (Festa-Bianchet 1988a). Fecal crude protein concentrations did not correspond with survival of kids to weaning in mountain goats (Oreamnos americanus) but was positively asso-

ciated with survival of females to 1 year (Côté and Festa-Bianchet 2001). Higher levels of rainfall in more xeric regions generally are associated with improved production and productivity in populations of large herbivores (Coe et al. 1976, Smith and LeCount 1979, Leopold and Krausman 1991, Fynn and O'Connor 2000), including desert bighorn sheep (Douglas and Leslie 1986, Wehausen et al. 1987, McKinney et al. 2001). Positive associations occurred between winter rainfall, forb production, and mule deer fawn:doe ratios on our study area and forage condition other than during years of extreme winter drought likely did not limit fawn survival (Smith and LeCount 1979).

Our findings are consistent with the notion that improved nutritional status of lambs and adults and higher survival of young correspond with relatively higher winter rainfall (McCutchen 1988, Krausman et al. 1989). Improved nutritional status of adults and higher production (Figs. 4, 5; Tables 3, 9) were associated with higher winter rainfall levels (Table 1), suggesting positive associations among winter rainfall, nutritional status, and population dynamics. Although increased levels of N and DAPA occurred in feces of adults during each winter–spring, effects of higher winter rainfall were particularly evident in more prolonged duration of elevated levels of these nutritional indices in wetter winters (Figs. 4, 5; Table 1), likely corresponding with higher primary production (Fig. 3). Higher winter rainfall in 2001 was associated with greater forb production and increased consumption of forbs by adult desert bighorn sheep, although percentage of forbs in their diets remained high during winter 2002 despite low winter rainfall and ostensibly low forb production that year (Fig. 3; Tables 1, 6). In comparison, an index of FN for adult Rocky Mountain bighorn sheep was positively correlated with rainfall in the summer growing season (Blanchard et al. 2003).

Fecal NDF concentrations for adults among sampling periods (Table 6) and lack of correlation between FNDF and FN or FDAPA indicated that FNDF was independent of diet quality, although NDF levels in forages may affect dietary intake (Mubanga et al. 1985, Baker and Hobbs 1987, Krausman et al. 1988). In contrast, FNDF alone was a suitable index of diet quality for penned mule deer fed diets derived from diverse mixtures of wild-grown forages (Hodgman et al. 1996). Higher forage concentrations of NDF adversely affect digestibility, but deer and, to a lesser extent, bighorn sheep may be able to some degree to regulate dietary intake in relation to relative digestibility of forages and meet energy needs (Ammann et al. 1973, Baker and Hobbs 1987, Krausman et al. 1988). Bighorn sheep may digest fiber relatively efficiently (Baker and Hobbs 1987), but digestibility may correspond negatively with dietary NDF levels (Krausman et al. 1988). Penned desert bighorn sheep fed native forages ad libitum varied consumption seasonally, with highest dietary intake between January and June (Mazaika et al. 1992), but factors affecting seasonal dietary intake are uncertain.

Despite numerous studies, temporal breeding patterns of desert bighorn sheep remain poorly understood (Lenarz 1979, Rubin et al. 2000). Rutting activity by desert bighorn sheep in southwestern Arizona is believed to occur primarily during July–September (Russo 1956), suggesting a lambing season primarily during January–March (Turner and Hansen 1980). Most desert bighorn sheep lambs in the Peninsular Ranges of California were born

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057242

between February and March (Rubin et al. 2000). Consistent with other findings (Russo 1956, Brown et al. 1976, Turner and Hansen 1980, Seegmiller and Ohmart 1982), we observed that lambing occurred primarily during late December into March, and lambs apparently began foraging to some extent within a few weeks of birth (Table 7). Birth of most lambs in our study likely was delayed in 2003, compared to between 2000 and 2002, suggesting that lower winter rainfall and marginal or deficient nutritional status during severe drought in 2002 (Figs. 4, 5; Tables 1, 9) retarded breeding and perhaps affected gestation the following year. Regardless, nutritional status of adults in 2003 (Figs. 4, 5; Tables 1, 9) likely remained adequate to support production, productivity, and stability or growth of the desert bighorn sheep population (Table 3; Remington 1989). Factors influencing periods of peak parturition within the birthing season of desert bighorn sheep populations seldom have been studied (Rubin et al. 2000).

Moderate undernutrition may delay onset of estrus in ungulates, with minimal effect on pregnancy rates, whereas severe nutritional deficiencies might delay mating, lengthen gestation, reduce productivity and growth and survival of young, and cause complete cessation of reproductive activity (Verme 1965, Murphy and Coates 1966, Cook et al. 2001). Female ungulates of several species, when in poor body condition, also may tend to give birth later than females in better condition (Côté and Festa-Bianchet 2001). Compared to females receiving adequate diet, quantitative diet restriction of penned white-tailed deer was associated with delayed onset of mating, extended gestation, and lower fawn production (Verme 1965). Survival of fawns in penned white-tailed deer also was reduced by lower levels of protein in rations provided to adult females (Murphy and Coates 1966). Concentrations of N in feces of adults in Mazatzal Mountains during all sampling periods except September–October 2000 generally were $\geq 1.7\%$ and were within ranges reported for other desert bighorn sheep populations (Bleich et al. 1997; Rubin et al. 2000, 2002b; Oehler et al. 2003).

Nutritional status of adults and lambs during our study appeared adequate to sustain productivity and population growth, but increased productivity corresponded with higher winter rainfall, compared to drier winters, suggesting associations between nutritional status, productivity, and winter precipitation. Assuming that more prolonged and comparatively higher concentrations of FN and FDAPA in our study corresponded to higher and more available dietary nitrogen and digestible protein and energy (Irwin et al. 1993, Wehausen 1995, Hodgman et al. 1996), nutritional status of females during pregnancy and lactation in wetter years likely corresponded with enhanced milk yield and better condition and growth of lambs (Thomson and Thomson 1953, Robinson and Forbes 1968, Robbins 1992). Differences in female nursing or lamb suckling behavior or qualitative and quantitative aspects of milk production (Russo 1956, McCutchen 1988) likely are key variables affecting lamb nutritional status negatively in particularly dry periods during winter to spring.

Our results suggested that behavioral or physiological homeostatic mechanisms influenced diet composition, nutritional status, and mineral metabolism of adults and lambs. Concentrations of forbs in diets of desert bighorn sheep were comparatively high during drought, when production of forbs likely was low, suggesting forage selection. Highest concentrations of FN and FDAPA diminished in duration during drier winters but nonetheless reached levels indicating at least brief periods of adequate nutrition. Homeostatic behavioral and physiological mechanisms operative for desert bighorn sheep might reflect only some increasing tendency, although rapid changes in mechanisms might occur, often making quantitative inferences difficult (Blair-West et al. 1968, Provenza 1995, Hanley 1997). Pattern and amount of precipitation and subsequent primary production also may affect diets, distribution, and home range size of female desert bighorn sheep (Berger 1991, Oehler et al. 2003).

Active homeostatic mechanisms undoubtedly are involved with mineral metabolism in ruminants (Robbins 1992) and contribute to forage selection associated with differences in nutrient concentrations, enhancing positive nutrient and mineral balances (Weeks and Kirkpatrick 1976, Grasman and Hellgren 1993, Provenza 1995, Hanley 1997). Concentrations of protein, available energy, and minerals in diets, feces, or forages might be affected by rainfall levels and reflect differences between drought and wetter years that possibly influence desert bighorn sheep nutritional status and lamb survival (Jones et al. 1967, Urness et al. 1971, Weeks and Kirkpatrick 1976, Jones and Weeks 1985, Holt et al. 1992, Puls 1994).

Apparent associations of rainfall with concentrations of some fecal minerals in our study suggested homeostatic mechanisms were associated with temporal variability in diet quality and relationships between precipitation and dietary intake of minerals or metabolic processes in adults and lambs. Mineral concentrations in feces of ungulates may be affected by variables other than dietary intake, including absorption, tissue storage, interactions among minerals, and homeostatic mechanisms involved in mineral metabolism (Weeks and Kirkpatrick 1976, Grasman and Hellgren 1993, Mayland and Shewmaker 2001). Awareness of mineral requirements of forages and herbivores is essential to understanding complex interactions among dietary mineral elements (Mayland and Shewmaker 2001). Desert bighorn sheep in the Sonoran Desert forage on most plant species we analyzed for mineral content (present data, Krausman et al. 1989, Seegmiller et al. 1990, Holt et al. 1992), but during the present and previous (McKinney and Noon 2002) studies, they did not eat all forages analyzed, perhaps limiting comparisons of and inferences regarding minerals in feces and forages.

Among adults, FP increased and fecal ratios of Ca:P narrowed in association with higher rainfall (Tables 1, 9), paralleling changes of these indices in forages (Tables 1, 5). Concentrations of Ca in forbs and levels of Ca in feces of adults were higher in a wetter year, consistent with higher dietary use and production of forbs in wetter years (Fig. 3; Tables 1, 6, 9). In comparison, concentrations of Ca in feces of lambs tended to increase and concentration of fecal P to decrease during the low rainfall year of 2002 as compared to wetter years, and wider ratios of Ca:P in feces paralleled trends in forages during a drier year (Tables 1, 5, 10). Concentrations of Na in feces of adults were higher during severe drought in 2002 (Tables 1, 9, 10), although Na levels in browse and forbs appeared to decline with lower rainfall (Tables 1, 5). In general, levels of K and Na in feces of adults increased with

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057243

percent forbs in diets and concentrations of fecal Mg increased, but concentrations of fecal K declined, in relation to % browse in diets (Tables 6, 9).

Higher productivity and concentrations of FN, FDAPA, and FP for lambs tended to correspond with higher winter rainfall, whereas lower productivity and higher concentrations of NDF, Ca, and Mg in feces of lambs tended to associate with lower winter precipitation (Figs. 6, 7; Tables 1, 3, 7, 10). Concentrations of fecal minerals of lambs tended to decline during maturation, nearing adult levels in early summer (Tables 9, 10), as lambs likely nursed progressively less and approached weaning (McCutchen 1988). Patterns of declining FN and FDAPA and increasing concentrations of FNDF during maturation also tended to characterize feces of lambs (Figs. 6, 7; Table 7), likely reflecting development of the alimentary tract and dietary shifts from milk to solid food (Cook et al. 1994). In contrast to declining concentrations of FN with maturation of lambs, protein content of milk produced by females during lactation might be expected to increase as lambs mature (Cook et al. 1970, Mueller and Sadlier 1977). Concentrations of Na in feces of lambs (Table 9) tended to decline during maturation in wetter years (Table 1) but did not decline during the driest year of our study. Further, feces of lambs tended to have lower concentration of Na, higher concentration of P and narrower ratios of Ca:P in wetter years, but concentrations of K and Na and ratios of Na:K were independent of winter rainfall (Tables 1, 10). In comparison with adults (Table 9), ratios of Na:K in lamb feces were positively correlated (also positively correlated for adults) and negatively correlated (not correlated for adults) with concentrations of Na and K, respectively (Table 10), suggesting possible inhibitory influence of K on retention of Na by lambs (Weeks and Kirkpatrick 1976). However, concentrations of Na and ratios of Na:K in feces of adults and lambs likely did not indicate dietary deficiencies of Na (Weeks and Kirkpatrick 1976).

Comparatively little research has addressed mineral requirements and utility of using indices of fecal mineral concentrations to assess diet quality of wild ungulates. Desert bighorn sheep may ingest soil and use mineral licks, but little is known about their mineral requirements (Krausman et al. 1999). Linkages may occur between indices of diet quality and fecal minerals for wild ruminants. Positive relationships between dietary and fecal phosphorus of wild ruminants suggest utility of fecal P in monitoring diet quality (Leslie and Starkey 1985, Mubanga et al. 1985, Howery and Pfister 1990, Osborn and Jenks 1998). Positive linear relationships occurred between estimated dietary intake and concentrations of Ca and K but not levels of Mg or P in feces of free-ranging fallow (*Dama dama*), roe (*Capreolus capreolus*), and sika (*Cervus nippon*) deer in South Africa (Putman and Hemmings 1986). Levels of K and Na in feces of white-tailed deer increased during spring, when percentages particularly of forbs in their diet increased (Weeks and Kirkpatrick 1976), and concentration of Na in feces of mountain goats increased when diets were changed from sun-cured to succulent forage (Hebert and Cowan 1971).

Excessive levels of dietary and fecal K might contribute to high loss of Na in feces, but behavioral and physiological mechanisms may allow maintenance of positive Na balance in white-tailed deer (Weeks and Kirkpatrick 1976). However, lack of correlation in our study between fecal Na and K and between fecal K and ratios

of Na:K and positive correlation between fecal Na and ratios of Na:K, provided evidence that excess K did not influence increased levels of Na that we observed in feces of adult desert bighorn sheep during severe drought. Mean concentration of Na in feces of adults clearly was highest in our study between November 2001 and June 2002 (Table 9), when rainfall during July–June was less than half that during the same period in previous years, possibly reflecting higher dietary intake of the mineral or active homeostatic physiological mechanisms (Jones et al. 1967, Weeks and Kirkpatrick 1976).

Higher concentrations of Na in barrel cactus (*Ferrocactus* spp.) might help explain consumption of the plant by desert bighorn sheep (McKinney and Noon 2002), but they may supplement water demands by eating the cacti during hottest, driest seasons (Warrick and Krausman 1989). Inadequate winter rainfall and correspondingly reduced forb production might contribute to deficiencies of P in deer on chaparral and desert ranges (Urness et al. 1971), but behavioral and physiological mechanisms may allow maintenance of positive balances of K, Na, and P (Weeks and Kirkpatrick 1976, Grasman and Hellgren 1993). Bighorn sheep are concentrate selectors, eating primarily browse tips, forbs, and new growth of grasses (Hobbs et al. 1983). Forage selection possibly reduces susceptibility to potential deficiencies in dietary P through relative consumption of forbs, browse, and grasses, which successively decline in concentrations of P (Urness 1973, Grasman and Hellgren 1993, Mayland and Shewmaker 2001, McKinney and Noon 2002). Phosphorus and Na are essential to many body functions in animals, but little is known regarding adaptive mechanisms by which herbivores maintain positive balance of minerals (Weeks and Kirkpatrick 1976, Robbins 1992, Grasman and Hellgren 1993).

## Predators

Several lines of evidence suggested that mountain lion predation potentially was a substantial mortality factor affecting the Mazatzal Mountains desert bighorn sheep population, particularly prior to predator reductions, and that predator reductions diminished this mortality factor. Following a protracted period of apparently declining abundance, productivity, production, and recruitment of the desert bighorn sheep population between 1994 and 1999 (Table 3; McKinney et al. 2001), indices of abundance, production, and productivity ostensibly increased between 2000 and 2003 (Table 3), when mountain lions were experimentally removed (Table 11). Mortalities and mortality rates of radio-collared desert bighorn sheep due to mountain lion predation were ≥2-fold higher between 1995 and 1998, when there was no experimental predator removal, compared to the period of experimental predator reductions between 2000 and 2003. Winter drought occurred on the primary study area with similar frequencies during these periods, suggesting that apparent changes in population parameters were not associated with differences in occurrence of inadequate rainfall. Drought occurred during 2 of 4 years in 1995 to 1998, and observation rates of total desert bighorn sheep and lambs declined about 35% and 78%, respectively. Drought also occurred during 2 of 4 years between 2000 and 2003 (Table 1), but observation rates of total desert bighorn sheep, males, females, and lambs increased about 98%, 100%, 90%, and

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057244

180%, respectively, and productivity increased ≥33% during this period (Table 3).

We attempted further to factor out the potential role of mountain lion predation on dynamics of the Mazatzal Mountains desert bighorn sheep population by comparisons between population parameters and winter rainfall on the primary study area and 2 reference areas during 1994–1997 (Fig. 1; Table 2) and comparison of population parameters and winter rainfall between the primary study area and Plomosa Mountains during 1999–2003. Mountain lions are believed to be absent on reference areas (Germaine et al. 2000, Arizona Game and Fish Department 2005). Relative abundance of desert bighorn sheep was positively correlated with winter rainfall in Mazatzal Mountains and reference areas, and winter rainfall was higher in Mazatzal Mountains but declined less there than on reference areas between 1994 and 1997. In contrast, abundance of desert bighorn sheep between 1994 and 1997 declined >2 to >5 times more in Mazatzal Mountains than on reference areas (Table 2), leading us to suspect that mountain lion predation in Mazatzal Mountains was a variable influencing the desert bighorn sheep population. Moreover, increasing patterns of desert bighorn sheep population parameters and patterns of winter rainfall were similar in both Mazatzal and Plomosa mountains between 1999 and 2003 (in contrast to magnitude of negative trends apparent between 1994 and 1997), suggesting that higher population parameters in Mazatzal Mountains between 2000 and 2003 ostensibly were associated with predator reductions (Table 11) and lower mountain lion predation.

Compared to 1999, survey observations of total desert bighorn sheep males, females, and yearlings during drought in 2000 declined 40%, 35%, 49%, and 67%, respectively, whereas production and productivity increased from 0 to 0.5 and 24, respectively (Tables 1, 3), coincident with harvest of mountain lions (Table 11) and higher occurrence of desert bighorn sheep remains in mountain lion scats (Table 12). Observation rates of total desert bighorn sheep males, females, and lambs, as well as productivity, then increased between 2001 and 2003 (Table 3), coincident with lower occurrence of remains of the ungulate, compared to occurrence in 2000, in mountain lion scats, continued mountain lion reductions, and lower indices of abundance of the predator (Tables 11, 12). Results suggested association between mountain lion predation and continued harvest of the predator, even though some continued predation was apparent between 2000 and 2003. Although 90% of mountain lion scats containing desert bighorn sheep remains in east-central Arizona indicated consumption of lambs or young (Cashman et al. 1992), we found no discernible evidence of remains of young desert bighorn sheep in mountain lion scats and no clear evidence of predation on lambs or yearlings.

Visual characteristics of scats have been widely used to identify predator species and assign prey items eaten by species, but inaccuracies of this approach may have affected our assessments of predator diets (Johnson et al. 1984, Farrell et al. 2000, Davison et al. 2002, Reed et al. 2004). Nonetheless, experience and training likely are major factors affecting accurate visual identifications of carnivore feces (Zuercher et al. 2003), and we suggest that bias in scat identification likely had little meaningful effect on our conclusions (Johnson et al. 1984, Cunningham et al. 1999, Thornton et al. 2004).

Given large expected home ranges of mountain lions in desert habitats (Cunningham et al. 1995, Logan and Sweanor 2001) and the known range of desert bighorn sheep distribution on the primary study area (Fig. 2), mountain lions indexed during track surveys (Table 11) likely were potential predators of the Mazatzal Mountains desert bighorn sheep population. Track surveys, particularly during spring (Table 11), indicated effectiveness of mountain lion reductions in lowering predator abundance and suggested little likelihood that movements other than seasonally during winter influenced postremoval abundance. We speculate that more variable mountain lion track densities during winter than during spring (Table 11) were associated with prebreeding (Anderson 1983, Logan and Sweanor 2001) movement patterns, particularly by males. Consistent with our findings, mountain lion track densities also were higher during autumn than spring in southeastern Arizona (Cunningham et al. 1995). Decline of spring track counts after cattle removal (Tables 11, 12) suggested that earlier obliteration of mountain lion tracks on transects by cattle (Beier and Cunningham 1996) was not meaningful, and transects on roads received little vehicle traffic that might have obliterated mountain lion tracks.

Extensive mountain lion habitat was contiguous with our study area (Arizona Game and Fish Department 2003) and transient animals might have been expected to replace harvested residents (Hemker et al. 1984, Laing and Lindzey 1993, Beier 1995). However, lower mean track counts (particularly during spring surveys), coincident with increased sport harvest of mountain lions (Table 11), indicated that there likely was little, if any, population recovery. In comparison, removal of about half of adult mountain lions from a study area in New Mexico was followed by recovery of the population in about 31 months (Logan and Sweanor 2001). Abundance of resident adult mountain lions in a Utah population returned to pretreatment levels in about 9 months following removal of 42% of that population segment (Lindzey et al. 1992). In contrast, harvest of mountain lions at a rate greater than in our study in southern Arizona, where cattle, deer, and collared peccary were abundant, was not associated with decline in abundance of the predator (Cunningham et al. 1995, 1999, 2001a).

Predation by coyotes occurs in some bighorn sheep populations (Hass 1989, Cunningham and deVos 1992, Bleich 1999) and bobcats and coyotes may scavenge carcasses of prey killed by other predators (Major and Sherburne 1987, Koehler and Hornocker 1991, Arjo et al. 2002), but we found no evidence that bobcats and coyotes preyed on or scavenged desert bighorn sheep. In contrast, carcasses identified as kills and prey remains in scats (Table 12) indicated some continual predation of desert bighorn sheep by mountain lions in Mazatzal Mountains between 1999 and 2003.

Predation by mountain lions on bighorn sheep is sporadic (Ross et al. 1997, Logan and Sweanor 2001, Sawyer and Lindzey 2002), consistent with variability we observed among years in frequency of desert bighorn sheep remains in scats (Table 12). Population-level impacts of predation on bighorn sheep can be particularly severe if mountain lions kill substantial numbers of reproductive females and their young (Gaillard et al. 1998, Hayes et al. 2000). However, studies of prey selection by mountain lions have yielded

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057245

conflicting results regarding bighorn sheep (Mooring et al. 2004). Females with lambs may facilitate predator evasion by selecting particularly rugged escape terrain, and mountain lions may kill adult males more often than adult females (Festa-Bianchet 1988*b*, Bleich et al. 1997, Ross et al. 1997, Schaefer et al. 2000, Mooring et al. 2004).

Conversely, mountain lions selected lambs in a population of Rocky Mountain bighorn sheep and prey-class vulnerability might be largely a function of behavior of individual mountain lions (Ross et al. 1997). Male desert bighorn sheep often were observed in less rugged areas than female or mixed groups, ostensibly exposing males more than females to predation by mountain lions (Bleich et al. 1997, Mooring et al. 2004). However, rugged terrain might not be very effective in deterring predation by stalking predators like mountain lions (Creeden and Graham 1997, Ross et al. 1997, Sawyer and Lindzey 2002, Mooring et al. 2004). In comparison, escape terrain deters predation of bighorn sheep by cursorial predators, such as coyotes (Bleich 1999). Limited availability of escape terrain and restricted spatial distribution of the bighorn sheep population in Mazatzal Mountains (Fig. 2; McKinney et al. 2001, 2003) might have been factors influencing mountain lion predation (Cunningham 1989, Skogland 1991).

Mountain lion predation in some circumstances likely can affect growth and stability of bighorn sheep populations (Wehausen 1996, Creeden and Graham 1997, Ross et al. 1997, Hayes et al. 2000, Sawyer and Lindzey 2002) and hamper reintroduction efforts (Krausman et al. 1999, Rominger and Weisenberger 1999, Kamler et al. 2002, Rominger et al. 2004). Potential population-level effects of mountain lion predation appear to be greatest for small ($\leq$100) populations inhabiting desert habitats (Sawyer and Lindzey 2002). Predation by individual mountain lions, likely reflecting learned behavior, may impact bighorn sheep populations independently of mountain lion density (Hoban 1990, Ross et al. 1997, Rominger and Weisenberger 1999, Logan and Sweanor 2001), and harvest of individuals that targeted desert bighorn sheep may have been a factor in our study. However, removal of a few mountain lions each year, whether targeted or not for individual predation behavior, might in some instances benefit growth, productivity, and persistence of small, isolated bighorn sheep populations (Wehausen 1996, Ernest et al. 2002). About 29% of lambs, 44% of females, and 50% of males killed by mountain lions in a population of Rocky Mountain bighorn sheep exhibited anatomical or behavioral disabilities just prior to mortality (Ross et al. 1997), but we found no clear evidence indicating that abnormalities influenced predation.

Annual surveys suggested statewide deer populations declined during 1989–2002 (Arizona Game and Fish Department 2003, Kamler et al. 2002), and lower abundance of deer on our study area during drought (Anthony 1976, Rominger and Weisenberger 1999) might have contributed to higher mountain lion predation of desert bighorn sheep (Branch et al. 1996, Logan and Sweanor 2001, Kamler et al. 2002, Rosas-Rosas et al. 2003). Mule deer are believed to be primary prey—and bighorn sheep alternative prey—for mountain lions (Anderson 1983, Schaefer et al. 2000), and the predator might switch to alternative prey, including bighorn sheep, following a mule deer decline (Leopold and Krausman 1986, Logan and Sweanor 2001, Kamler et al. 2002, Holl et al.

2004). Occurrence of deer remains in mountain lion scats in our study was generally less than about half of levels often reported for the western United States (Iriarte et al. 1990, Cashman et al. 1992, Cunningham et al. 1999, Logan and Sweanor 2001).

We hypothesize increased relative availability of ungulate prey/mountain lion was associated with predator reductions and influenced behavior as well as diets (Tables 12, 13) of mountain lions. Although results might suggest increased per capita consumption rate of wild ungulate prey following predator reductions (i.e., presumably fewer mountain lions ate greater relative biomass and numbers of wild prey), we were unable to quantify functional response (per capita rate of prey consumption; Abrams 1997). Relative roles of prey-dependent (per capita kill rate increases with prey density) and ratio-dependent (kill rate dependent on ratio of prey to predator) predator kill rates have been controversial in developing models of predator–prey relationships (Arditi and Ginzburg 1989, Arditi and Akçakaya 1990, Abrams 1997, Abrams and Ginzburg 2000, Vucetich et al. 2002). A ratio-dependent model (Vucetich et al. 2002) greatly outperformed a prey-dependent model of wolf (*Canis lupus*) predation of moose (*Alces alces*). However, predator functional responses in natural systems are unlikely to be either purely prey or purely ratio dependent (Abrams and Ginzburg 2000, Vucetich et al. 2002).

We have no data from which to infer behavioral patterns of mountain lions or large ungulate prey during our study but speculate that behavioral dynamics (Arditi and Ginzburg 1989, Arditi and Akçakaya 1990, Brown et al. 1999, Skalski and Gilliam 2001) possibly contributed to differences we observed in predation by mountain lions between 1995–1998 and 2000–2003 and in composition and diversity of mountain lion diets (Tables 12, 13). An extensive empirical and theoretical literature indicates that predation is a function of relative abundances of predator and prey and is influenced by differences in predator interference (direct encounters among predators) and prey behavior across predator abundances (Brown et al. 1999, Skalski and Gilliam 2001, Alonso et al. 2002). Variation in social organization in relation to prey availability is typical of many carnivores (Pierce et al. 2000), and density-related behavioral dynamics of predator–prey interactions might influence predation by mountain lions (Brown et al. 1999).

Mountain lions may prey heavily on locally abundant small and medium-sized prey when large prey are not available or are less vulnerable (Iriarte et al. 1990). Differences in abundance of large ungulate and small prey per se between years prior to and following predator removal in our study did not appear to explain initially high occurrence and biomass of small prey in mountain lion diets (Tables 12, 13). Cattle were removed from the study area by early 2001 (Table 12), but surveys suggested there likely was little change in total relative abundance of wild ungulates between 1999 and 2003 (Arizona Game and Fish Department 2004). Differences in winter rainfall between 1999 and subsequent years (Table 1) suggested little probability of overall declines during this period in abundance of wild large or small prey; winter drought prevailed during 1999, 2000, and 2002, and normal winter precipitation occurred in 2001 and 2003. Winter rainfall in desert regions generally corresponds positively with productivity and recruitment of desert bighorn sheep (present data, McKinney et al. 2001) and mule deer (Smith and LeCount 1979, Leopold

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057246

and Krausman 1991, Marshal et al. 2002) as well as primary production and relative availability of small prey (Beatley 1969, Reichman and Van De Graaff 1975, Jones and Smith 1979, Ernest et al. 2000, Marshal et al. 2005).

Although annual sample sizes for scats in our study were comparatively small (Núñez et al. 2000), we believe that data sufficiently reflected valid trends in mountain lion diets that were independent of winter rainfall levels. Occurrence of small prey remains in mountain lion scats in 1999 (Table 12) was nearly double the highest occurrence reported in most other studies, but occurrence of small prey after implementation of predator reductions was more similar to ranges reported previously. Occurrence of small prey in studies of mountain lion diets generally ranged from about 0% to 27% (Robinette et al. 1959, Ackerman et al. 1984, Iriarte et al. 1990, Cashman et al. 1992, Cunningham et al. 1999). In comparison, occurrence of small prey in mountain lion scats in Mexico in deciduous dry forest habitat (Núñez et al. 2000) was similar to our results in 1999. Occurrences of small prey in mountain lion scats generally are lower in Mexico and North America than in more southern latitudes (Yáñez et al. 1986, Branch et al. 1996). Small prey in mountain lion scats differed little prior to and following a deer decline (Leopold and Krausman 1986).

Lower diet diversity following mountain lion reductions (Tables 11, 12) is consistent with the hypothesis that reduced intraspecific interference corresponded with lower abundance of the predator (Baker et al. 2001). Interference among mountain lions likely would increase (Skalski and Gilliam 2001)—and mountain lions may become comparatively inefficient predators—as their population densities increase (Arditi and Akçakaya 1990, Brown et al. 1999), possibly influencing prey selection. Prey appear to assess and behaviorally control their risk of predation (Lima and Dill 1990), and vigilance of ungulates increases at higher mountain lion densities but declines at lower densities (Brown et al. 1999). Moreover, mutual interference between predators may produce nonuniform spatial distributions of predator and prey (Alonso et al. 2002). Vigilance and potential exposure of desert bighorn sheep to predation likely are lower and higher, respectively, when group size is <5 (Mooring et al. 2004), and mean group size in our study was below this level from 1995 through 2003 (present data, McKinney et al. 2001). We thus speculate that changes in social behavior of predator and prey and predator/prey ratio influenced mountain lion diets, as well as predation of desert bighorn sheep, during predator reductions and comparatively low overall abundance of ungulate prey in Mazatzal Mountains.

## MANAGEMENT IMPLICATIONS

Identifying potential limiting factors represents a continual challenge for wildlife biologists and resource managers (McNamara and Houston 1987, Ballard et al. 2001). Limiting factors might be of interest primarily if responsible for major year-to-year population fluctuations (Sinclair 1991). Unpredictable, density-independent events such as drought can correspond with ungulate population declines and challenge conservation strategies (Bleich and Taylor 1998). Mortality of desert bighorn sheep lambs may be influenced by multiple variables acting within the same time frame (DeForge and Scott 1982, McNamara and Houston 1987,

Gaillard et al. 1998, Logan and Sweanor 2001). Inadequate forage resources and predation occur within the same time frame and should not be considered independently as alternative limiting factors (McNamara and Houston 1987, Sinclair 1991).

During the past quarter century, results of several studies suggested that predation by mountain lions might be an important mortality factor associated with bighorn sheep population declines, and small, isolated populations appear more vulnerable to population-level effects of mountain lion predation (Sawyer and Lindzey 2002). Removal of resident adult mountain lions in New Mexico by translocation was ineffective in reducing desert bighorn sheep losses to mountain lion predation or preventing decline of a desert bighorn sheep population (Logan and Sweanor 2001). Results of other studies indicated that lethal mountain lion removals likely would benefit bighorn sheep populations (Hoban 1990, Wehausen 1996, Ernest et al. 2002).

Factors affecting mountain lion predation of bighorn sheep are poorly understood but might involve numerous abiotic and biotic variables, including drought, disabilities or diseases, habitat changes (Hoban 1990, Creeden and Graham 1997, Ross et al. 1997, Rominger and Weisenberger 1999, Logan and Sweanor 2001), and availability of primary or alternative prey (Leopold and Krausman 1986, Schaefer et al. 2000, Logan and Sweanor 2001). Limited, herd-specific, short-term lethal removal of mountain lions may under some circumstances provide a management tool, particularly to benefit small, isolated desert bighorn sheep populations (Schaefer et al. 2000, Ernest et al. 2002, Kamler et al. 2002, Holl et al. 2004, Rominger et al. 2004).

Biologists in the western United States recently have been concerned over mountain lion predation of bighorn sheep (Wehausen 1996, Creeden and Graham 1997, Ross et al. 1997, Rominger and Weisenberger 1999, Hayes et al. 2000, Kamler et al. 2002), but predator control, particularly to benefit game species, remains controversial (McKinney et al. 2000; Ballard et al. 2001, 2003). Predator–prey dynamics of mountain lions and desert bighorn sheep vary widely among populations and years, and mountain lion reductions designed to benefit prey populations should be implemented specific to spatial and temporal variables and based on assessments of biological relevance (Ballard et al. 2001, 2003). Translocation of mountain lions may result in high risk of death and likely is of limited value as a management tool (Ruth et al. 1998).

Adaptive natural resources management is a learning process where actions are complex and uncertain and is difficult to conduct from a scientific viewpoint but potentially promotes rigor and objectivity in the management of natural resources (Morrison et al. 2001). Deliberate experimentation may benefit adaptive management efforts but cannot answer with scientific certainty the question of how much better (or worse) a system performed in response to a treatment than if the treatment had not been implemented (Walters and Green 1997). Ecological field experiments seldom meet criteria for modern experimental design (Eberhardt and Thomas 1991). Inferences we derived generally are limited to the primary study area, but broader inference derives from results of different investigations in different areas at different times (Sinclair 1991, Johnson 1999), ostensibly benefiting adaptive resources management. Resource managers need to understand

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057247

how abiotic and biotic variables influence mountain lions, their prey, and predator–prey relationships (McNamara and Houston 1987; Ballard et al. 2001, 2003; Logan and Sweanor 2001).

## SUMMARY

We identified 2 proximate factors that likely acted or interacted within the same time frame to affect demographic patterns of the desert bighorn sheep population in Mazatzal Mountains: nutritional status (winter rainfall patterns [ultimate factor] were associated with differences in primary production, concentrations of minerals in forages, and quality of desert bighorn sheep diets) and predation by mountain lions. We were unable to distinguish clearly the relative impacts of these factors operating to affect population parameters, but these variables likely were destabilizing elements for the population. Understanding relationships between desert bighorn sheep populations and habitat variables is fundamental to nutritional ecology. However, researchers may have focused less on the role of density-independent factors, such as quality and quantity of available of food, than on the role predation as limiting factors for ungulate populations (Saether 1997). Within parameters of our study, we hypothesize that unpredictable winter rainfall influenced primary production particularly of forbs, forage nutritional quality, and nutritional quality of diets and demographic attributes of the population of desert bighorn sheep in Mazatzal Mountains.

It appears unlikely that intermittent drought contributes to catastrophic declines in desert bighorn sheep abundance in the absence of potentially interacting mortality factors that might have population-level impacts, such as disease, overgrazing by domestic livestock, and predation. However, prolonged drought may correspond with downward trends in desert bighorn sheep abundance associated with relatively poorer forage production and quality and poorer nutritional status and lower productivity or survival of lambs. We postulate that desert bighorn sheep incorporate homeostatic behavioral and physiological mechanisms that tend to promote maintenance of dietary nutritional quality and quantity and positive balance of some minerals under conditions of unpredictable rainfall characteristic of desert habitats.

Lethal removals of mountain lions in Mazatzal Mountains between 2000 and 2003 were associated with dietary changes of the predator, lower indices of mountain lion abundance and lower predation of desert bighorn sheep, and increased indices of growth, production, and productivity of the desert bighorn sheep population despite successive years of drought. As a result, we hypothesize that both nutritional status and mountain lion predation likely influenced demographic parameters of the desert bighorn sheep population in Mazatzal Mountains and that short-term removal of mountain lions by lethal harvest contributed to higher growth and productivity of the small, isolated population, even during periods of drought.

## ACKNOWLEDGMENTS

Helicopter pilots M. J. Brinkworth, J. E. Becker, and J. Olson (deceased) helped capture desert bighorn sheep, and Arizona Game and Fish Department (AGFD) personnel assisted with captures and fixed-wing telemetry surveys. P. O. Alcumbrac and T. H. Noon helped with sampling of captured desert bighorn sheep and interpreting disease data. J. S. Smith contributed greatly to mountain lion reduction efforts, and this manuscript benefited from reviews by P. O. Alcumbrac, C. R. Anderson Jr., S. C. Cunningham, S. A. Dubay, J. R. Heffelfinger, T. H. Noon, B. F. Wakeling, and unidentified reviewers. Procedures in this study where applicable followed acceptable methods for capture and handling of animals adopted by the American Society of Mammalogists (Animal Care and Use Committee 1998).

## LITERATURE CITED

Abrams, P. 1997. Anomalous predictions of ratio-dependent models of predation. Oikos 80:163–171.

Abrams, P. A., and R. Ginzburg. 2000. The nature of predation: prey dependent, ratio dependent or neither? Trends in Ecology and Evolution 15: 337–341.

Ackerman, B. B., F. G. Lindzey, and T. P. Hemker. 1984. Cougar food habits in southern Utah. Journal of Wildlife Management 48:147–155.

Alldredge, M. W., J. M. Peek, and W. A. Wall. 2002. Nutritional quality of forages used by elk in northern Idaho. Journal of Range Management 55: 253–259.

Alonso, D., F. Bartumeus, and J. Catalan. 2002. Mutual interference between predators can give rise to Turing spatial patterns. Ecology 83:28–34.

Ammann, A. P., R. L. Cowan, C. L. Mothershead, and B. R. Baumgardt. 1973. Dry matter and energy intake in relation to digestibility in white-tailed deer. Journal of Wildlife Management 37:195–201.

Anderson, A. E. 1983. A critical review of literature on puma (Felis concolor). Colorado Division of Wildlife Special Report No. 54, Denver, USA.

Anderson, C. R., and F. G. Lindzey. 2003. Estimating cougar predation rates from GPS location clusters. Journal of Wildlife Management 67:307–316.

Anderson, D. R., J. L. Laake, B. R. Crain, and K. P. Burnham. 1979. Guidelines for line transect sampling of biological populations. Journal of Wildlife Management 43:70–78.

Animal Care and Use Committee. 1998. Guidelines for the capture, handling, and care of mammals as approved by the American Society of Mammalogists. Journal of Mammalogy 79:1416–1431.

Anthony, R. G. 1976. Influence of drought on diets and numbers of desert deer. Journal of Wildlife Management 40:140–144.

Arditi, R., and L. R. Ginzburg. 1989. Coupling in predator-prey dynamics: ratio-dependence. Journal of Theoretical Biology 139:311–326.

———, and H. R. Akçakaya. 1990. Underestimation of mutual interference of predators. Oecologia 83:358–361.

Arizona Game and Fish Department. 2003. Hunt Arizona—2003 edition. Arizona Game and Fish Department, Phoenix, USA.

———. 2004. Hunt Arizona—2004 edition. Arizona Game and Fish Department, Phoenix, USA.

———. 2005. Hunt Arizona—2005 edition. Arizona Game and Fish Department, Phoenix, USA.

Arjo, W. M., D. H. Pletscher, and R. R. Ream. 2002. Dietary overlap between wolves and coyotes in northwestern Montana. Journal of Mammalogy 83: 754–766.

Baker, D. L., and N. T. Hobbs. 1987. Strategies of digestion: digestive efficiency and retention time of forage diets in montane ungulates. Canadian Journal of Zoology 65:1978–1984.

Baker, L. A., R. J. Warren, D. R. Diefenbach, W. E. James, and M. J. Conroy. 2001. Prey selection by reintroduced bobcats (Lynx rufus) on Cumberland Island, Georgia. American Midland Naturalist 145:80–93.

Ballard, W. B., D. Lutz, T. W. Keegan, L. H. Carpenter, and J. C. deVos Jr. 2001. Deer-predator relationships: a review of recent North American studies with emphasis on mule and black-tailed deer. Wildlife Society Bulletin 29:99–115.

———, ———, ———, and ———. 2003. Deer-predator relationships. Pages 177–218 in J. C. deVos Jr., M. R. Conover, and N. E. Hedrick,

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057248

editors. Mule deer conservation: issues and management strategies. Berryman Institute Press,Utah State University, Logan, USA.

Beatley, J. C. 1969. Dependence of desert rodents on winter annuals and precipitation. Ecology 50:721–724.

———. 1974. Phenological events and their environmental triggers in Mojave Desert ecosystems. Ecology 55:856–863.

Beier, P. 1995. Dispersal of juvenile cougars in fragmented habitat. Journal of Wildlife Management 59:228–237.

———, and S. C. Cunningham. 1996. Power of track surveys to detect changes in cougar populations. Wildlife Society Bulletin 24:540–546.

Berger, J. 1982. Female breeding and lamb survival in desert bighorn sheep (Ovis canadensis). Mammalia 46:183–190.

———. 1990. Persistence of different-sized populations: an empirical assessment of rapid extinctions in bighorn sheep. Conservation Biology 4:91–98.

———. 1991. Pregnancy incentives, predation constraints and habitat shifts: experimental and field evidence for wild bighorn sheep. Animal Behaviour 41:61–67.

———. 1999. Intervention and persistence in small populations of bighorn sheep. Conservation Biology 13:432–434.

Blair-West, J. R., J. P. Coghlan, D. A. Denton, J. F. Nelson, E. Orchard, B. A. Scoggins, R. D. Wright, K. Myers, and C. L. Junqueira. 1968. Physiological, morphological and behavioural adaptation to a sodium deficient environment by wild native Australian and introduced species of animals. Nature 217: 922–928.

Blanchard, P., M. Festa-Bianchet, J. Gaillard, and J. T. Jorgenson. 2003. A test of long-term fecal nitrogen monitoring to evaluate nutritional status in bighorn sheep. Journal of Wildlife Management 67:477–484.

Bleich, V. C. 1999. Mountain sheep and coyotes: patterns of predator evasion in a mountain ungulate. Journal of Mammalogy 80:283–289.

———, R. T. Bowyer, D. J. Clark, and T. O. Clark. 1992. An analysis of forage used by mountain sheep in the eastern Mojave Desert, California. Desert Bighorn Council Transactions 36:41–47.

———, ———, and J. D. Wehausen. 1997. Sexual segregation in mountain sheep: resources or predation? Wildlife Monographs 134:1–50.

———, and T. J. Taylor. 1998. Survivorship and cause-specific mortality in five populations of mule deer. Great Basin Naturalist 58:265–272.

———, J. D. Wehausen, and S. A. Holl. 1990. Desert-dwelling mountain sheep: conservation implications of a naturally fragmented distribution. Conservation Biology 4:383–390.

———, R. R. Ramey, and J. L. Rechel. 1996. Metapopulation theory and mountain sheep: implications for conservation. Pages 353–373 in D. R. McCullough, editor. Metapopulations and wildlife conservation. Island Press, Covelo, California, USA.

Bodie, W. L., E. O. Garton, E. R. Taylor, and M. McCoy. 1995. A sightability model for bighorn sheep in canyon habitats. Journal of Wildlife Management 59:832–840.

Brady, P. S., L. J. Brady, P. A. Whetter, D. E. Ullrey, and L. D. Fay. 1978. The effect of dietary selenium and vitamin E on biochemical parameters and survival of young among white-tailed deer (Odocoileus virginianus). Journal of Nutrition 108:1439–1448.

Branch, L. C., M. Pessino, and D. Villarreal. 1996. Response of pumas to a population decline of the plains vizcacha. Journal of Mammalogy 77:1132–1140.

Brown, D. E. 1984. The effects of drought on white-tailed deer recruitment in the arid southwest. Pages 7–12 in P. R. Krausman, and N. S. Smith, editors. Deer in the Southwest: a workshop. Arizona Cooperative Wildlife Research Unit and University of Arizona, Tucson, USA.

———. 1994. Biotic communities—southwestern United States and northwestern Mexico. University of Utah Press, Salt Lake City, USA.

Brown, J. S., J. W. Laundré, and M. Gurung. 1999. The ecology of fear: optimal foraging, game theory, and trophic interactions. Journal of Mammalogy 80:385–399.

Brown, K. W., R. M. Lee, and R. P. McQuivey. 1976. Observations on the food habits of desert bighorn lambs. Desert Bighorn Council Transactions 20:40–41.

Brown, R. D., E. C. Hellgren, M. Abbott, D. C. Ruthven III., and R. L. Bingham. 1995. Effects of dietary energy and protein restriction on nutritional indices of female white-tailed deer. Journal of Wildlife Management 59:595–609.

Butler, L. K., and L. L. McDonald. 1983. Unbiased systematic sampling plans for the line intercept method. Journal of Range Management 36:463–468.

Cable, D. R. 1975. Influence of precipitation on perennial grass production in the semidesert Southwest. Ecology 56:981–986.

Callan, R. J., T. D. Bunch, G. W. Workman, and R. E. Mock. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic wild and domestic sheep. Journal of the American Veterinary Medical Association 198:1052–1056.

Cashman, J. L., M. Pierce, and P. R. Krausman. 1992. Diets of mountain lions in southwestern Arizona. Southwestern Naturalist 37:324–326.

Cassirer, E. F., L. E. Oldenburg, V. L. Coggins, P. Fowler, K. Rudolph, D. L. Hunter, and W. J. Foreyt. 1998. Overview and preliminary analysis of a bighorn sheep dieoff, Hells Canyon 1995–1996. Biennial Symposium of the North American Wild Sheep and Goat Council 10:78–86.

Clark, R. K., and D. A. Jessup. 1992. The health of mountain sheep in the San Andres Moountains, New Mexico. Desert Bighorn Council Transactions 36: 30–35.

———, ———, M. D. Kock, and R. A. Weaver. 1985. Survey of desert bighorn sheep in California for exposure to selected infectious diseases. Journal of the American Veterinary Medical Association 187:1175–1179.

Coe, M. J., D. H. Cummings, and J. Phillipson. 1976. Biomass and production of large African herbivores in relation to rainfall and primary production. Oecologia 22:341–354.

Cook, H. W., A. M. Pearson, N. M. Simmons, and B. E. Baker. 1970. Dall sheep (Ovis dalli dalli) milk. I. Effects of stage of lactation on the composition of the milk. Canadian Journal of Zoology 48:629–633.

Cook, J. G., L. L. Irwin, L. D. Bryant, and J. W. Thomas. 1994. Fecal nitrogen and dietary quality relationships in juvenile elk. Journal of Wildlife Management 58:46–53.

Cook, R. C., D. L. Murphy, J. G. Cook, P. Zager, and S. L. Monfort. 2001. Nutritional influences on breeding dynamics in elk. Canadian Journal of Zoology 79:845–853.

Côté, S. D., and M. Festa-Bianchet. 2001. Birthdate, mass and survival in mountain goat kids: effects of maternal characteristics and forage quality. Oecologia 127:230–238.

Creeden, P. J., and V. K. Graham. 1997. Reproduction, survival, and lion predation in the Black Ridge/Colorado National Monument desert bighorn herd. Desert Bighorn Council Transactions 41:37–43.

Cunningham, S. C. 1989. Evaluation of bighorn sheep habitat. Pages 135–160 in R. M. Lee, editor. The desert bighorn sheep in Arizona. Arizona Game and Fish Department, Phoenix, USA.

———, W. B. Ballard, L. M. Monroe, M. J. Rabe, and K. D. Bristow. 2003. Black bear habitat use in burned and unburned areas, central Arizona. Wildlife Society Bulletin 31:786–792.

———, ———, and H. A. Whitlaw. 2001a. Age structure, survival, and mortality of mountain lions in southeastern Arizona. Southwestern Naturalist 46:76–80.

———, and J. C. deVos Jr. 1992. Mortality of mountain sheep in the Black Canyon area of northwest Arizona. Desert Bighorn Council Transactions 36: 27–29.

———, C. R. Gustavson, and W. B. Ballard. 1999. Diet selection of mountain lions in southeastern Arizona. Journal of Range Management 52:202–207.

———, L. A. Gustavson, C. R. Haynes, and D. D. Haywood. 1995. Evaluation of the interaction between mountain lions and cattle in the Aravaipa–Klondyke area of southeast Arizona. Technical Report 17, Arizona Game and Fish Department, Phoenix, USA.

———, L. M. Monroe, L. Kirkendall, and C. L. Ticer. 2001b. Effects of the catastrophic Lone Fire on low, medium, and high mobility wildlife species. Technical Guidance Bulletin No. 5, Arizona Game and Fish Department, Phoenix, USA.

Danner, D. A., and N. L. Dodd. 1982. Comparison of coyote and gray fox scat diameters. Journal of Wildlife Management 46:240–241.

Davison, A., J. D. S. Birks, R. C. Brookes, T. C. Braithwaite, and J. E. Messenger. 2002. On the origin of faeces: morphological versus molecular methods for surveying rare carnivores from their scats. Journal of Zoology (London) 257:141–143.

DeForge, J. R., S. D. Ostermann, C. W. Willmott, K. B. Brennan, and S. G. Torres. 1997. The ecology of peninsular bighorn sheep in the San Jacinto Mountains, California. Desert Bighorn Council Transactions 41:8–25.

———, and J. E. Scott. 1982. Ecological investigations into high lamb mortality. Desert Bighorn Council Transactions 26:65–76.

DePerno, C. S., J. A. Jenks, S. L. Griffin, and L. A. Rice. 2000. Female survival in a declining white-tailed deer population. Wildlife Society Bulletin 28:1030–1037.

deVos, J. C. Jr. 1989. The role of disease in Arizona's desert bighorn sheep.

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057249

Pages 30–62 *in* R. M. Lee, editor The desert bighorn sheep in Arizona. Arizona Game and Fish Department, Phoenix, USA.

Dickson, B. G., J. S. Jenness, and P. Beier. 2005. Influence of vegetation, topography, and roads on cougar movement in southern California. Journal of Wildlife Management 69:264–276.

Dietz, D. R. 1965. Deer nutrition research in range management. North American Wildlife Conference 30:274–285.

Dodd, N. L. 1989. Dietary considerations. Pages 109–134 *in* R. M. Lee, editor. The desert bighorn sheep in Arizona. Arizona Game and Fish Department, Phoenix, USA.

———, and W. W. Brady. 1988. Dietary relationships of sympatric desert bighorn sheep and cattle. Desert Bighorn Council Transactions 32:1–6.

Douglas, C. L. 2001. Weather, disease, and bighorn lamb survival during 23 years in Canyonlands National Park. Wildlife Society Bulletin 29:297–305.

———, and D. M. Leslie Jr. 1986. Influences of weather and density on lamb survival of desert mountain sheep. Journal of Wildlife Management 50:153–156.

Dunbar, M. R., D. A. Jessup, J. F. Evermann, and W. J. Foreyt. 1985. Seroprevalence of respiratory syncytial virus in free-ranging bighorn sheep. Journal of the American Veterinary Medical Association 187:1173–1174.

Eberhardt, L. L. 1978. Appraising variability in population studies. Journal of Wildlife Management 42:207–238.

———, and J. M. Thomas. 1991. Designing environmental studies. Ecological Monographs 6:53–73.

Elliott, L. F., W. M. Boyce, R. K. Clark, and D. A. Jessup. 1994. Geographic analysis of pathogen exposure in bighorn sheep (*Ovis canadensis*). Journal of Wildlife Diseases 30:315–318.

Ernest, H. B., E. S. Rubin, and W. M. Boyce. 2002. Fecal DNA analysis and risk assessment of mountain lion predation of bighorn sheep. Journal of Wildlife Management 66:75–85.

Ernest, S. K. M., J. H. Brown, and R. R. Parmenter. 2000. Rodents, plants, and precipitation: spatial and temporal dynamics of consumers and resources. Oikos 88:470–482.

Etchberger, R. C., and P. R. Krausman. 1999. Frequency of birth and lambing sites of a small population of mountain sheep. Southwestern Naturalist 44:354–360.

Farrell, L. E., J. Roman, and M. E. Sunquist. 2000. Dietary separation of sympatric carnivores identified by molecular analysis of scats. Molecular Ecology 9:1583–1590.

Festa-Bianchet, M. 1988a. Birthdate and survival in bighorn lambs (*Ovis canadensis*). Journal of Zoology 214:653–661.

———. 1988b. Seasonal range selection in bighorn sheep: conflicts between forage quality, forage quantity, and predator avoidance. Oecologia 75:580–586.

Flueck, W. T. 1994. Effect of trace elements on population dynamics: selenium deficiency in free-ranging black-tailed deer. Ecology 75:807–812.

Foreyt, W. J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research 50:341–344.

Fox, L. M., P. R. Krausman, M. L. Morrison, and T. H. Noon. 2000. Mineral content of Sonoran pronghorn forage. California Fish and Game 86:159–174.

Fynn, R. W. S., and T. G. O'Connor. 2000. Effect of stocking rate and rainfall on rangeland dynamics and cattle performance in a semi-arid savanna, South Africa. Journal of Applied Ecology 37:491–507.

Gaillard, J.-M., M. Festa-Bianchet, and N. G. Yoccoz. 1998. Population dynamics of large herbivores: variable recruitment with constant adult survival. Trends in Ecology and Evolution 13:58–63.

———, ———, ———, A. Loison, and C. Toïgo. 2000. Temporal variation in fitness components and population dynamics of large herbivores. Annual Review of Ecology and Systematics 31:367–393.

Germaine, S. S., K. D. Bristow, and L. A. Haynes. 2000. Distribution and population status of mountain lions in southwestern Arizona. Southwestern Naturalist 45:333–338.

Goldberg, D. E., and R. M. Turner. 1986. Vegetation change and plant demography in perennial plots in the Sonoran Desert. Ecology 67:695–712.

Grasman, B. T., and E. C. Hellgren. 1993. Phosphorus nutrition in white-tailed deer: nutrient balance, physiological responses, and antler growth. Ecology 74:2279–2296.

Greene, L. W., W. E. Pinchak, and R. K. Heitschmidt. 1987. Seasonal dynamics of minerals in forages at the Texas experimental ranch. Journal of Range Management 40:502–506.

Grings, E. E., M. R. Haferkamp, R. K. Heitschmidt, and M. G. Karl. 1996. Mineral dynamics in forages of the northern Great Plains. Journal of Range Management 49:234–240.

Halloran, A. F., and H. B. Crandell. 1953. Notes on bighorn food in the Sonoran zone. Journal of Wildlife Management 17:318–320.

Halvorson, W. L., and D. T. Patten. 1974. Seasonal water potential changes in Sonoran Desert shrubs in relation to topography. Ecology 55:173–177.

Hanley, T. A. 1978. A comparison of the line-interception and quadrat estimation methods of determining shrub canopy coverage. Journal of Range Management 31:60–62.

———. 1997. A nutritional view of understanding and complexity in the problem of diet selection by deer (Cervidae). Oikos 79:209–218.

———, C. T. Robbins, A. E. Hagerman, and C. McArthur. 1992. Predicting digestible protein and digestible dry matter in tannin-containing forages consumed by ruminants. Ecology 73:537–541.

Harveson, L. A., B. Route, F. Armstrong, N. J. Silvy, and M. E. Tewes. 1999. Trends in populations of mountain lion in Carlsbad Caverns and Guadalupe Mountains National Parks. Southwestern Naturalist 44:490–494.

Hass, C. C. 1989. Bighorn lamb mortality: predation, inbreeding, and population effects. Canadian Journal of Zoology 67:699–705.

Hayes, C. L., E. S. Rubin, M. C. Jorgensen, R. A. Botta, and W. M. Boyce. 2000. Mountain lion predation of bighorn sheep in the Peninsular Ranges, California. Journal of Wildlife Management 64:954–959.

Heady, H. F., R. P. Gibbens, and R. W. Powell. 1959. A comparison of the charting, line intercept, and line point methods of sampling shrub types of vegetation. Journal of Range Management 12:180–188.

Hebert, D., and I. M. Cowan. 1971. Natural salt licks as a part of the ecology of the mountain goat. Canadian Journal of Zoology 49:605–610.

Hemker, T. P., F. G. Lindzey, and B. B. Ackerman. 1984. Population characteristics and movement patterns of cougars in southern Utah. Journal of Wildlife Management 48:1275–1284.

Herbel, C. H., F. N. Ares, and R. A. Wright. 1972. Drought effects of a semidesert grassland range. Ecology 53:1084–1093.

Hervert, J. J., R. S. Henry, M. T. Brown, and R. L. Kearns. 1998. Sighting rates of bighorn sheep during helicopter surveys on the Kofa National Wildlife Refuge, Arizona. Desert Bighorn Council Transactions 42:11–26.

Hoban, P. A. 1990. A review of desert bighorn sheep in the San Andres Mountains, New Mexico. Desert Bighorn Council Transactions 34:14–22.

Hobbs, N. T., D. L. Baker, and R. B. Gill. 1983. Comparative nutritional ecology of montane ungulates during winter. Journal of Wildlife Management 47:1–16.

———, and R. A. Spowart. 1984. Effects of prescribed fire on nutrition of mountain sheep and mule deer during winter and spring. Journal of Wildlife Management 48:551–560.

———, and D. M. Swift. 1985. Estimates of habitat carrying capacity incorporating explicit nutritional constraints. Journal of Wildlife Management 49:814–822.

Hodgman, T. P., B. B. Davitt, and J. R. Nelson. 1996. Monitoring mule deer diet quality and intake with fecal nitrogen. Journal of Range Management 49:215–222.

Holl, S. A., V. C. Bleich, and S. G. Torres. 2004. Population dynamics of bighorn sheep in the San Gabriel Mountains, California, 1967–2002. Wildlife Society Bulletin 32:412–426.

Holt, B. S., W. H. Miller, and B. F. Wakeling. 1992. Composition and quality of mountain sheep diets in the Superstition Mountains, Arizona. Desert Bighorn Council Transactions 36:36–40.

Howery, L. D., and J. A. Pfister. 1990. Dietary and fecal concentrations of nitrogen and phosphorus in penned white-tailed deer does. Journal of Wildlife Management 54:383–389.

Hudson, R. J., and J. Z. Adamczewski. 1990. Effect of supplementing summer ranges on lactation and growth of wapiti (Cervus elaphus). Canadian Journal of Animal Science 70:551–560.

Iriarte, J. A., W. L. Franklin, W. E. Johnson, and K. H. Redford. 1990. Biogeographic variation of food habits and body size of the American puma. Oecologia 85:185–190.

Irvine, C. A. 1969. Factors affecting the desert bighorn sheep in southeastern Utah. Desert Bighorn Council Transactions 13:6–13.

Irwin, L. L., J. G. Cook, D. E. McWhirter, S. G. Smith, and E. B. Arnett. 1993. Assessing winter dietary quality in bighorn sheep via fecal nitrogen. Journal of Wildlife Management 57:41–421.

Jessup, D. A. 1985. Diseases of domestic livestock which threaten bighorn sheep populations. Desert Bighorn Council Transactions 29:29–33.

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057250

Johnson, D. H. 1999. The insignificance of statistical significance testing. Journal of Wildlife Management 63:763–772.

Johnson, M. K., R. C. Belden, and D. R. Aldred. 1984. Differentiating mountain lion and bobcat scats. Journal of Wildlife Management 48:239–244.

Jones, D. I. H., D. G. Miles, and K. B. Sinclair. 1967. Some effects of feeding sheep on low-sodium hay with and without sodium supplement. British Journal of Nutrition 21:391–397.

Jones, J. H., and N. S. Smith. 1979. Bobcat density and prey selection in central Arizona. Journal of Wildlife Management 43:666–672.

Jones, R. L., and H. P. Weeks. 1985. Ca, Mg, and P in the annual diet of deer in south-central Indiana. Journal of Wildlife Management 49:129–133.

Jorgenson, J. T., M. Festa-Bianchet, J-M. Gaillard, and W. D. Wishart. 1997. Effects of age, sex, disease, and density on survival of bighorn sheep. Ecology 78:1019–1032.

Kamler, J. F., R. M. Lee, J. C. deVos Jr., W. B. Ballard, and H. A. Whitlaw. 2002. Survival and cougar predation of translocated bighorn sheep in Arizona. Journal of Wildlife Management 66:1267–1272.

Kearney, T. H., and R. H. Peebles. 1973. Arizona flora. University of California Press, Berkeley, USA.

Kemp, P. R. 1983. Phenological patterns of Chihuahuan Desert plants in relation to timing of water availability. Journal of Ecology 71:427–436.

Koehler, G. M., and M. G. Hornocker. 1991. Seasonal resource use among mountain lions, bobcats, and coyotes. Journal of Mammalogy 72:391–396.

Krausman, P. R., B. F. Bobek, F. M. Whiting, and W. H. Brown. 1988. Dry matter and energy intake in relation to digestibility in desert bighorn sheep. Acta Theriologica 33:121–130.

———, A. J. Kuenzi, R. C. Etchberger, K. R. Rautenstrauch, L. L. Ordway, and J. J. Hervert. 1997. Diets of desert mule deer. Journal of Range Management 50:513–522.

———, and B. D. Leopold. 1986. The importance of small populations of desert bighorn sheep. Transactions of the North American Wildlife and Natural Resources Conference 51:52–61.

———, ———, R. F. Seegmiller, and S. G. Torres. 1989. Relationships between desert bighorn sheep and habitat in western Arizona. Wildlife Monographs 102:1–66.

———, L. L. Ordway, F. M. Whiting, and W. H. Brown. 1990. Nutritional composition of desert mule deer forage in the Picacho Mountains, Arizona. Desert Plants 10:32–34.

———, A. V. Sandoval, and R. C. Etchberger. 1999. Natural history of desert bighorn sheep. Pages 139–191 in R. Valdez, and P. R. Krausman, editors. Mountain sheep of North America. University of Arizona Press, Tucson, USA.

Kucera, T. E. 1997. Fecal indicators, diet, and population parameters in mule deer. Journal of Wildlife Management 61:550–560.

Kunkel, K. E., T. K. Ruth, D. H. Pletscher, and M. G. Hornocker. 1999. Winter prey selection by wolves and cougars in and near Glacier National Park, Montana. Journal of Wildlife Management 63:901–910.

Laing, S. P., and F. G. Lindzey. 1993. Patterns of replacement of resident cougars in southern Utah. Journal of Mammalogy 74:1056–1058.

Laundré, J. W. 2005. Puma energetics: a recalculation. Journal of Wildlife Management 69:723–732.

Lenarz, M. S. 1979. Social structure and reproductive strategy in desert bighorn sheep (Ovis canadensis mexicana). Journal of Mammalogy 60:671–678.

Leopold, B. D., and P. R. Krausman. 1986. Diets of 3 predators in Big Bend National Park, Texas. Journal of Wildlife Management 50:290–295.

———, and ———. 1991. Factors influencing desert mule deer distribution and productivity in southwestern Texas. Southwestern Naturalist 36:67–74.

Leslie, D. M. Jr., and C. L. Douglas. 1979. Desert bighorn sheep of the River Mountains, Nevada. Wildlife Monographs 66:1–56.

———, and ———. 1982. Simulated demography of the River Mountain herd. Desert Bighorn Council Transactions 26:97–99.

———, J. A. Jenks, M. Chilelli, and G. R. Lavigne. 1989. Nitrogen and diaminopimelic acid in deer and moose feces. Journal of Wildlife Management 53:216–218.

———, and E. E. Starkey. 1985. Fecal indices to diet quality of cervids in old-growth forests. Journal of Wildlife Management 49:142–146.

———, and ———. 1987. Fecal indices to dietary quality: a reply. Journal of Wildlife Management 51:321–325.

Lima, S. L., and L. M. Dill. 1990. Behavioral decisions made under the risk of predation: a review and prospectus. Canadian Journal of Zoology 68:619–640.

Lindzey, F. G., W. D. VanSickle, B. B. Ackerman, D. Barnhurst, T. P. Hemker, and S. P. Laing. 1994. Cougar population dynamics in southern Utah. Journal of Wildlife Management 58:619–624.

———, ———, S. P. Laing, and C. S. Mecham. 1992. Cougar population response to manipulation in southern Utah. Wildlife Society Bulletin 20:224–227.

Link, W. A., and J. D. Nichols. 1994. On the importance of sampling variance to investigations of temporal variation in animal population size. Oikos 69: 539–544.

Litvaitis, J. A., and D. J. Harrison. 1989. Bobcat-coyote niche relationships during a period of coyote population increase. Canadian Journal of Zoology 67:1180–1188.

Logan, K. A., and L. L. Irwin. 1985. Mountain lion habitats in the Big Horn Mountains, Wyoming. Wildlife Society Bulletin 13:257–262.

———, and L. L. Sweanor. 2001. Desert puma. Island Press, Washington, D. C., USA.

Major, J. T., and J. A. Sherburne. 1987. Interspecific relationships of coyotes, bobcats, and red foxes in western Maine. Journal of Wildlife Management 51:606–616.

Marshal, J. P., P. R. Krausman, and V. C. Bleich. 2005. Dynamics of mule deer forage in the Sonoran Desert. Journal of Arid Environments 60:593–609.

———, ———, ———, W. B. Ballard, and J. S. McKeever. 2002. Rainfall, El Niño, and dynamics of mule deer in the Sonoran Desert. California Journal of Wildlife Management 66:1283–1289.

Massey, B. N., F. W. Weckerly, C. E. Vaughn, and D. R. McCullough. 1994. Correlations between fecal nitrogen and diet composition in free-ranging black-tailed deer. Southwestern Naturalist 39:165–170.

Mayland, H. F., and G. E. Shewmaker. 2001. Animal health problems caused by silicon and other mineral imbalances. Journal of Range Management 54: 441–446.

Mazaika, R., P. R. Krausman, and R. C. Etchberger. 1992. Forage availability for mountain sheep in Pusch Ridge Wilderness, Arizona. Southwestern Naturalist 37:372–378.

McBride, G. B., J. C. Loftis, and N. C. Adkins. 1993. What do significance tests really tell us about the environment? Environmental Management 17: 423–432.

McCutchen, H. E. 1988. Desert bighorn sheep nursing behavior in relation to population quality and lamb survival. Desert Bighorn Council Transactions 32:7–10.

McKinney, T., S. R. Boe, and J. C. deVos Jr. 2003. GIS-based evaluation of escape terrain and desert bighorn sheep populations in Arizona. Wildlife Society Bulletin 31:1229–1236.

———, J. C. deVos Jr., and R. D. Broscheid. 2000. Public intervention in wildlife research—a case history. Desert Bighorn Council Transactions 44:14–21.

———, and T. H. Noon. 2002. Mineral concentrations of desert bighorn sheep forages in the Mazatzal Mountains, Arizona. Desert Bighorn Council Transactions 46:25–38.

———, T. W. Smith, and J. D. Hanna. 2001. Precipitation and desert bighorn sheep in the Mazatzal Mountains, Arizona. Southwestern Naturalist 46:345–353.

McNamara, J. M., and A. I. Houston. 1987. Starvation and predation as factors limiting population size. Ecology 68:1515–1519.

Messier, F. 1991. The significance of limiting and regulating factors in the demography of moose and white-tailed deer. Journal of Animal Ecology 60: 377–393.

Meyer, M. W., R. D. Brown, and M. W. Graham. 1984. Protein and energy content of white-tailed deer diets in the Texas Coastal Bend. Journal of Wildlife Management 48:527–534.

Miller, G. D., and W. S. Gaud. 1989. Composition and variability of desert bighorn sheep diets. Journal of Wildlife Management 53:597–606.

Miller, M. W. 2001. Pasteurellosis. Pages 330–339 in E. S. Williams, and I. K. Barker, editors. Infectious diseases of wild mammals. 3rd edition. Iowa State University Press, Ames, USA.

Monello, R. J., D. L. Murray, and E. F. Cassirer. 2001. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Canadian Journal of Zoology 79:1423–1432.

Moore, T. D., L. E. Spence, C. E. Dugnolle, and W. G. Hepworth. 1974. Identification of the dorsal guard hairs of some mammals in Wyoming. Wyoming Game and Fish Department, Bulletin 14:1–177.

Mooring, M. S., T. A. Fitzpatrick, T. T. Nishihira, and D. C. Reisig. 2004. Vigilance, predation risk, and the Allee effect in desert bighorn sheep. Journal of Wildlife Management 68:519–532.

Morgart, J. R., P. R. Krausman, W. H. Brown, and F. M. Whiting. 1986. Chem-

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057251

ical analysis of mountain sheep forage in the Virgin Mountains, Arizona. University of Arizona College of Agriculture Technical Bulletin 257:1–11.

Morrison, M. L., W. M. Block, M. D. Strickland, and W. L. Kendall. 2001. Wildlife study design. Springer-Verlag, New York, New York, USA.

Mouton, R. J., R. M. Lee, and J. Olding. 1991. A desert bighorn sheep decline in Aravaipa Canyon, Arizona. Desert Bighorn Council Transactions 35:18–19.

Mubanga, G., J. L. Holochek, R. Valdez, and S. D. Schemnitz. 1985. Relationship between diet and fecal nutritive quality in mule deer. Southwestern Naturalist 30:573–578.

Mueller, C. C., and R. M. F. S. Sadlier. 1977. Changes in the nutrient composition of milk of black-tailed deer during lactation. Journal of Mammalogy 58:421–423.

Murie, O. J. 1954. A field guide to animal tracks. Houghton-Mifflin, Boston, Massachusetts, USA.

Murphy, D. A., and J. A. Coates. 1966. Effects of dietary protein on deer. Transactions of the North American Wildlife and Natural Resources Conference 31:129–139.

National Research Council. 1996. Nutrient requirements of cattle. Seventh edition. National Academy Press, Washington, D.C., USA.

Noon, T. H., S. L. Wesche, D. Cagle, D. G. Mead, E. J. Bicknell, G. A. Bradley, S. Riplog-Peterson, D. Edsall, and C. Reggiardo. 2002. Hemorrhagic disease in bighorn sheep in Arizona. Journal of Wildlife Diseases 38:172–176.

Núñez, R., B. Miller, and F. Lindzey. 2000. Food habits of jaguars and pumas in Jalisco, Mexico. Journal of Zoology (London) 252:373–379.

Oehler, M. W., R. T. Bowyer, and V. C. Bleich. 2003. Home ranges of female mountain sheep, Ovis canadensis nelsoni: effects of precipitation in a desert ecosystem. Mammalia 67:385–401.

O'Hara, T. M., G. Carroll, P. Barboza, K. Mueller, J. Blake, V. Woshner, and C. Willeto. 2001. Mineral and heavy metal status as related to a mortality event and poor recruitment in a moose population in Alaska. Journal of Wildlife Diseases 37:509–522.

Osborn, R. G., and T. F. Ginnett. 2001. Fecal nitrogen and 2,6-diaminopimelic acid as indices to dietary nitrogen in white-tailed deer. Wildlife Society Bulletin 29:1131–1139.

———, and J. A. Jenks. 1998. Assessing dietary quality of white-tailed deer using fecal indices: effects of supplemental feeding and area. Journal of Mammalogy 79:437–447.

Patton, D. R., and J. M. Hall. 1966. Evaluating key areas by browse age and form class. Journal of Wildlife Management 30:476–480.

Pierce, B. M., V. C. Bleich, and R. T. Bowyer. 2000. Social organization of mountain lions: does a land-tenure system regulate population size? Ecology 81:1533–1543.

Prestwood, A. K., T. P. Kistner, F. E. Kellogg, and F. A. Hayes. 1974. The 1971 outbreak of hemorrhagic disease among white-tailed deer of the southeastern United States. Journal of Wildlife Diseases 10:217–224.

Provenza, F. D. 1995. Postingestive feedback as an elementary determinant of food preference and intake in ruminants. Journal of Range Management 48:2–17.

Puls, R. 1994. Mineral levels in animal health: diagnostic data. Second edition. Sherpa International, Clearbrook, British Columbia, Canada.

Putman, R. J., and G. J. Hemmings. 1986. Can dietary quality of free-ranging ungulates be simply determined from faecal chemistry? Acta Theriologica 31:257–270.

Rabe, M. J., S. S. Rosenstock, and J. C. deVos Jr. 2002. Review of big-game survey methods used by wildlife agencies of the western United States. Wildlife Society Bulletin 30:46–52.

Ratti, J. T., and E. O. Garton. 1994. Research and experimental design. Pages 1–23 in T. A. Bookhout, editor. Research and management techniques for wildlife habitats. Wildlife Society, Bethesda, Maryland, USA.

Reed, J. D., R. J. Baker, W. B. Ballard, and B. T. Kelley. 2004. Differentiating Mexican gray wolf and coyote scats using DNA analysis. Wildlife Society Bulletin 32:685–692.

Reed, J. M., and A. R. Blaustein. 1997. Biologically significant population declines and statistical power. Conservation Biology 11:281–282.

Reichman, O. J., and K. M. Van De Graaff. 1975. Associations between ingestion of green vegetation and desert rodent populations. Journal of Mammalogy 56:503–506.

Remington, R. 1989. Population characteristics. Pages 82–108 in R. M. Lee, editor. The desert bighorn sheep in Arizona. Arizona Game and Fish Department, Phoenix, Arizona, USA.

Riley, S. J., and R. A. Malecki. 2001. A landscape analysis of cougar distribution and abundance in Montana, USA. Environmental Management 28:317–323.

Robbins, C. T. 1992. Wildlife feeding and nutrition. Second edition. Academic Press, New York, New York, USA.

———, T. A. Hanley, A. E. Hagerman, O. Hjeljord, O. Baker, D. L. Schwartz, and W. W. Mautz. 1987. Role of tannins in defending plants against ruminants: reduction in protein availability. Ecology 68:98–107.

———, S. M. Parish, and B. L. Robbins. 1985. Selenium and glutathione peroxidase in mountain goats. Canadian Journal of Zoology 63:1544–1547.

Robinette, W. L., C. H. Baer, R. E. Pillmore, and C. E. Knittle. 1973. Effects of nutritional change on captive mule deer. Journal of Wildlife Management 37:312–326.

———, J. S. Gashwiler, and O. W. Morris. 1959. Food habits of the cougar in Utah and Nevada. Journal of Wildlife Management 23:261–273.

Robinson, J. J., and T. J. Forbes. 1968. The effect of protein intake during gestation on ewe and lamb performance. Animal Production 10:297–309.

Romesburg, H. C. 1981. Wildlife science: gaining reliable knowledge. Journal of Wildlife Management 45:293–313.

Rominger, E. M., and M. E. Weisenberger. 1999. Biological extinction and a test of the "conspicuous individual hypothesis" in the San Andres Mountains, New Mexico. North American Wild Sheep Conference 2:293–309.

———, H. A. Whitlaw, D. L. Weybright, W. C. Dunn, and W. B. Ballard. 2004. The influence of mountain lion predation on bighorn sheep translocations. Journal of Wildlife Management 68:993–999.

Rosas-Rosas, O. C., R. Valdez, L. C. Bender, and D. Daniel. 2003. Food habits of pumas in northwestern Sonora, Mexico. Wildlife Society Bulletin 31:528–535.

Ross, P. I., M. G. Jalkotzy, and M. Festa-Bianchet. 1997. Cougar predation on bighorn sheep in southwestern Alberta during winter. Canadian Journal of Zoology 74:771–775.

Rubin, E. S., W. M. Boyce, and V. C. Bleich. 2000. Reproductive strategies of desert bighorn sheep. Journal of Mammalogy 81:769–786.

———, ———, and E. P. Caswell-Chen. 2002a. Modeling demographic processes in an endangered population of bighorn sheep. Journal of Wildlife Management 66:796–810.

———, ———, M. C. Jorgensen, S. G. Torres, C. L. Hayes, C. S. O'Brien, and D. A. Jessup. 1998. Distribution and abundance of bighorn sheep in the Peninsular Ranges, California. Wildlife Society Bulletin 26:539–551.

———, ———, C. J. Stermer, and S. G. Torres. 2002b. Bighorn sheep habitat use and selection near an urban environment. Biological Conservation 104:251–263.

Russo, J. P. 1956. The desert bighorn sheep in Arizona. Arizona Game and Fish Department Wildlife Bulletin 1:1–153.

Ruth, T. K., K. A. Logan, L. L. Sweanor, M. G. Hornocker, and L. J. Temple. 1998. Evaluating cougar translocation in New Mexico. Journal of Wildlife Management 62:1264–1275.

Saether, B-E. 1997. Environmental stochasticity and population dynamics of large herbivores: a search for mechanisms. Trends in Ecology and Evolution 12:143–149.

———, S. Engen, F. Filli, R. Aanes, W. Schroder, and R. Andersen. 2002. Stochastic population dynamics of an introduced Swiss population of the ibex. Ecology 83:3457–3465.

Salve, R., and B. Allen-Diaz. 2001. Variations in soil moisture content in a rangeland catchment. Journal of Range Management 54:44–51.

Sams, M. G., R. L. Lochmiller, C. W. Qualls Jr., and D. M. Leslie Jr. 1998. Sensitivity of condition indices to changing density in a white-tailed deer population. Journal of Wildlife Diseases 34:110–125.

Samson, J., J. T. Jorgenson, and W. D. Wishart. 1989. Glutathione peroxidase activity and selenium levels in Rocky Mountain bighorn sheep and mountain goats. Canadian Journal of Zoology 67:2493–2496.

Sandoval, A. V. 1980. Management of a psoroptic scabies epizootic in bighorn sheep (Ovis canadensis mexicana) in New Mexico. Desert Bighorn Council Transactions 24:21–28.

———, A. S. Elenowitz, and J. R. DeForge. 1987. Pneumonia in a transplanted population of bighorn sheep. Desert Bighorn Council Transactions 31:18–22.

Sawyer, H., and F. Lindzey. 2002. A review of predation on bighorn sheep (Ovis canadensis). Wyoming Cooperative Fish and Wildlife Research Unit, Laramie, USA.

Schaefer, R. I., S. G. Torres, and V. C. Bleich. 2000. Survivorship and cause-

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057252

specific mortality in sympatric populations of mountain sheep and mule deer. California Fish and Game 86:127–135.

Schwartz, C. C., J. G. Nagy, and R. W. Rice. 1977. Pronghorn dietary quality relative to forage availability and other ruminants in Colorado. Journal of Wildlife Management 41:161–168.

Schwartz, O. A., V. C. Bleich, and S. A. Holl. 1986. Genetics and the conservation of mountain sheep *Ovis canadensis nelsoni*. Biological Conservation 37:179–190.

Scrivner, J. H., C. E. Vaughn, and M. B. Jones. 1988. Mineral concentrations of black-tailed deer diets in California chaparral. Journal of Wildlife Management 52:37–41.

Seegmiller, R. F., P. R. Krausman, W. H. Brown, and F. M. Whiting. 1990. Nutritional composition of desert bighorn sheep forage in the Harquahala Mountains, Arizona. Desert Plants 10:87–90.

———, and R. D. Ohmart. 1982. Desert bighorn lamb and adult-yearling diets from western Arizona. Desert Bighorn Council Transactions 26:34–38.

Short, H. L., D. R. Dietz, and E. E. Remmenga. 1966. Selected nutrients in mule deer browse plants. Ecology 47:222–229.

Siegel, S., and N. J. Castellan Jr. 1988. Nonparametric statistics for the behavioral sciences. McGraw-Hill, New York, New York, USA.

Sinclair, A. R. E. 1991. Science and the practice of wildlife management. Journal of Wildlife Management 55:767–773.

Skalski, G. T., and J. F. Gilliam. 2001. Functional responses with predator interference: viable alternatives to the Holling Type II model. Ecology 82:3083–3092.

Skogland, T. 1991. What are the effects of predators on large ungulate populations? Oikos 61:401–411.

Smallwood, K. S. 1994. Trends in California mountain lion populations. Southwestern Naturalist 39:67–72.

———, and E. L. Fitzhugh. 1995. A track count for estimating mountain lion *Felis concolor californica* population trend. Biological Conservation 71:251–259.

Smith, N. S. 1984. Reproduction in Coues white-tailed deer in the Southwest relative to drought and cattle stocking rates. Pages 13–20 *in* P. R. Krausman, and N. S. Smith, editors. Deer in the Southwest: a workshop. Arizona Cooperative Wildlife Research Unit and University of Arizona, Tucson, USA.

Smith, R. H., and A. LeCount. 1979. Some factors affecting survival of desert mule deer fawns. Journal of Wildlife Management 43:657–665.

Spaulding, R., P. R. Krausman, and W. B. Ballard. 2000. Observer bias and analysis of gray wolf diets from scats. Wildlife Society Bulletin 28:947–950.

Sprinkle, J. E., E. J. Bicknell, T. H. Noon, C. Reggiardo, D. F. Perry, and H. M. Frederick. 2000. Variation of trace minerals in forage by season and species and the effects of mineral supplementation upon beef cattle production. Proceedings of the Western Section, American Society of Animal Science 51:276–280.

Stauber, E. H., C. H. Nellis, R. A. Magonigle, and H. W. Vaughn. 1977. Prevalence of reactors to selected livestock pathogens in Idaho mule deer. Journal of Wildlife Management 41:515–519.

Stephenson, T. E., J. L. Holochek, and C. B. Kuykendall. 1985. Drought effect on pronghorn and other ungulate diets. Journal of Wildlife Management 49:146–151.

Stewart-Oaten, A., W. W. Murdoch, and S. J. Walde. 1995. Estimation of temporal variability in populations. American Naturalist 146:519–535.

Thomas, L. 1996. Monitoring long-term population change: why are there so many analysis methods? Ecology 77:49–58.

Thomson, W., and A. M. Thomson. 1953. Effect of diet on milk yield of the ewe and growth of her lamb. British Journal of Nutrition 7:263–274.

Thornton, D. H., M. E. Sunquist, and M. B. Main. 2004. Ecological separation within newly sympatric populations of coyotes and bobcats in south-central Florida. Journal of Mammalogy 85:973–982.

Thurow, T. L., and C. A. Taylor Jr. 1999. Viewpoint: the role of drought in range management. Journal of Range Management 52:413–419.

Treves, A., and K. U. Karanth. 2003. Human-carnivore conflict and perspectives on carnivore management worldwide. Conservation Biology 17:1491–1499.

Turner, J. C., and C. G. Hansen. 1980. Reproduction. Pages 145–151 *in* G. Monson, and L. Sumner, editors. The desert bighorn: its life history, ecology, and management. University of Arizona Press, Tucson, USA.

———, and J. B. Payson. 1982. The occurrence of selected infectious diseases in the desert bighorn sheep, *Ovis canadensis cremnobates*, herds of the Santa Rosa Mountains, California. California Fish and Game 68:235–243.

Turner, J. W., and M. L. Morrison. 2001. Influence of predation by mountain lions on numbers and survivorship of a feral horse population. Southwestern Naturalist 46:183–190.

Ullrey, D. E., W. G. Youatt, H. E. Johnson, A. B. Cowan, L. D. Fay, R. L. Covert, W. T. Magee, and K. K. Keahey. 1975. Phosphorus requirements of weaned white-tailed deer fawns. Journal of Wildlife Management 39:590–595.

Urness, P. J. 1973. Chemical analyses and in vitro digestibility of seasonal deer forages. Pages 39–52 *in* Deer nutrition in Arizona chaparral and desert habitats. United States Forest Service, Rocky Mountain Forest and Range Experiment Station, and Arizona Game and Fish Department. Special Report 3. Tempe and Phoenix, Arizona, USA.

———, W. Green, and R. K. Watkins. 1971. Nutrient intake of deer in Arizona chaparral and desert habitats. Journal of Wildlife Management 35:469–475.

Van Ballenberghe, V., and W. B. Ballard. 1994. Limitation and regulation of moose populations: the role of predation. Canadian Journal of Zoology 72:2071–2077.

VandenBerge, R. J., C. S. Caldes, and M. K. Haderlie. 1984. A management update, Kofa National Wildlife Refuge. Desert Bighorn Council Transactions 28:30–31.

Van Sickle, W. D., and F. G. Lindzey. 1992. Evaluation of road track surveys for cougars (*Felis concolor*). Great Basin Naturalist 52:232–236.

Verme, L. J. 1965. Reproduction studies on penned white-tailed deer. Journal of Wildlife Management 29:74–79.

Vucetich, J. A., R. O. Peterson, and C. L. Schaefer. 2002. The effect of prey and predator densities on wolf predation. Ecology 83:3003–3013.

Wakeling, B. F., and W. H. Miller. 1989. Bedsite characteristics of desert bighorn sheep in the Superstition Mountains, Arizona. Desert Bighorn Council Transactions 33:6–8.

Wallmo, O. C., L. H. Carpenter, W. L. Regelin, R. B. Gill, and D. L. Baker. 1977. Evaluation of deer habitat on a nutritional basis. Journal of Range Management 30:122–127.

Ward, A. C. S., D. L. Hunter, M. D. Jaworski, P. J. Benolkin, M. P. Dobel, J. B. Jeffress, and G. A. Turner. 1997. *Pasteurella* spp. in sympatric bighorn and domestic sheep. Journal of Wildlife Diseases 33:544–557.

Warrick, G. D., and P. R. Krausman. 1989. Barrel cacti consumption by desert bighorn sheep. Southwestern Naturalist 34:483–486.

Walters, C. J., and R. Green. 1997. Valuation of experimental management options for ecological systems. Journal of Wildlife Management 61:987–1006.

Weaver, J. L., and S. H. Fritz. 1979. Comparison of coyote and wolf scat diameters. Journal of Wildlife Management 43:786–788.

Weeks, H. P., and C. M. Kirkpatrick. 1976. Adaptations of white-tailed deer to naturally occurring sodium deficiencies. Journal of Wildlife Management 40:610–625.

Wehausen, J. D. 1987. Some probabilities associated with sampling for diseases in bighorn sheep. Desert Bighorn Council Transactions 31:8–10.

———. 1995. Fecal measures of diet quality in wild and domestic ruminants. Journal of Wildlife Management 59:816–823.

———. 1996. Effects of mountain lion predation on bighorn sheep in the Sierra Nevada and Granite Mountains of California. Wildlife Society Bulletin 24:471–479.

———, V. C. Bleich, B. Blong, and T. L. Russi. 1987. Recruitment dynamics in a southern California mountain sheep population. Journal of Wildlife Management 51:86–98.

White, T. C. R. 1978. The importance of a relative shortage of food in animal ecology. Oecologia 33:71–86.

Wikeem, B. M., and M. D. Pitt. 1987. Evaluation of methods to determine use of browse by California mountain sheep. Wildlife Society Bulletin 15:430–433.

Witham, J. H., and E. L. Smith. 1979. Desert bighorn movements in a southwestern Arizona mountain complex. Desert Bighorn Council Transactions 23:20–24.

Wofford, H., J. L. Holechek, M. L. Galvean, J. D. Wallace, and M. Cardenas. 1985. Evaluation of fecal indices to predict cattle diet quality. Journal of Range Management 38:450–454.

Yáñez, J. L., J. C. Cádenas, P. Gezelle, and F. M. Jaksic. 1986. Food habits of the southernmost mountain lions (*Felis concolor*) in South America: natural versus livestocked ranges. Journal of Mammalogy 67:604–606.

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057253

Yoccoz, N. G. 1991. Use, overuse, and misuse of significance tests in evolutionary biology and ecology. Bulletin of the Ecological Society of America 72:106–111.

Zar, J. H. 1996. Biostatistical analysis. Prentice Hall, Upper Saddle River, New Jersey, USA.

Zuercher, G. L., P. S. Gipson, and G. C. Stewart. 2003. Identification of carnivore feces by local peoples and molecular analyses. Wildlife Society Bulletin 31:961–970.

*Received: 22 March 2005.*
*Accepted: 21 February 2006.*

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057254



Desert bighorn sheep (left to right: 2 adult females, lamb, mature male) on the Mazatzal Mountains study area (photo by Ted McKinney).

This content downloaded from 134.197.17.21 on Tue, 18 Oct 2016 17:24:40 UTC
All use subject to http://about.jstor.org/terms

BLM_0057255

# JSTOR

[Skip to Main Content](#)

- JSTOR Home
- Search
- Browse
- MyJSTOR
- Get Access

Click to Show/Hide Navigation
[Skip to Main Content](#)



- Login
- Help
- Contact Us
- About

 You are not currently logged in through a participating institution or individual account. See access options for more information.



# Predation and Species Replacement in American Southwestern Fishes: A Case Study

Gary K. Meffe
*The Southwestern Naturalist*
Vol. 30, No. 2 (May 31, 1985), pp. 173-187
Published by: Southwestern Association of Naturalists
Article Stable URL: http://www.jstor.org/stable/3670732
10.2307/3670732
« Previous Item   Next Item »

# Rights and Permissions

- More Rights Options
- JSTOR Terms And Conditions

BLM_0057256

10/31/2014                    JSTOR: The Southwestern Naturalist, Vol. 30, No. 2 (May 31, 1985), pp. 173-187

| | This Issue ▼ | Search |

- The Southwestern Naturalist  >
- Vol. 30, No. 2, May 31, 1985  >
- Predation and Specie...

## Preview

If you need an accessible version of this item, please contact JSTOR User Support. View Full Screen

READ ONLINE FREE

BLM_0057257

Case No. 1:20-cv-02484-MSK   Document 44-15   filed 04/28/21   USDC Colorado   pg 140 of
153

THE SOUTHWESTERN NATURALIST 30(2):173-187                    MAY 31, 1985

# PREDATION AND SPECIES REPLACEMENT IN AMERICAN SOUTHWESTERN FISHES: A CASE STUDY

## GARY K. MEFFE

ABSTRACT.—Declines in distribution and abundance of native fishes of the American Southwest have been noted for decades, but mechanisms leading to these losses are unclear. The Sonoran topminnow (*Poeciliopsis occidentalis*) was studied to determine mechanisms leading to local extirpation, as a model of southwestern fish extinctions. Although habitat destruction is the cause of several population losses, interactions with introduced mosquitofish (*Gambusia affinis*) are responsible for reduction of topminnows through much of their native range. A series of laboratory and field experiments indicated that predation of juvenile topminnows by mosquitofish is a major factor in decline of the species. For lack of evidence, introduced parasites or diseases, hybridization, physiological stress, and resource competition are all dismissed as probable mechanisms of extirpation.

Local extinction of native species is a common result of introduction of exotic organisms, and man-induced range extensions are a major threat to the integrity of natural communities (Elton, 1958). Despite potentially disastrous effects of introduced fishes on native communities (e.g., Miller, 1961; Zaret and Paine, 1973), little is known of mechanisms by which intruders replace natives. Although hypotheses such as competition, predation, and habitat alteration abound, few have been tested. Here, I report an experimental analysis of mechanisms involved in replacement of a native Sonoran Desert fish by a non-native species, and discuss losses of other southwestern fishes via exotics.

The Sonoran topminnow, *Poeciliopsis occidentalis* (Baird and Girard), is a small (<50 mm) poeciliid fish native to the Gila River drainage of southern Arizona and several major drainages in northwestern mainland Mexico (Rosen and Bailey, 1963; Hendrickson et al., 1981). It formerly occurred in most aquatic habitats throughout this region, including stream margins, springs, and marshes. In the past four decades, distribution of *P.*

BLM_0057258

*occidentalis* has narrowed to the extent that it now occurs in the United States only in a few isolated streams, springs, or segments of creeks in southern Arizona, and is listed as endangered (U.S. Department of the Interior, 1980). Various aspects of Sonoran topminnow life history are extensively documented elsewhere (Minckley, 1973; Schoenherr, 1974, 1977, 1981; Constantz, 1974, 1975, 1979, 1980; Minckley et al., 1977; Gerking and Plantz, 1980; Meffe et al., 1983).

The mosquitofish, *Gambusia affinis* (Baird and Girard), is a poeciliid native to temperate and semi-tropical regions of the eastern and central United States (Rosen and Bailey, 1963) and is widely introduced through much of the world. First brought into Arizona about 1926 for mosquito control (Miller and Lowe, 1964), it is presently ubiquitous and has replaced the Sonoran topminnow throughout much of its former range (reviewed by Meffe et al., 1983). On a local scale, replacement occurs from four months

Next PageNext Page

 End of preview. Back to top.

*The Southwestern Naturalist* © 1985 Southwestern Association of Naturalists

Abstract:

Declines in distribution and abundance of native fishes of the American Southwest have been noted for decades, but mechanisms leading to these losses are unclear. The Sonoran topminnow (Poeciliopsis occidentalis) was studied to determine mechanisms leading to local extirpation, as a model of southwestern fish extinctions. Although habitat destruction is the cause of several population losses, interactions with introduced mosquitofish (Gambusia affinis) are responsible for reduction of topminnows through much of their native range. A series of laboratory and field experiments indicated that predation of juvenile topminnows by mosquitofish is a major factor in decline of the species. For lack of evidence, introduced parasites or diseases, hybridization, physiological stress, and resource competition are all dismissed as probable mechanisms of extirpation.

## Read Online (Beta) 

Read this item online for free by registering for a MyJSTOR account.

REGISTER

Already have an account? Log in



### How does it work?

1 Register for a MyJSTOR account

2 Add up to 3 free items to your shelf

3 Items added to your shelf can be removed after 14 days.

Think you might have access to this item via your library? Login.

BLM_0057259

10/31/2014                    JSTOR: The Southwestern Naturalist, Vol. 30, No. 2 (May 31, 1985), pp. 173-187

- [JSTOR Home](#)
- [About](#)
- [Search](#)
- [Browse](#)
- [Terms and Conditions](#)
- [Privacy Policy](#)
- [Cookies](#)
- [Accessibility](#)
- [Help](#)
- [Contact us](#)

JSTOR is part of ITHAKA, a not-for-profit organization helping the academic community use digital technologies to preserve the scholarly record and to advance research and teaching in sustainable ways.
©2000-2014 ITHAKA. All Rights Reserved. JSTOR®, the JSTOR logo, JPASS® and ITHAKA® are registered trademarks of ITHAKA.

Think you might have access to this content via your library?

[Login](#)

BLM_0057260

# Rocky Mountain Research Station Publications

www.fs.fed.us/rm/publications
www.treesearch.fs.fed.us

---

This is a legacy archive publication from the former Intermountain Research Station (INT) or Rocky Mountain Forest and Range Experimental Station (RM). The content may not reflect current scientific knowledge, policies, or practices.

This PDF may have been generated by scanning the original printed publication. Errors identified by the OCR software have been corrected; however, some errors may remain.

---

Questions or problems? Please email us:
rmrspubrequest@fs.fed.us

United States
Department of
Agriculture

**Forest Service**

**Rocky Mountain
Forest and Range
Experiment Station**

Fort Collins,
Colorado 80526

**General Technical
Report RM-213**

# Old-Growth Forests
# in the Southwest and
# Rocky Mountain Regions
# Proceedings of a Workshop

**March 9-13, 1992
Portal, Arizona**



Mature forest

Old growth

BLM_0057262

BLM_0057263

**USDA Forest Service**
**General Technical Report RM-213**

**June, 1992**

# Old-Growth Forests in the Southwest and Rocky Mountain Regions
# Proceedings of a Workshop

March 9-13, 1992
Portal, Arizona

**Technical Coordinators:**

**Merrill R. Kaufmann**
**Rocky Mountain Forest and Range Experiment Station**

**W. H. Moir**
**Rocky Mountain Forest and Range Experiment Station**

**Richard L. Bassett**
**Southwestern Region**
**Forest Service, U.S. Department of Agriculture**

**Rocky Mountain Forest and Range**
  **Experiment Station**
**Forest Service**
**U.S. Department of Agriculture**
**Fort Collins, Colorado**

**The Southwestern Region is headquartered in Albuquerque, NM; the Rocky Mountain Station is headquartered in Fort Collins, Colo., in cooperation with Colorado State University**

BLM_0057264

# Contents

Old-Growth Forests: What Do We Know About Their Ecology and Management in the Southwest and Rocky
Mountain Regions? ........................................................................................................................... 1
  Merill R. Kaufmann, W. H. Moir, and W. W. Covington

Ancient Forests – The Human Aspect ...................................................................................................... 12
  Carveth V. Kramer

Ecological Concepts in Old-Growth Forest Definition .......................................................................... 18
  W. H. Moir

Oldest Known Conifers in the Southwestern United States: Temporal and Spatial Patterns of Maximum Age ........... 24
  Thomas W. Swetnam and Peter M. Brown

Carbon, Water, and Nutrient Relations – Distinguishing Functional Features of Old-Growth
Lodgepole Pine Forests in the Southern Rocky Mountains ................................................................. 39
  Merill R. Kaufmann

Past and Present Fire Influences on Southwestern Ponderosa Pine Old Growth ......................................... 44
  Michael G. Harrington and Stephen S. Sackett

Dendroctonus Beetles and Old-Growth Forests in the Rockies ............................................................... 51
  J. M. Schmid and G. D. Amman

Effects of Dwarf Mistletoe in Old-Growth Lodgepole Pine Stands at Fraser Experimental Forest, Colorado ........... 60
  F. G. Hawksworth, W. H. Moir, and J. E. Janssen

Old-Growth Mixed-Conifer and Western Spruce Budworm in the Southern Rocky Mountains ................................ 66
  Ann M. Lynch and Thomas W. Swetnam

Postsettlement Changes in Natural Fire Regimes: Implications for Restoration of Old-Growth
Ponderosa Pine Forests .................................................................................................................. 81
  W. W. Covington and M. M. Moore

Old-Growth Concepts from Habitat Type Data in the Southwest ............................................................. 100
  John B. Popp, Patrick D. Jackson, and Richard L. Bassett

Old-Growth Descriptions for the Major Forest Cover Types in the Rocky Mountain Region .......................... 106
  Mel S. Mehl

An Old-Growth Forest Inventory Procedure for the Arapaho and Roosevelt National Forests, Colorado ............. 121
  Dennis G. Lowry

Characteristics of Spruce-Fir and Lodgepole Pine Old-Growth Stands in the Arapaho-Roosevelt National Forest,
Colorado ...................................................................................................................................... 128
  Philip A. Robertson

The Use of Digital Image Processing Techniques in Old-Growth Inventories ......................................... 135
  Elizabeth M. Nel, Carol A. Wessman, and Thomas T. Veblen

Structure and Dynamics of Old-Growth Engelmann Spruce-Subalpine Fir in Colorado .............................. 139
  Alan J. Rebertus, Thomas T. Veblen, Lynn M. Roovers, and Joy Nystrom Mast

Old-Growth Forests of the San Juan National Forest in Southwestern Colorado ...................................... 154
  William H. Romme, David W. Jamieson, Jeffery S. Redders, Ginger Bigsby, J. Page Lindsey,
  Deborah Kendall, Robert Cowen, Thomas Kreykes, Albert W. Spencer, and Joseph C. Ortega

Flammulated Owls in Ponderosa Pine: Evidence of Preference for Old Growth ....................................... 166
  Richard T. Reynolds and Brian D. Linkhart

Does the Sacramento Mountain Salamander Require Old-Growth Forests? ................................................ 170
  Norman J. Scott, Jr. and Cynthia A. Ramotnik

Black Bear Damage to Old-Growth Trees Around Middens of Mount Graham Red Squirrels ............................ 179
  Andrew A. Smith, R. William Mannan, and Russell Davis

Effects of Moderate Timber Harvesting in an Old-Growth Arizona Mixed Conifer Watershed ...................... 184
  Gerald J. Gottfried and Peter F. Ffolliott

A Computer Graphics Technique for Visualizing Spatial Disturbance and Succession in Old-Growth Forests ......... 195
  Wayne D. Shepperd

List of Participants ......................................................................................................................... 201

BLM_0057265

# Old-Growth Forests: What Do We Know About Their Ecology and Management in the Southwest and Rocky Mountain Regions?[1]

**Merill R. Kaufmann, W. H. Moir, and W. W. Covington[2]**

This paper reviews the science and management of old-growth forests and summarizes discussions among 30 participants at a workshop in Portal, Arizona, March 9-13, 1992.

Concepts of old-growth forests -- the perceptions, values, definitions, characteristic features, ecological functions, and landscape importance -- vary widely. Because concepts are complex, scientists, resource managers, and the public will continue to bring old growth into clearer focus as knowledge is gained. Regardless of the concepts chosen for viewing old growth, on an ecological basis old-growth forests represent a stage in forest development characterized by certain structural, functional, and compositional features.

Managers are concerned with how much old growth exists, where it is, and what condition it is in. Improved inventory procedures are needed, including both remote-sensing technology and conventional on-the-ground procedures. Where will tomorrow's old growth be found, and how soon will younger stands attain old-growth conditions? Pathways of forest succession into old growth are poorly known for most forest types. We need better knowledge about how disturbances such as fire, insects, forest diseases, exotic organisms, pollution, and changing climate affect old growth and forest succession.

Allocation is another problem for planners. How much old growth is enough? How many stands should be old growth at any given time, what are the sizes and shapes of the stands, and how should they be distributed over various forest habitat types? How should old-growth stands be connected by forest corridors, and how are their functions modified by their setting? These are difficult but researchable questions. Lacking clear answers to these questions, should managers find clues from pre-European settlement forests? Is it reasonable to attempt to restore forests to their natural conditions? Or have changes since settlement precluded returning to earlier conditions?

In this paper, we review our knowledge of the influence old-growth stands on biogeochemical cycles and the roles of wildlife, decomposer organisms, cryptozoans of logs and snags, and other kinds of "hidden diversity." To what extent are the legacy of old trees and other genetic reserves in old-growth forests carried into the future? We know little about how present old-growth influences the development of future forest generations.

We conclude by looking at some tools for old-growth management. How can managers use fire or silviculture to assure future old-growth supplies, while at the same time meeting present and future extractive demands? Can younger stands be "treated" to hasten their development into old growth, or can existing old growth be altered without seriously compromising old-growth value?

## INTRODUCTION

This volume of papers, given at a workshop on old-growth forests, represents much of what is known about old-growth forests of the central and southern Rocky Mountains and Southwest. This summary paper reviews the current state of knowledge available to

[1] Summary paper of the Old-Growth Forests in the Rocky Mountains and Southwest Conference (Portal, AZ, March 9-13, 1992).

[2] M. R. Kaufmann is Principal Plant Physiologist and W. H. Moir is Principal Plant Ecologist, Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO. W. W. Covington is Professor of Forest Ecology, Northern Arizona University, Flagstaff, AZ.

guide forest management and presents the most critical research needs. It is not our intent in this summary article to review the literature. Rather, we refer to specific papers in this volume for relevant literature on individual topics.

Old-growth forests in the central and southern Rocky Mountains and Southwest have important biological and social values. Certain ecological characteristics of old-growth forests are unique, and because of these features such forests provide a necessary component in the forest landscape. Important biological values of old growth include habitat for a variety of animal and plant species, biodiversity and pools of genetic resources, and long-term biological records of climate. Old-growth forests also are valued for supplying economically important forest products, recreational experiences, and cultural (spiritual) heritage. Of these, perhaps the most

BLM_0057266

compelling mandate for old-growth conservation is its role as habitat for organisms which, over evolutionary time, have become dependent upon old-growth conditions.

Many geographic areas in the Rocky Mountains and Southwest have experienced a sharp decline in virgin forest in the landscape, and in some forest types, old-growth forest has been reduced to a fraction of the amount existing before settlement. Nonetheless, there is a tremendous opportunity for retaining or enhancing biological features unique to old-growth ecosystems. In Europe and Asia, in the rainforests of Brazil, and in the eastern United States, many forest areas have been either exploited through intensive and often repeated harvest or impacted by deterioration in air and soil quality to the point that the existence of old-growth forests in a historical condition is nearly impossible. That point has not yet been reached in the central and southern Rocky Mountains and Southwest, but threats to old-growth forests in the landscape are real and substantial.

### Perceptions of Old Growth

An issue surfacing repeatedly at the workshop and elsewhere is the application of the term "old growth." The subjective "feel" of what constitutes high quality old-growth forests varies tremendously among individuals and may differ from scientifically determined ecological conditions that characterize old growth. It is important to recognize these differences because they represent the range of expectations placed upon forest lands by the various viewers and users.

Consider three contrasting forest scenarios discussed at this conference. These scenarios are described to illustrate that the issue of old-growth quality is very complex. First is a mature Engelmann spruce/subalpine fir ecosystem found low on a north-facing slope near the riparian zone (Fig. 1). This forest has multiple canopy layers, a number of large trees (some of which are in poor health), a number of snags and large down logs, and a few very old stumps. Second is a ponderosa pine forest having relatively few very large, old trees intermixed with many smaller trees in several additional canopy layers (Fig. 2). Large and small down logs occur, but there are no signs of prior harvest or other silvicultural intervention. Third is a small stand of very old limber pine trees on a rocky outcropping with little soil (Fig. 3). The trees are only a few meters tall and are widely spaced.

These stands may be viewed very differently by various individuals. The spruce/fir stand may be rated by most viewers as the highest quality old-growth forest of the three described because of the complex



Figure 1. Mature Engelmann spruce-subalpine fir stand in the San Juan Mountains, Colorado.



Figure 2. Old ponderosa pine with saplings filling in a small meadow. From the Monument Canyon Research Natural Area, New Mexico.

BLM_0057267



Figure 3. Limber pine trees 1,500 years old near Red River, New Mexico (photo by Ann Lynch).

stand structure, numerous big trees, and the large amount of dead and down material. However, a close examination may reveal that the oldest trees are only 200 years old and hardly approach the maximum age or size supported on that site. Furthermore, the dead and down material may have resulted from normal thinning as the stand matured and not from the decline of the oldest trees in the stand. Thus from a stand development view, the stand may barely qualify as old growth at all. Such a stand may satisfy a viewer's perception that "large" means "old," and it may well meet wildlife needs for a diverse stand structure, but ecologically the stand may not even be old growth.

The ponderosa pine stand has majestic old trees and no signs of disturbance. Many viewers might judge this stand to be ideal old growth because of the relatively high tree density and multiple canopy layers plus the presence of large old trees and dead and down logs. Yet this stand may be a far departure from the classic old-growth ponderosa pine forest of pre-European settlement times, because fire suppression has allowed the development of several younger age classes of trees and the accumulation of dead material on the forest floor (Covington and Moore, this volume).

The limber pine stand meets few viewers' expectations for an old-growth forest. The trees are very small and widely spaced, giving the stand little "feel" that it is old growth. Yet these trees may exceed 1,500 years in age and the stand is truly an ancient forest (Swetnam, this volume).

Researchers and managers of all disciplines interested in old-growth forest structure and function, as well as individuals and groups attaching significance to old forests perceived to be old growth, must strive to adhere to scientifically credible terms and concepts. Doing so will help reduce conflicts over the many and often conflicting goals that old forests are expected to serve. In this regard, it is important that hidden agendas be addressed clearly and openly. While issues such as maintaining roadless areas, providing habitat for threatened or endangered species, sustaining the economic viability of a community through timber harvest, and honoring the cultural heritage of forests are very important, it is also important to apply those issues to old-growth forests only when the issues are appropriately linked specifically to the old-growth condition. By being clear about definitions and goals, it may be possible to limit conflict and misunderstandings and better resolve resource management problems, especially when forest lands are expected to meet goals that may not involve the requirement for true old-growth conditions.

## DEFINING OLD GROWTH

The process of defining old-growth forests has been difficult because of the range of issues related to the old-growth condition. Because of this confusion, no single value has been universally accepted as the defining characteristic of old-growth forests. For example, in silviculture, forest ecology, and ecophysiology, the successional pathways and structural and functional aspects of stand development may be critical in definitions of old growth (Moir, and Kaufmann, this volume). In dendrochronology, the presence of very old trees may be the most important feature (Swetnam, this volume). For animal habitat, stand structure may be highly important (Reynolds, this volume), and for planning purposes, an easily applied forest structure/composition/age classification may be necessary (Mehl, and Lowry, this volume). For spiritual value, the presence of large trees and the lack of obvious human disturbance may be critical (Kramer, this volume).

### Definition versus Characterization

In some cases the term "old growth" has been used in ways that distort or at least blur the ecological basis for distinguishing old growth from other stages of

3

BLM_0057268

forest development. Thus stands having features similar to those of certain old-growth forests, including multiple canopy layers with mature trees and considerable amounts of dead and down material, may be incorrectly termed old growth because they lack *old* trees. Stands having large trees that are not old may be perceived as old-growth stands even when the trees have not reached an old age for that site. Alternately, stands having old trees that are not large may not be perceived as old growth when they really are.

Another difficulty in characterizing "old growth" stems from applying strictly structural concepts in perceiving old-growth forests, when functional concepts also are important (Kaufmann, this volume). Functionally, old-growth ecosystems are characterized by having a component ("cohort") of old trees that have a biochemistry of secondary metabolic products, some of which may provide high resistance to insects and disease. Relative to younger trees, the oldest trees have approached their maximum size and have nearly ceased height growth, and the tree crowns may be in various stages of decline. On average, the rate of production of new biomass is offset by mortality and respiration, and net productivity of the ecosystem is near zero. These functional aspects provide important additional constraints as to which forest stands qualify for the old-growth designation and which do not.

A final difficulty in old-growth characterization is deciding the extent to which old growth should resemble primeval or presettlement conditions. Livestock grazing, fire suppression, and logging have brought about substantial changes in most western forests, so much so that current forest conditions may be decidedly "unnatural" from an evolutionary point of view. Where this is the case, certain species dependent upon presettlement ecosystem structures and functions may be at risk. Thus from a biological conservation perspective, contemporary "old growth" conditions may be inadequate habitat in many western forest types. Under these circumstances, ecological restoration treatments (e.g., elimination of exotic species, reintroduction of native species, prescribed burning, thinning, snag or down tree creation) may well be necessary for providing critical habitat (Covington and Moore, this volume).

As a step toward better understanding of old-growth ecology and management, scientists in the U. S. Forest Service and in universities and other agencies have gone to considerable effort in recent years to develop a general definition for old-growth forests. Given some of the confusion regarding how the term "old growth" is used, it seems worthwhile to present the definition developed by the U. S. Forest Service and approved by the Chief of the Forest Service, and to discuss how it applies specifically in the Rocky Mountains and Southwest.

### Agency Generic Definition

The Generic Definition (USDA Forest Service 1990) is as follows:

> Old-growth forests are ecosystems distinguished by old trees and related structural features. Old-growth encompasses the later stages of stand development that typically differ from earlier stages in several ways including tree size; accumulations of large, dead, woody material; number of canopy layers; species composition; and ecosystem function.

Workshop attendees suggested that for certain forest types, most notably ponderosa pine that historically was influenced by frequent fire, this definition is somewhat restrictive, particularly regarding the accumulation of coarse woody debris, number of canopy layers, and species composition. The group suggested the following **General Definition for Old-Growth Forests in the Central and Southern Rocky Mountains and Southwest:**

> **Old-growth forests are ecosystems distinguished by old trees and related structural features. Old growth encompasses the later stages of stand development that typically differ from earlier stages in structure, composition, function, and other attributes.**

This definition is broad and workable for communication, but the definition does not permit us to recognize old-growth stands. For this we turn to structural characteristics, which in turn reflect functional ecosystem processes. The group suggested slight rewording of the old-growth description to make it more appropriate for the central and southern Rocky Mountains and Southwest. The reworded **Description** is:

> **Structural features that characterize old growth in the central and southern Rocky Mountains and Southwest vary widely according to forest type, climate, site conditions, and disturbance regime. Old growth is characteristically distinguished from younger growth by some *but not necessarily all* of the following attributes:**

BLM_0057269

- **Large trees for species and site.**
- **Wide variation in tree sizes and spacing between trees.**
- **Relative to earlier stages, high accumulations of large, dead standing and fallen trees.**
- **Decay in the form of broken and deformed tops or bole and root rot.**
- **Multiple canopy layers.**
- **Canopy gaps and understory patchiness.**

**"Old" is not necessarily virgin or primeval. Structure and function of an old-growth ecosystem may be influenced by its stand size and landscape position. Given sufficient time, old growth can develop following human or natural disturbances, such as logging or wildfire.**

While there has been some concern expressed that old-growth forests in the Rocky Mountains and Southwest are different from those in the Pacific Northwest, the definition and description published in 1990 as slightly refined here are appropriate in both geographic regions *if properly applied*. For example, only some of the descriptive elements above may be appropriate. The accumulation of large amounts of dead and down material and multiple canopy layers may be significant characteristics of some forest types (e.g., old-growth spruce-fir). But in presettlement old-growth ponderosa pine stands, the frequency of fire contributed to open stands of large trees having little dead and down material and perhaps only one canopy layer (Covington and Moore, Harrington and Sackett, this volume). Similarly, very old limber or bristlecone pine trees may develop in highly stressful sites and reach only a few meters in total height, but for those sites the trees are large.

### Variables in the Characterization of Old Growth

Missing from the old-growth definition and description above is any mention of specific tree age or size, or density of old trees in the stand. While initial attempts to inventory old-growth forests have required the development of preliminary quantitative descriptions for each forest type (Mehl, this volume), it is clear that certain features of old-growth stands vary depending on site productivity and geographic location. Within a forest type, old-growth stands may be found in a number of habitat types and across a wide range of physiographic settings (Robertson, this volume).

Thus the characteristics defining the old-growth condition, particularly those involving tree size, age,

stand density, canopy structure, and the accumulation of dead materials, may be very different among sites and habitat types within a forest type. This precludes a strict use of "minimum" characteristics in old-growth definitions when "old growth" is meant to include all forest stands meeting ecological criteria for this stage of forest development.

Two particularly pressing research needs are to determine how presettlement forest conditions varied among forest types, habitat types, and site conditions, and to clarify how the minimum criteria should vary accordingly. Such research requires an extensive field data base including samples from a matrix of site/habitat combinations. In the absence of such a data base and analysis, it is nearly impossible to determine the criteria to be used in the inventory and management of old-growth forests in the landscape without either excluding a number of true old-growth stands on poorer sites or including marginal old-growth stands on better sites. It may be possible, if the data base is large enough, to develop a classification model in the form of a key for old-growth conditions that accounts for variation in old-growth characteristics among habitat types and sites.

### OLD GROWTH QUALITY

Many of us have been conditioned to believe that stands of big trees are old growth, when biologically such stands may not be good examples of late developmental stages for the forest type in its specific site condition. Some of us believe that signs of human disturbance such as skid roads and stumps seriously weaken the quality of an old-growth stand, when from an ecological point of view such evidence of disturbance may have little to do with the structural and functional features characterizing old growth or its value as animal habitat. A recreationalist seeking time in a pristine forest, or an individual seeking spiritual value, may be disturbed by rotting stumps in an old-growth forest but may be satisfied by an unroaded and undisturbed mature forest not meeting old-growth criteria. Some people may view a pine forest having multiple canopy layers and many down logs as ideal old growth, while from an ecological view such forests reflect significant disturbance in the form of fire exclusion.

We propose that the approach to old-growth definition in the previous section is the most appropriate one in many cases because it is ecologically sound and it is useful in decision-making processes regarding the inventory and management of old-growth forests in the landscape. We recognize that other values also are important, and we suggest, in

BLM_0057270

keeping with earlier remarks in this paper, that other terminology or concepts be used when dealing with wildlife habitat, visual or spiritual issues, etc., that in some cases may not require old-growth conditions to be present.

## Disturbance and the Issue of Quality

Evidence of prior disturbance may affect how observers view an old forest. Some old-growth stands may have survived many centuries with no human intervention and with little change in history of biotic or abiotic disturbance. The question of disturbance is not a simple one, however. Many stands have no evidence of prior silvicultural activities, but fire has been effectively removed as a natural process during most of this century, and in some cases insect or disease control treatments have been applied. Thus large areas of presumably undisturbed forest have, in fact, taken on a structure quite different from what might have existed had natural disturbance regimes not been interrupted.

Many ponderosa pine forests, for example, historically had fire return intervals of less than every decade. But since the beginning of this century, fires have been excluded almost completely, with the result that new age groups of trees and considerable amounts of dead material exist in stands that otherwise might have had the classic, park-like appearance with numerous grassy openings characteristic of presettlement times. Fire suppression has resulted in much higher numbers of trees per area and the loss of most openings. And when fires occur, they often are of such intensity that the entire plant community is replaced.

Ecologically, many forested areas that now exist should be considered disturbed by fire suppression even though no other signs of human disturbance are found. Little is known, however, about how various observers and users of forest lands view fire suppression and other signs of human disturbance (such as evidence of silvicultural activities) as impacts on the quality of old-growth forests.

## OLD-GROWTH FORESTS IN THE LANDSCAPE

### Landscape Issues

Old-growth forests historically constituted a significant component of the landscape mosaic, providing an array of features not found in forests at other developmental stages. Many very important questions are being asked about old-growth forests in the landscape. Some of these questions have been addressed above, such as why old-growth forests are needed and how they are recognized. Numerous other issues emerge when Forest Plans are appealed or subject to revision or when the ecology of old-growth forests is considered:

- How much old growth is enough?
- How serious is the impact of various management practices upon fragmentation, and how is fragmentation measured?
- Are old-growth forests found more frequently in some plant associations than in others?
- How large should old-growth stands be, and how should they be buffered by mature forests or by corridors that connect to other old-growth patches? Are the concepts of corridors and distribution useful in a naturally fragmented landscape?
- What organisms do patches and corridors serve?
- How do different alternatives in Forest Plans affect biological diversity within patches and the overall landscape diversity?
- What were the structure, composition, and geographic/topographic forest patterns (which included old growth) during presettlement times?
- How has fire suppression (or other broad-scale changes) during the last century affected old-growth conditions for wildlife habitat, epicenters of insects or plant pathogens, or the propagation of large-scale disturbances?
- How are ecological processes different in old-growth forests compared with other stages of development?
- How can the transitions into and out of the old-growth state be evaluated?
- What is the role of old growth in the development of subsequent forests on a site?

It is noteworthy that the important management questions also are priority research questions. Scientists and managers attending the workshop suggested that cooperation of researchers and managers is essential when dealing with landscape issues. Because of the large scales of space and time that are relevant for landscape processes, it is necessary that science and management cooperate in making scientifically sound management decisions while being aware that experimentation to answer a number of landscape questions may not be practical. The most

BLM_0057271