# Soil—The Stuff Under Foot, Hoof, and Wheel

**M**ost backcountry trails are constructed on native soils. A review of some basic concepts of soil and its engineering characteristics will help explain why trails degrade, and why soils and physical site conditions are important components in trail management.

## Soils 101

Soil is unconsolidated material on the Earth's surface. It is composed of mineral and organic particles, the voids surrounding the particles, and the water and air within the voids. The composition of the particles and their relationship to the voids strongly affect the physical characteristics of soil. That composition, called soil structure, describes the character of soil aggregates. These aggregates of individual soil grains form unique shapes depending on the soil's origin and the surrounding environmental conditions. The shapes of aggregates include granules, plates, prisms, columns, and blocks. The voids between the aggregates form passageways for air and gas exchange, as well as for water movement within the soil body.

The character of soil varies from place to place across the landscape. A soil's mineral and organic content, structure, moisture content, depth to bedrock, ability to support vegetation, and other characteristics vary, depending on the soil's origin and the environment in which the soil is located. As a result, individual soil types cover the Earth's surface like a mosaic. Five soil-forming factors control the character of a soil at any given location (U.S. Department of Agriculture 1993):

➤ **Parent Material** is the material in which a soil develops. Examples of mineral-based parent materials include alluvial deposits, weathered bedrock, glacial remnants, wind deposits, and marine sediments. Organic parent materials include leaf litter and decomposing wetland vegetation. The parent material influences the texture of the soil—the relative amounts of sand, silt, clay, and organic material that make up the finer components of the soil and the percentage of boulders, cobbles, and gravel that make up the larger components.

➤ **Topography** is where the soil is located on the landscape. It includes the elements of slope, aspect, elevation, and landscape position of the soil. Slope strongly influences the risk of erosion, aspect (relative sun exposure) influences daily temperature variations, and elevation influences climatic environment. Landscape position describes the soil's location on the landscape—such as ridgeline, alluvial terrace, highly dissected upland, foot slope, floodplain, and high terrace.

2

BLM_0057762

➤ **Time** is the period parent materials have been subject to weathering and soil-forming processes. In general, the older the soil, the greater the chemical and physical modification of the original parent material and the more developed a soil's internal structure. Through time, soils develop distinct layers. Soil scientists generally recognize four layers: 'O' for surface organic layers, 'A' for the organic-rich surface mineral layers, 'B' for the weather-altered subsoil, and 'C' for the unaffected parent material.

➤ **Climate** indicates the effect of local weather on soil development. Climate influences chemical weathering, soil temperature, and soil moisture levels. Within a localized area, topography moderates climate to some degree.

➤ **Organisms** are the plants, animals, and humans that affect soil development. This includes effects from vegetation growth, leaf litter accumulation, soil microorganisms, burrowing animals, and human agriculture, recreation, and construction. Organisms can dramatically affect a soil's development. Vegetation enriches soils by contributing organic material and aiding in the development of internal soil structure. Unfortunately, many human activities have a disruptive effect on soil development.

Starting with raw parent material, topography, time, climate, and organisms work together to weather, mix, and transport soil. Soil is continuously evolving and modifying its capacity to support plant, animal, and human use over time.

## Soil's Characteristics as a Structural Component for Trails

Unlike bedrock, asphalt or concrete, soil is an unconsolidated material composed of loosely bonded particles and the voids surrounding them. The lack of solid bonds between particles means that soils are susceptible to impacts from trail use in a number of ways. These include crushing, lateral displacement, and erosion. A soil's stability as a structural component for trails is controlled by two factors, its bearing strength (its ability to support a load without being deformed) and its cohesion (the ability to resist displacement). Those suitabilities are primarily controlled by two related factors: the relative size of soil particles (soil texture) and the relative water content of the soil voids (soil moisture level).

Soil texture is the relative amount of organic matter, gravel, sand, silt, and clay in a soil. In general, soil texture can be broken into two major classes:

➤ Finely textured soils—those with high percentages of organic matter, silt, and clay

➤ Coarsely textured soils—those with high percentages of sand and gravel

In general, the coarsely textured soils have good bearing capacity. This is because of their large particle size, good drainage characteristics, and low shrink-swell potential. Conversely, finely textured soils generally have poor bearing capacity because of their small particle size, poor drainage characteristics, and a tendency to shrink or swell under different moisture conditions. Both classes of soils have moderate to poor cohesion, depending on other factors such as vegetation cover and roots that help hold individual soil particles in place.

Soil moisture level measures the relative amount of water in soil pores. A soil's texture controls the percentage of pores within a soil. Surprisingly, finely textured soils have more pore space than coarsely textured soils. Finely textured soils can have up to 60 percent void space, while coarsely textured soils typically have around 40 percent.

Soil moisture can range from bone dry to totally saturated. Because water acts as a lubricant between soil particles, the relative amount of water within a soil can dramatically affect its structural stability. While coarsely textured soils tend to have good bearing strength across a wide range of moisture conditions, finely textured soils have reduced bearing capacity as moisture levels increase. At saturation, when all soil voids are filled with water, finely textured soils typically have little bearing capacity. Finely textured soils store and retain water over long periods so their bearing capacity can be low for prolonged periods.

Besides soil texture and soil moisture, other environmental and site factors contribute to a soil's structural capability and suitability for trails. These include:

➤ Soil temperature    ➤ Depth to bedrock
➤ Type of surface cover    ➤ Slope
➤ Root mass    ➤ Landscape position

These factors largely control how well a soil will support surface traffic. These characteristics also provide insights on how soil should be managed and on the options that might be employed to increase its suitability for use. Table 1 provides some general guidelines on broad categories of trail suitability based on these factors. The table segregates site characteristics into three classes of suitability for each soil factor: poorly suited (highly sensitive), limited suitability (moderately sensitive), and generally suitable (slightly sensitive).

3

*Soil—The Stuff Under Foot, Hoof, and Wheel*

The information in table 1 can help trail managers identify where they may have problems with existing or planned trail routes. For example, sites with all 'generally suitable' ratings shouldn't pose any inordinate management or environmental concerns; those with 'limited suitability' ratings may require some special attention; and those with 'poorly suited' ratings may require significant attention and a high level of management. Poorly suited sites should be avoided during new trail construction. Existing trails with "poorly suited" ratings should be assessed for environmental impacts and evaluated for relocation.

Table 1—General guidelines on trail site suitability and sensitivity to impact.

| Soil factor | SUITABILITY/SENSITIVITY CLASS | | |
| | Poorly suited (highly sensitive) | Limited suitability (moderately sensitive) | Generally suitable (slightly sensitive) |
| --- | --- | --- | --- |
| Soil texture | All organic soils; soils with an organic surface layer thicker than 4 inches | Silt greater than 70 percent or clay greater than 40 percent in the soil surface layer; sand component is greater than 80 percent in the surface layer | Soils with a high percentage of gravel or rock in the surface layer |
| Soil temperature | Ice-rich permafrost is within 40 inches of the surface; soils at or near freezing | Low ice permafrost within 40 inches of the surface | Deeply frozen soils (winter activities) |
| Soil moisture | Poorly or very poorly drained soils; the water table is within 12 inches of the surface; water is ponded at the surface; soils are at or near saturation | Somewhat poorly drained soils; the water table is between 12 and 24 inches of the surface | Well- and moderately well-drained soils; the water table is deeper than 24 inches below the surface |
| Type of surface cover | All wetland vegetation communities; permafrost-influenced vegetation communities; alpine tundra communities | | |
| Root mass | Fine, thin, poorly developed root mass | Root mass that is 2 to 6 inches thick, primarily fine roots | Root mass is more than 6 inches thick with a high percentage of woody roots |
| Soil depth | — | Less than 2 feet to bedrock | More than 2 feet to bedrock |
| Slope | Slopes steeper than 40 percent if the slope length is longer than 50 feet; slopes 20 to 40 percent if the slope length is longer than 100 feet | Slopes between 6 and 20 percent (with appropriate water control) | Slopes less than 6 percent (with appropriate water control) |
| Landscape position | North-facing aspects in some climatic conditions | Ridgelines (if shallow soils); foot and toe slopes (if wet or there are seep zones); floodplains (seasonal flooding); slopes (depending on percent of slope, see above) | South-facing aspects; gravel bars, terraces, and alluvial benches; outwash plains; alluvial fans (depending on slope) |

BLM_0057764

*Soil—The Stuff Under Foot, Hoof, and Wheel*

# How Soils Are Degraded

Trail use damages soils when the type and level of use exceed the soil's capacity to resist impact. A soil's capacity to resist impact varies depending on textural class, moisture level, and other environmental and site characteristics, but the processes by which soils are impacted are generally the same. Trail use damages soils directly by mechanical impact from surface traffic and indirectly by hydraulic modifications, soil transport, and deposition.

Direct mechanical impact has several components: abrasion, compaction, shearing, and displacement.

➣ Abrasion strips surface vegetation and roots.

➣ Compaction reduces soil voids and causes surface subsidence.

➣ Shearing is the destructive transfer of force through the soil.

➣ Displacement results in the mechanical movement of soil particles.

Indirect impacts include hydraulic modifications, such as the disruption of surface water flow, reductions in infiltration and percolation, surface ponding, and the loss of water-holding capacity. Other indirect impacts include those associated with erosion—both the loss of soil particles by wind or water erosion and deposition of transported particles. An associated impact is the hydraulic pumping that occurs when a destructive flow of water is forced through a saturated soil.

Both direct and indirect impacts degrade trail segments. The impacts generally occur in the following progression:

Abrasive loss of protecting surface vegetation and root mass (direct impact)
⌄
Compaction and surface subsidence (direct impact)
⌄
Hydraulic disruption (indirect impact)
⌄
Breakdown of soil structure from shearing and pumping (direct impact)
⌄
Soil particle erosion and deposition (indirect impact)

While most of the stages in this progression are familiar concepts, the shearing and pumping components may not be as familiar to some readers.

Shearing describes a transfer of force through a soil. When an applied force exceeds the capacity of the soil body to absorb it, a portion of the soil body can be displaced along a shear plane—that place where soil particle cohesion is weakest. The most common example is when the passage of a wheeled vehicle forms ruts. The downward force of the wheel shears—or displaces—the soil beneath it, forcing the soil to bulge upward beside the wheel. This process is illustrated in figure 2. The shearing action destroys soil structure by crushing soil peds (natural soil aggregates) and collapsing voids. Shearing is most likely to occur on finely textured soils under moist to saturated conditions. It is uncommon in coarse soils.



Figure 2—Diagram of shearing action.

Pumping action occurs when soils are saturated with water. Saturated soils are most common in wetlands, but may occur on other sites during spring thaw, periods of high rainfall, or where water is ponded. Pumping occurs when the downward pressure of a passing force—such as a vehicle wheel—forces water through soil voids and passages. When the pressure is released, water rushes back into the vacuum. This process is illustrated in figure 3. The force of this rapid water flow erodes internal soil structure and clogs soil voids with displaced sediment. Pumping occurs within all soils, but is most damaging to finely textured soils because of their fragile internal structure.

Shearing and pumping actions reduce soils to a structureless or "massive" condition. This condition is characterized by the loss of distinguishable soil structure and a reduction in pore space voids, and interped passages (the space between peds). An example of soil in a massive state is a dried mud clod or an adobe brick. In a massive state, soils have significantly reduced infiltration rates, percolation, water storage capacity, and gas exchange. This reduces a soil's ability to support vegetation growth, leads to surface ponding of water, and increases the soil's sensitivity to additional impacts.

5

*Soil—The Stuff Under Foot, Hoof, and Wheel*



Figure 3—Diagram of pumping action.

## Surface Erosion, Surface Failure, and Trail Braiding

Trail use has a predictable path of surface impact. The degree of impact is modified only by the natural resilience of the soil and the intensity of trail use. In an ideal situation, a natural balance is maintained between soil resilience and use, and trail use occurs without significant degradation. However, on sites with wet, unstable, and sensitive soils, that equilibrium is easily upset. Even low levels of trail use can have significant environmental consequences.

Typically, trail degradation follows one of two pathways: surface erosion or surface failure. Surface erosion occurs when wind or water displaces exposed trail surfaces. This usually occurs on steep terrain or on sandy soils that are susceptible to wind erosion. Surface failure occurs when trail surfaces degrade into muddy tracks with deep muck holes. This usually occurs on flat areas with organic or finely textured soils. Either pathway can lead to significant environmental impacts that are extremely difficult to stabilize or reverse. Without stabilization, a destructive cycle of degradation can begin that expands the impact to adjacent surfaces. That cycle begins with the widening of trail surfaces as users avoid degraded surfaces and expands to the development of multiple parallel trails.

The two degradation pathways are diagrammed in table 2.

Table 2—Trail degradation pathways.



6

BLM_0057766

*Soil—The Stuff Under Foot, Hoof, and Wheel*

The first consequences of pioneering a trail across a virgin landscape are the stripping of surface vegetation, the abrasion of roots, and the compaction of surface soil layers. These impacts destroy soil structure, reduce water infiltration, and break bonds between soil particles. Soil particles are more vulnerable to displacement and loss from wind or water erosion. Soil compaction also leads to surface subsidence—the lowering of the trail relative to the adjacent ground surface. Trails become entrenched. This lower surface intercepts and drains water from adjacent surfaces and channels that flow along the trail. This dramatically increases the risk of water erosion on sloped areas and the pooling of water in low-lying sections. As trail surfaces degrade due to rutting or the formation of muck holes, users widen the trail and seek new routes, usually on adjacent soils where environmental conditions are identical to the original impact site. As this new route degrades, it is abandoned. A third route is pioneered, and then a fourth—until finally the area is scarred with a number of routes in various stages of use and abandonment. This condition is called trail braiding. Trail braiding significantly expands the environmental impacts of trail use. Trail braiding occurs because trail use levels repeatedly exceed the carrying capacity of soils to support that use. Figures 4a and 4b illustrate the process.



Figure 4b—Results are an adjacent degraded alignment and the development of a braided trail.



Figure 4a—Ponded water in ruts and muck holes prompt riders to pioneer new routes in adjacent undisturbed areas.

In braided trail sections, abandoned trail segments may slowly recover from impact through natural revegetation. However, the impact has usually dramatically altered the site's thermal, soil, and hydrologic characteristics. These changes affect the composition and structure of vegetation that can grow on the disturbed site. For example, a site that supported shrubs and grass before disturbance may only support sedges or other water-tolerant plants after disturbance. Abandoned routes may also recover enough to support subsequent trail use, but they are generally more sensitive to impact than virgin sites.

The impacts associated with braiding are a major concern for land managers because they dramatically increase the area of impacts associated with trail use (figure 5). Studies conducted in one area of Alaska documented that the average OHV trail had an impact area 34.6 feet wide (Connery 1984)—that's four times the width necessary for a single OHV track. Using that average width (34.6 feet), each mile of trail affects 4.2 acres. A single-track trail (8 feet wide) of the same length would affect just 0.97 acre per mile. Braided trail sections more than 200 feet wide are not uncommon within Alaska. For resource managers, the increase in area affected by braiding is significant in terms of resource destruction, habitat loss, and esthetics.

7

*Soil—The Stuff Under Foot, Hoof, and Wheel*



Figure 5—A braided trail in Alaska. More than a dozen separate routes have been pioneered in this section crossing a wetland. Note the wet trail conditions and numerous potholes. At this site, trail impacts affect an area more than 250 feet wide. Braiding significantly extends the area of impact by modifying vegetation cover, surface hydrology, and soil characteristics.

In Alaska, the cycle of degradation is well studied and documented (Connery 1984; Connery, Meyers, and Beck 1985; Ahlstrand and Racine 1990, 1993; and Happe, Shea, and Loya 1998). Responding to the impact has been more difficult. The problem is also compounded by rapidly expanding OHV use and increased OHV trail mileage. One study conducted by the Bureau of Land Management documented a 76-percent increase in miles of trail from the early 1970s to the late 1990s (Muenster 2001). Significant increases have also been observed in many other areas of Alaska. These increases in trail mileage and their associated environmental impacts on soil, vegetation, habitat, and water resource values have given resource managers a legitimate reason to be concerned about the impacts associated with degraded OHV trails.

8

BLM_0057768

# Trail Management—Responding to Trail Degradation

## Management Components

The task of trail management ranges from planning, designing, and constructing trails to maintaining them. In an ideal world, every trail would have a formal, well thought-out management plan and a staff dedicated to its implementation. Unfortunately, that is not the case. In Alaska, the term 'orphan trail' has been coined to describe active trails that receive no management oversight at all. Trail management should include elements from these five basic building blocks:

➤ Trail location documentation
➤ Trail condition assessment
➤ Trail improvement prescriptions
➤ Trail improvement implementation
➤ Trail maintenance and monitoring

### Trail Location Documentation

Trail location documentation is plotting the location of the trail in a geographic database. A simple sketch of a trail location on a U.S. Geological Survey topographic map is better than no location data, but documenting the alignment with a mapping-grade global positioning system (GPS) unit is best. The GPS unit can record geographic coordinates of a trail alignment that can overlay digital topographic maps or be downloaded into a geographic information system (GIS). The GIS allows trail locations to be plotted over other geographic databases such as land ownership, soils, and terrain. Accurate trail location information is also critical for obtaining a legal right-of-way easement for a trail alignment.

### Trail Condition Assessment

Condition assessment is an inventory of the physical character of a trail alignment. It documents conditions and problems and provides a baseline for monitoring changes over time. This assessment can be used to set priorities for trail prescription mapping (next section) and provide general information for future trail improvement work.

The assessment should evaluate the entire trail length, not just problem sites. This ensures that the assessment will provide a basis for evaluating condition trend during future monitoring efforts. Condition assessments can be conducted with manual data collection using a measuring wheel, tape measure, or odometer in the traditional "trail log" approach. The author has developed a simple alphanumeric system to classify individual trail segment conditions (table 3).

Table 3—Trail impact classes.

| Impact class | Subclass | Description |
|---|---|---|
| A | 1 | Minor loss of original surface vegetation (over 80 percent remaining) |
|  | 2 | Moderate loss of original surface vegetation (40 to 80 percent remaining) |
| B | 3 | Most original surface vegetation stripped away (less than 40 percent remaining) |
|  | 4 | Exposed roots on trail surface |
| C | 5 | Almost total loss of root mass |
|  | 6 | Only exposed mineral or organic soil at surface |
|  | 7 | Erosive loss of less than 2 inches of soil, or compaction and subsidence less than 2 inches deep |
| D | 8 | Erosive loss of 2 to 8 inches of soil, or compaction and subsidence 2 to 8 inches deep |
| F | 9 | Erosive loss of 9 to 16 inches of soil, or compaction and subsidence 9 to 16 inches deep |
|  | 10 | Erosive loss of more than 16 inches of soil, or compaction and subsidence more than 16 inches deep |
|  | 11 | Trail segment intermittently passable during dry conditions |
|  | 12 | Trail segment impassable at all times |

For quick assessments, trail segments can be classified using classes A to F. For more detailed assessments, the numeric subclass designators can be used.

Trail segments with class A impacts have yet to experience significant degradation. Class B segments are generally new trails or lightly traveled routes. Segments with class C impacts display the beginnings of detrimental impacts, but have not yet been seriously degraded. Monitoring these sites should be a high priority. Segments with class D impacts display degradation due to poor site conditions or excessive use. Mitigation may be needed to stabilize impacts. Segments with class F impacts are seriously degraded trails, probably with significant environmental impacts. These sites should receive a high level of management attention. Methods to respond to the degradation of classes D and F trail segments are detailed later.

9

BLM_0057769

*Trail Management—Responding to Trail Degradation*

While table 3 presents a classification system for manual assessment, a much more powerful and descriptive assessment can be made by using a mapping-grade GPS receiver that attaches line, point, and area descriptors with collected trail alignment coordinates. The author has developed a trail condition mapping legend (table 4) that can be used with standard mapping-grade GPS software and equipment. The legend contains a fairly complete list of trail condition attributes, and it can be used as the starting point to develop a customized legend appropriate for any specific trail system. When the data elements in table 4 are loaded into a menu-driven GPS mapping system, they can be collected easily during trail condition mapping.

Table 4—Trail condition mapping legend (bold text identifies the more important data fields).

| Feature element | Menu selection options |
|---|---|
| **LINE FEATURE** | |
| **TRAIL SEGMENT** | |
| **Trail segment type (feet)** | **Single track, double track, or multibraid 6 to 20, 21 to 40, 41 to 80, 81 to 160, 161 to 320, 321 to 480, wider than 480** |
| **Trail track type** | **Main, secondary, abandoned, access, cutoff, spur** |
| **Trail surface grade (percent)** | **Zero to 6, 7 to 20, 21 to 40, steeper than 40** |
| Side slope (percent) | Less than 20, 21 to 60, 61 to 100, steeper than 100 |
| **Trail surface** | **Vegetated, native organic, wetland vegetated, floating organic, native fine mineral, mixed fines and gravel, sand, gravel, cobble, imported gravel, gravel over geotextile, wood chips, timbers/planking, corduroy, paved, porous pavement panel, rock, water crossing, other** |
| **Trail impact rating** | **None** |
| | **Loss of surface vegetation** |
| | **Exposed roots** |
| | **Less than 2 inches erosive loss or surface subsidence** |
| | **2 to 8 inches erosive loss or surface subsidence** |
| | **9 to 16 inches erosive loss or surface subsidence** |
| | **17 to 32 inches erosive loss or surface subsidence** |
| | **33 to 60 inches erosive loss or surface subsidence** |
| | **More than 60 inches erosive loss or surface subsidence** |
| **Mud-muck index** | **None, muddy, extremely muddy, muck hole, multiple muck holes, seasonally impassable, impassable at all times** |
| **Trail drainage** | **Well drained, moderately well drained, poorly drained, saturated, ponded, water running across surface** |
| Stone hindrance (percent) | None, less than 10, 11 to 25, 26 to 75, 76 to 100 |
| **Track width (feet)** | **One to 3, 4 to 6, 7 to 12, 13 to 20, 21 to 30, 31 to 40, 41 to 60, over 60** |
| **Vegetation stripping** | **Single track, wheel track only, full width of trail** |
| Type of use | Multiuse, foot only, motorized only |
| Season of use | Multiseason, winter only, thaw season only |
| **ROAD SEGMENT** | |
| **Road type** | **Access, primary, secondary, subdivision, unimproved, other** |
| Road surface | Paved, gravel, dirt |
| Road width (feet) | 8 to 12, 13 to 16, 17 to 20, 21 to 30 |
| **LINE GENERIC** | |
| **Line type** | **Text entry** |

*Continued —>*

10

BLM_0057770

*Trail Management—Responding to Trail Degradation*

Table 4—continued (bold text identifies the more important data fields).

| Feature element | Menu selection options |
| --- | --- |
| **POINT FEATURE** | |
| **WATER MANAGEMENT** | |
| **Type** | **Water bar, grade dip, rolling dip, round culvert, box culvert, open drain, sheet drain, check dam, ditch** |
| **Condition** | **Serviceable, poor** |
| Culvert size (inches) | Numeric entry |
| **STREAM CROSSING** | |
| **Type** | **Unimproved ford, improved ford, bridge, culvert** |
| Stream name | Text entry |
| Stream width (feet) | Numeric entry |
| Approximate flow (cubic feet per second) | Numeric entry |
| **PHOTO POINT** | |
| **Frame/reference No.** | **Numeric entry** |
| **Bearing (degrees)** | **Numeric entry** |
| **ANCHOR POINT** | |
| **Type** | **Beginning, middle, intersection, angle, end** |
| **REFERENCE POINT** | |
| **Type** | **Milepost, trailhead, trail marker, survey marker, property marker, road crossing, junction, gate or barrier, other** |
| Mileage | Numeric entry |
| POINTS OF INTEREST | |
| Type | Scenic vista, pullout, shelter, campsite, cabin, structure, powerline, fence, staging area |
| **HAZARD** | |
| **Type** | **Text entry** |
| SIGNS | |
| Type | Informational, directional, regulatory, warning |
| Text | Text entry |
| **POINT GENERIC** | |
| **Type** | **Text entry** |
| **AREA FEATURE** | |
| PARKING AREA | |
| **BRAIDED IMPACT AREA** | |
| GENERIC AREA | |

Figure 6 displays a GPS plot of a complex trail system with a large number of braided trail segments. Note the highlighted trail segment at the top of the image. The 'Feature Properties' data frame to the right of the screen lists the characteristics of that trail segment as it was mapped in the field. Similar data detail can be extracted for every line segment, point, or area feature displayed on the screen. The 'Feature Properties' box shows the location, date of data acquisition, and precision of the data collected.

11

BLM_0057771

*Trail Management—Responding to Trail Degradation*



Figure 6—This computer screen display shows the mapping legend for a complex trail system with a large number of braided trails. The feature properties (data box on the right) relate to the bolded trail segment at the top of the display.

Data collected with this level of sophistication should be downloaded into a GIS system. While a GIS requires a relatively high level of technical support, it can have tremendous payoffs for trail management. Once downloaded, the data can be subjected to a wide variety of map and tabular analysis, including overlay with other geographic information such as soils and terrain. Attribute values can be used to generate trail segment impact ratings and to identify critical problem areas. The length and area of trail segments can be calculated to help estimate mitigation and maintenance costs. When the condition inventory is incorporated into a GIS, it provides a baseline of trail conditions that can be used to plan and track monitoring efforts, evaluate trail performance across varying soils and landscape units, and plan future work.

Based on the author's experience and some limited contract work conducted by the Bureau of Land Management in Alaska, about 8 miles of trail can be mapped per day by a two-person crew mounted on OHVs using the GPS-based system. Production rates vary depending on trail conditions, weather, access, staff experience, and equipment performance. Office support work is required in addition to the field work. Allow about twice as much time in the office as in the field to set up equipment, load data dictionaries, download data, edit data, and integrate the data into a GIS.

BLM_0057772

## Trail Improvement Prescriptions

Trail prescriptions focus on identifying locations for specific treatment applications, such as surface improvements, ditches, brush control, water management, and water-crossing structures.

The crew preparing trail prescriptions needs to be knowledgeable of the treatments available for specific trail ailments. Unlike condition mapping, which requires just a

basic knowledge of field inventory technique, prescription mapping requires expertise in trail planning, construction and maintenance, and knowledge of the trail construction and maintenance resources that are available.

Prescription mapping can be greatly assisted by GPS/GIS technology. Table 5 is a prescription mapping legend developed by the author. It identifies a wide range of treatments and can be adapted readily for use on any trail systems.

Table 5—Trail prescription mapping legend (bold text identifies the more important data fields).

| Feature element | Menu selection options |
|---|---|
| **LINE FEATURE** | |
| **TRAIL SEGMENT** | |
| Trail type | Active, inactive, new segment, access, water crossing, other |
| **Surface treatment** | **No treatment, light water management, heavy water management, grading/leveling, gravel cap, gravel/geotextile, porous pavement, corduroy, turnpike, puncheon-boardwalk, abandon—no treatment, abandon with light rehabilitation, abandon with heavy rehabilitation** |
| **Gravel cap depth (inches)** | **None, 2 to 4, 5 to 8, 9 to 12, 13 to 18, deeper than 18** |
| **Trail width (feet)** | **Numeric entry** |
| Surface treatment priority | High, medium, low |
| Ditching | None, left (outbound), right (outbound), both |
| Ditching priority | High, medium, low |
| Brush control | None, left, right, both |
| Brushing priority | High, medium, low |
| Root removal | None required, required |
| **Cut-and-fill section (percent side slope)** | **None, less than 15, 16 to 45, 46 to 100, more than 100** |
| **LINE GENERIC** | |
| **Type** | **Text entry** |
| **POINT FEATURES** | |
| **ANCHOR POINT** | |
| **Type** | **Beginning, middle, intersection, angle, end** |
| **REFERENCE POINT** | |
| **Type** | **Milepost, trailhead, trail marker, survey marker, gate or barrier, road crossing, fence crossing, other** |
| **Mileage** | **Numeric entry** |
| **REQUIRED WATER MANAGEMENT** | |
| **Type** | **Water bar, grade dip, rolling dip, culvert (diameter in inches, less than 8, 9 to 16, 17 to 36, larger than 36), check dam, open drain, other** |
| **WATER CROSSING** | |
| **Type (feet)** | **Unimproved ford, improved ford, bridge (shorter than 12, 13 to 24, longer than 24)** |

*Continued —>*

13

*Trail Management—Responding to Trail Degradation*

Table 5—continued (bold text identifies the more important data fields).

| Feature element | Menu selection options |
|---|---|
| **POINT FEATURE** (continued) | |
| PHOTO POINT | |
|     Reference number | Numeric entry |
|     Bearing | Numeric entry |
| POINT-OF-INTEREST DEVELOPMENT | |
|     Type | Scenic vista, pullout, shelter, campsite, cabin |
| **FIX HAZARD** | |
|     **Type** | **Tree removal, stump removal, rock removal, guardrail, fill hole, other** |
| SIGN NEEDED | |
|     Type | Informational, directional, regulatory, warning |
|     Text | Text entry |
| **SIDE SLOPE FEATURE** | |
|     **Type** | **Switchback center point, climbing turn center point** |
| GRAVEL SOURCE | |
| TIMBER SOURCE | |
| STAGING AREA | |
| **POINT GENERIC** | |
| **AREA FEATURE** | |
| GENERIC AREA | |

A prescription inventory collected with a GPS system provides an excellent basis for cost and labor estimates, but it does not have the familiar '1+00' trail log references typically associated with trail inventory work. Therefore, ground location reference points should be established before or during the inventory. Markers every one-quarter mile—or every 1,000 feet—are not too close for detailed surveys. Measuring wheels and OHV odometers are common measuring devices for establishing approximate milepost locations. Labeled flagging, lath, or metal tags should be placed at these standardized reference points. The more permanent the markers, the better.

## Trail Improvement Implementation

Improvement implementation is planned trail maintenance, stabilization, or mitigation based on a trail improvement prescription. Improvement actions should be based on standard design specifications or commonly accepted management practices. Commonly accepted practices are best described in the following Federal and private publications:

***Building Better Trails***. 2001. International Mountain Bicycling Association, P.O. Box 7578, Boulder, CO 80306. Phone: 303–545–9011; e-mail: *info@imba.com*; Web site: *http://www.imba. com*. May be purchased both in HTML and PDF formats from the Web site or the IMBA office. 64 p. in printed book format.

14

BLM_0057774

**Installation Guide for Porous Pavement Panels as Trail Hardening Materials for Off-Highway Vehicle Trails.** 2001. Kevin G. Meyer. USDI National Park Service—Rivers, Trails, and Conservation Assistance Program Technical Note, 2525 Gambell St., Anchorage, AK 99503 (attached as appendix B).

**Lightly on the Land—The SCA Trail Building and Maintenance Manual.** 1996. Robert C. Birkby. The Mountaineers, 1001 SW. Klickitat Way, Seattle, WA 98134.

**Off Highway Motorcycle & ATV Trails Guidelines for Design, Construction, Maintenance and User Satisfaction.** 2d Ed. 1994. Joe Wernex. American Motorcyclist Association, 13515 Yarmouth Dr., Pickerington, OH 43147. Phone: 614–856–1900; fax: 614–856–1920, e-mail: *ama@ama-cycle.org*; Web site: *http://www.ama-cycle.org*.

**Trail Building and Maintenance.** 2d Ed. 1981. Robert D. Proudman and Reuben Rajala. Appalachian Mountain Club, 5 Joy St., Boston, MA 02108.

**Trail Construction and Maintenance Notebook.** 2000. Woody Hesselbarth and Brian Vachowski. Tech. Rep. 0023–2839–MTDC. United States Department of Agriculture, Forest Service, Missoula Technology and Development Center, 5785 Hwy. 10 West, Missoula, MT 59808–9361.

**Wetland Trail Design and Construction.** 2001. Robert T. Steinholtz and Brian Vachowski. Tech. Rep. 0123–2833–MTDC. United States Department of Agriculture, Forest Service, Missoula Technology and Development Center, 5785 Hwy. 10 West, Missoula, MT 59808–9361.

In addition to these references, supplementary information is available from the Missoula Technology and Development Center. Call 406–329–3978 to request the latest list of recreation publications and videos. Many of these are available through the Federal Highway Administration's Recreational Trails Program. To obtain a list of publications and an order form, go to Web site: *http://www.fhwa.dot.gov/environment/trailpub.htm*.

Each of these documents provides valuable information on trail design, construction methods, maintenance, or general trail management. While some may be regional in nature or focus on specific types of trails, their basic concepts can be adapted to OHV trails.

## Trail Maintenance and Monitoring

Each trail alignment should receive regular maintenance at least once a year, preferably early in the season of use. Primary activities should include maintaining water-control structures, ditches, and culverts, and clearing fallen timber.

Periodic inspections also should be made of bridges, especially after spring breakup or floods. Maintenance crews also should report on problem areas and maintenance concerns. In many cases, periodic, systematic maintenance can head off major trail degradation.

Monitoring to detect changes in trail conditions, including a complete condition assessment, should be conducted about every 5 years, depending on levels of use and a trail's soil and terrain characteristics. This frequency could be increased if significant environmental values are at risk, but enough time should pass between assessments to filter out changes due to seasonal effects, weather effects, or the subjectivity of inventory crew personnel. The same inventory classification system should be employed during each monitoring with key components such as trail surface character, trail impact rating, trail drainage, mud-muck index, and track width recorded from identical menu selection options.

# Management Response to Severely Degraded Trails

Managing severely degraded trails presents a formidable challenge to resource managers. Severely degraded trails tax traditional trail management techniques and sometimes force managers to investigate and test innovative management methods, refining them for local conditions. No single set of responses can meet every situation, but a framework can help guide the process.

The trail degradation issue must be addressed on several fronts. The National Off-Highway Vehicle Conservation Council (NOHVCC), a nonprofit OHV advocacy group, uses an approach they call the Four Es. They are:

- ➣ Education
- ➣ Evaluation
- ➣ Engineering
- ➣ Enforcement

Education is needed to teach users about responsible riding and appropriate environmental ethics. In addition, resource managers and technicians need to be educated about effective trail management practices. Evaluation is necessary to develop methods to document use, assess impact, and evaluate mitigation methods. Engineering is necessary to develop trail improvement techniques and equipment modifications to reduce impacts. Enforcement is necessary to manage use within acceptable impact limits. In many locales, enforcement isn't a viable option. In those areas, enforcement may be implemented as "encouragement," encouraging users to conduct their activities in a sustainable manner. This might best be achieved

15

*Trail Management—Responding to Trail Degradation*

by providing trail location maps that direct users to sustainable trails and trail signs that encourage appropriate use.

I would also add a fifth E: 'Enculturation' (the process of modifying human behavior over time). Enculturation can best be accomplished by the steady application of education, appropriate evaluation techniques, progressive engineering, appropriate enforcement, and encouragement.

The five Es show how broadly the issue of degraded trails must be addressed. Unfortunately, this report addresses a only a few of the five Es. It is intended as a tool to help educate trail managers and users about OHV trail degradation. In addition, the section on trail condition inventory presents an important evaluation component, and the following section identifies engineering solutions within a range of management options. These options include:

➣ Trail rerouting
➣ Seasonal or type-of-use restrictions
➣ Controlled use (traffic volume restrictions)
➣ Trail hardening
➣ Trail closure

By evaluating these options and developing a forum with users, advocacy groups, and the environmental community, trail managers can resolve many of the conflicts between degraded trails and environmental resources.

## Trail Rerouting

Few OHV trails are planned trails where a full range of environmental considerations was carefully weighed before construction. In fact, few trails are specifically constructed for OHV use. Most OHV trails developed as individual riders followed game or foot trails or passed through natural corridors to remote fishing, hunting, or cabin sites. In Alaska, many OHV trails develop along routes that originally served as dogsled or snowmobile trails.

Because of the unplanned nature of OHV trails, many of them cross soils and sites poorly suited for the level of use occurring on them today. For example, a trail that originally developed from a game trail may not be suitable as a primary access route into a heavily used recreation area. A winter route across snow-covered wetlands doesn't necessarily provide a good alignment for a summer OHV route.

When numerous segments of a trail have been significantly degraded by the level of use, trail managers need to ask the following questions:

➣ Do opportunities exist to reroute the trail onto better soils and terrain?

➣ If yes, what is the cost of stabilizing the existing route compared to constructing a new trail alignment and rehabilitating the old one?

In some cases, moving a trail or segment may be an effective method of responding to trail degradation. For example, moving a trail from a foot slope to a side slope may significantly reduce trail wetness. Moving a trail from an open wetland to an adjacent woodland may stop trail braiding. Figure 7 shows an example where rerouting should be considered.



Figure 7—A heavily used OHV trail in Alaska crosses two distinct soil types. In the foreground, the trail passes through a mixed forest ecosystem where the soils support use along a single track. In the background, the trail crosses degraded wetland soils where users have created a braided trail. Managers should consider rerouting the trail to stay within the forest system.

A rerouting assessment should follow this process:

➣ Obtain and evaluate aerial photography of the trail alignment.

➣ Obtain soils data for the area surrounding the trail. Soil survey reports are available from the USDA Natural Resources Conservation Service.

➣ Conduct a site visit. Take available aerial photography and soils data with you. Visit the site during the primary season

16

of use. Evaluate the trail conditions on the ground to identify relationships between vegetation communities, terrain, soil conditions, and trail performance. Table 1 may be of some assistance. Use aerial photographs to identify adjacent areas that might support trail use. Identify alternative trail routes on aerial photographs and flag those routes on the ground.

➤ Identify the long-term benefits of the new route compared to continued use of the existing route.

➤ Develop a trail design for the alternative route. Develop a detailed construction plan. Identify any stabilization or reclamation work that is needed on the abandoned trail alignment. Identify methods to redirect use onto the new alignment using barriers, markers, or signs.

Decisionmakers and environmental groups may object to constructing new alignments where existing trails have failed, so it is important to have photos documenting the difference between trail segments on degraded sites and trail segments on more suitable sites. Illustrate the sustainability of the proposed new location to build consensus for the reroute option.

## Seasonal or Type-of-Use Restrictions

Seasonal-use restrictions are another option for responding to trail degradation. Because soils are most sensitive to impact when they are wet, restricting use of sensitive trails during spring breakup or periods of high rainfall may significantly reduce trail degradation. Also designating winter-season trails that cross wetlands as 'WINTER ROUTES ONLY' would significantly reduce impacts on sites that are extremely sensitive to impact by motorized vehicles during summer months.

Type-of-use restrictions limit the kind of equipment allowed on trails. For example, restricting gross vehicle weight to less than 1,500 pounds could significantly reduce the size of equipment operating on a trail. This would allow managers to build trails to a much lower design specification than when weight is unlimited.

In general, the potential of trail activities to create impacts ranges from slight to heavy as shown in table 6.

Reducing the types of use would lessen the potential for impact. Successfully restricting trail use requires user cooperation and enforcement. Signs, gates, and barriers aren't enough to discourage some users, so public education and development of alternative routes on more resilient trails are needed to encourage compliance.

Table 6—Activities that have the potential to impact trails.

| Impact | Use | |
|---|---|---|
| **Generally slight** | **WINTER, WITH FROZEN GROUND AND ADEQUATE SNOW COVER:** | |
| | **Nonmotorized** (Minimum snow cover 6 inches) | **Motorized** (Minimum snow cover 12 inches) |
| | Skiing/snowshoeing | Snowmobiling |
| | Dog sledding | |
| **to** | **SUMMER, WELL-THAWED GROUND:** | |
| | **Nonmotorized** Hiking | **Motorized** Light, tracked vehicles |
| | Mountain biking | Motorcycle riding |
| | Horseback riding | OHV riding (less than 1,500 pounds gross vehicle weight) |
| **Potentially heavy** | | Unlimited off-highway vehicle use |

## Controlled Use (Traffic Volume Restrictions)

Controlled use is another management option when responding to trail degradation. Trail degradation occurs when use exceeds the ability of the trail surface to resist impact. Controlling the level of use can be a powerful tool in reducing impacts. Determining the appropriate level of use can be difficult, especially since a trail's resistance to impact can change with weather and type of use. Good decisions require knowledge of existing trail conditions, patterns and levels of use, and trail condition trends. If trail conditions are stable under existing loads, no volume restrictions may be necessary. If trail conditions are deteriorating, traffic volume may have to be decreased or trail surfaces may need to be modified to support the increased use.

Managing trails through controlled use is complicated because there may not be a linear relationship between use levels and impact. Typically, after a certain level of impact is reached, trails will continue to degrade without any further use. This is clearly the case when vegetation stripping exposes soils to erosion. Finding the balance between appropriate levels of use and acceptable impacts is a resource management art form, ideally backed up with good monitoring of the level of use and resource damage.

Controlled use also requires an authorized and determined enforcement presence. This may not be readily available. But where it is, monitoring impact and setting the allowable use may be a good management approach to controlling degradation problems.

BLM_0057777

*Trail Management—Responding to Trail Degradation*

## Trail Hardening

Another management option is trail hardening. Trail hardening is a technique of modifying trail surfaces so they will support use without unacceptable environmental impacts to vegetation, soils, hydrology, habitat, or other resource values. Trail hardening should be considered under the following conditions:

➤ Existing trail impacts are causing or are projected to cause unacceptable onsite or offsite impacts, and

➤ More suitable alternative trail locations are not available, or

➤ Alternative trail locations are not environmentally acceptable or economically feasible.

Trail hardening provides the following benefits:

➤ Defines a single trail alignment for vehicle travel.

➤ Stabilizes surface soil conditions along the hardened trail section.

➤ Provides a stable, durable trail surface for OHV traffic.

➤ Halts trail widening and the development of braided trail sections.

➤ Allows formerly used trail alignments to naturally stabilize and revegetate.

➤ May provide for vegetation growth (or regrowth) within the hardened trail surface that helps to reduce visual impacts, maximize site stability and increase site productivity.

Trail hardening seeks to improve trail surfaces by one of three methods:

➤ Replacing or capping unsuitable surface soils.

➤ Reinforcing or augmenting existing soil structure.

➤ Providing a 'wear and carry' surface over unsuitable soils.

The goal of trail hardening is to reinforce soils so they will sup-port a specified level of use under all environmental conditions. Because of the range of trail-hardening methods available, a trail manager must select a method that provides maximum utility for the investment in time, labor, and cost. Utility includes site stabilization, resource protection, and suitability for use as a surface for OHV traffic (figure 8).

The following section introduces a number of trail-hardening techniques.



Figure 8—This aerial image shows a recently installed section of hardened trail crossing a wetland in southcentral Alaska. The new trail alignment defines a single route of travel that will prevent the continued development of braided trails.

**Replacing or Capping Unsuitable Soils—**Replacing unsuitable soils is the most intensive, trail-hardening technique. Problem soils are excavated and removed until a subbase of competent subsoils or gravel has been exposed. High-quality material is placed over the subbase to bring the trail surface up to the trail's original level. This process is appropriate for trails with a suitable subbase close to the surface and a convenient source of high-quality fill. The work generally requires heavy equipment. It is most appropriate near trailheads and along highways where heavy equipment can be used to good advantage.

Where a suitable subbase is not close to the surface or excavation work needs to be minimized, geotextile fabrics may be used to provide a base for surface capping. The use of geotextile materials extends the application of capping to many areas where removal of substandard surface soils is impractical.

Geotextiles, also known as construction fabrics, are widely used in roadways, drains, embankments, and landfills. They are constructed of long-lasting synthetic fibers bonded by weaving, heat, extrusion, or molding. They come in a wide variety of types including fabrics, sheets, or three-dimensional materials. They can be pervious or impervious to water passage.

Geotextiles provide four important functions in road and trail surface construction:

➤ Separation          ➤ Reinforcement
➤ Stabilization       ➤ Drainage

BLM_0057778

These functions are illustrated in figures 9a, 9b, and 9c. Geotextiles work as separation fabrics when they are placed be-tween gravel caps and underlying soils to prevent the materials from mixing. The geotextile serves to maintain the original thickness and function of the gravel cap as a load-bearing layer. Geotextiles increase soil stabilization by maintaining the load transfer capability of the gravel cap. This increases effective bearing capacity and prevents subsoil pumping. Geotextiles reinforce soils by providing a structure to bond the gravel cap and underlying soils.



Figure 9a—Gravel cap without geotextile. The aggregate cap will lose strength as the gravel is contaminated by the subbase.



Figure 9b—Gravel cap with geotextile. The geotextile layer prevents the migration and contamination of the surface gravel cap by underlying poor-quality soils.



Figure 9c—Gravel cap with geotextile. Using a geotextile enhances trail performance through separation, stabilization, reinforcement, and drainage.

The geotextile fabric locks the two materials together and allows the soil to receive a load across a broader footprint. Geotextiles also help maintain the drainage characteristics of the gravel cap. In addition to use in trail tread, geotextiles can have important applications in erosion control, drainage interception (sheet drains), and ditch liners.

Site conditions such as soil texture, moisture, depth to foundation materials, and the type of use indicate when a geotextile fabric should be used. Because gravel is difficult and expensive to deliver onsite, the use of a separation fabric makes good economic sense to protect the function of the gravel cap. The use of a geotextile fabric requires adequate capping (a minimum of 6 inches) and regular maintenance to maintain the cap. Regular maintenance prevents the geotextile fabric from being exposed at the surface.

The National Park Service experimented with the use of geo-textile and gravel placement during the summer of 1999 on degraded trail segments of a former mining road connecting two administrative sites in the Yukon-Charley Rivers National Preserve (Meyer 1999a). About 678 feet of geotextile with a 4- to 6-inch gravel cap was installed over soils in areas that crossed melted permafrost soils. Using this technique, the road alignment was reclaimed as an OHV trail.

*Trail Management—Responding to Trail Degradation*

Geotextile and gravel placement is relatively simple. The Yukon-Charley approach was adapted from Forest Service methods (Monlux and Vachowski 1995, figure 10). This technique provides a rim structure to minimize the loss of cap material (figures 11 and 12). A local source of suitable gravel was identified. One-half-cubic-yard belly dump trailers, loaded by a skid-steer loader and towed by 4x4 OHVs, transported gravel to trail construction sites.



Figure 10—Adapted geotextile installation design.

About 45 labor days and 80 cubic yards of gravel were required to construct 678 linear feet of 6-foot-wide trail, roughly 45 work hours per 100 feet of hardened trail. Construction efficiency dropped considerably when construction sites were more than one-quarter mile from the gravel source because of the small size of the transport vehicles and the round-trip travel time. The loaded trailers, weighing about 2,000 pounds gross vehicle weight, also seriously degraded marginal trail segments along the haul route. Future operations at the site will use larger haul vehicles operating over frozen soils during the winter months.

The geotextile used on the project was AMOCO 2000, a light-grade woven synthetic fabric. The material cost about 5 cents per square foot, quite inexpensive, considering all other costs. Overall construction costs for the project were estimated at $3.60 per square foot using a labor rate of $18 per hour.

***Cellular Confinement Systems***—Cellular Confinement Systems (CCS) are three-dimensional, web-like materials (figure 13) that provide structural integrity for materials compacted within the cell. They are engineered so cell walls limit the transfer of shear forces within the soil. Employed worldwide for a wide variety of uses, cellular confinement systems are a well-accepted soil engineering tool (Ron Abbott 2000). In Alaska, these systems have been used with success on military runways and remote radar sites, Arctic tank farms, construction sites, and boat ramps (Joseph Neubauer 2000). The systems also have been used when



Figure 11—The author installing woven geotextile around a rim log in the geotextile gravel-capping test installation at the Yukon-Charley Rivers National Preserve in Alaska. The rim log held the gravel cap on the installation.



Figure 12—A geotextile and gravel-cap installation over permafrost-degraded soils in Yukon-Charley Rivers National Preserve in Alaska. Use of geotextile and a gravel cap on this trail allowed the National Park Service to construct a 6-foot-wide OHV trail over a 3- to 4-foot-deep muck hole.

constructing shallow-water fords in the contiguous 48 States (Forest Service 1987).

A cellular confinement system consists of a surface-aggregate wear surface, the cell membrane, fill material, and an optional separation fabric (depending on site characteristics). Fill material is usually imported gravel, but onsite material can be used in some circumstances (the use

BLM_0057780



Figure 13—A cellular confinement system being installed on an experimental trail in southcentral Alaska. Four-inch-deep cells were formed by expanding the cellular product accordion style, then backfilling and compacting with a suitable fill material—in this case, sandy gravel. The sides of the installation were confined by a 6-inch-deep trench.

of onsite fill will be covered later). Installation of the system is labor intensive. The smallest cell commercially available is 4 inches deep. A minimum of 6 inches of fill material is required to fill the cells and provide a 2-inch wear surface, about 1 cubic yard of loose material per 6 linear feet of a 6-foot-wide trail. While the cell material alone costs about 70 to 90 cents per square foot, installation costs include the costs of any separation fabric, the fill, cap material, transportation of materials, cell panel connectors, and excavation of a trench or the construction of a curb or rim to confine the materials.

Test installations of cellular confinement systems for trail use in the contiguous 48 States have shown mixed results (Jonathan Kempff 2000). While the systems provided excellent structural reinforcement for soils, maintaining the surface wear cap to protect the cell membrane has been difficult. Without adequate curbing, capping material tends to erode from the cell surface. This is particularly true on sloped surfaces. With the loss of capping material, the cell membrane becomes exposed to damage by trail users. Although such damage usually doesn't significantly affect the cell's strength, exposed cells are unsightly and create a tripping hazard.

A somewhat similar problem occurred in the Bureau of Land Management's White Mountains District in Alaska. The agency reported mixed to poor results using cellular confinement systems on roadways in the Fairbanks area (Randy Goodwin 2001). Cellular confinement systems were used to cap four culvert installations on the Nome Creek road. The systems were installed in 50- to 200-foot segments to provide a stable fill road surface. Spring melt of overflow ice

(aufeis), that typically plugs the culverts, scoured fill material out of the web cells each year. Replacing the fill without damaging the cell structure was difficult and time consuming.

Also in Alaska, about 900 feet of cellular confinement systems, with recycled asphalt fill and cap, were installed in 2000 on an access trail in the Turnagain Pass area by the Forest Service (Doug Blanc 2001). Based on the success of that installation, the Forest Service is planning another 3-mile installation adjacent to a visitor center. Both trails were designed to meet the requirements of the Americans With Disabilities Act and are not representative of remote OHV trails. A more representative installation is a 20-foot test installation at Palmer Hay Flats State Game Refuge (figure 13). Since its installation in August 2000, the trail surface has been performing well, but the capping material has begun to show signs of erosion (Colleen Matt 2001).

Cellular confinement systems are manufactured under a variety of trade names, including Geoweb, Envirogrid, and TerraCell.

➢ Geoweb is available from Presto Plastic Co., phone: 800–548–3424.

➢ Envirogrid is available from AGH, phone: 713–552–1749.

➢ TerraCell is available from WEBTEC, phone: 800–438–0027.

**Reinforcing or Augmenting Soil Structure—**Reinforcing or augmenting existing soil structure is a method that adds material to existing soil to improve its engineering characteristics. Unlike excavating and replacing substandard soils, this method works with the native in situ soil material. The two major types of material are soil binders and structural additives.

Binding agents come in two forms: chemical binders and physical binders.

***Chemical Binders—***The EMC SQUARED system is an example of a chemical binder. EMC SQUARED is a concentrated liquid stabilizer formulated to increase the density, cementation, moisture resistance, frost-heave resistance, bearing strength, shear strength, and stability of compacted earth materials. The highly concentrated product is diluted in water and applied as soil materials are mixed and compacted. The product is activated by biological catalyst fractions. According to the manufacturer, it is an environmentally friendly product. The system is supposedly effective with a wide range of aggregate and recycled materials, as well as clay and silt soils.

The primary binder in the EMC SQUARED system is Road Oyl, which has been used extensively as an aggregate binder for resin pavement mixtures. Road Oyl has demonstrated considerable success on urban and accessible trails for the

21

*Trail Management—Responding to Trail Degradation*

Forest Service, National Park Service, and other governmental and private organizations. Paul Sandgren, superintendent of the south unit of the Kettle Moraine State Park in southeastern Wisconsin, reports good success with Road Oyl in binding aggregate-capped mountain bike trails. The park's south unit, which receives heavy mountain bike use from surrounding urban areas, found manual applications of the binder worked well in reducing the displacement of a surface cap of $\frac{3}{4}$-inch crushed limestone (Paul Sandgren 2001).

Test applications of chemical binders in Alaska have proved disappointing. The municipality of Anchorage experimented with the use of a chemical binder on an urban access trail with poor results. The material failed to set up properly. In areas where the material set up, the surface was very slick. Whether the problem was caused by climate or improper installation was never resolved (Dave Gardener 2001). Denali National Park and Preserve has also experimented with a variety of chemical binders as dust suppressants on a gravel road that serves as the primary access for the park. To date, results have been disappointing (Ken Karle 2000).

Chemical binders such as Road Oyl have the greatest potential application in urban areas and at trailheads where high-quality gravel or recycled materials are available. They have yet to be tested on degraded OHV trails in remote locations where unsuitable soil materials, high moisture levels, inability to use heavy equipment, and severe climatic conditions would present challenges for this technique.

The EMC SQUARED system and Road Oyl are available from Soil Stabilization Products Company, Inc., of Merced, CA. Phone: 209–383–3296 or 800–523–9992. Other chemical binders available on the market include:

➤ **Stabilizer** (4832 East Indian School Rd., Phoenix, AZ 85018. Phone: 800–336–2468).

➤ **Soil-Sement** (Midwest Industrial Supply, Inc., P.O. Box 8431, Canton, OH 44711. Phone: 800–321–0699).

➤ **Pennzsuppress D** (John Snedden, National Sales Manager, Pennzoil Products Co., 100 Pennzoil Dr., Johnstown, PA 15909).

*Physical Binders*—Fine-textured native soil is an example of a physical binder. It can be used where trails are constructed with coarsely textured aggregate or washed gravel. Soil material containing high sand- and silt-sized fractions is used to fill voids between gravel- and cobble-sized material. The fine materials help "bed" the larger material, reducing displacement, improving the quality of the travel surface, and helping vegetation to become established.

*Structural Additives*—Another method of augmenting an existing soil structure is to add a physical component to the soil body. This can be as an internal structural member or as a surface feature.

*Internal Structural Member*—The use of cellular confinement systems to reinforce sandy soils is an example of adding a physical component to an existing soil structure. The original soil is excavated and used as fill and cap material. The cells of the cellular confinement system add a structural component to the sand that prevents shear force transfer and soil failure. This method was tested by the U.S. Army Corps of Engineers (Webster 1984; Purinton and Harrison 1994) and applied during Operation Desert Storm to construct sand roads capable of carrying heavy military traffic. The technique has also been applied by an American oil company to build roads through the Algerian Sahara Desert (Presto 1991). Using a cellular confinement system would be an excellent method to stabilize trails that cross sandy soils.

Another method used by the Forest Service (Kempff 2000) and recommended by the American Motorcyclist Association (Wernex 1994) is to embed concrete blocks in the body of the soil. The concrete block, installed with the block walls in a vertical position, provides a hardened wear surface. The open cell structure of the block prevents shear force from being transferred. This method may have applications where blocks can be readily transported to degraded trail sites, but has limited application in remote locations. Blocks are available that are specially designed for OHV trails. They are not as thick as normal construction blocks, and have a different grid pattern.

*Surface Feature*—The geosynthetics industry has developed a class of materials known as 'turf reinforcement' materials. These products are designed for installation at or near the surface to reinforce the surface vegetation mat. The Park Service experimented with one of these materials in a series of test plots established as part of an OHV trail mitigation study conducted in the Wrangell-St. Elias National Park and Preserve in Alaska. In 1996, the Park Service installed four 40-foot test sections of a combination of a drainage mat (Polynet) with a turf reinforcement mat (Pyramat) over moderately degraded OHV trails. Polynet is a $\frac{1}{8}$-inch-thick polyvinyl chloride (PVC) material, resembling expanded metal decking. Pyramat is a $\frac{3}{4}$-inch-thick, finely woven polypropylene product in a pyramid-shaped microweave pattern (figure 14).

The manufacturer had extensively tested Pyramat as a soil-reinforcement product. The company had documented significant increases in resistance to erosion and shear stress after vegetation regrowth (Synthetic Industries 1999). The National Park Service tested both turf reinforcements to see whether they would support existing roots and cushion soil bodies from direct impact. Polynet provided a wear surface, while the open weave of Pyramat allowed for active plant growth and eventually was integrated into the soil surface layer.

BLM_0057782

*Trail Management—Responding to Trail Degradation*



Figure 14—Polynet over Pyramat was used in this National Park Service installation to test the addition of a synthetic turf reinforcement mat. The Polynet, with its more durable wear surface, was installed over the less durable Pyramat.

The Park Service field tests were encouraging because the materials appeared to protect the underlying soils from impact. They stabilized degradation and provided a durable wear surface for OHV use. Vegetation regrowth on the sites increased from 54-percent cover at installation to 79.5 percent 3 years later (figure 15). On sites with a high percentage of sedge and cotton grass, the materials were well integrated into the root mass by the end of the second year.



Figure 15—A Park Service Polynet/Pyramat test installation after 3 years in a wetland area with a high percentage of sedge. By the third year, sedge had become well established and its roots well entwined with the Pyramat matting.

The products worked fairly well to stabilize trail degradation, but were difficult to install and maintain. They had a poor appearance. The material installation cost of the two products was $4 per square foot. It took 26 hours to install 100 linear feet of a 6-foot-wide trail. The full results of the test are detailed in the report, *All-Terrain Vehicle (ATV) Trail Mitigation Study: Comparison of Natural and Geosynthetic Materials for Surface Hardening* (Allen and others 2000).

Pyramat has also been used to reinforce foot trails and provide erosion control at a portage on Jim Creek, a tributary of the Knik River in the Matanuska Valley near Palmer, AK. Nancy Moore, who works for the Alaska Center for the Environment, coordinated the installation of a 90-foot-long by 8-foot-wide strip of Pyramat at the site in the summer of 2000. The mat was laid on the soil surface, capped with pit-run gravel and topsoil, and seeded to reestablish vegetation. According to Moore, the installation was successful in stemming erosion and improving trail conditions (Moore 2001).

Appendix A identifies the attributes of the Polynet/Pyramat combination and compares the combination with other products tested by the Park Service. While this combination of products may have utility in other applications, it is not considered suitable for hardening OHV trails because of the difficulty of installation and the limited durability of the wear surface.

**Providing a Wear-and-Carry Surface Over Unsuitable Soils**—The final method of trail hardening is to provide a wear-and-carry surface over unsuitable soils. Typically, this is accomplished by installing a semirigid structural component on the soil surface that provides a durable wear surface while distributing weight over a broad soil area. In this manner, the material "carries" the weight of the load, rather than directly transferring it to the underlying soil.

The methods of wear-and-carry, trail-hardening techniques for OHV trails discussed in this document include:

- Corduroy
- Wood matrix
- Puncheon
- Porous pavement panels
- Surface matting

These methods are expensive and labor intensive. It is not practical to use this method to harden the entire length of a trail. It should only be used to harden those segments that cannot be rerouted to more suitable locations or managed to reduce impacts.

Much of the following discussion is drawn from the author's personal experience with trail hardening tests conducted in Alaska. This experience includes a formal study conducted in Wrangell-St. Elias National Park and Preserve, mentioned in

BLM_0057783

*Trail Management—Responding to Trail Degradation*

a previous section (Allen and others 2000), data obtained from other test installations, independent research, and conversations with other professionals.

**Corduroy—**Corduroy has been commonly used to harden trails in Alaska. Many of the first wagon trails in the State were constructed as corduroy roads. It is not uncommon to see corduroy being excavated during roadwork today. In traditional road construction, the corduroy logs were covered with soil or a gravel cap to provide a smooth and durable road surface. Burying the poles beneath the surface cap also served to preserve them. This was especially true when the poles remained water-saturated under acidic soil conditions.

For most trail applications, corduroy is not covered with a surface cap. This is primarily due to the scarcity of quality cap material and the expense of hauling the material to installation sites. When corduroy is exposed to the air with frequent wet/dry cycles, its longevity is significantly shorter than if it was buried. Fastening the individual poles together is another challenge. Poles can be secured by weaving them with line, spiking them to sill or rail logs, or threading them with rope or cable. Corduroy provides a suitable, if somewhat rough, surface for OHV and foot traffic. Also, woven or threaded corduroy floats on water so it does not provide a stable surface for ponded areas.

The Park Service tested corduroy as one trail-hardening technique in the Wrangell-St. Elias study (Allen 2000). Although corduroy was somewhat labor intensive to install, the expense of installation was mitigated by the low cost of materials. The Wrangell-St. Elias study identified a material installation cost of about $1.75 per square foot. About 25 hours were required to install each 100-foot section of 6-foot-wide trail (figure 16).

Corduroy may also have an environmental cost if trees are harvested in sparsely timbered areas. Three to four poles are required for every linear foot of 6-foot-wide trail. The management tradeoff of harvesting trees to mitigate trail impacts needs to be evaluated for each installation site. Appropriate thinning methods can mitigate impacts of timber harvesting. Harvesting poles offsite can also mitigate impacts.

Appendix A has more detailed information about the benefits and drawbacks of corduroy. Corduroy is considered a suitable trail-hardening material for relatively short sections of trail when timber is available locally.

**Wood Matrix—**Wood matrix was another trail-hardening method tested by the Park Service in the Wrangell-St. Elias study (figure 17). The wood matrix was a wooden grid structure constructed of rough-cut, 2- by 4-inch timbers that were notched and fitted to form an 8- by 8-inch open grid. The surface of the grid formed the wear surface. The interlocked timbers carried and distributed the load across the soil surface. The technique was adapted from an approach developed in Britain (Shae 2000).



Figure 16—Spruce pole corduroy laid across permafrost soils in Alaska. These poles were imported to the site and secured by weaving them with three strands of ⅜-inch nylon line.



Figure 17—Wood matrix after installation in the Wrangell-St. Elias National Park and Preserve in Alaska. The wood matrix provided a suitable surface for OHVs, but had several characteristics that limited its suitability for future field applications.

The grid formed a rigid unit that had excellent load transfer characteristics, but was too inflexible to conform well to terrain. Although raw materials were cheap, preparing and fitting the joints was very labor intensive. The green, untreated lumber warped, was difficult to fit together in the field, and was subject

24

BLM_0057784

to breaking at the joints. It was also subject to rot and showed visible signs of deterioration within the first year.

The installation cost for the wood matrix was $2.90 per square foot. About 70 hours were required to install a 100-foot section.

Additional information on the suitability of wood matrix for trail hardening is included in appendix A. Because a wood matrix installation entrapped wildlife in one case, it was removed from the Wrangell's test plots during the second season of the study. That concern and other factors of the material limit its suitability for future trail-hardening applications.

**Puncheon—**Constructing puncheon (a type of elevated board-walk) for wet and muddy footpaths has been a standard trail construction technique for many years. Recently, its use in providing a hardened trail surface for ATVs has been pioneered by John Coila, an Alaska homesteader in the Kachemak Bay area of southcentral Alaska. Coila developed an installation similar to a standard Forest Service design called puncheon with decking (figure 18). Coila used locally available beetle-killed spruce and a portable bandsaw mill to produce the decking onsite.

Typically, Coila cuts timber adjacent to the trail from standing or recently fallen, beetle-killed spruce trees. Coila's slab-plank design uses two size classes of beetle-killed timber. Smaller diameter timber provides sills and stringers (figure 19). Larger diameter timber provides logs for planking. Sill timbers are 12 feet long and stringer timbers are 24 feet long. The minimum top diameter of logs used for sills and stringers is 7 to 8 inches. Bark is not typically stripped off the logs, nor are the sill or stringer logs milled in any fashion. The plank log diameter is controlled by the size the mill can accommodate. Plank logs are cut to 6-foot lengths to ease handling and are milled into 2-inch-thick slabs. Planks are not square edged. All round-faced slabs are discarded. Each plank provides an average of 1 linear foot of boardwalk (figure 20).

Coila estimates the expense of the installations at about $5 per linear foot, with a construction rate of 50 to 100 feet a day for a three-person crew when timber is close at hand. Installations have been in active service for longer than 15 years with the occasional replacement of a surface plank. An installation guide for the technique has been prepared and is available from the author (Meyer 2001a).

**Porous Pavement Panels—**Porous pavement panels (PPP) are three-dimensional, structural geotextiles designed to provide a durable wear surface and a load distribution system for driveways, parking areas, fire and utility access lanes, golf cart paths, and approaches to monuments, statues, and fountains. The panels are intended to be installed over a prepared subbase and filled with soil. They are designed to support grass growth and provide a reinforced turf surface for light or

intermittent heavy traffic. In contrast to asphalt or concrete pavements, these porous pavement systems reduce surface runoff, increase infiltration, resist erosion, and enhance ground-water recharge.

The standard industrial installation technique is modified for hardening OHV trails. After surface leveling, the panels are installed directly over the existing trail surface. The grid cells are not backfilled unless fill material is readily available. After installation, the panel's surface provides a tread surface for vehicles, and the panel's structure distributes their weight. The open structure of the panels allows vegetation to grow through the panel after installation. On extremely muddy or boggy sites, a supplemental geotextile layer may be placed beneath the panels to increase flotation. Polynet PN3000, an open-grid drainage mat, has been used for that purpose in a number of test installations in Alaska.

One advantage of the panel system is the light weight of the panels (about 2 pounds per square foot). The panels do not add any significant weight load to wetland surfaces and have little impact on surface hydrology. Their use can dramatically reduce the need for culverts or other water transfer structures along the trail.

Two porous pavement panel products have been the subjects of extensive field testing in Alaska. They are GeoBlock (figure 21) and SolGrid (figure 22).

GeoBlock is a commercially developed porous pavement system manufactured by Presto Products of Appleton, WI. GeoBlock has been on the market, in one form or another, since the early 1990s and was specifically tested in two earlier configurations by the Park Service in the Wrangell-St. Elias National Park and Preserve. Its primary industrial applications are emergency vehicle lanes, light service roads, and auxiliary parking areas.

SolGrid is a commercial porous pavement system developed by SolPlastics, of Montreal, Canada. SolGrid is a newer product. It has a unique configuration that makes it suitable for irregular terrain and sloped areas. Its primary industrial applications are walkways, bikeways, golf cart paths, and driveways.

Both products are partially recycled polyethylene plastic panels about 39 inches long, 19 inches wide, and 2 inches thick. GeoBlock has also been manufactured as a $1\frac{1}{4}$-inch-thick panel. The panels are stabilized with carbon black to help them resist degradation by ultraviolet light. Both GeoBlock and SolGrid are constructed with an open grid surface and interlocking edges. The GeoBlock products have a 3- by 3-inch-tall vertical grid reinforced by a base sheet perforated with $2\frac{1}{4}$-inch-diameter holes on a $3\frac{3}{4}$-inch spacing. About 44 percent of the base is open. The GeoBlock products form a rigid panel with good weight transfer between panels.

BLM_0057785



| MEMBER | TYPE | SPECIES | SIZE (mm) | TREATMENT TYPE | MINIMUM RETENTION (kg/m3) |
|---|---|---|---|---|---|
| Stringer | | | | | |
| Deck | | | | | |
| Curb | | | | | |
| Bulkhead | | | | | |

Figure 18—Forest Service Standard Drawing 932-2 of a puncheon with decking boardwalk trail. This design is similar to the one developed by an Alaskan homesteader to provide hardened trails for OHVs.

*Trail Management—Responding to Trail Degradation*



Figure 19—Rough layout of the sill and stringer timbers for puncheon trail construction over a wetland area in southcentral Alaska. Stringers are laid with tops meeting tops and butts meeting butts.



Figure 21—A GeoBlock panel. Note the edge tabs used to connect the panels and transfer loads between them.



Figure 20—A finished puncheon trail. Note the placement of the plank taper to accommodate the curves along the trail.



Figure 22—Two SolGrid panels. Note the U-shaped flex connectors between panel subsections.

The SolGrid product has a 2½- by 2½-inch-tall vertical grid pattern with an 8- by 8-inch subpanel. When assembled, subpanels form 16- by 16-inch weight-transfer panels. Flexible U-shaped connectors join the subpanels. There is no base sheet. About 85 percent of the grid surface is open for vegetation regrowth. Weight transfer between panels is poor because of the integrated flexible connectors. This can be mitigated somewhat by the use of supplemental geosynthetics underneath the panel. Polynet–PN3000 has been used for that purpose in Alaska and has demonstrated some benefit.

The flexibility of the SolGrid panels increases their utility on irregular surfaces and on slopes. It also provides an integrated buffer for thermal expansion and contraction.

In 1996, earlier configurations of GeoBlock 1¼- and 2-inch panels were tested by the Park Service in the Wrangell-St. Elias trail mitigation study. The test demonstrated that the panels perform very well as trail-hardening materials. They provided a suitable wear surface for foot and OHV use and were easy to install. In addition, they readily facilitate vegetation regrowth.

27

BLM_0057787

*Trail Management—Responding to Trail Degradation*

Vegetation cover along two hardened trail segments increased on average from 70 to 90 percent and from 48.5 to 77.5 percent respectively, within the 4-year study period.

In 1996, the total installation costs for 100 feet of 6-foot-wide trail were:

**1¼-inch GeoBlock**
- $6.67 per square foot
- Installation, 32 hours
- Panel costs with shipping, $3.14 per square foot

**2-inch GeoBlock**
- $8 per square foot
- Installation, 36 hours
- Panel costs with shipping, $4.50 per square foot

Since 1996, GeoBlock panel costs have fallen to about $2.15 per square foot for the 2-inch panel, depending on volume. Presto no longer manufactures the 1¼-inch GeoBlock.

SolGrid costs about $1.60 per square foot, depending on volume. In some areas, SolGrid would require the use of a supplemental geotextile, such as Polynet PN-3000. This would add 15 to 25 cents per square foot to installation costs.

Both products have been tested in Alaska on OHV trails during 2000, 2001, and 2002. In 2000, two 100-foot test sections were installed on a dedicated recreation OHV trail in the Forest Service Starrigavien Recreation Area near Sitka. Several test sections of GeoBlock and one section of SolGrid were installed in cooperation with the Alaska Department of Fish and Game at the Palmer Hay Flats State Game Refuge near Palmer (figures 23 and 24). The Forest Service reports that the installations were more economical than the standard gravel cap placement and may be applied more widely in the future (LaPalme 2001).

The 2000 test project on the Palmer Hay Flats Game Refuge was successful enough for the department to install an 800-foot section in 2001. That installation included a 600-foot-long shallow underwater section that was supported by a base layer of geogrid and a gravel cap infill to ballast the installation to the pond floor. Also in 2001, the Bureau of Land Management sponsored test installations in the White Mountains National Recreation Area north of Fairbanks, AK, and the Tangle Lakes Archeological District west of Paxson, AK. More than 400 feet of hardened trail was installed at those two sites. In addition, a 300-foot test section was installed in the Caribou Lakes area on the lower Kenai Peninsula in Alaska. Average material costs ranged from $3 to $3.50 per square foot. Among the four sites, trail surfaces were constructed in 4.8-, 6.5-, and 8-foot-wide configurations. Labor requirements varied from 6.5 to 14 hours per 100 square feet, depending on site conditions, logistics, and layout configurations.

In the contiguous 48 States, GeoBlock was tested on the Wambaw Cycle Trail in the Francis Marion National Forest near Charleston, SC. Sections of the trail had extensive trail braiding due to wet soils. Fifty-five feet of GeoBlock

was installed with a clay-sand fill and a 2-inch cap over a geofabric layer. The installation completely stabilized the soils at the site. More than 3,500 passes had been made over the installation by enduro-type motorcycles within the first 3 months of installation. According to the project manager, not one vehicle has ventured



Figure 23—Test installation of 2-inch GeoBlock at the Palmer Hay Flats State Game Refuge in Alaska. This configuration of panels provided a 4.8-foot-wide trail. Note the interlocking tabs along the panel edges. These tabs transfer weight between panels. In this test, GeoBlock was installed over Polynet PN-3000.



Figure 24—Test installation of SolGrid at the Palmer Hay Flats State Game Refuge in Alaska. Note the U-shaped flex joints between sub-panel sections. The SolGrid was tested without Polynet PN-3000 to test the characteristics of the product when installed on a soft, silty substrate.

28

*Trail Management—Responding to Trail Degradation*

off of the hardened trail to further impact the wetland site. Except for minor rutting of the surface cap, there has been no noticeable wear to the surface of the GeoBlock panels (Parrish 2001).

Appendix A provides an evaluation of the two products. Geo-Block is highly suitable for use as a trail-hardening material. The 1¼-inch product, if available, would be suitable for most installation sites, while the 2-inch product could be used for extremely degraded segments, for crossing large ponded areas, and possibly for shallow water fords. SolGrid, which is still undergoing field tests, is suitable for irregular terrain and sloped areas, but is not as suitable for extreme conditions because of its limited ability to transfer lateral loads.

GeoBlock is available from Presto Plastics, Inc., P.O. Box 2399, Appleton, WI 54913. Phone: 800–548–3424; Web site: *http://www.prestogeo.com*

SolGrid is available from SolPlastics, 1501 des Futailles St., Montreal. PQ, Canada H1N3P. Phone: 888–765–7527; Web site: *http://www.solplastics.com*

Appendix B provides an installation guide for these products.

***Matting***—Matting is another method of wear-and-carry trail hardening. Metal matting was used extensively during World War II to reinforce soft soils during airport construction on tropical islands and at remote sites in Alaska. Some of those installations are still in place. The military stopped stocking metal matting in the 1950s and it is no longer manufactured. Its availability as a surplus material is very poor; therefore, it is not considered a viable material for trail hardening.

Matting available in the commercial market today is typically plastic decking or industrial antifatigue matting made from PVC or rubber. Plastic decking costs too much for trail hardening and is not discussed further. Rubber and PVC matting are somewhat more cost effective and are readily available. In contrast to the rigid porous pavement systems, matting is generally thinner and more flexible. It drapes across the terrain and provides an excellent wear surface, but has a limited ability to transfer lateral loads.

***PVC Matting***—Safety Deck was a commercially available PVC mat tested in the Wrangell-St. Elias mitigation study. Safety Deck is a high-density, semirigid, open-grid PVC mat that is ¾-inch thick. It was supplied in 20-inch-square tiles that were laced together with parachute cord (figure 25). Safety Deck was installed on moderately impacted trail surfaces so the need to transfer lateral loads wasn't too extreme. In this less demanding condition, Safety Deck provided an excellent surface for all forms of use. However, it was expensive to procure and time consuming to install. Safety Deck had good vegetation regrowth values with an increase from 69 to 91 percent mean cover over the 4-year study period.



Figure 25—Safety Deck installed across a tundra surface in Wrangell-St. Elias National Park and Preserve in Alaska. Individual 20- by 20-inch tiles were lashed together with parachute cord and fishnet line. This time-consuming task drove up installation costs. The material performed very well on moderately degraded trails and provided an excellent surface for most uses.

Safety Deck was the most expensive material tested in the Wrangell-St. Elias study. Costs were $7.50 per square foot, including shipping. Forty-three labor hours were required to install a 100-foot-long, 6-foot-wide section of trail, for a total cost of $5,274 per 100 feet.

Appendix A shows the positive attributes of PVC Safety Deck. Although Safety Deck is a strong performer for moderately impacted sites, its high cost limits its use for most OHV trail-hardening applications. It may have excellent application on foot or horse trails where the volume of material is much reduced, or in providing a surface for accessible trails where the costs might be better justified.

Safety Deck is no longer commercially available. It was originally purchased from The Mat Factory, Inc., of Costa Mesa, CA, phone: 800–628–7626. The company carries a similar product called Dundee Grass Retention & Erosion Control Mat. That product sells for about $5.33 per square foot. Other PVC matting products may also be available.

***Rubber Matting***—Rubber antifatigue matting is commonly available in discount and hardware supply stores. Rubber mats are typically available in 3- by 3-foot panels, are ¾-inch thick and have an interlocking system along their edge (figure 26).

Omni Grease-Proof Anti-fatigue Mat (manufactured by Akro Corp. of Canton, OH) and Anti-fatigue Mat (manufactured by Royal Floor Mats of South Gate, CA) were tested in a preliminary field trial in the spring of 2000 by the National Park Service and the Alaska Department of Fish and Game at the Palmer Hay Flats State Game Refuge. The mats protected the soil surface and conformed well to surface terrain, but provided

29

*Trail Management—Responding to Trail Degradation*



Figure 26—A section of rubber antifatigue mat undergoing preliminary field trials at the Palmer Hay Flats State Game Refuge in Alaska. The large panels install quickly, but the rubber's flexibility limits the panels' ability to transfer lateral loads.

no lateral load transfer. The wheel track was noticeably lower after 10 passes by an OHV on a silty substrate. The low rigidity of the rubber products and their inability to transfer load across the mat's surface limit their application for all but the lightest of impact areas.

A typical rubber mat sells for about $3.20 per square foot. Estimated installation time would be about 14 hours per 100 linear feet of 6-foot-wide trail.

Appendix A identifies a number of positive attributes of the rubber matting. Rubber matting is not suitable for trail-hardening applications on degraded trails because of its extremely low ability to transfer lateral load. Rubber matting would not prevent shear impacts on wet, finely textured soils. The material may have some limited applications before sites become degraded or could provide a temporary wear surface for special events.

**Cost Comparisons for Trail-Hardening Techniques**—Table 7 compares installation materials and labor costs for the trail-hardening methods discussed. The costs and hours of labor were developed for data in the Wrangell-St. Elias OHV mitigation study and other Park Service projects. These figures are rough estimates to assist in project scoping. Actual cost and the hours of labor depend on site conditions, logistics, and project design.

The test installations were small scale. Larger projects would benefit from volume discounts on materials and labor efficiencies. This is especially true when considering shipping costs of raw materials. The unit cost of shipping large quantities of bulky materials, such as the porous pavement products, can be much less than the cost of shipping small quantities.

Another important consideration is the cost of labor. The figures presented use an $18 per hour labor rate. This represents the cost of a typical government wage-grade seasonal maintenance worker in Alaska. The installation of trail-hardening materials is well suited for summer field crews, such as fire crews, Student Conservation Association crews, or volunteer crews. The work is relatively simple and doesn't require extensive use of power equipment. Fire crews filling in between fire calls or seeking early season training would be excellent sources of labor. The availability of cheaper labor could significantly reduce installation costs.

BLM_0057790

*Trail Management—Responding to Trail Degradation*

Table 7—Materials and labor costs of different trail-hardening methods.

| Material | Cost per square foot ($) | Cost per 100 linear feet[1] ($) | Hours to install per 100 linear feet[1] | Labor costs per 100 linear feet[1] at $18 per hour | Installation cost per square foot ($) | Installation cost per 100 linear feet[1] ($) |
|---|---|---|---|---|---|---|
| Corduroy | 1.00 | 600 | 25 | 450 | 1.75 | 1,050 |
| Wood matrix | 0.80 | 480 | 70 | 1,260 | 2.90 | 1,740 |
| Onsite puncheon | 0.83 | 500 | 24 | 432 | 1.55 | 932 |
| Gravel/geotextile | 2.25+[2] | 1,350+[2] | 45 | 810 | 3.60+[2] | 2,160+[2] |
| GeoBlock, 1¼ inch | 2.75 | 1,650 | 38 | 684 | 3.89 | 2,334 |
| GeoBlock, 2 inch | 3.50 | 2,100 | 40 | 720 | 4.70 | 2,820 |
| SolGrid | 2.25 | 1,350 | 40 | 720 | 3.45 | 2,070 |
| PVC matting | 7.50 | 4,500 | 43 | 774 | 8.79 | 5,274 |
| Rubber matting | 3.50 | 2,100 | 14 | 252 | 3.92 | 2,352 |

[1] Trails are 6 feet wide.   [2] Depends on gravel source and haul distance.

## Trail Closure

The final management option to be discussed is trail closure. As a last resort, resource managers may close a trail to protect threatened resources. This would halt direct trail impacts, but might not halt secondary impacts, such as erosion and sedimentation. A trail identified for closure needs to be assessed and stabilized or reclaimed as necessary.

Closing a trail is seldom popular with trail users. Before the action is taken, the proposed closure should be discussed at a public forum. Alternatives to the closure—such as reroute options, seasonal or type-of-use restrictions, controlled use, trail hardening, or other surface improvements—should be addressed and evaluated. Agency budgetary and workforce limitations that may restrict implementation of alternatives should be discussed. User groups may offer to accept some of the responsibility of maintaining or implementing necessary trail improvements to avoid losing access.

In the contiguous 48 States, user advocacy groups such as the American Motorcyclist Association and National Off-Highway Vehicle Conservation Council have often been able to help facilitate projects that protect trail access while assuring resource protection. These on-the-ground projects have rallied a large response from volunteer groups and individuals who develop a certain "ownership" of the trail resources they are working to protect. Often the energy generated by a resource conflict has been harnessed by land management agencies to generate support for work that has prevented trail closure.

BLM_0057791

# Status of Research

Research on the response to trail degradation issues is badly needed in all four aspects of OHV management: education, evaluation, engineering, and enforcement. In Alaska, the National Park Service's Rivers, Trails, and Conservation Assistance (RTCA) program is involved in research on several aspects of the trail degradation issue, including documentation of trail conditions, development of prescriptions, and trail hardening. The RTCA, in cooperation with a number of agencies, is conducting research on the use of porous pavement systems and is interested in investigating new products as they become available.

The RTCA program is also actively seeking information from other OHV research efforts with the hope of adapting proven techniques to the Alaska environment. In addition to conducting new investigations, the RTCA program is documenting past trials, experiments, tests, and temporary fixes. A wealth of information is available from those who have worked in the field through the years. Unfortunately, there has been a limited forum to document that information, exchange ideas, and share experiences. One of the goals of the Alaska RTCA program is to create that forum by conducting research, documenting work on the ground, and distributing information.

Appendix C lists projects the Alaska RTCA program was involved with during 2000, 2001, and 2002. Information on those projects is available for review. The RTCA staff hopes that the project list will grow longer, project reports will flourish, and the information generated will improve management response to trail degradation. The RTCA program invites all interested parties to contribute to that process.



BLM_0057792

# Summary

Management of degraded OHV trails presents a significant challenge to resource managers. Degraded trails are already a serious problem in many parts of the country, and the mileage of degraded trails increases year by year. The degradation is fueled by an increase in OHVs and the limited number of areas that can sustain increased levels of use. The Specialty Vehicle Institute of America is a national nonprofit trade association representing manufacturers of all-terrain vehicles. According to the institute, the ATV industry has experienced double-digit growth for the past 5 years (Yager 2000).

The increased use of OHVs to provide access to the backcountry is having a dramatic effect on many trail systems. This is especially true in Alaska and other States with sensitive trail environments.

Simple observation of backcountry trails provides somber testimony to the conflict that is arising from the use of these vehicles across permafrost, wet or steep terrain, or other sensitive areas. It is well documented that a few passes can begin a pattern of degradation that is difficult—if not impossible—to stop. Increasingly, environmental observers are voicing concern over the expansion of OHV impacts: extended trail systems, degraded trail surfaces, and braided trail sections. Recently, concerns about secondary impacts have been voiced. These impacts include the effects of sediment on water quality, destruction of fish habitat, and threats to irreplaceable archeological values.

Responding to these impacts requires understanding the sensitive nature of onsite resources, particularly the soil. It requires understanding the dynamics of impact—how sites are affected and the patterns of degradation. It also requires the development of management components, such as documentation of baseline trail conditions and prescriptions for trail stabilization and recovery. Most importantly, it requires the development of alternative management options, such as trail rerouting, seasonal or type-of-use restrictions, use limitations, trail hardening, and trail closure.

This document provides an introduction to these topics. In college terms, it is 'Degraded Trails 101.' Unfortunately, there is no 'Degraded Trails 102' that answers all of the questions and solves all of the problems. At best, this document will stimulate resource managers who are struggling to respond to this issue in their own areas of responsibility. At worst, it will document some of the challenges faced by their contemporaries. In either case, the information is provided in the hope that it contributes to resolving the problems of trail degradation.

The author would appreciate receiving information from fellow trail managers on their experiences with managing degraded trails. Please send comments on management elements described in this document and descriptions of your field experiences—your successes and failures. Your contributions will bring us a little closer to developing a set of best management practices for OHVs that protect environmental values and access for OHV users.

The final photo (figure 27) shows Park Service geologist Danny Rosenkrans standing at the beginning of a 40-foot test installation of 2-inch GeoBlock installed in 1996 on the Reeve Field Trail in the Wrangell-St. Elias National Park and Preserve. The trail is unprotected in front of the installation and beyond it. The hardened trail section is supporting more than 90-percent vegetation cover with no detrimental impacts to the sensitive permafrost soils at the site. This is impressive, considering that the protected trail section had just received heavy OHV use. Unprotected sites farther down the trail were impassable. While all attempts to harden trails will not be as successful as this one, the photo clearly documents that options are available to address the problems of trail degradation.



Figure 27—A hardened, protected section of trail 4 years after installation.

BLM_0057793

# Recommendations

The following list of recommendations for research, funding, and interagency coordination would advance the responses to trail degradation.

## Research

➢ Conduct watershedwide trail system evaluations on representative areas to develop demonstrations of management approaches to trail degradation issues.

➢ Conduct large-scale installation tests of selected trail-hardening methods to develop efficient installation methods and strategies to reduce costs.

➢ Conduct additional tests of trail-hardening materials to explore uses of new products or adapt existing products to new uses.

➢ Conduct tests on the use of sheet drains in soil surface capping applications.

➢ Test the use of trail-hardening materials on slopes.

➢ Develop methods of constructing shallow-water fords and low-cost bridges.

➢ Conduct change-detection mapping at selected sites, using historic aerial photography to document the pattern of trail development and impacts over time.

➢ Conduct a wetland impact study to document species composition changes with impact and recovery rates and patterns.

➢ Develop relocation case sites where trails could be relocated from sensitive to more resilient sites.

➢ Investigate offsite and secondary impacts of degraded trails.

➢ Document the number of OHV vehicles purchased and used in each State, the patterns of use, and present and future socioeconomic effects.

## Funding

➢ Develop funding sources to sponsor research and test installations.

➢ Identify grant programs, including Federal, recreation, and transportation programs.

➢ Develop volunteer labor pools to assist with installations.

➢ Explore section 404 of the Clean Water Act as a possible revenue source for wetlands mitigation.

## Interagency Coordination

➢ Conduct statewide workshops on trail management.

➢ Develop work groups including representatives of Federal, State, and local governments and OHV users to address OHV impacts.

➢ Establish networks of interested parties.

➢ Establish Web sites to host trail-related 'Technical Notes.'

➢ Increase coordination among Federal and State agencies involved in trail management.

BLM_0057794

# References

Abbott, Ron. 2000. [Personal communication]. June 12–13. Fairbanks, AK: Shannon & Wilson, Inc.

Ahlstrand, G.M.; Racine, C.H. 1990. Response of an Alaska shrub-tussock community to selected all-terrain vehicle use. Anchorage, AK: Research/Resources Management Report AR-19. U.S. Department of the Interior, National Park Service. 114 p.

Ahlstand, G.M.; Racine, C.H. 1993. Response of an Alaska, U.S.A., shrub-tussock community to selected all-terrain vehicle use. Arctic and Alpine Research. 25: 142–149

Allen, J.L.; Shea, K.E.; Loya, W.M.; Happe, P.J. 2000. All-terrain vehicle (ATV) trail mitigation study: comparison of natural and geosynthetic materials for surface hardening. Wrangell-St. Elias National Park and Preserve Research and Resource Report No. 00-1. Copper Center, AK: U.S. Department of the Interior, National Park Service, Wrangell-St. Elias National Park and Preserve.

Blanc, Doug. 2001. [Personal communication]. January 5. Girdwood, AK: U.S. Department of Agriculture, Forest Service, Chugach National Forest, Glacier Ranger District (Phone: 907–783–3242).

Connery, Bruce. 1984. Mechanized trail survey, Wrangell-St. Elias National Park and Preserve. Draft unpublished report. Copper Creek, AK: U.S. Department of the Interior, National Park Service, Wrangell-St. Elias National Park and Preserve.

Connery, B.; Meyers, C.A.; Beck, K.A. 1985. Aerial inventory of mechanized vehicle trails in Wrangell-St. Elias National Park and Preserve. Draft unpublished report. Copper Center, AK: U.S. Department of the Interior, National Park Service, Wrangell-St. Elias National Park and Preserve.

Gardener, David. 2001. [Personal communication]. January 8. Anchorage, AK: Municipality of Anchorage (Phone: 907–343–4521).

Goodwin, Randy. 2001. [Personal communication]. January 3. Fairbanks, AK: U.S. Department of the Interior, Bureau of Land Management, White Mountains District.

Happe, P.J.; Shea, K.E.; Loya, W.M. 1998. Assessment of all-terrain vehicle (ATV) impacts: within Wrangell-St. Elias National Park and Preserve, Alaska. Unpublished Wrangell-St. Elias National Park and Preserve Research and Resource Management Report No. 98-1. Copper Center, AK: U.S. Department of the Interior, Wrangell-St. Elias National Park and Preserve.

Karle, Ken. 2000. [Personal communication]. Anchorage, AK: U.S. Department of the Interior, National Park Service, Denali National Park and Preserve.

Kempff, Jonathan. 2000. [Personal communication]. Bozeman, MT: United States Department of Agriculture, Forest Service, Gallatin National Forest.

La Palme, Annemarie. 2001. [Personal communication]. Sitka, AK: U.S. Department of Agriculture, Forest Service, Sitka Ranger District (Phone: 907–747–4209).

Matt, Colleen. 2001. [Personal communication]. Palmer, AK: Alaska Department of Fish and Game, Palmer Hay Flats State Game Refuge (Phone: 907–267–2382).

Meyer, K.G. 1999a. Coal Creek upper road improvement project—1999 season report. Anchorage, AK: U.S. Department of the Interior, National Park Service, Alaska Support Office.

Meyer, K.G. 1999b. Coal Creek upper road improvement prescription 2000–2001. Unpublished report. Anchorage, AK: U.S. Department of the Interior, National Park Service, Alaska Support Office.

Meyer, K.G. 2001a. Installation guide slab-plank boardwalk, utilizing beetle-killed spruce as a trail hardening material for OHV trails on the Lower Kenai Peninsula, Alaska. Unpublished draft report. Anchorage, AK: U.S. Department of the Interior, National Park Service, Alaska Support Office.

Meyer, K.G. 2001b. Installation guide for porous pavement panels as trail hardening materials for off-highway vehicle trails. Unpublished draft report. Anchorage, AK: U.S. Department of the Interior, National Park Service, Alaska Support Office.

Monlux, S.; Vachowski, B. 2000. Geosynthetics for trails in wet areas: 2000 edition. Tech. Rep. 0023–2838–MTDC. Missoula, MT: U.S. Department of Agriculture, Forest Service, Missoula Technology and Development Center.

Moore, Nancy. 2001. [Personal communication]. Alaska Center for the Environment-Valley, Palmer, AK. 642 South Alaska St. Palmer, AK. (Phone: 907–745–8223). Spring 2001.

Muenster, Debbie. 2001. [Personal communication]. Anchorage, AK: U.S. Department of the Interior, Bureau of Land Management, Glenallen District (Phone: 907–822–3217).

Neubauer, Joseph. 2000. [Personal communication]. December 4. Anchorage, AK: GeoCHEM, Inc. (Phone: 907–562–5755).

Parrish, Jimmy. 2001. [Personal communication]. January 23. Columbia. SC: South Carolina Off Road Enthusiasts. Ltd., P.O. Box 312, 1601 Assembly St., Columbia, SC 29202.

BLM_0057795

*References*

Presto Products Co. 1991. We've got the answer for building sand roads. [Sand road case study for geoweb cellular containment systems]. Appleton, WI: Presto Products Co.

Purinton, Donald; Harrison, Rodger L. 1994. Sand grid: a multipurpose construction system. Engineer: Professional Bulletin for Army Engineers.

Sandgren, Paul. 2001. [Personal communication]. January 2. Eagle, WI: South Unit Kettle Moraine State Park (Phone: 262–594–6200).

Shae, Kelly. 2000. [Personal communication]. December 11. Soldotna, AK.

Synthetic Industries, Inc. 1999. Pyramat: high performance turf reinforcement mat. Chattanooga, TN: Synthetic Industries, Inc., Geosynthetic Products Division (Phone: 800–621–0444).

U.S. Department of Agriculture. 1993. Soil survey manual. USDA Handbook No. 18. Washington, DC: U.S. Department of Agriculture.

U.S. Department of Agriculture, Forest Service. 1987. A plastic ford—you've got to be kidding. Engineering Field Notes. Vol. 19. January–February 1987.

Webster, Steve L., 1984. Sand grid demonstration road constructed at Fort Story, Virginia. Information Exchange Bulletin Vol. 0-84. Vicksburg, MS: U.S. Army Corps of Engineers Waterways Experiment Station.

Wernex, Joe. 1994. Off highway motorcycle & ATV trails guidelines for design, construction, maintenance and user satisfaction. 2d ed. Pickerington, OH: American Motorcyclist Association, 13515 Yarmouth Dr., Pickering, OH 43147. (Phone: 614–856–1900). Web site: *www.ama-cycle.org.*

Yager, Thomas. 2000. [Personal communication]. December 6. Irvine, CA: Specialty Vehicle Institute of America (Phone: 949–727–3727).

BLM_0057796

# Appendix A—Subjective Evaluation of Off-Highway Vehicle Trail Treatment Options for Alaska

| Evaluation factors | Polynet/ Pyramat | Wood matrix | 1¼- and 2-inch GeoBlock | SolGrid | PVC mat | Rubber matting | Woven corduroy | Onsite material- puncheon | Gravel/ geo- textile | GeoWeb |
|---|---|---|---|---|---|---|---|---|---|---|
| Ability to stabilize trail degradation | Fair | Good | Very good | Good | Very good | Poor | Excellent | Very good | Good | Good |
| Ability to promote trail regeneration | Fair | Good | Very good | Very good | Good | Poor | Poor | Fair | Very poor | Very poor |
| Suitability for vegetation regrowth | Fair | Good | Very good | Very good | Fair | Fair | Poor | Poor | Very poor | Very poor |
| General quality of traffic surface: | | | | | | | | | | |
| • For OHV use | Fair | Fair | Good | Good | Excellent | Excellent | Good | Good | Good | Good |
| • For foot traffic | Poor | Poor | Fair | Fair | Excellent | Excellent | Fair | Good | Good | Good |
| • For heavy track vehicles | Poor | Good | Fair | Fair | Good | Good | Fair | Very poor | Good | Good |
| • For horses along trail | Poor | Very poor | Poor | Poor | Good | Good | Poor | Very poor | Good | Good |
| • For large wildlife crossing | Fair | Very poor | Fair | Fair | Good | Good | Fair | Very poor | Good | Good |
| Slipperiness of surface when wet | Fair | Good | Good | Good | Good | Good | Fair | Fair | Good | Good |
| Ability to provide level surface | Poor | Good | Good | Fair | Fair | Fair | Good | Good | Good | Good |
| Ability to conform to terrain | Fair | Poor | Fair | Very good | Excellent | Excellent | Good | Good | Good | Good |
| Suitability for installation on slopes | Fair | Good | Fair | Excellent | Excellent | Good | Fair | Fair | Fair-Poor | Poor |
| Ability to facilitate trail curves | Poor | Poor | Good | Good | Very good | Good | Very poor | Good | Fair | Poor |
| Ability to install over center hump | Good | Good | Fair | Good | Good | Good | Fair | Good | Good | Good |
| Ease of installation | Poor | Very poor | Good | Excellent | Fair | Very Good | Poor | Good | Fair | Poor |
| Ease of installation over existing vegetation | Poor | Good | Good | Good | Fair | Fair | Good | Good | Fair | Poor |
| Ease of transport to installation site | Excellent | Poor | Good | Good | Fair | Fair | Poor | Excellent | Fair-poor | Fair-poor |
| Weight of material/surface area | Low | Heavy | Low | Low | Low | Low | Heavy | Heavy | Heavy | Heavy |
| Susceptibility to displacement | High | Low | Low | Low | Low | Low | Low | Low | Low | Very low |
| Natural appearance | Poor | Fair | Fair | Fair | Fair | Fair | Good | Good | Fair | Fair |
| General esthetics of installation | Poor | Fair | Good | Good | Good | Good | Good | Good | Fair | Fair |
| Visual "contrast" on installation | Moderate | Moderate | Moderate | Moderate | High | High | Mod | High | High | high |
| Visual "contrast" after revegetation | Good | Good | Good | Good | Fair | Fair | High | High | High | High |
| Public perception | Poor | Poor | Fair | Fair | Good | Good | Good | Good | Good | Good |

*continued —>*

BLM_0057797

*Appendix A—Subjective Evaluation of Off-Highway Vehicle Trail Treatment Options for Alaska*

| Evaluation factors | Polynet/ Pyramat | Wood matrix | 1½- and 2-inch GeoBlock | SolGrid | PVC mat | Rubber matting | Woven corduroy | Onsite material- puncheon | Gravel/ geo- textile | GeoWeb |
|---|---|---|---|---|---|---|---|---|---|---|
| Negative effect on permafrost | None | None | None | None | None | None | None | None | None | None |
| Suitability for under- water application | Poor | Poor | Good | Poor | Fair | Poor | Poor | Fair | Fair | Poor |
| Longevity of product | Fair | Poor | Good | Good | Good | Good | Fair | Fair | Good | Good |
| Strength of material | Poor | Fair | Excellent | Excellent | Excellent | Fair | Good | Good | Fair | Good |
| Transfer of lateral load | Poor | Excellent | Very good | Poor | Fair | Poor | Good | Excellent | Good | Good |
| Maintenance requirements | High | High | Low | Low | Low | Medium | Medium | Medium | Medium | Low |
| "Environmental" cost of material | Low | Low | Low | Low | Low | Low | High | Low | Low | Low |
| Installation labor time | High | High | Low | Very low | High | Low | Medium | Low | High | High |
| Cost of material | Low | Low | Medium-high | Medium | High | Low | Low | Low | Medium-high | Medium-high |
| Suitable for use: L-M-H impacted areas | Light | Heavy | Heavy | Moderate | Moderate | Light | Heavy | Heavy | Heavy | Heavy |
| Overall suitability for use | Poor | Poor | Very good | Good | Good | Poor | Conditional | Site dependent | Good | Conditional |

38

## Appendix B—Installation Guide for Porous Pavement Panels as Trail-Hardening Materials for Off-Highway Vehicle Trails



The following discussion provides information on methods of installing GeoBlock and SolGrid porous pavement panels based on the author's experience in Alaska during the 1996, 2000, 2001, and 2002 summer field seasons.

**Preplanning**—The size of individual porous pavement panels (19 by 39 inches) lends them to constructing trail in 4.8-, 6.5-, and 8-foot-wide configurations (see figure B1 for panel layout configurations).

39



40

Figure B1—Typical panel layouts.



BLM_0057800

*Appendix B—Installation Guide for Porous Pavement Panels as Trail-Hardening Materials for Off-Highway Vehicle Trails*

Table B1 provides information for ordering material, based on typical installation configurations.

Table B1—Material layout specifications. (All prices depend on volume and are subject to change.)

| PANELS | Dollars per square foot | Dollars per panel | Square feet per panel | Panels per pallet | Square feet per pallet |
|---|---|---|---|---|---|
| GeoBlock, 2 inch | 2.15 | 11.57 | 5.38 | 44 | 236.72 |
| SolGrid | 1.53 | 7.83 | 5.12 | 78 | 399.36 |

| | Linear feet per pallet at 4.8 feet wide | Dollars per linear foot at 4.8 feet wide | Linear feet per pallet at 6.4 feet wide | Dollars per linear foot at 6.4 feet wide | Linear feet per pallet at 8 feet wide | Dollars per linear foot at 8 feet wide |
|---|---|---|---|---|---|---|
| GeoBlock, 2 inch | 49.11 | 10.37 | 36.87 | 13.81 | 29.48 | 17.27 |
| SolGrid | 83.20 | 7.34 | 62.40 | 9.79 | 49.92 | 12.23 |

18 panels per 20 linear feet at 4.8 feet wide • 24 panels per 19 linear feet at 6.4 feet wide • 30 panels per 19 linear feet at 8 feet wide

| UNDERLAYMENT | Dollars per square foot | Dollars per roll | Roll size in feet | Linear feet per roll, 4.8 feet wide | Linear feet per roll, 6.4 feet wide | Linear feet per roll, 8 feet wide |
|---|---|---|---|---|---|---|
| Polynet PN-3000 | 0.32 | 1,527 | 14.4 x 300 | 600 | 600 | 450 |
| Geogrid, Tensar 1100 | 0.25 | 540 | 13.1 x 164 | 328 | 328 | 164 |
| Geogrid, Tensar 1200 | 0.40 | 854 | 13.1 x 164 | 328 | 328 | 164 |
| Nonwoven geotextile 4545, 4-ounce | 0.06 | 265 | 12.5 x 360 | 720 | 640 | 540 |
| Nonwoven geotextile 4551, 6-ounce | 0.08 | 360 | 15 x 300 | 600 | 560 | 500 |
| Nonwoven geotextile 4553, 8-ounce | 0.08 | 360 | 15 x 300 | 600 | 560 | 500 |

| SCREWS | 14 screws per linear foot for 4.8 feet wide |
|---|---|
| | 18 screws per linear foot for 6.4 feet wide |
| | 28 screws per linear foot for 8 feet wide |

| CABLE TIES | About 100 ties per 100 feet of trail |
|---|---|

| GRAVEL | Requires 1 cubic yard of gravel per 14 linear feet at 4.8 feet wide |
|---|---|
| | Requires 1 cubic yard of gravel per 10.5 linear feet at 6.4 feet wide |
| | Requires 1 cubic yard of gravel per 8.5 linear feet at 8 feet wide |

41

BLM_0057801

*Appendix B—Installation Guide for Porous Pavement Panels as Trail-Hardening Materials for Off-Highway Vehicle Trails*

A typical installation requires the following:

**Supplies**
- ³⁄₄- to 1-inch No. 8 or 10 Phillips-head screws, galvanized or stainless steel (No. 8, 1-inch truss-head screws are generally the least expensive.)
- Quik Drive screws (TRSD34S) 2,500 screws per box (for use with Quik Drive system)
- Zip ties, 11-inch, 120-pound test (Catamount L-11-120-0-C or equivalent)
- One ¹⁄₂-inch sheet of CDX plywood to help join panel sections (cut down to 24 inches wide and 1 foot longer than the installation width)
- ³⁄₄-inch CDX or all-weather plywood for joints (cut into 8-inch-wide strips the width of the installation)
- One 2 by 4 by 8 piece of lumber
- One 2 by 6 by 8 piece of lumber

**Equipment**
- At least two 400 cc or larger ATVs for transporting workers and equipment
- At least one flatbed or large-box ATV trailer for hauling panels
- At least one small-tub ATV trailer for hauling equipment and supplies
- Miscellaneous straps and tiedowns for trailers
- 5-gallon gas can
- Chain saw with chain oil and mix gas, or a portable circular saw for cutting panels
- Gas-powered weed trimmer with blade option
- Shovels, pulaskis, and rakes
- At least three portable drill drivers with extra battery packs (18 volts recommended)
- One Quik Drive automatic screw gun (modified No. PHD18R with head for ³⁄₄- to 1-inch screws)
- Utility knife
- Leatherman tool for clearing screw jams
- Tool belts, knee pads, drill holsters, and waterproof tool storage containers
- 100-meter tape measure, lath, flagging, marker pens
- First-aid kit, communications equipment, water, sunscreen, insect repellent, rain gear, and similar items

**Labor**
- Calculate 3 to 6 hours per 100 square feet for onsite installation. The actual time will depend on site conditions, logistics, and installation design.
- Ideal crew size, two to four teams of three; one supervisor, one runner

Here is an example of the supplies and labor needed for a 4,800-square-foot installation, 6.5 feet wide by 800 feet long:

- About 850 GeoBlock panels
- About 140 SolGrid panels
- Four boxes of Quik Drive screws (TRSD34S, 2,500 screws per box)

- 2,000 screws
- 1,500 zip ties Catamount, L-11-120-0-C
- 5 days labor with an eight-person crew

Supplemental geotextiles and membranes are required in some locations to increase the flotation of installations in extremely muddy conditions, to support installations over long expanses of weak ground, or to help contain fill material. Table B2 lists the most commonly used materials and their purpose.

Table B2—Supplemental geotextiles and membranes.

| Type of material | Application |
|---|---|
| Open-cell drainage mat | Reduces size of openings, increases flotation on extremely muddy sites |
| Nonwoven separation fabric | Eliminates openings, provides separation layer when filling cells |
| Geogrid | Provides lateral support of panels across ponded areas |

The author has used Polynet PN-3000 (or equivalent) as a suitable open-cell drainage mat. It decreases the size of openings to less than ¹⁄₄ inch and also reduces the total opening by roughly 30 percent. This increases the flotation of the panels on extremely muddy sites and still allows for vegetation regrowth. A nonwoven separation fabric in an 8-ounce material weight can be used to completely eliminate openings when flotation needs to be maximized. Nonwoven fabric delays vegetation regrowth unless cells are filled with a growth medium. Vegetation regrowth helps anchor and stabilize the installation, integrate it into the environment, and improve site productivity. Tensar BX 1100 (or equivalent) has been used as a geogrid underlayment for installations longer than 100 feet in ponded areas. The geogrid provides a lateral membrane that helps prevent joint failure. Because the panels are neutrally buoyant and will float just below the surface in pooled areas, they should be filled with aggregate as a ballast when the trail crosses long ponded sections. A separation fabric should be used to contain the ballast gravel within the cells. In many cases, cells do not have to be filled because the grid cell provides an adequate traffic surface for most applications. Fill can increase regrowth in some cases, help integrate the installation, and provide a buffer for thermal contraction and expansion of the panels. High-quality fill is not required because the cell walls carry the load. Any readily available growth medium can be used. Gravel fill may also be necessary where tracked vehicles or snow machines

42

*Appendix B—Installation Guide for Porous Pavement Panels as Trail-Hardening Materials for Off-Highway Vehicle Trails*

with cleats will operate on panel surfaces. The gravel will help protect the soft plastic grid cell walls from crushing and abrasion.

**Site Preparation**—New trail locations should be cleared of trees, shrubs, rocks, and large tree roots. Tussocks and thick clumps of grass should be sheared off at ground level. It is generally not necessary to strip the site to mineral soil because vegetation growth through the open cells is desirable. For existing trails, the surface should be leveled to the extent practicable and center humps between wheel tracks and along trail edges should be roughly level to the depth of wheel ruts. Potholes should be filled to the extent that is practical. The installations handle variations in terrain *along* the course of the trail better than *across* the trail. An undulating surface is okay, but there shouldn't be more than a 4-inch variation *across* the surface. The smoother and more nearly level the surface, the cleaner the installation will look and the better the panels will be able to transfer load from one to another. Simple handtools such as shovels and grubbing tools (such as pulaskis) can be used for site preparation. Small backhoes, bulldozers, and/or tillers and weed trimmers may have application at some sites.

**Staging**—After the pallets of panels have been delivered to the trailhead, they can be broken down and shuttled to the staging areas with ATVs and small ATV trailers. Using double-axle ATV trailers to haul larger loads will increase the efficiency of shuttle operations and minimize trail impacts between the trailhead and staging areas. Machines that are 400 cc or larger are recommended for these operations.

Staging areas should be located along the identified alignment every 500 feet or so. Trail conditions may require that the trail be hardened before heavy loads can be shuttled to distant staging areas. If so, only stage enough panels to construct trail to the next staging area. Stock the staging areas as the trail extends to them. The staging areas should be relatively level and large enough to accommodate stacked panels and assembly areas. An area 20 by 30 feet is usually adequate. If a helicopter will be used to stage the panels, be sure to site the staging areas with clear approaches and leave extra room for drop zones.

**Subsection Assembly**—It helps to assemble panels into subsections before installing them. Stack panels neatly to the outside of the trail corridor, leaving room to assemble subsec-tions on the trail side of the staging area. With the GeoBlock panels *upside down* on a flat, level surface, assemble the pan-els (refer to figure B1 for the panel layout configurations). For a 4.8- or 6.5-foot-wide trail, six panels will form a subunit. For an 8-foot-wide trail, 10 panels will form a subunit. Assembling the panels upside down places the edge tabs closer to the surface, making it easier to screw the panels together.

Either screw the panels together using individual screws or use a automatic-feed screw gun. A Quik Drive No. PHD18R (figure B2) with Quik Drive $\frac{3}{4}$-inch TRSD34S screw strips has been used successfully in Alaska. The Quik Drive gun has limited capability to countersink screws, so the panels must be upside down when using this tool. The tool must be slightly modified to allow it to countersink an additional $\frac{1}{8}$ inch. To do this, grind off the small raised area on the base collar to increase the depth of drive. Screws should be driven through the center of the overlapping tabs between panels (figure B3). It is not usually necessary to place screws in every tab, but tabs should be fastened in adjacent pairs to pin the panels. At a minimum, a pair of tabs should be fastened on each side



Figure B2—The Quik Drive automatic-feed screw gun speeds assembly of the panel subsections.



Figure B3—Illustration of the tab-fastening screw pattern at panel joints.

43

*Appendix B—Installation Guide for Porous Pavement Panels as Trail-Hardening Materials for Off-Highway Vehicle Trails*

of a joint and along the outside edge. Along interior joints, screw a pair of tabs together along every 6 inches of the panel's length.

Subsections should be assembled on top of each other so that the underlying panels provide a pattern for consistent assembly and a smooth and level base for constructing subsections. Repeat the same panel pattern with each successive layer (figure B4).



Figure B4—Assembling the subsections with the Quik Drive drill system. Using this tool and a standard 18-volt cordless drill, two people can assemble 32 six-panel subsections in $1\frac{1}{2}$ hours. In the background, a worker drags a three-section assembly along an installed trail segment.

**Three-Section Assembly**—Once a good stock of subsections is stockpiled, they can be assembled into three-section units. On an adjacent smooth surface, join three of the subsections together. Leave them upside down and use the same screw pattern along the joint as in the subsection assembly. Make sure that the subsections are oriented so that the panel pattern repeats itself in the proper sequence. This should be automatic if the subsections are placed in the same orientation as they were constructed. Again, assemble the three-section units one section on top of another until all the available subsections have been assembled into full three-section units.

**Expansion Sections**—Because unfilled GeoBlock panels tend to expand and contract under changing temperatures (up to 12 inches per 100 feet were documented in Alaska with a temperature variation of −20 °F to 90 °F), expansion sections are required whenever installations longer than 40 feet are placed in an exposed location. This includes areas where the panels are to be placed directly on soil or vegetation that is not shaded by overhead vegetation, where the panels are not ballasted with

gravel or filled with soil, and sites where vegetation regrowth cannot be expected to provide adequate shading during the first year of installation.

To construct the expansion sections, assemble sections of SolGrid panels the same width as the GeoBlock subsections. The SolGrid panels interconnect with a slot and tab joint system (figure B5). Carefully lay out the panels so all of the tabs are aligned along the leading and right edges. This will take a few minutes to work out. Carefully repeat the pattern with subsequent sections. Lock the joints together with screws by screwing through the panel sidewall in the cell between the tabs. Stockpile enough SolGrid subsections to place one between every third three-section GeoBlock units (about every 40 feet).



Figure B5—Two SolGrid panels. Note the slot and tab fasteners along the edges and the integrated U-shaped expansion components.

**Trail Panel Layout**—Any required underlayment should be placed along the trail alignment before skidding the assembled panels into place. This may include a drainage net, nonwoven geotextile, and/or geogrid. Once those materials (if any) are in place, the assembled three-section units are flipped over and skidded into place. Temporarily place a 2-foot-wide piece of $\frac{1}{2}$-inch CDX plywood at the joint to help the tabs along the joint match (figure B6). Starting at one edge, "zip" the tabs into place. One worker at the far end of the new section can assist by shifting the panel from one side to another and applying pressure as required.

Once the panels match, they are fastened together through the overlapping tabs from the top, using a standard cordless drill gun with a $2\frac{1}{2}$-inch-long No. 2 Phillips bit (figure B7).

44

*Appendix B—Installation Guide for Porous Pavement Panels as Trail-Hardening Materials for Off-Highway Vehicle Trails*



Figure B6—A ½-inch sheet of CDX plywood should be placed at section joints to provide a flat surface to help join the panels.



Figure B7—Joining the sections using a screw gun. Note the underlying plywood.

Additional assembled sections are then skidded into place and fastened. More screws and cable ties are used to reinforce panel joints along the outside edges and anywhere additional strain might be encountered, such as areas where the terrain is irregular. Cable ties may also be used to connect panels to the underlying Polynet.

**Expansion Joint Connections**—Expansion joint sections are fitted between every third three-section GeoBlock section. Because the SolGrid panels do not provide the same degree of load transfer as the GeoBlock panels, a geotextile underlayment such as Polynet or a geogrid should be placed beneath the expansion joint section extending 1 to 2 feet beneath the adjoining GeoBlock sections.

Trim the end tabs of the GeoBlock and SolGrid panels where the panel sections join. Butt the panel sections together and screw the panels together through the cell sidewalls. Screw from both sides to secure the joint. Use cable ties to further reinforce the joint.

An alternative expansion joint can be provided by leaving a 3- to 4-inch space between three-section assemblies. An 8- to 12-inch-wide piece of ¾-inch plywood can be attached under one panel edge and allowed to slide under the other panel if the gap needs to be reinforced.

**Facilitating Curves**—The size and configuration of the panels do not lend themselves to the construction of smooth radius curves. Curves must be facilitated with angular turns (figure B8). Fortunately, a wide range of angles can be constructed.

Angles are constructed by overlapping full three-section assemblies. The end edge tabs of the lower panel are trimmed off with a chain saw or other cutting tool. The overlying panel section is laid over the end of the first section and is carefully aligned in the new trail direction. A 2 by 4 is placed between the two panels to provide clearance for the saw blade, and the top panel is cut off parallel with the joint. A chain saw or other cutting tool can easily make the cut. Be careful not to cut into any screws! Eleven-inch-long, 120-pound-test zip ties (Catamount L-11-120-0-C or equivalent) are used to join the panel edges. Then place an 8-inch-wide strip of ¾-inch CDX plywood equally beneath each panel edge and screw through the base plate to further secure the joint (figure B9).



Figure B8—Angular cuts in the panel sections help form the turns in the trail.

45

BLM_0057805

*Appendix B—Installation Guide for Porous Pavement Panels as Trail-Hardening Materials for Off-Highway Vehicle Trails*



Figure B9—Corner joint showing cut, underlying plywood, and cable ties. Note the screws through the panel's plastic baseplate that secure the panels to the plywood.

**Finish—**Use cable ties to connect panels to underlying Polynet or geogrid geotextile about every 3 feet along both sides of the installation. Place fill in cells as available or specified. No other anchoring is required.

**Maintenance and Monitoring—**Inspect the installation on a regular basis during the first season of use and annually thereafter. Reinforce joints with screws and cable ties as necessary. If joints separate, place an 8-inch-wide strip of $\frac{3}{4}$-inch CDX plywood beneath them and secure with screws through the baseplate. If joints buckle and overlap, install a thermal expansion joint at an appropriate spacing.

**Material Sources**

GeoBlock
Presto Products Co.
Geosystem Products
P.O. Box 2399
Appleton, WI 54913–2399
Phone: 800–548–3424 or 920–738–1118
Fax: 920–738–1222
E-mail: info@prestogeo.com
Web site: *http://www.prestogeo.com*

SolGrid
Sol Plastics, LP
1501 des Futailles Str.
Montreal, PQ, Canada HIN3P1
Phone: 888–SOL–PLAS or 514–254–8525
Fax: 514–254–6325
Web site: *http://www.solplastics.com*

Ecogrid
Pro-Seal Products, Inc.
16541 Redmond Way, Suite C
Redmond, WA 98052–4463
Phone: 800–349–7325
Fax: 425–821–1006
Web site: *http://www.prosealproducts.com*

Polynet and geogrid
Any geotextile supply business

46

# Appendix C—National Park Service Rivers, Trails, and Conservation Assistance Program Cooperative Research on Trail Hardening for Degraded Trails in Alaska

## Locations Undergoing Field Tests of Trail-Hardening Systems

**Wrangell-St. Elias National Park and Preserve**—Three 40-foot test plots installed in 1996 of: corduroy, wood matrix, $1\frac{1}{4}$- and 2-inch GeoBlock. PVC matting, and a combination of two drainage mats. Detailed monitoring on thermal effect, revegetation, cost, and structural performance. Final report available (Allen 2000).

**Palmer Hay Flats State Game Refuge**—Four 20-foot test plots of $6\frac{1}{2}$-foot-wide GeoBlock in a variety of configurations along with one 20-foot test plot of SolGrid and one 20-foot test plot of Geoweb on a estuarine area that provides ATV access to a waterfowl hunting area. One 60-foot test plot of GeoBlock was installed as a shallow-water ford in the same location. Installed fall 2000. First year monitoring report available.

Nine-hundred-foot installation of GeoBlock with a 600-foot shallow-water ford. Installed 2001. Contact refuge manager Colleen Matt, Alaska Department of Fish and Game (Phone: 907–267–2189).

**Tongass National Forest, Sitka**—Test of 100 feet of 2-inch GeoBlock and 100 feet of SolGrid on the Starrigavan Valley Recreation Area dedicated ATV trail system near Sitka, AK. Installed December 2000. Contact recreation planner Ann Marie LaPalme, Sitka Ranger District (Phone: 907–747–4209).

**Tangle Lakes Archeological District**—100-foot installation of 8-foot-wide GeoBlock and 100 feet of 8-foot-wide SolGrid on degraded OHV trails to protect cultural resources. Bureau of Land Management, Glenallen District. Installed August 2001. Contact John Jangala (Phone: 907–822–3217).

**White Mountains National Recreation Area**—200-foot test installation of $6\frac{1}{2}$-foot-wide GeoBlock and SolGrid on an alpine OHV trail. Installed July 2001. Bureau of Land Management, Fairbanks, AK. Contact outdoor recreation planner Randy Goodwin (Phone: 907–474–2369).

**General State lands, Homer, AK**—300-foot installation of 4.8-foot-wide GeoBlock and SolGrid in test installation on degraded recreational OHV trails. Installed October 2001. Contact Homer Soil and Water Conservation District (Phone: 907–235–8177).

**Glenallen District, Bureau of Land Management**—1,000-foot demonstration installation of 8-foot-wide GeoBlock and Solgrid with partial gravel fill on degraded OHV trail segments along the Middle Fork trail, mile 169, Richardson Highway. Installed July 2002. Contact Rod Holbrook, trail coordinator, Glenallen District, Bureau of Land Management (Phone: 907–822–3217).

**Kodiak, AK**—700-foot installation of $6\frac{1}{2}$-foot-wide GeoBlock on the Summit Lake trail. Installed August 2002. Contact Sam Christian, Kodiak Soil and Water Conservation District (Phone: 907–486–9451).

**Nancy Lake State Recreation Area**—65-foot installation of $6\frac{1}{2}$-foot-wide GeoBlock on the multiuse Red Shirt Lake trail. Installed June 2002. Contact John Wilber (Phone: 907–495–6211).

**General State lands, Homer, AK**—Proposed $2\frac{1}{2}$-mile, 6-foot-wide puncheon OHV trail for the Caribou Lake trail. Tentative installation date is summer 2003. Contact Lindsay Winkler, Homer Soil and Water Conservation District (Phone: 907–235–8177, ext. 5).

BLM_0057807

# Appendix D—Metric Conversions

| To convert from this unit | To this unit | Multiply by |
|---|---|---|
| inch | millimeter | 25.4* |
| inch | centimeter | 2.54* |
| foot | meter | 0.3048* |
| yard | meter | 0.9144* |
| mile | kilometer | 1.6 |
| millimeter | inch | 0.039 |
| centimeter | inch | 0.394 |
| centimeter | foot | 0.0328 |
| meter | foot | 3.28 |
| meter | yard | 1.09 |
| kilometer | mile | 0.62 |
| acre | hectare (square hectometer) | 0.405 |
| square kilometer | square mile | 0.386* |
| hectare (square hectometer) | acre | 2.47 |
| ounce (avoirdupois) | gram | 28.35 |
| pound (avoirdupois) | kilogram | 0.45 |
| ton (2,000 pounds) | kilogram | 907.18 |
| ton (2,000 pounds) | megagram (metric ton) | 0.9 |
| gram | ounce (avoirdupois) | 0.035 |
| kilogram | pound (avoirdupois) | 2.2 |
| megagram | ton (2,000 pounds) | 1.102 |
| ounce (U.S. liquid) | milliliter | 30 |
| cup (inch-pound system) | milliliter | 247 |
| cup (inch-pound system) | liter | 0.24 |
| gallon (inch-pound system) | liter | 3.8 |
| quart (inch-pound system) | liter | 0.95 |
| pint (inch-pound system) | liter | 0.47 |
| milliliter | ounce (U.S. liquid) | 0.034 |
| liter | gallon | 0.264 |
| liter | quart | 1.057 |
| degrees Fahrenheit | degrees Celsius | (°F − 32) ÷ 1.8 |
| degrees Celsius | degrees Fahrenheit | (°C x 1.8) + 32 |

*These items are exact conversion factors for the units—the others give approximate conversions.

BLM_0057808

## About the Author

**Kevin G. Meyer** is an environmental specialist/soil scientist for the National Park Service in Anchorage, AK. He earned a bachelor's degree in soil science from the University of Wisconsin-Madison in 1976 and a master's degree in forestry from Colorado State University in 1985. Meyer has been a working professional for the Department of the Interior in Alaska since 1977. He has churned through a multitude of muck holes in his quest to formulate effective management responses to degraded trail issues and is an avid promoter of research and development of best management practices for OHV trails.

**About the National Park Service Rivers, Trails, and Conservation Assistance Program**—The Rivers, Trails, and Conservation Assistance (RTCA) program is a branch of the National Park Service that helps State, local, and nonprofit organizations develop, protect, or enhance river and trail systems and open space in the United States. The program's work has helped local communities establish organizations for trail advocacy and planning, map trails to help establish dedicated easements, and develop community-led trail plans. The RTCA also provides technical assistance in trail design, construction, and maintenance. To locate a RTCA contact in your area, visit: *http://www.ncrc.nps.gov/programs/rtca/index.html*

## Library Card

Meyer, Kevin G. 2002. Managing degraded off-highway vehicle trails in wet, unstable, and sensitive environments. Tech Rep. 0223-2821P-MTDC. Missoula, MT: U.S. Department of Agriculture, Forest Service, Missoula Technology and Development Center. 48 p.

Describes techniques that have been used to manage off-highway vehicle trails in Alaska. The report explains why off-highway vehicle trails become degraded and suggests management options to prevent degradation. It also reports the results of tests comparing different options for hardening off-highway vehicle trails. Appendixes provide installation instructions for porous pavement panels and a list of locations where trail-hardening systems are being tested in Alaska in cooperation with the National Park Service Rivers, Trails, and Conservation Assistance program.

Keywords: all-terrain vehicles, geogrid, geosynthetics, geotextiles, mechanized recreation, national parks, porous pavement panels, recreation management, soil additives, soil properties, trail management

**You can order a copy of this document using the order form on the FHWA's Recreational Trails Program Web site at:** *http://www.fhwa.dot.gov/environment/trailpub.htm.* **(Electronic copies may also be available at this site.) Fill out the order form and fax it to the distributor listed on the form. If you do not have Internet access, you can fax a request to 202–366–3409, or mail a request to:**
USDOT, Federal Highway Administration
Office of Human Environment, Room 3301
400 7th St. SW.
Washington, DC 20590

**Forest Service and Bureau of Land Management employees may obtain additional copies from:**
USDA FS, Missoula Technology and Development Center
5785 Hwy. 10 West
Missoula, MT 59808-9361
Phone: 406–329–3978
Fax: 406–329–3719
E-mail: *wo_mtdc_pubs@fs.fed.us*

**For additional technical information, contact Kevin Meyer at:**
National Park Service, Alaska Support Office
2525 Gambell St.
Anchorage, AK 99503
Phone: 907–257–2622
Fax: 907–257–2448
E-mail: *Kevin_Meyer@nps.gov*

**Electronic copies of MTDC's documents are available to Forest Service and BLM employees on the Forest Service's FSWeb Intranet at:**
*http://fsweb.mtdc.wo.fs.fed.us*

C


FOREST SERVICE
TECHNOLOGY &
DEVELOPMENT
PROGRAM

BLM_0057810

# Background Document for Revisions to Fine Fraction Ratios Used for AP-42 Fugitive Dust Emission Factors

**Prepared by**

**Midwest Research Institute
(Chatten Cowherd, MRI Project Leader)**

**For
Western Governors' Association
Western Regional Air Partnership (WRAP)
1515 Cleveland Place, Suite 200
Denver, Colorado 80202**

**Attn:  Richard Halvey**

**MRI Project No. 110397**

**February 1, 2006
Finalized November 1, 2006**

BLM_0057811

## Responses to Comments Received on Proposed AP-42 Revisions

| Commenter and Date | Source Category | Comment | Response |
|---|---|---|---|
| John Hayden, National Stone, Sand and Gravel Association (NSSGA); June 14, 2006 | Unpaved Roads | NSSGA-sponsored tests (report dated Oct. 15, 2004) at California aggregate producing plants support the proposed fine fractions. | This comment reference a test report prepared by Air Control Techniques for the National Stone, Sand & Gravel Association, dated October 4, 2004. The report gives the results of tests to determine unpaved road emissions factors for controlled (wet suppression only) haul roads at two aggregate processing plants. A variation of the plume profiling method using TEOM continuous monitors with PM-2.5 and PM-10 inlets was employed. Tests with road surface moisture content below 1.5 percent were considered to be uncontrolled.<br><br>Based on the example PM-10 concentration profiles presented in the report, the maximum roadside PM-10 dust concentrations in the subject study were in the range of 300 micrograms per cubic meter. This is an order of magnitude lower than the concentrations typically found in other unpaved road emission factor studies.<br><br>For the range of plume concentrations measured in the NSSGA-sponsored test program, an average fine fraction (PM-2.5/PM-10 ratio) of 0.15 was reported. This fine fraction value is consistent with the results of the MRI dust tunnel testing in the same concentration range. At plume concentrations more typical of unpaved road emission factor studies, the proposed value of 0.1 is applicable.<br><br>There is no need for any revisions to the proposed changes to AP-42 as a result of the cited study. |
| Hao Quinn, Sacramento Metro AQMD; July 20, 2006 | Paved vs. unpaved roads | For a particular industrial facility, the PM-10 emission factor equations show higher emissions from paved roads rather than unpaved roads. | ***This comment does not relate to the proposed changes to the fine particle fractions.*** It is possible that the emissions from a heavily loaded paved road can exceed emissions from an unpaved road with a low-to-moderate silt content at the same industrial facility, even if traveled by the same vehicles. This is the case in the cited example, for which the paved road silt loading is 70 g/m$^2$. |

| Commenter and Date | Source Category | Comment | Response |
|---|---|---|---|
| Brian Leahy, Horizon Environmental; July 26, 2006 | Unpaved roads | The k value for PM-2.5 does not appear to have changed in the proposed revision. | The latest (2003) approved AP-42 k values for PM-2.5 in Table 13.2.2-2 are 0.23 and 0.27 lb/VMT for industrial and public roads, respectively.  The proposed values are 0.15 and 0.18 lb/VMT, which are equivalent to 10 percent of the respective k values for PM-10.<br><br>There is no need for revisions to the proposed changes to AP-42 as a result of this comment. |
| Shengxin Jin, NYSDOT Environmental Analysis Bureau; undated | Paved roads | The conversion of proposed k values from g/VMT to g/VKT does not appear correct | Regarding the revised k values for PM-2.5, when the k value of 0.66 g/VKT is multiplied by 1.6 km/mi, it becomes 1.06 g/VMT, which rounds to 1.1 g/VKT given in the proposed revision.  Because the k values are given only to two significant figures, the converted values can vary by up to five digits in the second figure, depending on which direction the units conversion is made.  For example, when k value of 1.1 g/VKT is divided by 1.6 km/mi, the resulting value rounds to 0.69 g/VKT, but if 1.06 g/VKT is divided by 1.6 km/mi, the resulting value rounds to 0.66 g/VKT.<br><br>There is no need for revisions to the proposed changes to AP-42 as a result of this comment. |
| | | The stated silt loading impact of antiskid abrasive does not appear correct | ***This comment does not relate to the proposed changes to the fine particle fractions.***<br>The commenter is correct in that 500 lb/mi of antiskid abrasive with a 1% silt content produces a silt loading in the range of 0.5 $g/m^2$ rather than 2 $g/m^2$.  EPA may elect to make a separate modification to correct this discrepancy at a later time. |

BLM_0057813

# Proposed Revisions to Fine Fraction Ratios
# Used for AP-42 Fugitive Dust Emission Factors

## ABSTRACT

A number of fugitive dust studies have indicated that the $PM_{2.5}$ / $PM_{10}$ ratios measured by US EPA federal reference method (FRM) samplers are significantly lower than predicted by AP-42 emission factors.  As a result, the $PM_{2.5}$ emission estimates are biased high.  The controlled exposure study described in this report was conducted to compare fine fraction ratios derived from FRM samplers to those derived from the cyclone/impactor method that had been used to develop AP-42 emission factors for fugitive dust sources. The study was conducted by the Midwest Research Institute using the same cyclone/impactor samplers and operating method that generated the original AP-42 emission factors and associated $PM_{2.5}$ / $PM_{10}$ ratios.  This study was sponsored by the Western Regional Air Partnership.

The study found that concentration measurements used to develop $PM_{2.5}$ emission factors in AP-42 were biased high by a factor of two, as compared to $PM_{2.5}$ measurements from FRM samplers. This factor-of-two bias helps to explain why researchers have often seen a discrepancy in the proportion of fugitive dust found in $PM_{2.5}$ emission inventories and modeled ambient air impacts, as compared to the proportion on ambient filter samples.  This study also shows that the $PM_{2.5}$ / $PM_{10}$ ratios for fugitive dust should be in the range of 0.1 to 0.15. Currently, the ratios in AP-42 range from 0.15 to 0.4 for most fugitive dust sources.

It is recommended that the results of this study be used to revise the AP-42 $PM_{2.5}$ emission factors for the following four fugitive dust source categories:  paved roads, unpaved roads (public and industrial), aggregate handling and storage piles, and industrial wind erosion (AP-42 Sections 13.2.1, 13.2.2, 13.2.4, & 13.2.5, respectively). Emission estimates for other fugitive dust producing activities, such as construction and demolition will also be affected since they are based on these four source categories.

## INTRODUCTION

The Dust Emissions Joint Forum (DEJF) of the Western Regional Air Partnership (WRAP) is engaged in gathering and improving data pertaining to the $PM_{2.5}$ and $PM_{10}$ components of fugitive dust emissions.  Most of the $PM_{2.5}$ emission factors in EPA's AP-42 guidance for fugitive dust sources (USEPA, 2005) were determined by using high-volume samplers, each fitted with a cyclone precollector and cascade impactor. Typically, AP-42 recommends that $PM_{2.5}$ emission factors for dust sources be calculated

1

BLM_0057814

by using $PM_{10}$ emission factor equations along with $PM_{2.5}/PM_{10}$ ratios that have been published by EPA in AP-42.

Beginning with the introduction of the cyclone/impactor method, it was realized particle bounce from the cascade impactor stages to the backup filter may have resulted in inflated $PM_{2.5}$ concentrations, even though steps were taken to minimize particle bounce. This led to an EPA-funded field study in the late 1990s (MRI, 1997) to gather comparative particle sizing data in dust plumes downwind of paved and unpaved roads around the country. The test results indicated that dichotomous samplers produced consistently lower $PM_{2.5}/PM_{10}$ ratios than generated with the cyclone/impactor system. Dichotomous samplers are federal reference method (FRM) samplers that are used to measure compliance with federal air quality standards for particulate matter measured as $PM_{2.5}$ and $PM_{10}$. Pending the eventual collection of additional data, the decision was made that the true ratios would best be represented by an averaging of the cyclone/impactor data with the dichotomous sampler data.

Based on the results of the EPA-funded field program, modifications were made to the appropriate sections of AP-42 for dust emissions from paved and unpaved roads. The $PM_{2.5}/PM_{10}$ ratio for emissions from unpaved roads (dominated by fugitive dust) was reduced from 0.26 to 0.15, and the $PM_{2.5}/PM_{10}$ ratio for the dust component of emissions from paved roads was reduced from 0.46 to 0.25. In the 2003 revision to AP-42, the non-dust component of paved road emissions was assigned a $PM_{2.5}/PM_{10}$ ratio of 0.76, accounting for vehicle exhaust and brake and tire wear.

Subsequent to the modifications of the $PM_{2.5}/PM_{10}$ ratios in AP-42, additional field test results (mostly from ambient air samplers) indicated that further reductions to the ratios were warranted (Pace, 2005). For example, ambient air monitoring data suggested that the fine fraction dust mass is of the order of 10 percent of the $PM_{10}$ mass, based on chemical fingerprinting of the collected fine and coarse fractions of $PM_{10}$ impacted by dust sources. It is important to note, however, that particle size data applicable to fugitive dust emission factors should be gathered either from the emissions plume or near the point where emissions are generated (within 10 m of the downwind edge of the source).

## METHODOLOGY

This led DEJF to fund Midwest Research Institute (MRI) in conducting a controlled study of particle sizing in dust plumes. The objective of the study was to resolve the fine particle bias in the cyclone/impactor system, so that reliable $PM_{2.5}/PM_{10}$ ratios could be developed for as many dust source categories as possible. For this purpose, an air exposure chamber connected to a recirculating supply air stream was used in conjunction with a fluidization system for generating well-mixed dust plumes from a variety of western soils and road surface materials. R&P Model 2000 Partisol samplers were selected as the ground-truthing FRM samplers for $PM_{10}$ and $PM_{2.5}$.

2

This study was performed in two phases (see below), as described in the attached test report (Cowherd and Donaldson, 2005). The test report serves as the background document to support the recommended revisions to AP-42, and it contains all the quality assurance procedures and results of the testing.

**Phase I – Compare PM$_{2.5}$ Measured by Cyclone/Impactor to FRM Sampler**

In the first testing phase of the project, PM$_{2.5}$ measurements using the high-volume cascade impactors were compared to simultaneous measurements obtained with EPA FRM samplers for PM$_{2.5}$. As stated above, these tests were conducted in a flow-through wind tunnel and exposure chamber, where the PM$_{10}$ concentration level and uniformity were controlled. The results of the tests provided the basis for quantifying more effectively any sampling bias associated with the cascade impactor system.

**Phase 2 – Compare PM$_{2.5}$ to PM$_{10}$ Ratios for Different Geologic Soils**

With the same test setup, a second phase of testing was performed with reference method samplers, for the purpose of measuring PM$_{2.5}$ to PM$_{10}$ ratios for fugitive dust from different geologic sources in the West. This testing provided needed information on the magnitude and variability of this ratio, especially for source materials that are recognized as problematic with regard to application of mitigative dust control measures.

## RESULTS

The tests that were performed are listed in Tables 6 and 7 of the attached report. The Phase I tests were performed in March and April of 2005. The Phase II tests were performed in June through August of 2005. A total of 100 individual tests were performed, including 17 blank runs (for quality assurance purposes). The raw and intermediate test data are summarized in the tables presented in Appendix A of the attached report.

Based on the 100 wind tunnel tests that were performed in the wind tunnel study, the findings support the following conclusions:

1. PM$_{2.5}$ concentrations measured by the high-volume cyclone/impactor system used to develop AP-42 emission factors for fugitive dust sources have a positive bias by a factor of 2, as compared to the PM$_{2.5}$ concentration measurements from reference-method samplers (see Figure 1). The geometric mean bias is 2.01 and the arithmetic mean bias is 2.15.

2. The PM$_{2.5}$ bias associated with the cyclone/impactor system, as measured under controlled laboratory conditions with dust concentrations held at nearly steady values, closely replicates the bias observed in the prior EPA-funded field study at distributed geographic locations across the country.

3

3.  The $PM_{2.5}/PM_{10}$ ratios measured by the FRM samplers in the current study for a variety of western soils show a decrease in magnitude with increasing $PM_{10}$ concentration (see Figure 2). Soils with a nominally spherical shape are observed to have somewhat lower ratios (at given $PM_{10}$ concentrations) than soils with angular shape. A very similar dependence of $PM_{2.5}/PM_{10}$ ratio on $PM_{10}$ concentration was also observed in the prior field study that used dichotomous samplers as FRM devices.

4.  The test data from the current study support a $PM_{2.5}/PM_{10}$ ratio in the range of 0.1 to 0.15 for typical uncontrolled fugitive dust sources (see Figure 2). The $PM_{2.5}/PM_{10}$ ratio of 0.1 is also supported by numerous other studies including the prior EPA-funded field study that used dichotomous samplers as reference devices. It is possible that a ratio as low as 0.05 (as was found in the prior field tests of unpaved road emission factors) might be appropriate for very dusty sources, but this would require extrapolation of the current test data from the wind tunnel study.

## DISCUSSION

### Peer Review

The test report on the wind tunnel study (Cowherd and Donaldson, 2005) was issued first in draft form for external peer review. Three peer reviewers (having no prior contact with the study) were selected by the DEJF: Patrick Gaffney (California Air Resources Board), John Kinsey (U.S. Environmental Protection Agency), and Mel Zeldin (Private Consultant). In addition, peer review comments were provided by Duane Ono (Great Basin UAPCD) and Richard Countess (Countess Environmental) who helped to develop this study. After the review comments on the draft test report were received, comment/response logs were prepared by MRI, listing each comment and the response to each comment. The next step was to modify the draft test report in accordance with the responses to the review comments. The final test report was issued on October 12, 2005.

### Recommended Particle Size Ratios

Based on the results of the WRAP/DEJF study (see attached test report) and the prior EPA-funded field study, it is proposed that new $PM_{2.5}/PM_{10}$ ratios be adopted for several categories of (uncontrolled) fugitive dust sources, as addressed in AP-42. The proposed ratios (given to the nearest 0.05) are summarized in Table 1. It should be noted that these fine fraction ratios and the emission factors could change in the future if field studies show other differences than those identified through this study.

The proposed $PM_{2.5}/PM_{10}$ ratios in Table 1, apply to dry surface materials, having moisture contents in the range of 1% or less. Such materials when exposed to energetic disturbances produce dust plumes with core $PM_{10}$ concentrations in the range of 5,000 micrograms per cubic meter, near the point of emissions generation. The wind tunnel test data show that dust plumes with lower core concentrations have higher $PM_{2.5}/PM_{10}$

4

ratios. This might occur, for example, at higher soil (or other surface material) moisture contents. However, the emissions from such sources typically are substantially lower with correspondingly less impact on the ambient environment.

**Table 1. Proposed Particle Size Ratios for AP-42**

| Fugitive dust source category | AP-42 section | $PM_{2.5}/PM_{10}$ Ratio | |
|---|---|---|---|
| | | Current | Proposed |
| Paved Roads | 13.2.1 | 0.25 | 0.15 |
| Unpaved Roads (Public & Industrial) | 13.2.2 | 0.15 | 0.1 |
| Construction & Demolition | – | 0.208 [1] | 0.1 |
| Aggregate Handling & Storage Piles | 13.2.4 | 0.314 | 0.1 (traffic) 0.15 (transfer) |
| Industrial Wind Erosion | 13.2.5 | 0.40 | 0.15 |
| Agricultural Tilling | – | 0.222 [2] | 0.2 (no change) |
| Open Area Wind Erosion | – | - | 0.15 |

Notes:

[1]  AP-42 Section 13.2.3 suggests using emission factors for individual dust producing activities, e.g., materials handling and unpaved roads. The WRAP Fugitive Dust Handbook recommends using a fine fraction ratio of 0.208 from a report prepared for the US EPA, Estimating Particulate Matter Emissions from Construction Operations (MRI, 1999).

[2]  Agricultural tilling was dropped from the 5th edition of AP-42. The WRAP Fugitive Dust Handbook recommends using a fine fraction ratio of 0.222 from Section 7.4 of the California Air Resources Board's Emission Inventory Methodology (CARB, 2003).

The justification for each proposed ratio in Table 1 is provided by source category in the sections below. In each case, reference is made to test reports that contain supporting data.

**Paved Roads**

For the dust component of particulate emissions from paved roads, a $PM_{2.5}/PM_{10}$ ratio of 0.15 is recommended. The proposed ratio is based on the factor-of-two bias in the cyclone/impactor data for the wind tunnel study, which tested western soils and road surface materials. As shown in Table 1, the current AP-42 ratio is 0.25. It should be recalled that the nondust component of paved road particulate emissions has been assigned a much higher ratio of 0.76, based on inputs from the EPA's MOBILE 6 model.

BLM_0057818

**Unpaved Roads**

For the dust component of particulate emissions from unpaved roads, which dominates the total particulate emissions from this source category, a $PM_{2.5}/PM_{10}$ ratio of 0.1 is recommended. The proposed ratio is justified from the test results of the wind tunnel study for a variety of western surface materials. It is also consistent with the factor-of-two bias in the cyclone/impactor data from the wind tunnel study and with the results of the prior field study that used dichotomous samplers as FRM devices (MRI, 1997).

**Construction and Demolition**

The dust component of particulate emissions from construction and demolition dominate the total particulate emissions from this source category. A $PM_{2.5}/PM_{10}$ ratio of 0.1 is recommended for dust emissions from construction and demolition. The proposed ratio is justified by the fact that the dominant dust source associated with construction and demolition projects is emissions from vehicle travel over unpaved surfaces. This is shown by case studies that calculate particulate emissions from representative construction activities (road, building, and nonbuilding construction). For example, the fine fraction ratio for scraper travel averages about 0.2 (Muleski et al., 2005), before correcting for the factor-of- two bias in the cyclone/impactor system. Moreover this includes the diesel emissions that are contained within the fine fraction component.

It should be noted that if large open areas are disturbed (such as in land clearing) and left unprotected, and the areas are exposed to high winds, open area wind erosion can also be an important contributor to dust emissions from this source category. The recommended fine fraction ratio identified below should be used for the open area wind erosion component.

**Aggregate Handling and Storage Piles**

Although usually not a major source in comparison with traffic around storage piles, the transfer of aggregate associated with bucket loaders and unloaders or conveyor transfer points is addressed directly in this section of AP-42. A $PM_{2.5}/PM_{10}$ ratio of 0.15 is recommended for transfer operations. This is half the current value in AP-42 and reflects adjustment for the factor-of-two bias in the cyclone/impactor test results.

The dominant dust component of particulate emissions from aggregate handling and storage piles typically consists of loader and truck traffic around the storage piles. AP-42 refers the reader to the unpaved roads section to find appropriate emission factors. A $PM_{2.5}/PM_{10}$ ratio of 0.1 is recommended for this source. The proposed ratio is consistent with that recommended above for traffic on unpaved surfaces.

6

**Industrial Wind Erosion**

For the dust component of particulate emissions from industrial wind erosion, a $PM_{2.5}/PM_{10}$ ratio of 0.15 is recommended. Industrial wind erosion is associated with crushed aggregate materials, such as coal or metallic ore piles. Examples would include open storage piles at mining operations. The proposed ratio is justified by portable wind tunnel tests of industrial aggregate materials which produced $PM_{2.5}/PM_{10}$ ratios averaging 0.4, as indicated by the current AP-42 fine fraction ratio given in Table 1. When these results are corrected for the bias associated with the cyclone/impactor system at very high $PM_{10}$ concentrations observed in the effluent from the portable wind tunnel (exceeding 10,000 $\mu g/m^3$), the result is 0.15.

**Agricultural Tilling**

For the dust component of particulate emissions from agricultural tilling and related land preparation activities, which dominates the total particulate emissions from this source category, no new $PM_{2.5}/PM_{10}$ ratio can be recommended at this time, because of the lack of published test data. However, the current factor of 0.2, as listed in Table 1, appears to be generally consistent with the results of the current wind tunnel tests. It was found that the agricultural soils tested in the wind tunnel produced slightly higher ratios than the other test materials. In addition, the dust plume core concentrations from agricultural operations are generally observed to be less intense because of the lower equipment speeds involved and the lack of repeated travel over the same routes.

**Open Area Wind Erosion**

For the dust component of particulate emissions from open area wind erosion (not currently addressed in AP-42), a $PM_{2.5}/PM_{10}$ ratio of 0.15 is recommended. Open area wind erosion is associated with exposed soils that have been disturbed, removing the protection afforded by natural crusting. Examples would include freshly tilled agricultural fields prior to planting of crops. The proposed ratio is justified by wind tunnel tests of exposed soils (MRI, 1994), which produced $PM_{2.5}/PM_{10}$ ratios averaging 0.3. When these results are corrected for the bias associated with the cyclone/impactor system, the ratio becomes 0.15. This is consistent with the $PM_{2.5}/PM_{10}$ ratios in the range of 0.12 measured during dust storms on Owens Dry Lake (Ono, 2005).

## Specific Revisions to AP-42

This section presents a listing of specific revisions to AP-42, for the purpose of incorporating the proposed $PM_{2.5}/PM_{10}$ ratios. As shown in Table 2, five subsections of AP-42 Section 13.2, Fugitive Dust, are impacted by the proposed changes. However, one of the five sections (13.2.3, Heavy Construction Operations) is impacted only indirectly because it refers to other sections of AP-42 for fugitive dust emission factors.

7

In most cases, the change in the $PM_{2.5}/PM_{10}$ ratio is accomplished by changing the appropriate PM-2.5 particle size multiplier (k-factor) for the respective emission factor equation.  In addition, the changes need to be referenced to the WRAP test report (Cowherd and Donaldson, 2005).

**Table 2.  Specific revisions to AP-42 that are incorporated into the AP-42 sections included in Attachment A.**

| Source category | Sub-section | Title | Revision | Comments |
|---|---|---|---|---|
| 13.2.1 Paved Roads | 13.2.1.3 | *Predictive Emission Factor Equation* | In Table 13.2.1-1, reduce k values for PM-2.5 by 40 percent, e.g., the new value is 1.1 g/VMT (and equivalent values for the other units) | Add ref. number for WRAP test report |
| | 13.2.1.5 | *Changes since Fifth Edition* | Modify statement (1) to reflect change in fine fraction | |
| | | *References* | Add WRAP test report as Ref. 22 | |
| 13.2.2 Unpaved Roads | 13.2.2.2 | *Emission Calculation and Correction Parameters* | In Table 13.2.2-2, reduce k values for PM-2.5 by 33%, e.g., the new value is 0.15 lb/VMT for industrial roads and 0.18 lb/VMT for public roads (and equivalent values for the other units) | Add ref. number for WRAP test report |
| | 13.2.2.4 | *Updates since Fifth Edition* | Add sentences describing change in fine fraction | |
| | | *References* | Add WRAP test report | |
| 13.2.3  Heavy Construction Operations | – | – | No changes required | Refers to other AP-42 sections for emission factors |
| 13.2.4 Aggregate Handling and Storage Piles | 13.2.4.3 | *Predictive Emission Factor Equations* | In k-factor table for Equation 1 for transfer operations, change PM-2.5 multiplier to 0.053 (dimensionless) | Add ref. number for WRAP test report |
| | | *References* | Add WRAP test report | |
| 13.2.5 Industrial Wind Erosion | 13.2.5.2 | *Emissions and Correction Parameters* | In k-factor table for Equation 1, change PM-2.5 multiplier to 0.075 (dimensionless) | Add ref. number for WRAP test report |
| | | *References* | Add WRAP test report | |

8

## CONCLUSION

This study found that concentration measurements used to develop $PM_{2.5}$ emission factors for AP-42 were biased high by a factor of two, as compared to $PM_{2.5}$ measurements from FRM samplers. This factor-of-two bias helps to explain why researchers have often seen a similar discrepancy in the proportion of fugitive dust found in $PM_{2.5}$ emission inventories and modeled ambient impacts, as compared to the proportion observed on ambient filter samples. This study also shows that the $PM_{2.5}$ / $PM_{10}$ ratios for fugitive dust should be in the range of 0.1 to 0.15. Currently, the fine fraction ratios in AP-42 range from 0.15 to 0.4 for most fugitive dust sources.

It is recommended that the results of this study by used to revise the AP-42 $PM_{2.5}$ emission factors for the following four fugitive dust source categories: paved roads, unpaved roads (public and industrial), aggregate handling and storage piles, and industrial wind erosion (AP-42 Sections 13.2.1, 13.2.2, 13.2.4, & 13.2.5, respectively). Emission estimates for other fugitive dust producing activities, such as construction and demolition, will also be affected since they are based on these four source categories. It is recommended that revisions to the current AP-42 sections for these fugitive dust sources be adopted as shown in Attachment A to this report.

## IMPLICATIONS

The proposed revisions to AP-42 are needed to ensure the most accurate $PM_{2.5}$ and $PM_{10}$ fugitive dust emissions inventories that are possible for regional haze regulatory purposes, given the available resources and the significant contribution of fugitive dust to visibility impairment. In particular, the revisions will affect the quantity of dust apportioned to the fine ($PM_{2.5}$) versus coarse ($PM_{2.5-10}$) size modes, which have significantly different effects on visibility and long-range transport potentials. This will reduce $PM_{2.5}$ emission estimates for fugitive dust sources to about half their current level. It will also increase the coarse-mode size fraction for fugitive dust, which would be important in the event that a PM coarse standard is adopted by the US EPA and emission inventories are developed.

The revisions will be helpful in developing accurate emission inventories for PM nonattainment, maintenance, and action plan areas throughout the country. Finally, the proposed modifications to the fine fractions associated with EPA's AP-42 emission factors will ensure widespread availability of the most recent and accurate scientific information.

## References

9

BLM_0057822

Cowherd, C. and J. Donaldson.  2005.  *Analysis of the Fine Fraction of Particulate Matter in Fugitive Dust.*  Final report prepared for the Western Governors' Association, Western Regional Air Partnership (WRAP), MRI Project No. 110397, October 12, 2005.  **[Describes wind tunnel study to determine fine fraction ratios]**

Midwest Research Institute.  1994.  *OU3 Wind tunnel Study:  Test Report.*  Prepared for EG&G Rocky Flats, Golden CO.  **[Describes portable wind tunnel tests of emissions from soils and sediments]**

Midwest Research Institute.  1997.  *Fugitive Particulate Matter Emissions.*  Final report prepared for the U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards.  Research Triangle Park NC.  April, 1997.  **[Prior emission factor field study for paved and unpaved roads, comparing performance of cyclone/impactor system with reference method samplers for PM2.5]**

Muleski, G. E., C. Cowherd, and J. S. Kinsey.  2005.  "Particulate Emissions from Construction Activities," *J. Air & Waste Manage. Assoc.* **55:** 772-783.  **[Summarizes field test results for emissions from major components of construction projects]**

Ono, Duane.  2005.  "Ambient PM2.5/PM10 ratios for Dust Events from the Keeler Dunes."  Great Basin UAPCD, Bishop, CA.  **[Describes FRM test results for high-wind events on Owens Dry Lake]**

Pace, T. G.  2005.  "Examination of Multiplier Used to Estimate $PM_{2.5}$ Fugitive Dust Emissions from $PM_{10}$."  Presented at the EPA Emission Inventory Conference.  Las Vegas NV.  April 2005.  **[Summarizes other field studies that can be used to develop $PM_{2.5}/PM_{10}$ ratios for fugitive dust emissions]**

USEPA.  2005.  *Compilation of Air Pollutant Emission Factors, AP-42.*  6th Edition.  Research Triangle Park, NC.  **[EPA's emission factor handbook]**

CARB, 2003.  *Emission Inventory Procedural Manual Volume III:  Methods for Assessing Area Source Emissions,* California Air Resources Board, Sacramento, CA.  November.  **[Summarizes the recommended calculation procedures for agricultural emissions and other sources]**

Midwest Research Institute.  1999.  *Estimating Particulate Matter Emissions from Construction Operations.*  Prepared for USEPA, Research Triangle Park NC, September.  **[Gives field test results for construction operations]**

BLM_0057823

Figure 1. Phase I test results show that the Cyclone/ Impactor method measured $PM_{2.5}$ concentrations that were two times higher than those measured by Federal Reference Method samplers when simultaneously exposed to the well-mixed dust environment in the wind tunnel.



11

Figure 2. Phase II tests show that the $PM_{2.5}/PM_{10}$ ratio decreased with increasing PM concentrations, and could be expected to be in the range of 0.1 at concentrations that are typical of fugitive dust emission plumes.



12



Quantitative Effects of Grazing on Vegetation and Soils Over a Global Range of Environments
Author(s): D. G. Milchunas and W. K. Lauenroth
Reviewed work(s):
Source: *Ecological Monographs*, Vol. 63, No. 4 (Nov., 1993), pp. 327-366
Published by: Ecological Society of America
Stable URL: http://www.jstor.org/stable/2937150
Accessed: 23/05/2012 14:23

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Ecological Society of America* is collaborating with JSTOR to digitize, preserve and extend access to
*Ecological Monographs*.

http://www.jstor.org

Case No. 1:20-cv-02484-MSK   Document 45-2   filed 04/28/21   USDC Colorado   pg 66 of 134

*Ecological Monographs*, 63(4), 1993, pp. 327–366
© 1993 by the Ecological Society of America

# QUANTITATIVE EFFECTS OF GRAZING ON VEGETATION AND SOILS OVER A GLOBAL RANGE OF ENVIRONMENTS[1]

D. G. Milchunas and W. K. Lauenroth
*Range Science Department and Natural Resource Ecology Laboratory, Colorado State University,
Fort Collins, Colorado 80523 USA*

*Abstract.* Multiple regression analyses were performed on a worldwide 236-site data set compiled from studies that compared species composition, aboveground net primary production (ANPP), root biomass, and soil nutrients of grazed vs. protected, ungrazed sites. The objective was to quantitatively assess factors relating to differential sensitivities of ecosystems to grazing by large herbivores. A key question in this assessment was: Do empirically based, broad-scale relationships correspond to ecological theories of plant–animal interactions and conceptual frameworks for management of the world's grazing lands?

Changes in species composition with grazing were primarily a function of ANPP and the evolutionary history of grazing of the site, with level of consumption third in importance. Changes in species composition increased with increasing productivity and with longer, more intense evolutionary histories of grazing. These three variables explained >50% of the variance in the species response of grasslands or grasslands-plus-shrublands to grazing, even though methods of measurement and grazing systems varied among studies. Years of protection from grazing was a significant variable only in the model for shrublands.

Similar variables entered models of change in the dominant species with grazing. As with species composition, sensitivities of change in dominant species were greater to varying ecosystem–environmental variables than to varying grazing variables, from low to high values. Increases of the dominant species under grazing were predicted under some conditions, and decreases were more likely among bunch grasses than other life-forms and more likely among perennials than annuals. The response of shrublands was different from that of grasslands, both in terms of species composition and the dominant species. Our analyses support the perception of grazing as a factor in the conversion of grasslands to less desirable shrublands, but also suggest that we may be inadvertently grazing shrublands more intensively than grasslands.

Percentage differences in ANPP between grazed and ungrazed sites decreased with increasingly long evolutionary histories of grazing and increased with increasing ANPP, levels of consumption, or years of treatment. Although most effects of grazing on ANPP were negative, some were not, and the statistical models predicted increases in ANPP with grazing under conditions of long evolutionary history, low consumption, few years of treatment, and low ANPP for grasslands-plus-shrublands. The data and the models support the controversial hypothesis that grazing can increase ANPP in some situations. Similar to species variables, percentage differences in ANPP between grazed and ungrazed treatments were more sensitive to varying ecosystem–environmental variables than to varying grazing variables. Within levels not considered to be abusive "overgrazing," the geographical location where grazing occurs may be more important than how many animals are grazed or how intensively an area is grazed.

Counter to the commonly held view that grazing negatively impacts root systems, there was no relationship between difference in ANPP with grazing and difference in root mass; as many positive as negative differences occurred, even though most ANPP differences were negative. Further, there was a weak relationship between change in species composition and change in ANPP, and no relationship with root mass, soil organic matter, or soil nitrogen. All three belowground variables displayed both positive and negative values in response to grazing. Current management of much of the world's grazing lands based on species composition criteria may lead to erroneous conclusions concerning the long-term ability of a system to sustain productivity.

*Key words: abiotic controls; aboveground net primary production; dominant species and growth-forms; evolutionary history of grazing; grazing intensity and duration; herbivory; rangeland condition and trend; root mass vs. grazing; shrub invasion; soil organic matter; species composition.*

[1] Manuscript received 16 September 1991; revised 3 November 1992; accepted 24 December 1992.

BLM_0057827

## INTRODUCTION

Why certain plant communities are very sensitive to grazing and others are not has generated a large volume of quantitative and qualitative research concerning plant–animal interactions. Theoretical, broad-scope assessments have generally been qualitative. For example, both the grazing optimization hypothesis (Dyer 1975, McNaughton 1979, 1983a) for plant production responses to herbivory and the generalized model of changes in species composition and diversity with grazing (Milchunas et al. 1988) explain potential responses based upon a limited number of data sets coupled with theoretical considerations. Quantitative assessments of the effects of grazing by large herbivores on ecosystems over a broad range of environments may provide a basis for evaluating and modifying theoretical models, provide insight and perspective into the results of empirical studies, and be important in considering the potential for global changes in land use and climate. The objectives of this work were to use quantitative techniques to compare the impacts of grazing on plant communities in relation to various grazing, abiotic, and ecosystem variables.

Specifically, community variables included plant species composition, abundance of dominant species, aboveground net primary production (ANPP), root biomass, and soil carbon and nitrogen of grazed and ungrazed sites. We asked how these depended upon grazing variables such as level of consumption (intensity) and years of protection from grazing (duration), and upon ecosystem–environmental variables such as mean annual precipitation, high and low temperatures, latitude, ANPP, and evolutionary history of grazing. We then asked whether relationships differed among grasslands, shrublands, forests, deserts, and high-elevation sites.

We were interested in the effect of grazing on plant community composition because management (assessment of condition and trend) of much of the world's grazing lands is primarily based upon changes in species composition (Lauenroth and Laycock 1989, Joyce 1989). Theoretical models have been proposed that implicate both grazing intensity and interactions that occur along gradients of evolutionary history of grazing and environmental moisture (or ANPP) as important determinants of both plant species diversity and composition of grasslands (Milchunas et al. 1988). We were interested in the response of dominant species to grazing because individual species have been used as indicators of the condition of grazed rangeland since the inception of the "increaser–decreaser–invader" concept (Sampson 1919). Are there ecosystem–environmental and grazing variables that explain the variability in responses of dominant species to grazing? In a study of 15 mediterranean grasslands, Noy-Meir et al. (1989) observed general patterns in species' growth form and life-form responses to protection and grazing intensities, although individual species sometimes displayed inconsistent responses across sites. The conversion of grassland to shrubland is a problem often associated with grazing and its potential interactions with drought and climate change (Crawley 1983, Archer 1989, Skarpe 1990). Across a broad range of plant communities, are there general patterns in the response of different life-forms to grazing? We were interested in the response of ANPP to grazing because it is a fundamental characteristic of an ecosystem and because of its importance in maintaining animal productivity and density. Hypotheses concerning compensatory regrowth in response to herbivory (McNaughton 1979, 1983a, Dyer et al. 1982) have been controversial (Belsky 1986a, 1987, McNaughton 1986, Westoby 1989, Verkaar 1986, Crawley 1987, Hobbs and Swift 1988), but no quantitative evaluations of the long-term effects of grazing on ANPP have been made across ecosystems. We were interested in effects of grazing on belowground plant properties and soil properties because they are important in sustaining the productivity of a system; very few attempts at synthesis have been made in this area.

Hierarchy theory suggests that observations made at one level of a perturbed system may not be indicative of the response at another level (Allen and Star 1982, O'Neill et al. 1986). If this is true, then managing grazinglands using criteria based upon species composition may lead to incomplete or erroneous conclusions at the ecosystem level. Are there relationships among changes in plant community composition, primary productivity, and soil properties in response to grazing?

We used an approach similar in basic concepts to that of meta-analysis—the use of statistical techniques to summarize or synthesize a large number of separate but similar studies that individually may appear to have reached conflicting conclusions (Mann 1990). The negative and positive aspects of this approach in relation to these particular analyses, and in relation to traditional reviews, are addressed in the *discussion* section.

## METHODS

### Data collection

Data were collected by means of literature search and questionnaires to authors requesting additional information not published in their papers or to individuals who may have had unpublished or not readily available data (see *Acknowledgments*). The literature search entailed traditional means as well as examination of tables of contents of all volumes (since inception) of >30 journals and government document series for potential sources. Approximately 500 potential articles were surveyed, with 97 articles representing 276 data sets obtained for analyses. The criteria for selection were that (1) ungrazed controls were compared with grazing treatments, (2) grazing was yearlong or during some part of the growing season, but not only

during winter in temperate locations, and (3) species abundances and years of treatment, plus either aboveground net primary production (ANPP) of ungrazed treatment (or peak standing crop) or grazing intensity (either as a percentage of ANPP or as a stocking rate with ANPP) were provided or could be obtained from the authors. Other data compiled included precipitation, mean low and high temperatures for the coldest and warmest months, range of the annual low–high temperatures, ANPP of grazed plant communities, and latitude of the site. Belowground data most commonly reported were root mass, total soil N, and soil organic matter or carbon.

All sites were categorized according to evolutionary history of grazing by large herbivores (Milchunas et al. 1988). This variable is necessarily subjective. To minimize individual bias, sixteen scientists with several different areas of expertise and from various parts of the world were asked to categorize the sites according to evolutionary history of grazing, and to rank the certainty of their estimates. The requests included site descriptions, and lists of plant species as provided by the authors of each article. The individuals were asked to rank each study site either 1, 2, 3, or 4 for least to greatest evolutionary history of grazing, and to rank their estimate either 1, 2, 3, or 4 for low to high certainty. A portion of the questionnaire provided constraints and definitions as follows:

*Least through greatest (evolutionary history of grazing) are functions of both the length of time and the intensity of the grazing. The weighting of the two factors depends upon your opinion of what constitutes pressure by the large herbivores in terms of shaping the present-day structure of the plant community. The time frame is from the early Quaternary Period (early Pleistocene Epoch), or approximately one million years ago, up until 100 years ago. I am considering the last 100 years as ecological time. This eliminates consideration of domestic animals for some parts of the world, but not for others . . . . Examples of large herbivores are perissodactyls and artiodactyls, or animals weighing more than 25 kg. Animals such as lagomorphs and rodents are not included.*

Rankings of the study sites in terms of evolutionary history of grazing were received from Farrel A. Branson, Robert T. Coupland, Rexford F. Daubenmire (partial list), Harold F. Heady, and Joseph R. Thomasson. An individual's certainty for a site as a proportion of the total certainty for that site was multiplied by the individual's ranking of evolutionary history of grazing, and the individual weighted rankings were summed. Four of the five lists were very similar in rankings of sites. [We would very much appreciate receiving data from studies not included in Appendix 1, whereby validation and refinement of analyses can be conducted in the future.]

## Response variables

The species dissimilarities of ungrazed vs. grazed plant communities were calculated using the complement of Whittaker's (1952) index of association. Species dissimilarity values potentially range from 0 (no differences between ungrazed and grazed sites) to 1 (completely different ungrazed and grazed sites). The effect of grazing on ANPP was calculated as [(grazed − ungrazed)/ungrazed] × 100. In the majority of cases ANPP was estimated as peak standing crop in ungrazed treatment and in temporarily caged grazed treatment; compensatory growth due to current-year defoliation is not accounted for. Studies reporting standing crops in grazed treatments where grazing had been allowed in the sample plots were not included in analyses of difference in ANPP, but ANPP of ungrazed treatment was used as a potential independent variable in other analyses (See Appendix 1, studies with ANPP for only ungrazed). Grazing intensity was considered to be the percentage of ANPP consumed as reported by the authors. When grazing intensity was only reported in terms of domestic animal stocking rates and ANPP estimates were provided, consumption of ANPP was calculated on a dry-matter basis using the standard animal unit = 12 kg/d (a 454-kg cow or its equivalent consumes 11.8 kg/d; Society for Range Management 1989). Consumption was calculated for native animals when density per unit of time, consumption by an average individual, and estimates of ANPP were provided. Our calculated consumption values are identified as such in the Appendix 1 footnotes. The effects of grazing on the absolute abundance of dominant species, root mass, and soil nutrients were calculated as described above for ANPP. Data for abiotic variables not provided by authors were obtained either from other references to work conducted at the same site, or from climatological summaries if a nearby weather station was deemed representative of the site. Each study area was classified as either grassland, shrubland, forest, mountain (high elevation meadow or alpine), or desert. Methods employed in sampling species composition were categorized as either (1) density, (2) frequency, (3) basal cover, (4) canopy cover, (5) biomass, or (6) other; reasons for this categorization are discussed next.

## Statistical analyses

Regression analyses were performed using the dependent variables for grazed vs. ungrazed of (1) dissimilarity of species abundances, (2) percentage change in abundance of dominant species, and (3) percentage change in ANPP. The independent variables were (1) grazing intensity, (2) years of protection from grazing, (3) evolutionary history of grazing, (4) ANPP (highest value of grazed or ungrazed), (5) precipitation (long-term mean annual), (6) daily mean low temperature of coldest month, (7) daily mean high temperature of warmest month, (8) temperature difference between numbers 6 and 7 above, and (9) latitude. The reasons

BLM_0057829

for including these independent variables are obvious in most cases, but possibly less obvious in the case of latitude or the temperature variables. There are many reasons to suggest that plant–animal interactions may differ in temperate vs. tropical regions. Differences in seasonality, photoperiod, and temperature affect plant growth rates and patterns of allocation (Vickery 1981), periods of greater or lesser susceptibility to injury (Laycock 1967), forage quality and voluntary intake (Minson 1981), and grazing behavior (Arnold 1981). Latitude alone does not adequately describe differences in seasonality and temperature due to elevation, maritime influences, etc.

Regressions were run for all community classes combined, grasslands-plus-shrublands, grasslands, and shrublands when sufficient data were available. Although less conclusive than direct comparisons between community types, this approach for regressions was necessary because tests of model stability (described later in this section) suggested that finer-level groupings may result in unreliable relationships, probably due to insufficient numbers of cases for this type of study. Grasslands and shrublands were restricted to those receiving precipitation of ≤1000 mm/yr. The 1000-mm precipitation value coincides with the upper limit of climatically determined, nonanthropogenic grasslands (Lauenroth 1979).

Studies with species absolute abundances based on biomass data were not included in analyses of dependent variables 1 and 2 for several reasons. Current-year consumption of tissue will directly impact plant biomass and canopy cover even if there is no effect on emergence–mortality during that season. Thus, biomass and canopy cover are both more sensitive to current-year grazing than density, frequency, or basal cover and so are less likely to reflect long-term effects of grazing on species composition. Of the two, canopy cover showed greater similarity to density/frequency than biomass in studies where such comparisons were possible. Therefore, sites using canopy cover methods were included in analyses because of the greater number/range of sites that could be represented with a relatively small amount of noise introduced.

It was not feasible to perform all-possible-subsets (models) regressions because most studies did not measure all variables. Therefore, stepwise regressions were run using pairwise deletion of cases with missing values, i.e., each correlation coefficient was calculated using cases with complete data for the pair of variables correlated. Variables not entering the regression equation were deleted, followed by sequential deletion of the one most insignificant variable until all variables in a final equation were significant at the $P < .10$ level.

Separate stepwise regressions were run using the above independent variables plus interaction and quadratic terms. The selection of variables used in interaction and quadratic terms was based on their appearance as a significant variable in single-parameter multiple-regression runs for a dependent variable, across all community-class runs, with all possible combinations used as interaction terms. Additional interaction terms included were those thought to be of particular ecological significance, such as grazing intensity × years of treatment. Sequential deletion of nonsignificant independent variables was performed as described above. The final model was examined for the presence of variables in interaction or quadratic terms that were not included in the same model as a single variable. If this occurred, the following tests were performed. Interaction or quadratic terms were dropped and their component single variables were added to the remaining variables in the model and run. (1) If the single variable was not included as significant, then both single and interaction or quadratic were run together: (a) both were retained if significant together; (b) both were deleted if not significant together. (2) If the single variable was included as significant, then both single and interaction or quadratic were run together: (a) if the interaction or quadratic was not significant, then the single variable was retained; (b) if the interaction or quadratic was significant, then both single variable and interaction or quadratic were retained.

Several traditional and nontraditional means of evaluating stability of the regression models were undertaken. Traditional means included the examination of normal probability plots of standardized residuals and casewise residual statistics including studentized residuals, Mahalanobis' distances, and Cook's distances. Casewise values were assessed in relation to cut-off values as defined in Rousseeuw and Leroy (1987). True outliers were removed in order to minimize the potential for leverage points to result in unreliable model formation; leverage points were found in all the initial models. Leverage points are points distant from the main group of data, and can force regression lines or planes in a direction counter to actual relationships due to the fact that regression minimizes the sum of squares of deviations. These diagnostics do not always reveal all leverage points (Rousseeuw and Leroy 1987). Therefore, we also plotted residuals against $\check{Y}$ and all independent variables for each regression model. Plots were examined for patterns indicating violation of assumptions of regression analyses in addition to suggesting whether groups of potential leverage points existed. Patterns in plots of residuals against $\check{Y}$ were observed for percentage of change in the dominant species, which was corrected by a square-root-of-$Y+1$-transformation. No violations of normality were observed in plots of the number of cases against standardized residuals. Since most models contained ≥3 independent variables and we cannot graph ≥4-dimensional space, the above plots are only available on request for the reader to evaluate.[3]

[3] See ESA Supplementary Publication Service Document Number 9304 for three pages of supplementary material. For

A nontraditional method of assessing final-model stability was the use of submodel regressions. Submodels were subsets of the final models, where later variables entering a final model were sequentially removed (starting from the bottom) until the degrees of freedom substantially increased. This procedure examined the effect of adding new cases to the model. Stability was assessed in terms of the differences in $R^2$ at the same step in the submodel and full model and the difference in model predictions using mean values for the independent variables. All submodel predictions were within eight (absolute value) percentage points ($|8\%|$) of predictions of full models when degrees of freedom increased an average of 35.

The sensitivity of the final model to each of the independent variables was assessed by the individual parameter perturbation method (Rose 1983). The method consists of perturbing the value of a parameter over a particular range of values and evaluating its effect on the dependent variable. A range was selected for each independent variable based on average low–high values in the data set. Low–high values used in the sensitivity analyses were: evolutionary history of grazing: 1–4 rank; ANPP: 50–500 g·m$^{-2}$·yr$^{-1}$; precipitation: 200–700 mm/yr; low temperature: 0–20°C; consumption: 30–60% of ANPP; and duration of protection from grazing: 5–50 yr. As a simplified example, if independent variables in a model were consumption and ANPP, we would hold consumption constant first at 30%, and then at 60%, while examining the effect on model predictions of changing ANPP from 50 to 500 g·m$^{-2}$·yr$^{-1}$. If model predictions changed from −10% to −30% when varying ANPP while holding consumption constant, and predictions changed from −5 to −20% when consumption varied while holding ANPP constant, then we would say sensitivity to increasing ANPP was −20 percentage units (−10% to −30% = −20% units) and sensitivity to increasing consumption was −15% units (−5% to −20% = −15% units).

## Results

### Characteristics of the data

Data used in the analyses of vegetation consisted of 276 cases of grazed–ungrazed comparisons over 236 sites, i.e., there were 40 cases of the same sites being measured after different numbers of years of treatment (Appendix 1). Of the 236 sites, 45 were different grazing intensities within the same community. Of the 191 communities, 32 represented differences in topography (uplands, lowlands, etc.), elevation, soils, etc. within the same broad community. Therefore, there were either 191 or 159 different communities, depending on

a copy of this document, contact the senior author or order from the Ecological Society of America, 328 East State Street, Ithaca, New York 14850 USA. There is a small fee for this service.

whether one uses a fine- or broad-resolution definition of community. With respect to community types, 55% of the cases were grasslands, 25% shrublands, 5% mountain (meadow or alpine), 14% forests, and 1% desert.

Our classification of the sites in terms of pattern of precipitation was 247 temperate continental sites (rainfall primarily during summer; 55% grasslands, 22% shrublands, 16% forest), 16 mediterranean (rainfall primarily during winter; 75% shrublands, 25% grasslands), and 13 tropical (no strong seasonality; 85% grasslands, 15% shrublands). Methods used in the studies to estimate species composition were density (17%), frequency (21%), basal cover (15%), canopy cover (28%), biomass (15%), and other (4%). Additional sites were included in analyses of root and soil variables (Appendix 2: footnote).

Average consumption for shrubland sites and other sites combined was greater than in grassland sites, although aboveground net primary production (ANPP) was generally lower in shrublands and other sites compared with grasslands (Table 1). ANPP for forests, and other communities with a tree component, included only the understory component available to large herbivores.

The lower consumption relative to ANPP in grasslands vs. shrublands led us to examine perceptions of grazing intensity in different vegetation classes and studies. For sites with both estimated consumption and a verbal (qualitative) description of the grazing intensity ("light," "moderate," or "heavy" grazing), wide ranges in levels of consumption were observed within each category of grazing intensity (Fig. 1). This would be expected, because what is considered light grazing in one system can be considered heavy grazing in another. However, generally lower levels of consumption occurred in grasslands compared with other community types within each of the author's rank categories. Only 5% of the cases represented grazing by native herbivores, and the majority of these were grassland sites. The disproportionate ratio of consumption to ANPP between grasslands and other vegetation classes may influence our ability to clearly assess differences in response between vegetation classes. The higher consumption per unit of production for shrublands compared to grasslands raises an important question concerning perceptions of grazing intensities. Grazing of areas with a shrub component is commonly reported to lead to increased dominance by shrubs and the conversion of grasslands to less-desirable shrublands (Skarpe 1990)—Why then are we grazing shrublands at a relatively greater intensity than grasslands?

The number of years of protection were similar for the vegetation classes (Table 1), with the exception of a large number of very old exclosures in grasslands. Evolutionary history of grazing was skewed towards "long" for grasslands, uniformly distributed along the gradient for shrublands, and skewed towards "short"

Case No. 1:20-cv-02484-MSK   Document 45-2   filed 04/28/21   USDC Colorado   pg 71 of 134

TABLE 1.  Characteristics of independent variables for grassland, shrubland, mountain (alpine or meadow), forest, and desert sites (Appendix 1) used in subsequent analyses comparing grazed vs. ungrazed conditions. $N$ = number of cases; SD = standard deviation.

| | | Grasslands | Shrublands | Mountain | Forests | Desert |
|---|---|---|---|---|---|---|
| | | Grazing variables | | | | |
| Consumption (% of ANPP)* | Mean | 44 | 55 | 51 | 60 | ⋯ |
| | Median | 43 | 53 | 48 | 65 | ⋯ |
| | $N$ | 104 | 15 | 17 | 9 | ⋯ |
| | SD | 18 | 15 | 17 | 28 | ⋯ |
| | Max. | 81 | 75 | 85 | 85 | ⋯ |
| | Min. | 11 | 24 | 15 | 8 | ⋯ |
| Duration of protection from grazing (yr) | Mean | 27 | 20 | 10 | 22 | 8 |
| | Median | 22 | 15 | 10 | 20 | 3 |
| | $N$ | 150 | 70 | 14 | 40 | 3 |
| | SD | 22 | 18 | 4 | 6 | 7 |
| | Max. | 83 | 75 | 20 | 50 | 17 |
| | Min. | 1 | 2 | 5 | 8 | 3 |
| | | Ecosystem variables | | | | |
| Evolutionary history of grazing (rank)† | Mean | 3.2 | 2.5 | 1.7 | 1.9 | 1.5 |
| | Median | 3.5 | 2.6 | 1.7 | 1.8 | 1.5 |
| | $N$ | 151 | 70 | 14 | 40 | 3 |
| | SD | 0.8 | 0.9 | 0.3 | 0.5 | 0.0 |
| | Max. | 4.0 | 3.8 | 2.0 | 3.0 | 1.5 |
| | Min. | 1.1 | 1.2 | 1.1 | 1.1 | 1.5 |
| ANPP* ($g \cdot m^{-2} \cdot yr^{-1}$) | Mean | 257 | 131 | 246 | 180 | ⋯ |
| | Median | 233 | 100 | 165 | 103 | ⋯ |
| | $N$ | 127 | 48 | 13 | 35 | ⋯ |
| | SD | 154 | 76 | 127 | 175 | ⋯ |
| | Max. | 598 | 314 | 388 | 600 | ⋯ |
| | Min. | 48 | 34 | 72 | 31 | ⋯ |
| | | Environmental variables | | | | |
| Precipitation (long-term, mm/yr) | Mean | 610 | 343 | 1174 | 495 | 223 |
| | Median | 584 | 305 | 1473 | 432 | 223 |
| | $N$ | 146 | 70 | 14 | 38 | 3 |
| | SD | 260 | 143 | 463 | 365 | 0 |
| | Max. | 1911 | 610 | 1473 | 2426 | 223 |
| | Min. | 220 | 100 | 406 | 209 | 223 |
| Latitude (°) | Mean | 37 | 33 | 34 | 45 | 32 |
| | Median | 37 | 34 | 32 | 46 | 32 |
| | $N$ | 151 | 70 | 14 | 40 | 3 |
| | SD | 12 | 10 | 5 | 6 | 0 |
| | Max. | 57 | 45 | 46 | 51 | 32 |
| | Min. | 0 | 2 | 30 | 32 | 32 |
| High temperature‡ (°C) | Mean | 29 | 31 | 33 | 30 | 39 |
| | Median | 29 | 30 | 34 | 31 | 39 |
| | $N$ | 146 | 70 | 14 | 37 | 3 |
| | SD | 6 | 5 | 2 | 7 | 0 |
| | Max. | 37 | 42 | 34 | 38 | 39 |
| | Min. | 15 | 14 | 29 | 16 | 39 |
| Low temperature‡ (°C) | Mean | −3 | 0 | −3 | −16 | 3 |
| | Median | −7 | 2 | 1.6 | −15 | 3 |
| | $N$ | 146 | 70 | 14 | 37 | 3 |
| | SD | 11 | 10 | 8 | 6 | 0 |
| | Max. | 20 | 27 | 5 | −3 | 3 |
| | Min. | −21 | −16 | −18 | −24 | 3 |
| Temperature range‡ (°C) | Mean | 32 | 30 | 36 | 46 | 36 |
| | Median | 33 | 30 | 33 | 40 | 36 |
| | $N$ | 146 | 70 | 14 | 37 | 3 |
| | SD | 11 | 11 | 6 | 12 | 0 |
| | Max. | 48 | 44 | 47 | 62 | 36 |
| | Min. | 5 | 2 | 27 | 18 | 36 |

* ANPP = Aboveground net primary production.
† 1 to 4, low to high, scale. See *Methods: Data collection.*
‡ Mean low (or high) temperature of coolest (or warmest) month, or the difference between the two.

BLM_0057832

Case No. 1:20-cv-02484-MSK   Document 45-2   filed 04/28/21   USDC Colorado   pg 72 of 134



FIG. 1.   Relationship between the quantitative estimate of consumption (% of ANPP) and the author's qualitative ranking of consumption in terms of light, moderate, heavy, or very heavy grazing, for grassland, shrubland, forest, and mountain (alpine or meadow) sites. ANPP = aboveground net primary production.

for other communities combined. Precipitation was approximately normally distributed for grasslands, but the mean for grasslands was increased by several anthropogenic grasslands in areas of very high precipitation. Shrublands generally received less precipitation than grasslands. A large proportion of sites were between 30° and 54° latitude. The mean high temperatures of the warmest month were similar across community classes with the exception of deserts. The mean low temperatures were lowest for forests. Seasonality, or range in low–high temperatures, was least for shrublands and grasslands and greatest for forests.

Good relationships between precipitation and ANPP of grasslands have been reported (Lauenroth 1979, Sala et al. 1988). Highly significant relationships between precipitation ($< 1000$ mm/yr) and ANPP of grasslands and shrublands were observed for sites used in this study, with $r^2$ values of 0.56 and 0.68, respectively (Fig. 2). Because of correlation, the entry of ANPP vs. precipitation into regressions may be a trade-off between variance associated with measurements (precipitation is commonly, easily, and relatively accurately measured compared to ANPP) and inclusiveness (ANPP is also a function of soil fertility, etc.).

Our approach here in assessing each dependent variable was to start with the broadest set of community types followed by increasingly restricted sets. Separate analyses of forest, desert, and mountain classes were not possible because the sample sizes were too small. Separate analyses of shrublands were possible only for species dissimilarity; shrubland models for other dependent variables were unstable and are not presented.

Differences in the responses of shrublands from those of grasslands were assessed by regressions of shrublands forced to grassland-model variables and examining the residuals.

*Species dissimilarity*

Three out of nine potential variables explained 44% of the variance for change in species composition with grazing across all community types (Table 2). Two ecosystem–environmental variables (ANPP and evolutionary history) contributed more to the cumulative $R^2$ than did grazing variables (consumption). Restricting analyses to grasslands-plus-shrublands resulted in the same three variables in the model, each contributing approximately equally to the cumulative $R^2$ of 0.55. An intermediate model had precipitation as the first variable entering the equation, with precipitation dropping from the equation when ANPP entered. Precipitation alone explained 24% of the variation in species dissimilarity between ungrazed and grazed sites. Variables entering the model restricted to only grasslands were again ANPP, consumption, and evolutionary history of grazing. ANPP alone explained 40% of the grasslands variance compared to 54% for the entire model. Although level of consumption was consistently both significant and a large contributor to $R^2$, the number of years of protection did not significantly enter into any of the above models.

Precipitation replaced ANPP and years of protection replaced level of consumption as a grazing variable in the shrublands-alone model (Table 2). This may in part be due to the small number of shrubland sites in the

BLM_0057833



FIG. 2.  Aboveground net primary production in relation to long-term mean annual precipitation for grasslands ($Y = 0.646x - 102.5$, $r^2 = 0.56$), shrublands ($Y = 0.393x - 10.2$, $r^2 = 0.68$), and other sites ($Y = 0.566x - 65.7$, $r^2 = 0.38$) with precipitation <1000 mm/yr.

straints on model formation. We examine differences between grasslands and shrublands using other methods in *Comparisons of community types,* below.

The regression coefficients in all of the above models were positive for all independent variables; increasing values of all independent variables led to larger differences in species composition between grazed and ungrazed sites. Species dissimilarity for all communities combined was most sensitive to changes in ANPP (Table 2), with greater per-unit increases at lower levels of ANPP (Fig. 3). Across the low–high ranges used to test sensitivities of the independent variables, differences in ANPP and evolutionary history of grazing both had a greater influence on change in species composition with grazing than level of consumption of the grazing animals (see last paragraph of *Methods* for description of sensitivity analyses). The range of model predictions (Fig. 3) compared well with an actual range of 0.05 at a shortgrass steppe site in Colorado to 0.93 at a thornveld site in Zimbabwe (Appendix 1). The first three models (all communities, grasslands-plus-shrublands, and grasslands alone) consistently produced a sensitivity ranking of ANPP > evolutionary history of grazing > consumption, with ANPP increasing in effect on species dissimilarity as community types were narrowed. However, absolute values of dissimilarity decreased at low ANPP as community types were narrowed, but were similarly large at high ANPP in all three models. In the shrublands-only model, results were also similar if precipitation is substituted for ANPP and years of protection from grazing are substituted for level of consumption. The second shrubland model (Fig. 3: precipitation–consumption model), with only 28 degrees of freedom, showed sensitivity to change in consumption from 30 to 60% of ANPP, resulting in a +0.19 unit change in species dissimilarity.

Grasslands were a large portion of the sites in both the all-communities model (72 of 115 cases) and the grasslands-plus-shrublands model (73 of 97 cases); this weighting should be considered when viewing these results. However, direct comparisons of grasslands-alone with shrublands-alone models vs. indirect comparisons made by narrowing community types in models agree—providing some confidence for later comparisons when shrublands-alone models could not be constructed. We make indirect comparisons between communities by narrowing their inclusion in models because the number of shrubland sites alone may have limited full model development for species dissimilarity, and prohibited development of stable models for shrublands alone in the cases of change in dominant species and change in ANPP.

*Change in dominant species*

Changes in absolute abundance of the single most dominant species with grazing was most strongly related to evolutionary history of grazing in the all-communities model, and, together with consumption, pre-

data set for which consumption was estimated, and to greater difficulty in estimating shrub production (66% of grassland cases had data for both ANPP and consumption, compared with only 39% for shrublands; data for precipitation and years of treatment were commonly available for all cases). A second model (not shown in Table 2) explaining almost as much of the variance as the first model (66% vs. 69%), but with only 28 degrees of freedom, consisted of consumption and precipitation (Fig. 3). Precipitation alone in one model and consumption alone in the other model each explained 62% of the variation in the response of shrubland species to grazing. Although we present here only the "best" models as defined in the *Methods*: *Statistical analyses* section, this illustrates the potential for alternative models and the potential for data con-

Case No. 1:20-cv-02484-MSK   Document 45-2   filed 04/28/21   USDC Colorado   pg 74 of 134

TABLE 2.  Regression models for species dissimilarity of ungrazed vs. grazed plant communities, and sensitivity of species dissimilarity to changing an independent variable from a low to a high value while holding other independent variables constant. Dissimilarity values were computed using Whittaker's (1952) index of association. Values used in sensitivity analyses (average low–high ranges) were ANPP (aboveground net primary production): 50–500 g·m$^{-2}$·yr$^{-1}$; consumption: 30–60% of ANPP; evolutionary history of grazing, rank: 1–4; precipitation: 200–700 mm/yr; duration of exclosure to grazing: 5–50 yr.

| Data group (model type) | Independent variables* | Cumulative $R^2$ | Final model† | | | |
|---|---|---|---|---|---|---|
| | | | Slope or Beta | Sensitivity‡ | Significance | df |
| All communities, Methods: ≤4§ | ANPP | .15 | $1.659 \times 10^{-3}$ | +0.30 | .000 | 114 |
| | Consumption % | .32 | $4.272 \times 10^{-3}$ | +0.13 | .000 | |
| | Evolutionary history | .41 | $6.569 \times 10^{-2}$ | +0.20 | .000 | |
| | (ANPP)$^2$ | .44 | $-1.804 \times 10^{-6}$ | | .033 | |
| | Regression constant | | $-0.214$ | | .003 | |
| Grasslands-plus-Shrublands, Precip. ≤1000 mm/yr, Methods: ≤4§ | Evolutionary history | .19 | $6.447 \times 10^{-2}$ | +0.20 | .000 | 96 |
| | ANPP | .32 | $2.139 \times 10^{-3}$ | +0.37 | .000 | |
| | Consumption % | .50 | $4.903 \times 10^{-3}$ | +0.15 | .000 | |
| | (ANPP)$^2$ | .55 | $-2.406 \times 10^{-6}$ | | .002 | |
| | Regression constant | | $-0.320$ | | .000 | |
| Grasslands, Precip. ≤1000 mm/yr, Methods: ≤4§ | ANPP | .25 | $2.849 \times 10^{-3}$ | +0.47 | .000 | 68 |
| | (ANPP)$^2$ | .40 | $-3.260 \times 10^{-6}$ | | .000 | |
| | Consumption % | .49 | $3.944 \times 10^{-3}$ | +0.12 | .000 | |
| | Evolutionary history | .54 | $6.690 \times 10^{-2}$ | +0.20 | .011 | |
| | Regression constant | | $-0.413$ | | .001 | |
| Shrublands, Precip. ≤1000 mm/yr, Methods: ≤4§ | Precipitation | .62 | $1.071 \times 10^{-3}$ | +0.53 | .000 | 59 |
| | Evolutionary history | .67 | $7.314 \times 10^{-2}$ | +0.21 | .002 | |
| | Years of exclosure | .69 | $2.404 \times 10^{-3}$ | +0.10 | .091 | |
| | Regression constant | | $-0.224$ | | .001 | |

* The initial regression run included nine simple independent variables, and several interaction and quadratic terms (see *Methods: Statistical analyses* for description of variables). The final model includes all significant independent variables after sequential deletion of the one most insignificant variable until all variables in the model were significant.

† Values are for the final model, not cumulative as for $R^2$ and not for intermediate steps in model formation.

‡ Sensitivities include the influence of quadratic and interaction terms in the model. See *Methods: Statistical analyses* for an example.

§ Method of sampling species abundance: 1 = density, 2 = frequency, 3 = basal cover, 4 = cover, 5 = biomass % composition, 6 = biomass, 7 = other. See *Methods: Statistical analyses* for reasons for restricting sites to those that used methods 1, 2, 3, or 4 only.

cipitation, low temperature, and years of protection, explained approximately half of the variation (Table 3). Years of protection was not a variable in the grass-lands-plus-shrublands model, but the other above variables explained ≈60% of the variance. Similar to the models for species dissimilarity, a majority of the explained variance could be attributed to ecosystem–environmental variables rather than intensity (consumption) or duration (years of protection) of grazing. Past grazing (evolutionary history of grazing) explained more variance than recent-time grazing variables. ANPP contributed most in explaining variance for the dominant species in grasslands alone. Lower $R^2$ values for grasslands alone than for models with other communities combined and the smaller influence of evolutionary history of grazing may be due to the predominance of grasslands at the high end of the evolutionary-history scale (Table 1, Appendix 2) and/or to differences in the manner in which dominants respond to grazing in different community types.

Regressions were also run using the two most abundant species at each site, with the influence of each species ranked as a proportion of total absolute abundance of both. This resulted in models with less pre-

dictive power than models using only the single most dominant species (data not shown). For a total of 274 sites, 126 sites (46%) displayed decreases in both of the most abundant species with grazing, 125 sites (46%) displayed one species decreasing and the other increasing, and 23 sites (8%) displayed increases in both species. The single most dominant species decreased in 68% of the sites that had one of the two most abundant species decreasing and the other increasing. Less than 1% of grassland sites displayed increases in both dominants compared with 9% of shrubland sites, suggesting dominants in the two types of communities may be responding differently to grazing.

For all communities combined, the single most dominant species was most sensitive to changes in evolutionary history of grazing (Table 3). Under conditions of short evolutionary history, changes in the other variables had large influence on the dominant species compared with relatively small influence at long evolutionary history (Fig. 4). Although decreasing in most situations, the largest increases in the dominant species were under conditions of short evolutionary history, low levels of consumption, low precipitation, few years of grazed vs. ungrazed conditions, and colder low tem-

BLM_0057835



FIG. 3. Sensitivity analyses of species dissimilarity of grazed vs. ungrazed sites around the world (1 − Whittaker's [1952] index of association) based on regression models for all community types combined, grasslands-plus-shrublands, grasslands, or shrublands. Ranges were chosen to provide examples of reasonable low–high values; this approach was taken to make it possible to represent the response of models with ≥4 independent variables. See Table 2 for statistical description of the models. A dissimilarity value of 0 indicates no difference between grazed and ungrazed communities, and a value of 1 indicates completely distinct communities. EvHst = evolutionary history of grazing, ranked 1 to 4 for lower to higher values of past grazing. Cons. = consumption—recent grazing intensity (in percentage of aboveground net primary productivity [ANPP]). Yrs = years of protection from grazing.

peratures. Changes in the dominant species were most evident during early years of the grazed–ungrazed comparisons and leveled off after ≈30 yr.

General relationships between variables in the grasslands-plus-shrublands model were similar to those in the all-communities model. The model was based upon data from 69 grassland and 23 shrubland grazed–ungrazed comparisons with an average of 29 yr of protection for ungrazed treatments. Sensitivity to differences in precipitation were greater in grasslands-plus-shrublands than all communities combined, and this was most apparent under conditions of short evolutionary history of grazing and low levels of consumption.

The grasslands-alone model displayed the largest range in effect of grazing on the dominant species (Fig. 4). Increases in the dominant species occurred under conditions of low consumption–short evolutionary history, and large decreases occurred under conditions of high consumption–short evolutionary history regardless of the level of ANPP. Sensitivity to differences in ANPP or consumption were relatively small when evolutionary history was long.

Regardless of community grouping, the effect of grazing on the dominant species was most sensitive to the evolutionary history of grazing and grazing variables (consumption, years of treatment), followed by an estimate of site productivity (ANPP or precipitation). Grazing variables increased in their contribution to sensitivities relative to the contribution of ecosys-

→

FIG. 4. Sensitivity analyses of percentage of change in the absolute abundance of the dominant species between grazed and ungrazed treatments for sites around the world, based upon regression models for all community types combined, grasslands-plus-shrublands, or grasslands. Ranges were chosen to provide examples of reasonable low–high values; this approach was taken to make it possible to represent the responses of models with ≥4 independent variables. See Table 3 for statistical description of the models. See Fig. 3 legend for abbreviation definitions.

Case No. 1:20-cv-02484-MSK   Document 45-2   filed 04/28/21   USDC Colorado   pg 76 of 134

TABLE 3. Regression models for change in abundance of the dominant species of ungrazed vs. grazed plant communities—[(grazed − ungrazed)/ungrazed] × 100—and sensitivity of change in the dominant species to changing an independent variable from a low to a high value while holding other independent variables constant. Data were transformed using $\sqrt{y + 1}$. Low–high values used in sensitivity analyses were ANPP (aboveground net primary production): 50–500 g·m⁻²· yr⁻¹; consumption: 30–60% of ANPP; evolutionary history of grazing, rank: 1–4; precipitation: 200–700 mm/yr; duration of exclosure to grazing: 5–50 yr; low temperature: 0–20°C.

| Data group (model type) | Independent variables* | Cumulative $R^2$ | Final model† | | Significance | df |
|---|---|---|---|---|---|---|
| | | | Slope or Beta | Sensitivity†‖ | | |
| All communities, Methods: ≤4§ | Evolutionary history | .22 | −0.182 | −115 to −28 | .000 | 125 |
| | Consumption % | .36 | $-7.785 \times 10^{-3}$ | −56 to −5 | .000 | |
| | Precipitation | .40 | $-2.048 \times 10^{-4}$ | −26 to −1 | .010 | |
| | Low temperature | .42 | $-7.610 \times 10^{-3}$ | −38 to −2 | .002 | |
| | Years of exclosure | .45 | $-1.698 \times 10^{-2}$ | −71 to −8 | .000 | |
| | (Years of exclosure)² | .49 | $1.863 \times 10^{-4}$ | | .003 | |
| | Regression constant | | 1.860 | | .000 | |
| Grasslands-plus-Shrublands, Precip. ≤1000 mm/yr, Methods: ≤4§ | Consumption × Precipitation | .43 | $1.971 \times 10^{-5}$ | | .063 | 99 |
| | Evolutionary history | .55 | −0.168 | −109 to −44 | .000 | |
| | Consumption % | .57 | $-2.053 \times 10^{-2}$ | −108 to −11 | .001 | |
| | Precipitation | .59 | $-1.231 \times 10^{-3}$ | −75 to −1 | .009 | |
| | Low temperature | .61 | $-6.055 \times 10^{-3}$ | −31 to −6 | .024 | |
| | Regression constant | | 2.246 | | .000 | |
| Grasslands, Precip. ≤1000 mm/yr, Methods: ≤4§ | ANPP | .15 | $-3.416 \times 10^{-3}$ | −105 to −10 | .000 | 62 |
| | (ANPP)² | .28 | $4.780 \times 10^{-6}$ | | .001 | |
| | Consumption % | .30 | $-5.837 \times 10^{-2}$ | −264 to −5 | .001 | |
| | Evolutionary history | .32 | −0.695 | −204 to −19 | .001 | |
| | Evolutionary history × Consumption | .42 | $1.414 \times 10^{-2}$ | | .002 | |
| | Regression constant | | 3.838 | | .000 | |

*†‡§ See Table 2 footnotes.
‖ Sensitivities can vary even when there is no interaction term in a model due to the effect of back-transformation.



TABLE 4. Regression models for the difference in aboveground production of grazed vs. ungrazed plant communities—[(grazed − ungrazed)/ungrazed] × 100—and sensitivity of change in ANPP (aboveground net primary production) to changing an independent variable from a low to a high value while holding other independent variables constant. Low–high values used in sensitivity analyses were ANPP: 50–500 g·m$^{-2}$·yr$^{-1}$; consumption: 30–60% of ANPP; evolutionary history of grazing, rank: 1–4; duration of exclosure to grazing: 5–50 yr.

| Data group | Independent variables* | Cumu- lative $R^2$ | Slope or Beta | Sensitivity | Signif- icance | df |
|---|---|---|---|---|---|---|
| All communities | Years of exclosure | .11 | −0.331 | −14.9 | .009 | 71 |
| | (Consumption)$^2$ | .17 | −1.845 × 10$^{-2}$ | | .006 | |
| | Consumption | .24 | 1.549 | −5.9 | .022 | |
| | ANPP | .25 | −1.610 × 10$^{-2}$ | −7.3 | .058 | |
| | Regression constant | | 9.178 | | .065 | |
| Grasslands-plus-Shrublands, Precip. ≤1000 mm/yr | (Consumption)$^2$ | .20 | −3.025 × 10$^{-2}$ | | .000 | 52 |
| | ANPP | .35 | −5.787 × 10$^{-2}$ | −26.0 | .000 | |
| | Years of exclosure | .42 | −0.367 | −16.5 | .000 | |
| | Consumption % | .50 | 2.553 | −9.5 | .000 | |
| | Evolutionary history | .59 | 7.951 | +23.9 | .002 | |
| | Regression constant | | −62.191 | | .001 | |
| Grasslands, Precip. ≤1000 mm/yr | (Consumption)$^2$ | .16 | −2.829 × 10$^{-2}$ | | .000 | 48 |
| | ANPP | .36 | −6.292 × 10$^{-2}$ | −28.3 | .000 | |
| | Consumption | .47 | 2.133 | −12.3 | .003 | |
| | Regression constant | | −30.145 | | .071 | |

* † ‡ See Table 2 footnotes.

tem–environmental variables in models for change in dominant species compared to models for species dissimilarity, but still accounted for less than half of the potential sensitivity increments.

For a subset of species that could be classified, the dominant species of ungrazed treatments were categorized according to life-form (bunchgrass, sodgrass, shrub, forb, or grass-like) and annual or perennial, and $C_3$ or $C_4$ metabolism (R. B. Shaw, *personal communication*), and these characteristics were compared to average percentage decrease or increase with grazing. Cases where bunchgrasses were the dominant species in exclosures displayed the greatest decrease with grazing (−43%, $n = 82$), followed by sodgrasses (−29%, $n = 25$), grass-like life-forms (−25%, $n = 12$), forbs (−16%, $n = 25$), and shrubs (+18%, $n = 9$). The average rank of evolutionary history of grazing for cases where a sodgrass was the dominant species in exclosures was 3.48, followed by grass-like life-forms (2.86), bunchgrasses (2.80), shrubs (2.15), and forbs (1.78). Perennials decreased 43% on average compared to a decrease of only 35% for annuals. $C_4$ species decreased 53% with grazing compared with a 27% decrease for $C_3$ species.

### Changes in aboveground net primary production

Percentage differences in ANPP between grazed compared to ungrazed plant communities, for all communities combined, were significantly and negatively related to increasing years of treatment, levels of consumption, and site productivity (ANPP), but together these variables explained only 25% of the variance across all sites (Table 4). There were 51 grassland and 21 other community types in the all-communities model. Restricting analysis to grasslands-plus-shrublands resulted in the addition of evolutionary history

of grazing to the model, and $R^2$ increased to 0.59. Level of consumption contributed the greatest to explaining variance. Further restricting analysis to grasslands alone resulted in only two variables in the model with a cumulative $R^2$ of 0.47. Degrees of freedom in the grasslands-only model were only 48, and there were insufficient data to analyze shrublands alone.

For all communities combined and for grasslands-plus-shrublands, differences in ANPP between grazed and ungrazed treatments were generally insensitive to changes in level of consumption, but highly sensitive to years of grazing treatment (Table 4). Sensitivity to change in the level of ANPP was low in the all-communities model, but high in the other two models. The grasslands-plus-shrublands model for the effects of grazing on ANPP showed a wide range of values that were both positive and negative, compared with a narrow range of negative values for the all-communities-combined model (Fig. 5). Differences between grazed–ungrazed grasslands-plus-shrublands comparisons were positive for conditions of long evolutionary history, low ANPP, and few years of treatment; greatest negative differences were observed for the opposite set of conditions. Sensitivities to increases in ANPP were similar to increases in the evolutionary history of grazing, but the effects were negative and positive, respectively. Small positive effects of grazing were predicted by the grasslands-alone model when ANPP was low and levels of consumption low to moderate. With the exception of the all-communities model, differences in ANPP between grazed–ungrazed comparisons were more sensitive to changes in ecosystem variables (ANPP, evolutionary history of grazing) than to grazing (level of consumption, years of grazing treatments) variables.



FIG. 5.  Sensitivity analyses of percentage of difference in aboveground net primary production (ANPP) between grazed and ungrazed treatments for sites around the world. Ranges were chosen to provide examples of reasonable low–high values; this approach was taken to make it possible to represent the responses of models with ≥4 independent variables. See Table 4 for statistical description of the models. See Fig. 3 legend for definition of abbreviations.

### Comparisons of community types

Separate models for grasslands and shrublands could be developed only for species dissimilarity. Progressive restricting of community types was necessary for model construction, but served only as an indirect means of assessing differences between community types. Two additional approaches were taken to better distinguish differences between community types in their responses to grazing vs. protection.

First, we compared overall means for each dependent variable between community types regardless of which independent variables were reported. This provides a larger data base than that in the regressions because the initially large data set (Appendix 1) was reduced to a subset of cases as more variables entered a regression model, especially if the variables were less commonly assessed or more difficult to measure (consumption, for example). The mean species dissimilarity of grazed vs. ungrazed treatments for all grasslands was 0.458 ($n = 152$) compared with a value of 0.364 ($n = 68$) for all shrublands, 0.285 ($n = 14$) for all forests, and 0.357 ($n = 40$) for all mountain sites. The mean difference in abundance of the single most dominant species between all grazed and ungrazed sites was great-

est for grasslands ($-47\%$, $n = 152$), intermediate for mountain sites ($-33\%$, $n = 40$), and least for shrublands ($-25\%$, $n = 68$) and forests ($-23\%$, $n = 14$). The mean difference in ANPP between all grazed and ungrazed treatments was greatest for mountain sites ($-30\%$, $n = 11$), followed by grasslands ($-18\%$, $n = 75$), shrublands ($-15\%$, $n = 18$), and forests ($+8\%$, $n = 10$).

Second, predictions for shrublands were calculated based upon entering data for shrubland cases into grasslands-only models and examining residuals. This procedure asks the question: Under the conditions defined by the independent variables for a particular case, if this shrubland were a grassland, what would be the predicted change compared to the actual change as a shrubland? Sufficient numbers of forest, mountain, or desert sites were not available for examining residuals. For shrubland sites with data for all variables in the grasslands model, actual species dissimilarity was the same for grasslands and shrublands. However, predicted dissimilarity for shrublands based on regression coefficients in the grasslands model indicated that the grasslands model underestimated the impact of grazing on shrublands (Fig. 6). In other words, these shrublands



FIG. 6. Change in species composition ($1 -$ Whittaker's [1952] index of association) and absolute abundance of the dominant species of grazed vs. ungrazed plant communities, for grasslands or shrublands, for the mean of all sites and the mean of sites entering the grasslands-only regression model. Solid bar is the mean value for shrubland sites predicted by the grasslands regression model. $N$ is the number of cases, with $N$ for predicted values the same as that for shrubland sites with no missing data for variables in the grasslands-only model.

would not display as great a change in species composition if they were grasslands with the same ecosystem properties and environmental and grazing conditions. The mean values of independent variables for grasslands in the grasslands-only model were 257 $g \cdot m^{-2} \cdot yr^{-1}$ ANPP, 44% consumption of ANPP, and 3.38 ranking of evolutionary history of grazing, compared with the respective means for shrublands placed in the grasslands model of 130 $g \cdot m^{-2} \cdot yr^{-1}$, 56%, and 2.66 ranking. Thus, the ecosystem–environmental variables for shrublands compared to grasslands are those under which less change in species composition is predicted by the models, and actual mean species dissimilarity for all shrublands was less than that for all grasslands, but the grasslands-only model still underestimated effects on shrublands. No patterns were observed in plots of residuals of the shrublands in the grasslands model.

Predictions for difference in the dominant species based on regression coefficients in the grasslands-only model overestimated the impact of grazing on shrublands (Fig. 6). If these shrublands were grasslands, they

would have incurred more change in the dominant species than they actually did as shrublands. Examination of residuals showed a trend of the degree of overestimation decreasing with increasing ANPP and consumption. Dominant species of the 27 sites were 20 bunchgrasses and 7 forbs. Based upon all shrubland sites, shrubs were an average of 18% more abundant in grazed vs. ungrazed treatments when they were the dominant species ($n =$ only 9). Forcing shrublands into the grasslands models for change in ANPP could not be assessed because of the low number of shrubland sites having complete data for all variables in the grasslands model.

### Relationships between species, ANPP, root mass, and soil nutrients

An examination of relationships between dependent variables is important in the context of grazing because effects on species composition are often used to infer rangeland condition and trend for management purposes. Further, effects on aboveground primary production are often viewed as the effect of herbivory on total primary production. Neither of the above may be valid. We first examine to what extent species dissimilarity between grazed and protected sites is indicative of changes at other levels of the system.

Differences in ANPP between grazed and ungrazed sites were significantly and negatively related to species dissimilarity (Fig. 7). The relationship was variable, but explained more of the variance in change in ANPP than level of consumption alone (Table 4). Changes of root mass, soil organic matter or carbon, or soil nitrogen with grazing were not related to species dissimilarity of grazed vs. ungrazed sites (Fig. 7), or with level of consumption, years of protection, or consumption × years interaction (not shown). More sites displayed a positive than a negative response to grazing in terms of root mass. Soil organic matter or carbon and soil nitrogen responses to grazing were near equally divided between negative and positive. No consistently positive or negative responses were observed for soil phosphorus or soil pH, although soil water decreased in response to grazing in 13 of 15 sites (Appendix 2).

While differences in ANPP with grazing were related to differences in species composition, differences in root mass between grazed and ungrazed sites were not related to differences in ANPP (Fig. 8). Whereas the effect of grazing on ANPP averaged $-23\%$, the effect on root mass averaged $+20\%$. Further, positive effects of grazing on root mass occurred in 61% of the sites where grazing had negative effects on ANPP and in 62% of sites where differences in ANPP were negative, positive, or not known.

### Within-community comparisons

In our comparisons across communities, the level of consumption was commonly an important explanatory

Case No. 1:20-cv-02484-MSK    Document 45-2    filed 04/28/21    USDC Colorado    pg 79 of 134

Case No. 1:20-cv-02484-MSK   Document 45-2   filed 04/28/21   USDC Colorado   pg 80 of 134



FIG. 7.  Change in aboveground net primary production (ANPP), root mass, soil organic matter or carbon, and soil nitrogen in relation to species dissimilarity of grazed vs. ungrazed sites (1 − Whittaker's [1952] index of association). G = Grasslands, S = Shrublands, F = Forests, M = Mountain sites (meadow or alpine). In ANPP graph ——— = regression for grasslands ($r^2$ = 0.19, $N$ = 74) and − − − = all communities combined ($r^2$ = 0.18, $N$ = 113). In the other three graphs "?" represents sites with no data for the independent variable, but included for positive–negative comparisons of the dependent variable.

variable but years of treatment (protection) was often not. How important are these explanatory variables when viewed on a within-community scale? Across communities, ecosystem–environmental variables often had greater effects than grazing variables. How do the two grazing variables compare to differences due to year-to-year fluctuations in abiotic conditions within a site, or to topography within a site? We were interested in topographic effects also because of the potential variance associated with this factor in the across-site comparisons, and because of the commonly held view that lowlands (or swales) are preferred to uplands (ridgetops) by grazing animals due to the more nutritious and palatable forage produced on the more fertile site. We used species dissimilarity to answer the question because it allowed us to make the largest number of within-community comparisons.

On a frequency basis, increases in species dissimilarity occurred in 86% of the cases for increases in consumption, 64% for lowlands compared with uplands, and 59% for increases in years of protection. Calculations of the average per-unit increase or decrease for all within-community comparisons resulted in a change in species dissimilarity of +0.0083 per percentage-unit of consumption, +0.0117 per year of protection, and +0.0485 for lowlands vs. uplands

(midslope excluded as a segment). Coefficients of variation were large, with the highest for topography (4.21), intermediate for years of protection from grazing (2.91), and smallest for consumption (1.36). The average change from uplands to lowlands was equivalent to 5.8 percentage-units of consumption or 4 yr of protection



FIG. 8.  Difference in root mass in relation to difference in aboveground net primary production (ANPP). G = Grasslands, S = Shrublands, M = Mountain sites (meadow or alpine). See Fig. 7 legend for explanation of "?".

BLM_0057841

given an average consumption of 42% and an average of 17 yr of protection. There were only a few sites with ≥3 yr of sampling whereby year-to-year variance around a longer-term trend could be discerned; this variance was often large. Within communities as well as between, ecosystem–environmental variables may be as important as grazing variables.

## DISCUSSION

There are advantages as well as disadvantages in our approach to synthesizing existing results of the effects of grazing on plant communities. Our approach was not formal meta-analyses, but there are similarities between the two. Mann (1990), in a discussion of the controversy surrounding formal meta-analysis, suggested that the non-subjective alternative to traditional reviews and the potential for results emerging from studies whose findings initially seemed scattered or conflicting outweighed problems associated with comparing apples and oranges and mixing good and bad studies. Our approach entailed combining studies that used different methods, grazing systems, and animals, and varied in topography or weather during the year(s) of study, etc. The studies also spanned a range of strong to weak experimental designs and degrees of accuracy in estimating variables such as aboveground net primary production (ANPP) or consumption. The influence of this noise may be viewed in two different ways. Relationships that emerge may be more important than the analyses suggest, or the noise may lead to the appearance of erroneous results. Our interpretation of results from the analyses are tempered by both views; we accept the general directions indicated by the relationships and the relative influence of variables in the statistical models, but do not accept, and caution against use of, the models as predictors of absolute values. The variance associated with the models arises from both inherent noise as well as from the inability to include all independent variables that may be important. Further, our statistical models are based upon available data, which may not equally represent the range in abiotic and ecosystem variables. We view this study as a first, but somewhat crude, attempt to address the issue of grazing effects at a broad scale. This may be important as global-scale questions such as land use, global climate change, etc., become an increasing concern.

### Changes in species composition

A generalized model of the effects of grazing on grassland community structure (Milchunas et al. 1988) proposed that interactions occurring along gradients of evolutionary history of grazing and environmental moisture, or its correlate ANPP, were primary factors explaining changes in plant species diversity, changes in species composition, and invasion by exotics across gradients in grazing intensity. The direct act of grazing by large herbivores represents a loss of organs to in-

dividual plants and an alteration of canopy structure to the community. Plant reactions to the grazing event will depend upon the ability of individuals to compensate for lost organs and the relative impact of the removal on competitive relationships in the canopy. Canopy development and aboveground-to-belowground ratios increase with increasing moisture/productivity. Therefore, a given percentage removal from the canopy will have a greater effect in subhumid than in arid environments both in terms of the intensity of plant interactions in the canopy and percentage removal of total plant biomass. Grazing should have a greater effect on species composition in more humid areas because adaptations of tall growth forms capable of competing for light in a dense canopy are opposite to those that provide resistance to or avoidance of grazing. In contrast, plant adaptations to frequent loss of organs from drought or herbivory are similar, and under these arid and semiarid conditions competition is primarily for belowground resources. The explanation of the evolutionary history of grazing gradient in the conceptual model was that increasing grazing history over evolutionary time results in greater capacities for regrowth following herbivory, and in favoring prostrate growth forms. In communities of long evolutionary history and high ANPP, grazing causes rapid shifts in the dynamic balance between suites of species adapted to either grazing avoidance/tolerance or competition in the canopy. Although this conceptual model was competition based and dealt with species diversity, changes in species composition were explicitly addressed and related to change in diversity.

Results from the analyses of the global data set support the conceptual model with respect to the relative impact of grazing along an environmental moisture or productivity gradient. However, the statistical model did not indicate an interaction of productivity with evolutionary history of grazing. Instead, increasing evolutionary history of grazing produced increasing dissimilarity in species composition with grazing regardless of the level of ANPP. The conceptual model of Milchunas et al. (1988) predicted large changes in species composition at high ANPP for both short and long evolutionary histories of grazing, but relatively moderate changes at a low ANPP–short evolutionary history of grazing and small changes at low ANPP–long evolutionary history. The conceptual model provided only the four corners of the space formed by the two primary gradients to illustrate differences between the extreme situations. Statistical models were based upon available data that may not uniformly represent all situations. Placing bounds of <350 mm/yr precipitation and >3.5 evolutionary history of grazing on our present data set yields only two sites; a shortgrass steppe in Colorado and a mixed prairie in Alberta with average species dissimilarities of 0.140. If we divide the space into four contiguous quadrants by dividing all sites into two equal-size groups based on evolutionary

BLM_0057842

Case No. 1:20-cv-02484-MSK   Document 45-2   filed 04/28/21   USDC Colorado   pg 82 of 134



FIG. 9.   Changes in plant species diversity and species composition in relation to grazing intensity for the extreme four conditions along gradients of evolutionary history of grazing and productivity–moisture as predicted by the conceptual model of Milchunas et al. (1988) compared with mean species dissimilarity values for each quadrant of the gradient space for grasslands-plus-shrublands and grasslands-only data from this study. Mean values for consumption (% of ANPP), ANPP (aboveground net primary production, in grams per square metre per year), and evolutionary history of grazing (ev. history, rank) for each quadrant are for the sites having data for all four variables, precipitation ≤1000 mm/yr, and nonbiomass methods of categorizing species abundance. Values in parentheses are for grasslands alone. Diversity graphs and △ (change in) species composition adapted from Milchunas et al. 1988.

history of grazing, and then divide these two groups in two based on ANPP, the ranking of mean species dissimilarities for the quadrants is: long history–high ANPP > short history–high ANPP > long history–low ANPP > short history–low ANPP (Fig. 9). It was not feasible to assess whether the large differences between ungrazed and grazed plant communities with high ANPP were due to (1) a relatively greater switching of grazing-tolerant species with canopy-competitor species at long evolutionary histories, vs. (2) relatively greater influx of ruderals at short evolutionary histories.

Change in species dissimilarities in grazed–ungrazed comparisons were more sensitive to changes in each of the ecosystem–environmental independent variables than they were to changes in grazing variables. Some of the studies used in the analyses were from systems with native grazers where populations are not regulated by humans, some were from sites where grazing by domestic livestock was "uncontrolled" or "free-grazing" or represented "overgrazed" situations, but most were studies of controlled levels of grazing by domestic livestock (Appendix 1). In controlled range management studies, intensities of grazing are usually

chosen to develop stocking-rate guides that predict optimum animal mass gain per unit area of land (e.g., Bement 1969). Heavy grazing intensities represent the downside of the profit–efficiency curve and are not chosen to represent ecological consequences of moving the system across a threshold to a different state, i.e., overgrazing. Keeping this in mind, as well as the global rather than site-specific scale we are dealing with in these analyses, the predominance of ecosystem–environmental variables rather than grazing variables in sensitivity analyses suggests that where we graze may be more important than how we graze.

*Changes in dominant species,*
*life-forms, and growth forms*

Changes in dominant species with grazing were related to similar independent variables as changes in species composition. Model predictions spanned a wide range of positive and negative values. In mediterranean grasslands grazed by domestic livestock for >5000 yr, Noy-Meir et al. (1989) observed tall perennial and tall annual grasses dominated ungrazed sites, whereas small, prostrate annuals were abundant in heavily grazed sites. Whereas perennial species were somewhat more fre-

BLM_0057843

quent among protected sites, grazing response was strongly associated with plant growth form, even though individual species were not always consistent across sites in their response to grazing. Inconsistency between local sites in the response of individual species has also been observed (Crawley 1990) and for wet vs. dry years (Milchunas et al. 1989) within the same sites. Grazing may select for prostrate morphs within populations of a particular species (Detling and Painter 1983, McNaughton 1984). In terms of the number of cases in our summaries, there were general trends, but not a high degree of consistency, for "increaser"–"decreaser" categories with respect to broad life-form or annual or perennial groupings. A consistent response to grazing appears to be selection for low-growing, prostrate growth forms—an avoidance mechanism. Annuals and shrubs may often increase with grazing as perennials decrease, although possibly only if grazing reduces competition and/or grazers act as seed dispersers. Grazing may not always reduce levels of competition or be a disturbing force in a system (Milchunas et al. 1988, 1990). Our analyses further suggest that generalizations concerning life-forms, growth forms, and dominant species are modified by ecosystem–environmental variables.

The common perception of grazing as a factor in the conversion of grasslands to shrublands and perennial grasslands to annual grasslands (Crawley 1983, Archer 1989) is supported by our results, although other factors can be equally important (Archer 1989). Although conversion of grasslands to shrublands is viewed as a major problem associated with grazing of/by domestic livestock, grazing of shrublands is more intense for a given level of ANPP. Further, higher levels of consumption (utilization) were measured in shrublands than in grasslands for the same reported qualitative description of grazing intensity (light, moderate, or heavy). Thus, perceptions of grazing intensities in shrublands seem to be underestimating actual levels of consumption. Perceptions of grazing intensities are probably formed visually, which keys on changes in species and gross structural attributes of the habitat. On average, species dissimilarity of grazed vs. ungrazed shrublands was less than that for grasslands, and increases in dominants in grazed areas were 9 times more likely in shrublands compared with grasslands. Further, shrubs are the relatively more conspicuous component of shrublands and provide an additional increment of structural complexity to that of grasslands; dominant shrubs were less likely to decrease under grazed vs. ungrazed conditions than were dominant grasses. Although species dissimilarity of grazed vs. ungrazed shrublands averaged less than for grasslands, the grasslands-only model underestimated the effects of grazing on changes in the species composition of shrublands. This would suggest that shrublands are inherently more sensitive to grazing, but environmental conditions and ecosystem attributes of shrublands are those under

which relatively less impact of grazing occur. While perceptions of the amount or intensity of grazing may not be accurate, actual measurements of grazing intensities in grazing studies are lacking more often than not. In the search for data used in our analyses, ≈500 journal articles on effects of grazing on plant communities were surveyed, with only 97 meeting selection criteria (see *Methods*: *Data collection*). More than half of grazing/plant–community studies gave only qualitative estimates of grazing intensities.

### Changes in aboveground net primary production

There has been much controversy over the hypothesis that herbivory may in some situations increase productivity (Belsky 1986a, 1987, McNaughton 1986, Verkaar 1986, Crawley 1987, Hobbs and Swift 1988, Westoby 1989). Results of tests of this hypothesis are confounded by the scale of observation: (1) individual plant vs. community, (2) short-term vs. long-term, and (3) aboveground, belowground, or total plant biomass. We first consider long-term community responses in ANPP to grazing, and later discuss the potential for different conclusions based upon belowground data (see next section).

Most of the differences between ANPP of grazed vs. ungrazed plant communities were negative. However, the statistical models for grasslands-plus-shrublands or for grasslands alone predicted positive ANPP responses to grazing in some situations. For the entire data set, 17% of the cases had positive values for the effects of grazing on ANPP and these were generally low levels of consumption and few years of treatment. Many of the increases in ANPP were small. We did not consider statistical significance for raw data that entered regressions; rather, we assumed equal chances of nonsignificant and significant values in positive and negative directions.

Conditions under which grazing was more likely to increase or have no or small effect on ANPP were long evolutionary history and low productivity, regardless of the number of years of grazing treatment or the levels of consumption within a range generally not considered abusive "overgrazing." Negative effects of grazing were, however, predicted for sites of long evolutionary grazing history with high ANPP and many years of treatment. While these results suggest general trends, the amount of unexplained variability in the statistical models suggests that there may be many exceptions. One such exception may be the role of grazers in reducing litter buildup in productive systems, which can in some situations increase productivity. For example, increases in ANPP with grazing have been reported for productive tallgrass prairie with a long evolutionary history of grazing (Appendix 1, Risser et al. 1981); Ketling (1954) concluded "the actual amount of dead material disposed horizontally over the soil appears to be the controlling factor." Penfound (1964) com-

mented that "apparently the effects of undergrazing, and of no grazing, are due to prodigious mulch . . . much of this mulch lies flat on the ground and is of sufficient thickness to prevent the emergence of seedlings and culms of the dominant grasses." On the other hand, grazing can have large negative impacts in some arid regions through its effect on erosion. Schlesinger et al. (1990) suggested that, in grazed land in southern New Mexico, loss of soil fertility by erosion leads to desertification of formerly productive grassland.

The most productive sites displayed the greatest percentage differences in ANPP, species composition, and dominant species between grazed–ungrazed comparisons. In contrast, communities with long evolutionary histories of grazing displayed the smallest effects of grazing on ANPP, but were more likely to change species composition when grazed. Changes in species composition may be considered a negative impact of grazing when exotic or undesirable (less palatable, productive, or stable) species replace native or desirable species, but may be considered a positive attribute for a system in terms of flexibility or plasticity in population structure when not accompanied by the above undesirable changes. A native species pool in productive systems with long evolutionary histories of grazing and with the capacity to shift species composition from those species adapted for competition in the canopy to those better adapted for avoidance of grazing (Milchunas et al. 1988) may ameliorate the impacts of grazing on aboveground productivity.

Across the global range of environments, the most productive sites displayed the greatest percentage reductions in ANPP with grazing. Within sites, we anticipated that lowlands would be more negatively impacted by grazing than uplands because lowlands are generally more productive and, therefore, more likely to be preferred by grazing animals. However, no consistent trends between topopographic positions were observed in sites that were differentiated topographically.

*Relationships between species, ANPP, root mass, and soil nutrients*

The number of years of protection from grazing did not commonly enter into regression models for species dissimilarity or the single-most-dominant species, but was important in explaining change in ANPP with grazing. If viewed in terms of hierarchy theory, we may consider species composition a fast, ANPP an intermediate, and soil nutrient pool a slow response variable. Most studies used in our analyses evaluated species composition many years after the grazing treatments had been initiated (Appendix 1); a large part of the responses in species composition may have occurred long before the year of sampling. Fast responses in species composition to changes in grazing intensities are often reported (Spence and Angus 1970, Thornton 1971). Alternatively, "For many range types, especially

in arid or semiarid areas, some stages of succession seem to become suspended, or static for very long periods of time" (Laycock 1989). Although possibly not surprising when viewed across the range of communities evaluated, it seems counterintuitive that years of protection was not a consistent within-site factor. Short-term (annual) weather fluctuations and long-term climatic cycles may often override or mask grazing effects (Hyder et al. 1975, Wilson 1989). Thus, environmental conditions from one year to the next may result in differences between dissimilarities of grazed–ungrazed comparisons as much as the long-term effect of grazing may have. Further, a sufficient number of studies could/did not define conditions prior to the start of the two grazing regimes, so that we could not use this as a factor in our analyses. Thus, "years of protection" is confounded by release from, and imposition of, grazing pressure. The Milchunas et al. (1988) generalized model of grazing predicted rapid shifts in species composition in subhumid environments where large herbivores have a large impact on canopy structure and slow changes in species composition in semiarid environments—both more likely to occur in communities with long than short evolutionary histories of grazing. Analyses in this study are inconclusive, either because the data set is inadequate to decipher generalities from noise or, alternatively, no generalizations exist.

It is a common perception that grazing has negative impacts on root systems. This is apparent from statements such as "The general rule appears to be 'stress the shoot, reduce the root,' and visa versa" (Crawley 1983: 104). Much of the evidence to support this statement comes from pot experiments, studies of translocation following clipping, etc., rather than a consensus of field studies (see Crawley 1983). Data analyzed in this study indicated no relationship between aboveground production and root mass in response to long-term grazing in the field. More important, negative impacts of grazing on aboveground production were accompanied by as many positive as negative responses belowground. The general perception of decreased plant production with grazing may not be as great when viewed at the level of the whole plant. Estimates of belowground production are very difficult with current methodologies (Singh et al. 1984, Milchunas and Lauenroth 1992), and only root mass was used in these analyses. However, root mass based on long-term studies is probably indicative of root production unless turnover is much less on grazed treatments.

Secondary succession is a key concept in current methods of assessing rangeland condition and trend in response to grazing by large herbivores. "Excellent" range condition is based upon species composition of the Clementsian-climax, i.e., upon pristine conditions, exemplified by ungrazed vegetation (Pendleton 1989). After more than a half century of use, traditional meth-

ods of assessing rangeland condition and trend are being challenged (Lauenroth and Laycock 1989). Many of the reasons for developing new methods of rangeland assessment are centered around the same criticisms of Clementsian succession that have appeared in ecological literature since the 1950s, although forage production, economics, and agronomic factors have also been considerations (Smith 1989). It is difficult to change an entrenched method that is appealing and easy for land managers and owners to use:

> This is not to say that SCS [Soil Conservation Service] has closed its "collective mind" to suggestions for improving our method of inventory and analysis of rangeland. . . . We will, however, be reluctant to adopt drastic changes to a proven, useful, successful concept—that of range condition and secondary succession—without adequate proof that the proposed changes are indeed an improvement (Pendleton 1989).

Although we do not propose new methods of range-condition-and-trend analyses, results from our analyses indicate a loose relationship between changes in species composition and changes in ANPP with grazing, and no relationship between changes in species composition and root mass, soil carbon, or soil nitrogen levels. Similar to the ANPP-to-root-mass relationship, changes in root mass, soil carbon, or soil nitrogen were both negative and positive regardless of the magnitude of change in species composition. The use of species-based criteria in management may lead to erroneous conclusions about the long-term ability of grazing lands to sustain productivity when changes in species composition are minor and changes in soil nutrient levels are negative and large, or may lead to an overestimate of the impact of grazing when the opposite occurs. These results are not surprising in light of hierarchy theory: observations made at one level of a perturbed system may not be indicative of the response at another level (Allen and Star 1982, O'Neill et al. 1986). Adequate means of assessing impacts of grazing on ecosystems must be multi-scaled, and the variable assessed must be scaled to the question being asked. Species composition may adequately indicate the immediate responses to catastrophic events, changes in land use, or imposition of grazing pressure, but may not adequately indicate release from these (Laycock 1989, Tilman and El Haddi 1992). Primary productivity does not necessarily change when species composition changes, and can increase or decrease depending upon the replacement species, life-history traits, and the manner in which the continuing grazing pressure or stress affects water and light resources and nutrient cycling rates. Increases in short-term nutrient cycling rates may increase primary production over time periods of years to decades while decreasing large, recalcitrant nutrient pools. For example, increased mineralization rates in response to an increase in temperatures associated with global climate change were predicted to increase primary productivity over a period of decades, after which productivity would decline due to depletion of large pools of soil organic carbon (Schimel et al. 1990). Evaluating any one variable can provide misleading perceptions concerning the potential for shifting a system to an alternate state.

### Acknowledgments

Many individuals responded to requests for information additional to that published in their papers, or for studies that we were either not aware of or did not have access to: N. Afanasiev, Denis Barnes, Ian F. Beale, Chuck Bonham, Jack Brotherson, C. Wayne Cook, CSIRO Information Services Unit, Rodolfo Golluscio, Harold F. Heady, Rod Heitschmidt, Wayne Leininger, J. M. Lock, Sam J. McNaughton, Z. Naveh, N. Rotova, Osvaldo E. Sala, Harshwardhan R. Sant, E. M. Schmutz, S. Smoliak, Forrest A. Sneva, Argenta A. Titlyanova, Joe Trlica, Tuncay Tukel, W. D. Willms, and Li Yonghong. We thank Argenta Titlyanova, N. Afanasiev, N. Rotowa, and Bill Lewis for language interpretations. The difficult and time-consuming task of ranking the sites according to evolutionary history of grazing was accomplished by Farrel A. Branson, Robert T. Coupland, Rexford F. Daubenmire, Harold F. Heady, and Joseph R. Thomasson. Phil Chapman provided statistical advice, and Robert Shaw classified dominant species. Deborah Goldberg's extraordinary effort as editor helped improve the manuscript in ways too numerous to mention. This is a contribution of the Shortgrass Steppe Long-Term Ecological Research Program (NSF BSR-8114822) and the Colorado Agricultural Experiment Station (1-57661).

### Literature Cited

Abulfatih, H. A., H. A. Emara, and A. El. Hashish. 1989. The influence of grazing on vegetation and soil of Asir Highlands in south western Saudi Arabia. Arab Gulf Scientific Research, Agricultural Biological Science **B**7:69–78.

Afanasyev, N. A., and N. P. Rotowa. 1986. The effect of grazing intensity on steppe ecosystems. Pages 59–61 in A. A. Titlyanova, editor. Productivity of hayfields and pastures. Publishing House: Science, Siberian Division, Novosibirsk, Russian Federation.

Allen, T. H. F., and Starr. 1982. Hierarchy: perspectives for ecological complexity. University of Chicago Press, Chicago, Illinois, USA.

Archer, S. 1989. Have southern Texas savannas been converted to woodlands in recent history? American Naturalist **134**:545–561.

Arnold, G. W. 1981. Grazing behaviour. Pages 79–104 in F. H. W. Morley, editor. Grazing animals. Elsevier Scientific, Amsterdam, The Netherlands.

Ayyad, M. A., and H. F. El-Kadi. 1982. Effect of protection and controlled grazing on the vegetation of a mediterranean desert ecosystem in northern Egypt. Vegetatio **49**:129–139.

Barnes, D. L. 1979. Cattle ranching in the semi-arid savannas of east and southern Africa. Pages 9–54 in B. H. Walker, editor. Management of semi-arid ecosystems. Elsevier Scientific, Amsterdam, The Netherlands.

Bazilevich, N. I., and N. V. Semeniuk. 1983. Quantitative evaluation of anthropogenic impact on functioning of grazed grassland. Izvestija Scientific USSR, Series Geographical **6**: 53–61.

Beebe, J. D., and G. R. Hoffman. 1968. Effects of grazing on vegetation and soils in southeastern South Dakota. American Midland Naturalist **80**:96–110.

Belsky, A. J. 1986a. Does herbivory benefit plants? A review of the evidence. American Naturalist **127**:870–892.

———. 1986b. Population and community processes in a mosaic grassland in the Serengeti, Tanzania. Journal of Ecology **74**:841–856.

————. 1987. The effects of grazing: confounding of ecosystem, community, and organism scales. American Naturalist 129:777–783.

Bethlenfalvay, G. J., and S. Dakessian. 1984. Grazing effects on mycorrhizal colonization and floristic composition of the vegetation on a semiarid range in northern Nevada. Journal of Range Management 37:312–316.

Biddiscombe, E. F. 1953. A survey of the natural pastures of the Trangie district, New South Wales, with particular reference to the grazing factor. Australian Journal of Agricultural Research 4:1–30.

Blydenstein, J., C. R. Hungerford, G. I. Day, and R. R. Humphrey. 1957. Effect of domestic livestock exclusion on vegetation in the Sonoran desert. Ecology 38:522–526.

Bock, C. E., J. H. Bock, W. R. Kenney, and V. M. Hawthorne. 1984. Responses of birds, rodents, and vegetation to livestock exclusion in a semidesert grassland site. Journal of Range Management 37:239–242.

Bonham, C. D. 1972. Ecological inventory and data storage retrieval system for the Research Ranch. Range Science Department Science Series Number 14. Colorado State University, Fort Collins, Colorado, USA.

Bonham, C. D., and M. J. Trlica. 1985. Forage: a volumetric measure of desertification trend in the four corners region. USDA Competitive Grants Program for Antidesertification, final report. Range Science Department, Colorado State University, Fort Collins, Colorado, USA.

Bowns, J. E., and C. F. Bagley. 1986. Vegetation responses to long-term sheep grazing on mountain ranges. Journal of Range Management 39:431–434.

Brady, W. W., M. R. Stromberg, E. F. Aldon, C. D. Bonham, and S. H. Henry. 1989. Response of a semidesert grassland to 16 years of rest from grazing. Journal of Range Management 42:284–288.

Brand, M. D., and H. Goetz. 1986. Vegetation of exclosures in southwestern North Dakota. Journal of Range Management 39:435–437.

Breman, H., and A. M. Cisse. 1977. Dynamics of Sahelian pastures in relation to drought and grazing. Oecologia 28:301–315.

Brotherson, J. D., S. R. Rushforth, and J. R. Johansen. 1983. Effects of long-term grazing on cryptogam crust cover in Navajo National Monument, Arizona. Journal of Range Management 36:579–581.

Brown, J. W., and J. L. Schuster. 1969. Effects of grazing on a hardland site in the southern High Plains. Journal of Range Management 22:418–423.

Canfield, R. H. 1948. Perennial grass composition as an indicator of condition of southwestern mixed grass ranges. Ecology 29:190–204.

Carr, S. G. M., and J. S. Turner. 1959a. The ecology of the Bogong High Plains. I. The environmental factors and the grassland communities. Australian Journal of Botany 7:12–33.

Carr, S. G. M., and J. S. Turner. 1959b. The ecology of the Bogong High Plains. II. Fencing experiments in grassland C. Australian Journal of Botany 7:34–63.

Chandapillai, M. M. 1970. Variation in fixed dune vegetation at Newborough Warren, Anglesey. Journal of Ecology 58:193–201.

Chaneton, E. J., J. M. Facelli, and R. J. C. Leon. 1988. Floristic changes induced by flooding on grazed and ungrazed lowland grasslands in Argentina. Journal of Range Management 41:495–496.

Chew, R. M. 1982. Changes in herbaceous and suffrutescent perennials in grazed and ungrazed desertified grassland in southeastern Arizona, 1958–1978. American Midland Naturalist 108:159–169.

Collins, S. L. 1987. Interaction of disturbances in tallgrass prairie: a field experiment. Ecology 68:1243–1250.

Crawley, M. J. 1983. Herbivory. Studies in Ecology 10. University of California Press, Berkeley, California, USA.

————. 1987. Benevolent herbivores? Trends in Ecology and Evolution 2:167–168.

————. 1990. Rabbit grazing, plant competition and seedling recruitment in acid grassland. Journal of Applied Ecology 27:803–820.

Detling, J. K., and E. L. Painter. 1983. Defoliation responses of western wheatgrass populations with diverse histories of prairie dog grazing. Oecologia 57:65–71.

Dix, R. L. 1959. The influence of grazing on the thin-soil prairies of Wisconsin. Ecology 40:36–49.

Dormaar, J. F., S. Smoliak, and W. D. Willms. 1989. Vegetation and soil responses to short-duration grazing on fescue grasslands. Journal of Range Management 42:252–256.

Dormaar, J. F., S. Smoliak, and W. D. Willms. 1990. Distribution of nitrogen fractions in grazed and ungrazed fescue grassland Ah horizons. Journal of Range Management 43:6–9.

Drew, W. B. 1947. Floristic composition of grazed and ungrazed prairie vegetation in north-central Missouri. Ecology 28:26–41.

Duvall, V. L., and N. E. Linnartz. 1967. Influences of grazing and fire on vegetation and soil of longleaf pine-bluestem range. Journal of Range Management 20:241–247.

Dyer, M. I. 1975. The effects of Red-winged Blackbirds (Agelaius phoeniceus L.) on biomass production of corn grains (Zea mays L.). Journal of Applied Ecology 12:719–726.

Dyer, M. I., J. K. Detling, D. C. Coleman, and D. W. Hilbert. 1982. The role of herbivores in grasslands. Pages 255–295 in J. R. Estes, R. J. Tyrl, and J. N. Brunken, editors. Grasses and grasslands. University of Oklahoma Press, Norman, Oklahoma, USA.

Eddy, A., D. Welch, and M. Rawes. 1969. The vegetation at Moore House National Nature Reserve in the northern Pennines, England. Vegetatio 16:239–284.

Edroma, E. L. 1984. Effects of burning and grazing on the productivity and number of plants in Queen Elizabeth National Park, Uganda. African Journal of Ecology 22:165–174.

Evanko, A. B., and R. A. Peterson. 1955. Comparisons of protected and grazed mountain rangelands in southwestern Montana. Ecology 36:71–82.

Facelli, J. M. 1988. Response to grazing after nine years of cattle exclusion in a flooding pampa grassland, Argentina. Vegetatio 78:21–25.

Facelli, J. M., R. J. C. Leon, and V. A. Deregibus. 1989. Community structure in grazed and ungrazed grassland sites in the flooding pampa, Argentina. American Midland Naturalist 121:125–133.

Floret, C. 1981. The effects of protection on steppic vegetation in the Mediterranean arid zone of Southern Tunisia. Vegetatio 46:117–129.

Floret, C., R. Pontanier, and S. Rambal. 1982. Measurement and modelling of primary production and water use in a south Tunisian steppe. Journal of Arid Environments 5:77–90.

Gardner, J. L. 1950. Effects of thirty years of protection from grazing in desert grassland. Ecology 31:44–50.

————. 1951. Vegetation of the creosotebush area of the Rio Grande Valley in New Mexico. Ecological Monographs 21:379–403.

Gardner, J. L., and D. S. Hubbel. 1943. Some vegetational responses after eight years of protection from grazing. Ecology 24:409–410.

Gibson, D. J. 1988. The relationship of sheep grazing and soil heterogeneity to plant spatial patterns in dune grassland. Journal of Ecology 76:233–252.

Golluscio, R. A., R. J. C. Leon, and S. Perelman. 1982.

Caracterizacion fitosociologica de la estepa del oeste de Chubut; su relacion con el gradiente ambiental. Boletin Sociedad Argentina Botanica **21**:299–324.

Grant, W. E. 1971. Comparisons of aboveground plant biomass on ungrazed pastures vs. pastures grazed by large herbivores, 1970 season. United States International Biological Program, Grassland Biome Technical Report 131. Natural Resource Ecology Laboratory, Colorado State University, Fort Collins, Colorado, USA.

Heitschmidt, R. K., S. L. Dowhower, R. A. Gordon, and D. L. Price. 1985. Response of vegetation to livestock grazing at the Texas Experimental Ranch. Texas Agricultural Experiment Station B-1515. Texas A&M University, College Station, Texas, USA.

Hobbs, N. T., and D. M. Swift. 1988. Grazing in herds: when are nutritional benefits realized? American Naturalist **131**:760–764.

Hofmann, L., and R. E. Ries. 1989. Animal performance and plant production from continuously grazed cool-season reclaimed and native pastures. Journal of Range Management **42**:248–251.

Holechek, J. L., and T. Stephenson. 1983. Comparison of big sagebrush vegetation in northcentral New Mexico under moderately grazed and grazing excluded conditions. Journal of Range Management **36**:455–456.

Hurd, R. M. 1961. Grassland vegetation in the Big Horn Mountains, Wyoming. Ecology **42**:459–467.

Hyder, D. N., R. E. Bement, E. E. Remmenga, and D. F. Hervey. 1975. Ecological responses of native plants and guidelines for management of shortgrass range. United States Department of Agriculture Agricultural Research Service Technical Bulletin Number 1503. United States Government Printing Office, Washington, D.C., USA.

Johnson, W. M. 1956. The effect of grazing intensity on plant composition, vigor, and growth of pine-bunchgrass ranges in central Colorado. Ecology **37**:790–798.

Johnston, A. 1961. Comparison of lightly grazed and ungrazed range in the fescue grassland of southwestern Alberta. Canadian Journal of Plant Science **41**:615–622.

Johnston, A., J. F. Dormaar, and S. Smoliak. 1971. Long-term grazing effects on fescue grassland soils. Journal of Range Management **24**:185–188.

Joyce, L. A. 1989. An analysis of the range forage situation in the United States: 1989–2040. United States Department of Agriculture Forest Service General Technical Report RM-180. United States Government Printing Office, Washington, D.C., USA.

Kelly, R. D., and B. H. Walker. 1976. The effects of different forms of land use on the ecology of a semi-arid region in south-eastern Rhodesia. Journal of Ecology **64**:553–576.

Kennan, T. C. D. 1969. A review of research into the cattle-grass relationship in Rhodesia. Pages 1–26 in Proceedings of the Veld Management Conference, May 1969, Bulawayo, Rhodesia, Volume 4. Government Printer, Salisbury, Rhodesia.

Ketling, R. W. 1954. Effects of moderate grazing on the composition and plant production of a native tall-grass prairie in central Oklahoma. Ecology **35**:200–207.

Klipple, G. E., and D. F. Costello. 1960. Vegetation and cattle responses to different intensities of grazing on short-grass ranges on the Central Great Plains. United States Department of Agriculture Technical Bulletin Number 1216. United States Government Printing Office, Washington, D.C., USA.

Koelling, M. R., and C. L. Kucera. 1965. Dry matter losses and mineral leaching in bluestem standing crop and litter. Ecology **46**:529–532.

Kucera, C. L. 1956. Grazing effects on composition of virgin prairie in north-central Missouri. Ecology **37**:389–391.

Kucera, C. L., R. C. Dahlman, and M. R. Koelling. 1967.

Total net productivity and turnover on an energy basis for tallgrass prairie. Ecology **48**:536–541.

Lauenroth, W. K. 1979. Grassland primary production: North American grasslands in perspective. Pages 3–24 in N. R. French, editor. Perspectives in grassland ecology. Springer-Verlag, New York, New York, USA.

Lauenroth, W. K., and W. A. Laycock. 1989. Secondary succession and the evaluation of rangeland condition and trend. Westview special studies in agricultural science and policy. Westview Press, Boulder, Colorado, USA.

Launchbaugh, J. L. 1955. Vegetational changes in the San Antonio prairie associated with grazing, retirement from grazing and abandonment from cultivation. Ecological Monographs **25**:39–57.

Laycock, W. A. 1967. How heavy grazing and protection affect sagebrush-grass ranges. Journal of Range Management **20**:206–213.

———. 1989. Secondary succession and range condition criteria: introduction to the problem. Pages 1–15 in W. K. Lauenroth and W. A. Laycock, editors. Secondary succession and the evaluation of rangeland condition. Westview special studies in agricultural science and policy. Westview Press, Boulder, Colorado, USA.

Laycock, W. A., and P. W. Conrad. 1981. Responses of vegetation and cattle to various systems of grazing on seeded and native mountain rangelands in eastern Utah. Journal of Range Management **34**:52–58.

Leege, T. A., D. J. Herman, and B. Zamora. 1981. Effects of cattle grazing on mountain meadows in Idaho. Journal of Range Management **34**:324–328.

Lewis, C. E., G. W. Tanner, and W. S. Terry. 1988. Plant responses to pine management and deferred-rotation grazing in north Florida. Journal of Range Management **41**:460–465.

Lewis, J. K. 1971. The grassland biome: a synthesis of structure and function, 1970. Pages 317–387 in N. R. French, editor. Preliminary analysis of structure and function in grasslands. Range Science Series Number 10. Department of Range Science, Colorado State University, Fort Collins, Colorado, USA.

Lock, J. M. 1972. The effects of hippopotamus grazing on grasslands. Journal of Ecology **60**:445–467.

Mann, C. 1990. Meta-analysis in the breech. In Research News section. Science **249**:476–480.

Marrs, R. H., A. Rizand, and A. F. Harrison. 1989. The effects of removing sheep grazing on soil chemistry, aboveground nutrient distribution, and selected aspects of soil fertility in long-term experiments at Moor House National Nature Reserve. Journal of Applied Ecology **26**:647–661.

Martin, S. C., and D. R. Cable. 1974. Managing semidesert grass-shrub ranges. United States Department of Agriculture Forest Service Technical Bulletin Number 1480. United States Government Printing Office, Washington, D.C., USA.

McGinnies, W. G. 1943. Some vegetational responses after eight years of protection from grazing. Ecology **24**:409–410.

McLean, A. 1970. Plant communities of the Similkameen Valley, British Columbia, and their relationship to soils. Ecological Monographs **40**:403–423.

McLean, A., and E. W. Tisdale. 1972. Recovery rate of depleted range sites under protection from grazing. Journal of Range Management **25**:178–184.

McNaughton, S. J. 1979. Grazing as an optimization process: grass–ungulate relationships in the Serengeti. American Naturalist **113**:691–703.

———. 1983a. Compensatory plant growth as a response to herbivory. Oikos **40**:329–336.

———. 1983b. Serengeti grassland ecology: the role of composite environmental factors and contingency in community organization. Ecological Monographs **53**:291–320.

BLM_0057848

——. 1984. Grazing lawns: animals in herds, plant form, and coevolution. American Naturalist **124**:863–886.

——. 1985. Ecology of a grazing ecosystem: the Serengeti. Ecological Monographs **55**:259–294.

——. 1986. On plants and herbivores. American Naturalist **128**:765–770.

Milchunas, D. G., and W. K. Lauenroth. 1992. Carbon dynamics and estimates of primary production by harvest, $^{14}$C dilution, and $^{14}$C turnover. Ecology **73**:593–607.

Milchunas, D. G., W. K. Lauenroth, and P. L. Chapman. 1992. Plant competition, abiotic, and long- and short-term effects of large herbivores on demography of opportunistic species in a semiarid grassland. Oecologia **92**:520–531.

Milchunas, D. G., W. K. Lauenroth, P. L. Chapman, and M. K. Kazempour. 1989. Effects of grazing, topography, and precipitation on the structure of a semiarid grassland. Vegetatio **80**:11–23.

Milchunas, D. G., W. K. Lauenroth, P. L. Chapman, and M. K. Kazempour. 1990. Community attributes along a perturbation gradient in a shortgrass steppe. Journal of Vegetation Science **1**:375–384.

Milchunas, D. G., O. E. Sala, and W. K. Lauenroth. 1988. A generalized model of the effects of grazing by large herbivores on grassland community structure. American Naturalist **132**:87–106.

Minson, D. J. 1981. Nutritional differences between tropical and temperate pastures. Pages 143–157 in F. H. W. Morley, editor. Grazing animals. Elsevier Scientific, Amsterdam, The Netherlands.

Morton, A. J. 1974. Ecological studies of a fixed dune grassland at Newborough Warren, Anglesey. I. The structure of the grassland. Journal of Ecology **62**:253–260.

Naveh, Z. 1982. The dependence of the productivity of a semi-arid mediterranean hill pasture ecosystem on climatic fluctuations. Agricultural Environment **7**:47–61.

Naveh, Z., and J. Kinski. 1975. The effect of climate and management on species diversity of a tabor oak–savannah pasture in Israel. Publication Number 245. Technion-Israel Institute of Technology, Agricultural Engineering Faculty, Haifa, Israel.

Naveh, Z., and R. H. Whittaker. 1979. Structural and floristic diversity of shrublands and woodlands in northern Israel and other mediterranean areas. Vegetatio **41**:171–190.

Novellie, P. 1988. The impact of large herbivores on the grassveld in the Addo Elephant National Park. South African Journal of Wildlife Research **18**:6–10.

Noy-Meir, I., M. Gutman, and Y. Kaplan. 1989. Responses of mediterranean grassland plants to grazing and protection. Journal of Ecology **77**:290–310.

O'Neill, R. V., D. L. DeAngelis, J. B. Wade, and T. F. H. Allen. 1986. A hierarchical concept of ecosystems. Monographs in Population Biology 23. Princeton University Press, Princeton, New Jersey, USA.

Orr, D. M. 1980. Effects of sheep grazing *Astrebla* grassland in central western Queensland. I. Effects of grazing pressure and livestock distribution. Australian Journal of Agricultural Research **31**:797–820.

Pace, C. P., and J. F. Thilenius. 1968. Composition, production, and site factors of some grasslands in the Black Hills of South Dakota. United States Department of Agriculture Forest Service Research Note RM-103. United States Government Printing Office, Washington, D.C., USA.

Pearson, H. A., and L. B. Whitaker. 1974. Yearlong grazing of slash pine ranges: effects on herbage and browse. Journal of Range Management **27**:195–197.

Pearson, L. C. 1965. Primary production in grazed and ungrazed desert communities of eastern Idaho. Ecology **46**:278–285.

Pendleton, D. T. 1989. Range condition as used in the Soil

Conservation Service. Pages 17–34 in W. K. Lauenroth and W. A. Laycock, editors. Secondary succession and the evaluation of rangeland condition. Westview Press, Boulder, Colorado, USA.

Penfound, W. T. 1964. The relation of grazing to plant succession in the tall grass prairie. Journal of Range Management **17**:256–260.

Pieper, R. D. 1968. Comparison of vegetation on grazed and ungrazed pinyon-juniper grassland sites in southcentral New Mexico. Journal of Range Management **21**:51–53.

Rasmussen, L. L., and J. D. Brotherson. 1986. Response of winterfat (*Ceratoides lanata*) communities to release from grazing pressure. Great Basin Naturalist **46**:148–156.

Rauzi, F. 1963. Water intake and plant composition as affected by differential grazing on rangeland. Journal of Soil and Water Conservation **18**:114–116.

Rawes, M. 1981. Further results of excluding sheep from high-level grasslands in the north Pennines. Journal of Ecology **69**:651–669.

Rice, B., and M. Westoby. 1978. Vegetative responses of some Great Basin shrub communities protected against jackrabbits or domestic stock. Journal of Range Management **31**:28–33.

Risser, P. G., E. C. Birney, H. D. Blocker, S. W. May, W. J. Parton, and J. A. Wiens. 1981. The true prairie ecosystem. Hutchinson Ross, Stroudsburg, Pennsylvania, USA.

Risser, P. G., and R. K. Kennedy. 1972. Herbal dynamics of a tallgrass prairie, Osage, 1971. United States International Biological Program, Grassland Biome Technical Report Number 173. Natural Resource Ecology Laboratory, Colorado State University, Fort Collins, Colorado, USA.

Risser, P. G., and R. K. Kennedy. 1975. Herbal dynamics of an Oklahoma tallgrass prairie, Osage, 1972. United States International Biological Program, Grassland Biome Technical Report Number 273. Natural Resource Ecology Laboratory, Colorado State University, Fort Collins, Colorado, USA.

Rose, K. A. 1983. A simulation comparison and evaluation of parameter sensitivity methods applicable to large models. Pages 129–140 in W. K. Lauenroth, G. V. Skogabee, and M. Flug, editors. Analyses of ecological systems, state of the art in ecological modeling. Elsevier Scientific, New York, New York, USA.

Roundy, B. A., and G. L. Jordan. 1988. Vegetation changes in relation to livestock exclusion and rootplowing in southeastern Arizona. Southwestern Naturalist **33**:425–436.

Rousseeuw, P. J., and A. M. Leroy. 1987. Outlier diagnostics. Pages 216–247 in Robust regression and outlier detection. Wiley series in probability and mathematical statistics. John Wiley & Sons, New York, New York, USA.

Rummell, R. S. 1951. Some effects of livestock grazing on ponderosa pine forest and range in central Washington. Ecology **32**:594–607.

Sala, O. E., M. Oesterheld, R. J. C. Leon, and A. Soriano. 1986. Grazing effects upon plant community structure in subhumid grasslands of Argentina. Vegetatio **67**:27–32.

Sala, O. E., W. J. Parton, L. A. Joyce, and W. K. Lauenroth. 1988. Primary production of the central grassland region of the United States. Ecology **69**:40–45.

Sampson, A. W. 1919. Plant succession in relation to range management. United States Department of Agriculture Bulletin Number 791. United States Government Printing Office, Washington, D.C., USA.

Sant, H. R. 1964. Seasonal variation in coverage of selected grasses and forbs in relation to grazing intensities in India. Journal of Range Management **17**:74–75.

Schimel, D. S., W. J. Parton, T. G. F. Kittel, D. S. Ojima, and C. V. Cole. 1990. Grassland biogeochemistry: links to atmospheric processes. Climatic Change **17**:13–25.

Schlesinger, W. H., J. F. Reynolds, G. L. Cunningham, L. F.

Huenneke, W. M. Jarrell, R. A. Virginia, and W. G. Whitford. 1990. Biological feedbacks in global desertification. Science 247:1043–1048.

Schmutz, E. M., C. C. Michaels, and B. I. Judd. 1967. Boysag Point: a relict area on the north rim of Grand Canyon in Arizona. Journal of Range Management 20:363–369.

Schulz, T., and W. C. Leininger. 1990. Differences in riparian vegetation structure between grazed areas and exclosures. Journal of Range Management 43:295–299.

Sims, P. L., J. S. Singh, and W. K. Lauenroth. 1978. The structure and function of ten western North American grasslands. I. Abiotic and vegetational characteristics. Journal of Ecology 66:251–285.

Singh, J. S., W. K. Lauenroth, H. W. Hunt, and D. M. Swift. 1984. Bias and random errors in estimators of net root production: a simulation approach. Ecology 65:1760–1764.

Skarpe, C. 1990. Shrub layer dynamics under different herbivore densities in an arid savanna, Botswana. Journal of Applied Ecology 27:873–885.

Smart, N. O. E., J. C. Hatton, and D. H. N. Spence. 1985. The effect of long-term exclusion of large herbivores on vegetation in Murchison Falls National Park, Uganda. Biological Conservation 33:229–245.

Smith, D. A., and E. M. Schmutz. 1975. Vegetative changes on protected versus grazed desert grassland ranges in Arizona. Journal of Range Management 28:453–458.

Smith, E. L. 1989. Range condition and secondary succession: a critique. Pages 103–141 in W. K. Lauenroth and W. A. Laycock, editors. Secondary succession and the evaluation of rangeland condition. Westview Press, Boulder, Colorado, USA.

Smoliak, S. 1974. Range vegetation and sheep production at three stocking rates on Stipa-Bouteloua prairie. Journal of Range Management 27:23–26.

Smoliak, S., J. F. Dormaar, and A. Johnston. 1972. Long-term grazing effects on Stipa–Bouteloua prairie soils. Journal of Range Management 25:246–250.

Sneva, F. A., L. R. Rittenhouse, P. T. Tueller, and P. Reece. 1984. Changes in protected and grazed sagebrush-grass in eastern Oregon, 1937–1974. Oregon Agricultural Experiment Station Bulletin Number 663. Oregon State University, Corvallis, Oregon, USA.

Society for Range Management. 1989. A glossary of terms used in range management. Society for Range Management, Denver, Colorado, USA.

Soriano, A., H. Alippe, O. E. Sala, T. Schlicter, C. P. Movia, R. J. C. Leon, R. Trabucco, and V. A. Deregibus. 1976. Ecology of the Coiron Amargo (Stipa spp.) prairie in the SW Chubut. Academia Nacional de Agronomia y Veterinaria, Buenos Aires (Argentina) 30:1–28.

Spence, D. H. N., and A. Angus. 1970. African grassland management: burning and grazing in Murchison Falls National Park, Uganda. British Ecological Society Symposium 11:319–331.

Strugnell, R. G., and C. D. Pigott. 1978. Biomass, shoot-production and grazing of two grasslands in the Rwenzori National Park, Uganda. Journal of Ecology 66:73–96.

Svejcar, T. J. and J. A. Browning. 1988. Growth and gas exchange of Andropogon gerardii as influenced by burning. Journal of Range Management 41:239–244.

Thalen, D. C. P. 1979. Ecology and utilization of desert shrub rangelands in Iraq. Dr. W. Junk B.V., Publishers, The Hague, The Netherlands.

Thornton, D. D. 1971. The effect of complete removal of hippopotamus on grassland in the Queen Elizabeth National Park, Uganda. East African Wildlife Journal 9:47–55.

Thurow, T. L., and A. J. Hussein. 1989. Observations on vegetation responses to improved grazing systems in Somalia. Journal of Range Management 42:16–19.

Tilman, D., and A. El Haddi. 1992. Drought and biodiversity in grasslands. Oecologia 89:257–264.

Tisdale, E. W. 1947. The grasslands of the southern interior of British Columbia. Ecology 28:346–382.

Titlyanova, A., G. Rusch, and E. van der Maarel. 1988. Biomass structure of limestone grasslands on Oland in relation to grazing intensity. Acta Phytogeographica Suecica 76:125–134.

Tomanek, G. W., and F. W. Albertson. 1953. Some effects of different intensities of grazing on mixed prairies near Hays, Kansas. Journal of Range Management 6:299–306.

Tomanek, G. W., and F. W. Albertson. 1957. Variations in cover, composition, production, and roots of vegetation in two prairies in western Kansas. Ecological Monographs 27:267–281.

Tukel, T. 1984. Comparison of grazed and protected mountain steppe rangeland in Ulukisla, Turkey. Journal of Range Management 37:133–135.

Verkaar, H. J. 1986. When does grazing benefit plants? Trends in Ecology and Evolution 1:168–169.

Vickery, P. J. 1981. Pasture growth under grazing. Pages 55–77 in F. H. W. Morley, editor. Grazing animals. Elsevier Scientific, Amsterdam, The Netherlands.

Vogel, W. G., and G. M. Van Dyne. 1966. Vegetation responses to grazing management on a foothill sheep range. Journal of Range Management 19:80–85.

Walker, B. H., D. Ludwig, C. S. Holling, and R. M. Peterman. 1981. Stability of semiarid savanna grazing systems. Journal of Ecology 69:473–498.

Waser, N. M., and M. V. Price. 1981. Effects of grazing on diversity of annual plants in the Sonoran Desert. Oecologia 50:407–411.

Weaver, J. E., and W. W. Hansen. 1941. Regeneration of native midwestern pastures under protection. Nebraska Conservation Bulletin Number 23. University of Nebraska, Lincoln, Nebraska, USA.

West, N. E., F. D. Provenza, P. S. Johnson, and M. K. Owens. 1984. Vegetation change after 13 years of livestock grazing exclusion on sagebrush semidesert in West Central Utah. Journal of Range Management 37:262–264.

Westoby, M. 1989. Selective forces exerted by vertebrate herbivores on plants. Trends in Ecology and Evolution 4:115–117.

Whittaker, R. H. 1952. A study of summer foliage insect communities in the Great Smoky Mountains. Ecological Monographs 22:1–44.

Williams, O. B. 1968. Studies in the ecology of the Riverine Plain. IV. Basal area and density changes of Danthonia caespitosa Gaudich. in a natural pasture grazed by sheep. Australian Journal of Botany 16:565–578.

———. 1969. Studies in the ecology of the Riverine Plain. V. Plant density response of species in a Danthonia caespitosa grassland to 16 years of grazing by Merino sheep. Australian Journal of Botany 17:255–268.

Willms, W. D., S. Smoliak, and J. F. Dormaar. 1985. Effects of stocking rate on rough fescue grassland vegetation. Journal of Range Management 38:220–225.

Willms, W. D., S. Smoliak, and G. B. Schaalje. 1986. Cattle weight gains in relation to stocking rate on rough fescue grassland. Journal of Range Management 39:182–187.

Wilson, A. D. 1979. Management of the natural pastures of south-western New South Wales. Australian Rangeland Journal 1:351–362.

———. 1989. The development of systems of assessing the condition of rangeland in Australia. Pages 77–102 in W. K. Lauenroth and W. A. Laycock, editors. Secondary succession and the evaluation of rangeland condition. Westview Press, Boulder, Colorado, USA.

Wood, M. K., and W. H. Blackburn. 1984. Vegetation and

BLM_0057850

soil responses to cattle grazing systems in the Texas rolling plains. Journal of Range Management **37**:303–308.

Yong-hong, L. 1989. Impact of grazing on *Aneurolepidium chinense* steppe and *Stipa grandis* steppe. Acta Oecologica Ecological Applications **10**:31–46.

Zimmerman, G. T., and L. F. Neuenschwander. 1984. Livestock grazing influences on community structure, fire intensity, and fire frequency within the Douglas-fir/ninebark habitat type. Journal of Range Management **37**:104–110.

BLM_0057851

**APPENDIX 1**

Characteristics of 276 pairs of grazed vs. ungrazed plant communities. Values for different communities within a study are identical with values in the first row of data in that study unless otherwise noted.

| | Citation | Location | Vegetation type/ Species | Temperature (°C)* Min. | Temperature (°C)* Max. | Ppt† (mm/yr) | ANPP‡ (g·m$^{-2}$·yr$^{-1}$) Ungrazed | ANPP‡ (g·m$^{-2}$·yr$^{-1}$) Grazed |
|---|---|---|---|---|---|---|---|---|
| | | AFRICA | | | | | | |
| 1 | Lock 1972, *personal communication* | Uganda: western Rift Valley | *Sporobolis–Themeda–Chloris* | 18.0 | 28.0 | 714[1] | 536 496[1] 475 | ? 360[1] |
| 2 | Thornton 1971 | Uganda: western Rift Valley | *Themeda–Heteropogon*, now *Sporobolus–Chrysochloa* | 18.0 | 28.0 | 714[2] | 475[2] | 360[2] |
| 3 | Edroma 1984 | Uganda: western Rift Valley | *Hyparrhenia–Themeda* | 18.0 | 28.0 | 884 | 475[3] | 360[3] |
| 4 | McNaughton 1983b, *personal communication* | Tanzania-Kenya: Serengeti | *Sporobolus–Digitaria, Sporobolus–Cenchrus Pennisetum, Andropogon–Pennisetum* | 14.0 | 32.0 | 612[4] 573 614 528 | ? | ? |
| 5 | Belsky 1986b | Tanzania: Serengeti | Mosaic grassland/*Andropogon–Chloris* | 20.0 | 24.6 | 750 | ? | ? |
| 6 | Thurow and Hussein 1989 | Somalia: near Afgoi | *Acacia–*forb/*Indigofera–Ipomora* | 26.5 | 28.9 | 446 | 257[6] | 314 241 |
| 7 | Breman and Cissé 1977 | Mali: Niono region | Shrub grassland[7]/*Pterocarpus–Schoenefeldia* | 25.8 | 34.7 | 570 | 204[7] 200 | 127 |
| 8 | Kennan 1969 | Zimbabwe: Matopos near Bulawayo | Thornveld/*Acacia–Themeda* | 2.5 | 29.8 | 586 | 264[8] | ? |
| | | | Sandveld/*Terminalia, Hyparrhenia* | 2.5 | 29.8 | 586 | 193[8] | ? |
| 9 | Novellie 1988 | South Africa: Cape Province | Bontveld/*Themeda–Digitaria* | 15.0 | 22.5 | 479 | ? | ? |
| | | ASIA | | | | | | |
| 10 | Ayyad and El-Kadi 1982 | Egypt: west of Alexandria | Mediterranean desert/*Plantagineto–Asphodeletum* | 13.0 | 26.0 | 150 | 50 45 45 | 30 24 24 |
| 11 | Floret 1981 | Tunisia: Djeffara | Mediterranean arid steppe/*Rhantherium–Zygophyllum* | 5.5 | 34.0 | 221 221 188 | 100[11] | ? |
| 12 | Abulfatih et al. 1989 | Saudi Arabia: Asir Highlands | *Acacia–*shortgrass semi-desert | 13.0 | 22.4 | 332 | 140 | ? |
| | | | *Tricholaena–Cynodon* | | | 332 | 85 | |
| 13 | Sant 1964, *personal communication* | India, northern | Upper Gangetic plains/*Dichanthium–Cynodon* | 17.7 | 34.7 | 1110[13] | 1439[13] | 1078[13] 851 |
| 14 | Thalen 1979 | Iraq: southern desert | Desert shrub/*Haloxylon, Halogeton* | 6.0 | 42.0 | 100[14] | 34[14] | ? |
| 15 | Naveh and Whittaker 1978, Z. Naveh, *personal communication* | Israel: Kfar Hanoar Hadati | Tabor oak grassland/*Avena–Trifolium* | ? | ? | 723 | ? | ? |
| 16 | Naveh and Kinski 1975, Z. Naveh, *personal communication* | Israel: lower Galilee | Tabor oak savannah/*Avena–Trifolium* | 7.0 | 32.0 | 578 | 240[16] | ? |
| 17 | Tukel 1984, *personal communication* | Turkey: Nigde | Mountain steppe/*Salvia–Festuca* | 1.0 | 20.5 | 362 | 110[17] | 54[17] |
| 18 | Yong-hong 1989, *personal communication* | China: Inner Mongolia | *Aneurolepidium Chinense* steppe | −3.6 | 26.6 | 355 | 124[18] | 111[18] 123 114 |
| | | | *Stipa grandis* steppe | −3.6 | 26.6 | 355 | 126[18] | 122[18] 92 67 |

APPENDIX 1. Continued.

| Herbivore consumption | | Duration of protection from grazing (yr) | Evolutionary history of grazing‖ | | Species dissimilarity¶ | Methods |
|---|---|---|---|---|---|---|
| Qualitative (grazing intensity) | Quantitative (ANPP eaten, %/yr) | | Rank | Certainty | | |
| H | 30[1] | 2 | 3.92 | 3.4 | 0.470 | Biomass composition by quadrat |
| H | | | | | 0.580 | |
| H | 43[1] | | | | 0.200 | |
| VH | 43[2] | 3 | 3.96 | 3.4 | 0.292 | Basal cover by ? |
| | | 5 | | | 0.496 | |
| | 43[3] | 3 | 3.92 | 3.4 | 0.504 | Density by quadrat |
| | ?[4] | 13 | 3.96 | 3.4 | 0.631 | Relative abundance of canopy cover by point frame |
| | | | | | 0.424 | |
| | | | | | 0.321 | |
| | | | | | 1.000 | |
| H | ? | 18 | 3.92 | 3.4 | 0.804[5] | Cover by photoplot |
| M | 15[6] | 2 | 3.39 | 2.6 | 0.306 | % cover by line–point transect |
| H | 31 | | | | 0.526 | |
| VH | ?[7] | LT[7] | 3.06 | 2.4 | 0.932[7] | Density by strip transect |
| VH | ? | | | | 0.719 | |
| H | 75[8] | 4 | 3.81 | 2.6 | 0.699 | Basal cover by point frame |
| | | 7 | | | 0.856 | |
| | | 10 | | | 0.780 | |
| | | 13 | | | 0.832 | |
| | | 15 | | | 0.934 | |
| H | 75[8] | 4 | 3.75 | 2.1 | 0.428 | |
| | | 7 | | | 0.664 | |
| | | 10 | | | 0.612 | |
| | | 13 | | | 0.760 | |
| | | 15 | | | 0.766 | |
| H | ?[9] | 17 | 3.39 | 3.1 | 0.427 | Abundance by nearest plant point survey |
| VH | 48[10] | 5 | 3.00 | 2.1 | 0.305[10] | Density by quadrat |
| | | | | | 0.204 | |
| | | | | | 0.165 | |
| VH | ? | 7 | 3.06 | 2.4 | 0.096[11] | Cover by line-point transect |
| VH | ? | | | | 0.308 | |
| H | ? | | | | 0.251 | |
| VH | ?[12] | 5 | 2.50 | 1.9 | 0.330[12] | Importance value by quadrat[12] |
| VH | ? | | | | 0.445 | |
| M | 25[13] | 2[13] | 3.00 | 2.1 | 0.375 | Cover by quadrat |
| VH | 40 | | | | 0.332 | |
| H | ?[14] | 15 | 2.50 | 1.9 | 0.153 | Density by quadrat |
| | | 7 | | | 0.111 | |
| H | 65[15] | 3 | 2.29 | 2.1 | 0.906 | Relative cover by quadrat |
| M | ? | 7 | 2.57 | 2.1 | 0.164 | Relative abundance by ranking |
| H | ? | | | | 0.267 | |
| VH | 80[17] | 30 | 3.08 | 1.9 | 0.484 | Frequency by quadrat |
| L | ?[18] | 6 | 2.58 | 1.9 | 0.431[18] | Density by quadrat |
| M | ? | | | | 0.212 | |
| H | ? | | | | 0.220 | |
| L | ? | 6 | 2.58 | 1.9 | 0.368[18] | |
| M | ? | | | | 0.205 | |
| H | ? | | | | 0.320 | |

BLM_0057853

D. G. MILCHUNAS AND W. K. LAUENROTH  Ecological Monographs
Vol. 63, No. 4

**APPENDIX 1.** Continued.

| Citation | Location | Vegetation type/Species | Temperature (°C)* Min. | Max. | Ppt† (mm/yr) | ANPP‡ (g·m⁻²·yr⁻¹) Ungrazed | Grazed |
|---|---|---|---|---|---|---|---|
| 19 Bazilevich and Semeniuk 1983, A. Titlyanova, *personal communication*[19] | USSR: Kursk region | Meadow–steppe/*Bromus–Calamagrostis* | ? | ? | 560[19] | 600[19] | 380[19] 328 297 |
| 20 Afanasyev and Rotowa 1986, N. A. Afanasyer, N. P. Rotowa, and A. Titlyanova, *personal communication*[20] | USSR: Khakase | Koybal steppe/*Stipa–Festuca* | −20.0 | 17.9 | ? | 265[20] | ? |
| **AUSTRALIA** | | | | | | | |
| 21 Orr 1980 | Australia: central W. Queensland | Astrebla grassland/*Astrebla–Aristida* | ? | ? | ? | 223 | 163 147 |
| 22 Williams 1968, 1969[22] | Australia: New South Wales | Riverine plain/*Danthonia–Chloris* | 6.9 | 23.6 | 401 | ? | ? |
| 23 Biddiscombe 1953 | Australia: New South Wales | *Eucalyptus–Stipa–Chloris* | 3.3 | 33.8 | 452 | 427 | ? |
| 24 Carr and Turner 1959*a, b* | Australia: Victoria | Bogong high plains alpine/*Poa–Leptorrhynchus*[24] | −2.7 | 15.6 | 2426 | ? | ? |
| **EUROPE** | | | | | | | |
| 25 Gibson 1988 | England: Wales | dune grassland/*Festuca–Carex* | 15.1 | 12.0 | 902[25] | 413[25] | ? |
| 26 Rawes 1981 | England: North Pennines | *Agrostis–Festuca* | ? | ? | 1911[26] | 173 163 | ? |
| 27 Titlyanova et al. 1988, A. Titlyanova, *personal communication* | Sweden: Öland | limestone grassland/*Veronica–Avenula* | 17.1 | 18.9 | 437 | 199[27] | 179 160 |
| **NORTH AMERICA** | | | | | | | |
| 28 Lewis et al. 1988 | USA: Florida | flatwoods/*Pinus–Aristida*[28] | 5.0 | 32.0 | 1400 | ? | ? |
| 29 Launchbaugh 1955 | USA: Texas | coastal prairie/*Andropogon–Stipa* | 10.5 | 28.8 | 1041 | ? | ? |
| 30 Brady et al. 1989 | USA: Arizona | Semidesert grassland/*Bouteloua–Eragrostis*[30] | −1.7 | 32.4 | 430 | 124[30] | ? |
| 31 Duvall and Linnartz 1967 | USA: Louisiana | Longleaf pine–bluestem/*Andropogon–Panicum*[31] | 1.6 | 34.4 | 1473 | 327[31] | 374 388 374 388 374 388 |
| 32 Bock et al. 1984 | USA: Arizona | Semidesert grassland/*Bouteloua–Baccharis* | −1.7 | 32.4 | 430 | 124[32] | ? |
| 33 Pearson and Whitaker 1974 | USA: Louisiana | Slash pine/*Andropogon–Panicum*[33] | 1.6 | 34.4 | 1473 | 114[33] 112 90 | 117[33] 112 116 |
| 34 Canfield 1948 | USA: Arizona | Mesquite grassland/*Bouteloua–Aristida*[34] | 2.7 | 33.8 | 343 | ? | ? |
| | | mixed grama grassland/*Bouteloua–Aristida*[34] | | | 470 | ? | ? |

**APPENDIX 1.   Continued.**

| Herbivore consumption | | Duration of protection from grazing (yr) | Evolutionary history of grazing‖ | | Species dissimilarity‖ | Methods |
| Qualitative (grazing intensity) | Quantitative (ANPP eaten, %/yr) | | Rank | Certainty | | |
|---|---|---|---|---|---|---|
| | 8 | 40 | 2.10 | 1.6 | 0.580 | Productive cover degree |
| | 18 | | | | 0.620 | |
| | 61 | | | | 0.763 | |
| M | ? | 14 | 2.58 | 1.9 | 0.639 | Mass abundance (%) by ? |
| VH | ? | | | | 0.833 | |
| M | 20[21] | 15[21] | 1.63 | 2.9 | 0.786[21] | Frequency by quadrat |
| H | 30 | | | | 0.818 | |
| H | ?[22] | 3 | 1.30 | 3.1 | 0.414 | Density by quadrat |
| | | 5 | | | 0.259 | |
| L | 11[23] | 30 | 1.10 | 2.9 | 0.188 | Density by quadrat |
| M | 15 | | | | 0.210 | |
| H | 23 | | | | 0.367 | |
| VH | 46 | | | | 0.312 | |
| | ? | 10 | 1.36 | 2.6 | 0.259 | Cover by point rod |
| H | 59[25] | 3 | 1.61 | 2.1 | 0.523 | Density by quadrant |
| | 74[26] | 24 | 2.21 | 1.9 | 0.454 | Cover by point frame |
| | 26 | 23 | | | 0.424 | |
| M | ? | 4 | 2.09 | 2.4 | 0.306 | Green biomass by quadrat |
| VH | ? | | | | 0.858 | |
| | 50[28] | 8 | 1.35 | 3.4 | 0.315[28] | Frequency by line transect |
| L | ?[29] | 50 | 2.35 | 3.4 | 0.492[29] | Cover composition by line intercept |
| | | | | | 0.686 | |
| | | | | | 0.851 | |
| | | | | | 0.872 | |
| | | | | | 0.884 | |
| | | | | | 0.862 | |
| | | | | | 0.894 | |
| H | ?[29] | | | | 0.904 | |
| M | 45[30] | 16 | 2.64 | 2.1 | 0.388 | Canopy cover by quadrat |
| M | 46 | 5 | 1.66 | 3.1 | 0.181 | Composition by line-loop frequency |
| H | 67 | | | | 0.248 | |
| M | 46 | 7 | | | 0.319 | |
| H | 67 | | | | 0.432 | |
| M | 46 | 9 | | | 0.314 | |
| H | 67 | | | | 0.585 | |
| | 45[32] | 13 | 2.64 | 2.1 | 0.285 | Ground cover by line transect |
| L | 30 | 11 | 1.66 | 3.1 | 0.073 | Frequency by quadrat |
| M | 45 | | | | 0.206 | |
| H | 60 | | | | 0.430 | |
| L | | 5 | 3.05 | 2.9 | 0.180[34] | % composition by line intercept |
| | | 25 | | | 0.230 | |
| H | | 5 | | | 0.619 | |
| | | 25 | | | 0.609 | |
| L | | 5 | 2.61 | 2.6 | 0.200 | |
| | | 25 | | | 0.390 | |
| H | | 5 | | | 0.430 | |
| | | 25 | | | 0.560 | |

BLM_0057855

356     D. G. MILCHUNAS AND W. K. LAUENROTH    

APPENDIX 1.   Continued.

| | | Vegetation type/ | Temperature (°C)* | | Ppt† | ANPP‡ (g·m⁻²·yr⁻¹) | |
|---|---|---|---|---|---|---|---|
| Citation | Location | Species | Min. | Max. | (mm/yr) | Ungrazed | Grazed |
| 35 Grant 1971, Sims et al. 1978 | USA: New Mexico | desert grassland/Bouteloua–Opuntia | −6.6 | 35.5 | 225 | 71[35] | 44 |
| 36 Waser and Price 1981 | USA: Arizona | Sonoran desert/Larrea–Plantago | 3.3 | 39.4 | 223[36] | ? | ? |
| 37 Chew 1982 | USA: Arizona | desert shrub/Larrea–Tridens[37] | −3.0 | 37.0 | 228 | ? | ? |
| 38 Blydenstein et al. 1957 | USA: Arizona | Sonoran desert/Larrea–Franseria | 3.3 | 37.2 | 274 | ? | ? |
| 39 Pieper 1968 | USA: New Mexico | pinyon–juniper/Bouteloua–Muhlenbergia[39] | −10.7 | 32.2 | 389 | 63<br>68<br>73 | 53<br>33<br>62 |
| 40 Smith and Schmutz 1975 | USA: Arizona | desert grassland/Prosopis–Bouteloua[40] | 1.6 | 35.0 | 394 | ? | ? |
| 41 Gardner 1950 | USA: New Mexico | desert grassland/Bouteloua–Hilaria[41] | 1.6 | 37.3 | 368 | ? | ? |
| 42 Roundy and Jordan 1988 | USA: Arizona | Sonoran–Chihuahuan desert shrub/Larrea–Muhlenbergia[42] | −2.7 | 36.6 | 248<br>284<br>222 | ? | ? |
| 43 Gardner 1951 | USA: New Mexico | Creosote bush/Larrea–Brickellia[43] | 3.1 | 25.5 | 216 | ? | ? |
| 44 Brown and Schuster 1969 | USA: Texas | Southern high plains/Juniperus–Bouteloua[44] | 2.0 | 25.0 | 502 | 202[44] | 122 |
| 45 Wood and Blackburn 1984 | USA: Texas | Mixed-grass prairie/Stipa–Bromus[45] | −2.7 | 36.7 | 624 | 400<br>400<br>441<br>441 | ? |
| 46 Heitschmidt et al. 1985, R. K. Heitschmidt, *personal communication* | USA: Texas | Mixed-grass prairie/Buchloe–Stipa[46] | 4.5 | 29.0 | 682 | 416<br><br>380<br><br>380<br><br>230 | 311<br>329<br>294<br>264<br>284<br>264<br>251<br>185 |
| 47 Ketling 1954 | USA: Oklahoma | Tallgrass prairie/Andropogon–Sorghastrum[47] | −3.0 | 35.0 | 783 | 322 | 413 |
| 48 Grant 1971, Sims et al. 1978 | USA: Texas | shortgrass steppe/Bouteloua–Buchloe | −6.1 | 32.7 | 499 | 103[48] | 119 |
| 49 Penfound 1964 | USA: Oklahoma | Tallgrass prairie/Andropogon–Bouteloua[49] | 2.7 | 35.0 | 783 | 322[49] | ? |
| 50 Collins 1987 | USA: Oklahoma | Tallgrass prairie/Andropogon–Sporobolus | −4.4 | 34.4 | 762[50] | 454[50] | ? |
| 51 Gardner and Hubbell 1943 | USA: New Mexico | Ponderosa pine/Actinea–Erigeron[51] | −10.0 | 30.5 | 432 | ? | ? |
| 52 McGinnies 1943 | USA: New Mexico | Ponderosa pine/Actinea–Erigeron | −10.0 | 30.5 | 432 | ? | ? |
| 53 Risser and Kennedy 1972, 1975 | USA: Oklahoma | Tallgrass prairie/Andropogon–Panicum | −2.7 | 35.0 | 880[53] | 598[53] | ? |
| 54 Grant 1971, Sims et al. 1978 | USA: Oklahoma | Tallgrass prairie/Andropogon–Sorghastrum | −5.0 | 34.4 | 880 | 270[54] | 240 |
| 55 Schmutz et al. 1967, E. M. Schmutz, *personal communication* | USA: Arizona | Sagebrush northern desert shrub/Artemisia–Stipa[55] | −7.7 | 33.8 | 305 | 47 | ? |
| 56 Holechek and Stephenson 1983 | USA: New Mexico | Big sagebrush/Artemisia–Bouteloua[56] | −13.0 | 30.0 | 300 | ? | ? |
| 57 Brotherson et al. 1983, J. D. Brotherson, *personal communication* | USA: Arizona | Pinyon–juniper/Artemisia–Bouteloua | 0.0 | 25.0 | 290 | ? | ? |

BLM_0057856

**APPENDIX 1.** Continued.

| Herbivore consumption | | Duration of protection from grazing (yr) | Evolutionary history of grazing‖ | | Species dissimilarity¶ | Methods |
|---|---|---|---|---|---|---|
| Qualitative (grazing intensity) | Quantitative (ANPP eaten, %/yr) | | Rank | Certainty | | |
| L-M | 40[35] | 1[35] | 2.33 | 2.9 | 0.640 | Biomass by quadrat |
| H | ? | 3<br>17<br>3 | 1.45 | 2.9 | 0.244[36]<br>0.328<br>0.271[43] | Frequency by quadrat |
| | 56 | 18 | 1.72 | 2.6 | 0.237<br>0.229 | Frequency by quadrat |
| L | ?[38] | 50 | 1.17 | 2.6 | 0.210 | Frequency by quadrat |
| | ? | 12<br>12<br>12 | 2.65 | 2.9 | 0.056<br>0.487<br>0.250 | Composition by line–point transect |
| H | 45 | 28 | 2.07 | 2.1 | 0.382 | Frequency by line transect |
| VH | ? | 28<br>31 | 2.65 | 2.9 | 0.328<br>0.347 | Cover by line intercept |
| M<br>M<br>M | ? | 16<br>19<br>14–18 | 1.50 | 2.6 | 0.046<br>0.216<br>0.029 | Density by belt transect |
| H | ? | 20 | 1.65 | 2.9 | 0.134 | Cover by line transect |
| UR[44] | ? | LT[44] | 3.35 | 2.9 | 0.700 | Biomass by quadrat |
| M<br>H<br>M<br>H | 17[45]<br>24<br>15<br>22 | 20 | 3.88 | 3.4 | 0.460<br>0.860<br>0.277<br>0.519 | Cover by quadrat |
| M<br>H<br>M<br>H<br>M<br>H<br>M<br>H | 23[46]<br>29<br>24<br>36<br>24<br>36<br>28<br>51 | 22 | 3.86 | 3.1 | 0.579[46]<br>0.594<br>0.533<br>0.589<br>0.410<br>0.632<br>0.551<br>0.522 | Frequency by quadrat |
| M | 30[47] | 25 | 3.58 | 3.4 | 0.470 | Density by quadrat |
| H | 65[48] | 5[48] | 3.85 | 3.4 | 0.181 | Biomass by quadrat |
| M | 30[49] | 10<br>13 | 3.60 | 3.4 | 0.529<br>0.455 | Cover by quadrat |
| M-H | 23 | 2 | 3.60 | 3.4 | 0.080 | Cover by quadrat |
| H | ?[51] | 8 | 1.50 | 2.6 | 0.242 | Frequency by quadrat |
| L<br>H | ?[52]<br>? | 8 | 1.83 | 2.6 | 0.243<br>0.283 | Frequency by quadrat |
| L-M | ? | 20[53]<br>21 | 3.60 | 3.4 | 0.387<br>0.411 | Frequency by quadrat |
| H | 65[54] | 15[54] | 3.63 | 3.4 | 0.466 | Biomass by quadrat |
| H | ? | 16 | 1.65 | 2.9 | 0.543 | Cover by line intercept |
| M | 40 | 22 | 2.50 | 2.6 | 0.098<br>0.170 | Canopy cover by line intercept |
| M-H | 65[57] | 40 | 2.31 | 2.4 | 0.326 | Cover by quadrat |

BLM_0057857

358　　　　　　　　　D. G. MILCHUNAS AND W. K. LAUENROTH　　　　　Ecological Monographs
Vol. 63, No. 4

APPENDIX 1. Continued.

| Citation | Location | Vegetation type/Species | Temperature (°C)* Min. | Max. | Ppt† (mm/yr) | ANPP‡ (g·m⁻²·yr⁻¹) Ungrazed | Grazed |
|---|---|---|---|---|---|---|---|
| 58 Bonham and Trlica 1985, C. D. Bonham and M. J. Trlica, *personal communication* | USA: New Mexico | Ceratoides–Hilaria | −9.0 | 35.0 | 220[58] 220 | 43[58] 43 | ? |
|  |  | Atriplex–Sitanion |  |  | 220 220 | 60 60 |  |
|  |  | Oryzopsis–Hilaria |  |  | 220 220 | 80 80 |  |
| 59 Tomanek and Albertson 1957 | USA: Kansas | Mixed-grass prairie/Bouteloua–Andropogon[59] | −7.7 | 35.0 | 567 | 216[59] 176 291 | 145[59] 90 159 81 204 157 |
|  |  |  |  |  | 594 | 123 125 272 | 148 95 159 95 213 173 |
| 60 Rasmussen and Brotherson 1986 | USA: Utah | Winterfat/Hilaria–Oryzopsis[60] | −6.6 | 37.2 | 175 | ? | ? |
| 61 Bowns and Bagley 1986 | USA: Utah | Mountain range/Stipa–Poa[61] | −11.1 | 16.6 | 273 | 284 | ? |
| 62 Kucera 1956 | USA: Missouri | Tallgrass prairie/Andropogon–Sorghastrum[62] | −6.6 | 31.0 | 939 | 517[62] | ? |
| 63 Grant 1971, Sims et al. 1978 | USA: Kansas | Mixed-grass prairie/Andropogon–Bouteloua | −9.4 | 33.8 | 588 | 116[63] | 111 |
| 64 Tomanek and Albertson 1953 | USA: Kansas | Mixed-grass prairie/Andropogon–Bouteloua[64] | −9.4 | 33.8 | 590 | 257 ? | ? 148 |
| 65 Drew 1947 | USA: Missouri | Tallgrass prairie/Andropogon–Sorghastrum[65] | −7.7 | 32.2 | 939 | 517[65] | ? |
| 66 Johnson 1956 | USA: Colorado (central) | Ponderosa pine–bunchgrass/Muhlenbergia–Festuca[66] | −18.0 | 29.0 | 406 | 165 | 96 112 99 |
| 67 Bethlenfalvay and Dakessian 1984 | USA: Nevada | Big sagebrush/Artemisia–Bromus[67] | −6.6 | 30.5 | 250 | ? | ? |
| 68 Laycock and Conrad 1981 | USA: Utah | Mountain sagebrush/Artemisia–Stipa[68] | −15.5 | 28.8 | 610 | 94[68] | 84[68] |
| 69 Klipple and Costello 1960 | USA: Colorado | Shortgrass steppe/Bouteloua–Buchloe | −11.6 | 32.2 | 311 | 76[69] | 66[69] 73 75 74 75 53 |
| 70 Grant 1971, Sims et al. 1978 | USA: Colorado | Shortgrass steppe/Bouteloua–Buchloe | −11.6 | 32.2 | 311 | 105[70] | 90[70] |
| 71 Milchunas et al. 1989 | USA: Colorado | Shortgrass steppe/Bouteloua–Buchloe[71] | −11.6 | 32.2 | 311 | 54[71] 70 | 46[71] 44 |
| 72 Schulz and Leininger 1990 | USA: Colorado | Riparian–mountain/Salix–Poa–Carex[72] | −11.0 | 25.0 | 507 | 241 | 122 |
| 73 Weaver and Hansen 1941 | USA: Nebraska | Mixed-grass prairie/Andropogon–Stipa[73] | −10.0 | 33.0 | 679 | 258 | 251 |
| 74 Rice and Westoby 1978; C. W. Cook, *personal communication* | USA: Utah | Semidesert shrub/shrub-Bromus | −11.0 | 33.0 | 210[74] 305 | 55[74] 81 | ? |
| 75 Dix 1959 | USA: Wisconsin | Tallgrass prairie/Andropogon, Calamagrostis | −11.1 | 22.2 | 787 | ? | ? |

BLM_0057858

**APPENDIX 1.** Continued.

| Herbivore consumption | | Duration of protection from grazing (yr) | Evolutionary history of grazing‖ | | Species dissimilarity¶ | Methods |
| Qualitative (grazing intensity) | Quantitative (ANPP eaten, %/yr) | | Rank | Certainty | | |
| --- | --- | --- | --- | --- | --- | --- |
| M | 40[58] | 48 | 2.61 | 2.6 | 0.290 | Herbaceous cover by quadrat |
| H | 60 | | | | 0.280 | |
| M | 40 | 48 | | | 0.381 | |
| H | 60 | | | | 0.410 | |
| M | 40 | 48 | | | 0.467 | |
| H | 60 | | | | 0.140 | |
| M | 50[59] | LT[59] | 3.85 | 3.4 | 0.490 | Cover composition by square-foot method |
| H | 75 | | | | 0.758 | |
| M | 50 | | | | 0.123 | |
| H | 75 | | | | 0.630 | |
| M | 50 | | | | 0.370 | |
| H | 75 | | | | 0.665 | |
| M | 50 | LT | | | 0.490 | |
| H | 75 | | | | 0.831 | |
| M | 50 | | | | 0.410 | |
| H | 75 | | | | 0.870 | |
| M | 50 | | | | 0.510 | |
| H | 75 | | | | 0.820 | |
| | ? | 27 | 1.35 | 3.4 | 0.306 | Cover by quadrat |
| | 50 | 50 | 1.09 | 3.1 | 0.765 | Biomass by quadrat |
| M | ? | ≈83[62] | 3.60 | 3.4 | 0.514 | Frequency by quadrat |
| M | 50[63] | 60[63] | 3.83 | 3.4 | 0.503 | Biomass by quadrat |
| M | 45 | LT[64] | 3.85 | 3.4 | 0.549[64] | Basal cover (% composition) by quadrat |
| VH | 75[64] | | | | 0.727 | |
| M | 45 | | | | 0.572 | |
| VH | 75[64] | | | | 0.675 | |
| | ? | ≈70 | 3.60 | 3.4 | 0.408 | Density by quadrat |
| H | 50 | 10 | 2.02 | 3.1 | 0.226 | Density by quadrat |
| M | 35 | | | | 0.187 | |
| L | 15 | | | | 0.247 | |
| H | ? | 19 | 1.35 | 3.4 | 0.166 | Density by quadrat |
| | 37[68] | 8 | 1.39 | 3.1 | 0.117 | Biomass by quadrat |
| L | 20 | 8 | 3.85 | 3.4 | 0.161 | Square foot density |
| M | 40 | | | | 0.148 | |
| H | 60 | | | | 0.068 | |
| L | 20 | 13 | | | 0.133 | |
| M | 40 | | | | 0.133 | |
| H | 60 | | | | 0.101 | |
| L | 20[70] | 31[70] | 3.85 | 3.4 | 0.319 | Biomass by quadrat |
| M | 40 | | | | 0.211 | |
| H | 60 | | | | 0.218 | |
| L | 26 | 47 | 3.85 | 3.4 | 0.050 | Density by quadrat |
| H | 78 | | | | 0.150 | |
| H | 65 | 30 | 2.02 | 3.1 | 0.499 | Cover by quadrat |
| | 67 | 4 | 3.60 | 3.4 | 0.651 | Density by quadrat |
| | 55[74] | 16 | 1.35 | 3.4 | 0.112 | Density by quadrat |
| | 53 | | | | 0.258 | |
| | ? | ? | 3.30 | 3.1 | 0.580[75] | Minimum density by quadrat |

BLM_0057859

360      D. G. MILCHUNAS AND W. K. LAUENROTH      Ecological Monographs
Vol. 63, No. 4

APPENDIX 1. Continued.

| Citation | Location | Vegetation type/Species | Temperature (°C)* Min. | Max. | Ppt† (mm/yr) | ANPP‡ (g·m⁻²·yr⁻¹) Ungrazed | Grazed |
|---|---|---|---|---|---|---|---|
| 76 Beebe and Hoffman 1968 | USA: South Dakota | Mixed-grass prairie/Andropogon–Koeleria[76] | −14.0 | 32.0 | 583 | 500 | 286<br>169 |
| 77 Grant 1971, Sims et al. 1978 | USA: South Dakota | Mixed-grass prairie/Agropyron–Buchloe | −14.4 | 32.7 | 387 | 164[77] | 104[77] |
| 78 Sneva, et al. 1984, F. A. Sneva, *personal communication* | USA: Oregon | Sagebrush-bunchgrass/Artemisia–Festuca[78] | −10.0 | 28.8 | 300 | 100[78] | ? |
| 79 Laycock 1967 | USA: Idaho | Sagebrush/Artemisia–Stipa[79] | −11.1 | 30.5 | 372 | 81<br>64 | 65<br>71 |
| 80 Pearson 1965 | USA: Idaho | Artemisia–Stipa[80] | −12.2 | 28.8 | 270 | 123 | 98 |
| 81 Pace and Thilenius 1968 | USA: South Dakota (Black Hills) | Mixed-grass prairie/Bouteloua–Stipa | −7.2 | 25.5 | 432 | 79<br>161<br>55<br>119 | 74<br>50<br>73<br>83 |
| | | Mountain bluegrass/Poa–Carex[81] | −7.2 | 25.5 | 508<br>508<br>584<br>559<br>483<br>483<br>584<br>559<br>559<br>559<br>483 | 100<br>213<br>243<br>123<br>247<br>73<br>285<br>117<br>143<br>127<br>191 | 63<br>275<br>227<br>119<br>245<br>88<br>260<br>136<br>127<br>126<br>184 |
| 82 Hurd 1961 | USA: Wyoming (Big Horn Mountains) | Idaho fescue/Festuca–Carex[82] | −15.5 | 21.1 | 660<br>660<br>660<br>483<br>533 | 261<br>238<br>371<br>126<br>87 | ? |
| 83 Evanko and Peterson 1955 | USA: Montana | Fescue–wheatgrass/Festuca–Agropyron | −15.0 | 25.0 | 356 | 73[83]<br>84<br>67<br>31<br>57 | ? |
| 84 Grant 1971, Sims et al. 1978 | USA: Montana | Mountain grassland/Festuca–Agropyron | −11.6 | 31.1 | 920 | 201[84] | 187 |
| 85 Grant 1971, Sims et al. 1978 | USA: North Dakota | Mixed-grass prairie/Stipa–Agropyron | −17.7 | 28.8 | 380 | 254[85] | 220 |
| 86 Leege et al. 1981 | USA: Idaho | Mountain meadow/Poa–Achillea[86] | −12.2 | 27.2 | 793 | 171<br>223<br>558<br>413 | 173<br>118<br>414<br>443 |
| 87 Zimmerman and Neuenschwander 1984 | USA: Idaho | Douglas fir–ninebark/Calamagrostis–Galium[87] | −5.5 | 28.3 | 564 | 72 | 47 |
| 88 Rummel 1951 | USA: Washington | Ponderosa pine/Calamagrostis–Carex[88] | −5.0 | 31.6 | 572 | 127<br>? | ? |
| 89 Rauzi 1963 | USA: North Dakota | Mixed-grass prairie/Bouteloua–Agropyron[89] | −18.3 | 28.8 | 415 | 247 | ? |
| 90 Vogel and Van Dyne 1966 | USA: Montana | Palouse mixed-grass prairie/Agropyron–Koeleria[90] | −12.0 | 27.0 | 470 | 74 | 66 |
| 91 Hofmann and Ries 1989 | USA: North Dakota | Mixed-grass prairie/Poa–Carex | −18.8 | 28.8 | 453 | 248 | 212 |
| 92 Brand and Goetz 1986 | USA: North Dakota | Mixed-grass prairie/Agropyron–Bouteloua[92] | −2.6 | 21.7 | 356 | 227<br>233<br>139<br>164 | 244<br>181<br>125<br>153 |
| 93 Grant 1971, Sims et al. 1978 | USA: Montana | Mountain grassland/Festuca–Agropyron | −8.8 | 29.4 | 324 | 152[93] | 90[93] |

**APPENDIX 1.** Continued.

| Herbivore consumption | | Duration of protection from grazing (yr) | Evolutionary history of grazing‖ | | Species dissimilarity¶ | Methods |
| Qualitative (grazing intensity) | Quantitative (ANPP eaten, %/yr) | | Rank | Certainty | | |
| --- | --- | --- | --- | --- | --- | --- |
| L | $15^{76}$ | 22 | 3.58 | 3.4 | 0.766 | Frequency by quadrat |
| H | 49 | | | | 0.868 | |
| H | $65^{77}$ | $7^{77}$ | 3.85 | 3.4 | 0.581 | Biomass by quadrat |
| M | $50^{78}$ | 23 | 1.35 | 3.4 | $0.171^{78}$ | Frequency by chart–quadrat |
| | | 27 | | | 0.157 | |
| | | 23 | | | 0.176 | |
| | | 27 | | | 0.120 | |
| H | 40 | 23 | 1.52 | 3.5 | 0.370 | Biomass composition by quadrat |
| | | 10 | | | 0.274 | |
| H | ? | 11 | 1.50 | 3.5 | 0.315 | Frequency by quadrat |
| | | $27^{81}$ | 3.48 | 3.1 | 0.689 | Biomass composition by clip quadrat |
| | | 27 | | | 0.706 | |
| | | 27 | | | 0.594 | |
| | | 12 | | | 0.280 | |
| | | 11 | | | 0.125 | |
| | ? | $26^{81}$ | ? | ? | 0.243 | |
| | | 26 | | | 0.205 | |
| | | 25 | | | 0.440 | |
| | | 18 | | | 0.364 | |
| | | 18 | | | 0.100 | |
| | | 17 | | | 0.097 | |
| | | 16 | | | 0.270 | |
| | | 16 | | | 0.241 | |
| | | 15 | | | 0.167 | |
| | | 14 | | | 0.326 | |
| | ? | 30 | 2.11 | 3.1 | $0.424^{82}$ | Basal cover composition by point frame |
| | | 30 | | | 0.239 | |
| | | 15 | | | 0.462 | |
| | | 15 | | | 0.371 | |
| | | 10 | | | 0.288 | |
| L | ? | 15 | 3.00 | 2.9 | 0.243 | Cover by quadrat |
| M | | 15 | | | 0.180 | |
| H | | 15 | | | 0.177 | |
| H | | 15 | | | 0.279 | |
| H | | 26 | | | 0.203 | |
| L | $35^{84}$ | $30^{84}$ | 1.40 | 2.9 | 0.726 | Biomass by quadrat |
| H | $65^{85}$ | $9^{85}$ | 3.83 | 3.4 | 0.643 | Biomass by quadrat |
| H | 85 | 12 | 1.39 | 3.1 | 0.356 | Frequency by quadrat |
| H | 85 | | | | 0.289 | |
| H | 85 | | | | 0.516 | |
| H | 85 | | | | 0.377 | |
| VH | 85 | 20 | 1.05 | 3.5 | $0.232^{87}$ | Frequency by quadrat |
| H | ? | $40^{88}$ | 1.47 | 3.3 | 0.487 | Square foot density |
| | | | | | 0.333 | |
| M | 19 | 21 | 3.85 | 3.6 | 0.573 | % cover by point quadrat |
| H | 46 | | | | 0.740 | |
| M | $35^{90}$ | 4 | 1.60 | 2.9 | 0.148 | Basal cover by point frame |
| | $26^{91}$ | 4 | 3.30 | 2.9 | 0.190 | Basal cover by point frame |
| | 45 | 40 | 3.83 | 3.4 | $0.608^{92}$ | Biomass by quadrat |
| | | | | | 0.451 | |
| | | | | | 0.437 | |
| | | | | | 0.175 | |
| M | $50^{93}$ | $1^{93}$ | 1.43 | 2.9 | 0.694 | Biomass by quadrat |

APPENDIX 1.  Continued.

| Citation | Location | Vegetation type/Species | Temperature (°C)* Min. | Temperature (°C)* Max. | Ppt† (mm/yr) | ANPP‡ (g·m⁻²·yr⁻¹) Ungrazed | ANPP‡ (g·m⁻²·yr⁻¹) Grazed |
|---|---|---|---|---|---|---|---|
| 94 McLean and Tisdale 1972 | Canada: British Columbia (southern) | Rough fescue–eriogonum/Festuca–Koeleria | −24.0 | 38.0 | 225[94] | 103[94] | ? |
| | | | | | 225 | 87 | |
| | | | | | 258 | 118 | |
| | | Ponderosa pine–bluebunch wheatgrass/Agropyron–Poa | | | ? | 47[94] | ? |
| | | | | | 258[94] | 46 | |
| | | | | | 209 | 33 | |
| 95 Dormaar et al. 1989 | Canada: Alberta | Fescue grassland/Carex–Agropyron | −11.6 | 20.4 | 450[95] | ? | 51[95] |
| 96 Johnston et al. 1971, W. D. Willms, personal communication | Canada: Alberta | Fescue grassland/Festuca scabrella | −20.6 | 17.6 | 614 | ? | 220[96] 217 187 117 |
| 97 Smoliak et al. 1972, S. Smoliak 1974, personal communication | Canada: Alberta | Mixed-grass prairie/Stipa–Bouteloua[97] | −18.3 | 20.0 | 310 | 48 | ? |
| 98 Johnston 1961 | Canada: Alberta | Fescue grassland/Festuca scabrella | −20.6 | 17.7 | 614 | ? | 220[98] |
| 99 Willms et al. 1985, 1986, W. D. Willms, personal communication | Canada: Alberta | Fescue grassland/Festuca scabrella | −20.6 | 17.7 | 614 | ? | 220 217 187 117 |
| **SOUTH AMERICA** | | | | | | | |
| 100 Sala et al. 1986, O. E. Sala, personal communication | Argentina: Buenos Aires Province | Flooding pampa/Piptochaetium–Mentha[100] | 6.8 | 21.8 | 924 | 532 | ? |
| 101 Facelli 1988, Facelli et al. 1989, O. E. Sala, personal communication | Argentina: Buenos Aires Province | Flooding pampa/Piptochaetium–Ambrosia[101] | 6.8 | 21.8 | 900 | 532[101] | ? |
| 102 Chaneton et al. 1988, O. E. Sala, personal communication | Argentina: Buenos Aires | Flooding pampa/Mentha–Paspalidium[102] | 6.8 | 21.8 | 924[102] | 532[102] | ? |
| 103 R. A. Golluscio and O. E. Sala, personal communication | Argentina: Chubut | Coiran Amargo prairie/Stipa–Poa | 2.0 | 14.0 | 170 | 91[103] | 97 |

* Mean low (high) temperature of coolest (warmest) month.
† Precipitation (ppt) is long-term mean rather than ppt during study.
‡ Aboveground net primary production (ANPP) or peak standing crop (peak standing crop was most often reported). ANPP of grazed treatments usually based upon harvest within temporary cages that exclude herbivory only during the year of study (see *Methods: Response variables* for details).
§ Percentage of ANPP consumed annually and/or the author's description of grazing intensity as L = light, M = moderate, H = heavy, and VH = very heavy or "overgrazed."
‖ Lowest or shortest = 1, highest or longest = 4.
¶ Whittaker's (1952) index of association.
[1] Hippopotamus, buffalo, etc.; yield of ungrazed and caged grazed is from Edroma (1984), higher value of ungrazed is estimate of ANPP from Strugnell and Pigot (1978). The 496 g·m⁻²·yr⁻¹ was derived from the relationship of standing crop (Lock 1972) to ANPP (Strugnell and Pigot 1978) for the other two sites in this study. Other data from Thornton (1971).
[2] Hippopotamus removal–no exclosure; other notes same as footnote 1.
[3] Unburnt site; same as footnote 1.
[4] S. J. McNaughton, *personal communication*; native herbivores.
[5] Calculations assumed a 50:50 area of phases in grazed area; native herbivores.
[6] Cattle, goats, camels and sheep; consumption is calculated; ANPP is calculated as peak biomass mean of 2 yr (from figures), heavy grazing is from a "communal rangeland," moderate from a short-duration system.
[7] Cattle, goats, and sheep; index is from herbaceous only; transition zone between Sahel and Soudanese savannah; ANPP (peak crop) is for a year of average ppt, but previous 5 yr were drought; the ungrazed communities were distant from water, therefore, "years-of-treatment" is probably historical in nature, i.e., LT = long term—a value of 75 yr was used in regressions.
[8] Matopos site; consumption calculation is based on stocking rates and "heavy" of Kelly and Walker (1976); ANPP based on Barnes (1979), site cleared of trees.
[9] Elephant, buffalo, and eland.

November 1993      GRAZING EFFECTS: A GLOBAL PERSPECTIVE      363

**APPENDIX 1.** Continued.

| Qualitative (grazing intensity) | Quantitative (ANPP eaten, %/yr) | Duration of protection from grazing (yr) | Rank | Certainty | Species dissimilarity¶ | Methods |
|---|---|---|---|---|---|---|
| H | ? | 29 | 1.85 | 2.9 | 0.247 | Frequency by quadrat |
| H | | 37 | | | 0.474 | |
| | | 29 | | | 0.547 | |
| | | 37 | | | 0.394 | |
| | | 21 | | | 0.312 | |
| | | 30 | | | 0.432 | |
| | ? | 10 | 1.47 | 3.3 | 0.161 | |
| | | 20 | | | 0.347 | |
| | | 23 | | | 0.182 | |
| | | 32 | | | 0.161 | |
| | | 13 | | | 0.379 | |
| | | 23 | | | 0.491 | |
| | 80[95] | 5 | 3.00 | 2.9 | 0.160 | Basal cover by point frame |
| L | 26[96] | 18 | 2.89 | 2.6 | 0.076 | Basal area by point frame |
| M | 36 | | | | 0.152 | |
| H | 47 | | | | 0.280 | |
| VH | 81 | | | | 0.362 | |
| L | 45 | 41[97] | 3.55 | 3.1 | 0.150 | Basal area by vertical point |
| M | 53 | | | | 0.188 | |
| H | 68 | | | | 0.259 | |
| L | 26[98] | 12 | 2.89 | 2.6 | 0.202 | Basal area by point frame |
| L | 26 | 33 | 2.89 | 2.6 | 0.129[99] | Basal area by point frame |
| M | 36 | | | | 0.387 | |
| H | 47 | | | | 0.570 | |
| VH | 81 | | | | 0.338 | |
| | 38[100] | 4 | 1.36 | 3.1 | 0.580 | Basal cover by line intercept |
| | | | | | 0.226 | |
| | 38[101] | 7 | 1.60 | 2.9 | 0.411 | [101] |
| | | 13 | | | 0.908 | |
| | 38[102] | 15 | 1.60 | 2.9 | 0.681 | % basal cover by line intercept |
| | 44 | 23 | 2.18 | 3.1 | 0.333 | cover[103] |
| | | 12 | | | 0.546 | |
| | | 16 | | | 0.438 | |

[10] Site 1: free grazing, site 2: grazed 4 yr, site 3: grazed 3 yr; consumption is calculated assuming sheep grazing.

[11] Authors sites 1, 2, and 4; ANPP from Floret et al. 1982; index is based on initial April or March sample date vs. $\bar{X}$ of final March–April or March–May sample dates, i.e., only data for exclosures through time were presented.

[12] Site 1 = rocky hills, site 2 = flatlands; importance value calculated by authors as "adding together relative density, relative frequency and relative dominance"; the grazed area was "visited on the average by 100 sheep and goats three times a week" and each site was 1 km².

[13] H. R. Sant, *personal communication.*

[14] Khedr-el-mai site; camel, sheep, goat, and donkey; ppt is from isocline map vs. exclosure map (Thalen 1979: 61, 313); ANPP is from mean of aerial biomass fresh mass inside exclosure (Thalen 1979: 317) corrected to dry mass from exclosure dry and fresh masses (Thalen 1979: 255)—this estimate of 34 g/m² is within the range of ANPP values (Thalen 1979: 259) of 5–50 g/m² for 75–125 mm/yr ppt.

[15] Kfar Hanoar site; goats and cattle; consumption is from Z. Naveh (*personal communication*).

[16] Neve Yaar site, previous condition poor; ANPP is from Naveh (1982).

[17] Mean of 2 yr data; T. Tukel, *personal communication.*

[18] Density of species from L. Yong-hong (*personal communication*); the grazed sites were along a distance-from-water (river) gradient, similarity indices were calculated using averages of density data of two similarly grazed sites; ANPP is average of three sites.

[19] Data compiled from references by A. Titlyanova (some data also from Semeniuk and Gudyna [1986] but reference not known); precipitation data is an average of only 3 yr; ANPP is based on maximum green biomass plus consumption; prior grazing was moderate.

[20] Afanasyev and Rotowa (1986) paper and their interpretation of table was provided via A. Titlyanova (*personal communication*), with additional interpretation by Bill Lewis (Colorado State University); peak green biomass was 155 and 64 g/m² for ungrazed and moderately grazed, respectively, and standing dead plus litter was 400 and 110 g/m²; ANPP is estimated as peak green of ungrazed plus standing dead and litter of moderately grazed.

BLM_0057863

**APPENDIX 1.**  Continued.

[21] Grazing intensity values are means of 2 yr for medium or for heavy grazing pressure across all three utilization zones. The species composition for ungrazed treatment is a mean of light–light and light–medium sites, where forage utilization was 10% and 0%, and 10% and 0% for 2 yr at each site, respectively. Therefore, grazing intensity for "exclosure" was actually 5%; sheep grazing.

[22] Appendices I, II, and III listing species density were provided by CSIRO Information Services Unit; sheep grazing; previous condition was poor.

[23] Sheep consumption is calculated; cemetery exclosure.

[24] Herb–tussock grassland site.

[25] Sheep consumption is calculated; ppt from Chandapillai (1970); ANPP from Morton (1974).

[26] Precipitation and stocking rates from Eddy et al. (1969); sheep consumption is calculated.

[27] ANPP is based upon standing crop of green vascular plants; heifers and horses in moderately grazed.

[28] Sites burned; deferred-rotation grazing; dissimilarity is for herbaceous only.

[29] Exclosure data average of 4 sites (3 mowed in fall, 1 cemetery); the different sites are for stocking intensities of 5059, 2469, 2024, 1336, 1255, 809, 567, and 486 $m^2$/AUM, where an AUM (Animal-Unit-Month) is a 454 kg cow (or its equivalent that consumes 11.79 kg/d) per month.

[30] Level upland sites; same site as site 32—see footnote 32.

[31] Forest cut 20 yr prior to initiation of treatments, burnt each year during study; herbage production only, grass 97%, 12-yr mean.

[32] ANPP from Bonham (1972); consumption is from Martin and Cable (1974).

[33] Previously long-leaf pine; ANPP is of herbaceous.

[34] Mesa, foothill sites; dissimilarity is based on data for grasses only.

[35] Peak standing crop, rather than ANPP, values used because of prevalence in other studies used in this table; consumption estimated by Sims et al. (1978) but not measured; years of protection and description of grazing history and use are from Lewis (1971).

[36] Precipitation and dissimilarity is based on $\bar{X}$ of 2 yr; annual plants only.

[37] *Larrea*, Flourensia sites.

[38] Mule deer, pecari, and livestock.

[39] Hill, lowland sites; consumption greatest in lowland.

[40] 1128 m elevation; prior grazing was "conservative."

[41] Upland site, previously overgrazed.

[42] Previous grazing heavy; San Simon, Bowie, and Pima sites.

[43] Upland site.

[44] Shallow-hardland site; ANPP is for herbage; UR = "unrestricted"; LT = long-term, i.e., the ungrazed site was a relict area on an isolated butte; a value of 75 yr is used in regressions for "years of protection."

[45] Shrub-zonal, midgrass sites using the continuous grazed treatments; consumption was calculated.

[46] Lowland loam, lowland clay, mean of two uplands, and rocky hill sites, respectively; mean of 2 yr data; consumption calculated by R. K. Heitschmidt (*personal communication*).

[47] Slope site prior condition unlikely ever greatly disturbed; consumption was calculated.

[48] See footnote 35.

[49] Unburnt, previous grazing moderate; Ketling (1954) data were used for ANPP and calculation of consumption.

[50] Unburnt; consumption was calculated; $\bar{X}$ of ANPP for Oklahoma and McClain Counties, Oklahoma, from Risser (1981), a study conducted in nearby Canadian County, Oklahoma; ppt from Svejcar and Browning (1988).

[51] Previously overgrazed; sheep 85%, cattle and horses 15%.

[52] Previous grazing heavy; sheep, cattle, and horse.

[53] Ppt and ANPP from Sims et al. (1978); fall and winter grazed.

[54] See footnote 35.

[55] Cattle, sheep, and deer; previous grazing on relict area was light.

[56] Upland, lowland sites; livestock present since 17th century.

[57] Consumption from J. D. Brotherson (*personal communication*).

[58] Consumption and ppt from C. D. Bonham and M. J. Trlica (*personal communication*); ANPP is grasses only.

[59] Upland, hillside, and lowland sites; authors estimate but did not measure consumption; ANPP is mean of 2 yr, but low because both were drought; ungrazed were relict areas (LT = long term); 75 yr was used in regressions.

[60] Primarily winter range.

[61] 2800 m elevation; sheep; grazed since 1860s.

[62] Exclosures were cemetery and railroad relics; grazing for 125 yr with "weeds" removed; cattle, horses, and sheep; ANPP is mean of values from Koelling and Kucera (1965) and Kucera et al. (1967).

[63] See footnote 35.

[64] Ridgeline, ridgeline, hillside, and rock break sites; cover of grasses only; LT = long term, i.e., the ungrazed site was a relict area—a value of 75 yr was used in regressions; heavy grazing is defined by same authors as 75% (Tomanek and Albertson 1957).

[65] See footnote 62.

[66] Mountain site.

[67] Sheep; three-pasture rest rotation; prior grazing was very heavy.

[68] Plateau site; consumption is based on utilization of grasses; ANPP is for herbaceous.

[69] ANPP values for L, M, H treatments are a mean of 3 yr; ANPP for ungrazed is a mean of 7 yr from W. K. Lauenroth and D. G. Milchunas (*unpublished data*).

[70] See footnote 35.

[71] Upland, lowland sites, with grazing 3 times greater in lowlands; ANPP is from Milchunas et al. (1992).

[72] 2500 m elevation.

[73] Upland site; grazed for 23 yr; never overgrazed.

[74] *Artemisia* and *Atriplex* sites; sheep, two areas cattle; some exclosures rabbit-proof; ANPP, ppt, and consumption are from C. W. Cook (*personal communication*) for herbaceous vegetation.

**APPENDIX 1.** Continued.

[75] Mean of 23 sites over a soil moisture gradient.

[76] Upland sites, exclosure was mowed in the fall; consumption is calculated.

[77] See footnote 35.

[78] *Artemisia arbusculata/Festuca idahoensis, Artemisia tridentata/Agropyron spicatum* sites; ANPP is from Lauenroth (1979); consumption and species abundance are from F. A. Sneva (*personal communication*).

[79] Spring grazed; sheep.

[80] Grazed by dairy herd supplied with hay and grain.

[81] Mixed-grass prairie sites are flat, flat, slope, slope, and flat, respectively; bluegrass sites are bench, flat, bench, draw, slope, flat, draw, upland, slope, and draw, respectively; years of study were not provided by authors, therefore, years of protection are estimated as the difference between the year of establishment and the year of publication minus 3 yr.

[82] Sites were 8000, 8400, 8100, 7400, and 8200 m in elevation, respectively; only grass species were reported.

[83] ANPP is for grasses only.

[84] See footnote 35.

[85] See footnote 35.

[86] Sites range from dry to wet meadow: site 3 = dry, site 6 = dry, site 7A = moist, and site 7 = wet.

[87] Forest at 925 m elevation; all values are for herbaceous only.

[88] Pine, pine–fir sites; ungrazed was a relict area, but surrounding area was grazed for only 40 yr—therefore a value of 40 yr was used in regressions to represent duration of ungrazed–grazed treatment comparison.

[89] Grazing treatments for 44, 46 yr, ungrazed area 21 yr; consumption is calculated.

[90] Foothills site; sheep; consumption is calculated.

[91] Native site only was used; consumption is calculated from caged vs. noncaged biomass of grazed sites.

[92] Sagebrush, *Agropyron/Bouteloua, Bouteloua/Stipa,* sandy upland sites; values are mean of 3 yr.

[93] See footnote 35.

[94] Sites were Lundbum, Hamilton, East Mara, Skookumchuck, West Mira, and Dewdrop; ANPP is $\bar{X}$ of 5, 4, 6, 10, 5, and 5 yr of data for the six sites, respectively; ppt is from Tisdale (1947).

[95] Short-duration rotation grazing system; ANPP and consumption are means of 4 yr; ppt during study averaged 391 mm vs. long-term mean of 450 mm.

[96] Willms et al. (1985).

[97] Sheep; 19-yr grazing treatment; prior grazing was light.

[98] Willms et al. (1985).

[99] Means of last 6 yr of data.

[100] Upland, lowland sites; consumption calculated.

[101] Upland, lowland sites; ANPP and consumption from O. E. Sala (*personal communication*); upland—summed dominance ratio way by line intercept, lowland—basal cover was by line intercept.

[102] Pre-flood data was used; ppt and ANPP are from O. E. Sala (*personal communication*); consumption is calculated.

[103] Herbaceous ANPP was calculated by Rodolfo Golluscio from data in Soriano et al. (1976). Total ANPP (with shrubs) is from O. E. Sala and R. A. Golluscio (*personal communication*). Cover methods (Golluscio et al. 1982): r (rare) given a value of 0.1% and "+" (scarce) a value of 0.5% for index calculation.

BLM_0057865

## APPENDIX 2

Percentage difference in root mass and characteristics of soils of grazed vs. ungrazed communities: [(grazed − ungrazed)/ungrazed] × 100.

| Study number* | Root mass | Soil properties | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Organic matter | Carbon | Nitrogen | Phosphorus | pH | Water |
| 5 | | −1.6 | | −6.9 | | −2.7 | |
| 12 | | 27.7 | | 25.0 | | 0.0 | 400.0 |
| | | 170.3 | | 192.0 | | 0.0 | 300.0 |
| 20 | 7.3 | −14.6 | | 4.5 | | | −7.5 |
| | −20.3 | −12.2 | | 45.5 | | | −15.1 |
| 24 | | −23.1 | | | | | |
| 26 | | 6.5 | | 0.0 | −50.0 | | |
| 27 | 54.2 | | | | | | |
| | 46.4 | | | | | | |
| 35 | −14.9 | | | | | | |
| 41 | | 20.0 | | | −32.8 | 6.5 | |
| 44 | | −18.8 | | | 167.9 | 0.0 | |
| 45 | | −23.1 | | | | | |
| | | −7.7 | | | | | |
| | | 12.1 | | | | | |
| | | −21.2 | | | | | |
| 47 | | | 29.2 | | | −4.6 | −8.4 |
| 48 | 16.9 | | | | | | |
| 54 | −4.1 | | | | | | |
| 60 | | 50.0 | | | −16.2 | 2.6 | |
| 63 | −7.7 | | | | | | |
| 65 | | 1.5 | | | | 6.5 | |
| 66 | −47.2 | | | | | | −29.9 |
| | −34.6 | | | | | | −29.2 |
| | −60.3 | | | | | | −31.2 |
| 70 | 15.7 | | | | | | |
| 71 | −14.8 | | 11.1 | 14.9 | | | |
| | −11.9 | | −28.6 | −30.8 | | | |
| 76 | | | | −69.2 | −60.0 | 6.6 | −38.3 |
| | | | | −23.3 | −50.4 | 6.6 | −24.1 |
| 77 | 53.2 | | | | | | |
| 80 | 46.4 | | | | | | |
| 84 | 19.7 | | | | | | |
| 85 | 55.3 | | | | | | |
| 88 | | −15.1 | | −6.3 | 38.5 | 3.7 | |
| 92 | 51.2 | | | | | | |
| | 21.8 | | | | | | |
| | −11.9 | | | | | | |
| | 3.6 | | | | | | |
| 95 | | | −11.5 | −9.1 | 6.1 | | −15.7 |
| 96 | | −4.0 | | 1.7 | −3.6 | | |
| | | −8.2 | | 6.8 | −6.3 | | |
| | | −17.3 | | −3.4 | −10.8 | | |
| 97 | 5.2 | | 4.5 | 0.0 | 0.0 | −1.6 | −20.5 |
| | 12.3 | | 5.5 | −8.3 | −8.6 | −6.3 | −21.1 |
| | 39.7 | | 25.5 | 0.0 | 0.0 | −9.4 | −41.6 |
| 98 | 78.2 | | | | | | −12.7 |
| 104 | | −1.4 | | −6.4 | −7.5 | 0.0 | |
| | | 0.0 | | 3.8 | 0.0 | 0.0 | |
| | | 0.0 | | 0.0 | 0.0 | 2.9 | |
| | | 1.1 | | −16.7 | −23.9 | 2.5 | |
| | | −6.4 | | 11.1 | 18.2 | 0.0 | |
| | | 48.4 | | 58.0 | 50.7 | −4.4 | |
| | | 25.0 | | 41.7 | 18.2 | 8.0 | |
| | | −43.2 | | −47.8 | −42.9 | 2.3 | |
| 105 | | | 0.0 | 1.1 | | | |
| | | | −22.1 | 18.3 | | | |
| 106 | 35.7 | | | | | | |
| | 41.8 | | | | | | |
| | −5.0 | | | | | | |
| 107 | | −15.7 | | −32.5 | 12.3 | | −19.3 |

* See Appendix 1 for description and literature reference for studies 5 through 98; number 104—Marrs et al. (1989), England; number 105—Dormaar et al. (1990), Canada; number 106—Kelly and Walker (1976), Rhodesia; number 107—Smart et al. (1985), Uganda.

BLM_0057866

# Summary

Human well-being and progress toward sustainable development are vitally dependent upon improving the management of Earth's ecosystems to ensure their conservation and sustainable use. But while demands for ecosystem services such as food and clean water are growing, human actions are at the same time diminishing the capability of many ecosystems to meet these demands. Sound policy and management interventions can often reverse ecosystem degradation and enhance the contributions of ecosystems to human well-being, but knowing when and how to intervene requires substantial understanding of both the ecological and the social systems involved. Better information cannot guarantee improved decisions, but it is a prerequisite for sound decision-making.

The Millennium Ecosystem Assessment (MA) will help provide the knowledge base for improved decisions and will build capacity for analyzing and supplying this information. This document presents the conceptual and methodological approach that the MA will use to assess options that can enhance the contribution of ecosystems to human well-being. This same approach should provide a suitable basis for governments, the private sector, and civil society to factor considerations of ecosystems and ecosystem services into their own planning and actions.

Humanity has always depended on the services provided by the biosphere and its ecosystems. Further, the biosphere is itself the product of life on Earth. The composition of the atmosphere and soil, the cycling of elements through air and waterways, and many other ecological assets are all the result of living processes—and all are maintained and replenished by living ecosystems. The human species, while buffered against environmental immediacies by culture and technology, is ultimately fully dependent on the flow of ecosystem services.

In his April 2000 Millennium Report to the United Nations General Assembly, in recognition of the growing burden that degraded ecosystems are placing on human well-being and economic development and the opportunity that better managed ecosystems provide for meeting the goals of poverty eradication and sustainable development, United Nations Secretary-General Kofi Annan stated that:

> It is impossible to devise effective environmental policy unless it is based on sound scientific information. While major advances in data collection have been made in many areas, large gaps in our knowledge remain. In particular, there has never been a comprehensive global assessment of the world's major ecosystems. The planned Millennium Ecosystem Assessment, a major international collaborative effort to map the health of our planet, is a response to this need.

1

BLM_0057867

The Millennium Ecosystem Assessment was established with the involvement of governments, the private sector, nongovernmental organizations, and scientists to provide an integrated assessment of the consequences of ecosystem change for human well-being and to analyze options available to enhance the conservation of ecosystems and their contributions to meeting human needs. The Convention on Biological Diversity, the Convention to Combat Desertification, the Convention on Migratory Species, and the Ramsar Convention on Wetlands plan to use the findings of the MA, which will also help meet the needs of others in government, the private sector, and civil society. The MA should help to achieve the United Nations Millennium Development Goals and to carry out the Plan of Implementation of the 2002 World Summit on Sustainable Development. It will mobilize hundreds of scientists from countries around the world to provide information and clarify science concerning issues of greatest relevance to decision-makers. The MA will identify areas of broad scientific agreement and also point to areas of continuing scientific debate.

The assessment framework developed for the MA offers decision-makers a mechanism to:

- **Identify options that can better achieve core human development and sustainability goals.** All countries and communities are grappling with the challenge of meeting growing demands for food, clean water, health, and employment. And decision-makers in the private and public sectors must also balance economic growth and social development with the need for environmental conservation. All of these concerns are linked directly or indirectly to the world's ecosystems. The MA process, at all scales, will bring the best science to bear on the needs of decision-makers concerning these links between ecosystems, human development, and sustainability.

- **Better understand the trade-offs involved—across sectors and stakeholders—in decisions concerning the environment.** Ecosystem-related problems have historically been approached issue by issue, but rarely by pursuing multisectoral objectives. This approach has not withstood the test of time. Progress toward one objective such as increasing food production has often been at the cost of progress toward other objectives such as conserving biological diversity or improving water quality. The MA framework complements sectoral assessments with information on the full impact of potential policy choices across sectors and stakeholders.

BLM_0057868

- **Align response options with the level of governance where they can be most effective.** Effective management of ecosystems will require actions at all scales, from the local to the global. Human actions now directly or inadvertently affect virtually all of the world's ecosystems; actions required for the management of ecosystems refer to the steps that humans can take to modify their direct or indirect influences on ecosystems. The management and policy options available and the concerns of stakeholders differ greatly across these scales. The priority areas for biodiversity conservation in a country as defined based on "global" value, for example, would be very different from those as defined based on the value to local communities. The multiscale assessment framework developed for the MA provides a new approach for analyzing policy options at all scales—from local communities to international conventions.

## What Is the Problem?

Ecosystem services are the benefits people obtain from ecosystems, which the MA describes as provisioning, regulating, supporting, and cultural services. (See Box 1.) Ecosystem services include products such as food, fuel, and fiber; regulating services such as climate regulation and disease control; and nonmaterial benefits such as spiritual or aesthetic benefits.

---

BOX 1.    Key Definitions

**Ecosystem.** An ecosystem is a dynamic complex of plant, animal, and microorganism communities and the nonliving environment interacting as a functional unit. Humans are an integral part of ecosystems. Ecosystems vary enormously in size: a temporary pond in a tree hollow and an ocean basin can both be ecosystems.

**Ecosystem services.** Ecosystem services are the benefits people obtain from ecosystems. These include provisioning services such as food and water; regulating services such as regulation of floods, drought, land degradation, and disease; supporting services such as soil formation and nutrient cycling; and cultural services such as recreational, spiritual, religious and other nonmaterial benefits.

**Well-being.** Human well-being has multiple constituents, including basic material for a good life, freedom and choice, health, good social relations, and security. Well-being is at the opposite end of a continuum from poverty, which has been defined as a "pronounced deprivation in well-being." The constituents of well-being, as experienced and perceived by people, are situation-dependent, reflecting local geography, culture, and ecological circumstances.

---

BLM_0057869

Changes in these services affect human well-being in many ways. (See Figure 1.)

The demand for ecosystem services is now so great that trade-offs among services have become the rule. A country can increase food supply by converting a forest to agriculture, for example, but in so doing it decreases the supply of services that may be of equal or greater importance, such as clean water, timber, ecotourism destinations, or flood regulation and drought control. There are many indications that human demands on ecosystems will grow still greater in the coming decades. Current estimates of 3 billion more people and a quadrupling of the world economy by 2050 imply a formidable increase in demand for and consumption of biological and physical resources, as well as escalating impacts on ecosystems and the services they provide.

The problem posed by the growing demand for ecosystem services is compounded by increasingly serious degradation in the capability of ecosystems to provide these services. World fisheries are now declining due to overfishing, for instance, and some 40 percent of agricultural land has been degraded in the past half-century by erosion, salinization, compaction, nutrient depletion, pollution, and urbanization. Other human-induced impacts on ecosystems include alteration of the nitrogen, phosphorous, sulfur, and carbon cycles, causing acid rain, algal blooms, and fish kills in rivers and coastal waters, along with contributions to climate change. In many parts of the world, this degradation of ecosystem services is exacerbated by the associated loss of the knowledge and understanding held by local communities—knowledge that sometimes could help to ensure the sustainable use of the ecosystem.

This combination of ever-growing demands being placed on increasingly degraded ecosystems seriously diminishes the prospects for sustainable development. Human well-being is affected not just by gaps between ecosystem service supply and demand but also by the increased vulnerability of individuals, communities, and nations. Productive ecosystems, with their array of services, provide people and communities with resources and options they can use as insurance in the face of natural catastrophes or social upheaval. While well-managed ecosystems reduce risks and vulnerability, poorly managed systems can exacerbate them by increasing risks of flood, drought, crop failure, or disease.

Ecosystem degradation tends to harm rural populations more directly than urban populations and has its most direct and severe impact on poor people. The wealthy control access to a greater share of ecosystem services, consume those services at a higher per capita rate, and are buffered

Case No. 1:20-cv-02484-MSK Document 45-2 filed 04/28/21 USDC Colorado pg 110 of 134

FIGURE 1. Ecosystem Services and Their Links to Human Well-being

Ecosystem services are the benefits people obtain from ecosystems. These include provisioning, regulating, and cultural services, which directly affect people, and supporting services needed to maintain the other services. Changes in these services affect human well-being through impacts on security, the basic material for a good life, health, and social and cultural relations. These constituents of well-being are, in turn, influenced by and have an influence on the freedoms and choices available to people.

BLM_0057871

from changes in their availability (often at a substantial cost) through their ability to purchase scarce ecosystem services or substitutes. For example, even though a number of marine fisheries have been depleted in the past century, the supply of fish to wealthy consumers has not been disrupted since fishing fleets have been able to shift to previously underexploited stocks. In contrast, poor people often lack access to alternate services and are highly vulnerable to ecosystem changes that result in famine, drought, or floods. They frequently live in locations particularly sensitive to environmental threats, and they lack financial and institutional buffers against these dangers. Degradation of coastal fishery resources, for instance, results in a decline in protein consumed by the local community since fishers may not have access to alternate sources of fish and community members may not have enough income to purchase fish. Degradation affects their very survival.

Changes in ecosystems affect not just humans but countless other species as well. The management objectives that people set for ecosystems and the actions that they take are influenced not just by the consequences of ecosystem changes for humans but also by the importance people place on considerations of the intrinsic value of species and ecosystems. Intrinsic value is the value of something in and for itself, irrespective of its utility for someone else. For example, villages in India protect "spirit sanctuaries" in relatively natural states, even though a strict cost-benefit calculation might favor their conversion to agriculture. Similarly, many countries have passed laws protecting endangered species based on the view that these species have a right to exist, even if their protection results in net economic costs. Sound ecosystem management thus involves steps to address the utilitarian links of people to ecosystems as well as processes that allow considerations of the intrinsic value of ecosystems to be factored into decision-making.

The degradation of ecosystem services has many causes, including excessive demand for ecosystem services stemming from economic growth, demographic changes, and individual choices. Market mechanisms do not always ensure the conservation of ecosystem services either because markets do not exist for services such as cultural or regulatory services or, where they do exist, because policies and institutions do not enable people living within the ecosystem to benefit from services it may provide to others who are far away. For example, institutions are now only beginning to be developed to enable those benefiting from carbon sequestration to provide local managers with an economic incentive to leave a forest uncut, while strong economic incentives often exist for managers to harvest

BLM_0057872

the forest. Also, even if a market exists for an ecosystem service, the results obtained through the market may be socially or ecologically undesirable. Properly managed, the creation of ecotourism opportunities in a country can create strong economic incentives for the maintenance of the cultural services provided by ecosystems, but poorly managed ecotourism activities can degrade the very resource on which they depend. Finally, markets are often unable to address important intra- and intergenerational equity issues associated with managing ecosystems for this and future generations, given that some changes in ecosystem services are irreversible.

The world has witnessed in recent decades not just dramatic changes to ecosystems but equally profound changes to social systems that shape both the pressures on ecosystems and the opportunities to respond. The relative influence of individual nation-states has diminished with the growth of power and influence of a far more complex array of institutions, including regional governments, multinational companies, the United Nations, and civil society organizations. Stakeholders have become more involved in decision-making. Given the multiple actors whose decisions now strongly influence ecosystems, the challenge of providing information to decision-makers has grown. At the same time, the new institutional landscape may provide an unprecedented opportunity for information concerning ecosystems to make a major difference. Improvements in ecosystem management to enhance human well-being will require new institutional and policy arrangements and changes in rights and access to resources that may be more possible today under these conditions of rapid social change than they have ever been before.

Like the benefits of increased education or improved governance, the protection, restoration, and enhancement of ecosystem services tends to have multiple and synergistic benefits. Already, many governments are beginning to recognize the need for more effective management of these basic life-support systems. Examples of significant progress toward sustainable management of biological resources can also be found in civil society, in indigenous and local communities, and in the private sector.

## Conceptual Framework

The conceptual framework for the MA places human well-being as the central focus for assessment, while recognizing that biodiversity and ecosystems also have intrinsic value and that people take decisions concerning ecosystems based on considerations of well-being as well as intrinsic value. (See Box 2.) The MA conceptual framework assumes that a dy-

BLM_0057873

namic interaction exists between people and ecosystems, with the changing human condition serving to both directly and indirectly drive change in ecosystems and with changes in ecosystems causing changes in human well-being. At the same time, many other factors independent of the environment change the human condition, and many natural forces are influencing ecosystems.

The MA focuses particular attention on the linkages between ecosystem services and human well-being. The assessment deals with the full range of ecosystems—from those relatively undisturbed, such as natural forests, to landscapes with mixed patterns of human use and ecosystems intensively managed and modified by humans, such as agricultural land and urban areas.

A full assessment of the interactions between people and ecosystems requires a multiscale approach because it better reflects the multiscale nature of decision-making, allows the examination of driving forces that may be exogenous to particular regions, and provides a means of examining the differential impact of ecosystem changes and policy responses on different regions and groups within regions.

This section explains in greater detail the characteristics of each of the components of the MA conceptual framework, moving clockwise from the lower left corner of the figure in Box 2.

### Ecosystems and Their Services

An ecosystem is a dynamic complex of plant, animal, and microorganism communities and the nonliving environment interacting as a functional unit. Humans are an integral part of ecosystems. Ecosystems provide a variety of benefits to people, including provisioning, regulating, cultural, and supporting services. Provisioning services are the products people obtain from ecosystems, such as food, fuel, fiber, fresh water, and genetic resources. Regulating services are the benefits people obtain from the regulation of ecosystem processes, including air quality maintenance, climate regulation, erosion control, regulation of human diseases, and water purification. Cultural services are the nonmaterial benefits people obtain from ecosystems through spiritual enrichment, cognitive development, reflection, recreation, and aesthetic experiences. Supporting services are those that are necessary for the production of all other ecosystem services, such as primary production, production of oxygen, and soil formation.

Biodiversity and ecosystems are closely related concepts. Biodiversity is the variability among living organisms from all sources, including terrestrial, marine, and other aquatic ecosystems and the ecological com-

BLM_0057874

Case No. 1:20-cv-02484-MSK   Document 45-2   filed 04/28/21   USDC Colorado   pg 114 of 134

BOX 2.     Millennium Ecosystem Assessment Conceptual Framework

Changes in factors that indirectly affect ecosystems, such as population, technol-
ogy, and lifestyle (upper right corner of figure), can lead to changes in factors di-
rectly affecting ecosystems, such as the catch of fisheries or the application of fertil-
izers to increase food production (lower right corner). The resulting changes in the
ecosystem (lower left corner) cause the ecosystem services to change and thereby
affect human well-being. These interactions can take place at more than one scale
and can cross scales. For example, a global market may lead to regional loss of forest
cover, which increases flood magnitude along a local stretch of a river. Similarly, the
interactions can take place across different time scales. Actions can be taken either
to respond to negative changes or to enhance positive changes at almost all points
in this framework (black cross bars).



plexes of which they are part. It includes diversity within and between
species and diversity of ecosystems. Diversity is a structural feature of eco-
systems, and the variability among ecosystems is an element of biodiversity.
Products of biodiversity include many of the services produced by ecosys-

BLM_0057875

---

**BOX 3.   Reporting Categories Used in the Millennium Ecosystem Assessment**

The MA will use 10 categories of systems to report its global findings. (See table.) These categories are not ecosystems themselves; each contains a number of ecosystems. The MA reporting categories are not mutually exclusive: their boundaries can and do overlap. Ecosystems within each category share a suite of biological, climatic, and social factors that tend to differ across categories. Because the boundaries of these reporting categories overlap, any place on Earth may fall into more than one category. Thus, for example, a wetland ecosystem in a coastal region may be examined both in the MA analysis of "coastal systems" as well as in its analysis of "inland water systems."

**Millennium Ecosystem Assessment Reporting Categories**

| Category | Central Concept | Boundary Limits for Mapping |
|---|---|---|
| Marine | Ocean, with fishing typically a major driver of change | Marine areas where the sea is deeper than 50 meters. |
| Coastal | Interface between ocean and land, extending seawards to about the middle of the continental shelf and inland to include all areas strongly influenced by the proximity to the ocean | Area between 50 meters below mean sea level and 50 meters above the high tide level or extending landward to a distance 100 kilometers from shore. Includes coral reefs, intertidal zones, estuaries, coastal aquaculture, and seagrass communities. |
| Inland water | Permanent water bodies inland from the coastal zone, and areas whose ecology and use are dominated by the permanent, seasonal, or intermittent occurrence of flooded conditions | Rivers, lakes, floodplains, reservoirs, and wetlands; includes inland saline systems. Note that the Ramsar Convention considers "wetlands" to include both inland water and coastal categories. |
| Forest | Lands dominated by trees; often used for timber, fuelwood, and non-timber forest products | A canopy cover of at least 40 percent by woody plants taller than 5 meters. The existence of many other definitions is acknowledged, and other limits (such as crown cover greater than 10 percent, as used by the Food and Agriculture Organization of the United Nations) will also be reported. Includes temporarily cut-over forests and plantations; excludes orchards and agroforests where the main products are food crops. |

---

tems (such as food and genetic resources), and changes in biodiversity can influence all the other services they provide. In addition to the important role of biodiversity in providing ecosystem services, the diversity of living species has intrinsic value independent of any human concern.

The concept of an ecosystem provides a valuable framework for analyzing and acting on the linkages between people and the environment. For that reason, the "ecosystem approach" has been endorsed by the Convention on Biological Diversity (CBD), and the MA conceptual framework is entirely consistent with this approach. The CBD states that the ecosys-

BLM_0057876

| BOX 3. | continued | |
|---|---|---|

**Millennium Ecosystem Assessment Reporting Categories**

| Category | Central Concept | Boundary Limits for Mapping |
|---|---|---|
| Dryland | Lands where plant production Is limited by water availability; the dominant uses are large mammal herbivory, Including livestock grazing, and cultivation | Drylands as defined by the Convention to Combat Desertification, namely lands where annual precipitation is less than two thirds of potential evaporation, from dry subhumid areas (ratio ranges 0.50–0.65), through semiarid, arid, and hyper-arid (ratio <0.05), but excluding polar areas; drylands include cultivated lands, scrublands, shrublands, grasslands, semi-deserts, and true deserts. |
| Island | Lands isolated by surrounding water, with a high proportion of coast to hinterland | As defined by the Alliance of Small Island States |
| Mountain | Steep and high lands | As defined by Mountain Watch using criteria based on elevation alone, and at lower elevation, on a combination of elevation, slope, and local elevation range. Specifically, elevation >2,500 meters, elevation 1,500–2,500 meters and slope >2 degrees, elevation 1,000–1,500 meters and slope >5 degrees or local elevation range (7 kilometers radius) >300 meters, elevation 300–1,000 meters and local elevation range (7 kilometers radius) >300 meters, isolated inner basins and plateaus less than 25 square kilometers extent that are surrounded by mountains. |
| Polar | High-latitude systems frozen for most of the year | Includes ice caps, areas underlain by permafrost, tundra, polar deserts, and polar coastal areas. Excludes high-altitude cold systems in low latitudes. |
| Cultivated | Lands dominated by domesticated plant species, used for and substantially changed by crop, agroforestry, or aquaculture production | Areas in which at least 30 percent of the landscape comes under cultivation in any particular year. Includes orchards, agroforestry, and integrated agriculture-aquaculture systems. |
| Urban | Built environments with a high human density | Known human settlements with a population of 5,000 or more, with boundaries delineated by observing persistent night-time lights or by inferring areal extent in the cases where such observations are absent. |

tem approach is a strategy for the integrated management of land, water, and living resources that promotes conservation and sustainable use in an equitable way. This approach recognizes that humans, with their cultural diversity, are an integral component of many ecosystems.

In order to implement the ecosystem approach, decision-makers need to understand the multiple effects on an ecosystem of any management or policy change. By way of analogy, decision-makers would not take a decision about financial policy in a country without examining the condition of the economic system, since information on the economy of a single

BLM_0057877

sector such as manufacturing would be insufficient. The same need to examine the consequences of changes for multiple sectors applies to ecosystems. For instance, subsidies for fertilizer use may increase food production, but sound decisions also require information on whether the potential reduction in the harvests of downstream fisheries as a result of water quality degradation from the fertilizer runoff might outweigh those benefits.

For the purpose of analysis and assessment, a pragmatic view of ecosystem boundaries must be adopted, depending on the questions being asked. A well-defined ecosystem has strong interactions among its components and weak interactions across its boundaries. A useful choice of ecosystem boundary is one where a number of discontinuities coincide, such as in the distribution of organisms, soil types, drainage basins, and depth in a waterbody. At a larger scale, regional and even globally distributed ecosystems can be evaluated based on a commonality of basic structural units. The global assessment being undertaken by the MA will report on marine, coastal, inland water, forest, dryland, island, mountain, polar, cultivated, and urban regions. These regions are not ecosystems themselves, but each contains a number of ecosystems (See Box 3.)

People seek multiple services from ecosystems and thus perceive the condition of given ecosystems in relation to their ability to provide the services desired. Various methods can be used to assess the ability of ecosystems to deliver particular services. With those answers in hand, stakeholders have the information they need to decide on a mix of services best meeting their needs. The MA will consider criteria and methods to provide an integrated view of the condition of ecosystems. The condition of each category of ecosystem services is evaluated in somewhat different ways, although in general a full assessment of any service requires considerations of stocks, flows, and resilience of the service.

### Human Well-being and Poverty Reduction

Human well-being has multiple constituents, including the basic material for a good life, freedom and choice, health, good social relations, and security. Poverty is also multidimensional and has been defined as the pronounced deprivation of well-being. How well-being, ill-being, or poverty are experienced and expressed depends on context and situation, reflecting local physical, social, and personal factors such as geography, environment, age, gender, and culture. In all contexts, however, ecosystems are essential for human well-being through their provisioning, regulating, cultural, and supporting services.

BLM_0057878

Human intervention in ecosystems can amplify the benefits to human society. However, evidence in recent decades of escalating human impacts on ecological systems worldwide raises concerns about the spatial and temporal consequences of ecosystem changes detrimental to human well-being. Ecosystem changes affect human well-being in the following ways:

- **Security** is affected both by changes in provisioning services, which affect supplies of food and other goods and the likelihood of conflict over declining resources, and by changes in regulating services, which could influence the frequency and magnitude of floods, droughts, landslides, or other catastrophes. It can also be affected by changes in cultural services as, for example, when the loss of important ceremonial or spiritual attributes of ecosystems contributes to the weakening of social relations in a community. These changes in turn affect material well-being, health, freedom and choice, security, and good social relations.

- **Access to basic material for a good life** is strongly linked to both provisioning services such as food and fiber production and regulating services, including water purification.

- **Health** is strongly linked to both provisioning services such as food production and regulating services, including those that influence the distribution of disease-transmitting insects and of irritants and pathogens in water and air. Health can also be linked to cultural services through recreational and spiritual benefits.

- **Social relations** are affected by changes to cultural services, which affect the quality of human experience.

- **Freedoms and choice** are largely predicated on the existence of the other components of well-being and are thus influenced by changes in provisioning, regulating, or cultural services from ecosystems.

Human well-being can be enhanced through sustainable human interactions with ecosystems supported by necessary instruments, institutions, organizations, and technology. Creation of these through participation and transparency may contribute to freedoms and choice as well as to increased economic, social, and ecological security. By ecological security, we mean the minimum level of ecological stock needed to ensure a sustainable flow of ecosystem services.

Yet the benefits conferred by institutions and technology are neither automatic nor equally shared. In particular, such opportunities are more readily grasped by richer than poorer countries and people; some institutions and technologies mask or exacerbate environmental problems; re-

BLM_0057879

sponsible governance, while essential, is not easily achieved; participation in decision-making, an essential element of responsible governance, is expensive in time and resources to maintain. Unequal access to ecosystem services has often elevated the well-being of small segments of the population at the expense of others.

Sometimes the consequences of the depletion and degradation of ecosystem services can be mitigated by the substitution of knowledge and of manufactured or human capital. For example, the addition of fertilizer in agricultural systems has been able to offset declining soil fertility in many regions of the world where people have sufficient economic resources to purchase these inputs, and water treatment facilities can sometimes substitute for the role of watersheds and wetlands in water purification. But ecosystems are complex and dynamic systems and there are limits to substitution possibilities, especially with regulating, cultural, and supporting services. No substitution is possible for the extinction of culturally important species such as tigers or whales, for instance, and substitutions may be economically impractical for the loss of services such as erosion control or climate regulation. Moreover, the scope for substitutions varies by social, economic, and cultural conditions. For some people, especially the poorest, substitutes and choices are very limited. For those who are better off, substitution may be possible through trade, investment, and technology.

Because of the inertia in both ecological and human systems, the consequences of ecosystem changes made today may not be felt for decades. Thus, sustaining ecosystem services, and thereby human well-being, requires a full understanding and wise management of the relationships between human activities, ecosystem change, and well-being over the short, medium, and long term. Excessive current use of ecosystem services compromises their future availability. This can be prevented by ensuring that the use is sustainable.

Achieving sustainable use requires effective and efficient institutions that can provide the mechanisms through which concepts of freedom, justice, fairness, basic capabilities, and equity govern the access to and use of ecosystem services. Such institutions may also need to mediate conflicts between individual and social interests that arise.

The best way to manage ecosystems to enhance human well-being will differ if the focus is on meeting needs of the poor and weak or the rich and powerful. For both groups, ensuring the long-term supply of ecosystem services is essential. But for the poor, an equally critical need is to provide more equitable and secure access to ecosystem services.

BLM_0057880

### Drivers of Change

Understanding the factors that cause changes in ecosystems and ecosystem services is essential to designing interventions that capture positive impacts and minimize negative ones. In the MA, a "driver" is any factor that changes an aspect of an ecosystem. A direct driver unequivocally influences ecosystem processes and can therefore be identified and measured to differing degrees of accuracy. An indirect driver operates more diffusely, often by altering one or more direct drivers, and its influence is established by understanding its effect on a direct driver. Both indirect and direct drivers often operate synergistically. Changes in land cover, for example, can increase the likelihood of introduction of alien invasive species. Similarly, technological advances can increase rates of economic growth.

The MA explicitly recognizes the role of decision-makers who affect ecosystems, ecosystem services, and human well-being. Decisions are made at three organizational levels, although the distinction between those levels is often diffuse and difficult to define:

- by individuals and small groups at the local level (such as a field or forest stand) who directly alter some part of the ecosystem;

- by public and private decision-makers at the municipal, provincial, and national levels; and

- by public and private decision-makers at the international level, such as through international conventions and multilateral agreements.

The decision-making process is complex and multidimensional. We refer to a driver that can be influenced by a decision-maker as an endogenous driver and one over which the decision-maker does not have control as an exogenous driver. The amount of fertilizer applied on a farm is an endogenous driver from the standpoint of the farmer, for example, while the price of the fertilizer is an exogenous driver, since the farmer's decisions have little direct influence on price. The specific temporal, spatial, and organizational scale dependencies of endogenous and exogenous drivers and the specific linkages and interactions among drivers will be explicitly assessed in the MA.

Whether a driver is exogenous or endogenous to a decision-maker is dependent upon the spatial and temporal scale. For example, a local decision-maker can directly influence the choice of technology, changes in land use, and external inputs (such as fertilizers or irrigation), but has little control over prices and markets, property rights, technology development, or

BLM_0057881

16      *Ecosystems and Human Well-being: A Framework for Assessment*

the local climate. In contrast, a national or regional decision-maker has more control over many factors, such as macroeconomic policy, technology development, property rights, trade barriers, prices, and markets. But on the short time scale, that individual has little control over the climate or global population. On the longer time scale, drivers that are exogenous to a decision-maker in the short run, such as population, become endogenous since the decision-maker can influence them through, for instance, education, the advancement of women, and migration policies.

The indirect drivers of change are primarily:

- demographic (such as population size, age and gender structure, and spatial distribution);
- economic (such as national and per capita income, macroeconomic policies, international trade, and capital flows);
- sociopolitical (such as democratization, the roles of women, of civil society, and of the private sector, and international dispute mechanisms);
- scientific and technological (such as rates of investments in research and development and the rates of adoption of new technologies, including biotechnologies and information technologies); and
- cultural and religious (such as choices individuals make about what and how much to consume and what they value).

The interaction of several of these drivers, in turn, affects levels of resource consumption and differences in consumption both within and between countries. Clearly these drivers are changing—population and the world economy are growing, for instance, there are major advances in information technology and biotechnology, and the world is becoming more interconnected. Changes in these drivers are projected to increase the demand for and consumption of food, fiber, clean water, and energy, which will in turn affect the direct drivers. The direct drivers are primarily physical, chemical, and biological—such as land cover change, climate change, air and water pollution, irrigation, use of fertilizers, harvesting, and the introduction of alien invasive species. Change is apparent here too: the climate is changing, species ranges are shifting, alien species are spreading, and land degradation continues.

An important point is that any decision can have consequences external to the decision framework. These consequences are called externalities because they are not part of the decision-making calculus. Externalities can have positive or negative effects. For example, a decision to subsidize fertilizers to increase crop production might result in substantial degrada-

tion of water quality from the added nutrients and degradation of downstream fisheries. But it is also possible to have positive externalities. A beekeeper might be motivated by the profits to be made from selling honey, for instance, but neighboring orchards could produce more apples because of enhanced pollination arising from the presence of the bees.

Multiple interacting drivers cause changes in ecosystem services. There are functional interdependencies between and among the indirect and direct drivers of change, and, in turn, changes in ecological services lead to feedbacks on the drivers of changes in ecological services. Synergetic driver combinations are common. The many processes of globalization lead to new forms of interactions between drivers of changes in ecosystem services.

### Cross-scale Interactions and Assessment

An effective assessment of ecosystems and human well-being cannot be conducted at a single temporal or spatial scale. Thus the MA conceptual framework includes both of these dimensions. Ecosystem changes that may have little impact on human well-being over days or weeks (soil erosion, for instance) may have pronounced impacts over years or decades (declining agricultural productivity). Similarly, changes at a local scale may have little impact on some services at that scale (as in the local impact of forest loss on water availability) but major impacts at large scales (forest loss in a river basin changing the timing and magnitude of downstream flooding).

Ecosystem processes and services are typically most strongly expressed, are most easily observed, or have their dominant controls or consequences at particular spatial and temporal scales. They often exhibit a characteristic scale—the typical extent or duration over which processes have their impact. Spatial and temporal scales are often closely related. For instance, food production is a localized service of an ecosystem and changes on a weekly basis, water regulation is regional and changes on a monthly or seasonal basis, and climate regulation may take place at a global scale over decades.

Assessments need to be conducted at spatial and temporal scales appropriate to the process or phenomenon being examined. Those done over large areas generally use data at coarse resolutions, which may not detect fine-resolution processes. Even if data are collected at a fine level of detail, the process of averaging in order to present findings at the larger scale causes local patterns or anomalies to disappear. This is particularly problematic for processes exhibiting thresholds and nonlinearities. For example, even though a number of fish stocks exploited in a particular area might

BLM_0057883

have collapsed due to overfishing, average catches across all stocks (including healthier stocks) would not reveal the extent of the problem. Assessors, if they are aware of such thresholds and have access to high-resolution data, can incorporate such information even in a large-scale assessment. Yet an assessment done at smaller spatial scales can help identify important dynamics of the system that might otherwise be overlooked. Likewise, phenomena and processes that occur at much larger scales, although expressed locally, may go unnoticed in purely local-scale assessments. Increased carbon dioxide concentrations or decreased stratospheric ozone concentrations have local effects, for instance, but it would be difficult to trace the causality of the effects without an examination of the overall global process.

Time scale is also very important in conducting assessments. Humans tend not to think beyond one or two generations. If an assessment covers a shorter time period than the characteristic temporal scale, it may not adequately capture variability associated with long-term cycles, such as glaciation. Slow changes are often harder to measure, as is the case with the impact of climate change on the geographic distribution of species or populations. Moreover, both ecological and human systems have substantial inertia, and the impact of changes occurring today may not be seen for years or decades. For example, some fisheries catches may increase for several years even after they have reached unsustainable levels because of the large number of juvenile fish produced before that level was reached.

Social, political, and economic processes also have characteristic scales, which may vary widely in duration and extent. Those of ecological and sociopolitical processes often do not match. Many environmental problems originate from this mismatch between the scale at which the ecological process occurs, the scale at which decisions are made, and the scale of institutions for decision-making. A purely local-scale assessment, for instance, may discover that the most effective societal response requires action that can occur only at a national scale (such as the removal of a subsidy or the establishment of a regulation). Moreover, it may lack the relevance and credibility necessary to stimulate and inform national or regional changes. On the other hand, a purely global assessment may lack both the relevance and the credibility necessary to lead to changes in ecosystem management at the local scale where action is needed. Outcomes at a given scale are often heavily influenced by interactions of ecological, socioeconomic, and political factors emanating from other scales. Thus focusing solely on a single scale is likely to miss interactions with other

BLM_0057884

scales that are critically important in understanding ecosystem determinants and their implications for human well-being.

The choice of the spatial or temporal scale for an assessment is politically laden, since it may intentionally or unintentionally privilege certain groups. The selection of assessment scale with its associated level of detail implicitly favors particular systems of knowledge, types of information, and modes of expression over others. For example, non-codified information or knowledge systems of minority populations are often missed when assessments are undertaken at larger spatial scales or higher levels of aggregation. Reflecting on the political consequences of scale and boundary choices is an important prerequisite to exploring what multi- and cross-scale analysis in the MA might contribute to decision-making and public policy processes at various scales.

## Values Associated with Ecosystems

Current decision-making processes often ignore or underestimate the value of ecosystem services. Decision-making concerning ecosystems and their services can be particularly challenging because different disciplines, philosophical views, and schools of thought assess the value of ecosystems differently. One paradigm of value, known as the utilitarian (anthropocentric) concept, is based on the principle of humans' preference satisfaction (welfare). In this case, ecosystems and the services they provide have value to human societies because people derive utility from their use, either directly or indirectly (use values). Within this utilitarian concept of value, people also give value to ecosystem services that they are not currently using (non-use values). Non-use values, usually known as existence value, involve the case where humans ascribe value to knowing that a resource exists even if they never use that resource directly. These often involve the deeply held historical, national, ethical, religious, and spiritual values people ascribe to ecosystems—the values that the MA recognizes as cultural services of ecosystems.

A different, non-utilitarian value paradigm holds that something can have intrinsic value—that is, it can be of value in and for itself—irrespective of its utility for someone else. From the perspective of many ethical, religious, and cultural points of view, ecosystems may have intrinsic value, independent of their contribution to human well-being.

The utilitarian and non-utilitarian value paradigms overlap and interact in many ways, but they use different metrics, with no common de-

BLM_0057885

nominator, and cannot usually be aggregated, although both paradigms of value are used in decision-making processes.

Under the utilitarian approach, a wide range of methodologies has been developed to attempt to quantify the benefits of different ecosystem services. These methods are particularly well developed for provisioning services, but recent work has also improved the ability to value regulating and other services. The choice of valuation technique in any given instance is dictated by the characteristics of the case and by data availability. (See Box 4.)

Non-utilitarian value proceeds from a variety of ethical, cultural, religious, and philosophical bases. These differ in the specific entities that are deemed to have intrinsic value and in the interpretation of what having intrinsic value means. Intrinsic value may complement or counterbalance considerations of utilitarian value. For example, if the aggregate utility of the services provided by an ecosystem (as measured by its utilitarian value) outweighs the value of converting it to another use, its intrinsic value may then be complementary and provide an additional impetus for conserving the ecosystem. If, however, economic valuation indicates that the value of converting the ecosystem outweighs the aggregate value of its services, its ascribed intrinsic value may be deemed great enough to warrant a social decision to conserve it anyway. Such decisions are essentially political, not economic. In contemporary democracies these decisions are made by parliaments or legislatures or by regulatory agencies mandated to do so by law. The sanctions for violating laws recognizing an entity's intrinsic value may be regarded as a measure of the degree of intrinsic value ascribed to them. The decisions taken by businesses, local communities, and individuals also can involve considerations of both utilitarian and non-utilitarian values.

The mere act of quantifying the value of ecosystem services cannot by itself change the incentives affecting their use or misuse. Several changes in current practice may be required to take better account of these values. The MA will assess the use of information on ecosystem service values in decision-making. The goal is to improve decision-making processes and tools and to provide feedback regarding the kinds of information that can have the most influence.

## Assessment Tools

The information base exists in any country to undertake an assessment within the framework of the MA. That said, although new data sets (for

---

BOX 4.     Valuation of Ecosystem Services

Valuation can be used in many ways: to assess the total contribution that ecosystems make to human well-being, to understand the incentives that individual decision-makers face in managing ecosystems in different ways, and to evaluate the consequences of alternative courses of action. The MA plans to use valuation primarily in the latter sense: as a tool that enhances the ability of decision-makers to evaluate trade-offs between alternative ecosystem management regimes and courses of social actions that alter the use of ecosystems and the multiple services they provide. This usually requires assessing the change in the mix (the value) of services provided by an ecosystem resulting from a given change in its management.

Most of the work involved in estimating the change in the value of the flow of benefits provided by an ecosystem involves estimating the change in the physical flow of benefits (quantifying biophysical relations) and tracing through and quantifying a chain of causality between changes in ecosystem condition and human welfare. A common problem in valuation is that information is only available on some of the links in the chain and often in incompatible units. The MA can make a major contribution by making various disciplines better aware of what is needed to ensure that their work can be combined with that of others to allow a full assessment of the consequences of altering ecosystem state and function.

The ecosystem values in this sense are only one of the bases on which decisions on ecosystem management are and should be made. Many other factors, including notions of intrinsic value and other objectives that society might have (such as equity among different groups or generations), will also feed into the decision framework. Even when decisions are made on other bases, however, estimates of changes in utilitarian value provide invaluable information.

---

example, from remote sensing) providing globally consistent information make a global assessment like the MA more rigorous, there are still many challenges that must be dealt with in using these data at global or local scales. Among these challenges are biases in the geographic and temporal coverage of the data and in the types of data collected. Data availability for industrial countries is greater than that for developing ones, and data for certain resources such as crop production are more readily available than data for fisheries, fuelwood, or biodiversity. The MA makes extensive use of both biophysical and socioeconomic indicators, which combine data into policy-relevant measures that provide the basis for assessment and decision-making.

Models can be used to illuminate interactions among systems and drivers, as well as to make up for data deficiencies—for instance, by providing estimates where observations are lacking. The MA will make use of environmental system models that can be used, for example, to measure the

BLM_0057887

consequences of land cover change for river flow or the consequences of climate change for the distribution of species. It will also use human system models that can examine, for instance, the impact of changes in ecosystems on production, consumption, and investment decisions by households or that allow the economy-wide impacts of a change in production in a particular sector like agriculture to be evaluated. Finally, integrated models, combining both the environmental and human systems linkages, can increasingly be used at both global and sub-global scales.

The MA aims to incorporate both formal scientific information and traditional or local knowledge. Traditional societies have nurtured and refined systems of knowledge of direct value to those societies but also of considerable value to assessments undertaken at regional and global scales. This information often is unknown to science and can be an expression of other relationships between society and nature in general and of sustainable ways of managing natural resources in particular. To be credible and useful to decision-makers, all sources of information, whether scientific, traditional, or practitioner knowledge, must be critically assessed and validated as part of the assessment process through procedures relevant to the form of knowledge.

Since policies for dealing with the deterioration of ecosystem services are concerned with the future consequences of current actions, the development of scenarios of medium- to long-term changes in ecosystems, services, and drivers can be particularly helpful for decision-makers. Scenarios are typically developed through the joint involvement of decision-makers and scientific experts, and they represent a promising mechanism for linking scientific information to decision-making processes. They do not attempt to predict the future but instead are designed to indicate what science can and cannot say about the future consequences of alternative plausible choices that might be taken in the coming years.

The MA will use scenarios to summarize and communicate the diverse trajectories that the world's ecosystems may take in future decades. Scenarios are plausible alternative futures, each an example of what might happen under particular assumptions. They can be used as a systematic method for thinking creatively about complex, uncertain futures. In this way, they help us understand the upcoming choices that need to be made and highlight developments in the present. The MA will develop scenarios that connect possible changes in drivers (which may be unpredictable or uncontrollable) with human demands for ecosystem services. The scenarios will link these demands, in turn, to the futures of the services

BLM_0057888

themselves and the aspects of human welfare that depend on them. The scenario building exercise will break new ground in several areas:

- development of scenarios for global futures linked explicitly to ecosystem services and the human consequences of ecosystem change,
- consideration of trade-offs among individual ecosystem services within the "bundle" of benefits that any particular ecosystem potentially provides to society,
- assessment of modeling capabilities for linking socioeconomic drivers and ecosystem services, and
- consideration of ambiguous futures as well as quantifiable uncertainties.

The credibility of assessments is closely linked to how they address what is not known in addition to what is known. The consistent treatment of uncertainty is therefore essential for the clarity and utility of assessment reports. As part of any assessment process, it is crucial to estimate the uncertainty of findings even if a detailed quantitative appraisal of uncertainty is unavailable.

### Strategies and Interventions

The MA will assess the use and effectiveness of a wide range of options for responding to the need to sustainably use, conserve, and restore ecosystems and the services they provide. These options include incorporating the value of ecosystems in decisions, channeling diffuse ecosystem benefits to decision-makers with focused local interests, creating markets and property rights, educating and dispersing knowledge, and investing to improve ecosystems and the services they provide. As seen in Box 2 on the MA conceptual framework, different types of response options can affect the relationships of indirect to direct drivers, the influence of direct drivers on ecosystems, the human demand for ecosystem services, or the impact of changes in human well-being on indirect drivers. An effective strategy for managing ecosystems will involve a mix of interventions at all points in this conceptual framework.

Mechanisms for accomplishing these interventions include laws, regulations, and enforcement schemes; partnerships and collaborations; the sharing of information and knowledge; and public and private action. The choice of options to be considered will be greatly influenced by both the temporal and the physical scale influenced by decisions, the uncertainty of outcomes, cultural context, and the implications for equity and trade-

BLM_0057889

offs. Institutions at different levels have different response options available to them, and special care is required to ensure policy coherence.

Decision-making processes are value-based and combine political and technical elements to varying degrees. Where technical input can play a role, a range of tools is available to help decision-makers choose among strategies and interventions, including cost-benefit analysis, game theory, and policy exercises. The selection of analytical tools should be determined by the context of the decision, key characteristics of the decision problem, and the criteria considered to be important by the decision-makers. Information from these analytical frameworks is always combined with the intuition, experience, and interests of the decision-maker in shaping the final decisions.

Risk assessment, including ecological risk assessment, is an established discipline and has a significant potential for informing the decision process. Finding thresholds and identifying the potential for irreversible change are important for the decision-making process. Similarly, environmental impact assessments designed to evaluate the impact of particular projects and strategic environmental assessments designed to evaluate the impact of policies both represent important mechanisms for incorporating the findings of an ecosystem assessment into decision-making processes.

Changes also may be required in decision-making processes themselves. Experience to date suggests that a number of mechanisms can improve the process of making decisions about ecosystem services. Broadly accepted norms for decision-making process include the following characteristics. Did the process:

- bring the best available information to bear?
- function transparently, use locally grounded knowledge, and involve all those with an interest in a decision?
- pay special attention to equity and to the most vulnerable populations?
- use decision analytical frameworks that take account of the strengths and limits of individual, group, and organizational information processing and action?
- consider whether an intervention or its outcome is irreversible and incorporate procedures to evaluate the outcomes of actions and learn from them?
- ensure that those making the decisions are accountable?
- strive for efficiency in choosing among interventions?

BLM_0057890

- take account of thresholds, irreversibility, and cumulative, cross-scale, and marginal effects and of local, regional, and global costs, risk, and benefits?

The policy or management changes made to address problems and opportunities related to ecosystems and their services, whether at local scales or national or international scales, need to be adaptive and flexible in order to benefit from past experience, to hedge against risk, and to consider uncertainty. The understanding of ecosystem dynamics will always be limited, socioeconomic systems will continue to change, and outside determinants can never be fully anticipated. Decision-makers should consider whether a course of action is reversible and should incorporate, whenever possible, procedures to evaluate the outcomes of actions and learn from them. Debate about exactly how to do this continues in discussions of adaptive management, social learning, safe minimum standards, and the precautionary principle. But the core message of all approaches is the same: acknowledge the limits of human understanding, give special consideration to irreversible changes, and evaluate the impacts of decisions as they unfold.

BLM_0057891

*Journal of Wildlife Diseases*, 47(3), 2011, pp. 800–804
© Wildlife Disease Association 2011

# *Pasteurellaceae* from Colorado Bighorn Sheep Herds

**Michael W. Miller**,[1,2] **and Lisa L. Wolfe**[1]  [1] Colorado Division of Wildlife, Wildlife Research Center, 317 West Prospect Road, Fort Collins, Colorado 80526–2097, USA; [2] Corresponding author (email: mike.miller@state.co.us)

ABSTRACT: We compared phenotypic and genotypic characterizations of 88 *Pasteurellaceae* isolates from bighorn sheep (*Ovis canadensis*) in the course of exploring epizootiologic relationships. Based on our observations, adopting contemporary taxonomic conventions and using molecular methods to detect and compare *Pasteurellaceae* may help improve understanding of bighorn respiratory disease epizootiology and management.

Bacteria in the family *Pasteurellaceae* play a central role in respiratory disease outbreaks that impair bighorn sheep (*Ovis canadensis*) population performance and viability. Some commensal *Pasteurellaceae* almost certainly coevolved with wild North American sheep species, but the more pathogenic strains of *Pasteurellaceae* and other agents associated with epizootics probably originated in domesticated ruminants and were introduced into bighorn populations. Historic and recent accounts suggest a pattern of sporadic respiratory pathogen introductions since settlement, as illustrated by the plight of bighorns in the Tarryall and adjacent mountain ranges of Colorado, USA, where livestock-associated epizootics occurred in 1885, 1923–28, 1952–53, and 1997–99 (Spencer, 1939; Bear and Jones, 1973; George et al., 2008). In addition to these introductions, *Pasteurellaceae* have been spread subsequently by bighorns themselves. Over time, some *Pasteurellaceae* strains of both bighorns and livestock probably have disappeared, evolved, or exchanged genetic material (Kelley et al., 2007). The heterogeneity in *Pasteurellaceae* in contemporary bighorn populations seems a likely legacy of these processes.

Since 1989, *Pasteurellaceae* isolates have been cultured from free-ranging bighorn sheep herds throughout Colorado in the course of management activities and field investigations. Isolates were characterized differently over time but, in the course of exploring epizootiologic relationships and identifying candidate strains for vaccine development, we recently acquired paired phenotypic and genotypic trait data (Fig. 1) for a subset of archival (Kraabel and Miller, 1997) and contemporary *Pasteurellaceae* isolates. These data afforded us an opportunity to compare new and traditional approaches. Here, we offer observations on *Pasteurellaceae* from Colorado bighorn herds that may help motivate progress on revamping well-established strain characterization paradigms.

Genotypic characterization appears to offer clear advantages over traditional phenotypic classification in understanding relationships among the *Pasteurellaceae* isolates we examined. Bacteria once collectively called *Mannheimia* (*Pasteurella*) *haemolytica* (all biogroups and accepted variants except 2 and 4; Jaworski et al., 1998; Angen et al., 1999, 2002) have now been divided into several new species in the genus *Mannheimia* (Angen et al.,

→

FIGURE 1. Dendrogram of select *Pasteurellaceae* isolated from Colorado bighorn sheep (1989–2009; n=88) and from three domestic ruminants. The phenotypic classification (biovariant) of each isolate is shown for comparison. Species designations (known or hypothesized) based on Angen et al. (1999, 2002) and Blackall et al. (2007). Four archived reference isolates (Snipes et al., 1992; Kraabel and Miller, 1997) are in bold typeface. Most culture and all phenotyping conducted by the Caine Veterinary Teaching and Research Center (University of Idaho, Caldwell, Idaho, USA) using methods modified from Jaworski et al. (1998). Dendrogram produced by Newport Laboratories (Worthington, Minnesota, USA) from computerized analysis (ChustalW, University College Dublin, Dublin, Ireland; BioNumerics, Applied Maths, Inc., Austin, Texas, USA) of

BLM_0057892

| Isolate | Biovariant | Hemolysis | Source herd | Year | Species designation |
|---|---|---|---|---|---|
| 08-1407-005 | $16^{AE}$ | + | Rampart Range | 2007 | *Mannheimia* sp. (*ruminalis* ?) |
| 08-1407-054 | $1^{A}$ | + | Gribbles Park | 2008 | |
| 08-1407-023 | $1^{A}$ | + | Trinchera Creek | 2007 | |
| 08-1407-025 | $U^{ALR}$ | + | Trinchera Creek | 2007 | |
| 08-1407-020 | $1^{A}$ | + | Mount Maestes | 2007 | |
| 95-292-001A | 6 | + | Taylor River | 1995 | |
| 08-1407-007 | $16^{A}$ | + | Rampart Range | 2007 | |
| 08-1407-015 | 3 | + | Cottonwood Creek | 2007 | |
| 08-1407-011 | $1^{A}$ | + | Pikes Peak | 2007 | |
| 09-292-025 | $1^{A}$ | + | Avalanche Creek | 2009 | |
| 09-185-C11 | $16^{E}$ | − | Gribbles Park | 2009 | |
| 06-0186-081 | $16^{ABE}$ | + | Foothills Research (captive) | 2006 | |
| 08-1407-053 | $4^{CDS}$ | + | Gribbles Park | 2008 | *Bibersteinia trehalosi* |
| 09-185-162 | $4^{CDS}$ | + | Gribbles Park | 2009 | |
| 06-2163-10 | $4^{CDS}$ | + | Pikes Peak | 2006 | |
| 09-346-101 | $4^{CDGS}$ | + | Taylor River | 2009 | |
| 07-1920-003 | $4^{CDS}$ | + | Fossil Ridge | 2007 | |
| 08-0381-011 | $4^{CDS}$ | + | Avalanche Creek | 2008 | |
| **95-0093-100** | **$4^{CDS}$** | + | **Alamosa Canyon** | **1989** | |
| 08-0334-007 | $4^{CDS}$ | + | Fossil Ridge | 2008 | |
| 08-1407-048 | $4^{CDS}$ | + | Pikes Peak | 2008 | |
| 06-0900-005 | $4^{CDS}$ | + | Glenwood Canyon | 2006 | |
| 04-0368-104 | $4^{BCDS}$ | + | Taylor River | 2004 | |
| 04-0368-094 | $4^{CDS}$ | + | Taylor River | 2004 | |
| 08-1407-017 | $4^{CDS}$ | + | Cottonwood Creek | 2007 | |
| 08-1407-034 | U | + | Avalanche Creek | 2007 | |
| 08-1407-016 | $2^{CD}$ | + | Cottonwood Creek | 2007 | |
| 08-1407-026 | $2^{E}$ | + | Clear Creek | 2007 | |
| 06-0165-061 | $2^{C}$ | + | Clear Creek (Georgetown) | 2006 | |
| 06-0505-011 | 2 | + | Clear Creek | 2006 | |
| 02-0253-052 | $2^{E}$ | + | Clear Creek (Georgetown) | 2002 | |
| **95-0093-00D2** | **$1^{G}$** | + | **domestic sheep (Washington)** | **ca 1990** | *Mannheimia haemolytica* |
| 97-1469-081 | $1^{G}$ | + | Tarryall Mountains (Sugarloaf) | 1997 | |
| 07-1920-001 | $1^{G}$ | + | Fossil Ridge | 2007 | |
| 08-0200-195 | $1^{G}$ | + | domestic cattle (Fossil Ridge) | 2008 | |
| 09-072-033 | 1 | + | Black Ridge | 2009 | |
| 09-185-003 | 1 | + | Gribbles Park | 2009 | |
| 08-1407-033 | $1^{G}$ | + | Rattlesnake Butte | 2007 | |
| 07-1920-016 | 1 | + | Fossil Ridge | 2007 | |
| 07-1920-221 | 1 | + | Fossil Ridge | 2007 | |
| 07-1920-212 | 1 | + | Fossil Ridge | 2009 | |
| 08-771-041 | 1 | + | Lower Poudre Canyon | 2008 | |
| 09-270-064 | 1 | + | Lower Poudre Canyon | 2009 | |
| **95-0093-795** | **$16^{E}$** | + | **Waterton Canyon** | **1995** | |
| 05-0151-024 | $U^{L}$ | + | Upper Poudre Canyon | 2005 | |
| 09-253-083 | $U^{L}$ | + | Lower Poudre Canyon | 2009 | |
| 08-1407-002 | $4^{CDS}$ | − | Rampart Range | 2007 | Other trehalose-fermenting strains (ancestral *Pasteurellaceae* of wild sheep?) |
| 09-185-014 | 2 | − | Gribbles Park | 2009 | |
| 08-1407-035 | $4^{CDS}$ | + | Toner Creek | 2008 | |
| 09-346-092 | $4^{CDS}$ | − | Taylor River | 2009 | |
| 08-1407-004 | 2 | − | Rampart Range | 2007 | |
| 06-0186-051 | 2 | − | Foothills Research (captive) | 2006 | |
| 08-0381-014 | $2^{C}$ | + | Avalanche Creek | 2008 | |
| **95-0093-521** | **$4^{CDS}$** | **−** | **Tarryall Mountains (Twin Eagles)** | **1991** | |
| 05-0565-006 | $2^{C}$ | + | Upper Poudre Canyon | 2005 | |
| 08-1407-012 | $U^{AG}$ | + | Pikes Peak | 2007 | |
| 09-335-047 | $2^{CDS}$ | + | Tarryall Mountains (Sugarloaf) | 2009 | |
| 09-346-071 | $2^{CD}$ | − | Taylor River | 2009 | |
| 09-346-044 | $2^{CDE}$ | − | Taylor River | 2009 | |
| 09-346-105 | $2^{CDS}$ | + | Taylor River | 2009 | |
| 09-185-012 | $2^{CD}$ | + | Gribbles Park | 2009 | |
| 98-306-032 | $2^{C}$ | − | Tarryall Mountains (Sugarloaf) | 1998 | |
| 98-245-022 | $2^{CD}$ | + | Tarryall Mountains (Twin Eagles) | 1998 | |
| 98-245-122 | $3^{ACD}$ | + | Tarryall Mountains (Twin Eagles) | 1998 | |
| 08-1407-056 | $U^{RX}$ | + | Gribbles Park | 2008 | |
| 08-1407-030 | $2^{CD}$ | + | Dome Rock | 2007 | |
| 09-299-006 | $2^{G}$ | + | Avalanche Creek | 2009 | |
| 09-185-001 | $4^{CDS}$ | − | Gribbles Park | 2009 | |
| 09-335-031 | $4^{CDS}$ | − | Tarryall Mountains (Sugarloaf) | 2009 | |
| 06-2122-011 | $2^{S}$ | − | Pikes Peak | 2006 | |
| 08-1407-010 | $2^{CD}$ | − | Rampart Range | 2007 | |
| 98-210-102 | $2^{CD}$ | + | Kenosha Mountains | 1998 | |
| 05-0257-013 | 2 | + | Toner Creek | 2005 | |
| 05-0257-011 | $4^{CDS}$ | + | Toner Creek | 2005 | |
| 95-292-001E | $4^{BCDS}$ | + | Taylor River | 1995 | |
| 97-469-003 | $3^{A}$ | + | domestic sheep (Tarryall) | 1997 | *Mannheimia* sp. (*glucosida*?) |
| 98-210-024 | $3^{ACD}$ | + | Kenosha Mountains | 1998 | |
| 98-306-012 | $3^{ACD}$ | + | Tarryall Mountains (Sugarloaf) | 1998 | |
| 05-0255-045 | $3^{A}$ | + | Trinchera Creek | 2005 | |
| 08-1407-042 | 3 | + | Rampart Range | 2008 | |
| 08-1407-031 | $3^{ACD}$ | + | Clear Creek (Georgetown) | 2007 | |
| 98-306-062 | $10^{AB}$ | + | Tarryall Mountains (Sugarloaf) | 1998 | |
| 98-245-113 | $10^{A}$ | + | Tarryall Mountains (Twin Eagles) | 1998 | |
| 09-335-017 | $3^{A}$ | + | Tarryall Mountains (Sugarloaf) | 2009 | |
| 09-335-036 | $10^{A}$ | + | Tarryall Mountains (Sugarloaf) | 2009 | |
| 08-1407-029 | $U^{A}$ | + | Dome Rock | 2007 | |
| 09-154-042 | 3 | + | Fossil Ridge | 2009 | |
| 09-154-051 | 3 | + | Fossil Ridge | 2009 | |
| 09-335-037 | $1^{A}$ | + | Tarryall Mountains (Sugarloaf) | 2009 | |
| 09-335-011 | $1^{A}$ | + | Tarryall Mountains (Sugarloaf) | 2009 | |
| 09-335-037 | $1^{A}$ | + | Tarryall Mountains (Sugarloaf) | 2009 | |

repetitive DNA sequence genotypes generated using polymerase chain reaction (PCR) assays and boxA1R primer (BOX-PCR); profiles were clustered using the unweighted pair group method with arithmetic means based on the Pearson product-moment correlation coefficients. For bighorn herd descriptions and locations, see George et al. (2009).

Case No. 1:20-cv-02484-MSK   Document 45-2   filed 04/28/21   USDC Colorado   pg 133 of 134

1999, 2002). Although many of our *Pasteurellaceae* isolates were identified as *M. haemolytica* under the traditional classification system still used by several laboratories, genetic comparisons made by repetitive DNA sequence genotyping using polymerase chain reaction (PCR) and boxA1R primer (BOX-PCR) suggest the majority of these isolates may belong in species other than *M. haemolytica* (Fig. 1). *Mannheimia haemolytica* strains of livestock origin are pathogenic in bighorn sheep (e.g., George et al., 2008; Wolfe et al., 2010 and references therein), but the importance of other *Mannheimia* species seems less certain. Similarly, many of the so-called *Bibersteinia (Pasteurella) trehalosi* (biogroups 2 and 4 and accepted variants; Jaworski et al., 1998; Blackall et al., 2007) isolated from Colorado bighorns and indistinguishable via biotyping may comprise one or more separate species of trehalose-fermenting *Pasteurellaceae* (08-1407-002-95-292-001E; Fig. 1). Because similar trehalose-fermenting *Pasteurellaceae* strains appear to occur widely in bighorn populations in Colorado (Fig. 1) and elsewhere (Kelley et al., 2007), we speculate that these may represent relatively benign and perhaps ancestral species that are normal flora in the upper respiratory system of bighorns and related wild sheep species. Although limited in scope, data in Figure 1 illustrate how the traditional phenotype-based characterizations widely reported in studies of bighorn respiratory disease can be relatively uninformative (and perhaps misleading).

The BOX-PCR assay used here may be less discriminating than other genotyping methods in identifying *Pasteurellaceae* strains (Klima et al., 2010). However, this approach demonstrated several relationships between isolates that were consistent with independent epizootiologic observations. For example, *M. haemolytica* isolates from syntopic bighorn sheep (07-1920-001) and cattle (*Bos taurus;* 08-0200-195) at Fossil Ridge showed 99.5% similarity in genetic fingerprints (Fig. 1; Wolfe et al.,

2010). Moreover, these two isolates' DNA fingerprints were ≥94.8% similar to the fingerprint of another *M. haemolytica* isolate (97-1469-081; Fig. 1) from a temporally and geographically separate domestic sheep (*O. aires*)–associated pneumonia outbreak in native bighorns in the Tarryall Mountains (George et al., 2008). With one exception (09-072-033; Black Ridge), other Colorado bighorn isolates in this BOX-PCR cluster (97-1469-081-09-253-083; Fig. 1) were from herds with histories of respiratory disease (Gribbles Park, Rattlesnake Butte, Poudre Canyon, Waterton Canyon). Isolates in one *B. trehalosi* cluster (07-1920-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-094; Fig. 1) with ≥94.8% similarity came from several bighorn herds with poor lamb recruitment (Fossil Ridge, Avalanche Creek, Pikes Peak, Glenwood Canyon, Taylor River); this cluster also included a reference isolate (95-0093-100; Fig. 1) known to be pathogenic in bighorns (Miller et al., 1994; Kraabel and Miller, 1997; Kraabel et al., 1998).

Reliably describing long-term trends in occurrence and dynamics of *Pasteurellaceae* strains within and among Colorado's bighorn herds has been impaired by varied laboratory and sample handling methods and by lack of foresight. However, fortuitous archiving has afforded insight on persistence (or recurrence) of pathogenic *Pasteurellaceae* strains. Based on the alignment of early ribotype classifications (ribotype E$_{co}$; Snipes et al., 1992; Miller et al., 1994; Kraabel and Miller, 1997) and BOX-PCR fingerprinting of reference and contemporary isolates (Fig. 1), strains in the aforementioned *B. trehalosi* cluster apparently have occurred at least intermittently in bighorn herds in the Sawatch Range and adjacent portions of the San Juan Mountains since 1989 and perhaps earlier. In addition to bouts of summer lamb pneumonia in herds in which these strains have been enzootic, two "all-age" epizootics ensued elsewhere within months of augmenting resident bighorn herds with individuals translocated from the Sawatch Range; unfortunate-

BLM_0057894

ly, isolates from those epizootics were not included in our comparison.

Adopting contemporary taxonomic conventions and relying more on molecular methods for detecting and comparing *Pasteurellaceae* may help unravel some of the perceived complexity in the epizootiology and management of respiratory disease in bighorn sheep. Findings from these newer approaches also may motivate progress on novel intervention strategies (e.g., microbial restoration ecology to displace introduced *Pasteurellaceae* with more benign commensal strains, multivalent phage "vaccines" to target problematic *Pasteurellaceae*). Such advances could benefit not only bighorn sheep but other species whose long-term viability may be threatened by similar introduced pathogens.

Since 1989, our work has been supported by the Colorado Division of Wildlife and Colorado's Sheep and Goat Auction and Raffle fund, with periodic supplements from Federal Aid in Wildlife Restoration Project W-153-R and the Rocky Mountain Bighorn Society. *Mannheimia (Pasteurella) haemolytica* isolate 95-0093-00D2 was provided by W. J. Foreyt. We thank (chronologically) M. Wild, B. Kraabel, K. Snipes, R. Kasten, T. Spraker, W. Foreyt, R. Silflow, A. Green, A. Ward, J. Bulgin, G. Weiser, L. Lasher, H. McNeil, P. Shewen, M. Sirochman, I. LeVan, K. Griffin, K. Fox, D. Bade, S. Srikumaran, R. Bey, B. Hause, R. Shirbroun, and many others for laboratory or field assistance. Thanks to H. Edwards, J. George, and others for helpful comments on earlier drafts.

## LITERATURE CITED

ANGEN, Ø., R. MUTTERS, D. A. CAUGANT, J. E. OLSEN, AND M. BISGAARD. 1999. Taxonomic relationships of the [*Pasteurella*] *haemolytica* complex as evaluated by DNA-DNA hybridizations and 16S rRNA sequencing with proposal of *Mannheimia haemolytica* gen nov., comb. nov., *Mannheimia granulomatis* comb. nov., *Mannheimia glucosida* sp. nov., *Mannheimia ruminalis* sp. nov. and *Mannheimia varigena* sp. nov. International Journal of Systematic Bacteriology 49: 67–86.

———, P. AHRENS, AND M. BISGAARD. 2002. Phenotypic and genotypic characterization of *Mannheimia (Pasteurella) haemolytica*-like strains isolated from diseases animals in Denmark. Veterinary Microbiology 84: 103–114.

BEAR, G. D., AND C. W. JONES. 1973. History and distribution of bighorn sheep in Colorado. Colorado Division of Wildlife Report, Denver, Colorado. 232 pp.

BLACKALL, P. J., A. M. BOJESEN, H. CHRISTENSEN, AND M. BISGAARD. 2007. Reclassification of [*Pasteurella*] *trehalosi* as *Bibersteinia trehalosi* gen. nov., comb. nov. International Journal of Systematic and Evolutionary Microbiology 57: 666–674.

GEORGE, J. L., D. J. MARTIN, P. M. LUKACS, AND M. W. MILLER. 2008. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. Journal of Wildlife Diseases 44: 388–403.

———, R. KAHN, M. W. MILLER, AND B. WATKINS. 2009. Colorado bighorn sheep management plan 2009–2019. Colorado Division of Wildlife Special Report Number 81, Colorado Division of Wildlife, Department of Natural Resources, Denver, Colorado. 88 pp.

JAWORSKI, M. D., D. L. HUNTER, AND A. C. S. WARD. 1998. Biovariants of isolates of *Pasteurella* from domestic and wild ruminants. Journal of Veterinary Diagnostic Investigation 10: 49–55.

KELLET, S. T., E. F. CASSIRER, G. C. WEISER, AND S. SAFAEE. 2007. Phylogenetic diversity of *Pasteurellaceae* and horizontal gene transfer of leukotoxin in wild and domestic sheep. Infection, Genetics and Evolution 7: 13–23.

KLIMA, C. L., T. W. ALEXANDER, L. B. SELINGER, R. R. READ, P. E. SHEWAN, S. P. GOW, C. W. BOOKER, AND T. A. MCALLISTER. 2010. Comparison of repetitive PCR and pulse-field gel electrophoresis for the genotyping of *Mannheimia haemolytica*. Journal of Microbiological Methods 81: 39–47.

KRAABEL, B. J., AND M. W. MILLER. 1997. Effect of simulated stress on susceptibility of bighorn sheep neutrophils to *Pasteurella haemolytica* leukotoxin. Journal of Wildlife Diseases 33: 558–566.

———, ———, J. A. CONLON, AND H. J. MCNEIL. 1998. Evaluation of a multivalent *Pasteurella haemolytica* vaccine in bighorn sheep: Protection from experimental challenge. Journal of Wildlife Diseases 34: 325–333.

MILLER, M. W., B. J. KRAABEL, AND K. P. SNIPES. 1994. Strategies for managing infectious diseases in mountain sheep populations. Wildlife Research Report, Mammals Research, Federal Aid Projects, Job Progress Report, Project W-153-R-7, WP2a, J4. Colorado Division of Wildlife, Fort Collins, Colorado. pp. 103–108.

SNIPES, K. P., R. W. KASTEN, M. A. WILD, M. W. MILLER, D. A. JESSUP, R. L. SILFLOW, W. J. FOREYT, AND T. E. CARPENTER. 1992. Using ribosomal RNA gene restriction patterns in

BLM_0057895