Case No. 1:20-cv-02484-MSK   Document 45-5   filed 04/28/21   USDC Colorado   pg 1 of 131

Tyus, H. M., C. W. McAda, and B. D. Burdick. 1982b. Green River Fishery investigations: 1979–1981. Final Report to the U. S. Fish and Wildlife Service and the U. S. Bureau of Reclamation, Salt Lake City, Utah.

Tyus, H. M., and W. L. Minckley. 1988. Migrating Mormon crickets, *Anabrus simplex* (Orthoptera: Tettigoniidae), as food for stream fishes. Great Basin Naturalist 48:25–30.

Tyus, H. M., and N. Nikirk. 1990. Growth, diet, and status of channel catfish, *Ictalurus punctatus*, in the Green and Yampa Rivers, Colorado and Utah. Southwestern Naturalist 35:188–198.

Tyus, H. M., and J. F. Saunders. 1996. Nonnative fishes in the upper Colorado River basin and a strategic plan for their control. Final Report of University of Colorado Center for Limnology to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

USFWS (U.S. Fish and Wildlife Service). 1967. Native fish and wildlife: endangered species. Federal Register 32(48):4001.

USFWS. 1974. Colorado squawfish: Determination as an endangered species. Federal Register 39(3):1175.

USFWS. 1980. Bonytail chub: Determination as an endangered species. Federal Register 45(80):27710–27713.

USFWS. 1990a. Humpback chub recovery plan. U.S. Fish and Wildlife Service, Denver, Colorado.

USFWS. 1990b. Bonytail chub recovery plan. U.S. Fish and Wildlife Service, Denver, Colorado.

USFWS. 1990c. Streamflow needs of rare and endangered fishes: Yampa River interim flow recommendations. Final Report. U.S. Fish and Wildlife Service, Denver, Colorado.

USFWS. 1991a. Colorado squawfish recovery plan. U.S. Fish and Wildlife Service, Denver, Colorado.

USFWS. 1991b. Endangered and threatened wildlife and plants; the razorback sucker (*Xyrauchen texanus*) determined to be an endangered species. Federal Register 56(205):54957–54967.

USFWS. 1992. Final Biological Opinion on operation of Flaming Gorge Dam. Fish and Wildlife Service, Mountain-Prairie Region, Denver, Colorado.

USFWS. 1994. Determination of critical habitat for four endangered Colorado River fishes. Federal Register 59(54):13374–13400.

USFWS. 1998a. Razorback sucker *Xyrauchen texanus* recovery plan. Denver, Colorado.

BLM_0058382

USFWS. 1998b. Biological Opinion on the Duchesne River. Denver, Colorado.

Valdez, R.A. 1990. The endangered fish of Cataract Canyon. Final Report of BIO/WEST, Inc. to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Valdez, R. A. 1995. Synthesis of winter investigations of endangered fish in the Green River below Flaming Gorge Dam. Final Report of BIO/WEST, Inc. to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Valdez, R. A., and S. W. Carothers. 1998. The aquatic ecosystem of the Colorado River in Grand Canyon. Final Report of SWCA, Inc. to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Valdez, R. A., and G. C. Clemmer. 1982. Life history and prospects for recovery of the humpback and bonytail chub. Pages 109–119 *in* W. H. Miller, H.M. Tyus, and C.A. Carlson, editors. Fishes of the upper Colorado River system: present and future. Western Division, American Fisheries Society, Bethesda, Maryland.

Valdez, R. A., and B. Cowdell. 1999. Effects of flow regulation and ice processes on overwinter nursery habitat of age-0 Colorado pikeminnow in the Green River below Flaming Gorge Dam, Utah. Final Report BIO/WEST, Inc. to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Valdez, R. A., P. B. Holden, and T. B. Hardy. 1990. Habitat suitability index curves for humpback chub of the Upper Colorado River Basin. Rivers 1:31–42.

Valdez, R. A., A. P. Mangan, R. P. Smith, and B. Nilson. 1982. Upper Colorado River investigation (Rifle, Colorado, to Lake Powell, Utah). *In* Colorado River Fishery Project Final Report, Field Investigations Report 2, U.S. Fish and Wildlife Service, Salt Lake City, Utah.

Valdez, R. A., and W. J. Masslich. 1989. Winter habitat study of endangered fish – Green River: wintertime movement and habitat of adult Colorado squawfish and razorback suckers. Final Report of BIO/WEST, Inc. to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Valdez, R. A., W. J. Masslich, W. Leibfried, A. Wasowicz, B. Cowdell, R. VanHaverbeke, M. Yard, T. M. Trinca, and L. I. Brown. 1992. Characterization of the life history and ecology of the humpback chub in the Grand Canyon. Annual Report TR 250-05 of BIO/WEST, Inc. (Contract No. 0-CS-40-09110) to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Valdez, R. A., and R. Ryel. 1995. Life history and ecology of the humpback chub (*Gila cypha*) in the Colorado River, Grand Canyon, Arizona. Final Report. BIO/WEST, Inc., Logan, Utah.

Valdez, R. A., and R. Ryel. 1997. Life history and ecology of the humpback chub in the Colorado River in Grand Canyon, Arizona. Pages 3–31 *in* C. van Riper III and E.T. Deshler, editors. Proceedings of the Third Biennial Conference of Research on the Colorado Plateau.

BLM_0058383

Transactions and Proceedings Series NPS/NRNAU/NRTP-97/12, National Park Service, Denver, Colorado.

Valdez, R. A., and R. D. Williams. 1993. Ichthyofauna of the Colorado and Green Rivers in Canyonlands National Park, Utah. Pages 2–22 *in* P. G. Rowlands, C. van Riper III, and M. K. Sogge, editors. Proceedings of the First Biennial Conference on Research in Colorado Plateau National Parks. Transactions and Proceedings Series NPS/NRNAU/NRTP-93/10, National Park Service, Denver, Colorado.

Vanicek, C. D. 1967. Ecological studies of native Green River fishes below Flaming Gorge Dam, 1964–1966. Doctoral Dissertation. Utah State University, Logan.

Vanicek, C. D., and R. H. Kramer. 1969. Life history of the Colorado squawfish, *Ptychocheilus lucius*, and the Colorado chub, *Gila robusta*, in the Green River in Dinosaur National Monument 1964–1966. Transactions of the American Fisheries Society 98:193–208.

Vanicek, C. D., R. H. Kramer, and D. R. Franklin. 1970. Distribution of Green River fishes in Utah and Colorado following closure of Flaming Gorge Dam. Southwestern Naturalist 14:297–315.

Vinson, M. 1998. Aquatic macroinvertebrate assemblages downstream of Flaming Gorge Dam. Final report by Bureau of Land Management National Aquatic Monitoring Center, Fisheries and Wildlife Department, Utah State University, Logan to U.S. Bureau of Reclamation and Utah Division of Wildlife Resources, Salt Lake City, Utah.

Ward, J. V. 1989. Riverine-wetland interactions. Pages 385–400 *in* R. R. Sharitz and J. W. Gibbons, editors. Freshwater wetlands and wildlife. U.S. Department of Energy Symposium Series 61, U.S. Department of Energy Office of Scientific and Technical Information, Oak Ridge, Tennessee.

Ward, J. V., and J. A. Stanford (editors). 1979. The ecology of regulated streams. Plenum Press, New York.

Ward, J. V., and J. A. Stanford. 1995. Ecological connectivity in alluvial river ecosystems and its disruption by flow regulation. Regulated Rivers: Research and Management 11:105–119.

Ward, J. V., H. J. Zimmerman, and L. D. Cline. 1986. Lotic zoobenthos of the Colorado system. Pages 403–422 *in* B. R. Davies and K. F. Walker, editors. The ecology of river systems. Dr. W. Junk, Dordrecht, The Netherlands.

Waters, T. F. 1995. Sediment in streams: sources, biological effects and control. American Fisheries Society, Bethesda, Maryland.

Weatherly, A. H., & H. S. Gill. 1987. The biology of fish growth. Academic Press, San Diego, California.

Welcomme, R. L. 1985. River fisheries. Food and Agriculture Organization of the United Nations Fisheries Technical Paper 262.

Welcomme, R. L. 1995. Relationships between fisheries and the integrity of river systems. Regulated Rivers 11:121–136.

Wetzel, R. G., and A. K. Ward. 1996. Primary production. Pages 168–183 *in* G. Petts and P. Calow, editors. River biota: diversity and dynamics. Blackwell Science, Oxford, England.

Wick, E. J. 1997. Physical processes and habitat critical to the endangered razorback sucker on the Green River, Utah. Doctoral Dissertation. Colorado State University, Fort Collins.

Wick, E. J., and J. A. Hawkins. 1989. Colorado squawfish winter habitat study, Yampa River, Colorado, 1986–1988. Larval Fish Laboratory, Colorado State University, Fort Collins.

Wick, E. J., J. A. Hawkins, and T. P. Nesler. 1991. Occurrence of two endangered fishes in the Little Snake River, Colorado. Southwestern Naturalist 36:251–254.

Wick, E. J., T. A. Lytle, and C. M. Haynes. 1981. Colorado squawfish and humpback chub population and habitat monitoring, 1979–1980. Endangered Wildlife Investigations, SE-3-3, Colorado Division of Wildlife, Denver, Colorado.

Wick, E. J., C. W. McAda, and R. V. Bulkley. 1982. Life history and prospects for recovery of the razorback sucker. Pages 120–126 *in* W. H. Miller, H. M. Tyus, and C. A. Carlson, editors. Fishes of the upper Colorado River system: present and future. Western Division, American Fisheries Society, Bethesda, Maryland.

Williams, J. E., D. B. Bowman, J. E. Brooks, A. A. Echelle, R .J. Edwards, D. A. Hendrickson, and J. J. Landye. 1985. Endangered aquatic ecosystems in North American deserts, with a list of vanishing fishes of the region. Journal of the Arizona–Nevada Academy of Sciences.

Wiltzius, W. J. 1978. Some factors historically affecting the distribution and abundance of fishes in the Gunnison River. Final Report of Colorado Division of Wildlife to U.S. Bureau of Reclamation.

Wolz, E. R., and D. K. Shiozawa. 1995. Soft sediment benthic macroinvertebrate communities of the Green River at the Ouray National Wildlife Refuge, Uintah County, Utah. Great Basin Naturalist 55:213–224.

Wydoski, R. S., and E. D. Wick. 1998. Ecological value of floodplain habitats to razorback suckers in the upper Colorado River basin. Final Report of U.S. Fish and Wildlife Service and U.S. National Park Service to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

BLM_0058385

Yin, S. C. L., J. J. McCoy, S. C. Palmer, and H. E. Cho.  1995.  Effects of Flaming Gorge Dam hydropower operations on flow and stage in the Green River, Utah and Colorado. Environmental Assessment Division, Argonne National Laboratory, Argonne, Illinois.

BLM_0058386

# APPENDIX A:

## SUPPORTING INFORMATION ON HYDROLOGY OF THE GREEN RIVER SYSTEM

This appendix provides supporting hydrologic information for other sections of the report. Hydrologic conditions in the Green River drainage basin (A.1) and operations of Flaming Gorge Dam during the research period of 1990 through 1996 (A.2) are described first. The approach used to develop simulated time series of daily stream flows is discussed in Section A.3. These simulated data sets were used to characterize the unregulated hydrology of the upper Green River basin and to determine what effects Flaming Gorge Dam operations and river regulation have had on flows in the middle and lower portions of the Green River.

## A.1 HYDROLOGIC CONDITIONS IN THE UPPER GREEN RIVER AND YAMPA RIVER BASINS DURING 1990–1996

This section presents information on hydrologic conditions in the upper Green River and Yampa River basins during the research period of 1990 through 1996. Table A.1 summarizes the April through July water volumes during the research period. A great deal of year-to-year variability in the hydrology is apparent from these data. In the Yampa River basin, there were two dry years (1992 and 1994) and two wet years (1995 and 1996). The upper Green River basin experienced an 8-year drought cycle from 1987 through 1994. Inflows to Flaming Gorge Reservoir were below average in all of these years, with 1992 and 1994 being extremely dry. Because of the drought, significantly less water than normal was released from Flaming Gorge Dam between 1991 and 1994. Since Flaming Gorge Reservoir first filled to capacity in 1972, releases have averaged 1.9 billion $m^3$/year. During 1991–1994, releases averaged only 1.4 billion $m^3$/year.

The disparity between the hydrology in the upper Green River and the Yampa River basins should be noted. Hydrologic conditions at the two basins tend to be similar because of their physical proximity. However, for any given year, the hydrology of the two watersheds can be considerably different (Table A.1). For water years (1 October to 30 September) 1993, 1995, and 1996, hydrologic conditions were substantially wetter in the Yampa River basin than in the upper Green River basin. During 1951–1996, the upper Green River basin experienced six wet years (1965, 1971, 1972, 1983, 1984, and 1986). Only three of these years were wet in the Yampa River basin. There were seven dry years in the upper Green River (1960, 1961, 1977, 1981, 1988, 1992, and 1994) during 1951–1966; five of these years were dry in the Yampa River.

Table A.2 shows peak-flow data for the Yampa River and for the Green River near Jensen, Utah. The peak flow of the Yampa River provided the basis of the Green River peak flow at the Jensen gage throughout the research period.

BLM_0058387

**Table A.1.—Summary of water volumes during April–July for each year of the research period.**[a]

| Water Year | Upper Green River, Unregulated | | | Yampa River | | |
|---|---|---|---|---|---|---|
| | Apr–July Volume ($10^6$ m$^3$) | Percent Average | Exceedance Probability | Apr–July Volume ($10^6$ m$^3$) | Percent Average | Exceedance Probability |
| 1990 | 767 | 55 | 84 | 867 | 55 | 89 |
| 1991 | 1159 | 83.00 | 60 | 1152 | 73.00 | 75 |
| 1992 | 434 | 31.00 | 97 | 724 | 46.00 | 94 |
| 1993 | 1291 | 92.00 | 52 | 1903 | 120.00 | 29 |
| 1994 | 543 | 39.00 | 94 | 803 | 50.00 | 92 |
| 1995 | 1752 | 125.00 | 27 | 2588 | 164.00 | 5 |
| 1996 | 1653 | 118.00 | 32 | 2452 | 155.00 | 8 |

[a] Historic data used to create averages and the frequency distribution for the upper Green River were generated by using a combination of data from the USGS gage near Greendale, Utah (1951–1962) and data on unregulated inflows to Flaming Gorge Reservoir (1963–1996). Yampa River data were generated by using the sum of flow values from USGS gages on the Yampa River near Maybell, Colorado, and on the Little Snake River near Lily, Colorado, for 1922–1996. Probability values were developed by using a log Pearson III distribution.

**Table A.2.—Summary of peak flows during the research period.**[a]

| Water Year | Yampa River | | | Green River Near Jensen | | |
|---|---|---|---|---|---|---|
| | Peak Flow (m$^3$/s) | Percent Average | Exceedance Probability | Peak Flow (m$^3$/s) | Percent Average | Exceedance Probability |
| 1990 | 260.0 | 66 | 82 | 275.8 | 52 | 92 |
| 1991 | 301.9 | 76 | 71 | 300.2 | 57 | 88 |
| 1992 | 198.5 | 50 | 93 | 269.9 | 51 | 92 |
| 1993 | 497.8 | 126 | 23 | 566.3 | 107 | 38 |
| 1994 | 215.5 | 55 | 91 | 331.3 | 63 | 83 |
| 1995 | 519.6 | 131 | 19 | 526.7 | 100 | 45 |
| 1996 | 570.9 | 144 | 12 | 623.0 | 118 | 29 |

[a] Peak flows listed are the highest daily average flow for the year. Instantaneous peaks would be slightly higher. Yampa River data were generated by using the sum of the flow values from USGS gages on the Yampa River near Maybell, Colorado, and on the Little Snake River near Lily, Colorado, for 1922–1996. Probability values were developed by using a log Pearson III distribution.

BLM_0058388

Summer 1994 was much hotter and drier than normal in the Yampa River basin, which resulted in very low flows in late summer and early fall. Flows in the Yampa River fell below 0.3 m³/s in September. Flow-duration analysis demonstrated that Yampa River flows exceeded 0.3 m³/s 99.9% of the time. The monthly volume of water for the Yampa River in August was 3.1 million m³, which is only 9% of the monthly average and a 99% exceedance event. In September, the volume of water was 2.9 million m³ (14% of the monthly average; 98% exceedance).

The runoff pattern in water year 1995 was also unusual. The weather in early and mid-spring was much cooler than normal, which resulted in very late spring runoff (8 June); the historic median date for peak flow in the Yampa River is 22 May. Flows remained much above normal throughout June and July and into August. Yampa River volumes in July were 380% of the monthly average, and a log Pearson III distribution put this volume as a 0.1% exceedance.

## A.2   OPERATIONS OF FLAMING GORGE DAM DURING 1990–1996

### A.2.1   Operations during Water Year 1990

The elevation of Flaming Gorge Reservoir at the beginning of water year 1990 was 1,834.7 m, with 3.7 billion m³ of live storage (79% of capacity). Precipitation in 1990 was much below normal in the upper Green River basin; at the end of the water year, the elevation was 1,835.8 m, with live storage of 3.8 billion m³ (82% of capacity). Average daily flows in the Green and Yampa[1] Rivers are shown in Figure A.1.

- *Autumn operations.*—Releases from Flaming Gorge Dam were moderate during October 1989, and daily releases ranged from 22.7 m³/s (minimum operating levels[2]) to 75.3 m³/s. These releases, combined with flows from the Yampa River, produced average daily flows between 31.1 and 85.0 m³/s at Jensen. Hourly releases fluctuated between 22.7 and 99.1 m³/s for the first 9 d of October but were reduced for the remainder of the month.

- *Winter operations.*—During November through March, releases from Flaming Gorge Dam were maintained at or near 22.7 m³/s. Little hourly fluctuations occurred on most days in winter.

---

[1]Yampa River flows were calculated as the sum of flow values recorded at USGS gages on the Yampa River near Maybell, Colorado, and on the Little Snake River near Lily, Colorado.

[2]A minimum release from Flaming Gorge Dam of 22.7 m³/s has been established by agreement with the State of Utah to maintain the tailwater trout fishery.

BLM_0058389



**Figure A.1.—Average daily flows in the Green and Yampa Rivers during water year 1990.**

- *Spring operations.*—Because conditions were drier than normal in the upper Green River basin during this year, releases from Flaming Gorge Dam were below normal (below 28.3 m³/s) and steady from March through July. Occasionally, however, there were days when significant fluctuations occurred, with peak hourly releases up to 113.3 m³/s. Because water year 1990 was before the issuance of the Flaming Gorge Biological Opinion, a high spring release did not occur.

- *Summer operations.*—During August and September, the daily average flows at Jensen were near 31.1 m³/s, while Flaming Gorge Dam releases were maintained at 22.7 m³/s. Hourly release fluctuations were minimal during the summer.

## A.2.2   Operations during Water Year 1991

The elevation of Flaming Gorge Reservoir at the beginning of water year 1991 was 1,835.8 m, with 3.8 billion m³ of live storage (82% of capacity). Precipitation for the year was near normal in the upper Green River basin; by the end of the water year, the elevation was 1,838.5 m, with live storage of 4.2 billion m³ (90% of capacity). Average daily flows in the Green and Yampa rivers are shown in Figure A.2.

- *Autumn operations.*—Releases from Flaming Gorge Dam were moderate during October 1990, and average daily releases generally varied between 22.7 and 45.3 m³/s.

BLM_0058390



**Figure A.2.—Average daily flows in the Green and Yampa Rivers during water year 1991.**

Average daily flows in the Green River measured at Jensen ranged between 42.5 and 70.8 $m^3$/s. Fluctuations in hourly releases were minor during October.

- *Winter operations.*—During November through March, daily average releases from Flaming Gorge Dam varied between 22.7 and 56.6 $m^3$/s but were generally maintained near 22.7 $m^3$/s. From 14 December through 13 January, daily average releases increased to 42.5 $m^3$/s. Releases were then reduced to 22.7 $m^3$/s and maintained at that level for the remainder of winter. Hourly fluctuations were minimal on most days. Peak hourly releases for the season reached 70.2 $m^3$/s on 20 March.

- *Spring operations.*—Near-normal precipitation was experienced in the upper Green River basin during the year; however, releases from Flaming Gorge Dam were kept near 22.7 $m^3$/s from March through June. Average daily releases reached a peak of 57.2 $m^3$/s on 6 June. Hourly releases were ramped on most days to maximize power production and achieve peak-daily releases near 85.0 $m^3$/s. A high spring release, as later recommended in the Biological Opinion, was not made.

- *Summer operations.*—During August and September, releases from Flaming Gorge Dam were increased to approximately 42.5 $m^3$/s. Daily average flows in the Green River measured at Jensen were near 51.0 $m^3$/s and varied between 42.5 and 65.1 $m^3$/s. On most days, hourly releases were ramped between 22.7 and 70.8 $m^3$/s. Daily average flows at

Jensen were near 62.3 m³/s at the beginning of August, dropped to about 51.0 m³/s on 7 August, and remained near this level through end of September.

### A.2.3  Operations during Water Year 1992

The elevation of Flaming Gorge Reservoir at the beginning of water year 1992 was 1,838.3 m, with 4.2 billion m³ of live storage (90% of capacity). Precipitation in the upper Green River basin during the year was much below average; at the end of the water year, the elevation was 1,836.0 m, with a live storage of 3.8 billion m³ (83% of capacity). Average daily flows in the Green and Yampa Rivers are shown in Figure A.3.

- *Autumn operations.*—During October 1991, releases from Flaming Gorge Dam were made to achieve flows between 38.2 and 51.0 m³/s in the Green River at the Jensen gage.

- *Winter operations.*—Reservoir storage was relatively high at the beginning of winter, and there was a need to release water to accommodate forecasted inflows. Releases in December and January were generally about 68.0 m³/s, but moderate hour-to-hour fluctuations occurred for power generation. On 10 January, for instance, hourly releases varied between 36.8 and 76.5 m³/s. In February, it became apparent that the upper Green River basin would be very dry during the year, and releases were reduced substantially at this time. Releases in February, March, and April generally were about 42.5 m³/s, with moderate hour-to-hour fluctuations.



**Figure A.3.—Average daily flows in the Green and Yampa Rivers during water year 1992.**

BLM_0058392

- ***Spring operations.***—Because of dry conditions in the upper Green River basin, it was decided that a week-long power-plant-capacity release would satisfy requirements of the Biological Opinion. Releases of approximately 125 m³/s were made between 6 and 13 May to match the peak flow of the Yampa River. Following this, releases were reduced to the minimum flow of 22.7 m³/s until the second week of July.

- ***Summer operations.***—A target flow of 45.3 m³/s at the Jensen gage was maintained during summer. To maintain this flow, releases from Flaming Gorge Dam were adjusted as flows in the Yampa River declined. Hour-to-hour fluctuations at Flaming Gorge Dam were moderated to maintain the ± 12.5% flow deviation constraint at Jensen.

## A.2.4   Operations during Water Year 1993

The elevation of Flaming Gorge Reservoir at beginning of water year 1993 was 1,836.0 m, with 3.8 billion m³ of live storage (83% of capacity). Precipitation during the year was near normal in the Green River basin, but runoff was reduced because of dry conditions in the previous year. At the end of the water year, the reservoir elevation was 1,838.9 m, with a live storage of 4.3 billion m³ (93% of capacity). Average daily flows in the Green and Yampa rivers are shown in Figure A.4.



**Figure A.4.—Average daily flows in the Green and Yampa Rivers during water year 1993.**

- ***Autumn operations.***—Releases were below 25.5 m$^3$/s every day of October 1992, with the exception of 23 October, when the release was 29.7 m$^3$/s. No hourly fluctuations occurred. Stable releases from Flaming Gorge Dam combined with flows from the Yampa River produced a stable flow of approximately 34.0 m$^3$/s at Jensen. Target flows during the previous summer had been higher (45.3 m$^3$/s).

- ***Winter operations.***—From November through March, releases from Flaming Gorge Dam were approximately 26.9 m$^3$/s, and hourly fluctuations were relatively small (about 5.7 m$^3$/s). Because the forecasted April through July inflow was approximately 80% of the average, there was no need to increase winter releases to accommodate high spring inflows into the reservoir.

- ***Spring operations.***—Near-normal hydrologic conditions were experienced during winter, and it was decided that a 4-week power-plant-capacity release of 121.8 m$^3$/s would be made to meet requirements of the Biological Opinion. This release was scheduled to match the peak flow of the Yampa River. In April, it was expected that the Yampa River would peak at about 396.4 m$^3$/s, resulting in a combined flow of approximately 509.7 m$^3$/s at Jensen. A ramp-up rate of 21.2 m$^3$/s per day from Flaming Gorge Dam, beginning on 14 May, was selected as a transition to the 121.8 m$^3$/s.

  On 17 May, Reclamation began receiving calls reporting flooding in the vicinity of Jensen. At this time, releases from Flaming Gorge Dam were 96.3 m$^3$/s, and the flow at Jensen was 523.9 m$^3$/s. Reclamation, the Service, and Western decided to reduce releases from Flaming Gorge Dam to 51.0 m$^3$/s to alleviate this flooding. On 20 May, the Service and Reclamation decided that when Yampa River flows were above 396.4 m$^3$/s, Flaming Gorge Dam would be operated to maintain flows of 509.7–566.3 m$^3$/s at Jensen. It was thought that this flow would be adequate to accommodate the needs of the endangered fishes while minimizing flooding along the Green River. This operation continued from 20 May to 2 June, when Yampa River flow dropped below 396.4 m$^3$/s. At this time, release from Flaming Gorge Dam was increased to 121.8 m$^3$/s. The Yampa River peaked at approximately 509.7 m$^3$/s on 24 May; the instantaneous peak flow of 574.8 m$^3$/s at Jensen occurred on 28 May. Beginning on 16 June, Flaming Gorge Dam releases were ramped down at a rate of 11.3 m$^3$/s per day. Releases reached the minimum of 22.7 m$^3$/s on 24 June and remained at this level for the remainder of spring.

- ***Summer operations.***—From July through September, Flaming Gorge Dam was operated to maintain a daily target flow of 45.3 m$^3$/s at the Jensen gage. Minimum releases of 22.7 m$^3$/s were made during July and the first 5 d of August as Yampa River flows receded. On 6 August, Yampa River flows had declined to 19.8 m$^3$/s, and Flaming Gorge Dam releases were increased to 25.5 m$^3$/s to compensate. For the

remainder of the water year, daily average releases from Flaming Gorge Dam varied between 25.5 and 35.4 m$^3$/s to maintain the daily target of 45.3 m$^3$/s at Jensen. Hourly fluctuations in releases from Flaming Gorge Dam were restricted to maintain instantaneous flows at Jensen between 34.0 and 51.0 m$^3$/s.

## A.2.5  Operations during Water Year 1994

The elevation of Flaming Gorge Reservoir at the beginning of water year 1994 was 1,838.9 m, with 4.3 billion m$^3$ of live storage (92% of capacity). Precipitation during the year was much below average in the upper Green River basin, and runoff and inflow were further reduced as a result of the dry conditions in previous years. This water year was the eighth consecutive year of below-normal inflow into Flaming Gorge Reservoir. Reservoir elevation was 1,834.1 m at end of the water year, with a live storage of 3.6 billion m$^3$ (77% of capacity). Average daily flows in the Green and Yampa rivers are shown in Figure A.5.

- *Autumn operations.*—During 1–26 October 1993, daily average releases from Flaming Gorge Dam were between 28.3 and 35.4 m$^3$/s. During 1–10 October, these releases combined with Yampa River flows of about 8.5 m$^3$/s produced a flow of 45.3 m$^3$/s at Jensen. Beginning on 11 October, storms in the Yampa River basin caused Yampa River flows to increases significantly. Yampa River flows ranged from 14.2 to 31.1 m$^3$/s between 11 and 31 October and resulted in flows at Jensen between 51.0 and 71.0 m$^3$/s. Moderate hourly fluctuations in Flaming Gorge Dam releases occurred in October, but hourly flows at Jensen did not go above or below 12.5% of the mean daily flow at the gage. Beginning on 27 October, releases from Flaming Gorge Dam were increased to transition into winter operation.

- *Winter operations.*— From November through March, Flaming Gorge Dam releases were high, with large hourly fluctuations. This operation was chosen on the basis of recommendations from researchers that it would enable them to examine the effects of fluctuating flows on endangered fishes and ice formation. From 0000 to about 0500 hours during this period, releases were held near 22.7 m$^3$/s. Beginning at 0500 hours, releases were increased until about 0800 hours, when releases reached some midrange value. In the late afternoon or early evening, releases were increased again over a 2-h to 3-h period to high levels (usually around 113.3 m$^3$/s) and were maintained for about 2–3 h. Beginning at approximately 2000 hours, releases were reduced over a 3-h period to 22.7 m$^3$/s. Although this general pattern occurred on most days, there were days (especially on weekends) when smaller hour-to-hour fluctuations occurred.

BLM_0058395



**Figure A.5.—Average daily flows in the Green and Yampa Rivers during water year 1994.**

The volume of water released from Flaming Gorge Dam during winter varied significantly from month to month. In November and December, 160 and 180 million m³, respectively, were released from Flaming Gorge Dam. In January, it became apparent that the year would be dry, and Flaming Gorge Dam releases subsequently were decreased to conserve storage. Volumes released from Flaming Gorge Dam in January and February were 149 and 122 million m³, respectively. To maintain fluctuations and reduce volume, flows in the middle of the day were decreased beginning in January. In November and December, releases between 0800 until 1800 hours were about 79.3 m³/s. Beginning in January, releases in the middle part of the day were about 45.3 m³/s. The release pattern remained the same, but the amount of water released during the middle of the day (and thus, total volume) was reduced. In March, the volume of water released was further reduced to a total of 78 million m³. Minimum releases of 22.7 m³/s occurred between 2100 and 0400 hours. Generally, a peak release of about 59.5 m³/s was reached at about 1800 hours.

- *Spring operations.*—During 1–20 April, average daily releases from Flaming Gorge Dam were 28.3 m³/s. Releases were increased to 42.5 m³/s on 21 April and then to 45.3 m³/s on 26 April. To comply with the Biological Opinion requirement for a spring peak, researchers recommended that releases be used to maintain relatively high flows at Jensen during spring runoff from the Yampa River basin. These releases were intended to maintain flows of 283.2 to 339.8 m³/s at Jensen for as long as possible.

BLM_0058396

A ramp-up of 14.2 m$^3$/s per day was initiated on 10 May and continued until the maximum power-plant-capacity release of 121.8 m$^3$/s was reached on 17 May. Maximum power-plant-capacity releases from Flaming Gorge Dam were maintained until combined Green and Yampa River flows dropped below 226.5 m$^3$/s at Jensen. On 8 June, a 11.3 m$^3$/s per day ramp-down was initiated, and the minimum release of 22.7 m$^3$/s was reached on 16 June. During the period of peak spring releases, flows in excess of 283.2 m$^3$/s at Jensen were maintained for 10 consecutive days (15–24 May) and flows in excess of 226.5 m$^3$/s were maintained for 27 consecutive days (13 May–8 June).

- *Summer operations.*—Flaming Gorge Dam was operated from July to September to maintain a daily target flow of 45.3 m$^3$/s at the Jensen gage. Minimum releases of 22.7 m$^3$/s were made from Flaming Gorge Dam during 16–30 June as Yampa River flows decreased. For the duration of the water year, daily average releases from Flaming Gorge Dam were adjusted between 25.5 and 42.5 m$^3$/s to maintain the Jensen target. Some hourly fluctuation did occur, but the instantaneous flow at Jensen never exceeded 51.0 m$^3$/s or dropped below 39.6 m$^3$/s. Very few thunderstorms occurred in the Yampa River basin during this period; consequently, flows in the Yampa River were unusually low.

## A.2.6 Operations during Water Year 1995

The elevation of Flaming Gorge Reservoir at the beginning of water year 1995 was 1,834.1 m, with 3.6 billion m$^3$ of live storage (77% of capacity). Precipitation during the year was above normal in the upper Green River basin. This year was the first since 1986 that inflow was above normal. At end of the year, the elevation was 1,839.0 m, with a live storage of 4.3 billion m$^3$ (93% of capacity). Average daily flows in the Green and Yampa rivers are shown in Figure A.6.

- *Autumn operations.*—During October 1994, daily average releases from Flaming Gorge Dam were about 39.6 m$^3$/s to maintain a 45.3 m$^3$/s target flow at Jensen. During 26–31 October, releases were ramped down until a minimum release of 22.7 m$^3$/s was achieved by 1 November.

- *Winter operations.*—From November through March, Flaming Gorge Dam releases were low and steady. Because the previous year had been so dry, the reservoir elevation was low in the beginning of winter, and there was no need to draw down the reservoir; there were no hourly fluctuations in releases. Releases were 22.7 m$^3$/s during most of November. During late November through the first half of February, daily average releases were 36.8 m$^3$/s. During the latter part of February and all of March, releases were 22.7 m$^3$/s.



**Figure A.6.—Average daily flows in the Green and Yampa Rivers during water year 1995.**

- ***Spring operations.***—Releases during the first part of April were 31.1 m³/s. Releases were then increased to 42.5 m³/s and maintained until 17 May, when the ramp-up for the high spring release began. Releases were steady during most of April, but moderate hourly fluctuations occurred during May. Snowpack in the upper Green River basin was above normal in 1995, and inflow to Flaming Gorge Reservoir was forecasted to be above normal as the runoff period began. Consequently, a power-plant-capacity release of 130.3 m³/s was scheduled for 6 weeks, beginning in mid-May.

  Cool, wet weather persisted in both the Yampa and upper Green River basins until the middle of May. These weather conditions increased runoff potential, particularly in the Yampa River basin. The Yampa River was expected to reach a peak flow that, in combination with Flaming Gorge Dam releases, would cause some flooding near Jensen. It was decided that Flaming Gorge Dam releases would be reduced as necessary to prevent flows at Jensen above 509.7 m³/s. Flaming Gorge Dam releases reached 130.2 m³/s on 23 May.

- ***Summer operations.***—During July 1995, releases from Flaming Gorge Dam were quite high (85.0 m³/s) to compensate for the reduced releases in June. In the latter part of July, however, releases were reduced, and a target flow of 51.0 m³/s at Jensen was established for the remainder of the water year. Daily average releases from Flaming

Gorge Dam during August and September varied between 28.3 and 42.5 m$^3$/s to achieve the Jensen target flow.

## A.2.7  Operations during Water Year 1996

The elevation of Flaming Gorge Reservoir at the beginning of water year 1996 was 1,839.0 m, with 4.3 billion m$^3$ of live storage (93% of capacity). Precipitation and inflows during the year were above normal. The reservoir elevation was 1,838.1 m at end of the water year, with a live storage of 4.2 billion m$^3$ (90% of capacity). Average daily flows in the Green and Yampa rivers are shown in Figure A.7.

- *Autumn operations.*—During October 1995, releases of about 39.6 m$^3$/s were made to achieve a target flow of 51.0 m$^3$/s at Jensen.

- *Winter operations.*—In November, the elevation of Flaming Gorge Reservoir was quite high, and high winter releases were needed to draw down the reservoir. Releases were increased in November to 76.5 m$^3$/s and maintained until the last week of November, when releases were further increased to 87.8 m$^3$/s and maintained through December. In January, releases were reduced to 65.1 m$^3$/s and remained at this level until late February.

  At this time, forecasts of above-average inflow prompted an increase in releases to 73.6 m$^3$/s, where the releases remained through the end of March.

  Hourly fluctuations occurred in November and December. The daily fluctuation range was generally 45.3 m$^3$/s. Releases in January and February had no hourly variability. Fluctuations began again in March and were limited to ± 30% of the daily average release.

- *Spring operations.*—In early April, releases were increased to 87.8 m$^3$/s. Power-plant-capacity releases of 130.3 m$^3$/s began on 3 May. They began earlier than in most years because of the need to evacuate water in anticipation of above-normal inflows. Releases of 130.3 m$^3$/s were maintained until 24 June. In 1996, Reclamation did not reduce Flaming Gorge Dam releases to alleviate flooding near Jensen, as had been done in 1993 and 1995. However, inflow into Flaming Gorge Reservoir was less than forecasted. The reservoir did not fill and reached a peak elevation of 1,838.4 m.

- *Summer operations.*—From July through September, daily average releases from Flaming Gorge Dam were generally between 36.8 and 48.1 m$^3$/s to meet the 51.0-m$^3$/s target flow at Jensen.



**Figure A.7.—Average daily flows in the Green and Yampa Rivers during water year 1996.**

## A.3  SIMULATION OF DAILY UNREGULATED AND NATURAL STREAM FLOWS IN THE GREEN RIVER BASIN

In characterizing the hydrology of the Green River basin, simulated time series of daily stream flows were developed (Table A.3). These simulated data sets are useful in characterizing the hydrology of the upper Green River basin and numerically determining what effects Flaming Gorge Dam operations and river regulation have had on lows in the middle and lower portions of the Green River. This section describes the approach used to develop these simulated data sets.

### A.3.1  Development of Simulated Daily Reservoir Inflows

Before this analysis, data for reservoir inflows for both Fontenelle and Flaming Gorge Reservoirs existed, but these data had been determined by using mass-balance equations that relied on daily changes in reservoir storage to calculate inflow. Such data are very sensitive to measured reservoir elevations and the associated reservoir storage values assigned. Small inconsistencies in measured reservoir elevations result in a very "rough" historic record for reservoir inflow. This roughness is particularly problematic at Flaming Gorge Reservoir, where wind and wave action significantly affect the measured elevation reading.

To create a data set for inflow that does not contain an erratic pattern, an algorithm was developed whereby gauged data above the reservoirs were used to "smooth" the inflow hydrograph.

BLM_0058400

**Table A.3.—Daily flow data sets simulated as part of this investigation.**

| Site | Data Type | Years |
|------|-----------|-------|
| Fontenelle Reservoir | Inflow | 1966–1996 |
| Flaming Gorge Reservoir | Inflow | 1963–1996 |
| Flaming Gorge Reservoir | Unregulated Inflow | 1963–1996 |
| Green River near Jensen, Utah | Unregulated Flow | 1963–1996 |
| Green River at Green River, Utah | Unregulated Flow | 1963–1996 |
| Green River near Greendale, Utah | Natural Flow | 1951–1983 |
| Yampa River near Maybell, Colorado | Natural Flow | 1922–1983 |
| Green River near Jensen, Utah | Natural Flow | 1947–1983 |
| Duchesne River near Randlette, Utah | Natural Flow | 1943–1970 |
| White River near Watson, Utah | Natural Flow | 1924–1979 |
| Green River at Green River, Utah | Natural Flow | 1906–1970 |

At Flaming Gorge Dam, two USGS gage sites were used: the Green River near Green River, Wyoming, and Blacks Fork near Little America, Wyoming. For Fontenelle Reservoir, two USGS gages were also used: Fontenelle Creek near Herschler Ranch, Wyoming, and Green River near La Barge, Wyoming. Volumes of the simulated inflows were ratioed so that the volume of inflow in the simulated inflow matched the historic inflow data when compared over a long period of time.

## A.3.2   Development of Simulated Daily Unregulated Flows

After the inflow data were simulated, data for unregulated daily flows were simulated. Unregulated flow is the flow that would have occurred at a site in the absence of reservoir regulation upstream. Thus, unregulated stream flow in the Green River near Jensen, Utah, is a simulation of flows that would occur if there were no reservoirs upstream. Unregulated data could be calculated by using historic change-of-storage data at upstream reservoirs. However, this method would result in erratic, unregulated hydrographs in the same way that historic inflow data are subject to sensitivities in readings of reservoir elevations. Therefore, the simulated inflows previously developed were used with historic reservoir releases. The difference between these two data sets (simulated inflow and historic releases) was used to adjust the gauged daily data to generate the simulated unregulated data.

**A.3.3   Development of Simulated Daily Natural Flows**

Once the simulated unregulated stream flow data were generated, data sets of daily natural stream flow were developed. These were determined by adjusting the flows for depletions due to consumptive use of water and trans-basin diversions. The monthly natural flow database previously developed for use with the Colorado River Simulation System (CRSS) was used. For the years before river regulation, gauged USGS data were adjusted to create the simulated daily natural flows. For years after river regulation, the unregulated flows previously developed were adjusted. Daily values were adjusted by distributing the difference between the monthly natural flow (CRSS data set) and the monthly gauged (or unregulated) flow across the month. In all cases, the natural daily flow was higher than the gauged (or unregulated) flow. This adjustment was minor in winter, whereas in summer, during the irrigation season, the adjustment was much higher.

These simulated data sets were all developed by using computer programs written in the language C. All input and output data (simulated daily stream flows) from these programs were stored in the Upper Colorado Hydrologic Database (HDB). The HDB is a relational database that stores large amounts of hydrologic data.

BLM_0058402

# APPENDIX B:

## ABSTRACTS OF SELECTED STUDIES CONDUCTED IN THE GREEN RIVER SYSTEM DURING 1990–1996

Studies abstracted in this appendix include Recovery Program projects conducted under the Flaming Gorge Flow Recommendations Investigation (1990–1996) and other relevant contemporary research that supported findings of this synthesis report. Abstracts were taken unmodified from individual reports when available, but in cases where an abstract was not provided, one was produced based on the contents of the report (those are noted). Abstracts are presented alphabetically by author and chronologically by year.

**Allred, T. M., and J. C. Schmidt. 1999. Channel narrowing of the Green River near Green River, Utah: history, rates and processes of narrowing. Final Report of Utah State University Department of Geography and Earth Resonrces to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 37)**

The Green River is the longest tributary of the Colorado River. Near the town of Green River, Utah, the Green River narrowed in 2 discrete phases during the twentieth century. The first phase of narrowing decreased average width by about 5% and occurred between about 1930 and 1940 when the magnitude of the 2-year flood, mean annual discharge, and effective discharge decreased by about 30%, 28% and 37%, respectively. During this first phase of narrowing, saltcedar (*Tamarix* spp.), an invading non-native tree, began to establish itself in the study area, but botanists of that time did not describe the tree as "abundant". Channel width was stable in the 1940's and 1950's even though saltcedar were becoming abundant on the river's banks. Further narrowing, of an additional 14%, occurred after 1959. This latest period of narrowing began following 3 successive years when the magnitude of floods was less than the present 1.5-year recurrence flood and when saltcedar was abundant along the river. The deposits that comprise the banks of the narrowing Green River are composed of the suspended load of the river, and these alluvial deposits are characterized by horizontal layers which indicate that they formed by vertical accretion. We propose a mechanism to explain the coarsening upward sequence of beds found in these vertically-accreted deposits.

These changes in the channel of the Green River are based on analysis of more than 2,600 discharge measurements made by the U.S. Geological Survey, resurvey of an abandoned measurement site, matches of historical ground-level photography, and analysis of historical aerial photography within a geographic information system. We have developed analytical techniques that permit analysis of width data from U.S. Geological Survey discharge measurements where gaging cross sections are adjustable. These techniques allow the spatially rich but temporally poor data from aerial photographs to be supplemented with gaging station data which can add detail about the timing and actual processes of channel narrowing that cannot be determined from aerial photographs alone.

BLM_0058403

Such an analytical strategy provides a more complete record of historical channel adjustment than can be obtained by other means.

**Bell, A., D. Berk, and P. Wright. 1998. Green River flooded bottomlands and backwater habitat mapping for two water flows in May 1996 and one water flow in June 1997. Technical Memorandum No. 8260-98-07. U.S. Bureau of Reclamation, Technical Service Center, Denver, Colorado.** *Abstract excerpted from results and conclusions*

Color infrared 1:24,000 scale aerial photography was collected over the Green River on 18 and 20 May 1996, at discharges of 566 m$^3$/s and 623 m$^3$/s (as recorded at the USGS gage near Jensen, Utah), respectively. The aerial photography was interpreted to identify, delineate, and estimate areal extent of inundated areas, by land-ownership classes, from Split Mountain to Pariette Draw at each discharge level. Inundation of public land increased 47% and private land inundation increased 84% as discharges increased from 566 m$^3$/s to 623 m$^3$/s.

In addition, backwater habitats were mapped from aerial photography taken during low discharge for three locations (near Jensen, Utah; Ouray National Wildlife Refuge, Utah; and Mineral Bottom) along the Green River in October 1993 and in August 1996 and these data were compared to similar mapping done in 1987. For the site near Jensen, Utah, number and total area of backwaters decreased between 1987 and 1993, whereas the average area per backwater increased. Between 1993 and 1996, the number of backwaters increased, but remained less than the number of backwaters identified in 1987. Total area of backwaters and average size of backwaters were greater in 1996 than in 1987.

Within Ouray National Wildlife Refuge, number and total area of backwater habitats decreased from 1987 to 1993. These values increased between 1993 and 1996, but did not reach the levels recorded for 1987. Average backwater size decreased from 1993 to 1996, but the average size of backwaters was greater in 1996 than in 1987.

In the vicinity of Mineral Bottom, the number of backwaters decreased from 1987 to 1993, but the total area and average size of backwaters increased. From 1993 to 1996, the number, average size, and total area of backwaters increased, although differences in the flows at which aerial photography was collected may have complicated the analysis among years for this location.

**Bestgen, K. R. 1996. Growth, survival, and starvation resistance of Colorado squawfish larvae. Environmental Biology of Fishes 46:197–209. (Recovery Program Project 12-9)**

Growth and survival of Colorado squawfish, *Ptychocheilus lucius,* larvae under fluctuating 18, 22, and 26°C (5°C diel fluctuations) and constant 18, 22, 26°C, and 30°C temperature conditions and ration size corresponding to 12.5, 28, 64, 142, 320 brine shrimp nauplii/fish/day was determined from laboratory experiments. Growth was optimal at 31°C and high at temperatures of 26°C to 30°C,

BLM_0058404

at the highest food abundance. Lowest growth was under lowest food rations and highest temperatures. Growth of Colorado squawfish larvae declined substantially at temperatures < 22ºC. Neither growth nor survival was significantly different between fluctuating or constant regimes. Survival of Colorado squawfish larvae was highest (95%) at 26.2ºC and 235 nauplii/fish/day and high at temperatures of 20 to 30ºC with food abundance > 180 nauplii/fish/day. Survival was lowest when food abundance was low and temperature was high. Highest mortality occurred more than 20 days after experiments began and mortalities occurred sooner in higher than lower temperatures. Colorado squawfish larvae denied food for 5, 10, or 15 d after first feeding could have begun (6 d), had survival greater than 87% which was equivalent to continuously fed controls. Survival of fish denied food for 17.5 d after feeding could have begun declined from 84% before feeding to 57% after feeding. Point of no return was estimated between 17.5 and 20 d. Colorado squawfish have relatively high starvation resistance. Low, stable flows that simulate natural hydrographs may enhance growth, survival, and recruitment of early life stages of Colorado squawfish by increasing water temperature and food abundance in regulated rivers of the Colorado River basin.

**Bestgen, K. R. 1997. Interacting effects of physical and biological processes on recruitment of Colorado squawfish. Doctoral Dissertation, Chapter 4. Colorado State University, Fort Collins. (Recovery Program Project 12-9)**

Recruitment is central to population ecology because the abundance of young individuals often drives dynamics of subsequent life stages. Recruitment variation of age-0 Colorado squawfish *Ptychocheilus lucius* in the Green River, Colorado River basin, was related to physical and biological factors that were important at both intra-annual and annual time scales. Distributions of squawfish hatching dates derived from otolith increment analyses in 1991 and 1992 indicated that larvae in cohorts that hatched early survived poorly to fall. Growth rate comparisons suggested that the few early-hatched fish that survived were a fast-growing subset of the fish present in the same cohort in summer. I attributed this to a biological factor, size-selective predation mortality by nonnative fishes. In contrast, larvae that hatched late grew relatively slowly but survived at higher rates due to environmental factors and to declines in abundance of predaceous red shiners *Cyprinella lutrensis* by mid-summer. An independent individual-based computer simulation model which had gape-limited red shiners as predators and Colorado squawfish larvae as prey produced similar size-selective survival patterns. Model simulations also showed that fish with moderate growth rates survive at twice the rate of fish with low-growth rates. Growth reductions caused by competition with non-native fishes or starvation would extend the time that Colorado squawfish were susceptible to predation but by themselves would not explain the size-selective patterns observed. Reduced growth rates of Colorado squawfish, which were temporally correlated with a stochastic physical factor, flooding from summer thunderstorms, may have combined with size-selective predation to cause very low recruitment in the lower Green River in 1992. Otherwise, recruitment was not correlated with discharge and temperature regimes in the summers of 1991 and 1992. Over a 17-year record, mean July-August discharge had no effect on annual abundance of Colorado squawfish juveniles in backwaters in the fall except at relatively high discharge. Low abundance of juvenile Colorado squawfish in 1991 and 1992 when size-selective patterns were evident suggested that

BLM_0058405

predation may regulate recruitment in most years. Therefore, discharge management that emphasizes habitat enhancement should be supplemented with strategies to reduce effects of nonnative fishes.

**Bestgen, K. R., and M. A. Williams. 1994. Effects of fluctuating and constant temperatures on early development and survival of Colorado squawfish. Transactions of the American Fisheries Society 123:574–579. (Recovery Program Project 12-9)**

A laboratory study was conducted to determine the effects of four constant temperatures (18, 22, 26, and 30°C) and three fluctuating temperatures (diel fluctuations of ± 2.5°C around 18, 22, and 26°C) on early development and survival of Colorado squawfish *Ptychocheilus lucius*, which is listed as an endangered species by the U.S. Department of the Interior. Average hatch in constant and fluctuating temperatures was 72% at 18°C, 67% at 22°C, 62% at 26°C, and 38% (constant temperature only) at 30°C. There was no significant difference in hatch between constant and fluctuating temperatures. Average survival of larvae to 7 d posthatch in constant and fluctuating temperatures was 68% at 18°C, 64% at 22°C, 83% at 26°C, and 13% (constant temperature only) at 30°C. Survival of larvae at 30°C may have been confounded by a relatively low hatch of embryos and poor condition of larvae. Survival of larvae was 10–31% higher in fluctuating than in constant temperatures. Incidence of abnormalities was 2–22% at 18–26°C and 100% at 30°C. Differences in abnormality rates were not detectable between constant and fluctuating temperatures. Times to start of hatch, swim bladder inflation, and exogenous feeding were shorter at higher temperatures. First feeding occurred about 31 h earlier in fluctuating temperatures than in constant temperatures. Differences in lengths of larvae at hatching and on day 7 posthatch at the venous test temperatures were small and not considered ecologically significant. Tolerance of a relatively wide range of high water temperatures by Colorado squawfish embryos and larvae may reflect the historically variable Colorado River environments in which the species evolved. Low summer water temperatures caused by mainstream dams have eliminated Colorado squawfish from portions of its historic range in the Colorado River basin. Water temperatures that more closely reflect historic regimes are necessary to restore self-sustaining populations of Colorado squawfish in those areas.

**Bestgen, K. R., and J. M Bundy. 1998. Environmental factors affect daily increment deposition and otolith growth in young Colorado squawfish. Transactions of the American Fisheries Society 127:105–117. (Recovery Program Project 12-9)**

Otolith microstructure of endangered Colorado squawfish *Ptychocheilus lucius* was investigated to determine patterns of otolith growth and to validate daily deposition of increments. Sagittae and lapilli formed prior to hatching. After fish hatched, otolith increments were deposited daily whether larvae were reared at a constant 22°C temperature or subjected to fluctuating temperatures (± 2.5°/d) centered at 18, 22, or 26°C. Otolith increments were clearer and counts of increments were more accurate for fish reared at fluctuating than at constant temperatures. Otolith growth was lower at 18°C than at 22 or 26°C, but evidence of a direct effect of temperature on otolith growth was inconclusive. Lapillus diameters of slow-growing Colorado squawfish were larger than

BLM_0058406

those of similar-sized but fast-growing fish, indicating that fish and otolith growth rates were not proportional. When larvae were starved, growth in body length generally ceased immediately but otolith growth continued for up to 15 d. Otolith growth was reduced for up to 5 d after starved fish began to feed. Timing of starvation and reduced growth may not be accurately recorded by reduced otolith increment spacing. Low-contrast otolith increments in wild fish may indicate periods of low food abundance and starvation. Increased otolith growth early in life could reflect the start of exogenous feeding by Colorado squawfish larvae, a habitat shift to warmer water, or both. Otolith analysis will be useful for elucidating age, growth, and recruitment patterns of young Colorado squawfish.


**Bestgen, K. R., and L. W. Crist. 2000. Response of the Green River fish community to construction and re-regulation of Flaming Gorge Dam. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 40)**

We evaluated aspects of the protocol offered by Stanford et al. (1996) for restoration of biota in regulated rivers. The chronology of river regulation events and associated biotic evaluations that occurred in the regulated reach of the Green River upstream of the Yampa River from 1962 to 1996 offered an opportunity to determine the effectiveness of thermal enhancement and discharge re-regulation to restore native fishes. Prior to closure of Flaming Gorge Dam, the Green River supported an intact native fish assemblage and few non-native fishes occurred there. Closure and operation of Flaming Gorge Dam eliminated most native fishes in the regulated reach of the Green River from 1967 to 1978 because low water temperatures inhibited reproduction. The hydrograph was flat with no spring peak, high summer base flow, and sediment load was reduced. Thermal enhancement of the regulated reach in 1978, via dam penstock modification, had an immediate effect because reproduction by most resident native fishes was restored. The regulated reach supported nine native fishes, and only rare Colorado pikeminnow and razorback sucker did not reproduce. Discharge re-regulation begun in 1992 partially restored spring peaks and lowered early summer base flows. Sampling conducted during the period 1994 to 1996 demonstrated that native fishes were numerically dominant in electrofishing samples collected in Lodore Canyon. Native fishes were dominant in seine samples collected in upstream Lodore Canyon low-velocity habitats. Roundtail chub was very rare in the reach and may be declining in abundance. Non-native fishes dominated in backwaters in lower Lodore and in Island -Rainbow Park. Populations of other native fishes were stable and abundance of Colorado pikeminnow increased since 1980, perhaps in response to flow re-regulation and subsequent changes in the thermal environment. Abundance of cold water fishes has declined since 1980, and abundance of cool or warm-water fishes increased. Diversity and abundance of non-native fishes increased since 1980, especially in lower Lodore Canyon. Especially problematic may be piscivorous channel catfish, smallmouth bass, and northern pike. A strong water temperature gradient played a large role in controlling distribution and abundance of fishes in the regulated reach during the period 1994-1996. Relatively cool upstream temperatures may have limited the distribution and abundance of several warm-water fishes to reaches of the Green River downstream of lower Lodore Canyon. Limited backwater habitat in the upper reaches of Lodore

BLM_0058407

Canyon may have restricted occurrence of obligate backwater species such as red and sand shiner, fathead minnow, and redside shiner. Abundance of several combinations of hybrid suckers was high and much increased since 1980. Particularly common were hybrids that had white sucker as one parental type. Occurrence of cool water white suckers and hybrids declined in a downstream direction in Lodore Canyon, presumably in response to warmer water temperatures. Drift net sampling captured few fish of any kind, and reproduction by Colorado pikeminnow was not detected. A moderate-sized population of Colorado pikeminnow inhabited Lodore Canyon and were captured there in spring, summer, and fall. Length changes of recaptured fish and length-mass relationships indicated that resident fish had high growth rates. Minimally, Lodore Canyon provided important habitat for adult feeding. Water temperature of the Green River downstream of Flaming Gorge Dam was reliably predicted by ambient air temperature and discharge level. Water temperatures suitable for reproduction by Colorado pikeminnow were present early in the summer in some years. However, mid- and late-summer warming associated with reproduction by Colorado pikeminnow in the unregulated Yampa River was negated in the regulated reach of the Green River by increased discharge from Flaming Gorge Dam. Increased discharge was mandated by the 1992 Biological Opinion on operation of Flaming Gorge Dam. Further restoration of the fish community and habitat in the regulated reach of the Green River requires re-establishment of more natural discharge and temperature regimes, similar in pattern to those which occur in the unregulated Yampa River and the historical Green River. More natural flow and temperature patterns may also benefit native fishes in Green River reaches downstream of the Yampa River. Distribution and abundance of non-native fish populations will also likely expand if summer water temperatures of the regulated reach of the Green River are enhanced.

**Bestgen, K. R., R. T. Muth, and M. A. Trammell. 1998. Downstream transport of Colorado squawfish larvae in the Green River drainage: temporal and spatial variation in abundance and relationships with juvenile recruitment. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 32)**

This study was initiated in 1990 and was part of the Five-Year Flaming Gorge Flow Recommendations Investigations, 1992-1996. It was designed to assess aspects of reproduction, recruitment, and status of Colorado squawfish in the Green and Yampa Rivers. Colorado squawfish reproduced in early to mid-summer in the Green River basin. Initiation of reproduction by Colorado squawfish each year was generally associated with increasing water temperature and diminishing spring runoff. Earlier spawning was associated with earlier occurrence of peak runoff and warmer water temperatures.

No single variable accurately predicted when Colorado squawfish first reproduce among sites or years. Water temperature at initiation of reproduction ranged from 16.0 to 22.3°C in the lower Yampa River and was 19.8 to 23.0°C in the lower Green River. In the lower Yampa River, Colorado squawfish generally initiated reproduction a few days prior to or within a few days after mean daily water temperature exceeded 18°C. In contrast, Colorado squawfish in the lower Green

River initiated reproduction after mean daily temperature exceeded 18°C for 13 to 39 days. Time of year and accumulated degree days were also reasonable predictors of initiation of reproduction by Colorado squawfish. Initiation of reproduction was not closely associated with days post-peak discharge.

Abundance of larvae was generally higher in the Yampa River than in the lower Green River, and varied widely on diel, spatial, intra-annual and inter-annual scales. High transport abundance of larvae associated with increased turbidity, discharge, and darkness may be due to several factors including loss of orientation. High transport abundance under those conditions may also be a behavioral response to avoid sight-feeding predators. Increased transport abundance during turbidity events may have been caused by increased sediment deposition in interstitial spaces in the substrate, a stress which may have motivated larvae to emerge and drift. Differences in transport abundance of larvae across years and the patterns of abundance within a year may be due to several factors including timing of arrival, condition, and number of reproducing adults at the spawning areas.

Transport abundance appeared to be associated with discharge only during extreme years. High discharge was negatively associated with transport abundance in both the lower Yampa River and the lower Green River while low discharge was negatively associated with transport abundance only at the Yampa River station. Low abundance during either low or high discharge years could be a consequence of low abundance of adults and low production of larvae at spawning areas, high mortality of eggs or larvae at spawning areas or during downstream transport, sampling error, or other factors.

High intra-annual recruitment variation of juvenile Colorado squawfish in both the lower and middle Green River, 1990–1996 was not usually the result of inadequate numbers of larvae produced from spawning areas. Instead, high annual recruitment variation may be a consequence of factors that differentially affect growth and survival of early life stages. Colorado squawfish seem well-adapted to the fluctuating environmental conditions with which they have evolved. Thus, physical factors may regulate recruitment of age-0 Colorado squawfish only in relatively rare instances. Understanding the relative importance of mechanisms regulating recruitment of Colorado squawfish, including effects of discharge, habitat availability, and non-native fishes predators, is critical to management and recovery of this species.

**Beyers, D. W., R. T. Muth, and M. S. Farmer. 1994. Experimental evidence of competition between larvae of Colorado squawfish and fathead minnow. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.**

Quantitative study of resource competition has been frustrated by an inability to separate effects of intraspecific and interspecific competition. Two types of experimental design are commonly used to study competition in two- species assemblages (1) replacement designs, and

BLM_0058409

(2) additive designs. We used an experimental design and analysis that incorporated the positive attributes of replacement and additive designs to study resource competition between larvae of federally endangered Colorado squawfish, *Ptychocheilus lucius*, and a widely distributed nonnative species, the fathead minnow, *Pimephales promelas*. Effects of competition were inferred by feeding fish known quantities of zooplankton and comparing relative growth in single- and mixed-species assemblages. Effects of intraspecific exploitative competition were accounted for by using regression to describe the density-dependent relation between relative growth and feeding regime in single-species assemblages, and then subtracting these effects from the response of relative growth in mixed-species assemblages. Relative growth of Colorado squawfish and fathead minnow in single- and mixed-species assemblages was compared using a one-sample t-statistic, regression analysis, and an index of competitive ability. Conclusions of statistical analyses were confirmed by study of diet overlap.

The response of each species to competition was consistent with that predicted by ecological theory: relative growth of both fishes was reduced by competition (i.e., -/-). Negative competitive effects were asymmetrical, and quantitatively greater and more frequent for Colorado squawfish than for fathead minnow. Study of diet overlap confirmed conclusions of relative growth analysis. Diet overlap was reduced in the lowest feeding regime where resource competition was intense. Paradoxically, at higher feeding regimes diet overlap increased although analysis of relative growth suggested competition occurred at those feeding regimes as well. The insensitivity of diet overlap at higher feeding regimes may have been due to a lack of alternative prey, or may suggest that the response variable, relative growth, integrated effects of two qualitatively different competitive mechanisms without reflecting a change because intensity of competition remained relatively constant. These results emphasize the need for more detailed ecological investigations of interactions between early life stages of Colorado squawfish and potential non-native competitors. In addition, this study demonstrated that under experimental conditions, effects of intra- and interspecific competition can be separated and the outcome of exploitative resource competition can be determined.

**Chart, T. E., and L. D. Lentsch. 1999. Flow effects on humpback chub (*Gila cypha*) in Westwater Canyon. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 46)**

This five-year study to determine the effect of Colorado River flows on humpback chub (Gila cypha) reproduction and recruitment is a component of the Recovery Implementation Program (RIP) Aspinall Studies. The goal of this project was to develop relationships between observed flows and humpback chub life history responses, concentrating on the earlier life stages. To meet this goal, the following study objectives were identified: determine spawning and nursery requirements, describe the relationship between geomorphic processes of sediment transport and nursery habitat formation, identify and describe reproductive isolating mechanisms, and assess recruitment. Similar research is being conducted on the Green River in Desolation Canyon as part of the Flaming Gorge Studies.

BLM_0058410

Three components of the Westwater Canyon fish community were studied: the young of year (YOY), juveniles (AGE1+ and 2+) and late juvenile/adults. Both humpback chub (*Gila cypha*) and roundtail chub (*G. robusta*) are common in Westwater Canyon. Unlike some Upper Basin chub populations, the adults of these two *Gila* spp. are morphologically distinct in Westwater Canyon. However, young chubs are difficult to identify to species wherever more than one of these species is found. YOY sampling was therefore broken into sub-reaches: above Westwater Canyon (where only roundtail chubs are common), within Westwater Canyon (roundtail and humpback are equally represented in the adult fish community) and below the canyon (where roundtail chubs are present in low numbers and humpback chub are absent). YOY were sampled with seines. Juvenile chubs were monitored with shoreline electrofishing in the canyon, and late juvenile and adults were sampled with hoop and trammel nets as well as with electrofishing. The design of the study focused on YOY densities (fish/m$^2$ of seined habitat) and habitat use to establish relationships with observed flows. Juvenile chubs (still not readily identified to species) were monitored in the canyon to take the flow/reproduction relationship to the next step. Only three of the five cohorts produced during this study (1992, 1993, and 1994) could be tracked past their first summer (age 0); the 1995 cohort was virtually non-existent and further monitoring of the 1996 cohort was beyond the scope of this study. Late juvenile and adult chubs were monitored to determine population trend and stability in light of the recent recruitment. Pre-project data were incorporated into these analyses.

Hatching time and growth of young *Gila* spp. were correlated with flow parameters (peak flow at State Line gage and pre-peak flow in excess of 6000 cfs (a cumulative flow metric similar to degree days)) and water temperature (degree days > 10ºC prior to June 15). In general, YOY chubs hatched earlier above the canyon indicating roundtails likely spawned earlier than humpbacks. Catch rates of YOY *Gila* spp. were greatest in the above-canyon sub-reach with a project high density, 0.679, recorded there during July and August of 1993. The greatest density of YOY chubs within Westwater Canyon was nearly as high, 0.673, recorded during the summer of 1996. The catch rates of chubs were significantly higher in the above-canyon and canyon sub-reaches than in the sub-reach below the canyon. Reproductive success as measured by densities of YOY chubs was positively correlated with the previous year's peak flow, and negatively correlated with the amount the June monthly mean flow deviated from the historic monthly mean. The greatest canyon catch rates occurred when the river peaked near 30,000 cfs. A multinomial analysis indicated YOY chubs used backwater habitats as they were available, but did not select for them. Similar use was recorded in embayments and shoreline habitats within Westwater Canyon. Habitat availability within Westwater Canyon was not dependent on the spring peak as much as instantaneous flow. Nursery habitats were basically any low velocity area, whether that be a typical secondary channel backwater or merely a sculpted area in the shoreline bedrock (referred to as embayments). A chi-square analysis of presence/absence YOY chub in Westwater Canyon by habitat depth indicated no selection, supporting the finding of opportunistic habitat use. Habitat depth was positively correlated with peak flows and more strongly correlated with flows at the time of sampling. Shallow habitats were defined as those having a maximum depth < 0.7 m. Much of the available habitat within Westwater Canyon was not formed by sediment deposition as the classic Colorado pikeminnow nursery areas are. Non-native species were found in lower densities in Westwater Canyon than above or below the

BLM_0058411

canyon, again a function of canyon habitat availability. Non-native densities were negatively correlated with the peak flow at the State Line gage.

The analysis of chub recruitment was based on a comparison of cohort (as determined by length frequency analysis) densities (electrofishing CPE) relative from year to year. From this analysis, it appeared the 1994 cohort recruited the best; the 1993 cohort the worst. YOY produced in 1994, although not particularly abundant, had grown larger (45 mm TL by mid-August) than either the 1992 or 1993 cohorts. In addition, overwinter flows for the 1994 YOY cohort were lower and more stable than experienced by the other two cohorts. Survival of all juvenile chubs ($> 100$ mm TL) appeared to be high, although not quantified.

The humpback chub population in Westwater Canyon was monitored at three sites established for the Interagency Standardized Monitoring Program (ISMP): Miner's Cabin (RK 199.9–198.6), Cougar Bar (RK 194.4–193.6), and Hades bar (RK 192.2–191.8). Densities of adult humpback chub, as referenced by trammel net CPE (fish/23 m net hour), fluctuated greatly from trip to trip but overall remained fairly stable, with the trend in CPE slightly up at Miner's Cabin and slightly down at the other two. The same data for roundtail chub indicated a relatively strong downward trend at all sites. Lincoln-Peterson population estimates, although compromised by large 95% confidence intervals, showed a similar trend in population size for the two species.

**Chart, T. E., and L. D. Lentsch. 2000. Reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River 1992–1996. Report C *in* Flaming Gorge Studies: Reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 39)**

This report presents data collected from five annual monitoring trips in Desolation and Gray (Deso/Gray) canyons of the Green River, Utah; 1992–1996. Pre-project data, in some cases as early as 1985, is incorporated in long term comparisons of catch data. Low velocity habitats were sampled throughout the canyon (two habitats/8 km) with seines. Main channel habitats were sampled with trammel nets, hoop nets, and electrofishing. Main channel sampling occurred at four trend sites (Cedar Ridge - RK 295.7; Surprise Canyon/Rock Creek area - RK 280.5; Joe Hutch - RK 256; and Coal Creek - RK 232.8) each year. Additional sites were sampled each year to determine if Colorado pikeminnow spawned there.

Nonnative cyprinids, most importantly *Cyprinella lutrensis*, dominated the catch in low velocity habitats. Low velocity habitat sampling during August, 1993, resulted in the greatest catch ($n = 162$) of YOY chubs (approximately 0.1 fish/m$^2$). YOY chubs were collected in relatively low numbers every other year of the study. Annual YOY chub CPE was weakly correlated with Green River peak flow ($R^2 = 0.1$). Back calculated spawning dates indicate chubs spawned in Deso/Gray under a wide range of flows (1,650–25,800 cfs).

BLM_0058412

Adult and juvenile *Gila* spp. net catch rates at the four monitoring sites remained below 0.2 fish/23 m net-hour throughout this five year period and dropped below 0.1 the final year of study, 1996. Considering pre-project data, adult *Gila* spp. catch rates have been declining since 1989. The 1993 chub cohort was sampled in 1994 as Age 1+ fish and offers the strongest evidence of recruitment since pre-project monitoring in 1989. Juvenile chubs (likely the 1993 and 1994 cohorts) were collected again in 1995. Kolmogorov-Smirnov tests for differing distributions indicated population structure (as characterized in length frequency analysis) of Deso/Gray chubs are dynamic and recently (incorporating 1997 data) were comprised of smaller (younger) individuals.

Colorado pikeminnow trammel net CPE remained low at the four trend sites, with the greatest catch (0.065 and 0.08) collected at RK 280.5 in 1994 and 1995. Concentrations of ripe male pikeminnow were found at Rabbit Valley RK 238) in 1994 and 1995. Concentrations of spawning pikeminnow were also found at Joe Hutch RK 256) in 1997. The Three Fords spawning area was determined to be an 18 km stretch of river between RK 256 and 238, with the focus of spawning shifting within that stretch through time.

Netting catch rates for native catostomids have been in general decline since 1989, however rebounded in recent years. Electrofishing has provided a relatively strong sample of both *Catostomus latipinnis* and *C. discobolus* since 1994 including some strong evidence of recent recruitment. Native catastomid recruitment appears to be more successful since 1993 than was observed in 1992 and during pre-project monitoring years.

Channel catfish (*Ictalurus punctatus*) was the most abundant species collected in main channel habitat each year of study. The only apparent lapse in channel catfish recruitment was observed in 1994 after the higher flows of 1993.

We recommend incorporating Deso/Gray fish community monitoring into the Interagency Monitoring Program and targeting flows of 7,000–8,000 cfs to maximize sampling efficiency. Population estimates at the four trend sampling sites would help validate CPE values collected in this canyon since 1986. If a more intensive study to estimate chub population size is initiated, incorporation of a catfish control component at the trend sites should be considered. This monitoring data set does not lend itself to developing flow recommendations. However, the 1993 cohort of chubs appeared to overwinter better than the 1994 cohort. Overwinter flows averaged 3,250 cfs from Oct 1993–Feb 1994 opposed to 2,250 cfs the next winter.

**Chart, T. E., D. P. Svendson, and L. D. Lentsch. 1999. Investigation of potential razorback sucker (*Xyrauchen texanus*) and Colorado pikeminnow (*Ptychocheilus lucius*) spawning in the lower Green River, 1994 and 1995. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 38)**

In 1994 and 1995, sampling was conducted to determine if razorback sucker and Colorado pikeminnow spawn in the lower 210 km of the Green River. Based on the infrequent collections of adults in the past ten years, sampling efforts for razorback sucker were focused around the mouth of the San Rafael River at Green River kilometer (RK) 156. Investigations of Colorado pikeminnow spawning were centered on a cobble bar at the mouth of Millard Canyon (RK 53.9). Electrofishing and trammel nets were used to sample adults; larval light traps and seines were used to sample the early life stages. One adult razorback sucker was collected while conducting Interagency Standardized Monitoring Program (ISMP) electrofishing in 1995 near Mineral Bottom RK 83.7). This fish (TL = 559 mm, Wt = 2150 g, PIT # = 1F74374E68) was caught 69 km below the San Rafael River at RK 86; on 16 May, 1995. No adult razorback suckers were collected as result of specific project efforts near the mouth of the San Rafael River. A total of 48 larval razorback suckers were collected during this study, with the majority (91.7%; $n = 44$) of those collected in 1994 near the mouth of the San Rafael River. Twenty-eight larvae were collected in the mouth of the San Rafael River and the remaining larvae were collected in habitats immediately downstream. No larvae were collected in habitats upstream of the San Rafael River/Green River confluence. Incorporating the results of this study with those of concurrent efforts in the middle Green River, Muth et al. (1998) determined that larval razorback suckers collected in the lower Green River were likely spawned there. Water temperatures warm earlier each spring in the lower Green River than the middle Green River. The thermal regimes of the Green River at Jensen, Utah, and at Green River, Utah, are discussed in light of razorback sucker spawning time. Further investigation into the timing, magnitude, and specific location of razorback sucker spawning in the lower Green River is recommended. No evidence was found of Colorado pikeminnow spawning in the lower 60 km of the Green River. Based on the results of other project efforts it was determined that the timing of sampling for adults at the Millard Canyon bar was likely better in June, 1994, than in June, 1995. Pikeminnow spawning was delayed throughout the upper Colorado River basin until the latter part of July in 1995. Further investigations into pikeminnow spawning in the lower Green should be more intensive than this effort and should occur within the next five years.

**Collins, K. P., and D. K. Shiozawa. 1996. The effects of fish predation on backwater invertebrate communities of the Green River, Utah (Ouray National Wildlife Refuge reach). Final Report of Brigham Young University Department of Zoology to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 12-10).**

The potential role of fish predation on the structure of invertebrate communities in backwater habitats of the Green River, a large river in eastern Utah, was examined by placing a series of complete, partial, and no fish exclosures in backwater habitats and sampling benthic and

planktonic communities periodically through the summer. The taxa showing the greatest direct treatment effects were the chironomid genus *Tanypus*, the Corixidae, and the planktonic adult copepod. The benthic densities of the naupliar and copepodite stages of copepods showed a negative response to fish exclusion, probably the result of increased levels of Corixidae and *Tanypus*, which are known to prey on benthic organisms. This study indicates that backwater fishes may impact food resources, although invertebrate predation may act in a compensatory manner on certain invertebrate species. This suggests that Colorado squawfish *Ptychocheilus lucius* may undergo resource competition during their post-larval stage. More research is necessary to determine if this is the case.

**Converse, Y. K., L. D. Lentsch, and R. A. Valdez. 1999. Evaluation of size-dependent overwinter growth and mortality of age-0 Colorado squawfish. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 35)**

This report encompasses two important aspects of age-0 Colorado pikeminnow life history. First, we investigated usefulness of scale analysis and length-frequency distributions for evaluating overwinter mortality and growth of age-0 Colorado pikeminnow. Second, we examined associations of age-0 fish length and relative abundance in fall and spring with spatial and temporal degree-day accumulation and flow regimes in the Green River system.

Using the relationship between total number of circuli and total length of young Colorado pikeminnow, we estimated maximum number of circuli formed in the first year for 1) fish that formed a first year growth check and 2) for those that did not. We found that most age-0 Colorado pikeminnow (49%) collected in fall of 1991 (only year scales were collected from age-0 fish) were too small (<40 mm TL) to form a first year growth check but that a first year growth check was present on scales of most adults (75%) collected between 1978–1989.

We then examined length frequency information collected over eight winter seasons (1987 to 1994). In the middle Green River, 45 to 75% of age-0 fish were less than 40 min in fall for years examined (1989 to 1993); in the lower Green River, 50 to 90% of fish were less than 40 min TL in fall for years examined (1987 to 1993). This information suggests that some size dependent mechanism, such as mortality or growth, favored larger Colorado pikeminnow.

To assess size-selective mechanisms (growth or mortality) affecting survival of age-0 Colorado pikeminnow, we examined shifts in length-frequency data, plotted as quantiles, from fall to spring over the 8 year period. In the middle Green River, all years showing a significant effect of a size-selective overwinter mechanism indicated mortality was dominant. In the lower Green River, mortality was dominant in five years, but two years showed dominant size-selective growth. We were not able to discern the interaction between growth and mortality. The relative importance of these size-dependent mechanisms most likely varies from year to year depending on biological and environmental factors like nonnative predation, competition, and degree day accumulation in the first growing season.

BLM_0058415

These results lead us to explore relationships between physical variables of temperature and flow with size of age-0 Colorado pikeminnow in fall. If degree-day accumulation influenced size of fish in fall, we would have expected to see differences among middle and lower river reaches for both size of age-0 fish entering winter and consequently, their overwinter survival assuming they were hatched during the same period. We calculated degree-day accumulation for pre- and post-dam periods to determine large-scale changes due to Flaming Gorge Dam and then for individual winter and summer seasons that corresponded with fall and spring age-0 fish sampling (1987 to 1994). We found that mean daily water temperatures of the Green River near Jensen, Utah, and near Green River, Utah, were higher on average at the downstream Green River station than the upstream Jensen station, and total degree day accumulation was 37% greater at the downstream station during the period of record. However, no change was found to be associated with dam operations. We also found that degree day accumulation for summer and winter periods was consistently and substantially greater in the lower Green River during the study period. Despite the differences in degree-day accumulation between sites, age-0 Colorado pikeminnow were not larger in the lower Green River in fall.

Furthermore, analysis showed that overwinter degree-day accumulation did not appear to be associated with different size-selective overwinter mechanisms between the middle and lower reaches or among years. One exception to this was a dominant mechanism of size-selective growth occurring only in the lower Green River where temperatures were warmer (1987-88 and 1990-9 1). Fish growth did not appear to be related to mainstem degree-day accumulation which suggests limitations of age-0 Colorado pikeminnow growth may have been due to differences in specific habitat type quantity or quality between the two areas or possibly differential food, predation or competition pressure. This contention is further supported by a lack of a detectable association between age-0 year class size and length in fall and physical flow attributes, such as timing and magnitude of peak flows, average summer flows, and summer degree-day accumulation. A notable but insignificant association between degree-day accumulation and size of age-0 fish in fall in the lower Green river (which did not show up in the middle Green River) suggests limiting factors of early life-stage survival may be different at different sites. In fact, age-1 year class size and length in spring was best predicted by age-0 year class size and length in the fall and was not related to average winter flows or winter degree-day accumulation. The largest and most abundant fall year classes were also the largest and most abundant spring year classes. Such a finding lead us to the conclusion that limiting factors on age-0 Colorado pikeminnow recruitment to age-1 generally occurs before fall of their first year, not overwinter as has been previously hypothesized.

We recommend further investigations between size-dependent overwinter growth and mortality to quantify limitations on age-0 Colorado pikeminnow survival and more information on factors limiting pre-winter recruitment of age-0 Colorado pikeminnow.

BLM_0058416

**Cooper, D. J, and C. Severn. 1994. Wetlands of the Ouray National Wildlife Refuge, Utah: hydrology, water chemistry, vegetation, invertebrate communities, and restoration potential. Final Report of Colorado State University Department of Fishery and Wildlife Biology to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.**

The study area is potentially one of the most valuable floodplain ecosystems in the entire upper Colorado River system. Natural levees occurs adjacent to the river channel and extensive bottomlands occur behind the levees. Bottoms like Wyasket Lake are nearly 1 mile in diameter and provide tremendous floodplain water storage and interaction between the river and floodplain. Nowhere else that we know of in the region does such a wide and potentially active floodplain exist.

Flooding in the study area occurs at Green River flows of approximately 17,000 to 19,000 cfs (481 to 538 m³/s). Flows of this magnitude historically occurred at a frequency of 1.45 years, with many consecutive years having flooding. Construction of Flaming Gorge Dam has reduced flood frequency to 3.3 years. Thus, long periods of time without flooding occur at present, for example 1987 to 1992. In addition, the establishment of the Ouray National Wildlife Refuge initiated management of large areas for waterfowl, which are not particularly abundant in this region. Their management includes diking the river on the western side of the River. Many bottoms, notable Leota and Sheppard do not flood any more.

**Cooper, D. J., and C. Severn. 1994. Wetlands of the Escalante Ranch Area, Utah: hydrology, water chemistry, vegetation, invertebrate communities, and restoration potential. Final Report of Colorado State University Department of Fishery and Wildlife Biology to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.**

Our water chemistry data indicate that there are localized concentrations of selenium, particularly in the northern and southern portions of the study area. The selenium source appears to be shales underlying the terrace east of the wetlands. We hypothesize that the entire northern and southern portions of the study area may contain selenium salts in concentrations that are too high to permit their use as fish restoration sites. However, water samples collected in the central portion of the study area did not contain selenium and with proper management we feel that the site most likely is usable.

Water levels through the winter have not been determined and it is unknown whether fishes trapped in the wetlands over winter, could survive and move back into the river the following spring. Since the wetland water depths are quire shallow we are unsure whether the site freezes to the bottom or not. However, the perennial flows of the escarpment springs would indicate that some oxygenated water does flow into the wetlands and survival may be possible.

We propose a straight forward method for integrating fish into the existing wetlands while preserving the wetland's integrity. This plan is a first step and changes could be made in the future. The plan would allow fishes from the Green River to move into the Escalante wetlands. We propose

that one or two high water channels be constructed to allow Green River water to flow from the river into the Escalante wetlands at high and moderate river stages. This connection would occur at river stages above approximately 4,831 to 4,832 feet and would be passive, with water backing in instead of flowing in. Flows required to produce water at this stage occur nearly every year. Since the water would back in from an area adjacent to or downstream from the wetlands, maximum water depth in the wetlands and its duration would be reduced. In addition, sediment deposition in the marsh would be reduced. This channel would introduce fish into the portion of the wetland that contains little selenium and would not require connection of the selenium-free area with the high selenium and high salt groundwater that occurs north of the existing open water bodies.

Water levels in the marshes presently remain high for most of the summer due to groundwater discharge from the terrace escarpment. We expect that under prolonged high flows it could remain high for an even longer period. These high water levels could allow larval fishes introduced to the wetland in May or June to escape back to the Green River in July or even August.

**Day, K. S., K. D. Christopherson, and C. Crosby. 1999. An assessment of young-of-the-year Colorado pikeminnow (*Ptychocheilus lucius*) use of backwater habitats in the Green River, Utah. Report B *in* Flaming Gorge Studies: Assessment of Colorado pikeminnow nursery habitat in the Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 33)**

Colorado pikeminnow nursery habitat characteristics and selection focusing fall sampling for young-of-the-year (YOY) recruitment in backwater habitats were studied in a 16.1 km study reach at Ouray National Wildlife Refuge, Utah, from 1990 to 1996 using Interagency Standardized Monitoring Program (ISMP). The information generated by this study was used for development of a model to predict Colorado pikeminnow use of backwaters based on physical parameters, relationships between spring flows, and nursery habitat formation. This report was generated from the Recovery Implementation Program Scope-of-Work number FG-33. The specific task of this project was to study the Green River within the boundaries of Ouray National Wildlife Refuge to:

1. determine the relationship between quantity of nursery habitats available in the summer period to the number of YOY Colorado pikeminnow present in nursery habitats during the autumn period,

2. describe the relationship between nursery habitat availability and fish habitat selection, and

3. compare intensive sampling and standardized monitoring to assess ways of refining standardized monitoring and ways to make greater use of available data.

BLM_0058418

A total of 1,043 backwaters and low velocity habitats were sampled three times each year from August 1990 through September 1996 for the presence of endangered fishes. Each backwater sampled was first categorized by physical type; which was determined by its method of formation or current condition. To avoid disturbing the fish, all physical measurements were made after fish communities were sampled with a 3 mm mesh seine. Several statistical analyses were conducted to help interpret significant relationships. Linear regression was performed on four flow parameters peak flow, date of peak flow, flow and duration against backwater numbers, volume and area. Contingency table and $X^2$ analysis were preformed to test preference for use of habitat classes. The Wilcoxon rank-sum tested the significant differences ($p < 0.05$) of habitat variables between occupied and unoccupied backwaters. Discriminant function analysis was also used to determine if Colorado pikeminnow use of nursery habitats could be predicted by a model of habitat characteristics. Models were developed for each season of each year, for each season for all years, for each year and for all seasons and years pooled. Correlation analysis on catch-per-unit-effort (CPUE) data for all species to show correlation between species CPUE. No consistent trend was found between native ans non-native species.

Findings of this study show that Colorado pikeminnow use large, deep backwaters with high turbidity, and backwaters used by Colorado pikeminnow in the spring were larger and deeper than those used in the summer and fall. Water temperature did not have as much influence on Colorado pikeminnow use of backwaters as expected. Temperature differentials between backwaters and main channel were significant only in the spring. Backwater area and volume available at Ouray NWR was negatively related to peak flows in the preceding spring for all seasons, and no relationship existed between numbers of backwaters available and spring flows. The catch-per-unit-effort of Colorado pikeminnow was positively correlated with bluehead sucker catch, and was not related to spring flows. This was true for most other species captured.

We recommend that periodic high spring flows are needed to rebuild the river channel and re-establish secondary channel backwaters used by Colorado pikeminnow. This rebuilding event should be followed with several years of variable flow aimed at maintaining channel diversity and secondary channel backwaters. Determination of flow events and timing should be based on geologic and hydrologic studies, concurrently being completed. There are two possible modification that should be considered for ISMP young-of-the-year sampling. These include a measure of turbidity and dropping the minimum depth restriction to 0.20–0.25 m. Although not fully addressed here, it is recommended that the final Green River flow regime take into account other species of native fish that show different responses to spring flows and habitats. Variability of the Green River flow regime is likely the best scenario for adequate management of the entire system. Considerable information concerning backwater use by the remaining Green River fish community is still available in this data set, and personnel, time and funding should be dedicated to continue analyses.

BLM_0058419

Case No. 1:20-cv-02484-MSK   Document 45-5   filed 04/28/21   USDC Colorado   pg 39 of 131

**Day, K. S., K. D. Christopherson, and C. Crosby. 2000. Backwater use by young-of-year chub (*Gila* spp.) and Colorado pikeminnow (*Ptychocheilus lucius*) in Desolation and Gray Canyons of the Green River, Utah. Report B *in* Flaming Gorge studies: reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 39)**

Backwater nursery habitat characteristics used by chubs (*Gila* spp.) and Colorado pikeminnow *(Ptychocheilus lucius)* were studied in Desolation and Gray canyons of the Green River, Utah, during 1994 and 1996. This study was conducted as part of the Recovery Implementation Program (RIP) for the Endangered Fish Species in the Upper Colorado River Basin, Scope-of-Work number FG-39. The Flaming Gorge Investigations are a five year program begun in 1992 to provide pertinent information on endangered fishes in the Green River and the effects of flow regulation by the dam. Results of the numerous studies conducted during this period will be used to develop a new Biological Opinion on the future operation of Flaming Gorge Dam. There were a total of ten project objectives, six dealt with biological component and four dealt with geomorphic component. Several of the objectives were handled by more than one research team and the results are reported in more than one final report. Reports are referenced as follows: A-Orchard and Schmidt 1998; B- Day et al. 1999; and C- Chart and Lentsch 1998. The specific tasks of this report were to:

1. determine reproductive success, growth rates, and backwater habitat use of early life stages of *Gila* spp. and Colorado pikeminnow;

2. continue PIT tagging all juvenile and adult *Gila* spp.; and

3. monitor apparent trends in the non-target fish community.

A total 729 backwater and low velocity flow habitats of Desolation and Gray canyons were sampled four times each year between 1994 through 1996 for the presence of endangered fish. Each backwater sampled was first categorized by physical type, and physical measurements were made after fish communities were sampled with a 3 mm mesh seine. Several statistical analyses were conducted to help interpret significant relationships. Linear regression was performed on four flow parameters peak flow, date of peak flow, flow and duration against backwater numbers, volume and area. Contingency table and $X^2$ analysis were preformed to test preference for use of habitat classes. The Wilcoxon rank-sum tested the significant differences ($p < 0.05$) of habitat variables between occupied and unoccupied backwaters. Discriminant function analysis was also used to determine if Colorado pikeminnow use of nursery habitats could be predicted by a model of habitat characteristics. Models were developed for each season of each year, for each season for all years, for each year and for all seasons and years pooled.

Numbers of backwaters sampled varied between years and seasons. The predominant backwater class was shoreline eddy. Correlations between backwater numbers and flow events could not be rigorously tested because this study represents only three years of flow data. Correlation

analyses were run to determine if backwater types were influenced by flow events. Strong negative correlations were seen between the number of migrating sand wave backwaters sampled and annual peak flow and the duration of flow above 50% of the peak, when all sampling periods were included in the analysis. Secondary channel backwaters were negatively associated with duration of flows above 75% of the peak. Although shoreline eddy habitats were not significantly correlated with peak flow events, there was a negative correlation with flows during sampling periods.

Chubs did not show a preference for backwater habitats based on method of formation. Backwaters containing chubs were significantly larger (length, area, depth, volume) and more turbid than unused backwaters, but preferences varied between months. Habitat selection by chubs showed considerable variability. Recent studies from the Grand Canyon indicate that chubs use in-channel shoreline habitats more than backwaters. Other studies show that chubs are often found in main channel habitats and are capable of movement into and through flow. Therefore, this study is likely insufficient for describing characteristics of chub recruitment and nursery habitat use in Desolation and Gray canyons.

Colorado pikeminnow used scour-formed and migrating sandwave backwaters and avoided constricted reach eddies and shoreline eddies. Selection for scour backwaters matched patterns seen in floodplain reaches. Colorado pikeminnow chose larger (length, width, area, volume) backwaters with little cover. Habitat use criteria for this species appeared to be more consistent than for chubs.

Discriminant function analyses could not separate backwaters inhabited by chubs and Colorado pikeminnow from those uninhabited. Discriminant models for Colorado pikeminnow were better than those for chubs, another indication of more definite selection patterns, but they were still not powerful enough for application.

All sampled habitats were overwhelmingly dominated by nonnative species. Catch-per-unit-effort for a few of these species was positively correlated with chubs and Colorado pikeminnow. Flow regulation alone may not be adequate for control of nonnative fish.

It is recommended that additional studies be conducted on chub nursery habitat use. Additional studies should be conducted on effects of spring discharge, single year and multiple year interaction, on chubs and Colorado pikeminnow. Habitat associations and flow/recruitment relationships for non-listed native fishes should be analyzed. Nonnative fish recruitment and habitat use, as well as interactions with native fishes should be pursued.

BLM_0058421

**FLO Engineering, Inc. 1996. Green River flooded bottomlands investigation, Ouray Wildlife Refuge and Canyonlands National Park, Utah. Final Report of FLO Engineering, Inc. to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.** *Abstract excerpted from Executive Summary*

Two study reaches were selected for the investigation of bottomlands flooding and backwater inundation in the Green River. The first reach was located in the vicinity of Ouray National Wildlife Refuge, near Vernal, Utah, and the second reach was located in Canyonlands National Park near Anderson Bottom. At Ouray, the frequently flooded bottomlands were the subject of the investigation. In Canyonlands, the focus of the investigation was the backwaters created by side canyon channels during high river flows. Hydrographic data was collected at the two sites during the 1995 high flow season. An analysis of U.S. Geological Survey stream gaging data for the period of record at the Green River gages at Jensen and Green River, Utah, and simulation of flood levels using the Corps of Engineers HEC-2 water surface profile model were also completed.

The results of the Ouray inundation analysis indicate that overbank flooding is initiated at discharges ranging from 15,800 to 22,700 ft$^3$/s (447 to 643 m$^3$/s) under existing conditions with levees. If levees were removed, inundation may be initiated at most locations with discharges of approximately 18,600 ft$^3$/s (526 m$^3$/s). This discharge corresponds to a return period of 2.6 years and an average annual duration of 4.4 days. Similarly, if 2 to 3 foot deep side channels were excavated at appropriate locations to connect the bottomlands to the river, flooding could be initiated at all Ouray bottomlands with a discharge of 13,000 ft$^3$/s (368 m$^3$/s). The 13,000 ft$^3$/s discharge has a return period of 1.5 years and an average annual duration of 11 days. Through a combination of levee removal, side channel excavation and application flooding, it would be practical to flood over 2,185 hectares at discharges on the order of the 1.5-year return period. This would correspond to significant flooding every two out of three years on the average and would provide flooding frequency and duration similar to pre-1963 conditions. The maximum possible area of inundation is about 4,050 hectares, which currently occurs for a discharge over 37,000 ft$^3$/s (1,047 m$^3$/s) (100-year event).

In Canyonlands, flooding of the side canyon backwater areas initiates at a discharge of approximately 7,000 ft$^3$/s (198 m$^3$/s, and increases linearly up to bankfull discharge, 39,000 ft$^3$/s (1,104 m$^3$/s). It was estimated that 200 hectares of floodplain became inundated between 30,000 ft$^3$/s (849 m$^3$/s) (5-year) and 53,000 ft$^3$/s (1,500 m$^3$/s) (100-year).

Restoration of flooded bottomlands habitat at Ouray could be accomplished through a combination of increased water surface elevations, prolonged peak flow duration, lower bank or levee heights and constructed inlets. Construction activities to restore flooding must address channel stability issues, potential increase in flood levels, sediment deposition, and potential changes in channel morphology.

In Canyonlands, enhancing the flooding of side canyon backwater areas can be accomplished only through flow augmentation. It is not practical to restore or enhance flooding

BLM_0058422

through physical alteration of the backwater habitat areas. Because of the magnitude of the required overbank flow, flow augmentation is probably impractical as well.

**FLO Engineering, Inc. 1997. Green River discharge monitoring. Final Report of FLO Engineering, Inc. to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 72)** *Abstract excerpted from results and conclusions*

The results available for the 1996 monitoring of the Green River runoff indicate several key findings regarding flow routing. First, for flows in the range of 12,000 to 18,000 ft$^3$/s (340 to 509 m$^3$/s), the travel time from Jensen to Stillwater Canyon is approximately 85 hours and the mean velocity is about 1.1 m/s. Second, for flows from 5,000 to 12,000 ft$^3$/s (142 to 340 m$^3$/s), the travel time between the same two points is approximately 100 hours with a mean velocity of 0.9 m/s. Third, downstream from Jensen, the Green River is a gaining river, that is, average discharge increases with distance downstream from Jensen. Fourth, the sharp peak discharge at Jensen flattens and increases in duration with the inflows from the White and Duchesne Rivers.

**FLO Engineering, Inc. 1997. Green River floodplain habitat restoration investigation – Bureau of Land Management Sites and Ouray National Wildlife Sites near Vernal, Utah. Final Report of FLO Engineering, Inc. to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.** *Abstract excerpted from Executive Summary*

Ten Green River study reaches containing bottomlands were selected for floodability assessment. The ten bottomland areas were located near Vernal, Utah, stretching over 40 river kilometers. Five of the ten sites were located on Bureau of Land Management (BLM) sites and the other five sites were located on the Ouray National Wildlife Refuge (ONWR). The objectives of the study were to determine: (1) the discharge at which each of the bottomlands flood; (2) areas of inundation for each bottomland for different flood levels; and (3) levee removal (natural or artificial) strategies in order to flood the bottomlands at a more historical frequency and magnitude.

The BLM sites are characterized by high, heavily vegetated natural levees. The BLM bottomland sites partially fill and drain on an annual basis through seepage connections as the river rises during the runoff season. Restoration alternatives have been proposed for these sites to allow flooding to occur at 13,000 ft$^3$/s (368 m$^3$/s), a discharge with a return period of 1.5 years based on post-1963 hydrology. About 57 hectares of flooded bottomland habitat would be available at these sites.

For the ONWR bottomland sites, more acreage is available for flooding than at the BLM sites. About 258 hectares could be flooded at 13,000 ft$^3$/s with selective levee removal. Fish passage to these bottomlands would be available at close to assumed historic frequency and duration.

BLM_0058423

Case No. 1:20-cv-02484-MSK   Document 45-5   filed 04/28/21   USDC Colorado   pg 43 of 131

**Grams, P. E., and J. C. Schmidt. In press. Geomorphology of the Green River in the eastern Uinta Mountains, Colorado and Utah.** *In* **A. J. Miller, editor. Varieties of fluvial form. John Wiley and Sons, New York.**

Longitudinal profile, channel cross-section geometry, and depositional patterns of the Green River in its course through the eastern Uinta Mountains are each strongly influenced by river-level geology and tributary sediment delivery processes. We surveyed channel cross-sections at 1-km intervals, mapped surficial geology, and measured size and characteristics of bed material in order to evaluate the geomorphic organization of the 70-km study reach. Canyon reaches that are of high gradient and narrow channel geometry are correlated with the most resistant lithologies exposed at river level and the most frequent occurrences of tributary debris fans. Meandering reaches that are characterized by low gradient and wide channel geometry are correlated with river-level lithology that is of moderate to low resistance and very low debris fan frequency. The channel is in contact with bedrock or talus along only 42% of the bank length in canyon reaches and there is an alluvial fill of at least 12 m that separates the channel bed from bedrock at 3 borehole sites. Thus the influence of lithology on channel form is indirect. The influence of lithology primarily operates through the presence of resistant boulders in debris fans that are delivered by debris flow from steep tributaries. Shear stress estimates indicate that bed material size and channel form and steepness are in approximate adjustment for discharges of about the 10-year recurrence flood as determined for unregulated streamflow. Downstream transport of gravel is limited; gravel-bar lithology shows a strong relationship to the source lithology of the adjacent upstream debris fan. These observations suggest that the Green River through the eastern Uinta Mountains has been dominated by aggradation during recent geologic time.

The depositional settings created by debris fans consist of (1) channel-margin deposits in the backwater above the debris fan, (2) eddy bars in the zone of recirculating flow below the constriction, and (3) expansion gravel bars in the expansion below the zone of recirculating flow. These fan-eddy complexes are the storage location of about 70%, by area, of all fine- and coarse-gained alluvium contained within the canyons above the low-water stage. Immediately adjacent meandering reaches contain an order of magnitude more alluvium by area but have no debris fan-created depositional settings.

**Guensch, G. R., and J. C. Schmidt. 1996. Channel response to high discharges in 1996, Green River at Ouray and Mineral Bottom. Annual Progress Report of Utah State University Department of Geography and Earth Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.**

The channel response of the Green River to the 1996 flood was measured in areas considered to contain critical Colorado squawfish nursery habitat. These areas are located at Ouray and Mineral Bottom. Cross sections at each of these study reaches were surveyed during various flood stages in 1996. Each reach was also topographically mapped. Cross sections surveyed in 1996 were compared with surveys from 1993 and 1994. At Ouray, the 1996 flood created higher elevation

BLM_0058424

sand bars than existed after the 1993 or 1994 floods. Bar building occurs during flood recession. At Mineral Bottom, bars do not build nearly as high, relative to the peak flood stage, as they do at Ouray. As a result, less nursery habitat is available at Mineral Bottom than at Ouray. Our data illuminate several characteristics of the Mineral Bottom study reach that may explain its geomorphic behavior. The channel at Mineral Bottom is generally narrower than at Ouray, has a slightly higher gradient, and is more isolated from its historic floodplain due to its high banks. The topographic maps show that bar complexity at Ouray in 1996 was less than in 1994 or 1995, but greater than that following the 1993 flood of slightly less magnitude.

**Gutermuth, F. B., L. D. Lentsch, and K. R. Bestgen. 1994. Collection of age-0 razorback suckers (*Xyrauchen texanus*) in the lower Green River, Utah. Southwestern Naturalist 39:389–391.** *Abstract excerpted from results and conclusions*

On 30 July 1991, two early juvenile razorback suckers (*Xyrauchen texanus*; 36.6 and 39.3 mm total length) were collected from a backwater on the lower Green River, Utah, near Hell Roaring Canyon (89.5 km upstream of the confluence with the Colorado River). This is this first verified evidence of razorback sucker survival beyond the larval period in the upper Colorado River basin since that reported in 1965. The specimens were captured at 1325 hours by seine from a silt-bottom backwater 3.5 m wide and 24.5 m long, opening to 12 m at the mouth. Slightly turbid water and a large boulder were the only cover. Maximum water depth was 0.7 m, but depth at point of capture was 0.1 to 0.2 m. Surface water temperature was 34ºC. Other fishes collected included nonnative common carp (*Cyprinus carpio*), red shiner (*Cyprinella lutrensis*), sand shiner (*Notropis stramineus*), fathead minnow (*Pimephales promelas*), channel catfish (*Ictalurus punctatus*), and green sunfish (*Lepomis cyanellus*). Probable hatching dates for the two juvenile razorback suckers, based on otolith-aging, were 3 and 7 June.

**Haines, G. B. 1995. Effects of temperature on hatching success and growth of razorback sucker and flannelmouth sucker. Final Report of U.S. Fish and Wildlife, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 5e)** *Abstract excerpted from results and conclusions*

Laboratory experiments were conducted to assess the effects of water temperature on the developmental rate and hatching success of embryos and growth of larvae of the endangered razorback sucker (*Xyrauchen texanus*) and the sympatric and common flannelmouth sucker (*Catostomus latipinnis*). Embryos and larvae were reared at 12, 16, or 20ºC for 45 d post-fertilization. Mean number of days between fertilization and peak hatching of embryos decreased as water temperature increased for both species; 6.5 d (20ºC) to 12.5 d (12ºC) for razorback sucker and 6.0 d (20ºC) to 16.5 d (12ºC) for flannelmouth sucker. The period from first to last hatch averaged 2.0 d longer for razorback sucker than flannelmouth sucker over all temperatures. Percent hatch of flannelmouth sucker embryos was independent of water temperature and, at each water temperature, was higher for flannelmouth sucker (83–91%) than for razorback

BLM_0058425

sucker (48–67%); hatching success of razorback sucker embryos increased as water temperature increased. At 20ºC on each sampling day, embryos and larvae of flannelmouth sucker were substantially larger than those of razorback sucker.

**Haines, G. B., D. W. Beyers, and T. Modde. 1998. Estimation of winter survival, movement and dispersal of young Colorado squawfish in the Green River, Utah. Final Report of U.S. Fish and Wildlife Service, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 36)**

Population estimates for age-0 and age-1 Colorado squawfish in two 32-km reaches of the Green River were made using capture-recapture procedures. Comparisons of autumn and spring population estimates were used to assess overwinter survival and evaluate factors that affect it. Previous research using traditional methodology has demonstrated that estimates obtained using catch per unit effort (CPUE) are unreliable for assessing overwinter survival. Capture-recapture provides a more rigorous basis for estimating abundance of young Colorado squawfish because it can account for variable capture probabilities.

Objectives of this study were to employ capture-recapture methods to (1) compare estimates of abundance from capture-recapture and CPUE methods; (2) estimate overwinter survival of age-0 Colorado squawfish; (3) estimate seining catchability coefficients for autumn and spring sampling; (4) determine extent of downstream movement of marked Colorado squawfish between 1 November and 1 April; and (5) determine the effect of timing and magnitude of spring flows on dispersal of age-1 Colorado squawfish.

We found little evidence that abundance estimates from CPUE accurately reflect the number of young Colorado squawfish in study reaches in the Green River. There was only a weak correlation ($R = 0.30$, $P = 0.47$) between estimates of abundance from CPUE and capture-recapture. On several occasions, CPUE estimates had precision that was comparable to that achieved with capture-recapture, but the estimates differed by as much as 217%. Inaccuracy and greater variability of CPUE was attributed to effects of water temperature on capture probability. Evidence suggests that young Colorado squawfish are less likely to be caught when water temperatures are cool, regardless of their abundance.

Overwinter survival probabilities of age-0 fish ranged from 0.06 to 0.62. Three of four estimates were similar and ranged from 0.56 to 0.62. Low overwinter survival (0.06) during 1995-1996 may have been due to small size of age-0 fish in autumn or relatively high winter discharge.

Recaptures of marked age-0 and age-1 Colorado squawfish showed that they moved less than 16 km downstream during sampling periods that ranged from 2 to 21 days Similarly, age-0 fish that were marked in autumn and recaptured the following spring moved less than 16 km downstream after being at large for 170 to 200 d. The role of spring flooding in redistribution of age-1 Colorado

squawfish remains unclear because few fish were captured during post-runoff surveys conducted in July and August.

**Hamilton, S. J., and B. Waddell. 1994. Selenium in eggs and milt of razorback sucker (*Xyrauchen texanus*) in the middle Green River, Utah. Archives of Environmental Contamination and Toxicology 27:195–201.**

Eggs from three females and milt from five male endangered razorback suckers (*Xyrauchen texanus*) were collected from the Razorback Bar (about 20 km upstream of Ashley Creek) in the Green River of northeastern Utah. Eggs, but not milt, had concentrations of selenium that were above the range of selenium concentrations in control fish from laboratory studies or reference fish from field studies. The concentrations, however, were below those reported in selenium-exposed fish that had reproductive problems in laboratory studies or field investigations. Tests with three streamside spawned pairs of razorback suckers, which were sampled for eggs and milt in this study, resulted in no hatching of fertilized eggs. Concentrations of selenium in eggs and milt were significantly correlated with selenium concentrations in muscle plugs taken from the same fish, but egg and milt concentrations were not significantly different from muscle plugs. Selenium concentrations in eggs of razorback suckers in the Green River may be sufficiently elevated to cause reproductive problems that are contributing to the decline of this species in the upper Colorado River basin.

**Hamilton, S. J., R. T. Muth, B. Waddell, and T. W. May. 1998. Selenium and other trace elements in wild larval razorback suckers from the Green River, Utah. Final Report of U.S. Geological Survey Environmental and Contaminants Research Center to U.S. Bureau of Reclamation Irrigation Drainage Program, Denver, Colorado.**

Contaminant investigations of the middle Green River, Utah, have documented selenium contamination at sites receiving irrigation drainage. The middle Green River provides critical habitat for four endangered fishes including the largest extant riverine population of razorback sucker (*Xyrauchen texanus*). Although 2,175 larval razorback suckers were collected from the river between 1992 and 1996, very few juveniles have been captured within recent decades. Selenium concentrations were measured in larval razorback suckers collected from five sites in the middle Green River to assess the potential for adverse effects on recruitment of larvae to the juvenile stage and the adult population. Larvae from all sites contained selenium concentrations at or above the proposed toxic threshold of 4 $\mu$g/g for adverse biological effects in fish, derived from several laboratory and field studies with a wide range of fish species. At two sites, Cliff Creek and Stewart Lake Drain, selenium concentrations in larvae increased over time as fish grew, whereas selenium concentrations decreased as fish grew at Sportsman's Drain. Evaluation of a 279-larvae composite analyzed for 61 elements demonstrated that selenium, and to lesser extent vanadium, were elevated to concentrations reported to be toxic to a wide range of fish species. Elevated selenium concentrations in larval razorback suckers from the five sites suggests that selenium contamination may be widespread in the middle Green River, and that survival and recruitment of larvae to the

BLM_0058427

juvenile stage may be limited due to adverse biological effects. Selenium contamination may be adversely affecting the reproductive success of endangered razorback sucker.

**Harvey, M. D., R. A. Mussetter, and E. J. Wick. 1993. A physical process-biological response model for spawning habitat formation for the endangered Colorado squawfish. Rivers 4:114–131.**

A three-level, physical process-biological response model for spawning habitat formation was developed from field measurements, hydraulic modeling (HEC-2), and analysis of a known spawning bar at River Mile (RM) 16.5 in the Yampa River. Sediment deposition and bar formation occur at discharges greater than 10,000 ft$^3$/s (283 m$^3$/s), a discharge at which downstream hydraulic controls cause backwater and reduced transport capacity of the flows. Spawning habitat is formed by bar dissection and erosion at a range of flows between 400 and 5,000 ft$^3$/s (11 to 142 m$^3$/s) when the local hydraulic energy is greatest because of reduced tailwater downstream, and sediment delivery tot he chute channels is reduced by deposition in an upstream pool. The process-response model appears to be validated by fish-capture data at this, and another spawning bar at RM 18.5, on the Yampa River during both the 1991 and 1992 runoff seasons.

**Harvey, M. D., and R. A. Mussetter. 1994. Green River endangered species habitat investigations. Resource Consultants & Engineers, Fort Collins, Colorado. RCE Ref. No. 93-166.02.**

This investigation of a known Colorado squawfish spawning bar located at the head of Gray Canyon on the Green River tested the researchers' proposed physical process-biological response model (PRM) for spawning habitat formation. This model was initially developed from data and analyses conducted about 27 km upstream from the Yampa and Green Rivers confluence in the lower Yampa River Canyon (Harvey et al., 1993). The PRM indicates that high discharges are responsible for the construction of the spawning bar, but not the actual formation of the spawning habitat. Downstream hydraulic controls cause a backwater condition that results in the formation of the bar as a heterogeneous mass of sediments are deposited. Reduced tailwater during recessional flows causes a steepening of the local hydraulic gradient, which in turn leads to bar dissection and erosion of chute channels. Dissection of the bar causes the fines to be flushed and this is enhanced by reduced sediment delivery from upstream due to deposition in the upstream pool. A clean cobble substrate, with the constituent cobbles at incipient motion, and suitable for egg adhesion, is formed in the subaqueous tertiary bars that are located within the chute channels.

The downstream hydraulic control for the spawning bar is formed by two coarse grained and horizontally opposed alluvial fans that have prograded into the channel to form a constriction in a relatively wide valley segment of the Green River. Hydraulic analysis of the reach indicated that two of the three midchannel bars located in the middle and left branch channels meet the PRM

criteria for squawfish spawning habitat; gravels and cobbles that constitute the midchannel bars attain a condition of incipient motion, and therefore, meet a criterion of the PRM.

In common with other rivers draining the Colorado Plateau (Webb and others, 1988), the vast majority of rapids (95%), and hence channel constrictions, are the result of tributary alluvial fans that prograde out into the channel. Although the identified site meets PRM criteria it should be recognized that other factors may also be involved in determining spawning habitat.

Available data do not indicate that construction of Flaming Gorge Reservoir has caused a reduction in the alluvial fan constriction ratios at this site. The peak flow record immediately before and after construction of Flaming Gorge Reservoir has been very similar.

**Hayse, J. W., S. F. Daly, S. F, A. Tuthill, R. Valdez, B. Cowdell, and G. Burton. 2000. Effect of daily fluctuations from Flaming Gorge Dam on formation of ice covers on the Green River. Final Report of Argonne National Laboratory and the U.S. Army Cold Regions Research and Engineering Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 83)**

This report provides results and conclusions of a detailed investigation of ice processes in the main channel of the reach of the Green River between the downstream end of Split Mountain (RM 320) and the Ouray, Utah Bridge (RM 248). The objective of the study was to examine the influence of daily fluctuations in water releases from Flaming Gorge Dam on river ice processes in this reach, which serves as an overwintering area for endangered Colorado pikeminnow and razorback sucker. The objective of the study was met through examination of historical records of winter water and air temperatures, flow measurements, and ice observations; through measurements of differences in ice conditions under steady and fluctuating flow regimes; and through calibration and use of an ice process model to compare hydraulic and ice conditions expected under steady and fluctuating flow regimes.

Examination of historic measurements of water and air temperatures, and historic and current (winter of 1996-1997) ice observations indicated that ice occurred within the Green River study reach during every winter for which reliable observations were available. Historic observations of ice recorded by the USGS during discharge measurements were determined to be unreliable indicators of the duration of ice presence during past winters because of the intermittent nature of the observations.

Measurements of ice thickness were made at 17 cross-section locations within the study reach during the winter of 1996-1997 under steady flows and after several days of fluctuating flows resulting from initiation of a peaking flow regime at Flaming Gorge Dam. Ice cover broke up at the three upstream-most cross section locations in the study reach during the first few days of fluctuating flows. These three sites were located upstream of the Jensen Bridge, at RM 307.0, 308.2, and 316.3. Mean ice thickness at the 14 remaining cross section locations (between Jensen Bridge [RM 300]

BLM_0058429

and Ouray Bridge [RM 248]) was not significantly different under steady flows and fluctuating flows.

A change in flow of approximately 1,800 cfs at the Jensen gage resulted in measured stage (surface elevation) changes at seven sample locations that ranged from 24 cm at the upstream end of the study reach to 6 cm at the downstream end of the study reach. The upstream 5 miles of ice cover in the study reach broke up after several days of fluctuating flows.

Formation of ice cover in the study reach appeared to follow a consistent pattern during winters for which historical observations were available and the daily release schedule of Flaming Gorge Dam, whether steady or fluctuating as a result of hydropower demand, was found to have no apparent effect on the basic pattern. The initial type of ice reported for each winter for which historic observations were available was frazil ice, transported at the water surface in the form of slush, floes, and pancake ice. A stationary ice cover formed initially near the Ouray Bridge and progressed upstream from that point. Ice cover in all years is probably formed primarily by juxtaposition of floes up to about RM 290. Upstream of RM 290, underturning of ice floes and a rougher ice surface were more typical during the 1996-1997 study and is probably similar under most winter conditions. The reported upstream extent of the ice cover was typically at least up to RM 302 and often extended upstream of this point. No complete ice cover was reported upstream of Chew Bridge (RM 316), except for short, isolated stretches during a particularly severe winter. Apparently the river gradient in the study reach is too steep to allow ice progression past this point during most winters.

A numeric model of dynamic ice formation in the Green River was developed using empirical information and used to simulate ice cover formation on the Green River for the winters of 1989-90 through 1995-96. The ice model results were in general agreement with historical ice observations during these years. Analysis of hydraulic conditions that occurred during the winter of 1996-1997, together with the ice process model was used to evaluate the potential effects of daily fluctuations on ice formation and breakup. The results indicated that daily fluctuations of releases similar to those observed during 1996-1997 (approximately 1,800 cfs) from Flaming Gorge Dam would be unlikely to affect ice cover in the main channel of the Green River downstream of RM 300 (Jensen Bridge) under most winter conditions. Upstream of the Jensen Bridge daily fluctuations have a more pronounced effect and are more likely to affect ice cover formation and breakup. During especially cold winters, when production of frazil ice would be high, large daily fluctuations in flow would probably transport frazil ice beneath the ice cover in the reach above the Jensen Bridge. This would result in an ice cover thicker than ice covers that would occur through this reach under steady flow. Frazil depositions several feet thick were observed in this reach during the winter of 1987-1988 when water releases from Flaming Gorge Dam fluctuated daily. The ice cover that developed in this reach under conditions of steady flow during the 1997 field survey was about 0.8 feet thick. Recommendations resulting from this study include:

1. To reduce the transport and deposition of frazil ice beneath ice covers in main channel areas used by overwintering endangered fishes, develop winter operations of Flaming

BLM_0058430

Gorge Dam that take frazil production and the upstream extent of the ice cover into account.

2. Initiate a program to collect accurate hourly or sub-daily water temperatures during winter to allow for more accurate temperature modeling for the Green River and to investigate the effect of release volumes and fluctuating flows on temperature regimes in downstream areas of the Green River.

3. Conduct additional investigations to characterize winter conditions in backwaters and other low-velocity habitats that may serve as overwintering areas for juvenile endangered fishes.

**Mabey, L. W., and D. K. Shiozawa. 1993. Planktonic and benthic microcrustaceans from floodplain and river habitats of the Ouray Refuge on the Green River, Utah. Department of Zoology, Brigham Young University, Provo, Utah.**

This study compares microcrustacean densities and species occurrence of benthic and planktonic copepods and cladocerans in backwater, river channel, and floodplain habitats of the Green River, Utah. Samples were taken during the summer of 1991. Samples were taken using a 1.27-cm diameter benthic core sampler and vertical plankton tows with a 63-micron plankton net. In all, 28 species were collected. The copepods are represented by six species of cyclopoids, six species of calanoids, and two species of harpacticoids. Fourteen species of cladocerans were collected. The highest densities were found in the floodplain. Benthic densities ranged from $4,896–23,059/m^2$ in backwater habitats, $948–6,138/m^2$ in river habitats, and $85,812–262,808/m^2$ in floodplain habitats. Plankton densities ranged from $1,450–63,353/m^3$ in backwaters, $317–1,312/m^3$ in the river, and $205,923–690,187/m^3$ in the floodplain. A comparison of the first sample periods for the floodplain (June), the Ouray backwater (July), and river sites (July) indicate that the density of the benthos was 41 times greater in the floodplain than in the other habitats, and the plankton density in the floodplain was 29 times greater than the backwater and 157 times greater than the river.

**Modde, T. 1996. Juvenile razorback sucker (*Xyrauchen texanus*) in a managed wetland adjacent to the Green River. Great Basin Naturalist 56:375–376 (Recovery Program Project CAP-6)** *Abstract excerpted from results and conclusions*

The largest reproducing riverine population of endangered razorback sucker (*Xyrauchen texanus*) is in the middle Green River, Utah and Colorado, but recruitment is limited and few juveniles have been collected recently. This note reports the capture of juvenile and adult razorback suckers in 1995 from Old Charlie Wash, a 60-ha managed wetland adjacent to the middle Green River on the Ouray National Wildlife Refuge, Utah. Spring flows of the Green River in 1995 peaked at about 595 m³/s and inundated Old Charlie Wash between 23 May and 1 July; inundation was at flows greater than 481 m³/s. When runoff subsided, no additional water was added and fish in the

BLM_0058431

wetland were isolated from the river. Fish collections in the wetland were made weekly from 23 May to 1 July and every 2 weeks from 2 July to 31 August. The wetland was drained from 25 September to 12 October, and fishes were collected from the outlet every other day during the first 2 weeks and daily (expect for 9 October) during the 3rd week. Twenty-eight juvenile razorback suckers were collected during draining. Sizes of the juvenile razorback suckers ranged from 74–125 mm total length (mean, 94 mm TL) and mass ranged from 3–18 g (mean, 9.5 g). Eight adult razorback suckers (461–525 mm TL and 1034–1650 g) were also captured; six prior to and two during draining. It is unknown whether the juvenile razorback suckers originated from riverine spawning or were produced in Old Charlie Wash. However, their occurrence supports speculation that floodplain wetlands may be important razorback sucker nursery habitats.

**Modde, T. 1997. Fish use of Old Charlie Wash: an assessment of floodplain wetland importance to razorback sucker management and recovery. Final Report of U.S. Fish and Wildlife Service, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project CAP-6)** *Abstract excerpted from Executive Summary*

This study was conducted in Old Charlie Wash, a managed wetland adjacent to the middle Green River on the Ouray National Wildlife Refuge at river kilometer 402. Objectives were to (1) determine if adequate water-quality conditions and prey (i.e., zooplankton) densities existed in the wetland to support age-0 razorback suckers through the summer months, (2) describe the composition, temporal occurrence, and habitat use of fishes in the wetland, and (3) integrate information from this study with existing knowledge to recommend management actions that will enhance recovery of razorback sucker. The goal was to determine whether floodplain wetlands are used by age-0 razorback suckers, and if so, propose strategies to manage these habitats for recovery of this species.

During the high-water years (1995 and 1996) of this study, favorable zooplankton densities, water temperatures, water quality, water depth, and cover existed in floodplain depressions to support age-0 razorback suckers and other fishes. Conversely, main-channel habitats were not as conducive as rearing sites for larval razorback suckers due to lower water temperatures, less food, and limited cover. During spring runoff in 1995 and particularly 1996, most larval razorback suckers were found in the Green River after floodplains were isolated from the main channel. Thus, although favorable nursery sites were located off-channel, connectivity between the river and floodplain did not last long enough for all razorback sucker larvae to access these areas. Maintaining connectivity of the floodplain to the river via levee removal and flood-flow duration will increase access and use of favorable nursery habitats by larval razorback suckers in the middle Green River.

Old Charlie Wash continued to provide favorable rearing sites for age-0 native and nonnative fishes in the summer months of 1995 and 1996. In two successive high-flow years, wild razorback sucker larvae survived and grew in the floodplain wetland, which was dominated by nonnative predators and competitors. If the number of razorback sucker juveniles caught in Old

Charlie Wash each year (28 in 1995 and 45 in 1996) was extrapolated to the area of available depression wetlands in the middle Green River, a minimum of 363 and 582 wild, acclimated age-0 fish 100–125+ mm long would have been produced in the middle Green River in 1995 and 1996, respectively. Because flows in the Green River were historically of greater magnitude and nonnative fishes were not present, razorback suckers may have been able to recruit in both depression and terrace wetlands. However, under the current reduced flow conditions, and dominance of nonnative fishes in both main-channel and floodplain habitats, depression floodplains offer the greatest probability for rearing age-0 razorback suckers. In this regard, the availability of floodplain wetlands to razorback suckers could be a primary factor in recovery of the species.

**Modde, T., K. P. Burnham, and E. J. Wick. 1996. Population status of the razorback sucker in the middle Green River. Conservation Biology 10:110–119.**

The razorback sucker, *Xyrauchen texanus*, in the middle Green River (U.S.A.) has been described as a static population consisting of old individuals that will eventually disappear through attrition. Capture data between 1980 and 1992 indicated a constant length frequency despite a slow but positive growth rate of individual fish. Abundance and survival estimates indicated that the population of razorback sucker in the middle Green River is precariously low but dynamic. Although high variation existed among survival estimates, no significant decrease in the population between 1982 and 1992 could be detected. The low level of recruitment occurring in the razorback sucker population of the middle Green River was related to high-flow years, indicating that floodplain habitats may be necessary for survival of the species.

**Modde, T., and E. J. Wick. 1997. Investigations of razorback sucker distribution, movements and habitats used during spring in the Green River, Utah. Final Report of U.S. Fish and Wildlife Service, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 49) *Abstract excerpted from Executive Summary***

This report presents information on movements and, to a limited extent, habitat use by adult and juvenile razorback sucker *Xyrauchen texanus* as well as a comparison of growth and survival of juvenile razorback sucker between main-channel and off-channel habitat. Habitat availability information is limited to the identification of flows necessary to inundate Old Charlie Wash (RK 402), a floodplain wetland on the Ouray National Wildlife Refuge. The objectives of this project were to 1) describe movement and habitat use patterns of adult razorback sucker, 2) describe the growth and survival of immature razorback sucker in wetlands relative to main channel habitat, and 3) determine flows required to inundate Old Charlie Wash.

Capture data during 16 years (1975,1978–1992) and radio-telemetry data during three successive spawning events (1993–1995) were used to describe seasonal and spawning movements of adult razorback sucker in the middle Green River. Greatest distance traveled by razorback sucker occurred just prior to and shortly after spawning. Movement to spawning sites was associated

primarily with discharge, with the greatest numbers present on the spawning bar prior to peak flow. Although data suggested that many razorback sucker in the middle Green River spawned at a single location between river kilometers 492 and 501, other spawning sites were also used. Use of multiple spawning sites by several fish suggested a single reproductive population in the middle Green River.

Experimental studies to evaluate growth and survival of captive larval and juvenile razorback sucker in wetland habitat provided limited useful information. Growth and survival of juvenile razorback sucker in wetlands, with the exception of Old Charlie Wash, tend to be higher than in main channel backwater habitat. An experiment on growth and survival of larval and juvenile razorback sucker in the presence of red shiner *Cyprinella lutrensis* was unsuccessful because all razorback sucker larvae were consumed by red shiner and only one razorback sucker juvenile survived to the end of the experiment. Predation of larval razorback sucker by adult red shiner suggests the potential for nonnative impacts on the survival of endangered fishes in wetlands.

An evaluation of availability of habitat in the spring was limited to defining river flows necessary to connect Old Charlie Wash (between 405 m$^3$/s and 455 m$^3$/s), an 80 ha wetland on the Ouray National Wildlife Refuge, with the Green River.

**Modde, T., and D. B. Irving. 1998. Use of multiple spawning sites and seasonal movement by razorback sucker in the middle Green River, Utah. North American Journal of Fisheries Management 18:318–326. (Recovery Program Project 49)**

Radiotelemetry data through three successive spawning events (1993–1995) and capture data for 15 years (1975, 1979–1993) were used to describe movement patterns and fidelity to spawning sites by male razorback suckers *Xyrauchen texanus* in the middle Green River, Utah. Movement to spawning areas was influenced primarily by discharge. The longer distances traveled by male razorback suckers were in a downstream direction and occurred just before and shortly after spawning. Three of six surviving males implanted with radio transmitters were located on more than one spawning site between 1993 and 1995. Thus, although most razorback suckers in the middle Green River spawned in a single area between river kilometers 492 and 501 (from the confluence of the Green and the Colorado rivers), other spawning areas were probably used. Tag recapture and telemetry data supported the hypothesis that razorback suckers in the middle Green River represent a single reproductive population.

**Muth, R. T., and S. M. Meismer. 1995. Marking otoliths of razorback sucker embryos and larvae with fluorescent chemicals. Southwestern Naturalist 40:241–244. (Recovery Program Project 12-9)** *Abstract excerpted from results and conclusions*

Laboratory experiments were conducted to determine optimum treatments of alizarin complexone (ALC) or tetracycline hydrochloride (TC) for marking otoliths in late embryos or recently hatched larvae of razorback sucker (*Xyrauchen texanus*) through immersion in solutions of

BLM_0058434

these chemicals. Once deposited in bone, ALC fluoresces red and TC fluoresces yellow when illuminated by ultraviolet light. Fish survival and mark quality were evaluated in different ALC or TC concentrations and immersion durations for (1) single treatment of embryos with either chemical, producing single marks and (2) single treatment of larvae with each chemical, producing double marks. Otoliths from all larvae in the single-mark or double-mark experiments had fluorescent marks. Embryo and larval survival decreased and mark quality increased as chemical concentrations and immersion durations increased. For best fish survival and mark quality, recommended ALC treatments are 12 to 30 h in 150 to 350 mg/L for embryos and 6 to 18 h in 12.5 to 50 mg/L for larvae. Recommended TC treatments are 18 to 30 h in 150 to 350 mg/L for embryos and 6 to 18 h in 150 to 350 mg/L for larvae. Rapid mass marking of otoliths in razorback sucker embryos or larvae has great potential for use in stock identification, assessment of stocking success, and life-history studies.

**Muth, R. T., and D. E. Snyder. 1995. Diets of young Colorado squawfish and other small fish in backwaters of the Green River, Colorado and Utah. Great Basin Naturalist 55:95–104.**

We compared diet of young-of-year Colorado squawfish (*Ptychocheilus lucius),* an endangered cyprinid, with diets of other fish < 75 mm total length (TL) collected from backwaters of the Green River between river kilometers 555 and 35 during summer and autumn 1987. Species included native *Rhinichthys osculus, Catostomus discobolus,* and *C. latipinnis,* and nonnative *Cyprinella lutrensis, Notropis stramineus, Pimephales promelas, Ictalurus punctatus,* and *Lepomis cyanellus.* For each species, diet varied with size and between upper and lower river reaches but not between seasons for fish of similar size. Larval chironomids and ceratopogonids were principal foods of most fishes. Copepods and cladocerans were important in diets of *P. lucius* < 21 mm TL and *L. cyanellus* < 31 mm TL. *Catostomus discobolus* was the only species that ate moderate amounts of algae. Fish (all larvae) were in digestive tracts of only 10 *P. lucius* (21–73 mm TL), about 1% of *P. lucius* analyzed. High diet overlap occurred between some size-reach groups of *P. lucius* and *C. lutrensis, R. osculus, C. latipinnis, L. punctatus,* and *L. cyanellus.* Potential for food competition between young of-year *P. lucius* and other fishes in backwaters appeared greatest with the very abundant *C. lutrensis.*

**Muth, R. T., and E. J. Wick. 1997. Field studies on larval razorback suckers in Canyonlands National Park and Glen Canyon National Recreation Area, 1993–1995. Final Report of Colorado State University Larval Fish Laboratory to U.S. National Park Service, Rocky Mountain Region, Denver, Colorado.** *Abstract excerpted from Executive Summary*

Field studies on larval razorback suckers (*Xyrauchen texanus*) were conducted during spring–summer 1993–1995 in reaches of the lower Green River (from Millard Canyon, RK 53.9, downstream to Holeman Canyon, RK 45.1) or middle Colorado River (from the Gooseneck area, RK 58.4, downstream to Lathrop Canyon, RK 37.6) within or bordering Canyonlands National Park and in the lower 47 km of the Colorado River inflow to Lake Powell within Glen Canyon National Recreation Area. Studies and key findings included:

BLM_0058435

1. Fish collections using floating quatrefoil light traps and seines in quiet-water flooded or backwater habitats (1993–1995).

   • Nonnative minnows (e.g., red shiner *Cyprinella lutrensis*, sand shiner *Notropis stramineus*, and fathead minnow *Pimephales promelas*) dominated all fish collections (76–99% of total catch from each sampling area over all sampling periods). Native fishes collected included larval razorback suckers (185 total – 122, 47, and 1 from the lower Green River in 1993, 1994, and 1995, respectively; 15 from the Colorado River inflow to Lake Powell in 1993), and larval or early juvenile Colorado squawfish *Ptychocheilus lucius* (12 larvae and 133 juveniles total – 12 larvae and 6 juveniles in 1993 and 5 juveniles in 1994 from the Colorado River inflow to Lake Powell in 1993; 1, 36, and 82 juveniles from the lower Green River in 1993, 1994, and 1995, respectively; 3 juveniles from the middle Colorado River in 1994). Of all razorback suckers collected, 168 were captured by light traps and 17 (from the lower Green River) by seines. Colorado squawfish larvae were caught in light traps and juveniles were caught in seines.

   • The collection of razorback sucker larvae from the lower Green River suggests localized spawning.

   • Collections of razorback sucker and Colorado squawfish larvae from the Colorado River inflow to Lake Powell in 1993 suggest that flowing, lotic conditions throughout the inflow are necessary to transport larvae produced in upstream river reaches into inflow nursery habitats.

   • Larval suckers were efficiently and accurately identified alive in the field, but procedures for successfully transporting wild razorback sucker larvae caught in remote areas (e.g., lower Green River) to rearing facilities require further development.

2. Description of the diet of adult nonnative red shiners captured from the lower Green and middle Colorado rivers (1994).

   • Digestive tracts of 22 adult red shiners (5% of those examined) contained cypriniform fish larvae, most were catostomids. Insects, including parts, chironomid larvae, simulid pupae, and corixids, were the principal identifiable food items. Adult red shiners may be an important predator on native fishes in the Colorado River basin, especially in habitats with low invertebrate forage during spring and early summer.

3. Initial evaluation of a method to partially block access of adult red shiners into portions of important nursery habitats for larval razorback suckers in the lower Green River using net exclosures (1995).

BLM_0058436

- Netting effectively blocked access of adult red shiners into exclosed portions of nursery habitats while allowing passage of sucker larvae; results suggest that this method of nonnative fish control could be adapted for broader-scale use.

4. Field marking of sucker larvae using techniques developed in the laboratory for incorporating fluorescent chemicals into otoliths (1995).

- Laboratory techniques for marking otoliths in larval razorback suckers were successfully applied to sucker larvae in the field. Otolith aging of wild-caught razorback sucker larvae can be used to determine growth rates and exact time of spawning, data which can then be used to document environmental parameters associated with spawning and nursery habitats and evaluate factors influencing growth and survival of larvae.

**Muth, R. T., G. B. Haines, S. M. Meismer, E. J. Wick, T. E. Chart, D. E. Snyder, and J .M. Bundy. 1998. Reproduction and early life history of razorback sucker in the Green River, Utah and Colorado, 1992–1996. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 34)** *Abstract excerpted from Executive Summary*

This report integrates results of studies conducted during spring and early summer 1992–1996 on larval razorback suckers (*Xyrauchen texanus*) in selected reaches of the middle Green River (from mouth of the Yampa River, river kilometer [RK] 555.1, downstream to the Ouray Bridge, RK 399.4), Utah and Colorado, or lower Green River (downstream of Green River, Utah, to RK 40.7), Utah. Studies included two Colorado River Recovery Implementation Program projects (numbers 34 and 38, Chart et al. 1998) and research sponsored by the National Park Service (Muth and Wick 1997). Objectives were to (1) develop effective methods for collecting razorback sucker larvae in rivers, (2) document reproduction by razorback suckers, (3) evaluate the distribution and relative abundance of larval razorback suckers, (4) associate razorback sucker spawning dates with main-stem discharges and temperatures, and (5) estimate growth rates and describe the diet of larval razorback suckers in nursery habitats.

Larval razorback suckers were collected in each year of sampling from the middle (1992–1996) and lower (1993–1996) Green River. These captures represent the first confirmed reproduction by the species in the middle Green River since 1984 and the first ever records of razorback sucker larvae in the lower Green River. A total of 1,735 larvae was caught in the middle Green River and 440 in the lower Green River. Of all individuals collected from the middle Green River, 1,651 were captured by light traps, 69 by seines, 12 by drift nets, and 3 by dip nets. In the lower Green River, 415 specimens were caught by light traps and 25 by seines.

Catches of larval razorback suckers were highly variable among years and reaches. Numbers captured per year ranged from 20 in 1992 to 1,217 in 1994 for the middle Green River and

from 5 in 1995 to 222 in 1996 for the lower Green River. In the middle Green River, the Escalante (711 larvae), Jensen (700), and Ouray (318) reaches combined produced 99% of the total catch. Only six individuals were caught in the Echo Park reach, and none was captured from the Island-Rainbow Park reach. In the lower Green River, 363 larvae were collected from the lower Labyrinth-upper Stillwater Canyon reach, 76 from the San Rafael River confluence reach, and 1 larva was caught in the Green River Valley reach.

Capture dates of razorback sucker larvae over all years ranged from 16 May to 21 July in the middle Green River and from 7 May to 9 July in the lower Green River. In most years, larvae were first collected 20–30 d after the earliest estimated date of spawning and were usually most abundant in samples collected before mid-June. Earlier first occurrence of larvae in collections from the San Rafael River confluence or lower Labyrinth-upper Stillwater Canyon reaches compared to collections from the middle Green River suggested that razorback suckers reproduced in the lower Green River each year during 1994–1996.

Estimated initiation of spawning by razorback suckers in each year during 1993–1996 was generally associated with the beginning of spring-runoff flows and was probably triggered by a suite of interacting environmental cues that could not be detected by analysis of individual water temperature and discharge parameters. Duration of spawning in either the middle or lower Green River varied among years but usually spanned 4–6 weeks each year. Spawning occurred during increasing and highest spring flows and encompassed a wide range of mainstem mean daily discharges and instantaneous daily water temperatures.

The majority of larval razorback suckers (11–18 mm total length, TL) analyzed for diet had eaten, and mean percent fullness of digestive tracts increased with fish length (ranged from 35 to 65%). Principal dietary components were early instar chironomid larvae, small cladocerans, rotifers, algae, and organic and inorganic debris. Estimated mean daily growth of razorback sucker larvae less than 35 d old collected from either river section during 1993–1996 was lowest in 1994 (0.31 and 0.27 mm TL/d for the middle and lower Green River, respectively) and greatest in 1996 (0.35 and 0.33 mm TL/d). Over all years, specimens from the middle Green River grew 6–21% faster than those from the lower Green River. Although food abundance appeared adequate to meet the minimum nutritional requirements for larval survival, the growth potential of razorback sucker larvae is greater than we observed. Poor growth can significantly reduce the survival of fish early life stages if size-dependent processes regulate year-class success. Extremely low survival was suggested by the apparent disappearance of larval razorback suckers from Green River nursery habitats by early or mid-July each year.

Restoring access to warm, productive floodplain wetlands to serve as growth and conditioning habitats appears crucial for recovery of self-sustaining razorback sucker populations in the Green River. Reestablishment of some river-wetland connections by breaching levees along the middle Green River is a promising start, but substantial increases in floodplain inundation will require management of spring-peak releases from Flaming Gorge Dam in wet years when discharge is high to provide the flows necessary for over-bank flooding.

BLM_0058438

**Orchard, K. L., and J. C. Schmidt. 2000. A geomorphic assessment of the availability of potential humpback chub habitat in the Green River in Desolation and Gray Canyons, Utah. Report A *in* Flaming Gorge studies: reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 39)**

The size and number of low-velocity eddies that may be preferred habitat for the endangered humpback chub (*Gila cypha*) in the Green River in Desolation and Gray Canyons changes with discharge and has changed since the early 1900's. We determined the present extent and distribution of these habitats by mapping low-velocity eddies at a scale of 1:5000 at 5 or 6 discharges between 2,100 and 27,000 cfs in four 8-km reaches that are regularly sampled by the Utah Division of Wildlife Resources. We also mapped the surficial geology of these study reaches and the distribution of bed substrate that are emergent at 2,000 cfs. We analyzed the distribution of these areas within a geographic information system. The availability of habitat prior to completion of Flaming Gorge Dam was estimated by matching old oblique photographs, analyzing old aerial photos, and recomputing habitat availability prior to channel change.

The total area of low-velocity eddies, when summed for the 4 study reaches, does not change with discharge, but the relative distribution of these eddies among the 4 study reaches does change. Also, the type of eddies changes with discharge. At low discharge, the greatest proportion of the total area of low-velocity eddies occurs as small shoreline eddies, but the greatest proportion occurs in a few large eddies at higher discharges. At low discharge, the river bank is highly contorted and is dominantly bare sand and gravel. At high discharge, the river bank has a simpler shape, and much of the shoreline is inundated vegetation.

The Green River channel is 19% narrower today than it was in the 1920's, and riparian vegetation has established itself at low elevations and on formerly active mid-channel islands. We estimate that the substrate of most nearshore habitats was sand or gravel prior to channel narrowing.

For purposes of developing flow recommendations, our results must be integrated with the results of ecological studies which identify the relative importance of the different habitats in the life history of the target species.

**Pick, T. A. 1996. Peak flow computations, Green River tributaries below Flaming Gorge Dam, Colorado and Utah. Memorandum dated June 18, 1996, U.S. Bureau of Reclamation Technical Service Center, Denver, Colorado. *Abstract excerpted from results and conclusions***

Streamflow records for U.S. Geological Survey gages on six tributary streams in the Green River basin were evaluated by Pick (1996) and the magnitude of flood flows for a range of occurrence frequencies was determined. The gages used in this analysis were: (1) Yampa River near Maybell, Colorado; (2) Little Snake River near Lily, Colorado; (3) Duchesne River near Randlett,

Utah; (4) White River near Watson, Utah; (5) Price River at Woodside, Utah; and (6) San Rafael River near Green River, Utah.

For the stations with major upstream reservoirs, especially the Duchesne River with four upstream reservoirs, no attempt was made to remove the effects of regulation from the record. Also, it was assumed that log-Pearson type III was the proper distribution to be used in analysis of the flood records for these gages.

**Proebstel, D. S. 1998. Analysis of larval collections of razorback suckers based on restriction enzyme digestion of PCR amplified regions of mitochondrial DNA. Final Report of Colorado State University Department of Fishery and Wildlife Biology to U.S. National Park Service Cooperative Parks Study Unit, Fort Collins, Colorado.** *Abstract excerpted from results and conclusions*

This study was conducted to determine if molecular-genetic techniques could be used to verify the identity, based on morphological criteria, of larvae of white sucker (*Catostomus commersoni*), bluehead sucker (*C. discobolus*), flannelmouth sucker (*C. latipinnis*), and razorback sucker (*Xyrauchen texanus*). Molecular-genetic techniques may be useful because traditional taxonomic approaches have sometimes yielded inconclusive identification of these larvae, particularly larvae less than 15 mm total length. The genetic technique employed was restriction-fragment-length polymorphisms from enzyme digestion of regions of mitochondrial DNA amplified by polymerase chain reactions. Specimens of each species that were analyzed included wild-caught larvae from the Green River, Utah, identified by morphological criteria and known identity controls. For all individuals successfully analyzed, there was complete concordance in identity between classical taxonomic methods and molecular-genetic techniques. Primary conclusions were 1) molecular methods are useful for identification of larval white, bluehead, flannelmouth, and razorback suckers, and 2) provisional identifications based on morphological criteria were correct.

**Rakowski, C. L., and J. C. Schmidt. 1999. The geomorphic basis of Colorado pikeminnow nursery habitat in the Green River near Ouray, Utah. Report A** *in* **Flaming Gorge Studies: Assessment of Colorado pikeminnow nursery habitat in the Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 33)**

Nursery habitat availability is considered a bottleneck to successful recruitment of Colorado pikeminnow *(Ptychocheilus lucius)*. Detailed geomorphic studies were conducted in a 1.5-km reach to examine channel response to flows and the geomorphic setting of nursery habitats during a 2-year period. Videography was used to extend relationships in the 1.5-km reach to a longer 10-km reach.

Nursery habitat availability varied yearly with little persistence in location or geomorphic setting of individual habitats for the 2 years of this study. A small number of habitats provided most

of the area of high-quality (i.e., deep) habitat, and most of the total area of habitat was formed by three geomorphic classes. Although the 1993 flood reduced the area of available habitat, area of deep habitat increased. The 1994 low-peak flood increased the area of habitat, but most habitats were shallow.

The 1993 and 1994 multi-peaked habitat availability curves for the 1.5-km-reach bank-attached bar were the result of the superposition of curves from habitats in each geomorphic classification, and showed that the discharge that maximized habitat availability changed yearly. A complexity index was evaluated for the 10-km reach as a surrogate for habitat availability. Total base-flow habitat availability was significantly correlated to the complexity index, but deep habitat availability was not.

Measured channel topography was used as input to a flow and sediment transport model. Simulated hydrograph runs produced greater bank-attached bar aggradation and thalweg scour than steady flows, although some unrealistic patterns of scour occurred.

New flow recommendations must include occasional high flows sufficient to rebuild channel topography. Flaming Gorge Dam releases should be used to augment the Yampa River flood peak, but not increase low flood-peak duration. The conceptual model for habitat availability developed here may be used to target the formation and availability of habitats. Base flow recommendations designed to maximize habitat availability should be evaluated annually. Winter flows should be reevaluated for their negative effects on habitat.

**Ruppert, J. B., R. T. Muth, and T. P. Nesler. 1993. Predation on fish larvae by adult red shiner, Yampa and Green Rivers, Colorado. Southwestern Naturalist 38:397–399. (Recovery Program Project 12-9)** *Abstract excerpted from results and conclusions*

The objective of this study was to document predation on fish larvae, particularly larvae of native fishes, by nonnative adult cyprinids or juvenile centrarchids or ictalurids collected from ephemeral shoreline embayments near the confluence of the Green and Yampa rivers, Colorado, in early summer. Collections with fine-mesh seines (1.6-mm-square mesh) were made on 30 June and 2, 14, 19, and 25 July 1991. Sampling on 30 June was at 1600–1800 hours, and on other dates at 0000–0200, 0400–0600, 1200–1400, 1600–1800, and 2000–2200 hours. Nonnative fishes collected and analyzed were yearling channel catfish *Ictalurus punctatus* ($N = 17$; 51–144 mm total length, TL) and adult red shiners *Cyprinella lutrensis* ($N = 184$; 36–79 mm TL), sand shiners *Notropis stramineus* ($N = 47$; 30–65 mm TL), fathead minnows *Pimephales promelas* ($N = 42$; 32–60 mm TL), and redside shiners *Richardsonius balteatus* ($N = 176$; 36–77 mm TL). Fish larvae ($N = 58$; 1–9 per digestive tract) were found in 15% of the red shiners collected during daylight or dusk on 30 June and 2 and 14 July; no larvae were detected in digestive tracts of the other species. Most of the fish larvae found were too digested for species identification or accurate length measurements, but all were cypriniforms (mostly catostomids) and probably less than 16 mm TL. Seven fish larvae, 11–13 mm TL, were identified as native bluehead sucker *Catostomus discobolus*. The high incidence of fish

larvae ingested by red shiners suggests that this widespread and abundant species may be an important predator on native fishes in the Colorado River system. The degree of predation may be influenced by the abundance of alternative invertebrate prey and may be especially severe during spring and early summer in ephemeral nursery habitats with fluctuating water levels.

**Schmidt, J. C. 1994. Compilation of historic hydrologic and geomorphic data for the upper Colorado River basin. Annual Report of Utah State University Department of Geography and Earth Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 37)** *Abstract excerpted from results and conclusions*

Preliminary results of ongoing investigations of the geomorphology and hydrology records of the Green River Basin are:

1.  The magnitude of the annual peak discharge of the Green River upstream from the Yampa River has decreased about 60% from the 1923–1962 period to the period following closure of Flaming Gorge Dam. At Jensen and Green River, Utah, the changes have been about 25%, depending on the recurrence of the flood being evaluated. Floods on the Yampa River were unchanged during the same periods.

2.  The highest floods of this century occurred in the early part of the century. Instantaneous peak discharge at Green River, Utah, exceeded 60,000 ft$^3$/s (1,698 m$^3$/s) in 1897, 1909, 1917, and 1921. Peak flows at Greendale are estimated to have exceeded 20,000 ft$^3$/s (566 m$^3$/s) in 1899, 7918, and 1921. These floods are unprecedented; the fact that floods of this magnitude do not occur at present may be related to climatic change and be unrelated to the existence of dams. The effects of these floods on habitat availability have not been evaluated.

3.  The bed at the Greendale gage aggraded 0.3 ft between 1961 and 1987.

4.  The bed at the Jensen gage has not changed in elevation since 1948. Speculation about channel degradation in the Razorback bar and Escalante Bottoms area is not supported by these findings.

5.  Degradation of about 0.3 ft of the channel bed at Ouray occurred between 1951 and 1966. It is unlikely that these changes are related to Flaming Gorge Dam.

6.  Prior to closure of Flaming Gorge Dam, the Green River near Greendale, Utah, was covered by ice between 3 and 5 months per year. The last year that ice cover was reported at this gage was 1958.

BLM_0058442

7.  Between the winters of 1946–47 and 1960–67, the average duration of ice cover was 3.6 months near Jensen. Since that time, the duration has decreased to 0.8 months. At Ouray, the average duration of ice cover was 3 months between 1951 and 1965.

8.  A new floodplain, in apparent equilibrium with reduced floods has developed in the Uinta Basin, especially in the Ouray National Wildlife Refuge. This floodplain is regularly inundated but the area extent of these surfaces is an order of magnitude less than the pre-dam floodplain. It appears that significant inundation of the alluvial valley of the Green River may not have regularly occurred since the 1920's.

9.  Significant channel narrowing in Lodore Canyon has occurred since closure of Flaming Gorge Dam. Numerous eddy bars have been vegetated and backwater habitats may have been lost.

**Schmidt, J. C. 1996. Geomorphic control of the distribution of age-0 Colorado squawfish in the Green River in Colorado and Utah. Draft Manuscript. Department of Geography and Earth Resources, Utah State University, Logan.**

Regional geology controls the geomorphic organization of the Green River in Colorado and Utah and produces a series of river segments that are either restricted meanders, fixed meanders, or canyons with abundant debris fans. The distribution of channel planform controls the distribution of shoreline complexity, and there is no systematic downstream change in channel planform or in shoreline complexity.

Backwater habitats, which typically are abundant where complexity is high, are used as nursery areas by age-0 Colorado squawfish. Field measurements of channel and bar topography, air photo and geographic information system analysis, and simulation modeling show that the location of critical nursery habitat segments of the river is ultimately determined by channel geomorphology. Longitudinal dispersion establishes a system-wide pattern wherein downstream segments have higher age-0 populations, but restricted meandering reaches have proportionally higher populations than predicted solely by longitudinal dispersion. Streamflow at the time of larval drift also affects population and distribution. The interaction of hydrology, geomorphology, and the characteristics of spawning and larval drift must be understood collectively if operations of Flaming Gorge Dam are to be adjusted to maintain the present distribution of river segments critical as nursery habitats in the Green River.

BLM_0058443

**Schmidt, J. C., and D. M. Rubin. 1995. Regulated streamflow, fine-grained deposits, and effective discharge in canyons with abundant debris fans. Pages 177–195 *in* J. E. Costa, A. J. Miller, K. W. Potter, and P. R. Wilcock, editors. Natural and anthropogenic influences in fluvial geomorphology. AGU Geophysical Monograph 89. *Abstract excerpted from results and conclusions***

The debris fan-eddy complex is the fundamental geomorphic channel unit in canyons with abundant debris fans. This assemblage includes, in a downstream direction, a river segment of ponded flow that has a low downstream velocity and that is controlled by a downstream channel constriction, a constricting debris fan, eddies and eddy bars, and a gravel bar. This assemblage occurs at nearly every tributary mouth where debris fans constrict the river. Such tributaries exist along many, but not all, of the narrow canyons of the Green and Colorado Rivers. Reaches affected by debris fans are steeper, have higher stream power per unit bed area, and have coarser beds than other narrow canyons of the same river system. The extent of each channel element varies from site to site.

**Schmidt, J. C., K. L. Orchard, and S. P. Holman. 1996. Spatial and temporal patterns of habitat availability in Desolation and Gray Canyons. Report of Utah State University Department of Geography and Earth Resources to Utah Division of Wildlife Resources, Salt Lake City, Utah.**

Channel geometry, shoreline composition and hydrologic units were mapped and measured over a range of discharges from 2100 to 27,000 ft3/s (59 to 764 m$^3$/s) in Desolation and Gray Canyons of the Green River, Utah. Four geomorphic reaches were identified in coordination with fish sampling. In general, cobble-bedded areas showed little or no channel change for the range of discharges experienced. Sand-bedded areas showed greater variability with discharge. Greatest depths occurred in the thalwegs of downstream flow next to recirculation zones. Debris fans in Desolation Canyon were noted as low gradient and very large with only 25% of surface area within an active zone. In Gray Canyon, debris fans were steeper in gradient. Gravel bars were noted to be abundant in all reaches. The gradient of debris fans dictates the relationship between downstream eddy size and flow. As flow increases, eddy size increases until the debris fan is overtopped at which flow the eddy does not exist. In Desolation Canyon, debris fans were overtopped at relatively low flows compared to Gray Canyon. Hence, eddies occur over a greater range of flows and increase in size more in Gray than in Desolation Canyon. Shoreline composition was predominately sand, silt and mud (fine-grained alluvium) at base flows with vegetation comprising the smallest portion of shoreline and gravel, talus and debris blow being approximately equal. As discharge increases, alluvium was inundated and shorelines composition shifted to more vegetation. At bankfull, 62% of the shoreline comprised vegetation. Linear length of shoreline decreased with increasing discharge but was not greatest at the lowest discharge. Hence, shoreline sinuosity is maximized as some intermediate discharge. Comparison of historic and recent photographs demonstrated that shoreline vegetation (tamarisk and willow) increased in all reaches. Mid-channel islands and sand bars that were historically transient by nature have become stabilized by the combination of increased

vegetation and reduced flooding. Tributary inflows, like the Price River, are notably aggraded and overrun with vegetation due to a reduction in tributary flows.

**Schmidt J. C., K. L. Orchard, and S. P. Holman. 1996. Spatial and temporal patterns of habitat availability in Desolation and Gray Canyons. 1995 Annual Report and 1996 Field Progress Report, Department of Geography and Earth Resources, Utah State University. Logan.**

Available shoreline habitat along the Green River in Desolation and Gray Canyons is strongly influenced by geology and discharge although the relationship between the three has not been readily apparent. To better associate the two, we established four geomorphic study reaches within the canyons. Within each reach, a series of cross sections was measured at different discharges. Surficial geology of the river corridor was mapped, and historic oblique photos were matched to establish the geomorphic organization of the canyon and assess changes that have occurred over the past century. Maps were also made of the distribution of eddies, low-velocity zones, and the distribution of shoreline habitat. These maps were repeated at several discharges including base flow and bank full discharge.

Preliminary results show that low-velocity zones occur predominantly in the lee of obstructions caused by debris fans. Debris fans in Desolation Canyon are predominantly expansive and of low gradient. Only the small portion of the fan that is active delivers sediment that restricts flow and causes rapids and eddies, while the main fan is so large that it acts more as a meander bend as the river flows around the fan. As discharge increases the total area of eddies increases, however, at bankfull discharge many of the relatively small active portions of the fans are overtopped, and eddy frequency decreases. Although very large debris fans dominate the river corridor, fine-grained alluvium is the most abundant bank material at low discharge, and vegetated fine-grained alluvium dominates at higher flows.

**Smith, G. R. 1997. Yampa and Green River physical data. Undated Memorandum, U.S. Fish and Wildlife Service, Denver, Colorado. *Abstract excerpted from results and conclusions***

Water temperature data were collected by the U.S. Fish and Wildlife Service at six sites on the Green River during 1987–1997. The temperature of the Yampa River was also monitored during this time period as well as one additional site on the Green River from 1994 to 1997. Monitoring at this latter site was conducted by Colorado State University. These data are accessible through the Division of Water Resources, U.S. Fish and Wildlife Service in Denver, Colorado.

BLM_0058445

**Snyder, D. E. 1997. Effects of the fish anesthetic tricaine on larval and early juvenile razorback sucker, *Xyrauchen texanus*. Final Report of Colorado State University Larval Fish Laboratory to U.S. National Park Service Cooperative Parks Study Unit, Fort Collins, Colorado.**

Field identification and handling of live fish larvae often requires use of an anesthetic to induce temporary paralysis. To assess the effectiveness of aqueous solutions of the anesthetic tricaine (Finquel[TM]) for rapid but safe immobilization of larval and early juvenile razorback sucker, I tested lab-reared protolarvae at 0 (controls), 50, 100, and 200 mg/L, mesolarvae at 0, 6.25, 12.5, 25, 50, 100, 200, 400, and 800 mg/L, and recently transformed juveniles at 0, 50, 100, 200, and 400 mg/L. For each of three trials per treatment, I recorded times to loss of: equilibrium, reflex response (full immobilization except for breathing), and breathing motions. After full loss of equilibrium by all eight or ten fish in a trial (or 5 min if fish remained upright), I retained half in the anesthetic for an additional 5 min and the other half for 15 min. I then transferred the fish to freshwater, recorded recovery times, and monitored survival for 4 d. For this investigation, I considered optimal immobilization and recovery times to be less than 1 and 10 min, respectively. Tricaine concentrations of 50 mg/L or less failed to immobilize completely all fish in any treatment and 100 mg/L was borderline for protolarvae. Only the 200 mg/L treatment for protolarvae met the optimal criteria. Concentrations of 100 and 200 mg/L best approached the criteria for mesolarvae; likewise for early juveniles except that 15-min exposures were not safe for juveniles at either concentration, or even for 5 min at 400 mg/L. Except for juvenile exposures much over 5 min, median concentrations of about 150 mg/L are mostly likely to approximate the goal for larvae and early juveniles and are therefore recommended. For early juveniles, concentrations somewhat less than 100 mg/L may immobilize the fish without loss of breathing and thereby allow exposures of 15 min or longer, but immobilization will likely require a few minutes.

For mesolarvae, and probably for protolarvae, concentrations of 400 and 800 mg/L were safe, even for 15-min exposures, and resulted in almost instantaneous immobilization but much longer recovery times. As a corollary to the latter results and other observations, high doses of tricaine, at least up to 1,600 mg/L, are ineffective for euthanasia of razorback sucker and probably other fish larvae not yet relying heavily on gills for respiration.

**Snyder, D. E., and S. M. Meismer. 1997. Effectiveness of light traps for capture and retention of larval and early juvenile *Xyrauchen texanus* and larval *Ptychocheilus lucius* and *Gila elegans*. Final Report of Colorado State University Larval Fish Laboratory to U.S. National Park Service Cooperative Parks Study Unit, Fort Collins, Colorado.**

Light traps are used to capture the larvae of many fishes. To assess the potential of floating, low-intensity, quatrefoil-style light traps for capture of the larvae or early juveniles of endangered Colorado River basin fishes, provide guidelines for trap use, and better interpret field results, we conducted experiments in 1.2-m diameter tanks under light-excluding tents. For each capture trial, 50 laboratory-reared larvae or (for razorback sucker *Xyrauchen texanus* only) 25 juveniles were

released into a tank and allowed to acclimate through simulated daylight, dusk, and full darkness before traps were set for 1, 4, or (for razorback sucker larvae only) 8 h. In corresponding retention experiments, fish were placed in trap catch basins and allowed to calm before traps were placed in tanks. Mean capture percentages (MCPs) for larvae in 1 and 4-h trials were 13 to 36% for razorback sucker (33 to 44% in 8-h trials), 3 to 15% for Colorado squawfish *Ptychocheilus lucius*, and 5 to 30% for bonytail *Gila elegans*. MCPs usually, but not always, increased with set duration for larvae. For early juvenile razorback suckers, maximum MCP, 51%, occurred within 1 h. Once in the trap, most larvae stayed; mean retention percentages (MRPs) were 85 to 99% for razorback sucker larvae in 1, 4, and 8-h trials, and 95 to 99% for Colorado squawfish larvae in 1 and 4-h trials (bonytails were not tested for retention). Retention of juvenile razorback suckers was notably less with MRPs of 65 to 73%. For fish in close proximity to the trap, these results suggest that the light traps tested are at least moderately effective in clear water for the capture and retention of razorback sucker and bonytail larvae and even better for the capture of early juvenile razorback suckers.

Additional experiments were conducted with razorback suckers. With trap lights off, few or no fish were captured and MRPs were lower, strikingly so for protolarvae with only 16% retention in 4-h trials. Light is critical for the effective capture and retention of fish larvae. Under simulated dusk, 1-h MCPs were lower than during night trials, but not significantly different. Setting traps prior to night fall might increase the ultimate number of fish collected but reduce catch per unit time. Under simulated dawn, 1-h MRPs dropped to 69% for protolarvae but remained 99% for postflexion mesolarvae. Traps should probably be retrieved before dawn to avoid significant losses of at least small larvae. In 1-h turbid-water trials, MCPs were 2.6 to 2.8 times greater for larvae but 70% less for juveniles in 50 to 75 FTU water than in clear water. For fish in close proximity to the trap, effectiveness significantly increased for larvae in turbid water but decreased for early juveniles. Although maximum body width of the larger postflexion mesolarvae approximated 2 mm, MCPs and MRPs for those larvae did not change significantly when 4-mm silt traps were used instead of 2-mm traps. However, early juveniles were unable to enter 2-mm traps. Maximum total length for capture of razorback suckers by 2-mm slit traps was between 20 and 27 mm. MCPs for postflexion mesolarvae did not change significantly when tested in a comparable trap with 300 times greater light intensity at trap perimeter. MCPs for early juveniles dropped by over two-thirds to 19% in trials using a larger three-lobed light trap with comparable low-light intensity and to just 8% with 500 times greater light intensity. Dramatically increasing trap light intensity did not affect the capture of postflexion mesolarvae but significantly reduced the catch of early juveniles. Differences in trap design can affect the number of early juveniles captured.

BLM_0058447

**Stanford, J. A. 1994. Instream flows to assist the recovery of endangered fishes of the Upper Colorado River basin: review and synthesis of ecological information, issues, methods and rationale. U.S. Fish and Wildlife Service, Denver, Colorado. FLBS Open File Report 130-93.** *Abstract excerpted from results and conclusions*

The purpose of this study was to review the science pertaining to the issue of flow provision, to identify critical uncertainties and to provide recommendations for determining the instream flow needs of the endangered fishes.

Studies to date strongly indicate that truncation of peak flows and higher, fluctuating base flows (loss of seasonality) resulting from river regulation have altered complex biophysical processes (detailed herein) that form and maintain low velocity habitats required for survival of the various life history stages of the fishes. An ecological tradeoff apparently exists: very high flows are needed occasionally to produce habitats that the fish need to survive, but at the expense of reproductive success.

Based on review of the ecological information and recognizing the problems in the methodological approaches that were used to derive flow recommendations, several key uncertainties appear to be critical to the goal of establishing flow regimes that will ultimately recover the endangered fishes:

- Flow seasonality and its correlates (e.g., temperature and physical habitat) may not be the factor(s) limiting recovery of the native fishes.

- Given the high societal value placed on tailwater trout fisheries, and the high priority placed on meeting entitlements under the Colorado compact and current water law (i.e., the "law of the river"), water volume in the Colorado and Green Rivers may be insufficient to produce flows required to recover the fishes.

- Channel and floodplain morphology in time and space is not a simple flow-area relationship and complex interactions not yet fully understood may emerge that will compromise recovery of the fish.

- What is the tradeoff between propensity of endangered fish larvae to drift downstream and the need for high flows to maintain connectivity between the channel and backwaters and wetlands?

- Can food webs re-establish in key low velocity habitats (backwaters) to the extent needed to recover the fishes, given the windows permitted or needed for hydropower operations?

- Can the endangered fishes expand their range and productivity given the downstream extension of cold water environments caused by regulation, and is the locality of the

BLM_0058448

transition zone between cold and warm reaches likely to stay constant as deregulated flow regimes are implemented?

• Interactions with nonnative fishes may limit recovery of endangered fishes regardless of flow provisions.

The report concludes with recommendations that couple management action (implementation of interim flow regimes) with additional study to resolve the uncertainties presented above. The suite of recommendations constitute an ecosystem approach to resolution of flows needed to protect and enhance the endangered fishes of the upper Colorado River basin. In essence, these recommendations constitute a new, holistic instream flow methodology.

• Implement interim flows that re-establish seasonality with spring peaks that approach the amplitude and frequency of preregulation events and summer and winter base flows with daily changes (not daily volume) limited to near preregulation conditions (likely no more than about 5% per day).

• Provide common understanding of water availability so that interim flows can be provided in relation to precipitation and legal flow abstraction in each subbasin.

• Improve the standardized monitoring program as a mechanism to evaluate effectiveness of interim flows by adding a community ecology perspective.

• Diversify the research program to resolve critical uncertainties associated with interim flows.

• Implement a peer review process to insure that research and monitoring objectives are based on solid science and are responsive to the need to resolve uncertainties associated with the interim flows.

• Implement a management plan that can adaptively change the interim flows as new implications from monitoring and research are forthcoming.

The recommended methodology needs unambiguous endorsement to be successful. Success or failure will be judged by long-term trends in the populations of the endangered fishes.

BLM_0058449

**Trammell, M. A., and T. E. Chart. 1999. Colorado pikeminnow young-of-the-year habitat use, Green River, Utah, 1992–1996. Report C *in* Flaming Gorge Studies: Assessment of Colorado pikeminnow nursery habitat in the Green River. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 33)**

This nursery habitat study was conducted from 1992 to 1996 under the auspices of the Recovery Implementation Program, to further define Colorado pikeminnow use of habitat. The relationships between peak and sampling flows, habitat availability, temperature, Colorado pikeminnow catch and growth rates, and density of sympatric non-native cyprinids were examined. The objectives of this study included: 1) determine the relationship between availability, formation, and maintenance of Colorado pikeminnow nursery habitat and test release flows from Flaming Gorge Dam, 2) describe the relationship between nursery habitat types available to and selected by Colorado pikeminnow, 3) describe the relationship between degree-day accumulation in main channel and nursery habitat areas, 4) determine the relationship between degree-day accumulation in all potential nursery habitat areas and those utilized by young Colorado pikeminnow, 5) determine the relationship between the quantity of nursery habitats available in the summer period to the number of young Colorado pikeminnow present in nursery habitats during the autumn period, 6) determine the usefulness of video imagery as a predictor of year class strength of Colorado pikeminnow, 7) refine the interpretation of video so that "quality" nursery habitats can be distinguished, and 8) compare intensive sampling data and the concept of habitat utilization to standardized monitoring data to assess a) ways of refining standardized monitoring procedures and b) ways of making greater use of the data currently being collected.

Colorado pikeminnow prefer backwater habitats that are formed behind large sandbars from scour channels, and are larger, deeper and more persistent than other habitats. Non-native cyprinids also preferred this habitat. All types of habitat including quality habitat increased in quantity during low water years, and decreased in high water years. There were slight decreases associated with higher sampling flows. Non-native cyprinids were positively associated with increased habitat availability, while Colorado pikeminnow were negatively associated. Total degree day accumulation was higher in low water years, which in turn was positively correlated with high growth rates for pikeminnow, and with high overwinter survival rates. The density of non-native cyprinids was negatively correlated with Colorado pikeminnow catch rates. Colorado pikeminnow are limited more by the presence of non-native cyprinids than by habitat availability in the lower Green River. We recommend managing the river system for a variety of flow scenarios to emulate the natural hydrograph. The standardized monitoring program sampling protocol is sufficiently representative of Colorado pikeminnow annual trends. We recommend no changes.

BLM_0058450

Case No. 1:20-cv-02484-MSK   Document 45-5   filed 04/28/21   USDC Colorado   pg 70 of 131

**Valdez, R. A. 1995. Synthesis of winter investigations of endangered fish in the Green River below Flaming Gorge Dam. Final Report of BIO/WEST, Inc. to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project 18-11)**

Recent investigations by Valdez and Masslich (1989) and Wick and Hawkins (1989) on radiotagged adult Colorado squawfish and razorback suckers in the Green River and Yampa River revealed a fidelity for overwintering sites in moderately deep, low-velocity habitats. Both species were locally active, but rarely left a habitat, except during flow changes or to avoid ice jams and frazil ice masses. Low, relatively stable winter flows are recommended to stabilize low velocity habitats, allow formation of a persistent ice cover to insulate flows from supercooling, dampen moderate fluctuations, and minimize incidence of ice jams and frazil ice. Further research is recommended to ascertain needs of other life stages of Colorado squawfish, razorback suckers, humpback chub, and other native species. Recommended studies include (1) a physical model of ice processes, (2) assessment of flow regulation and ice on overwinter nursery habitat, (3) valuation of physiological effects of supercooled water on survival of age-0 Colorado squawfish, (4) assessment of Colorado squawfish nursery habitat, (5) estimate of overwinter survival of age-0 Colorado squawfish, (6) survey of the Lake Powell inflow for Colorado squawfish, (7) evaluation of winter and spring flows on movement, dispersal and survival of young Colorado squawfish, and (8) assessment of predation on age-0 Colorado squawfish in supercooled winter conditions.

**Valdez, R. A., and B. R. Cowdell. 1999. Effects of flow regulation and ice processes on overwinter nursery habitat of age-0 Colorado pikeminnow in the Green River below Flaming Gorge Dam, Utah. Final Report of BIO/WEST, Inc. to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project FG-10)**

Low survival of age-0 Colorado pikeminnow *(Ptychocheilus lucius)* and low recruitment to adulthood are primary factors that contribute to the endangerment of this indigenous Colorado River Basin fish species. Low overwinter survival in the Green River, Utah, may be related to changes in ice processes since completion of Flaming Gorge Dam in 1964. Ice conditions were evaluated in nursery backwaters during winters of 1993–94 and 1994–95 to determine if availability and persistence of these overwinter habitats are related to ice development and breakup processes linked to dam operations. We tested the hypothesis that a post-dam decrease in frequency of stable river ice cover has led to increased occurrence of ice jams and frazil ice that destabilize nursery backwaters, causing the young fish to abandon these habitats at increased risk of predation and presumed energy expenditure.

Ice conditions were studied in one of two primary nursery areas of Colorado pikeminnow for two winters during special releases from Flaming Gorge Dam; i.e., high fluctuating releases in 1993–94 and low stable releases in 1994–95. Both winters were relatively mild and ice development was not as extensive as observed in previous colder winters. An ice cap was more persistent (42 days) during low stable releases than during high fluctuating releases (5 days), providing evidence of a link between dam operations and ice cap formation and persistence. These observations were

BLM_0058451

consistent with 47 years of historic records in which an ice cap formed on the middle Green River in 100% of pre-dam years (18) when flow was relatively stable, but in only 48% of post-dam years (14 of 29) under fluctuating hydropower releases. Warmer, high-volume, fluctuating dam releases have precluded ice cap formation in the Green River nursery habitat area in all but the coldest winters, disrupting the otherwise stable winter riverine environment created by a persistent ice cap and naturally stable winter flows.

Despite the different ice cap conditions observed during the 2 years of special releases, the percentage of backwaters that became unsuitable as nursery habitat in 1993–94 (50%) and 1994–95 (56%) was similar. We attribute similar losses of backwaters to mild air temperatures in both winters that precluded establishment of a thick, stable ice cap resulting in periodic and frequent ice breakup. Of 14 and 9 backwaters surveyed in the two winters, 43% and 34%, respectively, became flow-through channels as a result of ice jams, and 7% and 22%, respectively, were reduced in size or depth by collapsing ice lenses or thickened shoreline ice. Backwaters were considered suitable as long as they retained at least 30 $m^2$ surface area, 0.3 m depth, were above -0.5°C water temperature, and had at least 5 mg/L dissolved oxygen-parameters believed to be important for survival of age-0 Colorado pikeminnow.

This study indicates that a stable ice cap is more likely to form on the Green River under relatively stable low releases than under high-volume fluctuating flows during mild winters. Additional studies are needed to determine if this relationship holds true during colder winters. Maintenance of preceding summer and fall dam releases are recommended to maintain nursery backwaters through the winter period. This flow recommendation is based on the need to minimize the frequency of events in which ice is disrupted by large changes in release volumes and river stage, which can flood or desiccate nursery backwaters and displace the young fish.

**Valdez, R. A., B. R. Cowdell, and L. D. Lentsch. 1999. Overwinter survival of age-0 Colorado pikeminnow in the Green River, Utah, 1987–1995. Final Report of BIO/WEST, Inc. to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. (Recovery Program Project FG-10)**

Catch rates of age-0 Colorado pikeminnow *(Ptychocheilus lucius)* were compared between fall (September–October) and spring (March–April) sampling periods as indices of overwinter survival in two reaches of the Green River, Utah. Overwinter survival indices were determined for the year classes 1987–95 for Reach 3 (Colorado River confluence upstream to Green River, Utah; 193 km) and for the year classes 1989–94 for Reach 4 (Sand Wash upstream to Split Mountain, Utah; 169 km). Average indices were 54% (23–100%) and 51% (29–96%), respectively.

Overwinter survival indices for Reach 3 were compared to total length of fish in fall, flow variability, river temperature, average backwater depth, and fall densities of non-native fishes. No clear relationships were revealed for fish length, river temperature, or densities of non-native fishes. Lower survival was demonstrated for higher fluctuating river flows, and significantly higher survival

BLM_0058452

was related to backwater depth. Backwaters with mean depths of > 120 cm showed the highest overwinter survival index of 85%, compared to only 18% for backwaters with mean depth of <30 cm. These findings show that backwaters deepened by appropriate antecedent flows provide greater resilience to inundation and desiccation as a result of fluctuating releases from Flaming Gorge Dam.

We noted that sampling in spring was preceded in all years by early runoff spikes from low elevation snowmelt and river ice breakup, and hypothesize that much of the decrease in densities of age-0 Colorado pikeminnow in nursery backwaters is related to a natural survival strategy of downstream dispersal. This hypothesis is supported by findings of highest densities of age-0 Colorado pikeminnow in the Lake Powell inflow immediately following these March spikes in 1993 and 1994.

These analyses show that interactions among variables affecting survival of age-0 Colorado pikeminnow are complex. Catch rate statistics collected in fall and spring may be of insufficient sensitivity to provide accurate and reliable estimates of fish density. This paper concludes that overwinter survival of age-0 Colorado pikeminnow must be considered as an important aspect in overall survival of fish to age of recruitment, but existing measures of fall and spring densities show high variability that is partly attributed to annual population variability as well as to sampling. We believe that understanding the fate of age-0 Colorado pikeminnow during the winter period is the key to determining cohort strength and recruitment to the adult portion of the population. It is important to understand and separate the effect of anthropogenic actions from natural life history strategies on long-term conservation of this species.


**Wick, E. J. 1997. Physical processes and habitat critical to the endangered razorback sucker on the Green River, Utah. Doctoral Dissertation. Colorado State University, Fort Collins.**

The last self sustaining, riverine population of razorback sucker occurs on the middle Green River. Since 1962, operations at Flaming Gorge Dam have reduced flow variability, reduced duration of flood peak, and altered timing of spring flows. These flow changes modified fluvial processes related to sediment movement and deposition at the primary spawning site and connectivity to downstream floodplain nursery habitat which are critical to razorback sucker reproductive success.

Physical and biological studies related to the early life history of the razorback sucker were conducted from 1992 to 1996. The primary spawning site of the middle Green River population is located along the right side of an alluvial channel around a large island at river kilometer 500. Physical evaluation of the primary spawning bar was conducted using repeated cross sectional surveys and one dimensional HEC-2 and HEC-6 modeling. This analysis found this site to be influenced by the backwater effect of a constriction at the downstream end of the island complex. This backwater condition causes reduced velocity and reduced water surface-slope in the spawning channel as flows rise during spring runoff.

BLM_0058453

HEC-6 analysis was conducted using averaged post-dam USGS suspended load data, 1996 USGS bedload data, and 1993 bed material samples. The magnitude and pattern of model-simulated deposition and scour were very similar to empirical measurements in 1993 and 1996. Major sedimentation at the site (HEC-6 output) began at 325 m$^3$/s and ultimately resulted in an average of 0.6 meters deposition of sand at peak flows approaching 650 m$^3$/s. Model simulation and physical measurements at the site showed that sediment was scoured off the bar during August as declining flows resulted in increased slope and velocity in the spawning channel.

Bed material analysis of sand deposition at the spawning channel indicates that sand between 0.5–1.0 mm in diameter predominates. Sediment transport samples collected in 1996 indicate that this size material moves mostly as bedload as flows approach 425 m$^3$/s. Scour chain analysis in an overflow channel immediately above the spawning area indicates that sand sized material is supplied to the spawning channel on the rising limb as flows exceed 325 m$^3$/s.

From an evolutionary perspective, based on large percentage of ripe adult fish using the site, age structure of the adult population, and recruitment success patterns since closure of Flaming Gorge, it is not logical that the primary spawning bar at river kilometer 500 would be a consistently poor producer of larvae during high flow years. Historical recruitment success appears tied to years when high flow conditions provided river connectivity to floodplain habitat. Physical process and biological response data collected during this study showed that spawning conditions remain suitable and numbers of razorback larvae are higher at reference collection sites below the spawning bar when Green River discharges at Jensen remain below present effective discharge of 325 m$^3$/s. Sedimentation begins to impact the site as flows exceed 325 m$^3$/s and numbers of razorback larvae caught at reference collection sites are considerably lower than in years when flows do not exceed this level. Razorback adults must spawn and resultant larvae hatch and emerge from cobble substrates prior to deposition of sand which can bury and/or suffocate the larvae.

It is hypothesized that reductions in peak discharges on the Green River below Flaming Gorge Dam have resulted in sediment being stored at low elevations in the channel bed and river margins due to a lower range of peak flows. This has led to conditions where available sediment is now transported at a narrower range of lower peak flow levels. Effective discharge levels on the middle Green River have been reduced from 580 m$^3$/s during the pre-dam period to 325 m$^3$/s during the post-dam period (1964-1981).

Higher peak flows are needed to redistribute sediment stored in river beds and margins to higher elevations on river margins so that less sediment will be available for transport on the rising limb in subsequent years. It is recommended that flow releases following high flow management years be managed to remain below newly established surface deposits and mimic natural inflow patterns above Flaming Gorge Dam. Premature high spring releases should be avoided by anticipating safe reservoir levels further in advance to accommodate experimental release patterns. These experimental flow release patterns need to be tested using an adaptive management approach utilizing channel monitoring programs and standardized larval fish monitoring programs to evaluate anticipated physical and biological responses.

BLM_0058454

Williams, G. P., D. Tomasko, H. E. Cho, and S. C. L. Yin. 1995. **Effects of Flaming Gorge Dam hydropower operations on sediment transport in the Browns Park reach of the Green River, Utah and Colorado. Environmental Assessment Division, Argonne National Laboratory, Argonne, Illinois. Report ANL/EAD/TM-6.**

Three methods for comparing sediment transport were applied to four proposed hydropower operational scenarios under study for Flaming Gorge Dam on the Green River in Utah. These methods were effective discharge, equilibrium potential, and cumulative sediment load with flow exceedance plots. Sediment loads transported by the Green River in the Browns Park reach were calculated with the Engelund-Hansen equation for three historical water years and four hydropower operational scenarios. A model based on the Engelund-Hansen equations was developed using site-specific information and validated by comparing predictions for a moderate water year with measured historical values. The three methods were used to assess the impacts of hydropower operational scenarios on sediment resources. The cumulative sediment load method provided the most useful information for impact evaluation. Effective discharge was not a useful tool because of the limited number of discrete flows associated with synthetic hydrographs for the hydropower operational scenarios. The equilibrium potential method was relatively insensitive to the variations in operating conditions, rendering it comparatively ineffective for impact evaluation.

Wolz, E. R., and D. K. Shiozawa. 1995. **Soft sediment benthic macroinvertebrate communities of the Green River at the Ouray National Wildlife Refuge, Uintah County, Utah. Great Basin Naturalist 55:213–224.**

Benthic macroinvertebrates from four habitat types (river channel, ephemeral side channel, river backwater, and seasonally inundated wetland) were examined from the Green River at the Ouray National Wildlife Refuge, Uintah County, UT, June–August 1991. Four major taxa (Nematoda, Oligochaeta, Diptera, Ceratopogonidae, and Chironomidae) were quantified. Cluster analysis of densities showed that habitat types with comparable flow conditions were the most similar. Highest to lowest overall benthic invertebrate densities of the four habitats were as follows: ephemeral side channel, river backwater, seasonally inundated wetland, and river channel. Nematodes were the most abundant taxon in all habitat types and sample dates except the August sample of the river channel and river backwater and the July sample of the seasonally inundated wetland.

Wyodoski, R. S., and E. J. Wick. 1998. **Ecological value of floodplain habitats to razorback suckers in the upper Colorado River basin. Final Report of U.S. Fish and Wildlife Service and U.S. National Park Service to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.** *Abstract excerpted from Executive Summary*

This report is intended as a reference document for persons working on habitat enhancement projects related to the Recovery Implementation Program for Endangered Fishes in the

BLM_0058455

Upper Colorado River Basin (Recovery Program). It summarizes the published literature on the ecological value of floodplains to riverine fish communities and relates this literature to reports that have been developed through the Recovery Program and management endeavors in the Lower Colorado River Basin. The report emphasizes the need for concurrent integration of all Recovery Program elements, especially habitat development and maintenance, management of nonnative fishes and sport fishing, and captive propagation.

**Yin, S. C. L., J. J. McCoy, S. C. Palmer, and H. E. Cho. 1995. Effects of Flaming Gorge Dam hydropower operations on flow and stage in the Green River, Utah and Colorado. Environmental Assessment Division, Argonne National Laboratory, Argonne, Illinois. Report ANL/EAD/TM-4.**

This report presents the development of Flaming Gorge Reservoir release patterns and resulting downstream flows and stages for four potential hydropower operational scenarios. The release patterns were developed for three representative hydrologic years: moderate, dry, and wet. Computer models were used to estimate flows and stages in the Green River resulting from these release patterns for the moderate water year. The four hydropower operational scenarios for Flaming Gorge Dam were year-round high fluctuating flows, seasonally adjusted high fluctuating flows, seasonally adjusted moderate fluctuating flows, and seasonally adjusted steady flows. The year-round high fluctuating flow scenario assumes that the monthly total reservoir releases would be the same as historical releases. The remaining seasonally adjusted flow scenarios would comply with the 1992 Biological Opinion of the U.S. Fish and Wildlife Service, which requires high flows in the spring and limited hourly fluctuations, especially in summer and autumn releases, to protect endangered fish. Within one year, the maximum daily river stage fluctuations resulting from hydropower operations under the seasonally adjusted high fluctuating flow scenario would be similar to the maximum daily fluctuations under the year-round high fluctuating flow scenario. However, reduced or no fluctuations would occur in some time periods under the former scenario. The maximum daily river stage fluctuations under the seasonally adjusted moderate fluctuating flow scenario would be about half of those under the seasonally adjusted high fluctuating flow scenario.

BLM_0058456

## APPENDIX C:

## LISTS OF WORKSHOP PARTICIPANTS

This appendix provides lists of Flaming Gorge Technical Integration Team members, principal investigators of the Flaming Gorge Research Group, and other interested persons who participated in workshops to discuss research findings, formulate preliminary flow and temperature recommendations, and review preliminary drafts of this synthesis report.

### November 12–14, 1997; Salt Lake City, Utah

| | |
|---|---|
| Kevin Bestgen<br>Larval Fish Laboratory | Thomas Chart<br>Utah Division of Wildlife Resources |
| Brian Cluer<br>National Park Service | Yvette Converse<br>Utah Division of Wildlife Resources |
| David Cooper<br>Colorado State University | Larry Crist<br>Bureau of Reclamation |
| Bruce Haines<br>U.S. Fish and Wildlife Service | William Hansen<br>National Park Service |
| John Hayse<br>Argonne National Laboratory | Dave Irving<br>U.S. Fish and Wildlife Service |
| Kirk LaGory<br>Argonne National Laboratory | Leo Lentsch<br>Utah Division of Wildlife Resources |
| Tim Modde<br>U.S. Fish and Wildlife Service | Robert Muth<br>U.S. Fish and Wildlife Service |
| Tamara Naumann<br>National Park Service | Stephen Petersburg<br>National Park Service |
| Thomas Ryan<br>Bureau of Reclamation | George Smith<br>U.S. Fish and Wildlife Service |
| Jim Tilmant<br>National Park Service | Melissa Trammell<br>Utah Division of Wildlife |

Richard Valdez
SWCA, Inc.

Edmund Wick
National Park Service

Mark Wondzell
National Park Service


**July 28, 1998; Salt Lake City, Utah**

Kevin Bestgen
Larval Fish Laboratory

Thomas Chart
Utah Division of Wildlife Resources

Brian Cluer
National Park Service

Larry Crist
Bureau of Reclamation

John Hayse
Argonne National Laboratory

Kirk LaGory
Argonne National Laboratory

Leo Lentsch
Utah Division of Wildlife Resources

Joseph Lyons
Bureau of Reclamation

Tim Modde
U.S. Fish and Wildlife Service

Robert Muth
U.S. Fish and Wildlife Service

Jim O'Brien
FLO Engineering, Inc.

Stephen Petersburg
National Park Service

John (Jack) Schmidt
Utah State University

George Smith
U.S. Fish and Wildlife Service

Richard Valdez
SWCA, Inc.

Edmund Wick
National Park Service

BLM_0058458

# 8

# Anthropogenic and Natural Radiative Forcing

**Coordinating Lead Authors:**

Gunnar Myhre (Norway), Drew Shindell (USA)

**Lead Authors:**

François-Marie Bréon (France), William Collins (UK), Jan Fuglestvedt (Norway), Jianping Huang (China), Dorothy Koch (USA), Jean-François Lamarque (USA), David Lee (UK), Blanca Mendoza (Mexico), Teruyuki Nakajima (Japan), Alan Robock (USA), Graeme Stephens (USA), Toshihiko Takemura (Japan), Hua Zhang (China)

**Contributing Authors:**

Borgar Aamaas (Norway), Olivier Boucher (France), Stig B. Dalsøren (Norway), John S. Daniel (USA), Piers Forster (UK), Claire Granier (France), Joanna Haigh (UK), Øivind Hodnebrog (Norway), Jed O. Kaplan (Switzerland/Belgium/USA), George Marston (UK), Claus J. Nielsen (Norway), Brian C. O'Neill (USA), Glen P. Peters (Norway), Julia Pongratz (Germany), Michael Prather (USA), Venkatachalam Ramaswamy (USA), Raphael Roth (Switzerland), Leon Rotstayn (Australia), Steven J. Smith (USA), David Stevenson (UK), Jean-Paul Vernier (USA), Oliver Wild (UK), Paul Young (UK)

**Review Editors:**

Daniel Jacob (USA), A.R. Ravishankara (USA), Keith Shine (UK)

This chapter should be cited as:

Myhre, G., D. Shindell, F.-M. Bréon, W. Collins, J. Fuglestvedt, J. Huang, D. Koch, J.-F. Lamarque, D. Lee, B. Mendoza, T. Nakajima, A. Robock, G. Stephens, T. Takemura and H. Zhang, 2013: Anthropogenic and Natural Radiative Forcing. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0058459

# Table of Contents

**8**

Executive Summary .................................................. 661

8.1    Radiative Forcing ........................................... 664

  8.1.1    The Radiative Forcing Concept .................................... 664

  **Box 8.1: Definition of Radiative Forcing and Effective Radiative Forcing** .................................................. 665

  **Box 8.2: Grouping Forcing Compounds by Common Properties** .......................................... 668

  8.1.2    Calculation of Radiative Forcing due to Concentration or Emission Changes .................... 668

8.2    Atmospheric Chemistry ................................... 669

  8.2.1    Introduction ....................................................... 669

  8.2.2    Global Chemistry Modelling in Coupled Model Intercomparison Project Phase 5 .................... 670

  8.2.3    Chemical Processes and Trace Gas Budgets ............. 670

8.3    Present-Day Anthropogenic Radiative Forcing ...... 675

  8.3.1    Updated Understanding of the Spectral Properties of Greenhouse Gases and Radiative Transfer Codes...... 675

  8.3.2    Well-mixed Greenhouse Gases ................................. 676

  8.3.3    Ozone and Stratospheric Water Vapour .................... 679

  8.3.4    Aerosols and Cloud Effects ........................................ 682

  8.3.5    Land Surface Changes.............................................. 686

8.4    Natural Radiative Forcing Changes: Solar and Volcanic .......................................................... 688

  8.4.1    Solar Irradiance ....................................................... 688

  8.4.2    Volcanic Radiative Forcing ........................................ 691

  **Box 8.3: Volcanic Eruptions as Analogues** ............................ 693

8.5    Synthesis of Global Mean Radiative Forcing, Past and Future ................................................ 693

  8.5.1    Summary of Radiative Forcing by Species and Uncertainties.............................................. 694

  8.5.2    Time Evolution of Historical Forcing ........................... 698

  8.5.3    Future Radiative Forcing ........................................... 700

8.6    Geographic Distribution of Radiative Forcing ....... 702

  8.6.1    Spatial Distribution of Current Radiative Forcing ...... 702

  8.6.2    Spatial Evolution of Radiative Forcing and Response over the Industrial Era.............................. 705

  8.6.3    Spatial Evolution of Radiative Forcing and Response for the Future .......................................... 708

8.7    Emission Metrics ............................................. 710

  8.7.1    Metric Concepts....................................................... 710

  **Box 8.4: Choices Required When Using Emission Metrics** .... 711

  8.7.2    Application of Metrics............................................. 716

References    ........................................................... 721

Appendix 8.A: Lifetimes, Radiative Efficiencies and Metric Values.................................................... 731

Frequently Asked Questions

  FAQ 8.1    How Important Is Water Vapour to Climate Change? ...................................... 666

  FAQ 8.2    Do Improvements in Air Quality Have an Effect on Climate Change? ..................... 684

Supplementary Material

*Supplementary Material is available in online versions of the report.*

BLM_0058460

## Executive Summary

**It is unequivocal that anthropogenic increases in the well-mixed greenhouse gases (WMGHGs) have substantially enhanced the greenhouse effect, and the resulting forcing continues to increase.** Aerosols partially offset the forcing of the WMGHGs and dominate the uncertainty associated with the total anthropogenic driving of climate change.

**As in previous IPCC assessments, AR5 uses the radiative forcing[1] (RF) concept, but it also introduces effective radiative forcing[2] (ERF).** The RF concept has been used for many years and in previous IPCC assessments for evaluating and comparing the strength of the various mechanisms affecting the Earth's radiation balance and thus causing climate change. Whereas in the RF concept all surface and tropospheric conditions are kept fixed, the ERF calculations presented here allow all physical variables to respond to perturbations except for those concerning the ocean and sea ice. The inclusion of these adjustments makes ERF a better indicator of the eventual temperature response. ERF and RF values are significantly different for anthropogenic aerosols owing to their influence on clouds and on snow cover. These changes to clouds are rapid adjustments and occur on a time scale much faster than responses of the ocean (even the upper layer) to forcing. RF and ERF are estimated over the Industrial Era from 1750 to 2011 if other periods are not explicitly stated. {8.1, Box 8.1, Figure 8.1}

### Industrial-Era Anthropogenic Forcing

**The total anthropogenic ERF over the Industrial Era is 2.3 (1.1 to 3.3) W m$^{-2}$.[3]** It is certain that the total anthropogenic ERF is positive. Total anthropogenic ERF has increased more rapidly since 1970 than during prior decades. The total anthropogenic ERF estimate for 2011 is 43% higher compared to the AR4 RF estimate for the year 2005 owing to reductions in estimated forcing due to aerosols but also to continued growth in greenhouse gas RF. {8.5.1, Figures 8.15, 8.16}

**Due to increased concentrations, RF from WMGHGs has increased by 0.20 (0.18 to 0.22) W m$^{-2}$ (8%) since the AR4 estimate for the year 2005.** The RF of WMGHG is 2.83 (2.54 to 3.12) W m$^{-2}$. The majority of this change since AR4 is due to increases in the carbon dioxide ($CO_2$) RF of nearly 10%. The Industrial Era RF for $CO_2$ alone is 1.82 (1.63 to 2.01) W m$^{-2}$, and $CO_2$ is the component with the largest global mean RF. Over the last decade RF of $CO_2$ has an average growth rate of 0.27 (0.24 to 0.30) W m$^{-2}$ per decade. Emissions of $CO_2$ have made the largest contribution to the increased anthropogenic forcing in every decade since the 1960s. The best estimate for ERF of

WMGHG is the same as the RF but with a larger uncertainty (±20%). {8.3.2, 8.5.2, Figures 8.6, 8.18}

**The net forcing by WMGHGs other than $CO_2$ shows a small increase since the AR4 estimate for the year 2005.** A small growth in the $CH_4$ concentration has increased its RF by 2% to an AR5 value of 0.48 (0.43 to 0.53) W m$^{-2}$. RF of nitrous oxide ($N_2O$) has increased by 6% since AR4 and is now 0.17 (0.14 to 0.20) W m$^{-2}$. $N_2O$ concentrations continue to rise while those of dichlorodifluoromethane (CFC-12), the third largest WMGHG contributor to RF for several decades, is falling due to its phase-out under the Montreal Protocol and amendments. Since 2011 $N_2O$ has become the third largest WMGHG contributor to RF. The RF from all halocarbons (0.36 W m$^{-2}$) is very similar to the value in AR4, with a reduced RF from chlorofluorocarbons (CFCs) but increases from many of their substitutes. Four of the halocarbons (trichlorofluoromethane (CFC-11), CFC-12, trichlorotrifluoroethane (CFC-113) and chlorodifluoromethane (HCFC-22)) account for around 85% of the total halocarbon RF. The first three of these compounds have declining RF over the last 5 years but their combined decrease is compensated for by the increased RF from HCFC-22. Since AR4, the RF from all HFCs has nearly doubled but still only amounts to 0.02 W m$^{-2}$. There is *high confidence*[4] that the overall growth rate in RF from all WMGHG is smaller over the last decade than in the 1970s and 1980s owing to a reduced rate of increase in the combined non-$CO_2$ RF. {8.3.2; Figure 8.6}

**Ozone and stratospheric water vapour contribute substantially to RF.** The total RF estimated from modelled ozone changes is 0.35 (0.15 to 0.55) W m$^{-2}$, with RF due to tropospheric ozone changes of 0.40 (0.20 to 0.60) W m$^{-2}$ and due to stratospheric ozone changes of −0.05 (−0.15 to +0.05) W m$^{-2}$. Ozone is not emitted directly into the atmosphere but is formed by photochemical reactions. Tropospheric ozone RF is largely attributed to anthropogenic emissions of methane ($CH_4$), nitrogen oxides ($NO_x$), carbon monoxide (CO) and non-methane volatile organic compounds (NMVOCs), while stratospheric ozone RF results primarily from ozone depletion by halocarbons. Estimates are also provided attributing RF to emitted compounds. Ozone-depleting substances (ODS) cause ozone RF of −0.15 (−0.30 to 0.0) W m$^{-2}$, some of which is in the troposphere. Tropospheric ozone precursors cause ozone RF of 0.50 (0.30 to 0.70) W m$^{-2}$, some of which is in the stratosphere; this value is larger than that in AR4. There is *robust evidence* that tropospheric ozone also has a detrimental impact on vegetation physiology, and therefore on its $CO_2$ uptake, but there is a *low confidence* on quantitative estimates of the RF owing to this indirect effect. RF for stratospheric water vapour produced by $CH_4$ oxidation is 0.07 (0.02 to 0.12) W m$^{-2}$. The RF best estimates for ozone and stratospheric

---

[1]   Change in net downward radiative flux at the tropopause after allowing for stratospheric temperatures to readjust to radiative equilibrium, while holding surface and tropospheric temperatures and state variables fixed at the unperturbed values.

[2]   Change in net downward radiative flux at the top of the atmosphere (TOA) after allowing for atmospheric temperatures, water vapour, clouds and land albedo to adjust, but with global mean surface temperature or ocean and sea ice conditions unchanged (calculations presented in this chapter use the fixed ocean conditions method).

[3]   Uncertainties are given associated with best estimates of forcing. The uncertainty values represent the 5–95% (90%) confidence range.

[4]   In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

BLM_0058461

water vapour are either identical or consistent with the range in AR4. {8.2, 8.3.3, Figure 8.7}

**The magnitude of the aerosol forcing is reduced relative to AR4.** The RF due to aerosol–radiation interactions, sometimes referred to as *direct aerosol effect*, is given a best estimate of −0.35 (−0.85 to +0.15) W m$^{-2}$, and black carbon (BC) on snow and ice is 0.04 (0.02 to 0.09) W m$^{-2}$. The ERF due to aerosol–radiation interactions is −0.45 (−0.95 to +0.05) W m$^{-2}$. A total aerosol–cloud interaction[5] is quantified in terms of the ERF concept with an estimate of −0.45 (−1.2 to 0.0) W m$^{-2}$. The total aerosol effect (excluding BC on snow and ice) is estimated as ERF of −0.9 (−1.9 to −0.1) W m$^{-2}$. The large uncertainty in aerosol ERF is the dominant contributor to overall net Industrial Era forcing uncertainty. Since AR4, more aerosol processes have been included in models, and differences between models and observations persist, resulting in similar uncertainty in the aerosol forcing as in AR4. Despite the large uncertainty range, there is a *high confidence* that aerosols have offset a substantial portion of WMGHG global mean forcing. {8.3.4, 8.5.1, Figures 8.15, 8.16}

**There is *robust evidence* that anthropogenic land use change has increased the land surface albedo, which leads to an RF of −0.15 ± 0.10 W m$^{-2}$.** There is still a large spread of estimates owing to different assumptions for the albedo of natural and managed surfaces and the fraction of land use changes before 1750. Land use change causes additional modifications that are not radiative, but impact the surface temperature, in particular through the hydrologic cycle. These are more uncertain and they are difficult to quantify, but tend to offset the impact of albedo changes. As a consequence, there is *low agreement* on the sign of the net change in global mean temperature as a result of land use change. {8.3.5}

**Attributing forcing to emissions provides a more direct link from human activities to forcing.** The RF attributed to methane emissions is *very likely*[6] to be much larger (~1.0 W m$^{-2}$) than that attributed to methane *concentration* increases (~0.5 W m$^{-2}$) as concentration changes result from the partially offsetting impact of emissions of multiple species and subsequent chemical reactions. In addition, emissions of CO are *virtually certain* to have had a positive RF, while emissions of NO$_x$ are *likely* to have had a net negative RF at the global scale. Emissions of ozone-depleting halocarbons are *very likely* to have caused a net positive RF as their own positive RF has outweighed the negative RF from the stratospheric ozone depletion that they have induced. {8.3.3, 8.5.1, Figure 8.17, FAQ 8.2}

**Forcing agents such as aerosols, ozone and land albedo changes are highly heterogeneous spatially and temporally.** These patterns generally track economic development; strong negative aerosol forcing appeared in eastern North America and Europe during the early

20th century, extending to Asia, South America and central Africa by 1980. Emission controls have since reduced aerosol pollution in North America and Europe, but not in much of Asia. Ozone forcing increased throughout the 20th century, with peak positive amplitudes around 15°N to 30°N due to tropospheric pollution but negative values over Antarctica due to stratospheric loss late in the century. The pattern and spatial gradients of forcing affect global and regional temperature responses as well as other aspects of climate response such as the hydrologic cycle. {8.6.2, Figure 8.25}

**Natural Forcing**

**Satellite observations of total solar irradiance (TSI) changes from 1978 to 2011 show that the most recent solar cycle minimum was lower than the prior two.** This *very likely* led to a small negative RF of −0.04 (−0.08 to 0.00) W m$^{-2}$ between 1986 and 2008. The best estimate of RF due to TSI changes representative for the 1750 to 2011 period is 0.05 (to 0.10) W m$^{-2}$. This is substantially smaller than the AR4 estimate due to the addition of the latest solar cycle and inconsistencies in how solar RF has been estimated in earlier IPCC assessments. There is *very low confidence* concerning future solar forcing estimates, but there is *high confidence* that the TSI RF variations will be much smaller than the projected increased forcing due to GHG during the forthcoming decades. {8.4.1, Figures 8.10, 8.11}

**The RF of volcanic aerosols is well understood and is greatest for a short period (~2 years) following volcanic eruptions.** There have been no major volcanic eruptions since Mt Pinatubo in 1991, but several smaller eruptions have caused a RF for the years 2008–2011 of −0.11 (−0.15 to −0.08) W m$^{-2}$ as compared to 1750 and −0.06 (−0.08 to −0.04) W m$^{-2}$ as compared to 1999–2002. Emissions of CO$_2$ from volcanic eruptions since 1750 have been at least 100 times smaller than anthropogenic emissions. {8.4.2, 8.5.2, Figures 8.12, 8.13, 8.18}

**There is *very high confidence* that industrial-era natural forcing is a small fraction of the anthropogenic forcing except for brief periods following large volcanic eruptions.** In particular, *robust evidence* from satellite observations of the solar irradiance and volcanic aerosols demonstrates a near-zero (−0.1 to +0.1 W m$^{-2}$) change in the natural forcing compared to the anthropogenic ERF increase of 1.0 (0.7 to 1.3) W m$^{-2}$ from 1980 to 2011. The natural forcing over the last 15 years has *likely* offset a substantial fraction (at least 30%) of the anthropogenic forcing. {8.5.2; Figures 8.18, 8.19, 8.20}

**Future Anthropogenic Forcing and Emission Metrics**

**Differences in RF between the emission scenarios considered here[7] are relatively small for year 2030 but become very large by 2100 and are dominated by CO$_2$.** The scenarios show a substantial

---

[5]   The aerosol–cloud interaction represents the portion of rapid adjustments to aerosols initiated by aerosol-cloud interactions, and is defined here as the total aerosol ERF minus the ERF due to aerosol-radiation-interactions (the latter includes cloud responses to the aerosol–radiation interaction RF)

[6]   In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

[7]   Chapter 1 describes the Representative Concentration Pathways (RCPs) that are the primary scenarios discussed in this report.

BLM_0058462

8

weakening of the negative total aerosol ERF. Nitrate aerosols are an exception to this reduction, with a substantial increase, which is a robust feature among the few available models for these scenarios. The scenarios emphasized in this assessment do not span the range of future emissions in the literature, however, particularly for near-term climate forcers. {8.2.2, 8.5.3, Figures 8.2, 8.21, 8.22}

**Emission metrics such as Global Warming Potential (GWP) and Global Temperature change Potential (GTP) can be used to quantify and communicate the relative and absolute contributions to climate change of emissions of different substances, and of emissions from regions/countries or sources/sectors.** The metric that has been used in policies is the GWP, which integrates the RF of a substance over a chosen time horizon, relative to that of $CO_2$. The GTP is the ratio of change in global mean surface temperature at a chosen point in time from the substance of interest relative to that from $CO_2$. There are significant uncertainties related to both GWP and GTP, and the relative uncertainties are larger for GTP. There are also limitations and inconsistencies related to their treatment of indirect effects and feedbacks. The values are very dependent on metric type and time horizon. The choice of metric and time horizon depends on the particular application and which aspects of climate change are considered relevant in a given context. Metrics do not define policies or goals but facilitate evaluation and implementation of multi-component policies to meet particular goals. All choices of metric contain implicit value-related judgements such as type of effect considered and weighting of effects over time. This assessment provides updated values of both GWP and GTP for many compounds. {8.7.1, 8.7.2, Table 8.7, Table 8.A.1, Supplementary Material Table 8.SM.16}

**Forcing and temperature response can also be attributed to sectors.** From this perspective and with the GTP metric, a single year's worth of current global emissions from the energy and industrial sectors have the largest contributions to global mean warming over the next approximately 50 to 100 years. Household fossil fuel and biofuel, biomass burning and on-road transportation are also relatively large contributors to warming over these time scales, while current emissions from sectors that emit large amounts of $CH_4$ (animal husbandry, waste/landfills and agriculture) are also important over shorter time horizons (up to 20 years). {8.7.2, Figure 8.34}

BLM_0058463

## 8.1   Radiative Forcing

There are a variety of ways to examine how various drivers contribute to climate change. In principle, observations of the climate response to a single factor could directly show the impact of that factor, or climate models could be used to study the impact of any single factor. In practice, however, it is usually difficult to find measurements that are influenced by only a single cause, and it is computationally prohibitive to simulate the response to every individual factor of interest. Hence various metrics intermediate between cause and effect are used to provide estimates of the climate impact of individual factors, with applications both in science and policy. Radiative forcing (RF) is one of the most widely used metrics, and most other metrics based on RF. In this chapter, we discuss RF from natural and anthropogenic components during the industrial period, presenting values for 2011 relative to 1750 unless otherwise stated, and projected values through 2100 (see also Annex II). In this section, we present the various definitions of RF used in this chapter, and discuss the utility and limitations of RF. These definitions are used in the subsequent sections quantifying the RF due to specific anthropogenic (Section 8.3) and natural (Section 8.4) causes and integrating RF due to all causes (Sections 8.5 and 8.6). Atmospheric chemistry relevant for RF is discussed in Section 8.2 and used throughout the chapter. Emission metrics using RF that are designed to facilitate rapid evaluation and comparison of the climate effects of emissions are discussed in Section 8.7.

### 8.1.1   The Radiative Forcing Concept

RF is the net change in the energy balance of the Earth system due to some imposed perturbation. It is usually expressed in watts per square meter averaged over a particular period of time and quantifies the energy imbalance that occurs when the imposed change takes place. Though usually difficult to observe, calculated RF provides a simple quantitative basis for comparing some aspects of the potential climate response to different imposed agents, especially global mean temperature, and hence is widely used in the scientific community. Forcing is often presented as the value due to changes between two particular times, such as pre-industrial to present-day, while its time evolution provides a more complete picture.

#### 8.1.1.1   Defining Radiative Forcing

Alternative definitions of RF have been developed, each with its own advantages and limitations. The instantaneous RF refers to an instantaneous change in net (down minus up) radiative flux (shortwave plus longwave; in W m$^{-2}$) due to an imposed change. This forcing is usually defined in terms of flux changes at the top of the atmosphere (TOA) or at the climatological tropopause, with the latter being a better indicator of the global mean surface temperature response in cases when they differ.

Climate change takes place when the system responds in order to counteract the flux changes, and all such responses are explicitly

excluded from this definition of forcing. The assumed relation between a sustained RF and the equilibrium global mean surface temperature response ($\Delta T$) is $\Delta T = \lambda.$RF where $\lambda$ is the climate sensitivity parameter. The relationship between RF and $\Delta T$ is an expression of the energy balance of the climate system and a simple reminder that the steady-state global mean climate response to a given forcing is determined both by the forcing and the responses inherent in $\lambda.$.

Implicit in the concept of RF is the proposition that the change in net irradiance in response to the imposed forcing alone can be separated from all subsequent responses to the forcing. These are not in fact always clearly separable and thus some ambiguity exists in what may be considered a forcing versus what is part of the climate response.

In both the Third Assessment Report (TAR) and AR4, the term radiative forcing (RF, also called stratospherically adjusted RF, as distinct from instantaneous RF) was defined as the change in net irradiance at the tropopause after allowing for stratospheric temperatures to readjust to radiative equilibrium, while holding surface and tropospheric temperatures and state variables such as water vapour and cloud cover fixed at the unperturbed values[8]. RF is generally more indicative of the surface and tropospheric temperature responses than instantaneous RF, especially for agents such as carbon dioxide ($CO_2$) or ozone ($O_3$) change that substantially alter stratospheric temperatures. To be consistent with TAR and AR4, RF is hereafter taken to mean the stratospherically adjusted RF.

#### 8.1.1.2   Defining Effective Radiative Forcing

For many forcing agents the RF gives a very useful and appropriate way to compare the relative importance of their potential climate effect. Instantaneous RF or RF is not an accurate indicator of the temperature response for all forcing agents, however. Rapid adjustments in the troposphere can either enhance or reduce the flux perturbations, leading to substantial differences in the forcing driving long-term climate change. In much the same way that allowing for the relatively rapid adjustment of stratospheric temperatures provides a more useful characterization of the forcing due to stratospheric constituent changes, inclusion of rapid tropospheric adjustments has the potential to provide more useful characterization for drivers in the troposphere (see also Section 7.1.3).

Many of the rapid adjustments affect clouds and are not readily included into the RF concept. For example, for aerosols, especially absorbing ones, changes in the temperature distribution above the surface occur due to a variety of effects, including cloud response to changing atmospheric stability (Hansen et al., 2005; see Section 7.3.4.2) and cloud absorption effects (Jacobson, 2012), which affect fluxes but are not strictly part of RF. Similar adjustments take place for many forcings, including $CO_2$ (see Section 7.2.5.6).

Aerosols also alter cloud properties via microphysical interactions leading to indirect forcings (referred to as aerosol–cloud interactions;

---

[8]   Tropospheric variables were fixed except for the impact of aerosols on cloud albedo due to changes in droplet size with constant cloud liquid water which was considered an RF in AR4 but is part of ERF in AR5.

BLM_0058464

see Section 7.4). Although these adjustments are complex and not fully quantified, they occur both on the microphysical scale of the cloud particles as well as on a more macroscopic scale involving whole cloud systems (e.g., Shine et al., 2003; Penner et al., 2006; Quaas et al., 2009). A portion of these adjustments occurs over a short period, on cloud life cycle time scales, and is not part of a feedback arising from the surface temperature changes. Previously these type of adjustments were sometimes termed 'fast feedbacks' (e.g., Gregory et al., 2004; Hansen et al., 2005), whereas in AR5 they are denoted 'rapid adjustments' to emphasize their distinction from feedbacks involving surface temperature changes. Atmospheric chemistry responses have typically been included under the RF framework, and hence could also be included in a forcing encompassing rapid adjustments, which is important when evaluating forcing attributable to emissions changes (Section 8.1.2) and in the calculation of emission metrics (Section 8.7).

Studies have demonstrated the utility of including rapid adjustment in comparison of forcing agents, especially in allowing quantification of forcing due to aerosol-induced changes in clouds (e.g., effects previously denoted as cloud lifetime or semi-direct effects; see Figure 7.3) that are not amenable to characterization by RF (e.g., Rotstayn and Penner, 2001; Shine et al., 2003; Hansen et al., 2005; Lohmann et al., 2010; Ban-Weiss et al., 2012). Several measures of forcing have been introduced that include rapid adjustments. We term a forcing that accounts for rapid adjustments the effective radiative forcing (ERF). Conceptually, ERF represents the change in net TOA downward radiative flux after allowing for atmospheric temperatures, water vapour and clouds to adjust, but with global mean surface temperature or a portion of surface conditions unchanged. The primary methods in use for such calculations are (1) fixing sea surface temperatures (SSTs) and sea ice cover at climatological values while allowing all other parts of the system to respond until reaching steady state (e.g., Hansen et al., 2005) or (2) analyzing the transient global mean surface temperature response to an instantaneous perturbation and using the regression of the response extrapolated back to the start of the simulation to derive the initial ERF (Gregory et al., 2004; Gregory and Webb, 2008). The ERF calculated using the regression technique has an uncertainty of about 10% (for the 5 to 95% confidence interval) for a single $4 \times CO_2$ simulation (ERF ~7 W m$^{-2}$) due to internal variability in the transient climate (Andrews et al., 2012a), while given a similar length simulation the uncertainty due to internal variability in ERF calculated using the fixed-SST technique is much smaller and hence the latter may be more suitable for very small forcings. Analysis of both techniques shows that the fixed-SST method yields a smaller spread across models, even in calculations neglecting the uncertainty in the regression fitting procedure (Andrews et al., 2012a). As a portion of land area responses are included in the fixed-SST technique, however, that ERF is slightly less than it would be with surface temperature held fixed everywhere. It is possible to adjust for this in the global mean forcing, though we do not include such a correction here as we examine regional as well as global ERF, and the land response will also introduce artificial gradients in land–sea temperatures that could cause small local climate responses. In contrast, there is no global mean temperature response included in the regression method. Despite the low bias in fixed-SST ERF due to land responses, results from a multi-model analysis of the forcing due to $CO_2$ are 7% greater using this method than using the regression technique (Andrews et al., 2012a) though this is within the uncertainty range of the calculations. Although each technique has advantages, forcing diagnosed using the fixed-SST method is available for many more forcing agents in the current generation of climate models than forcing diagnosed using the regression method. Hence for practical purposes, ERF is hereafter used for results from the fixed-SST technique unless otherwise stated (see also Box 8.1).

The conceptual relation between instantaneous RF, RF and ERF is illustrated in Figure 8.1. It implies the adjustments to the instantaneous RF involve different of processes that occur more rapidly than the time scale of the response of the global mean surface temperature to the forcing. However, there is no *a priori* time scale defined for adjustments to be rapid with the fixed-SST method. The majority take place on time scales

## Box 8.1 | Definition of Radiative Forcing and Effective Radiative Forcing

The two most commonly used measures of radiative forcing in this chapter are the radiative forcing (RF) and the effective radiative forcing (ERF). RF is defined, as it was in AR4, as the change in net downward radiative flux at the tropopause after allowing for stratospheric temperatures to readjust to radiative equilibrium, while holding surface and tropospheric temperatures and state variables such as water vapor and cloud cover fixed at the unperturbed values.

ERF is the change in net TOA downward radiative flux after allowing for atmospheric temperatures, water vapour and clouds to adjust, but with surface temperature or a portion of surface conditions unchanged. Although there are multiple methods to calculate ERF, we take ERF to mean the method in which sea surface temperatures and sea ice cover are fixed at climatological values unless otherwise specified. Land surface properties (temperature, snow and ice cover and vegetation) are allowed to adjust in this method. Hence ERF includes both the effects of the forcing agent itself and the rapid adjustments to that agent (as does RF, though stratospheric temperature is the only adjustment for the latter). In the case of aerosols, the rapid adjustments of clouds encompass effects that have been referred to as indirect or semi-direct forcings (see Figure 7.3 and Section 7.5), with some of these same cloud responses also taking place for other forcing agents (see Section 7.2). Calculation of ERF requires longer simulations with more complex models than calculation of RF, but the inclusion of the additional rapid adjustments makes ERF a better indicator of the eventual global mean temperature response, especially for aerosols. When forcing is attributed to emissions or used for calculation of emission metrics, additional responses including atmospheric chemistry and the carbon cycle are also included in both RF and ERF (see Section 8.1.2). The general term *forcing* is used to refer to both RF and ERF.

BLM_0058465

**8**

Frequently Asked Questions

# FAQ 8.1 | How Important Is Water Vapour to Climate Change?

*As the largest contributor to the natural greenhouse effect, water vapour plays an essential role in the Earth's climate. However, the amount of water vapour in the atmosphere is controlled mostly by air temperature, rather than by emissions. For that reason, scientists consider it a feedback agent, rather than a forcing to climate change. Anthropogenic emissions of water vapour through irrigation or power plant cooling have a negligible impact on the global climate.*

Water vapour is the primary greenhouse gas in the Earth's atmosphere. The contribution of water vapour to the natural greenhouse effect relative to that of carbon dioxide ($CO_2$) depends on the accounting method, but can be considered to be approximately two to three times greater. Additional water vapour is injected into the atmosphere from anthropogenic activities, mostly through increased evaporation from irrigated crops, but also through power plant cooling, and marginally through the combustion of fossil fuel. One may therefore question why there is so much focus on $CO_2$, and not on water vapour, as a forcing to climate change.

Water vapour behaves differently from $CO_2$ in one fundamental way: it can condense and precipitate. When air with high humidity cools, some of the vapour condenses into water droplets or ice particles and precipitates. The typical residence time of water vapour in the atmosphere is ten days. The flux of water vapour into the atmosphere from anthropogenic sources is considerably less than from 'natural' evaporation. Therefore, it has a negligible impact on overall concentrations, and does not contribute significantly to the long-term greenhouse effect. This is the main reason why tropospheric water vapour (typically below 10 km altitude) is not considered to be an anthropogenic gas contributing to radiative forcing.

Anthropogenic emissions do have a significant impact on water vapour in the stratosphere, which is the part of the atmosphere above about 10 km. Increased concentrations of methane ($CH_4$) due to human activities lead to an additional source of water, through oxidation, which partly explains the observed changes in that atmospheric layer. That stratospheric water change has a radiative impact, is considered a forcing, and can be evaluated. Stratospheric concentrations of water have varied significantly in past decades. The full extent of these variations is not well understood and is probably less a forcing than a feedback process added to natural variability. The contribution of stratospheric water vapour to warming, both forcing and feedback, is much smaller than from $CH_4$ or $CO_2$.

The maximum amount of water vapour in the air is controlled by temperature. A typical column of air extending from the surface to the stratosphere in polar regions may contain only a few kilograms of water vapour per square metre, while a similar column of air in the tropics may contain up to 70 kg. With every extra degree of air temperature, the atmosphere can retain around 7% more water vapour (see upper-left insert in the FAQ 8.1, Figure 1). This increase in concentration amplifies the greenhouse effect, and therefore leads to more warming. This process, referred to as the water vapour feedback, is well understood and quantified. It occurs in all models used to estimate climate change, where its strength is consistent with observations. Although an increase in atmospheric water vapour has been observed, this change is recognized as a climate feedback (from increased atmospheric temperature) and should not be interpreted as a radiative forcing from anthropogenic emissions. *(continued on next page)*



**FAQ 8.1, Figure 1 |** Illustration of the water cycle and its interaction with the greenhouse effect. The upper-left insert indicates the relative increase of potential water vapour content in the air with an increase of temperature (roughly 7% per degree). The white curls illustrate evaporation, which is compensated by precipitation to close the water budget. The red arrows illustrate the outgoing infrared radiation that is partly absorbed by water vapour and other gases, a process that is one component of the greenhouse effect. The stratospheric processes are not included in this figure.

BLM_0058466

8

FAQ 8.1 (continued)

Currently, water vapour has the largest greenhouse effect in the Earth's atmosphere. However, other greenhouse gases, primarily $CO_2$, are necessary to sustain the presence of water vapour in the atmosphere. Indeed, if these other gases were removed from the atmosphere, its temperature would drop sufficiently to induce a decrease of water vapour, leading to a runaway drop of the greenhouse effect that would plunge the Earth into a frozen state. So greenhouse gases other than water vapour provide the temperature structure that sustains current levels of atmospheric water vapour. Therefore, although $CO_2$ is the main anthropogenic control knob on climate, water vapour is a strong and fast feedback that amplifies any initial forcing by a typical factor between two and three. Water vapour is not a significant initial forcing, but is nevertheless a fundamental agent of climate change.

of seasons or less, but there is a spectrum of adjustment times. Changes in land ice and snow cover, for instance, may take place over many years. The ERF thus represents that part of the instantaneous RF that is maintained over long time scales and more directly contributes to the steady-state climate response. The RF can be considered a more limited version of ERF. Because the atmospheric temperature has been allowed to adjust, ERF would be nearly identical if calculated at the tropopause instead of the TOA for tropospheric forcing agents, as would RF. Recent work has noted likely advantages of the ERF framework for understanding model responses to $CO_2$ as well as to more complex forcing agents (see Section 7.2.5.6).

The climate sensitivity parameter λ derived with respect to RF can vary substantially across different forcing agents (Forster et al., 2007). The response to RF from a particular agent relative to the response to RF from $CO_2$ has been termed the *efficacy* (Hansen et al., 2005). By including many of the rapid adjustments that differ across forcing agents, the ERF concept includes much of their relative efficacy and therefore leads to more uniform climate sensitivity across agents. For example, the influence of clouds on the interaction of aerosols with sunlight and the effect of aerosol heating on cloud formation can lead to very large differences in the response per unit RF from black carbon (BC) located at different altitudes, but the response per unit ERF is nearly uniform with altitude (Hansen et al., 2005; Ming et al., 2010; Ban-Weiss et al., 2012). Hence as we use ERF in this chapter when it differs significantly from RF, efficacy is not used hereinafter. For inhomogeneous forcings, we note that the climate sensitivity parameter may also depend on the horizontal forcing distribution, especially with latitude (Shindell and Faluvegi, 2009; Section 8.6.2).

A combination of RF and ERF will be used in this chapter with RF provided to keep consistency with TAR and AR4, and ERF used to allow quantification of more complex forcing agents and, in some cases, provide a more useful metric than RF.

### 8.1.1.3   Limitations of Radiative Forcing

Both the RF and ERF concepts have strengths and weaknesses in addition to those discussed previously. Dedicated climate model simulations that are required to diagnose the ERF can be more computationally demanding than those for instantaneous RF or RF because many years are required to reduce the influence of climate variability. The presence of meteorological variability can also make it difficult to

isolate the ERF of small forcings that are easily isolated in the pair of radiative transfer calculations performed for RF (Figure 8.1). For RF, on the other hand, a definition of the tropopause is required, which can be ambiguous.

In many cases, however, ERF and RF are nearly equal. Analysis of 11 models from the current Coupled Model Intercomparison Project Phase 5 (CMIP5) generation finds that the rapid adjustments to $CO_2$ cause fixed-SST-based ERF to be 2% less than RF, with an intermodel standard deviation of 7% (Vial et al., 2013). This is consistent with an earlier study of six GCMs that found a substantial inter-model variation in the rapid tropospheric adjustment to $CO_2$ using regression analysis in slab ocean models, though the ensemble mean adjustment was less than 5% (Andrews and Forster, 2008). Part of the large uncertainty range arises from the greater noise inherent in regression analyses of single runs in comparison with fixed-SST experiments. Using fixed-SST simulations, Hansen et al. (2005) found that ERF is virtually identical to RF for increased $CO_2$, tropospheric ozone and solar irradiance, and within 6% for methane ($CH_4$), nitrous oxide ($N_2O$), stratospheric aerosols and for the aerosol–radiation interaction of reflective aerosols. Shindell et al. (2013b) also found that RF and ERF are statistically equal for tropospheric ozone. Lohmann et al. (2010) report a small increase in the forcing from $CO_2$ using ERF instead of RF based on the fixed-SST technique, while finding no substantial difference for $CH_4$, RF due to aerosol–radiation interactions or aerosol effects on cloud albedo. In the fixed-SST simulations of Hansen et al. (2005), ERF was about 20% less than RF for the atmospheric effects of BC aerosols (not including microphysical aerosol–cloud interactions), and nearly 300% greater for the forcing due to BC snow albedo forcing (Hansen et al., 2007). ERF was slightly greater than RF for stratospheric ozone in Hansen et al. (2005), but the opposite is true for more recent analyses (Shindell et al., 2013b), and hence it seems most appropriate at present to use RF for this small forcing. The various studies demonstrate that RF provides a good estimate of ERF in most cases, as the differences are very small, with the notable exceptions of BC-related forcings (Bond et al., 2013). ERF provides better characterization of those effects, as well as allowing quantification of a broader range of effects including all aerosol–cloud interactions. Hence while RF and ERF are generally quite similar for WMGHGs, ERF typically provides a more useful indication of climate response for near-term climate forcers (see Box 8.2). As the rapid adjustments included in ERF differ in strength across climate models, the uncertainty range for ERF estimates tends to be larger than the range for RF estimates.

BLM_0058467

**8**

---

**Box 8.2 |  Grouping Forcing Compounds by Common Properties**

As many compounds cause RF when their atmospheric concentration is changed, it can be useful to refer to groups of compounds with similar properties. Here we discuss two primary groupings: well-mixed greenhouse gases (WMGHGs) and near-term climate forcers (NTCFs).

We define as 'well-mixed' those greenhouse gases that are sufficiently mixed throughout the troposphere that concentration measurements from a few remote surface sites can characterize the climate-relevant atmospheric burden; although these gases may still have local variation near sources and sinks and even small hemispheric gradients. Global forcing per unit emission and emission metrics for these gases thus do not depend on the geographic location of the emission, and forcing calculations can assume even horizontal distributions. These gases, or a subset of them, have sometimes been referred to as 'long-lived greenhouse gases' as they are well mixed because their atmospheric lifetimes are much greater than the time scale of a few years for atmospheric mixing, but the physical property that causes the aforementioned common characteristics is more directly associated with their mixing within the atmosphere. WMGHGs include $CO_2$, $N_2O$, $CH_4$, $SF_6$, and many halogenated species. Conversely, ozone is not a WMGHG.

We define 'near-term climate forcers' (NTCFs) as those compounds whose impact on climate occurs primarily within the first decade after their emission. This set of compounds is composed primarily of those with short lifetimes in the atmosphere compared to WMGHGs, and has been sometimes referred to as short-lived climate forcers or short-lived climate pollutants. However, the common property that is of greatest interest to a climate assessment is the time scale over which their impact on climate is felt. This set of compounds includes methane, which is also a WMGHG, as well as ozone and aerosols, or their precursors, and some halogenated species that are not WMGHGs. These compounds do not accumulate in the atmosphere at decadal to centennial time scales, and so their effect on climate is predominantly in the near term following their emission.

---

Whereas the global mean ERF provides a useful indication of the eventual change in global mean surface temperature, it does not reflect regional climate changes. This is true for all forcing agents, but is especially the case for the inhomogeneously distributed forcings because they activate climate feedbacks based on their regional distribution. For example, forcings over Northern Hemisphere (NH) middle and high latitudes induce snow and ice albedo feedbacks more than forcings at lower latitudes or in the Southern Hemisphere (SH) (e.g., Shindell and Faluvegi, 2009).

In the case of agents that strongly absorb incoming solar radiation (such as BC, and to a lesser extent organic carbon (OC) and ozone) the TOA forcing provides little indication of the change in solar radiation reaching the surface which can force local changes in evaporation and alter regional and general circulation patterns (e.g., Ramanathan and Carmichael, 2008; Wang et al., 2009). Hence the forcing at the surface, or the atmospheric heating, defined as the difference between surface and tropopause/TOA forcing, might also be useful metrics. Global mean precipitation changes can be related separately to ERF within the atmosphere and to a slower response to global mean temperature changes (Andrews et al., 2010; Ming et al., 2010; Ban-Weiss et al., 2012). Relationships between surface forcing and localized aspects of climate response have not yet been clearly quantified, however.

In general, most widely used definitions of forcing and most forcing-based metrics are intended to be proportional to the eventual temperature response, and most analyses to date have explored the global mean temperature response only. These metrics do not explicitly include impacts such as changes in precipitation, surface sunlight available for photosynthesis, extreme events, and so forth, or regional temperatures, which can differ greatly from the global mean. Hence although they are quite useful for understanding the factors driving global mean temperature change, they provide only an imperfect and limited perspective on the factors driving broader climate change. In addition, a metric based solely on radiative perturbations does not allow comparison of non-RFs, such as effects of land cover change on evapotranspiration or physiological impacts of $CO_2$ and $O_3$ except where these cause further impacts on radiation such as through cloud cover changes (e.g., Andrews et al., 2012b).

### 8.1.2   Calculation of Radiative Forcing due to Concentration or Emission Changes

Analysis of forcing due to observed or modelled concentration changes between pre-industrial, defined here as 1750, and a chosen later year provides an indication of the importance of different forcing agents to climate change during that period. Such analyses have been a mainstay of climate assessments. This perspective has the advantage that observational data are available to accurately quantify the concentration changes for several of the largest forcing components. Atmospheric concentration changes, however, are the net result of variations in emissions of multiple compounds and any climate changes that have influenced processes such as wet removal, atmospheric chemistry or the carbon cycle. Characterizing forcing according to *concentration* changes thus mixes multiple root causes along with climate feedbacks. Policy decisions are better informed by analysis of forcing attributable to *emissions*, which the IPCC first presented in AR4. These analyses can be applied to historical emissions changes in a 'backward-looking' perspective, as done for example, for major WMGHGs (den Elzen et al., 2005; Hohne et al., 2011) and NTCFs (Shindell et al., 2009), or to current

BLM_0058468



**Figure 8.1 |** Cartoon comparing (a) instantaneous RF, (b) RF, which allows stratospheric temperature to adjust, (c) flux change when the surface temperature is fixed over the whole Earth (a method of calculating ERF), (d) the ERF calculated allowing atmospheric and land temperature to adjust while ocean conditions are fixed and (e) the equilibrium response to the climate forcing agent. The methodology for calculation of each type of forcing is also outlined. $\Delta T_s$ represents the land temperature response, while $\Delta T_s$ is the full surface temperature response. (Updated from Hansen et al., 2005.)

or projected future emissions in a 'forward-looking' view (see Section 8.7). Emissions estimates through time typically come from the scientific community, often making use of national reporting for recent decades.

With the greater use of emission-driven models, for example, in CMIP5, it is becoming more natural to estimate ERF resulting from emissions of a particular species rather than concentration-based forcing. Such calculations typically necessitate model simulations with chemical transport models or chemistry–climate models, however, and require careful consideration of which processes are included, especially when comparing results to concentration-based forcings. In particular, simulation of concentration responses to emissions changes requires incorporating models of the carbon cycle and atmospheric chemistry (gas and aerosol phases). The requisite expansion of the modelling realm for emissions-based forcing or emission metrics should in principle be consistent for all drivers. For example, as the response to aerosol or ozone precursor emissions includes atmospheric chemistry, the response to $CO_2$ emissions should as well. In addition, if the $CO_2$ concentration responses to $CO_2$ emissions include the impact of $CO_2$-induced climate changes on carbon uptake, then the effect of climate changes caused by any other emission on carbon uptake should also be included. Similarly, if the effects of atmospheric $CO_2$ concentration change on carbon uptake are included, the effects of other atmospheric composition or deposition changes on carbon uptake should be included as well (see also Section 6.4.1). Comparable issues are present for other forcing agents. In practice, the modelling realm used in studies of forcing attributable to emissions has not always been consistent. Furthermore, climate feedbacks have sometimes been included in the calculation of forcing due to ozone or aerosol changes, as when concentrations from a historical transient climate simulation are imposed for an ERF calculation. In this chapter, we endeavour to clarify which processes

have been included in the various estimates of forcing attributed to emissions (Sections 8.3 and 8.7).

RF or ERF estimates based on either historical emissions or concentrations provide valuable insight into the relative and absolute contribution of various drivers to historical climate change. Scenarios of changing future emissions and land use are also developed based on various assumptions about socioeconomic trends and societal choices. The forcing resulting from such scenarios is used to understand the drivers of potential future climate changes (Sections 8.5.3 and 8.6). As with historical forcings, the actual impact on climate depends on both the temporal and spatial structure of the forcings and the rate of response of various portions of the climate system.

## 8.2   Atmospheric Chemistry

### 8.2.1   Introduction

Most radiatively active compounds in the Earth's atmosphere are chemically active, meaning that atmospheric chemistry plays a large role in determining their burden and residence time. In the atmosphere, a gaseous chemically active compound can be affected by (1) interaction with other species (including aerosols and water) in its immediate vicinity and (2) interaction with solar radiation (photolysis). Physical processes (wet removal and dry deposition) act on some chemical compounds (gas or aerosols) to further define their residence time in the atmosphere. Atmospheric chemistry is characterized by many interactions and patterns of temporal or spatial variability, leading to significant nonlinearities (Kleinman et al., 2001) and a wide range of time scales of importance (Isaksen et al., 2009).

BLM_0058469

This section assesses updates in understanding of processes, modelling and observations since AR4 (see Section 2.3) on key reactive species contributing to RF. Note that aerosols, including processes responsible for the formation of aerosols, are extensively described in Section 7.3.

## 8.2.2 Global Chemistry Modelling in Coupled Model Intercomparison Project Phase 5

Because the distribution of NTCFs cannot be estimated from observations alone, coupled chemistry-climate simulations are required to define their evolution and associated RF. While several CMIP5 modelling groups performed simulations with interactive chemistry (i.e., computed simultaneously within the climate model), many models used as input pre-computed distributions of radiatively active gases and/or aerosols. To assess the distributions of chemical species and their respective RF, many research groups participated in the Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP).

The ACCMIP simulations (Lamarque et al., 2013) were defined to provide information on the long-term changes in atmospheric composition with a few, well-defined atmospheric simulations. Because of the nature of the simulations (pre-industrial, present-day and future climates), only a limited number of chemistry-transport models (models which require a full definition of the meteorological fields needed to simulate physical processes and transport) participated in the ACCMIP project, which instead drew primarily from the same General Circulation Models (GCMs) as CMIP5 (see Lamarque et al., 2013 for a list of the participating models and their configurations), with extensive model evaluation against observations (Bowman et al., 2013; Lee et al., 2013; Shindell et al., 2013c; Voulgarakis et al., 2013; Young et al., 2013).

In all CMIP5/ACCMIP chemistry simulations, anthropogenic and biomass burning emissions are specified. More specifically, a single set of historical anthropogenic and biomass burning emissions (Lamarque et al., 2010) and one set of emissions for each of the RCPs (van Vuuren et al., 2011) was defined (Figure 8.2). This was designed to increase the comparability of simulations. However, these uniform emission specifications mask the existing uncertainty (e.g., Bond et al., 2007; Lu et al., 2011), so that there is in fact a considerable range in the estimates and time evolution of recent anthropogenic emissions (Granier et al., 2011). Historical reconstructions of biomass burning (wildfires and deforestation) also exhibit quite large uncertainties (Kasischke and Penner, 2004; Ito and Penner, 2005; Schultz et al., 2008; van der Werf et al., 2010). In addition, the RCP biomass burning projections do not include the feedback between climate change and fires discussed in Bowman et al. (2009), Pechony and Shindell (2010) and Thonicke et al. (2010). Finally, the RCP anthropogenic precursor emissions of NTCFs tend to span a smaller range than available from existing scenarios (van Vuuren et al., 2011). The ACCMIP simulations therefore provide an estimate of the uncertainty due to range of representation of physical and chemical processes in models, but do not incorporate uncertainty in emissions.

## 8.2.3 Chemical Processes and Trace Gas Budgets

### 8.2.3.1 Tropospheric Ozone

The RF from tropospheric ozone is strongly height- and latitude-dependent through coupling of ozone change with temperature, water vapour and clouds (Lacis et al., 1990; Berntsen et al., 1997; Worden et al., 2008, 2011; Bowman et al., 2013). Consequently, it is necessary to accurately estimate the change in the ozone spatio-temporal structure using global models and observations. It is also well established that surface ozone detrimentally affects plant productivity (Ashmore, 2005; Fishman et al., 2010), albeit estimating this impact on climate, although possibly significant, is still limited to a few studies (Sitch et al., 2007; UNEP, 2011).

Tropospheric ozone is a by-product of the oxidation of carbon monoxide (CO), $CH_4$, and non-$CH_4$ hydrocarbons in the presence of nitrogen oxides ($NO_x$). As emissions of these precursors have increased (Figure 8.2), tropospheric ozone has increased since pre-industrial times (Volz and Kley, 1988; Marenco et al., 1994) and over the last decades (Parrish et al., 2009; Cooper et al., 2010; Logan et al., 2012), but with important regional variations (Section 2.2). Ozone production is usually defined by the supply of $HO_x$ (OH + $HO_2$) and $NO_x$ (NO + $NO_2$) (Levy, 1971; Logan et al., 1981). Ozone's major chemical loss pathways in the troposphere are through (1) photolysis (to $O(^1D)$, followed by reaction with water vapour) and (2) reaction with $HO_2$ (Seinfeld and Pandis, 2006). The former pathway leads to couplings between stratospheric ozone (photolysis rate being a function of the overhead ozone column) and climate change (through water vapour). Observed surface ozone abundances typically range from less than 10 ppb over the tropical Pacific Ocean to more than 100 ppb downwind of highly emitting regions. The lifetime of ozone in the troposphere varies strongly with season and location: it may be as little as a few days in the tropical boundary layer, or as much as 1 year in the upper troposphere. Two recent studies give similar global mean lifetime of ozone: 22.3 ± 2 days (Stevenson et al., 2006) and 23.4 ± 2.2 days (Young et al., 2013).

For present (about 2000) conditions, the various components of the budget of global mean tropospheric ozone are estimated from the ACCMIP simulations and other model simulations than AR4 (Table 8.1). In particular, most recent models define a globally and annually averaged tropospheric ozone burden of (337 ± 23 Tg, 1-σ). Differences in the definition of the tropopause lead to inter-model variations of approximately 10% (Wild, 2007). This multi-model mean estimate of global annual tropospheric ozone burden has not significantly changed since the Stevenson et al. (2006) estimates (344 ± 39 Tg, 1-σ), and is consistent with the most recent satellite-based Ozone Monitoring Instrument–Microwave Limb Sounder (OMI-MLS; Ziemke et al., 2011) and Tropospheric Emission Spectrometer (TES; Osterman et al., 2008) climatologies.

Estimates of the ozone chemical sources and sinks (uncertainty estimates are quoted here as 1-σ) are less robust, with a net chemical production (production *minus* loss) of 618 ± 275 Tg yr[-1] (Table 8.1), larger than the Atmospheric Composition Change: a European Network (ACCENT) results (442 ± 309 Tg yr[-1]; Stevenson et al., 2006). Estimates of ozone deposition (1094 ± 264 Tg yr[-1]) are slightly increased

BLM_0058470

8



**Figure 8.2 |** Time evolution of global anthropogenic and biomass burning emissions 1850–2100 used in CMIP5/ACCMIP following each RCP. Historical (1850–2000) values are from Lamarque et al. (2010). RCP values are from van Vuuren et al. (2011). Emissions estimates from Special Report on Emission Scenarios (SRES) are discussed in Annex II; note that black carbon and organic carbon estimates were not part of the SRES and are shown here only for completeness. The Maximum Feasible Reduction (MFR) and Current Legislation (CLE) are discussed in Cofala et al. (2007); as biomass burning emissions are not included in that publication, a fixed amount, equivalent to the value in 2000 from the RCP estimates, is added (see Annex II for more details; Dentener et al., 2006). The post-SRES scenarios are discussed in Van Vuuren et al. (2008) and Rogelj et al. (2011). For those, only the range (minimum to maximum) is shown. Global emissions from the Asian Modelling Exercise are discussed in Calvin et al. (2012). Regional estimates are shown in Supplementary Material Figure 8.SM.1 and Figure 8.SM.2 for the historical and RCPs.

since ACCENT (1003 ± 200 Tg yr⁻¹) while estimates of the net influx of ozone from the stratosphere to the troposphere (477 ± 96 Tg yr⁻¹) have slightly decreased since ACCENT (552 ± 168 Tg yr⁻¹). Additional model estimates of this influx (Hegglin and Shepherd, 2009; Hsu and Prather, 2009) fall within both ranges, as do estimates based on observations (Murphy and Fahey, 1994; Gettelman et al., 1997; Olsen et al., 2002), all estimates being sensitive to their choice of tropopause definition and interannual variability.

Model simulations for present-day conditions or the recent past are evaluated (Figure 8.3) against frequent ozonesonde measurements (Logan, 1999; Tilmes et al., 2012) and additional surface, aircraft and satellite measurements. The ACCMIP model simulations (Figure 8.3)

indicate 10 to 20% negative bias at 250 hPa in the SH tropical region, and a slight underestimate in NH tropical region. Comparison with satellite-based estimates of tropospheric ozone column (Ziemke et al., 2011) indicates an annual mean bias of −4.3 ± 29 Tg (with a spatial correlation of 0.87 ± 0.07, 1-σ) for the ACCMIP simulations (Young et al., 2013). Overall, our ability to simulate tropospheric ozone burden for present (about 2000) has not substantially changed since AR4. Evaluation (using a subset of two ACCMIP models) of simulated trends (1960s to present or shorter) in surface ozone against observations at remote surface sites (see Section 2.2) indicates an underestimation, especially in the NH (Lamarque et al., 2010). Although this limits the ability to represent recent ozone changes, it is unclear how this translates into an uncertainty on changes since pre-industrial times.

BLM_0058471

**8**

**Table 8.1** | Summary of tropospheric ozone global budget model and observation estimates for present (about 2000) conditions. Focus is on modelling studies published since AR4. STE stands for stratosphere–troposphere exchange. All uncertainties quoted as 1 standard deviation (68% confidence interval).

| Burden | Production | Loss | Deposition | STE | Reference |
|---|---|---|---|---|---|
| Tg | Tg yr$^{-1}$ | Tg yr$^{-1}$ | Tg yr$^{-1}$ | Tg yr$^{-1}$ | |
| **Modelling Studies** | | | | | |
| 337 ± 23 | 4877 ± 853 | 4260 ± 645 | 1094 ± 264 | 477 ± 96 | Young et al. (2013); ACCMIP |
| 323 | N/A | N/A | N/A | N/A | Archibald et al. (2011) |
| 330 | 4876 | 4520 | 916 | 560 | Kawase et al. (2011) |
| 312 | 4289 | 3881 | 829 | 421 | Huijnen et al. (2010) |
| 334 | 3826 | 3373 | 1286 | 662 | Zeng et al. (2010) |
| 324 | 4870 | 4570 | 801 | 502 | Wild and Palmer (2008) |
| 314 | N/A | N/A | 1035 | 452 | Zeng et al. (2008) |
| 319 | 4487 | 3999 | N/A | 500 | Wu et al. (2007) |
| 372 | 5042 | 4507 | 884 | 345 | Horowitz (2006) |
| 349 | 4384 | 3972 | 808 | 401 | Liao et al. (2006) |
| 344 ± 39 | 5110 ± 606 | 4668 ± 727 | 1003 ± 200 | 552 ± 168 | Stevenson et al. (2006); ACCENT |
| 314 ± 33 | 4465 ± 514 | 4114 ± 409 | 949 ± 222 | 529 ± 105 | Wild (2007) (post-2000 studies) |
| N/A | N/A | N/A | N/A | 515 | Hsu and Prather (2009) |
| N/A | N/A | N/A | N/A | 655 | Hegglin and Shepherd (2009) |
| N/A | N/A | N/A | N/A | 383–451 | Clark et al. (2007) |
| **Observational Studies** | | | | | |
| 333 | N/A | N/A | N/A | N/A | Fortuin and Kelder (1998) |
| 327 | N/A | N/A | N/A | N/A | Logan (1999) |
| 325 | N/A | N/A | N/A | N/A | Ziemke et al. (2011); 60S–60N |
| 319–351 | N/A | N/A | N/A | N/A | Osterman et al. (2008); 60S–60N |
| N/A | N/A | N/A | N/A | 449 (192–872) | Murphy and Fahey (1994) |
| N/A | N/A | N/A | N/A | 510 (450–590) | Gettelman et al. (1997) |
| N/A | N/A | N/A | N/A | 500 ± 140 | Olsen et al. (2001) |

In most studies 'pre-industrial' does not identify a specific year but is usually assumed to correspond to 1850s levels; no observational information on ozone is available for that time period. Using the Lamarque et al. (2010) emissions, the ACCMIP models (Young et al., 2013) are unable to reproduce the low levels of ozone observed at Montsouris 1876–1886 (Volz and Kley, 1988). The other early ozone measurements using the Schönbein paper are controversial (Marenco et al., 1994) and assessed to be of qualitative use only. The main uncertainty in estimating the pre-industrial to present-day change in ozone therefore remains the lack of constraint on emission trends because of the very incomplete knowledge of pre-industrial ozone concentrations, of which no new information is available. The uncertainty on pre-industrial conditions is not confined to ozone but applies to aerosols as well (e.g., Schmidt et al., 2012), although ice and lake core records provide some constraint on pre-industrial aerosol concentrations.

The ACCMIP results provide an estimated tropospheric ozone increase (Figure 8.4) from 1850 to 2000 of 98 ± 17 Tg (model range), similar to AR4 estimates. Skeie et al. (2011a) found an additional 5% increase in the anthropogenic contribution to the ozone burden between 2000 and 2010, which translates into an approximately 1.5% increase in tropospheric ozone burden. A best estimate of the change in ozone since 1850 is assessed at 100 ± 25 Tg (1-σ). Attribution simulations

(Stevenson et al., 2013) indicate unequivocally that anthropogenic changes in ozone precursor emissions are responsible for the increase between 1850 and present or into the future.

#### 8.2.3.2    Stratospheric Ozone and Water Vapour

Stratospheric ozone has experienced significant depletion since the 1960s due to bromine and chlorine-containing compounds (Solomon, 1999), leading to an estimated global decrease of stratospheric ozone of 5% between the 1970s and the mid-1990s, the decrease being largest over Antarctica (Fioletov et al., 2002). Most of the ozone loss is associated with the long-lived bromine and chlorine-containing compounds (chlorofluorocarbons and substitutes) released by human activities, in addition to $N_2O$. This is in addition to a background level of natural emissions of short-lived halogens from oceanic and volcanic sources.

With the advent of the Montreal Protocol and its amendments, emissions of chlorofluorocarbons (CFCs) and replacements have strongly declined (Montzka et al., 2011), and signs of ozone stabilization and even possibly recovery have already occurred (Mader et al., 2010; Salby et al., 2012). A further consequence is that $N_2O$ emissions (Section 8.2.3.4) *likely* dominate all other emissions in terms of ozone-depleting

BLM_0058472



**Figure 8.3 |** Comparisons between observations and simulations for the monthly mean ozone for ACCMIP results (Young et al., 2013). ACCENT refers to the model results in Stevenson et al. (2006). For each box, the correlation of the seasonal cycle is indicated by the *r* value, while the mean normalized bias estimated is indicated by *mnbe* value.



**Figure 8.4 |** Time evolution of global tropospheric ozone burden (in Tg(O₃)) from 1850 to 2100 from ACCMIP results, ACCENT results (2000 only), and observational estimates (see Table 8.1). The box, whiskers, line and dot show the interquartile range, full range, median and mean burdens and differences, respectively. The dashed line indicates the 2000 ACCMIP mean. (Adapted from Young et al., 2013.)

**8**

potential (Ravishankara et al., 2009). Chemistry-climate models with resolved stratospheric chemistry and dynamics recently predicted an estimated global mean total ozone column recovery to 1980 levels to occur in 2032 (multi-model mean value, with a range of 2024 to 2042) under the A1B scenario (Eyring et al., 2010a). Increases in the stratospheric burden and acceleration of the stratospheric circulation leads to an increase in the stratosphere–troposphere flux of ozone (Shindell et al., 2006c; Grewe, 2007; Hegglin and Shepherd, 2009; Zeng et al., 2010). This is also seen in recent RCP8.5 simulations, with the impact of increasing tropospheric burden (Kawase et al., 2011; Lamarque et al., 2011). However, observationally based estimates of recent trends in age of air (Engel et al., 2009; Stiller et al., 2012) do not appear to be consistent with the acceleration of the stratospheric circulation found in model simulations, possibly owing to inherent difficulties in extracting trends from $SF_6$ observations (Garcia et al., 2011).

Oxidation of $CH_4$ in the stratosphere (see Section 8.2.3.3) is a significant source of water vapour and hence the long-term increase in $CH_4$ leads to an anthropogenic forcing (see Section 8.3) in the stratosphere. Stratospheric water vapour abundance increased by an average of 1.0 ± 0.2 (1-σ) ppm during 1980–2010, with $CH_4$ oxidation explaining approximately 25% of this increase (Hurst et al., 2011). Other factors contributing to the long-term change in water vapour include changes in tropical tropopause temperatures (see Section 2.2.2.1).

### 8.2.3.3    Methane

The surface mixing ratio of $CH_4$ has increased by 150% since pre-industrial times (Sections 2.2.1.1.2 and 8.3.2.2), with some projections indicating a further doubling by 2100 (Figure 8.5). Bottom-up estimates of present $CH_4$ emissions range from 542 to 852 TgCH$_4$yr$^{-1}$ (see Table 6.8), while a recent top-down estimate with uncertainty analysis is 554 ± 56 TgCH$_4$ yr$^{-1}$ (Prather et al., 2012). All quoted uncertainties in Section 8.2.3.3 are defined as 1-σ.

The main sink of $CH_4$ is through its reaction with the hydroxyl radical (OH) in the troposphere (Ehhalt and Heidt, 1973). A primary source of tropospheric OH is initiated by the photodissociation of ozone, followed by reaction with water vapour (creating sensitivity to humidity, cloud cover and solar radiation) (Levy, 1971; Crutzen, 1973). The

other main source of OH is through secondary reactions (Lelieveld et al., 2008), although some of those reactions are still poorly understood (Paulot et al., 2009; Peeters et al., 2009; Taraborrelli et al., 2012). A recent estimate of the $CH_4$ tropospheric chemical lifetime with respect to OH constrained by methyl chloroform surface observations is 11.2 ± 1.3 years (Prather et al., 2012). In addition, bacterial uptake in soils provides an additional small, less constrained loss (Fung et al., 1991); estimated lifetime = 120 ± 24 years (Prather et al., 2012), with another small loss in the stratosphere (Ehhalt and Heidt, 1973); estimated lifetime = 150 ± 50 years (Prather et al., 2012). Halogen chemistry in the troposphere also contributes to some tropospheric $CH_4$ loss (Allan et al., 2007), estimated lifetime = 200 ± 100 years (Prather et al., 2012).

The ACCMIP estimate for present $CH_4$ lifetime with respect to tropospheric OH varies quite widely (9.8 ± 1.6 years (Voulgarakis et al., 2013)), slightly shorter than the 10.2 ± 1.7 years in Fiore et al. (2009), but much shorter than the methyl chloroform-based estimate of 11.2 ± 1.3 years (Prather et al., 2012). A partial explanation for the range in $CH_4$ lifetime changes can be found in the degree of representation of chemistry in chemistry–climate models. Indeed, Archibald et al. (2010) showed that the response of OH to increasing nitrogen oxides strongly depends on the treatment of hydrocarbon chemistry in a model. The impact on $CH_4$ distribution in the ACCMIP simulations is, however, rather limited because most models prescribed $CH_4$ as a time-varying lower-boundary mixing ratio (Lamarque et al., 2013).

The chemical coupling between OH and $CH_4$ leads to a significant amplification of an emission impact; that is, increasing $CH_4$ emissions decreases tropospheric OH which in turn increases the $CH_4$ lifetime and therefore its burden. The OH-lifetime sensitivity for $CH_4$, s_OH = −δln(OH)/δln(CH4), was estimated in Chapter 4 of TAR to be 0.32, implying a 0.32% decrease in tropospheric mean OH (as weighted by $CH_4$ loss) for a 1% increase in $CH_4$. The Fiore et al. (2009) multi-model (12 models) study provides a slightly smaller value (0.28 ± 0.03). Holmes et al. (2013) gives a range 0.31 ± 0.04 by combining Fiore et al. (2009), Holmes et al. (2011) and three new model results (0.36, 0.31, 0.27). Only two ACCMIP models reported values (0.19 and 0.26; Voulgarakis et al., 2013). The projections of future $CH_4$ in Chapter 11 use the Holmes et al. (2013) range and uncertainty, which at the 2-σ level covers all but one model result. The feedback factor $f$, the ratio of the



**Figure 8.5 |** Time evolution of global-averaged mixing ratio of long-lived species1850–2100 following each RCP; blue (RCP2.6), light blue (RCP4.5), orange (RCP6.0) and red (RCP8.5). (Based on Meinshausen et al., 2011b.)

BLM_0058474

lifetime of a $CH_4$ perturbation to the lifetime of the total $CH_4$ burden, is calculated as $f = 1/(1-s)$. Other $CH_4$ losses, which are relatively insensitive to $CH_4$ burden, must be included so that $f = 1.34 \pm 0.06$, (slightly larger but within the range of the Stevenson et al. (2006) estimate of $1.29 \pm 0.04$, based on six models), leading to an overall perturbation lifetime of $12.4 \pm 1.4$ years, which is used in calculations of metrics in Section 8.7. Additional details are provided in the Supplementary Material Section 8.SM.2.

### 8.2.3.4   Nitrous Oxide

Nitrous oxide ($N_2O$) in 2011 has a surface concentration 19% above its 1750 level (Sections 2.2.1.1.3 and 8.3.2.3). Increases in $N_2O$ lead to depletion of mid- to upper-stratospheric ozone and increase in mid-latitude lower stratospheric ozone (as a result of increased photolysis rate from decreased ozone above). This impacts tropospheric chemistry through increase in stratosphere–troposphere exchange of ozone and odd nitrogen species and increase in tropospheric photolysis rates and OH formation (Prather and Hsu, 2010). Anthropogenic emissions represent around 30 to 45% of the present-day global total, and are mostly from agricultural and soil sources (Fowler et al., 2009) and fossil-fuel activities. Natural emissions come mostly from microbial activity in the soil. The main sink for $N_2O$ is through photolysis and oxidation reactions in the stratosphere, leading to an estimated lifetime of $131 \pm 10$ years (Prather et al., 2012), slightly larger than previous estimates (Prather and Hsu, 2010; Montzka et al., 2011). The addition of $N_2O$ to the atmosphere changes its own lifetime through feedbacks that couple $N_2O$ to stratospheric $NO_y$ and ozone depletion (Prather, 1998; Ravishankara et al., 2009; Prather and Hsu, 2010), so that the lifetime of a perturbation is less than that of the total burden, $121 \pm 10$ years ($1$-$\sigma$; Prather et al., 2012) and is used in calculations of metrics (Section 8.7).

### 8.2.3.5   Halogenated Species

Halogenated species can be powerful greenhouse gases (GHGs). Those containing chlorine and bromine also deplete stratospheric ozone and are referred to as ozone-depleting substances (ODSs). Most of those compounds do not have natural emissions and, because of the implementation of the Montreal Protocol and its amendments, total emissions of ODSs have sharply decreased since the 1990s (Montzka et al., 2011). For CFCs, perfluorocarbons (PFCs) and $SF_6$ the main loss is through photolysis in the stratosphere. The CFC substitutes (hydrochlorofluorocarbons (HCFCs) and hydrofluorocarbons (HFCs)) are destroyed by OH oxidation in the troposphere. Their global concentration has steadily risen over the recent past (see Section 2.2.1.1.4).

### 8.2.3.6   Aerosols

Aerosol particles are present in the atmosphere with size ranges from a few nanometres to tens of micrometres. They are the results of direct emission (primary aerosols: BC, OC, sea salt, dust) into the atmosphere or as products of chemical reactions (secondary inorganic aerosols: sulphate, nitrate, ammonium; and secondary organic aerosols (SOAs)) occurring in the atmosphere. Secondary inorganic aerosols are the products of reactions involving sulphur dioxide, ammonia and nitric oxide emissions. SOAs are the result of chemical reactions

of non-methane hydrocarbons (and their products) with the hydroxyl radical (OH), ozone, nitrate ($NO_3$) or photolysis (Hallquist et al., 2009). Thus although many hydrocarbons in the atmosphere are of biogenic origin, anthropogenic pollutants can have impacts on their conversion to SOAs. There is tremendous complexity and still much uncertainty in the processes involved in the formation of SOAs (Hallquist et al., 2009; Carslaw et al., 2010). Additional information can be found in Section 7.3.2.

Once generated, the size and composition of aerosol particles can be modified by additional chemical reactions, condensation or evaporation of gaseous species and coagulation (Seinfeld and Pandis, 2006). It is this set of processes that defines their physical, chemical and optical properties, and hence their impact on radiation and clouds, with large regional and global differences (see Section 7.3.3). Furthermore, their distribution is affected by transport and deposition, defining a residence time in the troposphere of usually a few days (Textor et al., 2006).

## 8.3   Present-Day Anthropogenic Radiative Forcing

Human activity has caused a variety of changes in different forcing agents in the atmosphere or land surface. A large number of GHGs have had a substantial increase over the Industrial Era and some of these gases are entirely of anthropogenic origin. Atmospheric aerosols have diverse and complex influences on the climate. Human activity has modified the land cover and changed the surface albedo. Some of the gases and aerosols are directly emitted to the atmosphere whereas others are secondary products from chemical reactions of emitted species. The lifetimes of these different forcing agents vary substantially. This section discusses all known anthropogenic forcing agents of non-negligible importance and their quantification in terms of RF or ERF based on changes in abundance over the 1750–2011 period.

In this section we determine the RFs for WMGHGs and heterogeneously distributed species in fundamentally different ways. As described in Box 8.2, the concentrations of WMGHGs can be determined from observations at a few surface sites. For the pre-industrial concentrations these are typically from trapped air in polar ice or firn (see Section 2.2.1). Thus the RFs from WMGHGs are determined entirely from observations (Section 8.3.2). In contrast, we do not have sufficient pre-industrial or present-day observations of heterogeneously distributed forcing agents (e.g., ozone and aerosols) to be able to characterize their RF; therefore we instead have to rely on chemistry–climate models (Sections 8.3.3 and 8.3.4).

### 8.3.1   Updated Understanding of the Spectral Properties of Greenhouse Gases and Radiative Transfer Codes

RF estimates are performed with a combination of radiative transfer codes typical for GCMs as well as more detailed radiative transfer codes. Physical properties are needed in the radiative transfer codes such as spectral properties for gases. The HITRAN (HIgh Resolution TRANsmission molecular absorption) database (Rothman, 2010) is widely used in radiative transfer models. Some researchers studied

BLM_0058475

**8**

the difference among different editions of HITRAN databases for diverse uses (Feng et al., 2007; Kratz, 2008; Feng and Zhao, 2009; Fomin and Falaleeva, 2009; Lu et al., 2012). Model calculations have shown that modifications of the spectroscopic characteristics tend to have a modest effect on the determination of RF estimates of order 2 to 3% of the calculated RF attributed to the combined doubling of $CO_2$, $N_2O$ and $CH_4$. These results showed that even the largest overall RF induced by differences among the HITRAN databases is considerably smaller than the range reported for the modelled RF estimates; thus the line parameter updates to the HITRAN database are not a significant source for discrepancies in the RF calculations appearing in the IPCC reports. However, the more recent HITRAN data set is still recommended, as the HITRAN process offers internal verification and tends to progress closer to the best laboratory measurements. It is found that the differences among the water vapour continuum absorption formulations tend to be comparable to the differences among the various HITRAN databases (Paynter and Ramaswamy, 2011); but use of the older Robert continuum formula produces significantly larger flux differences, thus, replacement of the older continuum is warranted (Kratz, 2008) and there are still numerous unresolved issues left in the continuum expression, especially related to shortwave radiative transfer (Shine et al., 2012). Differences in absorption data from various HITRAN versions are *very likely* a small contributor to the uncertainty in RF of GHGs.

Line-by-line (LBL) models using the HITRAN data set as an input are the benchmark of radiative transfer models for GHGs. Some researchers compared different LBL models (Zhang et al., 2005; Collins et al., 2006) and line-wing cutoff, line-shape function and gas continuum absorption treatment effects on LBL calculations (Zhang et al., 2008; Fomin and Falaleeva, 2009). The agreement between LBL codes has been investigated in many studies and found to generally be within a few percent (e.g., Collins et al., 2006; Iacono et al., 2008; Forster et al., 2011a) and to compare well to observed radiative fluxes under controlled situations (Oreopoulos et al., 2012). Forster et al. (2011a) evaluated global mean radiatively important properties of chemistry climate models (CCMs) and found that the combined WMGHG global annual mean instantaneous RF at the tropopause is within 30% of LBL models for all CCM radiation codes tested. The accuracies of the LW RF due to $CO_2$ and tropospheric ozone increase are generally very good and within 10% for most of the participation models, but problems remained in simulating RF for stratospheric water vapour and ozone changes with errors between 3% and 200% compared to LBL models. Whereas the differences in the results from CCM radiation codes were large, the agreement among the LW LBL codes was within 5%, except for stratospheric water vapour changes.

Most intercomparison studies of the RF of GHGs are for clear-sky and aerosol-free conditions; the introduction of clouds would greatly complicate the targets of research and are usually omitted in the intercomparison exercises of GCM radiation codes and LBL codes (e.g., Collins et al., 2006; Iacono et al., 2008). It is shown that clouds can reduce the magnitude of RF due to GHGs by about 25% (Forster et al., 2005; Worden et al., 2011; Zhang et al., 2011), but the influence of clouds on the diversity in RF is found to be within 5% in four detailed radiative transfer schemes with realistic cloud distributions (Forster et al., 2005). Estimates of GHG RF are based on the LBL codes or the radiative

676

transfer codes compared and validated against LBL models, and the uncertainty range from AR4 in the RF of GHG of 10% is retained. We underscore that uncertainty in RF calculations in many GCMs is substantially higher owing both to radiative transfer codes and meteorological data such as clouds adopted in the simulations.

### 8.3.2   Well-mixed Greenhouse Gases

AR4 assessed the RF from 1750 to 2005 of the WMGHGs to be 2.63 W m$^{-2}$. The four most important gases were $CO_2$, $CH_4$, dichlorodifluoromethane (CFC-12) and $N_2O$ in that order. Halocarbons, comprising CFCs, HCFCs, HFCs, PFCs and $SF_6$, contributed 0.337 W m$^{-2}$ to the total. Uncertainties (90% confidence ranges) were assessed to be approximately 10% for the WMGHGs. The major changes to the science since AR4 are the updating of the atmospheric concentrations, the inclusion of new species ($NF_3$ and $SO_2F_2$) and discussion of ERF for $CO_2$. Since AR4 $N_2O$ has overtaken CFC-12 as the third largest contributor to RF. The total WMGHG RF is now 2.83 (2.54 to 3.12) W m$^{-2}$.

The RFs in this section are derived from the observed differences in concentrations of the WMGHGs between 1750 and 2011. The concentrations of $CO_2$, $CH_4$ and $N_2O$ vary throughout the pre-industrial era, mostly due to varying climate, with a possible small contribution from anthropogenic emissions (MacFarling Meure et al., 2006). These variations do not contribute to uncertainty in the RF as strictly derived here, but do affect the RF attribution to anthropogenic emissions. On centennial time scales, variations in late Holocene concentrations of $CO_2$ are around 10 ppm (see note to Table 2.1), much larger than the uncertainty in the 1750 concentration. This would equate to a variation in the RF of 10%. For $CH_4$ and $N_2O$ the centennial variations are comparable to the uncertainties in the 1750 concentrations and so do not significantly affect the estimate of the 1750 value used in calculating RF.

#### 8.3.2.1   Carbon Dioxide

The tropospheric mixing ratio of $CO_2$ has increased globally from 278 (276–280) ppm in 1750 to 390.5 (390.3 to 390.7) ppm in 2011 (see Section 2.2.1.1.1). Here we assess the RF due to changes in atmospheric concentration rather than attributing it to anthropogenic emissions. Section 6.3.2.6 describes how only a fraction of the historical $CO_2$ emissions have remained in the atmosphere. The impact of land use change on $CO_2$ from 1850 to 2000 was assessed in AR4 to be 12 to 35 ppm (0.17 to 0.51 W m$^{-2}$).

Using the formula from Table 3 of Myhre et al. (1998), and see Supplementary Material Table 8.SM.1, the $CO_2$ RF (as defined in Section 8.1) from 1750 to 2011 is 1.82 (1.63 to 2.01) W m$^{-2}$. The uncertainty is dominated by the radiative transfer modelling which is assessed to be 10% (Section 8.3.1). The uncertainty in the knowledge of 1750 concentrations contributes only 2% (see Supplementary Material Table 8.SM.2)

Table 8.2 shows the concentrations and RF in AR4 (2005) and 2011 for the most important WMGHGs. Figure 8.6 shows the time evolution of RF and its rate of change. Since AR4, the RF of $CO_2$ has increased by 0.16 W m$^{-2}$ and continues the rate noted in AR4 of almost 0.3 W m$^{-2}$ per decade. As shown in Figure 8.6(d) the rate of increase in the RF

BLM_0058476

8

from the WMGHGs over the last 15 years has been dominated by $CO_2$. Since AR4, $CO_2$ has accounted for more than 80% of the WMGHG RF increase. The interannual variability in the rate of increase in the $CO_2$ RF is due largely to variation in the natural land uptake whereas the trend is driven by increasing anthropogenic emissions (see Figure 6.8 in Section 6.3.1).



**Figure 8.6 |** (a) Radiative forcing (RF) from the major well-mixed greenhouse gases (WMGHGs) and groups of halocarbons from 1850 to 2011 (data from Tables A.II.1.1 and A.II.4.16), (b) as (a) but with a logarithmic scale, (c) RF from the minor WMGHGs from 1850 to 2011 (logarithmic scale). (d) Rate of change in forcing from the major WMGHGs and groups of halocarbons from 1850 to 2011.

As described in Section 8.1.1.3, $CO_2$ can also affect climate through physical properties on lapse rates and clouds, leading to an ERF that will be different from the RF. Analysis of CMIP5 models (Vial et al., 2013) found a large negative contribution to the ERF (20%) from the increase in land surface temperatures which was compensated for by positive contributions from the combined effects on water vapour, lapse rate, albedo and clouds. It is therefore not possible to conclude with the current information whether the ERF for $CO_2$ is higher or lower than the RF. Therefore we assess the ratio ERF/RF to be 1.0 and assess our uncertainty in the $CO_2$ ERF to be (−20% to 20%). We have *medium confidence* in this based on our understanding that the physical processes responsible for the differences between ERF and RF are small enough to be covered within the 20% uncertainty.

There are additional effects mediated through plant physiology, reducing the conductance of the plant stomata and hence the transpiration of water. Andrews et al. (2012b) find a physiological enhancement of the adjusted forcing by 3.5% due mainly to reductions in low cloud. This is smaller than a study with an earlier model by Doutriaux-Boucher et al. (2009) which found a 10% effect. Longer-term impacts of $CO_2$ on vegetation distributions also affect climate (O'ishi et al., 2009; Andrews et al., 2012b) but because of the longer time scale we choose to class these as feedbacks rather than rapid adjustments.

### 8.3.2.2   Methane

Globally averaged surface $CH_4$ concentrations have risen from 722 ± 25 ppb in 1750 to 1803 ± 2 ppb by 2011 (see Section 2.2.1.1.2). Over that time scale the rise has been due predominantly to changes in anthropogenic-related $CH_4$. Anthropogenic emissions of other compounds have also affected $CH_4$ concentrations by changing its removal rate (Section 8.2.3.3). Using the formula from Myhre et al. (1998) (see Supplementary Material Table 8.SM.1) the RF for $CH_4$ from 1750 to 2011 is 0.48 ± 0.05 W m$^{-2}$, with an uncertainty dominated by the radiative transfer calculation. This increase of 0.01 W m$^{-2}$ since AR4 is due to the 29 ppb increase in the $CH_4$ mixing ratio. This is much larger than the 11 ppb increase between TAR and AR4, and has been driven by increases in net natural and anthropogenic emissions, but the relative contributions are not well quantified. Recent trends in $CH_4$ and their causes are discussed in Sections 2.2.1.1.2 and 6.3.3.1. $CH_4$ concentrations do vary with latitude and decrease above the tropopause; however, this variation contributes only 2% to the uncertainty in RF (Freckleton et al., 1998).

In this section only the direct forcing from changing $CH_4$ concentrations is addressed. $CH_4$ emissions can also have indirect effects on climate through impacts on $CO_2$, stratospheric water vapour, ozone, sulphate aerosol and lifetimes of HFCs and HCFCs (Boucher et al., 2009; Shindell et al., 2009; Collins et al., 2010). Some of these are discussed further in Sections 8.3.3, 8.5.1 and 8.7.2.

### 8.3.2.3   Nitrous Oxide

Concentrations of nitrous oxide have risen from 270 ± 7 ppb in 1750 to 324.2 ± 0.1 ppb in 2011, an increase of 5 ppb since 2005 (see Section 2.2.1.1.3). $N_2O$ now has the third largest forcing of the anthropogenic gases, at 0.17 ± 0.03 W m$^{-2}$ an increase of 6% since 2005 (see Table

677

BLM_0058477

**8**

8.2) where the uncertainty is due approximately equally to the pre-industrial concentration and radiative transfer. Only the direct RF from changing nitrous oxide concentrations is included. Indirect effects of $N_2O$ emissions on stratospheric ozone are not taken into account here but are discussed briefly in Section 8.7.2.

### 8.3.2.4   Other Well-mixed Greenhouse Gases

RFs of the other WMGHG are shown in Figure 8.6 (b and c) and Table 8.2. The contribution of groups of halocarbons to the rate of change

of WMGHG RF is shown in Figure 8.6 (d). Between 1970 and 1990 halocarbons made a significant contribution to the rate of change of RF. The rate of change in the total WMGHG RF was higher in 1970 to 1990 with *high confidence* compared to the present owing to higher contribution from non-$CO_2$ gases especially the halocarbons. Since the Montreal Protocol and its amendments, the rate of change of RF from halocarbons and related compounds has been much less, but still just positive (total RF of 0.360 W m$^{-2}$ in 2011 compared to 0.351 W m$^{-2}$ in 2005) as the growth of HCFCs, HFCs, PFCs and other halogens ($SF_6$, $SO_2F_2$, $NF_3$) RFs (total 0.022 W m$^{-2}$ since 2005) more than compensates

**Table 8.2 |** Present-day mole fractions (in ppt(pmol mol$^{-1}$) except where specified) and RF (in W m$^{-2}$) for the WMGHGs. Concentration data are averages of National Oceanic and Atmospheric Administration (NOAA) and Advanced Global Atmospheric Gases Experiment (AGAGE) observations where available. $CO_2$ concentrations are the average of NOAA and SIO. See Table 2.1 for more details of the data sources. The data for 2005 (the time of the AR4 estimates) are also shown. Some of the concentrations vary slightly from those reported in AR4 owing to averaging different data sources. Radiative efficiencies for the minor gases are given in Table 8.A.1. Uncertainties in the RF for all gases are dominated by the uncertainties in the radiative efficiencies. We assume the uncertainties in the radiative efficiencies to be perfectly correlated between the gases, and the uncertainties in the present day and 1750 concentrations to be uncorrelated.

| Species | Concentrations (ppt) | | Radiative forcing[a] (W m$^{-2}$) | |
|---|---|---|---|---|
| | **2011** | **2005** | **2011** | **2005** |
| $CO_2$ (ppm) | 391 ± 0.2 | 379 | 1.82 ± 0.19 | 1.66 |
| $CH_4$ (ppb) | 1803 ± 2 | 1774 | 0.48 ± 0.05 | 0.47[e] |
| $N_2O$ (ppb) | 324 ± 0.1 | 319 | 0.17 ± 0.03 | 0.16 |
| CFC-11 | 238 ± 0.8 | 251 | 0.062 | 0.065 |
| CFC-12 | 528 ± 1 | 542 | 0.17 | 0.17 |
| CFC-13 | 2.7 | | 0.0007 | |
| CFC-113 | 74.3 ± 0.1 | 78.6 | 0.022 | 0.024 |
| CFC-115 | 8.37 | 8.36 | 0.0017 | 0.0017 |
| HCFC-22 | 213 ± 0.1 | 169 | 0.0447 | 0.0355 |
| HCFC-141b | 21.4 ± 0.1 | 17.7 | 0.0034 | 0.0028 |
| HCFC-142b | 21.2 ± 0.2 | 15.5 | 0.0040 | 0.0029 |
| HFC-23 | 24.0 ± 0.3 | 18.8 | 0.0043 | 0.0034 |
| HFC-32 | 4.92 | 1.15 | 0.0005 | 0.0001 |
| HFC-125 | 9.58 ± 0.04 | 3.69 | 0.0022 | 0.0008 |
| HFC-134a | 62.7 ± 0.3 | 34.3 | 0.0100 | 0.0055 |
| HFC-143a | 12.0 ± 0.1 | 5.6 | 0.0019 | 0.0009 |
| HFC-152a | 6.4 ± 0.1 | 3.4 | 0.0006 | 0.0003 |
| $SF_6$ | 7.28 ± 0.03 | 5.64 | 0.0041 | 0.0032 |
| $SO_2F_2$ | 1.71 | 1.35 | 0.0003 | 0.0003 |
| $NF_3$ | 0.9 | 0.4 | 0.0002 | 0.0001 |
| $CF_4$ | 79.0 ± 0.1 | 75.0 | 0.0040 | 0.0036 |
| $C_2F_6$ | 4.16 ± 0.02 | 3.66 | 0.0010 | 0.0009 |
| $CH_3CCl_3$ | 6.32 ± 0.07 | 18.32 | 0.0004 | 0.0013 |
| $CCl_4$ | 85.8 ± 0.8 | 93.1 | 0.0146 | 0.0158 |
| CFCs | | | 0.263 ± 0.026[b] | 0.273[c] |
| HCFCs | | | 0.052 ± 0.005 | 0.041 |
| Montreal gases[d] | | | 0.330 ± 0.033 | 0.331 |
| Total halogens | | | 0.360 ± 0.036 | 0.351[f] |
| Total | | | 2.83 ± 0.029 | 2.64 |

Notes:

[a]   Pre-industrial values are zero except for $CO_2$ (278 ppm), $CH_4$ (722 ppb), $N_2O$ (270 ppb) and $CF_4$ (35 ppt).

[b]   Total includes 0.007 W m$^{-2}$ to account for CFC-114, Halon-1211 and Halon-1301.

[c]   Total includes 0.009 W m$^{-2}$ forcing (as in AR4) to account for CFC-13, CFC-114, CFC-115, Halon-1211 and Halon-1301.

[d]   Defined here as CFCs + HCFCs + $CH_3CCl_3$ + $CCl_4$.

[e]   The value for the 1750 methane concentrations has been updated from AR4 in this report, thus the 2005 methane RF is slightly lower than reported in AR4.

[f]   Estimates for halocarbons given in the table may have changed from estimates reported in AR4 owing to updates in radiative efficiencies and concentrations.

BLM_0058478

**8**

for the decline in the CFCs, $CH_3CCl_3$ and $CCl_4$ RFs (–0.013 W m$^{-2}$ since 2005). The total halocarbon RF is dominated by four gases, namely CFC-12, trichlorofluoromethane (CFC-11), chlorodifluoromethane (HCFC-22) and trichlorofluoroethane (CFC-113) in that order, which account for about 85% of the total halocarbon RF (see Table 8.2) . The indirect RF from the impacts of ODSs is discussed in Section 8.3.3.2.

#### 8.3.2.4.1   Chlorofluorocarbons and hydrochlorofluorocarbons

The CFCs and HCFCs contribute around 11% of the WMGHG RF. Although emissions have been drastically reduced for CFCs, their long lifetimes mean that reductions take substantial time to affect their concentrations. The RF from CFCs has declined since 2005 (mainly due to a reduction in the concentrations of CFC-11 and CFC-12), whereas the RF from HCFCs is still rising (mainly due to HCFC-22).

#### 8.3.2.4.2   Hydrofluorocarbons

The RF of HFCs is 0.02 W m$^{-2}$ and has close to doubled since AR4 (2005 concentrations). HFC-134a is the dominant contributor to RF of the HFCs, with an RF of 0.01 W m$^{-2}$.

#### 8.3.2.4.3   Perfluorocarbons and sulphur hexafluoride

These gases have lifetimes of thousands to tens of thousands of years (Table 8.A.1); therefore emissions essentially accumulate in the atmosphere on the time scales considered here. $CF_4$ has a natural source and a 1750 concentration of 35 ppt (see Section 2.2.1.1.4). These gases currently contribute 0.01 W m$^{-2}$ of the total WMGHG RF.

#### 8.3.2.4.4   New species

Nitrogen trifluoride ($NF_3$) is used in the electronics industry and sulfuryl fluoride ($SO_2F_2$) is used as a fumigant. Both have rapidly increasing emissions and high GWPs, but currently contribute only around 0.0002 W m$^{-2}$ and 0.0003 W m$^{-2}$ to anthropogenic RF, respectively (Weiss et al., 2008; Andersen et al., 2009; Mühle et al., 2009; Arnold et al., 2013).

### 8.3.3   Ozone and Stratospheric Water Vapour

Unlike for the WMGHGs, the estimate of the tropospheric and stratospheric ozone concentration changes are almost entirely model based for the full pre-industrial to present-day interval (though, especially for the stratosphere, more robust observational evidence on changes is available for recent decades; see Section 2.2).

AR4 assessed the RF (for 1750–2005) from tropospheric ozone to be 0.35 W m$^{-2}$ from multi-model studies with a high 95th percentile of 0.65 W m$^{-2}$ to allow for the possibility of model overestimates of the pre-industrial tropospheric ozone levels. The stratospheric ozone RF was assessed from observational trends from 1979 to 1998 to be –0.05 ± 0.1 W m$^{-2}$, with the 90% confidence range increased to reflect uncertainty in the trend prior to 1979 and since 1998. In AR4 the RF from stratospheric water vapour generated by $CH_4$ oxidation was assessed to be +0.07 ± 0.05 W m$^{-2}$ based on Hansen et al. (2005).

Since AR4, there have been a few individual studies of tropospheric or stratospheric ozone forcing (Shindell et al., 2006a, 2006c, 2013a; Skeie et al., 2011a; Søvde et al., 2011), a multi-model study of stratospheric ozone RF in the 2010 WMO stratospheric ozone assessment (Forster et al., 2011b), and the ACCMIP multi-model study of tropospheric and tropospheric + stratospheric chemistry models (Conley et al., 2013; Stevenson et al., 2013). There is now greater understanding of how tropospheric ozone precursors can affect stratospheric ozone, and how ODSs can affect tropospheric ozone (Shindell et al., 2013a). We assess the total ozone RF to be +0.35 (0.15 to 0.55) W m$^{-2}$. This can be split according to altitude or by emitted species (Shindell et al., 2013a). We assess these contributions to be 0.40 (0.20 to 0.60) W m$^{-2}$ for ozone in the troposphere and –0.05 ± 0.10 W m$^{-2}$ for ozone in the stratosphere based on the studies presented in Table 8.3. Alternatively, the contributions to the total ozone forcing can be attributed as 0.50 (0.30 to 0.70) W m$^{-2}$ from ozone precursors and –0.15 (–0.3 to 0.0) W m$^{-2}$ from the effect of ODSs. The value attributed to ODSs is assessed to be slightly smaller in magnitude than in the two studies quoted in Table 8.3 (Søvde et al., 2011; Shindell et al., 2013a) because the models used for these had stratospheric ozone RFs with higher magnitudes than the ACCMIP mean (Conley et al., 2013). Differences between the ERFs and RFs for tropospheric and stratospheric ozone are *likely* to be small compared to the uncertainties in the RFs (Shindell et al., 2013b), so the assessed values for the ERFs are the same as those for the RFs.

The influence of climate change is typically included in ozone RF estimates as those are based on modelled concentration changes, but the available literature provides insufficient evidence for the sign and magnitude of the impact and we therefore refrain from giving an estimate except to assess that it is *very likely* to be smaller than the overall uncertainty in the total RF. Unlike the WMGHGs, there are significant latitudinal variations in the RFs from changes in tropospheric and stratospheric ozone. The implications of inhomogeneous RFs are explored in more detail in Section 8.6.

There has been one study since AR4 (Myhre et al., 2007) on the RF from water vapour formed from the stratospheric oxidation of $CH_4$ (Section 8.3.3.3). This is consistent with the AR4 value and so has not led to any change in the recommended value of 0.07 (0.02 to 0.12) W m$^{-2}$ since AR4.

### 8.3.3.1   Tropospheric Ozone

Ozone is formed in the troposphere by photochemical reactions of natural and anthropogenic precursor species (Section 8.2.3.1). Changes in ozone above the tropopause due to emissions of stratospheric ODSs can also affect ozone in the troposphere either by transport across the tropopause or modification of photolysis rates. Changes in climate have also affected tropospheric ozone concentrations (medium evidence, low agreement) through changes in chemistry, natural emissions and transport from the stratosphere (Isaksen et al., 2009).

The most recent estimates of tropospheric ozone RF come from multi-model studies under ACCMIP (Conley et al., 2013; Lamarque et al., 2013; Stevenson et al., 2013). The model ensemble reported only 1850–2000 RFs (0.34 W m$^{-2}$) so the single-model results from Skeie et

BLM_0058479

8

al. (2011a) were used to expand the timespan to 1750–2010, adding 0.04 W m$^{-2}$, and 0.02 W m$^{-2}$ to account for the periods 1750–1850 and 2000–2010 respectively. The best estimate of tropospheric ozone RF taking into account the ACCMIP models and the Søvde et al. (2011) results (the Skeie et al. (2011a) and Shindell et al. (2013a) models are included in ACCMIP) is 0.40 (0.20 to 0.60) W m$^{-2}$. The quantifiable uncertainties come from the inter-model spread (–0.11 to 0.11 W m$^{-2}$) and the differences between radiative transfer models (–0.07 to 0.07 W m$^{-2}$); all 5 to 95% confidence interval. Additional uncertainties arise from the lack of knowledge of pre-industrial emissions and the representation of chemical and physical processes beyond those included in the current models. The tropospheric ozone RF is sensitive to the assumed 'pre-industrial' levels. As described in Section 8.2.3.1, very limited late 19th and early 20th century observations of surface ozone concentrations are lower than the ACCMIP models for the same period; however, we assess that those observations are very uncertain. Skeie et al. (2011a) and Stevenson et al. (2013) increase their uncertainty ranges to 30% for 1 standard deviation which is equivalent to (–50% to +50%) for the 5 to 95% confidence range and we adopt this for AR5. The overall *confidence* in the tropospheric ozone RF is assessed as *high*.

Because we have *low confidence* in the pre-industrial ozone observations, and these were extremely limited in spatial coverage, it is not possible to calculate a purely observationally based ozone RF. However, modern observations can be used to assess the performance of the chemistry models. Bowman et al. (2013) used satellite retrievals from the TES instrument to constrain the RF from the ACCMIP models. This reduced the inter-model uncertainty by 30%; however, we still maintain overall the (–50% to +50%) 5 to 95% confidence range for AR5.

The time evolution of the tropospheric ozone forcing is shown in Figure 8.7. There is a noticeable acceleration in the forcing after 1950 and a deceleration in the 1990s reflecting the time evolution of anthropogenic precursor emissions. Observational evidence for trends in ozone concentrations is discussed in Section 2.2.2.3.

It can be useful to calculate a normalized radiative forcing (NRF) which is an RF per change in ozone column in W m$^{-2}$ DU$^{-1}$ or W mol$^{-1}$. This is only an approximation as the NRF is sensitive to the vertical profile of the ozone change and to the latitudinal profile to a smaller extent. From Table 8.3 we assess the NRF to be 0.042 (0.037 to 0.047) W m$^{-2}$ DU$^{-1}$ (94 (83 to 105) W mol$^{-1}$) similar to the value of 0.042 W m$^{-2}$ DU$^{-1}$ (94 W mol$^{-1}$) in TAR (Ramaswamy et al., 2001).

A small number of studies have looked at attributing the ozone changes among the anthropogenically emitted species. Søvde et al. (2011) report a tropospheric ozone RF of 0.38 W m$^{-2}$, 0.44 W m$^{-2}$ from ozone precursors and –0.06 W m$^{-2}$ from the impact of stratospheric ozone depletion on the troposphere. Shindell et al. (2013a) also calculate that ODSs are responsible for about –0.06 W m$^{-2}$ of the tropospheric ozone RF, and ozone precursors for about 0.41 W m$^{-2}$. Six of the models in Stevenson et al. (2013) and Shindell et al. (2009) performed experiments to attribute the ozone RF to the individual precursor emissions. An average of these seven model results leads to attributions of 0.24 ± 0.13 W m$^{-2}$ due to CH$_4$ emissions, 0.14 ± 0.09 W m$^{-2}$ from NO$_X$ emissions, 0.07 ± 0.03 W m$^{-2}$ from CO, and 0.04 ± 0.03W m$^{-2}$ from

non-methane volatile organic compounds (NMVOCs). These results were calculated by reducing the precursor emissions individually from 2000 to pre-industrial levels. The results were scaled by the total ozone RFs attributed to ozone precursors (0.50 W m$^{-2}$) to give the contributions to the full 1750–2010 RF. Because of the nonlinearity of the chemistry an alternative method of starting from pre-industrial conditions and increasing precursor emissions singly may give a different result. Note that as well as inducing an ozone RF, these ozone precursor species can also strongly affect the concentrations of CH$_4$ and aerosols, adding extra terms (both positive and negative) to their total indirect forcings. The contributions to the 1750–2010 CH$_4$ RF are again based on Stevenson et al. (2013) and Shindell et al. (2009). The Stevenson et al. (2013) values are for 1850–2000 rather than 1750 to 2011 so for these we distribute the CH$_4$ RF for 1750–1850 and 2000–2011 (0.06 W m$^{-2}$) by scaling the CH$_4$ and CO contributions (assuming these were the most significant contributors over those time periods). This gives contributions of 0.58 ± 0.08, –0.29 ± 0.18, 0.07 ± 0.02 and 0.02 ± 0.02 W m$^{-2}$ for changes from historical to present day emissions of CH$_4$ (inferred emissions), NO$_X$, CO and VOCs respectively (uncertainties are 5 to 95% confidence intervals). The difference between the total CH$_4$ RF attributed to ozone precursors here (0.38 W m$^{-2}$) and the value calculated from CH$_4$ concentration changes in Table 8.2 (0.48 W m$^{-2}$) is due to nonlinearities in the CH$_4$ chemistry because large single-step changes were used. To allow an easier comparison between the concentration-based and emission-based approaches in Section 8.5.1 the nonlinear term (+0.1 W m$^{-2}$) is distributed between the four emitted species according to their absolute magnitude so that they total 0.48 W m$^{-2}$. The scaled results still lie within the uncertainty bounds of the values quoted above. The impact of climate change over the historical period on CH$_4$ oxidation is not accounted for in these calculations.

Tropospheric ozone can also affect the natural uptake of CO$_2$ by decreasing plant productivity (see Sections 6.4.8.2 and 8.2.3.1) and it is found that this indirect effect could have contributed to the total CO$_2$ RF (Section 8.3.2.1; Sitch et al., 2007), roughly doubling the overall RF attributed to ozone precursors. Although we assess there to be



**Figure 8.7** | Time evolution of the radiative forcing from tropospheric and stratospheric ozone from 1750 to 2010. Tropospheric ozone data are from Stevenson et al. (2013) scaled to give 0.40 W m$^{-2}$ at 2010. The stratospheric ozone RF follow the functional shape of the Effective Equivalent Stratospheric Chlorine assuming a 3-year age of air (Daniel et al., 2010) scaled to give –0.05 W m$^{-2}$ at 2010.

BLM_0058480

Table 8.3 | Contributions of tropospheric and stratospheric ozone changes to radiative forcing (W m⁻²) from 1750 to 2011.

| | Troposphere | | | | Stratosphere | | |
|---|---|---|---|---|---|---|---|
| | Longwave | Shortwave | Total | Normalized Radiative Forcing m W m⁻² DU⁻¹ | Longwave | Shortwave | Total |
| AR4 (Forster et al. 2007) | | | 0.35 (0.25 to 0.65) | | | | −0.05 (−0.15 to 0.05) |
| Shindell et al. (2013a)[f] | | | 0.33 (0.31 to 0.35) | | | | −0.08 (−0.10 to −0.06) |
| WMO (Forster et al., 2011b) | | | | | | | −0.03[a] (−0.23 to +0.17) +0.03[b] |
| Søvde et al. (2011) | | | 0.45[c] 0.38[d] | 40 39 | | | −0.12 −0.12 |
| Skeie et al. (2011a) | | | 0.41 (0.21 to 0.61) | 38 | | | |
| ACCMIP[e] | 0.33 (0.24 to 0.42) | 0.08 (0.06 to 0.10) | 0.41 (0.21 to 0.61) | 42 (37 to 47) | −0.13 (−0.26 to 0) | 0.11 (0.03 to 0.19) | −0.02 (−0.09 to 0.05) |
| AR5 | | | 0.40 (0.20 to 0.60) | 42 (37 to 47) | | | −0.05 (-0.15 to 0.05) |

Notes:

[a]   From multi-model results.

[b]   From Randel and Wu (2007) observation-based data set.

[c]   Using the REF chemistry, see Søvde et al. (2011).

[d]   Using the R2 chemistry.

[e]   The Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP) tropospheric ozone RFs are from Stevenson et al. (2013). The stratospheric ozone values are from Conley et al. (2013) calculations for 1850–2005 disregarding the Modèle de Chimie Atmosphérique a Grande Echelle (MOCAGE) model which showed excessive ozone depletion.

[f]   Only the Goddard Institute for Space Studies (GISS)-E2-R results (including bias correction) from the Shindell et al. (2013a) study are shown here rather than the multi-model results presented in that paper.

robust evidence of an effect, we make no assessment of the magnitude because of lack of further corroborating studies.

### 8.3.3.2   Stratospheric Ozone

The decreases in stratospheric ozone due to anthropogenic emissions of ODSs have a positive RF in the shortwave (increasing the flux into the troposphere) and a negative RF in the longwave. This leaves a residual forcing that is the difference of two larger terms. In the lower stratosphere the longwave effect tends to be larger, whereas in the upper stratosphere the shortwave dominates. Thus whether stratospheric ozone depletion has contributed an overall net positive or negative forcing depends on the vertical profile of the change (Forster and Shine, 1997). WMO (2011) assessed the RF from 1979 to 2005 from observed ozone changes (Randel and Wu, 2007) and results from 16 models for the 1970s average to 2004. The observed and modelled mean ozone changes gave RF values of different signs (see Table 8.3). Negative net RFs arise from models with ozone decline in the lowermost stratosphere, particularly at or near the tropopause.

The ACCMIP study also included some models with stratospheric chemistry (Conley et al., 2013). One model in that study stood out as having excessive ozone depletion. Removing that model leaves a stratospheric ozone RF of −0.02 (−0.09 to 0.05) W m⁻². These results are in good agreement with the model studies from WMO (2011). Forster et al. (2007) in AR4 calculated a forcing of −0.05 W m⁻² from observations over the period 1979–1998 and increased the uncertainty to 0.10 W m⁻² to encompass changes between the pre-industrial period and

2005. The RF from stratospheric ozone due to changes in emissions of ozone precursors and ODSs is here assessed to be −0.05 (−0.15 to 0.05) taking into account all the studies listed in Table 8.3. This is in agreement with AR4, although derived from different data. The timeline of stratospheric ozone forcing is shown in Figure 8.7, making the assumption that it follows the trajectory of the changes in EESC. It reaches a minimum in the late 1990s and starts to recover after that.

The net global RF from ODSs taking into account the compensating effects on ozone and their direct effects as WMGHGs is 0.18 (0.03 to 0.33) W m⁻². The patterns of RF for these two effects are different so the small net global RF comprises areas of positive and negative RF.

### 8.3.3.3   Stratospheric Water Vapour

Stratospheric water vapour is dependent on the amount entering from the tropical troposphere and from direct injection by volcanic plumes (Joshi and Jones, 2009) and aircraft, and the in situ chemical production from the oxidation of CH₄ and hydrogen. This contrasts with tropospheric water vapour which is almost entirely controlled by the balance between evaporation and precipitation (see FAQ 8.1). We consider trends in the transport (for instance, due to the Brewer–Dobson circulation or tropopause temperature changes) to be climate feedback rather than a forcing so the anthropogenic RFs come from oxidation of CH₄ and hydrogen, and emissions from stratospheric aircraft.

Myhre et al. (2007) used observations of the vertical profile of CH₄ to deduce a contribution from oxidation of anthropogenic CH₄ of 0.083

BLM_0058481

**8**

W m$^{-2}$ which compares with the value of 0.07 W m$^{-2}$ from calculations in a 2D model in Hansen et al. (2005). Both of these values are consistent with AR4 which obtained the stratospheric water vapour forcing by scaling the CH$_4$ direct forcing by 15%. Thus the time evolution of this forcing is also obtained by scaling the CH$_4$ forcing by 15%. The best estimate and uncertainty range from AR4 of 0.07 (0.02 to 0.12) W m$^{-2}$ remain unchanged and the large uncertainty range is due to large differences found in the intercomparison studies of radiative transfer modelling for changes in stratospheric water vapour (see Section 8.3.1).

RF from the current aircraft fleet through stratospheric water vapour emissions is very small. Wilcox et al. (2012) estimate a contribution from civilian aircraft in 2005 of 0.0009 (0.0003 to 0.0013) W m$^{-2}$ with *high confidence* in the upper limit. Water vapour emissions from aircraft in the troposphere also contribute to contrails which are discussed in Section 8.3.4.5.

### 8.3.4    Aerosols and Cloud Effects

#### 8.3.4.1    Introduction and Summary of AR4

In AR4 (Forster et al., 2007), RF estimates were provided for three aerosol effects. These were the RF of aerosol–radiation interaction (previously denoted as direct aerosol effect), RF of the aerosol–cloud interaction (previously denoted as the cloud albedo effect), and the impact of BC on snow and ice surface albedo. See Chapter 7 and Figure 7.3 for an explanation of the change in terminology between AR4 and AR5. The RF due to aerosol–radiation interaction is scattering and absorption of shortwave and longwave radiation by atmospheric aerosols. Several different aerosol types from various sources are present in the atmosphere (see Section 8.2). Most of the aerosols primarily scatter solar radiation, but some components absorb solar radiation to various extents with BC as the most absorbing component. RF of aerosols in the troposphere is often calculated at the TOA because it is similar to tropopause values (Forster et al., 2007). A best estimate RF of –0.5 ± 0.4 W m$^{-2}$ was given in AR4 for the change in the net aerosol–radiation interaction between 1750 and 2005 and a medium to low level of scientific understanding (LOSU).

An increase in the hygroscopic aerosol abundance may enhance the concentration of cloud condensation nuclei (CCN). This may increase the cloud albedo and under the assumption of fixed cloud water content this effect was given a best estimate of –0.7 W m$^{-2}$ (range from –1.8 to –0.3) in AR4 and a low LOSU.

BC in the snow or ice can lead to a decrease of the surface albedo. This leads to a positive RF. In AR4 this mechanism was given a best RF estimate of 0.1 ± 0.1 W m$^{-2}$ and a low LOSU.

Impacts on clouds from the ERF of aerosol–cloud interaction (including both effects previously denoted as cloud lifetime and cloud albedo effect) and the ERF of aerosol–radiation interaction (including both effects previously denoted as direct aerosol effect and semi-direct effect) were not strictly in accordance with the RF concept, because they involve tropospheric changes in variables other than the forcing agent at least in the available model estimates, so no best RF estimates

were provided in AR4 (see Section 8.1). However, the ERF of aerosol–cloud and aerosol–radiation interactions were included in the discussion of total aerosol effect in Chapter 7 in AR4 (Denman et al., 2007). The mechanisms influenced by anthropogenic aerosol including the aerosol cloud interactions are discussed in detail in this assessment in Section 7.5 and summarized in the subsections that follow.

#### 8.3.4.2    Radiation Forcing of the Aerosol–Radiation Interaction by Component

Based on a combination of global aerosol models and observation-based methods, the best RF estimate of the aerosol–radiation interaction in AR5 is –0.35 (–0.85 to +0.15) W m$^{-2}$ (see Section 7.5). This estimate is thus smaller in magnitude than in AR4, however; with larger uncertainty range. Overall, the estimate compared to AR4 is more robust because the agreement between estimates from models and observation-based methods is much greater (see Section 7.5). The larger range arises primarily from analysis by observation-based methods (see Section 7.5).

The main source of the model estimate is based on updated simulations in AeroCom (Myhre et al., 2013), which is an intercomparison exercise of a large set of global aerosol models that includes extensive evaluation against measurements. The assessment in Chapter 7 relies to a large extent on this study for the separation in the various aerosol components, except for BC where the assessment in Chapter 7 relies in addition on Bond et al. (2013). The RF of aerosol–radiation interaction is separated into seven components in this report; namely sulphate, BC from fossil fuel and biofuel, OA from fossil fuel and biofuel, BC and OA combined from biomass burning (BB), nitrate, SOA and mineral dust. BC and OA from biomass burning are combined due to the joint sources, whereas treated separately for fossil fuel and biofuel because there is larger variability in the ratio of BC to OA in the fossil fuel and biofuel emissions. This approach is consistent with SAR and AR4. Table 8.4 compares the best estimates of RF due to aerosol–radiation interaction for various components in this report with values in SAR, TAR and AR4. In magnitude the sulphate and BC from use of fossil fuel and biofuel dominate. It is important to note that the BB RF is small in magnitude but consists of larger, offsetting terms in magnitude from OA and BC (see Section 7.5.2). Changes in the estimates of RF due to aerosol–radiation interaction of the various components have been rather modest compared to AR4, except for BC from fossil fuel and biofuel (see Section 7.5). SOA is a new component compared to AR4. Anthropogenic SOA precursors contribute only modestly to the anthropogenic change in SOA. The increase in SOA is mostly from biogenic precursors and enhanced partitioning of SOA into existing particles from anthropogenic sources and changes in the atmospheric oxidation (Carlton et al., 2010). This change in SOA is therefore of anthropogenic origin, but natural emission of SOA precursors is important (Hoyle et al., 2011).

Note that the best estimate and the uncertainty for the total is not equal to the sum of the aerosol components because the total is estimated based on a combination of methods (models and observation-based methods), whereas the estimates for the components rely mostly on model estimates.

BLM_0058482

**Table 8.4** | Global and annual mean RF (W m⁻²) due to aerosol–radiation interaction between 1750 and 2011 of seven aerosol components for AR5. Values and uncertainties from SAR, TAR, AR4 and AR5 are provided when available. Note that for SAR, TAR and AR4 the end year is somewhat different than for AR5 with 1993, 1998 and 2005, respectively.

| Global Mean Radiative Forcing (W m⁻²) | | | | |
|---|---|---|---|---|
| | **SAR** | **TAR** | **AR4** | **AR5** |
| Sulphate aerosol | −0.40 (−0.80 to −0.20) | −0.40 (−0.80 to −0.20) | −0.40 (−0.60 to −0.20) | −0.40 (−0.60 to −0.20) |
| Black carbon aerosol from fossil fuel and biofuel | +0.10 (+0.03 to +0.30) | +0.20 (+0.10 to +0.40) | +0.20 (+0.05 to +0.35) | +0.40 (+0.05 to +0.80) |
| Primary organic aerosol from fossil fuel and biofuel | Not estimated | −0.10 (−0.30 to −0.03) | −0.05 (0.00 to −0.10) | −0.09 (−0.16 to −0.03) |
| Biomass burning | −0.20 (−0.60 to −0.07) | −0.20 (−0.60 to −0.07) | +0.03(−0.09 to +0.15) | −0.0 (−0.20 to +0.20) |
| Secondary organic aerosol | Not estimated | Not estimated | Not estimated | −0.03 (−0.27 to +0.20) |
| Nitrate | Not estimated | Not estimated | −0.10 (−0.20 to 0.00) | −0.11 (−0.30 to −0.03) |
| Dust | Not estimated | −0.60 to +0.40 | −0.10 (−0.30 to +0.10) | −0.10 (−0.30 to +0.10) |
| Total | Not estimated | Not estimated | −0.50 (−0.90 to −0.10) | −0.35 (−0.85 to +0.15) |

The RF due to aerosol–radiation interaction during some time periods is more uncertain than the current RF. Improvements in the observations of aerosols have been substantial with availability of remote sensing from the ground-based optical observational network AErosol RObotic NETwork (AERONET) and the launch of the Moderate Resolution Imaging Spectrometer (MODIS) and Multi-angle Spectro-Radiometer (MISR) instruments (starting in 2000) as well as other satellite data. This has contributed to constraining the current RF using aerosol observations. The aerosol observations are very limited backward in time, although there is growing constraint coming from new ice and lake core records, and uncertainties in the historical emission of aerosols and their precursors used in the global aerosol modeling are larger than for current conditions. Emissions of carbonaceous aerosols are particularly uncertain in the 1800s due to a significant biofuel source in this period, in contrast to the SO₂ emissions which were very small until the end of the 1800s. The uncertainty in the biomass burning emissions also increases backward in time. Note that, for 1850, the biomass burning emissions from Lamarque et al. (2010) are quite different from the previous estimates, but RF due to aerosol–radiation interaction is close to zero for this component. Figure 8.8 shows an example of the time evolution of the RF due to aerosol–radiation interaction as a total and separated into six aerosol components. From 1950 to 1990 there was a strengthening of the total RF due to aerosol–radiation interaction, mainly due to a strong enhancement of the sulphate RF. After 1990 the change has been small with even a weakening of the RF due to aerosol–radiation interaction, mainly due to a stronger BC RF as a result of increased emissions in East and Southeast Asia.

### 8.3.4.3    Aerosol–Cloud Interactions

The RF by aerosol effects on cloud albedo was previously referred to as the Twomey or cloud albedo effect (see Section 7.1). Although this RF can be calculated, no estimate of this forcing is given because it has heuristic value only and does not simply translate to the ERF due to aerosol–cloud interaction. The total aerosol ERF, namely ERF due to aerosol–radiation and aerosol–cloud interactions (excluding BC on snow and ice) provided in Chapter 7 is estimated with a 5 to 95% uncertainty between −1.9 and −0.1 W m⁻² with a best estimate value of −0.9 W m⁻² (*medium confidence*). The *likely* range of this forcing is between −1.5 and −0.4 W m⁻². The estimate of ERF due to aerosol–radiation and aerosol-cloud interaction is lower (i.e., less negative) than the corresponding AR4 RF estimate of −1.2 W m⁻² because the latter was based mainly on GCM studies that did not take secondary processes (such as aerosol effects on mixed-phase and/or convective clouds and effects on longwave radiation) into account. This new best estimate of ERF due to aerosol–radiation and aerosol–cloud interaction is also consistent with the studies allowing cloud-scale processes and related responses and with the lower estimates of this forcing inferred from satellite observations.



**Figure 8.8** | Time evolution of RF due to aerosol–radiation interaction and BC on snow and ice. Multi-model results for 1850, 1930, 1980 and 2000 from ACCMIP for aerosol–radiation interaction (Shindell et al., 2013c) and BC on snow and ice (Lee et al., 2013) are combined with higher temporal-resolution results from the Goddard Institute for Space Studies (GISS)-E2 and Oslo-Chemical Transport Model 2 (OsloCTM2) models (aerosol–radiation interaction) and OsloCTM2 (BC on snow and ice). Uncertainty ranges (5 to 95%) for year 2010 are shown with vertical lines. Values next to the uncertainty lines are for cases where uncertainties go beyond the scale. The total includes the RF due to aerosol–radiation interaction for six aerosol components and RF due to BC on snow and ice. All values have been scaled to the best estimates for 2011 given in Table 8.4. Note that time evolution for mineral dust is not included and the total RF due to aerosol–radiation interaction is estimated based on simulations of the six other aerosol components.

683

**8**

Frequently Asked Questions

## FAQ 8.2 | Do Improvements in Air Quality Have an Effect on Climate Change?

*Yes they do, but depending on which pollutant(s) they limit, they can either cool or warm the climate. For example, whereas a reduction in sulphur dioxide ($SO_2$) emissions leads to more warming, nitrogen oxide ($NO_x$) emission control has both a cooling (through reducing of tropospheric ozone) and a warming effect (due to its impact on methane lifetime and aerosol production). Air pollution can also affect precipitation patterns.*

Air quality is nominally a measure of airborne surface pollutants, such as ozone, carbon monoxide, $NO_x$ and aerosols (solid or liquid particulate matter). Exposure to such pollutants exacerbates respiratory and cardiovascular diseases, harms plants and damages buildings. For these reasons, most major urban centres try to control discharges of airborne pollutants.

Unlike carbon dioxide ($CO_2$) and other well-mixed greenhouse gases, tropospheric ozone and aerosols may last in the atmosphere only for a few days to a few weeks, though indirect couplings within the Earth system can prolong their impact. These pollutants are usually most potent near their area of emission or formation, where they can force local or regional perturbations to climate, even if their globally averaged effect is small.

Air pollutants affect climate differently according to their physical and chemical characteristics. Pollution-generated greenhouse gases will impact climate primarily through shortwave and longwave radiation, while aerosols can in addition affect climate through cloud–aerosol interactions.

Controls on anthropogenic emissions of methane (FAQ 8.2, Figure 1) to lower surface ozone have been identified as 'win–win' situations. Consequences of controlling other ozone precursors are not always as clear. $NO_x$ emission controls, for instance, might be expected to have a cooling effect as they reduce tropospheric ozone, but their impact on $CH_4$ lifetime and aerosol formation is more likely instead to cause overall warming.

Satellite observations have identified increasing atmospheric concentrations of $SO_2$ (the primary precursor to scattering sulphate aerosols) from coal-burning power plants over eastern Asia during the last few decades. The most recent power plants use scrubbers to reduce such emissions (albeit not the concurrent $CO_2$ emissions and associated long-term climate warming). This improves air quality, but also reduces the cooling effect of sulphate aerosols and therefore exacerbates warming. Aerosol cooling occurs through aerosol–radiation and aerosol–cloud interactions and is estimated at –0.9 W m$^{-2}$ (all aerosols combined, Section 8.3.4.3) since pre-industrial, having grown especially during the second half of the 20th century when anthropogenic emissions rose sharply. *(continued on next page)*



**FAQ 8.2, Figure 1 |** Schematic diagram of the impact of pollution controls on specific emissions and climate impact. Solid black line indicates known impact; dashed line indicates uncertain impact.

BLM_0058484

*FAQ 8.2 (continued)*

Black carbon or soot, on the other hand, absorbs heat in the atmosphere (leading to a 0.4 W m$^{-2}$ radiative forcing from anthropogenic fossil and biofuel emissions) and, when deposited on snow, reduces its albedo, or ability to reflect sunlight. Reductions of black carbon emissions can therefore have a cooling effect, but the additional interaction of black carbon with clouds is uncertain and could lead to some counteracting warming.

Air quality controls might also target a specific anthropogenic activity sector, such as transportation or energy production. In that case, co-emitted species within the targeted sector lead to a complex mix of chemistry and climate perturbations. For example, smoke from biofuel combustion contains a mixture of both absorbing and scattering particles as well as ozone precursors, for which the combined climate impact can be difficult to ascertain.

Thus, surface air quality controls will have some consequences on climate. Some couplings between the targeted emissions and climate are still poorly understood or identified, including the effects of air pollutants on precipitation patterns, making it difficult to fully quantify these consequences. There is an important twist, too, in the potential effect of climate change on air quality. In particular, an observed correlation between surface ozone and temperature in polluted regions indicates that higher temperatures from climate change alone could worsen summertime pollution, suggesting a 'climate penalty'. This penalty implies stricter surface ozone controls will be required to achieve a specific target. In addition, projected changes in the frequency and duration of stagnation events could impact air quality conditions. These features will be regionally variable and difficult to assess, but better understanding, quantification and modelling of these processes will clarify the overall interaction between air pollutants and climate.

One reason an expert judgment estimate of ERF due to aerosol–radiation and aerosol–cloud interaction is provided rather than ERF due to aerosol–cloud interaction specifically is that the individual contributions are very difficult to disentangle. These contributions are the response of processes that are the outputs from a system that is constantly readjusting to multiple nonlinear forcings. Assumptions of independence and linearity are required to deduce ERF due to aerosol–radiation interaction and ERF due to aerosol–cloud interaction (although there is no *a priori* reason why the individual ERFs should be simply additive). Under these assumptions, ERF due to aerosol–cloud interaction is deduced as the difference between ERF due to aerosol–radiation and aerosol–cloud interaction and ERF due to aerosol–radiation interaction alone. This yields an ERF due to aerosol–cloud interaction estimate of –0.45 W m$^{-2}$ which is much smaller in magnitude than the –1.4 W m$^{-2}$ median forcing value of the models summarized in Figure 7.19 and is also smaller in magnitude than the AR4 estimates of –0.7 W m$^{-2}$ for RF due to aerosol–cloud interaction.

#### 8.3.4.4    Black Carbon Deposition in Snow and Ice

Because absorption by ice is very weak at visible and ultraviolet (UV) wavelengths, BC in snow makes the snow darker and increases absorption. This is not enough darkening to be seen by eye, but it is enough to be important for climate (Warren and Wiscombe, 1980; Clarke and Noone, 1985). Several studies since AR4 have re-examined this issue and find that the RF may be weaker than the estimates of Hansen and Nazarenko (2004) in AR4 (Flanner et al., 2007; Koch et al., 2009a; Rypdal et al., 2009; Lee et al., 2013). The anthropogenic BC on snow/ice is assessed to have a positive global and annual mean RF of +0.04 W m$^{-2}$, with a 0.02–0.09 W m$^{-2}$ 5 to 95% uncertainty range (see fur-

ther description in Section 7.5.2.3). This RF has a two to four times larger global mean surface temperature change per unit forcing than a change in $CO_2$.

In Figure 8.8, the time evolution of global mean RF due to BC on snow and ice is shown based on multi-model simulations in ACCMIP (Lee et al., 2013) for 1850, 1930, 1980 and 2000. The results show a maximum in the RF in 1980 with a small increase since 1850 and a 20% lower RF in 2000 compared to 1980. Those results are supported by observations. The BC concentration in the Arctic atmosphere is observed to be declining since 1990, at least in the Western Hemisphere portion (Sharma et al., 2004), which should lead to less deposition of BC on the snow surface. Surveys across Arctic during 1998 and 2005 to 2009 showed that the BC content of Arctic snow appears to be lower than in 1984 (Doherty et al., 2010) and found BC concentrations in Canada, Alaska and the Arctic Ocean (e.g., Hegg et al., 2009), about a factor of 2 lower than measured in the 1980s (e.g., Clarke and Noone, 1985). Large-area field campaigns (Huang et al., 2011; Ye et al., 2012) found that the BC content of snow in northeast China is comparable to values found in Europe. The steep drop off in BC content of snow with latitude in northeast China may indicate that there is not much BC in the Arctic coming from China (Huang et al., 2011; Ye et al., 2012; Wang et al., 2013). The change in the spatial pattern of emission of BC is a main cause for the difference in the temporal development of RF due to BC on snow and ice compared to the BC from RF due to aerosol–radiation interaction over the last decades.

BLM_0058485

#### 8.3.4.5    Contrails and Contrail-Induced Cirrus

AR4 assessed the RF of contrails (persistent linear contrails) as +0.01 (−0.007 to +0.02) W m$^{-2}$ and provided no estimate for contrail induced cirrus. In AR5, Chapter 7 gives a best estimate of RF due to contrails of +0.01 (+0.005 to +0.03) W m$^{-2}$ and an ERF estimate of the combined contrails and contrail-induced cirrus of +0.05 (+0.02 to +0.15) W m$^{-2}$. Since AR4, the evidence for contrail-induced cirrus has increased because of observational studies (for further details see Section 7.2.7).

### 8.3.5    Land Surface Changes

#### 8.3.5.1    Introduction

Anthropogenic land cover change has a direct impact on the Earth radiation budget through a change in the surface albedo. It also impacts the climate through modifications in the surface roughness, latent heat flux and river runoff. In addition, human activity may change the water cycle through irrigation and power plant cooling, and also generate direct input of heat to the atmosphere by consuming energy. Land use change, and in particular deforestation, also has significant impacts on WMGHG concentration, which are discussed in Section 6.3.2.2. Potential geo-engineering techniques that aim at increasing the surface albedo are discussed in Section 7.7.2.3.

AR4 referenced a large number of RF estimates resulting from a change in land cover albedo. It discussed the uncertainties due to the reconstruction of historical vegetation, the characterization of present-day vegetation and the surface radiation processes. On this basis, AR4 gave a best estimate of RF relative to 1750 due to land use related surface albedo at −0.2 ± 0.2 W m$^{-2}$ with a level of scientific understanding at medium-low.

#### 8.3.5.2    Land Cover Changes

Hurtt et al. (2006) estimates that 42 to 68% of the global land surface was impacted by land use activities (crop, pasture, wood harvest) during the 1700–2000 period. Until the mid-20th century most land use change took place over the temperate regions of the NH. Since then, reforestation is observed in Western Europe, North America and China as a result from land abandonment and afforestation efforts, while deforestation is concentrated in the tropics. After a rapid increase of the rate of deforestation during the 1980s and 1990s, satellite data indicate a slowdown in the past decade (FAO, 2012).

Since AR4, Pongratz et al. (2008) and Kaplan et al. (2011) extended existing reconstructions on land use back in time to the past millennium, accounting for the progress of agriculture technique and historical events such as the black death or war invasions. As agriculture was already widespread over Europe and South Asia by 1750, the RF, which is defined with respect to this date, is weaker than the radiative flux change from the state of natural vegetation cover (see Figure 8.9). Deforestation in Europe and Asia during the last millennium led to a significant regional negative forcing. Betts et al. (2007) and Goosse et al. (2006) argue that it probably contributed to the 'Little Ice Age', together with natural solar and volcanic activity components, before the increase in GHG concentration led to temperatures similar to those

experienced in the early part of the second millennium. There is still significant uncertainty in the anthropogenic land cover change, and in particular its time evolution (Gaillard et al., 2010).

#### 8.3.5.3    Surface Albedo and Radiative Forcing

Surface albedo is the ratio between reflected and incident solar flux at the surface. It varies with the surface cover. Most forests are darker (i.e., lower albedo) than grasses and croplands, which are darker than barren land and desert. As a consequence, deforestation tends to increase the Earth albedo (negative RF) while cultivation of some bright surfaces may have the opposite effect. Deforestation also leads to a large increase in surface albedo in case of snow cover as low vegetation accumulates continuous snow cover more readily in early winter allowing it to persist longer in spring. This causes average winter albedo in deforested areas to be generally much higher than that of a tree-covered landscape (Bernier et al., 2011).

The pre-industrial impact of the Earth albedo increase due to land use change, including the reduced snow masking by tall vegetation, is estimated to be on the order of −0.05 W m$^{-2}$ (Pongratz et al., 2009). Since then, the increase in world population and agriculture development led to additional forcing. Based on reconstruction of land use since the beginning of the Industrial Era, Betts et al. (2007) and Pongratz et al. (2009) computed spatially and temporally distributed estimates of the land use RF. They estimate that the shortwave flux change induced by the albedo variation, from fully natural vegetation state to 1992, is on the order of −0.2 W m$^{-2}$ (range −0.24 to −0.21W m$^{-2}$). The RF, defined with respect to 1750, is in the range −0.17 to −0.18 W m$^{-2}$. A slightly stronger value (−0.22 W m$^{-2}$) was found by Davin et al. (2007) for the period 1860–1992.

In recent years, the availability of global scale MODIS data (Schaaf et al., 2002) has improved surface albedo estimates (Rechid et al., 2009). These data have been used by Myhre et al (2005a) and Kvalevag et al. (2010). They argue that the observed albedo difference between natural vegetation and croplands is less than usually assumed in climate simulations, so that the RF due to land use change is weaker than in estimates that do not use the satellite data. On the other hand, Nair et al. (2007) show observational evidence of an underestimate of the surface albedo change in land use analysis in southwest Australia. Overall, there is still a significant range of RF estimates for the albedo component of land use forcing. This is mostly due to the range of albedo change as a result of land use change, as shown in an inter-comparison of seven atmosphere–land models (de Noblet-Ducoudre et al., 2012).

Deforestation has a direct impact on the atmospheric $CO_2$ concentration and therefore contributes to the WMGHG RF as quantified in Section 8.3.2. Conversely, afforestation is a climate mitigation strategy to limit the $CO_2$ concentration increase. Several authors have compared the radiative impact of deforestation/afforestation that results from the albedo change with the greenhouse effect of $CO_2$ released/sequestered. Pongratz et al. (2010) shows that the historic land use change has had a warming impact (i.e., greenhouse effect dominates) at the global scale and over most regions with the exception of Europe and India. Bala et al. (2007) results show latitudinal contrast where the greenhouse effect dominates for low-latitude deforestation while

BLM_0058486



**Figure 8.9 |** Change in top of the atmosphere (TOA) shortwave (SW) flux (W m⁻²) following the change in albedo as a result of anthropogenic Land Use Change for three periods (1750, 1900 and 1992 from top to bottom). By definition, the RF is with respect to 1750, but some anthropogenic changes had already occurred in 1750. The lower right inset shows the globally averaged impact of the surface albedo change to the TOA SW flux (left scale) as well as the corresponding RF (right scale) after normalization to the 1750 value. Based on simulations by Pongratz et al. (2009).

the combined effect of albedo and evapotranspiration impact does at high latitude. These results are also supported by Bathiany et al. (2010). Similarly, Lohila et al. (2010) shows that the afforestation of boreal peatlands results in a balanced RF between the albedo and greenhouse effect. Overall, because of the opposite impacts, the potential of afforestation to mitigate climate change is limited (Arora and Montenegro, 2011) while it may have undesired impacts on the atmospheric circulation, shifting precipitation patterns (Swann et al., 2012).

### 8.3.5.4   Other Impacts of Land Cover Change on the Earth's Albedo

Burn scars resulting from agriculture practices, uncontrolled fires or deforestation (Bowman et al., 2009) have a lower albedo than unperturbed vegetation (Jin and Roy, 2005). On the other hand, at high latitude, burnt areas are more easily covered by snow, which may result in an overall increase of the surface albedo. Surface blackening of natural vegetation due to fire is relatively short lived and typically disap-

pears within one to a few years (Jin et al., 2012). Myhre et al. (2005b) estimates a global albedo-related radiative effect due to African fires of 0.015 W m⁻².

Over semi-arid areas, the development of agriculture favours the generation of dust. Mulitza et al. (2010) demonstrates a very large increase of dust emission and deposition in the Sahel concomitant with the development of agriculture in this area. This, together with the analysis of dust sources (Ginoux et al., 2010), suggests that a significant fraction of the dust that is transported over the Atlantic has an anthropogenic origin and impacts the Earth albedo. There is no full estimate of the resulting RF, however. The dust RF estimate in Section 8.3.4.2 includes both land use contributions and change in wind-driven emissions. Both dust and biomass burning aerosol may impact the Earth surface albedo as these particles can be deposited on snow, which has a large impact on its absorption, in particular for soot. This is discussed in Section 8.3.4.4.

Urban areas have an albedo that is 0.01 to 0.02 smaller than adjacent croplands (Jin et al., 2005). There is the potential for a strong increase through white roof coating with the objective of mitigating the heat island effect (Oleson et al., 2010). Although the global scale impact is small, local effects can be very large, as shown by Campra et al. (2008) that reports a regional (260 km²) 0.09 increase in albedo and –20 W m⁻² RF as a consequence of greenhouse horticulture development.

### 8.3.5.5   Impacts of Surface Change on Climate

Davin et al. (2007) argues that the climate sensitivity to land use forcing is lower than that for other forcings, due to its spatial distribution but also the role of non-radiative processes. Indeed, in addition to the impact on the surface albedo, land use change also modifies the evaporation and surface roughness, with counterbalancing consequences on the lower atmosphere temperature. There is increasing evidence that the impact of land use on evapotranspiration—a non-RF on climate—is comparable to, but of opposite sign than, the albedo effect, so that RF is not as useful a metric as it is for gases and aerosols. For instance, Findell et al. (2007) climate simulations show a negligible impact of land use change on the global mean temperature, although there are some significant regional changes.

Numerical climate experiments demonstrate that the impact of land use on climate is much more complex than just the RF. This is due in part to the very heterogeneous nature of land use change (Barnes and Roy, 2008), but mostly due to the impact on the hydrological cycle through evapotranspiration, root depth and cloudiness (van der Molen et al., 2011). As a consequence, the forcing on climate is not purely radiative and the net impact on the surface temperature may be either positive or negative depending on the latitude (Bala et al., 2007). Davin and de Noblet-Ducoudre (2010) analyses the impact on climate of large-scale deforestation; the albedo cooling effect dominates for high latitude whereas reduced evapotranspiration dominates in the tropics. This latitudinal trend is confirmed by observations of the temperature difference between open land and nearby forested land (Lee et al., 2011).

Irrigated areas have continuously increased during the 20th century although a slowdown has been observed in recent decades (Bonfils

687

BLM_0058047

and Lobell, 2007). There is clear evidence that irrigation leads to local cooling of several degrees (Kueppers et al., 2007). Irrigation also affects cloudiness and precipitation (Puma and Cook, 2010). In the United States, DeAngelis et al. (2010) found that irrigation in the Great Plains in the summer produced enhanced precipitation in the Midwest 1000 km to the northeast.

### 8.3.5.6 Conclusions

There is still a rather wide range of estimates of the albedo change due to anthropogenic land use change, and its RF. Although most published studies provide an estimate close to −0.2 W m$^{-2}$, there is convincing evidence that it may be somewhat weaker as the albedo difference between natural and anthropogenic land cover may have been overestimated. In addition, non-radiative impact of land use have a similar magnitude, and may be of opposite sign, as the albedo effect (though these are not part of RF). A comparison of the impact of land use change according to seven climate models showed a wide range of results (Pitman et al., 2009), partly due to difference in the implementation of land cover change, but mostly due to different assumptions on ecosystem albedo, plant phenology and evapotranspiration. There is no agreement on the sign of the temperature change induced by anthropogenic land use change. It is *very likely* that land use change led to an increase of the Earth albedo with a RF of −0.15 ± 0.10 W m$^{-2}$, but a net cooling of the surface—accounting for processes that are not limited to the albedo—is *about as likely as not*.

## 8.4 Natural Radiative Forcing Changes: Solar and Volcanic

Several natural drivers of climate change operate on multiple time scales. Solar variability takes place at many time scales that include centennial and millennial scales (Helama et al., 2010), as the radiant energy output of the Sun changes. Also, variations in the astronomical alignment of the Sun and the Earth (Milankovitch cycles) induce cyclical changes in RF, but this is substantial only at millennial and longer time scales (see Section 5.2.1.1). Volcanic forcing is highly episodic, but can have dramatic, rapid impacts on climate. No major asteroid impacts occurred during the reference period (1750–2012) and thus this effect is not considered here. This section discusses solar and volcanic forcings, the two dominant natural contributors of climate change since the pre-industrial time.

### 8.4.1 Solar Irradiance

In earlier IPCC reports the forcing was estimated as the instantaneous RF at TOA. However, due to wavelength-albedo dependence, solar radiation-wavelength dependence and absorption within the stratosphere and the resulting stratospheric adjustment, the RF is reduced to about 78% of the TOA instantaneous RF (Gray et al., 2009). There is *low confidence* in the exact value of this number, which can be model and time scale dependent (Gregory et al., 2004; Hansen et al., 2005). AR4 gives an 11-year running mean instantaneous TOA RF between 1750 and the present of 0.12 W m$^{-2}$ with a range of estimates of 0.06 to 0.30 W m$^{-2}$, equivalent to a RF of 0.09 W m$^{-2}$ with a range of 0.05 to 0.23 W m$^{-2}$. For a consistent treatment of all forcing agents, hereafter we use

RF while numbers quoted from AR4 will be provided both as RF and instantaneous RF at TOA.

### 8.4.1.1 Satellite Measurements of Total Solar Irradiance

Total solar irradiance (TSI) measured by the Total Irradiance Monitor (TIM) on the spaceborne Solar Radiation and Climate Experiment (SORCE) is 1360.8 ± 0.5 W m$^{-2}$ during 2008 (Kopp and Lean, 2011) which is ~4.5 W m$^{-2}$ lower than the Physikalisch-Meteorologisches Observatorium Davos (PMOD) TSI composite during 2008 (Frohlich, 2009). The difference is probably due to instrumental biases in measurements prior to TIM. Measurements with the PREcision MOnitor Sensor (PREMOS) instrument support the TIM absolute values (Kopp and Lean, 2011). The TIM calibration is also better linked to national standards which provides further support that it is the most accurate (see Supplementary Material Section 8.SM.6). Given the lower TIM TSI values relative to currently used standards, most general circulation models are calibrated to incorrectly high values. However, the few tenths of a percent bias in the absolute TSI value has minimal consequences for climate simulations because the larger uncertainties in cloud properties have a greater effect on the radiative balance. As the maximum-to-minimum TSI relative change is well-constrained from observations, and historical variations are calculated as changes relative to modern values, a revision of the absolute value of TSI affects RF by the same fraction as it affects TSI. The downward revision of TIM TSI with respect to PMOD, being 0.3%, thus has a negligible impact on RF, which is given with a relative uncertainty of several tenths of a percent.

Since 1978, several independent space-based instruments have directly measured the TSI. Three main composite series were constructed, referred to as the Active Cavity Radiometer Irradiance Monitor (ACRIM) (Willson and Mordvinov, 2003), the Royal Meteorological Institute of Belgium (RMIB) (Dewitte et al., 2004) and the PMOD (Frohlich, 2006) series. There are two major differences between ACRIM and PMOD. The first is the rapid drift in calibration between PMOD and ACRIM before 1981. This arises because both composites employ the Hickey–Frieden (HF) radiometer data for this interval, while a re-evaluation of the early HF degradation has been implemented by PMOD but not by ACRIM. The second one, involving also RMIB, is the bridging of the gap between the end of ACRIM I (mid-1989) and the beginning of ACRIM II (late 1991) observations, as it is possible that a change in HF data occurred during this gap. This possibility is neglected in ACRIM and thus TSI increases by more than 0.5 W m$^{-2}$ during solar cycle (SC) 22. These differences lead to different long-term TSI trends in the three composites (see Figure 8.10): ACRIM rises until 1996 and subsequently declines, RMIB has an upward trend through 2008 and PMOD shows a decline since 1986 which unlike the other two composites, follows the solar-cycle-averaged sunspot number (Lockwood, 2010). Moreover, the ACRIM trend implies that the TSI on time scales longer than the SC is positively correlated with the cosmic ray variation indicating a decline in TSI throughout most of the 20th century (the opposite to most TSI reconstructions produced to date; see Section 8.4.1.2). Furthermore, extrapolating the ACRIM TSI long-term drift would imply a brighter Sun in the Maunder minimum (MM) than now, again opposite to most TSI reconstructions (Lockwood and Frohlich, 2008). Finally, analysis of instrument degradation and pointing issues (Lee et al., 1995) and independent modeling based on solar magnetograms (Wenzler et al.,

BLM_0058488



**Figure 8.10** | Annual average composites of measured total solar irradiance: The Active Cavity Radiometer Irradiance Monitor (ACRIM) (Willson and Mordvinov, 2003), the Physikalisch-Meteorologisches Observatorium Davos (PMOD) (Frohlich, 2006) and the Royal Meteorological Institute of Belgium (RMIB) (Dewitte et al., 2004).These composites are standardized to the annual average (2003–2012) Total Irradiance Monitor (TIM) (Kopp and Lean, 2011) measurements that are also shown.

2009; Ball et al., 2012), confirm the need for correction of HF data, and we conclude that PMOD is more accurate than the other composites.

TSI variations of approximately 0.1% were observed between the maximum and minimum of the 11-year SC in the three composites mentioned above (Kopp and Lean, 2011). This variation is mainly due to an interplay between relatively dark sunspots, bright faculae and bright network elements (Foukal and Lean, 1988; see Section 5.2.1.2). A declining trend since 1986 is evidenced in Figure 8.10. Considering the PMOD solar minima values of 1986 and 2008, the RF is −0.04 W m$^{-2}$. Our assessment of the uncertainty range of changes in TSI between 1986 and 2008 is –0.08 to 0.0 W m$^{-2}$ and thus *very likely* negative, and includes the uncertainty in the PMOD data (Frohlich, 2009; see Supplementary Material Section 8.SM.6) but is extended to also take into account the uncertainty of combining the satellite data.

For incorporation of TIM data with the previous and overlapping data, in Figure 8.10 we have standardized the composite time series to the TIM series (over 2003–2012, the procedure is explained in Supplementary Material Section 8.SM.6. Moreover as we consider annual averages, ACRIM and PMOD start at 1979 because for 1978 both composites have only two months of data.

### 8.4.1.2    Total Solar Irradiance Variations Since Preindustrial Time

The year 1750, which is used as the preindustrial reference for estimating RF, corresponds to a maximum of the 11-year SC. Trend analysis are usually performed over the minima of the solar cycles that are more stable. For such trend estimates, it is then better to use the closest SC minimum, which is in 1745. To avoid trends caused by comparing different portions of the solar cycle, we analyze TSI changes using multi-year running means. For the best estimate we use a recent TSI reconstruction by Krivova et al. (2010) between 1745 and 1973 and from 1974 to 2012 by Ball et al. (2012). The reconstruction is based

on physical modeling of the evolution of solar surface magnetic flux, and its relationship with sunspot group number (before 1974) and sunspot umbra and penumbra and faculae afterwards. This provides a more detailed reconstruction than other models (see the time series in Supplementary Material Table 8.SM.3). The best estimate from our assessment of the most reliable TSI reconstruction gives a 7-year running mean RF between the minima of 1745 and 2008 of 0.05 W m$^{-2}$. Our assessment of the range of RF from TSI changes is 0.0 to 0.10 W m$^{-2}$ which covers several updated reconstructions using the same 7-year running mean past-to-present minima years (Wang et al., 2005; Steinhilber et al., 2009; Delaygue and Bard, 2011), see Supplementary Material Table 8.SM.4. All reconstructions rely on indirect proxies that inherently do not give consistent results. There are relatively large discrepancies among the models (see Figure 8.11).With these considerations, we adopt this value and range for AR5. This RF is almost half of that in AR4, in part because the AR4 estimate was based on the previous solar cycle minimum while the AR5 estimate includes the drop of TSI in 2008 compared to the previous two SC minima (see 8.4.1). Concerning the uncertainty range, in AR4 the upper limit corresponded to the reconstruction of Lean (2000), based on the reduced brightness of non-cycling Sun-like stars assumed typical of a Maunder minimum (MM) state. The use of such stellar analogues was based on the work of Baliunas and Jastrow (1990), but more recent surveys have not reproduced their results and suggest that the selection of the original set was flawed (Hall and Lockwood, 2004; Wright, 2004); the lower limit from 1750 to present in AR4 was due to the assumed increase in the amplitude of the 11-year cycle only. Thus the RF and uncertainty range have been obtained in a different way in AR5 compared to AR4. Maxima to maxima RF give a higher estimate than minima to minima RF, but the latter is more relevant for changes in solar activity. Given the *medium agreement* and *medium evidence*, this RF value has a *medium confidence level* (although confidence is higher for the last three decades). Figure 8.11 shows several TSI reconstructions modelled using sunspot group numbers (Wang et al., 2005; Krivova et al., 2010;



**Figure 8.11** | Reconstructions of total solar irradiance since1745; annual resolution series from Wang et al. (2005) with and without an independent variation in the background level of irradiance, Krivova et al. (2010) combined with Ball et al. (2012) and 5-year time resolution series from Steinhilber et al. (2009) and Delaygue and Bard (2011). The series are standardized to the Physikalisch-Meteorologisches Observatorium Davos (PMOD) measurements of solar cycle 23 (1996–2008) (PMOD is already standardized to Total Irradiance Monitor).

BLM_0058489

**8**

Ball et al., 2012) and sunspot umbra and penumbra and faculae (Ball et al., 2012), or cosmogenic isotopes (Steinhilber et al., 2009; Delaygue and Bard, 2011). These reconstructions are standardized to PMOD SC 23 (1996–2008) (see also Supplementary Material Section 8.SM.6).

For the MM-to-present AR4 gives a TOA instantaneous RF range of 0.1 to 0.28 W m$^{-2}$, equivalent to 0.08 to 0.22 W m$^{-2}$ with the RF definition used here. The reconstructions in Schmidt et al. (2011) indicate a MM-to-present RF range of 0.08 to 0.18 W m$^{-2}$, which is within the AR4 range although narrower. As discussed above, the estimates based on irradiance changes in Sun-like stars are not included in this range because the methodology has been shown to be flawed. A more detailed explanation of this is found in Supplementary Material Section 8.SM.6. For details about TSI reconstructions on millennia time scales see Section 5.2.1.2.

### 8.4.1.3 Attempts to Estimate Future Centennial Trends of Total Solar Irradiance

Cosmogenic isotope and sunspot data (Rigozo et al., 2001; Solanki and Krivova, 2004; Abreu et al., 2008) reveal that currently the Sun is in a grand activity maximum that began about 1920 (20th century grand maximum). However, SC 23 showed an activity decline not previously seen in the satellite era (McComas et al., 2008; Smith and Balogh, 2008; Russell et al., 2010). Most current estimations suggest that the forthcoming solar cycles will have lower TSI than those for the past 30 years (Abreu et al., 2008; Lockwood et al., 2009; Rigozo et al., 2010; Russell et al., 2010). Also there are indications that the mean magnetic field in sunspots may be diminishing on decadal level. A linear expansion of the current trend may indicate that of the order of half the sunspot activity may disappear by about 2015 (Penn and Livingston, 2006). These studies only suggest that the Sun may have left the 20th century grand maximum and not that it is entering another grand minimum. But other works propose a grand minimum during the 21st century, estimating an RF within a range of -0.16 to 0.12 W m$^{-2}$ between this future minimum and the present-day TSI (Jones et al., 2012). However, much more evidence is needed and at present there is *very low confidence* concerning future solar forcing estimates.

Nevertheless, even if there is such decrease in the solar activity, there is a *high confidence* that the TSI RF variations will be much smaller in magnitude than the projected increased forcing due to GHG (see Section 12.3.1).

### 8.4.1.4 Variations in Spectral Irradiance

#### 8.4.1.4.1 Impacts of ultraviolet variations on the stratosphere

Ozone is the main gas involved in stratospheric radiative heating. Ozone production rate variations are largely due to solar UV irradiance changes (HAIGH, 1994), with observations showing statistically significant variations in the upper stratosphere of 2 to 4% along the SC (Soukharev and Hood, 2006). UV variations may also produce transport-induced ozone changes due to indirect effects on circulation (Shindell et al., 2006b). In addition, statistically significant evidence for an 11-year variation in stratospheric temperature and zonal winds is attributed to UV radiation (Frame and Gray, 2010). The direct UV heat-

ing of the background ozone is dominant and over twice as large as the ozone heating in the upper stratosphere and above, while indirect solar and terrestrial radiation through the SC-induced ozone change is dominant below about 5 hPa (Shibata and Kodera, 2005). The RF due to solar-induced ozone changes is a small fraction of the solar RF discussed in Section 8.4.1.1 (Gray et al., 2009).

#### 8.4.1.4.2 Measurements of spectral irradiance

Solar spectral irradiance (SSI) variations in the far (120 to 200 nm) and middle (200 to 300 nm) ultraviolet (UV) are the primary driver for heating, composition, and dynamic changes of the stratosphere, and although these wavelengths compose a small portion of the incoming radiation they show large relative variations between the maximum and minimum of the SC compared to the corresponding TSI changes. As UV heating of the stratosphere over a SC has the potential to influence the troposphere indirectly, through dynamic coupling, and therefore climate (Haigh, 1996; Gray et al., 2010), the UV may have a more significant impact on climate than changes in TSI alone would suggest. Although this indicates that metrics based only on TSI are not appropriate, UV measurements present several controversial issues and modelling is not yet robust.

Multiple space-based measurements made in the past 30 years indicated that UV variations account for about 30% of the SC TSI variations, while about 70% were produced within the visible and infrared (Rottman, 2006). However, current models and data provide the range of 30 to 90% for the contribution of the UV variability below 400 nm to TSI changes (Ermolli et al., 2013), with a more probable value of ~60% (Morrill et al., 2011; Ermolli et al., 2013). The Spectral Irradiance Monitor (SIM) on board SORCE (Harder et al., 2009) shows, over the SC 23 declining phase, measurements that are rather inconsistent with prior understanding, indicating that additional validation and uncertainty estimates are needed (DeLand and Cebula, 2012; Lean and Deland, 2012). A wider exposition can be found in Supplementary Material Section 8.SM.6.

#### 8.4.1.4.3 Reconstructions of preindustrial ultraviolet variations

The Krivova et al. (2010) reconstruction is based on what is known about spectral contrasts of different surface magnetic features and the relationship between TSI and magnetic fields. The authors interpolated backwards to the year 1610 based on sunspot group numbers and magnetic information. The Lean (2000) model is based on historical sunspot number and area and is scaled in the UV using measurements from the Solar Stellar Irradiance Comparison Experiment (SOLSTICE) on board the Upper Atmosphere Research Satellite (UARS). The results show smoothed 11-year UV SSI changes between 1750 and the present of about 25% at about 120 nm, about 8% at 130 to 175 nm, ~4% at 175 to 200 nm, and about 0.5% at 200 to 350 nm. Thus, the UV SSI appears to have generally increased over the past four centuries, with larger trends at shorter wavelengths. As few reconstructions are available, and recent measurements suggest a poor understanding of UV variations and their relationship with solar activity, there is *very low confidence* in these values.

BLM_0058490

### 8.4.1.5   The Effects of Cosmic Rays on Clouds

Changing cloud amount or properties modify the Earth's albedo and therefore affect climate. It has been hypothesized that cosmic ray flux create atmospheric ions which facilitates aerosol nucleation and new particle formation with a further impact on cloud formation (Dickinson, 1975; Kirkby, 2007). High solar activity means a stronger heliospheric magnetic field and thus a more efficient screen against cosmic rays. Under the hypothesis underlined above, the reduced cosmic ray flux would promote fewer clouds amplifying the warming effect expected from high solar activity. There is evidence from laboratory, field and modelling studies that ionization from cosmic ray flux may enhance aerosol nucleation in the free troposphere (Merikanto et al., 2009; Mirme et al., 2010; Kirkby et al., 2011). However, there is *high confidence* (*medium evidence* and *high agreement*) that the cosmic ray–ionization mechanism is too weak to influence global concentrations of cloud condensation nuclei or their change over the last century or during a SC in a climatically significant way (Harrison and Ambaum, 2010; Erlykin and Wolfendale, 2011; Snow-Kropla et al., 2011). A detailed exposition is found in Section 7.4.6.

## 8.4.2   Volcanic Radiative Forcing

### 8.4.2.1   Introduction

Volcanic eruptions that inject substantial amounts of $SO_2$ gas into the stratosphere are the dominant natural cause of externally forced climate change on the annual and multi-decadal time scales, both because of the multi-decadal variability of eruptions and the time scale of the climate system response, and can explain much of the pre-industrial climate change of the last millennium (Schneider et al., 2009; Brovkin et al., 2010; Legras et al., 2010; Miller et al., 2012). Although volcanic eruptions inject both mineral particles (called ash or tephra) and sulphate aerosol precursor gases (predominantly $SO_2$) into the atmosphere, it is the sulphate aerosols, which because of their small size are effective scatterers of sunlight and have long lifetimes, that are responsible for RF important for climate. Global annually averaged emissions of $CO_2$ from volcanic eruptions since 1750 have been at least 100 times smaller than anthropogenic emissions and inconsequential for climate on millennial and shorter time scales (Gerlach, 2011). To be important for climate change, sulphur must be injected into the stratosphere, as the lifetime of aerosols in the troposphere is only about one week, whereas sulphate aerosols in the stratosphere from tropical eruptions have a lifetime of about one year, and those from high-latitude eruptions last several months. Most stratospheric aerosols are from explosive eruptions that directly put sulphur into the stratosphere, but Bourassa et al. (2012, 2013) showed that sulphur injected into the upper troposphere can then be lifted into the stratosphere over the next month or two by deep convection and large scale Asian summer monsoon circulation, although Vernier et al. (2013) and Fromm et al. (2013) suggested that direct injection was also important. Robock (2000), AR4 (Forster et al., 2007) and Timmreck (2012) provide summaries of this relatively well understood forcing agent.

There have been no major volcanic eruptions since Mt Pinatubo in 1991 (Figure 8.12), but several smaller eruptions have caused a RF for the years 2008–2011 of –0.11 (–0.15 to –0.08) W m$^{-2}$, approximately twice the magnitude of the 1999–2002 RF of –0.06 (–0.08 to –0.04) W m$^{-2}$, consistent with the trends noted in Solomon et al. (2011). However, the CMIP5 simulations discussed elsewhere in this report did not include the recent small volcanic forcing in their calculations. New work has also produced a better understanding of high latitude eruptions, the hydrological response to volcanic eruptions (Trenberth and Dai, 2007; Anchukaitis et al., 2010), better long-term records of past volcanism and better understanding of the effects of very large eruptions.

There are several ways to measure both the $SO_2$ precursor and sulphate aerosols in the stratosphere, using balloons, airplanes, and both ground- and satellite-based remote sensing. Both the infrared and ultraviolet signals sensed by satellite instruments can measure $SO_2$, and stratospheric aerosol measurements by space-based sensors have been made on a continuous basis since 1978 by a number of instruments employing solar and stellar occultation, limb scattering, limb emission, and lidar strategies (Thomason and Peter, 2006; Kravitz et al., 2011; Solomon et al., 2011).

Forster et al. (2007) described four mechanisms by which volcanic forcing influences climate: RF due to aerosol–radiation interaction; differential (vertical or horizontal) heating, producing gradients and changes in circulation; interactions with other modes of circulation, such as El Niño-Southern Oscillation (ENSO); and ozone depletion with its effects on stratospheric heating, which depends on anthropogenic chlorine (stratospheric ozone would increase with a volcanic eruption under low-chlorine conditions). In addition, the enhanced diffuse light from volcanic aerosol clouds impacts vegetation and hence the carbon cycle (Mercado et al., 2009) and aerosol–cloud interaction of sulphate aerosols on clouds in the troposphere can also be important (Schmidt et al., 2010), though Frolicher et al. (2011) showed that the impacts of the 1991 Mt Pinatubo eruption on the carbon cycle were small.

### 8.4.2.2   Recent Eruptions

The background stratospheric aerosol concentration was affected by several small eruptions in the first decade of the 21st century (Nagai et al., 2010; Vernier et al., 2011; Neely et al., 2013; see also Figure 8.13), with a very small contribution from tropospheric pollution (Siddaway and Petelina, 2011; Vernier et al., 2011), and had a small impact on RF (Solomon et al., 2011). Two recent high-latitude eruptions, of Kasatochi Volcano (52.1°N, 175.3°W) on August 8, 2008 and of Sarychev Volcano (48.1°N, 153.2°E) on June 12–16, 2009, each injected ~1.5 Tg($SO_2$) into the stratosphere, but did not produce detectable climate response. Their eruptions, however, led to better understanding of the dependence of the amount of material and time of year of high-latitude injections to produce climate impacts (Haywood et al., 2010; Kravitz et al., 2010, 2011). The RF from high-latitude eruptions is a function of seasonal distribution of insolation and the 3- to 4-month lifetime of high-latitude volcanic aerosols. Kravitz and Robock (2011) showed that high-latitude eruptions must inject at least 5 Tg($SO_2$) into the lower stratosphere in the spring or summer, and much more in fall or winter, to have a detectible climatic response.

On April 14, 2010 the Eyjafjallajökull volcano in Iceland (63.6°N, 19.6°W) began an explosive eruption phase that shut down air traffic

BLM_0058491

in Europe for 6 days and continued to disrupt it for another month. The climatic impact of Eyjafjallajökull was about 10,000 times less than that of Mt Pinatubo; however, because it emitted less than 50 ktonnes $SO_2$ and its lifetime in the troposphere was 50 times less than if it had been injected into the stratosphere, was therefore undetectable amidst the chaotic weather noise in the atmosphere (Robock, 2010). 2011 saw the continuation of a number of small eruptions with significant tropospheric $SO_2$ and ash injections, including Puyehue-Cordón Caulle in Chile, Nabro in Eritrea, and Grimsvötn in Iceland. None have been shown to have produced an important RF, but the June 13, 2011 Nabro eruption resulted in the largest stratospheric aerosol cloud since the 1991 Mt Pinatubo eruption (Bourassa et al., 2012), more than 1.5 $Tg(SO_2)$.

Figure 8.12 shows reconstructions of volcanic aerosol optical depth since 1750. Figure 8.13 shows details of the vertical distribution of stratospheric aerosols in the tropics since 1985. The numerous small eruptions in the past decade are evident, but some of them were at higher latitudes and their full extent is not captured in this plot.



**Figure 8.12 |** Volcanic reconstructions of global mean aerosol optical depth (at 550 nm). Gao et al. (2008) and Crowley and Unterman (2013) are from ice core data, and end in 2000 for Gao et al. (2008) and 1996 for Crowley and Unterman (2013). Sato et al. (1993) includes data from surface and satellite observations, and has been updated through 2011. (Updated from Schmidt et al., 2011.)



**Figure 8.13 |** (Top) Monthly mean extinction ratio (525 nm) profile evolution in the tropics [20°N to 20°S] from January 1985 through December 2012 derived from Stratospheric Aerosol and Gas Experiment (SAGE) II extinction in 1985–2005 and Cloud-Aerosol Lidar and Infrared Pathfinder Satellite Observation (CALIPSO) scattering ratio in 2006–2012, after removing clouds below 18 km based on their wavelength dependence (SAGE II) and depolarization properties (CALIPSO) compared to aerosols. Black contours represent the extinction ratio in log-scale from 0.1 to 100. The position of each volcanic eruption occurring during the period is displayed with its first two letters on the horizontal axis, where tropical eruptions are noted in red. The eruptions were Nevado del Ruiz (Ne), Augustine (Au), Chikurachki (Ch), Kliuchevskoi (Kl), Kelut (Ke), Pinatubo (Pi), Cerro Hudson (Ce), Spur (Sp), Lascar (La), Rabaul (Ra), Ulawun (Ul), Shiveluch (Sh), Ruang (Ru), Reventador (Re), Manam (Ma), Soufrière Hills (So), Tavurvur (Ta), Okmok (Ok), Kasatochi (Ka), Victoria (Vi*—forest fires with stratospheric aerosol injection), Sarychev (Sa), Merapi (Me), Nabro (Na). (Updated from Figure 1 from Vernier et al., 2011.) (Bottom) Mean stratospheric aerosol optical depth (AOD) in the tropics [20°N to 20°S] between the tropopause and 40 km since 1985 from the SAGE II (black line), the Global Ozone Monitoring by Occultation of Stars (GOMOS) (red line), and CALIPSO (blue line). (Updated from Figure 5 from Vernier et al., 2011.)

BLM_0058492

**Box 8.3 | Volcanic Eruptions as Analogues**

Volcanic eruptions provide a natural experiment of a stratospheric aerosol cloud that can serve to inform us of the impacts of the pro-
posed production of such a cloud as a means to control the climate, which is one method of geoengineering (Rasch et al., 2008); see
Section 7.7. For example, Trenberth and Dai (2007) showed that the Asian and African summer monsoon, as well as the global hydro-
logical cycle, was weaker for the year following the 1991 Mt Pinatubo eruption, which is consistent with climate model simulations
(Robock et al., 2008). MacMynowski et al. (2011) showed that because the climate system response of the hydrological cycle is rapid,
forcing from volcanic eruptions, which typically last about a year, can serve as good analogues for longer-lived forcing. The formation
of sulphate aerosols, their transport and removal, their impacts on ozone chemistry, their RF, and the impacts on whitening skies all
also serve as good analogues for geoengineering proposals. Volcanic impacts on the carbon cycle because of more diffuse radiation
(Mercado et al., 2009) and on remote sensing can also be useful analogues, and the impacts of contrail-generated sub-visual cirrus
(Long et al., 2009) can be used to test the long-term impacts of a permanent stratospheric cloud.

Smoke from fires generated by nuclear explosions on cities and industrial areas, which could be lofted into the stratosphere, would
cause surface cooling and a reduction of stratospheric ozone (Mills et al., 2008). Volcanic eruptions that produce substantial strato-
spheric aerosol clouds also serve as an analogue that supports climate model simulations of the transport and removal of stratospheric
aerosols, their impacts on ozone chemistry, their RF, and the climate response. The use of the current global nuclear arsenal still has
the potential to produce nuclear winter, with continental temperatures below freezing in summer (Robock et al., 2007a; Toon et al.,
2008), and the use of only 100 nuclear weapons could produce climate change unprecedented in recorded human history (Robock et
al., 2007b), with significant impacts on global agriculture (Özdoğan et al., 2013; Xia and Robock, 2013).

### 8.4.2.3    Records of Past Volcanism and Effects of Very Large Eruptions

Although the effects of volcanic eruptions on climate are largest in
the 2 years following a large stratospheric injection, and the winter
warming effect in the NH has been supported by long-term records
(Fischer et al., 2007), there is new work indicating extended volcanic
impacts via long-term memory in the ocean heat content and sea level
(Stenchikov et al., 2009; Gregory, 2010; Otterä et al., 2010). Zanchet-
tin et al. (2012) found changes in the North Atlantic Ocean circulation
that imply strengthened northward oceanic heat transport a decade
after major eruptions, which contributes to the emergence of extensive
winter warming over the continental NH along with persistent cooling
over Arctic regions on decadal time scales, in agreement with Zhong et
al. (2011) and Miller et al. (2012).

New work on the mechanisms by which a supereruption (Self and
Blake, 2008) could force climate has focused on the 74,000 BP eruption
of the Toba volcano (2.5°N, 99.0°E). Robock et al. (2009) used simu-
lations of up to 900 times the 1991 Mt Pinatubo sulphate injection to
show that the forcing is weaker than that predicted based on a linear
relationship with the sulphate aerosol injection. The results agreed
with a previous simulation by Jones et al. (2005). They also showed
that chemical interactions with ozone had small impacts on the forcing
and that the idea of Bekki et al. (1996) that water vapour would limit
and prolong the growth of aerosols was not supported. Timmreck et al.
(2010) however, incorporating the idea of Pinto et al. (1989) that aer-
osols would grow and therefore both have less RF per unit mass and
fall out of the atmosphere more quickly, found much less of a radiative
impact from such a large stratospheric input.

### 8.4.2.4    Future Effects

We expect large eruptions over the next century but cannot predict
when. Ammann and Naveau (2003) and Stothers (2007) suggested an
80-year periodicity in past eruptions, but the data record is quite short
and imperfect, and there is no mechanism proposed that would cause
this. While the period 1912–1963 was unusual for the past 500 years in
having no large volcanic eruptions, and the period 1250–1300 had the
most globally significant eruptions in the past 1500 years
(Gao et al., 2008), current knowledge only allows us to predict such
periods on a statistical basis, assuming that the recent past distribu-
tions are stationary. Ammann and Naveau (2003), Gusev (2008), and
Deligne et al. (2010) studied these statistical properties and Ammann
and Naveau (2010) showed how they could be used to produce a sta-
tistical distribution for future simulations. Although the future forcing
from volcanic eruptions will depend only on the stratospheric aerosol
loading for most forcing mechanisms, the future effects on reducing
ozone will diminish as ozone depleting substances diminish in the
future (Eyring et al., 2010b).

## 8.5    Synthesis of Global Mean Radiative Forcing, Past and Future

The RF can be used to quantify the various agents that drive climate
change over the Industrial Era or the various contributions to future
climate change. There are multiple ways in which RF can be attribut-
ed to underlying causes, each providing various perspectives on the
importance of the different factors driving climate change. This section
evaluates the RF with respect to emitted component and with respect
to the ultimate atmospheric concentrations. The uncertainties in the RF

BLM_0058493

8

agents vary and the confidence levels for these are presented in this section. Finally, this section shows historical and scenarios of future time evolution of RF.

### 8.5.1 Summary of Radiative Forcing by Species and Uncertainties

Table 8.5 has an overview of the RF agents considered here and each of them is given a confidence level for the change in RF over the Industrial Era to the present day. The confidence level is based on the evidence (robust, medium, and limited) and the agreement (high, medium, and low; see further description in Chapter 1). The confidence level of the forcing agents goes beyond the numerical values available in estimates and is an assessment for a particular forcing agent to have a real

value within the estimated range. Some of the RF agents have robust evidence such as WMGHG with well documented increases based on high precision measurements as well as contrails as additional clouds which can be seen by direct observations. However, for some forcing agents the evidence is more limited regarding their existence such as aerosol influence on cloud cover. The consistency in the findings for a particular forcing agent determines the evaluation of the evidence. A combination of different methods, for example, observations and modeling, and thus the understanding of the processes causing the forcing is important for this evaluation. The agreement is a qualitative judgment of the difference between the various estimates for a particular RF agent. Figure 1.11 shows how the combined evidence and agreement results in five levels for the confidence level.

**Table 8.5 |** Confidence level for the forcing estimate associated with each forcing agent for the 1750–2011 period. The confidence level is based on the evidence and the agreement as given in the table. The basis for the confidence level and change since AR4 is provided. See Figure 1.11 for further description of the evidence, agreement and confidence level. The colours are adopted based on the evidence and agreement shown in Figure 1.11. Dark green is "High agreement and Robust evidence", light green is either "High agreement and Medium evidence" or "Medium agreement and Robust evidence", yellow is either "High agreement and Limited evidence" or "Medium agreement and Medium evidence" or "Low agreement and Robust evidence", orange is either "Medium agreement and Limited evidence" or "Low agreement and Medium evidence" and finally red is "Low agreement and Limited evidence". Note, that the confidence levels given in Table 8.5 are for 2011 relative to 1750 and for some of the agents the confidence level may be different for certain portions of the Industrial Era.

| | Evidence | Agreement | Confidence Level | Basis for Uncertainty Estimates (more certain / less certain) | Change in Understanding Since AR4 |
|---|---|---|---|---|---|
| Well-mixed greenhouse gases | Robust | High | Very high | Measured trends from different observed data sets and differences between radiative transfer models | No major change |
| Tropospheric ozone | Robust | Medium | High | Observed trends of ozone in the troposphere and model results for the industrial era/Differences between model estimates of RF | No major change |
| Stratospheric ozone | Robust | Medium | High | Observed trends in stratospheric and total ozone and modelling of ozone depletion/Differences between estimates of RF | No major change |
| Stratospheric water vapour from CH₄ | Robust | Low | Medium | Similiarities in results of independent methods to estimate the RF/Known uncertainty in RF calculations | Elevated owing to more studies |
| Aerosol–radiation interactions | Robust | Medium | High | A large set of observations and converging independent estimates of RF/Differences between model estimates of RF | Elevated owing to more robust estimates from independent methods |
| Aerosol–cloud interactions | Medium | Low | Low | Variety of different observational evidence and modelling activities/Spread in model estimates of ERF and differences between observations and model results | ERF in AR5 has a similar confidence level to RF in AR4 |
| Rapid adjustment aerosol–radiation interactions | Medium | Low | Low | Observational evidence combined with results from different types of models/Large spread in model estimates | Elevated owing to increased evidence |
| Total aerosol effect | Medium | Medium | Medium | A large set of observations and model results, independent methods to derive ERF estimates/Aerosol–cloud interaction processes and anthropogenic fraction of CCN still fairly uncertain | Not provided previously |
| Surface albedo (land use) | Robust | Medium | High | Estimates of deforestation for agricultural purposes and well known physical processes/Spread in model estimates of RF | Elevated owing to the availability of high-quality satellite data |
| Surface albedo (BC aerosol on snow and ice) | Medium | Low | Low | Observations of snow samples and the link between BC content in snow and albedo/Large spread in model estimates of RF | No major change |
| Contrails | Robust | Low | Medium | Contrails observations , large number of model estimates/Spread in model estimates of RF and uncertainties in contrail optical properties | Elevated owing to more studies |
| Contrail- induced cirrus | Medium | Low | Low | Observations of a few events of contrail induced cirrus/Extent of events uncertain and large spread in estimates of ERF | Elevated owing to additional studies increasing the evidence |
| Solar irradiance | Medium | Medium | Medium | Satellite information over recent decades and small uncertainty in radiative transfer calculations/Large relative spread in reconstructions based on proxy data | Elevated owing to better agreement of a weak RF |
| Volcanic aerosol | Robust | Medium | High | Observations of recent volcanic eruptions/Reconstructions of past eruptions | Elevated owing to improved understanding |

Notes:

The confidence level for aerosol–cloud interactions includes rapid adjustments (which include what was previously denoted as cloud lifetime effect or second indirect aerosol effect). The separate confidence level for the rapid adjustment for aerosol–cloud interactions is very low. For aerosol–radiation interaction the table provides separate confidence levels for RF due to aerosol–radiation interaction and rapid adjustment associated with aerosol–radiation interaction.

BLM_0058494

Evidence is robust for several of the RF agents because of long term observations of trends over the industrial era and well defined links between atmospheric or land surfaced changes and their radiative effects. Evidence is medium for a few agents where the anthropogenic changes or the link between the forcing agent and its radiative effect are less certain. Medium evidence can be assigned in cases where observations or modelling provide a diversity of information and thus not a consistent picture for a given forcing agent. We assess the evidence to be limited only for rapid adjustment associated with aerosol–cloud interaction where model studies in some cases indicate changes but direct observations of cloud alterations are scarce. High agreement is given only for the WMGHG where the relative uncertainties in the RF estimates are much smaller than for the other RF agents. Low agreement can either be due to large diversity in estimates of the magnitude of the forcing or from the fact that the method to estimate the forcing has a large uncertainty. Stratospheric water vapour is an example of the latter with modest difference in the few available estimates but a known large uncertainty in the radiative transfer calculations (see further description in Section 8.3.1).

Figure 8.14 shows the development of the confidence level over the last four IPCC assessments for the various RF mechanisms. In the previous IPCC reports level of scientific understanding (LOSU) has been

used instead of confidence level. For comparison with previous IPCC assessments the LOSU is converted approximately to confidence level. Note that LOSU and confidence level use different terms for their rankings. The figure shows generally increasing confidence levels but also that more RF mechanisms have been included over time. The confidence levels for the RF due to aerosol–radiation interactions, surface albedo due to land use and volcanic aerosols have been raised and are now at the same ranking as those for change in stratospheric and tropospheric ozone. This is due to an increased understanding of key parameteres and their uncertainties for the elevated RF agents. For tropospheric and stratospheric ozone changes, research has shown further complexities with changes primarily influencing the troposphere or the stratosphere being linked to some extent (see Section 8.3.3). The rapid adjustment associated with aerosol–cloud interactions is given the *confidence* level *very low* and had a similar level in AR4. For rapid adjustment associated with aerosol–radiation interactions (previously denoted as semi-direct effect) the *confidence* level is *low* and is raised compared to AR4, as the evidence is improved and is now *medium* (see Section 7.5.2).

Table 8.6 shows the best estimate of the RF and ERF (for AR5 only) for the various RF agents from the various IPCC assessments. The RF due to WMGHG has increased by 16% and 8% since TAR and AR4,



**Figure 8.14** | Confidence level of the forcing mechanisms in the 4 last IPCC assessments. In the previous IPCC assessments the level of scientific understanding (LOSU) has been adopted instead of confidence level, but for comparison with previous IPCC assessments the LOSU is converted approximately to confidence level. The thickness of the bars represents the relative magnitude of the current forcing (with a minimum value for clarity of presentation). LOSU for the RF mechanisms was not available in the first IPCC Assessment (Houghton et al., 1990). Rapid adjustments associated with aerosol–cloud interactions (shown as RA aero.–cloud interac.) which include what was previously referred to as the second indirect aerosol effect or cloud lifetime effect whereas rapid adjustments associated with aerosol–radiation interactions (shown as RA aero.-rad. interac.) were previously referred to as the semi-direct effect (see Figure 7.3). In AR4 the confidence level for aerosol–cloud interaction was given both for RF due to aerosol–cloud interaction and rapid adjustment associated with aerosol–cloud interaction. Generally the aerosol–cloud interaction is not separated into various components in AR5, hence the confidence levels for ERF due to aerosol–cloud interaction in AR5 and for RF due to aerosol–cloud interaction from previous IPCC reports are compared. The confidence level for the rapid adjustment associated with aerosol–cloud interaction is comparable for AR4 and AR5. The colours are adopted based on the evidence and agreement shown in Figure 1.11. Dark green is "High agreement and Robust evidence", light green is either "High agreement and Medium evidence" or "Medium agreement and Robust evidence", yellow is either "High agreement and limited evidence" or "Medium agreement and Medium evidence" or "Low agreement and Robust evidence", orange is either "Medium agreement and Limited evidence" or "Low agreement and Medium evidence" and finally red is "Low agreement and Limited evidence".

BLM_0058495

**8**

respectively. This is due mainly to increased concentrations (see Section 8.3.2), whereas the other changes for the anthropogenic RF agents compared to AR4 are due to re-evaluations and in some cases from improved understanding. An increased number of studies, additional observational data and better agreement between models and observations can be the causes for such re-evaluations. The best estimates for RF due to aerosol–radiation interactions, BC on snow and solar irradiance are all substantially decreased in magnitude compared to AR4; otherwise the modifications to the best estimates are rather small. For the RF due to aerosol–radiation interaction and BC on snow the changes in the estimates are based on additional new studies since AR4 (see Section 8.3.4 and Section 7.5). For the change in the estimate of the solar irradiance it is a combination on how the RF is calculated, new evidence showing some larger earlier estimates were incorrect, and a downward trend observed during recent years in the solar activity that has been taken into account (see Section 8.4.1). The estimate for ERF due to aerosol–cloud interaction includes rapid adjustment but still this ERF is smaller in magnitude than the AR4 RF estimate due to aerosol–cloud interactions without rapid adjustments (a theoretical construct not quantified in AR5). The uncertainties for ERF due to $CO_2$ increase when compared to RF (see Section 8.3.2). We assume the relative ERF uncertainties for $CO_2$ apply to all WMGHG. For the short-lived GHG we do not have sufficient information to include separate ERF uncertainty to each of these forcing agents (see Section 8.1.1.3).

However, for these forcing mechanisms the RF uncertainties are larger than for the WMGHG and thus it is *unlikely* that rapid adjustments change the uncertainties substantially.

Figure 8.15 shows the RF for agents listed in Table 8.6 over the 1750–2011 period. The methods for calculation of forcing estimates are described in Section 8.3 and 8.4. For some of the components the forcing estimates are based on observed abundance whereas some are estimated from a combination of model simulations and observations and for others are purely model based. Solid bars are given for ERF, whereas RF values are given as (additional) hatched bars. Similarly the uncertainties are given for ERF in solid lines and dotted lines for RF. An important assumption is that different forcing mechanisms can be treated additively to calculate the total forcing (see Boucher and Haywood, 2001; Forster et al., 2007; Haywood and Schulz, 2007). Total ERF over the Industrial Era calculated from Monte Carlo simulations are shown in Figure 8.16, with a best estimate of 2.29 W m$^{-2}$. For each of the forcing agents a probability density function (PDF) is generated based on uncertainties provided in Table 8.6. The combination of the individual RF agents to derive total forcing follows the same approach as in AR4 (Forster et al., 2007) which is based on the method in Boucher and Haywood (2001). The PDF of the GHGs (sum of WMGHG, ozone and stratospheric water vapour) has a more narrow shape than the PDF for the aerosols owing to the much lower relative uncertainty.

**Table 8.6 |** Summary table of RF estimates for AR5 and comparison with the three previous IPCC assessment reports. ERF values for AR5 are included. For AR5 the values are given for the period 1750–2011, whereas earlier final years have been adopted in the previous IPCC assessment reports.

| | Global Mean Radiative Forcing (W m$^{-2}$) | | | | | ERF (W m$^{-2}$) |
|---|---|---|---|---|---|---|
| | SAR (1750–1993) | TAR (1750–1998) | AR4 (1750–2005) | AR5 (1750–2011) | Comment | AR5 |
| Well-mixed greenhouse gases ($CO_2$, $CH_4$, $N_2O$, and halocarbons) | 2.45 (2.08 to 2.82) | 2.43 (2.19 to 2.67) | 2.63 (2.37 to 2.89) | 2.83 (2.54 to 3.12) | Change due to increase in concentrations | 2.83 (2.26 to 3.40) |
| Tropospheric ozone | +0.40 (0.20 to 0.60) | +0.35 (0.20 to 0.50) | +0.35 (0.25 to 0.65) | +0.40 (0.20 to 0.60) | Slightly modified estimate | |
| Stratospheric ozone | −0.1 (−0.2 to −0.05) | −0.15 (−0.25 to −0.05) | −0.05 (−0.15 to +0.05) | −0.05 (−0.15 to +0.05) | Estimate unchanged | |
| Stratospheric water vapour from $CH_4$ | Not estimated | +0.01 to +0.03 | +0.07 (+0.02, +0.12) | +0.07 (+0.02 to +0.12) | Estimate unchanged | |
| Aerosol–radiation interactions | Not estimated | Not estimated | −0.50 (−0.90 to −0.10) | −0.35 (−0.85 to +0.15) | Re-evaluated to be smaller in magnitude | −0.45 (−0.95 to +0.05) |
| Aerosol–cloud interactions | 0 to −1.5 (sulphate only) | 0 to −2.0 (all aerosols) | −0.70 (−1.80 to −0.30) (all aerosols) | Not estimated | Replaced by ERF and re-evaluated to be smaller in magnitude | −0.45 (−1.2 to 0.0) |
| Surface albedo (land use) | Not estimated | −0.20 (−0.40 to 0.0) | −0.20 (−0.40 to 0.0) | −0.15 (−0.25 to −0.05) | Re-evaluated to be slightly smaller in magnitude | |
| Surface albedo (black carbon aerosol on snow and ice) | Not estimated | Not estimated | +0.10 (0.0 to +0.20) | +0.04 (+0.02 to +0.09) | Re-evaluated to be weaker | |
| Contrails | Not estimated | +0.02 (+0.006 to +0.07) | +0.01 (+0.003 to +0.03) | +0.01 (+0.005 to +0.03) | No major change | |
| Combined contrails and contrail-induced cirrus | Not estimated | 0 to +0.04 | Not estimated | Not estimated | | 0.05 (0.02 to 0.15) |
| Total anthropogenic | Not estimated | Not estimated | 1.6 (0.6 to 2.4) | Not estimated | Stronger positive due to changes in various forcing agents | 2.3 (1.1 to 3.3) |
| Solar irradiance | +0.30 (+0.10 to +0.50) | +0.30 (+0.10 to +0.50) | +0.12 (+0.06 to +0.30) | +0.05 (0.0 to +0.10) | Re-evaluated to be weaker | |

Notes:

Volcanic RF is not added to the table due to the periodic nature of volcanic eruptions, which makes it difficult to compare to the other forcing mechanisms.

BLM_0058496



**Figure 8.15 |** Bar chart for RF (hatched) and ERF (solid) for the period 1750–2011, where the total ERF is derived from Figure 8.16. Uncertainties (5 to 95% confidence range) are given for RF (dotted lines) and ERF (solid lines).



**Figure 8.16 |** Probability density function (PDF) of ERF due to total GHG, aerosol forcing and total anthropogenic forcing. The GHG consists of WMGHG, ozone and stratospheric water vapour. The PDFs are generated based on uncertainties provided in Table 8.6. The combination of the individual RF agents to derive total forcing over the Industrial Era are done by Monte Carlo simulations and based on the method in Boucher and Haywood (2001). PDF of the ERF from surface albedo changes and combined contrails and contrail-induced cirrus are included in the total anthropogenic forcing, but not shown as a separate PDF. We currently do not have ERF estimates for some forcing mechanisms: ozone, land use, solar, etc. For these forcings we assume that the RF is representative of the ERF and for the ERF uncertainty an additional uncertainty of 17% has been included in quadrature to the RF uncertainty. See Supplementary Material Section 8.SM.7 and Table 8.SM.4 for further description on method and values used in the calculations. Lines at the top of the figure compare the best estimates and uncertainty ranges (5 to 95% confidence range) with RF estimates from AR4.

Therefore, the large uncertainty in the aerosol forcing is the main cause of the large uncertainty in the total anthropogenic ERF. The total anthropogenic forcing is *virtually certain* to be positive with the probability for a negative value less than 0.1%. Compared to AR4 the total anthropogenic ERF is more positive with an increase of 43%. This is caused by a combination of growth in GHG concentration, and thus strengthening in forcing of WMGHG, and weaker ERF estimates of aerosols (aerosol–radiation and aerosol–cloud interactions) as a result of new assessments of these effects.

Figure 8.17 shows the forcing over the Industrial Era by emitted compounds (see Supplementary Material Tables 8.SM.6 and 8.SM.7 for actual numbers and references). It is more complex to view the RF by emitted species than by change in atmospheric abundance (Figure 8.15) since the number of emitted compounds and changes leading to RF is larger than the number of compounds causing RF directly (see Section 8.3.3). The main reason for this is the indirect effect of several compounds and in particular components involved in atmospheric chemistry (see Section 8.2). To estimate the RF by the emitted compounds in some cases the emission over the entire Industrial Era is needed (e.g., for $CO_2$) whereas for other compounds (such as ozone and $CH_4$) quite complex simulations are required (see Section 8.3.3). $CO_2$ is the dominant positive forcing both by abundance and by emitted compound. Emissions of $CH_4$, CO, and NMVOC all lead to excess $CO_2$ as one end product if the carbon is of fossil origin and is the reason why the RF of direct $CO_2$ emissions is slightly lower than the RF of abundance change of $CO_2$. For $CH_4$ the contribution from emission is estimated to be almost twice as large as that from the $CH_4$ concen-

697

BLM_0058497

**8**

tration change, 0.97 (0.80 to 1.14) W m$^{-2}$ versus 0.48 (0.43 to 0.53) W m$^{-2}$, respectively. This is because emission of $CH_4$ leads to ozone production, stratospheric water vapour, $CO_2$ (as mentioned above), and importantly affects its own lifetime (Section 8.2). Actually, emissions of $CH_4$ would lead to a stronger RF via the direct $CH_4$ greenhouse effect (0.64 W m$^{-2}$) than the RF from abundance change of $CH_4$ (0.48 W m$^{-2}$). This is because other compounds have influenced the lifetime of $CH_4$ and reduced the abundance of $CH_4$, most notably $NO_x$. Emissions of CO (0.23 (0.18 to 0.29) W m$^{-2}$) and NMVOC (0.10 (0.06 to 0.14) W m$^{-2}$) have only indirect effects on RF through ozone production, $CH_4$ and $CO_2$ and thus contribute an overall positive RF. Emissions of $NO_x$, on the other hand, have indirect effects that lead to positive RF through ozone production and also effects that lead to negative RF through

reduction of $CH_4$ lifetime and thus its concentration, and through contributions to nitrate aerosol formation. The best estimate of the overall effect of anthropogenic emissions of $NO_x$ is a negative RF (-0.15 (-0.34 to +0.02) W m$^{-2}$). Emissions of ammonia also contribute to nitrate aerosol formation, with a small offset due to compensating changes in sulphate aerosols. Additionally indirect effects from sulphate on atmospheric compounds are not included here as models typically simulate a small effect, but there are large relative differences in the response between models. Impacts of emissions other than $CO_2$ on the carbon cycle via changes in atmospheric composition (ozone or aerosols) are also not shown owing to the limited amount of available information.

For the WMGHG, the ERF best estimate is the same as the RF. The uncertainty range is slightly larger, however. The total emission-based ERF of WMGHG is 3.00 (2.22 to 3.78) W m$^{-2}$. That of $CO_2$ is 1.68 (1.33 to 2.03) W m$^{-2}$; that of $CH_4$ is 0.97 (0.74 to 1.20) W m$^{-2}$; that of stratospheric ozone-depleting halocarbons is 0.18 (0.01 to 0.35) W m$^{-2}$.

Emissions of BC have a positive RF through aerosol–radiation interactions and BC on snow (0.64 W m$^{-2}$, see Section 8.3.4 and Section 7.5). The emissions from the various compounds are co-emitted; this is in particular the case for BC and OC from biomass burning aerosols. The net RF of biomass burning emissions for aerosol–radiation interactions is close to zero, but with rather strong positive RF from BC and negative RF from OC (see Sections 8.3.4 and 7.5). The ERF due to aerosol–cloud interactions is caused by primary anthropogenic emissions of BC, OC and dust as well as secondary aerosol from anthropogenic emissions of $SO_2$, $NO_x$ and $NH_3$. However, quantification of the contribution from the various components to the ERF due to aerosol–cloud interactions has not been attempted in this assessment.

### 8.5.2    Time Evolution of Historical Forcing

The time evolution of global mean forcing is shown in Figure 8.18 for the Industrial Era. Over all time periods during the Industrial Era $CO_2$ and other WMGHG have been the dominant term, except for shorter periods with strong volcanic eruptions. The time evolution shows an almost continuous increase in the magnitude of anthropogenic ERF. This is the case both for $CO_2$ and other WMGHGs as well as several individual aerosol components. The forcing from $CO_2$ and other WMGHGs has increased somewhat faster since the 1960s. Emissions of $CO_2$ have made the largest contribution to the increased anthropogenic forcing in every decade since the 1960s. The total aerosol ERF (aerosol–radiation interaction and aerosol–cloud interaction) has the strongest negative forcing (except for brief periods with large volcanic forcing), with a strengthening in the magnitude similar to many of the other anthropogenic forcing mechanisms with time. The global mean forcing of aerosol–radiation interactions was rather weak until 1950 but strengthened in the latter half of the last century and in particular in the period between 1950 and 1980. The RF due to aerosol–radiation interaction by aerosol component is shown in Section 8.3.4 (Figure 8.8).

Although there is *high confidence* for a substantial enhancement in the negative aerosol forcing in the period 1950–1980, there is much more uncertainty in the relative change in global mean aerosol forcing over the last two decades (1990–2010). Over the last two decades there has been a strong geographic shift in aerosol and aerosol precursor



**Figure 8.17 |** RF bar chart for the period 1750–2011 based on emitted compounds (gases, aerosols or aerosol precursors) or other changes. Numerical values and their uncertainties are shown in Supplementary Material Tables 8.SM.6 and 8.SM.7. Note that a certain part of $CH_4$ attribution is not straightforward and discussed further in Section 8.3.3. Red (positive RF) and blue (negative forcing) are used for emitted components which affect few forcing agents, whereas for emitted components affecting many compounds several colours are used as indicated in the inset at the upper part the figure. The vertical bars indicate the relative uncertainty of the RF induced by each component. Their length is proportional to the thickness of the bar, that is, the full length is equal to the bar thickness for a ±50% uncertainty. The net impact of the individual contributions is shown by a diamond symbol and its uncertainty (5 to 95% confidence range) is given by the horizontal error bar. ERFaci is ERF due to aerosol–cloud interaction. BC and OC are co-emitted, especially for biomass burning emissions (given as Biomass Burning in the figure) and to a large extent also for fossil and biofuel emissions (given as Fossil and Biofuel in the figure where biofuel refers to solid biomass fuels). SOA have not been included because the formation depends on a variety of factors not currently sufficiently quantified.

698

BLM_0058498

emissions (see Section 2.2.3), and there are some uncertainties in these emissions (Granier et al., 2011). In addition to the regional changes in the aerosol forcing there is also likely a competition between various aerosol effects. Emission data indicate a small increase in the BC emissions (Granier et al., 2011) but model studies also indicate a weak enhancement of other aerosol types. Therefore, the net aerosol forcing depends on the balance between absorbing and scattering aerosols for aerosol–radiation interaction as well as balance between the changes in aerosol–radiation and aerosol–cloud interactions. In the ACCMIP models, for example, the RF due to aerosol–radiation interaction becomes less negative during 1980 to 2000, but total aerosol ERF becomes more negative (Shindell et al., 2013c). There is a *very low confidence* for the trend in the total aerosol forcing during the past two to three decades, even the sign; however, there is *high confidence* that the offset from aerosol forcing to WMGHG forcing during this period was much smaller than over the 1950–1980 period.

The volcanic RF has a very irregular temporal pattern and for certain years has a strongly negative RF. There has not been a major volcanic eruption in the past decade, but some weaker eruptions give a current RF that is slightly negative relative to 1750 and slightly stronger in magnitude compared to 1999–2002 (see Section 8.4.2).

Figure 8.19 shows linear trends in forcing (anthropogenic, natural and total) over four different time periods. Three of the periods are the same as chosen in Box 9.2 (1984–1998, 1998–2011 and 1951–2011) and the period 1970–2011 is shown in Box 13.1. Monte Carlo simulations are performed to derive uncertainties in the forcing based on ranges given in Table 8.6 and the derived linear trends. Further, these uncertainties are combined with uncertainties derived from shifting time periods ±2 years and the full 90% confidence range is shown in Figure 8.19 (in Box 9.2 only the total forcing is shown with uncertainties derived from the forcing uncertainty without sensitivity to time period). For the anthropogenic forcing sensitivity to the selection of time periods is very small with a maximum contribution to the uncertainties shown in Figure 8.19 of 2%. However, for the natural forcing the sensitivity to time periods is the dominant contributor to the overall uncertainty (see Supplementary Material Figure 8.SM.3) for the relatively short periods 1998–2011 and 1984–1998, whereas this is not the case for the longer periods. For the 1998–2011 period the natural forcing is *very likely* negative and has offset 2 to 89% of the anthropogenic forcing. It is *likely* that the natural forcing change has offset at least 30% of the anthropogenic forcing increase and *very likely* that it has offset at least 10% of the anthropogenic increase. For the 1998–2011 period both the volcanic and solar forcings contribute to this negative natural forcing, with the latter dominating. For the other periods shown in Figure 8.19 the best estimate of the natural is much smaller in magnitude than the anthropogenic forcing, but note that the natural forcing is very dependent on the selection of time period near the 1984–1998 interval. Over the period 1951–2011 the trend in anthropogenic forcing is almost 0.3 W m$^{-2}$ per decade and thus anthropogenic forcing over this period is more than 1.5 W m$^{-2}$. The anthropogenic forcing for 1998–2011 is 30% higher and with smaller uncertainty than for the 1951–2011 period. Note that due to large WMGHG forcing (Section 8.3.2) the anthropogenic forcing was similar in the late 1970s and early 1980s to the 1998–2011 period. The reason for the reduced uncertainty in the 1998–2011 anthropogenic forcing



**Figure 8.18 |** Time evolution of forcing for anthropogenic and natural forcing mechanisms. Bars with the forcing and uncertainty ranges (5 to 95% confidence range) at present are given in the right part of the figure. For aerosol the ERF due to aerosol–radiation interaction and total aerosol ERF are shown. The uncertainty ranges are for present (2011 versus 1750) and are given in Table 8.6. For aerosols, only the uncertainty in the total aerosol ERF is given. For several of the forcing agents the relative uncertainty may be larger for certain time periods compared to present. See Supplementary Material Table 8.SM.8 for further information on the forcing time evolutions. Forcing numbers provided in Annex II. The total antropogenic forcing was 0.57 (0.29 to 0.85) W m$^{-2}$ in 1950, 1.25 (0.64 to 1.86) W m$^{-2}$ in 1980 and 2.29 (1.13 to 3.33) W m$^{-2}$ in 2011.

is the larger domination of WMGHG forcing and smaller contribution from aerosol forcing compared to previous periods. Similar to the results for 1970–2011 in Figure 8.19, Box 13.1 shows that the global energy budget is dominated by anthropogenic forcing compared to the natural forcing, except for the two major volcanic eruption in this period as can be easily seen in Figure 8.18.

Figure 8.20 shows the forcing between 1980 and 2011. Compared to the whole Industrial Era the dominance of the $CO_2$ is larger for this recent period both with respect to other WMGHG and the total anthropogenic RF. The forcing due to aerosols is rather weak leading



**Figure 8.19 |** Linear trend in anthropogenic, natural and total forcing for the indicated time periods. The uncertainty ranges (5 to 95% confidence range) are combined from uncertainties in the forcing values (from Table 8.6) and the uncertainties in selection of time period. Monte Carlo simulations were performed to derive uncertainties in the forcing based on ranges given in Table 8.6 and linear trends in forcing. The sensitivity to time periods has been derived from changing the time periods by ±2 years.

BLM_0058499

Radiative forcing of climate between 1980 and 2011
Forcing agent
Anthropogenic
Natural
Well Mixed Greenhouse Gases
$CO_2$
Other WMGHG
$N_2O$
$CH_4$
Halocarbons
Ozone
Stratospheric
Tropospheric
Stratospheric water vapour from $CH_4$
Surface Albedo
BC on snow + Land Use
Contrails
Contrail induced cirrus
Aero.-Rad. Interac.
Aero.-Cloud Interac.
Total anthropogenic
Solar irradiance
-0.5
0.0
0.5
1.0
Radiative Forcing (W m$^{-2}$)

**Figure 8.20 |** Bar chart for RF (hatched) and ERF (solid) for the period 1980–2011, where the total anthropogenic ERF are derived from Monte-Carlo simulations similar to Figure 8.16. Uncertainties (5 to 95% confidence range) are given for RF (dotted lines) and ERF (solid lines).

to a very strong net positive ERF for the 1980–2011 period. More than 40% of the total anthropogenic ERF has occurred over the 1980–2011 period with a value close to 1.0 (0.7 to 1.3) W m$^{-2}$. The major contribution to the uncertainties in the time evolution of the anthropogenic forcing is associated with the aerosols (see Section 8.5.1). Despite this, anthropogenic ERF is *very likely* considerably more positive than the natural RF over the decadal time periods since 1950. This is in particular the case after 1980, where satellite data are available that provide important measurements to constrain the natural RF mechanisms (e.g., the volcanic RF change between 2007–2011 and 1978–1982 is 0.06 W m$^{-2}$ and the representative change in solar irradiance over the 1980–2011 period is –0.06 W m$^{-2}$) with total natural RF of 0.0 (-0.1 to +0.1) W m$^{-2}$.

### 8.5.3 Future Radiative Forcing

Projections of global mean RF are assessed based on results from multiple sources examining the RF due to RCP emissions: the ACCMIP initiative (see Section 8.2) provides analysis of the RF or ERF due to aerosols and ozone (Shindell et al., 2013c), while WMGHG, land use and stratospheric water RFs are taken from the results of calculations with the reduced-complexity Model for the Assessment of Greenhouse-gas Induced Climate Change 6 (MAGICC6) driven by the RCP emissions and land use (Meinshausen et al., 2011a). While MAGICC6 also estimated ozone and aerosol RF, those values differ substantially from the ACCMIP values and are considered less realistic. Additional discussion of biases in the MAGICC6 results due to the simplified representations of atmospheric chemistry and the carbon cycle, along with further discussion on the representativeness of the RCP projections in context with the broader set of scenarios in the literature, is presented in Section 11.3.5 and Section 12.3 (also see Section 8.2). As the ACCMIP project provided projected forcings primarily at 2030 and 2100, we hereafter highlight those times. Although understanding the relative contributions of various processes to the overall effect of aerosols on forcing is useful, we emphasize the total aerosol ERF, which includes all aerosol–radiation and aerosol–cloud interactions, as this is the most indicative of the aerosol forcing driving climate change. We also present traditional RF due to aerosol–radiation interaction (previously called direct aerosol effect) but do not examine further the various components of aerosol ERF. Aerosol forcing estimates, both mean and uncertainty ranges, are derived from the 10 ACCMIP models, 8 of which are also CMIP5 models. We analyze forcing during the 21st century (relative to 2000), and hence the WMGHG forcing changes are in addition to persistent forcing from historical WMGHG increases.

Analysis of forcing at 2030 relative to 2000 shows that under RCP2.6, total ozone (tropospheric and stratospheric) forcing is near zero, RF due to aerosol–radiation interaction is positive but small, and hence WMGHG forcing dominates changes over this time period (Figure 8.21). WMGHG forcing is dominated by increasing $CO_2$, as declining $CH_4$ and increasing $N_2O$ have nearly offsetting small contributions to forcing. Aerosol ERF was not evaluated for this RCP under ACCMIP, and values cannot be readily inferred from RF due to aerosol–radiation interaction as these are not directly proportional. Under RCP8.5, RF due to aerosol–radiation interaction in 2030 is weakly negative, aerosol ERF is positive with a fairly small value and large uncertainty range, total ozone forcing is positive but small (~0.1 W m$^{-2}$), and thus WMGHG forcing again dominates with a value exceeding 1 W m$^{-2}$. As with RCP2.6, WMGHG forcing is dominated by $CO_2$, but under this scenario the other WMGHGs all contribute additional positive forcing. Going to 2100, ozone forcing diverges in sign between the two scenarios, consistent with changes in the tropospheric ozone burden (Figure 8.4) which are largely attributable to projected $CH_4$ emissions, but is small in either case. Ozone RF is the net impact of a positive forcing from stratospheric ozone recovery owing to reductions in anthropogenic ozone-depleting halocarbon emissions in both scenarios and a larger impact from changes in tropospheric precursors (Shindell et al., 2013c) which have a negative forcing in RCP2.6 and a positive forcing in RCP8.5.

The two scenarios are fairly consistent in their trends in RF due to aerosol–radiation interaction by component (Figure 8.21). There is positive RF due to aerosol–radiation interaction due to reductions in sulfate aerosol. This is largely offset by negative RF due to aerosol–radiation interaction by primary carbonaceous aerosols and especially by nitrate (though nearly all CMIP5 models did not include nitrate), leaving net aerosol RF due to aerosol–radiation interaction values that are very small, 0.1 W m$^{-2}$ or less in magnitude, in either scenario at 2030 and 2100. Nitrate aerosols continue to increase through 2100 as ammonia emissions rise steadily due to increased use of agricultural fertilizer even as all other aerosol precursor emissions decrease (Figure 8.2), including sulphur dioxide which drives the reduction in sulphate aerosol that also contributes to additional formation of nitrate aerosols in the future (Bauer et al., 2007; Bellouin et al., 2011). Aerosol ERF is *likely* similar at this time in all scenarios given that they all have greatly

reduced emissions of all aerosols and aerosol precursors other than ammonia. Aerosol ERF shows a large positive value at 2100 relative to 2000, nearly returning to its 1850 levels (the 2100 versus 1850 ERF represents a decrease in ERF of 91% relative to the 2000 versus 1850 value), as is expected given the RCP emissions. Thus although some models project large increases in nitrate RF in the future, the reduction in overall aerosol loading appears to lead to such a strong reduction in aerosol ERF that the impact of aerosols becomes very small under these RCPs. Of course the projections of drastic reductions in primary aerosol as well as aerosol and ozone precursor emissions may be overly optimistic as they assume virtually all nations in the world become wealthy and that emissions reductions are directly dependent on wealth. The RCPs also contain substantially lower projected growth in HFC emissions than in some studies (e.g., Velders et al., 2009).

Although aerosol ERF becomes less negative by nearly 1 W m$^{-2}$ from 2000 to 2100, this change is still small compared with the increased WMGHG forcing under RCP8.5, which is roughly 6 W m$^{-2}$ during this time (Figure 8.21). Roughly 5 W m$^{-2}$ of this WMGHG forcing comes from $CO_2$, with substantial additional forcing from increases in both $CH_4$ and nitrous oxide and only a very small negative forcing from reductions in halocarbons. Under RCP2.6, the WMGHG forcing is only about 0.5 W m$^{-2}$ during this time, as relatively strong decreases in $CH_4$ and halocarbon forcing offset roughly 40% of the increased $CO_2$ forcing, which is itself far less than under RCP8.5. Hence under this scenario, the projected future forcing due to aerosol reductions is actually stronger than the WMGHG forcing. Viewing the timeseries of the various forcings, however, indicates that aerosol ERF is returning to its pre-industrial levels, so that net forcing becomes increasingly dominated by WMGHGs regardless of scenario during the 21st century (Figure 8.22). As the forcing is so heavily dominated by WMGHGs at 2100, and the WMGHG concentrations ($CO_2$) or emissions (others) were chosen to match forcing targets, all the scenarios show net forcing values at that time that are fairly close to the scenarios' target values. The reduced aerosol forcing, with its large uncertainty, leads to a pronounced decrease in the uncertainty of the total net forcing by 2100. Based on the spread across ACCMIP models (using ERF for aerosols and converting to ERF for GHGs), the 90% confidence interval (CI) is about 20% for the 2100 net forcing, versus 26% for 2030 under RCP8.5 and 45–61% for 1980 and 2000 (Shindell et al., 2013c). The total ERF due to all causes has been independently estimated based on the transient response in the CMIP5 models and a linear forcing-response relationship derived through regression of the modelled response to an instantaneous increase in $CO_2$ (Forster et al., 2013). Uncertainties based on model spread behave similarly, with the 90% CI for net total ERF decreasing from 53% for 2003 to only 24 to 34% for 2100. Forcing relative to 2000 due to land use (via albedo only) and stratospheric water vapor changes are not shown separately as their projected values under the four RCPs are quite small: –0.09 to 0.00 and –0.03 to 0.10 W m$^{-2}$, respectively.

The CMIP5 forcing estimates (Forster et al., 2013) for the total projected 2030 and 2100 ERF are slightly smaller than the results obtained from the ACCMIP models (or the RCP targets; see Section 12.3.3). Examining the subset of models included in both this regression analysis and in ACCMIP shows that the ACCMIP subset show forcings on the low side of the mean value obtained from the full set of CMIP5



**Figure 8.21 |** Radiative forcing relative to 2000 due to anthropogenic composition changes based on ACCMIP models for aerosols (with aerosol ERF scaled to match the best estimate of present-day forcing) and total ozone and RCP WMGHG forcings. Ranges are one standard deviation in the ACCMIP models and assessed relative uncertainty for WMGHGs and stratospheric water vapor. Carbonaceous aerosols refer to primary carbonaceous, while SOA are secondary organic aerosols. Note that 2030 ERF for RCP2.6 was not available, and hence the total shown for that scenario is not perfectly comparable to the other total values. RFari is RF due to aerosol–radiation interaction.

analyzed, indicating that the discrepancy between the methods is not related to analysis of a different set of models. Instead, it may reflect nonlinearities in the response to forcing that are not represented by the regression analysis of the response to abrupt $CO_2$ increase experiments (Long and Collins, 2013) or differences in the response to other forcing agents relative to the response to $CO_2$ used in deriving the CMIP5 estimates (see also 12.3.3).

Natural forcings will also change in the future. The magnitudes cannot be reliably projected, but are *likely* to be small at multi-decadal scales (see Section 8.4). Brief episodic volcanic forcing could be large, however.



**Figure 8.22 |** Global mean anthropogenic forcing with symbols indicating the times at which ACCMIP simulations were performed (solid lines with circles are net; long dashes with squares are ozone; short dashes with diamonds are aerosol; dash-dot are WMGHG; colours indicate the RCPs with red for RCP8.5, orange RCP6.0, light blue RCP4.5, and dark blue RCP2.6). RCPs 2.6, 4.5 and 6.0 net forcings at 2100 are approximate values using aerosol ERF projected for RCP8.5 (modified from Shindell et al., 2013c). Some individual components are omitted for some RCPs for visual clarity.

BLM_0058501

## 8.6     Geographic Distribution of Radiative
Forcing

The forcing spatial pattern of the various RF mechanisms varies substantially in space and time, especially for the NTCFs. The spatial pattern is of interest to the extent that it may influence climate response (Section 8.6.2.2) as is being particularly investigated in the ACCMIP simulations.

### 8.6.1     Spatial Distribution of Current Radiative Forcing

The WMGHGs such as $CO_2$ have the largest forcing in the subtropics, decreasing toward the poles, with the largest forcing in warm and dry regions and smaller values in moist regions and in high-altitude regions (Taylor et al., 2011). For the NTCFs (Box 8.2) their concentration spatial pattern and therefore their RF pattern are highly inhomogeneous, and again meteorological factors such as temperature, humidity, clouds, and surface albedo influence how concentration translates to RF.

Figure 8.23 shows the RF spatial distribution of the major NTCFs together with standard deviation among the ACCMIP models (Shindell et al., 2013c) the net anthropogenic composition (WMGHG+ozone+aerosol) forcing is also shown (lower left panel). These models used unified anthropogenic emissions of aerosol and ozone precursors (Supplementary Material Figure 8.SM.2), so that the model diversity in RF is due only to differences in model chemical and climate features and natural emissions, and would be larger if uncertainty in the anthropogenic emissions were also included. In general, the confidence in geographical distribution is lower than for global mean, due to uncertainties in chemistry, transport and removal of species.

The negative RF due to aerosol–radiation interaction (first row; defined in Figure 7.3) is greatest in the NH and near populated and biomass burning regions. The standard deviation for the net RF due to aerosol–radiation interaction is typically largest over regions where vegetation changes are largest (e.g., South Asia and central Africa), due to uncertainties in biomass burning aerosol optical properties and in treatment of secondary organic aerosols. Carbonaceous aerosol forcing (second row) is greatest in South and East Asia and can be negative in biomass burning regions due to large weakly absorbing organic components. Absorbing aerosols also have enhanced positive forcing when they overlie high albedo surfaces such as cryosphere, desert or clouds, with as much as 50% of BC RF resulting from BC above clouds (Zarzycki and Bond, 2010).

Figure 8.24 compares the aerosol RFs for ACCMIP (Shindell et al., 2013c), which are representative of the CMIP5 experiments, with those from the AeroCom model intercomparison (Myhre et al., 2013) which includes sixteen models that used unified meteorology and are more extensively compared to measurements (e.g., Koch et al., 2009b; Koffi et al., 2012). The forcing results are very similar, establishing the representativeness and validity of the ACCMIP aerosol simulations.

The net aerosol ERF (Figure 8.23; third row), includes both aerosol–radiation and aerosol–cloud interactions. The spatial pattern correlates with the RF (first row), except with stronger effect in the outflow regions over oceans. The flux change is larger in the NH than the

SH (e.g., by nearly a factor of 3; Ming et al., 2007). Rapid adjustment associated with aerosol–radiation and aerosol–cloud interactions may enhance or reduce cloud cover depending on the region, cloud dynamics and aerosol loading (e.g., Randles and Ramaswamy, 2008; Koch and Del Genio, 2010; Persad et al., 2012). In general, the ocean-land forcing pattern differs from that reported in AR4, where the forcing due to aerosol–cloud interaction were larger over land than ocean (Forster et al., 2007), and this continues to be a source of uncertainty. Since AR4, Quaas et al. (2009) showed using satellite retrievals that the correlation between AOD changes and droplet number changes is stronger over oceans than over land and that models tend to overestimate the strength of the relation over land. Penner et al. (2011) showed that satellite retrievals, due to their dependence on present-day conditions, may underestimate the forcing due to aerosol–cloud interaction, especially over land, although this model analysis may overestimate the cloud condensation nucleus to AOD relation (Quaas et al., 2011). Wang and Penner (2009) also showed that if models include boundary layer nucleation and increase the fraction of sulphur emitted as a primary particle, the effect over land is increased relative to over ocean (see also Section 7.5.3). The aerosol ERF standard deviation is large in biomass burning regions, as for the RF, and in regions where cloud effects differ among models (e.g., northern North America, northeast Asia, Amazonia). The spread in aerosol ERF is much larger than for the RF alone, although the relative standard deviation is no larger (Shindell et al., 2013c).

For components that primarily scatter radiation, the radiative effect at the surface is similar to the RF (according to the definition in Section 8.1.1). However for components that absorb radiation in the atmosphere the radiation reaching the surface is reduced (Forster et al., 2007; Ramanathan and Carmichael, 2008; Andrews et al., 2010). This absorption of incoming solar radiation alters the vertical temperature profile in the atmospheric column and can thus change atmospheric circulation and cloud formation. The aerosol atmospheric absorption (Figure 8.23, bottom right), or the difference between ERF and the analogous radiative flux reaching the surface including rapid adjustments, has a spatial pattern that to lowest order tracks the carbonaceous aerosol forcing, but is also affected by cloud changes, where e.g., cloud loss could enhance atmospheric absorption. Atmospheric aerosol absorption patterns thus mirror the ERF due to aerosol–cloud interaction pattern, with larger forcing over continents.

Ozone RF is calculated using the methodology described in Shindell et al. (2013c), but applied to the larger set of models in ACCMIP (Stevenson et al., 2013). The net ozone RF (Figure 8.23; fourth row) is largest in subtropical latitudes, and is more positive in the NH than the SH. Pollution in the NH accounts for positive tropospheric forcing; stratospheric ozone loss has caused negative SH polar forcing. Model standard deviation is largest in the polar regions where lower stratosphere/upper troposphere changes differ in the models (Young et al., 2013).

Overall, the *confidence* in aerosol and ozone RF spatial patterns is *medium* and lower than that for the global mean due to the large regional standard deviations (Figure 8.23), and is exacerbated in aerosol ERF patterns due to uncertainty in cloud responses.

BLM_0058502



**Figure 8.23 |** Spatial pattern of ACCMIP models 1850 to 2000 forcings, mean values (left) and standard deviation (right) for aerosols and ozone (top four rows). Values above are the average of the area-weighted global means, with the area weighted mean of the standard deviation of models at each point provided in parenthesis. Shown are net aerosol RF due to aerosol–radiation interaction (top, 10 models), carbonaceous aerosol RF due to aerosol-radiation interaction (2nd row, 7 models), aerosol ERF (3rd row, 8 models), ozone (4th row, 11 models), total anthropogenic composition forcing (WMGHG+ozone+aerosols; bottom left), aerosol atmospheric absorption including rapid adjustment (bottom right, 6 models). Note that RF and ERF means are shown with different colour scales, and standard deviation colour scales vary among rows.

BLM_0058503

**8**



**Figure 8.24 |** Spatial pattern of ACCMIP and 16 AeroCom models 1850 to 2000 RF due to aerosol–radiation interaction, mean values (left) and standard deviation (right). Note that different carbonaceous aerosol diagnostics are used here compared to Figure 8.23, due to available AeroCom fields. Values above are the average of the area-weighted global means, with the area weighted mean of the standard deviation of models at each point provided in parentheses.

BLM_0058504

### 8.6.2    Spatial Evolution of Radiative Forcing and Response over the Industrial Era

#### 8.6.2.1    Regional Forcing Changes During the Industrial Era

The spatial distribution of the WMGHG RF has shifted only slightly over the industrial period; however the RF spatial distributions for NTCFs has shifted with emissions, due to the timing of regional development and implementation of pollution standards (Supplementary Material Figures 8.SM.1 and 8.SM.2 show regional trends and emissions maps; Lamarque et al., 2013). Figure 8.25 shows the distributions of aerosol and ozone forcings are modelled to have changed up to 1930, 1980 and 2000. Substantial industrial coal-burning in the early part of the 20th century occurred in the northeastern United States and Western Europe, leading to stronger sulphate and BC forcing near those

regions (Figure 8.25, left). Between 1950 and 1970, coal burning for power generation increased while coal burning for other purposes was replaced by oil and natural gas and motor vehicle usage grew rapidly in these regions, leading to more sulphate and less BC. Peak aerosol forcing in North America and Europe occurred around 1970–1980 (Figure 8.25, second column), while Asian development led to increased biofuel and fossil fuel sources of aerosols and ozone precursors toward the end of the century. During the final decades of the century, desulphurization controls reduced sulphur emissions from North America and Europe, resulting in reduced negative forcing in these regions and positive Arctic aerosol forcing. The SH ozone hole developed during the final three decades, with negative forcing over high latitudes. Biomass burning generated ozone and carbonaceous aerosols in NH high-latitudes early in the century, with increased tropical burning from mid to late century.



**Figure 8.25 |** Multi-model mean RF due to aerosol–radiation interaction of all aerosols, carbonaceous aerosols, ozone, and aerosol ERF (W m⁻²) for the indicated times based on the ACCMIP simulations. Global area-weighted means are given in the upper right.

BLM_0058505

Aerosol ERF grew rapidly from 1930 to 1980, as did RF due to aerosol–radiation interaction, with a spatial structure reflecting both the influence of aerosol–radiation and aerosol–cloud interactions that are especially strong over pollution outflow regions and over areas with high surface albedo. From 1980 to 2000, aerosol ERF continued to become more negative even as negative RF due to aerosol–radiation interaction grew weaker, with the spatial pattern showing strengthening of aerosol ERF over Asia and weakening of aerosol ERF over North America and Europe.

Soil dust has changed since the pre-industrial due to land disturbance and resulting desertification (a forcing) and to changes in climate (a feedback). Mahowald et al. (2010) showed approximate doubling in dust loading over the 20th century (–0.1 W m$^{-2}$; consistent with the best estimate in Section 7.5.2; Section 8.3.4.2), primarily from the Saharan and Middle Eastern Deserts, with largest increase from the 1950s to the 1980s (–0.3 W m$^{-2}$), followed by a leveling. The increased dustiness reduces model precipitation within the Saharan source region, improving agreement with observed precipitation.

Aerosol loading changes during the past century have impacted radiation at the surface (Section 2.3.3), with peak radiation reductions in North America and Europe in the 1980s, and ongoing reduction in South and East Asia (Wild, 2009). The AR4 and CMIP5 models simulated these trends but underestimated their magnitude, the decadal temperature variations and the diurnal temperature range over land (Wild, 2009; see Chapter 9).

Changes in spatial patterns of species and their forcing over the century are difficult to validate due to sparse observations of short-lived species. Some constraint comes from limited historical observations in ice core records and from shorter trends beginning in late century from satellite and surface-based site measurements. The emissions estimates for historical species are very uncertain, especially for carbonaceous aerosols and dust. Therefore, the *confidence* in the historical forcing pattern changes is *low* for RF due to aerosol–radiation interaction and ozone, and *very low* for ERF, carbonaceous aerosols and dust.

### 8.6.2.2   Relationship Between Regional Forcing Patterns and Climate Response During the Industrial Era

An increasing body of research considers how spatial variations in RF affect climate response. Detection and attribution methods have had limited success in discerning statistically significant regional climate signals from regional forcing, due to large internal climate variability at regional scales, uncertainty in model processes and sparse regional observational records (Chapter 10). Meanwhile, research including model sensitivity studies for NTCFs, which vary strongly in space in time, explores climate response patterns.

In AR4 (Forster et al., 2007; Knutti et al., 2008) it was argued that the spatial pattern of forcing is not indicative of the pattern of climate response. Rather, the response is linked more closely to TOA flux resulting from the climate feedback spatial patterns (Boer and Yu, 2003; Taylor et al., 2011; Ming and Ramaswamy, 2012), with the lapse rate, surface albedo and cloud feedbacks explaining most of the temperature

response. Yet Crook and Forster (2011) showed that both the spatial distribution of climate feedbacks and of heterogeneous forcing played important roles in the patterns of 20th century temperature changes. Other studies since AR4 have probed relationships between forcing patterns and climate responses.

Broad links between forcing and climate response have been identified. Shindell et al. (2010) used multiple models to show that surface temperature changes are much more sensitive to latitudinal than longitudinal variations in forcing. Shindell and Faluvegi (2009) used a model inverse approach to infer that NH aerosol reduction was associated with more than 70% of Arctic warming from the 1970s to the 2000s, and that Arctic and much of the SH surface temperature changes are strongly affected by remote forcing changes (alsoSection 10.3.1.1.4). Voulgarakis and Shindell (2010) defined a regional transient temperature sensitivity parameter, or temperature response per unit forcing for each 4-degree latitude band. Using observed surface air temperature changes they showed that the parameter is best constrained from 50°S to 25°N, where the value is 0.35°C (W m$^{-2}$)$^{-1}$, smaller than at northern higher latitudes, and 35% smaller than in AR4 models.

Some aerosol model studies have demonstrated highly localized climate response to regional forcing. Significant regional cooling and hydrological shifts in the eastern USA and in Eastern Asia during the last half of the 20th century were modelled and attributed to local aerosols (Leibensperger et al., 2008, 2012a, 2012b; Chang et al., 2009) and localized warming projected for aerosol reductions (Mickley et al., 2012). Observations have also linked historical trends in aerosols and temperature (Ruckstuhl et al., 2008; Philipona et al., 2009).

Since AR4, there has been new research on aerosol influences on the hydrologic cycle (also Sections 7.4, 7.6.4, 10.3.3.1 and 11.3.2.4.3). Increased aerosol loading, with greater surface energy flux reduction in the NH, has been implicated in the observed southward shift of the Intertropical Convergence Zone (ITCZ) towards the hemisphere with smaller surface energy reduction: southward up to the 1980s with a reversal since (e.g., Denman et al., 2007; Zhang et al., 2007). Several studies have modelled an associated reduction in NH precipitation and associated shifts in the Hadley circulation (e.g., Rotstayn et al., 2000; Williams et al., 2001; Ming et al., 2011). The ITCZ shift may in turn be responsible for broad regional precipitation changes, including drying of the Sahel (e.g., Rotstayn and Lohmann, 2002; Biasutti and Giannini, 2006; Kawase et al., 2010; Ackerley et al., 2011) and northwestern Brazil (Cox et al., 2008), both of which peaked in the 1980s. These hemispheric asymmetric ITCZ effects are overlaid on thermodynamic aerosol effects which moisten subtropical regions, countering GHG-induced drying of these regions (Ming et al., 2011). Studies indicate that aerosols are more effective than an equivalent WMGHG forcing for shifting precipitation, and that historical trends in several areas cannot be explained without including aerosol forcing (Bollasina et al., 2011; Booth et al., 2012; Shindell et al., 2012a; Shindell et al., 2012b). However, *confidence* in attribution of any human influence on zonal shifts in precipitation distribution is only *medium* (Section 10.3.2.2).

There is increasing evidence but limited agreement that absorbing aerosols influence cloud distributions (Section 7.3.4.2). Absorbing

BLM_0058506

8

aerosols apparently have complex influences on precipitation in monsoon regions. Model studies of Stephens et al. (2004) and Miller et al. (2004) showed that dust absorption over Africa enhances low-level convergence, vertical velocities and therefore local monsoon circulation and precipitation. On the other hand, Kawase et al. (2010) showed that biomass burning BC may cause the decreasing precipitation trend seen in tropical Africa during austral summer, due to reduction in evaporation and enhanced subsidence. The aerosol effects on the Indian monsoon are similarly complex, and have been the subject of numerous studies (e.g., Ramanathan et al., 2005; Chung and Ramanathan, 2006; Lau et al., 2006; Wang et al., 2009; Bollasina et al., (2011), but a clear picture of how the regional aerosol forcing correlates with responses has not yet fully emerged. Attribution of changes in monsoon to human influence generally has *low confidence* (Section 10.3).

Stratospheric ozone loss modelling has demonstrated an effect on the SH stratosphere similar to increased GHGs, cooling stratospheric temperatures, strengthening the polar vortex and shifting the westerly jet poleward; however causing cooler Antarctic surface temperatures, with larger influence on austral summer conditions (Son et al., 2009; McLandress et al., 2011; Thompson et al., 2011; see also Sections 10.3.3 and 11.3.2.4.3.) In the troposphere, models indicate that increased tropospheric ozone has caused warming, proportionally more in the NH and notably to the Arctic during winter, mainly during the second half of the 20th century (Shindell et al., 2006a).

Albedo changes due to land use and land cover changes exert a heterogeneous climate forcing (Figure 8.9). The surface albedo brightened on the one hand due to a shift from forest to brighter croplands, causing local cooling (e.g., Eliseev and Mokhov, 2011; Lee et al., 2011), but also darkened due to the re-expansion of forests to higher latitudes (Esper and Schweingruber, 2004) and increased vegetation height in snowy regions (Bonfils et al., 2012; also Section 8.3.5). Model studies have shown cooling from land use and land cover changes, especially over NH continents, although without demonstrating a detectable signal in observations (Matthews et al., 2004).

In addition to land use and climate-induced vegetation changes, $CO_2$ affects vegetation forcing indirectly, reducing transpiration from plants as stomata open less with increasing $CO_2$, resulting in localized atmospheric drying and warming (Section 11.3.2.3.1; Joshi and Gregory, 2008). These are not included in the standard RF (Section 8.1) and may be considered feedbacks (Section 8.3.2). This is modelled to be largest over the Amazon, the central African forest, and to some extent over boreal and temperate forests (Andrews et al., 2011). In the coupled climate modelling study of Lawrence and Chase (2010), the vegetation changes caused significant reduction in evapotranspiration, drying and warming in tropical and subtropical regions, with insignificant cooling at higher latitudes. Overall, vegetation changes may have caused modest cooling at high latitudes and warming at low latitudes, but the uncertainties are large and *confidence* is *very low*.

Deposition of BC on snow and ice, and loss of snow and ice darken the surface, reduces albedo, and enhances climate warming. Substantial snow-cover reduction of North America leads to warmer North American summertime temperature in models having a strong snow albedo feedback. These forcings can also have non-local impacts that result from enhanced land-ocean temperature contrast, increasing surface convergence over land and divergence over oceans. A poleward intensification of the high pressure patterns and subtropical jet may also result (Fletcher et al., 2009). BC contributions to snow darkening reduces snow cover, however the magnitude of the effect is very uncertain (see Sections 7.5.2.3 and 8.3.4.4). A model study calculated BC-albedo reduction to cause about 20% Arctic snow/ice cover reduction and 20% of Arctic warming over the previous century (Koch et al., 2011). However, reductions in Arctic soot during the past two decades (e.g., Hegg et al., 2009) have *likely* reversed that trend (e.g., Koch et al., 2011; Skeie et al., 2011b; Lee et al., 2013). Cryospheric feedbacks and atmospheric dynamical responses in models have an associated poleward shift in the temperature response to aerosol–cloud interactions (Kristjansson et al., 2005; Koch et al., 2009a; Chen et al., 2010).

Solar spectral (UV) irradiance variations along the solar cycle induce ozone responses by modifying the ozone production rate through photolysis of molecular oxygen (Section 8.4.1.4.1), and the resulting differential heating can drive circulation anomalies that lead to regional temperature and precipitation changes (Haigh, 1999; Shindell et al., 2006b; Frame and Gray, 2010; Gray et al., 2010). Such solar forcing may influence natural modes of circulation such as the Northern Annular Mode (e.g., Shindell et al., 2001; de la Torre et al., 2006; Ineson et al., 2011), the South Asian Summer Monsoon (Fan et al., 2009), the Southern Annular Mode (Kuroda and Kodera, 2005; Roscoe and Haigh, 2007) or the ENSO (Mann et al., 2005). The pattern of temperature response is less uniform than the forcing, for example, warming in the NH, but little response in the SH due to temperature moderation by wind speed enhancement effects on ocean circulation (Swingedouw et al., 2011). Regional responses to solar forcing are mediated by the stratosphere, so that reproducing such change requires spectrally varying solar forcing rather than TSI forcing (Lee et al., 2009; Section 8.4.1.4).

Stratospheric aerosol clouds (also Section 8.4.2.2) from tropical eruptions spread poleward and can cover an entire hemisphere or the globe, depending on the initial latitudinal spread. The aerosol eruption cloud from the 1963 Agung was confined mainly to the SH; the 1982 El Chichón mainly to the NH; and the 1991 Pinatubo covered the globe, all with an e-folding lifetime of about 1 year (e.g., Antuña et al., 2003). High-latitude eruptions typically stay confined to the high-latitude regions with shorter lifetimes of 2 to 4 months (Kravitz and Robock, 2011). Volcanic aerosols primarily scatter solar radiation back to space, but also absorb longwave radiation with the former larger by an order of magnitude. Stratospheric aerosol absorption heats the layer where they reside and produces distinct vertical and horizontal distributions of the heating rate. The temperature and chemical effects of the aerosols also enhance ozone destruction, which somewhat counteracts the radiative heating (Stenchikov et al., 2002). For tropical eruptions, this may affect atmospheric dynamics, with a stronger polar vortex, a positive mode of the Arctic Oscillation, and winter warming over NH continents (Robock, 2000). Climate responses to solar and volcanic forcings are further discussed in the context of detection and attribution of millennial climate change (see Section 10.7).

The study of how climate responds to regionally varying patterns of forcing is critical for understanding how local activities impact regional

BLM_0058507

climate; however, the studies are exploratory and generally evoke *very low confidence*. However there is *medium* to *high confidence* in some qualitative but robust features, such as the damped warming of the NH and shifting of the ITCZ from aerosols, and positive feedbacks from high-latitude snow and ice albedo changes.

### 8.6.3    Spatial Evolution of Radiative Forcing and Response for the Future

Most components of aerosols and ozone precursors are estimated to decrease toward the end of this century in the RCPs except $CH_4$ in RCP8.5 (Figure 8.2) and nitrate aerosols, though some species reach the maximum amounts of emissions around the mid-21st century (Figure 8.2). The RCPs therefore contrast with the emission scenarios for TAR and AR4, which were based on Special Report on Emissions Scenarios (SRES) and have future projections of larger increase in the near-term climate forcers (NTCFs). It has been questioned whether such low emission of NTCFs is possible in the future given the current policies (Pozzer et al., 2012). This section surveys spatial differences in the RF of aerosols and ozone for the future based on the RCPs.

Figure 8.26 shows the global distributions of changes in aerosol and ozone forcings in 2030 and 2100 relative to 2000 for RCP2.6 and 8.5 (Shindell et al., 2013c). Both scenarios indicate reduced aerosol loading, and thus positive forcing over Europe, North America and Asia by 2100 where RF is above +0.5 W m$^{-2}$ because of substantial reduction of scattering aerosols. The global mean RF due to aerosol–radiation interaction is estimated to be +0.12 and +0.08 W m$^{-2}$ for RCP2.6 and 8.5, respectively, in 2100. Though the RF by total anthropogenic aerosols is positive, reduced BC contributes substantial negative forcing especially over the similar regions. The global mean carbonaceous RF including both the effects of BC and OC is estimated to be –0.20 and –0.11 W m$^{-2}$ for RCP2.6 and 8.5, respectively, in 2100. Early in the century, on the other hand, both scenarios indicate increased negative aerosol forcing over South Asia, with reversal between 2030 and 2100. Emissions of BC, OC and $SO_2$ will reach their maximums early and middle in the century for RCP2.6 and 8.5, respectively in India. In RCP6, high emission levels of $SO_2$ in China persist until the mid-21st century (Supplementary Material Figure 8.SM.1), and then it is predicted to keep a high negative RF due to aerosol–radiation interaction over East Asia. The RF due to aerosol–radiation interaction for carbonaceous aerosol is positive over East and South Asia in 2030 relative to 2000 for RCP8.5 because BC emission is also larger in 2030. Over central and southern Africa, a change in the future RF due to aerosol–radiation interaction based on RCPs is not clear mainly because of uncertainties in the wildfires emissions (see Section 7.3.5.3). The global mean total RF due to aerosol–radiation interaction in the future is rather small due to offsetting effects, with reductions in BC, increases in nitrate aerosols, and reductions in scattering aerosols each causing substantially more forcing than the net.

Emissions and atmospheric loadings of natural aerosols are affected by climate change. There is, however, no consensus among studies on future trends of their changes for major natural aerosols, mineral dust and sea salt, as indicated in Section 7.3.5.1. The spatial pattern of the aerosol forcing may be influenced by natural aerosols due to reduction

in sea ice cover leading to increased emission of high-latitude sea salt (Struthers et al., 2011; Takemura, 2012) and SOA from vegetation changes (Tsigaridis and Kanakidou, 2007).

The simulations applying the RCPs indicate that the latitude of maximum emission of NTCFs, and therefore of maximum RF, is projected to shift somewhat southward for the next few decades (in 2030 of Figure 8.26). The shift of peak aerosol loading southward is expected to cause the ITCZ to continue to shift northward. This, in combination with warming and drying over tropical land, has been modelled to lead to greatly enhanced drought conditions in the Amazon (Cox et al., 2008). On the other hand, if the low-latitude aerosol is sufficiently absorbing, broadening of the ITCZ convergence region and enhanced cloud cover could result, as modelled for dust (Perlwitz and Miller, 2010).

Reductions in high-latitude BC are expected to contribute to reducing Arctic forcing (e.g., Koch et al., 2011), due to reduction in BC deposition on snow as well as in absorption of sunlight over bright surface. On the other hand, reduction in mid-high-latitude scattering aerosols may offset all or part of the impact of the local Arctic forcing change (Shindell et al., 2010; Koch et al., 2011).

Figure 8.26 also shows the ozone RF in 2030 and 2100 relative to 2000, which includes changes both in tropospheric and stratospheric ozone. Recovery of ozone in the stratosphere in the 21st century will result in positive forcing in the SH high latitudes in comparison with the year 2000 for both the pathways. This is because of the reduced emissions of ozone-depleting substances controlled under the Montreal Protocol, with a small additional effect from a feedback of changes in temperature and in the vertical circulation due to changes in stratospheric compositions (Kawase et al., 2011; Lamarque et al., 2011). In the troposphere, on the other hand, a large difference in the $CH_4$ emissions between RCP8.5 and the other pathways shown in Figure 8.2 leads to a different RF trend outside the SH high latitudes. Ozone recovery in the stratosphere and ozone increase in the troposphere leads to a positive RF all over the globe in RCP8.5 with a mean of +0.26 W m$^{-2}$ in 2100. The cancellation between positive RF due to ozone increase in the stratosphere and negative RF due to ozone decrease in the troposphere results in a global mean RF of –0.12 W m$^{-2}$ in RCP2.6.

Figure 8.26 also shows the global distributions of changes in ERF due to both aerosol–radiation and aerosol–cloud interactions in 2030 and 2100 relative to 2000 for RCP8.5. Although the ERF includes rapid adjustments and therefore its magnitude is much larger than that of RF due to aerosol–radiation interaction, the spatial pattern is generally similar to RF. The ERF in 2100 shows positive values relative to 2000 in North America, Europe and Asia even with RCP8.5, which indicates the aerosol forcing is projected to approach to the pre-industrial level.



**Figure 8.26 |** Multi-model mean RF (W m$^{-2}$) due to aerosol–radiation interaction of all anthropogenic aerosols (first and second rows) and anthropogenic carbonaceous (BC+OC) aerosols (third and fourth rows), and total ozone (fifth and sixth rows) in 2030 (left) and 2100 (right) relative to 2000 for RCP2.6 (top each) and RCP8.5 (bottom each) based on the ACCMIP simulations. The seventh row shows multi-model mean ERF (W m$^{-2}$) by all anthropogenic aerosols in 2030 (left) and 2100 (right) relative to 2000 for RCP8.5. Global area-weighted means are given in the upper right of each panel.

BLM_0058509

**8**

## 8.7    Emission Metrics

### 8.7.1    Metric Concepts

#### 8.7.1.1    Introduction

To quantify and compare the climate impacts of various emissions, it is necessary to choose a climate parameter by which to measure the effects; that is, RF, temperature response, and so forth. Thus, various choices are needed for the steps down the cause–effect chain from emissions to climate change and impacts (Figure 8.27 and Box 8.4). Each step in the cause effect chain requires a modelling framework. For assessments and evaluation one may—as an alternative to models that explicitly include physical processes resulting in forcing and responses—apply simpler measures or *metrics* that are based on results from complex models. Metrics are used to quantify the contributions to climate change of emissions of different substances and can thus act as 'exchange rates' in multi-component policies or comparisons of emissions from regions/countries or sources/sectors. Metrics are also used in areas such as Life Cycle Assessments and Integrated Assessment Modelling (e.g., by IPCC WGIII).

Metrics can be given in *absolute* terms (e.g., K kg$^{-1}$) or in *relative* terms by normalizing to a reference gas — usually $CO_2$. To transform the effects of different emissions to a common scale — often called '$CO_2$ equivalent emissions'—the emission ($E_i$) of component $i$ can be multiplied with the adopted normalized metric ($M_i$): $M_i \times E_i = CO_2$-eq$_i$. Ideally, the climate effects of the calculated $CO_2$ equivalent emissions should be the same regardless of the mix of components emitted. However, different components have different physical properties, and a metric that establishes equivalence with regard to one effect cannot guarantee equivalence with regard to other effects and over extended time periods, for example, Lauder et al. (2013), O'Neill (2000), Smith and Wigley (2000), Fuglestvedt et al. (2003).

Metrics do not define goals and policy—they are tools that enable evaluation and implementation of multi-component policies (i.e., which emissions to abate). The most appropriate metric will depend on which aspects of climate change are most important to a particular application, and different climate policy goals may lead to different conclusions about what is the most suitable metric with which to implement that policy, for example, Plattner et al. (2009); Tol et al. (2012). Metrics that have been proposed include physical metrics as well as more comprehensive metrics that account for both physical and economic dimensions (see 8.7.1.5 and WGIII, Chapter 3).

This section provides an assessment that focuses on the scientific aspects and utility of emission metrics. Extending such an assessment to include more policy-oriented aspects of their performance and usage such as simplicity, transparency, continuity, economic implications of usage of one metric over another, and so forth, is not given here as this is beyond the scope of WGI. However, consideration of such aspects is vital for user-assessments. In the following, the focus is on the more well-known Global Warming Potential (GWP) and Global Temperature change Potential (GTP), though other concepts are also briefly discussed.

#### 8.7.1.2    The Global Warming Potential Concept

The Global Warming Potential (GWP) is defined as the time-integrated RF due to a pulse emission of a given component, relative to a pulse emission of an equal mass of $CO_2$ (Figure 8.28a and formula). The GWP was presented in the First IPCC Assessment (Houghton et al., 1990), stating 'It must be stressed that there is no universally accepted methodology for combining all the relevant factors into a single global warming potential for greenhouse gas emissions. A simple approach has been adopted here to illustrate the difficulties inherent in the concept, …'. Further, the First IPCC Assessment gave no clear physical interpretation of the GWP.



**Figure 8.27** | The cause–effect chain from emissions to climate change and impacts showing how metrics can be defined to estimate responses to emissions (left) and for development of multi-component mitigation (right). The relevance of the various effects increases downwards but at the same time the uncertainty also increases. The dotted line on the left indicates that effects and impacts can be estimated directly from emissions, while the arrows on the right side indicate how these estimates can be used in development of strategies for reducing emissions. (Adapted from Fuglestvedt et al., 2003, and Plattner et al., 2009.)

BLM_0058510

8

> **Box 8.4 |  Choices Required When Using Emission Metrics**
>
> *Time frames:* One can apply a *backward-looking* (i.e., historical) or a *forward-looking* perspective on the responses to emissions. In the forward-looking case one may use pulses of emissions, sustained emissions or emission scenarios. All choices of emission perturbations are somewhat idealized and idealized, and different choices serve different purposes. One may use the *level* (e.g., degrees Celsius) or *rate* of change (e.g., degrees Celsius per decade). Furthermore, the effects of emissions may be estimated at a particular time or be integrated over time up to a chosen time horizon. Alternatively, discounting of future effects may be introduced (i.e., a weighting of effects over time).
>
> *Type of effect or end-point:* Radiative forcing, temperature change or sea level change, for example, could be examined (Figure 8.27). Metrics may also include eco/biological or socioeconomic damages. The choice of climate impact parameters is related to which aspects of climate change are considered relevant for interpretation of 'dangerous anthropogenic interference with the climate system' (UNFCCC Article 2).
>
> *Spatial dimension for emission and response:* Equal-mass emissions of NTCFs from different regions can induce varying global mean climate responses, and the climate response also has a regional component irrespective of the regional variation in emissions. Thus, metrics may be given for region of *emission* as well as region of *response*.
>
> Some of the choices involved in metrics are scientific (e.g., type of model, and how processes are included or parameterized in the models). Choices of time frames and climate impact are policy-related and cannot be based on science alone, but scientific studies can be used to analyse different approaches and policy choices.

A direct interpretation is that the GWP is an index of the total energy added to the climate system by a component in question relative to that added by $CO_2$. However, the GWP does not lead to equivalence with temperature or other climate variables (Fuglestvedt et al., 2000, 2003; O'Neill, 2000; Daniel et al., 2012; Smith and Wigley, 2000; Tanaka et al., 2009). Thus, the name 'Global Warming Potential' may be somewhat misleading, and 'relative cumulative forcing index' would be more appropriate. It can be shown that the GWP is approximately equal to the ratio (normalizing by the similar expression for $CO_2$) of the *equilibrium temperature response due to a sustained emission* of the species or to the *integrated temperature response for a pulse* emission (assuming efficacies are equal for the gases that are compared; O'Neill, 2000; Prather, 2002; Shine et al., 2005a; Peters et al., 2011a; Azar and Johansson, 2012).

The GWP has become the default metric for transferring emissions of different gases to a common scale; often called 'CO₂ equivalent emissions' (e.g., Shine, 2009). It has usually been integrated over 20, 100 or 500 years consistent with Houghton et al. (1990). Note, however that Houghton et al. presented these time horizons as 'candidates for discussion [that] should not be considered as having any special significance'. The GWP for a time horizon of 100 years was later adopted as a metric to implement the multi-gas approach embedded in the United Nations Framework Convention on Climate Change (UNFCCC) and made operational in the 1997 Kyoto Protocol. The choice of time horizon has a strong effect on the GWP values — and thus also on the calculated contributions of $CO_2$ equivalent emissions by component, sector or nation. There is no scientific argument for selecting 100 years compared with other choices (Fuglestvedt et al., 2003; Shine, 2009). The choice of time horizon is a value judgement because it depends



**Figure 8.28 |**  (a) The Absolute Global Warming Potential (AGWP) is calculated by integrating the RF due to emission pulses over a chosen time horizon; for example, 20 and 100 years (vertical lines). The GWP is the ratio of AGWP for component *i* over AGWP for the reference gas $CO_2$. The blue hatched field represents the integrated RF from a pulse of $CO_2$, while the green and red fields represent example gases with 1.5 and 13 years lifetimes, respectively. (b) The Global Temperature change Potential (GTP) is based on the temperature response at a selected year after pulse emission of the same gases; e.g., 20 or 100 years (vertical lines). See Supplementary Material Section 8.SM.11 for equations for calculations of GWP and GTP.

711

BLM_0058511



**Figure 8.29 |** Development of AGWP-$CO_2$, AGWP-$CH_4$ and GWP-$CH_4$ with time horizon. The yellow and blue curves show how the AGWPs changes with increasing time horizon. Because of the integrative nature the AGWP for $CH_4$ (yellow curve) reaches a constant level after about five decades. The AGWP for $CO_2$ continues to increase for centuries. Thus the ratio which is the GWP (black curve) falls with increasing time horizon.

on the relative weight assigned to effects at different times. Other important choices include the background atmosphere on which the GWP calculations are superimposed, and the way indirect effects and feedbacks are included (see Section 8.7.1.4).

For some gases the variation in GWP with time horizon mainly reflects properties of the reference gas, not the gas for which the GWP is calculated. The GWP for NTCFs decreases with increasing time horizon, as GWP is defined with the integrated RF of $CO_2$ in the denominator. As shown in Figure 8.29, after about five decades the development in the GWP for $CH_4$ is almost entirely determined by $CO_2$. However, for long-lived gases (e.g., $SF_6$) the development in GWP is controlled by both the increasing integrals of RF from the long-lived gas and $CO_2$.

### 8.7.1.3   The Global Temperature change Potential Concept

Compared to the GWP, the Global Temperature change Potential (GTP; Shine et al., 2005a) goes one step further down the cause–effect chain (Figure 8.27) and is defined as the *change in global mean surface temperature at a chosen point in time* in response to an emission pulse—relative to that of $CO_2$. Whereas GWP is integrated in time (Figure 8.28a), GTP is an end-point metric that is based on temperature change for a selected year, $t$, (see Figure 8.28b with formula). Like for the GWP, the impact from $CO_2$ is normally used as reference, hence, for a component $i$, $GTP(t)_i = AGTP(t)_i / AGTP(t)_{CO_2} = \Delta T(t)_i / \Delta T(t)_{CO_2}$, where AGTP is the absolute GTP giving temperature change per unit emission (see Supplementary Material Section 8.SM.11 for equations and parameter values). Shine et al. (2005a) presented the GTP for both pulse and sustained emission changes based on an energy balance model as well as analytical equations. A modification was later introduced (Shine et al., 2007) in which the time horizon is determined by the proximity to a target year as calculated by using scenarios and climate models (see Section 8.7.1.5).

Like GWP, the GTP values can be used for weighting the emissions to obtain 'CO₂ equivalents' (see Section 8.7.1.1). This gives the

temperature effects of emissions relative to that of $CO_2$ for the chosen time horizon. For GWP, the choice of time horizon has a strong effect on the metric values and the calculated contributions to warming.

In addition, the AGTP can be used to calculate the global mean temperature change due to any given emission scenario (assuming linearity) using a convolution of the emission scenarios and $AGTP_i$:

$$\Delta T(t) = \sum_i \int_0^t E_i(s) AGTP_i(t-s) ds \qquad (8.1)$$

where $i$ is component, $t$ is time, and $s$ is time of emission (Berntsen and Fuglestvedt, 2008; Peters et al., 2011b; Shindell et al., 2011).

By accounting for the climate sensitivity and the exchange of heat between the atmosphere and the ocean, the GTP includes physical processes that the GWP does not. The GTP accounts for the slow response of the (deep) ocean, thereby prolonging the response to emissions beyond what is controlled by the decay time of the atmospheric concentration. Thus the GTP includes both the atmospheric adjustment time scale of the component considered and the response time scale of the climate system.

The GWP and GTP are fundamentally different by construction and different numerical values can be expected. In particular, the GWPs for NTCFs, over the same time frames, are higher than GTPs due to the integrative nature of the metric. The GTP values can be significantly affected by assumptions about the climate sensitivity and heat uptake by the ocean. Thus, the relative uncertainty ranges are wider for the GTP compared to GWP (see Section 8.7.1.4). The additional uncertainty is a typical trade-off when moving along the cause–effect chain to an effect of greater societal relevance (Figure 8.27). The formulation of the ocean response in the GTP has a substantial effect on the values; thus its characterization also represents a trade-off between simplicity and accuracy. As for GWP, the GTP is also influenced by the background atmosphere, and the way indirect effects and feedbacks are included (see Section 8.7.1.4).

### 8.7.1.4   Uncertainties and Limitations related to Global Warming Potential and Global Temperature change Potential

The uncertainty in the numerator of GWP; that is, the $AGWP_i$ (see formula in Figure 8.28a) is determined by uncertainties in lifetimes (or perturbation lifetimes) and radiative efficiency. Inclusion of indirect effects increases uncertainties (see below). For the reference gas $CO_2$, the uncertainty is dominated by uncertainties in the *impulse response function* (IRF) that describes the development in atmospheric concentration that follows from an emission pulse (Joos et al., 2013); see Box 6.2 and Supplementary Material Section 8.SM.12. The IRF is sensitive to model representation of the carbon cycle, pulse size and background $CO_2$ concentrations and climate.

Based on a multi-model study, Joos et al. (2013) estimate uncertainty ranges for the time-integrated IRF for $CO_2$ to be ±15% and ±25% (5 to 95% uncertainty range) for 20- and 100-year time horizons, respectively. Assuming quadratic error propagation, and ±10% uncertainty in radiative efficiency, the uncertainty ranges in AGWP for $CO_2$ were estimated to be ±18% and ±26% for 20 and 100 years. These

BLM_0058512