uncertainties affect all metrics that use $CO_2$ as reference. Reisinger et al. (2010) and Joos et al. (2013) show that these uncertainties increase with time horizon.

The same factors contribute to uncertainties in the GTP, with an additional contribution from the parameters describing the ocean heat uptake and climate sensitivity. In the first presentation of the GTP, Shine et al. (2005a) used one time constant for the climate response in their analytical expression. Improved approaches were used by Boucher and Reddy (2008), Collins et al. (2010) and Berntsen and Fuglestvedt (2008) that include more explicit representations of the deep ocean that increased the long-term response to a pulse forcing. Over the range of climate sensitivities from AR4, $GTP_{50}$ for BC was found to vary by a factor of 2, the $CH_4$ $GTP_{50}$ varied by about 50%, while for $N_2O$ essentially no dependence was found (Fuglestvedt et al., 2010). AGTPs for $CO_2$ were also calculated in the multi-model study by Joos et al. (2013). They found uncertainty ranges in AGTP that are much larger than for AGWP; ±45% and ±90% for 20 and 100 years (5 to 95% uncertainty range). These uncertainty ranges also reflect the signal-to-noise ratio, and not only uncertainty in the physical mechanisms.

There are studies combining uncertainties in various input parameters. Reisinger et al. (2011) estimated the uncertainty in the GWP for $CH_4$ and found an uncertainty of −30 to +40% for the $GWP_{100}$ and −50 to +75% for $GTP_{100}$ of $CH_4$ (for 5 to 95% of the range). Boucher (2012) performed a Monte Carlo analysis with uncertainties in perturbation lifetime and radiative efficiency, and for $GWP_{100}$ for $CH_4$ (assuming a constant background atmosphere) he found ±20%, and −40 to +65 for $GTP_{100}$ (for 5 to 95% uncertainty range).

Here we estimate uncertainties in GWP values based on the uncertainties given for radiative efficiencies (Section 8.3.1), perturbation lifetimes, indirect effects and in the AGWP for the reference gas $CO_2$ (see Supplementary Material Section 8.SM.12). For $CH_4$ GWP we estimate an uncertainty of ±30% and ±40% for 20- and 100-year time horizons, respectively (for 5 to 95% uncertainty range). The uncertainty is dominated by AGWP for $CO_2$ and indirect effects. For gases with lifetimes of a century or more the uncertainties are of the order of ±20% and ±30% for 20- and 100-year horizons. The uncertainty in GWPs for gases with lifetimes of a few decades is estimated to be of the order of ±25% and ±35% for 20 and 100 years. For shorter-lived gases, the uncertainties in GWPs will be larger (see Supplementary Material Section 8.SM.12 for a discussion of contributions to the total uncertainty.) For GTP, few uncertainty estimates are available in the literature. Based on the results from Joos et al. (2013), Reisinger et al. (2010) and Boucher (2012) we assess the uncertainty to be of the order of ±75% for the $CH_4$ $GTP_{100}$.

The metric values are also strongly dependent on which processes are included in the definition of a metric. Ideally all indirect effects (Sections 8.2 and 8.3) should be taken into account in the calculation of metrics. The indirect effects of $CH_4$ on its own lifetime, tropospheric ozone and stratospheric water have been traditionally included in its GWP. Boucher et al. (2009) have quantified an indirect effect on $CO_2$ when fossil fuel $CH_4$ is oxidized in the atmosphere. Shindell et al. (2009) estimated the impact of reactive species emissions on both gaseous and aerosol forcing species and found that ozone precursors,

including $CH_4$, had an additional substantial climate effect because they increased or decreased the rate of oxidation of $SO_2$ to sulphate aerosol. Studies with different sulphur cycle formulations have found lower sensitivity (Collins et al., 2010; Fry et al., 2012). Collins et al. (2010) postulated an additional component to their GWPs and GTPs for ozone precursors due to the decreased productivity of plants under higher levels of surface ozone. This was estimated to have the same magnitude as the ozone and $CH_4$ effects. This effect, however, has so far only been examined with one model. In a complex and inter-connected system, feedbacks can become increasingly complex, and uncertainty of the magnitude and even direction of feedback increases the further one departs from the primary perturbation, resulting in a trade-off between completeness and robustness, and hence utility for decision-making.

Gillett and Matthews (2010) included climate–carbon feedbacks in calculations of GWP for $CH_4$ and $N_2O$ and found that this increased the values by about 20% for 100 years. For GTP of $CH_4$ they found an increase of ~80%. They used numerical models for their studies and suggest that climate–carbon feedbacks should be considered and parameterized when used in simple models to derive metrics. Collins et al. (2013) parameterize the climate-carbon feedback based on Friedlingstein et al. (2006) and Arora et al. (2013) and find that this more than doubles the $GTP_{100}$ for $CH_4$. Enhancement of the GTP for $CH_4$ due to carbon–climate feedbacks may also explain the higher GTP values found by Reisinger et al. (2010).

The inclusion of indirect effects and feedbacks in metric values has been inconsistent in the IPCC reports. In SAR and TAR, a carbon model without a coupling to a climate model was used for calculation of IRF for $CO_2$ (Joos et al., 1996), while in AR4 climate-carbon feedbacks were included for the $CO_2$ IRF (Plattner et al., 2008). For the time horizons 20 and 100 years, the $AGWP_{CO_2}$ calculated with the Bern3D-LPJ model is, depending on the pulse size, 4 to 5% and 13 to 15% lower, respectively, when carbon cycle–climate feedbacks are not included (Joos et al., 2013). While the AGWP for the reference gas $CO_2$ included climate–carbon feedbacks, this is not the case for the non-$CO_2$ gas in the numerator of GWP, as recognized by Gillett and Matthews (2010), Joos et al. (2013), Collins et al. (2013) and Sarofim (2012). This means that the GWPs presented in AR4 may underestimate the relative impacts of non-$CO_2$ gases. The different inclusions of feedbacks partially represent the current state of knowledge, but also reflect inconsistent and ambiguous definitions. In calculations of AGWP for $CO_2$ in AR5 we use the IRF for $CO_2$ from Joos et al. (2013) which includes climate–carbon feedbacks. Metric values in AR5 are presented both with and without including climate–carbon feedbacks for non-$CO_2$ gases. This feedback is based on the carbon-cycle response in a similar set of models (Arora et al., 2013) as used for the reference gas (Collins et al., 2013).

The effect of including this feedback for the non-reference gas increases with time horizon due to the long-lived nature of the initiated $CO_2$ perturbation (Table 8.7). The relative importance also increases with decreasing lifetime of the component, and is larger for GTP than GWP due to the integrative nature of GWP. We calculate an increase in the $CH_4$ $GWP_{100}$ of 20%. For $GTP_{100}$, however, the changes are much larger; of the order of 160%. For the shorter time horizons (e.g., 20 years) the effect of including this feedback is small (<5%) for both GWP

BLM_0058513

**Table 8.7 |** GWP and GTP with and without inclusion of climate–carbon feedbacks (cc fb) in response to emissions of the indicated non-CO$_2$ gases (climate-carbon feedbacks in response to the reference gas CO$_2$ are always included).

| | Lifetime (years) | | GWP$_{20}$ | GWP$_{100}$ | GTP$_{20}$ | GTP$_{100}$ |
|---|---|---|---|---|---|---|
| CH$_4$[b] | 12.4[c] | No cc fb | 84 | 28 | 67 | 4 |
| | | With cc fb | 86 | 34 | 70 | 11 |
| HFC-134a | 13.4 | No cc fb | 3710 | 1300 | 3050 | 201 |
| | | With cc fb | 3790 | 1550 | 3170 | 530 |
| CFC-11 | 45.0 | No cc fb | 6900 | 4660 | 6890 | 2340 |
| | | With cc fb | 7020 | 5350 | 7080 | 3490 |
| N$_2$O | 121.0[a] | No cc fb | 264 | 265 | 277 | 234 |
| | | With cc fb | 268 | 298 | 284 | 297 |
| CF$_4$ | 50,000.0 | No cc fb | 4880 | 6630 | 5270 | 8040 |
| | | With cc fb | 4950 | 7350 | 5400 | 9560 |

Notes:
Uncertainties related to the climate–carbon feedback are large, comparable in magnitude to the strength of the feedback for a single gas.
[a]  Perturbation lifetime is used in the calculation of metrics.
[b]  These values do not include CO$_2$ from methane oxidation. Values for fossil methane are higher by 1 and 2 for the 20 and 100 year metrics, respectively (Table 8.A.1).

and GTP. For the more long-lived gases the GWP$_{100}$ values increase by 10 to 12%, while for GTP$_{100}$ the increase is 20 to 30%. Table 8.A.1 gives metric values including the climate–carbon feedback for CO$_2$ only, while Supplementary Material Table 8.SM.16 gives values for all halocarbons that include the climate–carbon feedback. Though uncertainties in the carbon cycle are substantial, it is *likely* that including the climate–carbon feedback for non-CO$_2$ gases as well as for CO$_2$ provides a better estimate of the metric value than including it only for CO$_2$.

Emission metrics can be estimated based on a constant or variable background climate and this influences both the adjustment times and the concentration–forcing–temperature relationships. Thus, all metric values will need updating due to changing atmospheric conditions as well as improved input data. In AR5 we define the metric values with respect to a constant present-day condition of concentrations and climate. However, under non-constant background, Joos et al. (2013) found decreasing CO$_2$ AGWP$_{100}$ for increasing background levels (up to 23% for RCP8.5). This means that GWP for all non-CO$_2$ gases (except CH$_4$ and N$_2$O) would increase by roughly the same magnitude. Reisinger et al. (2011) found a reduction in AGWP for CO$_2$ of 36% for RCP8.5 from 2000 to 2100 and that the CH$_4$ radiative efficiency and AGWP also decrease with increasing CH$_4$ concentration. Accounting for both effects, the GWP$_{100}$ for CH$_4$ would increase by 10 to 20% under low and mid-range RCPs by 2100, but would decrease by up to 10% by mid-century under the highest RCP. While these studies have focused on the background levels of GHGs, the same issues apply for temperature. Olivié et al. (2012) find different temperature IRFs depending on the background climate (and experimental set up).

*User related choices* (see Box 8.4) such as the time horizon can greatly affect the numerical values obtained for CO$_2$ equivalents. For a change in time horizon from 20 to 100 years, the GWP for CH$_4$ decreases by a factor of approximately 3 and its GTP by more than a factor of 10. Short-lived species are most sensitive to this choice. Some approaches have removed the time horizon from the metrics (e.g., Boucher, 2012), but discounting is usually introduced which means that a discount rate

$r$ (for the weighting function $e^{-rt}$) must be chosen instead. The choice of discount rate is also value based (see WGIII, Chapter 3).

For NTCFs the metric values also depend on the location and timing of emission and whether regional or global metrics are used for these gases is also a choice for the users. Metrics are usually calculated for pulses, but some studies also give metric values that assume constant emissions over the full time horizon (e.g., Shine et al., 2005a; Jacobson, 2010). It is important to be aware of the idealized assumption about constant future emissions (or change in emissions) of the compound being considered if metrics for sustained emissions are used.

### 8.7.1.5  New Metric Concepts

New metric concepts have been developed both to modify physical metrics to address shortcomings as well as to replace them with metrics that account for economic dimensions of problems to which metrics are applied. Modifications of physical metrics have been proposed to better represent CO$_2$ emissions from bioenergy, regional patterns of response, and for peak temperature limits.

Emissions of CO$_2$ from the combustion of biomass for energy in national emission inventories are currently assumed to have no net RF, based on the assumption that these emissions are compensated by biomass regrowth (IPCC, 1996). However, there is a time lag between combustion and regrowth, and while the CO$_2$ is resident in the atmosphere it leads to an additional RF. Modifications of the GWP and GTP for bioenergy (GWP$_{bio}$, GTP$_{bio}$) have been developed (Cherubini et al., 2011; Cherubini et al., 2012). The GWP$_{bio}$ give values generally between zero (current default for bioenergy) and one (current for fossil fuel emissions) (Cherubini et al., 2011), and negative values are possible for GTP$_{bio}$ due to the fast time scale of atmospheric–ocean CO$_2$ exchange relative to the growth cycle of biomass (Cherubini et al., 2012). GWP$_{bio}$ and GTP$_{bio}$ have been used in only a few applications, and more research is needed to assess their robustness and applicability. Metrics for biogeophysical effects, such as albedo changes, have been proposed (Betts, 2000; Rotenberg and Yakir, 2010) , but as for NTCFs regional variations

714

BLM_0058514

are important (Claussen et al., 2001) and the RF concept may not be adequate (Davin et al., 2007).

New concepts have also been developed to capture information about regional patterns of responses and cancelling effects that are lost when global mean metrics are used. The use of nonlinear damage functions to capture information on the spatial pattern of responses has been explored (Shine et al., 2005b; Lund et al., 2012). In addition, the Absolute Regional Temperature Potential (ARTP) (Shindell, 2012; Collins et al., 2013) has been developed to provide estimates of impacts at a sub-global scale. ARTP gives the time-dependent temperature response in four latitude bands as a function of the regional forcing imposed in all bands. These metrics, as well as new regional precipitation metrics (Shindell et al., 2012b), require additional studies to determine their robustness.

Alternatives to the single basket approach adopted by the Kyoto Protocol are a component-by-component approach or a multi-basket approach (Rypdal et al., 2005; Daniel et al., 2012; Sarofim, 2012; Jackson, 2009). Smith et al. (2012) show how peak temperature change is constrained by *cumulative emissions* (see 12.5.4) for gases with long lifetimes and *emissions rates* for shorter-lived gases (including CH$_4$). Thus, they divide gases into two baskets and present two metrics that can be used for estimating peak temperature for various emission scenarios. This division of gases into the two baskets is sensitive to the time of peak temperature in the different scenarios. The approach uses time invariant metrics that do not account for the timing of emissions relative to the target year. The choice of time horizon is implicit in the scenario assumed and this approach works only for a peak scenario.

A number of new metrics have been developed to add economic dimensions to purely physically based metrics such as the GWP and GTP. The use of physical metrics in policy contexts has been criticized by economists (Reilly and Richards, 1993; Schmalensee, 1993; Hammitt et al., 1996; Reilly et al., 1999; Bradford, 2001; De Cara et al., 2008). A prominent use of metrics is to set relative prices of gases when implementing a multi-gas policy. Once a particular policy has been agreed on, economic metrics can address policy goals more directly than physical metrics by accounting not only for physical dimensions but also for economic dimensions such as mitigation costs, damage costs and discount rates (see WGIII, Chapter 3; Deuber et al., 2013).

For example, if mitigation policy is set within a *cost-effectiveness* framework with the aim of making the least cost mix of emissions reductions across components to meet a global temperature target, the 'price ratio' (Manne and Richels, 2001), also called the Global Cost Potential (GCP) (Tol et al., 2012), most directly addresses the goal. The choice of target is a policy decision; metric values can then be calculated based on an agreed upon target. Similarly, if policy is set within a *cost–benefit* framework, the metric that directly addresses the policy goal is the ratio of the marginal damages from the emission of a gas (i.e., the damage costs to society resulting from an incremental increase in emissions) relative to the marginal damages of an emission of CO$_2$, known as the Global Damage Potential (GDP) (Kandlikar, 1995). Both types of metrics are typically determined within an integrated climate–economy model, since they are affected both by the response of the climate system as well as by economic factors.

If other indexes, such as the GWP, are used instead of an economic cost-minimizing index, costs to society will increase. Cost implications at the project or country level could be substantial under some circumstances (Godal and Fuglestvedt, 2002; Shine, 2009; Reisinger et al., 2013). However, under idealized conditions of full participation in mitigation policy, the increase is relatively small at the global level, particularly when compared to the cost savings resulting from a multi- (as opposed to single-) gas mitigation strategy even when based on an imperfect metric (O'Neill, 2003; Aaheim et al., 2006; Johansson et al., 2006; Johansson, 2012; Reisinger et al., 2013; Smith et al., 2013).

Purely physical metrics continue to be used in many contexts due at least in part to the added uncertainties in mitigation and damage costs, and therefore in the values of economic metrics (Boucher, 2012). Efforts have been made to view purely physical metrics such as GWPs and GTPs as approximations of economic indexes. GTPs, for example, can be interpreted as an approximation of a Global Cost Potential designed for use in a cost-effectiveness setting (Shine et al., 2007; Tol et al., 2012). Quantitative values for time-dependent GTPs reproduce in broad terms several features of the Global Cost Potential such as the rising value of metrics for short-lived gases as a climate policy target is approached (Tanaka et al., 2013). Figure 8.30 shows how contributions of N$_2$O, CH$_4$ and BC to warming in the target year changes over time. The contributions are given relative to CO$_2$ and show the effects of emission occurring at various times. Similarly, GWPs can be interpreted as approximations of the Global Damage Potential designed for a cost–benefit framework (Tol et al., 2012). These interpretations of the GTP and GWP imply that using even a purely physical metric in an economic policy context involves an implicit economic valuation.

In both cases, a number of simplifying assumptions must be made for these approximations to hold (Tol et al., 2012). For example, in the case of the GWP, the influence of emissions on RF, and therefore implicitly on costs to society, beyond the time horizon is not taken into account, and there are substantial numerical differences between GWP and GDP values (Marten and Newbold, 2012). In the case of the GTP, the influence of emissions on temperature change (and costs) is



**Figure 8.30 |**  Global Temperature change Potential (GTP(*t*)) for CH$_4$, nitrous oxide and BC for each year from year of emission to the time at which the temperature change target is reached. The (time-invariant) GWP$_{100}$ is also shown for N$_2$O and CH$_4$ for comparison.

BLM_0058515

**8**

included only at the time the target is reached, but not before nor after. Other metrics have been developed to more closely approximate GCPs or GDPs. The Cost-Effective Temperature Potential (CETP) reproduces values of the GCP more closely than does the GTP (Johansson, 2012). It is similar to the GTP but accounts for post-target temperature effects based on an assumption about how to value costs beyond the time the target is reached. Metrics have also been proposed that take into account forcing or temperature effects that result from emissions trajectories over broad time spans, and that behave similarly to GCP and GTP (Tanaka et al., 2009; Manning and Reisinger, 2011) or to GWP (e.g., O'Neill, 2000; Peters et al., 2011a; Gillett and Matthews, 2010; Azar and Johansson, 2012).

### 8.7.1.6   Synthesis

In the application and evaluation of metrics, it is important to distinguish between two main sources of variation in metric values. While scientific choices of input data have to be made, there are also choices involving value judgements. For some metrics such choices are not always explicit and transparent. The choice of metric type and time horizon will for many components have a much larger effect than improved estimates of input parameters and can have strong effects on perceived impacts of emissions and abatement strategies.

In addition to progress in understanding of GWP, new concepts have been introduced or further explored since AR4. Time variant metrics introduce more dynamical views of the temporal contributions that accounts for the proximity to a prescribed target (in contrast to the traditional static GWP). Time variant metrics can be presented in a format that makes changing metric values over time predictable.

As metrics use parameters further down the cause effect chain the metrics become in general more policy relevant, but at the same time the uncertainties increase. Furthermore, metrics that account for regional variations in sensitivity to emissions or regional variation in response could give a very different emphasis to various emissions. Many species, especially NTCFs, produce distinctly regionally heterogeneous RF and climate response patterns. These aspects are not accounted for in the commonly used global scale metrics.

The GWPs and GTPs have had inconsistent treatment of indirect effects and feedbacks. The GWPs reported in AR4 include climate–carbon feedbacks for the reference gas $CO_2$ but not for the non-$CO_2$ gases. Such feedbacks may have significant impacts on metrics and should be treated consistently. More studies are needed to assess the importance of consistent treatment of indirect effects/feedbacks in metrics.

The weighting of effects over time—choice of time horizon in the case of GWP and GTP—is value based. Discounting is an alternative, which also includes value judgements and is equally controversial. The weighting used in the GWP is a weight equal to one up to the time horizon and zero thereafter, which is not in line with common approaches for evaluation of future effects in economics (e.g., as in WGIII, Chapter 3). Adoption of a fixed horizon of e.g., 20, 100 or 500 years will inevitably put no weight on the long-term effect of $CO_2$ beyond the time horizon (Figure 8.28 and Box 6.1). While GWP integrates the effects up to a chosen time horizon the GTP gives the temperature just for one

chosen year with no weight on years before or after. The most appropriate metric depends on the particular application and which aspect of climate change is considered relevant in a given context. The GWP is not directly related to a temperature limit such as the 2°C target (Manne and Richels, 2001; Shine et al., 2007; Manning and Reisinger, 2011; Smith et al., 2012; Tol et al., 2012; Tanaka et al., 2013), whereas some economic metrics and physical end-point metrics like the GTP may be more suitable for this purpose.

To provide metrics that can be useful to the users and policymakers a more effective dialog and discussion on three topics is needed: (1) which applications particular metrics are meant to serve; (2) how comprehensive metrics need to be in terms of indirect effects and feedbacks, and economic dimensions; and—related to this (3) how important it is to have simple and transparent metrics (given by analytical formulations) versus more complex model-based and thus model-dependent metrics. These issues are also important to consider in a wider disciplinary context (e.g., across the IPCC Working Groups). Finally, it is important to be aware that all metric choices, even 'traditional' or 'widely used' metrics, contain implicit value judgements as well as large uncertainties.

### 8.7.2   Application of Metrics

#### 8.7.2.1   Metrics for Carbon Dioxide, Methane, Nitrous Oxide, Halocarbons and Related Compounds

Updated (A)GWP and (A)GTP values for $CO_2$, $CH_4$, $N_2O$, CFCs, HCFCs, bromofluorocarbons, halons, HFCs, PFCs, $SF_6$, $NF_3$, and related halogen-containing compounds are given for some illustrative and tentative time horizons in Tables 8.7, 8.A.1 and Supplementary Material Table 8.SM.16. The input data and methods for calculations of GWPs and GTPs are documented in the Supplementary Material Section 8.SM.13. Indirect GWPs that account for the RF caused by depletion of stratospheric ozone (consistent with Section 8.3.3) are given for selected gases in Table 8.A.2.

The *confidence* in the ability to provide useful metrics at time scales of several centuries is *very low* due to nonlinear effects, large uncertainties for multi-century processes and strong assumptions of constant background conditions. Thus, we do not give metric values for longer time scales than 100 years (see discussion in Supplementary Material Section 8.SM.11). However, these time scales are important to consider for gases such as $CO_2$, $SF_6$ and PFCs. For $CO_2$, as much as 20 to 40% of the initial increase in concentration remains after 500 years. For PFC-14, 99% of an emission is still in the atmosphere after 500 years. The effects of emissions on these time scales are discussed in Chapter 12.

The GWP values have changed from previous assessments due to new estimates of lifetimes, impulse response functions and radiative efficiencies. These are updated due to improved knowledge and/or changed background levels. Because $CO_2$ is used as reference, any changes for this gas will affect all metric values via AGWP changes. Figure 8.31 shows how the values of radiative efficiency (RE), integrated impulse response function (IRF) and consequentially AGWP for $CO_2$ have changed from earlier assessments relative to AR5 values. The net effect of change in RE and IRF is an increase of approximately 1% and

BLM_0058516



**Figure 8.31 |** Changes in the radiative efficiency (RE), integrated impulse response function (IRF) and Absolute Global Warming Potential (AGWP) for $CO_2$ for 100 years from earlier IPCC Assessment Reports normalized relative to the values given in AR5. The 'original' values are calculated based on the methods explained or value reported in each IPCC Assessment Report. The 'updated' values are calculated based on the methods used in AR5, but the input values from each Assessment Report. The difference is primarily in the formula for the RE, which was updated in TAR. The different integrated IRF in TAR relates to a different parameterisation of the same IRF (WMO, 1999). Changes represent both changes in scientific understanding and a changing background atmospheric $CO_2$ concentration (note that y-axis starts from 0.8). The lines connecting individual points are a visual guide and not to represent the values between different Assessment Reports.

6% from AR4 to AR5 in AGWP for $CO_2$ for 20 and 100 years, respectively (see Supplementary Material Section 8.SM.12). These increases in the AGWP of the reference gas lead to corresponding decreases in the GWPs for all non-$CO_2$ gases. Continued increases in the atmospheric levels of $CO_2$ will lead to further changes in GWPs (and GTPs) in the future.

To understand the factors contributing to changes relative to AR4, comparisons are made here using the AR5 values that include climate–carbon feedbacks for $CO_2$ only. Relative to AR4 the $CH_4$ AGWP has changed due to changes in perturbation lifetime, a minor change in RE due to an increase in background concentration, and changes in the estimates of indirect effects. The indirect effects on $O_3$ and stratospheric $H_2O$ are accounted for by increasing the effect of $CH_4$ by 50% and 15%, respectively (see Supplementary Material Table 8.SM.12). The ozone effect has doubled since AR4 taking into account more recent studies as detailed in Sections 8.3.3 and 8.5.1. Together with the changes in AGWP for $CO_2$ the net effect is increased GWP values of $CH_4$.

The GWPs for $N_2O$ are lower here compared to AR4. A longer perturbation lifetime is used in AR5, while the radiative efficiency is lower due to increased abundances of $CH_4$ and $N_2O$. In addition, the reduction in $CH_4$ via stratospheric $O_3$, UV fluxes and OH levels due to increased $N_2O$ abundance is included in GWPs and GTP. Owing to large uncertainties related to altitude of changes, we do not include the RF from stratospheric ozone changes as an indirect effect of $N_2O$.

Lifetimes for most of the halocarbons are taken from WMO (2011) and many of these have changed from AR4. The lifetimes of CFC-114, CFC-115 and HCF-161 are reduced by approximately 40%, while HFC-152

is reduced by one third. Among the hydrofluoroethers (HFEs) there are also several large changes in lifetimes. In addition, substantial updates of radiative efficiencies are made for several important gases; CFC-11, CFC-115, HCFC-124, HCFC-225cb, HFC-143a, HFC-245fa, $CCl_4$, $CHCl_3$, and $SF_6$. The radiative efficiency for carbon tetrachloride ($CCl_4$) is higher now and the $GWP_{100}$ has increased by almost 25% from AR4. Uncertainties in metric values are given in Section 8.7.1.4. See also Supplementary Material Section 8.SM.12 and footnote to Table 8.A.1. As can be seen from Table 8.A.2, some ODS have strong indirect effects through stratospheric ozone forcing, which for some of the gases reduce their net $GWP_{100}$ values substantially (and for the halons, to large negative values). Note that, consistent with Section 8.3.3, the uncertainties are large; ±100% for this indirect effect.

When climate-carbon feedbacks are included for both the non-$CO_2$ and reference gases, all metric values increase relative to the methodology used in AR4, sometimes greatly (Table 8.7, Supplementary Material Table 8.SM.16). Though the uncertainties range for these metric values is greater, as uncertainties in climate-carbon feedbacks are substantial, these calculations provide a more consistent methodology.

### 8.7.2.2   Metrics for Near-Term Climate Forcers

The GWP concept was initially used for the WMGHGs, but later for NTCFs as well. There are, however, substantial challenges related to calculations of GWP (and GTP) values for these components, which is reflected in the large ranges of values in the literature. Below we present and assess the current status of knowledge and quantification of metrics for various NTCFs.

#### 8.7.2.2.1   Nitrogen oxides

Metric values for $NO_x$ usually include the short-lived ozone effect, $CH_4$ changes and the $CH_4$-controlled $O_3$ response. $NO_x$ also causes RF through nitrate formation, and via $CH_4$ it affects stratospheric $H_2O$ and through ozone it influences $CO_2$. In addition, $NO_x$ affects $CO_2$ through nitrogen deposition (fertilization effect). Due to high reactivity and the many nonlinear chemical interactions operating on different time scales, as well as heterogeneous emission patterns, calculation of *net* climate effects of $NO_x$ is difficult. The net effect is a balance of large opposing effects with very different temporal behaviours. There is also a large spread in values among the regions due to variations in chemical and physical characteristics of the atmosphere.

As shown in Table 8.A.3 the GTP and GWP values are very different. This is due to the fundamentally different nature of these two metrics (see Figure 8.28) and the way they capture the temporal behaviour of responses to $NO_x$ emissions. Time variation of GTP for $NO_x$ is complex, which is not directly seen by the somewhat arbitrary choices of time horizon, and the net GTP is a fine balance between the contributing terms. The general pattern for $NO_x$ is that the short-lived ozone forcing is always positive, while the $CH_4$-induced ozone forcing and $CH_4$ forcing are always negative (see Section 8.5.1). Nitrate aerosols from $NO_x$ emission are not included in Table 8.A.3. For the GTP, all estimates for $NO_x$ from surface sources have a negative net effect. As discussed in Section 8.7.1.4 Collins et al. (2010) and Shindell et al. (2009) implemented further indirect effects, but these are not included in Table

BLM_0058517

**8**

8.A.3 due to large uncertainties. The metric estimates for $NO_X$ reflect the level of knowledge, but they also depend on experimental design, treatment of transport processes, and modelling of background levels. The multi-model study by Fry et al. (2012) shows the gaseous chemistry response to $NO_X$ is relatively robust for European emissions, but that the uncertainty is so large that for some regions of emissions it is not possible to conclude whether $NO_X$ causes cooling or warming.

#### 8.7.2.2.2    Carbon monoxide and volatile organic compounds

Emissions of carbon monoxide (CO) and volatile organic compounds (VOCs) lead to production of ozone on short time scales. By affecting OH and thereby the levels of $CH_4$ they also initiate a positive long-term ozone effect. With its lifetime of 2 to 3 months, the effect of CO emissions is less dependent on location than is the case for $NO_X$ (see Table 8.A.4). There is also less variation across models. However, Collins et al. (2010) found that inclusion of vegetation effects of $O_3$ increased the GTP values for CO by 20 to 50%. By including aerosol responses Shindell et al. (2009) found an increase in $GWP_{100}$ by a factor of ~2.5. CO of fossil origin will also have a forcing effect by contributing to $CO_2$ levels. This effect adds 1.4 to 1.6 to the $GWP_{100}$ for CO (Daniel and Solomon, 1998; Derwent et al., 2001). (The vegetation and aerosol effects are not included in the numbers in Table 8.A.4.)

VOC is not a well-defined group of hydrocarbons. This group of gases with different lifetimes is treated differently across models by lumping or using representative key species. However, the spread in metric values in Table 8.A.5 is moderate across regions, with highest values for emissions in South Asia (of the four regions studied). The effects via ozone and $CH_4$ cause warming, and the additional effects via interactions with aerosols and via the $O_3$–$CO_2$ link increase the warming effect further. Thus, the net effects of CO and VOC are less uncertain than for $NO_X$ for which the net is a residual between larger terms of opposite sign. However, the formation of SOAs is usually not included in metric calculations for VOC, which introduces a cooling effect and increased uncertainty.

#### 8.7.2.2.3    Black carbon and organic carbon

Most of the metric values for BC in the literature include the aerosol–radiation interaction and the snow/ice albedo effect of BC, though whether external or internal mixing is used varies between the studies. Bond et al. (2011) calculate GWPs and find that when the albedo effect is included the values increase by 5 to 15%. Studies have shown, however, that the climate response per unit forcing to this mechanism is stronger than for WMGHG (see Section 7.5).

Bond et al. (2013) assessed the current understanding of BC effects and calculated GWP and GTP for BC that includes aerosol–radiation interaction, aerosol–cloud interactions and albedo. As shown in Table 8.A.6 the uncertainties are wide for both metrics (for 90% uncertainty range) reflecting the current challenges related to understanding and quantifying the various effects (see Sections 7.5, 8.3.4 and 8.5.1). Their aerosol–radiation interaction effect is about 65% of the total effect while the albedo effect is approximately 20% of the aerosol–radiation interaction effect. Based on two studies (Rypdal et al., 2009; Bond et al., 2011), the GWP and GTP metrics were found to vary with

the region where BC is emitted by about ±30% . For larger regions of emissions, Collins et al. (2013) calculated GWPs and GTPs for the direct effect of BC and found somewhat lower variations among the regions.

Several studies have focused on the effects of emissions of BC and OC from different regions (Bauer et al., 2007; Koch et al., 2007; Naik et al., 2007; Reddy and Boucher, 2007; Rypdal et al., 2009). However, examination of results from these models (Fuglestvedt et al., 2010) reveals that there is not a robust relationship between the region of emission and the metric value — hence, regions that yield the highest metric value in one study, do not, in general, do so in the other studies.

The metric values for OC are quite consistent across studies, but fewer studies are available (see Table 8.A.6). A brief overview of metric values for other components is given in the Supplementary Material Section 8.SM.14.

#### 8.7.2.2.4    Summary of status of metrics for near-term climate forcers

The metrics provide a format for comparing the magnitudes of the various emissions as well as for comparing effects of emissions from different regions. They can also be used for comparing results from different studies. Much of the spread in results is due to differences in experimental design and how the models treat physical and chemical processes. Unlike most of the WMGHGs, many of the NTCFs are tightly coupled to the hydrologic cycle and atmospheric chemistry, leading to a much larger spread in results as these are highly complex processes that are difficult to validate on the requisite small spatial and short temporal scales. The confidence level is lower for many of the NTCF compared to WMGHG and much lower where aerosol–cloud interactions are important (see Section 8.5.1). There are particular difficulties for $NO_X$, because the net impact is a small residual of opposing effects with quite different spatial distributions and temporal behaviour. Although climate–carbon feedbacks for non-$CO_2$ emissions have not been included in the NTCF metrics (other than $CH_4$) presented here, they can greatly increase those values (Collins et al., 2013) and likely provide more realistic results.

### 8.7.2.3    Impact by Emitted Component

We now use the metrics evaluated here to estimate climate impacts of various components (in a forward looking perspective). Figure 8.32 shows global anthropogenic emissions of some selected components weighted by the GWP and GTP. The time horizons are chosen as examples and illustrate how the perceived impacts of components—relative to the impact of the reference gas—vary strongly as function of impact parameter (integrated RF in GWP or end-point temperature in GTP) and with time horizon.

We may also calculate the temporal development of the temperature responses to pulse or sustained emissions using the AGTP metric. Figure 8.33 shows that for a one-year pulse the impacts of NTCF decay quickly owing to their atmospheric adjustment times even if effects are prolonged due to climate response time (in the case of constant emissions the effects reach approximately constant levels since the emissions are replenished each year, except for $CO_2$, which has a fraction

BLM_0058518



**Figure 8.32 |** Global anthropogenic emissions weighted by GWP and GTP for chosen time horizons (aerosol–cloud interactions are not included). Emission data for 2008 are taken from the EDGAR database. For BC and OC emissions for 2005 are from Shindell et al. (2012a). The units are 'CO₂ equivalents' which reflects equivalence only in the impact parameter of the chosen metric (integrated RF over the chosen time horizon for GWP; temperature change at the chosen point in time for GTP), given as Pg(CO₂)$_{eq}$ (left axis) and given as PgC$_{eq}$ (right axis). There are large uncertainties related to the metric values and consequentially also to the calculated CO₂ equivalents (see text).

remaining in the atmosphere on time scales of centuries. Figure 8.33 also shows how some components have strong short-lived effects of both signs while $CO_2$ has a weaker initial effect but one that persists to create a long-lived warming effect. Note that there are large uncertainties related to the metric values (as discussed in Section 8.7.1.4); especially for the NTCFs.

These examples show that the outcome of comparisons of effects of emissions depends strongly on choice of time horizon and metric type. Such end-user choices will have a strong influence on the calculated contributions from NTCFs versus WMGHGs or non-$CO_2$ versus $CO_2$ emissions. Thus, each specific analysis should use a design chosen in light of the context and questions being asked.

### 8.7.2.4   Metrics and Impacts by Sector

While the emissions of WMGHGs vary strongly between sectors, the climate impacts of these gases are independent of sector. The latter is not the case for chemically active and short-lived components, due to the dependence of their impact on the emission location. Since most sectors have multiple co-emissions, and for NTCFs some of these are warming while others are cooling, the net impact of a given sector requires explicit calculations. Since AR4, there has been significant progress in the understanding and quantification of climate impacts of NTCFs from sectors such as transportation, power production and biomass burning (Berntsen and Fuglestvedt, 2008; Skeie et al., 2009; Stevenson and Derwent, 2009; Lee et al., 2010; Unger et al., 2010; Dahlmann et al., 2011). Supplementary Material Table 8.SM.18 gives an overview of recent published metric values for various components by sector.

The impact from sectors depends on choice of metric, time horizon, pulse versus sustained emissions and forward versus backward looking perspective (see Section 8.7.1 and Box 8.4). Unger et al. (2010) calculated RF for a set of components emitted from each sector. RF at chosen points in time (20 and 100 years) for *sustained* emissions was used by Unger et al. (2010) as the metric for comparison. This is comparable



**Figure 8.33 |** Temperature response by component for total anthropogenic emissions for a 1-year pulse. Emission data for 2008 are taken from the EDGAR database and for BC and OC for 2005 from Shindell et al. (2012a). There are large uncertainties related to the AGTP values and consequentially also to the calculated temperature responses (see text).

to using integrated RF up to the chosen times for *pulse* emissions (as in GWPs). Such studies are relevant for policymaking that focuses on regulating the *total activity* of a sector or for understanding the contribution from a sector to climate change. On the other hand, the fixed mix of emissions makes it less general and relevant for emission scenarios. Alternatively, one may adopt a component-by-component view which is relevant for policies directed towards specific components (or sets of components, as controlling an individual pollutant in isolation is usually not practical). But this view will not capture interactions and non-linearities within the suite of components emitted by most sectors. The effects of specific emission control technologies or policies or projected societal changes on the mix of emissions is probably the most relevant type of analysis, but there are an enormous number of possible actions and regional details that could be investigated. Henze et al. (2012) demonstrate a method for providing highly spatially resolved

BLM_0058519

estimates of forcing per component, and caution that RF aggregated over regions or sectors may not represent the impacts of emissions changes on finer scales.

Metrics for individual land-based sectors are often similar to the global mean metric values (Shindell et al., 2008). In contrast, metrics for emissions from aviation and shipping usually show large differences from global mean metric values (Table 8.A.3 versus Table 8.SM.18). Though there can sometimes be substantial variation in the impact of land-based sectors across regions, and for a particular region even from one sector to another, variability between different land-based sources is generally smaller than between land, sea and air emissions.

$NO_x$ from aviation is one example where the metric type is especially important. $GWP_{20}$ values are positive due to the strong response of short-lived ozone. Reported $GWP_{100}$ and $GTP_{100}$ values are of either sign, however, due to the differences in balance between the individual effects modelled. Even if the models agree on the net effect of $NO_x$, the individual contributions can differ significantly, with large uncertainties stemming from the relative magnitudes of the $CH_4$ and $O_3$ responses (Myhre et al., 2011) and the background tropospheric concentrations of $NO_x$ (Holmes et al., 2011; Stevenson and Derwent, 2009). Köhler et al. (2013), find strong regional sensitivity of ozone and $CH_4$ to $NO_x$ particularly at cruise altitude. Generally, they find the strongest effects at low latitudes. For the aviation sector contrails and contrail induced cirrus are also important. Based on detailed studies in the literature, Fuglestvedt et al. (2010) produced GWP and GTP for contrails, water vapor and contrail-induced cirrus.

The GWP and GTPs for $NO_x$ from shipping are strongly negative for all time horizons. The strong positive effect via $O_3$ due to the low-$NO_x$ environment into which ships generally emit $NO_x$ is outweighed by the stronger effect on $CH_4$ destruction due to the relatively lower latitudes of these emissions compared to land-based sources.

In addition to having large emissions of $NO_x$ the shipping sector has large emission of $SO_2$. The direct $GWP_{100}$ for shipping ranges from –11 to –43 (see Supplementary Material Table 8.SM.18). Lauer et al. (2007) reported detailed calculations of the indirect forcing specifically for this sector and found a wide spread of values depending on the emission inventory. Righi et al. (2011) and Peters et al. (2012) calculate indirect effects that are 30 to 50% lower than the indirect forcing reported by Lauer et al. (2007). The values from Shindell and Faluvegi (2010) for $SO_2$ from power generation are similar to those for shipping.

Although the various land transport sectors often are treated as one aggregate (e.g., road transport) there are important subdivisions. For instance, Bond et al. (2013) points out that among the BC-rich sectors they examined, diesel vehicles have the most clearly positive net impact on forcing. Studies delving even further have shown substantial differences between trucks and cars, gasoline and diesel vehicles, and low-sulphur versus high-sulphur fuels. Similarly, for power production there are important differences depending on fuel type (coal, oil, gas; e.g., Shindell and Faluvegi, 2010).

In the assessment of climate impacts of current emissions by sectors we give examples and apply a forward-looking perspective on effects

in terms of temperature change. The AGTP concept can be used to study the effects of the various components for chosen time horizons. A single year's worth of current global emissions from the energy and industrial sectors have the largest contributions to warming after 100 years (see Figure 8.34a). Household fossil fuel and biofuel, biomass burning and on-road transportation are also relatively large contributors to warming over 100-year time scales. Those same sectors, along with sectors that emit large amounts of $CH_4$ (animal husbandry, waste/landfills and agriculture), are most important over shorter time horizons (about 20 years; see Figure 8.34b).

Analysing climate change impacts by using the net effect of particular activities or sectors may—compared to other perspectives—provide more insight into how societal actions influence climate. Owing to large variations in mix of short- and long-lived components, as well as cooling and warming effects, the results will also in these cases depend strongly on choice of time horizon and climate impact parameter. Improved understanding of aerosol–cloud interactions, and how those are attributed to individual components is clearly necessary to refine estimates of sectoral or emitted component impacts.





**Figure 8.34** | Net global mean temperature change by source sector after (a) 100 and (b) 20 years (for 1-year pulse emission). Emission data for 2008 are taken from the EDGAR database. For BC and OC anthropogenic emissions are from Shindell et al. (2012a) and biomass burning emissions are from Lamarque et al. (2010), see Supplementary Material Section 8.SM.17. There are large uncertainties related to the AGTP values and consequentially also to the calculated temperature responses (see text).

BLM_0058520

# References

8

Aaheim, A., J. Fuglestvedt, and O. Godal, 2006: Costs savings of a flexible multi-gas climate policy. *Energy J.* (**Special Issue No. 3**), 485–501.

Abreu, J., J. Beer, F. Steinhilber, S. Tobias, and N. Weiss, 2008: For how long will the current grand maximum of solar activity persist? *Geophys. Res. Lett.*, **35**, L20109.

Ackerley, D., B. B. B. Booth, S. H. E. Knight, E. J. Highwood, D. J. Frame, M. R. Allen, and D. P. Rowell, 2011: Sensitivity of twentieth-century Sahel rainfall to sulfate aerosol and $CO_2$ forcing. *J. Clim.*, **24**, 4999–5014.

Allan, W., H. Struthers, and D. C. Lowe, 2007: Methane carbon isotope effects caused by atomic chlorine in the marine boundary layer: Global model results compared with Southern Hemisphere measurements. *J. Geophys. Res. Atmos.*, **112**, D04306.

Ammann, C. M., and P. Naveau, 2003: Statistical analysis of tropical explosive volcanism occurrences over the last 6 centuries. *Geophys. Res. Lett.*, **30**, 1210.

Ammann, C. M., and P. Naveau, 2010: A statistical volcanic forcing scenario generator for climate simulations. *J. Geophys. Res. Atmos.*, **115**, D05107.

Anchukaitis, K. J., B. M. Buckley, E. R. Cook, B. I. Cook, R. D. D'Arrigo, and C. M. Ammann, 2010: Influence of volcanic eruptions on the climate of the Asian monsoon region. *Geophys. Res. Lett.*, **37**, L22703.

Andersen, M., D. Blake, F. Rowland, M. Hurley, and T. Wallington, 2009: Atmospheric chemistry of sulfuryl fluoride: Reaction with OH radicals, Cl atoms and $O_3$, atmospheric lifetime, IR spectrum, and global warming potential. *Environ. Sci. Technol.*, **43**, 1067–1070.

Andersen, M., V. Andersen, O. Nielsen, S. Sander, and T. Wallington, 2010: Atmospheric chemistry of $HCF_2O(CF_2CF_2O)xCF_2H$ (x=2–4): Kinetics and mechanisms of the chlorine-atom-initiated oxidation. *Chemphyschem*, **11**, 4035–4041.

Andrews, T., and P. M. Forster, 2008: $CO_2$ forcing induces semi-direct effects with consequences for climate feedback interpretations. *Geophys. Res. Lett.*, **35**, L04802.

Andrews, T., M. Doutriaux-Boucher, O. Boucher, and P. M. Forster, 2011: A regional and global analysis of carbon dioxide physiological forcing and its impact on climate. *Clim. Dyn.*, **36**, 783–792.

Andrews, T., J. Gregory, M. Webb, and K. Taylor, 2012a: Forcing, feedbacks and climate sensitivity in CMIP5 coupled atmosphere-ocean climate models. *Geophys. Res. Lett.*, **39**, L09712.

Andrews, T., P. Forster, O. Boucher, N. Bellouin, and A. Jones, 2010: Precipitation, radiative forcing and global temperature change. *Geophys. Res. Lett.*, **37**, doi:10.1029/2010GL043991, L14701.

Andrews, T., M. Ringer, M. Doutriaux-Boucher, M. Webb, and W. Collins, 2012b: Sensitivity of an Earth system climate model to idealized radiative forcing. *Geophys. Res. Lett.*, **39**, L10702.

Antuña, J. C., A. Robock, G. Stenchikov, J. Zhou, C. David, J. Barnes, and L. Thomason, 2003: Spatial and temporal variability of the stratospheric aerosol cloud produced by the 1991 Mount Pinatubo eruption. *J. Geophys. Res. Atmos.*, **108**, 4624.

Archibald, A. T., M. E. Jenkin, and D. E. Shallcross, 2010: An isoprene mechanism intercomparison. *Atmos. Environ.*, **44**, 5356–5364.

Archibald, A. T., et al., 2011: Impacts of HO(x) regeneration and recycling in the oxidation of isoprene: Consequences for the composition of past, present and future atmospheres. *Geophys. Res. Lett.*, **38**, L05804.

Arnold, T., et al., 2013: Nitrogen trifluoride global emissions estimated from updated atmospheric measurements, Proc. Natl. Acad. Sci. U.S.A, **110**, 2029-2034.

Arora, V. K., and A. Montenegro, 2011: Small temperature benefits provided by realistic afforestation efforts. *Nature Geosci.*, **4**, 514–518.

Arora, V. K., et al., 2013: Carbon-concentration and carbon-climate feedbacks in CMIP5 Earth system models. *J. Clim.*, **26**, 5289-5314.

Ashmore, M. R., 2005: Assessing the future global impacts of ozone on vegetation. *Plant Cell Environ.*, **28**, 949–964.

Azar, C., and D. J. A. Johansson, 2012: On the relationship between metrics to compare greenhouse gases—the case of IGTP, GWP and SGTP. *Earth Syst. Dynam.*, **3**, 139–147.

Baasandorj, M., A. R. Ravishankara, and J. B. Burkholder, 2011: Atmospheric chemistry of (Z)-$CF_3CH=CHCF_3$: OH radical reaction rate coefficient and global warming potential. *J. Phys. Chem. A*, **115**, 10539–10549.

Baasandorj, M., G. Knight, V. Papadimitriou, R. Talukdar, A. Ravishankara, and J. Burkholder, 2010: Rate coefficients for the gas-phase reaction of the hydroxyl radical with $CH_2 = CHF$ and $CH_2 = CF_2$. *J. Phys. Chem. A*, **114**, 4619–4633.

Bala, G., K. Caldeira, M. Wickett, T. J. Phillips, D. B. Lobell, C. Delire, and A. Mirin, 2007: Combined climate and carbon-cycle effects of large-scale deforestation. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 6550–6555.

Baliunas, S., and R. Jastrow, 1990: Evidence for long-term brightness changes of solar-type stars. *Nature*, **348**, 520–523.

Ball, W., Y. Unruh, N. Krivova, S. Solanki, T. Wenzler, D. Mortlock, and A. Jaffe, 2012: Reconstruction of total solar irradiance 1974–2009. *Astron. Astrophys.*, **541**, A27.

Ban-Weiss, G., L. Cao, G. Bala, and K. Caldeira, 2012: Dependence of climate forcing and response on the altitude of black carbon aerosols. *Clim. Dyn.*, **38**, 897–911.

Barnes, C. A., and D. P. Roy, 2008: Radiative forcing over the conterminous United States due to contemporary land cover land use albedo change. *Geophys. Res. Lett.*, **35**, L09706.

Bathiany, S., M. Claussen, V. Brovkin, T. Raddatz, and V. Gayler, 2010: Combined biogeophysical and biogeochemical effects of large-scale forest cover changes in the MPI earth system model. *Biogeosciences*, **7**, 1383–1399.

Bauer, S., D. Koch, N. Unger, S. Metzger, D. Shindell, and D. Streets, 2007: Nitrate aerosols today and in 2030: A global simulation including aerosols and tropospheric ozone. *Atmos. Chem. Phys.*, **7**, 5043–5059.

Bekki, S., J. A. Pyle, W. Zhong, R. Toumi, J. D. Haigh, and D. M. Pyle, 1996: The role of microphysical and chemical processes in prolonging the climate forcing of the Toba eruption. *Geophys. Res. Lett.*, **23**, 2669–2672.

Bellouin, N., J. Rae, A. Jones, C. Johnson, J. Haywood, and O. Boucher, 2011: Aerosol forcing in the Climate Model Intercomparison Project (CMIP5) simulations by HadGEM2–ES and the role of ammonium nitrate. *J. Geophys. Res. Atmos.*, **116**, D20206.

Bernier, P. Y., R. L. Desjardins, Y. Karimi-Zindashty, D. Worth, A. Beaudoin, Y. Luo, and S. Wang, 2011: Boreal lichen woodlands: A possible negative feedback to climate change in eastern North America. *Agr. Forest Meteorol.*, **151**, 521–528.

Berntsen, T., and J. Fuglestvedt, 2008: Global temperature responses to current emissions from the transport sectors. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 19154–19159.

Berntsen, T. K., et al., 1997: Effects of anthropogenic emissions on tropospheric ozone and its radiative forcing. *J. Geophys. Res. Atmos.*, **102**, 28101–28126.

Betts, R., 2000: Offset of the potential carbon sink from boreal forestation by decreases in surface albedo. *Nature*, **408**, 187–190.

Betts, R. A., P. D. Falloon, K. K. Goldewijk, and N. Ramankutty, 2007: Biogeophysical effects of land use on climate: Model simulations of radiative forcing and large-scale temperature change. *Agr. Forest Meteorol.*, **142**, 216–233.

Biasutti, M., and A. Giannini, 2006: Robust Sahel drying in response to late 20th century forcings. *Geophys. Res. Lett.*, **33**, L11706.

Blowers, P., K. F. Tetrault, and Y. Trujillo-Morehead, 2008: Global warming potential predictions for hydrofluoroethers with two carbon atoms. *Theor. Chem. Acc.*, **119**, 369–381.

Blowers, P., D. Moline, K. Tetrault, R. Wheeler, and S. Tuchawena, 2007: Prediction of radiative forcing values for hydrofluoroethers using density functional theory methods. *J. Geophys. Res. Atmos.*, **112**, D15108.

Boer, G. J., and B. Yu, 2003: Climate sensitivity and response. *Clim. Dyn.*, **20**, 415–429.

Bollasina, M. A., Y. Ming, and V. Ramaswamy, 2011: Anthropogenic aerosols and the weakening of the South Asian summer monsoon. *Science*, **334**, 502–505.

Bond, T., C. Zarzycki, M. Flanner, and D. Koch, 2011: Quantifying immediate radiative forcing by black carbon and organic matter with the Specific Forcing Pulse. *Atmos. Chem. Phys.*, **11**, 1505–1525.

Bond, T. C., et al., 2007: Historical emissions of black and organic carbon aerosol from energy-related combustion, 1850–2000. *Global Biogeochem. Cycles*, **21**, Gb2018.

Bond, T. C., et al., 2013: Bounding the role of black carbon in the climate system: A scientific assessment. *J. Geophys. Res. Atmos.*, **118**, doi:10.1002/jgrd.50171, 5380-5552.

Bonfils, C., and D. Lobell, 2007: Empirical evidence for a recent slowdown in irrigation-induced cooling. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 13582–13587.

Bonfils, C. J. W., T. J. Phillips, D. M. Lawrence, P. Cameron-Smith, W. J. Riley, and Z. M. Subin, 2012: On the influence of shrub height and expansion on northern high latitude climate. *Environ. Res. Lett.*, **7**, 015503.

BLM_0058521

Booth, B., N. Dunstone, P. Halloran, T. Andrews, and N. Bellouin, 2012: Aerosols implicated as a prime driver of twentieth-century North Atlantic climate variability. *Nature*, 485, 534–534.

Boucher, O., 2012: Comparison of physically- and economically-based $CO_2$-equivalences for methane. *Earth Syst. Dyn.*, 3, 49–61.

Boucher, O., and J. Haywood, 2001: On summing the components of radiative forcing of climate change. *Clim. Dyn.*, 18, 297–302.

Boucher, O., and M. Reddy, 2008: Climate trade-off between black carbon and carbon dioxide emissions. *Energy Policy*, 36, 193–200.

Boucher, O., P. Friedlingstein, B. Collins, and K. P. Shine, 2009: The indirect global warming potential and global temperature change potential due to methane oxidation. *Environ. Res. Lett.*, 4, 044007.

Bourassa, A. E., et al., 2012: Large volcanic aerosol load in the stratosphere linked to Asian monsoon transport. *Science*, 337, 78–81.

Bourassa, A. E., et al., 2013: Response to Comments on "Large Volcanic Aerosol Load in the Stratosphere Linked to Asian Monsoon Transport". *Science*, 339, 6120.

Bowman, D., et al., 2009: Fire in the Earth System. *Science*, 324, 481–484.

Bowman, K. W., et al., 2013: Evaluation of ACCMIP outgoing longwave radiation from tropospheric ozone using TES satellite observations. *Atmos. Chem. Phys.*, 13, 4057–4072.

Bradford, D., 2001: Global change – Time, money and tradeoffs. *Nature*, 410, 649–650.

Bravo, I., et al., 2010: Infrared absorption spectra, radiative efficiencies, and global warming potentials of perfluorocarbons: Comparison between experiment and theory. *J. Geophys. Res. Atmos.*, 115, D24317.

Brovkin, V., et al., 2010: Sensitivity of a coupled climate-carbon cycle model to large volcanic eruptions during the last millennium. *Tellus B*, 62, 674–681.

Calvin, K., et al., 2012: The role of Asia in mitigating climate change: Results from the Asia modeling exercise. *Energ. Econ.*, 34, S251–S260.

Campra, P., M. Garcia, Y. Canton, and A. Palacios-Orueta, 2008: Surface temperature cooling trends and negative radiative forcing due to land use change toward greenhouse farming in southeastern Spain. *J. Geophys. Res. Atmos.*, 113, D18109.

Carlton, A. G., R. W. Pinder, P. V. Bhave, and G. A. Pouliot, 2010: To what extent can biogenic SOA be controlled? *Environ. Sci. Technol.*, 44, 3376–3380.

Carslaw, K. S., O. Boucher, D. V. Spracklen, G. W. Mann, J. G. L. Rae, S. Woodward, and M. Kulmala, 2010: A review of natural aerosol interactions and feedbacks within the Earth system. *Atmos. Chem. Phys.*, 10, 1701–1737.

Chang, W. Y., H. Liao, and H. J. Wang, 2009: Climate responses to direct radiative forcing of anthropogenic aerosols, tropospheric ozone, and long-lived greenhouse gases in Eastern China over 1951–2000. *Adv. Atmos. Sci.*, 26, 748–762.

Chen, W. T., A. Nenes, H. Liao, P. J. Adams, J. L. F. Li, and J. H. Seinfeld, 2010: Global climate response to anthropogenic aerosol indirect effects: Present day and year 2100. *J. Geophys. Res. Atmos.*, 115, D12207.

Cherubini, F., G. Guest, and A. Strømman, 2012: Application of probablity distributions to the modelling of biogenic $CO_2$ fluxes in life cycle assessment. *Global Change Biol.*, 4, doi:10.1111/j.1757–1707.2011.01156.x, 784-798.

Cherubini, F., G. Peters, T. Berntsen, A. Stromman, and E. Hertwich, 2011: $CO_2$ emissions from biomass combustion for bioenergy: Atmospheric decay and contribution to global warming. *Global Change Biol. Bioenerg.*, 3, 413–426.

Chung, C. E., and V. Ramanathan, 2006: Weakening of North Indian SST gradients and the monsoon rainfall in India and the Sahel. *J. Clim.*, 19, 2036–2045.

Clark, H. L., M. L. Cathala, H. Teyssedre, J. P. Cammas, and V. H. Peuch, 2007: Cross-tropopause fluxes of ozone using assimilation of MOZAIC observations in a global CTM. *Tellus B*, 59, 39–49.

Clarke, A. D., and K. J. Noone, 1985: Soot in the Arctic Snowpack—A cause for peturbations in radiative-transfer. *Atmos. Environ.*, 19, 2045–2053.

Claussen, M., V. Brovkin, and A. Ganopolski, 2001: Biogeophysical versus biogeochemical feedbacks of large-scale land cover change. *Geophys. Res. Lett.*, 28, 1011–1014.

Cofala, J., M. Amann, Z. Klimont, K. Kupiainen, and L. Hoglund-Isaksson, 2007: Scenarios of global anthropogenic emissions of air pollutants and methane until 2030. *Atmos. Environ.*, 41, 8486–8499.

Collins, W., R. Derwent, C. Johnson, and D. Stevenson, 2002: The oxidation of organic compounds in the troposphere and their global warming potentials. *Clim. Change*, 52, 453–479.

Collins, W. D., et al., 2006: Radiative forcing by well-mixed greenhouse gases: Estimates from climate models in the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4). *J. Geophys. Res. Atmos.*, 111, D14317.

Collins, W. J., S. Sitch, and O. Boucher, 2010: How vegetation impacts affect climate metrics for ozone precursors. *J. Geophys. Res. Atmos.*, 115, D23308.

Collins, W. J., M. M. Fry, H. Yu, J. S. Fuglestvedt, D. T. Shindell, and J. J. West, 2013: Global and regional temperature-change potentials for near-term climate forcers. *Atmos. Chem. Phys.*, 13, 2471–2485.

Conley, A. J., J. F. Lamarque, F. Vitt, W. D. Collins, and J. Kiehl, 2013: PORT, a CESM tool for the diagnosis of radiative forcing. *Geosci. Model Dev.*, 6, 469–476.

Cooper, O. R., et al., 2010: Increasing springtime ozone mixing ratios in the free troposphere over western North America. *Nature*, 463, 344–348.

Cox, P. M., et al., 2008: Increasing risk of Amazonian drought due to decreasing aerosol pollution. *Nature*, 453, 212–215.

Crook, J., and P. Forster, 2011: A balance between radiative forcing and climate feedback in the modeled 20th century temperature response. *J. Geophys. Res. Atmos.*, 116, D17108.

Crowley, T. J., and M. B. Unterman, 2013: Technical details concerning development of a 1200 yr proxy index for volcanism. *Earth Syst. Sci. Data*, 5, 187-197.

Crutzen, P., 1973: Discussion of chemistry of some minor constituents in stratosphere and troposphere. *Pure Appl. Geophys.*, 106, 1385–1399.

Dahlmann, K., V. Grewe, M. Ponater, and S. Matthes, 2011: Quantifying the contributions of individual $NO_x$ sources to the trend in ozone radiative forcing. *Atmos. Environ.*, 45, 2860–2868.

Daniel, J., and S. Solomon, 1998: On the climate forcing of carbon monoxide. *J. Geophys. Res. Atmos.*, 103, 13249–13260.

Daniel, J., S. Solomon, and D. Abritton, 1995: On the evaluation of halocarbon radiative forcing and global warming potentials. *J. Geophys. Res. Atmos.*, 100, 1271–1285.

Daniel, J., E. Fleming, R. Portmann, G. Velders, C. Jackman, and A. Ravishankara, 2010: Options to accelerate ozone recovery: Ozone and climate benefits. *Atmos. Chem. Phys.*, 10, 7697–7707.

Daniel, J., S. Solomon, T. Sanford, M. McFarland, J. Fuglestvedt, and P. Friedlingstein, 2012: Limitations of single-basket trading: Lessons from the Montreal Protocol for climate policy. *Clim. Change*, 111, 241–248.

Davin, E., N. de Noblet-Ducoudre, and P. Friedlingstein, 2007: Impact of land cover change on surface climate: Relevance of the radiative forcing concept. *Geophys. Res. Lett.*, 34, L13702.

Davin, E. L., and N. de Noblet-Ducoudre, 2010: Climatic impact of global-scale deforestation: Radiative versus nonradiative orocesses. *J. Clim.*, 23, 97–112.

De Cara, S., E. Galko, and P. Jayet, 2008: The global warming potential paradox: Implications for the design of climate policy. In: *Design of Climate Policy* [R. Guesnerie and H. Tulkens (eds.)]. The MIT Press, Cambridge, MA, USA, pp. 359–384.

de la Torre, L., et al., 2006: Solar influence on Northern Annular Mode spatial structure and QBO modulation. *Part. Accel. Space Plasma Phys. Sol. Radiat. Atmos. Clim.*, 37, 1635–1639.

de Noblet-Ducoudre, N., et al., 2012: Determining robust impacts of land-use-induced land cover change on surface climate over North America and Eurasia: Results from the first set of LUCID experiments. *J. Clim.*, 25, 3261–3281.

DeAngelis, A., F. Dominguez, Y. Fan, A. Robock, M. D. Kustu, and D. Robinson, 2010: Evidence of enhanced precipitation due to irrigation over the Great Plains of the United States. *J. Geophys. Res. Atmos.*, 115, D15115.

DeLand, M., and R. Cebula, 2012: Solar UV variations during the decline of Cycle 23. *J. Atmos. Sol. Terres. Phys.*, 77, 225–234.

Delaygue, G., and E. Bard, 2011: An Antarctic view of Beryllium-10 and solar activity for the past millennium. *Clim. Dyn.*, 36, 2201–2218.

Deligne, N. I., S. G. Coles, and R. S. J. Sparks, 2010: Recurrence rates of large explosive volcanic eruptions. *J. Geophys. Res. Sol. Earth*, 115, B06203.

den Elzen, M., et al., 2005: Analysing countries' contribution to climate change: Scientific and policy-related choices. *Environ. Sci. Policy*, 8, 614–636.

Denman, K. L., et al., 2007: Couplings between changes in the climate system and biogeochemistry. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 499-587.

BLM_0058522

Dentener, F., et al., 2006: The global atmospheric environment for the next generation. *Environ. Sci. Technol.*, **40**, 3586–3594.

Derwent, R., W. Collins, C. Johnson, and D. Stevenson, 2001: Transient behaviour of tropospheric ozone precursors in a global 3-D CTM and their indirect greenhouse effects. *Clim. Change*, **49**, 463–487.

Deuber, O., G. Luderer, and O. Edenhofer, 2013: Physico-economic evaluation of climate metrics: A conceptual framework. *Environ. Sci. Policy*, **29**, 37–45.

Dewitte, S., D. Crommelynck, S. Mekaoui, and A. Joukoff, 2004: Measurement and uncertainty of the long-term total solar irradiance trend. *Solar Phys.*, **224**, 209–216.

Dickinson, R., 1975: Solar variability and lower atmosphere. *Bull. Am. Meteorol. Soc.*, **56**, 1240–1248.

Doherty, S. J., S. G. Warren, T. C. Grenfell, A. D. Clarke, and R. E. Brandt, 2010: Light-absorbing impurities in Arctic snow. *Atmos. Chem. Phys.*, **10**, 11647–11680.

Doutriaux-Boucher, M., M. Webb, J. Gregory, and O. Boucher, 2009: Carbon dioxide induced stomatal closure increases radiative forcing via a rapid reduction in low cloud. *Geophys. Res. Lett.*, **36**, doi:10.1029/2008GL036273, L02703.

Ehhalt, D. H., and L. E. Heidt, 1973: Vertical profiles of $CH_4$ in troposphere and stratosphere. *J. Geophys. Res.*, **78**, 5265–5271.

Eliseev, A. V., and I.I. Mokhov, 2011: Effect of including land-use driven radiative forcing of the surface albedo of land on climate response in the 16th-21st centuries. *Izvestiya Atmos. Ocean. Phys.*, **47**, 15–30.

Engel, A., et al., 2009: Age of stratospheric air unchanged within uncertainties over the past 30 years. *Nature Geosci.*, **2**, 28–31.

Erlykin, A., and A. Wolfendale, 2011: Cosmic ray effects on cloud cover and their relevance to climate change. *J. Atmos. Sol. Terres. Phys.*, **73**, 1681–1686.

Ermolli, I., K. Matthes, T. Dudok de Wit, N. A. Krivova, K. Tourpali, M. Weber, Y. C. Unruh, L. Gray, U. Langematz, P. Pilewskie, E. Rozanov, W. Schmutz, A. Shapiro, S. K. Solanki, and T. N. Woods, 2013: Recent variability of the solar spectral irradiance and its impact on climate modelling, *Atmospheric Chemistry and Physics*, **13**, 3945-3977.

Esper, J., and F. H. Schweingruber, 2004: Large-scale treeline changes recorded in Siberia. *Geophys. Res. Lett.*, **31**, L06202.

Eyring, V., et al., 2010a: Sensitivity of 21st century stratospheric ozone to greenhouse gas scenarios. *Geophys. Res. Lett.*, **37**, L16807.

Eyring, V., et al., 2010b: Multi-model assessment of stratospheric ozone return dates and ozone recovery in CCMVal-2 models. *Atmos. Chem. Phys.*, **10**, 9451–9472.

Fan, F., X., M. E. Mann, and C. M. Ammann, 2009: Understanding changes in the Asian summer monsoon over the past millennium: Insights from a long-term coupled model simulation. *J. Clim.*, **22**, 1736–1748.

FAO, 2012: State of the world's forests. Food and Agriculture Organization of the United Nations, Rome, Italy, 60 pp.

Feng, X., and F. Zhao, 2009: Effect of changes of the HITRAN database on transmittance calculations in the near-infrared region. *J. Quant. Spectrosc. Radiat. Transfer*, **110**, 247–255.

Feng, X., F. Zhao, and W. Gao, 2007: Effect of the improvement of the HITIRAN database on the radiative transfer calculation. *J. Quant. Spectrosc. Radiat. Transfer*, **108**, 308–318.

Findell, K. L., E. Shevliakova, P. C. D. Milly, and R. J. Stouffer, 2007: Modeled impact of anthropogenic land cover change on climate. *J. Clim.*, **20**, 3621–3634.

Fioletov, V. E., G. E. Bodeker, A. J. Miller, R. D. McPeters, and R. Stolarski, 2002: Global and zonal total ozone variations estimated from ground-based and satellite measurements: 1964–2000. *J. Geophys. Res. Atmos.*, **107**, 4647.

Fiore, A. M., et al., 2009: Multimodel estimates of intercontinental source-receptor relationships for ozone pollution. *J. Geophys. Res. Atmos.*, **114**, D04301.

Fischer, E. M., J. Luterbacher, E. Zorita, S. F. B. Tett, C. Casty, and H. Wanner, 2007: European climate response to tropical volcanic eruptions over the last half millennium. *Geophys. Res. Lett.*, **34**, L05707.

Fishman, J., et al., 2010: An investigation of widespread ozone damage to the soybean crop in the upper Midwest determined from ground-based and satellite measurements. *Atmos. Environ.*, **44**, 2248–2256.

Flanner, M. G., C. S. Zender, J. T. Randerson, and P. J. Rasch, 2007: Present-day climate forcing and response from black carbon in snow. *J. Geophys. Res. Atmos.*, **112**, D11202.

Fletcher, C. G., P. J. Kushner, A. Hall, and X. Qu, 2009: Circulation responses to snow albedo feedback in climate change. *Geophys. Res. Lett.*, **36**, L09702.

Fomin, B.A., and V.A. Falaleeva, 2009: Recent progress in spectroscopy and its effect on line-by-line calculations for the validation of radiation codes for climate models. *Atmos. Oceanic Opt.*, **22**, 626–629.

Forster, P., and K. Shine, 1997: Radiative forcing and temperature trends from stratospheric ozone changes. *J. Geophys. Res. Atmos.*, **102**, 10841–10855.

Forster, P., et al., 2005: Resolution of the uncertainties in the radiative forcing of HFC-134a. *J. Quant. Spectrosc. Radiat. Transfer*, **93**, 447–460.

Forster, P., et al., 2007: Changes in Atmospheric Constituents and in Radiative Forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 129-234.

Forster, P., et al., 2011a: Evaluation of radiation scheme performance within chemistry climate models. *J. Geophys. Res. Atmos.*, **116**, D10302.

Forster, P. M., T. Andrews, P. Good, J. M. Gregory, L. S. Jackson, and M. Zelinka, 2013: Evaluating adjusted forcing and model spread for historical and future scenarios in the CMIP5 generation of climate models. *J. Geophys. Res. Atmos.*, **118**, 1139–1150.

Forster, P. M., et al., 2011b: Stratospheric changes and climate. In: *Scientific Assessment of Ozone Depletion: 2010*. Global Ozone Research and Monitoring Project–Report No. 52, World Meteorological Organization, Geneva, Switzerland, 516 pp.

Fortuin, J. P. F., and H. Kelder, 1998: An ozone climatology based on ozonesonde and satellite measurements. *J. Geophys. Res. Atmos.*, **103**, 31709–31734.

Foukal, P., and J. Lean, 1988: Magnetic modulation of solar luminosity by phtospheric activity. *Astrophys. J.*, **328**, 347–357.

Fowler, D., et al., 2009: Atmospheric composition change: Ecosystems-atmosphere interactions. *Atmos. Environ.*, **43**, 5193–5267.

Frame, T., and L. Gray, 2010: The 11-yr solar cycle in ERA-40 data: An update to 2008. *J. Clim.*, **23**, 2213–2222.

Freckleton, R. E. Highwood, K. Shine, O. Wild, K. Law, and M. Sanderson, 1998: Greenhouse gas radiative forcing: Effects of averaging and inhomogeneities in trace gas distribution. *Q. J. R. Meteorol. Soc.*, **124**, 2099–2127.

Friedlingstein, P., et al., 2006: Climate-carbon cycle feedback analysis: Results from the C(4I)MIP model intercomparison. *J. Clim.*, **19**, 3337–3353.

Frohlich, C., 2006: Solar irradiance variability since 1978—Revision of the PMOD composite during solar cycle 21. *Space Sci. Rev.*, **125**, 53–65.

Frohlich, C., 2009: Evidence of a long-term trend in total solar irradiance. *Astron. Astrophys.*, **501**, L27–L30.

Frolicher, T. L., F. Joos, and C. C. Raible, 2011: Sensitivity of atmospheric $CO_2$ and climate to explosive volcanic eruptions. *Biogeosciences*, **8**, 2317–2339.

Fromm, M., G. Nedoluha, and Z. Charvat, 2013: Comment on "Large Volcanic Aerosol Load in the Stratosphere Linked to Asian Monsoon Transport". *Science*, **339**, 647–c.

Fry, M., et al., 2012: The influence of ozone precursor emissions from four world regions on tropospheric composition and radiative climate forcing. *J. Geophys. Res. Atmos.*, **117**, D07306.

Fuglestvedt, J., T. Berntsen, O. Godal, and T. Skodvin, 2000: Climate implications of GWP-based indicators in greenhouse gas emissions. *Geophys. Res. Lett.*, **27**, 409–412.

Fuglestvedt, J., T. Berntsen, O. Godal, R. Sausen, K. Shine, and T. Skodvin, 2003: Metrics of climate change: Assessing radiative forcing and emission indices. *Clim. Change*, **58**, 267–331.

Fuglestvedt, J. S., et al., 2010: Transport impacts on atmosphere and climate: Metrics. *Atmos. Environ.*, **44**, 4648–4677.

Fung, I., J. John, J. Lerner, E. Matthews, M. Prather, L. P. Steele, and P. J. Fraser, 1991: 3-Dimensional model synthesis of the global methane cycle. *J. Geophys. Res. Atmos.*, **96**, 13033–13065.

Gaillard, M. J., et al., 2010: Holocene land-cover reconstructions for studies on land cover-climate feedbacks. *Clim. Past*, **6**, 483–499.

Gao, C., A. Robock, and C. Ammann, 2008: Volcanic forcing of climate over the past 1500 years: An improved ice core-based index for climate models. *J. Geophys. Res. Atmos.*, **113**, D23111.

Garcia, R. R., W. J. Randel, and D. E. Kinnison, 2011: On the determination of age of air trends from atmospheric trace species. *J. Atmos. Sci.*, **68**, 139–154.

Gerlach, T., 2011: Volcanic versus anthropogenic carbon dioxide. *Eos*, **92**, 201–202.

Gettelman, A., J. Holton, and K. Rosenlof, 1997: Mass fluxes of $O_3$, $CH_4$, $N_2O$ and $CF_2Cl_2$ in the lower stratosphere calculated from observational data. *J. Geophys. Res. Atmos.*, **102**, 19149–19159.

BLM_0058523

Gillett, N., and H. Matthews, 2010: Accounting for carbon cycle feedbacks in a comparison of the global warming effects of greenhouse gases. *Environ. Res. Lett.*, **5**, 034011.

Ginoux, P., D. Garbuzov, and N. C. Hsu, 2010: Identification of anthropogenic and natural dust sources using Moderate Resolution Imaging Spectroradiometer (MODIS) Deep Blue level 2 data. *J. Geophys. Res. Atmos.*, **115**, D05204.

Godal, O., and J. Fuglestvedt, 2002: Testing 100-year global warming potentials: Impacts on compliance costs and abatement profile. *Clim. Change*, **52**, 93–127.

Goosse, H., et al., 2006: The origin of the European "Medieval Warm Period". *Clim. Past*, **2**, 99–113.

Granier, C., et al., 2011: Evolution of anthropogenic and biomass burning emissions of air pollutants at global and regional scales during the 1980–2010 period. *Clim. Change*, **109**, 163–190.

Gray, L., S. Rumbold, and K. Shine, 2009: Stratospheric temperature and radiative forcing response to 11-year solar cycle changes in irradiance and ozone. *J. Atmos. Sci.*, **66**, 2402–2417.

Gray, L., et al., 2010: Solar influences on climate. *Rev. Geophys.*, **48**, RG4001.

Gregory, J., and M. Webb, 2008: Tropospheric adjustment induces a cloud component in $CO_2$ forcing. *J. Clim.*, **21**, 58–71.

Gregory, J., et al., 2004: A new method for diagnosing radiative forcing and climate sensitivity. *Geophys. Res. Lett.*, **31**, L03205.

Gregory, J. M., 2010: Long-term effect of volcanic forcing on ocean heat content. *Geophys. Res. Lett.*, **37**, L22701.

Grewe, V., 2007: Impact of climate variability on tropospheric ozone. *Sci. Tot. Environ.*, **374**, 167–181.

Gusev, A. A., 2008: Temporal structure of the global sequence of volcanic eruptions: Order clustering and intermittent discharge rate. *Phys. Earth Planet. Inter.*, **166**, 203–218.

Haigh, J., 1994: The role of stratospheric ozone in modulating the solar radiative forcing of climate. *Nature*, **370**, 544–546.

Haigh, J., 1999: A GCM study of climate change in response to the 11-year solar cycle. *Q. J. R. Meteorol. Soc.*, **125**, 871–892.

Haigh, J. D., 1996: The impact of solar variability on climate. *Science*, **272**, 981–984.

Hall, J., and G. Lockwood, 2004: The chromospheric activity and variability of cycling and flat activity solar-analog stars. *Astrophys. J.*, **614**, 942–946.

Hallquist, M., et al., 2009: The formation, properties and impact of secondary organic aerosol: Current and emerging issues. *Atmos. Chem. Phys.*, **9**, 5155–5236.

Hammitt, J., A. Jain, J. Adams, and D. Wuebbles, 1996: A welfare-based index for assessing environmental effects of greenhouse-gas emissions. *Nature*, **381**, 301–303.

Hansen, J., and L. Nazarenko, 2004: Soot climate forcing via snow and ice albedos. *Proc. Natl. Acad. Sci. U.S.A.*, **101**, 423–428.

Hansen, J., et al., 2005: Efficacy of climate forcings. *J. Geophys. Res. Atmos.*, **110**, D18104.

Hansen, J., et al., 2007: Climate simulations for 1880–2003 with GISS modelE. *Clim. Dyn.*, **29**, 661–696.

Harder, J., J. Fontenla, P. Pilewskie, E. Richard, and T. Woods, 2009: Trends in solar spectral irradiance variability in the visible and infrared. *Geophys. Res. Lett.*, **36**, L07801.

Harrison, R., and M. Ambaum, 2010: Observing Forbush decreases in cloud at Shetland. *J. Atmos. Sol. Terres. Phys.*, **72**, 1408–1414.

Haywood, J., and M. Schulz, 2007: Causes of the reduction in uncertainty in the anthropogenic radiative forcing of climate between IPCC (2001) and IPCC (2007). *Geophys. Res. Lett.*, **34**, L20701.

Haywood, J. M., et al., 2010: Observations of the eruption of the Sarychev volcano and simulations using the HadGEM2 climate model. *J. Geophys. Res. Atmos.*, **115**, D21212.

Heathfield, A., C. Anastasi, A. McCulloch, and F. Nicolaisen, 1998: Integrated infrared absorption coefficients of several partially fluorinated ether compounds: $CF_3OCF_2H$, $CF_2HOCF_2H$, $CH_3OCF_2CF_2H$, $CH_3OCF_2CFClH$, $CH_3CH_2OCF_2CF_2H$, $CF_3CH_2OCF_2CF_2H$ and $CH_2=CHCH_2OCF_2CF_2H$. *Atmos. Environ.*, **32**, 2825–2833.

Hegg, D. A., S. G. Warren, T. C. Grenfell, S. J. Doherty, T. V. Larson, and A. D. Clarke, 2009: Source attribution of black carbon in Arctic snow. *Environ. Sci. Technol.*, **43**, 4016–4021.

Hegglin, M. I., and T. G. Shepherd, 2009: Large climate-induced changes in ultraviolet index and stratosphere-to-troposphere ozone flux. *Nature Geosci.*, **2**, 687–691.

Helama, S., M. Fauria, K. Mielikainen, M. Timonen, and M. Eronen, 2010: Sub-Milankovitch solar forcing of past climates: Mid and late Holocene perspectives. *Geol. Soc. Am. Bull.*, **122**, 1981–1988.

Henze, D. K., et al., 2012: Spatially refined aerosol direct radiative forcing efficiencies. *Environ. Sci. Technol.*, **46**, 9511–9518.

Hohne, N., et al., 2011: Contributions of individual countries' emissions to climate change and their uncertainty. *Clim. Change*, **106**, 359–391.

Holmes, C., Q. Tang, and M. Prather, 2011: Uncertainties in climate assessment for the case of aviation NO. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 10997–11002.

Holmes, C. D., M. J. Prather, O. A. Sovde, and G. Myhre, 2013: Future methane, hydroxyl, and their uncertainties: Key climate and emission parameters for future predictions. *Atmos. Chem. Phys.*, **13**, 285–302.

Horowitz, L. W., 2006: Past, present, and future concentrations of tropospheric ozone and aerosols: Methodology, ozone evaluation, and sensitivity to aerosol wet removal. *J. Geophys. Res. Atmos.*, **111**, D22211.

Houghton, J. T., G. J. Jenkins, and J. J. Ephraums (eds.), 1990: *Climate Change. The IPCC Scientific Assessment.* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 364 pp.

Hoyle, C., et al., 2011: A review of the anthropogenic influence on biogenic secondary organic aerosol. *Atmos. Chem. Phys.*, **11**, 321–343.

Hsu, J., and M. J. Prather, 2009: Stratospheric variability and tropospheric ozone. *J. Geophys. Res. Atmos.*, **114**, D06102.

Huang, J., Q. Fu, W. Zhang, X. Wang, R. Zhang, H. Ye, and S. Warren, 2011: Dust and black carbon in seasonal snow across northern China. *Bull. Am. Meteorol. Soc.*, **92**, 175–181.

Huijnen, V., et al., 2010: The global chemistry transport model TM5: Description and evaluation of the tropospheric chemistry version 3.0. *Geosci. Model Dev.*, **3**, 445–473.

Hurst, D. F., et al., 2011: Stratospheric water vapor trends over Boulder, Colorado: Analysis of the 30 year Boulder record. *J. Geophys. Res. Atmos.*, **116**, D02306.

Hurtt, G. C., et al., 2006: The underpinnings of land-use history: Three centuries of global gridded land-use transitions, wood-harvest activity, and resulting secondary lands. *Global Change Biol.*, **12**, 1208–1229.

Iacono, M. J., J. S. Delamere, E. J. Mlawer, M. W. Shephard, S. A. Clough, and W. D. Collins, 2008: Radiative forcing by long-lived greenhouse gases: Calculations with the AER radiative transfer models. *J. Geophys. Res. Atmos.*, **113**, D13103.

Ineson, S., A. A. Scaife, J. R. Knight, J. C. Manners, N. J. Dunstone, L. J. Gray, and J. D. Haigh, 2011: Solar forcing of winter climate variability in the Northern Hemisphere. *Nature Geosci.*, **4**, 753–757.

IPCC, 1996: *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change.

Isaksen, I., et al., 2009: Atmospheric composition change: Climate-chemistry interactions. *Atmos. Environ.*, **43**, 5138–5192.

Ito, A., and J. E. Penner, 2005: Historical emissions of carbonaceous aerosols from biomass and fossil fuel burning for the period 1870–2000. *Global Biogeochem. Cycles*, **19**, Gb2028.

Jackson, S., 2009: Parallel pursuit of near-term and long-term climate mitigation. *Science*, **326**, 526–527.

Jacobson, M., 2010: Short-term effects of controlling fossil-fuel soot, biofuel soot and gases, and methane on climate, Arctic ice, and air pollution health. *J. Geophys. Res. Atmos.*, **115**, D14209.

Jacobson, M., 2012: Investigating cloud absorption effects: Global absorption properties of black carbon, tar balls, and soil dust in clouds and aerosols. *J. Geophys. Res. Atmos.*, **117**, D06205.

Javadi, M., O. Nielsen, T. Wallington, M. Hurley, and J. Owens, 2007: Atmospheric chemistry of 2-ethoxy-3,3,4,4,5-pentafluorotetra-hydro-2,5-bis[1,2,2,2-tetrafluoro-1-(trifluoromethyl)ethyl]-furan: Kinetics, mechanisms, and products of CL atom and OH radical initiated oxidation. *Environ. Sci. Technol.*, **41**, 7389–7395.

Jin, M. L., R. E. Dickinson, and D. L. Zhang, 2005: The footprint of urban areas on global climate as characterized by MODIS. *J. Clim.*, **18**, 1551–1565.

Jin, Y., and D. P. Roy, 2005: Fire-induced albedo change and its radiative forcing at the surface in northern Australia. *Geophys. Res. Lett.*, **32**, L13401.

Jin, Y. F., J. T. Randerson, M. L. Goulden, and S. J. Goetz, 2012: Post-fire changes in net shortwave radiation along a latitudinal gradient in boreal North America. *Geophys. Res. Lett.*, **39**, L13403.

Johansson, D., 2012: Economics- and physical-based metrics for comparing greenhouse gases. *Clim. Change*, **110**, 123–141.

Johansson, D., U. Persson, and C. Azar, 2006: The cost of using global warming potentials: Analysing the trade off between $CO_2$, $CH_4$ and $N_2O$. *Clim. Change*, **77**, doi:10.1007/s10584-006-9054-1, 291–309.

BLM_0058524

Jones, G., M. Lockwood, and P. Stott, 2012: What influence will future solar activity changes over the 21st century have on projected global near-surface temperature changes? *J. Geophys. Res. Atmos.*, **117**, D05103.

Jones, G. S., J. M. Gregory, P. A. Stott, S. F. B. Tett, and R. B. Thorpe, 2005: An AOGCM simulation of the climate response to a volcanic super-eruption. *Clim. Dyn.*, **25**, 725–738.

Joos, F., M. Bruno, R. Fink, U. Siegenthaler, T. Stocker, and C. LeQuere, 1996: An efficient and accurate representation of complex oceanic and biospheric models of anthropogenic carbon uptake. *Tellus B*, **48**, 397–417.

Joos, F., et al., 2013: Carbon dioxide and climate impulse response functions for the computation of greenhouse gas metrics: A multi-model analysis. *Atmos. Chem. Phys.*, **13**, 2793–2825.

Joshi, M., and J. Gregory, 2008: Dependence of the land-sea contrast in surface climate response on the nature of the forcing. *Geophys. Res. Lett.*, **35**, L24802.

Joshi, M. M., and G. S. Jones, 2009: The climatic effects of the direct injection of water vapour into the stratosphere by large volcanic eruptions. *Atmos. Chem. Phys.*, **9**, 6109–6118.

Kandlikar, M., 1995: The relative role of trace gas emissions in greenhouse abatement policies. *Energ. Policy*, **23**, 879–883.

Kaplan, J. O., K. M. Krumhardt, E. C. Ellis, W. F. Ruddiman, C. Lemmen, and K. K. Goldewijk, 2011: Holocene carbon emissions as a result of anthropogenic land cover change. *Holocene*, **21**, 775–791.

Kasischke, E. S., and J. E. Penner, 2004: Improving global estimates of atmospheric emissions from biomass burning. *J. Geophys. Res. Atmos.*, **109**, D14S01.

Kawase, H., T. Nagashima, K. Sudo, and T. Nozawa, 2011: Future changes in tropospheric ozone under Representative Concentration Pathways (RCPs). *Geophys. Res. Lett.*, **38**, L05801.

Kawase, H., M. Abe, Y. Yamada, T. Takemura, T. Yokohata, and T. Nozawa, 2010: Physical mechanism of long-term drying trend over tropical North Africa. *Geophys. Res. Lett.*, **37**, L09706.

Kirkby, J., 2007: Cosmic rays and climate. *Surv. Geophys.*, **28**, 333–375.

Kirkby, J., et al., 2011: Role of sulphuric acid, ammonia and galactic cosmic rays in atmospheric aerosol nucleation. *Nature*, **476**, 429–433.

Kleinman, L. I., P. H. Daum, Y. N. Lee, L. J. Nunnermacker, S. R. Springston, J. Weinstein-Lloyd, and J. Rudolph, 2001: Sensitivity of ozone production rate to ozone precursors. *Geophys. Res. Lett.*, **28**, 2903–2906.

Knutti, R., et al., 2008: A review of uncertainties in global temperature projections over the twenty-first century. *J. Clim.*, **21**, 2651–2663.

Koch, D., and A. D. Del Genio, 2010: Black carbon semi-direct effects on cloud cover: Review and synthesis. *Atmos. Chem. Phys.*, **10**, 7685–7696.

Koch, D., T. Bond, D. Streets, N. Unger, and G. van der Werf, 2007: Global impacts of aerosols from particular source regions and sectors. *J. Geophys. Res. Atmos.*, **112**, D02205.

Koch, D., S. Menon, A. Del Genio, R. Ruedy, I. Alienov, and G. A. Schmidt, 2009a: Distinguishing aerosol impacts on climate over the past century. *J. Clim.*, **22**, 2659–2677.

Koch, D., et al., 2011: Coupled aerosol-chemistry-climate twentieth-century transient model investigation: Trends in short-lived species and climate responses. *J. Clim.*, **24**, 2693–2714.

Koch, D., et al., 2009b: Evaluation of black carbon estimations in global aerosol models. *Atmos. Chem. Phys.*, **9**, 9001–9026.

Koehler, M. O., G. Raedel, K. P. Shine, H. L. Rogers, and J. A. Pyle, 2013: Latitudinal variation of the effect of aviation NO$_x$ emissions on atmospheric ozone and methane and related climate metrics. *Atmos. Environ.*, **64**, 1–9.

Koffi, B., et al., 2012: Application of the CALIOP layer product to evaluate the vertical distribution of aerosols estimated by global models: AeroCom phase I results. *J. Geophys. Res. Atmos.*, **117**, D10201.

Kopp, G., and J. Lean, 2011: A new, lower value of total solar irradiance: Evidence and climate significance. *Geophys. Res. Lett.*, **38**, L01706.

Kratz, D., 2008: The sensitivity of radiative transfer calculations to the changes in the HITRAN database from 1982 to 2004. *J. Quant. Spectrosc. Radiat. Transfer*, **109**, 1060–1080.

Kravitz, B., and A. Robock, 2011: Climatic effects of high-latitude volcanic eruptions: Role of the time of year. *J. Geophys. Res. Atmos.*, **116**, D01105.

Kravitz, B., A. Robock, and A. Bourassa, 2010: Negligible climatic effects from the 2008 Okmok and Kasatochi volcanic eruptions. *J. Geophys. Res. Atmos.*, **115**, D00L05.

Kravitz, B., et al., 2011: Simulation and observations of stratospheric aerosols from the 2009 Sarychev volcanic eruption. *J. Geophys. Res. Atmos.*, **116**, D18211.

Kristjansson, J. E., T. Iversen, A. Kirkevag, O. Seland, and J. Debernard, 2005: Response of the climate system to aerosol direct and indirect forcing: Role of cloud feedbacks. *J. Geophys. Res. Atmos.*, **110**, D24206.

Krivova, N., L. Vieira, and S. Solanki, 2010: Reconstruction of solar spectral irradiance since the Maunder minimum. *J. Geophys. Res. Space Phys.*, **115**, A12112.

Kueppers, L. M., M. A. Snyder, and L. C. Sloan, 2007: Irrigation cooling effect: Regional climate forcing by land-use change. *Geophys. Res. Lett.*, **34**, L03703.

Kuroda, Y., and K. Kodera, 2005: Solar cycle modulation of the southern annular mode. *Geophys. Res. Lett.*, **32**, L13802.

Kvalevag, M. M., G. Myhre, G. Bonan, and S. Levis, 2010: Anthropogenic land cover changes in a GCM with surface albedo changes based on MODIS data. *Int. J. Climatol.*, **30**, 2105–2117.

Lacis, A. A., D. J. Wuebbles, J. A. Logan, 1990: Radiative forcing of climate by changes in the vertical-distribution of ozone, J. Geophys. Res., **95**, 9971-9981.

Lamarque, J., et al., 2011: Global and regional evolution of short-lived radiatively-active gases and aerosols in the Representative Concentration Pathways. *Clim. Change*, **109**, 191–212.

Lamarque, J., et al., 2010: Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: Methodology and application. *Atmos. Chem. Phys.*, **10**, 7017–7039.

Lamarque, J. F., et al., 2013: The Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP): Overview and description of models, simulations and climate diagnostics. *Geosci. Model Dev.*, **6**, 179–206.

Lau, K. M., M. K. Kim, and K. M. Kim, 2006: Asian summer monsoon anomalies induced by aerosol direct forcing: The role of the Tibetan Plateau. *Clim. Dyn.*, **26**, 855–864.

Lauder, A. R., I. G. Enting, J. O. Carter, N. Clisby, A. L. Cowie, B. K. Henry, and M. R. Raupach, 2013: Offsetting methane emissions—An alternative to emission equivalence metrics. *Int. J. Greenh. Gas Control*, **12**, 419–429.

Lauer, A., V. Eyring, J. Hendricks, P. Jockel, and U. Lohmann, 2007: Global model simulations of the impact of ocean-going ships on aerosols, clouds, and the radiation budget. *Atmos. Chem. Phys.*, **7**, 5061–5079.

Lawrence, P. J., and T. N. Chase, 2010: Investigating the climate impacts of global land cover change in the community climate system model. *Int. J. Climatol.*, **30**, 2066–2087.

Lean, J., 2000: Evolution of the sun's spectral irradiance since the Maunder Minimum. *Geophys. Res. Lett.*, **27**, 2425–2428.

Lean, J., and M. Deland, 2012: How does the sun's spectrum vary? *J. Clim.*, **25**, 2555–2560.

Lee, D. S., et al., 2010: Transport impacts on atmosphere and climate: Aviation. *Atmos. Environ.*, **44**, 4678–4734.

Lee, J., D. Shindell, and S. Hameed, 2009: The influence of solar forcing on tropical circulation. *J. Clim.*, **22**, 5870–5885.

Lee, R., M. Gibson, R. Wilson, and S. Thomas, 1995: Long-term total solar irradiance variability during sunspot cycle-22. *J. Geophys. Res. Space Phys.*, **100**, 1667–1675.

Lee, X., et al., 2011: Observed increase in local cooling effect of deforestation at higher latitudes. *Nature*, **479**, 384–387.

Lee, Y. H., et al., 2013: Evaluation of preindustrial to present-day black carbon and its albedo forcing from Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 2607–2634.

Legras, B., O. Mestre, E. Bard, and P. Yiou, 2010: A critical look at solar-climate relationships from long temperature series. *Clim. Past*, **6**, 745–758.

Leibensperger, E. M., L. J. Mickley, and D. J. Jacob, 2008: Sensitivity of US air quality to mid-latitude cyclone frequency and implications of 1980–2006 climate change. *Atmos. Chem. Phys.*, **8**, 7075–7086.

Leibensperger, E. M., et al., 2012a: Climatic effects of 1950–2050 changes in US anthropogenic aerosols—Part 1: Aerosol trends and radiative forcing. *Atmos. Chem. Phys.*, **12**, 3333–3348.

Leibensperger, E. M., et al., 2012b: Climatic effects of 1950–2050 changes in US anthropogenic aerosols—Part 2: Climate response. *Atmos. Chem. Phys.*, **12**, 3349–3362.

Lelieveld, J., et al., 2008: Atmospheric oxidation capacity sustained by a tropical forest. *Nature*, **452**, 737–740.

Levy, H., 1971: Normal atmosphere—Large radical and formaldehyde concentrations predicted. *Science*, **173**, 141–143.

Liao, H., W. T. Chen, and J. H. Seinfeld, 2006: Role of climate change in global predictions of future tropospheric ozone and aerosols. *J. Geophys. Res. Atmos.*, **111**, D12304.

725

Lockwood, M., 2010: Solar change and climate: An update in the light of the current exceptional solar minimum. *Proc. R. Soc. London A*, 466, 303–329.

Lockwood, M., and C. Fröhlich, 2008: Recent oppositely directed trends in solar climate forcings and the global mean surface air temperature. II. Different reconstructions of the total solar irradiance variation and dependence on response time scale. *Proc. R. Soc. London A*, 464, 1367–1385.

Lockwood, V., A. Rouillard, and I. Finch, 2009: The rise and fall of open solar flux during the current grand solar maximum. *Astrophys. J.*, 700, 937–944.

Logan, J. A., 1999: An analysis of ozonesonde data for the troposphere: Recommendations for testing 3-D models and development of a gridded climatology for tropospheric ozone. *J. Geophys. Res. Atmos.*, 104, 16115–16149.

Logan, J. A., M. J. Prather, S. C. Wofsy, and M. B. McElroy, 1981: Tropospheric chemistry—A global perspective. *J. Geophys. Res. Oceans Atmos.*, 86, 7210–7254.

Logan, J. A., et al., 2012: Changes in ozone over Europe: Analysis of ozone measurements from sondes, regular aircraft (MOZAIC) and alpine surface sites. *J. Geophys. Res. Atmos.*, 117, D09301.

Lohila, A., et al., 2010: Forestation of boreal peatlands: Impacts of changing albedo and greenhouse gas fluxes on radiative forcing. *J. Geophys. Res. Biogeosci.*, 115, G04011.

Lohmann, U., et al., 2010: Total aerosol effect: Radiative forcing or radiative flux perturbation? *Atmos. Chem. Phys.*, 10, 3235–3246.

Long, C. N., E. G. Dutton, J. A. Augustine, W. Wiscombe, M. Wild, S. A. McFarlane, and C. J. Flynn, 2009: Significant decadal brightening of downwelling shortwave in the continental United States. *J. Geophys. Res. Atmos.*, 114, D00D06.

Long, D., and M. Collins, 2013: Quantifying global climate feedbacks, responses and forcing under abrupt and gradual $CO_2$ forcing. *Clim. Dyn.*, 41, 2471-2479.

Lu, P., H. Zhang, and X. Jing, 2012: The effects of different HITRAN versions on calculated long-wave radiation and uncertainty evaluation. *Acta Meteorol. Sin.*, 26, 389–398.

Lu, Z., Q. Zhang, and D. G. Streets, 2011: Sulfur dioxide and primary carbonaceous aerosol emissions in China and India, 1996–2010. *Atmos. Chem. Phys.*, 11, 9839–9864.

Lund, M., T. Berntsen, J. Fuglestvedt, M. Ponater, and K. Shine, 2012: How much information is lost by using global-mean climate metrics? An example using the transport sector. *Clim. Change*, 113, 949–963.

MacFarling Meure, C., et al., 2006: Law Dome $CO_2$, $CH_4$ and $N_2O$ ice core records extended to 2000 years BP. *Geophys. Res. Lett.*, 33, L14810.

MacMynowski, D., H. Shin, and K. Caldeira, 2011: The frequency response of temperature and precipitation in a climate model. *Geophys. Res. Lett.*, 38, L16711.

Mader, J. A., J. Staehelin, T. Peter, D. Brunner, H. E. Rieder, and W. A. Stahel, 2010: Evidence for the effectiveness of the Montreal Protocol to protect the ozone layer. *Atmos. Chem. Phys.*, 10, 12161–12171.

Mahowald, N. M., et al., 2010: Observed 20th century desert dust variability: Impact on climate and biogeochemistry. *Atmos. Chem. Phys.*, 10, 10875–10893.

Mann, M., M. Cane, S. Zebiak, and A. Clement, 2005: Volcanic and solar forcing of the tropical Pacific over the past 1000 years. *J. Clim.*, 18, 447–456.

Manne, A., and R. Richels, 2001: An alternative approach to establishing trade-offs among greenhouse gases. *Nature*, 410, 675–677.

Manning, M., and A. Reisinger, 2011: Broader perspectives for comparing different greenhouse gases. *Philos. Trans. R. Soc. London A*, 369, 1891–1905.

Marenco, A., H. Gouget, P. Nedelec, J. P. Pages, and F. Karcher, 1994: Evidence of a long-term increase in tropospheric ozone from PIC Du Midi Data Series—Consequences—Positive radiative forcing. *J. Geophys. Res. Atmos.*, 99, 16617–16632.

Marten, A. L., and S. C. Newbold, 2012: Estimating the social cost of non-CO2 GHG emissions: Methane and nitrous oxide. *Energ. Policy*, 51, 957–972.

Matthews, H. D., A. J. Weaver, K. J. Meissner, N. P. Gillett, and M. Eby, 2004: Natural and anthropogenic climate change: Incorporating historical land cover change, vegetation dynamics and the global carbon cycle. *Clim. Dyn.*, 22, 461–479.

McComas, D., R. Ebert, H. Elliott, B. Goldstein, J. Gosling, N. Schwadron, and R. Skoug, 2008: Weaker solar wind from the polar coronal holes and the whole Sun. *Geophys. Res. Lett.*, 35, L18103.

McLandress, C., T. G. Shepherd, J. F. Scinocca, D. A. Plummer, M. Sigmond, A. I. Jonsson, and M. C. Reader, 2011: Separating the dynamical effects of climate change and ozone depletion. Part II. Southern Hemisphere troposphere. *J. Clim.*, 24, 1850–1868.

Meinshausen, M., T. Wigley, and S. Raper, 2011a: Emulating atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6–Part 2: Applications. *Atmos. Chem. Phys.*, 11, 1457–1471.

Meinshausen, M., et al., 2011b: The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Clim. Change*, 109, 213–241.

Mercado, L. M., N. Bellouin, S. Sitch, O. Boucher, C. Huntingford, M. Wild, and P. M. Cox, 2009: Impact of changes in diffuse radiation on the global land carbon sink. *Nature*, 458, 1014–1017.

Merikanto, J., D. Spracklen, G. Mann, S. Pickering, and K. Carslaw, 2009: Impact of nucleation on global CCN. *Atmos. Chem. Phys.*, 9, 8601–8616.

Mickley, L. J., E. M. Leibensperger, D. J. Jacob, and D. Rind, 2012: Regional warming from aerosol removal over the United States: Results from a transient 2010–2050 climate simulation. *Atmos. Environ.*, 46, 545–553.

Miller, G. H., et al., 2012: Abrupt onset of the Little Ice Age triggered by volcanism and sustained by sea-ice/ocean feedbacks. *Geophys. Res. Lett.*, 39, L02708.

Miller, R. L., I. Tegen, and J. Perlwitz, 2004: Surface radiative forcing by soil dust aerosols and the hydrologic cycle. *J. Geophys. Res.*, 109, D04203.

Mills, M. J., O. B. Toon, R. P. Turco, D. E. Kinnison, and R. R. Garcia, 2008: Massive global ozone loss predicted following regional nuclear conflict. *Proc. Natl. Acad. Sci. U.S.A.*, 105, 5307–5312.

Ming, Y., and V. Ramaswamy, 2012: Nonlocal component of radiative flux perturbation. *Geophys. Res. Lett.*, 39, L22706.

Ming, Y., V. Ramaswamy, and G. Persad, 2010: Two opposing effects of absorbing aerosols on global-mean precipitation. *Geophys. Res. Lett.*, 37, L13701.

Ming, Y., V. Ramaswamy, and G. Chen, 2011: A model investigation of aerosol-induced changes in boreal winter extratropical circulation. *J. Clim.*, 24, 6077–6091.

Ming, Y., V. Ramaswamy, L. J. Donner, V. T. J. Phillips, S. A. Klein, P. A. Ginoux, and L. W. Horowitz, 2007: Modeling the interactions between aerosols and liquid water clouds with a self-consistent cloud scheme in a general circulation model. *J. Atmos. Sci.*, 64, 1189–1209.

Mirme, S., A. Mirme, A. Minikin, A. Petzold, U. Horrak, V.-M. Kerminen, and M. Kulmala, 2010: Atmospheric sub-3 nm particles at high altitudes. *Atm. Chem. Phys.*, 10, 437–451.

Montzka, S. A., E. J. Dlugokencky, and J. H. Butler, 2011: Non-$CO_2$ greenhouse gases and climate change. *Nature*, 476, 43–50.

Morrill, J., L. Floyd, and D. McMullin, 2011: The solar ultraviolet spectrum estimated using the Mg II Index and Ca II K disk activity. *Solar Physics*, 269, 253–267.

Muhle, J., et al., 2009: Sulfuryl fluoride in the global atmosphere. *J. Geophys. Res. Atmos.*, 114, D05306.

Mulitza, S., et al., 2010: Increase in African dust flux at the onset of commercial agriculture in the Sahel region. *Nature*, 466, 226–228.

Murphy, D., and D. Fahey, 1994: An estimate of the flux of stratospheric reactive nitrogen and ozone into the troposphere. *J. Geophys. Res. Atmos.*, 99, 5325–5332.

Myhre, G., M. M. Kvalevag, and C. B. Schaaf, 2005a: Radiative forcing due to anthropogenic vegetation change based on MODIS surface albedo data. *Geophys. Res. Lett.*, 32, L21410.

Myhre, G., E. J. Highwood, K. P. Shine, and F. Stordal, 1998: New estimates of radiative forcing due to well mixed greenhouse gases. *Geophys. Res. Lett.*, 25, 2715–2718.

Myhre, G., Y. Govaerts, J. M. Haywood, T. K. Berntsen, and A. Lattanzio, 2005b: Radiative effect of surface albedo change from biomass burning. *Geophys. Res. Lett.*, 32, L20812.

Myhre, G., J. Nilsen, L. Gulstad, K. Shine, B. Rognerud, and I. Isaksen, 2007: Radiative forcing due to stratospheric water vapour from $CH_4$ oxidation. *Geophys. Res. Lett.*, 34, L01807.

Myhre, G., et al., 2011: Radiative forcing due to changes in ozone and methane caused by the transport sector. *Atmos. Environ.*, 45, 387–394.

Myhre, G., et al., 2013: Radiative forcing of the direct aerosol effect from AeroCom Phase II simulations. *Atmos. Chem. Phys.*, 13, 1853–1877.

Nagai, T., B. Liley, T. Sakai, T. Shibata, and O. Uchino, 2010: Post-Pinatubo evolution and subsequent trend of the stratospheric aerosol layer observed by mid-latitude lidars in both hemispheres. *Sola*, 6, 69–72.

Naik, V., D. L. Mauzerall, L. W. Horowitz, M. D. Schwarzkopf, V. Ramaswamy, and M. Oppenheimer, 2007: On the sensitivity of radiative forcing from biomass burning aerosols and ozone to emission location. *Geophys. Res. Lett.*, 34, L03818.

8

BLM_0058526

Nair, U. S., D. K. Ray, J. Wang, S. A. Christopher, T. J. Lyons, R. M. Welch, and R. A. Pielke, 2007: Observational estimates of radiative forcing due to land use change in southwest Australia. *J. Geophys. Res. Atmos.*, **112**, D09117.

Neely, R. R., et al., 2013: Recent anthropogenic increases in $SO_2$ from Asia have minimal impact on stratospheric aerosol. *Geophys. Res. Lett.*, **40**, 999-1004.

O'ishi, R., A. Abe-Ouchi, I. Prentice, and S. Sitch, 2009: Vegetation dynamics and plant $CO_2$ responses as positive feedbacks in a greenhouse world. *Geophys. Res. Lett.*, **36**, L11706.

O'Neill, B., 2000: The jury is still out on global warming potentials. *Clim. Change*, **44**, 427–443.

O'Neill, B., 2003: Economics, natural science, and the costs of global warming potentials—An editorial comment. *Clim. Change*, **58**, 251–260.

Oleson, K. W., G. B. Bonan, and J. Feddema, 2010: Effects of white roofs on urban temperature in a global climate model. *Geophys. Res. Lett.*, **37**, L03701.

Olivié, D. J. L., G. Peters, and D. Saint-Martin, 2012: Atmosphere response time scales estimated from AOGCM experiments. *J. Climate*, **25**, 7956–7972.

Olsen, S. C., C. A. McLinden, and M. J. Prather, 2001: Stratospheric $N_2O$–$NO_y$ system: Testing uncertainties in a three-dimensional framework, *J. Geophys. Res.*, **106**, 28771.

Oreopoulos, L., et al., 2012: The Continual Intercomparison of Radiation Codes: Results from Phase I. *J. Geophys. Res. Atmos.*, **117**, D06118.

Osterman, G. B., et al., 2008: Validation of Tropospheric Emission Spectrometer (TES) measurements of the total, stratospheric, and tropospheric column abundance of ozone. *J. Geophys. Res. Atmos.*, **113**, D15S16.

Otterå, O. H., M. Bentsen, H. Drange, and L. L. Suo, 2010: External forcing as a metronome for Atlantic multidecadal variability. *Nature Geosci.*, **3**, 688–694.

Özdoğan, M., A. Robock, and C. J. Kucharik, 2013: Impacts of a nuclear war in South Asia on soybean and maize production in the Midwest United States. *Clim. Change*, **116**, 373–387.

Parrish, D. D., D. B. Millet, and A. H. Goldstein, 2009: Increasing ozone in marine boundary layer inflow at the west coasts of North America and Europe. *Atmos. Chem. Phys.*, **9**, 1303–1323.

Paulot, F., J. D. Crounse, H. G. Kjaergaard, A. Kurten, J. M. St Clair, J. H. Seinfeld, and P. O. Wennberg, 2009: Unexpected epoxide formation in the gas-phase photooxidation of isoprene. *Science*, **325**, 730–733.

Paynter, D., and V. Ramaswamy, 2011: An assessment of recent water vapor continuum measurements upon longwave and shortwave radiative transfer. *J. Geophys. Res. Atmos.*, **116**, D20302.

Pechony, O., and D. Shindell, 2010: Driving forces of global wildfires over the past millennium and the forthcoming century. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19167–19170.

Peeters, J., T. L. Nguyen, and L. Vereecken, 2009: HO(x) radical regeneration in the oxidation of isoprene. *Phys. Chem. Chem. Phys.*, **11**, 5935–5939.

Penn, M., and W. Livingston, 2006: Temporal changes in sunspot umbral magnetic fields and temperatures. *Astrophys. J.*, **649**, L45–L48.

Penner, J., L. Xu, and M. Wang, 2011: Satellite methods underestimate indirect climate forcing by aerosols. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 13404–13408.

Penner, J., et al., 2006: Model intercomparison of indirect aerosol effects. *Atmos. Chem. Phys.*, **6**, 3391–3405.

Perlwitz, J., and R. L. Miller, 2010: Cloud cover increase with increasing aerosol absorptivity: A counterexample to the conventional semidirect aerosol effect. *J. Geophys. Res. Atmos.*, **115**, D08203.

Persad, G. G., Y. Ming, and V. Ramaswamy, 2012: Tropical tropospheric-only responses to absorbing aerosols. *J. Clim.*, **25**, 2471–2480.

Peters, G., B. Aamaas, T. Berntsen, and J. Fuglestvedt, 2011a: The integrated global temperature change potential (iGTP) and relationships between emission metrics. *Environ. Res. Lett.*, **6**, 044021.

Peters, G. P., B. Aamaas, M. T. Lund, C. Solli, and J. S. Fuglestvedt, 2011b: Alternative "Global Warming" metrics in life cycle assessment: A case study with existing transportation data. *Environ. Sci. Technol.*, **45**, 8633–8641.

Peters, K., P. Stier, J. Quaas, and H. Grassl, 2012: Aerosol indirect effects from shipping emissions: Sensitivity studies with the global aerosol-climate model ECHAM-HAM. *Atmos. Chem. Phys.*, **12**, 5985–6007.

Philipona, R., K. Behrens, and C. Ruckstuhl, 2009: How declining aerosols and rising greenhouse gases forced rapid warming in Europe since the 1980s. *Geophys. Res. Lett.*, **36**, L02806.

Pinto, J. P., R. P. Turco, and O. B. Toon, 1989: Self-limiting physical and chemical effects in volcanic-eruption clouds. *J. Geophys. Res. Atmos.*, **94**, 11165–11174.

Pitman, A. J., et al., 2009: Uncertainties in climate responses to past land cover change: First results from the LUCID intercomparison study. *Geophys. Res. Lett.*, **36**, L14814.

Plattner, G.-K., T. Stocker, P. Midgley, and M. Tignor, 2009: IPCC Expert Meeting on the Science of Alternative Metrics: Meeting Report. IPCC Working Group I, Technical Support Unit.

Plattner, G. K., et al., 2008: Long-term climate commitments projected with climate-carbon cycle models. *J. Clim.*, **21**, 2721–2751.

Pongratz, J., C. Reick, T. Raddatz, and M. Claussen, 2008: A reconstruction of global agricultural areas and land cover for the last millennium. *Global Biogeochem. Cycles*, **22**, Gb3018.

Pongratz, J., C. H. Reick, T. Raddatz, and M. Claussen, 2010: Biogeophysical versus biogeochemical climate response to historical anthropogenic land cover change. *Geophys. Res. Lett.*, **37**, L08702.

Pongratz, J., T. Raddatz, C. H. Reick, M. Esch, and M. Claussen, 2009: Radiative forcing from anthropogenic land cover change since AD 800. *Geophys. Res. Lett.*, **36**, L02709.

Pozzer, A., et al., 2012: Effects of business-as-usual anthropogenic emissions on air quality. *Atmos. Chem. Phys.*, **12**, 6915–6937.

Prather, M., 2002: Lifetimes of atmospheric species: Integrating environmental impacts. *Geophys. Res. Lett.*, **29**, 2063.

Prather, M., and J. Hsu, 2010: Coupling of nitrous oxide and methane by global atmospheric chemistry. *Science*, **330**, 952–954.

Prather, M. J., 1998: Time scales in atmospheric chemistry: Coupled perturbations to $N_2O$, $NO_y$, and $O_3$. *Science*, **279**, 1339–1341.

Prather, M. J., C. D. Holmes, and J. Hsu, 2012: Reactive greenhouse gas scenarios: Systematic exploration of uncertainties and the role of atmospheric chemistry. *Geophys. Res. Lett.*, **39**, L09803.

Puma, M. J., and B. I. Cook, 2010: Effects of irrigation on global climate during the 20th century. *J. Geophys. Res. Atmos.*, **115**, D16120.

Quaas, J., O. Boucher, N. Bellouin, and S. Kinne, 2011: Which of satellite- or model-based estimates is closer to reality for aerosol indirect forcing? *Proc. Natl. Acad. Sci. U.S.A.*, **108**, E1099.

Quaas, J., et al., 2009: Aerosol indirect effects—general circulation model intercomparison and evaluation with satellite data. *Atmos. Chem. Phys.*, **9**, 8697–8717.

Rajakumar, B., R. Portmann, J. Burkholder, and A. Ravishankara, 2006: Rate coefficients for the reactions of OH with $CF_3CH_2CH_3$ (HFC-263fb), $CF_3CHFCH_2F$ (HFC-245eb), and $CHF_2CHFCHF_2$ (HFC-245ea) between 238 and 375 K. *J. Phys. Chem. A*, **110**, 6724–6731.

Ramanathan, V., and G. Carmichael, 2008: Global and regional climate changes due to black carbon. *Nature Geosci.*, **1**, 221–227.

Ramanathan, V., et al., 2005: Atmospheric brown clouds: Impacts on South Asian climate and hydrological cycle. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 5326–5333.

Ramaswamy, V., et al., 2001: Radiative forcing of climate change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambride University Press, Cambridge, United Kingdom and New York, NY, USA, 349-416.

Randel, W., and F. Wu, 2007: A stratospheric ozone profile data set for 1979–2005: Variability, trends, and comparisons with column ozone data. *J. Geophys. Res. Atmos.*, **112**, D06313.

Randles, C. A., and V. Ramaswamy, 2008: Absorbing aerosols over Asia: A Geophysical Fluid Dynamics Laboratory general circulation model sensitivity study of model response to aerosol optical depth and aerosol absorption. *J. Geophys. Res. Atmos.*, **113**, D21203.

Rasch, P. J., et al., 2008: An overview of geoengineering of climate using stratospheric sulphate aerosols. *Philos. Trans. R. Soc. A*, **366**, 4007–4037.

Ravishankara, A. R., J. S. Daniel, and R. W. Portmann, 2009: Nitrous oxide ($N_2O$): The dominant ozone-depleting substance emitted in the 21st century. *Science*, **326**, 123–125.

Rechid, D., T. Raddatz, and D. Jacob, 2009: Parameterization of snow-free land surface albedo as a function of vegetation phenology based on MODIS data and applied in climate modelling. *Theor. Appl. Climatol.*, **95**, 245–255.

Reddy, M., and O. Boucher, 2007: Climate impact of black carbon emitted from energy consumption in the world's regions. *Geophys. Res. Lett.*, **34**, L11802.

Reilly, J., et al., 1999: Multi-gas assessment of the Kyoto Protocol. *Nature*, **401**, 549–555.

BLM_0058527

Reilly, J. M., and K. R. Richards, 1993: Climate-change damage and the trace-gas-index issue. *Environ. Resour. Econ.*, **3**, 41–61.

Reisinger, A., M. Meinshausen, and M. Manning, 2011: Future changes in global warming potentials under representative concentration pathways. *Environ. Res. Lett.*, **6**, 024020.

Reisinger, A., M. Meinshausen, M. Manning, and G. Bodeker, 2010: Uncertainties of global warming metrics: $CO_2$ and $CH_4$. *Geophys. Res. Lett.*, **37**, L14707.

Reisinger, A., P. Havlik, K. Riahi, O. Vliet, M. Obersteiner, and M. Herrero, 2013: Implications of alternative metrics for global mitigation costs and greenhouse gas emissions from agriculture. *Clim. Change*, **117**, 677-690.

Righi, M., C. Klinger, V. Eyring, J. Hendricks, A. Lauer, and A. Petzold, 2011: Climate impact of biofuels in shipping: global model studies of the aerosol indirect effect. *Environ. Sci. Technol.*, **45**, 3519–3525.

Rigozo, N., E. Echer, L. Vieira, and D. Nordemann, 2001: Reconstruction of Wolf sunspot numbers on the basis of spectral characteristics and estimates of associated radio flux and solar wind parameters for the last millennium. *Sol. Phys.*, **203**, 179–191.

Rigozo, N., D. Nordemann, E. Echer, M. Echer, and H. Silva, 2010: Prediction of solar minimum and maximum epochs on the basis of spectral characteristics for the next millennium. *Planet. Space Sci.*, **58**, 1971–1976.

Robock, A., 2000: Volcanic eruptions and climate. *Rev. Geophys.*, **38**, 191–219.

Robock, A., 2010: New START, Eyjafjallajökull, and Nuclear Winter. *Eos*, **91**, 444–445.

Robock, A., L. Oman, and G. L. Stenchikov, 2007a: Nuclear winter revisited with a modern climate model and current nuclear arsenals: Still catastrophic consequences. *J. Geophys. Res. Atmos.*, **112**, D13107.

Robock, A., L. Oman, and G. L. Stenchikov, 2008: Regional climate responses to geoengineering with tropical and Arctic $SO_2$ injections. *J. Geophys. Res. Atmos.*, **113**, D16101.

Robock, A., L. Oman, G. L. Stenchikov, O. B. Toon, C. Bardeen, and R. P. Turco, 2007b: Climatic consequences of regional nuclear conflicts. *Atmos. Chem. Phys.*, **7**, 2003–2012.

Robock, A., C. M. Ammann, L. Oman, D. Shindell, S. Levis, and G. Stenchikov, 2009: Did the Toba volcanic eruption of similar to 74 ka BP produce widespread glaciation? *J. Geophys. Res. Atmos.*, **114**, D10107.

Rogelj, J., et al., 2011: Emission pathways consistent with a 2 degrees C global temperature limit. *Nature Clim. Change*, **1**, 413–418.

Roscoe, H. K., and J. D. Haigh, 2007: Influences of ozone depletion, the solar cycle and the QBO on the Southern Annular Mode. *Q. J. R. Meteorol. Soc.*, **133**, 1855–1864.

Rotenberg, E., and D. Yakir, 2010: Contribution of semi-arid forests to the climate system. *Science*, **327**, 451–454.

Rothman, L., 2010: The evolution and impact of the HITRAN molecular spectroscopic database. *J. Quant. Spectrosc. Radiat. Transfer*, **111**, 1565–1567.

Rotstayn, L., and J. Penner, 2001: Indirect aerosol forcing, quasi forcing, and climate response. *J. Clim.*, **14**, 2960–2975.

Rotstayn, L. D., and U. Lohmann, 2002: Tropical rainfall trends and the indirect aerosol effect. *J. Clim.*, **15**, 2103–2116.

Rotstayn, L. D., B. F. Ryan, and J. E. Penner, 2000: Precipitation changes in a GCM resulting from the indirect effects of anthropogenic aerosols. *Geophys. Res. Lett.*, **27**, 3045–3048.

Rottman, G., 2006: Measurement of total and spectral solar irradiance. *Space Sci. Rev.*, **125**, 39–51.

Ruckstuhl, C., et al., 2008: Aerosol and cloud effects on solar brightening and the recent rapid warming. *Geophys. Res. Lett.*, **35**, L12708.

Russell, C., J. Luhmann, and L. Jian, 2010: How unprecedented a solar minimum? *Rev. Geophys.*, **48**, RG2004.

Rypdal, K., N. Rive, T. Berntsen, Z. Klimont, T. Mideksa, G. Myhre, and R. Skeie, 2009: Costs and global impacts of black carbon abatement strategies. *Tellus B.*, **61**, 625–641.

Rypdal, K., et al., 2005: Tropospheric ozone and aerosols in climate agreements: Scientific and political challenges. *Environ. Sci. Policy*, **8**, 29–43.

Salby, M. L., E. A. Titova, and L. Deschamps, 2012: Changes of the Antarctic ozone hole: Controlling mechanisms, seasonal predictability, and evolution. *J. Geophys. Res. Atmos.*, **117**, D10111.

Sarofim, M., 2012: The GTP of methane: Modeling analysis of temperature impacts of methane and carbon dioxide reductions. *Environ. Model. Assess.*, **17**, 231–239.

Sato, M., J. E. Hansen, M. P. McCormick, and J. B. Pollack, 1993: Stratospheric aerosol optical depths, 1850–1990. *J. Geophys. Res. Atmos.*, **98**, 22987–22994.

Schaaf, C., et al., 2002: First operational BRDF, albedo nadir reflectance products from MODIS. *Remote Sens. Environ.*, **83**, 135–148.

Schmalensee, R., 1993: Comparing greenhouse gases for policy purposes. *Energy J.*, **14**, 245–256.

Schmidt, A., K. S. Carslaw, G. W. Mann, M. Wilson, T. J. Breider, S. J. Pickering, and T. Thordarson, 2010: The impact of the 1783–1784 AD Laki eruption on global aerosol formation processes and cloud condensation nuclei. *Atmos. Chem. Phys.*, **10**, 6025–6041.

Schmidt, A., et al., 2012: Importance of tropospheric volcanic aerosol for indirect radiative forcing of climate. *Atmos. Chem. Phys.*, **12**, 7321–7339.

Schmidt, G., et al., 2011: Climate forcing reconstructions for use in PMIP simulations of the last millennium (v1.0). *Geosci. Model Dev.*, **4**, 33–45.

Schneider, D. P., C. M. Ammann, B. L. Otto-Bliesner, and D. S. Kaufman, 2009: Climate response to large, high-latitude and low-latitude volcanic eruptions in the Community Climate System Model. *J. Geophys. Res. Atmos.*, **114**, D15101.

Schultz, M. G., et al., 2008: Global wildland fire emissions from 1960 to 2000. *Global Biogeochem. Cycles*, **22**, Gb2002.

Seinfeld, J. H., and S. N. Pandis, 2006: *Atmospheric Chemistry and Physics: From Air Pollution to Climate Change.* John Wiley & Sons, Hoboken, NJ, USA.

Seif, S., and S. Blake, 2008: Consequences of explosive supereruptions. *Elements*, **4**, 41–46.

Sharma, S., D. Lavoue, H. Cachier, L. Barrie, and S. Gong, 2004: Long-term trends of the black carbon concentrations in the Canadian Arctic. *J. Geophys. Res. Atmos.*, **109**, D15203.

Shibata, K., and K. Kodera, 2005: Simulation of radiative and dynamical responses of the middle atmosphere to the 11-year solar cycle. *J. Atmos. Sol. Terres. Phys.*, **67**, 125–143.

Shindell, D., and G. Faluvegi, 2009: Climate response to regional radiative forcing during the twentieth century. *Nature Geosci.*, **2**, 294–300.

Shindell, D., and G. Faluvegi, 2010: The net climate impact of coal-fired power plant emissions. *Atmos. Chem. Phys.*, **10**, 3247–3260.

Shindell, D., G. Schmidt, M. Mann, D. Rind, and A. Waple, 2001: Solar forcing of regional climate change during the maunder minimum. *Science*, **294**, 2149–2152.

Shindell, D., G. Faluvegi, A. Lacis, J. Hansen, R. Ruedy, and E. Aguilar, 2006a: Role of tropospheric ozone increases in 20th-century climate change. *J. Geophys. Res. Atmos.*, **111**, D08302.

Shindell, D., G. Faluvegi, R. Miller, G. Schmidt, J. Hansen, and S. Sun, 2006b: Solar and anthropogenic forcing of tropical hydrology. *Geophys. Res. Lett.*, **33**, L24706.

Shindell, D., M. Schulz, Y. Ming, T. Takemura, G. Faluvegi, and V. Ramaswamy, 2010: Spatial scales of climate response to inhomogeneous radiative forcing. *J. Geophys. Res. Atmos.*, **115**, D19110.

Shindell, D., et al., 2008: Climate forcing and air quality change due to regional emissions reductions by economic sector. *Atmos. Chem. Phys.*, **8**, 7101–7113.

Shindell, D., et al., 2011: Climate, health, agricultural and economic impacts of tighter vehicle-emission standards. *Nature Clim. Change*, **1**, 59–66.

Shindell, D., et al., 2013a: Attribution of historical ozone forcing to anthropogenic emissions. *Nature Clim. Change*, **3**, 567-570.

Shindell, D., et al., 2012a: Simultaneously mitigating near-term climate change and improving human health and food Security. *Science*, **335**, 183–189.

Shindell, D. T., 2012: Evaluation of the absolute regional temperature potential. *Atmos. Chem. Phys.*, **12**, 7955–7960.

Shindell, D. T., A. Voulgarakis, G. Faluvegi, and G. Milly, 2012b: Precipitation response to regional radiative forcing. *Atmos. Chem. Phys.*, **12**, 6969–6982.

Shindell, D. T., G. Faluvegi, D. M. Koch, G. A. Schmidt, N. Unger, and S. E. Bauer, 2009: Improved attribution of climate forcing to emissions. *Science*, **326**, 716–718.

Shindell, D. T., et al., 2006c: Simulations of preindustrial, present-day, and 2100 conditions in the NASA GISS composition and climate model G-PUCCINI. *Atmos. Chem. Phys.*, **6**, 4427–4459.

Shindell, D. T., et al., 2013b: Interactive ozone and methane chemistry in GISS-E2 historical and future climate simulations. *Atmos. Chem. Phys.*, **13**, 2653–2689.

Shindell, D. T., et al., 2013c: Radiative forcing in the ACCMIP historical and future climate simulations. *Atmos. Chem. Phys.*, **13**, 2939–2974.

Shine, K., 2009: The global warming potential-the need for an interdisciplinary retrial. *Clim. Change*, **96**, 467–472.

Shine, K., J. Cook, E. Highwood, and M. Joshi, 2003: An alternative to radiative forcing for estimating the relative importance of climate change mechanisms. *Geophys. Res. Lett.*, **30**, 2047.

BLM_0058528

Shine, K., J. Fuglestvedt, K. Hailemariam, and N. Stuber, 2005a: Alternatives to the global warming potential for comparing climate impacts of emissions of greenhouse gases. *Clim. Change*, **68**, 281–302.

Shine, K., T. Berntsen, J. Fuglestvedt, and R. Sausen, 2005b: Scientific issues in the design of metrics for inclusion of oxides of nitrogen in global climate agreements. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 15768–15773.

Shine, K., T. Berntsen, J. Fuglestvedt, R. Skeie, and N. Stuber, 2007: Comparing the climate effect of emissions of short- and long-lived climate agents. *Philos. Trans. R. Soc. A*, **365**, 1903–1914.

Shine, K. P., I. V. Ptashnik, and G. Raedel, 2012: The water vapour continuum: Brief history and recent developments. *Surv. Geophys.*, **33**, 535–555.

Siddaway, J. M., and S. V. Petelina, 2011: Transport and evolution of the 2009 Australian Black Saturday bushfire smoke in the lower stratosphere observed by OSIRIS on Odin. *J. Geophys. Res. Atmos.*, **116**, D06203.

Sitch, S., P. M. Cox, W. J. Collins, and C. Huntingford, 2007: Indirect radiative forcing of climate change through ozone effects on the land-carbon sink. *Nature*, **448**, 791–794.

Skeie, R., T. Berntsen, G. Myhre, K. Tanaka, M. Kvalevag, and C. Hoyle, 2011a: Anthropogenic radiative forcing time series from pre-industrial times until 2010. *Atmos. Chem. Phys.*, **11**, 11827–11857.

Skeie, R., T. Berntsen, G. Myhre, C. Pedersen, J. Strom, S. Gerland, and J. Ogren, 2011b: Black carbon in the atmosphere and snow, from pre-industrial times until present. *Atmos. Chem. Phys.*, **11**, 6809–6836.

Skeie, R. B., J. Fuglestvedt, T. Berntsen, M. T. Lund, G. Myhre, and K. Rypdal, 2009: Global temperature change from the transport sectors: Historical development and future scenarios. *Atmos. Environ.*, **43**, 6260–6270.

Smith, E., and A. Balogh, 2008: Decrease in heliospheric magnetic flux in this solar minimum: Recent Ulysses magnetic field observations. *Geophys. Res. Lett.*, **35**, L22103.

Smith, S., and M. Wigley, 2000: Global warming potentials: 1. Climatic implications of emissions reductions. *Clim. Change*, **44**, 445–457.

Smith, S., J. Karas, J. Edmonds, J. Eom, and A. Mizrahi, 2013: Sensitivity of multi-gas climate policy to emission metrics. *Clim. Change*, **117**, 663–675.

Smith, S. M., J. A. Lowe, N. H. A. Bowerman, L. K. Gohar, C. Huntingford, and M. R. Allen, 2012: Equivalence of greenhouse-gas emissions for peak temperature limits. *Nature Clim. Change*, **2**, 535–538.

Snow-Kropla, E., J. Pierce, D. Westervelt, and W. Trivitayanurak, 2011: Cosmic rays, aerosol formation and cloud-condensation nuclei: Sensitivities to model uncertainties. *Atmos. Chem. Phys.*, **11**, 4001–4013.

Solanki, S., and N. Krivova, 2004: Solar irradiance variations: From current measurements to long-term estimates. *Sol. Phys.*, **224**, 197–208.

Solomon, S., 1999: Stratospheric ozone depletion: A review of concepts and history. *Rev. Geophys.*, **37**, 275–316.

Solomon, S., J. S. Daniel, R. R. Neely, J. P. Vernier, E. G. Dutton, and L. W. Thomason, 2011: The persistently variable "background" stratospheric aerosol layer and global climate change. *Science*, **333**, 866–870.

Son, S. W., N. F. Tandon, L. M. Polvani, and D. W. Waugh, 2009: Ozone hole and Southern Hemisphere climate change. *Geophys. Res. Lett.*, **36**, L15705.

Soukharev, B., and L. Hood, 2006: Solar cycle variation of stratospheric ozone: Multiple regression analysis of long-term satellite data sets and comparisons with models. *J. Geophys. Res. Atmos.*, **111**, D20314.

Søvde, O., C. Hoyle, G. Myhre, and I. Isaksen, 2011: The HNO$_3$ forming branch of the HO$_2$ + NO reaction: Pre-industrial-to-present trends in atmospheric species and radiative forcings. *Atmos. Chem. Phys.*, **11**, 8929–8943.

Steinhilber, F., J. Beer, and C. Frohlich, 2009: Total solar irradiance during the Holocene. *Geophys. Res. Lett.*, **36**, L19704.

Stenchikov, G., A. Robock, V. Ramaswamy, M. D. Schwarzkopf, K. Hamilton, and S. Ramachandran, 2002: Arctic Oscillation response to the 1991 Mount Pinatubo eruption: Effects of volcanic aerosols and ozone depletion. *J. Geophys. Res. Atmos.*, **107**, 4803.

Stenchikov, G., T. L. Delworth, V. Ramaswamy, R. J. Stouffer, A. Wittenberg, and F. R. Zeng, 2009: Volcanic signals in oceans. *J. Geophys. Res. Atmos.*, **114**, D16104.

Stephens, G. L., N. B. Wood, and L. A. Pakula, 2004: On the radiative effects of dust on tropical convection. *Geophys. Res. Lett.*, **31**, L23112.

Stevenson, D., and R. Derwent, 2009: Does the location of aircraft nitrogen oxide emissions affect their climate impact? *Geophys. Res. Lett.*, **36**, L17810.

Stevenson, D. S., et al., 2013: Tropospheric ozone changes, radiative forcing and attribution to emissions in the Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 3063–3085.

Stevenson, D. S., et al., 2006: Multimodel ensemble simulations of present-day and near-future tropospheric ozone. *J. Geophys. Res. Atmos.*, **111**, D08301.

Stiller, G. P., et al., 2012: Observed temporal evolution of global mean age of stratospheric air for the 2002 to 2010 period. *Atmos. Chem. Phys.*, **12**, 3311–3331.

Stothers, R. B., 2007: Three centuries of observation of stratospheric transparency. *Clim. Change*, **83**, 515–521.

Struthers, H., et al., 2011: The effect of sea ice loss on sea salt aerosol concentrations and the radiative balance in the Arctic. *Atmos. Chem. Phys.*, **11**, 3459–3477.

Swann, A. L. S., I. Y. Fung, and J. C. H. Chiang, 2012: Mid-latitude afforestation shifts general circulation and tropical precipitation. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 712–716.

Swingedouw, D., L. Terray, C. Cassou, A. Voldoire, D. Salas-Melia, and J. Servonnat, 2011: Natural forcing of climate during the last millennium: Fingerprint of solar variability. *Clim. Dyn.*, **36**, 1349–1364.

Takemura, T., 2012: Distributions and climate effects of atmospheric aerosols from the preindustrial era to 2100 along Representative Concentration Pathways (RCPs) simulated using the global aerosol model SPRINTARS. *Atmos. Chem. Phys.*, **12**, 11555–11572.

Tanaka, K., D. Johansson, B. O'Neill, and J. Fuglestvedt, 2013: Emission metrics under the 2°C climate stabilization. *Clim. Change Lett.*, **117**, 933-941.

Tanaka, K., B. O'Neill, D. Rokityanskiy, M. Obersteiner, and R. Tol, 2009: Evaluating Global Warming Potentials with historical temperature. *Clim. Change*, **96**, 443–466.

Taraborrelli, D., et al., 2012: Hydroxyl radical buffered by isoprene oxidation over tropical forests. *Nature Geosci.*, **5**, 190–193.

Taylor, P. C., R. G. Ellingson, and M. Cai, 2011: Seasonal variations of climate feedbacks in the NCAR CCSM3. *J. Clim.*, **24**, 3433–3444.

Textor, C., et al., 2006: Analysis and quantification of the diversities of aerosol life cycles within AeroCom. *Atmos. Chem. Phys.*, **6**, 1777–1813.

Thomason, L., and T. Peter, 2006: Assessment of Stratospheric Aerosol Properties (ASAP). *SPARC Reports* WCRP-124, WMO/TD- No. 1295, SPARC Report No. 4.

Thompson, D. W. J., S. Solomon, P. J. Kushner, M. H. England, K. M. Grise, and D. J. Karoly, 2011: Signatures of the Antarctic ozone hole in Southern Hemisphere surface climate change. *Nature Geosci.*, **4**, 741–749.

Thonicke, K., A. Spessa, I. C. Prentice, S. P. Harrison, L. Dong, and C. Carmona-Moreno, 2010: The influence of vegetation, fire spread and fire behaviour on biomass burning and trace gas emissions: Results from a process-based model. *Biogeosciences*, **7**, 1991–2011.

Tilmes, S., et al., 2012: Technical Note: Ozonesonde climatology between 1995 and 2011: Description, evaluation and applications. *Atmos. Chem. Phys.*, **12**, 7475–7497.

Timmreck, C., 2012: Modeling the climatic effects of large explosive volcanic eruptions. *Climate Change*, **3**, 545–564.

Timmreck, C., et al., 2010: Aerosol size confines climate response to volcanic super-eruptions. *Geophys. Res. Lett.*, **37**, L24705.

Tol, R., T. Berntsen, B. O'Neill, J. Fuglestvedt, and K. Shine, 2012: A unifying framework for metrics for aggregating the climate effect of different emissions. *Environ. Res. Lett.*, **7**, 044006.

Toon, O. B., A. Robock, and R. P. Turco, 2008: Environmental consequences of nuclear war. *Physics Today*, **61**, 37–42.

Trenberth, K. E., and A. Dai, 2007: Effects of Mount Pinatubo volcanic eruption on the hydrological cycle as an analog of geoengineering. *Geophys. Res. Lett.*, **34**, L15702.

Tsigaridis, K., and M. Kanakidou, 2007: Secondary organic aerosol importance in the future atmosphere. *Atmos. Environ.*, **41**, 4682–4692.

UNEP, 2011: Near-term Climate Protection and Clean Air Benefits: Actions for Controlling Short-Lived Climate Forcers. United Nations Environment Programme (UNEP), 78 pp.

Unger, N., T. C. Bond, J. S. Wang, D. M. Koch, S. Menon, D. T. Shindell, and S. Bauer, 2010: Attribution of climate forcing to economic sectors. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 3382–3387.

van der Molen, M. K., B. J. J. M. van den Hurk, and W. Hazeleger, 2011: A dampened land use change climate response towards the tropics. *Clim. Dyn.*, **37**, 2035–2043.

van der Werf, G. R., et al., 2010: Global fire emissions and the contribution of deforestation, savanna, forest, agricultural, and peat fires (1997–2009). *Atmos. Chem. Phys.*, **10**, 11707–11735.

BLM_0058529

van Vuuren, D., J. Edmonds, M. Kainuma, K. Riahi, and J. Weyant, 2011: A special issue on the RCPs. *Clim. Change*, **109**, 1–4.

Van Vuuren, D. P., et al., 2008: Temperature increase of 21st century mitigation scenarios. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 15258–15262.

Vasekova, E., E. Drage, K. Smith, and N. Mason, 2006: FTIR spectroscopy and radiative forcing of octafluorocyclobutane and octofluorocyclopentene. *J. Quant. Spectrosc. Radiat. Transfer*, **102**, 418–424.

Velders, G. J. M., D. W. Fahey, J. S. Daniel, M. McFarland, and S. O. Andersen, 2009: The large contribution of projected HFC emissions to future climate forcing. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 10949–10954.

Vernier, J. P., L. W. Thomason, T. D. Fairlie, P. Minnis, R. Palikonda, and K. M. Bedka, 2013: Comment on "Large Volcanic Aerosol Load in the Stratosphere Linked to Asian Monsoon Transport". *Science*, **339**, 647–d.

Vernier, J. P., et al., 2011: Major influence of tropical volcanic eruptions on the stratospheric aerosol layer during the last decade. *Geophys. Res. Lett.*, **38**, L12807.

Vial, J., J.-L. Dufresne, and S. Bony, 2013: On the interpretation of inter-model spread in CMIP5 climate sensitivity estimates. *Clim. Dyn.*, doi:10.1007/s00382-013-1725-9, in press.

Volz, A., and D. Kley, 1988: Evaluation of the Montsouris Series of ozone measurements made in the 19th century. *Nature*, **332**, 240–242.

Voulgarakis, A., and D. T. Shindell, 2010: Constraining the sensitivity of regional climate with the use of historical observations. *J. Clim.*, **23**, 6068–6073.

Voulgarakis, A., et al., 2013: Analysis of present day and future OH and methane lifetime in the ACCMIP simulations. *Atmos. Chem. Phys.*, **13**, 2563–2587.

Wang, C., D. Kim, A. Ekman, M. Barth, and P. Rasch, 2009: Impact of anthropogenic aerosols on Indian summer monsoon. *Geophys. Res. Lett.*, **36**, L21704.

Wang, M., and J. E. Penner, 2009: Aerosol indirect forcing in a global model with particle nucleation. *Atmos. Chem. Phys.*, **9**, 239–260.

Wang, X., S. J. Doherty, and J. Huang, 2013: Black carbon and other light-absorbing impurities in snow across Northern China. *J. Geophys. Res. Atmos.*, **118**, 1471–1492.

Wang, Y., J. Lean, and N. Sheeley, 2005: Modeling the sun's magnetic field and irradiance since 1713. *Astrophys. J.*, **625**, 522–538.

Warren, S., and W. Wiscombe, 1980: A model for the spectral albedo of snow. 2. Snow containing atmospheric aerosols. *J. Atmos. Sci.*, **37**, 2734–2745.

Weiss, R., J. Muhle, P. Salameh, and C. Harth, 2008: Nitrogen trifluoride in the global atmosphere. *Geophys. Res. Lett.*, **35**, L20821.

Wenzler, T., S. Solanki, and N. Krivova, 2009: Reconstructed and measured total solar irradiance: Is there a secular trend between 1978 and 2003? *Geophys. Res. Lett.*, **36**, L11102.

Wilcox, L. K. Shine, and B. Hoskins, 2012: Radiative forcing due to aviation water vapour emissions. *Atmos. Environ.*, **63**, 1–13.

Wild, M., 2009: How well do IPCC-AR4/CMIP3 climate models simulate global dimming/brightening and twentieth-century daytime and nighttime warming? *J. Geophys. Res. Atmos.*, **114**, D00D11.

Wild, O., 2007: Modelling the global tropospheric ozone budget: Exploring the variability in current models. *Atmos. Chem. Phys.*, **7**, 2643–2660.

Wild, O., and P. I. Palmer, 2008: How sensitive is tropospheric oxidation to anthropogenic emissions? *Geophys. Res. Lett.*, **35**, L22802.

Wild, O., M. Prather, and H. Akimoto, 2001: Indirect long-term global radiative cooling from NOx emissions. *Geophys. Res. Lett.*, **28**, 1719–1722.

Williams, K. D., A. Jones, D. L. Roberts, C. A. Senior, and M. J. Woodage, 2001: The response of the climate system to the indirect effects of anthropogenic sulfate aerosol. *Clim. Dyn.*, **17**, 845–856.

Willson, R., and A. Mordvinov, 2003: Secular total solar irradiance trend during solar cycles 21–23. *Geophys. Res. Lett.*, **30**, 1199.

WMO, 1999: *Scientific Assessment of Ozone Depletion: 1998*. Global Ozone Research and Monitoring Project. Report No. 44. World Meteorological Organization, Geneva, Switzerland.

WMO, 2011: *Scientific Assessment of Ozone Depletion: 2010*. Global Ozone Research and Monitoring Project-Report. World Meteorological Organisation, Geneva, Switzerland, 516 pp.

Worden, H., K. Bowman, S. Kulawik, and A. Aghedo, 2011: Sensitivity of outgoing longwave radiative flux to the global vertical distribution of ozone characterized by instantaneous radiative kernels from Aura-TES. *J. Geophys. Res. Atmos.*, **116**, D14115.

Worden, H., K. Bowman, J. Worden, A. Eldering, and R. Beer, 2008: Satellite measurements of the clear-sky greenhouse effect from tropospheric ozone. *Nature Geosci.*, **1**, 305–308.

Wright, J., 2004: Do we know of any Maunder minimum stars? *Astron. J.*, **128**, 1273–1278.

Wu, S. L., L. J. Mickley, D. J. Jacob, J. A. Logan, R. M. Yantosca, and D. Rind, 2007: Why are there large differences between models in global budgets of tropospheric ozone? *J. Geophys. Res. Atmos.*, **112**, D05302.

Xia, L. L., and A. Robock, 2013: Impacts of a nuclear war in South Asia on rice production in Mainland China. *Clim. Change*, **116**, 357–372.

Ye, H., R. Zhang, J. Shi, J. Huang, S. G. Warren, and Q. Fu, 2012: Black carbon in seasonal snow across northern Xinjiang in northwestern China. *Environ. Res. Lett.*, **7**, 044002.

Young, P. J., et al., 2013: Pre-industrial to end 21st century projections of tropospheric ozone from the Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 2063–2090.

Zanchettin, D., et al., 2012: Bi-decadal variability excited in the coupled ocean-atmosphere system by strong tropical volcanic eruptions. *Clim. Dyn.*, **39**, 419–444.

Zarzycki, C. M., and T. C. Bond, 2010: How much can the vertical distribution of black carbon affect its global direct radiative forcing? *Geophys. Res. Lett.*, **37**, L20807.

Zeng, G., J. A. Pyle, and P. J. Young, 2008: Impact of climate change on tropospheric ozone and its global budgets. *Atmos. Chem. Phys.*, **8**, 369–387.

Zeng, G., O. Morgenstern, P. Braesicke, and J. A. Pyle, 2010: Impact of stratospheric ozone recovery on tropospheric ozone and its budget. *Geophys. Res. Lett.*, **37**, L09805.

Zhang, H., G. Y. Shi, and Y. Liu, 2005: A comparison between the two line-by-line integration algorithms. *Chin. J. Atmos. Sci.*, **29**, 581–593.

Zhang, H., G. Shi, and Y. Liu, 2008: The effects of line-wing cutoff in LBL integration on radiation calculations. *Acta Meteorol. Sin.*, **22**, 248–255.

Zhang, H., J. Wu, and P. Luc, 2011: A study of the radiative forcing and global warming potentials of hydrofluorocarbons. *J. Quant. Spectrosc. Radiat. Transfer*, **112**, 220–229.

Zhang, X. B., et al., 2007: Detection of human influence on twentieth-century precipitation trends. *Nature*, **448**, 461–465.

Zhong, Y., G. H. Miller, B. L. Otto-Bliesner, M. M. Holland, D. A. Bailey, D. P. Schneider, and A. Geirsdottir, 2011: Centennial-scale climate change from decadally-paced explosive volcanism: A coupled sea ice-ocean mechanism. *Clim. Dyn.*, **37**, 2373–2387.

Ziemke, J. R., S. Chandra, G. J. Labow, P. K. Bhartia, L. Froidevaux, and J. C. Witte, 2011: A global climatology of tropospheric and stratospheric ozone derived from Aura OMI and MLS measurements. *Atmos. Chem. Phys.*, **11**, 9237–9251.

BLM_0058530

## Appendix 8.A: Lifetimes, Radiative Efficiencies and Metric Values

**Table 8.A.1 |** Radiative efficiencies (REs), lifetimes/adjustment times, AGWP and GWP values for 20 and 100 years, and AGTP and GTP values for 20, 50 and 100 years. Climate–carbon feedbacks are included for $CO_2$ while no climate feedbacks are included for the other components (see discussion in Sections 8.7.1.4 and 8.7.2.1, Supplementary Material and notes below the table; Supplementary Material Table 8.SM.16 gives analogous values including climate–carbon feedbacks for non-$CO_2$ emissions). For a complete list of chemical names and CAS numbers, and for accurate replications of metric values, see Supplementary Material Section 8.SM.13 and references therein.

Anthropogenic and Natural Radiative Forcing

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m$^{-2}$ ppb$^{-1}$) | AGWP 20-year (W m$^{-2}$ yr kg$^{-1}$) | GWP 20-year | AGWP 100-year (W m$^{-2}$ yr kg$^{-1}$) | GWP 100-year | AGTP 20-year (K kg$^{-1}$) | GTP 20-year | AGTP 50-year (K kg$^{-1}$) | GTP 50-year | AGTP 100-year (K kg$^{-1}$) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carbon dioxide | $CO_2$ | see* | 1.37e-5 | 2.49e-14 | 1 | 9.17e-14 | 1 | 6.84e-16 | 1 | 6.17e-16 | 1 | 5.47e-16 | 1 |
| Methane | $CH_4$ | 12.4† | 3.63e-4 | 2.09e-12 | 84 | 2.61e-12 | 28 | 4.62e-14 | 67 | 8.69e-15 | 14 | 2.34e-15 | 4 |
| Fossil methane‡ | $CH_4$ | 12.4† | 3.63e-4 | 2.11e-12 | 85 | 2.73e-12 | 30 | 4.68e-14 | 68 | 9.55e-15 | 15 | 3.11e-15 | 6 |
| Nitrous Oxide | $N_2O$ | 121† | 3.00e-3 | 6.58e-12 | 264 | 2.43e-11 | 265 | 1.89e-13 | 277 | 1.74e-13 | 282 | 1.28e-13 | 234 |
| **Chlorofluorocarbons** | | | | | | | | | | | | | |
| CFC-11 | $CCl_3F$ | 45.0 | 0.26 | 1.72e-10 | 6900 | 4.28e-10 | 4660 | 4.71e-12 | 6890 | 3.01e-12 | 4890 | 1.28e-12 | 2340 |
| CFC-12 | $CCl_2F_2$ | 100.0 | 0.32 | 2.69e-10 | 10,800 | 9.39e-10 | 10,200 | 7.71e-12 | 11,300 | 6.75e-12 | 11,000 | 4.62e-12 | 8450 |
| CFC-13 | $CClF_3$ | 640.0 | 0.25 | 2.71e-10 | 10,900 | 1.27e-09 | 13,900 | 7.99e-12 | 11,700 | 8.77e-12 | 14,200 | 8.71e-12 | 15,900 |
| CFC-113 | $CCl_2FCClF_2$ | 85.0 | 0.30 | 1.62e-10 | 6490 | 5.34e-10 | 5820 | 4.60e-12 | 6730 | 3.85e-12 | 6250 | 2.45e-12 | 4470 |
| CFC-114 | $CClF_2CClF_2$ | 190.0 | 0.31 | 1.92e-10 | 7710 | 7.88e-10 | 8590 | 5.60e-12 | 8190 | 5.56e-12 | 9020 | 4.68e-12 | 8550 |
| CFC-115 | $CClF_2CF_3$ | 1,020.0 | 0.20 | 1.46e-10 | 5860 | 7.03e-10 | 7670 | 4.32e-12 | 6310 | 4.81e-12 | 7810 | 4.91e-12 | 8980 |
| **Hydrochlorofluorocarbons** | | | | | | | | | | | | | |
| HCFC-21 | $CHCl_2F$ | 1.7 | 0.15 | 1.35e-11 | 543 | 1.35e-11 | 148 | 1.31e-13 | 192 | 1.59e-14 | 26 | 1.12e-14 | 20 |
| HCFC-22 | $CHClF_2$ | 11.9 | 0.21 | 1.32e-10 | 5280 | 1.62e-10 | 1760 | 2.87e-12 | 4200 | 5.13e-13 | 832 | 1.43e-13 | 262 |
| HCFC-122 | $CHCl_2CF_2Cl$ | 1.0 | 0.17 | 5.43e-12 | 218 | 5.43e-12 | 59 | 4.81e-14 | 70 | 6.25e-15 | 10 | 4.47e-15 | 8 |
| HCFC-122a | $CHFClCFCl_2$ | 3.4 | 0.21 | 2.36e-11 | 945 | 2.37e-11 | 258 | 2.91e-13 | 426 | 2.99e-14 | 48 | 1.96e-14 | 36 |
| HCFC-123 | $CHCl_2CF_3$ | 1.3 | 0.15 | 7.28e-12 | 292 | 7.28e-12 | 79 | 6.71e-14 | 98 | 8.45e-15 | 14 | 6.00e-15 | 11 |
| HCFC-123a | $CHClFCF_2Cl$ | 4.0 | 0.23 | 3.37e-11 | 1350 | 3.39e-11 | 370 | 4.51e-13 | 659 | 4.44e-14 | 72 | 2.81e-14 | 51 |
| HCFC-124 | $CHClFCF_3$ | 5.9 | 0.20 | 4.67e-11 | 1870 | 4.83e-11 | 527 | 7.63e-13 | 1120 | 7.46e-14 | 121 | 4.03e-14 | 74 |
| HCFC-132c | $CH_2FCFCl_2$ | 4.3 | 0.17 | 3.07e-11 | 1230 | 3.10e-11 | 338 | 4.27e-13 | 624 | 4.14e-14 | 67 | 2.58e-14 | 47 |
| HCFC-141b | $CH_3CCl_2F$ | 9.2 | 0.16 | 6.36e-11 | 2550 | 7.17e-11 | 782 | 1.27e-12 | 1850 | 1.67e-13 | 271 | 6.09e-14 | 111 |
| HCFC-142b | $CH_3CClF_2$ | 17.2 | 0.19 | 1.25e-10 | 5020 | 1.82e-10 | 1980 | 3.01e-12 | 4390 | 8.46e-13 | 1370 | 1.95e-13 | 356 |
| HCFC-225ca | $CHCl_2CF_2CF_3$ | 1.9 | 0.22 | 1.17e-11 | 469 | 1.17e-11 | 127 | 1.17e-13 | 170 | 1.38e-14 | 22 | 9.65e-15 | 18 |
| HCFC-225cb | $CHClFCF_2CClF_2$ | 5.9 | 0.29 | 4.65e-11 | 1860 | 4.81e-11 | 525 | 7.61e-13 | 1110 | 7.43e-14 | 120 | 4.01e-14 | 73 |
| (E)-1-Chloro-3,3,3-trifluoroprop-1-ene | trans-$CF_3CH=CHCl$ | 26.0 days | 0.04 | 1.37e-13 | 5 | 1.37e-13 | 1 | 1.09e-15 | 2 | 1.54e-16 | <1 | 1.12e-16 | <1 |

(continued on next page)

8

*Table 8.A.1 (continued)*

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Hydrofluorocarbons* | | | | | | | | | | | | | |
| HFC-23 | $CHF_3$ | 222.0 | 0.18 | 2.70e-10 | 10,800 | 1.14e-09 | 12,400 | 7.88e-12 | 11,500 | 7.99e-12 | 13,000 | 6.95e-12 | 12,700 |
| HFC-32 | $CH_2F_2$ | 5.2 | 0.11 | 6.07e-11 | 2430 | 6.21e-11 | 677 | 9.32e-13 | 1360 | 8.93e-14 | 145 | 5.17e-14 | 94 |
| HFC-41 | $CH_3F$ | 2.8 | 0.02 | 1.07e-11 | 427 | 1.07e-11 | 116 | 1.21e-13 | 177 | 1.31e-14 | 21 | 8.82e-15 | 16 |
| HFC-125 | $CHF_2CF_3$ | 28.2 | 0.23 | 1.52e-10 | 6090 | 2.91e-10 | 3170 | 3.97e-12 | 5800 | 1.84e-12 | 2980 | 5.29e-13 | 967 |
| HFC-134 | $CHF_2CHF_2$ | 9.7 | 0.19 | 8.93e-11 | 3580 | 1.02e-10 | 1120 | 1.82e-12 | 2660 | 2.54e-13 | 412 | 8.73e-14 | 160 |
| HFC-134a | $CH_2FCF_3$ | 13.4 | 0.16 | 9.26e-11 | 3710 | 1.19e-10 | 1300 | 2.09e-12 | 3050 | 4.33e-13 | 703 | 1.10e-13 | 201 |
| HFC-143 | $CH_2FCHF_2$ | 3.5 | 0.13 | 3.00e-11 | 1200 | 3.01e-11 | 328 | 3.76e-13 | 549 | 3.82e-14 | 62 | 2.49e-14 | 46 |
| HFC-143a | $CH_3CF_3$ | 47.1 | 0.16 | 1.73e-10 | 6940 | 4.41e-10 | 4800 | 4.76e-12 | 6960 | 3.12e-12 | 5060 | 1.37e-12 | 2500 |
| HFC-152 | $CH_2FCH_2F$ | 0.4 | 0.04 | 1.51e-12 | 60 | 1.51e-12 | 16 | 1.25e-14 | 18 | 1.71e-15 | 3 | 1.24e-15 | 2 |
| HFC-152a | $CH_3CHF_2$ | 1.5 | 0.10 | 1.26e-11 | 506 | 1.26e-11 | 138 | 1.19e-13 | 174 | 1.47e-14 | 24 | 1.04e-14 | 19 |
| HFC-161 | $CH_3CH_2F$ | 66.0 days | 0.02 | 3.33e-13 | 13 | 3.33e-13 | 4 | 2.70e-15 | 4 | 3.76e-16 | <1 | 2.74e-16 | <1 |
| HFC-227ca | $CF_3CF_2CHF_2$ | 28.2 | 0.27 | 1.27e-10 | 5080 | 2.42e-10 | 2640 | 3.31e-12 | 4830 | 1.53e-12 | 2480 | 4.41e-13 | 806 |
| HFC-227ea | $CF_3CHFCF_3$ | 38.9 | 0.26 | 1.34e-10 | 5360 | 3.07e-10 | 3350 | 3.61e-12 | 5280 | 2.12e-12 | 3440 | 7.98e-13 | 1460 |
| HFC-236cb | $CH_2FCF_2CF_3$ | 13.1 | 0.23 | 8.67e-11 | 3480 | 1.11e-10 | 1210 | 1.94e-12 | 2840 | 3.92e-13 | 636 | 1.01e-13 | 185 |
| HFC-236ea | $CHF_2CHFCF_3$ | 11.0 | 0.30[b] | 1.03e-10 | 4110 | 1.22e-10 | 1330 | 2.18e-12 | 3190 | 3.53e-13 | 573 | 1.06e-13 | 195 |
| HFC-236fa | $CF_3CH_2CF_3$ | 242.0 | 0.24 | 1.73e-10 | 6940 | 7.39e-10 | 8060 | 5.06e-12 | 7400 | 5.18e-12 | 8400 | 4.58e-12 | 8380 |
| HFC-245ca | $CH_2FCF_2CHF_2$ | 6.5 | 0.24[b] | 6.26e-11 | 2510 | 6.56e-11 | 716 | 1.07e-12 | 1570 | 1.09e-13 | 176 | 5.49e-14 | 100 |
| HFC-245cb | $CF_3CF_2CH_3$ | 47.1 | 0.24 | 6.68e-11 | 6680 | 4.24e-10 | 4620 | 4.58e-12 | 6690 | 3.00e-12 | 4870 | 1.32e-12 | 2410 |
| HFC-245ea | $CHF_2CHFCHF_2$ | 3.2 | 0.16[c] | 2.15e-11 | 863 | 2.16e-11 | 235 | 2.59e-13 | 378 | 2.70e-14 | 44 | 1.79e-14 | 33 |
| HFC-245eb | $CH_2FCHFCF_3$ | 3.1 | 0.20[c] | 2.66e-11 | 1070 | 2.66e-11 | 290 | 3.15e-13 | 460 | 3.31e-14 | 54 | 2.20e-14 | 40 |
| HFC-245fa | $CHF_2CH_2CF_3$ | 7.7 | 0.24 | 7.29e-11 | 2920 | 7.87e-11 | 858 | 1.35e-12 | 1970 | 1.51e-13 | 245 | 6.62e-14 | 121 |
| HFC-263fb | $CH_3CHFCF_3$ | 1.2 | 0.10[c] | 6.93e-12 | 278 | 6.93e-12 | 76 | 6.31e-14 | 92 | 8.02e-15 | 13 | 5.70e-15 | 10 |
| HFC-272ca | $CH_3CF_2CH_3$ | 2.6 | 0.07 | 1.32e-11 | 530 | 1.32e-11 | 144 | 1.46e-13 | 213 | 1.61e-14 | 26 | 1.09e-14 | 20 |
| HFC-329p | $CHF_2CF_2CF_2CF_3$ | 28.4 | 0.31 | 1.13e-10 | 4510 | 2.16e-10 | 2360 | 2.94e-12 | 4290 | 1.37e-12 | 2220 | 3.96e-13 | 725 |
| HFC-365mfc | $CH_3CF_2CH_2CF_3$ | 8.7 | 0.22 | 6.64e-11 | 2660 | 7.38e-11 | 804 | 1.30e-12 | 1890 | 1.62e-13 | 262 | 6.24e-14 | 114 |
| HFC-43-10mee | $CF_3CHFCHFCF_2CF_3$ | 16.1 | 0.42[b] | 1.08e-10 | 4310 | 1.51e-10 | 1650 | 2.54e-12 | 3720 | 6.62e-13 | 1070 | 1.54e-13 | 281 |
| HFC-1132a | $CH_2=CF_2$ | 4.0 days | 0.004[d] | 3.87e-15 | <1 | 3.87e-15 | <1 | 3.08e-17 | <1 | 4.35e-18 | <1 | 3.18e-18 | <1 |
| HFC-1141 | $CH_2=CHF$ | 2.1 days | 0.002[d] | 1.54e-15 | <1 | 1.54e-15 | <1 | 1.23e-17 | <1 | 1.73e-18 | <1 | 1.27e-18 | <1 |
| (Z)-HFC-1225ye | $CF_3CF=CHF(Z)$ | 8.5 days | 0.02 | 2.14e-14 | <1 | 2.14e-14 | <1 | 1.70e-16 | <1 | 2.40e-17 | <1 | 1.76e-17 | <1 |
| (E)-HFC-1225ye | $CF_3CF=CHF(E)$ | 4.9 days | 0.01 | 7.25e-15 | <1 | 7.25e-15 | <1 | 5.77e-17 | <1 | 8.14e-18 | <1 | 5.95e-18 | <1 |
| (Z)-HFC-1234ze | $CF_3CH=CHF(Z)$ | 10.0 days | 0.02 | 2.61e-14 | 1 | 2.61e-14 | <1 | 2.08e-16 | <1 | 2.93e-17 | <1 | 2.14e-17 | <1 |
| HFC-1234yf | $CF_3CF=CH_2$ | 10.5 days | 0.02 | 3.22e-14 | 1 | 3.22e-14 | <1 | 2.57e-16 | <1 | 3.62e-17 | <1 | 2.65e-17 | <1 |
| (E)-HFC-1234ze | trans-$CF_3CH=CHF$ | 16.4 days | 0.04 | 8.74e-14 | 4 | 8.74e-14 | <1 | 6.98e-16 | <1 | 9.82e-17 | <1 | 7.18e-17 | <1 |
| (Z)-HFC-1336 | $CF_3CH=CHCF_3(Z)$ | 22.0 days | 0.07[d] | 1.54e-13 | 6 | 1.54e-13 | 2 | 1.23e-15 | 2 | 1.73e-16 | <1 | 1.26e-16 | <1 |

*(continued on next page)*

BLM_0058532

Table 8.A.1 (continued)

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m$^{-2}$ ppb$^{-1}$) | AGWP 20-year (W m$^{-2}$ yr kg$^{-1}$) | GWP 20-year | AGWP 100-year (W m$^{-2}$ yr kg$^{-1}$) | GWP 100-year | AGTP 20-year (K kg$^{-1}$) | GTP 20-year | AGTP 50-year (K kg$^{-1}$) | GTP 50-year | AGTP 100-year (K kg$^{-1}$) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HFC-1243zf | CF$_3$CH=CH$_2$ | 7.0 days | 0.01 | 1.37e-14 | 1 | 1.37e-14 | <1 | 1.09e-16 | <1 | 1.53e-17 | <1 | 1.12e-17 | <1 |
| HFC-1345zfc | C$_2$F$_5$CH=CH$_2$ | 7.6 days | 0.01 | 1.15e-14 | <1 | 1.15e-14 | <1 | 9.19e-17 | <1 | 1.30e-17 | <1 | 9.48e-18 | <1 |
| 3,3,4,4,5,5,6,6,6-Nonafluorohex-1-ene | C$_4$F$_9$CH=CH$_2$ | 7.6 days | 0.03 | 1.25e-14 | <1 | 1.25e-14 | <1 | 9.92e-17 | <1 | 1.40e-17 | <1 | 1.02e-17 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,8-Tridecafluorooct-1-ene | C$_6$F$_{13}$CH=CH$_2$ | 7.6 days | 0.03 | 9.89e-15 | <1 | 9.89e-15 | <1 | 7.87e-17 | <1 | 1.11e-17 | <1 | 8.12e-18 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,9,9,10,10,10-Heptadecafluorodec-1-ene | C$_8$F$_{17}$CH=CH$_2$ | 7.6 days | 0.03 | 8.52e-15 | <1 | 8.52e-15 | <1 | 6.79e-17 | <1 | 9.57e-18 | <1 | 7.00e-18 | <1 |
| *Chlorocarbons and Hydrochlorocarbons* | | | | | | | | | | | | | |
| Methyl chloroform | CH$_3$CCl$_3$ | 5.0 | 0.07 | 1.44e-11 | 578 | 1.47e-11 | 160 | 2.17e-13 | 317 | 2.07e-14 | 34 | 1.22e-14 | 22 |
| Carbon tetrachloride | CCl$_4$ | 26.0 | 0.17 | 8.69e-11 | 3480 | 1.59e-10 | 1730 | 2.24e-12 | 3280 | 9.68e-13 | 1570 | 2.62e-13 | 479 |
| Methyl chloride | CH$_3$Cl | 1.0 | 0.01[a] | 1.12e-12 | 45 | 1.12e-12 | 12 | 9.93e-15 | 15 | 1.29e-15 | 2 | 9.20e-16 | 2 |
| Methylene chloride | CH$_2$Cl$_2$ | 0.4 | 0.03[b] | 8.18e-13 | 33 | 8.18e-13 | 9 | 6.78e-15 | 10 | 9.26e-16 | 2 | 6.72e-16 | 1 |
| Chloroform | CHCl$_3$ | 0.4 | 0.08 | 1.50e-12 | 60 | 1.50e-12 | 16 | 1.25e-14 | 18 | 1.70e-15 | 3 | 1.24e-15 | 2 |
| 1,2-Dichloroethane | CH$_2$ClCH$_2$Cl | 65.0 days | 0.01 | 8.24e-14 | 3 | 8.24e-14 | <1 | 6.67e-16 | <1 | 9.29e-17 | <1 | 6.77e-17 | <1 |
| *Bromocarbons, Hydrobromocarbons and Halons* | | | | | | | | | | | | | |
| Methyl bromide | CH$_3$Br | 0.8 | 0.004 | 2.16e-13 | 9 | 2.16e-13 | 2 | 1.87e-15 | 3 | 2.47e-16 | <1 | 1.78e-16 | <1 |
| Methylene bromide | CH$_2$Br$_2$ | 0.3 | 0.01 | 9.31e-14 | 4 | 9.31e-14 | 1 | 7.66e-16 | 1 | 1.05e-16 | <1 | 7.65e-17 | <1 |
| Halon-1201 | CHBrF$_2$ | 5.2 | 0.15 | 3.37e-11 | 1350 | 3.45e-11 | 376 | 5.17e-13 | 756 | 4.96e-14 | 80 | 2.87e-14 | 52 |
| Halon-1202 | CBr$_2$F$_2$ | 2.9 | 0.27 | 2.12e-11 | 848 | 2.12e-11 | 231 | 2.43e-13 | 356 | 2.61e-14 | 42 | 1.75e-14 | 32 |
| Halon-1211 | CBrClF$_2$ | 16.0 | 0.29 | 1.15e-10 | 4590 | 1.60e-10 | 1750 | 2.70e-12 | 3950 | 6.98e-13 | 1130 | 1.62e-13 | 297 |
| Halon-1301 | CBrF$_3$ | 65.0 | 0.30 | 1.95e-10 | 7800 | 5.77e-10 | 6290 | 5.46e-12 | 7990 | 4.16e-12 | 6750 | 2.28e-12 | 4170 |
| Halon-2301 | CH$_2$BrCF$_3$ | 3.4 | 0.14 | 1.59e-11 | 635 | 1.59e-11 | 173 | 1.96e-13 | 286 | 2.07e-14 | 33 | 1.34e-14 | 24 |
| Halon-2311 / Halothane | CHBrClCF$_3$ | 1.0 | 0.13 | 3.77e-12 | 151 | 3.77e-12 | 41 | 3.35e-14 | 49 | 4.34e-15 | 7 | 3.10e-15 | 6 |
| Halon-2401 | CHFBrCF$_2$ | 2.9 | 0.19 | 1.68e-11 | 674 | 1.68e-11 | 184 | 1.94e-13 | 283 | 2.07e-14 | 34 | 1.39e-14 | 25 |
| Halon-2402 | CBrF$_2$CBrF$_2$ | 20.0 | 0.31 | 8.59e-11 | 3440 | 1.35e-10 | 1470 | 2.12e-12 | 3100 | 7.08e-13 | 1150 | 1.66e-13 | 304 |
| *Fully Fluorinated Species* | | | | | | | | | | | | | |
| Nitrogen trifluoride | NF$_3$ | 500.0 | 0.20 | 3.19e-10 | 12,800 | 1.47e-09 | 16,100 | 9.39e-12 | 13,700 | 1.02e-11 | 16,500 | 9.91e-12 | 18,100 |
| Sulphur hexafluoride | SF$_6$ | 3,200.0 | 0.57 | 4.37e-10 | 17,500 | 2.16e-09 | 23,500 | 1.29e-11 | 18,900 | 1.47e-11 | 23,800 | 1.54e-11 | 28,200 |
| (Trifluoromethyl) sulphur pentafluoride | SF$_5$CF$_3$ | 800.0 | 0.59 | 3.36e-10 | 13,500 | 1.60e-09 | 17,400 | 9.93e-12 | 14,500 | 1.10e-11 | 17,800 | 1.11e-11 | 20,200 |
| Sulphuryl fluoride | SO$_2$F$_2$ | 36.0 | 0.20 | 1.71e-10 | 6840 | 3.76e-10 | 4090 | 4.58e-12 | 6690 | 2.55e-12 | 4140 | 9.01e-13 | 1650 |
| PFC-14 | CF$_4$ | 50,000.0 | 0.09 | 1.22e-10 | 4880 | 6.08e-10 | 6630 | 3.61e-12 | 5270 | 4.12e-12 | 6690 | 4.40e-12 | 8040 |
| PFC-116 | C$_2$F$_6$ | 10,000.0 | 0.25 | 2.05e-10 | 8210 | 1.02e-09 | 11,100 | 6.07e-12 | 8880 | 6.93e-12 | 11,200 | 7.36e-12 | 13,500 |
| PFC-c216 | c-C$_3$F$_6$ | 3,000.0 | 0.23[a] | 1.71e-10 | 6850 | 8.44e-10 | 9200 | 5.06e-12 | 7400 | 5.74e-12 | 9310 | 6.13e-12 | 11,000 |
| PFC-218 | C$_3$F$_8$ | 2,600.0 | 0.28 | 1.66e-10 | 6640 | 8.16e-10 | 8900 | 4.91e-12 | 7180 | 5.56e-12 | 9010 | 5.83e-12 | 10,700 |
| PFC-318 | c-C$_4$F$_8$ | 3,200.0 | 0.32 | 1.77e-10 | 7110 | 8.75e-10 | 9540 | 5.25e-12 | 7680 | 5.96e-12 | 9660 | 6.27e-12 | 11,500 |

(continued on next page)

BLM_0058533

8

Chapter 8

Anthropogenic and Natural Radiative Forcing

*Table 8.A.1 (continued)*

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PFC-31-10 | $C_4F_{10}$ | 2,600.0 | 0.36 | 1.71e-10 | 6870 | 8.44e-10 | 9200 | 5.08e-12 | 7420 | 5.75e-12 | 9320 | 6.02e-12 | 11,000 |
| Perfluorocyclopentene | c-$C_5F_8$ | 31.0 days | 0.08[f] | 1.71e-13 | 7 | 1.71e-13 | 2 | 1.37e-15 | 2 | 1.92e-16 | <1 | 1.40e-16 | <1 |
| PFC-41-12 | n-$C_5F_{12}$ | 4,100.0 | 0.41 | 1.58e-10 | 6350 | 7.84e-10 | 8550 | 4.69e-12 | 6860 | 5.33e-12 | 8650 | 5.62e-12 | 10,300 |
| PFC-51-14 | n-$C_6F_{14}$ | 3,100.0 | 0.44 | 1.47e-10 | 5890 | 7.26e-10 | 7910 | 4.35e-12 | 6370 | 4.94e-12 | 8010 | 5.19e-12 | 9490 |
| PFC-61-16 | n-$C_7F_{16}$ | 3,000.0 | 0.50 | 1.45e-10 | 5830 | 7.17e-10 | 7820 | 4.31e-12 | 6310 | 4.88e-12 | 7920 | 5.13e-12 | 9380 |
| PFC-71-18 | $C_8F_{18}$ | 3,000.0 | 0.55 | 1.42e-10 | 5680 | 6.99e-10 | 7620 | 4.20e-12 | 6130 | 4.76e-12 | 7710 | 5.00e-12 | 9140 |
| PFC-91-18 | $C_{10}F_{18}$ | 2,000.0 | 0.55 | 1.34e-10 | 5390 | 6.59e-10 | 7190 | 3.98e-12 | 5820 | 4.49e-12 | 7290 | 4.68e-12 | 8570 |
| Perfluorodecalin (cis) | Z-$C_{10}F_{18}$ | 2,000.0 | 0.56 | 1.35e-10 | 5430 | 6.64e-10 | 7240 | 4.01e-12 | 5860 | 4.52e-12 | 7340 | 4.72e-12 | 8630 |
| Perfluorodecalin (trans) | E-$C_{10}F_{18}$ | 2,000.0 | 0.48 | 1.18e-10 | 4720 | 5.77e-10 | 6290 | 3.48e-12 | 5090 | 3.93e-12 | 6380 | 4.11e-12 | 7500 |
| PFC-1114 | $CF_2$=$CF_2$ | 1.1 days | 0.002 | 2.68e-16 | <1 | 2.68e-16 | <1 | 2.13e-18 | <1 | 3.00e-19 | <1 | 2.20e-19 | <1 |
| PFC-1216 | $CF_3CF$=$CF_2$ | 4.9 days | 0.01 | 6.42e-15 | <1 | 6.42e-15 | <1 | 5.11e-17 | <1 | 7.21e-18 | <1 | 5.27e-18 | <1 |
| Perfluorobuta-1,3-diene | $CF_2$=CFCF=$CF_2$ | 1.1 days | 0.003 | 3.29e-16 | <1 | 3.29e-16 | <1 | 2.61e-18 | <1 | 3.69e-19 | <1 | 2.70e-19 | <1 |
| Perfluorobut-1-ene | $CF_3CF_2CF$=$CF_2$ | 6.0 days | 0.02 | 8.38e-15 | <1 | 8.38e-15 | <1 | 6.67e-17 | <1 | 9.41e-18 | <1 | 6.88e-18 | <1 |
| Perfluorobut-2-ene | $CF_3CF$=CFCF$_3$ | 31.0 days | 0.07 | 1.62e-13 | 6 | 1.62e-13 | 2 | 1.30e-15 | 2 | 1.82e-16 | <1 | 1.33e-16 | <1 |
| *Halogenated Alcohols and Ethers* | | | | | | | | | | | | | |
| HFE-125 | $CHF_2OCF_3$ | 119.0 | 0.41 | 3.10e-10 | 12,400 | 1.14e-09 | 12,400 | 8.91e-12 | 13,000 | 8.14e-12 | 13,200 | 5.97e-12 | 10,900 |
| HFE-134 (HG-00) | $CHF_2OCHF_2$ | 24.4 | 0.44 | 2.90e-10 | 11,600 | 5.10e-10 | 5560 | 7.42e-12 | 10,800 | 3.02e-12 | 4900 | 7.83e-13 | 1430 |
| HFE-143a | $CH_3OCF_3$ | 4.8 | 0.18 | 4.72e-11 | 1890 | 4.80e-11 | 523 | 6.95e-13 | 1020 | 6.66e-14 | 108 | 3.99e-14 | 73 |
| HFE-227ea | $CF_3CHFOCF_3$ | 51.6 | 0.44 | 2.22e-10 | 8900 | 5.92e-10 | 6450 | 6.15e-12 | 8980 | 4.12e-12 | 6850 | 1.98e-12 | 3630 |
| HCFE-235ca2 (enflurane) | $CHF_2OCF_2CHFCl$ | 4.3 | 0.41 | 5.30e-11 | 2120 | 5.35e-11 | 583 | 7.36e-13 | 1080 | 7.14e-14 | 116 | 4.44e-14 | 81 |
| HCFE-235da2 (isoflurane) | $CHF_2OCHClCF_3$ | 3.5 | 0.42 | 4.49e-11 | 1800 | 4.50e-11 | 491 | 5.62e-13 | 822 | 5.72e-14 | 93 | 3.73e-14 | 68 |
| HFE-236ca | $CHF_2OCF_2CHF_2$ | 20.8 | 0.56[g] | 2.42e-10 | 9710 | 3.89e-10 | 4240 | 6.03e-12 | 8820 | 2.10e-12 | 3400 | 4.98e-13 | 912 |
| HFE-236ea2 (desflurane) | $CHF_2OCHFCF_3$ | 10.8 | 0.45 | 1.39e-10 | 5550 | 1.64e-10 | 1790 | 2.93e-12 | 4280 | 4.64e-13 | 753 | 1.42e-13 | 260 |
| HFE-236fa | $CF_3CH_2OCF_3$ | 7.5 | 0.36 | 8.35e-11 | 3350 | 8.98e-11 | 979 | 1.53e-12 | 2240 | 1.68e-13 | 273 | 7.54e-14 | 138 |
| HFE-245cb2 | $CF_3CF_2OCH_3$ | 4.9 | 0.33 | 5.90e-11 | 2360 | 6.00e-11 | 654 | 8.77e-13 | 1280 | 8.40e-14 | 136 | 4.99e-14 | 91 |
| HFE-245fa1 | $CHF_2CH_2OCF_3$ | 6.6 | 0.31 | 7.22e-11 | 2900 | 7.59e-11 | 828 | 1.25e-12 | 1820 | 1.27e-13 | 206 | 6.35e-14 | 116 |
| HFE-245fa2 | $CHF_2OCH_2CF_3$ | 5.5 | 0.36 | 7.25e-11 | 2910 | 7.45e-11 | 812 | 1.15e-12 | 1670 | 1.10e-13 | 179 | 6.21e-14 | 114 |
| 2,2,3,3,3-Pentafluoropropan-1-ol | $CF_3CF_2CH_2OH$ | 0.3 | 0.14 | 1.72e-12 | 69 | 1.72e-12 | 19 | 1.42e-14 | 21 | 1.95e-15 | 3 | 1.42e-15 | 3 |
| HFE-254cb1 | $CH_3OCF_2CHF_2$ | 2.5 | 0.26 | 2.76e-11 | 1110 | 2.76e-11 | 301 | 2.99e-13 | 438 | 3.34e-14 | 54 | 2.28e-14 | 42 |
| HFE-263fb2 | $CF_3CH_2OCH_3$ | 23.0 days | 0.04 | 1.28e-12 | 5 | 1.22e-13 | 1 | 9.72e-16 | 1 | 1.37e-16 | <1 | 9.98e-17 | <1 |
| HFE-263m1 | $CF_3OCH_2CH_3$ | 0.4 | 0.13 | 2.70e-12 | 108 | 2.70e-12 | 29 | 2.25e-14 | 33 | 3.06e-15 | 5 | 2.22e-15 | 4 |
| 3,3,3-Trifluoropropan-1-ol | $CF_3CH_2CH_2OH$ | 12.0 days | 0.02 | 3.57e-14 | 1 | 3.57e-14 | <1 | 2.85e-16 | <1 | 4.01e-17 | <1 | 2.93e-17 | <1 |
| HFE-329mcc2 | $CHF_2CF_2OCF_2CF_3$ | 22.5 | 0.53 | 1.68e-10 | 6720 | 2.81e-10 | 3070 | 4.23e-12 | 6180 | 1.59e-12 | 2580 | 3.93e-13 | 718 |
| HFE-338mmz1 | $(CF_3)_2CHOCHF_2$ | 21.2 | 0.44 | 1.48e-10 | 5940 | 2.40e-10 | 2620 | 3.70e-12 | 5410 | 1.31e-12 | 2130 | 3.14e-13 | 575 |

*(continued on next page)*

Table 8.A.1 *(continued)*

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HFE-338mcf2 | $CF_3CH_2OCF_2CF_3$ | 7.5 | 0.44 | 7.93e-11 | 3180 | 8.52e-11 | 929 | 1.45e-12 | 2120 | 1.60e-13 | 259 | 7.16e-14 | 131 |
| Sevoflurane (HFE-347mmz1) | $(CF_3)_2CHOCH_2F$ | 2.2 | 0.32 | 1.98e-11 | 795 | 1.98e-11 | 216 | 2.06e-13 | 302 | 2.37e-14 | 38 | 1.64e-14 | 30 |
| HFE-347mcc3 (HFE-7000) | $CH_3OCF_2CF_2CF_3$ | 5.0 | 0.35 | 4.78e-11 | 1910 | 4.86e-11 | 530 | 7.18e-13 | 1050 | 6.87e-14 | 111 | 4.05e-14 | 74 |
| HFE-347mcf2 | $CHF_2CH_2OCF_2CF_3$ | 6.6 | 0.42 | 7.45e-11 | 2990 | 7.83e-11 | 854 | 1.29e-12 | 1880 | 1.31e-13 | 212 | 6.55e-14 | 120 |
| HFE-347pcf2 | $CHF_2CF_2OCH_2CF_3$ | 6.0 | 0.48[b] | 7.86e-11 | 3150 | 8.15e-11 | 889 | 1.30e-12 | 1900 | 1.27e-13 | 206 | 6.81e-14 | 124 |
| HFE-347mmy1 | $(CF_3)_2CFOCH_3$ | 3.7 | 0.32 | 3.32e-11 | 1330 | 3.33e-11 | 363 | 4.27e-13 | 624 | 4.28e-14 | 69 | 2.76e-14 | 51 |
| HFE-356mec3 | $CH_3OCF_2CHFCF_3$ | 3.8 | 0.30 | 3.53e-11 | 1410 | 3.55e-11 | 387 | 4.60e-13 | 673 | 4.58e-14 | 74 | 2.94e-14 | 54 |
| HFE-356mff2 | $CF_3CH_2OCH_2CF_3$ | 105.0 days | 0.17 | 1.54e-12 | 62 | 1.54e-12 | 17 | 1.26e-14 | 18 | 1.74e-15 | 3 | 1.26e-15 | 2 |
| HFE-356pcf2 | $CHF_2CH_2OCF_2CHF_2$ | 5.7 | 0.37 | 6.40e-11 | 2560 | 6.59e-11 | 719 | 1.03e-12 | 1500 | 9.97e-14 | 162 | 5.50e-14 | 101 |
| HFE-356pcf3 | $CHF_2OCF_2CF_2CHF_2$ | 3.5 | 0.38 | 4.08e-11 | 1640 | 4.09e-11 | 446 | 5.11e-13 | 747 | 5.20e-14 | 84 | 3.39e-14 | 62 |
| HFE-356pcc3 | $CH_3OCF_2CF_2CHF_2$ | 3.8 | 0.32 | 3.77e-11 | 1510 | 3.79e-11 | 413 | 4.91e-13 | 718 | 4.89e-14 | 79 | 3.14e-14 | 57 |
| HFE-356mmz1 | $(CF_3)_2CHOCH_3$ | 97.1 days | 0.15 | 1.25e-12 | 50 | 1.25e-12 | 14 | 1.02e-14 | 15 | 1.41e-15 | 2 | 1.02e-15 | 2 |
| HFE-365mcf3 | $CF_3CF_2CH_2OCH_3$ | 19.3 days | 0.05 | 8.51e-14 | 3 | 8.51e-14 | <1 | 6.80e-16 | <1 | 9.56e-17 | <1 | 6.99e-17 | <1 |
| HFE-365mcf2 | $CF_3CF_2OCH_2CH_3$ | 0.6 | 0.26 | 5.35e-12 | 215 | 5.35e-12 | 58 | 4.53e-14 | 66 | 6.10e-15 | 10 | 4.40e-15 | 8 |
| HFE-374pc2 | $CHF_2CF_2OCH_2CH_3$ | 5.0 | 0.30 | 5.65e-11 | 2260 | 5.75e-11 | 627 | 8.48e-13 | 1240 | 8.12e-14 | 132 | 4.79e-14 | 88 |
| 4,4,4-Trifluorobutan-1-ol | $CF_3(CH_2)_3CH_2OH$ | 4.0 days | 0.01 | 1.73e-15 | <1 | 1.73e-15 | <1 | 1.38e-17 | <1 | 1.94e-18 | <1 | 1.42e-18 | <1 |
| 2,2,3,3,4,4,5,5-Octafluorocyclopentanol | $-(CF_2)_4CH(OH)-$ | 0.3 | 0.16 | 1.18e-12 | 47 | 1.18e-12 | 13 | 9.67e-15 | 14 | 1.33e-15 | 2 | 9.69e-16 | 2 |
| HFE-43-10pccc124 (H-Galden 1040x, HG-11) | $CHF_2OCF_2OC_2F_4OCHF_2$ | 13.5 | 1.02 | 2.00e-10 | 8010 | 2.58e-10 | 2820 | 4.52e-12 | 6600 | 9.46e-13 | 1530 | 2.38e-13 | 436 |
| HFE-449s1 (HFE-7100) | $C_4F_9OCH_3$ | 4.7 | 0.36 | 3.80e-11 | 1530 | 3.86e-11 | 421 | 5.54e-13 | 809 | 5.32e-14 | 86 | 3.21e-14 | 59 |
| n-HFE-7100 | $n-C_4F_9OCH_3$ | 4.7 | 0.42 | 4.39e-11 | 1760 | 4.45e-11 | 486 | 6.39e-13 | 934 | 6.14e-14 | 99 | 3.70e-14 | 68 |
| i-HFE-7100 | $i-C_4F_9OCH_3$ | 4.7 | 0.35 | 3.68e-11 | 1480 | 3.73e-11 | 407 | 5.35e-13 | 783 | 5.14e-14 | 83 | 3.10e-14 | 57 |
| HFE-569sf2 (HFE-7200) | $C_4F_9OC_2H_5$ | 0.8 | 0.30 | 5.21e-12 | 209 | 5.21e-12 | 57 | 4.52e-14 | 66 | 5.97e-15 | 10 | 4.29e-15 | 8 |
| n-HFE-7200 | $n-C_4F_9OC_2H_5$ | 0.8 | 0.35[i] | 5.92e-12 | 237 | 5.92e-12 | 65 | 5.14e-14 | 75 | 6.78e-15 | 11 | 4.87e-15 | 9 |
| i-HFE-7200 | $i-C_4F_9OC_2H_5$ | 0.8 | 0.24 | 4.06e-12 | 163 | 4.06e-12 | 44 | 3.52e-14 | 52 | 4.65e-15 | 8 | 3.34e-15 | 6 |
| HFE-236ca12 (HG-10) | $CHF_2OCF_2OCHF_2$ | 25.0 | 0.65 | 2.75e-10 | 11,000 | 4.91e-10 | 5350 | 7.06e-12 | 10,300 | 2.94e-12 | 4770 | 7.75e-13 | 1420 |
| HFE-338pcc13 (HG-01) | $CHF_2OCF_2CF_2OCHF_2$ | 12.9 | 0.86 | 2.10e-10 | 8430 | 2.67e-10 | 2910 | 4.69e-12 | 6860 | 9.28e-13 | 1500 | 2.42e-13 | 442 |
| 1,1,1,3,3,3-Hexafluoropropan-2-ol | $(CF_3)_2CHOH$ | 1.9 | 0.26 | 1.67e-11 | 668 | 1.67e-11 | 182 | 1.66e-13 | 243 | 1.97e-14 | 32 | 1.38e-14 | 25 |
| HG-02 | $HF_2C-(OCF_2CF_2)_2-OCF_2H$ | 12.9 | 1.24[i] | 1.97e-10 | 7900 | 2.50e-10 | 2730 | 4.40e-12 | 6430 | 8.70e-13 | 1410 | 2.27e-13 | 415 |
| HG-03 | $HF_2C-(OCF_2CF_2)_3-OCF_2H$ | 12.9 | 1.76[i] | 2.06e-10 | 8270 | 2.62e-10 | 2850 | 4.60e-12 | 6730 | 9.10e-13 | 1480 | 2.37e-13 | 434 |
| HG-20 | $HF_2C-(OCF_2)_3-OCF_2H$ | 25.0 | 0.92[i] | 2.73e-10 | 10,900 | 4.86e-10 | 5300 | 7.00e-12 | 10,200 | 2.91e-12 | 4730 | 7.68e-13 | 1400 |
| HG-21 | $HF_2C-OCF_2CF_2OC-F_2OCF_2O-CF_2H$ | 13.5 | 1.71[i] | 2.76e-10 | 11,100 | 3.57e-10 | 3890 | 6.23e-12 | 9110 | 1.31e-12 | 2120 | 3.29e-13 | 602 |

*(continued on next page)*

8

Table 8.A.1 (continued)

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HG-30 | HF₂C–(OCF₂)₃–OCF₂H | 25.0 | 1.65$^i$ | 3.77e-10 | 15,100 | 6.73e-10 | 7330 | 9.68e-12 | 14,100 | 4.03e-12 | 6530 | 1.06e-12 | 1940 |
| 1-Ethoxy-1,1,2,2,3,3,3-heptafluoropropane | C₃F₇CF₂CF₂OCH₃ | 0.8 | 0.28$^i$ | 5.56e-12 | 223 | 5.56e-12 | 61 | 4.80e-14 | 70 | 6.36e-15 | 10 | 4.57e-15 | 8 |
| Fluoroxene | CF₃CH₂OCH=CH₂ | 3.6 days | 0.01$^i$ | 4.97e-15 | <1 | 4.97e-15 | <1 | 3.95e-17 | <1 | 5.58e-18 | <1 | 4.08e-18 | <1 |
| 1,1,2,2-Tetrafluoro-1-(fluoromethoxy)ethane | CH₂FOCF₂CF₂H | 6.2 | 0.34$^i$ | 7.68e-11 | 3080 | 7.99e-11 | 871 | 1.29e-12 | 1880 | 1.28e-13 | 207 | 6.68e-14 | 122 |
| 2-Ethoxy-3,3,4,4,5-pentafluorotetrahydro-2,5-bis[1,2,2,2-tetrafluoro-1-(trifluoromethyl)ethyl]-furan | C₁₂H₅F₁₀O₂ | 1.0 | 0.49$^i$ | 5.09e-12 | 204 | 5.09e-12 | 56 | 4.53e-14 | 66 | 5.86e-15 | 10 | 4.19e-15 | 8 |
| Fluoro(methoxy)methane | CH₃OCH₂F | 73.0 days | 0.07$^i$ | 1.15e-12 | 46 | 1.15e-12 | 13 | 9.34e-15 | 14 | 1.30e-15 | 2 | 9.46e-16 | 2 |
| Difluoro(methoxy)methane | CH₃OCHF₂ | 1.1 | 0.17$^i$ | 1.32e-11 | 528 | 1.32e-11 | 144 | 1.18e-13 | 173 | 1.52e-14 | 25 | 1.08e-14 | 20 |
| Fluoro(fluoromethoxy)methane | CH₂FOCH₂F | 0.9 | 0.19$^i$ | 1.20e-11 | 479 | 1.20e-11 | 130 | 1.05e-13 | 153 | 1.37e-14 | 22 | 9.84e-15 | 18 |
| Difluoro(fluoromethoxy)methane | CH₂FOCHF₂ | 3.3 | 0.30$^i$ | 5.65e-11 | 2260 | 5.66e-11 | 617 | 6.88e-13 | 1010 | 7.11e-14 | 115 | 4.69e-14 | 86 |
| Trifluoro(fluoromethoxy)methane | CH₂FOCF₃ | 4.4 | 0.33$^i$ | 6.82e-11 | 2730 | 6.89e-11 | 751 | 9.59e-13 | 1400 | 9.27e-14 | 150 | 5.72e-14 | 105 |
| HG'-01 | CH₃OCF₂CF₂OCH₃ | 2.0 | 0.29 | 2.03e-11 | 815 | 2.03e-11 | 222 | 2.06e-13 | 301 | 2.42e-14 | 39 | 1.68e-14 | 31 |
| HG'-02 | CH₃O(CF₂CF₂O)₂CH₃ | 2.0 | 0.56 | 2.16e-11 | 868 | 2.16e-11 | 236 | 2.19e-13 | 320 | 2.57e-14 | 42 | 1.79e-14 | 33 |
| HG'-03 | CH₃O(CF₂CF₂O)₃CH₃ | 2.0 | 0.76 | 2.03e-11 | 812 | 2.03e-11 | 221 | 2.05e-13 | 299 | 2.41e-14 | 39 | 1.67e-14 | 31 |
| HFE-329me3 | CF₃CFHCF₂OCF₃ | 40.0 | 0.48 | 1.79e-10 | 7170 | 4.17e-10 | 4550 | 4.85e-12 | 7090 | 2.89e-12 | 4690 | 1.12e-12 | 2040 |
| 3,3,4,4,5,5,6,6,7,7,7-Undecafluoroheptan-1-ol | CF₃(CF₂)₄CH₂CH₂OH | 20.0 days | 0.06 | 3.91e-14 | 2 | 3.91e-14 | <1 | 3.12e-16 | <1 | 4.39e-17 | <1 | 3.21e-17 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,9,9,9-Pentadecafluorononan-1-ol | CF₃(CF₂)₆CH₂CH₂OH | 20.0 days | 0.07 | 3.00e-14 | 1 | 3.00e-14 | <1 | 2.40e-16 | <1 | 3.37e-17 | <1 | 2.46e-17 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,9,9,10,10,11,11-Non-adecafluoroundecan-1-ol | CF₃(CF₂)₈CH₂CH₂OH | 20.0 days | 0.05 | 1.72e-14 | <1 | 1.72e-14 | <1 | 1.37e-16 | <1 | 1.93e-17 | <1 | 1.41e-17 | <1 |
| 2-Chloro-1,1,2-trifluoro-1-methoxyethane | CH₃OCF₂CHFCl | 1.4 | 0.21 | 1.12e-11 | 449 | 1.12e-11 | 122 | 1.05e-13 | 153 | 1.31e-14 | 21 | 9.24e-15 | 17 |
| PFPMIE (perfluoropolymethylisopropyl ether) | CF₃OCF(CF₃)CF₂OCF₂OCF₃ | 800.0 | 0.65 | 1.87e-10 | 7500 | 8.90e-10 | 9710 | 5.52e-12 | 8070 | 6.11e-12 | 9910 | 6.15e-12 | 11,300 |
| HFE-216 | CF₃OCF=CF₂ | 8.4 days | 0.02 | 1.92e-14 | <1 | 1.92e-14 | <1 | 1.53e-16 | <1 | 2.15e-17 | <1 | 1.58e-17 | <1 |
| Trifluoromethyl formate | HCOOCF₃ | 3.5 | 0.31$^i$ | 5.37e-11 | 2150 | 5.39e-11 | 588 | 6.73e-13 | 984 | 6.85e-14 | 111 | 4.47e-14 | 82 |
| Perfluoroethyl formate | HCOOCF₂CF₃ | 3.5 | 0.44$^i$ | 5.30e-11 | 2130 | 5.32e-11 | 580 | 6.64e-13 | 971 | 6.76e-14 | 110 | 4.41e-14 | 81 |
| Perfluoropropyl formate | HCOOCF₂CF₂CF₃ | 2.6 | 0.50$^i$ | 3.45e-11 | 1380 | 3.45e-11 | 376 | 3.80e-13 | 555 | 4.19e-14 | 68 | 2.85e-14 | 52 |
| Perfluorobutyl formate | HCOOCF₂CF₂CF₂CF₃ | 3.0 | 0.56$^i$ | 3.59e-11 | 1440 | 3.59e-11 | 392 | 4.19e-13 | 613 | 4.45e-14 | 72 | 2.97e-14 | 54 |
| 2,2,2-Trifluoroethyl formate | HCOOCH₂CF₃ | 0.4 | 0.16$^i$ | 3.07e-12 | 123 | 3.07e-12 | 33 | 2.55e-14 | 37 | 3.48e-15 | 5 | 2.52e-15 | 5 |
| 3,3,3-Trifluoropropyl formate | HCOOCH₂CH₂CF₃ | 0.3 | 0.13$^i$ | 1.60e-12 | 64 | 1.60e-12 | 17 | 1.31e-14 | 19 | 1.80e-15 | 3 | 1.31e-15 | 2 |
| 1,2,2,2-Tetrafluoroethyl formate | HCOOCHFCF₃ | 3.2 | 0.35$^i$ | 4.30e-11 | 1720 | 4.31e-11 | 470 | 5.17e-13 | 755 | 5.39e-14 | 87 | 3.57e-14 | 65 |
| 1,1,1,3,3,3-Hexafluoropropan-2-yl formate | HCOOCH(CF₃)₂ | 3.2 | 0.33$^i$ | 3.05e-11 | 1220 | 3.05e-11 | 333 | 3.66e-13 | 535 | 3.81e-14 | 62 | 2.53e-14 | 46 |
| Perfluorobutyl acetate | CH₃COOCF₂CF₂CF₂CF₃ | 21.9 days | 0.12$^i$ | 1.52e-13 | 6 | 1.52e-13 | 2 | 1.21e-15 | 2 | 1.71e-16 | <1 | 1.25e-16 | <1 |
| Perfluoropropyl acetate | CH₃COOCF₂CF₂CF₃ | 21.9 days | 0.11$^i$ | 1.59e-13 | 6 | 1.59e-13 | 2 | 1.27e-15 | 2 | 1.78e-16 | <1 | 1.30e-16 | <1 |
| Perfluoroethyl acetate | CH₃COOCF₂CF₃ | 21.9 days | 0.10$^i$ | 1.89e-13 | 8 | 1.89e-13 | 2 | 1.51e-15 | 2 | 2.12e-16 | <1 | 1.55e-16 | <1 |
| Trifluoromethyl acetate | CH₃COOCF₃ | 21.9 days | 0.07$^i$ | 1.90e-13 | 8 | 1.90e-13 | 2 | 1.52e-15 | 2 | 2.14e-16 | <1 | 1.56e-16 | <1 |

(continued on next page)

Table 8.A.1 (continued)

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Methyl carbonofluoridate | $FCOOCH_3$ | 1.8 | 0.07[†] | 8.74e-12 | 350 | 8.74e-12 | 95 | 8.60e-14 | 126 | 1.03e-14 | 17 | 7.21e-15 | 13 |
| 1,1-Difluoroethyl carbonofluoridate | $FCOOCF_2CH_3$ | 0.3 | 0.17[†] | 2.46e-12 | 99 | 2.46e-12 | 27 | 2.02e-14 | 30 | 2.78e-15 | 5 | 2.02e-15 | 4 |
| 1,1-Difluoroethyl 2,2,2-trifluoroacetate | $CF_3COOCF_2CH_3$ | 0.3 | 0.27[†] | 2.83e-12 | 113 | 2.83e-12 | 31 | 2.33e-14 | 34 | 3.20e-15 | 5 | 2.32e-15 | 4 |
| Ethyl 2,2,2-trifluoroacetate | $CF_3COOCH_2CH_3$ | 21.9 days | 0.05[†] | 1.26e-13 | 5 | 1.26e-13 | 1 | 1.00e-15 | 1 | 1.41e-16 | <1 | 1.03e-16 | <1 |
| 2,2,2-Trifluoroethyl 2,2,2-trifluoroacetate | $CF_3COOCH_2CF_3$ | 54.8 days | 0.15[†] | 6.27e-13 | 25 | 6.27e-13 | 7 | 5.06e-15 | 7 | 7.07e-16 | 1 | 5.15e-16 | <1 |
| Methyl 2,2,2-trifluoroacetate | $CF_3COOCH_3$ | 0.6 | 0.18[†] | 4.80e-12 | 192 | 4.80e-12 | 52 | 4.08e-14 | 60 | 5.47e-15 | 9 | 3.95e-15 | 7 |
| Methyl 2,2-difluoroacetate | $HCF_2COOCH_3$ | 40.1 days | 0.05[†] | 3.00e-13 | 12 | 3.00e-13 | 3 | 2.41e-15 | <1 | 3.38e-16 | <1 | 2.47e-16 | <1 |
| Difluoromethyl 2,2,2-trifluoroacetate | $CF_3COOCHF_2$ | 0.3 | 0.24[†] | 2.48e-12 | 99 | 2.48e-12 | 27 | 2.04e-14 | 30 | 2.81e-15 | 5 | 2.04e-15 | 4 |
| 2,2,3,3,4,4,4-Heptafluorobutan-1-ol | $C_3F_7CH_2OH$ | 0.6 | 0.20 | 3.10e-12 | 124 | 3.10e-12 | 34 | 2.61e-14 | 38 | 3.52e-15 | 6 | 2.55e-15 | 5 |
| 1,1,1-Trifluoro-2-(trifluoromethoxy)-ethane | $CHF_2CHFOCF_3$ | 9.8 | 0.35 | 9.91e-11 | 3970 | 1.14e-10 | 1240 | 2.03e-12 | 2960 | 2.88e-13 | 467 | 9.74e-14 | 178 |
| 1-Ethoxy-1,1,2,3,3,3-hexafluoropropane | $CF_3CHFCF_2OCH_2CH_3$ | 0.4 | 0.19 | 2.14e-12 | 86 | 2.14e-12 | 23 | 1.77e-14 | 26 | 2.43e-15 | 4 | 1.76e-15 | 3 |
| 1,1,1,2,2,3,3-Heptafluoro-3-(1,2,2,2-tetrafluoroethoxy)-propane | $CF_3CF_2CF_2OCHFCF_3$ | 67.0 | 0.58 | 1.98e-10 | 7940 | 5.95e-10 | 6490 | 5.57e-12 | 8140 | 4.29e-12 | 6960 | 2.39e-12 | 4380 |
| 2,2,3,3-Tetrafluoro-1-propanol | $CHF_2CF_2CH_2OH$ | 91.3 days | 0.11 | 1.19e-12 | 48 | 1.19e-12 | 13 | 9.72e-15 | 14 | 1.35e-15 | 2 | 9.79e-16 | 2 |
| 2,2,3,4,4,4-Hexafluoro-1-butanol | $CF_3CHFCF_2CH_2OH$ | 94.9 days | 0.19 | 1.56e-12 | 63 | 1.56e-12 | 17 | 1.27e-14 | 19 | 1.76e-15 | 3 | 1.28e-15 | 2 |
| 2,2,3,3,4,4,4-Heptafluoro-1-butanol | $CF_3CF_2CF_2CH_2OH$ | 0.3 | 0.16 | 1.49e-12 | 60 | 1.49e-12 | 16 | 1.23e-14 | 18 | 1.69e-15 | 3 | 1.23e-15 | 2 |
| 1,1,2,2-Tetrafluoro-3-methoxy-propane | $CHF_2CF_2CH_2OCH_3$ | 14.2 days | 0.03 | 4.82e-14 | 2 | 4.82e-14 | <1 | 3.84e-16 | <1 | 5.41e-17 | <1 | 3.96e-17 | <1 |
| perfluoro-2-methyl-3-pentanone | $CF_3CF_2C(O)CF(CF_3)_2$ | 7.0 days | 0.03 | 9.14e-15 | <1 | 9.14e-15 | <1 | 7.27e-17 | <1 | 1.03e-17 | <1 | 7.51e-18 | <1 |
| 3,3,3-Trifluoro-propanal | $CF_3CH_2CHO$ | 2.0 days | 0.004 | 9.86e-16 | <1 | 9.86e-16 | <1 | 7.84e-18 | <1 | 1.11e-18 | <1 | 8.10e-19 | <1 |
| 2-Fluoroethanol | $CH_2FCH_2OH$ | 20.4 days | 0.02 | 8.07e-14 | 3 | 8.07e-14 | <1 | 6.45e-16 | <1 | 9.07e-17 | <1 | 6.63e-17 | <1 |
| 2,2-Difluoroethanol | $CHF_2CH_2OH$ | 40.0 days | 0.04 | 2.78e-13 | 11 | 2.78e-13 | 3 | 2.23e-15 | 3 | 3.12e-16 | <1 | 2.28e-16 | <1 |
| 2,2,2-Trifluoroethanol | $CF_3CH_2OH$ | 0.3 | 0.10 | 1.83e-12 | 73 | 1.83e-12 | 20 | 1.50e-14 | 22 | 2.07e-15 | 3 | 1.50e-15 | 3 |
| 1,1'-Oxybis[2-(difluoromethoxy)-1,1,2,2-tetrafluoroethane | $HCF_2O(CF_2CF_2O)CF_2H$ | 26.0 | 1.15[c] | 2.47e-10 | 9910 | 4.51e-10 | 4920 | 6.38e-12 | 9320 | 2.75e-12 | 4460 | 7.45e-13 | 1360 |
| 1,1,3,3,4,4,6,6,7,7,9,9,10,10,12,12-hexadecafluoro-2,5,8,11-Tetraoxadodecane | $HCF_2O(CF_2CF_2O)_2CF_2H$ | 26.0 | 1.43[c] | 2.26e-10 | 9050 | 4.12e-10 | 4490 | 5.83e-12 | 8520 | 2.51e-12 | 4080 | 6.81e-13 | 1250 |
| 1,1,3,3,4,4,6,6,7,7,9,9,10,10,12,12,13,13,15,15,15-eicosafluoro-2,5,8,11,14-Pentaoxapentadecane | $HCF_2O(CF_2CF_2O)_3CF_2H$ | 26.0 | 1.46[c] | 1.83e-10 | 7320 | 3.33e-10 | 3630 | 4.71e-12 | 6880 | 2.03e-12 | 3300 | 5.50e-13 | 1010 |

Notes:

For $CH_4$, we estimate an uncertainty of ±30% and ±40% for 20- and 100-year time horizon, respectively (for 90% uncertainty range). The uncertainty is dominated by AGWP for $CO_2$ and indirect effects. The uncertainty in GWP for $N_2O$ is estimated to ±20% and ±30% for 20- and 100-year time horizon, with the largest contributions from $CO_2$. The uncertainty in GWP for HFC-134a is estimated to ±25% and ±35% for 20- and 100-year time horizons while for CFC-11 the GWP corresponding numbers are approximately ±20% and ±35% (not accounting for the indirect effects). For CFC-12 the corresponding numbers are ±20 and ±30. The uncertainties estimated for HFC-134a and CFC-11 are assessed as representative for most other gases with similar or longer lifetimes. For shorter-lived gases, the uncertainties will be larger. For GTP, few estimates are available in the literature. The uncertainty is assessed to be of the order of ±75% for the methane $GTP_{100}$.

\* No single lifetime can be given. The impulse response function for $CO_2$ from Joos et al. (2013) has been used. See also Supplementary Material Section 8.SM.11.

† Perturbation lifetime is used in calculation of metrics, not the lifetime of the atmospheric burden.

(continued on next page)

Anthropogenic and Natural Radiative Forcing

Chapter 8

8

*Table 8.A.1 Notes (continued)*

‡    Metric values for $CH_4$ of fossil origin include the oxidation to $CO_2$ (based on Boucher et al., 2009). In applications of these values, inclusion of the $CO_2$ effect of fossil methane must be done with caution to avoid any double-counting because $CO_2$ emissions numbers are often based on total carbon content. Methane values without the $CO_2$ effect from fossil methane are thus appropriate for fossil methane sources for which the carbon has been accounted for elsewhere, or for biospheric methane sources for which there is a balance between $CO_2$ taken up by the biosphere and $CO_2$ produced from $CH_3$ oxidization. The addition effect on GWP and GTP represents lower limits from Boucher et al. (2009) and assume 50% of the carbon is deposited as formaldehyde to the surface and is then lost. The upper limit in Boucher et al. (2009) made the assumption that this deposited formaldehyde was subsequently further oxidized to $CO_2$.

a    RE is unchanged since AR4.

b    RE is unchanged since AR4 except the absolute forcing is increased by a factor of 1.04 to account for the change in the recommended RE of CFC-11.

c    Based on Rajakumar et al. (2006) (lifetime correction factor has been applied to account for non-homogeneous horizontal and vertical mixing).

d    Based on instantaneous RE from Baasandorj et al. (2010); Baasandorj et al. (2011) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

e    Based on instantaneous RE from *ab initio* study of Bravo et al. (2010) (a factor 1.10 has been applied to account for stratospheric temperature adjustment).

f    Based on average instantaneous RE reported in literature (Vasekova et al., 2006; Bravo et al., 2010) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

g    Based on instantaneous RE from *ab initio* studies of Blowers et al. (2007, 2008) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

h    Based on instantaneous RE from Heathfield et al. (1998) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

i    Note that calculation of RE is based on calculated (*ab initio*) absorption cross-section and uncertainties are therefore larger than for calculations using experimental absorption cross section.

j    Based on instantaneous RE from Javadi et al. (2007) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

k    Based on instantaneous RE from Andersen et al. (2010) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

The GTP values are calculated with a temperature impulse response function taken from Boucher and Reddy (2008). See also Supplementary Material Section 8.SM.11.

BLM_0058538

**Table 8.A.2 |** Halocarbon indirect GWPs from ozone depletion using the EESC-based method described in WMO (2011), adapted from Daniel et al. (1995). A radiative forcing in year 2011 of $-0.15$ ($-0.30$ to $0.0$) W m$^{-2}$ relative to preindustrial times is used (see Section 8.3.3). Uncertainty on the indirect AGWPs due to the ozone forcing uncertainty is $\pm100\%$.

| Gas | GWP$_{100}$ |
|---|---|
| CFC-11 | $-2640$ |
| CFC-12 | $-2100$ |
| CFC-113 | $-2150$ |
| CFC-114 | $-914$ |
| CFC-115 | $-223$ |
| HCFC-22 | $-98$ |
| HCFC-123 | $-37$ |
| HCFC-124 | $-46$ |
| HCFC-141b | $-261$ |
| HCFC-142b | $-152$ |
| CH$_3$CCl$_3$ | $-319$ |
| CCl$_4$ | $-2110$ |
| CH$_3$Br | $-1250$ |
| Halon-1211 | $-19,000$ |
| Halon-1301 | $-44,500$ |
| Halon-2402 | $-32,000$ |
| HCFC-225ca | $-40$ |
| HCFC-225cb | $-60$ |

**Table 8.A.3 |** GWP and GTP for NO$_x$ from surface sources for time horizons of 20 and 100 years from the literature. All values are on a per kilogram of nitrogen basis. Uncertainty for numbers from Fry et al. (2012) and Collins et al. (2013) refer to 1-$\sigma$. For the reference gas CO$_2$, RE and IRF from AR4 are used in the calculations. The GWP$_{100}$ and GTP$_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas CO$_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| NO$_x$ East Asia[a] | 6.4 ($\pm$38.1) | $-5.3$ ($\pm$11.5) | $-55.6$ ($\pm$23.8) | $-1.3$ ($\pm$2.1) |
| NO$_x$ EU + North Africa[a] | $-39.4$ ($\pm$17.5) | $-15.6$ ($\pm$5.8) | $-48.0$ ($\pm$14.9) | $-2.5$ ($\pm$1.3) |
| NO$_x$ North America[a] | $-2.4$ ($\pm$30.3) | $-8.2$ ($\pm$10.3) | $-61.9$ ($\pm$27.8) | $-1.7$ ($\pm$2.1) |
| NO$_x$ South Asia[a] | $-40.7$ ($\pm$88.3) | $-25.3$ ($\pm$29.0) | $-124.6$ ($\pm$67.4) | $-4.6$ ($\pm$5.1) |
| NO$_x$ four above regions[a] | $-15.9$ ($\pm$32.7) | $-11.6$ ($\pm$10.7) | $-62.1$ ($\pm$26.2) | $-2.2$ ($\pm$2.1) |
| Mid-latitude NOx[c] | $-43$ to $+23$ | $-18$ to $+1.6$ | $-55$ to $-37$ | $-2.9$ to $-0.02$ |
| Tropical NO$_x$[c] | 43 to 130 | $-28$ to $-10$ | $-260$ to $-220$ | $-6.6$ to $-5.4$ |
| NO$_x$ global[b] | 19 | $-11$ | $-87$ | $-2.9$ |
| NO$_x$ global[d] | $-108 \pm 35$<br>$-335 \pm 110$<br>$-560 \pm 279$ | $-31 \pm 10$<br>$-95 \pm 31$<br>$-159 \pm 79$ | | |

Notes:

[a]   Fry et al. (2012) (updated by including stratospheric H$_2$O) and Collins et al. (2013).

[b]   Fuglestvedt et al. (2010); based on Wild et al. (2001).

[c]   Fuglestvedt et al. (2010).

[d]   Shindell et al. (2009). Three values are given: First, without aerosols, second, direct aerosol effect included (sulfate and nitrate), third, direct and indirect aerosol effects included. Uncertainty ranges from Shindell et al. (2009) are given for 95% confidence levels.

BLM_0058539

**8**

**Table 8.A.4 |** GWP and GTP for CO for time horizons of 20 and 100 years from the literature. Uncertainty for numbers from Fry et al. (2012) and Collins et al. (2013) refer to 1-σ. For the reference gas $CO_2$, RE and IRF from AR4 are used in the calculations. The $GWP_{100}$ and $GTP_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas $CO_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| CO East Asia[a] | 5.4 (±1.7) | 1.8 (±0.6) | 3.5 (±1.3) | 0.26 (±0.12) |
| CO EU + North Africa[a] | 4.9 (±1.5) | 1.6 (±0.5) | 3.2 (±1.2) | 0.24 (±0.11) |
| CO North America[a] | 5.6 (±1.8) | 1.8 (±0.6) | 3.7 (±1.3) | 0.27 (±0.12) |
| CO South Asia[a] | 5.7 (±1.3) | 1.8 (±0.4) | 3.4 (±1.0) | 0.27 (±0.10) |
| CO four regions above[a] | 5.4 (±1.6) | 1.8 (±0.5) | 3.5 (±1.2) | 0.26 (±0.11) |
| CO global[b] | 6 to 9.3 | 2 to 3.3 | 3.7 to 6.1 | 0.29 to 0.55 |
| CO global[c] | 7.8 ± 2.0<br>11.4 ± 2.9<br>18.6 ± 8.3 | 2.2 ± 0.6<br>3.3 ± 0.8<br>5.3 ± 2.3 | | |

Notes:

[a]  Fry et al. (2012) (updated by including stratospheric $H_2O$) and Collins et al. (2013).

[b]  Fuglestvedt et al. (2010).

[c]  Shindell et al. (2009). Three values are given: First, without aerosols, second, direct aerosol effect included, third, direct and indirect aerosol effects included. Uncertainty ranges from Shindell et al. (2009) are given for 95% confidence levels.

**Table 8.A.5 |** GWP and GTP for VOCs for time horizons of 20 and 100 years from the literature. Uncertainty for numbers from Fry et al. (2012) and Collins et al. (2013) refer to 1-σ. For the reference gas $CO_2$, RE and IRF from AR4 are used in the calculations. The $GWP_{100}$ and $GTP_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas $CO_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| VOC East Asia[a] | 16.3 (±6.4) | 5.0 (±2.1) | 8.4 (±4.6) | 0.7 (±0.4) |
| VOC EU + North Africa[a] | 18.0 (±8.5) | 5.6 (±2.8) | 9.5 (±6.5) | 0.8 (±0.5) |
| VOC North America[a] | 16.2 (±9.2) | 5.0 (±3.0) | 8.6 (±6.4) | 0.7 (±0.5) |
| VOC South Asia[a] | 27.8 (±5.6) | 8.8 (±1.9) | 15.7 (±5.0) | 1.3 (±0.5) |
| VOC four regions above | 18.7 (±7.5) | 5.8 (±2.5) | 10.0 (±5.7) | 0.9 (±0.5) |
| VOC global[b] | 14 | 4.5 | 7.5 | 0.66 |

Notes:

[a]  Fry et al. (2012) (updated by including stratospheric $H_2O$) and Collins et al. (2013).

[b]  Fuglestvedt et al. (2010) based on Collins et al. (2002).

The values are given on a per kilogram of C basis.

**Table 8.A.6 |** GWP and GTP from the literature for BC and OC for time horizons of 20 and 100 years. For the reference gas $CO_2$, RE and IRF from AR4 are used in the calculations. The $GWP_{100}$ and $GTP_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas $CO_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| BC total, global[c] | 3200 (270 to 6200) | 900 (100 to 1700) | 920 (95 to 2400) | 130 (5 to 340) |
| BC (four regions)[d] | 1200 ± 720 | 345 ± 207 | 420 ± 190 | 56 ± 25 |
| BC global[a] | 1600 | 460 | 470 | 64 |
| BC aerosol–radiation interaction +albedo, global[b] | 2900 ± 1500 | 830 ± 440 | | |
| OC global[a] | −240 | −69 | −71 | −10 |
| OC global[b] | −160 (−60 to −320) | −46 (−18 to −19) | | |
| OC (4 regions)[d] | −160 ± 68 | −46 ± 20 | −55 ± 16 | −7.3±2.1 |

Notes:

[a]  Fuglestvedt et al. (2010).

[b]  Bond et al. (2011). Uncertainties for OC are asymmetric and are presented as ranges.

[c]  Bond et al. (2013). Metric values are given for total effect.

[d]  Collins et al. (2013). The four regions are East Asia, EU + North Africa, North America and South Asia (as also given in Fry et al., 2012). Only aerosol-radiation interaction is included.

BLM_0058540




| Birds | Conservation | Education | Get Outside | About Us | Support Us | Take Action |

About Audubon    Take Action
Contact Us    Home

**Search**

**IBA Home Page**



What is an IBA?

IBA Program Status

IBA Criteria

How Will IBAs Help Birds?

IBA Success Stories

What's Next?

What You Can Do

IBA contacts

Links

**Search IBAs**





*"IBAs have the unique power to unite people, communities, and organizations in proactive bird conservation, one place at a time"*

- Frank Gill, President Emeritus, National Audubon Society



Bird Conservation > Important Bird Areas > Colorado >

# COLORADO IMPORTANT BIRD AREAS

*The following list may not include all potential, nominated, pending, identified, or recognized IBAs within the state as some IBA information may be unavailable for public viewing.*

Quick Locator    **Find Location**

| # | Name | Status | Priority | Counties |
|---|------|--------|----------|----------|
| 1. | Adobe Creek Reservoir | Recognized State | | Bent, Kiowa |
| 2. | Aiken Canyon Preserve | Recognized State | | El Paso |
| 3. | Alamosa and Monte Vista National Wildlife Refuge Complex | Recognized State | | Alamosa, Rio Grande |
| 4. | Alfred M. Bailey Bird Nesting Area | Recognized State | | Summit |
| 5. | Arapaho National Wildlife Refuge | Recognized | | Jackson |
| 6. | Barr Lake State Park | Recognized State | | Adams |
| 7. | Bear Creek Valley | Recognized | | Clear Creek, Jefferson |
| 8. | Blanca Wetlands | Recognized State | | Alamosa |
| 9. | Bonny Lake State Park and South Republican Management Area | Recognized State | | Yuma |
| 10. | Box Canyon Falls and Park | Recognized | | Ouray |
| 11. | Browns Park National Wildlife Refuge | Recognized State | | Moffat |
| 12. | Brush Prairie Ponds State Wildlife Area | Recognized State | | Morgan |
| 13. | Canyons of the Ancients National Monument | Recognized State | | Montezuma |
| 14. | Carpenter Ranch/ Yampa River Preserve | Recognized State | | Routt |
| 15. | Castlewood Canyon State Park | Recognized | | Douglas |
| 16. | Chatfield Basin Conservation Network | Recognized State | | Arapahoe, Jefferson, Douglas |
| 17. | Chatfield State Park | Recognized State | | Jefferson, Douglas |
| 18. | Colorado National Monument | Recognized State | | Mesa |
| 19. | Comanche National Grassland | Recognized Global | | Baca |
| 20. | Denver City Park Lakes | Recognized State | | Denver |
| 21. | Dinosaur Ridge | Recognized State | | Jefferson |
| 22. | Escalante State Wildlife Area | Recognized State | | Delta |
| 23. | Fossil Creek Reservoir/ Duck Lake | Recognized State | | Larimer |
| 24. | Fountain Creek Regional Park | Recognized State | | El Paso |
| 25. | Fox Ranch | Recognized | | Yuma |
| 26. | Fruitgrowers Reservoir | Recognized State | | Delta |
| 27. | Grand Valley Riparian Corridor | Recognized State | | Mesa |
| 28. | Great Plains Reservoir System | Recognized State | | Kiowa |
| 29. | Gunnison Basin | Recognized Global | | Gunnison, Saguache |
| 30. | Hanging Lake | Recognized State | | Garfield |
| 31. | Highline State Park | Recognized State | | Mesa |
| 32. | Hot Creek Research Natural Area | Recognized State | | Conejos |

BLM_0058541

| | | | |
|---|---|---|---|
| 33. | Jackson Lake State Park | Recognized | Morgan |
| 34. | John Martin Reservoir State Park | Recognized State | Bent |
| 35. | Manitou Lake (and Manitou Forest Flammulated Owl Study Area) | Recognized | Teller |
| 36. | Mesa Verde National Park | Recognized | Montezuma |
| 37. | North Star Nature Preserve | Recognized State | Pitkin |
| 38. | Pawnee National Grassland | Recognized Global | Weld |
| 39. | Pueblo Reservoir State Park and State Wildlife Area and Valco State Wildlife Area | Recognized State | Pueblo |
| 40. | Rabbit Valley Recreation Management Area | Recognized State | |
| 41. | Rio Grande and Home Lake State Wildlife Areas | Recognized | Rio Grande |
| 42. | Rocky Mountain Arsenal National Wildlife Refuge | Recognized State | Adams |
| 43. | Rocky Mountain National Park | Recognized State | Boulder, Grand, Larimer |
| 44. | Roxborough State Park | Recognized State | Douglas |
| 45. | Russell Lakes State Wildlife Area | Recognized State | Saguache |
| 46. | San Luis Lakes State Park and Wildlife Area | Recognized State | Alamosa |
| 47. | San Miguel Area of Critical Concern | Recognized State | Montrose, San Miguel |
| 48. | South Platte Park | Recognized State | Arapahoe |
| 49. | South Platte River Corridor | Recognized State | |
| 50. | Spring Park Reservoir | Recognized | Eagle |
| 51. | The Basin/ Bald Hill | Recognized State | Park |
| 52. | Unaweep Seep Natural Area | Recognized State | Mesa |
| 53. | Walden Reservoir | Recognized State | Jackson |

Copyright 2013 by National Audubon Society, Inc. All rights reserved.

BLM_0058542

# Most Requested Statistics - U.S. Coal Industry



| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 r/ | 2010 p/ |
|---|---|---|---|---|---|---|---|---|
| **Production (1,000 Short Tons)** * | 1,071,753 | 1,112,099 | 1,131,498 | 1,162,750 | 1,146,635 | 1,171,809 | 1,074,923 | 1,085,281 |
| East of Mississippi River 5/ | 469,247 | 484,796 | 493,801 | 490,798 | 478,162 | 493,342 | 449,593 | 446,512 |
| West of Mississippi River | 602,506 | 627,303 | 637,697 | 671,952 | 668,474 | 678,467 | 625,330 | 638,769 |
| Appalachian 5/ | 376,071 | 390,875 | 397,363 | 391,911 | 378,956 | 391,626 | 344,131 | 334,316 |
| Interior | 145,992 | 146,038 | 149,165 | 151,389 | 146,668 | 146,586 | 145,811 | 156,656 |
| Western | 549,690 | 575,186 | 584,970 | 619,449 | 621,012 | 633,597 | 584,981 | 591,555 |
| Refuse Recovery | 989 | 990 | 696 | 752 | 1,156 | 1,408 | 2,688 | 2,754 |
| **U.S. Recoverable Reserves (Mil. Sht. Tons)** | 268,396 | 267,312 | 267,554 | 263,781 | 262,689 | 261,573 | 260,551 | 260,551 |
| **Recoverable Reserves at Producing Mines** | | | | | | | | |
| (Million Short Tons) 1/ | 17,955 | 18,122 | 18,944 | 18,880 | 18,584 | 17,875 | 17,468 | 17,468 |
| **Total Value ($1,000)** | $19,130,791 | $22,164,133 | $26,692,038 | $29,254,790 | $30,041,837 | $36,630,749 | $35,633,697 | $36,900,000 |
| **Domestic Consumption (1,000 Short Tons)** | 1,094,861 | 1,107,255 | 1,125,476 | 1,112,292 | 1,127,998 | 1,120,548 | 997,478 | 1,048,295 |
| Electric Utilities/power | 1,005,116 | 1,016,268 | 1,037,485 | 1,026,636 | 1,045,141 | 1,040,580 | 933,627 | 975,588 |
| Coking | 24,248 | 23,670 | 23,434 | 22,957 | 22,715 | 22,070 | 15,326 | 21,092 |
| Other Industrial | 61,261 | 62,195 | 60,340 | 59,472 | 56,615 | 54,393 | 45,314 | 48,535 |
| Residential/Commercial | 4,236 | 5,122 | 4,720 | 3,226 | 3,526 | 3,506 | 3,210 | 3,080 |
| **Stocks at End of Year (1,000 Short Tons)** | | | | | | | | |
| Consumers 2/ | 127,190 | 112,855 | 109,333 | 150,398 | 158,781 | 170,425 | 197,062 | 182,164 |
| Producer/Distributor | 38,277 | 41,151 | 34,971 | 36,548 | 33,977 | 34,688 | 47,718 | 42,151 |
| **Exports (1,000 Short Tons)** | 43,014 | 47,998 | 49,942 | 49,647 | 59,163 | 81,519 | 59,097 | 81,716 |
| **Imports (1,000 Short Tons)** | 25,044 | 27,280 | 30,460 | 36,246 | 36,347 | 34,208 | 22,639 | 19,353 |
| **Price Indicators (Avg. $/Short Ton)** | | | | | | | | |
| Value F.O.B. Mines 3/ | $17.85 * | $19.93 * | 23.59 * | $25.16 | $26.20 | $31.25 | $33.15 | $34.00 |
| Cost of Coal at Electric Utility Plants (delivered price) | $25.72 | $27.30 | $31.22 | $34.09 | $36.06 | $41.32 | $44.47 | $44.53 |
| Cost of Coking Coal at Coke Plants (delivered price) | $50.63 | $61.50 | $83.79 | $92.87 | $94.97 | $118.00 | $143.04 | $153.59 |
| Cost of Coal for Industrial Uses (delivered price) | $34.70 | $39.30 | $47.63 | $51.67 | $54.42 | $63.44 | $64.87 | $64.24 |
| Fuel Production Price (F.O.B. $/mmBtu) | $0.87 | $0.98 | $1.16 | $1.24 | $1.29 | $1.55 | $1.65 | N/A |
| Railroad Freight Charge, avg. (Frt. Rev./Tons Orig.) | $10.06 | $10.64 | $11.68 | $12.70 | $13.50 | $16.16 | $15.32 | $17.08 |
| **Methods of Mining** | | | | | | | | |
| Underground (1,000 Short Tons) | | | | | | | | |
| Continuous | 160,763 | 175,723 | 177,757 | 175,034 | 173,500 | 174,685 | 160,760 | 162,868 |
| Conventional & Other | 8,178 | 1,987 | 2,571 | 3,525 | 2,184 | 3,161 | 4,885 | 4,960 |
| Longwall | 183,523 | 187,948 | 188,053 | 180,463 | 176,106 | 179,233 | 166,416 | 168,609 |
| Other | 1,573 | 1,899 | 231 | N/A | N/A | N/A | N/A | N/A |
| Total Underground Production | 354,037 | 367,557 | 368,612 | 359,022 | 351,790 | 357,079 | 332,062 | 336,437 |
| % of Total Production | 33.0% | 33.0% | 33.0% | 31.0% | 31.0% | 30.0% | 31.0% | 31.0% |
| Total Surface (1,000 Short Tons) 5/ | 717,716 | 744,542 | 762,886 | 803,728 | 794,845 | 814,730 | 742,862 | 748,844 |
| % of Total Production | 67.0% | 67.0% | 67.0% | 69.0% | 69.0% | 70.0% | 69.0% | 69.0% |
| **Number of Mines (EIA)** | 1,316 | 1,379 | 1,415 | 1,438 | 1,374 | 1,458 | 1,406 | 1,400 |
| Underground Mines (includes refuse) | 602 | 586 | 606 | 612 | 579 | 606 | 571 | 550 |
| Surface Mines | 714 | 793 | 809 | 812 | 795 | 852 | 835 | 850 |
| **Number of Mine Operations (MSHA)** | 1,972 | 2,011 | 2,063 | 2,113 | 2,030 | 2,129 | 2,076 | 1,945 |
| **Average Number of Miners Working Daily (EIA)** 3/ | 71,023 | 73,912 | 79,283 | 82,959 | 81,278 | 86,859 | 87,755 | 88,000 |
| Underground Mines (includes refuse) | 40,123 | 42,016 | 44,614 | 47,475 | 46,828 | 49,715 | 50,087 | 50,000 |
| Surface Mines | 30,900 | 31,896 | 33,572 | 35,398 | 34,450 | 37,144 | 37,505 | 38,000 |
| **Average Coal Mining Employment (MSHA)** 6/ | 104,824 | 108,734 | 116,433 | 122,974 | 122,936 | 133,827 | 134,089 | 135,415 |
| **Number of Mine Injuries** 4/ | | | | | | | | |
| Fatal | 30 | 28 | 22 | 47 | 34 | 30 | 18 | 48 |
| All Injuries | 5,168 | 5,129 | 5,182 | 5,249 | 4,881 | 4,916 | 4,495 | 4,149 |
| **Production Per Miner Per Hour** 3/ | 6.95 | 6.80 | 6.36 | 6.26 | 6.27 | 5.96 | 5.61 | 5.61 |
| Underground Mines | 4.04 | 3.96 | 3.62 | 3.37 | 3.34 | 3.15 | 2.99 | 2.99 |
| Surface Mines | 10.76 | 10.57 | 10.04 | 10.19 | 10.25 | 9.82 | 9.22 | 9.22 |

Notes:
p/  Preliminary estimates.  r/  Revised.  e/  Estimated.  n/a  Not available.

1/  At active producing coal mines.  2/  The residential/commercial sector not included.
3/  Excludes mines producing less than 10,000 short tons of coal during the year.
4/  Includes contractors and office workers.  Excludes mines producing less than 10,000 short tons and prep plants with less than 5,000 employee hours.
5/  Includes refuse.  6/  Includes contractor employees.
Sources:  U.S. DOE/EIA, Mine Safety & Health Administration, Association of American Railroads, and NMA estimates.

Updated: June 2011

**National Mining Association - 101 Constitution Ave. NW Suite 500 East - Washington, DC  20001 - Phone (202) 463-2600 - Fax (202) 463-2666**

BLM_0058543

We ship printed books within 1 business day; personal PDFs are available immediately.



**Riparian Areas:  Functions and Strategies for Management**

Committee on Riparian Zone Functioning and Strategies for Management, Water Science and Technology Board, National Research Council

ISBN: 0-309-12784-X, 444 pages, 6 x 9,  (2002)

**This PDF is available from the National Academies Press at: http://www.nap.edu/catalog/10327.html**

Visit the National Academies Press online, the authoritative source for all books from the National Academy of Sciences, the National Academy of Engineering, the Institute of Medicine, and the National Research Council:

- Download hundreds of free books in PDF
- Read thousands of books online for free
- Explore our innovative research tools – try the "Research Dashboard" now!
- Sign up to be notified when new books are published
- Purchase printed books and selected PDF files

**Thank you for downloading this PDF.  If you have comments, questions or just want more information about the books published by the National Academies Press, you may contact our customer service department toll-free at 888-624-8373, visit us online, or send an email to feedback@nap.edu.**

**This book plus thousands more are available at http://www.nap.edu.**

Copyright © National Academy of Sciences. All rights reserved.
Unless otherwise indicated, all materials in this PDF File are copyrighted by the National Academy of Sciences.  Distribution, posting, or copying is strictly prohibited without written permission of the National Academies Press.  Request reprint permission for this book.

THE NATIONAL ACADEMIES
*Advisers to the Nation on Science, Engineering, and Medicine*

BLM_0058544



# RIPARIAN AREAS

## Functions and Strategies for Management

Committee on Riparian Zone Functioning and Strategies for Management
Water Science and Technology Board
Board on Environmental Studies and Toxicology
Division on Earth and Life Studies
National Research Council

NATIONAL ACADEMY PRESS
Washington, D.C.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058545

**NATIONAL ACADEMY PRESS • 2101 Constitution Avenue, N.W. • Washington, D.C. 20418**

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

Support for this project was provided by the U.S. Bureau of Land Management under Contract No. PAA007017, U.S. Bureau of Reclamation under Contract No. 99-FG-81-0-0154, the U.S. Department of Agriculture Natural Resources Conservation Service and Forest Service under Contract No. 68-3A75-0-170, the National Science Foundation under Contract No. DEB-9909095, the U.S. Environmental Protection Agency under Contract No. CR 826316-01-0, and the U.S. Geological Survey under Contract No. 98HQSA0429.

Any opinions, findings, and conclusions or recommendations expressed in this material are those of the authors and do not necessarily reflect the views of the U.S. Government.

International Standard Book Number: 0-309-08295-1
Library of Congress Control Number: 2002105957

Additional copies of this report are available from the National Academy Press, 2101 Constitution Avenue, N.W., Box 285, Washington, DC 20055; (800) 624-6242 or (202) 334-3313 (in the Washington metropolitan area); Internet <http://www.nap.edu>.

Copyright 2002 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058546

# THE NATIONAL ACADEMIES

National Academy of Sciences
National Academy of Engineering
Institute of Medicine
National Research Council

The **National Academy of Sciences** is a private, nonprofit, self-perpetuating society of distinguished scholars engaged in scientific and engineering research, dedicated to the furtherance of science and technology and to their use for the general welfare. Upon the authority of the charter granted to it by the Congress in 1863, the Academy has a mandate that requires it to advise the federal government on scientific and technical matters. Dr. Bruce M. Alberts is president of the National Academy of Sciences.

The **National Academy of Engineering** was established in 1964, under the charter of the National Academy of Sciences, as a parallel organization of outstanding engineers. It is autonomous in its administration and in the selection of its members, sharing with the National Academy of Sciences the responsibility for advising the federal government. The National Academy of Engineering also sponsors engineering programs aimed at meeting national needs, encourages education and research, and recognizes the superior achievements of engineers. Dr. Wm. A. Wulf is president of the National Academy of Engineering.

The **Institute of Medicine** was established in 1970 by the National Academy of Sciences to secure the services of eminent members of appropriate professions in the examination of policy matters pertaining to the health of the public. The Institute acts under the responsibility given to the National Academy of Sciences by its congressional charter to be an adviser to the federal government and, upon its own initiative, to identify issues of medical care, research, and education. Dr. Harvey V. Fineberg is president of the Institute of Medicine.

The **National Research Council** was organized by the National Academy of Sciences in 1916 to associate the broad community of science and technology with the Academy's purposes of furthering knowledge and advising the federal government. Functioning in accordance with general policies determined by the Academy, the Council has become the principal operating agency of both the National Academy of Sciences and the National Academy of Engineering in providing services to the government, the public, and the scientific and engineering communities. The Council is administered jointly by both Academies and the Institute of Medicine. Dr. Bruce M. Alberts and Dr. Wm. A. Wulf are chairman and vice chairman, respectively, of the National Research Council.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058547

## COMMITTEE ON RIPARIAN ZONE FUNCTIONING
## AND STRATEGIES FOR MANAGEMENT

MARK M. BRINSON, *Chair*, East Carolina University, Greenville, North
  Carolina
LAWRENCE J. MacDONNELL, *Vice Chair*, Porzak, Browning & Bushong,
  Boulder, Colorado
DOUGLAS J. AUSTEN, Illinois Department of Natural Resources, Springfield
ROBERT L. BESCHTA, Oregon State University, Corvallis
THEO A. DILLAHA, Virginia Polytechnic Institute and State University,
  Blacksburg
DEBRA L. DONAHUE, University of Wyoming, Laramie
STANLEY V. GREGORY, Oregon State University, Corvallis
JUDSON W. HARVEY, U.S. Geological Survey, Reston, Virginia
MANUEL C. MOLLES, Jr., University of New Mexico, Albuquerque
ELIZABETH I. ROGERS, White Water Associates, Inc., Amasa, Michigan
JACK A. STANFORD, University of Montana, Polson

**NRC Staff**

LAURA J. EHLERS, Study Director
ANITA A. HALL, Senior Project Assistant

*iv*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058548

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

## WATER SCIENCE AND TECHNOLOGY BOARD

RICHARD G. LUTHY, *Chair*, Stanford University, Stanford, California
JOAN B. ROSE, *Vice Chair*, University of South Florida, St. Petersburg
RICHELLE M. ALLEN-KING, Washington State University, Pullman
GREGORY B. BAECHER, University of Maryland, College Park
KENNETH R. BRADBURY, Wisconsin Geological and Natural History
    Survey, Madison
JAMES CROOK, CH2M Hill, Boston, Massachusetts
EFI FOUFOULA-GEORGIOU, University of Minnesota, Minneapolis
PETER GLEICK, Pacific Institute for Studies in Development, Environment,
    and Security, Oakland, California
STEVEN P. GLOSS, U.S. Geological Survey, Flagstaff, Arizona
JOHN LETEY, Jr., University of California, Riverside
DIANE M. McKNIGHT, University of Colorado, Boulder
CHRISTINE L. MOE, Emory University, Atlanta, Georgia
RUTHERFORD H. PLATT, University of Massachusetts, Amherst
JERALD L. SCHNOOR, University of Iowa, Iowa City
LEONARD SHABMAN, Virginia Polytechnic Institute and State University,
    Blacksburg
R. RHODES TRUSSELL, Montgomery Watson, Pasadena, California

### Staff

STEPHEN D. PARKER, Director
LAURA J. EHLERS, Senior Staff Officer
JEFFREY W. JACOBS, Senior Staff Officer
WILLIAM S. LOGAN, Senior Staff Officer
MARK C. GIBSON, Staff Officer
M. JEANNE AQUILINO, Administrative Associate
ELLEN A. DE GUZMAN, Research Associate
PATRICIA JONES KERSHAW, Study/Research Associate
ANITA A. HALL, Administrative Assistant
ANIKE L. JOHNSON, Project Assistant
JON Q. SANDERS, Project Assistant

*v*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058549

## BOARD ON ENVIRONMENTAL STUDIES AND TOXICOLOGY

GORDON ORIANS, *Chair*, University of Washington, Seattle
JOHN DOULL, *Vice Chair*, University of Kansas Medical Center, Kansas City
DAVID ALLEN, University of Texas, Austin
INGRID C. BURKE, Colorado State University, Fort Collins
THOMAS BURKE, Johns Hopkins University, Baltimore, Maryland
WILLIAM L. CHAMEIDES, Georgia Institute of Technology, Atlanta
CHRISTOPHER B. FIELD, Carnegie Institute of Washington, Stanford,
    California
J. PAUL GILMAN, Celera Genomics, Rockville, Maryland
DANIEL S. GREENBAUM, Health Effects Institute, Cambridge,
    Massachusetts
BRUCE D. HAMMOCK, University of California, Davis
ROGENE HENDERSON, Lovelace Respiratory Research Institute,
    Albuquerque, New Mexico
CAROL HENRY, American Chemistry Council, Arlington, Virginia
ROBERT HUGGETT, Michigan State University, East Lansing
JAMES H. JOHNSON, Howard University, Washington, D.C.
JAMES F. KITCHELL, University of Wisconsin, Madison
DANIEL KREWSKI, University of Ottawa, Ottawa, Ontario
JAMES A. MacMAHON, Utah State University, Logan
WILLEM F. PASSCHIER, Health Council of the Netherlands, The Hague
ANN POWERS, Pace University School of Law, White Plains, New York
LOUISE M. RYAN, Harvard University, Boston, Massachusetts
KIRK SMITH, University of California, Berkeley
LISA SPEER, Natural Resources Defense Council, New York, New York

**Staff**

JAMES J. REISA, Director
DAVID J. POLICANSKY, Associate Director and Senior Program Director for
    Applied Ecology
RAYMOND A. WASSEL, Senior Program Director for Environmental
    Sciences and Engineering
KULBIR BAKSHI, Program Director for the Committee on Toxicology
ROBERTA M. WEDGE, Program Director for Risk Analysis
K. JOHN HOLMES, Senior Staff Officer
RUTH E. CROSSGROVE, Managing Editor

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058550

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 39 of 203

# Preface

Lands next to water are fundamental to the livelihood of many species of plants and animals, including humans. Birds and other wildlife aggregate in riparian areas, often in great abundance. At the same time, society values riparian areas for production of food and fiber, access to transportation, opportunities for recreation, and natural scenic beauty. This report examines the structure and functioning of riparian areas, how they have been altered by human activity, their legal status, and their potential for management and restoration.

The committee assembled to write this report represents diverse backgrounds, among them various aspects of ecology, hydrology, environmental engineering, and water resources law and policy. Further, committee members come from different geographical areas and have had varied research and management experiences. The group met five times over a period of two years.

This study is an outgrowth of the National Research Council (NRC) report *Wetlands: Characteristics and Boundaries*. The 1995 study recognized that floodplains of rivers in very different climates had similar functions, but that only those in humid climates were wet enough to be designated as wetlands. It became apparent that wetlands were being defined by the presence of a minimum amount of soil saturation necessary to select for plants capable of tolerating oxygen deficiency in the rooting zone—a definition that excludes many riparian areas. Riparian areas on the other hand are primarily defined by their position as those lands bordering streams, rivers, and lakes. (And there is no justifiable reason to exclude shorelines of estuaries and marine coasts.) Although wetlands and riparian areas provide many of the same environmental functions, the differences between their definitions are reflected in vastly different levels of protection.

*vii*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058551

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 40 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

The current legal and regulatory status of riparian areas is amazingly diverse. There are significant differences in how riparian areas are treated depending on whether they are publicly or privately owned; whether they are under federal, state, or local jurisdiction; and whether the land is agricultural, silvicultural, rangeland, or urban. This is in stark contrast to the situation with wetlands where a federal presence has provided some stability to local practices for more than two decades.

Largely because of the geographic diversity of riparian areas, it is unrealistic to expect that one approach for restoration, or a handful of legal strategies, can resolve the multitude of problems and issues that face riparian areas. In spite of that, many of the recommendations in this report are derived from the fundamental principle that riparian areas are driven by hydrology, and that hydrologic alterations are among the most pernicious impacts.

For a variety of reasons, the committee did not specifically treat economic issues, although several guest speakers provided economic perspectives and analyses. The costs and benefits of managing and protecting riparian areas weighed heavily in our deliberations. This is especially evident in the section on legal and social issues, both inherently economic topics.

Any study of this scope should be comprehensive and regionally balanced. However, much of the imagery generated during riparian discussions at a national level had the western states as a backdrop. Further, the topics of dry-land irrigation, water law, and livestock grazing on public lands are strongly associated with the term "riparian." Although these same topics apply in other regions of the country, they are nowhere as obvious (and in need of attention) than in the American West where so much land is held in the public trust. Where federal policies have caused problems, in most cases federal policies must be invoked to fix them.

The committee would like to thank those who participated in its deliberations. Presentations from sponsoring organizations were made by Joe Williams, John Meagher, and Steve Schmelling from the U.S. Environmental Protection Agency; Gail Mallard and Jonathan Friedman from the U.S. Geological Survey; Mitch Flanagan, Dennis Thompson, and Dave Seery from USDA Natural Resources Conservation Service; Don Prichard from the Bureau of Land Management; and Jerry Christner and Jim Sedell from the U.S. Forest Service. Invited presenters also included Anne Hairston-Strang from the Maryland Department of Natural Resources; Juliet Stromberg and Robert Ohmart from Arizona State University; Patrick McCarthy from The Nature Conservancy; David Kovacic and John Braden from the University of Illinois at Urbana; Joe Colletti from Iowa State University; Mike Dosskey from the U.S. Forest Service National Agroforestry Center; and Chuck Elliot and Dennis Peters from the U.S. Fish and Wildlife Service.

The committee was fortunate to have taken several field trips in conjunction with committee meetings. The following individuals are thanked for their partici-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058552

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 41 of 203

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

pation in organizing and guiding these trips: Robert Parmenter, Cliff Dahm, and James Gosz from the University of New Mexico; Richard Schultz, Tom Isenhart, and Bill Simpkins from Iowa State University; Jerry Hatfield and Dana Dinnes of the U.S. Agricultural Research Service; Wayne Elmore of the Bureau of Land Management; Susan Holzman of the U.S. Forest Service; and John Anderson, retired.

Committee members are grateful to the leadership provided by Laura Ehlers of the National Research Council in serving as the institutional memory of the committee, organizing committee meetings, and synthesizing, coordinating, and editing the report. Anita Hall was instrumental in creating problem-free arrangements for our meetings.

More formally, the report has been reviewed by individuals chosen for their diverse perspectives and technical expertise, in accordance with procedures approved by the NRC's Report Review Committee. The purpose of this independent review is to provide candid and critical comments that will assist the authors and the NRC in making the published report as sound as possible and to ensure that the report meets institutional standards for objectivity, evidence, and responsiveness to the study charge. The reviews and draft manuscripts remain confidential to protect the integrity of the deliberative process. We thank the following individuals for their participation in the review of this report: Robert Adler, University of Utah College of Law; Paul Barten, University of Massachusetts Amherst; Nancy Grimm, Arizona State University; Clayton Marlow, Montana State University; Robert Naiman, University of Washington; Brian Richter, The Nature Conservancy; Richard Schultz, Iowa State University; and Juliet Stromberg, Arizona State University.

Although the reviewers listed above have provided many constructive comments and suggestions, they were not asked to endorse the conclusions or recommendations, nor did they see the final draft of the report before its release. The review of this report was overseen by Wilford Gardner, University of California at Berkeley. Appointed by the NRC, he was responsible for making certain that an independent examination of this report was carried out in accordance with institutional procedures and that all review comments were carefully considered. Responsibility for the final content of this report rests entirely with the authoring committee and the NRC.

Mark M. Brinson, *Chair*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058553

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058554

# Contents

Summary     1

1   INTRODUCTION     23
    Historical Use of Riparian Areas, 24
    Definition of "Riparian," 29
    Distinguishing Riparian Areas from Other Areas, 34
    Scope of the Study, 43
    Conclusion, 46
    References, 46

2   STRUCTURE AND FUNCTIONING OF RIPARIAN AREAS
    ACROSS THE UNITED STATES     49
    Fluvial Processes and Sediment Dynamics, 49
    Hydrologic and Biogeochemical Processes, 58
    Regional Climate and Resulting Riparian Vegetation, 77
    Riparian Areas as Habitat, 109
    Environmental Services of Riparian Areas, 120
    Conclusions, 123
    References, 127

3   HUMAN ALTERATIONS OF RIPARIAN AREAS     144
    Hydrologic and Geomorphic Alterations, 145
    Agriculture, 161
    Industrial, Urban, and Recreational Impacts, 177

*xi*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058555

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Current Status of Riparian Lands in the United States, 199
Conclusions and Recommendations, 207
References, 211

4   EXISTING LEGAL STRATEGIES FOR RIPARIAN
    AREA PROTECTION                                        225
    Protection of Privately Owned Riparian Areas, 227
    Protection of Federal Lands, 250
    Protection of Water Resources, 266
    Critical Evaluation of the Potentially Most Influential Programs, 276
    Conclusions and Recommendations, 291
    References, 295

5   MANAGEMENT OF RIPARIAN AREAS                           299
    Goals of Management, 300
    Tools for Assessing Riparian Areas, 317
    Management Strategies, 352
    Conclusions and Recommendations, 407
    References, 409

APPENDIX A: COMMITTEE MEMBER AND STAFF BIOGRAPHIES   425

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058556

# Summary

## OVERVIEW

The federal Clean Water Act requires that wetlands be protected from degradation because of their multiple, important ecological roles including maintenance of high water quality and provision of habitat for fish and wildlife. For the last 15 years, this protection has slowed the precipitous decline in wetland acreage observed in the United States since European settlement. However, protection of wetlands generally does not encompass riparian areas—the lands bordering waterbodies such as rivers, lakes, and estuaries—even though they often provide many of the same functions as wetlands. Especially in more arid regions of the country, riparian areas support the vast majority of wildlife species, they are the predominant sites of woody vegetation including trees, and they surround what are often the only available surface water supplies. These features have made riparian areas attractive for human development, leading to their alteration on a scale similar to that of wetlands degradation.

Growing recognition of the similarities in functioning of wetlands and riparian areas and the differences in their legal protection led the National Research Council (NRC) in 1999 to undertake a comprehensive study of riparian areas (with sponsorship from seven federal agencies). The goals of the study were to:

•   define what the term "riparian" encompasses,
•   describe the structure and functioning of natural riparian areas (noting differences across the United States as well as between riparian areas and adjacent waterbodies and uplands),

1

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058557

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 46 of 203

- document the impacts to riparian areas from humans and assess present-day riparian acreage,
- evaluate methods that assess the condition of riparian areas,
- suggest improved management of riparian areas on forested, agricultural, and developed land (including strategies for complete ecological restoration of riparian areas as well as partial functioning to reflect various objectives), and
- explore the myriad federal, state, and local laws, regulations, policies, and guidance documents affecting riparian areas.

As outlined below, the NRC committee reached several overarching conclusions and recommendations intended to heighten awareness of riparian areas commensurate with their ecological and societal values. More detailed conclusions and recommendations are found in this summary and throughout the report.

**Restoration of riparian functions along America's waterbodies should be a national goal.** Over the last several decades, federal and state programs have increasingly focused on the need for maintaining or improving water quality, ensuring the sustainability of fish and wildlife species, protecting wetlands, and reducing the impacts of flood events. Because riparian areas perform a disproportionate number of biological and physical functions on a unit area basis, their restoration can have a major influence on achieving the goals of the Clean Water Act, the Endangered Species Act, and flood damage control programs.

**Protection should be the goal for riparian areas in the best ecological condition, while restoration is needed for degraded riparian areas.** Management of riparian areas should give first priority to protecting those areas in natural or nearly natural condition from future alterations. The restoration of altered or degraded areas could then be prioritized in terms of their relative potential value for providing environmental services and/or the cost effectiveness and likelihood that restoration efforts would succeed. Where degradation has occurred—as it has in many riparian areas throughout the United States—there are vast opportunities for restoring functioning to these areas.

**Patience and persistence in riparian management is needed.** The current degraded status of many riparian areas throughout the country represents the cumulative, long-term effects of numerous, persistent, and often incremental impacts from a wide variety of land uses and human alterations. Substantial time (years to decades) will be required for improving and restoring the functions of many degraded riparian areas. Commensurate with restoration must be efforts to improve society's understanding of what riparian functions have been lost and what can be recovered.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058558

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 47 of 203

**Although many riparian areas can be restored and managed to provide many of their natural functions, they are not immune to the effects of poor management in adjacent uplands.** Upslope management can significantly alter the magnitude and timing of overland flow, the production of sediment, and the quality of water arriving at a downslope riparian area, thereby influencing the capability of riparian areas to fully function. Therefore, upslope practices contributing to riparian degradation must be addressed if riparian areas are to be improved. In other words, riparian area management must be a component of good watershed management.

## DEFINING "RIPARIAN"

Riparian areas have received variable levels of attention depending on the field of inquiry. For over 100 years, the term "riparian" has been closely associated with water law. A "riparian" water right generally provides a landowner whose property borders a stream, river, or other body of water the right to use a portion of that water for various purposes. Recognition of the term "riparian" in the basic sciences has been much more recent; since 1970 there has been an explosion of information addressing ecological, hydrologic, biogeochemical, aesthetic, cultural, and social topics related to riparian areas.

Because of the relative newness of our understanding of how riparian areas function, a single precise ecological definition of the term has not yet emerged. However, most scientific definitions of "riparian" share common features, including mention of location in the landscape, hydrology, and sometimes vegetation and soil type. Because the lack of a consistent definition has been identified as a major problem of federal and state programs that might manage and protect these areas, the NRC committee developed the following definition.

> **Riparian areas are transitional between terrestrial and aquatic ecosystems and are distinguished by gradients in biophysical conditions, ecological processes, and biota. They are areas through which surface and subsurface hydrology connect waterbodies with their adjacent uplands. They include those portions of terrestrial ecosystems that significantly influence exchanges of energy and matter with aquatic ecosystems (i.e., a zone of influence). Riparian areas are adjacent to perennial, intermittent, and ephemeral streams, lakes, and estuarine-marine shorelines.**

An important feature of this definition is the concept of riparian areas having gradients in environmental conditions and in functions between uplands and aquatic ecosystems. The shaded zone of influence in Figure ES-1 represents this gradient. Although riparian areas encompass some of the wetlands in a typical landscape setting and also include portions of adjacent aquatic and upland environments, important distinctions between these systems are made (Chapter 1).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058559

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Copyright © National Academy of Sciences. All rights reserved.

4



FIGURE ES-1  Schematic of a generic riparian area showing a zone of influence relative to aquatic and upland areas. The intensity of riparian influence is depicted with shading. "Material flows" refers to energy, organic matter, water, sediment, and nutrient flow.

BLM_0058560

## STRUCTURE AND FUNCTIONING OF RIPARIAN AREAS

Riparian areas are the products of water and material interactions in three dimensions—longitudinal, lateral, and vertical. They include portions of the channel system and associated features (gravel bars, islands, wood debris); a vegetated zone of varying successional states influenced by floods, sediment deposition, soil-formation processes, and water availability; and a transitional zone to the uplands of the valley wall—all underlain by an alluvial aquifer.

### Fluvial Processes, Sediment Dynamics, and Biogeochemical Interactions

Riparian areas receive water from three main sources besides precipitation: (1) groundwater discharge, (2) overland and shallow subsurface flow from adjacent uplands (hillslope runoff), and (3) flow from the adjacent surface waterbody by multiple pathways. Riparian areas can both gain or lose water as a result of interactions with groundwater. Depending on the setting, groundwater may pass directly through riparian sediments or bypass them entirely through deeper flow paths. Flow across the surface of riparian areas can occur via overbank flow from the channel, hillslope runoff, and rainfall directly onto those saturated areas. The relative importance of overbank flow versus hillslope runoff tends to increase with increasing stream order.

The channel can also supply water to riparian areas via infiltration through channel banks. Indeed, bank storage refers to channel water moving laterally into subsurface riparian areas when river stage is high, and then gradually moving back to the channel when river stage drops. Hyporheic exchange involves flow within the stream channel that enters subsurface sediments and returns to the channel at a downstream location. All of these processes affect water storage, physical and chemical transformations in riparian areas, and the composition and extent of riparian plant communities. Riparian areas that become hydrologically disconnected from their adjacent stream channels (e.g., via levees or channel incision) lose many of their ecological functions.

Varying flow regimes have corresponding sediment dynamics that help shape riparian areas. Although precipitation and runoff promote erosion of uplands and the transport of sediment into stream channels, riparian areas may trap some of these particles. Once sediment-laden water reaches the stream system, the decrease in channel gradient downstream leads first to the deposition of course material (gravel, cobble) in the middle reaches followed by the deposition of fine materials (sand, silt) in the lowest-velocity environments (e.g., coastal segments). Floods tend to rework channel sediments such that riparian areas continually gain and lose substrates—key processes that determine their nature and productivity. Riparian vegetation plays a role in sediment dynamics by providing hydraulic resistance during floods. Subsequent to floods, riparian vegetation becomes established on newly exposed areas of the channel bed, streambanks, and floodplains, providing stability to these areas during subsequent floods.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058561

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 50 of 203

Soils found in riparian areas have pronounced spatial variability in structure, particle size distribution, and other properties—not only across a riparian area, but also vertically within a given soil profile. This variability is the result of interactions between streamflow patterns and sediment transport in conjunction with variations in local geology, channel morphology, and streamside vegetation. Periods of high flow and the lateral migration of rivers over long periods of time can create a multitude of landforms common to many riparian systems, particularly in unconstrained or relatively wide alluvial valleys. These include meanders, oxbows, natural levees, point bars, secondary channels, floodplains, and terraces.

For waterborne chemicals and particles, the major transformation and transport processes associated with riparian areas include infiltration, deposition, filtration, adsorption, degradation, and assimilation. Infiltration, during which dissolved chemicals and particulates enter the subsurface, is facilitated by macroporous vegetation or litter layers in riparian areas that offer high resistance to overland flow and decrease its velocity (which promotes deposition of sediments formerly suspended in runoff). Filtration of solid particles by riparian vegetation during overland flow traps larger soil particles, aggregates, and particulate organic matter, while adsorption to clay and organic matter in soils intercepts dissolved compounds such as orthophosphorus, heavy metals, and some pesticides. Finally, the plant and microbial assemblages in riparian areas can transform chemicals via many different mechanisms, e.g., denitrification and assimilation. These fate and transport processes occur in subsurface water moving through riparian soils, in slack-water habitats (i.e., shallow and slowly moving sections of channels), and in hyporheic zones. The importance of these mechanisms in controlling water quality depends on the amount of time that hillslope runoff is retained in the riparian area, on whether overland and subsurface flows concentrate and flow through only a portion of the riparian area, and on the stream order of the adjacent channel.

### Climate and Resulting Riparian Vegetation

Climate has a strong influence on the structure and functioning of riparian areas, through temperature, precipitation, evapotranspiration, and runoff. Floods play a significant role in determining the composition of riparian vegetation by controlling the germination and successful establishment of seedlings as well as their long-term survival. Rivers in arid regions experience flood discharges that can be orders of magnitude greater than their base flows. This results in significantly greater flow variation and physical disturbance, which promote the growth of tree species and associated plant assemblages that can tolerate these disturbance conditions. The microtopographic variation created by diverse fluvial processes supports a species richness that would not otherwise occur.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058562

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Although physical disturbances are a prevalent controlling feature in many riparian areas, soil moisture and the depth to the water table also influence the composition of plant communities. For example, riparian areas in humid climates at the lowest elevations commonly experience soil anoxia brought on by persistent flooding or saturation, which in those areas is a greater factor in controlling riparian species composition than is physical disturbance.

Regional variations in climate have thus resulted in variable riparian plant communities across North America. For example, while there are from 26 to 33 tree genera in riparian areas for regions east of the Great Plains, for regions to the west the number ranges from 9 to 22. Despite wide regional variations in riparian tree genera represented, a core of genera—alders, cottonwoods, and willows—is found in riparian areas across the continent.

Riparian vegetation has many critical functions. It provides friction and resistance to flowing water and to runoff during floods, creates soil macropores by root growth and decay, and stabilizes streambanks via roots. Trees intercept, store, and evaporate a portion of incoming precipitation. Indeed, the amount of water utilized by deep-rooted riparian vegetation has been an issue of significant concern, particularly in arid regions. Riparian plant canopies have an important role in influencing stream temperature and the health of aquatic species. Finally, forested riparian areas contribute wood to streams and lakes, which helps maintain their physical habitat, slows the downstream routing of sediment and organic matter, provides increased hydraulic resistance to flow, and provides a food supply to microorganisms and invertebrates.

**Environmental Services of Riparian Areas**

The fundamental ecological functions that riparian areas perform fall into three major categories: (1) hydrology and sediment dynamics, (2) biogeochemistry and nutrient cycling, and (3) habitat and food web maintenance. Functions related to hydrology and sediment dynamics include storage of surface water and sediment, which reduces damage from floods downstream from the riparian area. Riparian areas intercept, cycle, and accumulate chemical constituents in shallow subsurface flow to varying degrees, with the societal benefit of removing pollutants from overland flow and shallow groundwater that might otherwise contaminate nearby waterbodies.

Maintaining biodiversity is one of the most important functions of riparian areas and is the basis for many valued fisheries, in addition to bird and other wildlife habitat. The benefits of functioning riparian areas to fish stem directly from the role of vegetation in controlling temperatures, stream structure, and sedimentation. Riparian areas themselves are home to an abundance of animal life, including invertebrates, almost all amphibian species and many reptiles, the majority of bird species (particularly in the semiarid West), and many mammal

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058563

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 52 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

species with semiaquatic habitats. In addition to being characterized by unique assemblages of plants compared to uplands and wetlands, riparian areas frequently harbor rare plant species.

Except for support of biodiversity, some of the environmental services of riparian areas can be provided by technologies, such as reservoirs for flood control and treatment plants for pollutant removal. However, these substitutions are directed at single functions rather than the multiple functions that riparian areas carry out simultaneously and with little direct costs to society.

**Riparian areas perform important hydrologic, geomorphic, and biological functions.** They encompass complex above- and below-ground habitats created by the convergence of biophysical processes in the transition zone between aquatic and terrestrial ecosystems. The characteristic geomorphology, plant communities, and associated aquatic and wildlife species of riparian systems are intrinsically linked to the role of water as both an agent of disturbance and a critical requirement of biota.

**Riparian areas, in proportion to their area within a watershed, perform more biologically productive functions than do uplands.** They provide stream microclimate modification and shade, bank stabilization and modification of sedimentation processes, organic litter and wood to aquatic systems, nutrient retention and cycling, wildlife habitat, and food-web support for a wide range of aquatic and terrestrial organisms. Even though they occupy only a small proportion of the total land base in most watersheds, riparian areas are regional hot spots of biodiversity and exhibit high rates of biological productivity in marked contrast to the larger landscape. This is particularly dramatic in arid regions, as evidenced by the high number of plant and animal species found along watercourses and washes.

## HUMAN ALTERATIONS OF RIPARIAN AREAS

Because humans worldwide use more than half of the geographically accessible river runoff, their significant impact on the structure and functioning of riparian areas is not surprising. Effects include changes in the hydrology of rivers and riparian areas, alteration of geomorphic structure, and the removal of riparian vegetation. Drastic declines in the acreage and condition of riparian lands in the United States over the last 100 years are testimony to these effects.

### Hydrologic and Geomorphic Alterations

Manipulation of the hydrologic regime via the construction of dams and other structures, interbasin diversion, and irrigation has served to disconnect

Copyright © National Academy of Sciences. All rights reserved.

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

rivers from their riparian areas. Changes in hydrologic disturbance regimes and patterns of sediment transport include alteration of the timing of downstream flow, attenuation of peakflows, and other effects.

Dams have an immediate upstream effect—the complete loss of riparian structure and functioning due to inundation. Downstream effects include changes in the transport of sediment due to retention behind the dam such that channels below a dam can become increasingly "sediment starved." A second type of downstream alteration is related to the pattern of river flow following dam construction. Large dams can dampen the magnitude of high flows that would occur normally, increase the duration of moderate flows, or even dewater downstream reaches causing substantial declines of riparian forests. Levees are similarly effective at severing hydrologic linkages (i.e., frequency, magnitude, and duration of overbank flows) between a channel and its adjacent riparian areas. The degree of impairment is less for those levees located farther from the stream system (particularly if located outside the meander belt of a river).

Bank stabilizing structures—revetments and rip-rap, gabions, groins, and jetties—have also influenced the characteristics of riparian systems. Rip-rap eliminates microhabitats of plant species that naturally stabilize banks. In addition, because many bank structures reduce the hydraulic roughness (i.e., the frictional resistance to flow) along the channel margins, flow velocities are greater along the bank during high flows, which often precludes the survival of many riparian plant species.

Channelization converts streams into deeper, straighter, and often wider waterbodies to facilitate conveyance of water downstream so that the immediate floodplain area will not flood as long or as deeply, resulting in reduced soil water content. Channelization has the direct effect of destroying riparian vegetation via the use of heavy equipment or by moving the stream channel to a new location where no natural riparian vegetation exists. Indirectly, channelization reduces the survivability of riparian vegetation by lowering the water table and reducing the frequency of overbank flow. The increased flow capacity afforded by channelization compresses the period of water conveyance, making streams "flashier" and increasing erosion rates. Downstream effects include higher flood peaks and greater loading of sediment, nutrients, and contaminants.

Water withdrawals, both from surface waters and groundwater, can have serious deleterious effects on riparian area functioning caused by the lowering of water tables in the vicinity of riparian vegetation. Groundwater pumping for water supply throughout large areas of the West is increasingly common. Because groundwater and surface water are generally connected in floodplains, declines in groundwater level can indirectly be caused by surface water withdrawals or by the regulation of surface water flow by dam construction. Lowering groundwater levels by just one meter beneath riparian areas is sometimes sufficient to induce water stress in riparian trees, especially in the western United States.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058565

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Phreatophytic (water-loving) plants historically have been cleared from riparian areas in arid and semiarid climates because they have been viewed as competing with other users of water, particularly irrigated agriculture and municipalities. However, phreatophyte eradication destroys nearly all ecological and geomorphic benefits provided by riparian vegetation, including stabilization of alluvial fill, shading, and provision of wood and microhabitats.

## Agriculture

A second major impact to riparian areas has been their conversion to other plant species via land uses such as forestry, row crop agriculture, and livestock grazing. The periodic removal of trees by forestry has the potential to alter the long-term composition and character of riparian forests. Where large portions of the standing timber are harvested or where the period between harvest operations is short, substantial changes to the composition, structure, and function of riparian forests will almost certainly result. The harvest of riparian forests can increase the amount of solar radiation reaching a stream, which can increase water temperatures and affect aquatic primary production. The removal of vegetative cover can impair the ability of riparian areas to retain water, sediment, and nutrients such as nitrogen and phosphorus. In general, the effects of forestry on riparian structure and function are much greater when forests are clear-cut or harvested right up to streambanks and lake shorelines.

Nationwide, traditional agriculture is probably the largest contributor to the decline of riparian areas. Conversion of undeveloped riparian land to agriculture has the potential to decrease infiltration and increase overland flow volumes and peak runoff rates. This results in high erosion rates that inundate riparian vegetation with sediment and limit the filtering functions of the riparian area. Stream channels accommodate the higher flows by increasing their cross-sectional area through widening of the channel or downcutting of the streambed. Tile-drained agricultural areas additionally experience the circumventing of many biological processes that typically occur in riparian areas. Finally, the transport of agricultural chemicals from upslope can negatively impact fauna and flora located in riparian areas and downstream receiving waters.

The primary effects of livestock grazing include the removal and trampling of vegetation, compaction of underlying soils, and dispersal of exotic plant species and pathogens. Grazing can also alter both hydrologic and fire disturbance regimes, accelerate erosion, and reduce plant or animal reproductive success and/or establishment of plants. Long-term cumulative effects of domestic livestock grazing involve changes in the structure, composition, and productivity of plants and animals at community, ecosystem, and landscape scales. Livestock have a disproportionate effect on riparian areas because they tend to concentrate in these areas, which are rich in forage and water. Although native ungulates can inflict

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 55 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

similar types of damage to riparian vegetation, their impact is generally much less than that of livestock in areas that support both.

### Industrial, Urban, and Recreational Impacts

A variety of mining practices can severely degrade riparian areas. Depending upon the type, size, and location of the mining operation, total hillsides can be excavated and their stream systems moved or buried. Mining spoils are sometimes deposited along stream channels and can destroy riparian vegetation, particularly if they contain toxic metals such as arsenic, cadmium, chromium, copper, lead, mercury, and zinc. When a mining operation exposes large areas of bare ground, substantial increases in overland flow and sediment production can occur during rainfall. Unless a well-designed and operated system of detention ponds is in place, such runoff may greatly increase sediment delivery to nearby riparian areas. Gold mining in valley bottoms has been particularly detrimental in that all riparian vegetation was removed and soils and underlying gravel substrates were mechanically dredged.

Transportation systems have directly and indirectly altered a large number of riparian areas. River transportation has often necessitated the removal of large wood and other obstructions from streambanks. Also significant to riparian systems have been the widespread impacts of channelization, lock construction, and other facets of maintaining these transportation corridors. Road and rail systems have been frequently sited along rivers and lakes, leading to the removal of riparian vegetation from the area occupied by the roadbed, the alteration of topography to provide a roadbed foundation, and local hydrologic modifications to reroute surface water and groundwater. Where sinuous rivers or streams were encountered during highway or railroad construction, portions of the channel were often filled to maintain a straight road alignment at the cost of reduced channel length. Bridges or culverts require the construction of abutments along the bank to provide roadway support. Because the abutments physically constrain the stream, future lateral adjustments by the stream are effectively eliminated. As discussed below for urban development, highway systems and urban roads outside of riparian areas can increase peak overland flow, thus fundamentally altering the hydrologic disturbance regime of adjacent riparian areas.

Urbanization and the accompanying increase in impervious surfaces have profoundly modified watershed hydrology and vegetation, and consequently the structure and functioning of riparian areas. As vegetation is replaced by impervious surfaces (roads, buildings, parking lots), infiltration, groundwater recharge, groundwater contributions to streams, and stream base flows all decrease, while overland flow volumes and peak runoff rates increase. Stream channels respond by increasing their cross-sectional area to accommodate the higher flows. This channel instability triggers a cycle of streambank erosion and habitat degradation

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058567

in riparian areas similar to that seen with channelization. Above a certain percent imperviousness (approximately 10 to 20 percent), urban stream quality is consistently classified as poor. A secondary effect of urbanization is caused by changes in how overland flow and shallow subsurface flow enter and transverse riparian areas following development. Development promotes the formation of concentrated flows that are less likely to be dispersed within riparian areas, greatly reducing their potential for pollutant removal. For the most part, urbanization and development permanently impair the functioning of riparian areas.

Riparian areas are popular sites for recreational activities that can introduce sediment, nutrients, bacteria, petrochemicals, pesticides, and refuse to adjacent water bodies. Effects on riparian soils include trampling by foot, animal, or vehicle traffic that leads to compaction, destruction of soil biota, and increased erosion. Damage to vegetation can be incidental, as through trampling, or deliberate, as in its removal for the construction of recreational facilities or collection of firewood. Animal life can be affected negatively by recreation in riparian areas in ways that include direct disturbance, modification, or destruction of habitat; pollution; or introduction of pathogens.

The introduction of exotic plant and animal species for various purposes has had a substantial effect on riparian areas. The most common concern about exotic organisms is their displacement of native species and the subsequent alteration of ecosystem properties. For example, saltcedar has replaced cottonwood and other native riparian trees throughout much of the southwestern United States. This situation has been exacerbated by a reduction in flood flows caused by dams and by the lowering of water tables caused by water withdrawal. Other exotic plants that have become abundant in riparian communities include reed canary grass, buckthorns, scotch broom, Chinese privet, and kudzu.

Global climate change could bring about changes to riparian structure and functioning, including the shifting of riparian areas in response to sea-level rise and temperature change. Nonetheless, as significant as climate changes are likely to be, land- and water-use changes have had and will continue to have the greatest effect on riparian areas in the near and medium term.

## Current Status of Riparian Lands in the United States

There have been few assessments of national riparian acreage and only a handful of comprehensive studies on the condition of riparian lands. Current estimates of riparian acreage range from 38 million to 121 million acres. Although the available data are highly variable, it is clear that riparian areas constitute a small fraction of total land area in the United States, probably less than 5 percent. Case histories show that in some areas loss of natural riparian vegetation is as much as 95 percent—indicating that riparian areas are some of the most severely altered landscapes in the country.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058568

Information on riparian condition is similarly variable and sparse. Less than half of public riparian areas administered by the Bureau of Land Management (excluding Alaska) are rated as healthy (although this reveals little about the condition of riparian areas in the East, where the percentage of public lands is small). Water-quality impairments to 300,000 miles of streams (10 percent of the total) and to more than 5 million acres of lakes suggest that riparian areas adjacent to impaired streams are suffering similar degradation. Finally, historical trends for wetlands provide clues about trends in riparian lands, given that these areas sometimes overlap. Between 1780 and 1980, every state experienced declines in wetland acreage, with greater than 50 percent loss in 22 states.

**The majority of riparian areas in the United States have been converted or degraded.** Although landscape studies assessing the status of riparian areas are limited, they reveal that the spatial extent of riparian forests has been substantially reduced, plant communities on floodplains have been converted to other land uses or have been replaced with developments, and the area of both woody and non-woody riparian communities has decreased. The functions of these riparian areas are greatly diminished in comparison to what occurred historically.

**There is no comprehensive or methodologically consistent monitoring of trends in riparian areas.** It has only been relatively recently that assessments of the areal extent and condition of riparian systems have been undertaken. Unfortunately, these efforts have been limited in scope (covering a small fraction of perennial streams and almost no intermittent and ephemeral streams), they are difficult to compare because of differing methodologies, and they provide only a fragmented view of the nation's riparian systems.

**Given the profound lack of information on riparian land status and trends, a comprehensive and rigorous assessment of riparian coverage is greatly needed.** A national program to map riparian areas should incorporate broadly available remotely sensed data, such as satellite multispectral data, which could be used to classify and map land cover and land use information in each of the states.

## EXISTING LEGAL STRATEGIES
## FOR RIPARIAN AREA PROTECTION

Only during the last decade have riparian areas begun to receive legal recognition as places requiring special attention. The degree of protection, the focus, and the spatial coverage of laws and programs are highly variable at federal, state, and local levels. A variety of laws offer mechanisms to help protect some riparian areas or aspects of riparian areas. Few of these laws, however, reflect

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058569

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 58 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

awareness of riparian areas as unique physical and natural systems in their own right and as landscapes supporting multiple important functions and warranting special management and protection. Rather, protection of riparian areas is an indirect consequence of other objectives, such as water-quality protection or habitat management.

Five approaches have been used to protect riparian areas, depending on whether the land is publicly or privately owned. First, certain federal laws require the evaluation of adverse effects that would be caused by federal actions, along with consideration of less environmentally damaging alternatives. Such an approach is not specific to riparian areas, nor does it require their protection, but it does ensure attention to their environmental values if they would be potentially affected by a proposed federal action. A second approach is to place special limits on activities in riparian areas on public lands. For example, in the Pacific Northwest, logging and other activities are restricted in riparian reserves that have been established on federal lands in order to protect salmon. A third approach is to regulate activities in privately owned riparian areas. Examples are found in statewide programs such as the Massachusetts Rivers Protection Act and the New Hampshire Comprehensive Shoreland Protection Act. Fourth, incentives such as cost-sharing, low-cost loans, or tax reductions may be used to encourage stewardship on private riparian areas. At the national level, several Farm Bill programs provide incentives for moving intensive agricultural practices away from streams by installing riparian buffers. Fifth, privately owned riparian lands can be purchased—either in fee or by easement—for public management.

For the regulatory and nonregulatory approaches used by the states to address protection of privately owned riparian areas, a significant limitation is that their success is measured by the number of practices implemented and rarely by actual environmental improvements. Indirect metrics of success (such as "miles of riparian buffer installed") are typical of state and federal conservation programs rather than measured improvements in water quality. Because of these uncertain metrics, and because many restoration programs are relatively new, it is difficult to know whether the federal, state, and local programs have been or will be effective in restoring structure and functioning to riparian areas on privately owned land. Interest seems to be growing in the use of conservation easements and other incentives to induce landowners to hold riparian areas as buffers, natural areas, or open space, as well as in the purchase of riparian lands for greenways or wildlife areas. The Total Maximum Daily Load (TMDL) Program (stemming from the Clean Water Act) is expected to have a significant impact on riparian areas because many of the TMDL implementation plans being developed call for restoration of riparian areas as a required management measure to achieve needed reductions in nonpoint source pollution.

The use and management of public lands and resources are governed by both federal and state laws. The specific federal laws that apply depend on which system (e.g., national forest, Bureau of Land Management land, wild and scenic

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058570

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

river) the land is included within and what resources are at issue. Each managing agency affords some consideration to riparian areas and resources, whether by regulation or in an internal manual or policy handbook. Few specific provisions for riparian areas have been established in legislation or in executive orders, but agencies have considerable latitude to decide how and to what extent their planning and management activities will account for these areas. One result is that individual districts or units within agencies may vary in their interpretation and implementation of riparian measures established administratively. Thus, while different and additional constraints apply to management of federal riparian lands as compared to privately owned riparian lands, the constraints are not uniform from agency to agency, nor are they even uniformly interpreted and applied within agencies. For the most part, they have been established principally by administrative action, not by legislation, and thus are subject to administrative change. Riparian areas on federal lands are seldom managed as natural systems, though they may receive management attention or protection when they support resources of concern (such as wildlife or fisheries) and are threatened by certain land uses (such as livestock grazing or mining). Federal statutes contain very little guidance for land managers who face conflicts between riparian area protection and permissible land uses. Only if a federal agency proposes an activity in or affecting a riparian area that would jeopardize threatened or endangered species or violate water-quality requirements is riparian area protection clearly required.

There are opportunities for protection of riparian areas by extending water rights to instream uses. Current water law in the western states follows the doctrine of prior appropriation, whereby the first to take control of and actively develop and use a water resource holds a protectable legal right to the water against all other claimants. In the eastern states, water rights are afforded to those landowners adjacent to a water body (riparian doctrine). Though neither of these systems protects the water needs of streams or their riparian areas, there have been attempts to amend state laws to acknowledge instream water use and afford it water rights.

**Management guidelines and regulations differ drastically among forest, range, agricultural, residential, and urban lands on private lands.** No state has a general land-use law or framework to coordinate management of the landscape for multiple uses (e.g., forestry, grazing, agriculture, mining, urban development). Although many states have been willing to regulate or manage timber harvesting on private lands in riparian areas, they have not been nearly as willing to restrict other agricultural activities, except in some areas with demonstrated water-quality problems. Instead, the preference has been to induce change in farming practices through incentives provided by programs such as the Conservation Reserve Program, the Conservation Reserve Enhancement Program, and the Water Quality Incentive Program.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058571

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 60 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

**States should consider designating riparian buffer zones adjacent to waterbodies within which certain activities would be excluded and others would be managed.** The broad importance of protecting riparian areas for water quality and fish and wildlife benefits calls for state-level programs of land-use regulation that treat all riparian landowners equally, such as the Massachusetts Riverfront Protection Act. At the very least, states should consider establishing such buffers for sensitive areas (as has been done for the Chesapeake Bay). In the absence of a statewide program, local governments should be encouraged to develop riparian buffer zones.

**Few, if any, federal statutes refer expressly to riparian area values and as a consequence generally do not require or ensure protection of riparian areas.** Even the National Wild and Scenic Rivers Act refers only to certain riparian values or resources; it does not consider riparian areas as natural systems, nor does it require integrated river corridor management. Moreover, statutes governing federal land management do not direct agencies to give priority to riparian area protection when conflicts among permissible land uses arise. This absence of a national riparian mandate stands in stark contrast to the existence of a federal wetlands law.

**Public lands should be managed to protect and restore functioning riparian areas.** Federal land management agencies should promulgate regulations requiring that the values and services of riparian areas (habitat-related, hydrologic, water quality, aesthetic, recreational) under their jurisdiction be restored and protected. At a minimum, agencies should assess the condition of riparian areas, develop and implement restoration plans where necessary, exclude incompatible uses, and manage other uses to ensure their compatibility with riparian area protection. Ideally, Congress should enact legislation that recognizes the myriad values of riparian areas and direct federal land management and regulatory agencies to give priority to protecting those values.

**Instream flow laws can help protect riparian areas if river and stream flows are managed to mimic the natural hydrograph.** Water allocation has historically favored human claims to water over using it for environmental needs. Recently, the needs of natural systems have been addressed in some cases by preserving minimum stream flows. Because riparian functioning is dependent on the full range of variation in the hydrologic regime, the reintroduction or maintenance of such flow regimes (in addition to minimum stream flow) is essential for restoring and sustaining, respectively, healthy riparian systems.

## MANAGEMENT OF RIPARIAN AREAS

Strategies that reflect a spectrum of goals are needed for improving the ecological functions and the sustainability and productivity of existing riparian

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 61 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

areas. Protection (preservation or maintenance) of intact riparian areas is vital because these areas represent valuable reference sites for understanding the goals and efficacy of other restoration efforts, and they are important sources of genetic material for the reintroduction of native biota into degraded areas. Measures to protect intact areas are often relatively easy to implement, have a high likelihood of being successful, and are less expensive than the restoration of degraded systems.

Restoration refers to the process of repairing the condition and functioning of degraded riparian areas. Ecological restoration in particular has the stated goal of regaining predisturbance characteristics. There are many riparian systems where ecological restoration is achievable. However, there are also situations where permanent changes in hydrologic disturbance regimes (e.g., dams), natural processes (e.g., global climate change), channel and floodplain morphology (e.g., channel incision), and other impacts (e.g., extirpation of species, biotic invasions) may preclude a recovery to the composition and functions that previously existed. Nevertheless, even in such situations, there are often opportunities to effect significant ecological improvement of riparian areas and to restore, at least in part, many of the functions they formerly performed.

## Assessment Tools

For decision-makers to be effective in managing riparian areas, they need information on the status and condition of these areas. A variety of assessment tools are available for this purpose, although most have been developed for application to wetlands. Nonetheless, if further refined, these tools can be instrumental in prioritizing restoration activities and in more efficiently allocating resources toward restoration projects. Although there are no nationally recognized protocols for assessing the ecological condition of riparian areas, several methods and approaches are available, ranging from landscape-level to site-specific, from rapid and qualitative to research-level and model-based, and from those designed to answer ecological questions to those oriented toward socioeconomic issues.

Three reference-based methods may be particularly useful—Proper Functioning Condition (PFC), the Hydrogeomorphic Approach (HGM), and the Index of Biological Integrity (IBI). All are oriented toward evaluating the condition of ecosystems by comparing the project site with conditions expected in the absence of human activities or in least-disturbed sites. Once methods are developed in the form of guidebooks (for HGM) or indices (in the case of IBI), their application is relatively straightforward. PFC is the most rapid assessment method in that it is conducted in the field and the results are "immediately" known. While PFC is qualitative and dependent on the knowledge and judgment of a team of experts, HGM and IBI are based on quantitative data gathered and analyzed from unaltered to degraded sites prior to assessor involvement (although the collection and

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 62 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

analysis of such data require considerable expertise). Unlike PFC, neither HGM nor IBI was developed primarily for riparian areas, and both would require modification in their approaches to data collection and analysis.

**The concepts underlying most assessment tools currently used for wetlands and aquatic ecosystems are transferable to riparian areas, suggesting that these tools can be modified to assess the condition of riparian areas.** In some cases, this would require an expansion from the aquatic portion to the floodplain and terrestrial parts of riparian areas. In cases where wetlands are major components of riparian areas, modifications would be minimal.

**Proper Functioning Condition provides a good first-generation framework for riparian assessment.** This method, which can be rapidly applied, may have its greatest utility in quickly identifying riparian areas that have been significantly degraded. However, there is currently no consideration of riparian biology in PFC because the assessment principally evaluates physical factors. Independent testing and evaluation are critical to ensure PFC's accuracy, usability, and credibility across the diverse suite of riparian areas in any given region.

**The Hydrogeomorphic Approach and the Index of Biological Integrity hold considerable potential for assessing the condition of riparian areas.** HGM (originally developed for wetlands) provides data useful not only for the assessment of condition, but also for the overall design of regional or watershed-scale restoration efforts. Most IBI assessments have been limited to aquatic ecosystems. Both HGM and IBI should be revised for use in riparian areas, for example by developing indices of integrity for riparian plant communities.

### Management Strategies

The range of possible restoration activities in riparian areas is broad, spanning from simple activities at a single site to large-scale projects. In many cases, relatively easy things can be done to improve the condition of riparian areas, such as planting vegetation, removing small flood-control structures, or reducing or removing a stressor such as grazing or forestry. Where the objective of restoration is to improve the entire river system, more holistic watershed approaches will be necessary, and management strategies such as removing impediments to the natural hydrologic regime may be required. Restoration can be either passive (halting those activities that are causing degradation) or active (management to accelerate the development of self-sustaining and ecologically healthy systems) or both. Successful restoration requires local knowledge of hydrology and ecology including the range of natural variability, disturbance regimes, soils and landforms, and vegetation.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058574

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 63 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

*Reestablishing the Hydrologic Regime*

Where natural hydrologic regimes (and corresponding sediment transport regimes) have been significantly altered by dams, levees, locks, low-water diversion channels, or off-stream storage ponds, perhaps the most important restoration need is to reestablish or restore these disturbance regimes to the extent possible. In the majority of cases to date, restoration involving changes in flow regime such as dam re-regulation has targeted fish populations and has not considered riparian objectives. Restoring the natural flow regime should focus on reestablishing the magnitude, frequency, and duration of peak flows needed to reconnect and periodically reconfigure channel and floodplain habitats. Fortunately, research is now demonstrating the essential functions performed by periodic flooding in shaping river channels, building floodplains, creating backwater sloughs, and supporting riparian vegetation. As a result, dam operations are changing in some locations to allow at least some controlled flooding. Given the current level of water resources infrastructure, dammed rivers will probably never have flow releases that fully replicate pre-dam flow regimes, and upstream portions of dammed rivers may never be restored. However, in many areas there may be major opportunities for altering flow release patterns so that they are increasingly "friendly" to the hydrologic needs of downstream riparian areas. There is also considerable potential for restoring riparian areas by altering levees, dikes, and other structures designed to impede the movement of water away from a channel.

**Strategies that focus on returning the hydrologic regime to a more natural state have the greatest potential for restoring riparian functioning.** Riparian vegetation has evolved with and adapted to the patterns of changing flows associated with stream and river environments. Altering dam operations, removing levees, and otherwise re-creating a more natural flow regime and associated sediment dynamics are of fundamental importance for recovering riparian vegetation and the functions that it provides. Geomorphic restoration alone cannot bring about the complexity that would result from a fully functioning river corridor with a free-flowing exchange of sediment and organic matter between the channel and riparian area.

**Dam operations should be modified where possible to help restore downstream riparian areas.** There is an increasing need to send greater flows down long segments of rivers to improve riparian plant communities. The effects on downstream riparian areas of manipulating dam discharges should be monitored to help identify those practices that show potential for aiding riparian restoration. In most cases it may not be possible to reinstate pre-dam conditions, but it may be possible to create a smaller, more natural stream that mimics many characteristics of the historical one.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058575

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 64 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

**Future structural development on floodplains should occur as far away from streams, rivers, and other waterbodies as possible to help reduce its impact on riparian areas.** Structural developments typically have significant and persistent effects on the size, character, and functions of many riparian areas. Thus, preventing unnecessary structural development in near-stream areas should be a high priority at local, regional, and national levels. In addition, acquisition of land through conservation easements can be used to retain currently undeveloped land within floodplains in a more natural state.

*Vegetation Management*

Because of the fundamental importance of vegetation to the ecological functioning of riparian areas, where such vegetation has been degraded or removed, its recovery is a necessary part of any restoration effort. In many instances, recovery of riparian vegetation can be attained simply by discontinuing those land- and water-use practices that caused degradation (passive restoration). Attempts to actively restore altered systems without first removing or reversing the cause of decline are not likely to achieve functional riparian vegetation.

With regard to historically harvested riparian forests, there may be opportunities to combine passive and active restoration approaches. The protection of riparian vegetation from future harvest would be a passive approach. Active restoration approaches include planting native trees, encouraging more rapid development of late-successional stages through intermediate harvests, and augmenting large wood in streams to meet ecological goals.

A common restoration tactic in riparian areas of the Pacific Northwest has been to reintroduce large wood into streams. Unfortunately, this has frequently been done without consideration of restoring the riparian forest over the long term. Wood has even been added to streams that never contained appreciable amounts historically (e.g., meadows). Before large wood is introduced into streams, it must be determined whether wood is appropriate for creating the habitat conditions and ecological processes associated with restoration goals.

For overgrazed riparian areas, the passive restoration approach is simply to exclude domestic livestock from riparian areas via fencing, herd management, or other approaches. Excluding cattle from riparian areas is the most effective tool for restoring and maintaining water quality and hydrologic function, vegetative cover and composition, and native species habitats. Once ecological and hydrologic functions are restored, grazing in some cases could have minor impacts if well managed.

Where cattle are not excluded from riparian areas degraded by livestock grazing, conditions are unlikely to improve without changes in grazing management. Changing the season of use, reducing the stocking rate or grazing period, resting the area from livestock use for several seasons, and/or implementing a different grazing system can lead to improvements in riparian condition and

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058576

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 65 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

functioning. Although grazing strategies other than full exclusion may promote restoration, they are likely to proceed more slowly and run a greater risk of failure.

In riparian areas that support agricultural crops, the long-term loss of native plants and the widespread occurrence of exotic plants increase the difficulty of accomplishing restoration goals, such that active management of riparian areas (using constructed buffer zones) is likely to be needed. Buffer zones are a valuable conservation practice with many important water-quality functions. Under proper conditions, these buffers are highly effective in removing a variety of pollutants from overland and shallow subsurface flow. They are most effective for water-quality improvement when hillslope runoff passes through the riparian zone slowly and uniformly and along lower-order streams where more of the flow transverses riparian areas before reaching the stream channel. Riparian buffer zones should be viewed as a secondary practice that assists in-field and upland conservation practices and "polishes" the hillslope runoff from an upland area.

Even when riparian buffer zones are marginally effective for pollutant removal, they are still valuable because of the numerous habitat, flood control, groundwater recharge, and other environmental services they provide. Unless new evaluation procedures are developed that consider both the water quality and ecological functions of riparian areas, it is unlikely that riparian zone size (width and length) and composition (vegetation types, other features) will be determined in a way that optimizes their potential for environmental protection.

**Riparian areas associated with forested, grazed, and agricultural lands provide some of society's best opportunities for restoring habitat connectivity across the landscape.** Management of riparian vegetation in ways that optimize their value as habitat for plants and animals will require planning and action at both site-specific and landscape scales. In addition, more integrated management that uses a functional approach and seeks to optimize habitats for a variety of native species is needed. Much riparian management currently suffers from focusing on a single species or taxon.

### Management of Other Activities

Many of the restoration strategies discussed above involve land- and water-use changes that will require a new understanding of why riparian areas are important. Through improved educational programs, the ecological importance and intrinsic human values associated with these lands may be better balanced against the competing wants and needs of a modern society.

Although recreational use provides an excellent opportunity to foster stewardship of riparian areas, most recreational development in riparian areas lacks sound ecological assessment and planning. Future management should combine careful design using a landscape perspective, limitations on certain uses that are

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058577

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 66 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

incompatible with preservation or rehabilitation of riparian areas, and involvement of the local community and other stakeholders. The goal of managing recreational activities in riparian areas is to perpetuate natural functions (e.g., wildlife habitat) while still allowing human use and enjoyment of these areas.

More formal education on riparian areas needs to reach broad and diverse audiences if it is to succeed in effecting positive change in riparian management. It should include traditional educational institutions and reach out directly to policy makers, natural resources personnel, government officials, developers, landowners, and the public at large. Natural resources professionals need to expand their perspectives beyond their formal background and training. The public's aesthetic appreciation of waterbodies is already high. This appreciation should be harnessed to further public stewardship of riparian areas.

## CONCLUSIONS

Riparian areas provide essential life functions such as maintaining stream-flows, cycling nutrients, filtering chemicals and other pollutants, trapping and redistributing sediments, absorbing and detaining floodwaters, maintaining fish and wildlife habitats, and supporting the food web for a wide range of biota. The future success of at least five national policy objectives—protection of water quality, protection of wetlands, protection of threatened and endangered species, reduction of flood damage, and beneficial management of federal public lands—depends on the restoration of riparian areas.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058578

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

# 1

# Introduction

Riparian areas are commonly thought of as those lands bordering streams, rivers, and lakes. This association with adjacent waters is an intrinsic part of the structure and functioning of riparian areas. In an ecologically healthy landscape, streams and their riparian areas form an inseparable unit—the stream corridor. The stream corridor encompasses not only the active river channel, but also the exposed bars and areas of ponded water near the channel, as well as the floodplain surfaces above and outside the channel banks. A river channel that has become disconnected from its riparian area no longer stores water and accumulates sediment, thus losing many of its ecological functions.

Ecologically healthy stream corridors and lakeshores are more than just sediment and water, channels and floodplains. They include assemblages of riparian plant communities and wildlife that depend upon the natural hydrologic regimes representative of a particular landscape. In the absence of human alteration, riparian plant communities support numerous functions including bank stabilization through root strength, sediment deposition on floodplains during periods of overbank flow, interstitial flow through the sediments, and large wood supply, which has a substantial influence on channel complexity and instream habitat features. Ecologically intact riparian areas naturally retain and recycle nutrients, modify local microclimates, and sustain broadly based food webs that help support a diverse assemblage of fish and wildlife. Like the loss of floodplain connectivity caused by altered channels and flow regimes, the removal of streambank vegetation has a large ecological impact—affecting aesthetics, recreational opportunities, and other characteristics of these areas that humans value.

23

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058579

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 68 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

## HISTORICAL USE OF RIPARIAN AREAS

Prior to the settlement of the United States by Europeans and others, Native Americans utilized riparian areas for a number of purposes. Lakes and waterways, bounded by riparian plant communities and landforms, provided important transportation corridors. Riparian areas were natural producers of berries, seeds, roots, herbs, and other plant parts useful to these early societies. A plethora of wildlife species commonly found within riparian areas complemented the fisheries resources of the adjacent streams and lakes. And because of their proximity to water, riparian systems became synonymous with availability of water for human consumption as well as with relief from the hot and dry conditions common to many portions of the western United States.

With the advent of European settlement, initially in the eastern United States and subsequently across the Midwest and West, rivers and riparian systems were heavily utilized and significantly altered, a trend that continues today. Major rivers continued to serve as transportation corridors, and streamside forests provided fuel for steam-powered riverboats. The use of waterways for transportation provided an impetus for both clearing large wood from channels and reducing the potential recruitment of large wood into stream channels by harvesting streamside trees (Maser and Sedell, 1994). Furthermore, floodplain soils were extremely fertile, and thus vast areas of riparian forests were cleared for farming. In the Midwest, the ditching and draining of extensive floodplains and other low-lying areas for agricultural production ensured loss of many riparian systems. Riparian trees, because of their size, quality of wood, and closeness to a river or stream where they could easily be floated to a downstream sawmill, were highly valued, which greatly increased their likelihood of being harvested.

Thousands of miles of the nation's highways and railroads have been constructed along waterways (Rose, 1976; Jensen, 1993; Lewty, 1995), creating significant impacts to riparian systems including removal of riparian vegetation; "hardening" of streambanks with concrete, rip-rap, or other means; realignment of channels; and increased sediment production. In the western United States, the construction of dams and other water control structures for power generation and irrigation diversions followed by the subsequent alteration to downstream hydrologic regimes have additionally influenced the extent, quality, and functioning of many riparian systems (Reisner, 1987). In other instances, concern about the water use of streamside vegetation in the southwestern United States during the 1960s led to the initiation of programs directed at the removal of "phreatophytic" (water-loving) vegetation along watercourses (Culler, 1970). Historic livestock production has also impaired riparian function, with western riparian areas being repeatedly overgrazed during most of the nineteenth and twentieth centuries. In recent decades, the rates of urbanization and recreational development along waterways have accelerated and greatly altered many of the nation's riparian areas. By any ledger—physical, biological, or social—the impacts and extent of

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058580

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



Timber rafts were floated down the Mississippi from Prescott Wisconsin to sawmills and markets to the south in 1885.  The rafts were made up of cribs—16- by 32-foot sets of logs roped together.  SOURCE:  Neuzil (2001).

change to riparian systems across the country have been extensive, diverse, and persistent.

America's rivers, streams, and lakes and their attendant riparian systems have been utilized for centuries, generally with limited knowledge about the environmental consequences of such actions on either current or subsequent generations. Many of the impacts to riparian systems have been directly or indirectly related to policies of proactive resource development that have dominated the history of this nation. An expanding population base coupled with an increasing standard of living has ensured a high and increasing demand upon the productivity not only of riparian areas, but also of all the nation's natural resources. Continued population growth and increasing resource demands remain a dominant force in the national agenda. Even though large areas (e.g., national parks and national forests) have been set aside and policies developed to protect some of their natural resources, protection of other portions of the American landscape has been less stringent, less organized, and not always implemented. Riparian areas are characteristic of this latter situation.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058581

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 70 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

## Variable Riparian Area Protection

One of the areas where protection of natural resources has been a central theme nationally is forest law and policy (Committee of Scientists, 1999). Yet, even forestlands provide an example of how riparian areas have only recently assumed more explicit recognition and the variable nature of their protection. When Congress authorized the establishment of forest reserves in the Creative Act of 1891, the predominant reason for the legislation was to meet the request of municipalities and irrigation districts for watershed protection. In the Organic Act of 1897, the first listed purpose for establishing forest reserves (which subsequently became national forests) was that of "securing favorable conditions of water flows," which has generally been interpreted as protecting upland watersheds from significant adverse effects. However, maintaining hydrologic connectivity and the integrity of riparian systems would seemingly be an important part of securing and sustaining favorable flow conditions. The Weeks Act of 1911 also emphasized watershed protection.

In the latter half of the twentieth century, legislation advocated multiple uses of national forests, but "without impairment of the productivity of the land" (Multiple-Use Sustained-Yield Act of 1960). Although in the National Forest Management Act (NFMA) of 1976, the production of timber and other resources were indicated as important multiple uses of federal forestlands, Congress emphasized that "the Forest Service has both a responsibility and an opportunity to be a leader in assuring that the Nation maintains a natural resource conservation posture that will meet the requirements of our people in perpetuity." Congress further indicated a need to ensure that "protection is provided for streams, streambanks, shorelines, lakes, wetlands, or other bodies of water from detrimental changes in water temperatures, blockages of water courses, and deposit of sediment." Although riparian areas are not explicitly identified in NFMA, it has been increasingly accepted in agency practice that water resources protection cannot occur without the protection of riparian systems.

Although the protection afforded many riparian areas has increased in recent years on national forests and grasslands, lands administered by the Bureau of Land Management (BLM), state lands, and industrial forestland and private woodlands, loss and degradation of riparian systems throughout the much of United States continue. If the ecological, economic, or cultural assets of riparian systems are not more fully identified, understood, and appreciated by society, there will likely be little incentive or desire by individuals, communities, or the nation to protect and maintain these areas.

## Growing Recognition of the Term "Riparian"

The term "riparian," which has long been used in the United States, has generally been limited to policy and regulations associated with water law. A

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058582

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 71 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

"riparian" water right generally provides a landowner whose property borders a stream, river, or other body of water the right to use a portion of that water for irrigation, human consumption, or other purposes. In the eastern United States, "riparian rights" were used as a basis for allocating water, while in the western United States, where water is relatively scarce, the doctrine of "prior appropriation" was typically used. In both situations, the vast majority of water rights were conferred long before the ecological importance of riparian areas and their dependence upon flow regimes were documented and understood. It has only been during the last 30 years that there has been a dramatic increase in the number of published studies that address riparian issues. Thus, only recently have scientists, from a variety of disciplines, begun to explore and better understand the widespread importance of these systems for a range of ecological functions and human values.

To illustrate the increase in recent scientific literature about riparian areas, three databases were investigated. The first was the Library of Congress where a keyword search for all "riparian" citations, by decade, was undertaken for the period 1900 through 1999. Of the 210 documents identified by this keyword search, approximately 37 percent addressed ecological topics, 52 percent addressed water law and policy issues, and 10 percent were indeterminate in their emphasis. Because some of the citations represent symposium proceedings and conferences, a relatively large number of riparian and riparian-related publications could be represented by any given citation. Hence, the actual number of publications contained within the Library of Congress database is much larger than the overall numbers would indicate. Interestingly, of the U.S. riparian citations identified as having an ecological emphasis, only 5 percent were published prior to 1970 (Figure 1-1).

The second database queried was one developed jointly by the U.S. Forest Service (USFS) and the University of Washington (http://www.lib.washington. edu/Forest/). This database contains over 11,000 references to journal articles, government documents, monographs, conference proceedings, and other papers associated with streams, rivers, streamside vegetation, water quality, and other riparian-related topics. This database has a western bias because most national forests and rangelands are located in the western states, and many ecological studies associated with western streams and rivers have occurred in recent decades. Even so, the database contains citations from every state and a number of foreign countries (see Figure 1-2). As with documents listed by the Library of Congress, only a small portion (less than 10 percent) of the references included in the USFS/University of Washington database were published prior to 1970. Of those references that explicitly utilized the term "riparian" as a keyword identifier (approximately a fifth of the total), fewer than 5 percent were published before 1970.

A third compilation of riparian and wetland publications for the western United States (Koehler and Thomas, 2000) reveals similar temporal trends in the

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058583

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 72 of 203



FIGURE 1-1 Cumulative number of citations, by date of publication, obtained from a search of the Library of Congress catalog using the term "riparian" for a keyword, December 2000.



FIGURE 1-2 Percentage of riparian and riparian-related publications, by region, from the U.S. Forest Service and University of Washington (College of Forest Resources) database as of December 2000.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058584

number of publications (Figure 1-3). Furthermore, it was only in 1985 that the "First North American Riparian Conference" was held in the United States (Johnson et al., 1985).

Trends revealed by these databases are consistent with the relatively recent mushrooming of scientific information that specifically addresses riparian and riparian-related topics. Although much fundamental biological, geomorphic, and hydrologic research undoubtedly preceded this recent period of riparian research and provided a useful context for understanding many riparian issues, the last few decades have shown an exceptional trend toward increased research productivity on a wide variety of riparian topics. These trends imply that many current natural resource managers, city councilors, state and federal politicians, and the general public acquired their educational backgrounds during a period when riparian issues, functions, and values were likely never mentioned or discussed, much less emphasized. Even in today's era of general environmental awareness and concerns, educational programs have been slow to incorporate subject matter that addresses the importance of riparian functions and values.

## DEFINITION OF "RIPARIAN"

The lack of a consistent definition for "riparian" has been identified as a major problem of federal and state programs that might manage and protect these areas (Steiner et al., 1994). As discussed in detail below, riparian areas generally



FIGURE 1-3 Cumulative number of riparian/wetland publications, by date of publication, for the western United States. SOURCE: Koehler and Thomas (2000).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058585

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 74 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

do not satisfy regulatory and other definitions of "wetland," and thus are not encompassed by regulatory programs for wetland protection. A goal of this report is to develop a working definition of "riparian" that can be used to define those areas that require protection and explain the need for such protection.

Webster's Ninth New Collegiate Dictionary defines riparian as "relating to or living or located on the bank of a natural watercourse (as a river) or sometimes of a lake or a tidewater." The terms "streamside areas," "streambanks," and "bottomlands" are frequently used interchangeably with "riparian areas." As one might expect, the simple dictionary definition has been expanded or altered innumerable times by scientists and others, frequently for specific purposes or to reflect certain disciplinary preferences. However, an informal survey of definitions from a wide variety of sources—some of which are compiled in Table 1-1—revealed some general traits that most definitions of "riparian" have in common.

Reference to location is the most frequent characteristic of definitions of "riparian." Riparian areas are invariably defined as being directly adjacent to a waterbody, typically a stream. Definitions vary to the extent that they include all stream types, from perennial to ephemeral (see Box 1-1). Some are restricted to fresh waters, while others incorporate marine and estuarine waters as well. Although typically thought of in relation to streams and rivers, many "riparian" definitions (such as the dictionary definition above) include more static hydrologic regimes that incorporate lakes, estuaries, and other waters in addition to streams. Finally, expansive definitions include manmade waters, such as reservoirs and drainage ditches.

Hydrology is the primary emphasis of most definitions of wetlands and is also used to define riparian areas. Indeed, their proximity to water foreshadows the importance of hydrology in some definitions of riparian areas. However, not all definitions include hydrology, and those that do share little common language. The only statement universally found or strongly implied in various definitions is that riparian areas are wetter than adjacent uplands. More detailed hydrologic descriptions mention the extent and frequency of wetness, the width of wetted area (Freeman and Dick-Peddie, 1970), the role of flooding (Naiman et al., 1993), and interactions with the saturated zone. Although some have suggested definitions as precise as the 100-year floodplain (Lewis, 1996), such definitions have not received wide acceptance.

Regulatory and reference definitions for wetlands include vegetation and soil conditions. Although these factors may be somewhat less recognized for their importance to riparian areas, nonetheless many definitions of "riparian" include them. Soil characteristics and vegetation in riparian areas are frequently noted as being different or distinguishable from adjacent upland areas, particularly in semiarid and arid regions of the country. Invariably, the soils and vegetation of riparian areas are noted as being adapted to distinct hydrologic regimes such as elevated water tables, relatively high levels of soil moisture, or frequent flooding.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058586

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 75 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

TABLE 1-1  Federal Agency Definitions of "Riparian"

| Agency | Definition |
| --- | --- |
| Bureau of Land Management (1999) | A riparian area is an area of land directly influenced by permanent water. It has visible vegetation or physical characteristics reflective of permanent water influence. Lake shores and stream banks are typical riparian areas. Excluded are such sites as ephemeral streams or washes that do not exhibit the presence of vegetation dependent upon free water in the soil. |
| U.S. Fish and Wildlife Service (1998) | Riparian areas are plant communities contiguous to and affected by surface and sub-surface hydrologic features of perennial or intermittent lotic and lentic water bodies (rivers, streams, lakes, or drainage ways). Riparian areas have one or both of the following characteristics: (1) distinctively different vegetative species than adjacent areas, and (2) species similar to adjacent areas but exhibiting more vigorous or robust growth forms. Riparian areas are usually transitional between wetlands and upland. |
| U.S. Forest Service (2000) | Riparian areas are geographically delineated areas, with distinctive resource values and characteristics, that are comprised of the aquatic and riparian ecosystems, floodplains, and wetlands. They include all areas within a horizontal distance of 100 feet from the edge of perennial streams or other water bodies….A riparian ecosystem is a transition between the aquatic ecosystem and the adjacent terrestrial ecosystem and is identified by soil characteristics and distinctive vegetation communities that require free and unbound water. |
| U.S. Forest Service Region 9 (Parrott et al., 1997) | Riparian areas are composed of aquatic ecosystems, riparian ecosystems and wetlands. They have three dimensions: longitudinal extending up and down streams and along the shores; lateral to the estimated boundary of land with direct land-water interactions; and vertical from below the water table to above the canopy of mature site-potential trees. |
| U.S. Department of Agriculture NRCS (1991) | Riparian areas are ecosystems that occur along watercourses and water bodies. They are distinctly different from the surrounding lands because of unique soil and vegetation characteristics that are strongly influenced by free or unbound water in the soil. Riparian ecosystems occupy the transitional area between the terrestrial and aquatic ecosystems. Typical examples would include floodplains, streambanks, and lakeshores. |
| U.S. EPA and NOAA Coastal Zone Management Act (EPA, 1993) | Riparian areas are vegetated ecosystems along a water body through which energy, materials and water pass. Riparian areas characteristically have a high water table and are subject to periodic flooding and influence from the adjacent waterbody. These systems encompass wetlands, uplands, or some combinations of these two land forms. They will not in all cases have all the characteristics necessary for them to be classified as wetlands. |
| Forest Ecosystem Management Assessment Team (FEMAT, 1993) | Riparian Reserves are portions of watersheds where riparian-dependent resources receive primary emphasis and where special standards and guidelines apply to attain Aquatic Conservation Strategy objectives. Riparian Reserves include those portions of a watershed required for maintaining hydrologic, geomorphic, and ecologic processes that directly affect standing and flowing waterbodies such as lakes and ponds, wetlands, and streams. |

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058587

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 76 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

---

**BOX 1-1**
**Perennial, Intermittent, and Ephemeral Streams**

Although there are no universally accepted definitions for perennial, intermittent, or ephemeral stream types, most definitions include or imply the following characteristics (Hewlett, 1982; Art, 1993; Comín and Williams, 1994; Nevada Division of Water Planning, 1999). Perennial reaches of streams receive substantial groundwater inputs and generally flow continuously throughout the year. Their flows can vary widely from year to year and may dry up during severe droughts, although groundwater is generally near the surface. Perennial streams are found in both humid and arid regions, although in arid regions, the point of initiation for perennial reaches generally occurs further downstream. Intermittent stream reaches typically flow for several weeks or months each year when precipitation and associated groundwater inputs are relatively high. The timing of the flow and drying of intermittent streams is broadly predictable on a seasonal basis. Though sometimes associated with arid and semiarid climates, intermittent streams are well represented in humid regions. Ephemeral portions of streams flow only in direct response to precipitation. Thus, their flow is as unpredictable as the rainfall events that drive them. Because the channel of ephemeral streams is generally well above the water table, these streams flow for only a few hours or days following a storm of sufficient magnitude to produce overland flow. Many of the dry washes or arroyos of the more arid regions of North America may be classified as ephemeral streams.

---

Descriptions of other biota, particularly assemblages that are unique within a landscape, are also sometimes included in definitions of riparian.

Finally, one of the most prevalent characteristics of definitions is the concept of riparian areas as gradients. Occupying the space between land and water, these areas are characterized by multiple transitions in soil, biota, and hydrology. Some scientists have described riparian areas as "ecotones" or interfaces between terrestrial and aquatic ecosystems (Gregory, 1997), while others have embraced riparian ecosystems as landscape units comprising an array of zones that extend from aquatic to upland environments (Brinson et al., 1981). In either case, riparian areas clearly are characterized by gradients in environmental conditions, ecological processes, and species that make it difficult to assign them discrete boundaries (Naiman and Décamps, 1990).

It should be noted that for management and regulatory purposes, riparian areas are frequently given distinct spatial boundaries in order to achieve specific goals and are thereby called "riparian zones" or "riparian management areas." Such management designations incorporate inherent trade-offs between proportions of riparian functions included within and outside of the boundaries of the zone.

The working definition developed in this report is broad in the sense that it encompasses all the characteristics mentioned above, including reference to location, hydrology, vegetation, soils, and the concept of gradients:

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058588

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

**Riparian areas are transitional between terrestrial and aquatic ecosystems and are distinguished by gradients in biophysical conditions, ecological processes, and biota. They are areas through which surface and subsurface hydrology connect waterbodies with their adjacent uplands. They include those portions of terrestrial ecosystems that significantly influence exchanges of energy and matter with aquatic ecosystems (i.e., a zone of influence). Riparian areas are adjacent to perennial, intermittent, and ephemeral streams, lakes, and estuarine–marine shorelines.**

This definition is consistent with other definitions developed by interdisciplinary groups of scientists with expertise in riparian issues. For example, Ilhardt et al. (2000) describe riparian areas as "three-dimensional ecotones of interaction that include terrestrial and aquatic ecosystems, that extend down into the groundwater, up above the canopy, outward across the floodplain, up the near slopes that drain to the water, laterally into the terrestrial ecosystem, and along the water course at a variable width." Lowrance et al. (1985) defines riparian areas as "a complex assemblage of plants and other organisms in an environment adjacent to water. Without definite boundaries, it may include streambanks, floodplain, and wetlands . . . forming a transitional zone between upland and aquatic habitat. Mainly linear in shape and extent, they are characterized by laterally flowing water that rises and falls at least once within a growing season." Even programs with disparate goals have developed similar definitions of "riparian."

Over the last 15 years, several federal agencies have developed considerably narrower definitions of "riparian" for application to their programs, as summarized in Table 1-1. Most definitions reflect the particular goals of individual agencies, including mandates to protect, manage, or restore riparian areas (e.g., BLM and USFS) and to map riparian areas, a responsibility of the U.S. Fish and Wildlife Service (FWS).

It is useful to define two terms sometimes used interchangeably with "riparian." Almost all rivers have *floodplains*—aggraded reaches composed of complex bed sediments (alluvia) where flood waters spread out laterally. Clearly part of riparian areas, floodplains are dynamic structures composed of the channel system and adjacent depositional levees, interfluvial bars and low-lying, depositional shelves, often with ridge and swale topography reflecting backfilling of ancient river channels. A *river* or *stream corridor* generally refers to riparian areas *and* their adjacent waterbodies as a unit defined longitudinally from headwaters to the ocean. Figure 1-4 is a schematic of a stream corridor that shows the many interconnections between its different components. Because floodplains are porous and contain aquifers that are closely linked to and controlled by the channel system, waterbodies and their riparian areas are linked longitudinally, vertically, and horizontally—not just by the movement of water and sediments, but also by the movement of biota (Stanford and Ward, 1993).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058589

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



FIGURE 1-4  Idealized view of an alluvial river corridor showing the longitudinal (up-stream–downstream), vertical (interstitial), and lateral (floodplain) dimensions that inter-act both hydrologically and ecologically. The riparian area includes the channel system, its floodplain, and the transition zone into the uplands. An alluvial aquifer underlies the channel and includes both a hyporheic zone and a deeper phreatic zone of groundwater. The phreatic zone contains groundwater that has had no contact or mixing from surface sources for very long time periods, often hundreds of years or longer. In contrast, in the hyporheic zone river water moves rapidly (on the order of days) through surficial alluvia characterized by very high hydraulic conductance. Other terms (parafluvial and bank-full) and interactions are described in detail in Chapter 2. pb = point bar. SOURCE: Adapted from Stanford (1998).

## DISTINGUISHING RIPARIAN AREAS FROM OTHER AREAS

Another way of characterizing riparian areas is to identify what they are not and to contrast them with other adjacent land and water units. The definition in the preceding section describes riparian areas as "zones of influence" between aquatic and terrestrial areas. As such, riparian areas encompass some or all of the wetlands in a typical landscape setting, but they also include portions of adjacent aquatic and upland environments. Figure 1-5(A) shows a "generic" riparian zone of influence in detail; Figures 1-5(B–E) illustrate this zone of influence in small stream, river, lake, and estuarine-marine settings and approximate the scale at which the zone applies.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058590

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Copyright © National Academy of Sciences. All rights reserved.



FIGURE 1-5(A)  Schematic of a generic riparian area (A) showing a zone of influence relative to aquatic and upland areas. Four common riparian settings are illustrated: (B) a small stream, (C) a large river, (D) a lake, and (E) an estuarine–marine setting. Horizontal scales differ and are provided for perspective. The intensity of riparian influence is depicted with shading. "Material flows" refers to energy, organic matter, water, sediment, and nutrient flow. SOURCE: Adapted from Ilhardt et al. (2000).

BLM_0058591

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

36



Small Stream

10 m

upland

upland

Zone of Influence

FIGURE 1.5(B)

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058592

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

37



FIGURE 1.5(C)

Copyright © National Academy of Sciences. All rights reserved.

38



Lake

upland

100 m

Zone of Influence

FIGURE 1-5(D)

Copyright © National Academy of Sciences. All rights reserved.

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

39



FIGURE 1.5(E)

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 84 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

### Riparian Areas Versus Aquatic Ecosystems

Riparian areas are differentiated from aquatic ecosystems, wetlands, and uplands based on the same characteristics—hydrology, soils, and vegetation—used to define them. With regard to vegetation, riparian areas are normally dominated by woody plants (e.g., trees), grasses, and emergent herbaceous plant cover, in contrast to aquatic ecosystems where these plant types are absent. Rather, aquatic plants commonly found in North America include bullrushes and arrowhead in the shallower waters, water lilies in still deeper water with little current, and submerged aquatic plants (e.g., pondweed, milfoil, coontail, waterweed, and bladderwort), some of which tolerate moderate current velocities.

Although riparian areas and aquatic ecosystems obviously differ in their moisture regimes and water depth, it is difficult to identify a boundary that can be used consistently to separate them. In fact, definitions of riparian may include intermittent to permanent aquatic environments, particularly in headwater streams where the vegetated portions of riparian areas provide the aquatic portion with organic matter, shade, fluvial structure, and biotic exchanges. [Some definitions of wetland ecosystems (and deepwater habitats) extend to two meters of water depth (Cowardin et al., 1979) and even to six meters in marine environments (Scott and Jones, 1995)].

In the transition from headwater to larger streams, there is a tendency for flooding to be more protracted and less abrupt because of the cumulative effects to the hydrograph of multiple tributaries originating from regions differing in the quantity and timing of flow. Floodplains become more expansive in a downstream direction and, in some cases, wetter (Rheinhardt et al., 1998). Ultimately riparian areas of rivers grade into coastal estuaries where tidally driven hydrologic regimes and salinity combine to support estuarine riparian areas.

In anticipation of practical reasons for identifying an aquatic boundary, especially for large rivers, lakes, and estuaries, the following perspective is offered. The aquatic boundary of riparian areas could be established where permanent water begins. For bodies of water that have relatively constant elevations, such as estuarine shorelines influenced by slowly changing sea level, a boundary such as mean high tide or mean low tide is relatively easy to identify. For waterbodies with relatively large fluctuations such as streams, "permanence" is a relative term. Just as it is conventional to assign return periods or frequencies to flood elevations for streams, the same approach could be used to establish a return period for a permanence level during drought—e.g., the low level that would occur at a frequency of every ten years. For ephemeral and intermittent streams, this low stage lies below the channel, and thus the riparian area using this criterion would include the entire streambed and underlying alluvium. (This approach to delineating the zone of influence is consistent with the fact that forest canopies shade the entire stream width of many intermittent streams.) For perennial streams and lakes, a zone of influence could include aquatic portions shaded by riparian

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 85 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

vegetation or even a distance equivalent to the height of a canopy tree. For the shoreline of some lakes (e.g., the Great Lakes), levels fluctuate over a multi-year cycle, causing the boundary of the riparian area to migrate back and forth.

## Riparian Areas Versus Wetlands

Two definitions of wetlands provide a useful starting point for differentiating them from riparian areas. One is the jurisdictional, or legal, definition used as the basis for delineating wetlands in the U.S. Army Corps of Engineers regulatory program (WES, 1987):

> The term "wetlands" means those areas that are inundated or saturated by surface or groundwater at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted to life in saturated soil conditions. Wetlands generally include swamps, marshes, bogs, and similar areas.

This definition highlights three factors—water, vegetation, and soils—used to characterize wetlands. In practice, a number of primary and secondary field indicators are used to identify wetlands, as described in the Corps' manual. These indicators constitute criteria that are related to one or more of the three factors. They are prone to vary geographically, which results in the need for regionalization of the manual through supplementary materials, as discussed in NRC (1995). The NRC report found the wetland definition and the delineation approach to be scientifically sound even though they were developed specifically for regulatory purposes with inevitable policy overtones that govern their application.

NRC (1995) provides a reference definition of "wetland" to which specific regulatory definitions can be compared. Although the NRC's definition is consistent with the three criteria mentioned above, it recognizes hydrologic conditions as paramount because they give rise to the diagnostic features of hydric soils and hydrophytic vegetation. NRC (1995) defines "wetland" as follows:

> A wetland is an ecosystem that depends on constant or recurrent, shallow inundation or saturation at or near the surface of the substrate. The minimum essential characteristics of a wetland are recurrent, sustained inundation or saturation at or near the surface and the presence of physical, chemical, and biological features reflective of recurrent, sustained inundation or saturation. Common diagnostic features of wetlands are hydric soils and hydrophytic vegetation. These features will be present except where specific physicochemical, biotic, or anthropogenic factors have removed them or prevented their development.

In both definitions, the emphasis is on minimum conditions that characterize a wetland–upland boundary (i.e., "sufficient to support" and "minimal essential characteristics") rather than on describing the full wetness gradient. With empha-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058597

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 86 of 203

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

sis on the dry end of the gradient, a point in the landscape is identified between wetter (definitely wetland) and drier (definitely upland) conditions.

In contrast to most wetland definitions, a balanced characterization for riparian areas should treat the riparian area as a whole and not place undue emphasis on either its driest or its wettest margin. Moreover, fundamental characteristics of riparian areas are their zonal nature and their position in the landscape. Except for the FWS definition that refers to wetlands as "lands transitional between terrestrial and aquatic systems" (Cowardin et al., 1979), most wetland definitions do not incorporate concepts of zonation and landscape position. To omit these characteristics of riparian areas, however, would be to disregard two of their diagnostic characteristics.

Hence, compared with wetlands, riparian areas are both more expansive from some perspectives and more restrictive from others. They are more expansive because they may include not only portions of wetlands, but also nonvegetated portions of point bars. At the dry end, they encompass terrestrial areas that do not necessarily require inundation and saturation near the surface, as do wetlands. Riparian areas are more restrictive than wetlands because they are confined to specific geomorphic settings of streams, lakes, and estuarine-marine environments. Extensive peatlands or flatwood wetlands, for example, would not be considered riparian areas because most of them lack landscape attributes of linear configuration, distinct zonation, and adjacency to waterbodies.

## Riparian Areas Versus Uplands

Unlike uplands that receive precipitation as their principal or only source of water, moisture in riparian areas may be supplied from both adjacent uplands and aquatic ecosystems. Water enters riparian areas from uplands in the form of groundwater discharge, shallow subsurface flow, and overland flow (see Chapter 2). From the aquatic side, water is supplied by overbank flow, infiltration through adjacent channel banks (bank storage), and by hyporheic flow from alluvium upstream. Unlike uplands, floods are important agents of geomorphic change in riparian areas, eroding soils and sediments from some parts of the riparian area while depositing them in others to create new geomorphic surfaces. The lateral transport of materials to riparian areas from outside the floodplain constitutes a fundamental difference between riparian areas and uplands.

These hydrologic conditions are clearly reflected in the distinctive vegetation of riparian and upland areas. First, the flooding regimes of riparian areas select for disturbance-tolerant species, and they may also constrain colonization of riparian areas by flood-sensitive species. Second, because riparian areas exist where depth to the water table is relatively shallow, specific assemblages of shrubs and trees withdraw water directly from the saturated area (Robinson, 1958), a phenomenon not generally possible in uplands. In low-elevation settings

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 87 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

of arid landscapes, riparian areas may be the only place where cottonwoods and willows are present, and the only place where mesquite grows vigorously (Stromberg et al., 1996). These areas may extend hundreds of meters from stream channels on terraces where surface connections are entirely absent but shallow groundwater is available to plants. Riparian forests persist in arid regions where there is insufficient precipitation to support upland forests (Brinson, 1990), thus creating a distinct boundary. In humid climates, water availability is not as crucial, and the boundary between uplands and riparian areas is not always easy to distinguish. Nonetheless, there are distinct assemblages of trees in humid riparian areas, including some species of willow, alder, cypress, tupelo, and sycamore (Hupp and Osterkamp, 1985). In drainage basins with relatively fine sediments, riparian tree species are more likely to be distinguished by their ability to withstand the stresses of sediment anoxia than a requirement for a dependable source of groundwater (Wharton et al., 1982; Friedman and Auble, 2000).

Steep slopes, such as rock escarpments or abrupt sediment banks, present a more ambiguous case because there may be no active hydrologic connection with the adjacent stream, river, or lake for the majority of the riparian area. Nevertheless, riparian functions remain strong, with pronounced flows of biotic and abiotic materials between aquatic and terrestrial ecosystems. Such "upland" riparian areas provide important habitat for a variety of species that respond to topography, water-influenced microclimates, and the presence of a natural movement corridor, among other factors. In areas with steep slopes, distinguishing between riparian and the non-riparian areas should be based on function. This can be justified because the zone of influence by moisture or disturbance alone may be quite narrow and insufficient to account for other influences. Consistent with the working definition of "riparian" developed in this report, which includes areas that "significantly influence exchanges of energy and matter with aquatic ecosystems," the upper boundary of such riparian areas can be functionally identified by the potential for trees to contribute portions of their wood to a stream channel, should they fall in that direction.

## SCOPE OF THE STUDY

This study is an outgrowth of the National Research Council's (NRC) study on the Characterization of Wetlands (NRC, 1995). The major intent of that work was to identify both the strengths and weaknesses of current regulatory practice regarding wetlands. Beginning in the mid-1970s, the regulation of wetlands as "waters of the United States" under Section 404 of the Clean Water Act has elicited strong opposition by property rights advocates, developers, and landowners. Because portions of riparian areas contain "waters" and, as explained later, carry out many of the same functions as wetlands, questions on how riparian

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058599

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 88 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

areas should be managed are often very similar to those for wetlands. A brief background of how the wetland study came about provides historic context to the present study.

In order for a landowner to fill a wetland, the owner must request and receive a permit from the U.S. Army Corps of Engineers (Corps), with oversight authority provided by the U.S. Environmental Protection Agency (EPA). The first step is to identify the location of the wetland to be affected and its boundaries, for which technical manuals were developed to assist regulators in consistently applying delineation procedures in the field. Until 1989, the Corps and EPA had different manuals for this task. In order to provide more uniformity in the regulatory program, a new and revised manual—the "1989 Manual"—was produced by an interagency team of scientists (Federal Interagency Committee for Wetland Delineation, 1989).

In part as a result of its inconsistent application, landowners and developers perceived the 1989 manual as extending the reach of wetlands to include lands that previously had not been designated as wetlands. Further, opponents of the new manual complained that it had been adopted without public comment and that its application constituted a "taking of property" (without just compensation) (Kusler, 1992). In response, the White House released in August 1991 a document—1991 proposed revisions (56 Fed. Reg. 40,446; 10,991)—much different from the approach that the scientists had taken. Field testing found the 1991 proposed revisions not only to be technically wanting, but to propose a much narrower definition of wetlands. Unlike the 1989 Manual, the 1991 proposed revisions would substantially reduce the surface area of wetlands that would fall under jurisdiction of Section 404 of the Clean Water Act. The groundswell of complaints and other objections brought the issue of wetlands definition under scrutiny by Congress. Faced with the need to respond to public outcries from both sides, Congress ordered the Corps to revert to using a 1987 manual (WES, 1987) and mandated that the NRC study the situation and provide recommendations.

That NRC committee reviewed the science of wetland identification and delineation, identified the functions and values of wetlands, and examined the variation among wetland types. During this process, it became obvious that some areas of the landscape, especially riparian areas, were not always wet enough to be encompassed by any of the technical manuals or by the reference definition for wetlands. In other words, they did not have sufficient wetness to develop hydric soils and to support hydrophytic vegetation—key criteria (along with hydrology) necessary to define wetlands. These marginally dry areas were prevalent in arid and semiarid climates where wetlands are exceedingly rare, but were often in the same landscape position as floodplain wetlands of more humid climates. To a large degree, riparian areas perform many of the same functions as areas that are jurisdictional wetlands in more humid climates, such as water storage and conveyance, nutrient and sediment removal, and plant and animal habitat maintenance.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058600

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 89 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

The committee considered the protection and maintenance of riparian areas important toward meeting the goals of the Clean Water Act. However, because the study commissioned by Congress was restricted to wetlands, any attempt to include riparian areas "would unreasonably broaden the definition of wetland and undermine the specificity of criteria and indicators that have developed around wetland delineation" (NRC, 1995). The following was one of the recommendations of the committee: "If national policy extends to protection of riparian zones pursuant to the goals of the Clean Water Act, regulation must be achieved through legislation that recognizes the special attributes of these landscape features, and not by attempting to define them as wetlands." The purpose of the present study is to recognize and identify the attributes of riparian areas and make recommendations for managing and maintaining these attributes.

Chapter 2 describes riparian structure and how riparian areas affect water quality, provide habitat for fish and wildlife, and serve as corridors for species movement, among many other functions. The report explores these and other aspects of functioning, especially as they vary between climatic extremes of North America. Because of the importance of riparian areas in arid and semiarid regions of the nation, special attention is given to these locations. While riparian areas are also a fundamental part of more humid landscapes, they may not be as easily separated from their adjacent uplands as in arid regions. Nevertheless, principles that govern the functioning of riparian areas are broadly transferable across a wide variety of landscapes.

Knowledge of the status of riparian lands in the United States, both in quantity and quality, is fundamental to any management program that sets goals for improvement. This information should include whether the resource is increasing or decreasing over time, the geographic distribution of these changes, and, ideally, data on the condition of existing riparian areas. But even without detailed inventories on riparian resources nationwide, local knowledge of riparian condition provides clues to the types of impacts they have experienced. Dam and levee construction, cattle grazing, conversion to agricultural production, and withdrawal of water for domestic consumption, power generation, and irrigation are just a few examples. Chapter 3 comprehensively describes the general impacts of water resources development and other human activities on the condition and functioning of riparian areas. The current status of riparian lands in the United States is assessed in terms of overall increases or decreases in acreage, habitat condition, and other important trends.

In spite of an increasing wealth of scientific information, riparian policy issues are complicated by a long and complex history of changing land use and ownership, a proliferation of legal statutes that influence their development for various purposes, and a relatively recent overlay of environmental regulations. The complexity is a result, in part, of development of legislation over time with little attention to removing redundancies and avoiding conflicts. Because policy differs geographically at national and state levels, and jurisdictionally among

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058601

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 90 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

agencies, disputes are sometimes resolved in the courts. These issues are analyzed in Chapter 4, which describes the regulatory landscape surrounding riparian areas. Chapter 4 focuses on the differences between eastern and western regions and between public and private lands, as well as on the variability observed from state to state. It considers policy goals reflected in current laws and regulatory and nonregulatory programs for riparian areas and makes recommendations regarding the protection of these areas in the future. Programs of federal and state agencies particularly relevant to or dependent on riparian areas are highlighted.

Finally, Chapter 5 considers the management of riparian areas, which is confounded by many present-day conflicts regarding the functioning of riparian areas and by multiple desired uses of riparian land and water. The report describes our current scientific understanding of these conflicts and the additional scientific information needed to resolve them. Several management strategies, including dam re-operation and other hydrologic manipulations, design of riparian management systems for agriculture, grazing and forestry practices, and education, are explored for restoring, enhancing, and preserving riparian areas across the United States.

## CONCLUSION

**A large body of scientific information on riparian areas has developed over the last several decades documenting their importance as elements of regional landscapes.** Early publications on riparian topics focused predominantly on water law. However, since 1970 there has been an explosion of information addressing ecological and hydrologic topics, processes and functions, aquatic and terrestrial wildlife habitats and food web support, aesthetics, production of goods and services, cultural and social values, and other topics related to riparian areas. As discussed in greater detail in Chapters 4 and 5, new scientific information about the structure, functioning, and importance of riparian areas should be included forthrightly in education at all levels and given full consideration in environmental regulatory and policy processes including decision-making.

## REFERENCES

Art, H. W. 1993. The dictionary of ecology and environmental science. New York: Henry Holt and Co.

Brinson, M. M., B. L. Swift, R. C. Plantico, and J. S. Barclay. 1981. Riparian ecosystems: their ecology and status. FWS/OBS–81/17. Kearneysville, WV: U.S. Fish and Wildlife Service.

Brinson, M. M. 1990. Riverine forests. Pp. 87–141 In: Forested wetlands. A. E. Lugo, M. M. Brinson, and S. Brown (eds.). Amsterdam, The Netherlands: Elsevier.

Bureau of Land Management (BLM). 1999. Draft environmental impact statement for riparian and aquatic habitat management in the Las Cruces field office, New Mexico.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058602

Comín, F. A., and W. D. Williams. 1994. Parched continents: our common future? In: Limnology now: a paradigm of planetary problems. R. Maralef (ed.). New York: Elsevier Science B. V.

Committee of Scientists. 1999. Sustaining the people's lands: Recommendations for stewardship of the National Forests and Grasslands into the next century. Washington, DC: U.S. Department of Agriculture. 193 pp.

Cowardin, L. M., V. Carter, F. C. Golet, and E. T. LaRoe. 1979. Classification of wetlands and deepwater habitats of the United States. FWS/OBS-79/31. Washington, DC: U.S. Fish and Wildlife Service.

Culler, R. C. 1970. Objectives, methods, and environment—Gila River phreatophyte project, Graham County, Arizona. Washington, DC: U.S. Govt. Printing Office. 25 pp.

Environmental Protection Agency (EPA). 1993. Guidance specifying management measures for sources of nonpoint pollution in coastal waters. Washington, DC: EPA.

Federal Interagency Committee for Wetland Delineation. 1989. Federal manual for identifying and delineating jurisdictional wetlands. Washington, DC: U.S. Army Corps of Engineers, U.S. Environmental Protection Agency, U.S. Fish and Wildlife Service, and USDA Soil Conservation Service. Cooperative technical publication. 76 pp. plus appendixes.

Fish and Wildlife Service (FWS). 1998. A system for mapping riparian areas in the western U.S. Washington, DC: U.S. Fish and Wildlife Service.

Forest Ecosystem Management Assessment Team (FEMAT). 1993. Forest ecosystem management: an ecological, economic, and social assessment. Washington, DC: U.S. Department of Agriculture.

Freeman, and Dick-Peddie. 1970. Woody riparian vegetation in the Black and Sacramento Mountain Ranges, Southern New Mexico. The Southwestern Naturalist 15(2):145–164.

Friedman, J. M., and G. T. Auble. 2000. Floods, flood control, and bottomland vegetation. Pp. 219–237 In: Inland flood hazards: human, riparian, and aquatic communities. E. Wohl (ed.). Cambridge: University Press.

Gregory, S. V. 1997. Riparian management in the 21st century. Pp. 69–85 In: Creating a forestry for the 21st century: the science of ecosystem management. Kohm, K. A., and Franklin, J. F. (eds.). Washington, DC, and Covelo, CA: Island Press.

Hewlett, J. D. 1982. Principles of forest hydrology. Athens, GA: University of Georgia Press.

Hupp, C. R., and W. R. Osterkamp. 1985. Bottomland vegetation distribution along Passage Creek, Virginia, in relation to fluvial landforms. Ecology 66:670–681.

Ilhardt, B. L., E. S. Verry, and B. J. Palik. 2000. Defining riparian areas. Pg. 29 In: Riparian management in forests of the continental eastern United States. Verry, E. S., J. W. Hornbeck, and C. A. Dolloff (eds.). New York: Lewis Publishers.

Jensen, O. 1993. The American heritage history of railroads in America. New York: American Heritage/Wing Books. 314 pp.

Johnson, R. R., C. D. Ziebell, D. R. Patton, P. F. Ffolliott, and R. H. Hamre (eds.). 1985. Riparian systems and their management: reconciling conflicting uses. General Technical Report RM-120, Fort Collins, CO: USDA Forest Service. 523 pp.

Koehler, D. A., and A. E. Thomas. 2000. Managing for enhancement of riparian and wetland areas of the western United States: an annotated bibliography. General Technical Report RMRS-GTR-54. Ogden, UT: USDA Forest Service. 369 pp.

Kusler, J. 1992. Wetlands delineation: an issue of science or politics. Environment 34(7-11):29–37.

Lewis, W. M. 1996. Defining the riparian zone: lessons from the regulation of wetlands. In: At the water's edge: the science of riparian forestry. Conference Proceedings June 19-20, 1995. Minnesota Extension Service. BU-6637-S.

Lewty, P. J. 1995. Across the Columbia Plain: railroad expansion in the interior Northwest, 1885–1893. Pullman, WA: Washington State University Press. 326 pp.

Lowrance, R. R., R. Leonard, and J. Sheridan. 1985. Managing riparian ecosystems to control nonpoint pollution. J. Soil Water Conserv. 40:87–91.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058603

Maser, C., and J. R. Sedell. 1994. From the forest to the sea: the ecology of wood in streams, rivers, estuaries, and oceans. Delray Beach, FL: St. Lucie Press. 200 pp.

Naiman, R. J., and H. Décamps (eds.). 1990. The ecology and management of aquatic-terrestrial ecotones. Man and the Biosphere Series, Volume 4. Paris, France: UNESCO.

Naiman, R. J., H. Décamps, and M. Pollock. 1993. The role of riparian area corridors in maintaining regional diversity. Ecol. Appl. 3:209–212.

National Research Council (NRC). 1995. Wetlands: characteristics and boundaries. Washington, DC: National Academy Press.

Neuzil, M. 2001. Views on the Mississippi: the photographs of Henry Peter Bosse. Minneapolis, MN: University of Minnesota Press.

Nevada Division of Water Planning. 1999. Water words dictionary, 8th edition. Carson City, NV: Nevada Department of Conservation and Natural Resources.

Parrott, H. A., D. A. Marions, and R. D. Perkinson. 1997. A four-level hierarchy for organizing stream resources information. Pp. 41–54 In: Proceedings, Headwater hydrology symposium. Missoula, MT: American Water Resources Association.

Reisner, M. 1987. Cadillac desert: the American West and its disappearing water. New York: Penguin Books. 582 pp.

Rheinhardt, R. D., M. C. Rheinhardt, M. M. Brinson, and K. Faser. 1998. Forested wetlands of low order streams in the inner coastal plain of North Carolina, USA. Wetlands 18:365–378.

Robinson, T. W. 1958. Phreatophytes. U.S. Geological Survey Water Supply Paper 1423. 84 pp.

Rose, A. C. 1976. Historic American roads: from frontier trails to superhighways. New York: Crown Publishers. 118 pp.

Scott, D. A., and T. A. Jones. 1995. Classification and inventory of wetlands: a global overview. Pp. 3–16 In: Classification and Inventory of the World's Wetlands. C. M. Finlayson and A. G. van der Valk (eds.). Dordrecht, The Netherlands: Kluwer Academic Publishers.

Stanford, J. A. 1998. Rivers in the landscape: introduction to the special issue on riparian and groundwater ecology. Freshwater Biology 40(3):402–406.

Stanford, J. A. and J. V. Ward. 1993. An ecosystem perspective of alluvial rivers: connectivity and the hyporheic corridor. J. N. Am. Benthol. Soc. 12(1):48–60.

Steiner, F., S. Pieart, E. Cook, J. Rich, and V. Coltman. 1994. State wetlands and riparian area protection programs. Environmental Management 18(2):183–201.

Stromberg, J. C., R. Tiller, and B. Richter. 1996. Effects of groundwater decline on riparian vegetation of semiarid regions: the San Pedro, Arizona. Ecological Applications 6:113–131.

U.S. Department of Agriculture Forest Service (USFS). 2000. Forest Service Manual, Title 2500, Watershed and Air Management. Section 2526.05. Washington, DC: USDA Forest Service.

U.S. Department of Agriculture Natural Resources Conservation Service. 1991. General Manual, 190-GM, part 411. Washington, DC: USDA NRCS.

WES Environmental Laboratory. 1987. U.S. Army Corps of Engineers wetlands delineation manual. U.S. Army Engineer Waterway Experiment Station Technical Report Y-87-1.

Wharton, C. H., Kitchens, W. M., and Sipe, T. W. 1982. The ecology of bottomland hardwood swamps of the Southeast: a community profile. FWS/OBS-81/37. Washington, DC: U.S. Fish and Wildlife Service. 133 pp.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058604

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

# 2

# Structure and Functioning of Riparian Areas Across the United States

The interaction of climate with the earth's surface has created a variety of landscapes drained by networks of streams, rivers, lakes, and wetlands. Riparian areas are found adjacent to essentially all of these waterbodies except where human disturbance has intervened. Although riparian areas differ considerably in their structure and function from site to site, there are patterns in the attributes of riparian areas and how they are distributed across the landscape. While a single characteristic (such as the presence of bedrock) may strongly influence the size, characteristics, and functions of a given riparian area, generally the interaction of many climatic, hydrologic, geomorphic, and biological factors shape riparian environments. For example, differences in climate dictate the seasonality of the hydrologic cycle and determine the timing and intensity of flooding. Watershed features such the slope of the land, size of the watershed, storage capacity of the soil, and supplies of groundwater and sediment interact with climate to modulate or amplify these effects. Within the riparian area itself, further sources of variation can be found in channel morphology, sediment dynamics, and floodplain structure. Ultimately, all these factors influence species composition of riparian biota. This chapter focuses on the structure and functions of riparian areas, with an emphasis on those bordering streams and rivers rather than lakes and estuarine–marine waterbodies. Riverine riparian areas, because of their great collective length, comprise the vast majority of riparian areas in the United States.

## FLUVIAL PROCESSES AND SEDIMENT DYNAMICS

Streams and rivers, which flow longitudinally downstream from higher elevations, can be classified by their size and the number of tributaries that flow

49

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058605

into them. As shown in Figure 2-1, headwater streams are classified as *first order*, with order number increasing in a downstream direction. Headwater networks of very small streams accumulate rainfall, overland flow, snowmelt, or aquifer discharge, sending variable amounts of water downstream to increasingly larger channels.

The water budget of all streams and rivers is determined by climate and by other watershed attributes such as topography, soil type, bedrock substrata, groundwater discharge, and vegetation. Natural flow patterns—unregulated by dams and water diversion—will vary with the dynamics of water delivery and cycling, unless the source is a spring fed by a deep (phreatic) aquifer that has very little surface connection (Gibert et al., 1994; Vervier, 1990). According to Poff et al. (1997), the flow regime of a river can be distinguished by several major components, including magnitude, frequency, duration, timing, and rate of change, as described in Box 2-1. River flows are often described using one or more of these components. Thus, for example the bank-full flow, which defines the bank-



FIGURE 2-1 Stream orders for a watershed that includes first- to fourth-order streams. Ephemeral streams are not shown on this diagram. SOURCE: Reprinted, with permission, Strahler (1952). © 1952 by The Geological Society of America.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058606

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 95 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

---

**BOX 2-1**
**Components of Flow—the "Master" Variable**

Because streamflow is strongly correlated with critical physical and biological characteristics of rivers, such as water temperature, sediment transport, channel morphology and habitat diversity, it represents a "master variable" that influences the functions of associated riparian areas.

*Flow magnitude* represents the amount of water moving past a given location per unit time. It can influence rates of solute, suspended sediment, and bedload sediment transport, and thus is a critical variable with regard to the creation of alluvial landforms (e.g., point bars, floodplains streambanks, and channel sinuosity). As discussed later in this chapter, high flows are needed for some species to create local zones of erosion/deposition for seedling establishment.

*Flow frequency* refers to how often a flow of a given magnitude is equaled or exceeded over some time interval. Flow frequency, in combination with flow magnitude, indicates the amount of energy a stream has to do work (e.g., sediment transport, channel adjustments, etc.).

*Flow duration* represents the period of time associated with a specific flow magnitude. From the perspective of riparian plant communities and floodplain functions, flow duration represents the length of time that overbank flows occur or that soils remain saturated from high flows. Flow duration is often a crucial variable for many riparian plants that have adapted their physiology to accommodate extended periods of high moisture levels.

*Flow timing* generally refers to the seasonality of a given flow. For example, the timing of most snowmelt runoff for many western streams and rivers occurs in late spring and early summer. Fish and other organisms have adapted their life history strategies to the timing of these flow periods. Superimposed upon the long-term water and sediment budget of the watershed, flow timing determines the relative wetness or dryness of the adjacent riparian area and is therefore a primary structuring process.

The *rate of change* in streamflow or water levels represents how quickly a flow changes from one magnitude to another. Streams and rivers that derive their flow from snowmelt are generally considered less "flashy" than those that respond to large amounts of rainfall. Rate of change can influence water sediment transport rates and riparian plant communities. For example, seedlings of deciduous woody species may need a relatively low rate of change during snowmelt recession flows for them to successfully establish.

---

full channel, is the discharge of the 1.5- to 3-year return period storm (Dingman, 1984). Floods are of larger discharge and generally occur less frequently than bank-full events. Floods move and sort sediments and other materials, forming the physical structures that compose the riparian areas of rivers. Big floods, which are relatively rare, often create a physical template that is continually

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058607

52                                                                          *RIPARIAN AREAS*

reworked and modified by lower flows. Hence, diverse alluvial landforms, such as gravel bars, floodplains, islands, terraces, and the channel network, are created by flow-mediated movement of sediments and are in a constant state of change (Ward, 1998; Ward et al., 2000).

The size and character of streamside riparian areas is directly related to water delivery to and flux through the watershed. One pattern is the tendency for riparian areas to be expansive next to big, larger-order rivers, which in part reflects multiple hydrologic sources (e.g., seasonal overbank flows from the river, flood-related flows in secondary channels, and groundwater discharge, all discussed in detail in a later section). Periods of high flow, particularly in unconstrained or relatively wide alluvial valleys, can create a multitude of landforms (e.g., streambanks, floodplains, and terraces) that are common to many riparian systems. However, such basic patterns are often too simplistic to be widely useful in predicting structure and function of riparian areas across many landscapes. For example, the lower Columbia River (9th-order) upstream of Portland, Oregon, is constrained by resistant bedrock, resulting in narrow floodplains and minimal riparian areas (see Figure 2-2 for the difference between constrained and uncon-



FIGURE 2-2 Geomorphology of a stream corridor in (A) a constrained reach, (B) an unconstrained aggrading reach, and (C) an unconstrained degrading reach. SOURCE: Reprinted, with permission, from Dahm et al. (1998). © 1998 by Blackwell Science Ltd.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058608

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 97 of 203

strained river reaches). Another generalization is that where fluvial systems encounter relatively wide valleys and low channel gradients, they typically develop a system of meanders and floodplains that represent both sediment and water discharge regimes in dynamic balance with valley and channel gradients, channel morphology, and riparian vegetation. In general, these sinuous channels occur within a definable meander belt, simply defined by a linear boundary that connects the outer margins of the existing channel meanders. More accurate geomorphic delineation of the meander belt would be based on the actual margin of the floodplain, boundaries of historical channel meanders (as shown for the Willamette River in Figure 2-3), or boundaries of past recorded inundation extent.

Because river flow naturally is erosive and water is the universal solvent, particulate materials (sediment, rocks, trees) and dissolved materials (salts, organic compounds) are exported downstream in proportion to stream power and



FIGURE 2-3  Meander belt of the Willamette River based on the channel meanders in a reach from Eugene to Harrisburg in 1850. SOURCE: Modified from Williamson et al. (1995).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058609

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 98 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

deposited in a wide array of fluvial landforms within the river channel and flood-plain. A generalized three-dimensional view of riparian areas includes portions of the channel and associated features (gravel bars, islands, large wood); a paraflu-vial zone (which corresponds to the bank-full width) that experiences the seasonal range of flow variation; a vegetated area of varying successional states influenced by floods, sediment deposition, and water availability; and a transi-tional zone to the uplands (see Figure 1-4). Furthermore, these features are gener-ally underlain by an alluvial aquifer that can have a major influence on riparian processes, particularly where bed sediments are deep (Stanford, 1998). The lon-gitudinal, lateral, and vertical pathways through which water and materials are conveyed through riparian areas are discussed in detail throughout this chapter.

### Erosion and Deposition

The processes of erosion, transport, and deposition continually disturb and reshape the riparian environment. Materials from upstream sources such as ero-sion zones along hillslopes and riparian terraces or landslides are sorted by flow-ing water and transported downstream until the physics and energetics of the transport process dictate deposition either in the channel or on the floodplain of the river. As shown in Figure 2-4, flow-mediated erosion of sediment occurs in the steep gradients of lower-order segments, deposition of course material (gravel,



FIGURE 2-4  The geomorphic zones of a fluvial system. SOURCE: Reprinted, with per-mission, from Schultz et al. (2000). © 2000 by American Society of Agronomy.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058610

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 99 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

cobble) occurs in the middle reaches related to aggradation of the river valley and associated loss of flow velocity (energy dissipation), and deposition of fine materials (sand, silts) occurs in the lowest-velocity environments that characteristically occur in the high-order segments of the Piedmont or coastal plain. Hence, as the size of the stream increases, the size of the floodplain generally increases.

Although these broad patterns in sediment transport explain a trend of downstream fining in the grain size of bed sediment in many river systems (Schumm, 1960), in reality sediments of all sizes are sorted along every channel or floodplain within the river corridor. Flowing water sorts the sediment between different areas of the channel with different capacities for maintaining sediment in suspension. Coarse sediments are suspended and deposited only in the highest-energy environments of the river channel, i.e., areas with relatively high velocity. Fine-grained sediments, in contrast, are generally restricted to the lowest-energy backwaters of the active channel or to the floodplain.

Although bank-full flows maintain channels, floods account for much of the major work in reshaping channels and floodplains. Increased production of sediments from terrestrial sources and acceleration of bank erosion during floods can release large amounts of fine- and coarse-textured sediment into a channel over a short period of time, which are then deposited in downstream channels or on floodplains. Floods also cause substantial realignment of channels because of reoccupation of secondary or abandoned channels by newly released sediment (Beschta et al., 1987a). When significant amounts of coarse sediment become available locally, rapid adjustments to the morphology of the channel can occur. These effects may be transmitted in both the upstream direction (backwater effects, including upstream bed material storage and an altered channel morphology; channel incision and gully head cuts) and the downstream direction (higher levels of sediment transport with the potential for increased channel instabilities).

The net result of fluvial processes over decades to millennia is a slow modification and reworking of the channel and floodplain physical template such that sediment routing must be viewed as a constantly changing feature of all alluvial rivers. Distinct features such as cutbanks, meander scrolls, and point bars migrate over time. Within the meander belt, the deposition of sediments on vegetated floodplains occurs periodically over time and the exact character, dimensions, and location of meanders may incrementally shift as a result of the migration of gravel point bars and the erosion of cutbanks. Secondary channels become plugged, creating backwater sloughs or oxbow lakes. Slugs of sediment derived from an episodic landslide may take many years to move down the river corridor, influencing riparian areas to different extents as they pass through specific segments. Large tree boles eroded from riparian areas substantially increase the variation in sediment transport and deposition, and thus also the variety of habitat types available for biota (Naiman et al., 2001).

Cycling of sediments back and forth between the main channel and the channel's banks and floodplain is an important component of sediment transport

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 100 of 203

in rivers (Meade et al., 1990). Floodplains expand laterally and "grow upward" due to the long-term deposition of fine sediment during recurring overbank flows. Seasonal high flows continually disturb new areas. Newly deposited sediments on floodplains undergo biogeochemical changes (i.e., diagenesis) that will over time transform a flood-deposited sediment into a riparian soil. The overall result is the creation of a complex patchwork of riparian areas, each with a slightly different microenvironment of sediment grain size and nutrient and water availability, and each at a different stage of development since the last disturbance (Amoros et al., 1987; Malanson, 1993).

Because of the dynamic flow and sediment transport regimes often associated with riparian areas, their soils reflect a high degree of unevenness in particle sizes, soil depth, and the amount of associated compounds such as organic matter. Highly variable water levels typically result in morphological soil features such as mottling, gleying, oxidation/reduction, and others. However, in instances where floodplains have been slowly built up via the incremental deposition of fine silt layers over many centuries, soil characteristics across extensive areas may be relatively uniform. Floodplain soils have been some of the most productive areas in the nation for agricultural production due to their high levels of nutrients and organic matter.

### Flow Modification Within Riparian Areas

Although the energy from water moving down a channel can be used to do work (e.g., scour banks and transport sediment), the vast majority is used to overcome the frictional resistance provided by a channel's bed and banks and is eventually dissipated as heat. Thus, streamside riparian areas are responsible for the dissipation of energy associated with flowing water. The flow resistance, or roughness, of a stream reach, caused by the physical configuration of its channel, streambanks, and floodplains as well as by the riparian plant communities, can be described by a roughness coefficient, such as Manning's $n$ (Leopold et al., 1964). Cowan (1956) identified several major channel conditions that affect roughness: bed material, degree of surface irregularity, variations in channel cross section, relative effects of obstructions, degree of meandering, and effects of vegetation. Importantly, vegetation can directly or indirectly affect all these conditions, with the possible exception of bed material, thus indicating it often has a major influence on channel roughness and on how channels dissipate stream energy during periods of high flow. Herbaceous riparian vegetation increases local friction on streambanks by creating flexible and three-dimensional barriers to flow. Riparian graminoids (grasses, sedges, rushes) and shrubs are particularly effective at trapping sediments during high flows and helping to maintain stable streambanks. For forest floodplains, roughness increases directly with the density and size of trees (Li and Shen, 1973; Petryk and Bosmajian, 1975). Large wood provided to streams and rivers from riparian forests can also have a significant effect on

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 101 of 203

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

channel roughness via the occurrence of debris jams and other accumulations that alter flow patterns (Abbe and Montgomery, 1996; Montgomery et al., 1996; Piegay and Gurnell, 1997).

At high flow, streambanks, floodplains, and their associated vegetation provide resistance to flowing water, thus locally altering patterns of scour, sediment transport, and deposition (Sedell and Beschta, 1991). For example, low velocity zones have been observed to develop when floods pass through riparian forests, creating sites for the retention of sediment and organic matter and refuges for aquatic organisms (Swanson et al., 1998). Floodplain vegetation is especially effective at providing protection from scour, which is why well-vegetated floodplains typically are areas of long-term sediment accumulation.

During periods of low flow, woody species have a much less significant effect on flow roughness because of the smaller surface area exposed to surface flow, such that flow resistance tends to be controlled more by the morphology of the channel. In contrast, aquatic macrophytes and graminoids can greatly influence the resistance provided during low-flow periods (Kauffman and Krueger, 1984). Finally, the uptake and transpiration of water by riparian and upslope vegetation during low-flow periods can alter discharge, thereby influencing aquatic habitat (Rothacher, 1970; Troendle, 1983; Cheng, 1989; Keppeler and Ziemer, 1990; Hicks et al., 1991).

## Lacustrine Riparian Areas

Unlike the riparian areas of stream and river (lotic) environments, riparian areas bordering lakes differ significantly in the energy sources that drive physical mixing (Wetzel, 2001). In the shallow littoral environments of lakeshores, mixing is generally driven by temperature gradients and storm-generated waves. An important contrast with lotic environments is the type and frequency of water-level changes at lakeshores. Seiches, for example, can cause substantial changes in water level over periods of days to weeks at the shores of large lakes without the kinds of erosive forces of floods that affect channel floodplains. Lakeshores also tend to have much larger water-level changes over longer-term (interannual) cycles, as determined by interannual variation in climate and the regional water balance. Large reservoirs and other river impoundments used for water storage may exhibit nonseasonal fluctuations in water level, with hydrographs varying erratically under the control of hydropower production or irrigation supply. Consequently, riparian areas around reservoirs are highly variable and often are composed of non-native, invasive species because they have little long-term continuity in water supply and occur in areas of the landscape that have no legacy of native plant colonization (e.g., Nilsson et al., 1997).

Despite major differences in flow velocities and extent of water-level changes, the shallow littoral environment and riparian areas adjacent to lakeshores have much in common with riparian areas bordering streams. As in streams, a

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058613

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

broad range of sediment types and textures is often available, nutrients are often ample and primary productivity is high, water exchange between the surface and subsurface is conducive to high rates of biogeochemical cycling in sediments, and secondary productivity in these environments is typically high (Wetzel, 2001). In the case of large lakes with inlets from rivers, alluvial deltas may develop by sediment deposition in the river–lacustrine confluence. Often, river deltas in lakes and reservoirs facilitate robust riparian areas in a manner similar to the islands and low terraces that occur in alluvial rivers. Deltaic riparian areas can be large landforms up to many square miles in size. Few studies have been done in such environments (e.g., Stanford and Hauer, 1992).

In summary, riparian areas are characterized by a spatial and temporal mosaic of conditions reflecting variability in sediment type and particle size distribution, timing of water sources and water quality, and time since disturbance by floods. Seasonal dynamics in flow and sediment transport constitute the foundation of riparian structure and thus influence the resulting colonization by riparian species and the many functions performed by these areas. Moisture availability and anoxia in riparian soil are additional factors that closely follow the distribution of grain sizes determined by fluvial processes. In many channels, the natural variability of flow has been regulated and sediment inputs have been curtailed downstream of dams and water diversions. As discussed in Chapter 3, the influence of humans in regulating river flow has had overwhelming effects on ecological processes in rivers and riparian areas, because of the disruption of flow seasonality, sediment dynamics, and moisture availability.

## HYDROLOGIC AND BIOGEOCHEMICAL PROCESSES

### Hydrologic Pathways in Riparian Areas

Riparian areas receive water from three main sources: (1) groundwater discharge, (2) overland and shallow subsurface flow from adjacent uplands with additional input from direct precipitation, and (3) flow from the adjacent surface water body. The major losses of water from riparian areas include groundwater recharge and evapotranspiration. Plate 2-1 illustrates these major water flow paths for a streamside riparian area. Both the quality (in terms of dissolved and particulate constituents) and the timing of water from these sources vary considerably. For example, the discharge of deep groundwater is on the order of centuries, while overbank flows and intense rainstorms can change flows within minutes.

### *Groundwater Sources*

Winter et al. (1998) outlines some of the basic interrelationships between groundwater and surface water in streams and lakes and shows how interactions vary as a result of differences in climate, topography, and surficial geology.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058614

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Streams whose downstream flows increase as a result of groundwater discharge are referred to as *gaining* streams. In contrast, flow in the channel decreases in the downstream direction in *losing* streams that recharge the groundwater system. Because of variability in water sources and hydrogeologic properties of aquifers, it is typical for streams to simultaneously experience discharge in one reach while experiencing recharge in others. For example, steep mountain streams gain water by groundwater discharge in their upper reaches and then lose water as they flow out of constricted mountain valleys onto alluvial fans.

Lakes and wetlands share some of the same relationships with groundwater as do streams. Lakes and wetlands commonly discharge and recharge simultaneously in different parts of the system and experience flow reversals seasonally (Figure 2-5). As in streams and rivers, movement of water between groundwater and surface water is influenced by the nature of the substrata and the water elevation in the lake compared with water levels and gradients in groundwater of the adjacent aquifer (Sebestyen and Schneider, 2001). Water moves from areas of high elevation to areas of low elevation, sometimes involving streams or rivers at inlets or outlets to the lake.

Because the majority of riparian areas are associated with stream and river channels, this discussion focuses on interactions between groundwater and river channels rather than lakes. From a relatively large-scale perspective (miles or greater), the direction of groundwater flow in the vicinity of rivers is typically associated with patterns of floodplain and channel topography. As a result, flow pathways are seldom entirely parallel or entirely perpendicular to the main channel but instead occur diagonally toward the channel in a downstream direction. The major controls on orientation of groundwater flow paths are hydraulic properties of aquifer materials, regional gradient, and sinuosity of channel (Larkin and Sharp, 1992). Groundwater that tends to flow parallel to a channel is referred to as *underflow* (Larkin and Sharp, 1992); in contrast, groundwater flow perpendicular to and toward the channel is referred to as *baseflow* (Hall, 1968) (see Figure 2-6).

At much smaller spatial scales, i.e., feet to tens of feet, interactions between groundwater and riparian areas are influenced primarily by heterogeneities of riparian and channel sediments, which have a critical effect on local direction and flow rate of groundwater. In some settings, baseflow passes directly through riparian sediments, while in others, baseflow may bypass riparian sediments by flowing through coarse material underneath and discharging vertically from directly beneath the stream bed (Phillips et al., 1993). This short-circuiting of the root zone can have important implications for the extent of certain transformation processes that occur in riparian areas. As discussed later, the variation in the specific flow paths characteristic of riparian areas may explain why some buffers are not as effective as others.

An often-overlooked aspect of groundwater–riparian–channel interactions is that groundwater discharge is not equivalent along all parts of a channel. Instead, certain channel subreaches tend to collect a significant proportion of all ground-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058615







FIGURE 2-5 Lakes, like streams, can receive groundwater inflow (A), lose water as seepage to groundwater (B), or both (C). SOURCE: Winter et al. (1998).

water entering a stream in a given reach. Groundwater discharge points tend to occur at the upstream ends of pools, the upstream side of meanders, anywhere along the channel thalweg (deepest area of central channel), and within side channels or alcoves in streams and rivers (Harvey and Bencala, 1993). An un-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058616

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 105 of 203

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

common example of a groundwater discharge point is a visible area of groundwater seepage on the channel bank above the level of the channel.

The importance of groundwater discharge points along channels is twofold. First, areas along channels that collect groundwater discharge tend to favor establishment of rich riparian vegetation, especially in dry climates where water avail-



FIGURE 2-6  Examples of (A) underflow-dominated groundwater movement parallel to the channel and (B) baseflow-dominated groundwater movement perpendicular to the channel. Groundwater moves in the direction of decreasing water table contours. SOURCES: (A) Reprinted, with permission, from Larkin and Sharp (1992). © 1992 by Geological Society of America. (B) Winter et al. (1998).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058617

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

ability is a major factor limiting the establishment and maintenance of riparian vegetation. Second, groundwater discharge points tend to have cooler water locally in the channel during summer and warmer water in winter compared with other channel areas. As such, they may be important in creating thermal refugia for aquatic organisms at particularly sensitive times in their life cycles.

### Hillslope Sources

Hillslope sources of water to riparian areas all begin as precipitation falling on the landscape. There are numerous pathways for water to travel from the hillslope to riparian areas. For example, *overland flow* begins as precipitation that exceeds the percolation capacity of the soil. Precipitation can also travel downslope via *shallow subsurface flow* (a portion of which may emerge onto the hillslope surface before reaching the channel). Precipitation that falls directly onto saturated areas of the hillslope further augments these pathways. All of these flow mechanisms are referred to collectively as *hillslope runoff*. Figure 2-7 contrasts hillslope *runoff* in three situations differing in climate and soil development. Humid forested landscapes with deep permeable soils have deep percolation and groundwater flow to riparian areas, in addition to shallow flow on the lower hillslope during intense storms (Figure 2-7A). In areas where local geology includes soil layers of low permeability, drainage is often restricted to shallow permeable soil (Figure 2-7B). In arid areas, intense precipitation onto hillslopes with sparse xerophytic vegetation and impervious soils creates a situation where overland flow is often the dominant pathway of drainage (Figure 2-7C).

Topography and hydraulic properties of sediments influence the degree to which riparian areas store hillslope runoff or transmit it to the channel. If comprised of coarse sediments, the riparian area can usually store large quantities of hillslope runoff and release it to the channel by groundwater discharge. Riparian sediments that are relatively fine and are lower in permeability than other soils of the watershed generally cannot store large quantities of water quickly enough, leading to rapid expansion of saturated areas. During intense storms, shallow subsurface flow that cannot move fast enough laterally emerges as *return flow* onto the surface of the riparian area. This flow is further augmented by rain falling directly on saturated areas. The expanding areas of saturation in the riparian area that result from hillslope runoff are referred to as variable source areas (Hewlett and Hibbert, 1967) or partial contributing areas (Dunne and Black, 1970). Such areas become saturated during the early part of intense storms, expanding further if rainfall continues. Depending on storm intensity and duration, the concave upward areas of valley bottoms and hillslope hollows tend to become saturated because they collect storm water faster than they deliver it to channels.

As is obvious from the preceding discussion, hillslope runoff is a highly variable process in space and time that depends on a variety of factors, particu-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058618

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 107 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html







FIGURE 2-7 Hydrologic linkage of upland ecosystems with stream corridor ecosystems in (A) forested landscapes with deep, well-drained soils where water percolates well beyond the rooting zone, (B) forested landscapes with shallow soils where underflow intercepts the rooting zone, and (C) arid and semiarid landscapes where soils of low permeability force overland flow. SOURCE: Reprinted, with permission, from Fisher et al. (1998). © 1998 by Springer-Verlag.

larly topography, sediment hydraulic properties, and antecedent groundwater levels and soil moisture. Weather is also important through its effect on the intensity and duration of precipitation, temperature, and solar radiation patterns. These factors in turn determine the types and amount of vegetation present in riparian areas and thus the extent of evapotranspiration. The interplay between these factors and their effect on hillslope runoff are summarized in Figure 2-8.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058619

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 108 of 203



FIGURE 2-8 Dominant processes of hillslope runoff in response to rainfall. SOURCE: Adapted from Dunne (1978).

### Channel Sources

A final source of water to riparian areas is from the channel itself via overbank flow, bank storage, or hyporheic flow. The extent and duration of overbank flow, or flooding, of riparian areas is very much dependent on intensity and duration of precipitation, basin area and topography, soil and aquifer type, and morphology of the river channel and floodplain. In general, when channels reach flood stage during storms and floods, riparian areas temporarily store excess water that cannot be quickly conveyed downstream. The overall effect of this water storage is delay and attenuation of the flood peak in downstream areas (Moench et al., 1974; Bhowmilk et al., 1980). Figure 2-9 shows the diversity of flooding environments for a 50-year flood on the Rhône River floodplain system. Floodwaters that overtop channel banks over a period of many decades and centuries and the sediments they carry are essential to the creation and maintenance of floodplain landforms mentioned earlier, such as levees and ridges. Rapid flow across riparian areas can rehydrate abandoned channels that directly flow back to the channel. Floodwaters that become trapped in topographic depressions, such as isolated sloughs, subsequently recharge the groundwater system; deposition of fine sediment, such as fine silt and clay, occurs during these long

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058620

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 109 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



FIGURE 2-9 Inundation patterns of the Rhône River floodplain system during a 50-year flood event, demonstrating the complexity of overbank flooding. SOURCE: Reprinted, with permission, from Tockner et al. (2000). © 2000 by John Wiley and Sons, Inc.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058621

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

periods of standing water. Hupp (2000) found that deposition rates are relatively high in southeastern coastal plain rivers because of the frequent return intervals of overbank flow and the relatively high sediment loads of the rivers. Riparian plant communities in Oregon have been shown to be associated with floodplain surfaces that receive relatively frequent overbank flows of at least once every five years (Chapin et al., 2000). As shown schematically in Figure 2-10, the relative importance of overbank flow versus hillslope runoff typically increases with increasing stream order.

Subsurface movement of water from the channel into the groundwater aquifer beneath the floodplain is sometimes an important source of water to riparian areas, particularly in ephemeral and intermittent streams. In perennial streams, this usually involves bidirectional exchange back and forth between the surface channel and groundwater beneath the floodplain. Two types of bidirectional interactions deserve special mention. The first is *bank storage*, which involves channel water moving laterally into subsurface riparian areas when river stage is high, and then gradually moving back to the channel when river stage drops (Pinder and Sauer, 1971) (Figure 2-11A). Bank storage in riparian areas can affect water storage, chemical transformations in streams and rivers, surface water temperature, and the composition and extent of riparian plant communities.



FIGURE 2-10 Relative importance of hillslope runoff versus overbank flow. SOURCE: Reprinted, with permission, from Brinson (1993). © 1993 by Dr. Douglas A. Wilcox, Editor-in-Chief, Wetlands.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058622

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 111 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html







FIGURE 2-11  Water exchange between channel and riparian areas caused by (A) change in stream stage followed by bank storage, (B) streambed topography routing streamflow temporarily through subsurface (hyporheic) flow paths, and (C) hyporheic flows through bends of meandering stream. SOURCE: Winter et al. (1998).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058623

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 112 of 203

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Squillace (1996), for example, demonstrated that bank storage in the Cedar River (Iowa) sequestered (and possibly led to degradation of) pesticides such as atrazine that had previously been transported to the channel by spring runoff from agricultural fields. After the peak spring flows in the Cedar River, pesticides were slowly discharged back to the river over a period of weeks to months, accomplishing a dilution of pesticide reaching the river.

The other type of bidirectional interaction is *hyporheic exchange*, which is the temporary routing of water through gravel bars and the alluvium surrounding stream channels (i.e., the hyporheic zone—see Figure 1-4). The extent of the hyporheic zone is defined operationally using solute tracers, e.g., as the depth in the sediment where tracer concentrations indicate that 10 percent or more of the water is derived from the channel (Triska et al., 1989). Channel flow enters the hyporheic zone due to uneven pressure gradients over a rough streambed, or due to pooling of water at higher elevations behind flow obstructions such as riffles (Harvey and Bencala, 1993; Wroblicky et al., 1998). As shown in Figure 2-11(B) and (C), channel flow that is routed through hyporheic zones generally returns to the channel within a relatively short distance downstream. Passage of stream water through hyporheic flow paths increases oxygen concentrations in the subsurface, creating specialized habitats for burrowing organisms beneath streamside riparian areas (Jones and Mulholland, 2000) and optimal conditions for bull trout and salmon eggs where hyporheic flow returns to the channel. Certain biogeochemical reactions are also enhanced in hyporheic zones, affecting the transport and transformation of nutrients, metals, and organic compounds (Jones and Mulholland, 2000).

### Role of Transpiration

Trees, shrubs, and herbaceous plants contribute significantly to water cycling and material movement in riparian areas. The most direct effect of plants on water flow and storage in riparian areas is transpiration. In smaller channels of headwater basins, riparian evapotranspiration accounts for a percentage of the groundwater that would otherwise be discharged to the channel (Daniel, 1976). Early studies along the Gila River in Arizona estimated that evapotranspiration removes 12.3 percent of the water from the system, while evaporation from the river surface and wet sand bars removed 2.5 percent (Gatewood et al., 1950). In a study of approximately 50 basins in the Appalachian Valley and Piedmont areas of the Mid-Atlantic region, riparian transpiration removed approximately 10 percent of recharged groundwater prior to discharge to streams (Rutledge and Mesko, 1996). Transpiration in relatively small headwater streams is significant enough to cause a diel cycle in streamflow, with decreased streamflows during the day and increased streamflows at night. Harvey et al. (1991) found that the size of the hyporheic zone in riparian areas expanded during the day and contracted at night, in accordance with riparian transpiration, providing circumstantial evidence that

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058624

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 113 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

in some areas, streamflow may be a significant source of water for riparian transpiration.

An important need in western riparian areas is to improve our understanding of the water-use requirements of riparian vegetation. This involves quantifying the relative importance of various water sources for transpiration, including recently recharged precipitation, groundwater, and surface water. Modern tools are being applied to this problem, including the use of water-stable isotopes in tree sap as tracers to identify the source of water for transpiration (Flanagan et al., 1992; Dawson and Ehleringer, 1993). Early results indicate that riparian plants use different components of water in the alluvium; sacaton grass, for example, uses recently recharged precipitation from the unsaturated zone (Moran and Heilman, 2000). In contrast, mesquite uses a mixture of groundwater and unsaturated zone water depending on tree size, cottonwood uses mostly groundwater, and willow uses only groundwater. When combined with sap-flow measurements, water-stable isotopes determine how water use by riparian trees changes with forest age, groundwater levels, and climatic fluctuations.

Unlike evapotranspiration, direct evaporation from stream reaches is usually small in comparison with groundwater discharge or flow inputs from upstream. However, evaporation can make a measurable contribution to the water budgets of lakes.

\*   \*   \*

As evident from the preceding discussion, hydrologic fluxes through riparian areas are highly variable in both space and time. Time scales range from minutes to hours (hyporheic flow and transpiration), days to months (storm and seasonal snowmelt response), and years to decades (climatic effects on recharge and baseflow discharge). As a result of that complexity, it is entirely possible that a single riparian area could function some of the time as a pathway for groundwater discharge, at other times as a hyporheic zone, and at still other times as a zone of bank storage. Any assessment of the hydrology of riparian areas therefore depends not only on physical attributes of the channel, watershed, and climate, but also on spatial and temporal boundaries of the particular problem. For example, determining only the net groundwater exchange in a stream or lake (i.e., the difference between discharge and recharge) is not always adequate for characterizing groundwater interactions that affect riparian areas. In many situations, both groundwater discharge from the watershed and recharge from the surface water body are important, necessitating more thorough investigations of water fluxes using multiple approaches (Krabbenhoft et al., 1990; Harvey and Bencala, 1993; Hunt et al., 1996; Choi and Harvey, 2000). Thus, there is no universally acceptable approach to characterizing the water balance of riparian areas, and many studies employ significant simplifications, assumptions, or other qualifications. Examples of riparian water balances developed for various purposes include

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058625

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

those by Goodrich et al. (2000), MacNish et al. (2000), and Rutledge and Mesko (1996).

## Biogeochemical Interactions Between Riparian Areas and the Surrounding Landscape

Along with water flow through riparian areas comes the transport and transformation of chemicals and particulate matter—key factors that affect the ecology of rivers and lakes. These processes have been most intensely studied within stream channels, although the role of riparian areas and groundwater in influencing adjacent aquatic systems is increasingly being explored. Although this section relies primarily on research conducted in riverine settings, broad concepts connecting physical and ecological factors have also been developed for lakes and wetlands (see Labaugh et al., 1996; Kratz et al., 1997; Carpenter et al., 1998; Wetzel and Søndergaard, 1998; and Wetzel, 1999).

### Instream Processes

Nutrients are cycled within streams and rivers, moving back and forth between inorganic forms and the living tissue of biota. Dissolved inorganic nutrients and nutrients associated with fine particulate organic or inorganic matter move with the flowing water, while nutrients in biotic compartments, such as microbes, periphyton, aquatic plants, and riparian trees, spend much longer in one place within the stream corridor. The cycling of nutrients between transported and fixed components is the basis of the Nutrient Spiraling Concept, which refers to the sequences of movement and temporary retention that occur during downstream transport (Newbold et al., 1982). The concept has been tested in the field through experimentation using dissolved tracers such as salts to track water flow and isotopic forms of important nutrients such as nitrogen and phosphorus (Figure 2-12). Recent work suggests that variations in hydrologic processes, not in biological and geochemical processes, are the most significant cause of site-to-site variation in the cycling of dissolved and fine particulate materials in streams (Findlay, 1995).

Consistent with the Nutrient Spiraling Concept is the River Continuum Concept (Vannote et al., 1980), which sets forth a classification of ecological processes in streams and rivers that is firmly grounded in the principles of fluvial geomorphology and hydrology. The River Continuum Concept places ecological processes, such as productivity, respiration, and food web structure, in an interdependent upstream–downstream sequence.

A limitation of the Nutrient Spiraling and River Continuum Concepts is that they emphasize longitudinal transport and changes in dominant processes according to channel hydrology. Thus, they refer primarily to the wetted channel and bottom sediment, rather than to riparian areas. The Flood Pulse Concept (Junk et

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 115 of
203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



FIGURE 2-12  Two-compartment nutrient spiraling model. The spiraling length S is the average distance a nutrient atom, such as phosphorus, travels downstream during one cycle. A cycle begins with the availability of the nutrient atom in the water column, and includes its distance of transport in the water ($S_W$) until its uptake (U) and assimilation by the biota, and whatever additional distance the atom travels downstream within the biota ($S_B$) until that atom is eventually re-mineralized and released. W = water, B = biota, R = release. SOURCE: Modified from Newbold et al. (1982).

al., 1989; Bayley, 1991), on the other hand, emphasizes the role of lateral exchanges between the channel and floodplain (and thus through riparian areas) as an integral driver of ecosystem processes in river corridors. As shown in Figure 2-13, biogeochemical interactions between riparian areas and channels are prob-



FIGURE 2-13 The influence of the flood pulse within the river–floodplain complex. SOURCE: Reprinted, with permission, from Bard and Wilby (1999). © 1999 by Routledge Publishers.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058627

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

ably most intense during storms ("river–floodplain nutrient transfer"). Material fluxes of water, sediment, nutrients, and organic matter are maximized at flood stage. For example, floods deposit new sediments with associated nutrients on the riparian surfaces, creating the conditions that favor high primary productivity of riparian vegetation. Flood pulsing is also an efficient means of moving carbon and nutrients out of the forest and into the main channel. The transformation and transport processes that carry out the lateral exchange of material are discussed in detail below.

### Fate and Transport Processes in Riparian Areas

Riparian vegetation indirectly influences biogeochemical cycling through transpiration and other effects on water flow. However, it has more direct effects, including uptake or excretion of solutes by roots as well as symbiotic associations with bacteria or fungi that stimulate important biogeochemical reactions. Several characteristics of riparian areas make them important sites for subsurface transformations of nutrients and other chemicals. Riparian soils (defined topographically as valley bottom areas that tend to become saturated during storms) possess greater soil N concentrations, higher-quality particulate organic carbon (as measured by C:N ratio), and greater overall microbial activity than do ridge and slope area soils (Garten et al., 1994). In addition, riparian soil water and dissolved organic carbon are flushed to streams much more quickly than hillslope soil water (Boyer et al., 1997).

Numerous studies have investigated the role of grassed and forested riparian areas in controlling the transport of sediment, nutrients, pesticides, metals, microorganisms, and other pollutants to receiving waters, using buffers both within and upslope of riparian areas. Although the results of these studies are highly variable in terms of "pollutant removal" or "trapping," they have greatly improved our understanding of the mechanisms controlling transport and fate in riparian areas, especially for sediment and nutrients. The major physical, chemical, and biological fate and transport processes associated with riparian areas include infiltration, deposition, filtration, adsorption, degradation, and assimilation. Figures 2-14(A) and 2-14(B) show the important fate and transport processes for nitrogen (which is generally dissolved) and phosphorus (which is generally bound to sediment), respectively, in riparian areas.

*Infiltration* (also referred to as percolation) is a primary transport process during which water and dissolved chemicals and particulates enter the subsurface. Infiltration is important because it decreases the volume of overland flow, thus reducing the aboveground transport of chemicals and particulates. Once in the soil profile, pollutants are often removed or degraded by a variety of physical, chemical, and biological processes. Infiltration is one of the more easily quantifiable mechanisms affecting the performance of riparian areas that are to be utilized for removing chemicals. Thus, many constructed riparian buffers are de-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058628

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 117 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

A



B



FIGURE 2-14  Fate and transport processes for (A) nitrogen and (B) phosphorus in riparian areas.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058629

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 118 of
203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

signed to maximize the infiltration of precipitation from a storm (Midwest Plan Service, 1985). (This approach necessitates large land requirements, especially if other removal processes are ignored.)

The dense herbaceous vegetation or litter layers of riparian areas offer high resistance to overland flow and decrease its velocity immediately upslope and within riparian areas. This reduction in velocity can promote *deposition* of sediments formerly suspended in hillslope runoff. Sediment-bound chemicals may be removed from overland flow during the deposition process. However, it should be noted that some trapped chemicals, such as organic nutrients, may be released into overland flow in dissolved form. Several mathematical models exist to describe deposition of sediment and sediment-bound chemicals in riparian areas (Hayes and Hairston, 1983; Lee et al., 1989; Inamdar et al., 1999).

*Filtration* of solid particles by vegetation and litter during overland flow and *adsorption* of dissolved chemicals and microorganisms to soil and plant surfaces are not well understood. Filtration is more significant in trapping larger soil particles, aggregates, and particulate organic matter, while adsorption to clay and organic matter in soils is more effective in trapping dissolved compounds with positive charges, such as orthophosphorus, heavy metals, and some pesticides. Adsorption of chemicals to the soil surface during overland flow is probably not very significant because of the short contact time and because adsorption sites are likely filled with previously adsorbed molecules (Dillaha et al., 1989).

Because the soils of riparian areas are generally enriched with root biomass and organic matter and have diverse soil microbiology, they support a myriad of biological processes that can transform chemicals dissolved in the subsurface. For example, the enhanced biological activity of riparian areas includes the microbial *degradation* of organic pesticides (USDA, 2000) and petroleum products (Brock and Madigan, 1991, p. 654). Both plants and soil microorganisms can *assimilate* large amounts of dissolved subsurface chemicals, particularly nutrients. Plant uptake can lead to either short- or long-term nutrient removal, depending on whether nutrients are stored in woody biomass that is retained at the end of the growing season or lost as leaves and twigs that return to the soil surface (Lowrance et al., 1995; Correll, 1997). The recycling of nutrients through plant uptake and release via decomposition contributes to keeping nutrients in the riparian area rather than releasing them to an adjacent waterbody. To maintain active nutrient assimilation, plant biomass must be removed, as is sometimes done in managed riparian areas where fast-growing trees are harvested for lumber and grasses and herbs are harvested for forage and biomass (Schultz et al., 1995). In addition, whether assimilation by vegetation occurs from the unsaturated zone is critical in determining whether there is an effect on flowpath chemistry (the saturated zone). Nonetheless, assimilation by plants is not a widely exploited mechanism of nutrient removal because the process has not been well described analytically.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058630

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

*Denitrification* is a transformation process in which soil microorganisms take up dissolved nitrate from subsurface water and convert it to nitrogen gas. It is believed to be highly effective in removing nitrate from subsurface flow where conditions are favorable, that is, where nitrate-laden groundwater flows through areas that are both enriched with organic matter and anaerobic. Denitrification may also occur under aerobic or unsaturated soil conditions in localized soil micro-sites with high concentrations of particulate organic carbon (Parkin, 1987). Given their ample organic matter and diverse microbiology, it is not surprising that riparian areas support denitrification (Groffman et al., 1992; Addy et al., 1999), with riparian forests reported to remove 30–40 kg N ha$^{-1}$ yr$^{-1}$ under suitable conditions (Lowrance et al., 1995). Denitrification also occurs at seeps, where groundwater comes to the surface through soil horizons that are enriched with organic matter, as well as in wetlands, shallow groundwater, and other areas where substantial amounts of organic matter exist under saturated conditions. Schade et al. (2001) demonstrated the importance of denitrification over plant assimilation as a mechanism for removing nitrate from shallow groundwater. In this case, organic carbon produced by riparian shrubs acted as an energy source to drive denitrification. Despite the popularity of managing riparian areas to enhance denitrification, there is some doubt as to their importance in removing nitrate in certain agricultural settings. For example, Bohlke and Denver (1995) showed that on the Delmarva Peninsula, contact of groundwater flow paths with geochemically reducing sediments at the base of the shallow aquifer, prior to discharge through riparian areas, was more important in accounting for denitrification.

**Sites of Fate and Transport Processes.** Because the transformation processes described above require contact between chemical-laden water and either riparian vegetation or microbes in soils and sediment, their extent is obviously limited in instances where groundwater passes below the biologically active riparian area. Such bypassing can occur when riparian soils have low hydraulic conductivity (compared with a sand or loam) because of a relatively large proportion of fine sediment such as clay, silt, or humified organic matter. The extent of bypassing, and thus the ability of riparian areas to support chemical transformation such as denitrification, depends on many factors such as antecedent moisture, soil texture, underlying aquifer or bedrock geology, and human-induced landscape and channel conditions (Gilliam et al., 1997). Transformation mechanisms that occur in the unsaturated zone, such as some plant assimilation of nutrients, will have little effect on groundwater chemistry.

Although the preceding processes have been described as occurring in the subsurface water moving through riparian soils, they also occur in slackwater habitats (i.e., shallow and slowly moving sections of surface water channels) and hyporheic zones. For example, nitrate is removed from flowing water via denitrification within hyporheic zones (Hinkle et al., 2001). A significant proportion of nutrients (both dissolved and particulate) and inorganic and organic components

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058631

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 120 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

are associated with sediments of the hyporheic zone as opposed to the active river channel (Pinay et al., 1992, Vervier et al., 1992, 1993). Periphyton, benthic algae, leaf packs, microbes, and some of their consumers are also present in varying degrees within the sediment.

**Contact Time.** Longer contact times are required for the transformation of some nutrients and other dissolved substances in overland and shallow subsurface flow. Thus, the extent to which these mechanisms occur is dependent on the amount of time that runoff and associated chemicals are retained in the riparian area, which is in turn largely a function of hydrology. Overall pollutant removal occurs to the greatest extent when overland flow and shallow subsurface flow are distributed uniformly across the riparian area. When overland and shallow subsurface flows concentrate and flow through only a portion of the riparian area (which is dependent partly on local topography), the areas with concentrated flow have shorter detention times, and their transformation mechanisms may be overwhelmed. Activities such as agriculture, silviculture, mining, and urbanization tend to concentrate flows (via gullies, channels, and subsurface tiles—see Chapter 3), such that only a small fraction of the riparian area's chemical and particulate trapping potential is realized (Dillaha et al., 1989).

**Role of Stream Order.** The importance of biogeochemical transformations, in terms of preventing pollutants from reaching adjacent waters, diminishes as one goes from ephemeral and first- and second-order streams to larger, higher-order streams. A greater portion of the flow passes through riparian areas along low-order streams before reaching the channel network, making their riparian areas more instrumental in removing pollutants from runoff. In contrast, most of the flow in high-order streams comes from low-order stream channels, and only a small portion of the flow in high-order streams actually crosses the riparian areas associated with the high-order stream segment. This suggests that if water-quality protection is a primary objective, priority should be given to restoration of functional riparian areas along ephemeral and first- and second-order streams over larger, higher-order streams (similar to the conclusion reached by Brinson (1993) for wetlands used for water-quality protection). As shown in Figure 2-15, first- and second-order stream channels comprise the vast majority of all stream kilometers in a given watershed (Leopold et al., 1964). It should be noted that the role of stream order is less clear for transformation via hyporheic exchange and the passage of water into and out of the riparian area during longitudinal flow.

Finally, it must be remembered that chemical transformation/ removal is just one function of riparian areas (although frequently the primary target of management actions in agricultural areas—see Chapter 5). Even when specific riparian areas are only marginally effective for pollutant removal, they are still essential for wildlife habitat, flood control, and many other environmental services as described below.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058632

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 121 of
203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



FIGURE 2-15 Relationship between stream order and stream length. Reprinted, with permission, from Leopold et al. (1964). © 1964 by W.H. Freeman and Company.

## REGIONAL CLIMATE AND RESULTING RIPARIAN VEGETATION

The streamflow and associated fluvial and sediment processes that shape riparian areas are the products of regional patterns of topography and geomorphology, climate, and runoff. All these factors combine to create the observed distribution of riparian vegetation across the United States.

### Climate

Climate has a strong influence on the structure and functioning of riparian areas, mainly through temperature and precipitation. These in turn strongly influence two other factors—evapotranspiration (ET) and runoff. ET refers to the surface water that moves from the liquid phase to water vapor through transpiration by plants and evaporation. (Potential evaporation (PET) is the evapotranspiration that would occur if water were not limiting.) Runoff is water that escapes both evapotranspiration and transport to deeper aquifers, finding its way to streams via overland and shallow subsurface pathways. Regional variation in these parameters contributes to the diversity of riparian vegetation observed across the United States.

Incoming solar radiation from sunlight influences air temperature, precipitation, and the subsequent apportioning of precipitation into evapotranspiration, subsurface recharge, and watershed runoff. Within the contiguous 48 states, solar radiation exhibits significant seasonal variability. Short days, low sun angles, and significant cloud cover result in low solar radiation inputs during winter months. In contrast, long days, high sun angles, and less cloud effects during the summer-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058633

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 122 of
203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

time combine to more than double the solar radiation of the winter months for many areas. Although the seasonal pattern of incoming solar radiation to the atmosphere varies little from year to year, clouds, which are highly variable, reduce the actual amount and timing at any particular point on the earth. Finally, aspect and slope further influence the amount of energy available at a particular location: during clear sky conditions, south-facing slopes receive more incoming solar radiation per unit area than do north-facing slopes (Reifsnyder and Lull, 1965).

Annual precipitation is highest in the eastern United States, particularly along the Gulf of Mexico coast, with up to 155 cm in Tallahassee, Florida (Figure 2-16). In general, precipitation is 90 cm or more to the east of a line extending from the mouth of the Mississippi River to the western shores of the Great Lakes and is distributed evenly throughout the year. (South Florida, with a pronounced winter dry season and summer wet season, is an exception.) The major moisture source is the Gulf of Mexico, even as far north as New England, but east of the Appalachian Mountains, the Atlantic Ocean is also significant. The lowest annual rainfall in the eastern United States usually exceeds 50 percent of the long-term mean; thus, severe droughts are uncommon. Compared to more arid regions, the eastern United States is characterized by gradual gradients in hydrophytic vegetation away from streams.

West of the Mississippi, the Gulf of Mexico is a less significant source of moisture, and north–south mountain ranges reduce the supply of Pacific moisture reaching the region, especially in the valleys. The western half of the Great Plains, the Great Basin, and the Southwest are mostly semiarid or arid. Non-coastal areas of the Southwest have with a strong summer rainfall maximum. The summer precipitation often comes in heavy thundershowers, and runoff generally travels as overland flow to nearby streams with little infiltration into the soil. Thus, little precipitation becomes available to recharge groundwater. The Sonoran Desert has a significant but smaller winter rainfall maximum arising from storms of Pacific origin. Because of the scarcity of rainfall, desert scrub ecosystems are distributed as far north as the Canadian border (49° N) and beyond, even at elevations of 2,000 m. In these climates, the gradient of vegetation with distance from streams is steep, and the well-developed riparian vegetation is usually striking in contrast to the surrounding desert landscape.

Finally, the Pacific Coast has a Mediterranean or modified Mediterranean climate, with a strong precipitation maximum during winter when cool temperatures limit plant growth. This seasonal peculiarity results in a strong moisture deficit for plants during the summer growing season. Along the coast, annual rainfall ranges from about 25 cm in the south to well over 100 cm in the north, and it can exceed twice that amount in coastal mountains and along the western slopes of the Sierra Nevada–Cascade range. The Pacific Coast and the Southwest have much greater variation in annual rainfall than does the eastern United States.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058634

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

79



FIGURE 2-16  Average annual precipitation in the United States. SOURCE: Geraghty et al. (1973).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058635

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 124 of
203

Except in the extreme northern part of the Pacific Coast, the lowest annual rainfall is often considerably less than 50 percent of the long-term average.

Across the United States, mean annual temperature generally decreases from south to north and with increasing elevation. Temperature variability, especially the range between daily and seasonal highs and lows, increases with distance from the ocean, especially the Pacific. Both temperature and precipitation vary with latitude, elevation, and proximity to large waterbodies or mountains.

These regional patterns of solar radiation, precipitation, and temperature, combined with elevation and other local topographic features that affect runoff, result in a highly complex pattern of "life zones" (as illustrated in Plate 2-2). Because of higher variability in precipitation and temperature in the West, well over 75 percent of the possible life zones are found west of the Mississippi River.

### Runoff

Runoff describes the flow of water from the terrestrial landscape to surface-water bodies (e.g., stream channels, ponds, and lakes). It comprises all of the water that moves quickly to channels without being evaporated or stored for significant periods in soils and groundwater. Long-term runoff patterns from watersheds, which are reflected in streamflow, play an important role in shaping riparian systems. Streamflow amounts from a given watershed often exhibit general patterns from year to year as a result of topography, soil type, geology, vegetative cover, and the watershed's climate. Figure 2-17 shows the mean annual runoff in the United States.

The variation in runoff between watersheds can be explained by the intensity of precipitation, season of maximum precipitation relative to evapotranspiration, drainage area, land slope, soil and geologic characteristics, and vegetation type (Gregory and Walling, 1973). These factors determine the extent of infiltration versus overland flow, the proportion of soil water that is evaporated, the flow paths of precipitation across or through soils, and the proportion of soil water that is recharged to groundwater. Together, they affect the timing and rate of water delivery to channels, as well as the total runoff.

To evaluate the relative importance of precipitation and evapotranspiration to runoff amounts, these two variables are sometimes combined into a single factor called excess precipitation, defined as the difference between precipitation and evapotranspiration. Another common way to portray this concept of excess precipitation is the difference between precipitation and potential evaporation, or P–PET (Plate 2-3). In general, the percentage of precipitation that occurs as runoff is highest where excess precipitation is greatest, e.g., in the Northeast, Northwest, and Upper Midwest, and in high mountain areas. In those areas, the proportion of incoming precipitation that becomes runoff is typically greater than 50 percent. Excess precipitation is more moderate in the Southeast and Midwest. In the Great Plains, Great Basin, and Southwest, excess precipitation is at or near

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058636

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Copyright © National Academy of Sciences. All rights reserved.



FIGURE 2-17  Mean annual runoff in the conterminous United States. SOURCE: Reprinted, with permission, from Satterlund and Adams (1992). © 1992 by John Wiley & Sons, Inc. NOTE: The white sections in the far Pacific Northwest and East fall into the mean annual runoff category of 50 to 100 cm, while those white sections located in the Great Basin, the arid Southwest, and the Plains states fall into the category of 0 to 3 cm.

81

BLM_0058637

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 126 of 203

zero and P–PET is negative, and consequently runoff percentages are typically well below 20 percent.

Seasonal variability in runoff reflects the timing and type of precipitation, the evapotranspiration rates throughout the year, and the intensity and duration of storms. Winter and early-spring storms in the East are longer in duration than in the West and occur when there is greater antecedent soil moisture, causing highest runoff in late winter or early spring despite fairly even distribution of precipitation throughout the year. Accumulation of snowfall and its subsequent melting are important factors influencing runoff patterns in cooler regions and where streams in the West have their headwaters in mountain ranges. Summer thunderstorms are dominant contributors to runoff in western mountains, the arid Southwest, and the Great Plains because winter precipitation is often low and because sparsely vegetated surfaces contribute a greater percentage of precipitation to overland flow. Together, these climatic factors determine patterns of peak runoff that become progressively later in the year from east to west across the United States. High-flow periods also tend to be shorter in duration the farther west one goes, as the dependence on summer thunderstorms increases. These general patterns of runoff variability do not include the Pacific Coast, where the timing of runoff is more similar to that of the Northeast.

The interannual variability of runoff, which in part determines the disturbance regimes characteristic of riparian areas, is highest in the Southwest (>100 percent), less in the Great Plains, Great Basin, and Midwest (>50 percent), and lowest in the Northwest, Rocky Mountains, and eastern United States (<30 percent) (Figure 2-18). Although in any given year and watershed the pattern of runoff can be relatively unique, over periods of multiple years, runoff patterns for specific watersheds tend to converge where lithology, soils, elevations, vegetation, and climatic inputs are similar.

### Topographic and Geomorphic Patterns

In addition to climate and runoff features, there are important topographic and geomorphic patterns that lead to the observed variability in riparian areas across the United States. As shown in Figure 2-19, there are distinct types of riparian areas depending on the shape and steepness of the terrain, the composition of the underlying geologic materials, and their relative position within the stream network. For example, headwater streams tend to be associated with relatively steep watersheds and often have streams or rivers that are laterally constrained by hillslopes or geologic formations. Constrained streams have limited capability to adjust to changes in flow and sediment delivery rates. However, in a down-valley direction, the deposition of alluvial sediments along valley bottoms and lowlands decreases hillslope and geologic constraints on a stream's lateral movement. Hence, unconstrained streams tend to have a greater sinuosity and are

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058638

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



FIGURE 2-18 Interannual variability of runoff, as measured by coefficients of variation for runoff from the conterminous United States. SOURCE: Reprinted, with permission, from Patrick (1995). © 1995 by John Wiley & Sons, Inc.



FIGURE 2-19 Generalized pattern of stream systems occurring across a range of terrain types. SOURCE: Reprinted, with permission, from Naiman et al. (1992). © 1992 by John Wiley & Sons, Inc.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058639

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 128 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

more capable of adjusting to varying patterns of flow and sediment transport from upstream sources.

Position in the stream network plays a major role in riparian area structure because riparian areas are highly responsive both to the hydroperiod of the adjacent waterbody (e.g., depth, frequency, duration, etc.) and the source of the water (marine versus freshwater)—characteristics which differ among headwater streams, larger-order rivers, lakes, and estuaries. In many cases, these forces can be more important than climate in determining riparian area structure. For example, salt-influenced tidal marshes are more structurally and functionally distinct from floodplain forests within the same climate zone than are two salt-influenced tidal marshes, one in an arid climate and the other in a humid climate.

There have been various attempts at characterizing regions of distinct topography, hydrology, and geomorphology in order to provide an improved perspective regarding the regional structure of riparian areas. For example, Winter et al. (1998) and Winter (2001) define a "landscape unit" (called a basic building block of all landscapes) as simply an area of uplands adjacent to an area of lowlands, with the two areas being separated by an area of steeper terrain. The landscape unit's hydrology is determined by hillslope gradients, soil permeability, dimensions and permeability of the geologic framework, and atmospheric-water exchange, which is controlled by climate. Conceivably, all of the more complex hydrologic landscapes that are evident in the United States are variations or multiples of these fundamental landscape units. Some examples include (1) mountainous terrain, with narrow lowlands and uplands separated by steep valley sides, (2) a basin and range landscape, with very wide lowlands separated from much narrower uplands by steep valley sides, and (3) plateaus and high plains consisting of narrow lowlands separated from very broad uplands by valley sides of various slopes (Winter et al., 1998).

The purpose of the hydrologic landscape unit classification is to characterize pathways and rates of water movement through landscapes. For example, if a landscape has low land slope and low-permeability soils, overland flow will be slow and recharge to groundwater will be limited. In contrast, if the soils are permeable, overland flow may be limited but subsurface flow and groundwater recharge will be high. The key variables used are the distribution of landscape relief (maximum minus minimum elevation), average slope, slope distribution (percent flatland and percent upland or lowland), geologic texture and permeability, and available atmospheric water exchange (annual average precipitation-potential evapotranspiration). Wolock (2001) used statistical analyses of the existing nationwide datasets (averaged over approximately 200-km$^2$ watersheds) to classify landscapes across the United States, with the results clustering into 20 hydrologic landscape units (shown in Plate 2-4). Unlike with the life zone map (Plate 2-2), regional differences in hydrologic landscape units are significant across the entire country primarily because of the high variability in surface and subsurface properties.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058640

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

## Disturbance Regimes

A variety of natural, physical disturbances that span scales ranging from tectonic activity to localized erosion help shape riparian areas. Geologic uplift that increases or decreases channel slope can cause, respectively, greater channel incision or greater overbank flow frequencies (Burnett and Schumm, 1983). Even in tectonically stable areas, however, the primary influences on the structure of riparian plant communities are fluvial processes—in particular, floods and the associated transport of sediment within streams. Floods and overbank flows occur when stream discharge exceeds channel capacity. Where snowmelt is an important contributor, rain-on-snow events produce exceptional floods. At lower elevations, high-intensity thunderstorms are of great importance in generating floods, particularly in the Southwest and Great Basin. Floods along the Gulf of Mexico and the southern Atlantic Coast are often associated with landfall of hurricanes and tropical depressions.

As shown in Figure 2-20, fluvial disturbances play a significant role in determining the composition of riparian vegetation by controlling the germination and successful establishment of seedlings as well as their long-term survival. The recruitment of woody riparian species in particular is dependent on interannual variability in flooding, channel migration, and sediment deposition. For example, germination of cottonwoods and some willow species generally occurs on locally scoured beds following channel adjustments such as channel narrowing caused by reduced flows (Figure 2-20B) or a flood pulse (Figure 2-20D). Whether the seedlings are established and reproduce depends on future disturbance events; plants may perish under drought conditions or they could be scoured away during subsequent floods or winter ice flows. Only plant species capable of tolerating these disturbances are likely to survive over the long term. For example, the vertical accretion of flood-deposited sediment may result in burial of the root crowns of trees (Scott et al., 1996). This is a selective process that allows survival of tree populations that are capable of producing new root systems when their stems become buried. For actively meandering rivers (Figure 2-20C), large-scale sloughing occurs when flows locally undercut forest vegetation positioned on the outside of meander curves. At the same time, point bar formation and vertical accretion on the inside of meander curves provide substrates for seedling, and ultimately forest establishment (Friedman and Auble, 2000). Where lateral channel migration is active, the rate of movement can be calculated from increases in tree age along transects perpendicular to the inside of the meander curve (Everitt, 1968).

The microtopographic variation created by diverse fluvial processes supports a species richness that would not otherwise occur (Gregory et al., 1991). In more humid areas where precipitation is higher and more evenly distributed throughout the year, flood intensity is generally lower and flood duration longer than in arid climates. In such situations, vegetation tends to be more effective in

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 130 of
203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



FIGURE 2-20  Hydrogeomorphic control of recruitment of woody pioneer species. Seed germination, early seedling mortality, and tree recruitment are shown in relation to annual high and low flow lines along four bottomland cross sections (A–D). In each of the four situations, the cross-hatched area in the upper part indicates the zone of seedling estab- lishment, and the cross-hatched area in the lower part indicates the zone of long-term survival. (A) In the absence of interannual flow variability and channel movement, there is little or no tree recruitment. (B) On a narrowing channel, there is recruitment on the former channel bed. (C) Recruitment on point bars is typical of a meandering river. (D) Tree recruitment at high elevations is associated with infrequent floods and no channel movement. SOURCE: Reprinted, with permission, from Friedman and Auble (2000). © 2000 by Cambridge University Press.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058642

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 131 of 203

stabilizing channel migrations, thus leading to a diminished zone of disturbance (Figure 2-21A). In contrast, rivers in more arid regions experience flood discharges that can be orders of magnitude greater than their base flows (which may be zero in some cases), resulting in significantly greater flow variation and physical disturbance. In arid regions disturbance-tolerant trees may be found along the entire cross section of riparian areas (Figure 2-21B).







FIGURE 2-21 Influences of environmental stresses on the distribution of riparian trees. (A) Cross section of typical bottomlands in the low-gradient streams of the Coastal Plain of the southeastern United States. (B) Cross section typical of the bottomlands in the western Great Plains. Bars under cross sections show the extent of physical disturbance, anoxia, and adequate moisture for survival of trees. Although the three tree strategies are presented as distinct, many species combine strategies. The term "shade tolerant" refers to trees that are able to reproduce in the shade of other trees in the absence of physical disturbance. SOURCE: Reprinted, with permission, from Friedman and Auble (2000). © 2000 by Cambridge University Press.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058643

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 132 of 203

Physical disturbance from trees, ice floes, boulders, and other solid objects in floodwaters can be effective in limiting vegetation to those species of very short stature, especially immediately adjacent to channels. Ice floes have a profound effect in boreal and arctic Alaska where ice floating downstream removes vegetation (Bliss and Cantlon, 1957; MacDonald and Lewis, 1973). During hurricane-generated flows that pass directly over the Luquillo Experimental Forest in Puerto Rico, slope failures and torrential stream discharge transport whole trees and meter-diameter boulders to riparian channels, creating disturbance that makes riparian forests less species-rich than surrounding upland forests (Ahmad et al., 1993; Scatena and Lugo, 1995). Nonetheless, it is clear that floodwater by itself can effectively eliminate vegetation, as evidenced by areas of sparsely colonized floodplains in the arid Southwest (Zimmerman, 1969). An extreme example of the long-term influence of fluvial processes is the elimination of forest areas by channel migration and the subsequent isolation of these forests in the tectonically active regions of upper Amazonia (Kalliola et al., 1991). These processes have been proposed as a speciation mechanism for forest plants on evolutionary time scales (Råsånen et al., 1987).

Fire is a physical disturbance predominantly in uplands, but it can become significant in arid riparian areas when drought conditions develop. In fact, fire is second only to flood events as a disturbance agent affecting riparian vegetation in northern Montana (Lee, 1983). In riparian areas along the southern California coast, where fire was historically only of minor importance, the introduction of a highly fire-tolerant grass (*Arundo donax*) in floodplains has led to the eventual elimination of the more fire-intolerant valley oaks that originally dominated (Boose and Holt, 1999). Such replacement tends to reduce the complexity of riparian forests with predictable consequences for nesting birds, shade-adapted plants, and other tree-dependent organisms.

Change in relative sea level is yet another, albeit more chronic, natural disturbance that causes changes in coastal riparian areas. Where sea level is rising in relation to the land surface, both inundation and salinity intrusion cause coastal riparian areas to change from forest to salt marsh vegetation (Brinson et al., 1995; Williams et al., 1999). As sea level rises, riparian areas migrate landward and replace upland forest while the estuarine shoreline erodes. Depending on the relative rates of forest replacement and shoreline erosion, the width of riparian areas can increase, decrease, or remain at steady-state. On islands or on coastlines where impediments to landward migration interfere, eroding shorelines caused by rising sea level will eventually eliminate riparian areas (Figure 2-22). The Mississippi alluvial valley represents a large-scale and long-time span case of downcutting and alluvial filling forced by multiple fluctuations in sea level during the Pleistocene (Fisk and McFarlan, 1955). Although the Mississippi example is largely irrelevant to most current ecological and socioeconomic concerns, it emphasizes how great a role sea level changes and tectonic activities played in eventually establishing today's distribution of vegetation in estuarine

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058644

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 133 of
203



FIGURE 2-22 Response of coastal riparian areas to rising sea level. As the shoreline
moves landward, riparian areas may migrate upstream or overland, or be eliminated as
shorelines of islands erode. Vertical arrows represent the accumulation of sediment in
pace with rising sea level, which must occur or riparian areas will be eliminated; horizon-
tal arrows indicate shoreline erosion. SOURCE: Reprinted, with permission, from Brin-
son (1991). © 1991 by Dr. Douglas A. Wilcox, Editor-in-Chief, Wetlands.

riparian areas. Sea level changes and tectonic activity continue to shape the
vegetation of high-latitude regions where continental margins are rising relative
to sea level (Jordan, 2001). In these cases, coastal vegetation becomes increas-
ingly isolated from tidal and salinity effects—the opposite of the more common
landward "migration" of riparian areas.

### Moisture Availability and Anoxia

Although physical disturbances are important in higher-order streams with
strong flows and in headwater streams with steep gradients, soil moisture and

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058645

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 134 of
203

depth to the water table also influence the composition of plant communities. Riparian areas in humid climates at the lowest elevations commonly experience such frequent flooding that adequate moisture for plant growth is generally found across the entire riparian area (Figure 2-21A). In such cases, soil anoxia brought on by persistent flooding or saturation is a greater factor in controlling riparian species composition than is physical disturbance. Anoxia is particularly prevalent in the fine sediment grains typical of low-gradient downstream reaches, which tend to retain moisture much more efficiently than coarse sediment. Some of the most flood-tolerant species in the United States (e.g., *Taxodium distichum*, *Nyssa aquatica*) can tolerate constant soil saturation, although they require a drawdown period for seed germination and seedling establishment. Where trees cannot establish because of continuous flooding, marshes and submerged plant communities become established. Beaver may facilitate this process by both felling trees and creating continuous inundation. Thus, while structural differences in vegetation between riparian areas and uplands may not be readily apparent in humid climates, species composition is very different.

Riparian areas in arid regions, on the other hand, are in close proximity to the only significant sources of water available for tree growth. Thus, anoxia is extremely limited and is of negligible importance in influencing species composition compared to overall moisture availability and disturbance patterns (Figure 2-21B). The narrow band of available water along streams in arid regions results in a forested riparian area of pioneer species, such as willow and cottonwood, that stands in stark contrast to the surrounding more sparsely vegetated uplands.

The different gradients of plant species richness brought about by moisture availability are illustrated in Figure 2-23. In this case, the number of species found within the riparian area of arid Sierra Nevada streams is markedly higher than in adjacent uplands, while species richness throughout the more humid Cascades riparian areas and uplands is relatively uniform (although species composition is not identical).

### Regional Riparian Vegetation

The characteristics of riparian vegetation vary substantially across the United States and correspond with geographic variation in climate, hydrologic regime, and associated geomorphology. For reasons discussed earlier, there are major differences between the riparian vegetation found in humid versus arid regions. In addition, within most of the geographic regions described, riparian vegetation types at low elevations differ from those in high-elevation mountainous regions. The vegetation of riparian areas also varies according to the kinds of terrestrial and aquatic ecosystems they connect. Salinity and tidal inundation influence riparian vegetation adjacent to estuarine and marine waterbodies. Shorelines of lakes often undergo interannual fluctuations in water level, forcing riparian plants to constantly shift their positions. In riverine settings, sedimentation and erosion,

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 135 of 203

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



FIGURE 2-23  Gradients of plant species richness along lateral transects from the stream channel to upper hillslopes along three streams on the west slope of the Cascade Mountains of Oregon (more humid) and three streams in the Sierra Nevada of California (more arid). SOURCE: Reprinted, with permission, from Gregory et al. (1991). © 1991 by American Institute of Biological Sciences.

moisture availability, and the frequency, duration, and intensity of floods are selective factors that help shape the spatial patterns and species composition of riparian plant communities. The dynamic nature of many stream channels leads to cyclic changes in vegetation as the result of floodplain erosion and point bar deposition.

Riparian areas often support woody vegetation, and forests are a common community structure. There are notable exceptions, however, particularly along arid-zone, high-altitude, and high-latitude streams, where graminoids and shrubs are prevalent. Further, many forested riparian areas have herbaceous wetlands embedded within them and as a component of the forest floor. It is this complexity of vegetation types that contributes to the enormous richness of riparian areas in comparison to uplands, particularly in arid regions (Gregory et al., 1991; Brinson and Verhoeven, 1999). Thus, in the Great Plains and the arid and semi-arid West, the contrast in species composition and physiognomic structure between riparian areas and uplands is large (Figure 2-23). In north-central Okla-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058647

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 136 of
203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

homa, riparian forests have a much higher species diversity than adjacent upland forests, while the opposite is true for corresponding studies in the eastern deciduous forest region (Collins et al., 1981). Outside the United States, riparian areas have also been shown to harbor more diverse plant communities than uplands on a regional scale. For example, at least 260 species (or 13 percent) of the total Swedish flora occur along the Vindel River, which holds the country's record of 131 species per 200 m length (Nilsson, 1992). The diversity in riparian vegetation stems not so much from species richness within individual plant communities but rather from the existence of broad plant community types as well as age and structural diversity within plant communities. This large-scale heterogeneity is a result of the extreme conditions of disturbance, wetness and dryness, and other fluvial processes characteristic of riparian areas. For example, in the Saskatchewan River delta in Canada, none of the plant communities is particularly species rich (Dirschl and Coupland, 1972). Yet the delta vegetation was classified into 11 broad plant community types according to physiognomy, with six of these consisting of woody vegetation (white spruce-hardwoods forest, black spruce-tamarack forest, tall willow-alder shrub, medium willow shrub, low willow shrub, and bog birch shrub). The remaining five community types were dominated by herbaceous wetland vegetation. Even in arid regions where riparian vegetation represents the only forest structure in the landscape, tree species diversity is low, but age class and structural diversity are typically high.

Because of these sources of biodiversity, regional differences among riparian areas are best illustrated by comparing the plant community and species compositions rather than determining that one region is more species-rich than another. The following section focuses on the dominant woody component of riparian areas to illustrate regional differences, organized around the broad geographical areas depicted in Figure 2-24. Because of the lack of equivalent and collated information on other riparian plant types, only trees are covered comprehensively. It should be noted that most riparian areas exhibit lateral zonation of species, something that cannot be addressed at large regional scales and as such is not part of this summary.

*Boreal and Arctic Alaska*

Boreal (interior) Alaska extends north from the maritime climate of the southeastern part of the state to the Brooks Range, which separates the interior from the Arctic, or North Slope. Although precipitation in the interior and the North Slope is relatively low, a combination of a short growing season, low evapotranspiration, and low topographic gradients results in excess moisture and saturated soil. Black spruce dominates the uplands of interior Alaska (Post, 1996), while riparian vegetation fluctuates in response to the dynamics of ice scour, active channel meandering, and sediment deposition. Where ice floes have removed vegetation, willow and poplar form low-growing communities (though

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058648



FIGURE 2-24  Vegetation regions of the United States.

willow is short-lived) (Walker et al., 1986). Alder also colonizes bare soil, but is eventually replaced by a continuous deciduous canopy of balsam poplar in the absence of further disturbances. Next, productive stands of white spruce develop on the rich alluvial soils, but eventually organic matter and a moss ground cover accumulate. This insulating layer subsequently modifies the soil microclimate so that permafrost develops and reduces rates of nutrient cycling, at which point, given enough time, a black spruce forest replaces white spruce, superficially resembling the upland forests (Van Cleve et al., 1991).

Riparian vegetation in arctic Alaska is generally shorter than that of the boreal zone. A range of community types are possible: a pioneer herbaceous community; a feltleaf willow stage (up to 6 m in height); a zone of deteriorating feltleaf willow with increasing prominence of greenleaf willows, mosses, and herbs; and an alder–willow stage, representing the oldest and most elevated condition (Bliss and Cantlon, 1957). Unvegetated sand and gravel bars are extensive

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058649

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 138 of
203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

because of disturbance by ice floes, channel meandering, and rapid sediment deposition. Species richness of vegetation along arctic river corridors increases in a downstream direction, principally due to increased habitat heterogeneity (Gould and Walker, 1999).

### *Pacific Northwest and Coastal Mountains*

The Pacific Northwest and coastal mountains support a diverse woody plant flora with a high percentage of endemic species, particularly in the California Floristic Province. The species dominating riparian forests in California are related to air temperature, groundwater depth and aeration, and frequency and intensity of disturbance (Holstein, 1984). At lower elevations and in the south, Fremont cottonwood is often the dominant riparian tree. At higher elevations or in the north, dominance shifts to black cottonwood. Where disturbance is more severe, however, narrowleaf willow or Goodding's willow is common. White alder is abundant in areas of shallow, well-aerated groundwater in central California, particularly along montane streams. Further north, red alder forms dense riparian stands, but it can also grow in the uplands in the wetter climate. Where groundwater is deeper but still aerated, the dominant tree is often California sycamore. Where groundwater is deeper and not well aerated, California white oak—a deciduous oak endemic to the Central Valley and adjacent foothills—once grew in large stands.

Several other tree species grow in riparian areas of California and give the region a distinctive floristic character (Holstein, 1984). Boxelder grows primarily as a riparian species, while bigleaf maple, which is common in riparian areas, also grows in uplands. There are two species of riparian ash—velvet ash in the south and Oregon ash in the north. Another riparian species endemic to California is Hind's walnut. In several areas, California laurel and coastal redwoods are abundant riparian species.

The riparian vegetation of western Oregon and Washington is closely related to that of northern California and southeast Alaska; one of the most characteristic trees is black cottonwood. Black cottonwood forests are especially prominent along large rivers, where several species of willow form a thick forest understory (Franklin and Dyrness, 1988). Oregon ash is also abundant in the poorly drained soils of riparian areas in the interior valleys of Oregon; these areas also include populations of bigleaf maple, Oregon white oak, red alder, and localized populations of California laurel. Buttonbush, which grows in riparian areas of the humid eastern United States, is represented by relictual riparian populations along the Cosumnes River in the southern Sacramento Valley. Water birch is a common riparian tree in a few restricted areas of the Klamath Mountains and the southeastern Sierra Nevadas.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058650

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 139 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

## Great Basin

The Great Basin is a vast area of the western United States characterized by predominantly basin topography, relatively low precipitation, and low streamflow. Warm summers and cold winters result in an extensive cover of sagebrush and associated shrubs, sometimes referred to as cold desert. In the lower elevations of the Great Basin, riparian forests are the only forests, and their structure varies substantially with latitude (Stine et al., 1984; Minshall, 1989). In the northwestern regions, riparian forests included black cottonwood, willow, hawthorn, water birch, chokecherry, and gray alder. In the southern Great Basin, Fremont cottonwood grows in association with several willow species and mesquite. Eastern Oregon and central Washington also have little-known riparian communities of willow and hawthorn or chokecherry (Lytjen, 1998). The riparian areas of the southern Great Basin have been increasingly invaded by saltcedar.

## Arid and Semiarid Southwest

In the Mojave and Sonoran deserts and in Southern California, precipitation limits upland vegetation to scattered shrubs and occasional grasslands in the lowlands and evergreen woodlands and forests in the mountains. The structure, species composition, diversity, and productivity of riparian areas contrast sharply with adjacent uplands. The riparian vegetation in much of Arizona is dominated by a few species of trees (Lowe, 1961, 1964). "Wet" riparian areas in Arizona and across most of the arid Southwest support primarily Fremont cottonwood, Goodding's willow, Arizona sycamore, velvet ash, and Arizona walnut. Netleaf hackberry is found to be a significant riparian tree species in the Catalina Mountains (Whittaker and Niering, 1965). Similar sets of species dominate the lower-elevation riparian areas of New Mexico and Southern California.

Stromberg et al. (1996) described a strong association between the distributions of these species along the San Pedro River of southern Arizona and depth to groundwater. One result of their analysis is a classification of species by the degree to which they are dependent on wetland environments. Goodding's willow was classified as an obligate wetland species, Arizona walnut and Fremont cottonwood as facultative wetland species, velvet ash as a facultative species, and netleaf hackberry, Texas mulberry, and mesquite as facultative upland species.[1] These species represent a sequence of drought tolerance, with Goodding's willow being the least tolerant.

In a recent classification of New Mexico wetlands, 99 different forested and shrub–scrub wetland communities are described (Muldavin et al., 2000). It is

---

[1] Obligate, facultative wetland, and facultative species are associated with wetlands in 99 percent, 67 percent to 99 percent, and 33 percent to 67 percent of their occurrences, respectively.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058651

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 140 of 203

interesting that many of the same genera found in New Mexico are also found in the humid eastern United States, i.e., alder, willow, maple, dogwood, cottonwood, sycamore, and walnut. Species common to the two regions are boxelder and plains, or eastern, cottonwood.

Riparian areas of the arid and semiarid West are increasingly dominated by exotic tree species, especially saltcedar, Russian olive, Siberian elm, tree of heaven, and white mulberry (Crawford et al., 1993; Muldavin et al., 2000). The dry riparian areas along ephemeral washes in Arizona and Mexico are dominated by a very different group of woody plant species. In Arizona, these include mesquite, desert ironwood, blue paloverde, and desert willow (Johnson et al., 1989).

*Rocky Mountains*

The Rocky Mountains extend from Canada south to Mexico and are characterized by snowmelt-dominated stream flows. The riparian vegetation of the Rocky Mountains, as elsewhere, varies with elevation and latitude. The low valleys once had well-developed forests of narrowleaf cottonwood and strapleaf willow. The riparian association in the montane zone of the Colorado Rockies includes narrowleaf cottonwood, blue spruce, gray alder, water birch, and redosier dogwood (Baker, 1989). This association also occurs in eastern Idaho, western Wyoming, and southern Utah. In southern Colorado and northern New Mexico, the dominant riparian association consists of white fir, blue spruce, narrowleaf cottonwood, Rocky Mountain maple, redosier dogwood, and gray alder. Narrowleaf cottonwood continues as an important riparian tree into the subalpine region of the central and southern Rocky Mountains. In the northern Rockies of Montana, black cottonwood is the dominant riparian tree. Other riparian trees or shrubs in the Rocky Mountains of regional importance include serviceberry, chokecherry, hackberry, and hawthorn. In the northern Rocky Mountains willows replace trees as the dominant riparian woody species on sites with gravelly silt loams, less than 42 percent coarse fragments, and a groundwater table within 0.6 m of the surface (Law et al., 2000).

*Great Plains*

The Great Plains, extending from the midsection of the country to the Front Range of the Rocky Mountains, are characterized by a strong moisture gradient from east to west and a steep change in temperature from south to north. Although thunderstorms dominate runoff in most of the region, the amount and timing are highly variable in comparison with winter storms. The riparian, or gallery, forests of the Great Plains show a great structural contrast with the adjacent uplands, which in their pre-agricultural state were dominated by short, mixed, or tall grass prairies. The western Great Plains show reduced diversity in

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 141 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

woody plants. For instance, on the Canadian River of central Oklahoma, the riparian forest was found to be composed of two native species—plains cottonwood and sandbar willow—and one introduced species—saltcedar (Ware and Penfound, 1949). The low diversity within the riparian forest was attributed to frequent flash flooding, shifting sands, high rates of evaporation, and intense heat. Tree diversity within Great Plains riparian areas appears to increase northward. Along Plum Creek, Colorado, the riparian vegetation is dominated by plains cottonwood and four willow species (Hupp and Osterkamp, 1996). These sites also support narrowleaf cottonwood and gray alder.

The eastern Great Plains show much greater riparian tree diversity, much like riparian communities farther east. For instance, the riparian forests of eastern Oklahoma support a rich tree flora, including black birch, sweet gum, water tupelo, American sycamore, bald cypress, hackberry, honey locust, elm, hickory, and boxelder (Bruner, 1931). In the northern Great Plains, the diversity of the riparian tree community is also greater than in the western plains. The riparian forests of the Missouri River in central North Dakota are composed predominantly of plains cottonwood, peachleaf willow, chokecherry, green ash, boxelder, American elm, netleaf hackberry, and bur oak (Johnson et al., 1976).

### Cool Temperate East

Riparian forests from the western Great Lakes to New England are somewhat less diverse than those farther to the south (Heinselman, 1970; Wells and Thompson, 1974; Morris, 1977; Brinson, 1990). The trees include northern white cedar, black ash, tamarack, balsam fir, and white spruce. Speckled alder grows in forests where sufficient light penetrates that canopy. In riparian areas with poorly drained silty soils of high organic matter content, the dominant trees are slippery maple, eastern and black cottonwood, black cherry, and several species of willow. Well-drained silts generally support ash and American sycamore. On the sandy silt soils of frequently flooded point bars exposed to high flood energy, there is an association of slippery maple, sugar maple, black locust, and American elm. Bitternut hickory grows along with slippery elm and sugar maple on point bars of coarse sandy soils that are flooded with lower frequency. On riparian terraces exposed to the least flooding are forests of red maple, pines, black cherry, and oak.

An extensive listing of wetland tree species by the Minnesota Department of Natural Resources adds several tree species to the riparian flora characteristic of the cool temperate East (Henderson et al., 1998). The wettest areas of Minnesota support buttonbush and narrowleaf willow. In riparian areas that are flooded for shorter periods, tree communities include maple, alder, birch, dogwood, common winterberry, ash, tamarack, black cottonwood, eastern cottonwood, swamp white oak, several willow species, and northern white cedar.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058653

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 142 of 203

*Warm Temperate East*

The warm temperate East includes the regions from southern New York and Delaware to Iowa and northern Missouri. In the westernmost part of this region, riparian forests of the Southeast (described below) extend up the Mississippi, Ohio, and Wabash Rivers where they are replaced gradually by those of the warm temperate East (Buell and Wistendahl, 1955; Wistendahl, 1958; Lindsey et al., 1961; Wolfe and Pittillo, 1977; Hughes and Cass, 1997). In the lower portions of floodplains, the historical forest was dominated by cottonwood, black willow, silver maple, ash, and American elm. The structure of these communities, however, was significantly altered with the introduction of Dutch elm disease. Less frequently flooded associations include hackberry, silver maple, sugar maple, redbud, American beech, and American elm. Other important riparian trees in this region include red maple, tulip tree, white ash, American hornbeam, black walnut, spice bush (a shrub), oak, and American sycamore. Along streams with steeper flow gradients and higher water velocities, the woody vegetation is dominated by hazel alder, silky dogwood, American witch hazel, possum haw, and black willow. On the narrow floodplains along streams in the western Appalachian Mountains, riparian forests are dominated by river birch or a more diverse association of bitternut hickory, red maple, tulip tree, black cherry, and black locust (Wolfe and Pittillo, 1977).

*Southeast*

The southeastern riparian region corresponds broadly to the distribution of bald cypress, though within the region, bald cypress is largely limited to the wettest and most deeply flooded sites (Mattoon, 1915). In these sites, bald cypress often occurs with water tupelo. Moving toward uplands from the wettest sites, bald cypress and water tupelo are replaced by a diverse forest that includes hickory, ash, willow, birch, cottonwood, sweet gum, hackberry, red maple, and oak (Brinson, 1990). Pines and oaks often dominate the forests in the least flooded sections of riparian areas.

Hupp and Osterkamp (1985) analyzed the distribution of woody species across the riparian landscape along Passage Creek, Virginia, dividing the riparian area of this high-gradient stream into depositional bars, channel shelf, floodplain bank, and floodplain. Species found mainly or largely restricted to channel shelves included hazel alder, silky dogwood, American sycamore, common winterberry, slippery elm, and southern arrowwood. Species restricted to the floodplains of the study area included black walnut, bitternut hickory, and American elm. A third group of species, found broadly across riparian areas, included boxelder, American hornbeam, green ash, eastern cottonwood, and American bladdernut. Only one tree species—black willow—occurred on depositional bars. In studying

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058654

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 143 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

lower-gradient rivers in Virginia, Hupp and Osterkamp (1996) found that the composition of riparian woody plant communities was similar to those found along the higher-gradient Passage Creek. However, the riparian areas of lower-gradient rivers included additional species—sweetgum, water hickory, silver maple, American beech, tulip tree, bald cypress, and water tupelo. Flood frequency and intensity were hypothesized to be the most important factors influencing the distribution of woody plant species within riparian landscapes.

## Summary

The regional variation in riparian tree communities across North America is summarized in Table 2-1, which corresponds with the broad geographic areas in Figure 2-24. The only tree species listed are native trees with a wetland indicator status of obligate species, facultative wetland species, or facultative species for a particular region. One of the patterns discernable from the table is the higher regional diversity—from 26 to 33 genera—in riparian trees from the Great Plains eastward. West of the Great Plains, the number of riparian tree genera within regions ranges from 9 to 22. These results, however, are skewed toward areas where species reach tree stature, and thus do not thoroughly take into account riparian areas in arid climates and high altitudes that are dominated by shrubs and grasses. The purpose of making the comparison is not to determine which geographic areas have the highest species richness, but to show the distribution patterns of dominant genera. Despite the wide regional variation in riparian tree genera represented, a core of genera—*alders*, *cottonwoods*, and *willows*—grows in riparian areas across the continent. A second group of very widely distributed genera includes *ash*, *birch*, *hackberry*, *hawthorn*, and *maple*. These primary and secondary core genera are also associated with riparian areas across Europe and Asia. The remaining 37 genera in Table 2-1 are of regional significance and often dominate riparian tree biomass within their characteristic regions.

Table 2-2 attempts to identify the most important tree genera within each region in terms of their relative biomass or frequency of occurrence within riparian forests. The result is a list of five or six genera for eight of the regions and ten genera for the southeastern United States. The southeastern flora are more difficult to compress because riparian vegetation ranges from bald cypress and tupelo in the wettest portions of floodplains to less flood-tolerant taxa in the upper reaches of the same drainage system. In this respect, the Southeast is more diverse than other regions included in the analysis.

## Influences of Riparian Vegetation

Riparian vegetation has profound effects on the microclimate of streams and floodplain forests. We have previously discussed how vegetation affects water cycling through evapotranspiration—an inevitable consequence of the growth of

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058655

Copyright © National Academy of Sciences. All rights reserved.

TABLE 2-1 Distribution of Native Riparian Tree Genera Across the United States[a]

| | |
|---|---|
| Primary core genera | X |
| Secondary core genera | X |
| Regionally important genera | X |

| Riparian Tree Genera | Boreal and Arctic | Pacific Northwest and Coastal Mountains | Great Basin | Arid and Semiarid Southwest | Rocky Mountains | Great Plains | Cool Temperate East | Warm Temperate East | Southeast |
|---|---|---|---|---|---|---|---|---|---|
| Alder, *Alnus* | X | X | X | X | | X | X | X | X |
| Ash, *Fraxinus* | | X | X | X | X | X | X | X | X |
| Bald cypress, *Taxodium* | | | | | | X | | X | X |
| Beech, *Fagus* | | | | | | | | X | X |
| Birch, *Betula* | X | X | X | | | X | X | X | |
| Bladdernut, *Staphylea* | | | | | | X | X | X | X |
| Buckeye, *Aesculus* | | | | | | X | X | X | X |
| Buttonbush, *Cephalanthus* | | X | | X | | X | X | X | X |
| Calif laurel, *Umbellularia* | | X | | | | | | | |
| Cedar/arborvitae, *Thuja* | X | X | | | X | | X | X | |
| Cherry, *Prunus* | | X | | X | X | X | X | X | |
| Coastal redwood, *Sequoia* | | X | | | | | | | |
| Cottonwood, *Populus*[b] | X | X | X | X | X | X | X | X | X |
| Desert ironwood, *Olneya* | | | | X | | | | | |
| Desert palm, *Washingtonia* | | | | X | | | | | |
| Desert willow, *Chilopsis* | | | | X | | | | | |
| Dogwood, *Cornus* | X | X | X | X | X | X | X | X | X |
| Elderberry, *Sambucus* | | X | X | X | X | X | | | |
| Elm, *Ulmus* | | | | | | X | X | X | X |
| Fir, *Abies* | | X | | | X | | X | | |
| Hackberry, *Celtis* | | X | X | X | X | X | X | X | X |
| Hawthorn, *Crataegus* | | X | X | X | X | X | X | X | X |
| Hemlock, *Tsuga* | X | | | | | | | | |

*continues*

BLM_0058656

Copyright © National Academy of Sciences. All rights reserved.

| Riparian Tree Genera | Boreal and Arctic | Pacific Northwest and Coastal Mountains | Great Basin | Arid and Semiarid Southwest | Rocky Mountains | Great Plains | Cool Temperate East | Warm Temperate East | Southeast |
|---|---|---|---|---|---|---|---|---|---|
| Hickory, *Carya* | | | | | | X | X | X | X |
| Honey locust, *Gleditsia* | | | X | | X | X | X | X | X |
| Hornbeam, *Carpinus* | | | | | | X | X | X | X |
| Maple, *Acer* | | X | X | X | X | X | X | X | X |
| Mesquite, *Prosopis* | | X | X | X | | X | | | |
| Mulberry, *Morus* | | | | X | | X | | X | X |
| Oak, *Quercus* | | X | | | | X | X | X | X |
| Paloverde, *Parkinsonia* | | | | X | | | | | |
| Planertree, *Planera* | | | | | | X | | X | X |
| Redbud, *Cercis* | | | | X | | | X | | |
| Serviceberry, *Amelanchier* | | X | X | X | X | X | X | X | X |
| Spicebush, *Lindera* | | | | | | X | X | X | X |
| Spruce, *Picea* | X | X | | | X | | X | | |
| Sweetgum, *Liquidambar* | | | | | | X | | X | X |
| Sycamore, *Platanus* | | X | | X | | X | X | X | X |
| Tamarack, *Larix* | X | | | | | | X | X | |
| Tulip tree, *Liriodendron* | | | | | | | | | X |
| Tupelo, *Nyssa* | | | | | | X | | X | X |
| *Viburnum* | | | | | | X | X | X | X |
| Walnut, *Juglans* | | X | | X | | | | | |
| Willow, *Salix* | X | X | X | X | X | X | X | X | X |
| Winterberry, *Ilex* | | | | | | X | X | X | X |
| Witchhazel, *Hamamelis* | | | | | | X | X | | |
| Total Genera | 9 | 22 | 13 | 21 | 16 | 31 | 26 | 33 | 29 |

[a]Data abstracted from Brinson (1990) and the USDA NRCS Plants Database (2001), which includes a FWS Wetland Indicator Status for plant species. Although the analysis was based on species, only genera are listed since a species-level analysis would be too detailed for the present report.
[b]All *Populus* are considered in this row, not just cottonwood.

BLM_0058657

Copyright © National Academy of Sciences. All rights reserved.

102

TABLE 2-2  Dominant Tree Genera in Riparian Areas Across the United States[a]

| Riparian Tree Genera | Boreal and Arctic | Pacific Northwest and Coastal Mountains | Great Basin | Arid and Semiarid Southwest | Rocky Mountains | Great Plains | Cool Temperate East | Warm Temperate East | Southeast |
|---|---|---|---|---|---|---|---|---|---|
| Alder, *Alnus* | X | X | X | X | X | | | | |
| Ash, *Fraxinus* | | X | | | | X | X | X | X |
| Bald cypress, *Taxodium* | | | | | | | | | X |
| Birch, *Betula* | X | | X | | X | | | | |
| Cottonwood, *Populus*[b] | X | X | X | X | X | X | X | X | X |
| Dogwood, *Cornus* | X | | | | X | | | | |
| Elm, *Ulmus* | | | | | | X | X | X | |
| Hawthorn, *Crataegus* | | | X | | | | | | |
| Hackberry, *Celtis* | | | | | | X | | | |
| Hickory, *Carya* | | | | | | | | | X |
| Maple, *Acer* | | X | | | X | X | X | X | X |
| Mesquite, *Prosopis* | | | | X | | | | | |
| Oak, *Quercus* | | | | | | | | | X |
| Cedar/arborvitae, *Thuja* | X | | | | | | X | | |
| Sweetgum, *Liquidambar* | | | | | | | | | X |
| Sycamore, *Platanus* | | X | | X | | | | X | |
| Tulip tree, *Liriodendron* | | | | | | | | | X |
| Tupelo, *Nyssa* | | | | | | | | | X |
| Walnut, *Juglans* | | | | X | | | | | |
| Willow, *Salix* | X | X | X | X | X | X | X | X | X |

[a]Data abstracted from the review of Brinson (1990).
[b]All Populus are considered in this row, not just cottonwood.

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 147 of
203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

riparian vegetation. As discussed below, there are numerous important ecological and geomorphic benefits of riparian vegetation, such as shading and temperature amelioration, provision of large wood, and stabilization of alluvial sediments that constitute the floodplain.

*Thermal Regulation*

Temperature in environmental systems can have important and profound effects upon a wide range of physical, chemical, and biological processes. For example, in aquatic systems the solubility of oxygen gas is inversely dependent upon water temperature; hence, higher water temperatures often lead to decreased levels of dissolved oxygen and increased stress for those organisms requiring adequate amounts of instream dissolved oxygen. The rates at which many chemical reactions proceed are also strongly influenced by temperature. As a result, basic processes such as transpiration, respiration, outgoing long-wave radiation, and others are strongly dependent upon environmental temperature regimes.

Vegetation has an important role in influencing the local thermal regime of streams and their adjacent riparian areas. It has been well established that riparian plant canopies—particularly those of forest vegetation—are effective interceptors of incoming solar radiation and can thus greatly reduce the amount of solar energy available to a stream or river (Brown, 1969). The shading effects of riparian plant canopies can prevent or retard the rate of stream warming during clear-sky conditions in summer months when streamflows are often low and high instream temperatures are of concern to aquatic biota (especially cold-water fish) (Gregory et al., 1991; McCullough, 1999; Naiman et al., 2000). For example, the only measured environmental variable that clearly distinguished between trout and non-trout streams in Ontario, Canada, was weekly maximum water temperature, which was inversely related to the percentage of upstream banks covered by forest (Barton et al., 1985). In Bear Creek, Oregon, the partial recovery of riparian vegetation following a change in grazing practices led to the trapping of sediments, increased storage of moisture in riparian soils, and conversion to perennial flow (see Box 5-1). Rainbow trout, a cold-water species that had been eliminated possibly by high temperatures and degraded habitat, returned to the stream and is present year round. On hot summer days in Glacier National Park, Montana, Hauer et al. (2000) observed temperatures as high as 25 °C in exposed channels of an alpine stream segment, whereas the stream did not exceed 10 °C further downstream where the stream was completely canopied by riparian forest. A large number of studies from various portions of the world have shown an increase in stream temperature as a result of decreased riparian vegetation (Figure 2-25).

Riparian vegetation can also influence local wind patterns, conductive and convective heat transfer, outgoing long-wave radiation, and other energy transfer processes in aquatic systems and the land occupied by riparian plants. The result

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058659

104                                                                                           *RIPARIAN AREAS*



FIGURE 2-25  Changes in stream temperature in response to differences in riparian shade
in empirical field studies throughout the world. Temperature change is expressed as the
change in maximum temperature before and after vegetation removal or between reaches
with and without vegetation. Locations are U.S. States, British Columbia (BC), New
Zealand (NZ), and United Kingdom (UK).

is a local microclimate along streams and adjacent riparian systems that is more
thermally moderate than adjacent upland environments. Although the effects of
riparian plants upon stream temperatures has been widely studied (e.g., see re-
view by Beschta et al., 1987b), their influences on other microclimate variables
(atmospheric humidity, air temperatures, soil temperatures) have not.

In addition to the direct thermal moderation associated with riparian plant
communities, there is an indirect, yet important, role that these plants can have on
instream temperatures. The root strength associated with riparian plants often
allows channels to remain relatively narrow (i.e., a small width-to-depth ratio). If
such vegetation is removed and the root strength of the streambank is lost, chan-
nels over time may experience widening (i.e., a larger width-to-depth ratio) and
become shallower. Given a specific amount of energy absorbed per unit surface
area, a wide, shallow channel will experience a greater temperature increase than
a narrow, deep channel. Furthermore, channel morphology can play an important
role in the connectivity of instream flows with the hyporheic zone and groundwa-
ter. For example, alterations to riparian plant communities that contribute to
channel incision may sufficiently modify hyporheic and groundwater connectiv-
ity such that thermal regimes and low-flow periods are significantly altered.
Because streamside vegetation can influence both channel morphology and en-
ergy transfers in a variety of ways, alterations to riparian plant communities often
have major influences on local microclimates and the thermal regimes of aquatic

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058660

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

systems. These effects occur not only in local reaches, but may also contribute cumulatively to downstream warming of a stream or river (Bach, 1995; Boyd et al., 1998).

In some areas, the hyporheic zone is also important in temperature regulation in streams. Mosley et al. (1983) observed no response of stream temperature to removal of riparian vegetation in a New Zealand stream (see Figure 2-25). The authors concluded that subsurface exchange of water was the major factor determining water temperature in this alluvial system. Schloz (2001) found that reaches of the Wenatchee River in Washington exhibited little response to riparian shading and that hyporheic exchange had a much greater influence on stream temperatures. Such studies and findings are scarce, but they indicate the potential for subsurface exchange, either from hyporheic flow or groundwater, to influence stream temperatures and moderate the influence of riparian shade on stream temperature. Emerging studies of hyporheic processes will provide the empirical basis for modeling the potential influences of alluvial and groundwater exchange for stream temperature.

Because of the presence of water (surface and/or subsurface) and potentially high transpiration rates, riparian areas typically have microclimates (e.g., thermal and relative humidity regimes) that are different than adjacent terrestrial environments. Nonetheless, investigation of the microclimate characteristics of such landscapes prior to the 1990s was limited. In the Pacific Northwest, forested riparian areas during summertime conditions have been found to have lower air temperatures (and less variance in air temperature) and higher daytime humidity (and less variance in humidity) than nearby terrestrial or upland areas (Danehy and Kirpes, 2000). This issue is particularly important to the use of riparian buffer strips alongside forestry operations for maintaining many of the functions of stream and riparian systems. That is, the effectiveness of such buffers with regard to protecting riparian microclimates has not been demonstrated (Brosofske et al., 1997; Dong et al., 1998). In general, little is known about how changes in riparian microclimates that might occur because of adjacent timber harvests may or may not affect riparian plant and animal communities. Perhaps even less is known regarding the microclimates of riparian areas in range and agricultural settings and the extent to which they have been altered by historical management practices. Additional microclimate research is clearly needed for a wide range of conditions.

## Large Wood

Forested riparian areas contribute wood to streams, lakes, and wetlands. Several processes can recruit trees from riparian forests into adjacent bodies of water, including individual tree mortality, blowdown, bank erosion, and, in steep mountainous terrain, landslides. Large-wood accumulation in streams and rivers has historically been an important feature of forested riparian systems for all

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058661

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

stream sizes and in all geographical areas of North America (Sedell and Luchessa, 1982; Maser et al., 1988).

Large wood plays a critical role in maintaining and restoring physical habitat, biodiversity, and ecosystem processes in stream and river ecosystems at both local and landscape scales. Large wood creates roughness elements in flowing water, which shape pools and riffles, create variable velocities, and increase the residence time of water (Sedell and Beschta, 1991). Large wood helps streams and rivers slow the downstream routing of sediment and organic matter by providing increased hydraulic resistance to flow and encouraging the local deposition of these materials. Large wood also increases retention of dissolved nutrients and particulate material, and it supports microbial processes and nutrient transformation (Bisson et al., 1987; Maser et al., 1988). Wildlife benefit from the presence of large wood because it can serve as habitat, including refuge during floods and cover, and it provides an abundant but low-nutritional-quality food supply (i.e., it is a potential carbon source to some streams).

The amount of wood found in aquatic and riparian systems is a function of the rate of input, downstream transport, and rate of breakdown from decay and abrasion. As a result, standing stocks of wood differ from small streams to large rivers (Harmon et al., 1986; Maser and Sedell, 1994; Ralph et al., 1994) (Figure 2-26). Amounts of wood per unit area of streambed are greatest in small headwater streams where lateral input rates are high, flows are inadequate to transport



FIGURE 2-26 Standing stocks of wood in streams of different size in the McKenzie River Basin of Oregon. SOURCE: Reprinted, with permission, from Harmon et al. (1986). © 1986 by Harcourt International.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058662

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



large pieces, and narrow channels resist movement of wood. In these small streams, wood plays a critical role in bed formation, storage of sediment and organic matter, habitat provision, and flood refuge. As streams increase in discharge and width downstream, flows can transport larger pieces, and wider channels provide less resistance to movement. The greater width of these streams also means that lateral inputs are distributed across a larger area, leading to lower standing stocks per unit area. In these larger systems, wood functions laterally along the river margins, and as part of major dams that accumulate during transport events. In floodplain rivers, high flows can move even the largest logs, and the extremely wide channels provide little resistance to movement. Wood outside the channel dissipates the power of overbank flows, traps sediment during flooding, serves as wildlife habitat and refuge, provides nursery logs for certain tree species that typically regenerate on downed wood, and supports microbial processes and transformation of critical nutrients (Maser et al., 1988).

Historically, large wood has often been cleared from streams, rivers, and riparian areas in order to protect bridges and roads from the effects of wood being transported downstream during high flows and to make rivers more navigable. As discussed in Chapter 5, the reintroduction of large wood to streams has become attractive and popular, particularly in the Pacific Northwest, as part of efforts to restore anadromous fish runs. These activities have seldom been evaluated in a systematic manner, however, and their level of success remains largely unknown.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058663

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 152 of 203

*Bank Stabilization*

As early as 1885, it was understood that vegetation in riparian areas plays a critical role in stabilizing streambanks and thus supporting aquatic habitats (Van Cleef, 1885). Nearly a century later, Hickin (1984) identified five important mechanisms whereby vegetation influenced rivers in British Columbia: flow resistance, bank strengthening, bar sedimentation, formation of logjams, and concave bank (point bar) deposition. He identified a need "for studies to isolate the influence and quantity and, particularly, quality of vegetation on channel morphology and on lateral migration rates"—a need that continues today. Although the interconnection between soil, hydrology, and vegetation has widely been recognized in the jurisdictional delineation and understanding of wetland functions, an appreciation of how these components are intrinsically linked in riparian areas, particularly with regard to bank stability, has developed much more slowly (Sedell and Beschta, 1991).

For most streams and rivers, native plant communities are generally effective at protecting banks from the erosive effects of moving water. Aboveground plant parts (stems of trees, shrubs, graminoids, and forbs) tend to dampen turbulence and slow velocities at the water–streambank interface (Klingeman and Bradley, 1976). Root systems and soil organic matter help bind soil particles and alluvial sediments (Rutherford et al., 1999). Thus, streambanks can remain relatively stable even though they may experience considerable shear stress during periods of high flow. Although the shear stress imparted from flowing water is highly variable across a given channel cross section, such forces tend to be relatively high along the outside banks of meandering channels (Bathurst, 1979).

Different riparian plant communities may influence bank stabilization in different ways. For example, Trimble (1997) found that forested banks of some streams are more prone to periodic bank erosion compared with banks vegetated by herbaceous species, particularly grasses and sedges. Vegetated streambanks of any kind are typically more stable than unvegetated ones (Hicken, 1984).

Not only does vegetation provide stability to banks directly via its root system, but its ability to dissipate stream energy along a reach is also an extremely important function. As discussed previously, riparian vegetation plays a major role in creating relatively high roughness values for streambanks, thus retarding the potential for a bank to erode or the channel to migrate laterally. The establishment, growth, and succession of individual plants and groups of plants represent a mechanism by which riparian plant communities can continually respond to natural changes in streamflow and sediment loads and to local adjustments in channel morphology (Kalliola and Puhakka, 1988; Kalliola et al., 1991).

In addition to the immediate effects of resisting fluvial erosion of streambanks, vegetation plays a similarly important role with regard to floodplain development. Floodplain vegetation (including canopies, branches, stems, roots, and litter) not only protects the soil from direct rainfall impact and reduces the veloc-

Copyright © National Academy of Sciences. All rights reserved.

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 153 of 203

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

ity of overbank flows (thereby preventing scour), but it also promotes deposition of fine sediments. In years without floods, riparian vegetation becomes established on exposed areas of floodplains, providing stability to these areas and promoting the vertical accretion of sediment during subsequent floods (Friedman et al., 1996a,b). Graminoids and other low-growing plants are particularly effective at protecting soils from surface erosion at high flows and are important for causing deposition of silts, although the amount of roughness associated with graminoids depends on species, stage of growth, and degree of disturbance (Wilson, 1967). Thus, riparian vegetation has had a fundamental role in the long-term maintenance of streambanks and floodplain landforms.

### Other Effects of Vegetation

Other effects of vegetation on water cycling include the effects of root growth and decay in creating soil macroaggregates and consequently macropores, which increases soil permeability. Trees also modify the delivery of precipitation to the ground by intercepting, storing, and evaporating a portion of the incoming precipitation. In other instances, precipitation that is temporarily detained in the forest canopy but subsequently routed to the ground may be spatially redistributed by tree leaves, branches, and trunks. Root wads along the banks of streams reduce the rate of erosion, but also create channel complexity and instream habitat through overhangs and shading.

## RIPARIAN AREAS AS HABITAT

The role of riparian areas in maintaining biodiversity is well known; their relative contributions greatly exceed the proportion of the landscape they occupy (Naiman et al., 1993, 2000; Crow et al., 2000). Scientific documentation of the importance of these areas for plants and animals comes from studies across the continent. In the Pacific Coast ecoregion, 60 percent of amphibian species, 16 percent of reptiles, 34 percent of birds, and 12 percent of mammals can be classified as riparian obligates (Kelsey and West, 1998). In the arid Southwest, 70 percent of threatened and endangered vertebrate species are listed as riparian obligates (Johnson, 1989); 60 percent of all vertebrate species are so defined (Ohmart and Anderson, 1982). Even in the relatively mesic environment of Wisconsin, 80 percent of plant and animal species on the state's endangered list live all or part of their lives in the riparian area of lakes (Korth and Cunningham, 1999).

Habitat, which refers to the place an organism lives, comprises both abiotic and biotic factors (Odum, 1971) including the basic provisions of food and shelter. Clearly, many animals require more than one habitat type throughout their life cycle. In popular accounts and wildlife management literature, habitat commonly refers to places providing reproductive requirements. In the case of migra-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058665

Case No. 1:20-cv-02484-MSK  Document 45-6  filed 04/28/21  USDC Colorado  pg 154 of
203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

tory animal species, habitat also is used to refer to requirements of the animal in the non-breeding season, including stopover and wintering sites. Some animals use riparian areas as part of their home ranges or territories, moving through them on a short-term basis and over periods of hours and days. Indeed, the short-term movements of small mammals and birds within riparian areas have been shown to aid in the cycling of nutrients between the aquatic environment and adjacent uplands (Dobrowolski et al., 1993).

Riparian areas provide food resources for animals throughout the food web. Riparian vegetation along streams and lakes is critical as a primary food source to invertebrates from all the guilds (filter feeders, shredders, scrapers, and predators). It also provides a landing substrate for adult insects (such as midges, stoneflies, and mayflies) emerging from a waterbody (Benke and Wallace, 1990). As discussed below, the importance of this flux of insects in riparian areas to migratory and resident birds has received increased attention from ornithologists. The structural diversity of plant species in riparian areas creates a wide variety of feeding niches for herbivores and carnivores alike.

Various types of dispersal occur in riparian areas, including immigration, emigration, and migration. When applied to animals, migration connotes a cyclical movement, such as the spring and autumn migrations of North American songbirds. Applied to plants, migration refers to contraction or expansion of a population through time (Sauer, 1988). Hunter (1996) speaks of four basic types of movement: (1) daily movements of animals among patches of preferred habitat within their home range, (2) annual migrations, (3) dispersal movements of young animals and plant propagules, and (4) shifts in range in response to climate changes.

Although the following examples are limited to vertebrate animals and plants, it is well known that riparian areas also provide valuable habitat for invertebrates. The thermal regulation of streams and the supply of large wood afforded by riparian vegetation lead to characteristic invertebrate species both within streams and in their associated riparian areas (Hawkins et al., 1982; Anderson and Wallace, 1984; Benke and Wallace, 1990; Ward et al., 1999).

### Fish

Much of the concern about riparian areas, particularly in the Pacific Northwest, had its genesis in maintaining viable fish populations (Hall and Lantz, 1969; Budd et al., 1987; Hall et al., 1987; Hartman et al., 1987). The major fish habitat elements that are influenced by riparian areas are water temperature, food supply, large wood, channel structure, and sediment (Wilzbach, 1985; Budd et al., 1987; Gillilan and Brown, 1997; Bisson et al., 2000). Temperature changes caused by the presence or absence of riparian vegetation have been shown to account for variability in trout populations (Barton et al., 1985; Wesche et al., 1987). Subsurface exchange between groundwater underneath riparian areas and

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058666

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

streams also plays a role in creating critical cold-water fish habitats (Stanford and Ward, 1993).

At least three decades of studies have emphasized the connection between aquatic nutrient input and processing and riparian areas. Studies have shown that in forested regions over 99 percent of energy and organic carbon in food webs of small headwater streams originate in adjacent forest ecosystems (Fisher and Likens, 1973). These terrestrial sources of food influence the growth and abundance of fish communities (Chapman, 1965, 1966; Mundie, 1969). Riparian vegetation also influences light availability, which affects the efficiency of prey capture by stream fish (Wilzbach and Hall, 1985). As forested streams increase in size from headwaters to large rivers, instream primary production contributes more to the food base of stream ecosystems, although floodplains and their forests still deliver large portions of the energy supply to large lowland rivers (Vannote et al., 1980; Minshall, 1988; Junk et al., 1989). Riparian forests with multiple canopy layers, species, and age classes offer a wider array of food resources and physical habitats than do simple uniform plant communities (Gregory et al., 1991; Swanson et al., 1992; Osborne and Kovacic, 1993; Moyle and Yoshiama, 1994). In particular, the diversity and density of aquatic macroinvertebrates—a primary fish food resource—are higher in streams with wider riparian areas (Newbold et al., 1980). Similar observations have been made in lakeshore fish communities (Bryan and Scarnecchia, 1992; Christiansen et al., 1996).

Riparian areas and floodplains are major habitat elements for fish assemblages in streams and rivers (Schlosser, 1991) and have a pronounced influence on fish movement, particularly on migration of anadromous fishes (Gillilan and Brown, 1997). River networks and their floodplains create distinctive landforms that lead to biological diversity among fish species. Tributary junctions and complex channels are some of the most diverse areas within the river network because of their array of depths, velocities, and channel edges (Gorman and Karr, 1978; Bayley and Li, 1992); they also support different fish species than those found in the main channel and adjoining tributary system. Floodplains, side channels, and alcoves can serve as lower-velocity refuges during floods and provide access to abundant food resources for fish communities during flooding (Schlosser, 1982; Angermeier, 1987; Bayley and Li, 1992).

Given the many roles that riparian areas play in supporting fish communities, it is not surprising that the abundance and distributions of fish populations have been shown to be affected by land-use practices and riparian forest conditions (Hall and Lantz, 1969; Murphy et al., 1981; Bisson et al., 1992; Frissell, 1993; Gregory and Bisson, 1996; Naiman et al., 2000). Habitat degradation and impaired riparian conditions have been associated with 90 percent of the observed extinctions and declines in anadromous salmonids in the Pacific Northwest (Nehlsen et al., 1991). Thus, it is clear that healthy and functional riparian areas are essential for the abundance and diversity of fish (NRC, 1996).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058667

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 156 of 203

*Herptiles*

Most amphibian species and many reptiles are intimately associated with riparian areas and their waterbodies. A recent summary of herptile (reptile and amphibian) species in the eastern United States lists 121 species found in riparian areas of springs, streams, rivers, lakes, ponds, bogs, and ephemeral pools (Pauley et al., 2000). Because of this close association, herptiles have been used, in some cases, as indicators of riparian condition (Lowe, 1989; Wake, 1991).

**Amphibians.** Few terrestrial vertebrates are as closely tied to the presence of water as amphibians, which require water bodies for completion of their life cycles. Those amphibians living entirely within small streams, such as salamander species of the genera *Desmognathus* and *Plethodon* in the Southeast and the genera *Dicamptodon* and *Rhyacotriton* in the Pacific Northwest, depend (as do fishes) on riparian functions that perpetuate healthy aquatic ecosystems. Frogs, toads, and salamanders are closely associated with riparian areas year-round throughout the continent, and intact riparian areas between upland habitat and aquatic breeding habitat are crucial to their viability. Adults must effectively reach breeding areas in their seasonal migration, and emerging young need to disperse from the breeding waters into surrounding uplands. Analysis of data from five eastern states found that a buffer extending at least 164 meters from the water's edge was required to perpetuate salamander populations (Semlitsch, 1998). For managed riparian areas to be effective in conserving pond-breeding species, they need to include a longitudinal component as well as sufficient width (Dodd and Cade, 1998). Microhabitat attributes of riparian areas are also important for meeting habitat requirements of herptiles. Work in eastern Texas revealed a positive relationship between a closed canopy and leaf litter ground cover and amphibian and reptile abundance in narrow streamside zones (Rudolph and Dickson, 1990). Degradation of riparian areas has led to the decline of some herptile species. For example, the tarahumara frog, which is restricted to southern Arizona streams with an intact community of sycamores and willows, is currently in danger of extinction (Ohmart and Anderson, 1978).

**Reptiles.** Most turtle species require functioning riparian areas to complete their life cycles. The wood turtle of the northeastern United States uses a variety of riparian habitats lying within about 360 meters of its home river for foraging, basking, and nesting (Vogt, 1981; Ewert, 1985). Other species of turtles, such as the snapping turtle, are almost exclusively aquatic but need the riparian area for nesting (Harding, 1997). Sea turtles of various families and species are completely dependent on coastal riparian dunes and beaches for nesting.

Snake species provide a less clear-cut example of obligatory dependence on riparian areas, although they are frequently seen hunting these biologically rich ecotones or seeking the cooler microclimate associated with them. In the Mid-

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058668

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 157 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



west, the queen snake is a riparian obligate that finds its major prey within riparian areas of streams, ponds, lakes, marshes, ditches, and canals (Harding, 1997). In the West, the western hognose snake is a denizen of river floodplains and even mountain canyons where there are alluvial deposits suitable for burrowing (Stebbins, 1966). Several species of lizards are strongly associated with the vegetative cover and organic material of southwestern riparian areas (Jones and Glinski, 1985; Warren and Schwalbe, 1985).

### Birds

The importance of riparian areas as breeding habitat for birds is well known to birdwatchers and professional ornithologists alike. Because riparian areas are inherently diverse in plant species and varied in vertical and horizontal structure, they provide a variety of niches for birds, as documented by numerous studies (MacArthur, 1964; James, 1971; Karr and Roth, 1971; Whitmore, 1975; Rice et al., 1983, 1984). Riparian areas also provide a ready source of insects for breeding and migrating birds. Indeed, because of their close association with vegetation, and the relative ease of counting them, birds are often studied in assessments of riparian community functioning.

Perhaps nowhere is the relative importance of riparian areas vs. uplands to bird species as dramatic as in the arid southwestern United States. Avian density,

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058669

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 158 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



species richness, biodiversity, number of rare species, number of breeding pairs of birds, and biomass are extremely high in riparian areas compared to uplands (Szaro, 1991; Ohmart, 1996). These patterns are observed, sometimes to a lesser extent, across the country. In Iowa, wooded riparian areas provide habitat for 32 bird species as contrasted with only eight species in herbaceous areas (Stauffer and Best, 1980). Intact riparian areas of 75–175 m included 90 percent to 95 percent of Vermont's bird species (Spackman and Hughes, 1995). Even in mesic forests of Canada, boreal riparian conifer stands have higher avian diversity and abundance than do the adjacent coniferous uplands (Larue et al., 1995). In some landscapes lacking contrast between riparian and upland vegetation, such as in parts of the Pacific Northwest, avian diversity in riparian areas has not been found to be significantly greater than in uplands, although some differences in community composition have been documented (McGarigal and McComb, 1992; Murray and Stauffer, 1995).

Migrating birds use riparian areas as navigational aids and for stopover sites (Faaborg, 1988; Gill, 1990; Helmers, 1992). Indeed, their suitability as stopover sites in terms of food availability, safety from predators, and vulnerability to environmental stresses is receiving increasing attention by researchers concerned about population declines (Moore and Simons, 1992; Ewert and Hamas, 1996). Midcontinent banding studies along the North Platte River have demonstrated the role of large-scale riparian areas in the migration of songbirds (Brown et al., 1996; Scharf and Kren, 1997). Even very tiny riparian areas can be crucial to

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058670

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

birds, as was illustrated in Wisconsin by the observation of 20 migratory avian species around vernal pools in a landscape that was otherwise virtually devoid of birds (Premo et al., 1992, and similar studies such as Long and Long, 1992).

Riparian areas have value not only for migratory birds, but also as habitat for juvenile birds in the post-fledging, premigration period (Faaborg et al., 1996) and for the dispersal of juveniles at the end of the breeding season (Machtans et al., 1996). As illustrated in Box 2-2, riparian areas in the sagebrush steppe have been found to be critically important to sage grouse species as brood-rearing habitat. Work along the lower Colorado River valley has highlighted the importance of riparian vegetative structure to wintering avian species, an often-overlooked habitat component (Anderson and Ohmart, 1977). Based on our knowledge of bird migration, riparian areas are critical to the conservation of avian diversity at the scale of regions, continents, and even hemispheres.

*Mammals*

Mammalian species with semi-aquatic habits, such as water shrew, starnosed mole, beaver, river otter, and mink, clearly incorporate riparian areas as part of their habitats, finding in such areas critical food and shelter resources (e.g., see DeGraaf and Yamasaki, 2000). Examples of mammalian presence in riparian areas abound in the literature. The greatest activity for several species in Michigan, including white-tailed deer, bobcat, red squirrel, and snowshoe hare, occurred within 400 feet of a third-order stream (Rogers et al., 1992). Similarly, in Vermont "most movement" of white-tailed deer, coyote, raccoon, red fox, gray fox, snowshoe hare, and voles occurs within a few meters of the high-water mark (Spackman and Hughes, 1995). In the Southwest, over half the small mammals trapped in a larger desert study were from a desert wash (Szaro, 1991). In such arid areas, species like the cotton rat and harvest mouse are perhaps not so much attracted to the water itself as to the denser vegetation found where water is more abundant (Ohmart and Anderson, 1978).

Mammals also use riparian areas at all scales for movement, either as part of their home ranges on a short-term movement basis, or during dispersal. Studies of culvert use by small and medium-sized mammals underlie the importance of even small drainages as crossing points along highways (Clevenger and Waltho, 2000). Conservation biologists have long argued for protecting riparian areas as a mechanism for conserving far-ranging large mammals in landscapes with fragmented habitats, as they provide dispersal avenues and means for gene flow (Beier, 1993; Noss et al., 1996). Indeed, Florida continues to work on designing a linked reserve system for species such as Florida panther and Florida black bear (Hoctor et al., 2000).

Although many mammals depend on riparian areas to survive and thrive, perhaps no North American mammal is as influential in riparian areas as beaver, described in Box 2-3.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058671

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 160 of 203

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

**BOX 2-2**
**Importance of Riparian Areas as Sage Grouse Habitat**

At the time of European settlement, sage grouse were abundant through most of the west. Since settlement, distribution of greater sage grouse (*Centrocercus urophasianus*) has decreased by about 50 percent, with abundance declining by 45 percent to 80 percent (Braun, 1998). In July 2000, Gunnison's sage grouse (*C. minimus*), currently represented by only a few remnant populations in Colorado and southeastern Utah, was recognized as a distinct species (Young et al., 2000) and promptly became a candidate for federal listing as threatened. The U.S. Fish and Wildlife Service determined that listing as threatened is warranted but is precluded by other, higher administrative priorities. Similarly, a distinct population of greater sage grouse in the state of Washington recently was identified as a candidate for threatened status. There is some debate regarding the need to federally list the greater sage grouse throughout its range (Tweit, 2000).

Concerns about precipitous population declines have resulted in considerable research on habitat requirements of both sage grouse species at all phases of their life cycles. Both greater and Gunnison's sage grouse are critically dependent on riparian areas and wet sites within the sagebrush steppe for brood-rearing habitat. Within hours of hatch, females take their young broods from the sagebrush-dominated stands of their nesting sites to more mesic habitat, such as riparian areas. During their first two to four weeks, chicks forage for insects in riparian areas (Klebenow and Gray, 1968; Johnson and Boyce, 1990). Broods often use hay meadows in major drainages and frequently use the interface of two habitat types, such as sagebrush/wet meadow or willow–alder/wet meadow (Young, 1994). In addition to wet meadows, females with broods also use smaller mesic riparian areas around natural seeps and springs. Forbs that occur commonly in these areas constitute a significant portion of the diet of chicks between the ages of 2 and at least 12 weeks (Klebenow and Gray, 1968; Peterson, 1970; Johnson and Boyce, 1990). The importance of riparian areas as brood-rearing habitat appears to be further accentuated in drought years, when these moist areas may provide the only source of succulent forbs in the landscape (J. A. Crawford, Oregon State University, personal communication, 2001). Sufficient escape cover in the form of live, taller sagebrush that grows in riparian areas is important in reducing the dep-



redation of sage grouse that use these sites (C. E. Braun, retired from Colorado Division of Wildlife, now Grouse, Inc., personal communication, 2001). Successful management for sage grouse will undoubtedly require a landscape-scale approach that includes perpetuation of ecologically functioning riparian areas.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058672

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

---

**BOX 2-3**
**Beaver—The Quintessential Riparian Animal**

Few would argue with the characterization of beaver (*Castor canadensis*), with its profound influence on riparian lands and aquatic ecosystems, as the quintessential riparian mammal. Its historic impact on North American economies and exploration eclipses that of most other wildlife. In addition, numerous scientific studies illustrate the critical role beaver play in riparian areas of North America at a wide range of temporal and spatial scales. By all available estimates, this influence was even greater in the past. Historical data from trapping harvests put the continental population of beaver before European settlement as high as 60–400 x $10^6$ individuals (Seton, 1929), with a geographic range extending from the deserts of northern Mexico to the arctic tundra (Burt and Grossenheider, 1976; Jenkins and Busher, 1979). The explorer David Thompson, after crossing North America in 1784, stated that the continent "may be said to have been in the possession of two distinct races of beings, man and the beaver—with man occupying the highlands and the beaver in solid possession of the lowlands" (Rezendes and Roy, 1996). The present-day population has probably been reduced by a factor of ten-fold or more (Naiman et al., 1986), even after rebounding from extirpation in many portions of the species' range (Bergerud and Miller, 1977).

Beavers modify riparian areas and aquatic ecosystems by feeding and dam-building activities. These modifications create habitat for a variety of plant and animal species (Cook, 1940; Kirby, 1975; Hair et al., 1978; Malanson, 1993). For example, newly flooded forest ponds allow the formation of heron rookeries. The impounded nutrients result in a particularly rich aquatic system that lasts well beyond the life of the dam. In Oregon, the growth rate and size of juvenile salmonids in beaver ponds has been found to be superior to those of their same age cohorts in stream channel locations (Leidholt-Bruner et al., 1992).

The influence of beaver on landscape patch dynamics is profound and well documented (Slough and Sadleir, 1977; Naiman et al., 1986; Remillard et al., 1987), causing more than one researcher to assign beaver the role of keystone species. The impounding of water (primarily on first- through fourth-order streams) has multiple effects, including modifications of channel geomorphology and hydrology, changes in riparian wetland types and vegetation, alterations in the aquatic invertebrate community, modifications in nutrient cycling, and changes in water chemistry (McDowell and Naiman, 1986; Naiman et al., 1986; Ford and Naiman, 1988). The positive effects of beavers on headwater streams (e.g., retention of runoff, groundwater recharge, and sediment trapping) have been particularly appreciated in the western states where beaver have been reestablished by natural resources managers as an integral component of watershed restoration efforts (Federal Interagency Working Group, 1998). Studies in the Southwest suggest that beaver may be an especially important factor in resisting erosional perturbations in first-order streams stemming from overgrazing at the turn of the twentieth century and that they should thus be used as a restoration management tool (Parker et al., 1987).

Beavers affect the successional changes and species composition in the riparian vegetative community through differential feeding on woody plant species

*continues*

---

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058673

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 162 of 203

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

(Barnes and Dibble, 1988; Johnston and Naiman, 1990; Nolet et al., 1994). This influence is limited to the area in proximity to their aquatic homes since beavers generally do not forage for food much beyond 50–100 meters from their aquatic safety zone (Bradt, 1938; Jenkins, 1980; Belovsky, 1984). Their foraging distance from water has been shown to increase greatly, however, when large predators such as wolves are removed from the system, shrinking again when large predators return (R. Naiman, personal communication, University of Washington, 2000). In the Great Lakes region, early research found that a typical interval between abandonment and reoccupation of beaver ponds ranged from a few years to about 20 years (Lawrence, 1952). Other more recent work recognizes ontogenies of beaver ponds that can range from a year to many centuries (Naiman et al., 1988).



As beaver populations have rebounded in some portions of the country, conflicts with humans have often ensued. In spite of the demonstrated vital ecological roles played by beaver, the species' ability to modify the environment frequently runs afoul of human goals. Most obviously and dramatically, beaver cut down vegetation that is desirable to people for its aesthetic or economic value. In addition, beaver activities flood lands that are economically valuable to people, such as forested or arable land. Road culverts provide perfect settings for beaver dams, resulting in flooded roads and added costs in maintenance and repair.

Perhaps no conflict, however, matches the fervor of that between fish managers and beaver. In the Great Lakes states, beaver are often targeted for their deleterious impacts on populations of native trout, allegedly arising from effects of their dams on fish passage, streamflow, and water temperature. Yet few quantitative data are available to support this premise. A field study in Wisconsin (Avery, 1992), quantifying the effects of the removal of 546 beaver dams via "before and after" studies on a 9.8-mile branch of a major trout stream (Pemebonwon River) and on 22.7 miles of 14 smaller tributaries, had inconclusive findings that were

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058674

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

*STRUCTURE AND FUNCTIONING OF RIPARIAN AREAS ACROSS THE U.S.*   119

statistically untested. For example, the effects of beaver dam removal on aquatic invertebrates were equivocal, with no detectable change as measured by the Hilsenhoff Biotic Index. Removal of dams appeared to have a cooling effect that was more noticeable on the tributaries, although no statistical testing was done. Finally, the study provided no direct evidence that dams acted as a physical barrier to trout movement in the river, although there appeared to be a trend (untested) toward increased trout numbers in the tributaries after dam removal. A more statistical study on the effects of beaver dams on streams in the Pestigo River watershed of northeastern Wisconsin, which examined effects of dam removal on downstream water temperature, found no significant simple reductions in temperature (McRae and Edwards, 1994). Instead, it found that large beaver impoundments may actually have a beneficial effect of dampening daily fluctuations in water temperatures downstream. The researchers concluded that local differences in the degree of vegetative and streambank shading, groundwater inflow, and stream volume make it difficult to generalize about the effects of beaver dams. They advocated that any beaver dam removal be selective and take such factors into account. Human land uses throughout a watershed also have a measurable influence on stream health (as measured by the Index of Biotic Integrity) (Wang et al., 1997), suggesting the need for larger-scale and more inclusive approaches to fish management.

Overarching all beaver–human conflicts is the fact that most human activities and goals occur in a spatial-temporal framework that is out of sync with the patch dynamics of a beaver-influenced watershed. Beaver co-evolved with salmonids, making improbable an essentially negative relationship between these organisms. However, long-term population cycles of beaver and their predators, as well as ongoing beaver-induced successional changes in riparian vegetation and stream geomorphology, are not easily incorporated into short-term resource management plans. Even our longest-term baseline data are quite recent (within approximately the last 50 years) and come exclusively from a time after presettlement beaver populations were decimated and the larger landscapes were already greatly altered by agriculture and extensive logging. There certainly are some streams or reaches where beaver activity has been concentrated for an extended period of time by land management practices and thus has become a problem with regard to fish populations. And there are undoubtedly marginal salmonid streams where beaver activities, combined with factors such as riparian vegetative modification or siltation, may impair salmonid habitat. On some streams, fish passage may be temporarily prevented by beaver dams, and fish populations in a particular reach may decline in the short term. But in the long term, beavers eventually will deplete food resources in the area, their dams will degrade and be breached, and young salmonids will access the high-productivity areas (with respect to invertebrates, plants, and nutrients) upstream of dams as part of an ongoing cycle. As was pointed out over a half century ago by fisheries biologist Cook (1940), negative effects on salmonids are influenced by many specific circumstances (such as over-fishing, sedimentation, and channelization) associated with a particular stream, although beavers are often assigned the blame. A new management paradigm is needed that seeks to understand the beaver's influence in terms of spatial-temporal patch dynamics and that recognizes the key and valuable ecological role played by this obligate riparian mammal (Naiman and Rogers, 1997).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058675

*Plants*

In addition to being characterized by unique assemblages of plant species (as discussed earlier), riparian areas frequently harbor rare plant species. Waterbodies and their riparian areas have microclimates and disturbance regimes that allow species to persist at the edges of their ranges. Furthermore, movement and regeneration of plant species are facilitated by floodplain disturbances, further enhancing the potential for perpetuation of plant diversity in riparian areas (Spackman and Hughes, 1995).

Riparian areas provide refugia for populations that may be relics of former climatic periods. Prairie plant communities recorded along rivers in Miami County, Ohio, since the time of western settlement are illustrative of this phenomenon (Huston, 1978). Work in Europe has shown how landscape elements such as ditch edges are critical to the persistence of endangered plant species even in a highly modified landscape (Ruthsatz and Haber, 1981). Non-vascular plants such as bryophytes are disproportionately found in moist sites such as riparian areas (Andrus, 1990). In an extreme example of rarity associated with riparian areas, the Virginia round-leaf birch (*Betula uber*) is endemic to two creeks in Smythe County in southwestern Virginia (Ogle and Mazzeo, 1976). Rare and relic plant species found only along the Great Lakes shoreline, in addition to the many animal species using riparian areas in this region, are described in Box 2-4.

## ENVIRONMENTAL SERVICES OF RIPARIAN AREAS

The biosphere is often called the human "life support" system because of its paramount importance to maintaining the atmosphere, oceans, and land resources that support human societies. Riparian areas are a subset of this life-support system. On a global scale, they are a major component of the conduits that transport water from the continents to the ocean (Schlesinger and Melack, 1981). They are highly valued by society because they provide sites for human settlement near ports, proximity to water supplies, convenient sites for waste disposal, and opportunities for water-based recreation.

Riparian areas associated with ephemeral channels and small intermittent streams contribute to society in more subtle ways, and they are often disregarded—in part because of the ease with which they can be converted to alternative uses. However, riparian areas of small streams warrant attention not only for their local contributions, but also for their great collective length (see Figure 2-15).

Because the fundamental ecological processes that riparian areas perform occur whether or not humans are present to take advantage of them, they can be discussed somewhat independently of human values that change over time and differ among cultures. Functions fall into three major categories: (1) hydrology and sediment dynamics, (2) biogeochemistry and nutrient cycling, and (3) habitat

Copyright © National Academy of Sciences. All rights reserved.

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

## BOX 2-4
## Biodiversity of Riparian Areas in the Great Lakes Region

The extensive Great Lakes riparian shoreline is a dominant feature on a continental scale. The state of Michigan alone has a coastal shoreline encompassing 3,222 miles—second only to Alaska. Islands contribute a striking proportion of coastal riparian area, as exemplified by the 948 miles of the Isle Royale archipelago shoreline, which is noted for its unusual assemblage of disjunct plant species (Voss, 1972). Small islands, in fact, may be nearly 100 percent riparian in composition, according to this report's definition. In addition, the Great Lakes region is well known for its glaciated landscape punctuated with numerous lakes and streams of all sizes. In effect, large portions of this region's landscape can be thought of as being almost entirely riparian. It is no wonder, then, that riparian areas play a central role in this region's biodiversity.

Great Lakes coastal riparian areas provide habitat for a variety of endemic plant species. Houghton's goldenrod (*Solidago houghtonii*), first collected by Douglass Houghton in 1839, occurs nowhere in the world except along the northern shores of Lakes Michigan and Huron (Voss, 1996). Dwarf lake iris (*Iris lacustris*), another northern Great Lakes endemic, is particularly abundant on the rubble of old glacial beach ridges (Voss, 1972). Lake Huron tansy (*Tanacetum huronense*), first described by Thomas Nuttall in 1810 at the Straits of Mackinac, inhabits Great Lakes riparian dunes and upper beaches, tracking the fluctuations in lake levels (Voss, 1996). In the Apostle Islands National Lakeshore (Wisconsin), botanists have recorded 809 plant species. A European rush (*Juncus squarrosus*), known previously only from Greenland, a Eurasian sedge new to the Great Lakes (*Carex ovalis*), and an eastern North American sedge (*C. tincta*) are listed among its disjuncts and rarities (Judziewicz and Koch, 1993). In the upper peninsula of Michigan, major river systems such as the Menominee and Escanaba provide refugia for prairie plant species believed to be relicts from the widespread savannas of the warm, dry hypsithermal period (D. Henson, Independent Consulting Biologist, Tamarack Studios, personal communication, 2000) occurring roughly 6,000 years ago (Pielou, 1991; Davis et al., 2000). In general, relict and disjunct populations and endemic species represent pockets of genetic variability (Utter and Hurst, 1990) that may become even more important during periods of future climate change. Pollen analysis from coastal riparian areas of the Great Lakes (national parks and national lakeshores) has demonstrated a climate-modifying capacity of large water bodies that apparently has translated into refugia for plant species during past climate changes and would likely do the same for future changes predicted as a result of global warming (Davis et al., 2000).

Great Lakes riparian areas are likewise important to the region's animals. Work along the Lake Huron shoreline has emphasized the importance of Great Lakes shorelines as stopover points for early-spring migrant birds; birds are substantially more abundant and diverse at coastal sites than they are inland. The main attraction appears to be the rich source of food in the form of emerging aquatic insects such as midges and mayflies that light on the riparian vegetation (Dallman and Smith, 1995; Ewert and Hamas, 1996; Seefelt, 1997; Hyde, 1998; Smith et al., 1998). Riparian areas of rivers and tributaries flowing into the Great Lakes have

*continues*

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058677

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 166 of 203

enhanced diversity and habitat values resulting from their connectivity to these larger waterbodies. For example, small intermittent and first-order streams provide critical links between major river systems and numerous lakes and rivers on the landscape. Species as diverse as gray wolf (*Canis lupus*), coyote (*Canis latrans*), black bear (*Ursus americanus*), river otter (*Lutra canadensis*), red fox (*Vulpes vulpes*), and muskrat (*Ondatra zibethicus*) have been seen using seasonal drainages that connect with a third-order stream that is a major tributary of the Menominee River, the largest catchment in Michigan's upper peninsula (E. Rogers and D. J. Tiller, White Water Associates, Inc., personal communication, 2000). Riparian areas of third-order streams flowing into Lake Huron likewise are important to foraging neotropical migrants as stopover sites (Wilson, 2000).

and food web maintenance. Nine common examples are presented in Table 2-3, and many more could be added or derived from those listed. Present knowledge about these functions derives from an emerging but relatively large body of research conducted in the United States and elsewhere. In many cases, knowledge is sufficiently well developed such that indicators can be used as shortcuts to judge whether the functions are occurring at appropriate levels (see Chapter 5 for an in-depth discussion of assessment methods).

Riparian functions have both on-site and off-site effects, some of which may be expressed as goods and services available to society (Table 2-3). (This approach has been used to interpret the societal values of the functions of other ecosystem types [Christensen et al., 1996]). For example, functions related to hydrology and sediment dynamics include storage of surface water and sediment, which reduces damage from floodwaters downstream from the riparian area. Similarly, the function of cycling and accumulating chemical constituents has been measured in a number of studies on nitrogen and phosphorus cycling. These studies have shown that nutrients are intercepted, to varying degrees, as runoff passes through managed and natural riparian zones. The societal benefit is the buffering effect of pollutant removal, a service that has been a major motivation for protecting and managing riparian areas. Functions related to habitat and food web maintenance are the basis for many valued fisheries, not to mention that they contribute to human activities such as bird watching and wildlife enjoyment.

The hydrologic, nutrient cycling, and habitat/food web functions of riparian areas correspond to goods and services such as support of biodiversity, flood peak reduction, and removal of pollutants from runoff. Except for support of biodiversity, some of the environmental services of riparian areas can be provided by technologies, such as reservoirs for flood peak reduction and wastewater treatment plants for pollutant removal. However, these substitutions are directed at single functions rather than the multiple functions that riparian areas carry out simultaneously and with little direct costs to society.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058678

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 167 of 203

## CONCLUSIONS

Much of our understanding of riparian ecology (as reflected in this chapter) is based upon studies of streams and small shallow rivers because they are easier to study and are prevalent features of all landscapes. Nonetheless, large alluvial rivers have expansive riparian areas that are important as habitat for an enormous array of biota including endangered species, as natural sites for nutrient retention and pollution detoxification, and for other functions and values. Because large river floodplain–riparian areas have been substantially altered by human activities (see Chapter 3), their restoration will require a firm understanding of riparian structure and function at much larger watershed scales.

In a similar vein, our current understanding of the relationships between riparian vegetation and local environmental conditions is quite good. Even though the fundamental principles are universal, transferring specific information on riparian structure and function from one region to another can be problematic because of differences in vegetative composition and stature, discharge regimes, climate, geology and soils, and river network structure. Comparisons at the scale of climatic and geographic zones are seldom attempted even though such information is critical in making nationwide management decisions about riparian resources. Thus, in addition to the specific research recommendations noted throughout this chapter, it will be important to extend our knowledge of riparian functioning into large river systems and to those physical factors that strongly influence riparian systems (e.g., climate, geomorphology, and runoff) and the responses of biological components.

**Riparian areas perform important hydrologic, geomorphic, and biological functions.** These areas encompass complex above- and below-ground habitats created by the convergence of biophysical processes in the transition zone between aquatic and terrestrial ecosystems. Riparian areas encompass interactions in all three spatial dimensions of drainage corridors: laterally between stream channel and adjacent terrestrial zone, vertically between the surface and subsurface, and longitudinally between upstream and downstream reaches.

**Riparian areas cannot be thought of in isolation from stream channels.** The characteristic geomorphology, plant communities, and associated aquatic and wildlife species of riparian systems are intrinsically linked to the role of water as both an agent of disturbance and a critical requirement of biota. Although it is widely recognized that the aquatic portion of a riverine or lake system can have a pronounced effect on associated riparian areas, these riparian areas can have important influences on their aquatic systems.

**Natural riparian systems have adapted to specific hydrologic disturbance regimes (i.e., flow frequency, magnitude, duration, timing and rate of**

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058679

TABLE 2-3  Functions of Riparian Areas and Their Relationship to
Environmental Services[a]

| Examples of Functions | Indicators that Functions Exist | On-site or o |
|---|---|---|
| *Hydrology and Sediment Dynamics* | | |
| Stores surface water over the short term | Floodplain connected to stream channel | Attenuates |
| Maintains a high water table | Presence of flood-tolerant and drought-intolerant plant species | Maintains climates |
| Accumulates and transports sediments | Riffle-pool sequences, point bars, and other features | Contribute |
| *Biogeochemistry and Nutrient Cycling* | | |
| Produces organic carbon | A balanced biotic community | Provides e terrestri |
| Contributes to overall biodiversity | High species richness of plants and animals | Provides r |
| Cycles and accumulates chemical constituents | Good chemical and biotic indicators | Intercepts |
| Sequesters carbon in soil | Organic-rich soils | Contribute sequestr atmosph |
| *Habitat and Food Web Maintenance* | | |
| Maintains streamside vegetation | Presence of shade-producing forest canopy | Provides s |
| Supports characteristic terrestrial vertebrate populations | Appropriate species having access to riparian area | Allows da migratio |
| Supports characteristic aquatic vertebrate populations | Migrations and population maintenance of fish | Allows mi |

[a]Effects of functions sometimes are expressed off-site. Indicators are often used to evaluate
whether or not a function exists, and are commonly used as shortcuts for evaluating the condition of
riparian areas. The functions listed are examples only and are not comprehensive. Modified from
NRC (1995).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058680

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

*STRUCTURE AND FUNCTIONING OF RIPARIAN AREAS ACROSS THE U.S.*   125

| | On-site or off-site Effects of Functions | Goods and Services Valued by Society |
|---|---|---|
| ...nnel | Attenuates downstream flood peaks | Reduces damage from floodwaters (Daily, 1997) |
| ...ight- | Maintains vegetation structure in arid climates | Contributes to regional biodiversity through habitat (e.g., forest canopy) provision (Szaro, 1991; Ohmart, 1996; James et al., 2001) |
| ...nd other | Contributes to fluvial geomorphology | Creates predictable yet dynamic channel and floodplain dynamics (Beschta et al., 1987a; Klingeman et al., 1999) |
| | Provides energy to maintain aquatic and terrestrial food webs | Supports populations of organisms (Gregory et al., 1991; Meyer and Wallace, 2001) |
| ...l animals | Provides reservoirs for genetic diversity | Contributes to biocomplexity (Szaro, 1991; Naiman and Rogers, 1997; Pollock et al., 1998) |
| ...s | Intercepts nutrients and toxicants from runoff | Removes pollutants from runoff (Bhowmilk et al., 1980; Peterjohn and Correll, 1984) |
| | Contributes to nutrient retention and to sequestration of carbon dioxide from the atmosphere | Potentially ameliorates global warming (Van Cleve et al., 1991) |
| ...canopy | Provides shade to stream during warm season | Creates habitat for cold-water fish (Beschta et al., 1987b; McCullough, 1999) |
| ...to | Allows daily movements to annual migrations | Supplies objects for bird watching, wildlife enjoyment, and game hunting (Green and Tunstall, 1992; Flather and Cordell, 1995) |
| ...ance | Allows migratory fish to complete life cycles | Provides fish for food and recreation (Nehlsen et al, 1991; Naiman et al., 2000) |

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058681

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 170 of 203

change) and corresponding sediment regimes (e.g., transport frequency and magnitude, particle sizes). Particularly in arid regions, the types of riparian vegetation present are largely determined by their tolerance of and adaptation to hydrologic disturbances. Managing riparian areas without regard to how they are influenced by the dynamic patterns of adjacent waterbodies ignores a fundamental aspect of how these systems function.

In addition to disturbance regimes, soil moisture plays a significant role in shaping the vegetative structure of riparian areas. In humid regions of the country, vegetation is abundant in both uplands and riparian areas, with species tolerant to high soil moisture and anoxia being more prevalent in riparian areas. In arid regions, plants are often concentrated along the band of adequate soil moisture provided by riparian areas.

A core of tree genera—*alders, cottonwoods,* and *willows*—grows in riparian areas across the continent. Gallery stands of these trees are predominant features of many riparian areas throughout the country. In much of the American West, the integrity of riparian areas in low-gradient meadow systems requires intact communities of shrubs (e.g., willows) and hydrophytic graminoids (sedges, rushes, and grasses).

Riparian areas, in proportion to their area within a watershed, perform more biologically productive functions than do uplands. Riparian areas provide a wide range of functions such as microclimate modification and shade, bank stabilization and modification of sedimentation processes, contributions of organic litter and large wood to aquatic systems, nutrient retention and cycling, wildlife habitat, and general food-web support for a wide range of aquatic and terrestrial organisms. Thus, even though they occupy only a small proportion of the total land base in most watersheds, they are uniquely positioned between the aquatic and terrestrial ecosystems to provide a wide range of functions critical for many aquatic and terrestrial species, for maintenance of water quality, for aesthetics, for the production of goods and services, and for a wide range of social and cultural values.

Riparian areas are effective in filtering and transforming materials (such as dissolved and particulate nonpoint source pollutants) from hillslope runoff. Pollutant removal in riparian areas is most effective along first- and second-order streams because a greater percentage of their flow derives from hillslope rather than upstream sources. However, where flows are concentrated into topographic depressions prior to entering a riparian area, the effectiveness of the riparian area for pollutant removal will be greatly reduced.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058682

**Because riparian areas are located at the convergence of terrestrial and aquatic ecosystems, they are regional hot spots of biodiversity and often exhibit high rates of biological productivity in marked contrast to the larger landscape.** This is particularly dramatic in arid regions, as evidenced by the high number of plant and animal species that find crucial habitats along watercourses and washes. Riparian areas provide connectivity at all spatial and temporal scales, helping maintain landscape biodiversity by countering the negative ecological effects of habitat fragmentation.

# REFERENCES

Abbe, T. B., and D. R. Montgomery. 1996. Large woody debris jams, channel hydraulics and habitat formation in large rivers. Regulated Rivers: Research & Management 12(2–3):201–221.

Addy, K. L., A. J. Gold, P. M. Groffman, and P. A. Jacinthe. 1999. Ground water nitrate removal in subsoil of forested and mowed riparian buffer zones. J. Environmental Quality 28(3):962–970.

Ahmad, R., F. N. Scatena, and A. Gupta. 1993. Morphology and sedimentation in Caribbean montane streams: examples from Jamaica and Puerto Rico. Sedimentary Geology 85:157–169.

Amoros, C., J. Rostan, G. Pautou, and J. Bravard. 1987. The reversible process concept applied to the environmental management of large river systems. Environ. Manage. 11(5):607–617.

Anderson, B. W., and R. D. Ohmart. 1977. Vegetation structure and bird use in the lower Colorado River Valley. Paper presented at the symposium on importance, preservation, and management of riparian habitat, Tucson, AZ.

Anderson, N. H., and J. B. Wallace. 1984. Habitat, life history, and behavioral adaptations of aquatic insects. Pp. 38–58 In: An introduction to the aquatic insects of North America. R. W. Merritt and K. W. Cummins (eds.). Dubuque, IA: Kendall/Hunt Publishing Co.

Andrus, R. E. 1990. Why rare and endangered byophytes? In: Ecosystem management: rare species and significant habitats. Mitchell, R. S., Sheviak, C. J. and D. J. Leopold (eds.). Proceedings of the 15th Annual Natural Areas Conference. New York State Museum Bulletin No. 471. Albany, NY.

Angermeier, P. L. 1987. Spatiotemporal variation in habitat selection by fishes in small Illinois streams. Pp. 52–60 In: Community and evolutionary ecology of North American stream fishes. W. J. Matthews and D. C. Heins (eds.). Norman, OK: University of Oklahoma Press.

Avery, E. L. 1992. Effects of removing beaver dams upon a northern Wisconsin brook trout stream. Study No. 406. Madison, WI: Wisconsin Department of Natural Resources, Bureau of Research, Fish Research Section.

Bach, L. 1995. River basin assessment: Upper/middle Grande Ronde River and Catherine Creek. Portland, OR: Oregon Department of Environmental Quality.

Baker, W. L. 1989. Classification of the riparian vegetation of the montane and sub-alpine zones in western Colorado. Great Basin Naturalist 49:214–228.

Bard, A. J., and R. L. Wilby. 1999. Eco-hydrology: plants and water in terrestrial environments. Routledge, London.

Barnes, W. J., and E. Dibble. 1988. The effects of beaver in riverbank forest succession. Can. J. Bot. 66:40–44.

Barton, D. R., W. D. Taylor, and R. M. Biette. 1985. Dimensions of riparian buffer strips required to maintain trout habitat in southern Ontario streams. North American Journal of Fisheries Management 5:364–378.

Bathurst, J. C. 1979. Distribution of boundary shear stress in rivers. Pp. 95–116 In: Adjustment of fluvial systems. D. D. Rhodes and G. P. Williams (eds.). Dubuque, IA: Kendall/Hunt.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058683

hih

hihi

hih

—

Bayley, P. B. 1991. The flood pulse advantage and the restoration of river–floodplain systems. Regulated Rivers: Research and Management 6:75–86.

Bayley, P. B., and H. W. Li. 1992. Riverine fishes. Pp. 252–281 In: The rivers handbook: hydrological and ecological principles, Vol. 1. P. Calow and G. E. Petts (eds.). Oxford: Blackwell Scientific Publications.

Beier, P. 1993. Determining minimum habitat areas and habitat corridors for cougars. Conservation Biology 7:94–108.

Belovsky, G. E. 1984. Summer diet optimization by beaver. The American Midland Naturalist 111:209–222.

Benke, A. C., and J. B. Wallace. 1990. Wood dynamics in coastal plain blackwater streams. Can. J. Fish. Aquat. Sci. 47:92–99.

Bergerud, A. T., and D. R. Miller. 1977. Population dynamics of Newfoundland beaver. Can. J. Zool. 55:1480–1492.

Beschta, R. L., T. Blinn, G. E. Grant, G. G. Ice, and F. G. Swanson (editors). 1987a. Erosion and sedimentation in the Pacific Rim. International Association of Hydrological Sciences, Publication No. 165. 510 pp.

Beschta, R. L., R. E. Bilby, G. W. Brown, L. B. Holtby, and T. D. Hofstra. 1987b. Stream temperature and aquatic habitat: fisheries and forestry interactions. Pp. 191–232 In: Streamside management: forestry and fisheries comparisons. E. O. Salo and T. W. Cundy (eds.). Seattle, WA: University of Washington, Institute of Forest Resources, Contribution No. 57. 471 pp.

Bhowmilk, N. G., Bonini, A. P., Bogner, W. C., and Byrne, R. P. 1980. Hydraulics of flow and sediment transport to the Kankakee River in Illinois. Illinois State Water Survey Rep. of Investigation 98, Champaign, Ill., 170 p.

Bisson, P. A., T. P. Quinn, G. H. Reeves, and S. V. Gregory. 1992. Best management practices, cumulative effects, long-term trends in fish abundance in Pacific Northwest river systems. Pp. 189–232 In: Watershed management: balancing sustainability and environmental change. R. J. Naiman (ed.). New York: Springer-Verlag. 542 p.

Bisson, P.A., R. E. Bilby, M. D. Bryant, C. A. Dolloff, G. B. Grette, R. A. House, M. L. Murphy, K. V. Koski, and J. R. Sedell. 1987. Large woody debris in forested streams in the Pacific Northwest: Past, present, and future. Pp. 143–190 In: Streamside management: forestry and fishery interactions. E. O. Salo and T. W. Cundy (eds.). Seattle, WA: University of Washington, Institute of Forest Resources, Contribution No. 57.

Bisson, P. A., S. V. Gregory, and T. Nickelson. 2002. Long-term variation in anadromous and resident salmonid populations. In: Ecological and Environmental Research in the Alsea Watershed. J. Stednick (ed.). Springer-Verlag.

Bliss, L. C., and J. E. Cantlon. 1957. Succession on river alluvium in northern Alaska. American Midland Naturalist 58:452–469.

Bohlke, J. K., and J. M. Denver. 1995. Combined use of ground-water dating, chemical and isotopic analyses to resolve the history and fate of ground-water nitrate contamination in two agricultural watersheds, Atlantic coastal plain, Maryland. Water Resources Research 31: 2319–2339.

Boose, A. B., and J. S. Holt. 1999. Environmental effects on asexual reproduction in Arundo donax. Weed Research 39:117–127.

Boyd, M., B. Kasper, and A. Hamel. 1998 (draft). Tillamook basin temperature total maximum daily load (TMDL). Oregon Department of Environmental Quality, Portland. 42 pp. + appendices.

Boyer, E. W., G. M. Hornberger, K. E. Bencala, and D. M. McKnight. 1997. Response characteristics of DOC flushing in an alpine catchment. Hydrological Processes 11:1635–1647.

Bradt, G. W. 1938. A study of beaver colonies in Michigan. J. Mammalogy 19:139–162.

Braun, C. E. 1998. Sage grouse declines in western North America: What are the problems? Proceedings of the Western Association of Fish and Wildlife Agencies 78:139–156.

Brinson, M. M. 1990. Riverine forests. In: Forested wetlands. A. E. Lugo, M. Brinson, and S. Brown (eds.). New York: Elsevier.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058684

Brinson, M. M. 1991. Landscape properties of pocosins and associated wetlands. Wetlands 11:441–465.

Brinson, M. M. 1993. Changes in the functioning of wetlands along environmental gradients. Wetlands 13:65–7.

Brinson, M. M. and J. Verhoeven. 1999. Riparian forests. In: Maintaining biodiversity in forested ecosystems. M. L. Hunter (ed.). Cambridge, England: Cambridge University Press.

Brinson, M. M., R. R. Christian, and L. K. Blum. 1995. Multiple states in the sea-level induced transition from terrestrial forest to estuary. Estuaries 18:648–659.

Brock, T. D., and M. T. Madigan. 1991. Biology of Microorganisms. Englewood Cliffs, NJ: Prentice Hall. 873 pp.

Brosofske, K. D., J.Chen, R. J. Naiman, and J. F. Franklin. 1997. Effects of harvesting on microclimaic gradients from small streams to uplands in western Washington. Ecological applications 7(4):1188–1200.

Brown, C. R., M. B. Brown, P. A. Johnsgard, J. Kren, W. C. Scharf. 1996. Birds of the Cedar Point Biological Station area, Keith and Garden counties, Nebraska: Season occurrence and breeding data. Transactions of the Nebraska Academy of Sciences 23:91–108.

Brown, G. W. 1969. Predicting temperatures of small streams. Water Resources Research 5:68–75.

Bruner, W. E. 1931. The vegetation of Oklahoma. Ecological Monographs 1:99–188.

Bryan, M. D. and D. L. Scarnecchia. 1992. Species richness, composition, and abundance of fish larvae and juveniles inhabiting natural and developed shorelines of a glacial Iowa lake. Environ. Biol. of Fishes 35:329–341.

Budd, W. W., P. L. Cohen, and P. R. Saunders. 1987. Stream corridor management in the Pacific Northwest: I. Determination of stream corridor widths. Environmental Management 11:587–597.

Buell, M. F., and W. A. Wistendahl. 1955. Flood plain forests of the Raritan River. Bulletin of the Torrey Botanical Club 82:463–472.

Burnett, A. W., and S. A. Schumm. 1983. Alluvial-river response to neotectonic deformation in Louisiana and Mississippi. Science 222:49–50.

Burt, W. H., and Grossenheider. 1976. A field guide to the mammals. Boston, MA: Houghton Mifflin Company.

Carpenter, S. R., E. van Donk, and R. G. Wetzel. 1998. Effects of the nutrient loading gradient in shallow lakes. Pp. 393–396 In: The role of submersed macrophytes in structuring the biological community and biogeochemical dynamics in shallow lakes. Dordrecht, Netherlands: Kluwer Publishers.

Chapin, D. M., R. L. Beschta, and J. W. Shen. 2000. Flood frequencies required to sustain riparian plant communities in the Upper Klamath Basin, Oregon. Pp. 17–22 In: International conference on riparian ecology and management in multi-land use watersheds. P. J. Wiggington and R. L. Beschta (eds.). Middleburg, VA: American Water Resources Association.

Chapman, D. W. 1965. Net production of juvenile coho salmon in three Oregon streams. Trans. Amer. Fish. Soc. 94:40–52.

Chapman, D. W. 1966. Food and space as regulators of salmonid populations in streams. Amer. Nat. 100:345–357.

Cheng, J. D. 1989. Streamflow changes after clear-cut logging of a pine beetle-infested watershed in southern British Columbia, Canada. Water Resources Research 25:449–456.

Choi, J., and J. Harvey. 2000. Characterizing multiple timescales of stream and storage zone interaction that affect solute fate and transport in streams. Water Resources Research 36(6):1511–1518.

Christensen, N. L., A. M. Bartuska, J. H. Brown, S. Carpenter, C. D'Antonio, R. Francis, J. F. Franklin, J. A. MacMahon, R. F. Noss, D. J. Parsons, C. H. Peterson, M. G. Turner, and R. G. Woodmansee. 1996. The report of the Ecological Society of America committee on the scientific basis for ecosystem management. Ecological Applications 6:665–691.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058685

Clevenger, A. P., and N. Waltho. 2000. Factors influencing the effectiveness of wildlife underpasses in Banff National Park, Alberta, Canada. Conservation Biology 14:47–55.

Collins, S. L., P. G. Risser, and E. L. Rice. 1981. Ordination and classification of mature bottomland forests in North Central Oklahoma. Bulletin of the Torrey Botanical Club 108:152–165.

Cook, D. B. 1940. Beaver-trout relations. J. Mammalogy 21:397–401.

Correll, D. L. 1997. Buffer zones and water quality protection. Pp. 7–20 In: Buffer zones: their processes and potential in water protection. N. E. Haycock,T. P. Burt, K. W. T. Goulding and G. Pinay (eds.). Harpenden, Hertfordshire, UK: Quest Environmental.

Cowan. W. L. 1956. Estimating hydraulic roughness coefficients. Agricultural Engineering 37:473–475.

Crawford C. S., A. C. Culley, R. Leutheuser, M. S. Sifuentes, L. H. White, and J. P. Wilber. 1993. Middle Rio Grande Ecosystem: Bosque Biological Management Plan. Albuquerque, NM: U.S. Fish and Wildlife Service, District 2. 291 pp.

Crow, T. R., M. E. Baker, and B. V. Barnes. 2000. Diversity in riparian landscapes. Pp. 34–66 In: Riparian management in forests of the continental eastern United States. E. S. Verry, J. W. Hornbeck, and C. A. Dolloff (eds.). New York: Lewis Publishers.

Dahm, C. N., N. B. Grimm, P. Marmonier, H. M. Valett, and P. Vervier. 1998. Nutrient dynamics at the interface between surface waters and groundwaters. Freshwater Biology 40:427–451.

Daily, G. C. (ed.). 1997. Nature's services: Societal dependence on natural ecosystems. Washington, DC: Island Press.

Dallman, M., and R. J. Smith. 1995. Avian predation on Chironomids along the nearshore waters of Lake Huron. Michigan Birds and Natural History 2:201–204.

Daly, C., R. P. Neilson, and D. L. Phillips. 1994. A statistical-topographic model for mapping climatological precipitation over mountainous terrain. J. Appl. Meteor. 33:140–158.

Danehy, R. J., and B. J. Kirpes. 2000. Relative humidity gradients across riparian areas in eastern Oregon and Washington forests. Northwest Science 74(3):224–233.

Daniel, J. F. 1976. Estimating groundwater evapotranspiration from streamflow records. Water Resources Research 12(3):360–364.

Davis, M., C. Douglas, R. Calcote, K. L. Cole, M. G. Winkler, and R. Flakne. 2000. Holocene climate in the western Great Lakes national parks and lakeshores: implications for future climate change. Conservation Biology 14:968–983.

Dawson, T. E., and J. R. Ehleringer. 1993. Streamside trees that do not use streamwater. Nature 350:335–337.

DeGraaf, R. M., and M. Yamasaki. 2000. Bird and mammal habitat in riparian areas. Pp. 139–156 In: Riparian management in forests of the continental eastern United States. E. S. Verry, J. W. Hornbeck, and C.A. Dolloff (eds.). New York: Lewis Publishers.

Dillaha, T. A., R. B. Reneau, S. Mostaghimi, and V. O. Shanholtz. 1989. Vegetative filter strips for nonpoint source pollution control. Transactions of the ASAE 32(2):491–496.

Dingman, S. L. 1984. Fluvial hydrology. New York: W. H. Freeman.

Dirschl, H. J., and R. T. Coupland. 1972. Vegetation patterns and site relationships in the Saskatchewan River delta. Canadian Journal of Botany 50:647–675.

Dobrowolski, K. A., A. Kozakiewicz, and B. Leznicka. 1993. The role of small mammals and birds in transport of matter through the shore zone of lakes. Hydrobiologia 251:81–93.

Dodd, C. K., Jr., and B. S. Cade. 1998. Movement patterns and the conservation of amphibians breeding in small, temporary wetlands. Conservation Biology 12:331–339.

Dong, J., J. Chen, K. D. Brosofske, and R. J. Naiman. 1998. Modeling air temperature gradients across managed small streams in western Washington. Journal of Environmental Management 53:309–321.

Dunne, T., and R. D. Black. 1970. Partial area contributions to storm runoff in a small New England watershed. Water Resources Research 6: 1296–1311.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058686

Dunne, T. 1978. Field studies of hillslope flow processes. Pp. 227–293 In: Hillslope hydrology. M. J. Kirkley (ed.). Chicester: John Wiley.

Everitt, B. L. 1968. Use of cottonwood in an investigation of the recent history of a flood plain. American Journal of Science 266: 417–439.

Ewert, M. A. 1985. Second Year Report: Assessment of the current distribution and abundance of the Wood Turtle (*Clemmys insculpta*) in Minnesota and along the St. Croix National Scenic Riverway in Wisconsin. Unpublished report for the Minnesota Nongame Wildlife Program and Minnesota Field Office of the Nature Conservancy, 37 p.

Ewert, D. N., and M. J. Hamas. 1996. Ecology of migratory landbirds during migration in the Midwest. Pp. 200–208 In: Management of Midwestern landscapes for the conservation of neotropical migratory birds. Gen. Tech. Rep. NC–187. F. R. Thompson III (ed.). St. Paul, MN: USDA Forest Service North Central Experiment Station.

Faaborg, J. 1988. Ornithology, an ecological approach. Englewood Cliffs, NJ: Prentice Hall. 470 pp.

Faaborg, J., A. D. Anders, M. E. Baltz, and W. K. Gram. 1996. Non-breeding season considerations for the conservation of migratory birds in the Midwest: Post breeding and wintering species. Pp. 189–199 In: Management of Midwestern landscapes for the conservation of neotropical migratory birds. Gen. Tech. Rep. NC–187. F. R. Thompson III (ed.). St. Paul, MN: USDA Forest Service North Central Experiment Station.

Federal Interagency Working Group. 1998. Stream corridor restoration. principles, processes, and practices. Washington, DC: National Technical Information Service, U.S. Department of Commerce.

Findlay, S. 1995. Importance of surface–subsurface exchange in stream ecosystems: the hyporheic zone. Limnology and Oceanography 40: 159–164.

Fisher, S. G., N. B. Grimm, E. Marti, R. M. Holmes, and J. B. Jones. 1998. Material spiraling in stream corridors: a telescoping ecosystem model. Ecosystems 1:19–34.

Fisher, S. G., and G. E. Likens. 1973. Energy flow in Bear Brook, New Hampshire: an integrative approach to stream ecosystem metabolism. Ecological Monographs 43(4): 421–439.

Fisk, H .N., and E. McFarland, Jr. 1955. Later Quaternary deltaic deposits of the Mississippi River. Geological Society of America Special Paper 62:279–302.

Flanagan, L. B., J. R. Ehleringer and T. E. Dawson. 1992. Water sources of plants growing in woodland, desert and riparian communities: Evidence from stable isotope analysis. In: Proceedings of the symposium on ecology and management of riparian shrub communities. Gen. Tech. Rep. INT-289. Clary, W. P., E. D. Durant McArthur, D. Bedunah and C. L. Wambolt (eds.). Ogden, UT: USDA Forest Service Intermountain Research Station.

Flather, C. H., and H. K. Cordell. 1995. Outdoor recreation: historical and anticipated trends. Pp. 3–16 In: Wildlife and recreationists: historical and anticipated trends. R. L. Knight and K. J. Gutzwiller (eds.). Washington, DC: Island Press.

Ford, T. E., and R. J. Naiman. 1988. Alteration of carbon cycling by beaver: methane evasion rates from boreal forest streams and rivers. Can. J. Zool. 66:529–533.

Franklin, J. F., and C. T. Dyrness. 1988. Natural vegetation of Oregon and Washington. Corvallis, OR: Oregon State University Press.

Friedman, J. M., and G. T. Auble. 2000. Floods, flood control, and bottomland vegetation. Pp. 219–237 In: Inland flood hazards: human, riparian, and aquatic communities. E. Wohl (ed.), Cambridge, England: Cambridge University Press.

Friedman, J. M., W. R. Osterkamp, and W. M. Lewis, Jr. 1996a. Channel narrowing and vegetation development following a Great Plains flood. Ecology 77(7):2167–2181.

Friedman, J. M., W. R. Osterkamp, and W. M. Lewis, Jr. 1996b. The role of vegetation and bed-level fluctuations in the process of channel narrowing. Geomorphology 14:341–351.

Frissell, C. A. 1993. A new strategy for watershed restoration and recovery of Pacific Salmon in the Pacific Northwest. Eugene, OR: Pacific Rivers Council, Inc.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058687

132                                                                    *RIPARIAN AREAS*

Garten, C. T., Huston, M. A., Thomes, C. A. 1994. Topographic variation of soil nitrogen dynamics at Walker Branch Watershed, Tennessee. Forest Science 40(3):497–512.

Gatewood, J. S., J. W. Robinson, B. R. Colby, J. D. Hem, and L. C. Halpenny. 1950. Use of water by bottomland vegetation in the Lower Safford Valley, Arizona. U.S. Geological Survey Water-Supply Paper 1103.

Geraghty, J. J., D. W. Miller, F. van der Leeden, and F. L. Troise. 1973. Water Atlas of the United States. Third edition. Port Washington, NY: Water Information Center.

Gibert, J., J. A. Stanford, M.-J. Dole-Oliver, and J. V. Ward. 1994. Basic attributes of groundwater ecosystems and prospects for research. Pp. 7–40 In: Groundwater ecology. J. Gibert, D. L. Danielopol, and J. A. Stanford (eds.). San Diego, CA: Academic Press, Inc.

Gill, F. B. 1990. Ornithology. New York: W. H. Freeman and Co. 660 pp.

Gilliam, J. W., J. E. Parsons, and R. L. Mikkelsen. 1997. Nitrogen dynamics and buffer zones. Pp. 54–61 In: Buffer zones: their processes and potential in water protection. N. E. Haycock, T. P. Burt, K. W. T. Goulding and G. Pinay (eds.). Harpenden, Hertfordshire, UK: Quest Environmental.

Gillilan, D., and T. Brown. 1997. Instream Flow Protection: Seeking a Balance in Western Water Uses. Washington, DC: Island Press.

Goodrich, D. C. et al. 2000. Seasonal estimates of riparian evapotranspiration using remote and in situ measurements. Agricultural and Forest Meteorology 105(1–3):281–310.

Gorman, O. T., and J. R. Karr. 1978. Habitat structure and stream fish communities. Ecology 59:507–515.

Gould, W. A., and M. D. Walker. 1999. Plant communities and landscape diversity along a Canadian arctic river. Journal of Vegetation Science 10:537–548.

Green, C. H., and S. M Tunstall. 1992. The amenity and environmental value of river corridors in Britain. In: River conservation and management. New York: John Wiley & Sons.

Gregory, S. V., and P. A. Bisson. 1996. Degradation and loss of anadromous salmonid habitat in the Pacific Northwest. Pp. 277–314. In: Pacific salmon and their ecosystems: status and future options. D. Stouder and R. J. Naiman (eds.). New York: Springer-Verlag.

Gregory, K. J., and D. E. Walling. 1973. Drainage basin form and process. New York: John Wiley and Sons. 456 pp.

Gregory, S. V., F. J. Swanson, W. A. McKee, and K. W. Cummins. 1991. An ecosystem perspective of riparian zones. BioScience 41:540–551.

Groffman, P. M., A. J. Gold, and R. C. Simmons. 1992. Nitrate dynamics in riparian forests: microbial studies. J. Environ. Qual. 21:666–671.

Hair, J. D., G. T. Hepp, L. M. Luckett, K. P. Reese, and D. K. Woodward. 1978. Beaver pond ecosystems and their relationships to multi-use natural resource management. Pp. 80–92 In: Strategies for protection and management of floodplain wetlands and other riparian ecosystems. Proceedings of the Symposium, Dec. 11–13, 1978, Callaway Gardens, GA. Washington, DC: USDA and USFS.

Hall, F. R. 1968. Base-flow recessions—a review. Water Resources Research 4(5):973–983.

Hall, J. D., and R. L. Lantz. 1969. Effects of logging on the habitat of coho salmon and cutthroat trout in coastal streams. Pp. 355–375 In: Salmon and trout in streams. T. G. Northcote (ed.). H. R. MacMillan Lectures in Fisheries. Vancouver, British Columbia: University of British Columbia.

Hall, J. D., G. W. Brown, and R. L. Lantz. 1987. The Alsea watershed study: a retrospective. Pp. 399–416 In: Streamside management: forestry-fisheries interactions. E. O. Salo and T. W. Cundy (eds.). Seattle, WA: University of Washington Institute of Forest Resources.

Harding, J. H. 1997. Amphibians and reptiles of the Great Lakes region. Ann Arbor, MI: The University of Michigan Press. 378 pp.

Copyright © National Academy of Sciences. All rights reserved.

Harmon, M. E., J. F. Franklin, F. J. Swanson, P. Sollins, S. V. Gregory, J. D. Lattin, N. H. Anderson, S. P. Cline, N. G. Aumen, J. R. Sedell, G. W. Lienkaemper, K. Cromack, Jr., and K. W. Cummins. 1986. Ecology of coarse woody debris in temperate ecosystems. Advances in Ecological Research 15:133–302.

Hartman, G. F., J. C. Scrivener, L. B. Holtby, and L. Powell. 1987. Some effects of different streamside treatments on physical conditions and fish population processes in Carnation Creek, a coastal rain forest stream in British Columbia. Pp. 330–372 In: Streamside management: forestry-fisheries interactions. E. O. Salo and T. W. Cundy (eds.). Seattle, WA: University of Washington Institute of Forest Resources.

Harvey, J. W., et al. 1991. Preliminary investigation of the effect of hillslope hydrology on the mechanics of solute exchange between streams and subsurface gravel zones. Pp. 413–418 In: U.S. Geological Survey Toxic Substances Hydrology Program—Proceedings of the technical meeting, Monterey, California, March 11–15, 1991. G. E. Mallard and D. A. Aronson (eds.). Water Resources Investigations Report 91-4034.

Harvey, J. W., and K. E. Bencala. 1993. The effect of streambed topography on surface-subsurface water interactions in mountain catchments. Water Resources Research 29:89–98.

Hauer, F. R., J. A. Stanford, J. J. Giersch, and W. H. Lowe. 2000. Distribution and abundance patterns of macroinvertebrates in a mountain stream: an analysis along multiple environmental gradients. Verh. Internat. Verein. Limnol. 27:1–4.

Hawkins, C. P., M. L. Murphy, and N. H. Anderson. 1982. Effect of canopy, substrate composition, and gradient on the structure of macroinvertebrate communities in Cascade Range streams of Oregon. Ecology 63:1840–1856.

Hayes, J. C., and J. E. Hairston. 1983. Modeling the long-term effectiveness of vegetative filters as on site sediment controls. ASAE Paper No. 83-2081. St. Joseph, MI: Am. Soc. Agric. Engrs. 27 pp.

Heinselman, M. L. 1970. Landscape evolution, peatland types, and the environment in the Lake Agassiz Peatlands Natural Area, Minnesota. Ecological Monographs 40:235–261.

Helmers, D. L. 1992. Shorebird management manual. Manomet, MA: Western Hemisphere Shorebird Reserve Network. 58 pp.

Henderson, C. L., C. C. Dindorf, F. J. Rozumalski. 1998. Landscaping for Wildlife and Water Quality. Minneapolis-St. Paul, MN: Minnesota Department of Natural Resources.

Hewlett, J. K., and A. R. Hibbert. 1967. Factors affecting the response of small watersheds to precipitation in humid areas. Pp. 275–290 In: International symposium on forest hydrology. W. E. Sopper and H. W. Lull (eds.). Oxford, England: Pergamon Press. 813 pp.

Hickin, E. J. 1984. Vegetation and river channel dynamics. Canadian Geographer 28:111–126.

Hicks, B. J., R. L. Beschta, and D. Harr. 1991. Long-term changes in streamflow following logging—western Oregon and associated fisheries implications. Water Resources Bulletin 27(2):217–226.

Hinkle, S. R., J. H. Duff, F. J. Triska, A. Laenen, E. B. Gates, K. E. Bencala, D. A. Wentz, and S. R. Silva. 2001. Linking hyporheic flow and nitrogen cycling near the Willamette River—a large river in Oregon, USA. J. Hydrol. 244:157–180.

Hoctor, T. S., M. H. Carr, and P. D. Zwick. 2000. Identifying a linked reserve system using a regional landscape approach: the Florida ecological network. Conservation Biology 14:984–1000.

Holstein, G. 1984. California riparian forests: deciduous islands in an evergreen sea. Pp. 2–22 In: California riparian systems. R. E. Warner and K. M. Hendrix (eds.). Berkeley, CA: University of California Press.

Hughes, J. W., and W. B. Cass. 1997. Pattern and process of a floodplain forest, Vermont, USA: predicted responses of vegetation to perturbation. Journal of Applied Ecology 34:594–612.

Hunt, R. J., D. P. Krabbenhoft, and M. P. Anderson. 1996. Groundwater inflow measurements in wetland systems. Water Resources Research 32(3):495–507.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058689

134                                                                 *RIPARIAN AREAS*

Hunter, M. L., Jr. 1996. Fundamentals of Conservation Biology. Cambridge, MA: Blackwell Science. 482 pp.

Hupp, C. R. 2000. Hydrology, geomorphology and vegetation of Coastal Plain rivers in the southeastern USA. Hydrological Processes 14:2991–3010.

Hupp, C. R., and W. R. Osterkamp. 1985. Bottomland vegetation distribution along Passage Creek, Virginia, in relation to fluvial landforms. Ecology 66:670–681.

Hupp, C. R., and W. R. Osterkamp. 1996. Riparian vegetation and fluvial geomorphic processes. Geomorphology 14:277–295.

Huston, S. L. 1978. Prairie remnants along the Stillwater River in Miami County, Ohio. In: The Prairie Peninsula—in the "Shadow" of Transeau. Proceedings of the Sixth North American Prairie Conference, Ohio State University, Columbus, Ohio. Ohio Biological Survey Biological Notes No. 15.

Hyde, D. 1998. Stopover ecology of migratory birds along the central Lake Michigan shoreline. M.S. thesis, Central Michigan University, Mt. Pleasant, MI.

Inamdar, S. P., R. R. Lowrance, L. S. Altier, R. G. Williams and R. K. Hubbard. 1999. Riparian ecosystem management model (REMM): II. Testing of the water quality and nutrient cycling component for a Coastal Plain riparian system. Trans. Am. Soc. Agr. Eng. 42:1691–1707.

James, A., K. J. Gaston, and A. Balmford. 2001. Can we afford to conserve biodiversity? BioScience 51:43–52.

James, F. C. 1971. Ordination of habitat relationships among breeding birds. Wils. Bull. 83:215–236.

Jenkins, S. H. 1980. A size-distance relation in food selection by beavers. Ecology 61:740–746.

Jenkins, S. H., and P. E. Busher. 1979. Castor canadensis. Mammalian Species 120:1–9.

Johnson, A. S. 1989. The thin green line: riparian corridors and endangered species in Arizona and New Mexico. Pp. 35–46 In: Preserving communities and corridors. G. Mackintosh (ed.). Washington, DC: Defenders of Wildlife.

Johnson, G. D., and M. S. Boyce. 1990. Feeding trials with insects in the diet of sage grouse chicks. J. Wildl. Manage. 54:89–91.

Johnson, R. R., P. S. Bennett, and L. Haight. 1989. Southwestern woody riparian vegetation and succession: an evolutionary approach. Pp. 135–139 In: Proceedings of the California Riparian Systems Conference. D. L. Abell (ed.). USDA Forest Service General Technical Report PSW—110.

Johnson, W. C., R. L. Burgess, and W. R. Keammerer. 1976. Forest overstory vegetation and environment on the Missouri River floodplain in North Dakota. Ecological Monographs 46:59–84.

Johnston, C. A., and R. J. Naiman. 1990. Browse selection by beaver: effects on riparian forest composition. Can. J. For. Res. 20:1036–1043.

Jones, K. B., and P. C. Glinski. 1985. Microhabitats of lizards in a southwestern riparian community. Pp. 342–346 In: Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Service Gen. Tech. Bull. RM-120.

Jones, J. B., and P. J. Mulholland. 2000. Streams and ground waters. San Diego, CA: Academic Press.

Jordan, J. W. 2001. Late Quaternary sea level change in Southern Beringia: postglacial emergence of the Western Alaska Peninsula. Quaternary Science Reviews 20:509–523.

Judziewicz, E. J., and R. G. Koch. 1993. Flora and vegetation of the Apostle Islands National Lakeshore and Madeline Island, Ashland and Bayfield Counties, Wisconsin. The Michigan Botanist 32 (2):43–193.

Junk, W. J., Bayley, P. B., and Sparks, R. E. 1989. The flood pulse concept in river floodplain systems. Pp. 110–127 In: Proceedings of the International Large River Symposium. D. P. Dodge (ed.). Can. Spec. Publ. Fish. Aquat. Sci. 106.

Kalliola, R., and M. Puhakka. 1988. River dynamics and vegetation mosaicism: a case study of the River Kamajohka, northernmost Finland. Journal of Biogeography 15:703–719.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058690

Kalliola, R., J. Salo, M. Puhakka, and M. Rajasilta. 1991. New site formation and colonizing vegetation in primary succession on the western Amazon floodplains. Journal of Ecology 79:877–901.

Karr, J. R., and R. R. Roth. 1971. Vegetation structure and avian diversity in several new world areas. Am. Nat. 105:423–435.

Kauffman, J. B., and W. C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications. Journal of Range Management 37:430–437.

Kelsey, K. A., and S. D. West. 1998. Riparian wildlife. Pp. 235–258 In: River ecology and management: lessons from the Pacific Coastal ecoregion. R. J. Naiman and R. E. Bilby (eds.). New York: Springer-Verlag.

Keppeler, E. T., and R. R. Ziemer. 1990. Logging effects on streamflow-water yield and summer low flows at Caspar Creek in northwestern California. Water Resources Research 26:1669–1679.

Kirby, R. E. 1975. Wildlife utilization of beaver flowages on the Chippewa National Forest, North Central Minnesota. The Loon Winter:180–181.

Klebenow, D. A., and G. M. Gray. 1968. Food habits of juvenile sage grouse. J. Range Manage. 21:80–83.

Klingeman, P. C., R. L. Beschta, P. D. Komar, and J. B. Bradley. 1999. In: Gravel-bed rivers in the environment. Highland Ranch, CO: Water Resources Publications. 832 pp.

Klingeman, P. C., and J. B. Bradley. 1976. Willamette River basin streambank stabilization by natural means. Corvallis, OR: Oregon State University Water Resources Research Institute.

Korth, R., and P. Cunningham. 1999. Margin of error? Human influence on Wisconsin shores. Wisconsin Lakes Partnership (Wisconsin Association of Lakes, Wisconsin Department of Natural Resources, and University of Wisconsin-Extension). UWEX Lakes, University of Wisconsin, Stevens Point, WI.

Krabbenhoft et al., 1990. Estimating groundwater exchange with lakes—1. the stable isotope mass balance method. Water Resources Research 26(10):2445–2453.

Kratz, T. K., K. E. Webster, C. J. Bowser, J. J. Magnuson, and B. J. Benson. 1997. The influence of landscape position on lakes in northern Wisconsin. Freshwater Biology 37:290–17.

Labaugh, J. W., Winter, T. C., Swanson, G. A., Rosenberry, D. O., Nelson, R. D., and Euliss, N. H. 1996. Changes in atmospheric circulation patterns affect midcontinent wetlands sensitive to climate. Limnology and Oceanography 41(5):864–870.

Larkin, R. G., and J. M. Sharp. 1992. On the relationship between river-basin geomorphology, aquifer hydraulics, and ground-water flow direction in alluvial aquifers. Geological Society of America Bulletin 104:1608–1620.

Larue, P. L. Belanger, and J. Huot. 1995. Riparian edge effects on boreal balsam fir bird communities. Can. J. For. Res. 25:555–566.

Law, D. J., C. B. Marlow, J. C. Mosley, S. Custer, P. Hook and B. Leinard. 2000. Water table dynamics and soil texture of three riparian plant communities. Northwest Science 74(3):233–241.

Lawrence, W. H. 1952. Evidence of the age of beaver ponds. J. Wildlife Management 16:69–78.

Lee, D., T. A. Dillaha, and J. H. Sherrard. 1989. Modeling phosphorus transport in grass buffer strips. J. Environ. Eng. 115:409–427.

Lee, L. C. 1983. The floodplain and wetland vegetation of two Pacific Northwest river ecosystems. Ph.D. Dissertation, University of Washington, Seattle, WA.

Leidholt-Bruner, K., D. E. Hibbs, and W. C. McComb. 1992. Beaver dam locations and their effects on distribution and abundance of coho salmon fry in two coastal Oregon streams. Northwest Science 66:218–223.

Leopold, L. B., M. G. Wolman, and J. P. Miller. 1964. Fluvial Processes in Geomorphology. San Francisco, CA: W. H. Freeman and Co.

Li, R., and H. W. Shen. 1973. Effect of tall vegetation on flow and sediment. American Society of Civil Engineers Journal of the Hydraulics Division 99:793–814.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058691

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Lindsey, A. A., R. O. Petty, D. K Sterlin, and W. Van Asdall. 1961. Vegetation and environment along the Wabash and Tippecanoe Rivers. Ecological Monographs 31:105–156.

Long, C. A., and C. F. Long. 1992. Some effects of land use on avian diversity in a Wisconsin's oak–pine savanna and riparian forest. Passenger Pigeon 54:125–136.

Lowe, C. H. 1961. Biotic communities in the sub-Mogollon region of the inland Southwest. Journal of the Arizona Academy of Science 2:40–49.

Lowe, C. H. 1964. The Vertebrates of Arizona. Tucson, AZ: The University of Arizona Press. 270 pp.

Lowe, C. H. 1989. The riparianness of a desert herptofauna. USDA Forest Service General Technical Report PSW-110. Washington, DC: USDA Forest Service.

Lowrance et al., 1995. Water quality functions of riparian forest buffer systems in the Chesapeake Bay watershed. Report No. EPA-R-95-004. Annapolis, MD: Chesapeake Bay Program. 67 pp.

Lugo, A. E., S. L .Brown, R. Dodson, T. S. Smith, and H. H. Shugart. 1999. The Holdridge life zones on the conterminous United States in relation to ecosystem mapping. Journal of Biogeography 26:1025–1038.

Lytjen, D. 1998. Ecology of woody riparian vegetation in tributaries of the upper Grande Ronde River basin, Oregon. M.S. thesis, Oregon State University, Corvallis. 76 pp.

MacArthur, R. H. 1964. Environmental factors affecting bird species diversity. Am. Nat. 98:387–397.

MacDonald, B. C., and C. P. Lewis. 1973. Geomorphic and sedimentologic processes of rivers and coast, Yukon Coastal Plain. Geological Survey of Canada. Cat. No. R72-12173. Ottawa, Canada: Information Canada.

Machtans, C., M. Villard, and S. J. Hannon. 1996. Use of riparian buffer strips as movement corridors by forest birds. Conservation Biology 1366–1379.

MacNish, R. D., C. L. Unkrich, E. Smythe, D. C. Goodrich, and T. Maddock, III. 2000. Comparison of riparian evapotranspiration estimates based on a water balance approach and sap flow measurements. Agricultural and Forest Meteorology 105(1–3):271–280.

Malanson, G. P. 1993. Riparian Landscapes. Cambridge Studies in Ecology. Cambridge, UK: Cambridge University Press.

Maser, C., and J. R. Sedell. 1994. From the forest to the sea: the ecology of wood in streams. Delray Beach, FL: St. Lucie Press. 200 p.

Maser, C., R. F. Tarrant, J. M. Trappe, and J. F. Franklin (eds.). 1988. From the forest to the sea: a story of fallen trees. General Technical Report PNW-GTR-229. Portland, OR: USDA Forest Service. 153 pp.

Mattoon, W. R. 1915. The Southern Cypress. Bulletin 272. Washington DC: USDA. 74 pp.

McCullough, D. A. 1999. A review and synthesis of effects of alterations to the water temperature regime of freshwater life stages of salmonids, with special reference to chinook salmon. Water Resource Assessment EPA 910-R-99-010. Portland, OR: Columbia River Inter-Tribal Fish Commission. 291 pp.

McDowell, D. M., and R. J. Naiman. 1986. Structure and function of a benthic invertebrate stream community as influenced by beaver (*Castor canadensis*). Oecologia 68:481–489.

McGarigal, K., and W. C. McComb. 1992. Streamside versus upslope breeding bird communities in the central Oregon coast range. Journal of Wildlife Management 56:10–23.

McRae, G., and C. J. Edwards. 1994. Thermal characteristics of Wisconsin headwater streams occupied by beaver: implications for brook trout habitat. Transactions of the American Fisheries Society 123:641–656.

Meade, R. H., T. R. Yuzyk, and T. J. Day. 1990. Movement and storage of sediment in rivers of the United States and Canada. Pp. 255–280 In: Surface water hydrology. M. G. Wolman and H. C. Riggs (eds.). Boulder, CO; Geological Society of America.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058692

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Meyer, J. L., and J. B. Wallace. 2001. Lost linkages and lotic ecology: rediscovering small streams. Pp. 295–317 In: Ecology: achievement and challenge. M. C. Press, N. J. Huntly, and S. Levin (eds.). Oxford: Blackwell Scientific Publications.

Midwest Plan Service. 1985. Livestock Waste Facilities Handbook. Ames, IA: Iowa State University.

Minshall, G. W. 1988. Stream ecosystem theory: a global perspective. Journal of the North American Benthological Society 7:263–288.

Minshall, G. W. 1989. The ecology of stream and riparian habitats of the Great Basin region: a community profile. U.S. Fish and Wildlife Service Biological Report 85(7.24).

Moench, A. F., Sauer, V. B., and M. E. Jennings. 1974. Modification of routed streamflow by channel loss and base flow. Water Resources Research 10(5):963–968.

Montgomery, D. R., T. B. Abbe, J. M. Buffington, N. P. Peterson, K. M. Schmidt, and J. D. Stock. 1996. Distribution of bedrock and alluvial channels in forested mountain drainage basins. Nature 381:587–589.

Moore, F. R., and T. R. Simons. 1992. Habitat suitability and stopover ecology of neotropical landbird migrants. Pp. 345–355 In: Ecology and conservation of neotropical migrant landbirds. J. M. Hagan, III, and D. W. Johnston (eds.). Washington, DC: Smithsonian Institution Press.

Moran, M. S., and P. Heilman (eds.). 2000. Special Issue: Semi-Arid Land-Surface-Atmosphere (SALSA) Program. Agricultural and Forest Meteorology 105(1–3). 323 pp.

Morris, L. A. 1977. Evaluation, classification and management of the floodplain forest of south central New York. M.S. Thesis, SUNY College Environmental Science and Forestry, Syracuse, N.Y.

Mosley, M. P. 1983. Variability of water temperatures in the braided Ashley and Rakaia rivers. New Zealand Journal of Marine and Freshwater Research 17:331–342.

Moyle, P. B., and R. M. Yoshiama. 1994. Protection of aquatic biodiversity in California: a five-tiered approach. Fisheries 19:6–19.

Muldavin, E., P. Durkin, M. Bradley, M. Stuever, and P. Melhop. 2000. Handbook of wetland vegetation communities of New Mexico. Albuquerque, NM: New Mexico Heritage Program.

Mundie, J. H. 1969. Ecological implications of diet of juvenile coho in streams. Pp. 135–152 In: Symposium on salmon and trout in streams. T. G. Northcote (ed.). H. R. MacMillan Lectures in Fisheries, Univ. of British Columbia.

Murphy, M. L., C. P. Hawkins, and N. H. Anderson. 1981. Effects of canopy modification and accumulated sediment on stream communities. Transactions of the American Fisheries Society 110:469–478.

Murray, N. L., and Stauffer, D. F. 1995. Nongame bird use of habitat in central Appalachian riparian forests. J. Wildl. Manage. 59:78–88.

Naiman, R. J., and K. H. Rogers. 1997. Large animals and system-level characteristics in river corridors. BioScience 47:521–529.

Naiman, R. J., C. A. Johnston, J. C. Kelley. 1988. Alteration of North American streams by beaver. BioScience 38:753–761.

Naiman, R. J., D. G. Lonzarich, T. J. Beechie, and S. C. Ralph. 1992. General principles of classification and the assessment of conservation potential in rivers. Pp. 93–123 In: River conservation and management. P. Boon, P. Calow, and G. Petts (eds.). Chichester, UK: Wiley and Sons.

Naiman, R. J., H. Décamps, and M. Pollock. 1993. The role of riparian corridors in maintaining regional biodiversity. Ecological Applications 3:209–212.

Naiman, R. J., J. M. Melillo, and J. E. Hobbie. 1986. Ecosystem alteration of boreal forest streams by beaver (*Castor canadensis*). Ecology 67:1254–1269.

Naiman, R. J., R. E. Bilby, and P. A. Bisson. 2000. Riparian ecology and management in the Pacific coastal rain forest. BioScience 50:996–1011.

National Research Council (NRC). 1995. Wetlands: characteristics and boundaries. Washington, DC: National Academy Press.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058693

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 182 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

NRC. 1996. Upstream: salmon and society in the Pacific Northwest. Washington, DC: National Academy Press.

Nehlsen, W., J. E. Williams, and J. A. Lichatowich. 1991. Pacific salmon at the crossroads: stocks at risk from California, Oregon, Idaho, and Washington. Fisheries 16:4–21.

Newbold, J. D., D. C. Erman, and K. B. Roby. 1980. Effects of logging on macroinvertebrates in streams with and without buffer strips. Can. J. Fish. Aquat. Sci. 37:1077–1085.

Newbold, J. D., J. W. Elwood, R. V. O'Neill, and W. Van Winkle. 1982. Nutrient spiraling in streams: implications for nutrient limitation and invertebrate activity. American Naturalist 120:628–652.

Nilsson, C. 1992. Conservation management of riparian communities. Pp. 352–372 In: Ecological principles of nature conservation. L. Hansson (ed.). London, England: Elsevier Applied Science.

Nilsson, C., R. Jansson, and U. Zinko. 1997. Long-term responses of river-margin vegetation to water-level regulation. Science 276:798–800.

Nolet, B. A., A. Hoekstra, and M. M. Ottenheim. 1994. Selective foraging on woody species by the beaver *Castor fiber*, and its impact on a riparian willow forest. Biological Conservation 70:117–128.

Noss, R. F., H. B. Quigley, M. G. Hornocker,T. Merrill, and P. C. Paquet. 1996. Conservation biology and carnivore conservation in the Rocky Mountains. Conservation Biology 10:949–963.

Odum, E. P. 1971. Fundamentals of Ecology. Philadelphia, PA: W. B. Saunders Company.

Ogle, D. W., and P. M. Mazzeo. 1976. *Betula uber*, the Virginia round-leaf birch, rediscovered in southwest Virginia. Castanea 41:248–256.

Ohmart, R. D. 1996. Historical and present impacts of livestock grazing on fish and wildlife resources in western riparian habitats. Pp. 245–279 In: Rangeland wildlife. P. R. Krausman (ed.). Denver, CO: Society for Range Management. 440 pp.

Ohmart, R. D., and B. W. Anderson. 1978. Wildlife use values of wetlands in the arid southwestern United States. Pp. 278–295 In: Wetland functions and values: the state of our understanding. Proceedings of the National Symposium on Wetlands. P. E. Greeson, J. R. Clark, and J. E. Clark (eds.). Minneapolis, MN: American Water Resources Association.

Ohmart, R. D., and B. W. Anderson. 1982. North American desert riparian ecosystems. Pp. 433–479 In: Reference handbook on the deserts of North America. G. L. Bender (ed.). Westport, CT: Greenwood Press. 594 pp.

Osborne, L. L., and D. A. Kovacic. 1993. Riparian vegetated buffer strips in water-quality restoration and stream management. Freshwater Biology 29:243–258.

Parker, M., F. J. Wood, Jr., B. H. Smith, and R. G. Elder. 1987. Erosional downcutting in lower order riparian ecosystems: have historical changes been caused by removal of beaver? Pp. 35–38 In: Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Service Gen. Tech. Bull. RM-120.

Parkin, T. B. 1987. Soil microsites as a source of denitrification variability. Soil Science Society of America Journal 51(5):1194–1199.

Patrick, R. 1995. Rivers of the United States. Volume II: Chemical and Physical Characteristics. New York: John Wiley and Sons, Inc.

Pauley, T. K. J. C. Mitchell, R. R. Buech, and J. J. Moriarty. 2000. Ecology and management of riparian habitats for amphibians and reptiles. Pp. 169–206 In: Riparian management in forests of the continental eastern united States. E. S. Verry, J. W. Hornbeck, and C. A. Dolloff (eds.). New York: Lewis Publishers.

Peterjohn, W. T., and D. L. Correll. 1984. Nutrient dynamics in an agricultural watershed: observations on the role of a riparian forest. Ecology 65:1466–1475.

Peterson, J. G. 1970. The food habits and summer distribution of juvenile sage grouse in central Montana. J. Wildl. Manage. 34:147–154.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058694

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 183 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Petryk, S., and G. Bosmajian III. 1975. Analysis of flow through vegetation. American Society of Civil Engineers Journal of the Hydraulics Division 101:871–884.

Phillips, J. D., Denver, J. M., Shedlock, R. J., and P. A. Hamilton. 1993. Effect of forested wetlands on nitrate concentrations in groundwater and surface water of the Delmarva Peninsula. Wetlands 13:75–83.

Piegay, H., and A. M. Gurnell. 1997. Large woody debris and river geomorphological pattern: examples from S.E. France and S. England. Geomorphology 19(1–2):99–116.

Pielou, E. C. 1991. After the ice age. Chicago: University of Chicago Press. 366 pp.

Pinay, G., A. Fabre, P. Vervier, and F. Gazelle. 1992. Control of C, N and P distribution in soils of riparian forests. Landscape Ecology 6:121–132.

Pinder, G. F., and S. P. Sauer. 1971. Numerical simulation of flood wave modification due to bank storage effects. Water Resources Research 7(1):63–70.

Poff, N. L., J. D. Allan, M. B. Bain, J. R. Karr, K. L. Prestegaard, B. D. Richter, R. E. Sparks, and J. C. Stromberg. 1997. The natural flow regime: a paradigm for river conservation and restoration. BioScience 47(11):769–784.

Pollock, M. M., R. J. Naiman, and T. A. Hanley. 1998. Plant species richness in riparian wetlands— a test of biodiversity theory. Ecology 79:94–105.

Post, R. A. 1996. Functional profile of black spruce wetlands in Alaska. EPA 910/R-96-006. Seattle, WA: U.S. Environmental Protection Agency.

Premo, D., Premo, B, Rogers, E. I., Tiller, D. J. 1992. The woodland vernal pond: an oasis of diversity. In: Total ecosystem management strategies Vol. 1(3), Amasa, MI: White Water Associates, Inc.

Ralph, S. C., G. C. Poole, L. L. Conquest, and R. J. Naiman. 1994. Stream channel morphology and woody debris in logged and unlogged basins of western Washington. Canadian Journal of Fisheries and Aquatic Sciences 51:37–51.

Räsänen, M. E., J. S. Salo, and R. J. Kalliola. 1987. Fluvial perturbance in the western Amazon basin: regulation by long-term sub-Andean tectonics. Science 238:1398–1401.

Reifsnyder, W. E., and H. W. Lull. 1965. Radian energy in relation to forests. USDA Forest Service, Technical Bull. No. 1344. 111 pp.

Remillard, M. M., G. K. Gruendling, and D. J. Bogucki. 1987. Disturbance by beaver (*Castor canadensis*) and increased landscape heterogeneity. Pp. 103–122 In: Landscape heterogeneity and disturbance. Ecological Studies, Vol. 64. M. G. Turner (ed.). New York: Springer-Verlag.

Rezendes, P., and P. Roy. 1996. Wetlands, the web of life. A Sierra Club Book. Burlington, VT: Verve Editions.

Rice, J., B. W. Anderson, and R. D. Ohmart. 1984. Comparison of the importance of different habitat attributes to avian community organization. J. Wildl. Manage. 48:895–911.

Rice, J., R. D. Ohmart, and B. W. Anderson. 1983. Habitat selection attributes of an avian community: a discriminant analysis investigation. Ecological Monographs 5:263–290.

Rogers, E. I., D. Tiller, and D. Premo. 1992. Mammal tracking study along the West Fence River in Iron County, Michigan. TEMS Research Brief. Total Ecosystem Management Program Annual Report. (In house report.) Amasa, MI: White Water Associates, Inc.

Rothacher, J. 1970. Increases in water yield following clear-cut logging in the Pacific Northwest. Water Resources Research 6(2): 653–658.

Rudolph, D. C., and J. G. Dickson. 1990. Streamside zone width and amphibian and reptile abundance. The Southwestern Naturalist 35:472–476.

Rutherford, I., B. Abernethy, and I. Prosser. 1999. Pp. 61–78 In: Riparian land management technical guidelines, volume one: principles of sound management. S. Lovett and P. Price (eds.). Canberra, Australia: Land and Water Resources Research Development Corporation.

Ruthsatz, B., and W. Haber. 1981. The significance of small-scale landscape elements in rural areas as refuges for endangered plant species. Proc. Int. Congr. Neth. Soc. Landscape Ecol. Veldhoven, Pudoc, Wageningen.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058695

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 184 of 203

Rutledge, A. T., and T. O. Mesko. 1996. Estimated hydrologic characteristics of shallow aquifer systems in the Valley and Ridge, the Blue Ridge, and the Piedmont Physiographic Provinces based on analysis of streamflow recession and base flow. U.S. Geological Survey Professional Paper 1422-B. 54 pp.

Satterlund, D. R., and P. W. Adams. 1992. Wildland watershed management. New York: John Wiley & Sons, Inc. 436 pp.

Sauer, J. D. 1988. Plant migration: the dynamics of geographic patterning in seed plant species. Berkeley, CA: University of California Press. 298 pp.

Scatena, F. N., and A. E. Lugo. 1995. Geomorphology, disturbance, and the soil and vegetation of two subtropical wet steepland watersheds of Puerto Rico. Geomorphology 13:199–213.

Schade, J. D., S. G. Fisher, N. B. Grimm, and J. A. Seddon. 2001. The influence of a riparian shrub on nitrogen cycling in a Sonoran desert stream. Ecology 82:3363–3376.

Scharf, W. C., and J. Kren. 1997. Summer diet of Orchard Orioles in southwestern Nebraska. Southwestern Naturalist 42:127–131.

Schlesinger, W. H., and J. M. Melack. 1981. Transport of organic carbon in the world's rivers. Tellus 33:172–187.

Schlosser, I. J. 1982. Fish community structure and function along two habitat gradients in a headwater stream. Ecological Monographs 52(4):395–414.

Schlosser, I. J. 1991. Stream fish ecology: a landscape perspective. BioScience 41:704–712.

Schloz, J. 2001. The variability in stream temperatures in the Wenatchee National Forest and their relationship to physical, geological, and land management factors. M.S. Thesis. University of Washington, Seattle, WA.

Schultz, R. C., J. P. Colletti, T. M. Isenhart, W. W. Simpkins, C. W. Mize, and M. L. Thompson. 1995. Design and placement of multi-species riparian buffer strip system. Agroforestry Systems 29:201–226.

Schultz, R. C., J. P. Colletti, T. M. Isenhart, C. O. Marquez, W. W. Simpkins, and C. J. Ball. 2000. Riparian forest buffer practices. Pp. 189–281 In: North American agroforestry: an integrated science and practice. Madison, WI: American Society of Agronomy.

Schumm, S. A. 1960. The shape of alluvial channels in relation to sediment type. U.S. Geological Survey Professional Paper 352B, 17–30.

Scott, M. L., J. M. Friedman, and G. T. Auble. 1996. Fluvial process and the establishment of bottomland trees. Geomorphology 14:327–339.

Sebestyen, S. D., and R. L. Schneider. 2001. Dynamic temporal patterns of nearshore seepage flux in a headwater Adirondack lake. Journal of Hydrology 247(3–4):137–150.

Sedell, J. R., and K. J. Luchessa. 1982. Using the historical record as an aid to salmonid habitat enhancement. Pp. 210–223 In: Acquisition and utilization of aquatic habitat inventory information. N. B. Armantrout (ed.). Portland, OR: Western Division, American Fisheries Society.

Sedell, J. R., and R. L. Beschta. 1991. Bringing back the "bio" in bioengineering. American Fisheries Society Symposium 10:160–175.

Seefelt, N. 1997. Foraging behaviors and attack rates of American redstarts and black–throated green warblers. M.S. Thesis, Central Michigan University, Mt. Pleasant, MI.

Semlitsch, R. D. 1998. Biological delineation of terrestrial buffer zones for pond-breeding salamanders. Conservation Biology 12:1113–1119.

Seton, E. T. 1929. Lives of game animals. Vol. 4, Part 2. Rodents, etc. Garden City, New York: Doubleday.

Slough, B. G., and R. M. F. S. Sadleir. 1977. A land capability classification system for beaver (*Castor canadensis Kuhl*). Can. J. Zool. 55:1324–1335.

Smith, R., M. Hamas, M. Dallman, and D. Ewert. 1998. Spatial variation in the foraging of the black–throated green warbler along the shoreline of northern Lake Huron. The Condor 100:474–484.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058696

Spackman, S. C., and J. W. Hughes. 1995. Assessment of minimum stream corridor width for biological conservation: species richness and distribution along mid-order streams in Vermont, USA. Biological Conservation 71:325–332.

Squillace, P. J. 1996. Observed and simulated movement of bank-storage water. Ground Water 34(1):121–134.

Stanford, J. A., and F. R. Hauer. 1992. Mitigating the impacts of stream and lake regulation in the Flathead River catchment, Montana, USA: An ecosystem perspective. Aquatic Conservation: Marine & Freshwater Ecosystems 2(1):35–63.

Stanford, J. A., and J. V. Ward. 1993. An ecosystem perspective of alluvial rivers: connectivity and the hyporheic corridor. Journal of the North American Benthological Society 12:48–60.

Stanford, J. A. 1998. Rivers in the landscape: introduction to the special issue on riparian and groundwater ecology. Freshwater Biology 40(3):402–406.

Stauffer, D. F., and L. B. Best. 1980. Habitat selection by birds of riparian communities: evaluating effects of habitat alterations. J. Wildl. Manage. 44:1–15.

Stebbins, R. C. 1966. A field guide to western reptiles and amphibians. Boston, MA: Houghton Mifflin Company. 279 pp.

Stine, S., D. Gaines, and P. Vorster. 1984. Destruction of riparian systems due to water development in the Mono Lake watershed. Pp. 528–533 In: California riparian systems. R. E. Warner and K. M. Hendrix (eds.). Berkeley, CA: University of California Press.

Strahler, A. N. 1952. Hypsometric (area-altitude) analysis of erosional topography. Bulletin of the Geological Society of America 63:1117–1142.

Stromberg, J. C., R. Tiller, and B. Richter. 1996. Effects of groundwater decline on riparian vegetation of semiarid regions: the San Pedro, Arizona. Ecological Applications 6:113–131.

Swanson, F. J., S. H. Johnson, S. V. Gregory, and S. A. Acker. 1998. Flood disturbance in a forested mountain landscape. BioScience 48(9):681–689.

Swanson, F. J., S. M. Wondzell, and G. E. Grant. 1992. Landforms, disturbance, and ecotones. Pp. 304–323 In: Landscape boundaries: consequences for biotic diversity and ecological flows. A. J. Hansen and F. di Castri (eds.). New York: Springer Verlag.

Szaro, R. C. 1991. Wildlife communities of southwestern riparian ecosystems. Pp. 174–200 In: Wildlife habitats in managed landscapes. J. E. Rodiek and E. G. Bolen (eds.). Washington, DC: Island Press.

Tockner, K., F. Mallard, and J. V. Ward. 2000. An extension of the flood pulse concept. Hydrological Processes 14:2861–2883.

Trimble, S. W. 1997. Stream channel erosion and change resulting from riparian forests. Geology 25(5):467–469.

Triska, F. J., V. C. Kennedy, R. J. Avanzino, G. W. Zellweger, and K. E. Bencala. 1989. Retention and transport of nutrients in a third-order stream in northwestern California: hyporheic processes. Ecology 70:1893–1905.

Troendle, C. A. 1983. The potential of water yield augmentation from forest management in the Rocky Mountain Region. Water Resources Bulletin 19:359–373.

Tweit, S. J. 2000. The next spotted owl? Audubon Nov.–Dec.

U.S. Department of Agriculture (USDA). 2000. Conservation buffers to reduce pesticide losses. Washington, DC: USDA Natural Resources Conservation Service. 21 pp.

USDA NRCS. 2001. Plants Database. Baton Rouge, LA: National Plant Data Center.

Utter, J. M., and A. W. Hurst. 1990. The significance and management of relict populations of *Chamaelirium luteum* (L.) Gray. In: Ecosystem management: rare species and significant habitats. R. S. Mitchell, C. J. Sheviak, and D. J. Leopold (eds.). Proceedings of the 15th Annual Natural Areas Conference. New York State Museum Bulletin No. 471. Albany, NY.

Van Cleef, J. S. 1885. How to restore our trout streams. Transactions of the American Fisheries Society 14:50–55.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058697

*RIPARIAN AREAS*

Van Cleve, K., F. S. Chapin III, C. T. Dyrness, and L. A. Viereck. 1991. Element cycling in taiga forests: state-factor control. BioScience 41:78–88.

Vannote, R. L., G. W. Minshall, K. W. Cummins, J. R. Sedell, and C. E. Cushing. 1980. The river continuum concept. Canadian Journal of Fisheries and Aquatic Sciences 37:130–137.

Vervier, P. 1990. Hydrochemical characterization of the water dynamics of a karst system. Journal of Hydrology 121:103–117.

Vervier, P., M. Dobson, and G. Pinay. 1993. Role of interaction zone between surface and ground waters in DOC transport and processing: considerations for river restoration. Freshwater Biology 29:275–284.

Vervier, P., J. Gibert, P. Marmonier, and M.-L. Dole-Olivier. 1992. A perspective on the permeability of the surface freshwater–groundwater ecotone. Journal of the North American Benthological Society 11:93–102.

Vogt, R. C. 1981. Natural history of amphibians and reptiles in Wisconsin. Milwaukee, WI: The Milwaukee Public Museum. 205 pp.

Voss, E. G. 1972. Michigan flora, Part I, gymnosperms and monocots. Cranbrook Institute of Science Bulletin 55 and University of Michigan Herbarium.

Voss, E. G. 1996. Michigan Flora, Part III, Dicots (Pyrolaceae-Compositae). Cranbrook Institute of Science Bulletin 61 and University of Michigan Herbarium.

Wake, D. B. 1991. Declining amphibian populations. Science 253.

Walker, L. R., J. C. Zasada, and F. S. Chapin, III. 1986. The role of life history processes in primary succession on an Alaskan floodplain. Ecology 67:1243–1253.

Wang, L., Lyons, J., Kanehl, P, Gatti, R. 1997. Influences of watershed land use on habitat quality and biotic integrity in Wisconsin streams. Fisheries 22:6–12.

Ward, J. R., K. Tockner, and F. Schiemer. 1999. Biodiversity of floodplain river ecosystems: ecotones and connectivity. Regulated Rivers: Research and Management 15:125–139.

Ward, J. V. 1998. A running water perspective of ecotones, boundaries, and connectivity. Verh. Internat. Verein. Limnol. 26:1165–1168.

Ward, J. V., K. Tockner, P. J. Edwards, J. Kollmann, A. M. Gurnell, G. E. Petts, G. Bretschko, and B. Rossaro. 2000. Potential role of island dynamics in river ecosystems. Verh. Internat. Verein. Limnol. 27.

Ware, G. H., and W. T. Penfound. 1949. The vegetation of the lower levels of the floodplain of the south Canadian River in Central Oklahoma. Ecology 30:478–484.

Warren, P. L., and C. R. Schwalbe. 1985. Herpetofauna in riparian habitats along the Colorado River in Grand Canyon. Pp. 347–354 In: Riparian ecosystems and their management: reconciling conflicting uses. USDA Forest Service Gen. Tech. Bull. RM-120.

Wells, J. R., and P. W. Thompson. 1974. Vegetation and flora of Keweenaw County, Michigan. The Michigan Botanist 13:107–151.

Wesche, T. A., C. M. Goertler, and C. B. Frye. 1987. Contribution of riparian vegetation to trout cover in small streams. North American Journal of Fisheries Management 7:151–153.

Wetzel, R. G. 1999. Plants and water in and adjacent to lakes. In: Eco-hydrology: plants and water in terrestrial and aquatic environments. A. J. Baird and R. L. Wilby (eds.). London: Routledge.

Wetzel, R. G., and M. Søndergaard. 1998. Role of submersed macrophytes for the microbial community and dynamics of dissolved organic carbon in aquatic ecosystems. Pp. 133–148 In: Role of submersed macrophytes in structuring the biological community and biogeochemical dynamics in shallow lakes. Dordrecht, Netherlands: Kluwer Publishers.

Wetzel, R. G. 2001. Limnology: lake and river ecosystems. San Diego, CA: Academic Press.

Wharton, C. H., Kitchens, W. M., and Sipe, T. W. 1982. The ecology of bottomland hardwood swamps of the southeast: a community profile. FWS/OBS-81/37. U.S. Fish and Wildlife Service. 133 pp.

Whitmore, R. C. 1975. Habitat ordination of passerine birds of the Virgin River Valley, southwestern Utah. Wils. Bull. 87:65–74.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058698

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 187 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

Whittaker, R. H., and W. A. Niering. 1965. Vegetation of the Santa Catalina Mountains, Arizona: a gradient analysis of the south slope. Ecology 46:429–452.

Williams, K. K. C. Ewel, R. P. Stumpf, F. E. Putz, and T. W. Workman. 1999. Sea-level rise and coastal forest retreat on the west coast of Florida, USA. Ecology 80:(6)2045–2063.

Williamson, K. J., D. A. Bella, R. L. Beschta, G. Grant, P. C. Klingeman, H. W. Li, and P. O. Nelson. 1995. Gravel disturbance impacts on salmon habitat and stream health, Volume 1: Summary report. Corvallis, OR: Oregon Water Resources Research Institute, Oregon State University. 52 pp.

Wilson, L. G. 1967. Sediment removal from flood water by grass filtration. Transactions of the American Society of Civil Engineers 10:35–37.

Wilson, T. 2000. Vernal use of riparian habitats by neotropical migrants. M.S. Thesis, Central Michigan University, Mt. Pleasant, MI.

Wilzbach, M. A. 1985. Relative roles of food abundance and cover in determining the habitat distribution of stream-dwelling cutthroat trout (*Salmo clarki*). Can. J. Fish. Aquat. Sci. 42:1668–1672.

Wilzbach, M. A., and J. D. Hall. 1985. Prey availability and foraging behavior of cutthroat trout in an open and forested section of stream. Verh. Int. Ver. Limnol. 22:2516–2522.

Winter, T. C., J. W. Harvey, O. L. Franke, and W. M. Alley. 1998. Ground water and surface water: a single resource. USGS Circular 1139. Denver, CO: USGS.

Winter, T. C. 2001. The concept of hydrologic landscapes. Journal of the American Water Resources Association 37(2):335–349.

Wistendahl, W. A. 1958. The flood plain of the Raritan River, New Jersey. Ecological Monographs 28:129–153.

Wolfe, C. B., Jr., and J. D. Pittillo. 1977. Some ecological factors influencing the distribution of *Betula nigra* L. in western North Carolina. Castanea 42:18–32.

Wolock, D. M. 2001. USGS. Personal Communication. Reston, VA.

Wroblicky et al. 1998. Seasonal variation in surface-subsurface water exchange and lateral hyporheic area of two stream-aquifer systems. Water Resources Research 34(3):317–328.

Young, J. R. 1994. The influence of sexual selection on phenotypic and genetic divergence of Sage Grouse. Ph.D. diss. Purdue Univ., West Lafayette, Indiana.

Young, J. R., Braun, C. E., Oyler-McCance, S. J., Hupp, J. W., and T. W. Quinn. 2000. A new species of sage-grouse from southwestern Colorado. Wils. Bull. 112:445–453.

Zimmerman, R. C. 1969. Plant ecology of an arid basin: Tres Alamos-Redington area, southeastern Arizona. U.S. Geological Survey Professional Paper 485-D. 47 pp.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058699

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 188 of 203

# 3

# Human Alterations of Riparian Areas

Because humans worldwide now use more than half (~54 percent) of the geographically and temporally accessible river runoff (Postel et al., 1996), it is not surprising that we have had a significant impact on the structure and functioning of riparian areas. Human effects range from changes in the hydrology of rivers and riparian areas and alteration of geomorphic structure to the removal of riparian vegetation. Drastic declines in the acreage and condition of riparian lands in the United States since European settlement are testimony to these effects.

Manipulation of the hydrologic regimes that influence the physical and biological character of riparian systems has often occurred via the construction of dams, interbasin diversion, and irrigation. As discussed below, these activities disconnect rivers from their floodplains. A second major impact is related to the initial harvest of riparian areas, followed by subsequent conversion to other plant species via forestry, agriculture, livestock grazing, residential development, and urbanization. The removal of streamside vegetation not only removes the binding effects of roots upon the soil, but also causes a reduction in the hydraulic roughness of the bank and an increase in flow velocities near the bank (Sedell and Beschta, 1991). Such situations invariably lead to accelerated channel erosion during subsequent periods of high flow. Although degradation of native riparian plant communities by forestry, agriculture, and grazing can often be reversed, other practices such as drainage modifications and structural developments in urban areas generally lead to irreversible changes in riparian areas over long time periods.

144

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058700

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

The impacts to riparian areas are manifested in the quality of adjacent waterbodies throughout the United States. Only about two percent of the nation's streams and rivers are classified as having high water quality (Benke, 1990). A 1998 summary of polluted waters for all 50 states indicates there are more than 300,000 miles of rivers and streams and more than 5 million acres of lakes that do not meet state water-quality standards (EPA, 2000).

## HYDROLOGIC AND GEOMORPHIC ALTERATIONS

Throughout history, societies have sought to regulate water resources. Today, over three-fourths of the 139 largest river ecosystems in the northern third of the earth are strongly or moderately fragmented by dams, interbasin diversions, and irrigation (Dynesius and Nilsson, 1994). In the contiguous 48 states, all large rivers greater than 1,000 km in length, except the Yellowstone River of Montana, have been severely altered for hydropower and/or navigation, and only 42 free-flowing river segments greater than 200 km in length remain (Benke, 1990). Disconnection of river systems from their historical floodplains is a severe problem worldwide about which there is limited but growing understanding (Naiman and Décamps, 1990).

Changes in natural hydrologic disturbance regimes and patterns of sediment transport include alteration of the timing of downstream flow, attenuation of peak flows, and other effects. Such alterations can result from dam construction, from transbasin diversions, or by water removal from rivers for irrigation or other consumptive uses, often in combination. For example, along the mainstem Columbia River in the Pacific Northwest, snowmelt peak flows have been suppressed by upriver storage facilities and the management of the river system for both power generation and flood control (NRC, 1996). Similarly, the Willamette River in Oregon has a reduced frequency of overbank flows, disconnected side channels, and greatly reduced potential for maintaining riparian and floodplain forests because of extensive bank stabilization and dam construction (Figure 3-1). Box 3-1 gives an example of the effects of various hydrologic manipulations on riparian plant communities and ecosystem processes in the arid Southwest.

The following sections discuss the specific effects of dams, bank-stabilizing structures, levees, and groundwater withdrawal on riparian structure and functioning. The extent to which downstream riparian areas are affected by these changes depends upon the degree of flow and sediment alteration plus the capability of the riparian plant communities to respond to these changing environmental conditions.

### Dams

The vast majority of dam building and associated water resources development in the contiguous United States occurred during the middle portion of the

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058701

146                                                                 *RIPARIAN AREAS*



FIGURE 3-1  Channelization of the Willamette River since the 1800s has reduced channel complexity, riparian trees, and off-channel habitat. SOURCE: Reprinted, with permission, from Sedell and Froggatt (1984). © 1984 by Science Publishers.

twentieth century—an extremely short time period compared to the many thousands of years over which riparian plant communities have adapted to shifting climatic regimes, runoff patterns, and adjustments in channel morphology. There are currently 75,000 dams on the streams and rivers of the United States (Meyer, 1996; Graf, 1999), and large dams[1] worldwide are being completed at an estimated rate of 160 to 320 per year (World Commission on Dams, 2000). Dams have been constructed for hydropower generation, irrigation, flood control, domestic and industrial water use, recreational use, improved navigation, or some combination of these uses. Although detailed methods for the design of dams (e.g., Bureau of Reclamation, 1977) have been available for many years, such methods have provided little or no context for understanding the potential impacts such structures might have on other portions of a river and its riparian system.

---

[1]A large dam is 15 meters or more high (from the foundation). A dam 5–15 meters deep with a reservoir volume over 3 million cubic meters is also classified as a large dam. Using this definition, there are more than 45,000 large dams worldwide. (World Commission on Dams website: www.dams.org)

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058702

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 191 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

### BOX 3-1
### Effects of Multiple Hydrologic Changes

The effects of hydrologic manipulation on riparian area functioning have been particularly well documented along the middle Rio Grande (Shaw and Finch, 1996; Molles et al., 1998). Historically, the middle Rio Grande was a flood-dominated ecosystem. Spring snowmelt from the mountains of southern Colorado and northern New Mexico produced peak discharges between mid-May and mid-June, based on analysis of more than 100 years of flow records prior to impoundment (Slack et al., 1993). As in other floodplain systems, overbank flooding was an integral component controlling the structure of the riparian forest.

Given the relatively frequent flooding of the middle Rio Grande floodplain systems, the riparian area was a complex mosaic of vegetation types, including cottonwood (*Populous deltoides* ssp. *wislizenii*), Goodding willow (*Salex gooddingii*), wet meadows, marshes, and ponds. However, dam construction in the upper basins, river channelization, and water management policies of the twentieth century have cumulatively prevented annual spring flooding in recent decades. For the middle Rio Grande, the last major floods in which large-scale cottonwood establishment occurred were in the spring of 1941 and 1942. Thus, most of the current cottonwood gallery forest reflects a legacy of flooding that occurred over half a century ago.

Structural changes in the riparian vegetation have been rapid and well documented. For example, half of the wetlands in the middle Rio Grande have been lost in just 50 years (Crawford et al., 1993). Cottonwood germination, which requires scoured sandbars and adequate moisture from high river flows, has declined substantially (Howe and Knopf, 1991). Meanwhile, invasion by exotic phreatophytic plants such as saltcedar and Russian olive has greatly altered the species composition of the riparian forests within the valley. Native cottonwood stands are in decline in many sections of the river, and the cottonwood-dominated bosque at the Nature Center in Albuquerque has experienced a 40 percent decline in cottonwood leaf litterfall over the past decade (see figure below). Without a change in water management strategies, exotic species are predicted to dominate riparian forests within the next 50–100 years.



Copyright © National Academy of Sciences. All rights reserved.

BLM_0058703

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 192 of 203

The immediate upstream effects of dam construction are obvious—the complete loss of riparian structure and functioning due to inundation, with other important changes in aquatic species, hydrology, and sediment dynamics of the inundated reaches. In particular, wildlife shifts from predominantly terrestrial species and stream-dwelling fish to predominantly lake dwelling fish. The streambank is replaced by extensive and often unstable shoreline in which floodplain vegetation is eliminated. Five percent of the total length of major rivers has been permanently inundated by large reservoirs, essentially removing their associated riparian areas (Brinson et al., 1981).

More recently, attention has been paid to the principal physical alterations of rivers downstream of dams (Rood and Mahoney, 1991). In general, dams reduce the biophysical variability (in flow, temperature, and materials transport) characteristic of rivers, which in turn reduces the biodiversity of both riparian and instream flora and fauna (Stanford et al., 1996). First, with regard to sediment dynamics, suspended sediment (clay, silt, and fine sand) and bedload sediment (coarse sand, gravel, and cobble) transported by a river settle in the slow-moving waters of a reservoir. Although their trapping effectiveness can vary somewhat, most reservoirs are effective at trapping silt-sized and larger particles. If residence times of the stored water are relatively long, large reservoirs may also be effective at trapping clay-sized particles. Over long periods, the channels below a dam can become increasingly "sediment starved," with a concurrent coarsening of sediments comprising the channel bottom. Following impoundment, a reduction in the sediment load can prevent the regular development of such geomorphologic features as point bars and islands in larger scale rivers, as was demonstrated in the Slave River Delta (English et al., 1997).

Although this is the general paradigm, actual changes depend on local conditions downstream from a dam. For example, if high flows have been suppressed by an upstream dam, sediment-laden tributaries that enter a river below the dam may cause large amounts of sediment to accumulate in the main river. In essence, a loss of river transport capacity due to flow modifications by the upstream dam encourages incoming tributary sediments to accumulate over time.

A second category of downstream alteration is related to the pattern of river flow, where the magnitude of such effects is largely dependent upon the degree of hydrologic alteration created by the dam. Dams that are used only for flood control and hydropower generation may not significantly diminish the amount of water available to downstream channels, although these structures can have a major effect on the overall flow regime (the frequency, magnitude, and temporal distribution of flows). For example, flood-control dams that store water during periods of peak runoff for later release will dampen the magnitude of high flows that would occur normally and increase the duration of moderate flows. Large flood-control dams can effectively accomplish this goal over a wide range of peak flow magnitudes (although the effectiveness of a given dam for dampening downstream peaks tends to diminish with increasingly larger precipitation events).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058704

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 193 of 203

Other dams may dewater downstream reaches, such as when diversion structures are used to withdraw water to meet local irrigation or other consumptive uses (e.g., Stromberg and Patten, 1990). Although diversion structures are often relatively small in size and may pass high flows essentially unhindered, some are capable of diverting the *entire* flow during periods of moderate to low flow. In some cases, diverted waters become part of a system of transbasin diversions that may carry water long distances via tunnels, canals, or natural channels to desired locations (e.g., irrigated agricultural lands, municipalities). Structures that divert significant volumes of flow reduce the amount of water available to downstream riparian plant communities.

Dams that have perhaps the greatest effects upon downstream flow regimes are those that have both large storage capacities (relative to runoff amounts) and are used primarily for supplying irrigation water. Because these structures can effectively store large volumes of flow for consumptive use, they can create significant decreases in downstream flows for long time periods and over the entire range of flow magnitudes.

Clearly, the size of a dam and factors governing the storage and release of water (e.g., operational policies, physical constraints on the amount of water that can be released) determine the potential impacts of individual dams on downstream riparian systems. A type with minimal impact would be a "run-of-the-river" dam, such as a low-head hydroelectric dam. Although this type of structure might be used to generate hydropower locally, it would not result in the diversion of flows out of the channel system for use elsewhere. Such a structure might have little effect on the frequency, timing, magnitude, or duration of flows relative to those of an undisturbed or unregulated flow regime. If the run-of-the-river structure also passes sediment, effects upon downstream riparian systems might well be insignificant. In contrast, dams that store relatively large volumes of water relative to the amount of flow from a drainage basin have the potential to significantly alter the character of downstream riparian areas.

The characteristic flow regime and sediment dynamics of lakes can also be vastly altered by dam construction. For example, Flathead Lake in Montana has undergone substantial reconfiguration of its shoreline since construction of a dam at its outlet in 1935. Prior to impoundment, the natural flow regime was short-term elevation of lake level followed by recession to base elevation. Thus, the natural shoreline was well adjusted to the wave energy generated by the lake, and the shoreline was naturally armored with rocks and gravel deposited over hundreds of years since the glaciers that formed the lake retreated. Current dam regulation, however, maintains the lake above the natural armor, such that wave energy must be dissipated in the soft laucustran sediments laid down immediately after glacial retreat. Especially during storms, this wave action has led to erosion of the lake shoreline as well as erosion of the delta where the Flathead River flows into the lake (Lorang et al., 1993a,b; Lorang and Stanford, 1993).

Only relatively recently have scientists attempted to address the hydrologic

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058705

linkages between dam-altered flows and their effects on riparian plant communities (Nilsson et al., 1997). The reduction in the magnitude of peak flows and the increase in duration of low flows brought about by some dams is expected to lead to a shift in the dominant riparian vegetation types, as was shown along the Roanoke River in North Carolina (Townsend, 2001). Clearly, impoundments that reduce overall flows (often leading to concomitant lowering of the water table) will induce stress in riparian vegetation, as evidenced by reduced plant abundance and growth rates (see Table 3-1). Furthermore, studies of riparian forests in the northern Great Plains of Canada indicate that cottonwood establishment is dependent upon (1) high flows that precede seed release, (2) flow recession that permits establishment at appropriate streambank elevations, (3) gradual flow decline for seedling survival following the springtime snowmelt peak, and (4) an absence of floods in the following years (Rood et al., 1999). It is not surprising then that substantial declines of riparian forests have been primarily attributed to dams that alter hydrologic disturbance regimes. For example, Rood and Mahoney (1990) found that dams contribute to the loss of riparian forests by reducing downstream flows or by altering flow patterns to attenuate spring flooding or stabilize summer flows. More recently, Friedman et al. (1998) investigated the effects of dams upon channels and riparian forests in the Great Plains of the United States. The principal response of braided channels to an upstream dam was channel-narrowing accompanied by a one-time "burst" of establishment of native and exotic woody riparian pioneer species on the former channel bed. In contrast, the principal response of a meandering channel to an upstream dam was a reduction in the channel migration rate and a decrease in reproduction of woody riparian pioneer species. Dykaar and Wiggington (2000) have similarly concluded that dams, in combination with other factors such as channel rip-rap, streamside logging, and instream gravel mining, have so altered the fluvial-geomorphic regime of the mainstem Willamette River of Oregon that riparian cottonwoods are currently regenerating at a small fraction of historical levels. Table 3-1 summarizes the types of deleterious effects that dams can have on downstream cottonwood forests in western North America. The hypothesized effects of dams on both upstream and downstream reaches are shown in Figure 3-2.

## Bank-Stabilizing Structures

A variety of structures—revetments and rip-rap, gabions, groins, and jetties—have been used to stabilize streambanks. Directly and indirectly, they have influenced the characteristics of riparian areas. Large rock is often placed to provide stability to a streambank and prevent ongoing bank erosion. Such structures may be employed continuously (i.e., along the entire bank) or intermittently along a bank (i.e., at specific locations of concern). An extensive literature survey (Keown et al., 1977) found that the vast majority of published information on

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058706

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

TABLE 3-1  Impacts of River Damming on Downstream Cottonwood Forests in Western North America

| Impact | River | Region | Populus | Reference |
|---|---|---|---|---|
| Reduced forest or tree abundance | Various | Arizona | *P. fremontii*, *P. angustifolia* | Brown et al. (1977) |
| | Colorado | California | *P. fremontii* | Ohmart et al. (1977) |
| | South Platte | Colorado | *P. deltoides* | Crouch (1979) |
| | Missouri | Montana | *P. deltoides* | Behan (1981) |
| | Owens | California | *P. fremontii* | Brothers (1984) |
| | Rush Creek | California | *P. balsamifera* | Stine et al. (1984) |
| | Milk | Alberta/ Montana | *P. deltoides* | Bradley and Smith (1986) |
| | Bighorn | Wyoming | *P. deltoides* | Akashi (1988) |
| | St. Mary, Waterton, and Belly | Alberta | *P. deltoides*, *P. balsamifera*, *P. angustifolia* | Rood and Heinze-Milne (1989) |
| | Arkansas | Colorado | *P. deltoides* | Snyder and Miller (1991) |
| Fewer seedlings or absence of seedlings | Missouri | North Dakota | *P. deltoides* | Johnson et al. (1976) |
| | Colorado | California | *P. fremontii* | Ohmart et al. (1977) |
| | Missouri | Montana | *P. deltoides* | Behan (1981) |
| | Sacramento | California | *P. fremontii* | Strahan (1984) |
| | Salt | Arizona | *P. fremontii* | Fenner et al. (1985) |
| | Rio Grande | New Mexico | *P. fremontii* | Howe and Knopf (1991) |
| Reduced tree growth, smaller leaves, and reduced transpiration and water potential | Missouri | North Dakota | *P. deltoides* | Johnson et al. (1976) |
| | Bishop Creek | California | *P. fremontii*, *P. balsamifera* | Smith et al. (1991) |
| Tree growth and survival determined by river flow | Bishop Creek | California | *P. fremontii*, *P. balsamifera* | Stromberg and Patten (1991) |

SOURCE:  Adapted from Rood and Mahoney (1991).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058707

152                                                                                 *RIPARIAN AREAS*





FIGURE 3-2  A schematic of the effects of river regulation via dams. (A) Illustration of a large river showing the major alluvial reaches from the headwaters to the ocean. (Numbers indicate stream order. The figure is not drawn to scale; transition reaches are often much longer than inferred.) (B) Illustration of the same large river after regulation by a high volume, high head-storage dam in the montane transition. (Tributaries downstream from the dam are assumed to be unregulated.) (C) Native biodiversity before (gray) and after (black) regulation. (D) Channel substratum composition before (gray) and after (black) regulation. (Solid lines are boulder and bedrock, broad dashed lines are cobble and gravel, and small dashed lines are sand and silt. The x-axis is the same as in (C).) SOURCE: Reprinted, with permission, from Stanford et al. (1996). © 1996 by John Wiley & Sons, Inc.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058708

Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



streambank protection methods involve such structural approaches as rip-rap, concrete, dikes, fences, asphalt, gabions, matting, and bulkheads; less than 15 percent of the information was directed towards the use of vegetation. Unlike options utilizing vegetation, structural approaches to streambank stabilization can have deleterious effects on riparian areas (Sedell and Beschta, 1991; Fischenich, 1997).

Rip-rap (large rock, pieces of concrete, or other material) remains a common solution for "hardening" a streambank or shoreline in an effort to stem erosion. It is also utilized to stabilize streambanks in the vicinity of bridge abutments, culvert installations, or other features in need of special protection from erosion during high flows. Rarely are the ecological impacts of such projects considered, either for individual projects or cumulatively where multiple projects are implemented. Rip-rap affects the riparian habitat directly by eliminating microhabitats of plant species that naturally stabilize banks. The large pore sizes typically associated with rip-rap treatments seldom contain soil and thus create poor substrates for plant establishment and growth. In addition, because many bank structures reduce the hydraulic roughness (i.e., the frictional resistance to flow) along the channel margins, flow velocities are greater along the bank during high flows, which often precludes the survival of many riparian plant species.

With the loss of riparian vegetation brought about by structural modification of a streambank, important contributions of that vegetation to the aquatic ecosystem (e.g., shading, leaf fall, structural integrity from roots, nutrient inputs) are

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058709

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 198 of 203

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



reduced, as are its functions as habitat for animals that commonly use streambanks and shorelines. Rip-rap can impede movement of animals that use streambanks and shorelines as migration corridors and destroy nesting areas, as has been documented for the wood turtle (Buech, 1992). Avifaunal studies along the Colorado River showed that, on average, the number of species inhabiting a rip-rapped riparian area was only about half that of an undisturbed river with intact riparian vegetation (Ohmart and Anderson, 1978).

In some cases, the use of rip-rap can have a deleterious effect on water quality. For example, runoff channels constructed of rip-rap or impervious materials can shunt water from roadways, other impermeable surfaces, or erosion-prone areas directly into nearby streams and rivers. Such warmed and often pollutant-laden water enters the river without the benefit of having been filtered by vegetation or soil of the riparian area.

### Channelization

Channelization converts streams into deeper, straighter, and often wider waterbodies, making fundamental geomorphic and hydrologic transformations that would not occur under natural conditions. The most common purpose of channelization of small streams is to facilitate conveyance of water downstream so that the immediate floodplain area will not flood as long or as deeply, resulting in reduced soil water content. Channelization is widespread throughout the United

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058710

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 199 of
203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

States. Prior to 1970, an estimated 200,000 miles of streams were channelized (Schoof, 1980). In Maryland, 17 percent of all stream miles have been channelized; the Pocomoke River has an estimated 81 percent of its stream miles channelized.

Channelization has the direct effect of destroying riparian vegetation by the actions of heavy equipment or by moving the stream channel to a new location where no natural riparian vegetation exists. Indirectly, channelization impacts riparian vegetation by lowering the water table (Gordon et al., 1992) and otherwise altering riparian hydrology. Because channelization reduces the frequency of overbank flow, the adjacent riparian area becomes drier and the connection between aquatic and terrestrial ecosystems is severed. In addition, channelization often creates a spoil bank next to the newly cut channel that further blocks exchanges between the now-isolated floodplain and the channel. This combination of conditions can eliminate aquatic sites within floodplains, especially high-flow channels and oxbow lakes that would otherwise serve as temporary or permanent habitat for aquatic organisms. Any riparian vegetation left intact during channelization is likely to experience drought stress and eventually be replaced by less flood tolerant species, a phenomenon similar to that which occurs in floodplains below dams (described earlier).

The increased flow capacity afforded by channelization compresses the period of water conveyance, making streams "flashier." Downstream effects include higher flood peaks and greater loading of sediment, nutrients, and contaminants. Locally, the kinetic energy of water flow is concentrated in the stream channel rather than being dissipated across the floodplain during normal overbank flows. In the absence of streambank stabilization, the channelized reach may undergo a period of accelerated erosion that can lead to additional channel incision or channel widening, or both. Channel incision is of particular concern as it often leads to a headward incision or gullying of the original channel. Thus, the effects of channelization are experienced both upstream (gullying) and downstream (increased sediment production).

Figure 3-3 illustrates the channelization scenario in western Tennessee around the 1900s in which increased channel flow caused streambank erosion and headward channel incision (Hupp and Simon, 1991). An initial stage of headward incision downcutting was initiated by channelization just downstream from the site depicted. After about 50 years, a new geomorphic surface and quasi-equilibrium condition became established. Both bank accretion and regrowth of vegetation were responsible for recovery of the riparian area.

## Levees

Levees are large embankments along rivers or other waterways that are designed to not be overtopped during periods of high water and are largely employed for flood-control purposes on land along a stream, river, or other body

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058711

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 200 of 203
Riparian Areas: Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html



**Stage 1:** Premodified

**Stage 2:** Constructed

**Stage 3:** Degradation

**Stage 4:** Degradation and widening

**Stage 5:** Aggradation and widening

**Stage 6:** Quasi equilibrium

☐ Water

■ Slumped material

▨ Accreted material

Direction of bed or bank movement

FIGURE 3-3 Stages of stream and floodplain evolution following channelization that occurred in western Tennessee streams around the 1900s. Sites depicted are just upstream from the channelization. Arrows indicate whether aggradation or degradation is taking place. SOURCE: Reprinted, with permission, from Hupp and Simon (1991). © 1991 by Elsevier Science.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058712

Case No. 1:20-cv-02484-MSK   Document 45-6   filed 04/28/21   USDC Colorado   pg 201 of 203

Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

of water. Like large dams, large levees are built to eliminate the occurrence of overbank flows, thus curtailing the periodic flow of water, nutrients, sediment, and organic matter between the channel and its riparian system. Except for unusually large and infrequent hydrologic events, levees are normally effective at severing the hydrologic linkages (i.e., frequency, magnitude, and duration of overbank flows) between a channel and its adjacent riparian areas. In riverine systems, levees tend to be linear features because most are constructed parallel to the river system. The U.S. Army Corps of Engineers has built over 10,500 miles of levees and floodwalls, most of which have then been assigned to non-federal sponsors for operation and maintenance (NRC, 1982). Levees are a ubiquitous feature of the United States and exist on streams of all sizes.

Levees can be broadly classified according to their use or purpose (mainline, tributary, ring, and setback levees and spur levees), according to the type of lands being protected (urban or agricultural), or according to their method of construction (compacted, subcompacted, and uncompacted) (Petersen, 1986). Mainline and tributary levees are those constructed along mainstem rivers and tributaries, respectively. Ring levees are used to completely encircle an area subject to inundation from all directions. Setback levees are built some distance landward from the channel's bank or edge of water. From an ecological perspective, setback levees have important advantages over those constructed immediately along the streambank in that they allow many of the riparian functions to still occur while still protecting most areas of concern. Spur levees project from a mainline levee toward the streambank and act to divert streamflow away from mainline levees.

Because most mainline and tributary levees are constructed close to the streambank (and may employ rip-rap, concrete, fill, or other coarse material for stabilizing the bank), they typically result in the nearly total destruction of riparian plant communities. In addition, the streamward side of the constructed levee is often maintained free of riparian vegetation or is constructed in a manner whereby riparian vegetation can no longer establish and grow. As a consequence, the area behind the levee (the landward side) becomes hydrologically disconnected from the river.

If levees can be set back (i.e., constructed some distance from the bank), particularly if they are located outside the general meander-belt of a river (see Figure 2-3), their impacts to ecological and hydrologic functions can be greatly reduced. Setback levees generally allow for natural riparian plant communities and normal floodplain dynamics by maintaining relatively frequent overbank flows, providing detention storage of flood water, and allowing for deposition of fine sediments along the entire streambank and at least a portion of the floodplain. In essence, setback levees represent a compromise between the development goals of protecting floodplain areas from overbank flows and the ecological goals of maintaining riparian and floodplain functions. Large portions of a floodplain system can be protected from overbank flows and inundation while still allowing for the maintenance of riparian and floodplain functions between the

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058713

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 202 of 203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

channel and the levee. By placing these levees away from the channel, construction costs are often reduced (because smaller levees may suffice), and the natural long-term adjustments in the morphology and migration of channels can occur unhindered.

### Surface Water and Groundwater Withdrawals

Withdrawals, both from surface waters and groundwater, can have serious deleterious effects on riparian area functioning because of the lowering of water tables in the vicinity of riparian vegetation. Groundwater pumping for municipal and industrial water supply and agriculture throughout large areas of the West is increasingly common, as appropriate sites for dam construction on surface waters dwindle. Assessments of impacts of groundwater withdrawal rarely take riparian areas into account.

Because groundwater and surface water are generally connected in floodplains, declines in groundwater level can also come about as an indirect effect of surface water withdrawals or of regulation of surface water flow by dam construction (Rood et al., 1995). Other mechanisms that can cause groundwater declines beneath floodplains include sand and gravel mining in channels, which lowers the elevation of river channel beds (Meador and Layher, 1998), or down-cutting of the channel bed either naturally or as an adjustment to the engineered straightening of channels (Bravard et al., 1997). In these situations, lowering of surface water levels in the channel produces a similar effect on the groundwater system. Initially, there is a temporary increase in hydraulic gradients and groundwater discharge to the channel. Usually the increased discharge only partly compensates for the lowering of the surface water level. Eventually, the increased discharge of groundwater to the channel lowers groundwater levels beneath the floodplain until a new equilibrium is achieved.

Decreases in groundwater levels of just one meter or more beneath riparian areas are enough to induce water stress in some riparian trees, especially in the western United States. For example, sustained declines in the water table of greater than one meter are likely to cause leaf desiccation in cottonwoods, leading to branch die-back and eventual mortality for a significant proportion of the population (Scott et al., 1993). Groundwater pumping for water supply in the West has caused a decline in the number of miles of river with perennial streamflow that can most easily support healthy riparian forests (Luckey et al., 1988). The lowering of water tables via groundwater pumping has aggravated problems caused by the invasion of exotic, drought-tolerant plants. Portions of the middle San Pedro River affected by lowering groundwater tables and reduced stream flow have seen an increase in the relative abundance of saltcedar compared to native Freemont cottonwood (Stromberg, 1998).

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058714

Case No. 1:20-cv-02484-MSK    Document 45-6    filed 04/28/21    USDC Colorado    pg 203 of
203
Riparian Areas:  Functions and Strategies for Management
http://www.nap.edu/catalog/10327.html

### Phreatophyte Control and Eradication

Phreatophytic (water-loving) plants historically have been cleared from riparian areas in arid and semiarid climates because they have been viewed as competing with other users of water, particularly irrigated agriculture and municipalities. In arid climates where there is no excess precipitation (see Plate 2-3), water availability limits the species composition and productivity of riparian areas. Phreatophyte eradication has been used to supplement water availability by suppressing the amount of water that is transported from groundwater to the atmosphere via plants.[2]

The Gila River in Arizona has been the site of studies on vegetation removal beginning over 50 years ago (Turner and Skibitzki, 1952). Gatewood et al. (1950) estimated that losses of water from evapotranspiration were as much as five times greater than water loss due to evaporation from the river surface and wet sand bars. By 1963, it was acknowledged that specific conditions were necessary in order for phreatophyte removal to successfully augment stream flow (Rowe, 1963). For example, the water supply must exceed evapotranspiration after plants are removed (i.e., the stream does not go dry under normal conditions). Second, the water table must be high enough for riparian plants to reach it, or their removal will have no effect on water availability. Even where these conditions are met, phreatophyte eradication destroys nearly all ecological and geomorphic benefits provided by riparian vegetation, including stabilization of alluvial fill, shading, and provision of wood and microhabitats.

Although evapotranspiration is an inevitable consequence of the growth of riparian vegetation, it may be insignificant in comparison to other water uses. For example, reservoirs for surface water storage can lead to water losses by evaporation that may exceed those caused by evapotranspiration. For example, in the Middle Rio Grande in New Mexico, evaporation from Elephant Butte Dam is a larger component of loss before delivery to downstream users than is evapotranspiration from riparian vegetation (Figure 3-4). Increasing regulatory constraints on stream and floodplain alteration, and more limited access to public and especially federal funds, have also resulted in a decrease in or elimination of large-scale phreatophyte-eradication programs. For these reasons, current efforts are comprised of comprehensive studies assessing the role that riparian vegetation plays in ecosystem processes and even attempts to restore and enhance phreatophytes, especially in urban areas where riparian vegetation has been degraded or eliminated (J. Stromberg, Arizona State University, personal communication, 2001).

Phreatophyte control continues today for reasons such as reducing mosquito habitat. Saltcedar is the species most often targeted for control, partly because it

---

[2]Riparian vegetation has been removed for numerous reasons other than enhancing water supply, such as for the planting of crops or to create grazing areas. Although these activities have detrimental impacts on riparian areas, they are not the focus of this discussion.

Copyright © National Academy of Sciences. All rights reserved.

BLM_0058715