**SPUD PATCH 616S1**
BMONT9644 4203148.00 686412.00
***BAT GATE 2002***

MONTROSE 616S1: Surveys indicate high summer use of the mine that is connected to this shaft, by 6 species of bats, including Corynorhinus townsendii and fringed myotis. This mine is connected to 616A1, which is recommended for a bat gate. In 2002 winter surveys documented hibernating C. townsendii. This site was recommended for a bat gate in 2002, and it is scheduled to be gated in the fall of 2002. The bat gate will be 8 ft diameter culvert, 5 ft long, with a bat accessible gate on the end of the culvert.

**SPUD PATCH 617**
BSPUD0142 4203210.00 686470.00
***BAT GATE 2002***

SPUD PATCH 617: This feature is connected to mine 618 A1, which will receive a bat gate. This site was recommended for a bat gate in 2002, and it is scheduled to be gated in the fall of 2002. The bat gate will be 6 ft diameter culvert, 20 ft long, with a full gate on the end of the culvert.

**SPUD PATCH 618A1**
BMONT9611 4203232.00 686434.00
***BAT GATE 2002***

SPUD PATCH (MONTROSE) 618A1: Fall surveys documented use by 3 species of bats, including Corynorhinus townsendii and long-eared myotis. Spring surveys during 1997 documented big-eared bats hibernating inside the mine. Surveys in 2001 also documented summer use by 4 species, including COTO. A field consult in Oct 02 was conducted, and a culvert gate will be installed at this mine. The bat gate will be 6 ft diameter culvert, 20 ft long, with a full gate on the end of the culvert. An access door will be provided.

**SPUD PATCH 618A2**
BMONT9614 4203240.00 686492.00
***AIR GATE 2002***

SPUD PATCH (MONTROSE) 618A2: Surveys at this mine documented no bat activity in 1996, but surveys in June 2001 did document bat use of the mine. The mine has a small portal, but 2 myotis were documented in the fall of 2001. A field consult in Oct 02 was conducted, and a grated culvert will be installed to protect air flow to this mine complex.

**SPUD PATCH 618D1**
BMONT9642 4203250.00 686319.00
***BAT GATE 2002***

SPUD PATCH (MONTROSE) 618D1: Spring surveys in 1997 have documented Corynorhinus townsendii in the mine. Spring surveys in 2001 again documented COTO. It is connected to 618 D2. A field consult in Oct 02 was conducted, and a culvert bat gate will be installed at this site. The culvert will be 5 ft in diameter, 20 ft long with a full gate on the end.

**SPUD PATCH 618D2**
BMONT9642 4203244.00 686350.00
***AIR GATE 2002***

SPUD PATCH (MONTROSE) 618D2: Summer surveys in 1996 documented 2 species of Myotis using the mine. Spring surveys in 1997 documented Corynorhinus townsendii in the mine. Spring surveys in 2001 again documented COTO. This mine should receive a slot style bat gate, but gating may be difficult. A gate consultation is

needed. It is connected to 618 D1. A field consult in Oct 02 was conducted, and a grated culvert will be installed to protect air flow to this mine complex.

**SPUD PATCH 618P1**
BSPUD0143 4203295.00 686390.00
***CLOSED 2002***

SPUD PATCH 618 P1: This small feature will be backfilled.

**SPUD PATCH 619A1**
BSPUD0145 4203330.00 686400.00
***CLOSED 2002***

SPUD PATCH 619 A1: This mine has potential for roosting bats, and a fall survey in 2001 documented COTO. It is connected to D1, A2, and S1. A gate consultation in the field was conducted in fall 2002. It was decided that the costs of placing a gate at this site would be too expensive, and impact our ability to gate more mines in the project. The mine will be closed, and an exclusion will take place prior to closure.

**SPUD PATCH 619A2**
BSPUD0146 4203335.00 686400.00
***CLOSED 2002***

SPUD PATCH 619A2: This mine has potential for roosting bats, and a fall survey in 2001 documented COTO. A gate consultation in the field was conducted in fall 2002. It was decided that the costs of placing a gate at this site would be too expensive, and impact our ability to gate more mines in the project. The mine will be closed, and an exclusion will take place prior to closure.

**SPUD PATCH 619D1**
BSPUD0144 4203325.00 686410.00
***CLOSED 2002***

SPUD PATCH 619 D1: This mine has potential for roosting bats, and a fall survey in 2001 documented COTO. It is connected to D1, A2, and S1. A gate consultation in the field was conducted in fall 2002. It was decided that the costs of placing a gate at this site would be too expensive, and impact our ability to gate more mines in the project. The mine will be closed, and an exclusion will take place prior to closure.

**SPUD PATCH 619S1**
BSPUD0147 4203340.00 686390.00
***CLOSED 2002***

SPUD PATCH 619 S1: This mine has potential for roosting bats, and a fall survey in 2001 documented COTO. It is connected to D1, A2, and A1. A gate consultation in the field was conducted in fall 2002. It was decided that the costs of placing a gate at this site would be too expensive, and impact our ability to gate more mines in the project. The mine will be closed, and an exclusion will take place prior to closure.

**SPUD PATCH 620**
BSPUD0148 4203400.00 686380.00
***BAT GATE 2002***

SPUD PATCH 620: Fall surveys in 2001 documented 2 roosting COTO , and the mine provides at least fall transition habitat, and possible winter habitat. In 2002 winter surveys documented hibernating C. townsendii. This site was recommended for a bat gate in 2002, and it is scheduled to be gated in the fall of 2002. The bat gate will be 6 ft diameter culvert, 20 ft long, with a full gate on the end of the culvert. An access door will be provided.

**SPUD PATCH 621D1 (A1)**
BSPUD0149 4203420.00 686335.00
***BAT GATE 2002***

SPUD PATCH 621 complex: Survey work in spring and fall documented use by bats, including 2 COTO in 2001. This decline feature is connected to 622 A4/S1 and 621 S1. It is multi-leveled, and likely provides multi-season use for bats. In 2002 winter surveys documented hibernating C. townsendii. This site was recommended for a bat gate in 2002, and it is scheduled to be gated in the fall of 2002. The bat gate will be 5 ft diameter culvert, 20 ft long, with a full gate on the end of the culvert. An access door will be provided.

**SPUD PATCH 621S1**
BSPUD0150 4203400.00 686335.00
***AIR GRATE 2002***

SPUD PATCH 621 S1: A MYVO was documented at this mine in June 2001, and 2 COTO in spring. In 2002 winter surveys documented hibernating C. townsendii. This site was recommended for a bat gate in 2002, and it is scheduled to be gated in the fall of 2002. The bat gate will be 4 ft diameter culvert, 20 ft long, with a full gate on the end of the culvert. It will be installed at a 45* angle.

**SPUD PATCH 622A1**
BMONT9615 4203302.00 686310.00
***BAT GATE 2002***

SPUD PATCH (MONTROSE) 622A1: Surveys indicate summer use by 2 species of bats for night roosting in 1996. However, fall surveys in 2001 did document use by COTO, and a survey in 1997 also documented use by COTO. It is connected to 622 A5. In 2002 winter surveys documented hibernating C. townsendii. This site was recommended for a bat gate in 2002, and it is scheduled to be gated in the fall of 2002. The gate will be a full gate design.

**SPUD PATCH 622A2**
BMONT9616 4203340.00 686310.00
***BAT GATE 2002***

SPUD PATCH (MONTROSE) 622A2: This mine was originally recommended for closure, based on non-significant bat summer and fall use. Spring surveys in 1997, however, have produced C. townsendii in the mine. This observation indicates that early September surveys are inadequate as fall representation of winter use for this species. Big-eared bats have proved to be late arrivals at fall hibernacula in this area. It is connected to A3. It will receive a culvert bat gate, 6 ft diameter, 10 ft long. The end will be "shaped" into an oval to better fir the portal.

**SPUD PATCH 622A3**
BMONT9613 4203377.00 686310.00
***BAT GATE 2002***

SPUD PATCH (MONTROSE) 622A3: Spring surveys in 1997 documented 3 hibernating Corynorhinus townsendii at this mine. Three other species were captured here in 1996. A fall survey in 2001 again documented use by COTO. This site was recommended for a bat gate in 2002, and it is scheduled to be gated in the fall of 2002. The bat gate will be 6 ft diameter culvert, 20 ft long, with a full gate on the end of the culvert.

**SPUD PATCH 622A4**
BMONT9612 4203398.00 686320.00
***AIR GRATE 2002***

SPUD PATCH (MONTROSE) 622A4: Spring surveys in 1997 documented C. townsendii at this mine. Three other species were captured here in 1996, all BLM Special Status Species. This mine is connected to S1 and SP 621, and

is multi-leveled. This site was recommended for a bat gate in 2002, and it is scheduled to be gated in the fall of 2002. The bat gate will be 3 ft diameter culvert, 10 ft long, with a full gate on the end of the culvert.

**SPUD PATCH 622A5**
BSPUD0151 4203395.00 686300.00
***BAT GATE 2002***

SPUD PATCH 622 A5: A COTO was documented in the fall of 2001. This mine provides fall transition habitat, and is connected to another portal, 622 A1, which had a COTO documented in 1997. In 2002 winter surveys documented hibernating C. townsendii. This site was recommended for a bat gate in 2002, and it is scheduled to be gated in the fall of 2002. The bat gate will be 4 ft diameter culvert, 20 ft long, with a full gate on the end of the culvert. An access door will be provided.

**SPUD PATCH 622S1**
BMONT9641 4203400.00 686325.00
***AIR GRATE 2002***

SPUD PATCH (MONTROSE) 622S1: This mine is connected to 622A4, and needs air flow protection to preserve the bat roost documented from activity at A4. A k-grated closure to protect air flow is planned. No bat access is required at this shaft.

**SPUD PATCH 622S2**
BSPUD0196 4203315.00 686340.00
***AIR GRATE 2002***

SPUD PATCH 622 S2: This shaft is connected to the 622 adit features, and needs air flow protection to preserve the bat roost documented from activity at A4. A k-grated closure to protect air flow is planned. No bat access is required at this shaft.

**SPUD PATCH 623**
BSPUD0152 4202050.00 688380.00
***DONE***

SPUD PATCH 623: This mine is about 120 ft deep, and ends with a domed ceiling. Conditions are such that any bat sign is not going to be visible. The mine will be further evaluated next summer for bats. 2003: An internal survey in June did not document any bats. Very little sign of bat use was documented.

**SPUD PATCH 624**
BSPUD0153 4202085.00 688360.00
***TARP AND CLOSE***

SPUD PATCH 624: An internal survey in April 2001 did not document any bats, but did find some bat sign. A plastic sheet was left in place to help document bat use by sign, and will be checked again next year. Further surveys may be needed. 2002: A fall capture survey was conducted this year, no bats. The plastic was also checked and some bat sign would indicate a night roost for bats. 2003: Another check still indicates no significant bat use of this site. No gate is recommended for this small mine feature.

**SPUD PATCH 625A1**
BSPUD0154 4203770.00 685690.00
***DONE***

**SPUD PATCH 625A2**
BSPUD0155 4203770.00 685695.00
***DONE***

**SPUD PATCH 626**
BSPUD0160 4204570.00 686140.00
***DONE***

SPUD PATCH 626: An internal survey in April 2001 did not document any bats, and the mine is very shallow. This mine can be closed.

**SPUD PATCH 627**
BSPUD0156 4204560.00 685910.00
***GATE IF POSSIBLE***

SPUD PATCH 627: Two COTO were documented in a fall survey during 2001. Final recommendations are pending winter results, and surrounding mine evaluations. 2003: No winter survey was conducted at this mine. Based on the past results, a bat gate should be considered for this site.

**SPUD PATCH 628A1**
BSPUD0157 4203615.00 687510.00
***TARP AND CLOSE***

SPUD PATCH 628 A1: Spring and fall surveys in 2001 documented 2 species of bats, COTO and MYCI roosting in the mine. This mine is fall and winter habitat for COTO, and final recommendations are pending winter results, and surrounding mine evaluations. 2003: An internal survey in June did not document any significant use by bats. The mine has evidence of water flowing into the mine, which obscures sign of bat use. The site is unstable, and cannot be fully explored. Given the condition of the mine, and documentation and protection of nearby winter roost sites, this mine can be closed.

**SPUD PATCH 628A2**
BSPUD0158 4203610.00 687510.00
***DONE***

SPUD PATCH 628 A2: An internal survey in April 2001 did not document any bats, and the mine is very shallow. This mine can be closed.

**SPUD PATCH 628A3**
BSPUD0195 4203625.00 687510.00
***DONE***

SPUD PATCH 628 A3: An internal survey in September 2001 did not document any bats, and the mine is very shallow. This mine can be closed.

**SPUD PATCH 629**
BSPUD0159 4203510.00 687510.00
***GATE IF POSSIBLE***

SPUD PATCH 629: This mine had spring, summer and fall surveys in 2001.Three species were documented, including COTO during the fall. Final recommendations are pending winter results, and surrounding mine evaluations. An internal survey in June 2001 and 2003 did not document any bats. It appears to be a fall transition roost, and possible winter roost. However, no winter surveys have been conducted. A bat gate should be considered at this site. A winter survey will be attempted in 2004, if possible, during the post gate evaluations.

**SPUD PATCH 630A1**
BSPUD0177 4204490.00 682710.00
***DONE***

SPUD PATCH 630 A1: An internal survey in June 2001 did not document any bats, and the mine is very shallow. It is connected to A2. 2003: An internal survey did not document any bat use. This mine can be closed.

**SPUD PATCH 630A2**
BSPUD0178 4204492.00 682710.00
***DONE***

SPUD PATCH 630 A2: An internal survey in June 2001 did not document any bats, and the mine is very shallow. This mine can be closed. It is connected to A1.

**SPUD PATCH 630A3**
BSPUD0179 4204520.00 682710.00
***DONE***

SPUD PATCH 630 A3: An internal survey in June 2001 did not document any bats, and the mine is shallow. An internal survey in June 2003 only documented trace sign of night roosting by bats. This mine can be closed. It is connected to A4.

**SPUD PATCH 630A4**
BSPUD0180 4204522.00 682710.00
***DONE***

SPUD PATCH 630 A4: An internal survey in June 2001 did not document any bats, and the mine is shallow. An internal survey in June 2003 only documented trace sign of night roosting by bats. This mine can be closed. It is connected to A3.

**SPUD PATCH 630A5**
BSPUD0174 4204590.00 682760.00
***DONE***

SPUD PATCH 630 A5: An internal survey in June and October 2001 did not document any bats. A winter survey will be conducted if possible, otherwise, it is considered complete. No surveys in 2002. An internal survey in June 2003 only documented trace sign of night roosting by bats.

**SPUD PATCH 630A6**
BSPUD0175 4204591.00 682760.00
***TARP AND CLOSE***

SPUD PATCH 630 A6: An internal survey in June and October 2001 did not document any bats, and the mine is very shallow. An internal survey in June 2003 only documented trace sign of night roosting by bats. This mine can be closed.

**SPUD PATCH 630A7**
BSPUD0176 4204592.00 682760.00
***GATE IF POSSIBLE***

SPUD PATCH 630 A7: An internal survey in June and October 2001 did not document any bats, and the mine is very shallow. An internal survey in June 2003 did document lots of guano on the mine floor, but no bats present. It is possible that the mine is a temporary roost site for a maternity colony of bats, given the large amount of scattered guano. However, it's more likely a night roost. Consideration of a bat gate for this site is recommended at this point.

**SPUD PATCH 631A1**
BSPUD0181 4204685.00 682740.00
***WINTER SURVEY 2003***

SPUD PATCH 631 A1: An internal survey in June and October 2001 did not document any bats. A winter survey will be conducted if possible, otherwise, it is considered complete. It is connected to A3. No surveys in 2002. Winter 2003 pending.

**SPUD PATCH 631A3**
BSPUD0182 4204670.00 682740.00
***WINTER SURVEY 2003***

SPUD PATCH 631 A3: An internal survey in June and October 2001 did not document any bats. A winter survey will be conducted if possible, otherwise, it is considered complete. It is connected to A1. No surveys in 2002. Winter 2003 pending.

**SPUD PATCH 632A1**
BSPUD0183 4205150.00 683065.00
***BAT GATE RECOMMENDED***

SPUD PATCH 632 A1: This mine had summer and fall surveys in 2001. COTO were documented during the fall. It is connected to 632 S1, and is a complex mine system. A slot bat gate is recommended here and a air flow grated closure at the shaft S1.

**SPUD PATCH 632S1**
BSPUD0185 4205165.00 683065.00
***SPRING/FALL SURVEY 2003***

SPUD PATCH 632S1: This shaft appears to have drifts at the bottom. It had a fall survey conducted, with night vision and bat detectors, but did not document any bat activity. Because of the potential provided by the drifts, it should receive another evaluation for its winter roosting potential, either next spring, or fall if still possible.

**SPUD PATCH 632S2**
BSPUD0184 4205150.00 683075.00
***AIR FLOW GATE***

SPUD PATCH 632 S2: This mine had summer and fall surveys in 2001, by way of the adit. COTO were documented during the fall. It is connected to 632 A1, and is a complex mine system. A slot bat gate is recommended at the adit and a air flow grated closure at the shaft S1.

**SPUD PATCH 635A1**
BSPUD0163 4206530.00 688030.00
***BAT GATE RECOMMENDED***

SPUD PATCH 635A1: This mine has had 4 surveys in 2001, spring, summer, and 2 fall. A COTO was documented in the fall. It is a complex system, and a slot gate is recommended.

**SPUD PATCH 635A2**
BSPUD0164 4206525.00 688030.00
***BAT GATE RECOMMENDED***

SPUD PATCH 635 A2: This mine has had 4 surveys in 2001, spring, summer, and 2 fall. A COTO was documented in the fall. It is a complex system, and a slot gate is recommended.

**SPUD PATCH 635A3**
BSPUD0165 4206520.00 688030.00
***BAT GATE RECOMMENDED***

SPUD PATCH 635 A3: This mine had spring and fall surveys in 2001. COTO were documented during the fall. It is connected to 635 A1 and A2, and is a complex mine system. A slot bat gate is recommended here and at the other portals.

**SPUD PATCH 635A4**
BSPUD0166 4206450.00 688035.00
***GATE PENDING***

SPUD PATCH 635A4: This mine has had 4 surveys in 2001, spring, summer, and 2 fall. No bats were documented during the internal surveys, but it is connected to 635 A7.

**SPUD PATCH 635A5**
BSPUD0167 4206445.00 688035.00
***BAT GATE RECOMMENDED***

SPUD PATCH 635 A5: This mine had spring and fall surveys in 2001. COTO were documented during the summer and fall. It is connected to 635 A7, and is a complex mine system. A slot bat gate is recommended here and at the other portal.

**SPUD PATCH 635A6**
BSPUD0168 4206520.00 688025.00
***DONE***

SPUD PATCH 635 A6: An internal survey four times in 2001 did not document any bats, and the mine is very shallow. This mine can be closed.

**SPUD PATCH 635A7**
BSPUD0169 4206425.00 688040.00
***BAT GATE RECOMMENDED***

SPUD PATCH 635 A7: This mine had spring and fall surveys in 2001. COTO were documented during the summer and fall. It is connected to 635 A5, and is a complex mine system. A slot bat gate is recommended here and at the other portal.

**SPUD PATCH 637A1**
BSPUD0161 4203560.00 687325.00
***BAT GATE RECOMMENDED***

SPUD PATCH 637 A1: This mine had spring and fall surveys in 2001. Two species were documented, including COTO during the spring and fall. It is connected to 637 A2, and is a complex mine system. A slot bat gate is recommended here and at the other portal.

**SPUD PATCH 637A2**
BSPUD0162 4203530.00 687330.00
***BAT GATE RECOMMENDED***

SPUD PATCH 637 A2: This mine had spring and fall surveys in 2001. COTO were documented during the spring and fall. It is connected to 637 A1, and is a complex mine system. A slot bat gate is recommended here and at the other portal.

**SPUD PATCH 637P1**
BSPUD0170 4203565.00 687320.00
***DONE***

SPUD PATCH 637P1: This is a shallow prospect hole, and does not provide the potential for significant bat roosting habitat. It can be closed.



GYPSUM VALLEY PROJECT

42

GYPSUM VALLEY PROJECT 2003

BLM_0059035

# GYPSUM VALLEY PROJECT: 2003

**MINE SITE SUMMARY - CURRENT STATUS**

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| GYPSUM 479 | BGYP02 | STATUS UNCLEAR |
| GYPSUM 416A2 | BGYPS0202 | STATUS UNCLEAR |
| GYPSUM 416A3 | BGYPS0203 | SITE VERIFICATION NEEDED |
| GYPSUM 450A1 | BGYPS0204 | WINTER 2004 OR GATE |
| GYPSUM 451A1 | BGYPS0205 | WINTER 2004 / BAT GATE |
| GYPSUM 451P1 | BGYPS0206 | EVALUATIONS COMPLETE |
| GYPSUM 452A1 | BGYPS0207 | WINTER 2004 |
| GYPSUM 453A1 | BGYPS0208 | EVALUATIONS COMPLETE |
| GYPSUM 453S1 | BGYPS0209 | EVALUATIONS COMPLETE |
| GYPSUM 453S2 | BGYPS0210 | EVALUATIONS COMPLETE |
| GYPSUM 453S3 | BGYPS0211 | EVALUATIONS COMPLETE |
| GYPSUM 454A1 | BGYPS0212 | EVALUATIONS COMPLETE |
| GYPSUM 454A2 | BGYPS0213 | EVALUATIONS COMPLETE |
| GYPSUM 455A1 | BGYPS0214 | BAT GATE RECOMMENDED |
| GYPSUM 455A2 | BGYPS0215 | BAT GATE RECOMMENDED |
| GYPSUM 455S1 | BGYPS0216 | AIR FLOW GATE RECOMMEND |
| GYPSUM 455P1 | BGYPS0217 | EVALUATIONS COMPLETE |
| GYPSUM 456A1 | BGYPS0218 | BAT GATE RECOMMENDED |
| GYPSUM 457A1 | BGYPS0219 | WINTER 2004 |
| GYPSUM 458A1 | BGYPS0220 | EVALUATIONS COMPLETE |
| GYPSUM 458P1 | BGYPS0221 | EVALUATIONS COMPLETE |
| GYPSUM 459A1 | BGYPS0222 | STATUS UNCLEAR |
| GYPSUM 460A1 | BGYPS0223 | EVALUATIONS COMPLETE |
| GYPSUM 460A2 | BGYPS0224 | EVALUATIONS COMPLETE |
| GYPSUM 461S1 | BGYPS0226 | WINTER 2004 |
| GYPSUM 416S2 | BGYPS0227 | WINTER 2004 |
| GYPSUM 462A1 | BGYPS0228 | WINTER 2004 |
| GYPSUM 463A1 | BGYPS0229 | EVALUATIONS COMPLETE |
| GYPSUM 464A1 | BGYPS0230 | EVALUATIONS COMPLETE |
| GYPSUM 466A1 | BGYPS0233 | STATUS UNCLEAR |
| GYPSUM 466A2 | BGYPS0234 | SUMMER 2004 |
| GYPSUM 468I1 | BGYPS0235 | STATUS UNCLEAR |
| GYPSUM 469A1 | BGYPS0236 | SUMMER 2004 |
| GYPSUM 469A2 | BGYPS0237 | EVALUATIONS COMPLETE |
| GYPSUM 469A3 | BGYPS0238 | EVALUATIONS COMPLETE |
| GYPSUM 469S1 | BGYPS0239 | EVALUATIONS COMPLETE |
| GYPSUM 469S2 | BGYPS0240 | EVALUATIONS COMPLETE |
| GYPSUM 469S3 | BGYPS0241 | EVALUATIONS COMPLETE |
| GYPSUM 470P1 | BGYPS0242 | STATUS UNCLEAR |
| GYPSUM 471I1 | BGYPS0243 | STATUS UNCLEAR |
| GYPSUM 471I2 | BGYPS0244 | STATUS UNCLEAR |
| GYPSUM 472A1 | BGYPS0245 | WINTER 2004 - POSS. GATE |
| GYPSUM 473A1 | BGYPS0246 | GATE CONSULT |
| GYPSUM 473I1 | BGYPS0247 | GATE CONSULT |
| GYPSUM 473S1 | BGYPS0248 | CONNECTIVITY CONFIRMATION |
| GYPSUM 474I1 | BGYPS0249 | EVALUATIONS COMPLETE |
| GYPSUM 475A2 | BGYPS0250 | EVALUATIONS COMPLETE |
| GYPSUM 475A3 | BGYPS0251 | EVALUATIONS COMPLETE |

# GYPSUM VALLEY PROJECT: 2003

## MINE SITE SUMMARY - CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| GYPSUM 476I1 | BGYPS0252 | EVALUATIONS COMPLETE |
| GYPSUM 477I1 | BGYPS0253 | EVALUATIONS COMPLETE |
| GYPSUM 477A1 | BGYPS0254 | NOT SIGNIFICANT HABITAT |
| GYPSUM 477A2 | BGYPS0255 | NOT SIGNIFICANT HABITAT |
| GYPSUM 478A1 | BGYPS0256 | EVALUATIONS COMPLETE |
| GYPSUM 478A2 | BGYPS0257 | EVALUATIONS COMPLETE |
| GYPSUM 478P1 | BGYPS0258 | EVALUATIONS COMPLETE |
| GYPSUM 480A1 | BGYPS0259 | EVALUATIONS COMPLETE |
| GYPSUM 480P2 | BGYPS0260 | EVALUATIONS COMPLETE |
| GYPSUM 480P3 | BGYPS0261 | EVALUATIONS COMPLETE |
| GYPSUM 481I1 | BGYPS0262 | WINTER 2004 POSSIBLE |
| GYPSUM 482 | BGYPS0263 | EVALUATIONS COMPLETE |
| GYPSUM 483A1 | BGYPS0264 | EVALUATIONS COMPLETE |
| GYPSUM 483A2 | BGYPS0265 | EVALUATIONS COMPLETE |
| GYPSUM 484P1 | BGYPS0266 | WINTER 2004 |
| GYPSUM 485A1 | BGYPS0267 | WINTER 2004 |
| GYPSUM 486A1 | BGYPS0268 | STATUS UNCLEAR |
| GYPSUM 486P1 | BGYPS0269 | STATUS UNCLEAR |
| GYPSUM 487A1 | BGYPS0270 | POSSIBLE SURVEY 2004 |
| GYPSUM 488A1 | BGYPS0271 | POSSIBLE SURVEY 2004 |
| GYPSUM 489A1 | BGYPS0272 | POSSIBLE SURVEY 2004 |
| GYPSUM 490 | BGYPS0273 | EVALUATIONS COMPLETE |
| GYPSUM 491A1 | BGYPS0274 | EVALUATIONS COMPLETE |
| GYPSUM 492I1 | BGYPS0275 | EVALUATIONS COMPLETE |
| GYPSUM 493I1 | BGYPS0276 | EVALUATIONS COMPLETE |
| GYPSUM 493I2 | BGYPS0277 | WINTER 04 OR GATE |
| GYPSUM 690A1 | BGYPS0278 | STATUS UNCLEAR |
| GYPSUM 691A1 | BGYPS0279 | STATUS UNCLEAR |
| GYPSUM 692A1 | BGYPS0280 | STATUS UNCLEAR |
| GYPSUM 451A2 | BGYPS0281 | WINTER 2004 / BAT GATE |
| GYPSUM 451S1 | BGYPS0282 | WINTER 2004 / BAT GATE |
| GYPSUM 473S2 | BGYPS0283 | GATE CONSULT - AIR FLOW |
| GYPSUM 416A1 | BMONT9601 | BAT GATE RECOMMENDED |
| GYPSUM 465A1 | BMONT9602 | BAT GATE RECOMMENDED |
| GYPSUM 465A2 | BMONT9603 | STATUS UNCLEAR |
| GYPSUM 465A2 | BMONT9605 | AIR FLOW DETERMINATION |
| GYPSUM 461 A1 (465A4) | BMONT9606 | BAT GATE RECOMMENDED |
| GYPSUM 465A3 | BMONT9607 | HIGH RADON-NO SURVEYS |

# GYPSUM VALLEY PROJECT
## 2003 & PAST FIELD SEASONS
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| GYPSUM 416A1 | 7/ 3/1996 | MYOTIS CALIFORNICUS | M |
| | 7/ 3/1996 | MYOTIS CILIOLABRUM | M |
| | 9/10/1996 | MYOTIS THYSANODES | M |
| | 9/10/1996 | MYOTIS THYSANODES | M |
| | 9/10/1996 | MYOTIS CALIFORNICUS | M |
| | Total at this mine = | 5 | |
| GYPSUM 450A1 | 9/24/2002 | MYOTIS CILIOLABRUM | M |
| | 9/24/2002 | MYOTIS CALIFORNICUS | F |
| | 9/26/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/26/2003 | MYOTIS CALIFORNICUS | M |
| | 9/26/2003 | MYOTIS CALIFORNICUS | F |
| | Total at this mine = | 5 | |
| GYPSUM 451A1 | 4/30/2002 | CORYNORHINUS TOWNSENDII | F |
| | 6/ 7/2002 | MYOTIS CALIFORNICUS | M |
| | 6/ 7/2002 | MYOTIS THYSANODES | F |
| | 9/23/2002 | MYOTIS CILIOLABRUM | F |
| | 5/23/2003 | MYOTIS CALIFORNICUS | F |
| | Total at this mine = | 5 | |
| GYPSUM 455A1 | 6/ 7/2002 | CORYNORHINUS TOWNSENDII | M |
| | 9/23/2002 | MYOTIS THYSANODES | M |
| | Total at this mine = | 2 | |
| GYPSUM 455A2 | 6/ 7/2002 | MYOTIS CALIFORNICUS | F |
| | 6/ 7/2002 | MYOTIS CALIFORNICUS | M |
| | 6/ 7/2002 | MYOTIS CALIFORNICUS | M |
| | 6/ 7/2002 | MYOTIS CALIFORNICUS | M |
| | 6/ 7/2002 | MYOTIS CALIFORNICUS | F |
| | 9/23/2002 | CORYNORHINUS TOWNSENDII | F |
| | 9/23/2002 | CORYNORHINUS TOWNSENDII | U |
| | 9/23/2002 | MYOTIS SPP | M |
| | 9/23/2002 | MYOTIS CALIFORNICUS | F |
| | 9/23/2002 | MYOTIS CALIFORNICUS | M |
| | Total at this mine = | 10 | |
| GYPSUM 456A1 | 6/ 7/2002 | MYOTIS CALIFORNICUS | M |
| | 6/ 7/2002 | MYOTIS CALIFORNICUS | M |
| | 6/ 7/2002 | MYOTIS CALIFORNICUS | M |
| | 9/24/2002 | CORYNORHINUS TOWNSENDII | F |
| | Total at this mine = | 4 | |

| Mine | Date | Species | Sex |
|---|---|---|---|
| GYPSUM 461 A1 (465A4) | 7/ 4/1996 | MYOTIS CALIFORNICUS | M |
| | 7/ 4/1996 | MYOTIS CALIFORNICUS | M |
| | 7/ 4/1996 | MYOTIS CALIFORNICUS | M |
| | 7/ 4/1996 | MYOTIS CALIFORNICUS | F |
| | 10/12/2001 | CORYNORHINUS TOWNSENDII | U |
| | 9/25/2002 | MYOTIS CILIOLABRUM | F |
| | 9/25/2002 | MYOTIS CILIOLABRUM | M |
| | 5/24/2003 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 8 | |
| GYPSUM 465A1 | 7/ 4/1996 | MYOTIS CALIFORNICUS | M |
| | 7/ 4/1996 | MYOTIS CALIFORNICUS | U |
| | 7/ 4/1996 | MYOTIS CILIOLABRUM | F |
| | 9/10/1996 | CORYNORHINUS TOWNSENDII | M |
| | 9/10/1996 | MYOTIS THYSANODES | F |
| | 4/17/1997 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 6 | |
| GYPSUM 465A2 | 7/ 4/1996 | MYOTIS EVOTIS | F |
| | 7/ 4/1996 | MYOTIS CALIFORNICUS | M |
| | 4/17/1997 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 3 | |
| GYPSUM 469A1 | 9/27/2003 | MYOTIS THYSANODES | F |
| | 9/27/2003 | MYOTIS THYSANODES | F |
| | Total at this mine = | 2 | |
| GYPSUM 472A1 | 9/26/2002 | CORYNORHINUS TOWNSENDII | M |
| | 9/26/2002 | CORYNORHINUS TOWNSENDII | M |
| | Total at this mine = | 2 | |
| GYPSUM 47311 | 9/26/2002 | CORYNORHINUS TOWNSENDII | M |
| | 5/25/2003 | CORYNORHINUS TOWNSENDII | M |
| | 5/25/2003 | MYOTIS CALIFORNICUS | M |
| | Total at this mine = | 3 | |
| GYPSUM 49312 | 9/28/2003 | MYOTIS THYSANODES | M |
| | 9/28/2003 | CORYNORHINUS TOWNSENDII | M |
| | 9/28/2003 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 3 | |

**TOTAL BATS ……………………………………….. 58**

## GYPSUM VALLEY SITE RECOMMENDATIONS

**GYPSUM 416A1**
BMONT9601 4219960.00 687725.00
***BAT GATE RECOMMENDED***

GYPSUM 416A1: Summer and fall surveys during the Montrose project at this site have documented fringed myotis and 2 other species. This mine should receive a ladder style bat gate to protect this roost. No additional work was conducted here in 2003, but a summer survey, and possible winter survey in 2004 would be helpful for final recommendations.

**GYPSUM 416A2**
BGYPS0202 4220063.00 687743.00
***STATUS UNCLEAR***

The status of this site is not known. It remains unclear if this is connected to 416 A1. A winter check and possible survey in 2004 will be conducted, access permitting.

**GYPSUM 416A3**
BGYPS0203 4220087.00 687634.00
***SITE VERIFICATION NEEDED***

The status of this site is not known. It remains unclear if this is connected to 416 A1. A winter check and possible survey in 2004 will be conducted, access permitting.

**GYPSUM 416S2**
BGYPS0227 4227109.00 679271.00
***WINTER 2004***

GYPSUM 461A1/S1/S2: This mine complex has two vertical features associated with it, and is of medium depth. An internal survey in May did not document bats, but a capture survey in September produced 2 M. ciliolabrum. There is sign of summer use by bats, and temperatures seem good for possible summer habitat. Additional work in 2004 is needed.

**GYPSUM 450A1**
BGYPS0204 4227254.00 678248.00
***WINTER 2004 OR GATE***

GYPSUM 450A1: Surveys were conducted in April 2002. No bat use was documented. This mine has a good configuration for fall/winter roosting habitat. It is suspected to be connected to 452. Surveys were conducted in June and September 2002 at 452. Some bat use was documented, by Myotis species, during the summer survey. A survey in fall 2003 documented a COTO and 2 MYCA. A winter survey in 2004 is planned to help evaluate the importance of the mine.

**GYPSUM 451A1**
BGYPS0205 4227297.00 678225.00
***WINTER 2004 / BAT GATE***

GYPSUM 451A1: This is a medium sized mine with several openings to the surface. It is connected to A2, and S1. It may be deeper, as internal surveys have not been complete, and may even connect to 255. Survey work in 2002 documented C. townsendii and M. thysanodes. At this point a bat gate is recommended, with air flow grates at the vent shaft (S1). A survey was conducted in May 2003, and 1 MYCA was documented. A winter check may be conducted to evaluate the winter roosting potential of this site.

**GYPSUM 451A2**
BGYPS0281 4227340.00 678230.00
***WINTER 2004 / BAT GATE***
GYPSUM 451A2: This is a medium sized mine with several openings to the surface. It may be deeper, as internal surveys have not been complete, and may even connect to 255. Survey work in 2002 documented C. townsendii and M. thysanodes. At this point a bat gate is recommended, with air flow grates at the vent shaft (S1). A winter check may be conducted to evaluate the winter roosting potential of this site.

**GYPSUM 451P1**
BGYPS0206 4227275.00 678199.00
***EVALUATIONS COMPLETE***

**GYPSUM 451S1**
BGYPS0282 4227360.00 678225.00
***WINTER 2004 / BAT GATE***

GYPSUM 451s1: This is a medium sized mine with several openings to the surface. It may be deeper, as internal surveys have not been complete, and may even connect to 255. Survey work in 2002 documented C. townsendii and M. thysanodes. At this point a bat gate is recommended, with air flow grates at this vent shaft (S1).

**GYPSUM 452A1**
BGYPS0207 4227481.00 678465.00
***WINTER 2004***

GYPSUM 452A1: Surveys were conducted in June and September 2002. Some bat use was documented, by Myotis species, during the summer survey. This mine has a good configuration for fall/winter roosting habitat, and surveys are still needed for these seasons in 2004. It is suspected to be connected to 450.

**GYPSUM 453A1**
BGYPS0208 4227861.00 678457.00
***EVALUATIONS COMPLETE***

**GYPSUM 453S1**
BGYPS0209 4227855.00 678457.00
***EVALUATIONS COMPLETE***

**GYPSUM 453S2**
BGYPS0210 4227850.00 678455.00
***EVALUATIONS COMPLETE***

**GYPSUM 453S3**
BGYPS0211 4227854.00 678452.00
***EVALUATIONS COMPLETE***

**GYPSUM 454A1**
BGYPS0212 4227544.00 678578.00
***EVALUATIONS COMPLETE***

**GYPSUM 454A2**
BGYPS0213 4227555.00 678594.00
***EVALUATIONS COMPLETE***

**GYPSUM 455A1**
BGYPS0214 4227642.00 678381.00
***BAT GATE RECOMMENDED***

GYPSUM 455A1/A2/S1/456A1: This mine complex is multi-leveled, and has 4 major portals that connect to the surface. Internal survey work in 2002 has documented a wide range of temperatures, and sign of summer use by bats. The complex has had multiple surveys, and has documented numerous bats. All portals are recommended for bat gates.

**GYPSUM 455A2**
BGYPS0215 4227640.00 678383.00
***BAT GATE RECOMMENDED***

GYPSUM 455A1/A2/S1/456A1: This mine complex is multi-leveled, and has 4 major portals that connect to the surface. Internal survey work in 2002 has documented a wide range of temperatures, and sign of summer use by bats. The complex has had multiple surveys, and has documented numerous bats. All portals are recommended for bat gates.

**GYPSUM 455P1**
BGYPS0217 4227638.00 678379.00
***EVALUATIONS COMPLETE***

**GYPSUM 455S1**
BGYPS0216 4227648.00 678318.00
***AIR FLOW GATE RECOMMEND***

GYPSUM 455A1/A2/S1/456A1: This mine complex is multi-leveled, and has 4 major portals that connect to the surface. Internal survey work in 2002 has documented a wide range of temperatures, and sign of summer use by bats. The complex has had multiple surveys, and has documented numerous bats. All portals are recommended for bat gates.

**GYPSUM 456A1**
BGYPS0218 4227605.00 678409.00
***BAT GATE RECOMMENDED***

GYPSUM 455A1/A2/S1/456A1: This mine complex is multi-leveled, and has 4 major portals that connect to the surface. Internal survey work in 2002 has documented a wide range of temperatures, and sign of summer use by bats. The complex has had multiple surveys, and has documented numerous bats. All portals are recommended for bat gates.

**GYPSUM 457A1**
BGYPS0219 4227678.00 679036.00
***WINTER 2004***

**GYPSUM 458A1**
BGYPS0220 4227638.00 678440.00
***EVALUATIONS COMPLETE***

**GYPSUM 458P1**
BGYPS0221 4227638.00 678445.00
***EVALUATIONS COMPLETE***

**GYPSUM 459A1**
BGYPS0222 4227249.00 679235.00
***STATUS UNCLEAR***

**GYPSUM 460A1**
BGYPS0223 4227154.00 679346.00
***EVALUATIONS COMPLETE***

GYPSUM 460A1/A2: This mine has a small upper level, and the main tunnel is at least 100 ft, and may be deeper. A fall capture survey was conducted in 2002, and no bats were documented. Scattered guano in the upper level suggests the need for a summer evaluation. A capture survey in May 2003 did not document any bats. The site is too unstable for internal surveys, so at this point the mine is considered complete for bat evaluations, and can be closed.

**GYPSUM 460A2**
BGYPS0224 4227150.00 679346.00
***EVALUATIONS COMPLETE***

GYPSUM 460A1/A2: This mine has a small upper level, and the main tunnel is at least 100 ft, and may be deeper. A fall capture survey was conducted in 2002, and no bats were documented. Scattered guano in the upper level suggests the need for a summer evaluation. A capture survey in May 2003 did not document any bats. The site is too unstable for internal surveys, so at this point the mine is considered complete for bat evaluations, and can be closed.

**GYPSUM 461 A1 465A4**
BMONT9606 4226940.00 679298.00
***BAT GATE RECOMMENDED***

GYPSUM (MONTROSE) 461 A1: Summer surveys document some bat use, and a possible maternity roost by Myotis californicus. Fall surveys documented COTO use of the mine during the Montrose project work. Spring surveys in 2003 only documented 1 bat, a MYCA. The mine has good configuration and sign of bat use. A bat gate should be considered at this mine. Air flow protection would be needed at the vents/shafts connected to it.

**GYPSUM 461S1**
BGYPS0226 4227109.00 679260.00
***WINTER 2004***

GYPSUM 461A1/S1/S2: This mine complex has two vertical features associated with it, and is of medium depth. An internal survey in May did not document bats, but a capture survey in September produced 2 M. ciliolabrum. There is sign of summer use by bats, and temperatures seem good for possible summer habitat. Additional work in 2004 is needed.

**GYPSUM 462A1**
BGYPS0228 4227035.00 679099.00
***WINTER 2004***

GYPSUM 462A1: This mine was not surveyed in 2001. It appears best suited for fall/winter habitat, and surveys will be conducted in 2003.

**GYPSUM 463A1**
BGYPS0229 4226543.00 679647.00
***EVALUATIONS COMPLETE***

**GYPSUM 464A1**
BGYPS0230 0.00 0.00
***EVALUATIONS COMPLETE***

**GYPSUM 465A1**
BMONT9602 4226446.00 679458.00
***BAT GATE RECOMMENDED***

GYPSUM 465 A1 (BMONT9602): This mine was surveyed during the old Montrose project in 1996 and 97. Spring, summer, and fall surveys all documented some bat use of the mine. Four species were recorded, including C. townsendii and M. thysanodes. No additional work was conducted in 2002. A ladder bat gate is recommended.

**GYPSUM 465A2**
BMONT9605 4226470.00 679509.00
***AIR FLOW DETERMINATION***

MONTROSE 465A2: Summer and fall surveys have documented bat use by 3 species. This use is for night roosting, and not considered significant. This mine should receive a determination of its connectivity to 465A1. If it is connected, it should receive an air flow grated closure to protect the roost.

**GYPSUM 465A2 ZZ 431?**
BMONT9603 4226652.00 679444.00
***STATUS UNCLEAR***

**GYPSUM 465A3**
BMONT9607 4226842.00 679168.00
***HIGH RADON-NO SURVEYS***

MONTROSE 465A3: This mine site has levels of radon that are too high to permit survey work. Bat evaluations will not be conducted at this site.

**GYPSUM 466A1**
BGYPS0233 4226726.00 679616.00
***STATUS UNCLEAR***

GYPSUM 466 A1: A capture survey in late September did not document any bats. It is connected to A2. The feature is a warm site, and will be checked for warm season use in 2004.

**GYPSUM 466A2**
BGYPS0234 4226704.00 679595.00
***SUMMER 2004***

GYPSUM 466A2: A capture survey in late September did not document any bats. It is connected to A1. The feature is a warm site, and will be checked for warm season use in 2004.

**GYPSUM 468I1**
BGYPS0235 4230017.00 678139.00
***STATUS UNCLEAR***

**GYPSUM 469A1**
BGYPS0236 4230103.00 678359.00
***SUMMER 2004***

GYPSUM 469A1: This is a shallow mine with sign of summer use by bats. An April 2002 internal survey did not document any bats, but fall survey in 2003 did document use by 2 MYTH, and summer sign is still evident. A summer evaluation should be conducted at this mine.

**GYPSUM 469A2**
BGYPS0237 4230066.00 678398.00
***EVALUATIONS COMPLETE***

GYPSUM 469A2: This is a shallow mine with sign of summer use by bats. An April internal survey did not document any bats. Additional evaluations in 2003 indicate the site is too unstable for internal surveys, and for bat gate consideration. No further work is planned at this mine.

**GYPSUM 469A3**
BGYPS0238 4230114.00 678391.00
***EVALUATIONS COMPLETE***

GYPSUM 469A3: This is a shallow mine with sign of summer use by bats. An April internal survey did not document any bats. Additional evaluations in 2003 indicate the site is too unstable for internal surveys, and for bat gate consideration. No further work is planned at this mine. An April internal survey did not document any bats, but additional summer work is needed in 2003.

**GYPSUM 469S1**
BGYPS0239 4230104.00 678392.00
***EVALUATIONS COMPLETE***

GYPSUM 469S1: This is shaft in a shallow mine with sign of summer use by bats. An April internal survey did not document any bats. Additional evaluations in 2003 indicate the site is too unstable for internal surveys, and for bat gate consideration. No further work is planned at this mine.

**GYPSUM 469S2**
BGYPS0240 4230100.00 678392.00
***EVALUATIONS COMPLETE***

GYPSUM 469S2: This is shaft in a shallow mine with sign of summer use by bats. An April internal survey did not document any bats. Additional evaluations in 2003 indicate the site is too unstable for internal surveys, and for bat gate consideration. No further work is planned at this mine.

**GYPSUM 469S3**
BGYPS0241 4230090.00 678385.00
***EVALUATIONS COMPLETE***

GYPSUM 469S3: This is shaft in a shallow mine with sign of summer use by bats. An April internal survey did not document any bats. Additional evaluations in 2003 indicate the site is too unstable for internal surveys, and for bat gate consideration. No further work is planned at this mine.

**GYPSUM 470P1**
BGYPS0242 0.00 0.00
***STATUS UNCLEAR***

**GYPSUM 471I1**
BGYPS0243 4231189.00 677956.00
***STATUS UNCLEAR***

**GYPSUM 471I2**
BGYPS0244 4231162.00 677962.00
***STATUS UNCLEAR***

**GYPSUM 472A1**
BGYPS0245 4229956.00 677354.00
***WINTER 2004 - POSS. GATE***

GYPSUM 472A1: This is a medium sized mine with some potential for summer use. An April 2002 survey did not document bats, but a fall survey did document use by C. townsendii. A bat gate may be recommended, pending further evaluation. A winter survey in 2004 is planned.

**GYPSUM 473A1**
BGYPS0246 4230014.00 677504.00
***GATE CONSULT***

GYPSUM 473A1: This is a medium sized mine with some potential for summer use. An April 2002 survey did not document bats, but a fall survey did document use by C. townsendii. A COTO and a MYCA were captured in late May 2003. Appears to be the same bat from last year. A bat gate is recommended, pending consultation of gate potential. Portals A1 and i1 are connected.

**GYPSUM 473I1**
BGYPS0247 4230003.00 677505.00
***GATE CONSULT***

GYPSUM 473 i1: This is a medium sized mine with some potential for summer use. An April 2002 survey did not document bats, but a fall survey did document use by C. townsendii. A COTO and a MYCA were captured in late May 2003. Appears to be the same bat from last year. A bat gate is recommended, pending consultation of gate potential.

**GYPSUM 473S1**
BGYPS0248 4230024.00 677493.00
***CONNECTIVITY CONFIRMATION***

GYPSUM 473S1: This shaft may be part of the 473 complex, but does not appear to be at this point. Final determination of this feature is needed in 2004. Air flow will need to be protected if 473 I1 is gated, and the two features are connected.

**GYPSUM 473S2**
BGYPS0283 4230014.00 677500.00
***GATE CONSULT - AIR FLOW***

GYPSUM 473S2: This shaft is part of a medium sized mine with some potential for summer use. An April survey did not document bats, but a fall survey did document use by C. townsendii in 2002. Air flow should be preserved at this feature.

**GYPSUM 474I1**
BGYPS0249 4230052.00 677525.00
***EVALUATIONS COMPLETE***

**GYPSUM 475A2**
BGYPS0250 4229220.00 676898.00
***EVALUATIONS COMPLETE***

**GYPSUM 475A3**
BGYPS0251 4229230.00 676887.00
***EVALUATIONS COMPLETE***

**GYPSUM 476I1**
BGYPS0252 4229273.00 676837.00
***EVALUATIONS COMPLETE***

**GYPSUM 477A1**
BGYPS0254 4229373.00 677215.00
***NOT SIGNIFICANT HABITAT***

GYPSUM 477A1: This is a medium sized adit, but has some indication of summer use by bats. At this point it appears to be used as a night roost by bats. It doesn't appear to be a significant feature, and no further work will be conducted at this site.

**GYPSUM 477A2**
BGYPS0255 4229410.00 677220.00
***NOT SIGNIFICANT HABITAT***

GYPSUM 477A2: This may be a shallow adit, but a small decline may provide access to more extensive workings, or connect to other features. At this point it appears to be used as a night roost by bats. It doesn't appear to be a significant feature, and no further work will be conducted at this site.

**GYPSUM 477I1**
BGYPS0253 4229400.00 677220.00
***EVALUATIONS COMPLETE***

GYPSUM 477I1: This mine is of unknown depth, but it has evidence of flooding and is a decline with bad air. No further bat surveys will be conducted at this mine.

**GYPSUM 478A1**
BGYPS0256 4229153.00 677301.00
***EVALUATIONS COMPLETE***

This mine is too unstable for survey work, and it has little potential to provide significant bat habitat. No additional bat evaluations will be conducted at this site, and it can be closed.

**GYPSUM 478A2**
BGYPS0257 4229163.00 677284.00
***EVALUATIONS COMPLETE***

This mine is too unstable for survey work, and it has little potential to provide significant bat habitat. No additional bat evaluations will be conducted at this site, and it can be closed.

**GYPSUM 478P1**
BGYPS0258 4229190.00 677262.00
***EVALUATIONS COMPLETE***

This mine is too unstable for survey work, and it has little potential to provide significant bat habitat. No additional bat evaluations will be conducted at this site, and it can be closed.

**GYPSUM 479**
BGYP02 0.00 0.00
***STATUS UNCLEAR***

**GYPSUM 480A1**
BGYPS0259 4229453.00 678894.00
***EVALUATIONS COMPLETE***

**GYPSUM 480P2**
BGYPS0260 4229476.00 678920.00
***EVALUATIONS COMPLETE***

**GYPSUM 480P3**
BGYPS0261 4229421.00 678884.00
***EVALUATIONS COMPLETE***

**GYPSUM 481I1**
BGYPS0262 4228556.00 678756.00
***WINTER 2004 POSSIBLE***

**GYPSUM 482**
BGYPS0263 0.00 0.00
***EVALUATIONS COMPLETE***

This mine is too unstable for survey work, and it has little potential to provide significant bat habitat. No additional bat evaluations will be conducted at this site, and it can be closed.

**GYPSUM 483A1**
BGYPS0264 4228961.00 678455.00
***EVALUATIONS COMPLETE***

This mine is too unstable for survey work, and it has little potential to provide significant bat habitat. No additional bat evaluations will be conducted at this site, and it can be closed.

**GYPSUM 483A2**
BGYPS0265 4228988.00 678454.00
***EVALUATIONS COMPLETE***

**GYPSUM 484P1**
BGYPS0266 4229183.00 679410.00
***WINTER 2004***

GYPSUM 484P1: This is a shallow adit, but there is good sign of summer use by bats. No bats were using the mine in April 2002, but additional winter and summer work are planned in 2004.

**GYPSUM 485A1**
BGYPS0267 4229097.00 679227.00
***WINTER 2004***

GYPSUM 485A1: This is a shallow decline adit, but there is good sign of summer use by bats. No bats were using the mine in April or September, but additional summer work needed in 2004.

**GYPSUM 486A1**
BGYPS0268 4227980.00 679919.00
***STATUS UNCLEAR***

**GYPSUM 486P1**
BGYPS0269 4227980.00 679924.00
***STATUS UNCLEAR***

**GYPSUM 487A1**
BGYPS0270 4227595.00 679911.00
***POSSIBLE SURVEY 2004***

GYPSUM 487A1: This is a shallow adit, with trace amounts of sign of summer use by bats. No bats were using the mine in April. Another summer check will be conducted in 2004 if time permits, but it will be a low priority for further work.

**GYPSUM 488A1**
BGYPS0271 4227569.00 679955.00
***POSSIBLE SURVEY 2004***

GYPSUM 488: This is a shallow adit, but there is some sign of summer use by bats. No bats were using the mine in May, but additional summer work may be conducted in 2004.

**GYPSUM 489A1**
BGYPS0272 4223995.00 683062.00
***POSSIBLE SURVEY 2004***

GYPSUM 488: This is a shallow adit, but there is some sign of summer use by bats. No bats were using the mine in April, but additional summer work may be conducted in 2004 if time permits. It is a low priority.

**GYPSUM 490**
BGYPS0273 0.00 0.00
***EVALUATIONS COMPLETE***

**GYPSUM 491A1**
BGYPS0274 422381.00 683782.00
***EVALUATIONS COMPLETE***

**GYPSUM 492I1**
BGYPS0275 4226506.00 681438.00
***EVALUATIONS COMPLETE***

**GYPSUM 493I1**
BGYPS0276 4224407.00 684046.00
***EVALUATIONS COMPLETE***

**GYPSUM 493I2**
BGYPS0277 4224397.00 684057.00
***WINTER 04 OR GATE***

GYPSUM 493 i2: The mine was surveyed in the fall of 2003, and documented 2 Coto and a Myth using the mine. The mine is a transition roost, and a possible winter roost site. If possible, a winter survey in 2004 will be conducted here while finishing other mines in the area, and final recommendations are pending. At this point, a slot bat gate should be considered for this site.

**GYPSUM 690A1**
BGYPS0278 4227605.00 678170.00
***STATUS UNCLEAR***

**GYPSUM 691A1**
BGYPS0279 4227780.00 678226.00
***STATUS UNCLEAR***

**GYPSUM 692A1**
BGYPS0280 4227934.00 678342.00
***STATUS UNCLEAR***

PICKET CORRAL PROJECT

WILD STEER MESA

**PICKET CORRAL PROJECT 2003**

58

BLM_0059051

# PICKET CORRAL PROJECT: 2003

## MINE SITE SUMMARY - CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| PICKET CORRAL 681 | BPICK0301 | BAT GATE RECOMMENDED |
| PICKET CORRAL 682 | BPICK0302 | CLOSE |
| PICKET CORRAL 683 | BPICK0303 | BAT GATE RECOMMENDED |
| PICKET CORRAL 684 | BPICK0304 | BAT GATE RECOMMENDED |

## 2003 FIELD SEASON
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| PICKET CORRAL 681 | 6/26/2003 | MYOTIS CALIFORNICUS | F |
| | 6/26/2003 | MYOTIS CALIFORNICUS | F |
| | 6/26/2003 | MYOTIS CALIFORNICUS | F |
| | 6/26/2003 | MYOTIS CALIFORNICUS | F |
| | 6/26/2003 | MYOTIS CILIOLABRUM | M |
| | 6/26/2003 | MYOTIS CILIOLABRUM | F |
| | 6/26/2003 | MYOTIS CILIOLABRUM | M |
| | 6/26/2003 | MYOTIS CILIOLABRUM | M |
| | 6/26/2003 | MYOTIS CILIOLABRUM | M |
| | 6/26/2003 | MYOTIS CILIOLABRUM | F |
| | 6/26/2003 | MYOTIS VOLANS | M |
| | 6/26/2003 | MYOTIS EVOTIS | M |
| | 6/26/2003 | CORYNORHINUS TOWNSENDII | M |
| | Total at this mine = | 13 | |

# PICKET CORRAL SITE RECOMMENDATIONS

**PICKET CORRAL 681**
BPICK0301 4229778.00 685899.00
***BAT GATE RECOMMENDED***

PICKET CORRAL 681: This is the lowest feature in this complex. A partial internal survey was conducted June 26, and a capture survey was also conducted at this portal. Lots of bat activity was documented, mostly trying to go into the mine. A total of 13 bats were captured, including 1 COTO, and 4 species of Myotis. Based on the captures, ample sign of roosting by bats, and the complexity and potential of the mine system, a bat gate was recommended.

**PICKET CORRAL 682**
BPICK0302 0.00 0.00
***CLOSE***

PICKET CORRAL 682: This feature is just shallow area that was used as a shop or storage area. It can be closed.

**PICKET CORRAL 683**
BPICK0303 4229798.00 685860.00
***BAT GATE RECOMMENDED***

PICKET CORRAL 683: This feature is the middle adit in this complex. A partial internal survey was conducted June 26,and based on the evidence of roosting bats, and potential of the mine system, a bat gate was recommended.

**PICKET CORRAL 684**
BPICK0304 4229826.00 685865.00
***BAT GATE RECOMMENDED***

PICKET CORRAL 684: This feature is the upper most adit in this complex. It is connected to a shaft that is still open to the surface, and appears to be connected to the lower features, based on air movement. A partial internal survey was conducted June 26. Based on the evidence of roosting bats, and potential of the mine system, a bat gate was recommended.

## HIEROGLYPHIC CANYON PROJECT

HIEROGLYPHIC CANYON PROJECT 2003

61

BLM_0059054

# HIEROGLYPHIC CANYON PROJECT: 2003

## MINE SITE SUMMARY - CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| HIEROGLYPHIC 516S1 | BHIER0301 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 516 S2 | BHIER0302 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 516 S3 | BHIER0303 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 516 S4 | BHIER0304 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 517 | BHIER0305 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 518 A1 | BHIER0306 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 518 A2 | BHIER0307 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 518 A3 | BHIER0308 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 519 AI | BHIER0309 | SURVEY 2004 |
| HIEROGLYPHIC 519 A2 | BHIER0310 | SURVEY 2004 |
| HIEROGLYPHIC 519 A3 | BHIER0311 | SURVEY 2004 |
| HIEROGLYPHIC 520 AI | BHIER0312 | WINTER SURVEY 2004 |
| HIEROGLYPHIC 520 A2 | BHIER0313 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 521 AI | BHIER0314 | WINTER / SUMMER 2004 |
| HIEROGLYPHIC 521 A2 | BHIER0315 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC I539AI | BHIER0316 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC I539A2 | BHIER0317 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 1540 | BHIER0318 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1541 | BHIER0319 | WINTER SURVEY 2004 |
| HIEROGLYPHIC 1542 | BHIER0320 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 1543A1 | BHIER0321 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A2 | BHIER0322 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A3 | BHIER0323 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543P1 | BHIER0324 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC I453P2 | BHIER0325 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 1543P3 | BHIER0326 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1544 | BHIER0327 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 1545A1 | BHIER0328 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1545P1 | BHIER0329 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 1545P2 | BHIER0330 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 1546A1 | BHIER0331 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 1547 | BHIER0332 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1548P1 | BHIER0333 | SUMMER SURVEY 2004 |
| HIEROGLYPHIC 1548P2 | BHIER0334 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 1549 | BHIER0335 | SUMMER SURVEY 2004 - LP |
| HIEROGLYPHIC I550AI | BHIER0336 | WINTER/SUMMER 2004 |
| HIEROGLYPHIC I550PI | BHIER0337 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC I550P2 | BHIER0338 | WINTER/SUMMER 2004 |
| HIEROGLYPHIC I550P3 | BHIER0339 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 1551A1 | BHIER0340 | WINTER / SUMMER 2004 |
| HIEROGLYPHIC 1551A2 | BHIER0341 | SUMMER SURVEY 2004 |

# HIEROGLYPHIC CANYON PROJECT: 2003

## MINE SITE SUMMARY - CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| HIEROGLYPHIC I552PI | BHIER0342 | SUMMER 04 - LP |
| HIEROGLYPHIC I553AI | BHIER0343 | WINTER SURVEY 2004 |
| HIEROGLYPHIC I553PI | BHIER0344 | WINTER SURVEY 2004 |
| HIEROGLYPHIC I553P2 | BHIER0345 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC I553P3 | BHIER0346 | EVALUATION COMPLETE |
| HIEROGLYPHIC I554AI | BHIER0348 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC I554A2 | BHIER0349 | SUMMER VIDEO 2004 -LP |
| HIEROGLYPHIC 1555 | BHIER0350 | WINTER / SUMMER 2004 |
| HIEROGLYPHIC 1556 | BHIER0351 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC I557PI | BHIER0352 | SUMMER SURVEY 2004 |
| HIEROGLYPHIC I557P2 | BHIER0353 | SUMMER SURVEY 2004 |
| HIEROGLYPHIC 1558 | BHIER0354 | WINTER 2004 - LP |
| HIEROGLYPHIC 1559 | BHIER0355 | LOW HABITAT POTENTIAL |
| HIEROGLYPHIC 1546 | BHIER0356 | WINTER SURVEY 2004 |
| HIEROGLYPHIC 520 A3 | BHIER0357 | WINTER/SUMMER 2004 |
| HIEROGLYPHIC 521 A3 | BHIER0358 | WINTER/SUMMER 2004 |

# HIEROGLYPHIC CANYON PROJECT

## 2003 FIELD SEASONS
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| HIEROGLYPHIC 1540 | 7/12/2003 | MYOTIS VOLANS | M |
| | 7/12/2003 | MYOTIS CALIFORNICUS | F |
| | 9/12/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/12/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/12/2003 | CORYNORHINUS TOWNSENDII | M |
| | Total at this mine = | 5 | |
| HIEROGLYPHIC I543AI | 9/11/2003 | MYOTIS CALIFORNICUS | M |
| | Total at this mine = | 1 | |
| HIEROGLYPHIC I543A2 | 9/25/2003 | CORYNORHINUS TOWNSENDII | U |
| | 9/25/2003 | CORYNORHINUS TOWNSENDII | U |
| | 9/25/2003 | CORYNORHINUS TOWNSENDII | U |
| | 9/25/2003 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 4 | |

| | | | |
|---|---|---|---|
| HIEROGLYPHIC I543P3 | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | U |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 5 | |
| HIEROGLYPHIC I545A1 | 7/10/2003 | CORYNORHINUS TOWNSENDII | U |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | U |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | MYOTIS SPP | U |
| | Total at this mine = | 7 | |
| HIEROGLYPHIC 1547 | 9/12/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/12/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/12/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/12/2003 | MYOTIS THYSANODES | M |
| | 9/12/2003 | MYOTIS CALIFORNICUS | F |
| | Total at this mine = | 5 | |
| HIEROGLYPHIC I548PI | 9/11/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/11/2003 | CORYNORHINUS TOWNSENDII | F |
| | Total at this mine = | 2 | |
| HIEROGLYPHIC I550A1 | 9/13/2003 | CORYNORHINUS TOWNSENDII | F |
| | Total at this mine = | I | |
| HIEROGLYPHIC I553A1 | 6/14/2003 | CORYNORHINUS TOWNSENDII | U |
| | 8/30/2003 | CORYNORHINUS TOWNSENDII | M |
| | 8/30/2003 | MYOTIS CALIFORNICUS | M |
| | Total at this mine = | 3 | |
| HIEROGLYPHIC 1555 | 8/30/2003 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | I | |
| HIEROGLYPHIC I557PI | 6/13/2003 | MYOTIS SPP | U |
| | Total at this mine = | I | |
| HIEROGLYPHIC I557P2 | 7/13/2003 | MYOTIS CALIFORNICUS | F |
| | 8/29/2003 | MYOTIS CALIFORNICUS | M |
| | Total at this mine = | 2 | |
| HIEROGLYPHIC 520 AI | 9/ 1/2003 | MYOTIS CALIFORNICUS | F |
| | 9/ 1/2003 | MYOTIS CALIFORNICUS | F |
| | 9/ 1/2003 | MYOTIS CALIFORNICUS | F |
| | 9/ 1/2003 | MYOTIS CALIFORNICUS | F |
| | 9/ 1/2003 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 5 | |

| | | | |
|---|---|---|---|
| HIEROGLYPHIC 521 AI | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CALIFORNICUS | M |
| | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CILIOLABRUM | F |
| | 9/ 1/2003 | MYOTIS VOLANS | F |
| | Total at this mine = | 9 | |
| HIEROGLYPHIC 521 A3 | 9/ 1/2003 | CORYNORHINUS TOWNSENDII | U |
| | 9/14/2003 | CORYNORHINUS TOWNSENDII | F |
| | Total at this mine = | 2 | |

TOTAL BATS .............................................. 53

## HIEROGLYPHIC CANYON SITE RECOMMENDATIONS

**HIEROGLYPHIC 516S1**
BHIER0301 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 516 S2**
BHIER0302 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 516 S3**
BHIER0303 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 516 S4**
BHIER0304 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 517**
BHIER0305 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 518 A1**
BHIER0306 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 518 A2**
BHIER0307 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 518 A3**
BHIER0308 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 519 A1**
BHIER0309 4245443.00 698178.00
***SURVEY 2004***

HIEROGLYOHIC 519 A1: These mines are somewhat remote, and difficult to access. The complex is on the shallow side, but all 3 features are connected. No bats were documented in a July internal survey, but some good evidence of past, or earlier summer use was noted. Additional summer survey work is needed, and if accessible, a winter evaluation will also be conducted.

**HIEROGLYPHIC 519 A2**
BHIER0310 4245443.00 698178.00
***SURVEY 2004***

HIEROGLYOHIC 519 A2: These mines are somewhat remote, and difficult to access. The complex is on the shallow side, but all 3 features are connected. No bats were documented in a July internal survey, but some good evidence of past, or earlier summer use was noted. Additional summer survey work is needed, and if accessible, a winter evaluation will also be conducted.

**HIEROGLYPHIC 519 A3**
BHIER0311 4245443.00 698178.00
***SURVEY 2004***

HIEROGLYOHIC 519 A3: These mines are somewhat remote, and difficult to access. The complex is on the shallow side, but all 3 features are connected. No bats were documented in a July internal survey, but some good evidence of past, or earlier summer use was noted. Additional summer survey work is needed, and if accessible, a winter evaluation will also be conducted.

**HIEROGLYPHIC 520 A1**
BHIER0312 4246165.00 698043.00
***WINTER SURVEY 2004***

HIEROGLYPHIC 520A1: This is a very large mine, which is connected to the "storage" area, A2. An internal survey in June 03 did not document any bats, but did find some sign of summer roosting by bats. This mine needs to have a winter survey, and another summer survey in 2004 to ensure it is not important to the maternity colony.

**HIEROGLYPHIC 520 A2**
BHIER0313 4246165.00 698043.00
***LOW HABITAT POTENTIAL***

HIEROGLYPHIC 520A2: This is a storage area, connected to 520 A1. It should have an evaluation of air flow importance, if A1 ends up with a bat gate recommendation. Otherwise, it can be closed.

**HIEROGLYPHIC 521 A1**
BHIER0314 4246421.00 698153.00
***WINTER / SUMMER 2004***

HIEROGLYPHIC 521A1: This mine is large and complex. It had surveys in June, July, and September of 2003. The June internal survey did not document any bats, but did record summer use sign. A capture survey in July documented 8 Myotis, of two species using the mine, with both day and night roosting use. Another capture in

September documented another Myotis. This site should get a winter survey before final recommendations, and another summer look will also be conducted.

**HIEROGLYPHIC 521 A2**
BHIER0315 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1539A1**
BHIER0316 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1539A2**
BHIER0317 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1540**
BHIER0318 4246371.00 698935.00
***BAT GATE RECOMMENDED***

HIEROGLYPHIC 1540: This mine is somewhat deep, and internal surveys documented lots of sign of summer use by bats. No bats were day roosting in July, but the sign indicates it is used at some time of the summer season, or in some years. A capture survey in September documented use by townsend's big-eared bats. A winter survey could provide documentation of hibernation. A bat gate is recommended.

**HIEROGLYPHIC 1541**
BHIER0319 4246368.00 699020.00
***WINTER SURVEY 2004***

HIEROGLYPHIC 1541: This mine is a decline trench, with a large raise at the bottom. An internal survey in June, and an internal and capture survey in September 2003 did not document any bat use of the mine. The mine appears to be deeper than it currently is due to sediment filling in at the bottom. A winter survey will conducted in 2004, but it doesn't appear to have any significant summer us

**HIEROGLYPHIC 1542**
BHIER0320 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1543A1**
BHIER0321 4246882.00 699128.00
***BAT GATE RECOMMENDED***

HIEROGLYOHIC 1543A1: This shallow mine is used by the resident townsend's big-eared bat maternity colony. Survey work conducted in July and September 2003 documented high levels of activity, and sign of concentrated bat use of the mine. Only one bat was captured here during a fall survey. The site is likely used during a part of the maternity season. A bat gate is recommended.

**HIEROGLYPHIC 1543A2**
BHIER0322 4246882.00 699128.00
***BAT GATE RECOMMENDED***

HIEROGLYPHIC 1543 A2: This mine is somewhat large, and is connected to 1545 A1, around the hillside. This complex provides a good air movement and a variety of internal conditions and temperatures for roosting bats. A small shaft is exposed to the surface, and should be preserved. Lots of sign was documented to suggest bats use this

opening. An internal and external survey in July documented extensive use by townsend's big-eared bats, with lots of in and out activity. This mine complex is very important for bats, and may provide both summer and winter roosting habitat. High levels of bat use were documented in September, also. A bat gate is recommended.

**HIEROGLYPHIC 1543A3**
BHIER0323 4246882.00 699128.00
***BAT GATE RECOMMENDED***

HIEROGLYPHIC 1543A3: This mine is somewhat shallow, but is connected to 1543 P3, and provides a multi-level system for bats. An internal survey in July documented a cluster of townsend's big-eared bats roosting in the upper feature, P3. Internal air temperatures are high, and the mine complex appears to be important to the resident maternity colony. A bat gate is recommended.

**HIEROGLYPHIC 1543P1**
BHIER0324 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1453P2**
BHIER0325 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1543P3**
BHIER0326 4246882.00 699128.00
***BAT GATE RECOMMENDED***

HIEROGLYPHIC 1543 P3: This mine is somewhat shallow, but is connected to 1543 A3, and provides a multi-level system for bats. An internal survey in July documented a cluster of townsend's big-eared bats roosting in this upper feature, P3. Internal air temperatures are high, and the mine complex appears to be important to the resident maternity colony. A bat gate is recommended.

**HIEROGLYPHIC 1544**
BHIER0327 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1545A1**
BHIER0328 4245765.00 699144.00
***BAT GATE RECOMMENDED***

HIEROGLYPHIC 1545 A1: This mine is somewhat large, and is connected to 1543 A2, around the hillside. This complex provides a good air movement and a variety of internal conditions and temperatures for roosting bats. A small shaft is exposed to the surface, and should be preserved. Lots of sign was documented to suggest bats use this opening. An internal and external survey in July documented extensive use by townsend's big-eared bats, with lots of in and out activity. This mine complex is very important for bats, and may provide both summer and winter roosting habitat. High levels of bat use were documented in September, also. A bat gate is recommended.

**HIEROGLYPHIC 1545P1**
BHIER0329 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1545P2**
BHIER0330 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1546A1**
BHIER0331 4246588.00 699109.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1547**
BHIER0332 4246624.00 699119.00
***BAT GATE RECOMMENDED***

HIEROGLYPHIC 1547: This mine is deep, and internal surveys documented lots of sign of summer use by bats. No bats were day roosting in July, but the sign indicates it is used at some time of the summer season, or in some years. A capture survey in September documented use by townsend's big-eared bats, and fringed myotis. A winter survey could provide documentation of hibernation. A bat gate is recommended.

**HIEROGLYPHIC 1548P1**
BHIER0333 4246854.00 699049.00
***SUMMER SURVEY 2004***

HIEROGLYOHIC 1548 P1: This shallow mine is used by the resident townsend's big-eared bat maternity colony. Survey work conducted September 2003 documented use by townsend's big-eared bats. Sign in this mine indicates high levels of activity, and the site is likely used during a part of the maternity season. Another survey next summer will be conducted, but at this point, a bat gate is recommended if the portal will accept one.

**HIEROGLYPHIC 1548P2**
BHIER0334 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1549**
BHIER0335 4246450.00 699211.00
***SUMMER SURVEY 2004 - LP***

HIEROGLYPHIC 1549: This mine appears to be of medium depth. A capture survey in July 2003 did not document any bat use. It is uncertain if any good sign of bat use is present, as the feature has a low ceiling. A winter survey does not seem likely, but it will be evaluated, and if deemed safe, a survey will be conducted. Another summer survey in 2004 may be conducted, but it is considered a low priority.

**HIEROGLYPHIC 1550A1**
BHIER0336 4246567.00 699225.00
***WINTER/SUMMER 2004***

HIEROGLYPHIC 1550A1: This is a shallow mine, with some evidence of summer use by bats. Internal surveys were conducted in June, July, and September 2003. The only bat documentation was in the fall, a COTO was captured night roosting at the mine. Additional evaluations will be conducted in 2004 to ensure it is not an important roost site for the maternity roost. It appears to be a night roost at this point.

**HIEROGLYPHIC 1550P1**
BHIER0337 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1550P2**
BHIER0338 4246519.00 699214.00
***WINTER/SUMMER 2004***

HIEROGLYPHIC 1550 P2: This is a shallow mine, with some evidence of summer use by bats. Internal surveys were conducted in June and July 2003. No bats were documented. Additional evaluations will be conducted in 2004 to ensure it is not an important roost site for the maternity roost.

**HIEROGLYPHIC 1550P3**
BHIER0339 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1551A1**
BHIER0340 4246546.00 699174.00
***WINTER / SUMMER 2004***

HIEROGLYPHIC 1551 A1: This shallow mine is right next to the road, and the portal is unstable. It has multiple drifts, and lots of sign of summer use by bats. Internal surveys in June and July did not document any bats, but a video survey in September did record good bat activity, and several COTO were also observed at the mine during camera set up. Additional work should be conducted here to evaluate the importance of this site to the nearby maternity roost before final recommendations.

**HIEROGLYPHIC 1551A2**
BHIER0341 4246546.00 699174.00
***SUMMER SURVEY 2004***

HIEROGLYPHIC 1551 A2: This shallow mine is right next to the road, and has standing water. Internal surveys in June did not document any bats, but lots of bats were observed visiting the site during the summer work, and a video survey in September did record bat activity. The mine seems to provide a drinking site for bats, and may be very important to the nearby maternity colony. Additional work should be conducted here to evaluate the importance of this site to the nearby maternity roost before final recommendations.

**HIEROGLYPHIC 1552P1**
BHIER0342 4246042.00 700178.00
***SUMMER 04 - LP***

HIEROGLYOHIC 1552P1: This is a shallow mine, with a few good domes. Only a trace of summer sign was documented, but high levels of packrat sign may help obscure the sign of roosting bats. Another summer check in 2004 will be conducted, to ensure it is not of importance to the maternity colony.

**HIEROGLYPHIC 1553A1**
BHIER0343 4247664.00 697322.00
***WINTER SURVEY 2004***

HIEROGLYPHIC 1553A1: This mine is deep, with good domes and some sign of summer use by bats. An internal survey in June did not document any bats, but a capture survey in late August did document COTO. A winter survey, and another summer evaluation will be conducted at this site in 2004.

**HIEROGLYPHIC 1553P1**
BHIER0344 4247664.00 697322.00
***WINTER SURVEY 2004***

HIEROGLYPHIC 1553 P1: This is a small tunnel connected to 1553 A1. 1553 A1 is deep, with good domes and some sign of summer use by bats. An internal survey in June did not document any bats, but a capture survey in late August did document COTO. A winter survey, and another summer evaluation will be conducted at this complex site in 2004, and the importance of this tunnel to the system will be determined, if necessary.

**HIEROGLYPHIC 1553P2**
BHIER0345 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1553P3**
BHIER0346 4247650.00 697322.00
***EVALUATION COMPLETE***

HIEROGLYPHIC 1553 P3: This mine is shallow, and unstable. An internal survey in June did not document any bats, and only trace sign of summer use. Because the site is unstable, and no sign of significant summer use is present, no further work will be conducted at this mine.

**HIEROGLYPHIC 1554A1**
BHIER0348 4247509.00 696786.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1554A2**
BHIER0349 4247509.00 696786.00
***SUMMER VIDEO 2004 -LP***

HIEROGLYPHIC 1554A2: This mine is shallow and unstable. Internal surveys in 2003 did not document any significant sign of summer use by bats. However, sign may be obscured by seasonal flooding, and a video survey may be conducted here in 2004. It is considered a low priority.

**HIEROGLYPHIC 1555**
BHIER0350 4247477.00 697051.00
***WINTER / SUMMER 2004***

HIEROGLYPHIC 1555: This is a large and complex mine, with some sign of summer use by bats. Conditions obscure the ability to find bat sign, however. An internal survey in June did not document any bats. A capture survey in late August produced only 1 MYCI. A winter survey, and another summer survey in 2004 will be conducted.

**HIEROGLYPHIC 1556**
BHIER0351 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1557P1**
BHIER0352 4248139.00 697953.00
***SUMMER SURVEY 2004***

HIEROGLYPHIC 1557P1: This is a shallow mine. During an internal survey in June, no bats were seen, but several clusters of guano were documented. Surveys in August did not document bats, and the guano clusters had been washed away. Another summer check is needed, to ensure the mine is not used by the maternity colony.

**HIEROGLYPHIC 1557P2**
BHIER0353 4248139.00 697953.00
***SUMMER SURVEY 2004***

HIEROGLYPHIC 1557P2: This is a shallow mine. During an internal survey in June, no bats were seen, but a cluster of guano was documented. Surveys in August did document 2 bats, MYCA, and the guano clusters had been washed away. Another summer check is needed, to ensure the mine is not used by the maternity colony.

**HIEROGLYPHIC 1558**
BHIER0354 4248183.00 697958.00
***WINTER 2004 - LP***

HIEROGLYPHIC 1558: This is a shallow mine. During internal surveys in June and August, no bats were seen, and a capture survey in August was also negative. Sign is obscured by internal conditions. Another summer check is needed, to ensure the mine is not used by the maternity colony.

**HIEROGLYPHIC 1559**
BHIER0355 0.00 0.00
***LOW HABITAT POTENTIAL***

**HIEROGLYPHIC 1546**
BHIER0356 4246714.00 698968.00
***WINTER SURVEY 2004***

HIEROGLYPHIC 1546: This is a decline of medium depth. It has a narrow spot, but could provide winter habitat for bats. A winter survey will be conducted in 2004. No bats were seen during an internal survey in June, and mine configuration does not support significant summer use by bats.

**HIEROGLYPHIC 520 A3**
BHIER0357 4246165.00 698043.00
***WINTER/SUMMER 2004***

HIEROGLYPHIC 520 A3: This is a new mine feature, not included with the BLM inventory for this project. It was added, and surveyed in September 2003. No bats were seen. It is a shallow feature, but a winter check will be conducted in 2004. Some evidence of night roosting by bats present.

**HIEROGLYPHIC 521 A3**
BHIER0358 4246806.00 698317.00
***WINTER/SUMMER 2004***

HIEROGLYPHIC 521A3: This is a new mine feature, not included with the BLM inventory for this project. It was added, and surveyed in twice in September 2003. Several Coto were seen and/or captured during these surveys. It is a fall transition roost for this species, and some sign of summer use by bats is also present. A winter survey will be conducted in 2004, and another summer to ensure it is not important to the maternity colony.

DUTCH FLAT 121
DUTCH FLAT123
DUTCH FLAT 122

DUTCH FLAT PROJECT 2003

DUTCH FLAT PROJECT

73

BLM_0059066

74

DUTCH FLAT 126
Mountain
165
306
24
36

DUTCH FLAT PROJECT 2003

BLM 0059067



# DUTCH FLATS PROJECT: 2003

## MINE SITE SUMMARY - CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| DUTCH FLAT 100 | BDUTC0300 | NO HABITAT POTENTIAL |
| DUTCH FLAT 101 | XDUTC0301 | NO HABITAT POTENTIAL |
| DUTCH FLAT 102 | XDUTC0302 | NO HABITAT POTENTIAL |
| DUTCH FLAT 103 | XDUTC0303 | LOW POTENTIAL HABITAT |
| DUTCH FLAT 103A | XDUTC0327 | NO HABITAT POTENTIAL |
| DUTCH FLAT 104 | XDUTC0304 | NO HABITAT POTENTIAL |
| DUTCH FLAT 105 | XDUTC0305 | NO HABITAT POTENTIAL |
| DUTCH FLAT 106 | XDUTC0306 | NO HABITAT POTENTIAL |
| DUTCH FLAT 107 | XDUTC0307 | NO HABITAT POTENTIAL |
| DUTCH FLAT 108 | XDUTC0308 | NO HABITAT POTENTIAL |
| DUTCH FLAT 109 | BDUTC0309 | NO HABITAT POTENTIAL |
| DUTCH FLAT 110 | XDUTC0310 | NO HABITAT POTENTIAL |
| DUTCH FLAT 111 | BDUTC0311 | NO HABITAT POTENTIAL |
| DUTCH FLAT 112 | XDUTC0312 | NO HABITAT POTENTIAL |
| DUTCH FLAT 113 | XDUTC0313 | LOW POTENTIAL HABITAT |
| DUTCH FLAT 114 | XDUTC0314 | LOW POTENTIAL HABITAT |
| DUTCH FLAT 115 | XDUTC0315 | NO HABITAT POTENTIAL |
| DUTCH FLAT 116 | XDUTC0316 | NO HABITAT POTENTIAL |
| DUTCH FLAT 117 | DDUTC0317 | NO HABITAT POTENTIAL |
| DUTCH FLAT 118 | XDUTC0318 | NO HABITAT POTENTIAL |
| DUTCH FLAT 119 | BDUTC0319 | NO HABITAT POTENTIAL |
| DUTCH FLAT 120 | DDUTC0320 | NO HABITAT POTENTIAL |
| DUTCH FLAT 121 | XDUTC0321 | WINTER/SUM 2004 |
| DUTCH FLAT 122 | XDUTC0322 | WINTER / SUM 2004 |
| DUTCH FLAT 124 | DDUTC0324 | NO HABITAT POTENTIAL |
| DUTCH FLAT 125 | BDUTC0325 | EVALUATIONS COMPLETE |
| DUTCH FLAT 125A | BDUTC0328 | NO HABITAT POTENTIAL |
| DUTCH FLAT 126 | FDUTC0326 | WINTER SURVEY 2004 |
| DUTCH FLAT123 | XDUTC0323 | WINTER SURVEY 2004 |

## 2003 FIELD SEASON
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| DUTCH FLAT 122 | 7/26/2003 | MYOTIS CILIOLABRUM | M |
| | 7/26/2003 | MYOTIS VOLANS | M |
| | 7/26/2003 | EPTESICUS FUSCUS | M |
| | Total at this mine = | 3 | |
| DUTCH FLAT 126 | 7/25/2003 | MYOTIS THYSANODES | M |
| | 7/25/2003 | MYOTIS SPP | M |
| | Total at this mine = | 2 | |

TOTAL BATS ………………………………………………………. 5

## DUTCH FLAT SITE RECOMMENDATIONS

**DUTCH FLAT 100**
BDUTC0300 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 101**
XDUTC0301 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 102**
XDUTC0302 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 103**
XDUTC0303 4218684.00 469323.00
***LOW POTENTIAL HABITAT***

This feature is a narrow, vertical shaft, with no known drifts. The potential for significant bat habitat is considered to be small. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 103A**
XDUTC0327 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 104**
XDUTC0304 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 105**
XDUTC0305 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 106**
XDUTC0306 0.00 0.00

***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 107**
XDUTC0307 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 108**
XDUTC0308 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 109**
BDUTC0309 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 110**
XDUTC0310 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 111**
BDUTC0311 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 112**
XDUTC0312 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow adit. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 113**
XDUTC0313 4219982.00 471584.00
***LOW POTENTIAL HABITAT***

This feature is a narrow, vertical shaft, with no known drifts. The potential for significant bat habitat is considered to be small. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 114**
XDUTC0314 4219981.00 471585.00
***LOW POTENTIAL HABITAT***

This feature is a narrow, vertical shaft, with no known drifts. The potential for significant bat habitat is considered to be small. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 115**
XDUTC0315 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 116**
XDUTC0316 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 117**
DDUTC0317 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 118**
XDUTC0318 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a vertical shaft, completely closed with a metal sheet. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 119**
BDUTC0319 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow, flooded adit. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 120**
DDUTC0320 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 121**
XDUTC0321 4217722.00 471890.00
***WINTER/SUM 2004***

DUTCH FLAT 121: This mine was video surveyed in July 2003, but conditions were not ideal for a video survey set-up. An un-official survey was conducted at this site by a CSU masters student, who is studying bats. They are related to landowners in the area. Bat use was reported by them on that survey. The video survey was inconclusive. A detector survey in August documented good bat activity at the mine. Additional survey work is planned for this site in winter and summer 2004.

**DUTCH FLAT 122**
DDUTC0322 4217666.00 471854.00
***WINTER / SUM 2004***

DUTCH FLAT 122: This mine had a detector and capture survey in July 2003, and documented some bat use of the site by three species. An earlier detector survey documented good bat activity at the mine. Additional survey work is planned for this site in winter and summer 2004.

**DUTCH FLAT 124**
DDUTC0324 0.00 0.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts, and/or plugged or water filled. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 125**
BDUTC0325 4211205.00 466685.00
***EVALUATIONS COMPLETE***

This feature is a narrow, vertical shaft, with no known drifts. The potential for significant bat habitat is considered to be small. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 125A**
BDUTC0328 4211205.00 466681.00
***NO HABITAT POTENTIAL***

This feature is a shallow vertical shaft, with no drifts. The potential for significant bat habitat is considered to be none. The mine can be closed by any method without any bat considerations at this point.

**DUTCH FLAT 126**
FDUTC0326 4219795.00 489402.00
***WINTER SURVEY 2004***

DUTCH FLAT 126: This mine had a two detector surveys, an internal survey, and a capture survey in July 2003, and documented some bat use of the site by two species, including fringed myotis. An earlier detector survey documented good bat activity at the mine. Additional survey work is planned for this site in winter and summer 2004.

**DUTCH FLAT123**
XDUTC0323 4217692.00 471908.00
***WINTER SURVEY 2004***

DUTCH FLAT 123: This mine had a detector survey in July 2003, and documented some bat use of the site. It is unclear if the activity was associated with the mine, or foraging bats overhead. The small portal of this feature makes additional work a low priority. However, additional survey work will be conducted at this site in winter and summer 2004 while working on nearby sites.



SIGNAL HILL PROJECT

CRIPPLE CREEK
14
13
23
24
SIGNAL HILL 2
SIGNAL HILL 700E
SIGNAL HILL 708
Signal Hill
Water Tanks
Gulch
Guyot Hill
BM 9891
9700
9500
67

## SIGNAL HILL PROJECT 2003

80

BLM_0059073

# SIGNAL HILL PROJECT: 2003

## MINE SITE SUMMARY - CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| SIGNAL HILL 687 | BSIGN0201 | DONE |
| SIGNAL HILL 687 | BSIGN0201 | DONE |
| SIGNAL HILL 688 | BSIGN0202 | DONE |
| SIGNAL HILL 688 | BSIGN0202 | DONE |
| SIGNAL HILL 689 | BSIGN0203 | DONE |
| SIGNAL HILL 689 | BSIGN0203 | DONE |
| SIGNAL HILL 690 | BSIGN0204 | DONE |
| SIGNAL HILL 690 | BSIGN0204 | DONE |
| SIGNAL HILL 691A | BSIGN0205 | DONE |
| SIGNAL HILL 691A | BSIGN0205 | DONE |
| SIGNAL HILL 691B | BSIGN0206 | DONE |
| SIGNAL HILL 691B | BSIGN0206 | DONE |
| SIGNAL HILL 692 | BSIGN0207 | DONE |
| SIGNAL HILL 692 | BSIGN0207 | DONE |
| SIGNAL HILL 693 | BSIGN0208 | DONE |
| SIGNAL HILL 693 | BSIGN0208 | DONE |
| SIGNAL HILL 694A | BSIGN0209 | DONE |
| SIGNAL HILL 694A | BSIGN0209 | DONE |
| SIGNAL HILL 694B | BSIGN0210 | NOT SIGNIFICANT HABITAT |
| SIGNAL HILL 694C | BSIGN0211 | DONE |
| SIGNAL HILL 694C | BSIGN0211 | DONE |
| SIGNAL HILL 695A | BSIGN0212 | DONE |
| SIGNAL HILL 695A | BSIGN0212 | DONE |
| SIGNAL HILL 695B | BSIGN0213 | DONE |
| SIGNAL HILL 695B | BSIGN0213 | DONE |
| SIGNAL HILL 696 | BSIGN0214 | DONE |
| SIGNAL HILL 696 | BSIGN0214 | DONE |
| SIGNAL HILL 697A | BSIGN0215 | DONE |
| SIGNAL HILL 697A | BSIGN0215 | DONE |
| SIGNAL HILL 697B | BSIGN0216 | DONE |
| SIGNAL HILL 697B | BSIGN0216 | DONE |
| SIGNAL HILL 697C | BSIGN0217 | DONE |
| SIGNAL HILL 697C | BSIGN0217 | DONE |
| SIGNAL HILL 697D | BSIGN0218 | DONE |
| SIGNAL HILL 697D | BSIGN0218 | DONE |
| SIGNAL HILL 698 | BSIGN0219 | DONE |
| SIGNAL HILL 698 | BSIGN0219 | DONE |
| SIGANL HILL 699A | BSIGN0220 | NOT SIGNIFICANT HABITAT |
| SIGNAL HILL 699B | BSIGN0221 | DONE |
| SIGNAL HILL 699B | BSIGN0221 | DONE |
| SIGNAL HILL 699C | BSIGN0222 | DONE |
| SIGNAL HILL 699C | BSIGN0222 | DONE |
| SIGNAL HILL 699D | BSIGN0223 | DONE |
| SIGNAL HILL 699D | BSIGN0223 | DONE |
| SIGNAL HILL 700A | BSIGN0224 | DONE |
| SIGNAL HILL 700A | BSIGN0224 | DONE |

# SIGNAL HILL PROJECT: 2003

## MINE SITE SUMMARY - CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| SIGNAL HILL 700C | BSIGN0226 | DONE |
| SIGNAL HILL 700C | BSIGN0226 | DONE |
| SIGNAL HILL 700D | BSIGN0227 | NOT SIGNIFICANT HABITAT |
| SIGNAL HILL 700E | BSIGN0228 | BAT GATE RECOMMENDED |
| SIGNAL HILL 700F | BSIGN0229 | DONE |
| SIGNAL HILL 700F | BSIGN0229 | DONE |
| SIGNAL HILL 708 | BSIGN0230 | BAT GATE RECOMMENDED |
| SIGNAL HILL 1 | XSIGN0231 | NOT SIGNIFICANT HABITAT |
| SIGNAL HILL 2 | XSIGN0232 | BAT GATE RECOMMENDED |

# SIGNAL HILL PROJECT

## 2002-03 FIELD SEASON
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| SIGNAL HILL 2 | 9/29/2002 | CORYNORHINUS TOWNSENDII | M |
| | 9/29/2002 | MYOTIS VOLANS | M |
| | Total at this mine = | 2 | |
| SIGNAL HILL 700E | 9/28/2002 | CORYNORHINUS TOWNSENDII | F |
| | 9/28/2002 | CORYNORHINUS TOWNSENDII | U |
| | 8/21/2002 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 3 | |
| SIGNAL HILL 708 | 9/27/2002 | CORYNORHINUS TOWNSENDII | M |
| | 9/27/2002 | CORYNORHINUS TOWNSENDII | M |
| | Total at this mine = | 2 | |

TOTAL BATS ………………………………………………………………. 7

## SIGNAL HILL

**SIGNAL HILL 699A**
BSIGN0220 4286528.00 484472.00
***NOT SIGNIFICANT HABITAT***

SIGNAL HILL 699A: This mine is a shaft about 60 ft deep. It has a drift at the bottom, that continues into another vertical drop after a short distance. It appears to be water filled at this point. Additional detector surveys were conducted in May and June 2003. Bat activity was documented in the area, but no real association with the mine was documented. This site was closed.

**SIGNAL HILL 699C**
BSIGN0222 0.00 0.00
***DONE***

**SIGNAL HILL 699C**
BSIGN0222 0.00 0.00
***DONE***

**SIGNAL HILL 1**
XSIGN0231 4286370.00 484490.00
***NOT SIGNIFICANT HABITAT***

SIGNAL HILL 1: This mine is a shaft of unknown depth. It has a large opening, with aspen trees growing along the rim. No additional survey work conducted in 2003. The site was closed.

**SIGNAL HILL 2**
XSIGN0232 4287519.00 484464.00
***BAT GATE RECOMMENDED***

SIGNAL HILL 2: Some evidence of bat summer use, and fall use by C. townsendii documented in 2002. This may be part of a maternity roost satellite. A bat gate was recommended at this mine

**SIGNAL HILL 687**
BSIGN0201 0.00 0.00
***DONE***

**SIGNAL HILL 687**
BSIGN0201 0.00 0.00
***DONE***

**SIGNAL HILL 688**
BSIGN0202 0.00 0.00
***DONE***

**SIGNAL HILL 688**
BSIGN0202 0.00 0.00
***DONE***

**SIGNAL HILL 689**
BSIGN0203 0.00 0.00
***DONE***

**SIGNAL HILL 689**
BSIGN0203 0.00 0.00
***DONE***

**SIGNAL HILL 690**
BSIGN0204 0.00 0.00
***DONE***

**SIGNAL HILL 690**
BSIGN0204 0.00 0.00
***DONE***

**SIGNAL HILL 691A**
BSIGN0205 0.00 0.00
***DONE***

**SIGNAL HILL 691A**
BSIGN0205 0.00 0.00
***DONE***

**SIGNAL HILL 691B**
BSIGN0206 0.00 0.00
***DONE***

**SIGNAL HILL 691B**
BSIGN0206 0.00 0.00
***DONE***

**SIGNAL HILL 692**
BSIGN0207 0.00 0.00
***DONE***

**SIGNAL HILL 692**
BSIGN0207 0.00 0.00
***DONE***

**SIGNAL HILL 693**
BSIGN0208 0.00 0.00
***DONE***

**SIGNAL HILL 693**
BSIGN0208 0.00 0.00
***DONE***

**SIGNAL HILL 694A**
BSIGN0209 0.00 0.00
***DONE***

**SIGNAL HILL 694A**
BSIGN0209 0.00 0.00
***DONE***

**SIGNAL HILL 694B**
BSIGN0210 4287001.00 484549.00

***NOT SIGNIFICANT HABITAT***

SIGNAL HILL 694B: This mine is shallow and unstable. It is not believed to have high potential for significant bat use, and is not recommended for further bat surveys.

**SIGNAL HILL 694C**
BSIGN0211 0.00 0.00
***DONE***

**SIGNAL HILL 694C**
BSIGN0211 0.00 0.00
***DONE***

**SIGNAL HILL 695A**
BSIGN0212 0.00 0.00
***DONE***

**SIGNAL HILL 695A**
BSIGN0212 0.00 0.00
***DONE***

**SIGNAL HILL 695B**
BSIGN0213 0.00 0.00
***DONE***

**SIGNAL HILL 695B**
BSIGN0213 0.00 0.00
***DONE***

**SIGNAL HILL 696**
BSIGN0214 0.00 0.00
***DONE***

**SIGNAL HILL 696**
BSIGN0214 0.00 0.00
***DONE***

**SIGNAL HILL 697A**
BSIGN0215 0.00 0.00
***DONE***

**SIGNAL HILL 697A**
BSIGN0215 0.00 0.00
***DONE***

**SIGNAL HILL 697B**
BSIGN0216 0.00 0.00
***DONE***
**SIGNAL HILL 697B**
BSIGN0216 0.00 0.00
***DONE***

**SIGNAL HILL 697C**
BSIGN0217 0.00 0.00

***DONE***

**SIGNAL HILL 697C**
BSIGN0217 0.00 0.00
***DONE***

**SIGNAL HILL 697D**
BSIGN0218 0.00 0.00
***DONE***

**SIGNAL HILL 697D**
BSIGN0218 0.00 0.00
***DONE***

**SIGNAL HILL 698**
BSIGN0219 0.00 0.00
***DONE***

**SIGNAL HILL 698**
BSIGN0219 0.00 0.00
***DONE***

**SIGNAL HILL 699B**
BSIGN0221 0.00 0.00
***DONE***

**SIGNAL HILL 699B**
BSIGN0221 0.00 0.00
***DONE***

**SIGNAL HILL 699D**
BSIGN0223 0.00 0.00
***DONE***

**SIGNAL HILL 699D**
BSIGN0223 0.00 0.00
***DONE***

**SIGNAL HILL 700A**
BSIGN0224 0.00 0.00
***DONE***

**SIGNAL HILL 700A**
BSIGN0224 0.00 0.00
***DONE***

**SIGNAL HILL 700B**
BSIGN0225 0.00 0.00
***DONE***

**SIGNAL HILL 700B**
BSIGN0225 0.00 0.00
***DONE***

**SIGNAL HILL 700C**
BSIGN0226 0.00 0.00
***DONE***

**SIGNAL HILL 700C**
BSIGN0226 0.00 0.00
***DONE***

**SIGNAL HILL 700D**
BSIGN0227 4286500.00 484513.00
***NOT SIGNIFICANT HABITAT***

SIGNAL HILL 700D: This mine is a shallow adit with some evidence of summer use by bats. A capture survey was conducted in late fall 2002, and did not produce any documentation of bats. Additional detector surveys were conducted in June 2003. Bat activity was documented in the area, but no real association with the mine was documented. This site was closed.

**SIGNAL HILL 700E**
BSIGN0228 4286474.00 484466.00
***BAT GATE RECOMMENDED***

SIGNAL HILL 700E: Sign present to suggest a maternity roost at this mine. Shallow, but many clusters and C. townsendii captured in fall 2002. A bat gate was recommended at this mine.

**SIGNAL HILL 700F**
BSIGN0229 0.00 0.00
***DONE***

**SIGNAL HILL 700F**
BSIGN0229 0.00 0.00
***DONE***

**SIGNAL HILL 708**
BSIGN0230 4286336.00 484622.00
***BAT GATE RECOMMENDED***

SIGNAL HILL 708: This mine is a shallow adit with some evidence of summer use by bats. It is a mine that was closed by DMG in the past, but is now passable to people. A capture survey was conducted in late fall 2002, and 2 C. townsendii were documented. A ladder type bat gate was recommended.



POWDERHORN 10
POWDERHORN 11
POWDERHORN 19
POWDERHORN 12
POWDERHORN PROJECT

88

POWDERHORN PROJECT 2003

BLM_0059081



Lake City
POWDERHORN 34
Horsey Park
POWDERHORN 39

68

**POWDERHORN PROJECT 2003**

BLM_0059082

# POWDERHORN PROJECT: 2003

## MINE SITE SUMMARY - CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| POWDERHORN 10 | BPOWD0310 | GATE RECOMMENDED |
| POWDERHORN 19 | BPOWD0319 | GATE RECOMMENDED |
| POWDERHORN 34 | BPOWD0334 | GATE RECOMMENDED |
| POWDERHORN 39 | BPOWD0339 | GATE RECOMMENDED |
| POWDERHORN 11 | DPOWD0311 | GATE RECOMMENDED |
| POWDERHORN 12 | DPOWD0312 | GATE RECOMMENDED |
| POWDERHORN 13A | DPOWD0313 | CLOSE |
| POWDERHORN 28 | DPOWD0328 | CLOSE |
| POWDERHORN 13B | DPOWD0340 | CLOSE |

## 2003 FIELD SEASON
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| POWDERHORN 10 | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | Total at this mine = | 4 | |
| POWDERHORN 12 | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | U |
| | 8/20/2003 | MYOTIS EVOTIS | M |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS EVOTIS | F |
| | 8/20/2003 | MYOTIS VOLANS | M |
| | 8/20/2003 | MYOTIS VOLANS | M |
| | Total at this mine = | 13 | |
| POWDERHORN 19 | 8/21/2003 | MYOTIS EVOTIS | F |
| | Total at this mine = | 1 | |
| POWDERHORN 39 | 8/19/2003 | MYOTIS EVOTIS | F |
| | Total at this mine = | 1 | |

**TOTAL BATS ……………………………………………………..19**

## POWDERHORN SITE RECOMMENDATIONS

**POWDERHORN 28**
DPOWD0328 4247100.00 309632.00
***CLOSE***

POWDERHORN 28: Surveys conducted on August 21 documented some bat activity around the site, but not much directed towards the mine. The nearby cabin did have bats night roosting inside. None were captured. The smaller, constricted portal is likely hindering bat use for drinking, and perhaps for any swarming activity. No gate is recommended at this mine.

**POWDERHORN 13A**
DPOWD0313 4243493.00 317000.00
***CLOSE***

POWDERHORN 13A: This mine is a trench feature with two adits. This adit has a metal gate closure on it now, but would be passable for bats. A detector survey was conducted by volunteers on July 18, and while some bats were documented in the area, no use of the mine was confirmed. Another visit to the mine was conducted in August, but no additional surveys took place. This mine can be closed.

**POWDERHORN 13B**
DPOWD0340 4243493.00 317000.00
***CLOSE***

POWDERHORN 13B: This mine is a trench feature with two adits. This adit has a small remaining portal. A detector survey was conducted by volunteers on July 18, and while some bats were documented in the area, no use of the mine was confirmed. Another visit to the mine was conducted in August, but no additional surveys took place. This mine can be closed.

**POWDERHORN 19**
BPOWD0319 4242904.00 316259.00
***GATE RECOMMENDED***

POWDERHORN 19: This mine had a volunteer detector survey in July, and 24 passes and some use was documented. A capture survey in August caught only 1 bat, but high levels of bat activity around the mine was recorded. The portal is reduced to a small 24" high feature currently, but the mine opens up inside and water is present. If the closure method is other than backfilling the existing hole, a bat gate can be considered at the mine. Based on the level of bat activity, the mine would be used if gated. However, nearby mines have also been recommended for gates.

**POWDERHORN 12**
DPOWD0312 4243515.00 317048.00
***GATE RECOMMENDED***

POWDERHORN 12: A detector survey, and capture survey were conducted in July and August. An internal survey indicates no day roosting bats at the mine, but high levels of bat use were documented during the night survey. A total of 15 bats, 3 species, were documented in the August survey. This mine is used as a swarming roost for bats, and was recommended for a ladder bat gate to provide continued use of the mine by bats.

**POWDERHORN 10**
BPOWD0310 4243624.00 316931.00
***GATE RECOMMENDED***

POWDERHORN 10: A detector survey, and capture survey were conducted in July and August. No bat activity was noted in July. An internal survey indicates no day roosting bats at the mine, but some bat use was documented during the night survey. A total of 4 bats, all Myotis evotis, were documented in the August survey. This mine appears to be used as a swarming roost for bats, but levels of use appear lower than the other sites surveyed. A bat gate may be needed here if the other, more productive mines cannot be gated.

**POWDERHORN 11**
DPOWD0311 4243546.00 317046.00
***GATE RECOMMENDED***

POWDERHORN 11: A detector survey, and capture survey were conducted in July and August. An internal survey indicates no day roosting bats at the mine, but high levels of bat use were documented during the night survey. Water is present inside the mine, and bats appear to be using it for drinking. A total of 19 bats, all Myotis evotis, were documented in the August survey. This mine is used as a swarming roost for bats, and was recommended for a ladder bat gate to provide continued use of the mine by bats.

**POWDERHORN 34**
BPOWD0334 4210317.00 296631.00
***GATE RECOMMENDED***

POWDERHORN 34: A detector survey, and capture survey were conducted in July and August. Good bat activity was noted in July, and an internal survey indicates no day roosting bats at the mine, but some bat use was documented during the night survey. Lots of bats in the area. This mine is highly visited by people. A total of 2 bats were documented in the August survey. This mine appears to be used as a swarming roost for bats, but levels of use appear lower than the other sites surveyed. A bat gate may be needed here if the other, more productive mines cannot be gated. If problems are anticipated by high visitation, the mine can be closed.

**POWDERHORN 39**
BPOWD0339 4208246.00 297828.00
***GATE RECOMMENDED***

POWDERHORN 39: A capture survey was conducted in August, and an internal survey indicates no day roosting bats at the mine. However, high levels of bat use were documented during the night survey. A total of 10 bats, 2 species but mostly Myotis volans, were documented. This mine is used as a swarming roost for bats, and was recommended for a ladder bat gate to provide continued use of the mine by bats.

## BLM SITES - SPECIES AND ROOST TYPES - 2003 FIELD SEASON

| SITE | COTO | | MYVO | | MYCI | | MYEV | | MYTH | | MYCA | | EPFU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GEORGETTO MINE | 1 | TND | 0 | | 0 | | 0 | | 0 | | 1 | NT | 0 |
| GYP 473 I 1 | 1 | N | 0 | | 0 | | 0 | | 0 | | 1 | N | 0 |
| GYPSUM 450 A1 | 1 | TN | 0 | | 0 | | 0 | | 0 | | 2 | NU | 0 |
| GYPSUM 451 A1 | 0 | | 0 | | 0 | | 0 | | 0 | | 1 | U | 0 |
| GYPSUM 461 | 0 | | 0 | | 1 | N | 0 | | 0 | | 0 | | 0 |
| GYPSUM 469 A1 | 0 | | 0 | | 0 | | 0 | | 2 | NT | 0 | | 0 |
| GYPSUM 493 I2 | 2 | TN | 0 | | 0 | | 0 | | 1 | NT | 0 | | 0 |
| HIEROGLYPHIC 1540 | 0 | | 1 | D | 0 | | 0 | | 0 | | 1 | N | 0 |
| HIEROGLYPHIC 1540 | 3 | ST | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1543 A1 | 0 | | 0 | | 0 | | 0 | | 0 | | 1 | D | 0 |
| HIEROGLYPHIC 1543 A2 | 5 | U | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1543 A2 | 4 | DT | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1543 A3 | 2 | U | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1543 P3 | 50 | M | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1545 A1 | 6 | M | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1547 | 3 | ST | 0 | | 0 | | 0 | | 1 | NT | 1 | NT | 0 |

| SITE | COTO | | MYVO | | MYCI | | MYEV | | MYTH | | MYCA | | EPFU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HIEROGLYPHIC 1548 P1 | 2 | STN | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1550 A1 | 1 | NT | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1551 A1 | 1 | D | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1553 A1 | 1 | D | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1553 A1 | 1 | NT | 0 | | 0 | | 0 | | 0 | | 1 | DN | 0 |
| HIEROGLYPHIC 1555 | 0 | | 0 | | 1 | N | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 1557 P2 | 0 | | 0 | | 0 | | 0 | | 0 | | 1 | N | 0 |
| HIEROGLYPHIC 1557 P2 | 0 | | 0 | | 0 | | 0 | | 0 | | 1 | N | 0 |
| HIEROGLYPHIC 520 A1 | 0 | | 0 | | 1 | N | 0 | | 0 | | 3 | DT | 0 |
| HIEROGLYPHIC 521 A1 | 0 | | 0 | | 1 | U | 0 | | 0 | | 7 | MN | 0 |
| HIEROGLYPHIC 521 A1 | 0 | | 1 | DT | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 521 A3 | 1 | D | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| HIEROGLYPHIC 521 A3 | 1 | DT | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |
| PICKET CORREL 681 | 1 | N | 1 | N | 6 | N | 1 | N | 0 | | 4 | N | 0 |
| POWDERHORN | 0 | | 0 | | 0 | | 1 | N | 0 | | 0 | | 0 |
| POWDERHORN 10 | 0 | | 0 | | 0 | | 4 | NS | 0 | | 0 | | 0 |
| POWDERHORN 34 | 0 | | 1 | NS | 0 | | 1 | NS | 0 | | 0 | | 0 |

| SITE | COTO | MYVO | MYCI | MYEV | MYTH | MYCA | EPFU |
|---|---|---|---|---|---|---|---|
| POWDERHORN 39 | 0 | 9 NS | 0 | 1 NS | 0 | 0 | 0 |
| TRAMP 501 A1 | 0 | 0 | 0 | 3 NDS | 0 | 0 | 0 |
| TRAMP 525 | 0 | 0 | 0 | 0 | 0 | 0 | 1 D |
| **GRAND TOTALS ------** | **87** | **13** | **10** | **11** | **4** | **25** | **1** |

Total surveys with bat captures: ------------------36

Species codes as documented in text. Roost type codes: D= day, N= night, H= hibernacula, M= maternity, T= transition, S= swarming, W= drinking, U= unknown

## Acknowledgments

We wish to thank the many volunteers who helped conduct bat surveys and other project related activities. Without their assistance, this project would not have accomplished our goals. Their dedication to the conservation of bats in Colorado is remarkable, and greatly appreciated! Thanks also to our partners, the Bureau of Land Management and the National Fish and Wildlife Foundation, for their efforts in bat conservation and project support. We also wish to recognize our agency project contacts, especially Rob Robinson of the BLM State office, Bruce Fowler of the Grand Junction District Office, Loren Wickstrom, Kristen Philbrook, and Kathy Nickell of the San Juan Resource Area, Lynn Lewis of the Montrose District Office, and Dan Grenard of the Canon City Resource Area. Also special thanks to our state partners, Paul Krabacher, John Nelson, Julie Annear, Gary Curtiss, Jeff Graves, Jim Herron, Steve Renner, Al Amundson, and Jim Mcartle with the Colorado Division of Minerals and Geology. The partnership has been a very productive and efficient approach to a large and formidable challenge. This project was funded by Great Outdoors Colorado, the National Fish and Wildlife Foundation(# 02-0161), the Colorado Division of Wildlife, and the Bureau of Land Management.

| | Codes | COMMON NAMES |
|---|---|---|
| ***Antrozous pallidus*** | ANPA | PALLID BAT |
| ***Corynorhinus townsendii***#$ | COTO | TOWNSEND'S BIG-EARED BAT |
| ***Pipistrellus hesperus*** | PIHE | WESTERN PIPISTRELLE |
| ***Eptesicus fuscus*** | EPFU | BIG BROWN BAT |
| ***Myotis thysanodes*** *#$ | MYTH | FRINGED MYOTIS |
| ***Myotis volans*** *$ | MYVO | LONG-LEGGED MYOTIS |
| ***Myotis ciliolabrum*** *$ | MYCI | WESTERN SMALL FOOTED MYOTIS |
| ***Myotis californicus*** | MYCA | CALIFORNIA MYOTIS |
| ***Myotis evotis*** *$ | MYEV | LONG-EARED MYOTIS |
| ***Myotis lucifugus*** | MYLU | LITTLE BROWN BAT |
| ***Myotis yumanensis*** *#$ | MYYU | YUMA MYOTIS |

* BLM Special Status Species in Colorado, 1994 List
\# Colorado Natural Heritage Program: Rare and Imperiled Vertebrates of Colorado
$ Former USFWS Federal Candidate F2 species

Literature Cited

Humphrey, Stephen R. 1975. Nursery roosts and community diversity of Nearctic bats. J. of Mamm., vol. 56, (2), pg 321-346.

Navo, K. W. 2001. The survey and evaluation of abandoned mines for bat roosts in the West: guidelines for natural resource managers. Proceedings of the Denver Museum of Nature and Science, Series 4, Number 2.

Riddle, B.R. (Ed.). 1995. Inactive mines as bat habitat: guidelines for research, survey, monitoring and mine management in Nevada. Biological Resources Research center, University of Nevada, Reno.

Tuttle, Merlin D. 1977. Gating as a means of protecting cave dwelling bats. National Cave Management Symposium, Proceedings-1976, Mountain View, AR. Pages 77-82.

Tuttle, M.D., and D.A.R. Taylor. 1994. Bats and mines. Bat Conservation International, Austin, TX, 42.pp.

# APPENDIX A

Photos of mines with bat gate recommendations and sites with post gate surveys.

# APPENDIX B

98

BLM_0059091









# Bats/Inactive Mines Project
# 2005 Mine Evaluations
# Report

By
**Kirk W. Navo, Lea' R. Bonewell, Nancy LaMantia-Olson, and Sophia R. Oglesby**



# TABLE OF CONTENTS

**Executive Summary** ........ 3
**Project Overview** ........ 5
**Volunteer Program Overview** ........ 7
**2005 PROJECT SUMMARIES** ........ 9
**DMG PROJECTS** ........ 9
JEFFCO PROJECT ........ 9
SUNSET CITY PROJECT ........ 10
VULCAN PROJECT ........ 11
BELLEVUE MT PROJECT ........ 11
GRAPE CREEK PROJECT ........ 12
FUTURITY PROJECT ........ 13
SUMMERVILLE PROJECT ........ 13
MT SHERMAN PROJECT ........ 13
**U. S. FOREST SERVICE PROJECTS** ........ 14
TREASURE GULCH PROJECT ........ 14
RAILROAD GULCH PROJECT ........ 14
FREMONT PASS PROJECT ........ 15
COPPER MT PROJECT ........ 15
GEORGETOWN PROJECT ........ 16
FAIRDAY MINE PROJECT ........ 16
RICO PROJECT ........ 16
RUSH PROJECT ........ 17
BACA PROJECT ........ 17
**BLM PROJECTS** ........ 18
WEDDING BELL PROJECT ........ 18
EAGLE BASIN (HIEROGLYPHIC CANYON) PROJECT ........ 20
DAKOTA PROJECT ........ 21
TEMPLE CANYON PROJECT ........ 21
**2005 PROJECT DATA SUMMARIES** ........ 23
JEFFCO PROJECT ........ 24
SUNSET CITY PROJECT ........ 27
VULCAN PROJECT ........ 30
BELLEVUE MT PROJECT ........ 33
GRAPE CREEK PROJECT ........ 35
FUTERITY PROJECT ........ 37
SUMMERVILLE PROJECT ........ 39
TREASURE GULCH PROJECT ........ 40
RAILROAD GULCH PROJECT ........ 44
COPPER MT PROJECT ........ 48
GEORGETOWN PROJECT ........ 53
ST JOHN'S PROJECT ........ 56
RICO PROJECT ........ 57
BACA PROJECT ........ 60
WEDDING BELL PROJECT ........ 62
EAGLE BASIN (HIEROGLYPHIC CANYON) PROJECT ........ 84
DAKOTA PROJECT ........ 90
TEMPLE CANYON PROJECT ........ 94
Acknowledgments ........ 102
**Appendix A** ........ 104

# Executive Summary

In Colorado and elsewhere in the West, there is a lack of knowledge concerning the status, population biology and habitat requirements of bats. Roosting habitat in particular, is poorly understood. Thirteen of Colorado's 18 species of bats are known to use abandoned mines as roost sites. The ongoing Abandoned Mine Lands closure programs, administered by the Colorado Division of Minerals and Geology (DMG), and the BLM and USFS are intended to render inactive mines safe for the public. Historically, common methods used to close mines did not allow for continued use of the mines by bats. This loss of roosting habitat could have devastating effects on some bat populations. Alternative closure methods provide access for bats to such habitat, while providing for public safety. The Colorado Division of Wildlife is responsible for the conservation of all bat species in the state, and the BLM, USFS, DMG and National Fish and Wildlife Foundation are in partnership with the CDOW to identify and protect those mines that provide significant roosts for populations of bats. These roosts may be critical to long term survival of populations of some bat species (Humphrey 1975).

Townsend's big eared bat (*C. townsendii)* is a Species of Special Concern in Colorado. It is primarily a cave-dwelling species, but also roosts in man-made cave analogues such as abandoned mines. This species is believed to be relatively sedentary, with no long distance migrations reported. While most studies report a high degree of site fidelity by *C. townsendii*, there is evidence that some colonies use multiple roost sites. A recent study in Utah (Sherwin et. al. 2000) documented frequent movements among mines used by this species as maternity roosts. This bat is a colonial species, and unlike most species, avoids roosting in crevices. This habit makes them extremely vulnerable to human disturbance. The species is a federal Species of Concern by the FWS, a Species of Concern and Sensitive Species by the BLM and USFS in most areas, and a Special Status Species by most western states. The species is ranked as the highest priority by the Western Bat Working Group, and a recently completed Conservation Strategy for *C. townsendii* is available (Pierson et. al. 1999). The loss of historical cave roosting habitat and the widespread closures of abandoned mines in the west are believed to have contributed to the declining species status of this bat. This species is the focus of the Bats/Inactive Mines Project.

A key element of the Bats Inactive Mines Project is the utilization of a large volunteer effort. Volunteers perform the initial bat detector surveys outside mine entrances, and the results of these surveys help determine if a capture survey is necessary. This allows the biologists, who perform the capture surveys, to focus on areas of known bat activity. Volunteers sometimes also help with the capture surveys, post gate surveys, and gate confirmation field work. Volunteers provide the much-needed manpower to perform the initial evaluations on the large number of mines handled on the project every year.

The year 2005 represents the 15th field season of this program. The objectives of the project are to evaluate the bat roost potential of mines scheduled for closure, identify important bat roosts, and protect these roosts by installation of bat gates. This year, **301 mines** were evaluated, including 121 BLM, 47 USFS, 49 private, 24 local government, and 60 undetermined ownership sites. A total of **325 surveys** were conducted, including 141 detector, capture, and video surveys, and 155 internal surveys, and 29 pre-surveys. Of the mines evaluated this season, 55 sites had verification of roosting by bats to species, (approximately 18% of the mines in the project), and 79 mines had evidence of bat use (26%). Bat gates were recommended for 57 features this season, approximately 19% of the total evaluated. (The number of mines is less, as some mine features have multiple openings) We documented **220 bats**, including 57 ***Corynorhinus townsendii*** (Townsend's big-eared bat), a state species of special concern, during the surveys of abandoned mines in the state. We documented **25** new *C. townsendii* roosts in

2005, and 55 new bat roosts in total. The 2005 surveys resulted in a number of **bat gate recommendations (57)** to the land management agencies and Division of Minerals and Geology.

The Bats/Inactive Mines Project has been conducting mine evaluations on public and private lands for fifteen field seasons. During this time we have evaluated approximately **4,260** mines, and we have had **746 bat gates** installed, or pending installation, by our partners, DMG and the land use agencies. Most of these gates have been installed on BLM lands, predominately in western Colorado.

In 2005, projects were located in 15 counties. Abandoned mine evaluations were conducted on most of these project areas. The counties and projects are as follows:

**Boulder** - Summerville Project, Fairday mine
**Chaffee** – Railroad Gulch Project, Futurity Project
**Clear Creek** – Bellevue Mt Project, Georgetown Project
**Custer** – Treasure Gulch Project
**Dolores** - Rico Project
**Fremont** - Dakota Project, Temple Canyon Project, Sunset City Project, Grape Creek Project.
**Gunnison** – Vulcan Project
**Hinsdale** - Vulcan Project
**Jefferson** – Jeffco Project
**Lake** – Futurity Project
**Montrose** – Hieroglyphic Canyon (Eagle Basin), Wedding Bell Project
**Park** – Jeffco Project
**San Miguel** – Wedding Bell Project
**Saguache** – Baca Project
**Summit** – St. Johns Project, Copper Mt Project

Photo of Townsend's big-eared bat (page 2) courtesy of Roger Bonewell.

## Project Overview

In Colorado there is a lack of knowledge concerning the status, population biology and habitat requirements of bats. Roosting habitat, in particular, is poorly understood. Thirteen of Colorado's 18 species of bats are known to use abandoned mines as roost sites. The ongoing Abandoned Mine Lands closure programs, administered by the Colorado Division of Minerals and Geology (DMG), and the BLM and USFS are intended to render inactive mines safe for the public. Historically, common methods used to close mines did not allow for continued use of the mines by bats. This loss of roosting habitat could have devastating effects on some bat populations. Alternative closure methods provide access for bats to such habitat, while providing for public safety. The Colorado Division of Wildlife is responsible for the conservation of all bat species in the state, and the BLM, USFS, and DMG are in partnership with the CDOW to identify and protect those mines that provide significant roosts for populations of bats. These roosts may be critical to long term survival of populations of some bat species (Humphrey 1975). Other important partners in this project are Great Outdoors Colorado (GOCO), which provides the funding required by the CDOW to conduct this project, and the National Fish and Wildlife Foundation. Since 1995, GOCO and the federal land management agencies have largely provided funding for this project. The National Fish and Wildlife Foundation has provided grants to support the project the last six years. Grants from the BLM, USFS, and NFWF have provided funding for work on public lands.

The year 2005 represents the 15th field season of this volunteer-based program called the Bats/Inactive Mines Project (B/IMP). B/IMP's objectives are to evaluate the bat roost potential of mines scheduled for closure, identify important bat roosts, and protect these roosts by installation of bat gates. Methods for data collection and evaluation are those found in *The survey and evaluation of abandoned mines for bat roosts in the West: guidelines for natural resource managers* (Navo 2001). Additional information on this subject can be found in Tuttle and Taylor (1994), and Vories and Throgmorton (2000).

Recommendations for installing special closures, called bat gates, are forwarded to the BLM, USFS, and DMG for consideration. The bat gates allow bats to continue to use the mines, while providing for public safety. Safeguarding mines with a method that allows continued bat use has the added benefit of protecting the bats from human disturbance. Such disturbance has been documented to cause declines in bat populations. Furthermore, evaluation of the use of mines by bats will produce much needed information on the roosting ecology of bats.

**Bat Surveys:**

The process of evaluating inactive mines for bat habitat involves several steps. The first step requires an inventory of abandoned mines, with locality information and maps, of the mines scheduled for a closure project by DMG, the USFS or the BLM. Based on this information, the CDOW locates then conducts a pre-survey at each mine site. A pre-survey is the initial visit to a mine by a B/IMP biologist, at which time data is collected such as air flow, temperature, and other information to help define the microclimate, identify safety hazards at the site, and prioritize the mines in the project for bat surveys. The mine is sketched and a UTM coordinate is documented for future reference and GIS applications. Many mines will be dropped at this point due to an evaluation that indicates little or no potential for significant bat habitat. These mine sites are subsequently ready for closure, and receive no further bat evaluations.

Each mine is then entered into the B/IMP database and given a project ID number. The ID number is utilized by the B/IMP to track each individual mine site. Mines that are not eliminated during the pre-survey are then scheduled for initial detector surveys by volunteers, or capture, internal, or video surveys by project biologists **(Figure E)**. Only agency personnel survey sites that are determined to be too hazardous for volunteers. The volunteer survey team monitors the mine entrance at sunset with bat detectors, instruments that detect the bat's ultrasonic vocalizations. When bat activity is documented, teams of CDOW biologists, often supplemented by volunteers, perform capture surveys at indicated sites. A capture survey will determine what species are using the mine and what type of roost use is occurring. Bats are captured and identified as to species, sex, age and reproductive condition **(Figure F)**. The data are used to evaluate the roosting habitat provided by the mine, and thereby the importance of the site to

local bat populations. This information is the basis for recommendations to land management agencies and DMG for closure or protection of the mine. Survey work continues for each mine on public lands until all seasons are covered, or enough information is obtained to base a recommendation for the site. Recommendations will include final disposition of the mine as bat habitat, and any bat gate recommendations. The land ownership of these mine sites was comprised of federal lands (BLM and US Forest Service), local government, and private lands, documented as the first letter of B, F, L, or D in the BIMP ID number. An X indicates a site with unresolved ownership at the time of the report.

In 2005, we operated with one full time 2-person crew, two part time crew members (June – August) and a part time volunteer coordinator. With the additional field workers, we were able to conduct a significant amount of work in 2005. This year, 301 mines were evaluated, including 121 BLM, 47 USFS, 49 private, 24 local government, and 60 undetermined ownership sites. A total of 325 surveys were conducted, including 141 detector/ capture/ video surveys, and 155 internal, and 29 external pre-surveys. Of the mines evaluated this season, 55 sites had verification of roosting by bats to species, (approximately 18% of the mines in the project), and 79 mines had evidence of bat use (26%). Bat gates were recommended for 57 features this season, approximately 19% of the total evaluated. (The number of mines is less, as some mine features have multiple openings) We documented **220 bats**, including 57 ***Corynorhinus townsendii*** (Townsend's big-eared bat), a state species of special concern, during the surveys of abandoned mines in the state. We documented **25** new *C. townsendii* roosts in 2005, and 55 new bat roosts in total. The 2005 surveys resulted in a number of **bat gate recommendations (57)** to the land management agencies and Division of Minerals and Geology.

**Bat Gates:**

The 2005 surveys resulted in a number of bat gate recommendations (57) to the land management agencies and Division of Minerals and Geology. Information on specific mines that received gate recommendations can be found in the project section of this report. These bat gates will provide protection and conservation of bat roosts, and will help prevent the decline of populations of some species of bats. Some bat gates were installed during the 2005 field season; other gates are pending for installation next year or in the near future. Some of these gated mines will receive monitoring work over the next few years to evaluate the effectiveness of the gates, and acceptance by various species of bats. ***Bat gated mines should be considered "sensitive data", and exact locations should be protected.***

Gate types used on the project include a mix of bat slot gates **(Figure A)**, window or "ladder" gates **(Figure B)**, full gates **(Figure C)**, and culvert **(Figure D)** style gates. The bat gate designs used in the project have been utilized in Colorado over the last 15 years. These style gates have proven to be accepted by various bat species, and for different bat roost types (Navo and Krabacher, 2005). Full or ladder style gates are considered the preferred gate types. Slot style bat gates are steel grated closures with a slot or two of required dimensions, which allow bats egress and ingress to the mine. Slot gates are recommended at mines that exhibit bat activity and roosting at reduced levels, or for species that are not as high a priority. Small winter or transition roosts for Townsend's big-eared bats can receive slot gate recommendations, as monitoring has documented the continued use of mines with slot gates for this species. Information on bat gate designs and construction can be found in Tuttle and Taylor (1994), and Vories et. al. (2002).

**Project to Date:**

The Bats/Inactive Mines Project has been conducting mine evaluations on public and private lands for fifteen field seasons. During this time we have evaluated approximately **4,260** mines, and we have had **746 bat gates** installed, or pending installation, by our partners, the land use agencies. Most of these gates have been installed on BLM lands, predominately in western Colorado.



Volunteer Hours
1991 - 2005

## Volunteer Program Overview

A key element of the Bats Inactive Mines Project is the utilization of a large volunteer effort. Volunteers perform the initial bat detector surveys outside mine entrances, and the results of these surveys help determine if a capture survey is necessary. This allows the biologists, who perform the capture surveys, to focus on areas of known bat activity. Volunteers sometimes also help with the capture surveys. Volunteers provide the much-needed manpower to perform the initial evaluations on the large number of mines handled on the project every year.

New volunteers to the project are required to attend a training session before participation. Project training sessions were conducted in May, with two sessions in the Denver area, and one in Colorado Springs. This year, a part time volunteer coordinator was again hired to administer the volunteer work force. This action has proven to provide better communication with the volunteers, and a more effective and efficient field component to the project. We plan on continuing with this strategy, and will again provide a part time volunteer coordinator position to administer the volunteers.

There were 48 volunteers who participated in surveys this year, and 59 active with non-field survey assistance for the project. These volunteers conducted and assisted with detector and capture surveys, post gate surveys, and gate confirmation checks. The number of surveys and hours were down this year, and was likely due to the higher costs of fuel, and fewer numbers of mines to work closer to the Denver area. While the role of volunteers in the B/IMP has evolved over the last 15 years, nevertheless, volunteers continue to play an important role in the project. Volunteers donated numerous hours to the project, and assisted with data entry, and other administrative activities, compiling a total of 2205.25 hours to the project, resulting in an estimated savings to CDOW of $25,508.39.

| Volunteer "vitals" | 2005 | 2004 |
|---|---|---|
| Volunteers Trained | 89 | 68 |
| New volunteers Trained | 30 | 30 |
| Volunteers participated in surveys | 48 | 46 |
| Self-tests completed | 11 | 27 |
| **Total donated hours** | **2205.25** | **2385.25** |
| Estimated Savings to agency | $25,508.39 | $27,977.76 |



Figure A. Slot Gate

Figure B. Window (Ladder) Gate

Figure C. Full Gate

Figure D. Culvert Gate

Fig. E. Trapping survey

Fig. F. Processing bats

# 2005 PROJECT SUMMARIES

## DMG PROJECTS

### JEFFCO PROJECT

The Jefferson County Open Project consisted of nineteen sites located in Jefferson and Park Counties, between the elevations of 6,184 and 8,179 feet. The Jefferson County sites are all on Jefferson County Open Space land. All the Park County sites are located on private property. Three sites, PJ-4, JCOS-9 and RR-6, were dropped from the Project because they were determined to be unsuitable for bat habitat. This project had bat surveys initiated in the winter field season, with work on these sites completed in four survey dates: 2/28/2005, 3/1/2005, 3/2/2005 and 3/10/2005. Summer surveys were completed in 3 days: 5/17/2005, 5/18/2005 and 5/19/2005. Fall surveys were limited, but did document some additional use by bats. One site, **JCOS-4** was originally included in a project from 1992/93. The site was originally recommended for and received a bat gate based on the first documentation of *Myotis thysanodes* (fringed myotis) in Jefferson County. At least two gates have been installed and subsequently vandalized at this site. One gate is now used as a span to cross Deer Creek where it passes in front of the mine. This year, Townsend's big-eared bats were documented hibernating in the mine. A well designed bat gate is recommended at this site. A number of these sites are providing good roosting habitat for several species of bats, including Townsend's. In addition, significant sign of roosting bats was also noted at some sites during the internal surveys, which added to the gating justification. Survey work documented 16 bats in the various sites of the project, and 4 different species. Data on bat captures and documentation can be found in the data summaries. Bat gates were recommended, and the project is considered complete.

### GATE RECOMMENDATIONS ON JEFFCO PROJECT
**FINAL STATUS**

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| | | |
| JEFFCO PJ-1 | DJEFF0519 | PENDING |
| JEFFCO PJ-1A | DJEFF0525 | CULVERT GATE RECOMMENED |
| JEFFCO JCOS -4 | LDEER9201 | BAT LADDER RECOMMENDED |
| JEFFCO JCOS6 | LJEFF0506 | BAT LADDER RECOMMENDED |
| JEFFCO JCOS7 | LJEFF0507 | SLOTS GATE RECOMMENDED |
| JEFFCO JCOS8A | LJEFF0508 | AIR GRATE RECOMMENDED |
| JEFFCO BC-1 | LJEFF0510 | BAT LADDER RECOMMENDED |
| JEFFCO RR-1 | LJEFF0511 | SLOT GATE PENDING |
| JEFFCO RR-2 | LJEFF0512 | BAT LADDER RECOMMENDED |
| JEFFCO RR-4 | LJEFF0514 | BAT GATE RECOMMENDED |
| JEFFCO CC-3 | LJEFF0518 | BAT LADDER RECOMMENDED |
| JEFFCO JCOS8B | LJEFF0524 | AIR GRATE RECOMMENDED |

**SUNSET CITY PROJECT**

The Sunset City project, located north of Parkdale, contains 27 mines, broken into 3 subsets; the Green Mt, Sunset City, and War Dance areas. GM stands for Green Mountain sites, located about five miles along an easy four-wheel-drive road behind a locked gate. WD stands for War Dance sites, which are located about one mile along an easy dirt road also behind locked gates (3). SC stands for Sunset City and generally includes the sites along Copper Gulch.

The elevation of these sites ranges from about 7,000 – 8,000 feet. A number of sites were dropped from further bat evaluations due to low potential for providing suitable habitat. A high number of shallow shafts and/or plugged features were documented at this project. Other shafts remain on the list for 2006 surveys, as they have potential to provide adequate habitat. Surveys were conducted at all seasons on this project, starting with winter surveys this year. Bats captured or observed included *Corynorhinus townsendii* (Townsend's big-eared bat), *Myotis thysanodes* (Fringed myotis), and *Myotis ciliolabrum* (Western small-footed myotis). To date, three sites are considered important for bats, including numbers SC-1A, SC-1B, and SC-2. All three sites were documented to be important roosting habitat in both spring and fall. Site SC-2 is less than ten miles from the Arkansas River and site SC-1A and SC-1B are less than five miles from the river. Some issues regarding locked gates and access prevented an adequate survey effort at some sites. Site numbers SC-5 and WD-8 show possible important bat use by volunteer surveys. Site SC-5 did not receive a follow-up survey by BIMP personnel after 98 passes were recorded on one detector survey in July, where bats were believed to be using the site. Additional surveys should be conducted at this site in particular. Site numbers GM-2, GM-5, GM-6, and GM-8 were not surveyed for bats after the initial external pre-survey, because sites are located behind locked gates and the keys provided for volunteers did not work. A fall survey at the WD-8 shaft indicated one Townsend's-looking bat flying out of the mine at dusk. Additional surveys are needed at some mine sites in 2006 to complete the bat evaluations on the project. Three sites are currently recommended for bat gates, and a consultation on gating possibilities is needed.

**GATE RECOMMENDATIONS ON THE PROJECT**
**CURRENT STATUS**

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| | | |
| SUNSET CITY 1A | BSUNS0501 | GATE CONSULTATION NEEDED |
| SUNSET CITY 1B | BSUNS0502 | GATE CONSULTATION NEEDED |
| SUNSET CITY SC-2 | XSUNS0511 | BAT GATE RECOMMENDED |

**SUNSET CITY PROJECT SURVEY NEEDS IN 2006**

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| SUNSET CITY WD-2 | DSUNS0516 | SURVEY SPG/FALL 2006 |
| SUNSET CITY WD-8 | DSUNS0522 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-2 | XSUNS0503 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-5 | XSUNS0506 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-6 | XSUNS0507 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-8 | XSUNS0509 | SURVEY SPG/FALL 2006 |
| SUNSET CITY SC-3 | XSUNS0512 | SURVEY SPG/FALL 2006 |
| SUNSET CITY SC-5 | XSUNS0514 | SURVEY 2006 - HP |

**VULCAN PROJECT**

The Vulcan project, located near Lake City, is a large project, containing forty-three sites scattered throughout Gunnison, Hinsdale, and Saguache counties. This project was initiated in 2004, and many sites were dropped after pre-survey evaluations indicated little potential for significant bat habitat. Elevations of mines on this project were considered moderate to high, and ranged from about 8,800 – 10,000 feet. Site number 35 was 2003's Powderhorn project site number 39, which received a bat gate recommendation.

Nine sites had sign of bat use, moth wings and/or guano, in 2004, including numbers 17, 24, 25, 30, 31, 37, 40, 42, and 43. These initial surveys in 2004 were conducted in late summer and no bats were observed. Survey efforts in 2005 at these sites did not document as much bat activity as expected, based on the previous evidence. In 2005, bats were captured at sites 17, 25, 30, 31, 42, and 43. Bats were seen on video tape at sites 24, 29, and 40. Bats captured included *Myotis volans* (Long-legged myotis), *Myotis ciliolabrum* (Small-footed myotis), and Myotis evotis (Long-eared myotis). Video tape footage also showed some bats may have been *Corynorhinus townsendii* (Townsend's big-eared bat). However, survey efforts were limited on the project this year, with one field trip during late July. Capture and video surveys did document use by bats at a number of features, and based on the results and the potential for greater bat use in the late summer, early fall swarming periods, bat gates are recommended. Additional surveys could be conducted to obtain better data, but the evidence obtained to date is considered adequate, and preferable to spending additional field time at this project.

**GATE RECOMMENDATIONS ON THE PROJECT**
**FINAL STATUS**

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| | | |
| VULCAN 35 | BPOWD0339 | LADDER GATE RECOMMENDED |
| VULCAN 17 | BVULC0417 | LADDER GATE RECOMMENDED |
| VULCAN 37 | BVULC0437 | SLOT GATE RECOMMENDED |
| VULCAN 24 | XVULC0424 | LADDER GATE RECOMMENDED |
| VULCAN 30 | XVULC0430 | SLOT GATE RECOMMENDED |
| VULCAN 31 | XVULC0431 | SLOT GATE RECOMMENDED* |
| VULCAN 40 | XVULC0440 | SLOT GATE RECOMMENDED |
| VULCAN 42 | XVULC0442 | SLOT GATE RECOMMENDED |
| VULCAN 43 | XVULC0443 | SLOT GATE RECOMMENDED |

**BELLEVUE MT PROJECT**

The Bellevue Mountain Project consisted of 18 mines located in Clear Creek and Gilpin Counties, between the elevations of 8,474 and 9,650 feet. Eight sites were dropped from the project because it was determined that they were unsuitable for bat habitat: BM-2; BM-3; BM-6; BM-8; BM-14; BM-15; BM-18 and BM-20. Surveys were initiated in mid-April, and volunteers conducted the bulk of the survey efforts on this project. Volunteers conducted 16 surveys during summer and fall seasons on the project. Some sites, which to date have provided the best bat activity, were initially denied access permission from the landowner. Subsequent permission was granted, but the combination of a later start, and bad weather during some survey efforts leaves the gate recommendation unresolved. Additionally, it is unclear if the landowner will grant permission to gate these features (BM-7 & BM 10). Six bats, all *Myotis volans*, were captured at 2 sites; BM-10 & BM-7. Additional surveys at these 2 sites indicated higher levels of activity at the mines, but no captures were made. It appears that at least some of the use is for night roosting and/or drinking, and the bats were turned away by the capture effort. Some additional survey work could be

conducted on this project in 2006, which will help provide documentation for any possible gate recommendations. An initial response from the landowner regarding gating acceptance would be necessary before any additional field time on those sites. Closure scheduling is also a factor in any remaining bat surveys on the project. Water is present inside BM-11, and evidence of bat use was observed inside, as a night roost and likely drinking site. A detector survey at BM-17 documented bat activity, but it was not believed to be associated with the mine. An additional survey by BIMP crew members would help verify the status of this shaft for bat use.

## GATE RECOMMENDATIONS AND SURVEY NEEDS 2006
### CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| BELLEVUE MOUNTAIN BM-7 | DBELL0507 | SURVEY 2006 OR GATE |
| BELLEVUE MOUNTAIN BM-10 | DBELL0510 | SURVEY 2006 OR GATE |
| BELLEVUE MOUNTAIN BM-17 | DBELL0517 | SURVEY SPRING 2006 |
| BELLEVUE MOUNTAIN BM-11 | XBELL0511 | SURVEY SUMMER 2006 |

## GRAPE CREEK PROJECT

The Grape Creek Project consisted of 7 sites all located in Custer County, between the elevations of 6,017 and 5,150 feet. An initial pre-survey evaluation was conducted on 4/06/2005, and it was determined that most of these features had good potential for bat habitat. Only 1 site was dropped from the project at that point, GC-1C. Some of these features appear to be connected to others, with these complexes providing high potential for good roosting habitat. The GC-3, 4, 5 features look especially good. The other complex, GC-1A, GC-1B and GC-2, also looks promising, but internal evaluations will not be possible at this complex. Access to these sites is limited, with a long hike that includes several creek crossings. Several attempts were made by volunteers to reach these sites for surveys, and one effort was made in August. However, bad weather did not provide ideal survey conditions, but some bat activity was observed. Additional survey work is needed in 2006 on this project.

## GRAPE CREEK PROJECT SURVEY NEEDS IN 2006

| MINE NAME | ID-NUMBER | STATUS |
|---|---|---|
| | | |
| GRAPE CREEK GC-1A | LGRAP0501 | SURVEYS 2006 |
| GRAPE CREEK GC-1B | LGRAP0502 | SURVEYS 2006 |
| GRAPE CREEK GC-2 | LGRAP0504 | SURVEYS 2006 |
| GRAPE CREEK GC-3 | LGRAP0505 | SURVEYS 2006 |
| GRAPE CREEK GC-4 | LGRAP0506 | SURVEYS 2006 |
| GRAPE CREEK GC-5 | LGRAP0507 | SURVEYS 2006 |

**FUTURITY PROJECT**

The Futurity Project consisted of 13 sites located in Chaffee, Lake and Park Counties, between the elevations of 9,292 and 9,881 feet. These sites were considered to be of moderate elevation, with past work in the general area providing documentation of bat use. Initial survey work was not conducted until July, and most sites were too unstable to allow internal surveys. Those that did, however, did not provide any evidence of significant bat use. Some additional surveys by volunteers were conducted in August, but the closure schedule of the USFS did not allow for more survey time into the fall season. Some sites, based on limited sign and volunteer results, were scheduled for a bat gate and others for exclusions prior to closure work, which was started at the end of August. A few sites on the project were moved into the next year for closures, and these few sites may receive additional bat surveys in 2006.

**FUTURITY PROJECT: 2005**
**GATE RECOMMENDATIONS AND SURVEY NEEDS 2006**
**CURRENT STATUS**

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| FUTURITY LPG-1 | BFUTU0508 | POSSIBLE SURVEYS 2006 |
| FUTURITY LPG-2 | BFUTU0509 | POSSIBLE SURVEYS 2006 |
| FUTURITY F-1 | XFUTU0502 | BAT GATE INSTALLED 2005 |
| FUTURITY F-2 | XFUTU0503 | AIR FLOW GRATED CLOSURE |

**SUMMERVILLE PROJECT**

The Summerville Project consisted of 23 sites, located in Boulder County, ranging in elevation from about 7,900 to 9,000 feet. Many of these sites were included in past projects, including the Tucker and Lefthand projects. Many sites were dropped based on past results and evaluations, and little new work was conducted in 2005. Some site evaluations were conducted in May, and most were dropped after determining that they were unsuitable for bat habitat. The R1-3 sites, formerly of the Lefthand Project, had documentation of some bat activity from past years surveys. Some additional survey work at those sites was conducted in 2005. Capture surveys, and some volunteer detector surveys were conducted in July, August, and September at the R 1-3 sites, and while bat activity was observed, only 1 bat (*Myotis ciliolabrum*) was documented (R-2). A bat gate should be considered for this site, if conditions support such a closure. Otherwise, bat surveys on this project are considered complete, with no additional work in 2006 planned.

**GATE RECOMMENDATIONS ON THE PROJECT**
**FINAL STATUS**

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| SUMMERVILLE R-2 | FGACG0251 | GATE CONSULTATION NEEDED |

**MT SHERMAN PROJECT**

This project is located in Park County, near Peerless Mt., and consists of 16 mine sites. The elevation of these sites (all above 11,000 feet) is considered too high to provide significant bat roosting habitat. It is considered a low priority for bat surveys, and no field work was conducted on the project in 2005. It is unknown if any of these features are connected to one another and provide any potential for complex habitat. However, the likelihood of any significant bat use at such elevations is considered remote, and no work in 2006 is anticipated at this point.

# 2005 PROJECT SUMMARIES
# U. S. FOREST SERVICE

## PIKE / SAN ISABEL NATIONAL FOREST

### TREASURE GULCH PROJECT

The Treasure Gulch project, located southeast of Westcliffe in Custer County, contains fifteen sites. The elevation of the sites ranges from about 10,000 – 10,200 feet (Ophir Creek sites), and around 8,400 feet at the Hardscrabble Creek sites. External pre-surveys were conducted at the O-sites in July, and only one site (O-11) was safe for an internal survey. All the O-sites were determined to have low potential for significant bat habitat, with many features either too shallow or plugged by debris. The H-sites had better potential for providing bat roosting habitat, and survey efforts were focused on that part of the project. Two mines appear to be used by bats, H-2 and H-3. Internal, detector, and capture surveys were conducted from late summer to fall of this year at those sites. Bats captured were *Myotis volans* (Long-legged myotis), and *Myotis ciliolabrum* (Western small-footed myotis). The Ophir Creek sites were closed by DMG late this year and the Hardscrabble Creek sites will be closed at a future date. Some additional survey work is planned for 2006 on the Hardscrabble Creek part of this project.

### GATE RECOMMENDATIONS ON THE PROJECT
### CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| TREASURE GULCH H-3 | FTREA0503 | SURVEY 2006 OR GATE |

### TREASURE GULCH PROJECT SURVEY NEEDS IN 2006

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| TREASURE GULCH H-2 | FTREA0502 | SURVEY 2006 |
| TREASURE GULCH H-3 | FTREA0503 | SURVEY 2006 OR GATE |

### RAILROAD GULCH PROJECT

The Railroad Gulch project, located northwest of Salida, contains forty sites. This project was initiated in 2004 and only one follow-up survey was conducted in 2005. Surveys of additional sites were attempted, but the snow and winter weather hindered those efforts. Site number 106 is located west of Turret and south of Cat Gulch. Final gate recommendations were made to DMG, and closure work was initiated in 2005. The project is completed; no work is needed in 2006. The project summary from 2004 efforts was as follows:

*Pre-surveys were conducted in March, and continued into the summer months. Internal, capture, and volunteer detector surveys were conducted at sites in June, July, August, and September. Railroad 135 is an additional mine that was discovered and documented by Division of Wildlife biologists. To date, eight sites are identified as important for bats, including Railroad 107, 109, 111, 112A, 113, 114, 116, and 127. Railroad # 111 had 24 bats captured, of several species; including C. townsendii. All eight sites are important for roosting habitat in both spring and fall, except for numbers 113, 114, and 127, which have fall documentation only. Townsend's big-eared bats use all eight sites. Bats captured or observed were Corynorhinus townsendii (Townsend's big-eared bat), Myotis volans (Long-legged myotis), and Myotis evotis (Long-eared myotis).*

## GATE RECOMMENDATIONS ON THE PROJECT
### FINAL STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| | | |
| RAILROAD GULCH 107 | DRAIL0407 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 109 | DRAIL0409 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 114 | FRAIL0414 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 116 | FRAIL0416 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 112A | FRAIL0436 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 111 | XRAIL0411 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 113 | XRAIL0413 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 127 | XRAIL0427 | BAT GATE RECOMMENDED |

### FREMONT PASS PROJECT

This project is located in Lake County, near Fremont Pass., and consists of 5 mine sites. The elevation of these sites (all above 11,000 feet) is considered too high to provide significant bat roosting habitat. It is considered a low priority for bat surveys, and no field work was conducted on the project in 2005. It is unknown if any of these features are connected to one another and provide any potential for complex habitat. However, the likelihood of any significant bat use at such elevations is considered remote, and no work in 2006 is anticipated at this point.

## ARAPAHO / ROOSEVELT NATIONAL FOREST

### COPPER MT PROJECT

The Copper Mountain Project consisted of 13 sites all located in Summit County, between the elevations of 9,281 and 12,050 feet. Survey work was initiated in June, with multiple trips to conduct pre-surveys, and followed up with internal/capture surveys in July and August. Some of these sites were difficult to locate, and some required long hikes. Most sites on the project did not provide any evidence of significant use by bats, or high potential for bat habitat. CM-6 has heavy use by people, but merits further evaluations. Some sites, however, did have sign of bat use, and capture surveys did document use by some bats, all *Myotis volans*, at CM-8, CM-10. A substantial amount of guano was found in Copper Mountain 8 after water in the site, which was present in August, had dried out in September. Further survey work will be conducted at 3 sites in 2006, or bat accessible gates can be provided at these sites at this point. These features appear to be used by bats as fall transition and/or swarming roosts, and should be maintained if possible.

### COPPER MT PROJECT GATE / SURVEY NEEDS IN 2006

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| COPPER MOUNTAIN 8 | XCOPP0508 | SURVEY 2006, GATE PENDING |
| COPPER MOUNTAIN 10 | XCOPP0510 | SURVEY 2006, GATE PENDING |
| COPPER MOUNTAIN 6 | FCOPP0506 | SURVEY 2006 |
| COPPER MOUNTAIN 17 | XCOPP0517 | SURVEY 2006 |

**GEORGETOWN PROJECT**

The Georgetown Project consisted of 8 sites located in Clear Creek County between the elevations of 8,941 and 10,940 feet. This project was not ready for bat evaluations until September, so only initial pre-survey work was conducted in 2005. One volunteer detector survey was conducted in September, at GT 15, and bats were observed near the mine. At this point, 3 sites have been dropped from the project after pre-surveys determined that they were unsuitable as bat habitat; GT- 9, 11 and12. Georgetown 15 had a substantial amount of guano scattered throughout the mine. This site will be the highest priority for survey work in 2006.

**GEORGETOWN PROJECT SURVEY NEEDS IN 2006**

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| GEORGETOWN 14 | FGEOR0514 | SURVEY 2006 |
| GEORGETOWN 15 | FGEOR0515 | SURVEY 2006 |
| GEORGETOWN 17 | FGEOR0517 | SURVEY 2006 |
| GEORGETOWN 2 | XGEOR0502 | SURVEY 2006 |
| GEORGETOWN 13 | XGEOR0513 | SURVEY 2006 |

**FAIRDAY MINE PROJECT**

The Fair Day project is located west of Jamestown, in Boulder County, and consisted of two sites. Historical documentation shows that the sites used to be connected, but site number 2 is collapsed and no longer provides connectivity or airflow. Site number 2 is uphill from site number 1. This project was initiated in 2003 and one follow-up survey was conducted in 2005. The USFS indicates that these sites contain uranium ore. Gamma and radon measurements were conducted in March, June, and August 2004, and no significant readings were found. The portal is large, providing good access for bats. Water drains from the site, possibly providing drinking water for bats. A detector/video survey was conducted at site number 1 in late fall 2003 and one bat was observed. This survey was done late in the season and the temperature was 37° F at 9:30 p.m. An internal survey in March 2004 indicated moth wings and trace guano, but no bats were seen. Detector and capture surveys conducted in June and August 2004 also showed bat use. Three bats were captured, including one adult male *Eptesicus fuscus* (Big brown bat) and two *Myotis volans* (Long-legged myotis), one a lactating and one a juvenile female. The activity level in June was higher than in August. The trap was set late on the June date and more bats might have been captured if the trap had been set up on time. A bat gate was installed at the main portal in 2005.

## SAN JUAN NATIONAL FOREST

**RICO PROJECT**

The Rico Project consisted of 11 sites located in La Plata and Dolores counties, between the elevations of 8,767and 10,576 feet. Many of the sites were difficult to locate, and most were found to be already mitigated with closure work to some extent or collapsed and no longer providing any accessible entry. Rainy weather made the field effort even more difficult on the trip. The collapsed sites were R-1, 2, 3, 4, 6, 7, 9, and 10. Three of the sites had some potential for bat habitat; R-5, 5a, and R-12. Rico 5 is a large feature with steel doors already blocking the portal. These doors have windows with steel mesh, which could provide access points for bats. We were unable to enter the site, but looking inside the “windows”, pooled water is observed, and water does flow out of the feature. It is possible that bats drink from this site. Rico 5a has a very small existing portal, but it also contains pooled water inside. However, water drips from the ceiling, and if the internal conditions are consistent, there would be little value as roosting

habitat for bats. However the extent of internal conditions is unknown, as the mine is not accessible. Rico 12, a new added site to the project, also has a damp and dripping situation internally. However, it is not as wet as the other sites in the project, and an internal survey was conducted. No bats were observed, but some trace amount of sign of bat use was documented. The site is likely used as a night roost by bats. It appears that the mine inventory used for this project may have been completed some time ago, as many features now appear to be collapsed and/or mitigated. No further bat survey work is needed at these sites, as the potential is low and additional information gained is considered unjustified.

### RUSH PROJECT

Field data forms and maps were obtained for this project from DMG in late fall, and work on this project will be conducted in 2006. The project is large, with 31 sites, including some that are USFS sites. The USFS sites may be limited to Rush Basin, which was identified by the USFS as sites needing bat evaluations this year. Limitations on access, weather, and site location information prevented any field work this year. Initial review of the all the new project information indicates some of these sites are part of the current Rico project. Also, many of the sites are high elevation. Those sites that might be accessible in the winter, if any, will be considered for winter evaluations, otherwise, the bulk of any evaluation work will have to wait until mid-summer, when access is available.

## RIO GRANDE NATIONAL FOREST

### BACA PROJECT

This small project is located near the town of Crestone, in the north end of the San Luis Valley. It is located along a Forest Service trail at the Crestone campground, at an elevation around 8600 ft. and consisted of 2 features. A winter survey at the adit documented a hibernating Townsend's big-eared bat, and a bat gate was recommended. A grated closure was planned for this feature, so making it bat passable by adding an access slot was easy to accommodate. The other feature, a shaft, was determined to not provide any potential for significant bat habitat, and was closed. These features are along a heavily used trail. Reclamation work was completed in the spring of 2005.

# 2005 PROJECT SUMMARIES
# BLM PROJECTS

## SAN JUAN RESOURCE AREA

### WEDDING BELL PROJECT

The Wedding Bell project, located near Wedding Bell Mountain in Montrose County, contains 105 sites. The elevation of the sites ranges from about 6,200 – 6,800 feet. The project was initiated in the winter of 2005, because a bicycling hut to hut system was established in the area. No existing mine inventory was available for the project, and mine site locations and inventory were conducted on site in the field with BIMP crew members and BLM personnel. The project is very large, with over 100 mine features to date. Therefore, it was decided that the bat evaluations would need to be divided into groups, and conduct evaluations as multi-year efforts. The highest priority group was that determined by BLM personnel to be those in the area of the hut, where most recreational activity would be concentrated. Surveys started in February 2005, but at this point, some sites have not had any initial evaluation for bat habitat.

Internal, external, capture, and video surveys were conducted on the project this year. Bats were captured or observed at the following mine numbers and connecting sites: 891A1/S1; 892A1; 892A3/A2; 892A7/A6/S2/S3; 893A1; 893A2; 893A6; 894A1; 894S1; 894S2; 894S3; 895A1/A6/S1; 895A2; 895A3; 895A4/S2; 896A8; 896A11; 903A1; 904A1; 904A2/S1; 906A1; 906A3; 908A1; and 908A3. Species documented were *Corynorhinus townsendii* (Townsend's big-eared bat), *Myotis ciliolabrum* (Western small-footed myotis), *Myotis californicus* (California myotis), *Myotis volans* (Long-legged myotis), *Myotis thysanodes* (Fringed myotis), and *Myotis evotis* (Long-eared myotis), and *Eptesicus fuscus* (Big brown bat).

At this point in the project evaluation, 17 features are recommended for bat gates, or need a gate consultation. Additional gate recommendations are pending. Three sites had evidence of significant bat sign; 891A2, 893A7, and 909A4. All sites that have not yet had any pre-survey work conducted are not included in this year end report, and all will still need evaluations in 2006.

A pathway from the hut and hand-made stone arrows, point the way to some of the most dangerous sites on the project. Bicycle-cleated footprints show people are exposing themselves to high radiation and other hazards at the portals. The 907 features are near the hut, and include a soft-collared, deep shaft, and large, fractured, and highly radioactive adits, all which pose significant hazards to recreational users. Footprints and other sign of high, recent visitation are everywhere in and around these sites. Warning signs need to be posted for the people utilizing the hut to hut system, and these sites will need to be closed, after exclusion for bats. The 907 features do not provide any significant bat roosting habitat.

## GATE RECOMMENDATIONS ON THE PROJECT
## CURRENT STATUS

| MINE NAME | ID NUMBER | STATUS |
|---|---|---|
| | | |
| WEDDING BELL 892A1 | BWEDD0501 | BAT GATE RECOMMENDED |
| WEDDING BELL 892A2 | BWEDD0502 | BAT GATE RECOMMENDED |
| WEDDING BELL 892A3 | BWEDD0503 | BAT GATE RECOMMENDED |
| WEDDING BELL 894S1 | BWEDD0519 | GATE CONSULTATION |
| WEDDING BELL 894S2 | BWEDD0520 | GATE CONSULTATION |
| WEDDING BELL 895A1 | BWEDD0524 | BAT GATE CONSULTATION |
| WEDDING BELL 895A3 | BWEDD0526 | BAT GATE RECOMMENDED |
| WEDDNG BELL 895A4 | BWEDD0527 | SURVEY 2006 OR GATE |

| | | |
|---|---|---|
| WEDDING BELL 895A6 | BWEDD0529 | BAT GATE CONSULTATION |
| WEDDING BELL 896A9 | BWEDD0540 | GATE CONSULTATION |
| WEDDING BELL 895S2 | BWEDD0550 | SURVEY 2006 OR GATE |
| WEDDING BELL 891A1 | BWEDD0551 | SURVEY 2006 OR GATE |
| WEDDING BELL 891S1 | BWEDD0561 | POSSIBLE AIR FLOW GATE |
| WEDDING BELL 904A1 | BWEDD0563 | WINTER 2006 OR GATE |
| WEDDING BELL 904A2 | BWEDD0564 | WINTER 2006 OR GATE |
| WEDDING BELL 906A1 | BWEDD0566 | BAT GATE RECOMMENDED |
| WEDDING BELL 906A3 | BWEDD0568 | BAT GATE RECOMMENDED |

**WEDDING BELL PROJECT SURVEY NEEDS IN 2006**

***(NOTE: LIST REFLECTS ONLY THOSE MINES THAT HAVE BEEN PRE-SURVEYED IN 2005)***

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| WEDDING BELL 892A5 | BWEDD0505 | SURVEY SUMMER 2006 |
| WEDDING BELL 892A6 | BWEDD0506 | WINTER/SUM SUR 2006 |
| WEDDING BELL 892A7 | BWEDD0507 | WINTER/SUM SUR 2006 |
| WEDDING BELL 892S1 | BWEDD0508 | MORE EVALUATIONS 2006 |
| WEDDING BELL 892S2 | BWEDD0509 | MORE EVALUATIONS 2006 |
| WEDDING BELL 892S3 | BWEDD0510 | MORE EVALUATIONS 2006 |
| WEDDING BELL 893A5 | BWEDD0515 | SURVEY SUMMER 2006 |
| WEDDING BELL 893A7 | BWEDD0517 | SURVEY SUMMER 2006 |
| WEDDING BELL 893V1 | BWEDD0518 | SURVEY SUMMER 2006 |
| WEDDNG BELL 895A4 | BWEDD0527 | SURVEY 2006 OR GATE |
| WEDDING BELL 895A5 | BWEDD0528 | SURVEY SUMMER 2006 |
| WEDDING BELL 895S1 | BWEDD0530 | AIR FLOW EVALUATION 2006 |
| WEDDING BELL 895S2 | BWEDD0550 | SURVEY 2006 OR GATE |
| WEDDING BELL 891A1 | BWEDD0551 | SURVEY 2006 OR GATE |
| WEDDING BELL 891A2 | BWEDD0552 | SURVEY 2006 |
| WEDDING BELL 891A3 | BWEDD0553 | SURVEY 2006 |
| WEDDING BELL 891A4 | BWEDD0554 | SURVEY 2006 |
| WEDDING BELL 891A5 | BWEDD0555 | SURVEY 2006 |
| WEDDING BELL 891A6 | BWEDD0557 | SURVEY 2006 |
| WEDDING BELL 891A7 | BWEDD0558 | SURVEY 2006 |
| WEDDING BELL 903A1 | BWEDD0562 | SUMMER SURVEY 2006 |
| WEDDING BELL 904A1 | BWEDD0563 | WINTER 2006 OR GATE |
| WEDDING BELL 904A2 | BWEDD0564 | WINTER 2006 OR GATE |
| WEDDING BELL 904S1 | BWEDD0565 | AIR FLOW EVALUATION 2006 |
| WEDDING BELL 908A1 | BWEDD0571 | SURVEY SUMMER 2006 |
| WEDDING BELL 908A2 | BWEDD0572 | WINTER 2006 OR CLOSE |
| WEDDING BELL 908A3 | BWEDD0584 | WINTER SURVEY 2006 |
| WEDDING BELL 911A2 | BWEDD0586 | WINTER SURVEY 2006 |
| WEDDING BELL 909A2 | BWEDD0588 | SURVEYS 2006 |
| WEDDING BELL 909AB | BWEDD0589 | SURVEYS 2006 |
| WEDDING BELL 909A4 | BWEDD0590 | SURVEYS 2006 |
| WEDDING BELL 910A1 | BWEDD0591 | WINTER SURVEY 2006 |
| WEDDING BELL 910S1 | BWEDD0592 | WINTER SURVEY 2006 |
| WEDDING BELL 532 | BWEDD0593 | SURVEYS 2006 |
| WEDDING BELL A2B | BWEDD0594 | EVALUATE RADON 2006 |
| WEDDING BELL 895A2 | BWWEDD052 | SURVEY SUMMER 2006 |

# MONTROSE RESOURCE AREA

## EAGLE BASIN (HIEROGLYPHIC CANYON) PROJECT

The Hieroglyphic Project, re-named the Eagle Basin project, is located in Montrose County, in Piñon/Juniper habitat at an elevation of 5400-6000 ft., and is comprised of 57 mine features. The project was first started in 2003, and some final survey work was conducted in 2005. The Eagle Basin project is the first phase of a large scale reclamation effort by state and federal agencies in the Uravan area. An important discovery on this project in 2003 was the documentation of a Townsend's big-eared bat maternity roost. This is a significant find, in that it represents one of only a handful of such maternity roosts known statewide for this species. The 1543, 1545, 1551 complex appears to all be used by the maternity colony. Survey work in 2005 included both winter (9 mines) and summer (12 mines) evaluations at a few remaining sites. In addition, some new private land sites were added to the project, and evaluation of these new features was also conducted this year. Cross-reference of the Hieroglyphic project numbers and Eagle Basin numbers are provided for features with gate recommendations in the table below. A field site review with DMG personnel was conducted in November to ensure that site numbers were not confused or incorrect. Also of note was the documentation of a hibernating Silver-haired bat in the 519 complex, a record first documented in the winter of 2004 when 3 hibernating Silver-haired bats were found in three separate mines in the Joe Davis Hill Project. In addition, a Silver-haired bat was documented utilizing a mine on the project during summer surveys at mine 1555.

After final analysis, 22 features are recommended for possible bat gates based on evaluations in 2003, 2004 and 2005. This is a large amount of gates for one project, but the importance of the *C. townsendii* maternity roost, and current research that suggests the critical importance of multiple roost site use by maternity colonies of this species, supports the gating efforts.
*See the 2003 & 2004 report for further information on this project*.

**BAT GATE RECOMENDATIONS ON THE PROJECT**
**FINAL STATUS**

| MINE NAME | EAGLE BASIN NUMBER | STATUS |
|---|---|---|
| | | |
| HIEROGLYPHIC 519 A1 | EB 10 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 519 A2 | EB 11 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 519 A3 | EB 12 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 520 A1 | EB 8 | PENDING GATE OR CLOSE |
| HIEROGLYPHIC 521 A1 | EB 9 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1540 | EB 17 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A1 | EB 33 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A2 | EB 32 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A3 | EB 31 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543P3 | EB 30 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1545A1 | EB 28 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1547 | EB 24 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1548P1 | EB 29 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1550A1 | EB 20 | SLOT GATE OR CLOSE |
| HIEROGLYPHIC 1551A1 | EB 21 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1551A2 | EB 22 | BAT GATE PENDING BIDS |
| HIEROGLYPHIC 1553A1 | EB 41 or 42 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1553P1 | EB 41 or 42 | POSSIBLE AIR FLOW NEEDED |
| HIEROGLYPHIC 1554A2 | EB 37 or 38 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1555 | EB 39 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 521 A3 | EB 9 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543S1 | NOT ON INVENTORY | AIR FLOW GRATE |

# CANON CITY RESOURCE AREA

## DAKOTA PROJECT

The Dakota project is located northeast of Canon City, in Fremont County, and contains eleven sites. This project was initiated in 2004 and gate recommendations were made. Bat species observed or captured were *Corynorhinus townsendii* (Townsend's big-eared bat), *Eptesicus fuscus* (Big brown bat), *Myotis ciliolabrum* (Western small-footed myotis), *Myotis yumanensis* (Yuma myotis) and *M. lucifugus*. A significant discovery on this project was the documentation of 10 reproductively active female *C. townsendii,* indicating that a maternity roost is utilizing these features. Additional information was gathered in 2005 to try and confirm the extent of use by the maternity colony of these features. Based on winter air flow movement, and early summer season work, it was determined that feature 8 is connected to the mine complex found at sites 3, 4, 5, 10, 11, 11A, and 12 and recommendations were adjusted to reflect these findings. In September 2005, sites 6, 7, and 7A, which are interconnected, were gated with bat-friendly closures. Future post gate surveys will be needed to determine the success of these gate designs. Some additional, non-inventoried features remain in the area, and additional bat work is anticipated in the future. The remaining closure work for this project will also occur in the coming year, and an on-site consultation will be needed to discuss the gating possibilities for the remaining features, especially the 3, 4, 5, 10, 8, 11, 11A, and 12 complex.

### GATE RECOMMENDATIONS ON THE PROJECT
### FINAL STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| DAKOTA 1 | BDAKO0401 | BAT GATE RECOMMENDED |
| DAKOTA 4 | DDAKO0404 | AIR FLOW GATE |
| DAKOTA 5 | DDAKO0405 | BAT GATE RECOMMENDED |
| DAKOTA 6 | DDAKO0406 | BAT GATE INSTALLED 2005 |
| DAKOTA 7 | DDAKO0407 | BAT GATE INSTALLED 2005 |
| DAKOTA 8 | DDAKO0408 | BAT GATE RECOMMENDED |
| DAKOTA 7A | DDAKO0411 | BAT GATE INSTALLED 2005 |
| DAKOTA 11 | DDAKO0413 | POSSIBLE AIR GRATE |
| DAKOTA 12 | DDAKO0414 | POSSIBLE AIR GRATE |
| DAKOTA 11A | DDAKO0415 | POSSIBLE AIR GRATE |

## TEMPLE CANYON PROJECT

The Temple Canyon Project is located in Fremont County, near Canon City, between 5,559 and 6041feet in elevation in piñon/juniper habitat. The project has 17 sites, some of which are located near recreational areas with high public use and access. Several sites in this project were heavily disturbed by people, with evidence of fires, cached firewood, sooty ceilings, and trash. Survey work was initiated in winter, but snowfall in February made accessing these sites difficult and time consuming. Some stopes and shafts associated with adits were not surveyed at this time because the features were covered with snow and could not be safely approached. Winter internal evaluations indicate that the **TC-5/TC-5A** feature is an important hibernacula for Townsend's big-eared bats, with 8 observed during a February survey. The complex is also an important complex for Townsend's big-eared bats throughout the year, as summer activity is high at this complex. The species was also documented in the site in the fall. Video surveys of the 5A shaft indicate that Townsend's big-eared bats utilize the shaft for entry and exit. A cupola bat gate is recommended there to protect this important roost site. This feature is up the hill-side, from TC-5, and much more difficult to see. Other features also documented good use by bats, both summer and fall. However, some of these features (**TC-9, TC-10A, TC-10B, TC-10C, TC-11, TC-12 and**

**TC-13** complex) will be very difficult and expensive to gate, and it may not be possible to provide preservation of the site for bats. Other sites, which had bat use documented, or mine conditions that appear ideal for roosting habitat, have evidence of high human visitation. This would likely require more expensive gate designs, and higher potential maintenance requirements if gated for bats. This would include the TC- 1-4 features. However, if a grated closure is utilized for TC-2, then bat slots are recommended. TC-8, which also may receive high visitation, is not accessible by vehicles, and may be too visible to receive much potential for vandalism, and therefore a bat gate is recommended. In addition, TC-14 is off the path of high public use, and also receives a bat gate recommendation.

## GATE RECOMMENDATIONS ON THE PROJECT
## CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| TEMPLE CANYON 2 | BTEMP0502 | GATE WITH SLOTS |
| TEMPLE CANYON 5 | BTEMP0505 | FULL GATE RECOMMENDED |
| TEMPLE CANYON 8 | BTEMP0508 | LADDER GATE RECOMMENDED |
| TEMPLE CANYON 9 | BTEMP0509 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 10A | BTEMP0510 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 11 | BTEMP0511 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 12 | BTEMP0512 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 13 | BTEMP0513 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON TC 5A | BTEMP0514 | CUPOLA GATE RECOMMENDED |
| TEMPLE CANYON 10B | BTEMP0517 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON TC-14 | DTEMP0518 | FULL GATE RECOMMENDED |

## 2005 PROJECT DATA SUMMARIES

23

BLM_0059114

**JEFFCO PROJECT**

Denver
Golden
Evergreen
Jeffco Project

24

BLM_0059115

# JEFFCO PROJECT: 2005
## MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| JEFFCO PJ-1 | DJEFF0519 | PENDING |
| JEFFCO PJ-2 | DJEFF0520 | EVALUATION COMPLETE |
| JEFFCO PJ-3 | DJEFF0521 | EVALUATION COMPLETE |
| JEFFCO PJ-4 | DJEFF0522 | POOR HABITAT-DROP |
| JEFFCO PJ-5 | DJEFF0523 | EVALUATION COMPLETE |
| JEFFCO PJ-1A | DJEFF0525 | CULVERT GATE RECOMMEND |
| JEFFCO JCOS -4 | LDEER9201 | BAT LADDER RECOMMENDED |
| JEFFCO JCOS2 | LJEFF0502 | EVALUATION COMPLETE |
| JEFFCO JCOS5 | LJEFF0505 | POOR HABITAT-DROP |
| JEFFCO JCOS6 | LJEFF0506 | BAT LADDER RECOMMENDED |
| JEFFCO JCOS7 | LJEFF0507 | SLOTS GATE RECOMMENDED |
| JEFFCO JCOS8A | LJEFF0508 | AIR GRATE RECOMMENDED |
| JEFFCO JCOS-9 | LJEFF0509 | POOR HABITAT-DROP |
| JEFFCO BC-1 | LJEFF0510 | BAT LADDER RECOMMENDED |
| JEFFCO RR-1 | LJEFF0511 | SLOT GATE PENDING |
| JEFFCO RR-2 | LJEFF0512 | BAT LADDER RECOMMENDED |
| JEFFCO RR-3 | LJEFF0513 | EVALUATION COMPLETE |
| JEFFCO RR-4 | LJEFF0514 | BAT GATE RECOMMENDED |
| JEFFCO RR-5 | LJEFF0515 | EVALUATION COMPLETE |
| JEFFCO RR-6 | LJEFF0516 | POOR HABITAT-DROP |
| JEFFCO CC-2 | LJEFF0517 | EVALUATION COMPLETE |
| JEFFCO CC-3 | LJEFF0518 | BAT LADDER RECOMMENDED |
| JEFFCO JCOS8B | LJEFF0524 | AIR GRATE RECOMMENDED |

# JEFFCO PROJECT: 2005
## GATE RECOMMENDATIONS ON THE PROJECT
## CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| | | |
| JEFFCO PJ-1 | DJEFF0519 | PENDING |
| JEFFCO PJ-1A | DJEFF0525 | CULVERT GATE RECOMMEND |
| JEFFCO JCOS -4 | LDEER9201 | BAT LADDER RECOMMENDED |
| JEFFCO JCOS6 | LJEFF0506 | BAT LADDER RECOMMENDED |
| JEFFCO JCOS7 | LJEFF0507 | SLOTS GATE RECOMMENDED |
| JEFFCO JCOS8A | LJEFF0508 | AIR GRATE RECOMMENDED |
| JEFFCO BC-1 | LJEFF0510 | BAT LADDER RECOMMENDED |
| JEFFCO RR-1 | LJEFF0511 | SLOT GATE PENDING |
| JEFFCO RR-2 | LJEFF0512 | BAT LADDER RECOMMENDED |
| JEFFCO RR-4 | LJEFF0514 | BAT GATE RECOMMENDED |
| JEFFCO CC-3 | LJEFF0518 | BAT LADDER RECOMMENDED |
| JEFFCO JCOS8B | LJEFF0524 | AIR GRATE RECOMMENDED |

# JEFFCO PROJECT

## 2005 FIELD SEASON
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| JEFFCO BC-1 | 5/17/2005 | MYOTIS CILIOLABRUM | M |
| | 5/17/2005 | MYOTIS EVOTIS | F |
| | 5/17/2005 | MYOTIS EVOTIS | F |
| | 5/17/2005 | MYOTIS EVOTIS | F |
| | 5/17/2005 | MYOTIS EVOTIS | F |
| | 5/17/2005 | MYOTIS THYSANODES | F |
| | Total at this mine = | 6 | |
| JEFFCO JCOS -4 | 8/26/1993 | MYOTIS THYSANODES | M |
| | 3/ 2/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 2 | |
| JEFFCO JCOS6 | 10/17/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 1 | |
| JEFFCO PJ-1 | 5/19/2005 | CORYNORHINUS TOWNSENDII | U |
| | 5/19/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 2 | |
| JEFFCO PJ-1A | 2/28/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 1 | |
| JEFFCO RR-1 | 3/ 2/2005 | MYOTIS CILIOLABRUM | U |
| | 3/ 2/2005 | MYOTIS CILIOLABRUM | U |
| | 5/18/2005 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 3 | |
| JEFFCO RR-4 | 3/ 2/2005 | MYOTIS CILIOLABRUM | U |
| | Total at this mine = | 1 | |

**SUNSET CITY PROJECT**

Sunset City Project
Florence
Canon City

27

BLM_0059118

## SUNSET CITY PROJECT: 2005
### MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| SUNSET CITY 1A | BSUNS0501 | GATE CONSULTATION NEEDED |
| SUNSET CITY IB | BSUNS0502 | GATE CONSULTATION NEEDED |
| SUNSET CITY 1C | BSUNS0503 | EVALUATION COMPLETE |
| SUNSET CITY GM-4 | BSUNS0505 | EVALUATION COMPLETE |
| SUNSET CITY WD-2 | DSUNS0516 | SURVEY SPG/FALL 2006 |
| SUNSET CITY WD-3 | DSUNS0517 | EVALUATION COMPLETE |
| SUNSET CITY WD-4 | DSUNS0518 | EVALUATION COMPLETE |
| SUNSET CITY WD-5 | DSUNS0519 | EVALUATION COMPLETE |
| SUNSET CITY WD-6 | DSUNS0520 | EVALUATION COMPLETE |
| SUNSET CITY WD-7 | DSUNS0521 | EVALUATION COMPLETE |
| SUNSET CITY WD-8 | DSUNS0522 | SURVEY SPG/FALL 2006 |
| SUNSET CITY WD-9 | DSUNS0523 | EVALUATION COMPLETE |
| SUNSET CITY WD-10 | DSUNS0524 | EVALUATION COMPLETE |
| SUNSET CITY WD-11 | DSUNS0525 | EVALUATION COMPLETE |
| SUNSET CITY GM-1 | XSUNS0502 | EVALUATION COMPLETE |
| SUNSET CITY GM-2 | XSUNS0503 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-3 | XSUNS0504 | EVALUATION COMPLETE |
| SUNSET CITY GM-5 | XSUNS0506 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-6 | XSUNS0507 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-7 | XSUNS0508 | EVALUATION COMPLETE |
| SUNSET CITY GM-8 | XSUNS0509 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-9 | XSUNS0510 | EVALUATION COMPLETE |
| SUNSET CITY SC-2 | XSUNS0511 | BAT GATE RECOMMENDED |
| SUNSET CITY SC-3 | XSUNS0512 | SURVEY SPG/FALL 2006 |
| SUNSET CITY SC-4 | XSUNS0513 | EVALUATION COMPLETE |
| SUNSET CITY SC-5 | XSUNS0514 | SURVEY 2006 - HP |
| SUNSET CITY WD-1 | XSUNS0515 | EVALUATION COMPLETE |

## SUNSET CITY PROJECT: 2005
### GATE RECOMMENDATIONS ON THE PROJECT
### CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| | | |
| SUNSET CITY 1A | BSUNS0501 | GATE CONSULTATION NEEDED |
| SUNSET CITY IB | BSUNS0502 | GATE CONSULTATION NEEDED |
| SUNSET CITY SC-2 | XSUNS0511 | BAT GATE RECOMMENDED |

# SUNSET CITY PROJECT: 2005
## PROJECT SURVEY NEEDS IN 2006

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| SUNSET CITY WD-2 | DSUNS0516 | SURVEY SPG/FALL 2006 |
| SUNSET CITY WD-8 | DSUNS0522 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-2 | XSUNS0503 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-5 | XSUNS0506 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-6 | XSUNS0507 | SURVEY SPG/FALL 2006 |
| SUNSET CITY GM-8 | XSUNS0509 | SURVEY SPG/FALL 2006 |
| SUNSET CITY SC-3 | XSUNS0512 | SURVEY SPG/FALL 2006 |
| SUNSET CITY SC-5 | XSUNS0514 | SURVEY 2006 - HP |

# SUNSET CITY PROJECT
## 2005 FIELD SEASON
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| SUNSET CITY 1A | 7/ 8/2005 | MYOTIS CILIOLABRUM | F |
| | 7/ 8/2005 | MYOTIS CILIOLABRUM | F |
| | Total at this mine = | 2 | |
| SUNSET CITY SC-2 | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | U |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 7/ 8/2005 | MYOTIS THYSANODES | F |
| | 9/29/2005 | CORYNORHINUS TOWNSENDII | M |
| | Total at this mine = | 17 | |

Gunnison

Vulcan Project

Lake City

VULCAN PROJECT

30

BLM_0059121

**VULCAN PROJECT: 2005**
**MINE SITE SUMMARY - CURRENT STATUS**

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| VULCAN 35 | BPOWD0339 | LADDER GATE RECOMMENDED |
| VULCAN 2 | BVULC0402 | LITTLE POTENTIAL |
| VULCAN 4 | BVULC0404 | LITTLE POTENTIAL |
| VULCAN 5 | BVULC0405 | LITTLE POTENTIAL |
| VULCAN 6 | BVULC0406 | LITTLE POTENTIAL |
| VULCAN 8 | BVULC0408 | LITTLE POTENTIAL |
| VULCAN 9 | BVULC0409 | LITTLE POTENTIAL |
| VULCAN 10 | BVULC0410 | LITTLE POTENTIAL |
| VULCAN 11 | BVULC0411 | LITTLE POTENTIAL |
| VULCAN 17 | BVULC0417 | LADDER GATE RECOMMENDED |
| VULCAN 18 | BVULC0418 | LITTLE POTENTIAL |
| VULCAN 22 | BVULC0422 | LITTLE POTENTIAL |
| VULCAN 25 | BVULC0425 | EVALUATIONS COMPLETE |
| VULCAN 26 | BVULC0426 | EVALUATIONS COMPLETE |
| VULCAN 27 | BVULC0427 | LITTLE POTENTIAL |
| VULCAN 28 | BVULC0428 | LITTLE POTENTIAL |
| VULCAN 32 | BVULC0432 | LITTLE POTENTIAL |
| VULCAN 33 | BVULC0433 | LITTLE POTENTIAL |
| VULCAN 34 | BVULC0434 | LITTLE POTENTIAL |
| VULCAN 36 | BVULC0436 | LITTLE POTENTIAL |
| VULCAN 37 | BVULC0437 | SLOT GATE RECOMMENDED |
| VULCAN 1 | XVULC0401 | EVALUATIONS COMPLETE |
| VULCAN 3 | XVULC0403 | EVALUATIONS COMPLETE |
| VULCAN 7 | XVULC0407 | LITTLE POTENTIAL |
| VULCAN 12 | XVULC0412 | LITTLE POTENTIAL |
| VULCAN 13 | XVULC0413 | LITTLE POTENTIAL |
| VULCAN 14 | XVULC0414 | LITTLE POTENTIAL |
| VULCAN 15 | XVULC0415 | LITTLE POTENTIAL |
| VULCAN 16 | XVULC0416 | EVALUATIONS COMPLETE |
| VULCAN 19 | XVULC0419 | LITTLE POTENTIAL |
| VULCAN 20 | XVULC0420 | LITTLE POTENTIAL |
| VULCAN 21 | XVULC0421 | LITTLE POTENTIAL |
| VULCAN 23 | XVULC0423 | LITTLE POTENTIAL |
| VULCAN 24 | XVULC0424 | LADDER GATE RECOMMENDED |
| VULCAN 29 | XVULC0429 | EVALUATIONS COMPLETE |
| VULCAN 30 | XVULC0430 | SLOT GATE RECOMMENDED |
| VULCAN 31 | XVULC0431 | SLOT GATE RECOMMENDED |
| VULCAN 38 | XVULC0438 | LITTLE POTENTIAL |
| VULCAN 39 | XVULC0439 | LITTLE POTENTIAL |
| VULCAN 40 | XVULC0440 | SLOT GATE RECOMMENDED |
| VULCAN 41 | XVULC0441 | LITTLE POTENTIAL |
| VULCAN 42 | XVULC0442 | SLOT GATE RECOMMENDED |
| VULCAN 43 | XVULC0443 | SLOT GATE RECOMMENDED |

# VULCAN PROJECT: 2005

## GATE RECOMMENDATIONS ON THE PROJECT

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| | | |
| VULCAN 35 | BPOWD0339 | LADDER GATE RECOMMENDED |
| VULCAN 17 | BVULC0417 | LADDER GATE RECOMMENDED |
| VULCAN 37 | BVULC0437 | SLOT GATE RECOMMENDED |
| VULCAN 24 | XVULC0424 | LADDER GATE RECOMMENDED |
| VULCAN 30 | XVULC0430 | SLOT GATE RECOMMENDED |
| VULCAN 31 | XVULC0431 | SLOT GATE RECOMMENDED |
| VULCAN 40 | XVULC0440 | SLOT GATE RECOMMENDED |
| VULCAN 42 | XVULC0442 | SLOT GATE RECOMMENDED |
| VULCAN 43 | XVULC0443 | SLOT GATE RECOMMENDED |

## VULCAN PROJECT

## 2005 FIELD SEASON
## SPECIES LIST

| MINE_NAME | FIELD_DATE | SPECIES | SEX |
|---|---|---|---|
| VULCAN 17 | 7/23/2005 | MYOTIS VOLANS | F |
| | 7/23/2005 | MYOTIS VOLANS | F |
| | 7/23/2005 | MYOTIS VOLANS | F |
| | 7/23/2005 | MYOTIS VOLANS | F |
| | 7/23/2005 | MYOTIS VOLANS | F |
| | 7/23/2005 | MYOTIS VOLANS | M |
| | 7/23/2005 | MYOTIS VOLANS | U |
| | Total at this mine = | 7 | |
| VULCAN 25 | 7/22/2005 | MYOTIS CILIOLABRUM | M |
| | 7/22/2005 | MYOTIS VOLANS | M |
| | Total at this mine = | 2 | |
| VULCAN 30 | 7/22/2005 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 1 | |
| VULCAN 31 | 7/23/2005 | MYOTIS EVOTIS | F |
| | 7/23/2005 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 2 | |
| VULCAN 42 | 7/21/2005 | MYOTIS EVOTIS | M |
| | Total at this mine = | 1 | |

## BELLEVUE MT PROJECT

## BELLEVUE MT. PROJECT: 2005
## MINE SITE SUMMARY - CURRENT STATUS

| MINE - NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| BELLEVUE MOUNTAIN BM-I | DBELL0501 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-2 | DBELL0502 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-3 | DBELL0503 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-4 | DBELL0504 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-6 | DBELL0506 | NO PERMISSION |
| BELLEVUE MOUNTAIN BM-7 | DBELL0507 | SURVEY 2006 OR GATE |
| BELLEVUE MOUNTAIN BM-8 | DBELL0508 | NO PERMISSION |
| BELLEVUE MOUNTAIN BM-I0 | DBELL0510 | SURVEY 2006 OR GATE |
| BELLEVUE MOUNTAIN BM-I2 | DBELL0512 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-I3 | DBELL0513 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-14 | DBELL0514 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-15 | DBELL0515 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-I6 | DBELL0516 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-I7 | DBELL0517 | SURVEY SPRING 2006 |
| BELLEVUE MOUNTAIN BM-18 | DBELL0518 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-20 | DBELL0520 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN PM1 | DBELL0521 | EVALUATIONS COMPLETE |
| BELLEVUE PM2 | DBELL0522 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN PM-8 | DBELL0528 | EVALUATIONS COMPLETE |
| BELLEVUE MOUNTAIN BM-II | XBELL0511 | SURVEY SUMMER 2006 |

## GATE RECOMMENDATIONS AND SURVEY NEEDS 2006
## CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| BELLEVUE MOUNTAIN BM-7 | DBELL0507 | SURVEY 2006 OR GATE |
| BELLEVUE MOUNTAIN BM-I0 | DBELL0510 | SURVEY 2006 OR GATE |
| BELLEVUE MOUNTAIN BM-I7 | DBELL0517 | SURVEY SPRING 2006 |
| BELLEVUE MOUNTAIN BM-II | XBELL0511 | SURVEY SUMMER 2006 |

# BELLEVUE MT PROJECT
## 2005 FIELD SEASON SPECIES LIST

| MINE_NAME | FIELD_DATE | SPECIES | SEX |
|---|---|---|---|
| BELLEVUE MOUNTAIN BM-I0 | 8/18/2005 | MYOTIS VOLANS | U |
| | 8/18/2005 | MYOTIS VOLANS | M |
| | 8/18/2005 | MYOTIS VOLANS | M |
| | 8/18/2005 | MYOTIS VOLANS | F |
| | Total at this mine = | 4 | |
| BELLEVUE MOUNTAIN BM-7 | 8/18/2005 | MYOTIS VOLANS | M |
| | 8/18/2005 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 2 | |

**GRAPE CREEK PROJECT**

Grape Creek Project
Canon City
Florence

35

BLM_0059126

## GRAPE CREEK PROJECT: 2005

## MINE SITE SUMMARY - CURRENT STATUS & 2006 SURVEY NEEDS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| GRAPE CREEK GC-1A | LGRAP0501 | SURVEYS 2006 |
| GRAPE CREEK GC-1B | LGRAP0502 | SURVEYS 2006 |
| GRAPE CREEK GC-1C | LGRAP0503 | EVALUATION COMPLETE |
| GRAPE CREEK GC-2 | LGRAP0504 | SURVEYS 2006 |
| GRAPE CREEK GC-3 | LGRAP0505 | SURVEYS 2006 |
| GRAPE CREEK GC-4 | LGRAP0506 | SURVEYS 2006 |
| GRAPE CREEK GC-5 | LGRAP0507 | SURVEYS 2006 |

## FUTURITY PROJECT

Buena Vista

37

BLM_0059128

# FUTURITY PROJECT: 2005

## MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| FUTURITY LPG-1 | BFUTU0508 | EVALUATION COMPLETE |
| FUTURITY LPG-2 | BFUTU0509 | EVALUATION COMPLETE |
| FUTURITY F-5 | FFUTU0506 | EVALUATION COMPLETE |
| FUTURITY MG-1 | FFUTU0510 | EVALUATION COMPLETE |
| FUTURITY TG-1 | FFUTU0511 | EVALUATION COMPLETE |
| FUTURITY TG-4 | FFUTU0514 | EVALUATION COMPLETE |
| FUTURITY F-1 | XFUTU0502 | EVALUATION COMPLETE |
| FUTURITY F-2 | XFUTU0503 | EVALUATION COMPLETE |
| FUTURITY F-3 | XFUTU0504 | EVALUATION COMPLETE |
| FUTURITY F-4 | XFUTU0505 | EVALUATION COMPLETE |
| FUTURITY LJ1 | XFUTU0507 | EVALUATION COMPLETE |
| FUTURITY TG-2 | XFUTU0512 | EVALUATION COMPLETE |
| FUTURITY TG-3 | XFUTU0513 | EVALUATION COMPLETE |

## SUMMERVILLE PROJECT: 2005
## MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| SUMMERVILLE SU1 (TUCKER) | DTUCK0041 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE SU1A (TUCKER) | DTUCK0042 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE SU2 (TUCKER) | DTUCK0043 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE SU3 (TUCKER) | DTUCK0044 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE SU4 (TUCKER) | DTUCK0045 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE SU5 (TUCKER) | DTUCK0046 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE W1 (TUCKER) | DTUCK0047 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE CG29 | FGACG0232 | EVALUATIONS COMPLETE |
| SUMMERVILLE R1 (LEFTHAND) | FGACG0250 | EVALUATIONS COMPLETE |
| SUMMERVILLE R2 (LEFTHAND) | FGACG0251 | GATE CONSULTATION |
| SUMMERVILLE R3 (LEFTHAND) | FGACG0252 | EVALUATIONS COMPLETE |
| SUMMERVILLE BA-1 | XSUMM0501 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE BA-3 | XSUMM0503 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE BA-4 | XSUMM0504 | EVALUATIONS COMPLETE |
| SUMMERVILLE BA-5 | XSUMM0505 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE BA-6 | XSUMM0506 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE BA-8 | XSUMM0508 | NO BAT HABITAT POTENTIAL |
| SUMMERVILLE BA-9 | XSUMM0513 | NO BAT HABITAT POTENTIAL |

## SUMMERVILLE PROJECT

## 2005 FIELD SEASON
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| SUMMERVILLE R2 | 9/17/2005 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | I | |

# TREASURE GULCH PROJECT

Treasure Gulch Project
Florence
Silver Cliff

40

BLM_0059131

## TREASURE GULCH PROJECT: 2005
## MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| TREASURE GULCH H-2 | FTREA0502 | SURVEY 2006 |
| TREASURE GULCH H-1 | FTREA0502 | EVALUATION COMPLETE |
| TREASURE GULCH H-3 | FTREA0503 | SURVEY 2006 OR GATE |
| TREASURE GULCH O-1 | FTREA0504 | CLOSED 2005 |
| TREASURE GULCH O-2 | FTREA0505 | CLOSED 2005 |
| TREASURE GULCH O-3 | FTREA0506 | CLOSED 2005 |
| TREASURE GULCH O-4 | FTREA0507 | CLOSED 2005 |
| TREASURE GULCH O-5 | FTREA0508 | CLOSED 2005 |
| TREASURE GULCH O-6 | FTREA0509 | CLOSED 2005 |
| TREASURE GULCH O-7 | FTREA0510 | CLOSED 2005 |
| TREASURE GULCH O-8 | FTREA0511 | CLOSED 2005 |
| TREASURE GULCH O-9 | FTREA0512 | CLOSED 2005 |
| TREASURE GULCH O-10 | FTREA0513 | CLOSED 2005 |
| TREASURE GULCH O-11 | FTREA0514 | CLOSED 2005 |
| TREASURE GULCH O-12 | FTREA0515 | CLOSED 2005 |

## TREASURE GULCH PROJECT: 2005
## GATE RECOMMENDATIONS ON THE PROJECT
## CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| TREASURE GULCH H-3 | FTREA0503 | SURVEY 2006 OR GATE |

## PROJECT SURVEY NEEDS IN 2006

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| TREASURE GULCH H-2 | FTREA0502 | SURVEY 2006 |
| TREASURE GULCH H-3 | FTREA0503 | SURVEY 2006 OR GATE |

## TREASURE GULCH PROJECT

## 2005 FIELD SEASON
## SPECIES LIST

| MINE_NAME | FIELD_DATE | SPECIES | SEX |
|---|---|---|---|
| TREASURE GULCH H-3 | 9/27/2005 | MYOTIS VOLANS | F |
| | 9/27/2005 | MYOTIS VOLANS | M |
| | 9/27/2005 | MYOTIS VOLANS | M |
| | 9/27/2005 | MYOTIS VOLANS | M |
| | 9/27/2005 | MYOTIS VOLANS | M |
| | 9/27/2005 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 6 | |

## TREASURE GULCH SITE RESULTS:

**Treasure Gulch H-1 (FTREA0501)**
Treasure Gulch H-1 is a twenty-five foot, collapsing shaft. It provides no bat habitat and was dropped from further study.

**Treasure Gulch H-2 (FTREA0502)**
Treasure Gulch H-2 is an adit that faces south. The portal dimensions are 36 inches wide by 24 inches high. The elevation is 8,442 feet. The mine depth is about 100 feet. An external survey was conducted on July 7, 2005. A detector survey was conducted on August 6, 2005, and bats were using the mine. A quick internal survey was conducted on September 27, 2005, and while no bats were seen, scattered guano and many moth wings were observed. A capture survey was conducted that evening and no bats were captured. The weather was inclement, with gusty winds and rain ranging from mist to heavy downpours. This site has good potential as bat habitat, and documentation to date indicates a gate should be considered for the site. It is stable, opens up inside, and the site is remote.

**Treasure Gulch H-3 (FTREA0503)**
Treasure Gulch H-3 is an adit that faces south. The portal dimensions are 48 inches wide by 36 inches high. The elevation is 8,354 feet. The mine depth is 40 or more feet. Water is pooled inside and may provide drinking water for bats. An external survey was conducted on July 7, 2005 and moth wings were seen on the water. A detector survey was conducted on August 6, 2005, and many bats were observed using the mine. A capture survey was conducted on September 27, 2005. Six bats were captured, including one female and four male ***M. volans*** and one male ***M. ciliolabrum***. The weather was inclement, with gusty winds and rain ranging from mist to heavy downpours. This site has good potential for bat habitat, and documentation to date indicates a gate should be considered for the site. It is stable and the site is remote, and pooled water inside may provide drinking water.

**Treasure Gulch O-1 (FTREA0504)**
Treasure Gulch O-1 is a decline that faces southeast. The portal dimensions are 60 inches wide by 36 inches high. The elevation is 10,028 feet. The mine depth is 10 feet to water. An internal survey was conducted on July 6, 2005. No bats or bat sign were seen and they do not seem to be using the water for drinking. No further surveys were conducted at this site.

**Treasure Gulch O-2 (FTREA0505)**
Treasure Gulch O-2 is a trash-filled shaft. It provides no bat habitat and was dropped from further study.

**Treasure Gulch O-3 (FTREA0506)**
Treasure Gulch O-3 is a collapsed adit. It provides no bat habitat and was dropped from further study.

**Treasure Gulch O-4 (FTREA0507)**
Treasure Gulch O-4 is a fifteen-foot shaft. It provides no bat habitat and was dropped from further study.

**Treasure Gulch O-5 (FTREA0508)**
Treasure Gulch O-5 is an adit that faces southeast. The portal dimensions are 24 inches wide by 24 inches high. The elevation is 10,035 feet. The mine depth is 20 feet. An external survey was conducted on July 6, 2005. No bats or bat sign were seen when looking inside and the site appears to be collapsing at the portal. No further surveys were conducted at this site.

**Treasure Gulch O-6 (FTREA0509)**
Treasure Gulch O-6 is an adit that faces southeast. The portal dimensions are 60 inches wide by 36 inches high. The elevation is 9,940 feet. The mine depth is 40 or more feet. An external survey was conducted on July 6, 2005. No bats or bat sign were seen and the site appears to be collapsing. The site may be collapsed at 40 feet. The site also has a loose, sand and rock high-wall that is over 20 feet tall. No further surveys were conducted at this site.

**Treasure Gulch O-7 (FTREA0510)**
Treasure Gulch O-7 is a collapsed adit. It provides no bat habitat and was dropped from further study.

**Treasure Gulch O-8 (FTREA0511)**
Treasure Gulch O-8 is an eight-foot shaft. It provides no bat habitat and was dropped from further study.

**Treasure Gulch O-9 (FTREA0512)**
Treasure Gulch O-9 is a collapsed adit. It provides no bat habitat and was dropped from further study.

**Treasure Gulch O-10 (FTREA0513)**
Treasure Gulch O-10 is a twelve-foot shaft. It provides no bat habitat and was dropped from further study.

**Treasure Gulch O-11 (FTREA05114)**
Treasure Gulch O-11 is an adit that faces northeast. The portal dimensions are 36 inches wide by **48** inches high. The elevation is 10,150 feet. The mine depth is **40** feet. An internal survey was conducted on July 7, 2005. No bats or bat sign were seen, but pack rat debris obscures the floor. A detector survey was conducted on August 19, 2005, and no bats were recorded using the mine. While this site is the most promising of the “O” sites, it appears that it is only being held together by old timbers. No additional surveys were conducted at this site.

**Treasure Gulch O-12 (FTREA0515)**
Treasure Gulch O-12 is a collapsing decline. This site provides no bat habitat and was dropped from further study.

## RAILROAD GULCH PROJECT

Railroad Gulch Project
Salida
Buena Vista

44

BLM_0059135

# RAILROAD GULCH PROJECT: 2005
# MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| RAILROAD GULCH 100 | DRAIL0400 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 103 | DRAIL0403 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 104 | DRAIL0404 | LOW HABITAT POTENTIAL |
| RAIL ROAD GULCH 106 | DRAIL0406 | EVALUATION COMPLETE |
| RAILROAD GULCH 107 | DRAIL0407 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 108 | DRAIL0408 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 109 | DRAIL0409 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 110 | DRAIL0410 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 118 | DRAIL0418 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 124 | DRAIL0424 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 133 | DRAIL0433 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 101 | FRAIL0401 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 102 | FRAIL0402 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 112 | FRAIL0412 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 114 | FRAIL0414 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 115 | FRAIL0415 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 116 | FRAIL0416 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 117 | FRAIL0417 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 120 | FRAIL0420 | EVALUATION COMPLETE |
| RAILROAD GULCH 121 | FRAIL0421 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 122 | FRAIL0422 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 126 | FRAIL0426 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 128 | FRAIL0428 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 129 | FRAIL0429 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 130 | FRAIL0430 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 131 | FRAIL0431 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 132 | FRAIL0432 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 134 | FRAIL0434 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 112A | FRAIL0436 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 112B | FRAIL0437 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 111 | XRAIL0411 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 113 | XRAIL0413 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 123 | XRAIL0423 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 125 | XRAIL0425 | LOW HABITAT POTENTIAL |
| RAILROAD GULCH 127 | XRAIL0427 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 135 | XRAIL0439 | LOW HABITAT POTENTIAL |

## RAILROAD GULCH PROJECT: 2005
## GATE RECOMMENDATIONS ON THE PROJECT
## CURRENT STATUS

| MINE_NAME | ID_NUMBER | STATUS |
|---|---|---|
| | | |
| RAILROAD GULCH 107 | DRAIL0407 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 109 | DRAIL0409 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 114 | FRAIL0414 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 116 | FRAIL0416 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 112A | FRAIL0436 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 111 | XRAIL0411 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 113 | XRAIL0413 | BAT GATE RECOMMENDED |
| RAILROAD GULCH 127 | XRAIL0427 | BAT GATE RECOMMENDED |

## RAILROAD GULCH PROJECT

## 2005 FIELD SEASON
## SPECIES LIST

| MINE_NAME | FIELD_DATE | SPECIES | SEX |
|---|---|---|---|
| RAILROAD GULCH 107 | 6/17/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/26/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/26/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 3 | |
| RAILROAD GULCH 109 | 6/27/2004 | CORYNORHINUS TOWNSENDII | M |
| | 9/26/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/26/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 3 | |
| RAILROAD GULCH 111 | 6/26/2004 | MYOTIS VOLANS | M |
| | 6/26/2004 | MYOTIS VOLANS | F |
| | 6/26/2004 | MYOTIS VOLANS | F |
| | 6/26/2004 | MYOTIS VOLANS | F |
| | 6/26/2004 | MYOTIS VOLANS | F |
| | 6/26/2004 | MYOTIS VOLANS | F |
| | 6/26/2004 | MYOTIS VOLANS | F |
| | 6/26/2004 | MYOTIS VOLANS | F |
| | 6/26/2004 | MYOTIS VOLANS | F |
| | 9/25/2004 | MYOTIS EVOTIS | M |
| | 9/25/2004 | MYOTIS EVOTIS | M |
| | 9/25/2004 | MYOTIS EVOTIS | M |
| | 9/25/2004 | MYOTIS VOLANS | M |
| | 9/25/2004 | MYOTIS VOLANS | F |
| | 9/25/2004 | MYOTIS VOLANS | F |
| | 9/25/2004 | MYOTIS VOLANS | M |
| | 9/25/2004 | MYOTIS VOLANS | M |
| | 9/25/2004 | MYOTIS VOLANS | M |
| | 9/25/2004 | MYOTIS VOLANS | M |
| | 9/25/2004 | MYOTIS VOLANS | M |

| | | | |
|---|---|---|---|
| | 9/25/2004 | MYOTIS VOLANS | M |
| | 9/25/2004 | CORYNORHINUS TOWNSENDII | F |
| | 9/25/2004 | CORYNORHINUS TOWNSENDII | F |
| | Total at this mine = | 23 | |
| RAILROAD GULCH 112A | 6/16/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/25/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 2 | |
| RAILROAD GULCH 113 | 9/25/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/25/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 2 | |
| RAILROAD GULCH 114 | 9/25/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 1 | |
| RAILROAD GULCH 116 | 6/16/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/25/2004 | MYOTIS EVOTIS | M |
| | Total at this mine = | 2 | |
| RAILROAD GULCH 127 | 6/15/2004 | MYOTIS VOLANS | F |
| | 9/26/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/26/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 3 | |

## COPPER MT PROJECT

Copper Mountain Project
Georgetown
Silverthorne
Frisco
Leadville

48

BLM_0059139

## COPPER MOUNTAIN PROJECT: 2005

## MINE SITE SUMMARY - CURRENT STATUS

| MINE - NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| COPPER MOUNTAIN 3 | FCOPP0503 | EVALUATIONS COMPLETE |
| COPPER MOUNTAIN 4 | FCOPP0504 | EVALUATIONS COMPLETE |
| COPPER MOUNTAIN 5 | FCOPP0505 | EVALUATIONS COMPLETE |
| COPPER MOUNTAIN 6 | FCOPP0506 | SURVEY 2006 |
| COPPER MOUNTAIN 16 | FCOPP0516 | EVALUATIONS COMPLETE |
| COPPER MOUNTAIN 7 | LCOPP0507 | EVALUATIONS COMPLETE |
| COPPER MOUNTAIN 8 | XCOPP0508 | SURVEY 2006, GATE PENDING |
| COPPER MOUNTAIN 9 | XCOPP0509 | EVALUATIONS COMPLETE |
| COPPER MOUNTAIN 10 | XCOPP0510 | SURVEY 2006, GATE PENDING |
| COPPER MOUNTAIN 12 | XCOPP0512 | EVALUATIONS COMPLETE |
| COPPER MOUNTAIN 14 | XCOPP0514 | EVALUATIONS COMPLETE |
| COPPER MOUNTAIN 15 | XCOPP0515 | EVALUATIONS COMPLETE |
| COPPER MOUNTAIN 17 | XCOPP0517 | SURVEY 2006 |

## COPPER MOUNTAIN PROJECT: 2005
## PROJECT SURVEY NEEDS IN 2006

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| COPPER MOUNTAIN 8 | XCOPP0508 | SURVEY 2006, GATE PENDING |
| COPPER MOUNTAIN 10 | XCOPP0510 | SURVEY 2006, GATE PENDING |
| COPPER MOUNTAIN 6 | FCOPP0506 | SURVEY 2006 |
| COPPER MOUNTAIN 17 | XCOPP0517 | SURVEY 2006 |

### COPPER MT SITE RESULTS:

**Copper Mountain 3**
**FCOPP0503**
**9/22/2005**
**Internal Survey**
Copper Mountain 3 is an adit at 9,765' in elevation and located in sagebrush habitat. The portal was estimated to be 18"h x 24"w and was situated in a stable rock stratum. Debris flowing down slope had reduced the portal size. The mine was estimated to be 35' in depth. No evidence of bat use was found.

**Copper Mountain 4**
**FCOPP0504**
**6/16/2005**
**Presurvey**
Copper Mountain 4 is an adit at 9,989' in elevation and located in mixed conifer habitat. The portal was estimated to be 26"h x 50"w and was situated in a fractured rock portal. The mine is shallow, with no evidence of significant bat use. Evaluations are complete on this mine.

**Copper Mountain 5**
**FCOPP0505**
**8/117/2005**
**Presurvey**
Copper Mountain 5 is an adit 20' in depth with a small portal, 12"h x 42"w, and was dropped from the project.

**Copper Mountain 6**
**FCOPP0506**
**9/23/2005**
**Internal Survey**
Copper Mountain 6 is an adit at 9,281' in elevation and located in mixed conifer habitat. The portal was estimated to be 72"h x 48"w and was situated in a solid rock stratum. A portion of the portal was framed in wood. The mine was estimated to be 125' in depth. The majority of the mine was littered with human refuse: sleeping bags, cushions, used propane cylinders, tarps and trash. This mine is very close to a bike path and is heavily disturbed by people (current and historic). Water pools throughout the mine, although most water is now absorbed into the trash. A trace amount of guano was found. Evidence of bat use would be easily obscured by trash and water. This site is very stable.
**10/01/2005**
Volunteers conducted a detector survey at this site from 18:20hrs through 20:20hrs. A total of 6 passes were heard, none of which were associated with the mine.

**Copper Mountain 7**
**LCOPP0507**
**9/23/2005**
**Internal Survey**
Copper Mountain 7 is an adit at 9,573' in elevation and located in aspen habitat. The portal is small, estimated to be 36"h x 60"w and was situated in a stable rock stratum. Debris flowing down hill had reduced the portal dimensions. The mine was estimated to be in excess of 150' in depth. A stope at 115' prevented further access in the mine. An additional 50' could be seen past the stope. A fire ring and beer cans were seen at a depth of 30'. Trace sign of bat use was seen just past the fire ring. The small portal, elevation, and trace sign of use combine to make this feature a low priority for further survey efforts.

**Copper Mountain 8**
**XCOPP0508**
**8/16/2005**
**Internal Survey**
Copper Mountain 8 is an adit at 9,420' in elevation and located in spruce/fir habitat, and only 100' from WB I-70. The portal was estimated to be 48"h x 72" w and was situated in a fractured rock stratum. The mine was estimated to be 215' in depth. The mine has a very wet ceiling, and puddles of water, 3" in depth formed around the rocks on the floor. No evidence of bat use was seen. Additional survey work in 2006 might help establish the extent of bat use of the mine. However, if closure options provide for bat accessible grated closures, a bat gate can be recommended at this point. Additional surveys are not expected to elevate the significance of the site, and are considered low priority at this point.
**9/10/2005**
Volunteers conducted a detector survey from 19:00hrs through 21:00hrs. Traffic noise made it extremely difficult to hear the detector. A total of 21 bats were seen and heard on the detector. Volunteers noted that some of the passes were associated with the mine.
**9/20/2005**
A brief survey conducted prior to a capture survey revealed an historic clustering of guano in an area previously soaked with water. Most of the mine was dry. A trap was installed inside the mine portal at a depth of 10' at 18:30hrs. Traffic made it very difficult to use a detector. Two bats (*Myotis volans*) were caught and the trap was removed from the portal at 22:10hrs.

**Copper Mountain 9**
**XCOPP0509**
**8/16/2005**
**Presurvey**
Copper Mountain 9 is a water filled decline at an elevation of 10,200' and was dropped from the project.

**Copper Mountain 10**
**XCOPP0510**
**8/17/2005**
Internal Survey
Copper Mountain 10 is an adit at 9,751' in elevation and located in high elevation riparian habitat. The portal was estimated to be 48"h x 48"w and was situated in a stable rock stratum. An 8" pool of water fills most of the adit and flows slowly out of the portal through a tall layer of grass and vegetation. Moth wings could be seen floating on the surface of the pool, indicating night roosting activity by bats.
**9/21/2005**
A capture survey was conducted, but weather was not good for bat activity. Rain fell almost continuously from 21:00hrs through midnight, and the temperature cooled substantially. One bat was caught (*Myotis volans*) and at least I other was observed inside the portal when the trap was removed.

Additional survey work in 2006 might help establish the extent of bat use of the mine. However, if closure options provide for bat accessible grated closures, a bat gate can be recommended at this point. Additional surveys are not expected to elevate the significance of the site, and are considered low priority at this point.

**Copper Mountain 12**
**XCOPP0512**
**8/17/2005**
**Presurvey**
Copper Mountain is an adit at 11,815' in elevation and located in alpine tundra habitat. The portal was estimated to be 13"h x 36" w and was situated in a highly fractured rock stratum. Water drips heavily through the ceiling throughout the entire site. Air pulses moderately at the portal, but there doesn't appear to be another opening on the hillside. The elevation and the wet internal conditions indicate this site has a very low potential to provide significant roosting habitat for bats, and no further work was conducted on this mine.

**Copper Mountain 14**
**XCOPP0514**
**8/17/2005**
Copper Mountain 14 is collapsed at a depth of 15' and has snow on the floor. It was dropped from the project.

**Copper Mountain 15**
**XCOPP0515**
**8/17/2005**
**Internal Survey**
Copper Mountain 15 is an adit at 12,050' in elevation and located in alpine tundra habitat. The portal was estimated to be 48"h x 48"w and was situated in a fractured rock portal. The mine was estimated to be 20' in depth. No evidence of bat use was found, and no further work was conducted on this mine.

**Copper Mountain 16**
**FCOPP0516**
**8/17/2005**
**Presurvey**
Copper Mountain 16 is an adit with a 18"h x 18"w portal and collapsed at 15'. This site was dropped from the project.

**Copper Mountain 17**
**XCOPP0517**
Copper Mountain 17 is a shallow adit at 9,288' in elevation. The portal was estimated to be 72"h x 72"w and was situated in a solid, stable rock stratum. The mine was estimated to be 80' in depth.
**9/11/2005**
**Detector Survey**
Volunteers conducted a detector survey at this site from 19:00hrs through 21:00hrs. A total of 65 passes were heard on the detector. Volunteers noted that none of the passes were associated with this mine and that all of the passes came from the same two bats.
**9/22/2005**
Scattered and clustered guano was found inside the site. No bats were observed during the daytime internal survey.
**9/22/2005**
A harp trap was installed approximately 10' inside the mine portal at 18:00hrs. The trap was attended throughout the survey. Traffic noise made it difficult to listen to the detector. One bat was seen trying to fly into the mine at 21:00hrs. No other bats were seen or heard. The trap was removed from the portal at 22:00hrs.

Additional survey work in 2006 might help establish the extent of bat use of the mine. However, if closure options provide for bat accessible grated closures, a bat gate can be recommended at this point. Additional surveys are not expected to elevate the significance of the site, but additional surveys intended to document Townsend's big-eared bats are planned.

## GEORGETOWN PROJECT

Golden
Evergreen
Idaho Springs
Georgetown
Georgetown Project

53

BLM_0059144

## GEORGETOWN PROJECT: 2005
## MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| GEORGETOWN 14 | FGEOR0514 | SURVEYS COMPLETE |
| GEORGETOWN 15 | FGEOR0515 | SURVEY 2006 |
| GEORGETOWN 17 | FGEOR0517 | SURVEY 2006 |
| GEORGETOWN 2 | XGEOR0502 | SURVEY 2006 |
| GEORGETOWN 9 | XGEOR0509 | POOR HABITAT-DROP |
| GEORGETOWN 11 | XGEOR0511 | POOR HABITAT-DROP |
| GEORGETOWN 12 | XGEOR0512 | POOR HABITAT-DROP |
| GEORGETOWN 13 | XGEOR0513 | SURVEYS COMPLETE |

## GEORGETOWN PROJECT
## PROJECT SURVEY NEEDS IN 2006

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| GEORGETOWN 15 | FGEOR0515 | SURVEY 2006 |
| GEORGETOWN 17 | FGEOR0517 | SURVEY 2006 |
| GEORGETOWN 2 | XGEOR0502 | SURVEY 2006 |

## GEORGETOWN SITE RESULTS:

**Georgetown 2**
**XGEOR0502**
**9/19/2005**
**Internal Survey**
Georgetown 2 is an adit at 10,622' in elevation and located in spruce/fir habitat. The portal was estimated to be 48'h x 60"w and was situated in a fractured portal. The mine was estimated to be 270' in depth. The workings became more stable after the first 30'. Water pools in the mine and could be a good source of water for bats. Scattered and clustered guano was found in the mine. Access to this site is limited by a long, rough 4WD road. Survey work is planned for 2006 at this site.

**Georgetown 9**
**XGEOR0509**
**9/19/2005**
Georgetown 9 is a collapsed shaft covered with the remains of an old mine structure and was dropped from the project.

**Georgetown 11**
**XGEOR0511**
**9/19/2005**
Georgetown 11 is a collapsed adit and was dropped from the project.

**Georgetown 12**
**XGEOR0512**
**9/19/2005**
Georgetown 12 is a 15' collapsed shaft and was dropped from the project.

**Georgetown 13**
**XGEOR0513**
**9/19/2005**
**Presurvey**
Georgetown 13 is an adit at 10,878' in elevation and located in spruce/fir habitat. The portal was estimated to be 18"w x 24" h and was situated in a loose soil stratum. The portal is almost entirely obstructed by tree roots, branches and trunks. It was not possible to estimate the mine depth. Access to this site is limited by a long, rough 4WD road. The site is considered to have a low potential to provide significant bat roosting habitat, and no further survey work is planned.

**Georgetown 14**
**FGEOR0514**
**9/19/2005**
**Internal Survey**
Georgetown 14 is an adit at 10,940' in elevation and located in spruce/fir habitat. The portal was estimated to be 48"h x 48"w and was situated in a fractured rock stratum. The mine was estimated to be 40' in depth and was relatively stable. No evidence of bat use was found in the mine. Access to this site is limited by a long, rough 4WD road. The site is considered to have a low potential to provide significant bat roosting habitat, and no further survey work is planned.

**Georgetown 15**
**FGEOR0515**
**9/20/2005**
**Internal Survey**
Georgetown 15 is an adit at 8,941' in elevation and located in mixed conifer habitat. The portal was estimated to be 24"h x 24"w. The mine was estimated to be 75' in depth. Scattered guano was seen through out the mine, including 4 clusters of guano. One cluster at 40' inside the mine was estimated to be 3' in diameter and 1" deep. Moth wings and beetle elytra were also seen. This site appears to be used extensively by bats, and at this point is recommended for a bat gate. Additional survey work is planned for 2006 to document the species and roosting type use of the mine.

**10/01/2005**
**Detector Survey**
Volunteers conducted a detector survey at this site from 18:15hrs through 20:15hrs. A total of 22 bats were heard on the detector. Volunteers were unsure if these detections were associated with this mine.

**Georgetown 17**
**FGEOR0517**
**9/20/2005**
**Internal Survey**
Georgetown 17 is an adit at 10,020' in elevation and located in mixed conifer habitat. The portal was estimated to be 48"h x 36"w and was situated in a stable rock portal. The mine was estimated to be 200' in depth and mostly stable. Old timbers no longer support the ceiling, but the rock above the timbering is stable. No evidence of bat use was found. However, this site should be surveyed in the winter, if accessible, and summer to complete evaluations.

## ST JOHN'S PROJECT



56

BLM_0059147

**RICO PROJECT**

Telescope Mountain
Harris Peak
Blackhawk Mountain
Dolores Mountain
Whitecap Mountain
Sandstone Mountain
Expectation Mountain
Anchor Mountain
Calico Peak
Johnny Bull Mountain
Eagle Peak
Storm Peak
Landslip Mountain
Sockrider Peak

57

BLM_0059148

# RICO PROJECT: 2005
# MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| RICO 1 (Rosebud Mine) | FRICO0501 | EVALUATIONS COMPLETE |
| RICO 2 (Rosebud Mine) | FRICO0502 | EVALUATIONS COMPLETE |
| RICO 3 (Calico Peak Mine) | FRICO0503 | EVALUATIONS COMPLETE |
| RICO 4 (Calico Peak Mine) | FRICO0504 | EVALUATIONS COMPLETE |
| RICO 5 (Jones Mine) | FRICO0505 | GATE CONSULTATION |
| RICO 6 (Aztec / Bemis Mine) | FRICO0506 | EVALUATIONS COMPLETE |
| RICO 7 (Aztec / Bemis Mine) | FRICO0507 | EVALUATIONS COMPLETE |
| RICO 9 ( Revenue Mine) | FRICO0509 | EVALUATIONS COMPLETE |
| RICO 10 ( Sambo Mine) | FRICO0510 | EVALUATIONS COMPLETE |
| RICO 5A (Jones Mine) | FRICO0511 | GATE CONSULTATION |
| RICO 12 ( Sliderock Mine) | FRICO0512 | GATE CONSULTATION |

## RICO PROJECT SITE RESULTS:

**Rico 1**
**FRICO0501**
**8/4/2005**
**Presurvey**
Rico 1 is a high altitude mine, with little potential to provide significant roosting habitat. The site is complete for bat evaluations.

**Rico 2**
**FRICO0502**
**8/4/2005**

Rico 2 is a high altitude mine with little potential to provide significant roosting habitat. The site is complete for bat evaluations.

**Rico 3**
**FRICO0503**
**8/4/2005**

Rico 3 is a high altitude shaft with little potential to provide significant roosting habitat. The site is complete for bat evaluations.

**Rico 4**
**FRICO0504**
**8/4/2005**

Rico 4 is a high altitude shaft with little potential to provide significant roosting habitat. The site is complete for bat evaluations.

**Rico 5**
**FRICO0505**
**8/7/2005**

Rico 5 is an adit at 8,767' in elevation located in high altitude riparian habitat. The portal was estimated to be 96"h x 96"w and was almost totally obstructed by a metal door set in concrete. Bat access would be

limited to the 6" x 6" rebar openings in the upper doors. The mine depth is in excess of 50'. A large culvert supports the mine workings behind the doors. This site appears to be already reclaimed. Water flows out of the mine through the small openings in the hinges and has created a small "wetlands" outside the door. In its current condition, the site may be utilized by bats. If another closure is conducted at the site that utilizes a grated closure method, then it is recommended that bat slots be provided in the upper side of the grate for possible bat access.

**Rico 5A**
**FRICO0511**
**8/7/2005**

Rico 5A is an adit at 8,820' in elevation located in high altitude riparian habitat. The portal was estimated to be 18"h x 36"w and was situated in a fractured rock stratum. The mine was estimated to be in excess of 50' in depth. Water pools throughout the mine as far as can be seen. The pools are approximately 12" in depth. Water drips heavily from the ceiling. A loose cluster of guano can be seen in the water at a depth of 6'. If closure plans at the site utilize a grated closure method, then it is recommended that bat slots be provided in the upper side of the grate for possible bat access.

**Rico 6**
**FRICO0506**
**8/6/2005**

Rico 6 is an adit that had totally collapsed and was dropped from the project.

**Rico 7**
**FRICO0507**
**8/6/2005**

Rico 7 is an adit that had totally collapsed and was dropped from the project.

**Rico 9**
**FRICO0509**
**8/7/2005**

Rico 9 is a shaft that had totally collapsed and was dropped from the project.

**Rico 10**
**FRICO0510**
**8/8/2005**

Rico 10 is an adit that had totally collapsed and was dropped from the project.

**Rico 12**
**FRICO0512**
**8/5/2005**
**Internal Survey**
Rico 12 is an adit at 10,576' in elevation and located in spruce/fir habitat. The portal was estimated to be 48"h x 60"w and was situated in a highly fractured rock stratum. The mine was estimated to be 240' in depth. Scattered guano was found throughout the first 20' inside the mine. 1 loose cluster, approximately 15" in diameter was found at a depth of 20'. No insect parts were seen. This site is very difficult to access. Evidence of bat use was documented, and if closure plans at the site utilize a grated closure method, then it is recommended that bat slots be provided in the upper side of the grate for possible bat access.

# BACA PROJECT

G R A N D E
Crestone
Dimick
Dry
Gulch
Mine
GRADE
INDEFINITE BOUNDARY
TRAIL
JEEP
South

60

BLM_0059151

## BACA PROJECT: 2005

## MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| BACA 121 | FCRES0528 | GATE RECOMMENDED |
| BACA 120 | FCRES0529 | EVALUATIONS COMPLETE |

## BACA PROJECT

### 2005 FIELD SEASON
### SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| BACA 121 | 3/18/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 1 | |

**WEDDING BELL PROJECT**

Wedding Bell Project
Naturita

62

BLM_0059153

## WEDDING BELL PROJECT: 2005

## MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| WEDDING BELL 892A1 | BWEDD0501 | BAT GATE RECOMMENDED |
| WEDDING BELL 892A2 | BWEDD0502 | BAT GATE RECOMMENDED |
| WEDDING BELL 892A3 | BWEDD0503 | BAT GATE RECOMMENDED |
| WEDDING BELL 892A4 | BWEDD0504 | EVALUATIONS COMPLETE |
| WEDDING BELL 892A5 | BWEDD0505 | SURVEY SUMMER 2006 |
| WEDDING BELL 892A6 | BWEDD0506 | WINTER/SUM SUR 2006 |
| WEDDING BELL 892A7 | BWEDD0507 | WINTER/SUM SUR 2006 |
| WEDDING BELL 892S1 | BWEDD0508 | MORE EVALUATIONS 2006 |
| WEDDING BELL 892S2 | BWEDD0509 | MORE EVALUATIONS 2006 |
| WEDDING BELL 892S3 | BWEDD0510 | MORE EVALUATIONS 2006 |
| WEDDING BELL 893AI | BWEDD0511 | HIGH RADON - DROP |
| WEDDING BELL 893A2 | BWEDD0512 | EVALUATION COMPLETE |
| WEDDING BELL 893A3 | BWEDD0513 | EVALUATION COMPLETE |
| WEDDING BELL 893A4 | BWEDD0514 | EVALUATION COMPLETE |
| WEDDING BELL 893A5 | BWEDD0515 | SURVEY SUMMER 2006 |
| WEDDING BELL 893A6 | BWEDD0516 | EVALUATION COMPLETE |
| WEDDING BELL 893A7 | BWEDD0517 | SURVEY SUMMER 2006 |
| WEDDING BELL 893VI | BWEDD0518 | SURVEY SUMMER 2006 |
| WEDDING BELL 894S1 | BWEDD0519 | GATE CONSULTATION |
| WEDDING BELL 894S2 | BWEDD0520 | GATE CONSULTATION |
| WEDDING BELL 894S3 | BWEDD0521 | GATE CONSULTATION |
| WEDDING BELL 894S4 | BWEDD0522 | POOR HABITAT-DROP |
| WEDDING BELL 894VI | BWEDD0523 | POOR HABITAT-DROP |
| WEDDING BELL 895AI | BWEDD0524 | BAT GATE CONSULTATION |
| WEDDING BELL 895A2 | BWEDD0525 | SURVEY SUMMER 2006 |
| WEDDING BELL 895A3 | BWEDD0526 | BAT GATE RECOMMENDED |
| WEDDNG BELL 895A4 | BWEDD0527 | SURVEY 2006 OR GATE |
| WEDDING BELL 895A5 | BWEDD0528 | SURVEY SUMMER 2006 |
| WEDDING BELL 895A6 | BWEDD0529 | BAT GATE CONSULTATION |
| WEDDING BELL 895S1 | BWEDD0530 | AIR FLOW EVALUATION 2006 |
| WEDDING BELL 894AI | BWEDD0531 | EXCLUDE BATS - DONE |
| WEDDING BELL 896AI | BWEDD0532 | POOR HABITAT-DROP |
| WEDDING BELL 896A2 | BWEDD0533 | EVALUATION COMPLETE |
| WEDDING BELL 896A3 | BWEDD0534 | EVALUATION COMPLETE |
| WEDDNG BELL 896A4 | BWEDD0535 | EVALUATION COMPLETE |
| WEDDING BELL 896A5 | BWEDD0536 | EVALUATION COMPLETE |
| WEDDING BELL 896A6 | BWEDD0537 | EVALUATION COMPLETE |
| WEDDING BELL 8896A7 | BWEDD0538 | EVALUATION COMPLETE |
| WEDDING BELL 896A8 | BWEDD0539 | EXCLUDE BATS - DONE |
| WEDDING BELL 896A9 | BWEDD0540 | GATE CONSULTATION |
| WEDDING BELL 896A10 | BWEDD0541 | POOR HABITAT-DROP |
| WEDDING BELL 896A11 | BWEDD0542 | EXCLUDE BATS - DONE |
| WEDDING BELL 896S1 | BWEDD0543 | POOR HABITAT-DROP |
| WEDDING BELL 896S2 | BWEDD0544 | EVALUATION COMPLETE |
| WEDDING BELL 896S3 | BWEDD0545 | EVALUATION COMPLETE |
| WEDDING BELL 896S4 | BWEDD0546 | EVALUATION COMPLETE |
| WEDDING BELL 896VI | BWEDD0547 | POOR HABITAT-DROP |

| WEDDING BELL 896V1 | BWEDD0547 | POOR HABITAT-DROP |
|---|---|---|
| WEDDING BELL 897VI | BWEDD0549 | POOR HABITAT-DROP |
| WEDDING BELL 895S2 | BWEDD0550 | SURVEY 2006 OR GATE |
| WEDDING BELL 891AI | BWEDD0551 | SURVEY 2006 OR GATE |
| WEDDING BELL 891A2 | BWEDD0552 | SURVEY 2006 |
| WEDDING BELL 891A3 | BWEDD0553 | SURVEY 2006 |
| WEDDING BELL 891A4 | BWEDD0554 | SURVEY 2006 |
| WEDDING BELL 891A5 | BWEDD0555 | SURVEY 2006 |
| WEDDING BELL 891A5 | BWEDD0556 | POOR HABITAT-DROP |
| WEDDING BELL 891A6 | BWEDD0557 | SURVEY 2006 |
| WEDDING BELL 891A7 | BWEDD0558 | SURVEY 2006 |
| WEDDING BELL 891A8 | BWEDD0559 | EVALUATIONS COMPLETE |
| WEDDING BELL 891A9 | BWEDD0560 | EVALUATIONS COMPLETE |
| WEDDING BELL 891SI | BWEDD0561 | POSSIBLE AIR FLOW GATE |
| WEDDING BELL 903AI | BWEDD0562 | SUMMER SURVEY 2006 |
| WEDDING BELL 904AI | BWEDD0563 | WINTER 2006 OR GATE |
| WEDDING BELL 904A2 | BWEDD0564 | WINTER 2006 OR GATE |
| WEDDING BELL 904S1 | BWEDD0565 | AIR FLOW EVALUATION 2006 |
| WEDDING BELL 906AI | BWEDD0566 | BAT GATE RECOMMENDED |
| WEDDING BELL 906A2 | BWEDD0567 | EVALUATIONS COMPLETE |
| WEDDING BELL 906A3 | BWEDD0568 | BAT GATE RECOMMENDED |
| WEDDING BELL 906A4 | BWEDD0569 | HIGH RADON - DONE |
| WEDDING BELL 906A5 | BWEDD0570 | EVALUATIONS COMPLETE |
| WEDDING BELL 908AI | BWEDD0571 | SURVEY SUMMER 2006 |
| WEDDING BELL 908A2 | BWEDD0572 | WINTER 2006 OR CLOSE |
| WEDDING BELL 905AI | BWEDD0573 | POOR HABITAT-DROP |
| WEDDING BELL 905VI | BWEDD0574 | POOR HABITAT-DROP |
| WEDDING BELL 901AI | BWEDD0575 | HIGH RADON - DROP |
| WEDDING BELL 907AI | BWEDD0576 | HIGH RADON-DROP |
| WEDDING BELL 907A2 | BWEDD0577 | HIGH RADON-DROP |
| WEDDINGBELL 907A3 | BWEDD0578 | HIGH RADON-DROP |
| WEDDING BELL 907A4 | BWEDD0579 | HIGH RADON-DROP |
| WEDDING BELL 907A5 | BWEDD0580 | HIGH RADON-DROP |
| WEDDING BELL 907A7 | BWEDD0581 | EVALUATION COMPLETE |
| WEDDING BELL 907S1 | BWEDD0582 | HIGH RADON-DROP |
| WEDDING BELL 907A6 | BWEDD0583 | POOR HABITAT-DROP |
| WEDDING BELL 908A3 | BWEDD0584 | WINTER SURVEY 2006 |
| WEDDING BELL 911A1 | BWEDD0585 | HIGH RADON - DROP |
| WEDDING BELL 911A2 | BWEDD0586 | WINTER SURVEY 2006 |
| WEDDING BELL 909AI | BWEDD0587 | EVALUATIONS COMPLETE |
| WEDDING BELL 909A2 | BWEDD0588 | SURVEYS 2006 |
| WEDDING BELL 909AB | BWEDD0589 | SURVEYS 2006 |
| WEDDING BELL 909A3 | BWEDD0589 | POOR HABITAT-DROP |
| WEDDING BELL 909A4 | BWEDD0590 | SURVEYS 2006 |
| WEDDING BELL 910AI | BWEDD0591 | WINTER SURVEY 2006 |
| WEDDING BELL 910S1 | BWEDD0592 | WINTER SURVEY 2006 |
| WEDDING BELL 532 | BWEDD0593 | SURVEYS 2006 |
| WEDDING BELL A2B | BWEDD0594 | EVALUATE RADON 2006 |

## WEDDING BELL PROJECT: 2005
## GATE RECOMMENDATIONS ON THE PROJECT
### CURRENT STATUS

| MINE NAME | ID NUMBER | STATUS |
|---|---|---|
| | | |
| WEDDING BELL 892A1 | BWEDD0501 | BAT GATE RECOMMENDED |
| WEDDING BELL 892A2 | BWEDD0502 | BAT GATE RECOMMENDED |
| WEDDING BELL 892A3 | BWEDD0503 | BAT GATE RECOMMENDED |
| WEDDING BELL 894S1 | BWEDD0519 | GATE CONSULTATION |
| WEDDING BELL 894S2 | BWEDD0520 | GATE CONSULTATION |
| WEDDING BELL 895AI | BWEDD0524 | BAT GATE CONSULTATION |
| WEDDING BELL 895A3 | BWEDD0526 | BAT GATE RECOMMENDED |
| WEDDNG BELL 895A4 | BWEDD0527 | SURVEY 2006 OR GATE |
| WEDDING BELL 895A6 | BWEDD0529 | BAT GATE CONSULTATION |
| WEDDING BELL 896A9 | BWEDD0540 | GATE CONSULTATION |
| WEDDING BELL 895S2 | BWEDD0550 | SURVEY 2006 OR GATE |
| WEDDING BELL 891AI | BWEDD0551 | SURVEY 2006 OR GATE |
| WEDDING BELL 891SI | BWEDD0561 | POSSIBLE AIR FLOW GATE |
| WEDDING BELL 904AI | BWEDD0563 | WINTER 2006 OR GATE |
| WEDDING BELL 904A2 | BWEDD0564 | WINTER 2006 OR GATE |
| WEDDING BELL 906AI | BWEDD0566 | BAT GATE RECOMMENDED |
| WEDDING BELL 906A3 | BWEDD0568 | BAT GATE RECOMMENDED |

## WEDDING BELL PROJECT
## PROJECT SURVEY NEEDS IN 2006

(NOTE: LIST REFLECTS ONLY THOSE MINES THAT HAVE BEEN PRE-SURVEYED IN 2005)

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| WEDDING BELL 892A5 | BWEDD0505 | SURVEY SUMMER 2006 |
| WEDDING BELL 892A6 | BWEDD0506 | WINTER/SUM SUR 2006 |
| WEDDING BELL 892A7 | BWEDD0507 | WINTER/SUM SUR 2006 |
| WEDDING BELL 892S1 | BWEDD0508 | MORE EVALUATIONS 2006 |
| WEDDING BELL 892S2 | BWEDD0509 | MORE EVALUATIONS 2006 |
| WEDDING BELL 892S3 | BWEDD0510 | MORE EVALUATIONS 2006 |
| WEDDING BELL 893A5 | BWEDD0515 | SURVEY SUMMER 2006 |
| WEDDING BELL 893A7 | BWEDD0517 | SURVEY SUMMER 2006 |
| WEDDING BELL 893VI | BWEDD0518 | SURVEY SUMMER 2006 |
| WEDDNG BELL 895A4 | BWEDD0527 | SURVEY 2006 OR GATE |
| WEDDING BELL 895A5 | BWEDD0528 | SURVEY SUMMER 2006 |
| WEDDING BELL 895SI | BWEDD0530 | AIR FLOW EVALUATION 2006 |
| WEDDING BELL 895S2 | BWEDD0550 | SURVEY 2006 OR GATE |
| WEDDING BELL 891AI | BWEDD0551 | SURVEY 2006 OR GATE |
| WEDDING BELL 891A2 | BWEDD0552 | SURVEY 2006 |
| WEDDING BELL 891A3 | BWEDD0553 | SURVEY 2006 |
| WEDDING BELL 891A4 | BWEDD0554 | SURVEY 2006 |
| WEDDING BELL 891A5 | BWEDD0555 | SURVEY 2006 |
| WEDDING BELL 891A6 | BWEDD0557 | SURVEY 2006 |
| WEDDING BELL 891A7 | BWEDD0558 | SURVEY 2006 |
| WEDDING BELL 903A1 | BWEDD0562 | SUMMER SURVEY 2006 |

| | | |
|---|---|---|
| WEDDING BELL 904AI | BWEDD0563 | WINTER 2006 OR GATE |
| WEDDING BELL 904A2 | BWEDD0564 | WINTER 2006 OR GATE |
| WEDDING BELL 904S1 | BWEDD0565 | AIR FLOW EVALUATION 2006 |
| WEDDING BELL 908AI | BWEDD0571 | SURVEY SUMMER 2006 |
| WEDDING BELL 908A2 | BWEDD0572 | WINTER 2006 OR CLOSE |
| WEDDING BELL 908A3 | BWEDD0584 | WINTER SURVEY 2006 |
| WEDDING BELL 911A2 | BWEDD0586 | WINTER SURVEY 2006 |
| WEDDING BELL 909A2 | BWEDD0588 | SURVEYS 2006 |
| WEDDING BELL 909AB | BWEDD0589 | SURVEYS 2006 |
| WEDDING BELL 909A4 | BWEDD0590 | SURVEYS 2006 |
| WEDDING BELL 910AI | BWEDD0591 | WINTER SURVEY 2006 |
| WEDDING BELL 910S1 | BWEDD0592 | WINTER SURVEY 2006 |
| WEDDING BELL 532 | BWEDD0593 | SURVEYS 2006 |
| WEDDING BELL A2B | BWEDD0594 | EVALUATE RADON 2006 |
| WEDDING BELL 895A2 | BWWEDD052 | SURVEY SUMMER 2006 |

# WEDDING BELL PROJECT
## 2005 FIELD SEASON
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| WEDDING BELL 891AI | 3/17/2005 | MYOTIS SPP CI/CA | U |
| | 3/17/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 2 | |
| WEDDING BELL 892AI | 2/15/2005 | CORYNORHINUS TOWNSENDII | U |
| | 2/15/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 2 | |
| WEDDING BELL 892A3 | 3/15/2005 | CORYNORHINUS TOWNSENDII | U |
| | 3/15/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 2 | |
| WEDDING BELL 893AI | 3/16/2005 | MYOTIS SPP CI/CA | U |
| | Total at this mine = | I | |
| WEDDING BELL 893A2 | 2/17/2005 | MYOTIS SPP CI/CA | U |
| | 2/17/2005 | EPTESICUS FUSCUS | U |
| | 2/17/2005 | EPTESICUS FUSCUS | U |
| | 8/27/2005 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 4 | |
| WEDDING BELL 893A6 | 2/17/2005 | MYOTIS SPP CI/CA | U |
| | Total at this mine = | I | |
| WEDDING BELL 893A7 | 6/23/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | I | |
| WEDDING BELL 895AI | 2/15/2005 | CORYNORHINUS TOWNSENDII | U |
| | 2/15/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 2 | |

| | | | |
|---|---|---|---|
| WEDDING BELL 895A3 | 6/22/2005 | EPTESICUS FUSCUS | M |
| | 6/22/2005 | MYOTIS CILIOLABRUM | M |
| | 6/22/2005 | MYOTIS CALIFORNICUS | M |
| | 8/29/2005 | MYOTIS EVOTIS | M |
| | 8/29/2005 | CORYNORHINUS TOWNSENDII | M |
| | Total at this mine = | 5 | |
| WEDDING BELL 896A11 | 3/17/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | I | |
| WEDDING BELL 896A8 | 3/17/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | I | |
| WEDDING BELL 903AI | 3/19/2005 | MYOTIS SPP CI/CA | U |
| | 3/19/2005 | MYOTIS SPP CI/CA | U |
| | Total at this mine = | 2 | |
| WEDDING BELL 904A2 | 3/19/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | I | |
| WEDDING BELL 906AI | 6/26/2005 | MYOTIS CALIFORNICUS | F |
| | 6/26/2005 | MYOTIS CALIFORNICUS | M |
| | 6/26/2005 | MYOTIS CALIFORNICUS | M |
| | 6/26/2005 | MYOTIS CALIFORNICUS | M |
| | 6/26/2005 | MYOTIS CILIOLABRUM | M |
| | 6/26/2005 | MYOTIS THYSANODES | M |
| | 6/26/2005 | MYOTIS THYSANODES | M |
| | 8/25/2005 | MYOTIS CALIFORNICUS | M |
| | Total at this mine = | 8 | |
| WEDDING BELL 906A3 | 6/26/2005 | MYOTIS CALIFORNICUS | F |
| | 6/26/2005 | MYOTIS CALIFORNICUS | F |
| | 6/26/2005 | MYOTIS CALIFORNICUS | F |
| | 6/26/2005 | MYOTIS CALIFORNICUS | F |
| | 6/26/2005 | MYOTIS CALIFORNICUS | M |
| | 6/26/2005 | MYOTIS CALIFORNICUS | U |
| | 6/26/2005 | MYOTIS CILIOLABRUM | M |
| | 6/26/2005 | MYOTIS CILIOLABRUM | M |
| | 6/26/2005 | MYOTIS CILIOLABRUM | M |
| | 6/26/2005 | MYOTIS CILIOLABRUM | M |
| | 6/26/2005 | MYOTIS CILIOLABRUM | M |
| | 6/26/2005 | MYOTIS VOLANS | F |
| | 6/26/2005 | MYOTIS VOLANS | F |
| | 6/26/2005 | MYOTIS EVOTIS | M |
| | 8/25/2005 | MYOTIS EVOTIS | M |
| | 8/25/2005 | MYOTIS EVOTIS | M |
| | 8/25/2005 | MYOTIS EVOTIS | M |
| | 8/25/2005 | MYOTIS THYSANODES | M |
| | 8/25/2005 | MYOTIS THYSANODES | M |
| | 8/25/2005 | EPTESICUS FUSCUS | M |
| | Total at this mine = | 20 | |

| | | | |
|---|---|---|---|
| WEDDING BELL 908A1 | 8/29/2005 | MYOTIS CALIFORNICUS | M |
| | Total at this mine = | 1 | |
| WEDDNG BELL 895A4 | 3/16/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 1 | |

## WEDDING BELL SITE RESULTS:

**Wedding Bell 532A1 (BWEDD0593) BLM#CO-038-00532**
Wedding Bell 532A1 is an adit that faces west. The portal dimensions are 120 inches wide by 48 inches high. The elevation is 6,123 feet, and the mine depth is 120 feet. Both the portal and interior appear stable. The site has one drift to the southeast. This site was located, identified, and photographed on June 26, 2005, but was not surveyed. An internal survey was conducted on August 26, 2005. No bats were seen, but trace guano was found inside the site.

**Wedding Bell 891A1 (BWEDD0551)**
Wedding Bell 891A1 is an adit that faces southeast. The portal dimensions are 72 inches wide by 72 inches high. The elevation is 6,683 feet. This site is connected to site 891S1. The mine depth is over 150 feet. Both the portal and interior appear stable. An internal survey was conducted on March 17, 2005. Two bats were seen, including one *C. townsendii* and one *M. ciliolabrum* or *californicus*. Scattered guano was found along the floor. One drift was not surveyed because a rock berm partially blocked the beginning of the passage. Another quick incomplete internal survey was conducted on June 23, 2005. Scattered guano was found, but no bats were seen.

**Wedding Bell 891A2 (BWEDD0552)**
Wedding Bell 891A2 is an adit that faces southeast. The portal dimensions are 192 inches wide by 48 inches high. The elevation is 6,906 feet. The mine depth is over 100 feet. Both the portal and interior appear fractured and unstable. This site is connected to sites 891A3, 891A4, 891A6 and 891A7. An incomplete internal survey was conducted on March 17, 2005. No bats were seen, but trace guano was found inside the site. Another quick, incomplete internal survey was conducted on June 23, 2005. Trace guano was found, but no bats were seen.

**Wedding Bell 891A3 (BWEDD0553)**
Wedding Bell 891A3 is an adit that faces southeast. The portal dimensions are 72 inches wide by 120 inches high. The elevation is 6,906 feet. This site is connected to sites 891A2, 891A4, 891A6 and 891A7. The mine depth is over 100 feet. Both the portal and interior are fairly stable. The dump and portal gamma measured 200 to 800. An incomplete internal survey was conducted on March 17, 2005. No bats were seen, but trace guano and one two-foot diameter cluster was found inside the site. The guano appears to be *Myotis* in origin. Another incomplete internal survey was conducted on June 23, 2005. Trace guano and the same cluster were present, but no bats were seen. The cluster did have fresh guano in it.

**Wedding Bell 891A4 (BWEDD0554)**
Wedding Bell 891A4 is an adit that faces southwest. The portal dimensions are 60 inches wide by 48 inches high. The elevation is 6,710 feet. This site is connected to sites 891A2, 891A3, 891A6 and 891A7. The mine depth is over 100 feet. Both the portal and interior are dangerously fractured and unstable. An incomplete internal survey was conducted on March 17, 2005. No bats were seen, but trace guano was found inside the site. Another quick, incomplete internal survey was conducted on June 23, 2005. Trace guano was found, but no bats were seen.

**Wedding Bell 891A5 (BWEDD0555)**
Wedding Bell 891A5 is an adit that faces southeast. The portal dimensions are 84 inches wide by 60 inches high. The elevation is 6,710 feet. The mine depth is over 40 feet. Both the portal and interior appear fairly stable. An internal survey was conducted on March 17, 2005. No bats or bat sign were found inside the site.

**Wedding Bell 891A5A (BWEDD0556)**
Wedding Bell 891A5A is five-foot, collapsing adit. It provides no bat habitat and was dropped from further study.

**Wedding Bell 891A6 (BWEDD0557)**
Wedding Bell 891A6 is an adit that faces southwest. The portal dimensions are 120 inches wide by 60 inches high. The elevation is 6,710 feet. This site is connected to sites 891A2, 891A3, 891A4 and 891A7. The mine depth is over 100 feet. The portal appears semi-stable and the interior fractured and unstable. The dump and portal gamma measured 200 to 800. An incomplete internal survey was conducted on March 17, 2005. No bats were seen, but scattered guano was found inside the site. Another quick, incomplete internal survey was conducted on June 23, 2005. Trace guano was found, but no bats were seen.

**Wedding Bell 891A7 (BWEDD0558)**
Wedding Bell 891A7 is an adit that faces southeast. The portal dimensions are 72 inches wide by 60 inches high. The elevation is 6,906 feet. This site is connected to sites 891A2, 891A3, 891A4 and 891A6. The mine depth is over 100 feet. Both the portal and interior appear fractured and unstable. An incomplete internal survey was conducted on March 17, 2005. No bats were seen, but trace guano was found inside the site. Another incomplete internal survey was conducted on June 23, 2005. Trace guano was found, but no bats were seen.

**Wedding Bell 891A8 (BWEDD0559)**
Wedding Bell 891A8 is an adit that faces south. The portal dimensions are 72 inches wide by 48 inches high. The elevation is 6,824 feet. The mine depth is over 60 feet. Both the portal and interior appear fractured and unstable. An internal survey was conducted on March 17, 2005. No bats were seen, but scattered guano was found inside the site. Another quick, internal survey was conducted on June 23, 2005, and no bats were found.

**Wedding Bell 891A9 (BWEDD0560)**
Wedding Bell 891A9 is an adit that faces southeast. The portal dimensions are 84 inches wide by 72 inches high. The elevation is 6,852 feet. The mine depth is over 20 feet. Both the portal and interior appear stable. The dump and portal gamma measured 250 to 600. An internal survey was conducted on March 17, 2005. No bats or bat sign was found inside the site. Another quick, internal survey was conducted on June 23, 2005, and no bats were found.

**Wedding Bell 891S1 (BWEDD0561)**
Wedding Bell 891S1 is a subsidence shaft with a southeast exposure. The collar dimensions are 84 inches by 84 inches. The elevation is 6,683 feet. This site is connected to site 891A1. The depth of the complex is over 150 feet. Both the collar and interior appear semi-stable. An internal survey was conducted on March 17, 2005. Two bats were seen in site 891A1, including one *C. townsendii* and one *M. ciliolabrum* or *californicus*. Scattered guano was found along the floor. One drift was not surveyed because a rock berm partially blocked the beginning of the passage. Another quick, incomplete internal survey was conducted on June 23, 2005. Scattered guano was found, but no bats were seen. The site is used as a winter roost.

**Wedding Bell 892A1 (BWEDD0501)**
Wedding Bell 892A1 is an adit that faces northeast. The portal dimensions are 96 inches wide by 62 inches high. The elevation is 6,610 feet. This site is connected to 892S1. The depth of the complex is 120 feet. The portal is somewhat stable and the interior appears stable. An internal survey was

conducted on March 15, 2005. Two *C. townsendii* were seen roosting inside. Trace guano was also found. The site is used as a winter roost.

**Wedding Bell 892A2 (BWEDD0502)**
Wedding Bell 892A2 is an adit that faces north. The portal dimensions are 72 inches wide by 72 inches high. The elevation is 6,602 feet. This site is connected to site 892A3 and may provide airflow. The depth of the complex is 130 feet. The portal appears stable, but the interior has roots coming through the ceiling in places. About 30 feet from the portal, a canvas door partially covers the passage. An internal survey was conducted on February 15, 2005. No bats were found before the curtain, but two *C. townsendii* were seen roosting inside site 892A3. Trace guano was also found. Another internal survey was conducted on Jun 23, 2005. No bats were seen, but trace guano was found. The site is used as a winter roost.

**Wedding Bell 892A3 (BWEDD0503)**
Wedding Bell 892A3 is an adit that faces north. The portal dimensions are 78 inches wide by 60 inches high. The elevation is 6,586 feet. This site is connected to site 892A2 and may provide airflow. The depth of the complex is 130 feet. The portal appears stable, and the interior has roots coming through the ceiling in one place. An internal survey was conducted on February 15, 2005, and two *C. townsendii* were seen roosting inside. Trace guano was also found. Another internal survey was conducted on Jun 23, 2005. No bats were seen, but trace guano and moth wings were found. The site is used as a winter roost.

**Wedding Bell 892A4 (BWEDD0504)**
Wedding Bell 892A4 is an adit that faces east. The portal dimensions are 42 inches wide by 42 inches high. The elevation is 6,567 feet. The mine depth is 20 feet. Both the portal and interior appear stable. The dump and portal gamma measured 90 to 1,000. An internal survey was conducted on February 15, 2005, and no bats were seen, but trace guano was found. The site is complete for bat evaluations.

**Wedding Bell 892A5 (BWEDD0505)**
Wedding Bell 892A5 is an adit that faces southwest. The portal dimensions are 72 inches wide by 60 inches high. The elevation is 6,670 feet. The mine depth is 42 feet. Both the portal and interior appear stable. An internal survey was conducted on February 17, 2005, and no bats were seen, but trace guano was found.

**Wedding Bell 892A6 (BWEDD0506)**
Wedding Bell 892A6 is an adit that faces west. The portal dimensions are 84 inches wide by 72 inches high. The elevation is 6,649 feet. This site is connected to sites 892A7, 892S2, and 892S3. The depth of the complex is about 150 feet. The portal is somewhat fractured, but interior appears fairly stable. An internal survey was conducted on February 17, 2005, and no bats were seen, but trace guano was found. Another quick, internal survey was conducted on June 23, 2005, and one *C. townsendii* was found near the face of site 892A7. Trace guano was also found, but a thorough check of the complex was not completed.

**Wedding Bell 892A7 (BWEDD0507)**
Wedding Bell 892A7 is an adit that faces northwest. The portal dimensions are 240 inches wide by 72 inches high. The elevation is 6,649 feet. This site is connected to sites 892A6, 892S2, and 892S3. The depth of the complex is about 150 feet. The portal is quite fractured, but interior appears fairly stable. An internal survey was conducted on February 17, 2005, and no bats were seen, but trace guano was found. Another quick, internal survey was conducted on June 23, 2005, and one *C. townsendii* was found near the face of one drift. Trace guano was also found, but a thorough check of the complex was not completed.

**Wedding Bell 892S1 (BWEDD0508)**
Wedding Bell 892S1 is a shaft with a north exposure. The collar dimensions are 60 inches by 60 inches. The elevation is 6,602 feet. This site is connected to site 892A1. The mine depth is about 25 feet and the connecting site is 120 feet. Both the collar and interior appear stable. An internal survey was conducted

via the connecting adit on March 15, 2005. Two *C. townsendii* were seen roosting inside connecting site. Trace guano was also found.

**Wedding Bell 892S2 (BWEDD0509)**
Wedding Bell 892S2 is a shallow shaft with a northwest exposure. The collar dimensions are 120 inches by 180 inches. The elevation is 6,649 feet. This site is connected to sites 892A6, 892A7, and 892S3. The mine depth is 10 feet, and the connecting complex is about 150 feet. Both the collar and interior are somewhat fractured. An internal survey was conducted via the connecting adit on February 17, 2005, and no bats were seen, but trace guano was found. Another internal survey was conducted on June 23, 2005, and one *C. townsendii* was found near the face of site 892A7. Trace guano was also found, but a thorough check of the complex was not completed.

**Wedding Bell 892S3 (BWEDD0510)**
Wedding Bell 892S3 is a shallow subsidence crevice that faces northwest. The collar dimensions are 24 inches by 12 inches. The elevation is 6,620 feet. This site was discovered when surveying connecting sites 892A6, 892A7, and 892S2. The mine depth is 13 feet and the connecting complex is about 150 feet. The collar and interior appear stable. An internal survey was conducted using the connected features on February 17, 2005, and no bats were seen, but trace guano was found. Another quick internal survey was conducted on June 23, 2005, and one *C. townsendii* was found near the face of site 892A7. Trace guano was also found, but a thorough check of the complex was not completed.

**Wedding Bell 893A1 (BWEDD0511)**
Wedding Bell 893A1 is an adit that faces north. The portal dimensions are 96 inches wide by 96 inches high. The elevation is 6,712 feet. The mine depth is 675 feet. Both the portal and interior appear stable, but site is very damp with no pools seen. The site has lots of rooms and drifts, but most of the site was surveyed. The winter radon measurement was .898 and summer 69.902. The dump and portal gamma measured 200 to 460. An internal survey was conducted on February 16, 2005, and one *M. ciliolabrum* or *californicus* was found. Trace guano and moth wings near the portal were also seen. Another internal survey was started on June 24, 2005, but after the radon was measured, the survey was abandoned. Because of the high radon, this site will not have additional surveys, and should be closed.

**Wedding Bell 893A2 (BWEDD0512)**
Wedding Bell 893A2 is an adit that faces northeast. The portal dimensions are 60 inches wide by 96 inches high. The elevation is 6,609 feet. The mine depth is 50 feet. Both the portal and interior appear stable, and the site has some rooms and drifts. The dump and portal gamma measured 150 to 1,000. An internal survey was conducted on February 17, 2005, and 3 bats were found roosting, including one *M. ciliolabrum* or *californicus* and two *E. fuscus*. Trace guano was also seen. Another internal survey was conducted on August 27, 2005. No bats or bat sign were found. A capture survey was conducted that evening, and one *M. ciliolabrum* was captured.

**Wedding Bell 893A3 (BWEDD0513)**
Wedding Bell 893A3 is an adit that faces west. The portal dimensions are 72 inches wide by 60 inches high. The elevation is 6,607 feet. The mine depth is 75 feet. Both the portal and interior are fractured and semi-stable. The portal has a ten-foot high wall. An internal survey was conducted on February 16, 2005, and no bats were seen, but trace guano was found. Bat evaluations are complete at this mine.

**Wedding Bell 893A4 (BWEDD0514)**
Wedding Bell 893A4 is an adit that faces north. The portal dimensions are 60 inches wide by 72 inches high. The elevation is 6,607 feet, and the mine depth is 75 feet. Both the portal and interior are fractured and semi-stable. The portal has a fifteen-foot high wall. An internal survey was conducted on February 16, 2005, and no bats were seen, but trace guano and a few moth wings were found. Bat evaluations are complete at this mine.

**Wedding Bell 893A5 (BWEDD0515)**
Wedding Bell 893A5 is an adit that faces southwest. The portal dimensions are 84 inches wide by 60 inches high. The elevation is 6,623 feet, and the mine depth is 35 feet. Both the portal and interior appear

semi-stable, with fracturing and sough near the portal. The dump and portal gamma measured 200 to 600. An internal survey was conducted on February 17, 2005, and no bats were seen, but trace guano was found.

**Wedding Bell 893A6 (BWEDD0516)**
Wedding Bell 893A6 is an adit that faces southwest. The portal dimensions are 144 inches wide by 180 inches high. The elevation is 6,630 feet. The mine depth is 70 feet. Both the portal and interior appear stable. An internal survey was conducted on February 17, 2005, and one *M. ciliolabrum* or *californicus* was found. Trace guano and a few moth wings were also seen. Another internal survey was conducted on June 24, 2005. No bats were found, but trace guano and a few moth wings were seen. Bat evaluations are complete at this mine.

**Wedding Bell 893A7 (BWEDD0517)**
Wedding Bell 893A7 is an adit that faces southwest. The portal dimensions are 96 inches wide by 96 inches high. The elevation is 6,651 feet, and the mine depth is 175 feet. Both the portal and interior appear very stable. The site has two rooms and one connecting vent, site 893V1. An internal survey was conducted on February 17, 2005, and no bats were found, but trace guano was seen. Another internal survey was conducted on June 24, 2005. No bats were found, but scattered guano and a moderate amount of moth wings were seen. The evidence indicates that bats use the site in summer months. Another summer survey is planned for 2006.

**Wedding Bell 893V1 (BWEDD0518)**
Wedding Bell 893V1 is a twenty-inch vent that connects to site 893A7. The vent appears stable. Recommendations on this feature will be tied to the connecting feature.

**Wedding Bell 894A1 (BWEDD0531)**
Wedding Bell 894A1 is a decline that faces southwest. The portal dimensions are 180 inches wide by 240 inches high. The elevation is 6,640 feet. The mine depth is over 100 feet and the dump is large. Both the portal and interior appear unstable. Large slabs of rock rest on the floor inside and at the portal. Water runs in from the hillside above and the site inside is damp. Conditions at the portal prevented a radon reading, and any internal survey efforts. An external survey was conducted on March 18, 2005. A video survey was conducted on June 24, 2005. Nine passes were seen on the tape, including one Townsend's-looking bat, but the bats were either flying into the portal for short periods or just circling in front of the portal. Because of the high radon and survey results, this site will not have additional surveys, and should be closed.

**Wedding Bell 894S1 (BWEDD0519)**
Wedding Bell 894S1 is a shaft with a northwest exposure. The collar dimensions are 120 inches by 180 inches. The elevation is 6,604 feet. The mine depth to the floor is 40 feet, including the large drift at the bottom, which is about 10 feet tall. This site seems to be connected to site 894S2, and possibly site 894S3. The collar and interior appear stable. An external survey was conducted on March 18, 2005. A video survey was conducted on August 27, 2005, and 96 passes were seen on the tape. The same evening, a video survey was conducted at site 894S3 and a detector survey at site 894S2. Additional surveys would be limited to video methods, and summer seasons. At this point, a bat gate consultation is recommended.

**Wedding Bell 894S2 (BWEDD0520)**
Wedding Bell 894S2 is a shaft with a northwest exposure. The collar dimensions are 72 inches by 84 inches. The elevation is 6,604 feet. The mine depth to the floor may be about 40 feet, and a ladder and possible drifts are inside. This site seems to be connected to site 894S1, and possibly site 894S3. The collar is semi-stable and the interior stability is unknown. An external survey was conducted on March 18, 2005. A detector survey was conducted on August 27, 2005, and bats were seen using the mine. The same evening, video surveys were conducted at sites 894S1 and 894S3. A video survey was conducted on August 28, 2005, and a Townsend's-looking bat was seen flying into the mine before the camera was turned on, and then a bat flew out of site 894S1. Additional surveys would be limited to video methods, and summer seasons. At this point, a bat gate consultation is recommended.

**Wedding Bell 894S3 (BWEDD0521)**
Wedding Bell 894S3 is a shaft with a northwest exposure. The collar dimensions are 120 inches by 180 inches. The elevation is 6,604 feet. The mine depth to the floor is 40 feet, including the large drifts at the bottom. This site may be connected to sites 894S1 and 894S2. The collar and interior appear stable. An external survey was conducted on March 18, 2005. A video survey was conducted on August 27, 2005, and 2 passes were seen on the tape. The same evening, a video survey was conducted at site 894S1 and a detector survey at site 894S2. More evaluations may help to determine if the site is connected to the other nearby shafts. At that point, a bat gate consultation may be needed.

**Wedding Bell 894S4 (BWEDD0522)**
Wedding Bell 894S4 is a plugged shaft. It provides no bat habitat and was dropped from further study.

**Wedding Bell 894V1 (BWEDD0523)**
Wedding Bell 894V1 is a nine-inch vent with no known connection. It provides no bat habitat and was dropped from further study.

**Wedding Bell 895A1 (BWEDD0524)**
Wedding Bell 895A1 is an adit that faces east. The portal dimensions are 72 inches wide by 60 inches high. The elevation is 6,553 feet. This site is connected to sites 895A6 and 895S1. The depth of the complex is 150 feet. Both the portal and interior appear stable. The site has several drifts and many stalls. An internal survey was conducted on February 15, 2005, and two *C. townsendii* were found and a trace amount of guano was also seen. Another internal survey was conducted on June 22, 2005, and no bats were found. A bat consultation is needed for this feature, and connecting sites.

**Wedding Bell 895A2 (BWEDD0525)**
Wedding Bell 895A2 is an adit that faces northeast. The portal dimensions are 288 inches wide by 48 inches high. The elevation is 6,602 feet. The mine depth is 150 feet. The portal is fairly stable and the interior is very stable, and some drifts are present. An internal survey was conducted on February 15, 2005, and no bats were found, but scattered guano was seen. Another internal survey was conducted on June 24, 2005. No bats were found, but trace guano was seen. A quick internal survey was conducted on August 27, 2005, and no bats were found, but lots of scattered guano and some moth wings were seen. A video survey was conducted on August 29, 2005, and 4 passes were seen on the tape, including a Townsend's-looking bat.

**Wedding Bell 895A3 (BWEDD0526)**
Wedding Bell 895A3 is an adit that faces northwest. The portal dimensions are 84 inches wide by 60 inches high. The elevation is 6,589 feet, and the mine depth is 150 feet. Both the portal and interior appear stable, and the site has some drifts and rooms. Water does pool at times. An internal survey was conducted on March 16, 2005, and no bats were found, but scattered guano and lots of moth wings were seen. A capture survey was conducted on June 22, 2005. Three bats were captured, including one male *M. ciliolabrum*, one male *E. fuscus*, and one male *M. californicus*. A quick internal survey was conducted on August 27, 2005. No bats were found, but scattered guano and lots of moth wings were seen. A water pool was also present near the portal. A capture survey was conducted on August 29, 2005. Two bats were captured, including one male *M. evotis* and one male *C. townsendii*.

**Wedding Bell 895A4 (BWEDD0527)**
Wedding Bell 895A4 is an adit that faces northwest. The portal dimensions are 72 inches wide by 72 inches high. The elevation is 6,570 feet, and the mine depth is 350 feet. Both the portal and interior appear stable. The site has some drifts and is connected to a shaft we discovered, which was named site 895S2. An internal survey was conducted on February 16, 2005, and one *C. townsendii* was found near the adit and shaft intersection. Scattered guano and lots of moth wings were also seen. Another quick internal survey was conducted on June 24, 2005. No bats were found, but trace guano and moth wings were seen. Additional surveys in 2006 will be planned, or a bat gate should be considered for this feature and connecting sites.

**Wedding Bell 895A5 (BWEDD0528)**
Wedding Bell 895A5 is an adit that faces northwest. The portal dimensions are 72 inches wide by 108 inches high. The elevation is 6,449 feet, and the mine depth is 150 feet. Both the portal and interior appear stable, but outside the portal is a hanging rock supported by other rocks and a timber. The site has a couple drifts. An internal survey was conducted on February 16, 2005, and no bats were found, but trace guano and moth wings were seen.

**Wedding Bell 895A6 (BWEDD0529)**
Wedding Bell 895A6 is an adit that faces south. The portal dimensions are 144 inches wide by 120 inches high. The elevation is 6,553 feet. This site is connected to sites 895A1 and 895S1. The depth of the complex is 150 feet. Both the portal and interior appear stable, and the site has several drifts and many stalls. An internal survey was conducted on February 15, 2005, and two *C. townsendii* were documented. Trace guano was also seen. Another quick internal survey was conducted on June 22, 2005, and no bats were found. More surveys may help to determine bat use, but this site appears to be important as a winter roost. A bat consultation is needed for this feature, and connecting sites.

**Wedding Bell 895S1 (BWEDD0530)**
Wedding Bell 895S1 is a shaft that faces east. The collar dimensions are 48 inches by 48 inches high. The elevation is 6,560 feet. This site is connected to sites 895A1 and 895A6. The recommendations for this feature will be tied to the connecting adits. A bat consultation is needed for this feature, and connecting sites.

**Wedding Bell 895S2 (BWEDD0550)**
Wedding Bell 895S2 is a shaft with a northwest exposure. The collar dimensions are 144 inches by 144 inches, and the elevation is 6,570 feet. The depth of the complex is 350 feet and the depth to the floor is about 35 feet, including the drift at the bottom. Both the collar and interior appear stable. This site was discovered when we were internally surveying site 895A4. An internal survey was conducted on February 16, 2005, and one *C. townsendii* was found near the adit and shaft intersection, which was documented on the site 895A4 paperwork. Scattered guano and lots of moth wings were also seen. Another quick internal survey was conducted on June 24, 2005. No bats were found, but trace guano and moth wings were seen. Additional surveys in 2006 will be planned, or a bat gate should be considered for this feature and connecting sites.

**Wedding Bell 896A1 (BWEDD0532)**
Wedding Bell 896A1 is an eight-foot adit. It provides no significant bat habitat and was dropped from further study.

**Wedding Bell 896A2 (BWEDD0533)**
Wedding Bell 896A2 is an adit that faces west. The portal dimensions are 144 inches wide by 72 inches high. The elevation is 6,799 feet. The site drifts to connecting site 896A4. The depth of the complex is 75 feet. Both the portal and interior appear fairly stable. An internal survey was conducted on March 18, 2005, and no bats or bat guano were seen. Another quick internal survey was conducted on June 22, 2005, and no bats were found. Bat evaluations are complete at this mine.

**Wedding Bell 896A3 (BWEDD0534)**
Wedding Bell 896A3 is an adit that faces southwest. The portal dimensions are 48 inches wide by 36 inches high. The elevation is 6,799 feet, and the mine depth is 20 feet. Both the portal and interior appear semi-stable, but the ceiling is near the surface and could collapse just by walking over it. An internal survey was conducted on March 18, 2005, and no bats or bat guano were seen. Another quick internal survey was conducted on June 22, 2005, and no bats were found. Bat evaluations are complete at this mine.

**Wedding Bell 896A4 (BWEDD0535)**
Wedding Bell 896A4 is an adit that faces west. The portal dimensions are 240 inches wide by 120 inches high. The elevation is 6,799 feet. The site drifts to connecting site 896A2. The depth of the complex is 75 feet, and the portal and interior appear fairly stable. An internal survey was conducted on March 18, 2005,

and no bats were found, but trace bat guano was seen. Another quick internal survey was conducted on June 22, 2005, and no bats were found. Bat evaluations are complete at this mine.

**Wedding Bell 896A5 (BWEDD0536)**
Wedding Bell 896A5 is an adit that faces southwest. The portal dimensions are 84 inches wide by 72 inches high. The elevation is 6,799 feet. The site drifts to connecting sites 896A6 and 896A7. The mine depth of the complex is about 145 feet. Both the portal and interior appear fairly stable. An internal survey was conducted on March 18, 2005, and no bats were found, but trace guano was seen. Another quick internal survey was conducted on June 22, 2005, and no bats were found. Bat evaluations are complete at this mine.

**Wedding Bell 896A6 (BWEDD0537)**
Wedding Bell 896A6 is an adit that faces southwest. The portal dimensions are 60 inches wide by 48 inches high. The elevation is 6,799 feet. The site drifts to connecting sites 896A5 and 896A7. The depth of the complex is about 145 feet. Both the portal and interior appear fairly stable. An internal survey was conducted on March 18, 2005, and no bats were found, but trace guano was seen. Another quick internal survey was conducted on June 22, 2005, and no bats were found. Bat evaluations are complete at this mine.

**Wedding Bell 896A7 (BWEDD0538)**
Wedding Bell 896A7 is an adit that faces southwest. The portal dimensions are 48 inches wide by 72 inches high. The elevation is 6,799 feet. The site drifts to connecting sites 896A5 and 896A6. The mine depth of the complex is about 145 feet. Both the portal and interior appear semi-stable. A rock wall support separates sites 896A7 and 896A6 from the portal to the drift, making this area semi-stable. An internal survey was conducted on March 18, 2005, and no bats were found, but trace guano was seen. Another quick internal survey was conducted on June 22, 2005, and no bats were found. Bat evaluations are complete at this mine.

**Wedding Bell 896A8 (BWEDD0539)**
Wedding Bell 896A8 is an adit that faces east. The portal dimensions are 72 inches wide by 72 inches high. The elevation is 6,729 feet, and the mine depth is about 195 feet. Both the portal and interior appear stable. The floor gradually declines down to a few rooms and drifts that interconnect to each other. An internal survey was conducted on March 17, 2005, and one *C. townsendii* was found. Because of the high wall issue with this feature, and the survey results to date, the site should have an exclusion and be closed. No further surveys are planned at this point.

**Wedding Bell 896A9 (BWEDD0540)**
Wedding Bell 896A9 is an adit that faces south. The portal dimensions are 72 inches wide by 84 inches high. The elevation is 6,681 feet, and the mine depth is about 180 feet. Both the portal and interior appear unstable. The site has some fractures to the surface and drifts to another opening, creating a moderately pulsing airflow. The dump and portal gamma measured 400 to 600. An internal survey was conducted on March 18, 2005, and no bats were found, but scattered guano was seen. Another quick internal survey was conducted on June 23, 2005, and no bats were found, but trace guano was seen. This site is dangerous inside, but is secluded and has lots of fissures that bats might like. A bat gate should be considered for this site, but additional surveys will be very time consuming, and at this point considered a low priority. Additional surveys would be limited to video methods, and summer seasons. At this point, a bat gate consultation is recommended.

**Wedding Bell 896A10 (BWEDD0541)**
Wedding Bell 896A10 is a reclaimed decline. It provides no bat habitat and was dropped from further study.

**Wedding Bell 896A11 (BWEDD0542)**
Wedding Bell 896A11 is a decline that faces northwest. The portal dimensions are 84 inches wide by 96 inches high. The elevation is 6,698 feet, and the mine depth is unknown, but is over 100 feet. Both the portal and interior appear fairly stable. The winter radon measurement was 14.768. An internal survey

was started on March 17, 2005, and one *C. townsendii* was seen at about 55 feet inside. Scattered guano and moth wings were seen, even though water rushes into the site at times. After the radon was measured, the internal portion of the survey was abandoned. Because of the high radon, this site will not have additional surveys, and should be closed. A bat exclusion should be conducted prior to closure.

**Wedding Bell 896S1 (BWEDD0543)**
Wedding Bell 896S1 is a collapsing shaft. It provides no significant bat habitat and was dropped from further study.

**Wedding Bell 896S2 (BWEDD0544)**
Wedding Bell 896S2 is a shaft with a northwest exposure. The collar dimensions are 96 inches by 36 inches high. The elevation is 6,727 feet. The mine depth of the complex is 50 feet and the depth to the floor is about 8 feet, including the three-foot drift at the bottom. Both the collar and interior appear semi-stable, but the site is filling with silt. This mine is connected to site 896S4. An internal survey was conducted on February 17, 2005, and no bats or bat sign were found. Bat evaluations are complete at this mine.

**Wedding Bell 896S3 (BWEDD0545)**
Wedding Bell 896S3 is a shaft that faces west. The collar dimensions are 12 inches by 30 inches high. The elevation is 6,727 feet. The mine depth is unknown, but appears to be shallow. Both the collar and interior appear somewhat unstable. The site may drift just a few feet inside, but collar is situated in soft sand and the site is filling with silt. An external survey was conducted on February 17, 2005. Bat evaluations are complete at this mine.

**Wedding Bell 896S4 (BWEDD0546)**
Wedding Bell 896S4 is a shaft with an east exposure. The collar dimensions are 18 inches by 36 inches high, and the elevation is 6,727 feet. The depth of the complex is 50 feet and the depth to the floor is about 5 feet, including the two-foot drift at the bottom. Both the collar and interior appear semi-stable, but the site is filling with silt. This mine is connected to site 896S2. An internal survey was conducted on February 17, 2005, and no bats or bat sign were found. Bat evaluations are complete at this mine.

**Wedding Bell 896V1 (BWEDD0547)**
Wedding Bell 896V1 is a six-inch vent with no known connection. It provides no bat habitat and was dropped from further study.

**Wedding Bell 897A1 (BWEDD0548)**
Wedding Bell 897A1 has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 897V1 (BWEDD0549)**
Wedding Bell 897V1 is a vent with no known connection. It provides no bat habitat and was dropped from further study.

**Wedding Bell 898A1**
Wedding Bell 898A1 has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 898A2**
Wedding Bell 898A2 has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 898A3**
Wedding Bell 898A3 has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 899A1**
Wedding Bell 899A1 has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 899A2**
Wedding Bell 899A2 has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 899A3**
Wedding Bell 899A3 has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 899A4**
Wedding Bell 899A4 has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 900A1**
Wedding Bell 900A1 has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 901A1 (BWEDD0575)**
Wedding Bell 901A1 is a decline that faces west. The portal dimensions are 84 inches wide by 120 inches high, and the elevation is 6,681 feet. The mine depth is unknown, but is over 100 feet. Both the portal and interior appear fairly stable. The summer radon measurement was 11.392. This site was located, identified, and photographed on June 25, 2005, but not surveyed. An internal survey was started on August 28, 2005, but after the radon was measured, the internal portion of the survey was abandoned. Because of the high radon, this site will not have additional surveys, and should be closed. A bat exclusion should be conducted prior to closure.

**Wedding Bell 903A1 (BWEDD0562)**
Wedding Bell 903A1 is an adit that faces west. The portal dimensions are 96 inches wide by 96 inches high, and the elevation is 6,473 feet. The mine depth is 650 feet, and the both the portal and interior appear stable. The site has a couple drifts and some large raises. Near the portal is the magazine, where one small hole opens to the surface. The winter radon measured 2.999 and summer 3.998. An internal survey was conducted on March 19, 2005, and two *M. ciliolabrum* or *californicus* were documented. Scattered guano and some moth wings were seen, including some Townsend's-looking guano. Another internal survey was conducted on June 24, 2005, and no bats were found, but scattered guano and some moth wings were seen near the portal. An incomplete internal survey was conducted on August 28, 2005, due to the high radon. Scattered and one cluster of guano was found near the portal. No moth wings were seen. The guano cluster did not appear to be Townsend's.

**Wedding Bell 904A1 (BWEDD0563)**
Wedding Bell 904A1 is an adit that faces north. The portal dimensions are 60 inches wide by 144 inches high. The elevation is 6,473 feet, and the site is connected to sites 904A2 and 904S1. The mine depth of the complex is unknown, but is over 175 feet. The portals and interior are fractured and dangerous. The mines are located near the surface. A partial internal survey was conducted on March 19, 2005, and one *C. townsendii* was found where sites 904A1 and 904A2 intersect. Scattered guano was also seen in the surveyed area. Video surveys were conducted on June 25 and August 26, 2005. Both times, Townsend's-looking bats were seen on the tapes, with 11 passes in June and 10 in August. Site 904A2 was also video taped and had activity. Site 904S1 was netted off to concentrate bat possible bat activity at the other two sites. These sites seem to be important summer and winter roosts. A gate consultation is needed for this complex, and if gating is not feasible, then exclusion procedures will need to be taken.

**Wedding Bell 904A2 (BWEDD0564)**
Wedding Bell 904A2 is an adit that faces northeast. The portal dimensions are 144 inches wide by 36 inches high. The elevation is 6,473 feet. This site is connected to sites 904A1 and 904S1. The mine depth of the complex is unknown, but is over 175 feet. The portals and interior are fractured and dangerous. The mines are located near the surface of flat ground. A partial internal survey was conducted on March 19, 2005, and one *C. townsendii* was found where sites 904A1 and 904A2 intersect. Scattered guano was also seen in the surveyed area. Video surveys were conducted on June 25 and August 26, 2005. Both times, Townsend's-looking bats were seen on the tapes, with 3 passes in June and 28 in August. Site 904A1 was also video taped and had activity. Site 904S1 was netted off to concentrate bat possible bat activity at the other two sites. These sites seem to be important summer and winter roosts. A gate consultation is needed for this complex, and if gating is not feasible, then exclusion procedures will need to be taken.

**Wedding Bell 904S1 (BWEDD0565)**
Wedding Bell 904S1 is a subsidence that faces east. The portal dimensions are 60 inches wide by 72 inches high. The elevation is 6,473 feet. We discovered this site, which is connected to sites 904A1 and 904A2. The mine depth of the complex is unknown, but is over 175 feet. The portals and interior are fractured and dangerous. The mines are located near the surface of flat ground. A partial internal survey was conducted on March 19, 2005, and one *C. townsendii* was found where sites 904A1 and 904A2 intersect. Scattered guano was also seen in the surveyed area. Video surveys were conducted at sites 904A1 and 904A2 on June 25 and August 26, 2005. Both times, Townsend's-looking bats were seen on all the tapes. Site 904S1 was netted off to concentrate bat possible bat activity at the other two sites. These sites seem to be important summer and winter roosts. A gate consultation is needed for this complex, and if gating is not feasible, then exclusion procedures will need to be taken.

**Wedding Bell 905A1 (BWEDD0573)**
Wedding Bell 905A1 is a collapsing decline. It provides no bat habitat and was dropped from further study.

**Wedding Bell 905V1 (BWEDD0574)**
Wedding Bell 905V1 is a twelve-inch vent with no known connection. It provides no bat habitat and was dropped from further study.

**Wedding Bell 906A1 (BWEDD0566)**
Wedding Bell 906A1 is an adit that faces east. The portal dimensions are 48 inches wide by 48 inches high. The elevation is 6,270 feet, and the mine depth is over 520 feet. Both the portal and interior appear stable. The site has a couple drifts, one of which heads uphill for about 60 feet. The main passage continues and then gradually slopes down to water. The site continues and the face cannot be definitively seen. An internal survey was conducted on March 19, 2005, and no bats were found, but lots of moth wings, scattered guano, and one night-roosting guano cluster were documented. Another internal survey was conducted on June 24, 2005, and while no bats were found, scattered guano and lots of moth wings were seen. A capture survey was conducted on June 26, 2005. Seven bats were captured, including two male *M. thysanodes*, one *M. ciliolabrum*, and four *M. californicus*, one a pregnant female and three males. An internal survey was conducted on August 25, 2005, and while no bats were found, trace guano and lots of moth wings were found. That evening, a capture survey was conducted and one male *M. californicus* was captured. This site appears to be at least an important night roost and water source for bats.

**Wedding Bell 906A2 (BWEDD0567)**
Wedding Bell 906A2 is an adit that faces southeast. The portal dimensions are 84 inches wide by 60 inches high. The elevation is 6,270 feet, and the mine depth is 20 feet. The portal and interior are somewhat fractured. The site has three short passages from the portal. The gamma measured 150 to 900 at the portal and dump. Internal surveys were conducted on March 19, June 24, and August 25, 2005, and no bats were found. Scattered, trace, and no guano was seen on those dates, respectively. A couple moth wings were seen on March 19 and none on the later dates. Bat evaluations are complete at this mine.

**Wedding Bell 906A3 (BWEDD0568)**
Wedding Bell 906A3 is an adit that faces east. The portal dimensions are 144 inches wide by 120 inches high. The elevation is 6,270 feet, and the mine depth is over 200 feet, with both the portal and interior appearing to be stable. The main passage slopes down to water and the site may continue, because the face cannot be definitively seen. The water seems cleaner at this site than at site 906A2. An internal survey was conducted on March 19, 2005, and no bats were found, but lots of moth wings and scattered guano were seen. Another internal survey was conducted on June 24, 2005, and while no bats were found, scattered guano and moth wings were seen. A capture survey was conducted on June 26, 2005. Fourteen bats were captured, including one five male *M. ciliolabrum*, one male *M. evotis*, two female *M. volans*, and six *M. californicus*, four females, one male, and one that escaped. This site was also video taped that evening, and 861 passes were recorded. An internal survey was conducted on August 25, 2005, and while no bats were found, scattered guano and moth wings were found. That evening, a

capture survey was conducted and six male bats were captured, including two *M. thysanodes*, three *M. evotis*, and one *E. fuscus*. This site appears to be an important roost site and water source for bats.

**Wedding Bell 906A4 (BWEDD0569)**
Wedding Bell 906A4 is a decline that faces northeast. The portal dimensions are 84 inches wide by 72 inches high. The elevation is 6,308 feet, and the mine depth is unknown, but is over 100 feet. Both the portal and interior appear semi-stable. The winter radon measurement was 11.093. An internal survey was started on March 19, 2005, but after the radon was measured, the internal portion of the survey was abandoned. Because of the high radon, this site will not have additional surveys, and should be closed.

**Wedding Bell 906A5 (BWEDD0570)**
Wedding Bell 906A5 is an adit that faces west. The portal dimensions are 60 inches wide by 30 inches high. The elevation is 6,335 feet, and the mine depth is about 30 feet. Both the portal and interior appear unstable. The site is located near the ground surface is filling with silt. The site has a couple drifts and one room. A partial internal survey was conducted on August 25, 2005, and no bats, guano, or moth wings were seen. Bat evaluations are complete at this mine.

**Wedding Bell 907A1 (BWEDD0576)**
Wedding Bell 907A1 is an adit that faces west. The portal dimensions are 96 inches wide by 96 inches high. The elevation is 6,419 feet. This site appears to be connected to sites 907A2A, 907A2B, 907A3, 907A4, 907A5, and 907S1. The mine depth is unknown, but is over 100 feet. Both the portal and interior are fractured, with large slabs of rocks that have fallen from the ceiling. The summer radon measurement was 26.603.The gamma measured 500 to 2400 at the portal and dump. This site was located, identified, and photographed on June 25, 2005, but not surveyed. An internal survey was started on August 28, 2005, but after the radon was measured, the internal portion of the survey was abandoned. These sites are located near one hut in the bicycling hut to hut system and are a safety concern to cyclists using the hut. A pathway from the hut, as well as some hand-made stone arrows, point the way to the sites. Bicycle-cleated footprints show people are exposing themselves to high radiation and possible rock fall at the portals. Footprints are everywhere in and around these sites. Information needs to be posted for these people. Because of the high radon, this site will not have additional surveys, and should be closed. A bat exclusion should be conducted prior to closure.

**Wedding Bell 907A2A (BWEDD077)**
Wedding Bell 907A2A is an adit that faces north. The portal dimensions are 84 inches wide by 72 inches high. The elevation is 6,419 feet. This site appears to be connected to sites 907A1, 907A2B, 907A3, 907A4, 907A5, and 907S1. The mine depth is unknown, but is over 100 feet. Both the portal and interior are fractured, with large slabs of rocks that have fallen from the ceiling. The summer radon measurement was 26.603. The gamma measured 90 to 900 at the portal and dump. This site was located, identified, and photographed on June 25, 2005, but not surveyed. An internal survey was started on August 28, 2005, but after the radon was measured, the internal portion of the survey was abandoned. These sites are located nearest one hut of the bicycling hut to hut system and are a safety concern to the cyclists using the hut. A pathway from the hut, as well as some hand-made stone arrows, point the way to the sites. Bicycle-cleated footprints show people are exposing themselves to high radiation and possible rock fall at the portals. Footprints are everywhere in and around these sites. Information needs to be posted for these people. Because of the high radon, this site will not have additional surveys, and should be closed. A bat exclusion should be conducted prior to closure.

**Wedding Bell 907A2B (BWEDD0594)**
Wedding Bell 907A2B is an adit that faces west. The portal dimensions are 84 inches wide by 55 inches high. The elevation is 6,419 feet. This site appears to be connected to sites 907A1, 907A2A, 907A3, 907A4, 907A5, and 907S1. The mine depth is unknown, but is over 100 feet. Both the portal and interior are fractured, with large slabs of rocks that have fallen from the ceiling. The summer radon measurement was 26.603. The gamma measured 500 to 2400 at the portal and dump. This site was located, identified, and photographed on June 25, 2005, but not surveyed. An internal survey was started on August 28, 2005, but after the radon was measured, the internal portion of the survey was abandoned. These sites are located nearest one hut of the bicycling hut to hut system and are a safety concern to the cyclists

using the hut. A pathway from the hut, as well as some hand-made stone arrows, point the way to the sites. Bicycle-cleated footprints show people are exposing themselves to high radiation and possible rock fall at the portals. Footprints are everywhere in and around these sites. Information needs to be posted for these people. Because of the high radon, this site will not have additional surveys, and should be closed. A bat exclusion should be conducted prior to closure.

**Wedding Bell 907A3 (BWEDD0578)**
Wedding Bell 907A3 is an adit that faces west. The portal dimensions are 144 inches wide by 72 inches high. The elevation is 6,419 feet. This site appears to be connected to sites 907A1, 907A2A, 907A2B, 907A4, 907A5, and 907S1. The mine depth is unknown, but is over 100 feet. Both the portal and interior are fractured, with large slabs of rocks that have fallen from the ceiling. The summer radon measurement was 26.603. The gamma measured 210 to 900 at the portal and dump. This site was located, identified, and photographed on June 25, 2005, but not surveyed. An internal survey was started on August 28, 2005, but after the radon was measured, the internal portion of the survey was abandoned. These sites are located nearest one hut of the bicycling hut to hut system and are a safety concern to the cyclists using the hut. A pathway from the hut, as well as some hand-made stone arrows, point the way to the sites. Bicycle-cleated footprints show people are exposing themselves to high radiation and possible rock fall at the portals. Footprints are everywhere in and around these sites. Information needs to be posted for these people. Because of the high radon, this site will not have additional surveys, and should be closed. A bat exclusion should be conducted prior to closure.

**Wedding Bell 907A4 (BWEDD0579)**
Wedding Bell 907A4 is an adit that faces southwest. The portal dimensions are 84 inches wide by 84 inches high. The elevation is 6,419 feet. This site appears to be connected to sites 907A1 907A2A, 907A2B, 907A3, 907A5, and 907S1. The mine depth is unknown, but is over 100 feet. Both the portal and interior are fractured, with large slabs of rocks that have fallen from the ceiling. The summer radon measurement was 6.581. The gamma measured 80 to 200 at the portal and dump. This site was located, identified, and photographed on June 25, 2005, but not surveyed. An internal survey was started on August 28, 2005, but after the radon was measured, the internal portion of the survey was abandoned. These sites are located nearest one hut of the bicycling hut to hut system and are a safety concern to the cyclists using the hut. A pathway from the hut, as well as some hand-made stone arrows, point the way to the sites. Bicycle-cleated footprints show people are exposing themselves to high radiation and possible rock fall at the portals. Footprints are everywhere in and around these sites. Information needs to be posted for these people. Because of the high radon, this site will not have additional surveys, and should be closed. A bat exclusion should be conducted prior to closure.

**Wedding Bell 907A5 (BWEDD0580)**
Wedding Bell 907A5 is an adit that faces west. The portal dimensions are 144 inches wide by 84 inches high. The elevation is 6,419 feet. This site appears to be connected to sites 907A1, 907A2A, 907A2B, 907A3, 907A4, and 907S1. The mine depth is unknown, but is over 100 feet. Both the portal and interior are fractured, with large slabs of rocks that have fallen from the ceiling. The summer radon measurement was 6.581. The gamma measured 80 to 310 at the portal and dump. This site was located, identified, and photographed on June 25, 2005, but not surveyed. An internal survey was started on August 28, 2005, but after the radon was measured, the internal portion of the survey was abandoned. These sites are located nearest one hut of the bicycling hut to hut system and are a safety concern to the cyclists using the hut. A pathway from the hut, as well as some hand-made stone arrows, point the way to the sites. Bicycle-cleated footprints show people are exposing themselves to high radiation and possible rock fall at the portals. Footprints are everywhere in and around these sites. Information needs to be posted for these people. Because of the high radon, this site will not have additional surveys, and should be closed. A bat exclusion should be conducted prior to closure.

**Wedding Bell 907A6 (BWEDD0583)**
Wedding Bell 907A6 is a reclaimed site. It provides no bat habitat and was dropped from further study.

**Wedding Bell 907A7 (BWEDD0581)**
Wedding Bell 907A7 is an adit that faces west. The portal dimensions are 48 inches wide by 96 inches high. The elevation is 6,413 feet, and the mine depth is 35 feet. Both the portal and interior appear very stable. This site was located, identified, and photographed on June 25, 2005, but not surveyed. An internal survey was conducted on August 29, 2005, and no bats were found, but trace guano was seen. Bat evaluations are complete at this mine.

**Wedding Bell 907S1 (BWEDD0582)**
Wedding Bell 907S1 is a shaft that faces west. The collar dimensions are 62 inches by 62 inches. The elevation is 6,466 feet. This site appears to be connected to sites 907A1, 907A2A, 907A2B, 907A3, 907A4, and 907A5. The mine depth is unknown, but is over 100 feet. Both the portal and interior are located in loose topsoil, with an undercut surface. The site looked like it originally was an underground tank connecting to the sites below and has subsided to the surface. This site was located, identified, and photographed on June 25, 2005, but not surveyed. An external survey was conducted on August 28, 2005. These sites are located nearest one hut of the bicycling hut to hut system and are a safety concern to the cyclists using the hut. A pathway from the hut, as well as some hand-made stone arrows, point the way to the sites. Bicycle-cleated footprints right up to the edge of this soft, undercut shaft shows that people are endangering themselves. Footprints are everywhere in and around these sites. Information needs to be posted for these people. Because of the high radon, this site will not have additional surveys, and should be closed. A bat exclusion should be conducted prior to closure.

**Wedding Bell 908A1 (BWEDD0571)**
Wedding Bell 908A1 is an adit that faces west. The portal dimensions are 96 inches wide by 84 inches high. The elevation is 6,638 feet, and the mine depth is about 50 feet. Both the portal and interior appear stable. This site has two short drifts. The gamma measured 175 to 800 at the portal and dump. An internal survey was conducted on March 19, 2005, and no bats were found, but scattered guano and one loose, Townsend's-looking guano cluster was seen. Another quick internal survey was conducted on June 24, 2005, and no bats were found, but lots of scattered guano was seen. An internal survey was conducted on August 28, 2005, and no bats were found, but scattered guano, a few moth wings, and one loose cluster of different sized guano was seen. A capture survey was conducted on August 29, 2005, and one testes-enlarged *C. californicus* was captured. From the evidence, it appears that more use is occurring than what has been documented to date.

**Wedding Bell 908A2 (BWEDD0572)**
Wedding Bell 908A2 is an adit that faces west. The portal dimensions are 72 inches wide by 60 inches high. The elevation is 6,638 feet, and the mine depth is 155 feet. The portal is fairly stable, but the interior is unstable. Beyond the portal and a short passage, this site is a large room with stone column and timber supports. Some mined areas created rock ledges chest high. Large and small rocks litter the floor, obscuring bat sign. An internal survey was conducted on March 19, 2005, and no bats were found, but trace guano and a couple moth wings were seen. Another quick internal survey was conducted on June 24, 2005, and no bats were found, but trace guano moth wings were seen. An internal survey was conducted on August 28, 2005, and no bats were found, but trace guano was seen. A capture survey was conducted on August 29, 2005, and no bats were captured.

**Wedding Bell 908A3 (BWEDD0584)**
Wedding Bell 908A3 is an adit that faces west. The portal dimensions are 72 inches wide by 48 inches high. The elevation is 6,446 feet. The mine depth is over 100 feet. The portal appears fairly stable, but the interior is semi-stable. The ceiling is made of solid rock, but the walls are soft and crumbling. This site has one raise and may drift at about 100 feet. Air blows out strong, indicating another opening, but we have not yet located it. The floor is muddy and water seems to flow in and out of the site. This site was located, identified, and photographed on June 25, 2005, but not surveyed. A partial internal survey was conducted on August 29, 2005, and no bats were found, but trace guano and moth wings were seen. The survey was not completed, because of the mud. A capture survey was conducted that evening, and no bats were captured, but a bat or bats were seen two different times trying to fly into the mine. After the trap was dismantled, a bat flew into the mine.

**Wedding Bell 908V1**
Wedding Bell 908V1 is a vent, has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 908V2**
Wedding Bell 908V2 is a vent has not had a pre-survey, and evaluations will start in 2006.

**Wedding Bell 909A1 (BWEDD0587)**
Wedding Bell 909A1 contains two twenty-foot, fractured adits. These sites were located, identified, and photographed on June 26, 2005, but were not surveyed. On August 26, 2005, they were evaluated. They provide no significant bat habitat and were dropped from further study.

**Wedding Bell 909A2 (BWEDD0588)**
Wedding Bell 909A2 is an adit that faces west. The portal dimensions are 72 inches wide by 72 inches high. The elevation is 6,097 feet. The mine depth is 90 feet. The portal is somewhat fractured and the interior is fairly stable. The site has one drift and is located near the surface of a knoll. The gamma measured 120 to 800 at the portal and dump. This site was located, identified, and photographed on June 26, 2005, but not surveyed. An internal survey was conducted on August 26, 2005, and no bats or bat sign was found.

**Wedding Bell 909A3 (BWEDD0589)**
Wedding Bell 909A3 is a twenty-foot, collapsing adit. This site was located, identified, and photographed on June 26, 2005, but not surveyed. On August 29, 2005, the site was evaluated. It provides no significant bat habitat and was dropped from further study.

**Wedding Bell 909A4 (BWEDD0590)**
Wedding Bell 909A4 is an adit that faces southwest. The portal dimensions are 60 inches wide by 78 inches high. The elevation is 6,115 feet. The mine depth is 250 feet. The portal and interior are very stable. The site has one drift and is located in a secluded area off the edge of a cliff. The summer radon measurement was 4.717. This site was located and identified on June 26, 2005, but not surveyed. An internal survey was conducted on August 29, 2005, and no bats were found, but scattered guano and lots of moth wings were seen.

**Wedding Bell 910A1 (BWEDD0591)**
Wedding Bell 910A1 is a decline that faces northwest. The portal dimensions are 60 inches wide by 72 inches high. The elevation is 6,169 feet. This site is connected to site 910S1. The mine depth is 125 feet, including the connecting shaft. The portal and interior are stable. Near the face and connecting shaft was a pool, so the mine was not thoroughly surveyed. This site was located, identified, and photographed on June 26, 2005, but not surveyed. An internal survey was conducted on August 26, 2005, and no bats were found, but trace guano and moth wings were seen.

**Wedding Bell 910S1 (BWEDD0592)**
Wedding Bell 910S1 is a shaft that faces northwest. The collar dimensions are 60 inches by 48 inches. The elevation is 6,175 feet. This site is connected to site 910A1. The mine depth is about 125 feet, including the connecting decline. The collar and interior appear stable. The connecting site 910A1 had a pool with trace guano and moth wings. This site was located, identified, and photographed on June 26, 2005, but not surveyed. An external survey was conducted on August 26, 2005.

**Wedding Bell 911A1 (BWEDD0585)**
Wedding Bell 911A1 is a decline that faces north. The portal dimensions are 96 inches wide by 108 inches high. The elevation is 6,119 feet. The mine depth is unknown, but is over 100 feet. The portal is semi-stable and the interior appears more stable. Water flows in at times and the site was damp. The summer radon measurement was 14.215. This site was located, identified, and photographed on June 26, 2005, but not surveyed. An internal survey was started on August 26, 2005, but after the radon was measured, the internal portion of the survey was abandoned. Because of the high radon, this site will not have additional surveys, and should be closed. A bat exclusion should be conducted prior to closure.

**Wedding Bell 911A2 (BWEDD0586)**

Wedding Bell 911A2 is a decline that faces southeast. The portal dimensions are 72 inches wide by 120 inches high. The elevation is 6,157 feet. The mine depth is 300 feet. The portal is stable and the interior is fairly stable. The site has a dome and a few drifts with rooms. This site was located, identified, and photographed on June 26, 2005, but not surveyed. An internal survey was conducted on August 26, 2005, and no bats or bat sign was found. Water runs in at times, which could obscure bat sign.

**EAGLE BASIN (HIEROGLYPHIC CANYON) PROJECT**

Eagle Basin Project
Naturita

84

BLM_0059175

# EAGLE BASIN (HIEROGLYPHIC) PROJECT: 2005
# CURRENT STATUS

| MINE NAME | EAGLE BASIN # | ID - NUMBER | STATUS |
|---|---|---|---|
| HIEROGLYPHIC 519 A1 | EB 10 | BHIER0309 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 519 A2 | EB 11 | BHIER0310 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 519 A3 | EB 12 | BHIER0311 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 520 A1 | EB 8 | BHIER0312 | PENDING GATE OR CLOSE |
| HIEROGLYPHIC 521 A1 | EB 9 | BHIER0314 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1540 | EB 17 | BHIER0318 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A1 | EB 33 | BHIER0321 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A2 | EB 32 | BHIER0322 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A3 | EB 31 | BHIER0323 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543P3 | EB 30 | BHIER0326 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1545A1 | EB 28 | BHIER0328 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1547 | EB 24 | BHIER0332 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1548P1 | EB 29 | BHIER0333 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1550A1 | EB 20 | BHIER0336 | SLOT GATE OR CLOSE |
| HIEROGLYPHIC 1551A1 | EB 21 | BHIER0340 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1551A2 | EB 22 | BHIER0341 | BAT GATE PENDING BIDS |
| HIEROGLYPHIC 1553A1 | EB 41 or 42 | BHIER0343 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1553P1 | EB 41 or 42 | BHIER0344 | POSSIBLE AIR FLOW NEEDED |
| HIEROGLYPHIC 1554A2 | EB 37 or 38 | BHIER0349 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1555 | EB 39 | BHIER0350 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 521 A3 | EB 9 | BHIER0358 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543S1 | NEW SITE | BHIER0359 | AIR FLOW GRATE |
| EAGLE BASIN 4 | | XEAGL0504 | EVALUATION COMPLETE |
| EAGLE BASIN 5 | | XEAGL0505 | EVALUATION COMPLETE |
| EAGLE BASIN 6 | | XEAGL0506 | CONNECTIVITY CHECK |
| EAGLE BASIN 13 | | XEAGL0513 | EVALUATION COMPLETE |
| EAGLE BASIN 14 | | XEAGL0514 | EVALUATION COMPLETE |
| EAGLE BASIN 15 | | XEAGL0515 | EVALUATION COMPLETE |
| EAGLE BASIN 16 | | XEAGL0516 | EVALUATION COMPLETE |

## EAGLE BASIN (HIEROGLYPHIC) PROJECT: 2005
## CURRENT STATUS - BAT GATE RECOMENDATIONS ON THE PROJECT

| MINE NAME | EAGLE BASIN NUMBER | STATUS |
|---|---|---|
| | | |
| HIEROGLYPHIC 519 A1 | EB 10 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 519 A2 | EB II | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 519 A3 | EB 12 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 520 AI | EB 8 | PENDING GATE OR CLOSE |
| HIEROGLYPHIC 521 AI | EB 9 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1540 | EB 17 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A1 | EB 33 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A2 | EB 32 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543A3 | EB 31 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543P3 | EB 30 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1545A1 | EB 28 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1547 | EB 24 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1548P1 | EB 29 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC I550AI | EB 20 | SLOT GATE OR CLOSE |
| HIEROGLYPHIC 1551A1 | EB 2I | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1551A2 | EB 22 | BAT GATE PENDING BIDS |
| HIEROGLYPHIC I553AI | EB 41 or 42 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC I553PI | EB 41 or 42 | POSSIBLE AIR FLOW NEEDED |
| HIEROGLYPHIC I554A2 | EB 37 or 38 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1555 | EB 39 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 521 A3 | EB 9 | BAT GATE RECOMMENDED |
| HIEROGLYPHIC 1543SI | NOT ON INVENTORY | AIR FLOW GRATE |

## EAGLE BASIN (HIEROGLYPHIC CANYON) PROJECT

### 2005 FIELD SEASON - SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| HIEROGLYPHIC 1540 | 7/12/2003 | MYOTIS VOLANS | M |
| | 7/12/2003 | MYOTIS CALIFORNICUS | F |
| | 9/12/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/12/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/12/2003 | CORYNORHINUS TOWNSENDII | M |
| | Total at this mine = | 5 | |
| | | | |
| HIEROGLYPHIC I543A1 | 9/11/2003 | MYOTIS CALIFORNICUS | M |
| | Total at this mine = | I | |
| | | | |
| HIEROGLYPHIC I543A2 | 9/25/2003 | CORYNORHINUS TOWNSENDII | U |
| | 9/25/2003 | CORYNORHINUS TOWNSENDII | U |
| | 9/25/2003 | CORYNORHINUS TOWNSENDII | U |
| | 9/25/2003 | CORYNORHINUS TOWNSENDII | U |
| | 10/ 7/2004 | CORYNORHINUS TOWNSENDII | U |
| | 3/21/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 6 | |

| | | | |
|---|---|---|---|
| HIEROGLYPHIC I543P3 | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | U |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 5 | |
| HIEROGLYPHIC I545A1 | 7/10/2003 | CORYNORHINUS TOWNSENDII | U |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | U |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | CORYNORHINUS TOWNSENDII | F |
| | 7/10/2003 | MYOTIS SPP | U |
| | 6/22/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 8 | |
| HIEROGLYPHIC 1547 | 9/12/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/12/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/12/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/12/2003 | MYOTIS THYSANODES | M |
| | 9/12/2003 | MYOTIS CALIFORNICUS | F |
| | Total at this mine = | 5 | |
| HIEROGLYPHIC I548PI | 9/11/2003 | CORYNORHINUS TOWNSENDII | F |
| | 9/11/2003 | CORYNORHINUS TOWNSENDII | F |
| | Total at this mine = | 2 | |
| HIEROGLYPHIC I550A1 | 9/13/2003 | CORYNORHINUS TOWNSENDII | F |
| | Total at this mine = | I | |
| HIEROGLYPHIC 1551A2 | 6/22/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | I | |
| HIEROGLYPHIC I553A1 | 6/14/2003 | CORYNORHINUS TOWNSENDII | U |
| | 8/30/2003 | CORYNORHINUS TOWNSENDII | M |
| | 8/30/2003 | MYOTIS CALIFORNICUS | M |
| | 10/ 8/2004 | CORYNORHINUS TOWNSENDII | U |
| | 1/20/2005 | CORYNORHINUS TOWNSENDII | U |
| | 1/20/2005 | CORYNORHINUS TOWNSENDII | U |
| | 1/20/2005 | MYOTIS SPP CI/CA | U |
| | 1/20/2005 | MYOTIS SPP CI/CA | U |
| | 6/ 8/2005 | MYOTIS CALIFORNICUS | F |
| | 6/ 8/2005 | MYOTIS THYSANODES | F |
| | Total at this mine = | 10 | |
| HIEROGLYPHIC 1555 | 8/30/2003 | MYOTIS CILIOLABRUM | M |
| | 1/20/2005 | MYOTIS SPP CI/CA | U |
| | 1/20/2005 | MYOTIS SPP CI/CA | U |
| | 1/20/2005 | MYOTIS SPP CI/CA | U |
| | 1/20/2005 | MYOTIS SPP CI/CA | U |
| | 1/20/2005 | MYOTIS SPP CI/CA | U |
| | 6/ 8/2005 | MYOTIS CALIFORNICUS | M |

| Mine | Date | Species | Sex |
|---|---|---|---|
| | 6/ 8/2005 | MYOTIS EVOTIS | F |
| | 6/ 8/2005 | MYOTIS VOLANS | F |
| | 6/ 8/2005 | MYOTIS THYSANODES | F |
| | 6/ 8/2005 | LASIONYCTERIS NOCTIVAGANS | M |
| | Total at this mine = | 11 | |
| HIEROGLYPHIC I557PI | 6/13/2003 | MYOTIS SPP | U |
| | Total at this mine = | 1 | |
| HIEROGLYPHIC I557P2 | 7/13/2003 | MYOTIS CALIFORNICUS | F |
| | 8/29/2003 | MYOTIS CALIFORNICUS | M |
| | Total at this mine = | 2 | |
| HIEROGLYPHIC 519 AI | 1/18/2005 | CORYNORHINUS TOWNSENDII | U |
| | 1/18/2005 | CORYNORHINUS TOWNSENDII | U |
| | 1/18/2005 | MYOTIS SPP CA/CI | U |
| | 1/18/2005 | MYOTIS SPP CA/CI | U |
| | 1/18/2005 | MYOTIS SPP CA/CI | U |
| | 1/18/2005 | MYOTIS SPP CA/CI | U |
| | 1/18/2005 | MYOTIS SPP CA/CI | U |
| | 1/18/2005 | EPTESICUS FUSCUS | U |
| | 1/18/2005 | EPTESICUS FUSCUS | U |
| | 1/18/2005 | LASIONYCTERIS NOCTIVAGANS | U |
| | Total at this mine = | 10 | |
| HIEROGLYPHIC 519 A2 | 6/ 9/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 1 | |
| HIEROGLYPHIC 519 A3 | 10/ 9/2004 | EPTESICUS FUSCUS | U |
| | Total at this mine = | 1 | |
| HIEROGLYPHIC 520 AI | 9/ 1/2003 | MYOTIS CALIFORNICUS | F |
| | 9/ 1/2003 | MYOTIS CALIFORNICUS | F |
| | 9/ 1/2003 | MYOTIS CALIFORNICUS | F |
| | 9/ 1/2003 | MYOTIS CALIFORNICUS | F |
| | 9/ 1/2003 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 5 | |
| HIEROGLYPHIC 521 AI | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CALIFORNICUS | M |
| | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CALIFORNICUS | F |
| | 7/14/2003 | MYOTIS CILIOLABRUM | F |
| | 9/ 1/2003 | MYOTIS VOLANS | F |
| | 10/ 9/2004 | CORYNORHINUS TOWNSENDII | F |
| | 10/ 9/2004 | CORYNORHINUS TOWNSENDII | F |
| | 10/ 9/2004 | EPTESICUS FUSCUS | F |
| | Total at this mine = | 12 | |

| | | | |
|---|---|---|---|
| HIEROGLYPHIC 521 A3 | 9/ 1/2003 | CORYNORHINUS TOWNSENDII | U |
| | 9/14/2003 | CORYNORHINUS TOWNSENDII | F |
| | 1/19/2005 | MYOTIS SPP CI/CA | U |
| | 1/19/2005 | MYOTIS SPP CI/CA | U |
| | 1/19/2005 | MYOTIS SPP CI/CA | U |
| | 1/19/2005 | MYOTIS SPP CI/CA | U |
| | Total at this mine = | 6 | |

# DAKOTA PROJECT

Dakota Project
Florence
Canon City

90

BLM_0059181

## DAKOTA PROJECT: 2005
## MINE SITE SUMMARY - CURRENT STATUS

| MINE - NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| DAKOTA 1 | BDAKO0401 | BAT GATE RECOMMENDED |
| DAKOTA 2 | BDAKO0402 | CAN BE CLOSED |
| DAKOTA 9 | BDAKO0409 | CAN BE CLOSED |
| DAKOTA 1A | BDAKO0410 | CAN BE CLOSED |
| DAKOTA 3 | DDAKO0403 | CAN BE CLOSED |
| DAKOTA 4 | DDAKO0404 | AIR FLOW GATE |
| DAKOTA 5 | DDAKO0405 | BAT GATE RECOMMENDED |
| DAKOTA 6 | DDAKO0406 | BAT GATE INSTALLED 2005 |
| DAKOTA 7 | DDAKO0407 | BAT GATE INSTALLED 2005 |
| DAKOTA 8 | DDAKO0408 | BAT GATE RECOMMENDED |
| DAKOTA 7A | DDAKO0411 | BAT GATE INSTALLED 2005 |
| DAKOTA 10 | DDAKO0412 | STATUS PENDING |
| DAKOTA 11 | DDAKO0413 | POSSIBLE AIR GRATE |
| DAKOTA 12 | DDAKO0414 | POSSIBLE AIR GRATE |
| DAKOTA 11A | DDAKO0415 | POSSIBLE AIR GRATE |

## DAKOTA PROJECT: 2005
## GATE RECOMMENDATIONS ON THE PROJECT
## CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| DAKOTA 1 | BDAKO0401 | BAT GATE RECOMMENDED |
| DAKOTA 4 | DDAKO0404 | AIR FLOW GATE |
| DAKOTA 5 | DDAKO0405 | BAT GATE RECOMMENDED |
| DAKOTA 6 | DDAKO0406 | BAT GATE INSTALLED 2005 |
| DAKOTA 7 | DDAKO0407 | BAT GATE INSTALLED 2005 |
| DAKOTA 8 | DDAKO0408 | BAT GATE RECOMMENDED |
| DAKOTA 7A | DDAKO0411 | BAT GATE INSTALLED 2005 |
| DAKOTA 11 | DDAKO0413 | POSSIBLE AIR GRATE |
| DAKOTA 12 | DDAKO0414 | POSSIBLE AIR GRATE |
| DAKOTA 11A | DDAKO0415 | POSSIBLE AIR GRATE |

# DAKOTA PROJECT

## 2004-2005 FIELD SEASON
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| DAKOTA 1 | 9/23/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/23/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/23/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 3 | |
| DAKOTA 2 | 9/23/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | I | |
| DAKOTA 4 | 7/28/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | I | |
| DAKOTA 5 | 9/27/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/24/2004 | CORYNORHINUS TOWNSENDII | M |
| | 9/24/2004 | CORYNORHINUS TOWNSENDII | M |
| | 9/24/2004 | CORYNORHINUS TOWNSENDII | U |
| | 9/24/2004 | MYOTIS CILIOLABRUM | M |
| | 9/24/2004 | MYOTIS CILIOLABRUM | M |
| | 9/24/2004 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 7 | |
| DAKOTA 6 | 9/23/2004 | MYOTIS SPP | U |
| | 5/10/2005 | CORYNORHINUS TOWNSENDII | M |
| | 5/10/2005 | EPTESICUS FUSCUS | F |
| | Total at this mine = | 3 | |
| DAKOTA 7 | 7/28/2004 | MYOTIS CILIOLABRUM | M |
| | 7/28/2004 | MYOTIS CILIOLABRUM | M |
| | 7/28/2004 | MYOTIS CILIOLABRUM | M |
| | 7/28/2004 | MYOTIS CILIOLABRUM | F |
| | 7/28/2004 | MYOTIS CILIOLABRUM | F |
| | 7/28/2004 | MYOTIS SPP | M |
| | 7/28/2004 | EPTESICUS FUSCUS | M |
| | 7/28/2004 | EPTESICUS FUSCUS | M |
| | 7/28/2004 | CORYNORHINUS TOWNSENDII | F |
| | 7/28/2004 | CORYNORHINUS TOWNSENDII | F |
| | 7/28/2004 | CORYNORHINUS TOWNSENDII | F |
| | 7/28/2004 | CORYNORHINUS TOWNSENDII | F |
| | 7/28/2004 | CORYNORHINUS TOWNSENDII | F |
| | 7/28/2004 | CORYNORHINUS TOWNSENDII | F |
| | 7/28/2004 | CORYNORHINUS TOWNSENDII | F |
| | 7/28/2004 | CORYNORHINUS TOWNSENDII | F |
| | 7/28/2004 | CORYNORHINUS TOWNSENDII | F |
| | 7/28/2004 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 18 | |

| | | | |
|---|---|---|---|
| DAKOTA 7A | 9/23/2004 | CORYNORHINUS TOWNSENDII | U |
| | 5/10/2005 | CORYNORHINUS TOWNSENDII | U |
| | 5/10/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 3 | |
| DAKOTA 8 | 9/24/2004 | CORYNORHINUS TOWNSENDII | F |
| | 9/24/2004 | CORYNORHINUS TOWNSENDII | M |
| | 9/24/2004 | CORYNORHINUS TOWNSENDII | F |
| | 9/24/2004 | CORYNORHINUS TOWNSENDII | M |
| | 9/24/2004 | MYOTIS LUCIFUGUS | M |
| | 9/24/2004 | MYOTIS CILIOLABRUM | M |
| | 9/24/2004 | MYOTIS CILIOLABRUM | M |
| | 5/10/2005 | CORYNORHINUS TOWNSENDII | U |
| | Total at this mine = | 8 | |

# TEMPLE CANYON PROJECT

Temple Canyon Project
Florence
Canon City

94

BLM_0059185

## TEMPLE CANYON PROJECT: 2005
## MINE SITE SUMMARY - CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| TEMPLE CANYON 1 | BTEMP0501 | EVALUATION COMPLETE |
| TEMPLE CANYON 2 | BTEMP0502 | GATE WITH SLOTS |
| TEMPLE CANYON 3 | BTEMP0503 | EVALUATION COMPLETE |
| TEMPLE CANYON 5 | BTEMP0505 | FULL GATE RECOMMENDED |
| TEMPLE CANYON 6 | BTEMP0506 | EVALUATION COMPLETE |
| TEMPLE CANYON 7 | BTEMP0507 | EVALUATION COMPLETE |
| TEMPLE CANYON 8 | BTEMP0508 | LADDER GATE RECOMMENDED |
| TEMPLE CANYON 9 | BTEMP0509 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 10A | BTEMP0510 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 11 | BTEMP0511 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 12 | BTEMP0512 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 13 | BTEMP0513 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON TC 5A | BTEMP0514 | CUPOLA GATE RECOMMENDED |
| TEMPLE CANYON 10B | BTEMP0517 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON TC-4 | DTEMP0504 | EVALUATION COMPLETE |
| TEMPLE CANYON TC-14 | DTEMP0518 | FULL GATE RECOMMENDED |

## TEMPLE CANYON PROJECT: 2005
## GATE RECOMMENDATIONS ON THE PROJECT
## CURRENT STATUS

| MINE NAME | ID - NUMBER | STATUS |
|---|---|---|
| | | |
| TEMPLE CANYON 2 | BTEMP0502 | GATE WITH SLOTS |
| TEMPLE CANYON 5 | BTEMP0505 | FULL GATE RECOMMENDED |
| TEMPLE CANYON 8 | BTEMP0508 | LADDER GATE RECOMMENDED |
| TEMPLE CANYON 9 | BTEMP0509 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 10A | BTEMP0510 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 11 | BTEMP0511 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 12 | BTEMP0512 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON 13 | BTEMP0513 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON TC 5A | BTEMP0514 | CUPOLA GATE RECOMMENDED |
| TEMPLE CANYON 10B | BTEMP0517 | GATE CONSULTATION NEEDED |
| TEMPLE CANYON TC-14 | DTEMP0518 | FULL GATE RECOMMENDED |

# TEMPLE CANYON PROJECT

## 2005 FIELD SEASON
## SPECIES LIST

| MINE NAME | FIELD DATE | SPECIES | SEX |
|---|---|---|---|
| TEMPLE CANYON 12 | 5/26/2005 | CORYNORHINUS TOWNSENDII | M |
| | 5/26/2005 | CORYNORHINUS TOWNSENDII | F |
| | 5/26/2005 | EPTESICUS FUSCUS | M |
| | Total at this mine = | 3 | |
| TEMPLE CANYON 13 | 5/26/2005 | MYOTIS CILIOLABRUM | M |
| | 5/26/2005 | MYOTIS CILIOLABRUM | M |
| | 5/26/2005 | MYOTIS SPP | U |
| | Total at this mine = | 3 | |
| TEMPLE CANYON 5 | 2/ 2/2005 | CORYNORHINUS TOWNSENDII | U |
| | 2/ 2/2005 | CORYNORHINUS TOWNSENDII | U |
| | 2/ 2/2005 | CORYNORHINUS TOWNSENDII | U |
| | 2/ 2/2005 | CORYNORHINUS TOWNSENDII | U |
| | 2/ 2/2005 | CORYNORHINUS TOWNSENDII | U |
| | 2/ 2/2005 | CORYNORHINUS TOWNSENDII | U |
| | 2/ 2/2005 | CORYNORHINUS TOWNSENDII | U |
| | 2/ 2/2005 | CORYNORHINUS TOWNSENDII | U |
| | 5/26/2005 | CORYNORHINUS TOWNSENDII | M |
| | 5/26/2005 | CORYNORHINUS TOWNSENDII | M |
| | 5/26/2005 | CORYNORHINUS TOWNSENDII | M |
| | 5/26/2005 | MYOTIS CILIOLABRUM | M |
| | 5/26/2005 | MYOTIS CILIOLABRUM | M |
| | 5/26/2005 | MYOTIS CILIOLABRUM | M |
| | Total at this mine = | 14 | |
| TEMPLE CANYON 6 | 5/25/2005 | MYOTIS CILIOLABRUM | U |
| | 5/25/2005 | MYOTIS CILIOLABRUM | U |
| | Total at this mine = | 2 | |
| TEMPLE CANYON TC-14 | 9/26/2005 | CORYNORHINUS TOWNSENDII | U |
| | 9/26/2005 | MYOTIS CILIOLABRUM | U |
| | Total at this mine = | 2 | |

## TEMPLE CANYON SITE RESULTS:

**Temple Canyon TC-1**
**DTEMP0501**
**2/2/2005**
**Internal Survey**
Temple Canyon 1 is an adit at 5,946' in elevation and situated in piñon /Juniper habitat. The portal was estimated to be 48"h x 48"w and located in fractured rock strata. The mine was estimated to be 110' in depth. The rock in this site was highly fractured and unstable. Stoping in this feature had already collapsed and sunlight could be seen through the rock on the west end of the workings. Timbering inside

the mine was buckling. No bats were found in this mine. A scattered amount of guano was found in the first 50'. No insect parts were found. Human boot prints were seen inside this mine. It appeared as though people visited this site regularly.

**5/24/2005**

A capture survey was conducted at this site from 20:30hrs through 23:50 hrs. The trap was not attended throughout the survey. Winds exceeding 5 BWS were present throughout the survey, but calmed at midnight. One bat was found in the trap when it was removed from the portal at 23:50hrs.

**7/3/2005**

Volunteers conducted a detector survey at this site from 20:15hrs through 22:15hrs. A total of 10 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this mine.

**9/26/2005**

No bats were seen in this site during this brief internal survey

**Temple Canyon TC-2**
**BTEMP0502**
**2/2/2005**
**Internal Survey**

Temple Canyon 2 is an adit at 5,963' in elevation and located in piñon/juniper habitat. The portal was estimated to be 48"h x 72"w and was situated in relatively solid rock strata. The mine was estimated to be 205' in depth. The rock inside the mine was relatively stable. No bats were found in this mine. A scattered amount of guano was found throughout the mine. No insect parts were found. This mine should be considered highly disturbed by humans. The ceiling was blackened by soot from campfires. An old wheelbarrow and mattress are half buried just outside the portal. The remains of a mattress and box springs, also incinerated, were found propped against the mine wall at a depth of 50'.

**5/24/2005**

A capture survey was conducted at this site from 20:20hrs through 23:35hrs. The trap was not attended throughout the survey. Winds exceeding 5 BWS were present throughout the survey but calmed at midnight. No bats were caught.

**7/03/2005**

Volunteers conducted a detector survey from 20:15hrs through 22:15hrs. A total of 30 passes were heard on the detector. Volunteers noted that these passes were definitely associated with this site.

**9/11/2005**

Volunteers conducted a detector survey at this site from 19:15hrs through 21:15hrs. A total of 9 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this site.

**9/26/2005**

One bat, a Townsend's big-eared bat, was seen flying in this site. Scattered and clustered guano was also found. Human disturbance at this site continues to be high. The ceiling was still blackened by soot from "camp" fires.

**Temple Canyon TC-3**
**BTEMP0503**
**2/2/2005**

Temple Canyon 3 is a cavernous "adit" at 5,960' in elevation and located in piñon/juniper habitat. The portal was estimated to be 144"h x 144"w and was situated in highly fractured rock strata. The brow of rock and soil over the portal is the most unstable part of this mine. Large blocks of rock had sloughed to the area in front of the portal. Loose soil and small rocks trickled from under this brow the entire time the survey was conducted. The mine was estimated to 130' in depth. The internal rock was solid and stable. No bats were seen in the mine. Scattered guano was found throughout the mine. No insect parts were seen. This site is highly disturbed by people. The ceiling was blackened with soot from campfires.

**5/24/2005**

A video survey was conducted at this site from 20:40hrs through 22:10hrs. The camera was not attended during the survey. One bat was seen flying out of this mine at 21:05hrs.

**9/26/2005**
No bats were seen in this mine during a brief internal survey. Human disturbance is still high. A little circle of rocks and sticks was built atop the ledge at the mine face. A trace amount of guano was found.

**Temple Canyon TC-4**
**BTEMP0504**
**4/4/2005**
Temple Canyon TC-4 was found to a subsidence feature at 6028' in elevation and situated in piñon/juniper habitat. The portal was estimated to be 48"h x 120"w and was situated in highly fractured rock strata. The mine was estimated to be 30' in depth. Drifts in this site were probably deeper prior to extensive sloughing of the mine ceiling and walls. No bats were found in this mine. Some bats could have been roosting in the numerous fissures created by fractured rock. Only a couple pieces of guano were found. Evidence of bat use could be obscured by slough on the mine floor.
**5/24/2005**
A video Survey was conducted at this site from 20:25hrs through 21:57hrs. The camera was not attended during the survey. No bats were seen when the tape was reviewed.

**Temple Canyon TC-5**
**TEMP0505**
**2/2/2005**
**Internal Survey**
Temple Canyon 5 is an adit /complex at 5,671' in elevation and located in piñon/juniper habitat. The portal was estimated to be 72"h x 84"w and was situated in relatively stable rock. The mine was estimated to be at least 200' in depth. Daylight coming through Temple Canyon 5a could be seen at the mine face. The light was dim because the shaft was partially covered with snow. Huge slabs had sloughed from the ceiling. Timbers support other slabs, which have started to separate from the ceiling. Some of the workings circle around to for a room under the access tunnel. Eight bats were seen in the mine, all Townsend's big-eared bats. It is possible that more bats were hibernating in this mine. Snow boots used to hike to this site had poor traction on the rubble on the mine floor. As a result, the mine was not entirely surveyed. Scattered guano was found in the mine, as were insect parts. Slough could obscure additional evidence of bat use.
**5/25/2005**
**Capture Survey**
A capture survey was conducted at this site fro 19:00hrs through 01:00hrs. Volunteers simultaneously conducted a detector survey. A total of 107 bats were seen and heard on the detector. Many of the bats seen appeared to be Townsend's big-eared bats. Audible vocalizations were also heard. Many bats flew up to and away from the trap. A total of 6 bats were caught.
**7/28/2005**
Volunteers conducted a detector survey from 20:00hrs through 23:15hrs. A total of 146 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this site.
**8/18/2005**
Volunteers conducted a detector survey at this site from 19:45hrs through 22:00hrs. A total of 89 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this mine.
**9/26/2005**
At least 2 Townsend's big-eared bats were seen flying inside this site during this brief internal survey. Unfortunately, evidence of "camp" fires, sooty ceilings and fire rings, were also seen inside the mine, indicating an increase in human disturbance this fall.

**Temple Canyon TC-5A**
**BTEMP0514**
**5/25/2005**
A video survey was conducted at this site from 20:30hrs through 22:02hrs. The camera was not attended during the survey. This site is connected to TC-5 which had a trap installed in the portal during this survey. 30 bats were seen flying in and out of this portal during this survey. Several bats could be seen at once. All of the recorded images were Townsend's big-eared bats.

**Temple Canyon TC- 6**
**BTEMP0506**
**2/2/2005**
**Internal Survey**
Temple Canyon 6 is an adit/complex at 5,760' in elevation and located in piñon/juniper habitat. The portal was estimated to be 72"h x 72"w and was situated in relatively stable rock strata. The mine was estimated to be 125' in depth. Temple Canyon TC-7C is connected to this site and provides airflow to the complex. It was not possible to completely survey this site because of narrow and collapsing passages. No bats were seen during the survey. Scattered guano, as well as moth wings were found on the mine floor. Additional evidence of bat use could be obscured by water that runs into the mine.
**5/25/2005**
**Capture Survey**
A capture survey was conducted at this site from 20:00hrs through 00:30hrs. The trap was attended throughout the survey. Volunteers simultaneously conducted a detector survey. Audible vocalizations were also heard during the survey. Two bats were captured, and both were small footed Myotis (*M. ciliolabrum*).
**8/18/2005**
Volunteers conducted a detector survey at this site from 19:30hrs through 22:00hrs. A total of 15 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this site.
**9/26/2005**
No bats were seen during a brief internal survey. Unfortunately, evidence of a "camp" fire, sooty ceilings and a fire ring, were seen inside the mine at a depth of 25', indicating high human disturbance. A cache of firewood was also found near the fire ring.

**Temple Canyon TC-7C**
**BTEMP0516**
**5/25/2005**
A video survey was conducted at this site from 20:40hrs through 22:12hrs. The camera was not attended during this survey. No bats were seen when the tape was reviewed.

**Temple Canyon TC-8**
**BTEMP0508**
**6/18/2005**
A detector survey was conducted at this site from 20:30hrs through 22:30hrs. A total of 37 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this site. Volunteers also noted that there appeared to be two different types of bats.
**9/29/2005**
An internal survey was conducted, no bats were observed. However, the presence of guano, despite conditions that would help obscure this type of evidence, was documented. It appears that bats are using this mine for roosting.

**Temple Canyon TC-9**
**BTEMP0509**
**7/22/2005**
Volunteers conducted a detector survey at this site from 20:15hrs through 22:30hrs. A total of 21 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this mine.
**5/26/2005**
A video survey was conducted at this site from 20:20hrs through 21:57hrs. The camera was attended during the survey. A total of 21 passes were observed when the tape was reviewed. All bats appeared to be Townsend's big-eared bats.

**Temple Canyon TC-10A**
**BTEMP0510**
**5/26/2005**
Volunteers conducted a detector survey at this site from 20:15hrs through 22:15hrs. A total of 27 bats were seen and heard on the detector. Volunteers were not sure if these passes were associated with this site.
**8/16/2005**
Volunteers conducted a detector survey at this site from 20:15hrs through 23:00hrs. A total of 69 passes were heard on the detector. Volunteers noted that these passes were definitely associated with this site.

**Temple Canyon TC-10B**
**BTEMP0517**
**5/26/2005**
Volunteers conducted a detector survey at this site from 20:30hrs through 22:30hrs. A total of 49 bats were seen and heard on the detector. Volunteers noted that these passes were associated with this site.
**7/10/2005**
Volunteers conducted a detector at this site from 20:15hrs through 22:45hrs. A total of 120 passes were heard on the detector. Volunteers noted that it was uncertain if these passes were associated with this site.

**Temple Canyon TC-10C**
**BTEMP0519**
**5/26/2005**
A video survey was conducted at this site from 20:25hrs through 21:57hrs.The camera was attended during the survey. A total of 6 bats were seen when the video was reviewed, but it is believed to be three individual Townsend's big-eared bats.

**Temple Canyon TC-11**
**BTEMP0511**
**5/26/2005**
A video survey was conducted at this site from 20:20hrs through 21:57hrs. The camera was attended during the survey. A total of 21 passes were observed when the tape was reviewed. These bats were definitely associated with this site. All of the bats appeared to be Townsend's big-eared bats.
**7/22/2005**
Volunteers conducted a detector survey at this site from 20:30hrs through 22:45hrs. A total of 65 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this site.

**Temple Canyon TC-12**
**BTEMP0512**
**2/3/2005**
Temple Canyon 12 is an adit/complex at 5,586' in elevation and located in piñon/juniper habitat. The portal was estimated to be 24"h x 36"w and was situated in relatively stable rock strata. Snow partially obstructed the portal. The mine was estimated to be 60' in depth. Other sites connected to this mine are: 9, 10a, 10b, 11 and 13. 12 and 13 are access tunnels the other sites, which are stopes. At a depth of 30' a 12" x 12" subsidence was created by water flowing into the site. It was not possible to access other sites in the complex from this adit. No bats were found in this part of the site. Only a trace amount of guano was seen.
**5/26/2005**
A capture survey was conducted at this site from 19:30hrs through 00:30hrs. The trap was not attended during the survey but was checked a t intervals for bats. There were a lot of passes on the detector and bats were also seen in the area. A total of 3 bats were caught, including Townsend's big-eared bats. When these bats were processed, the area was swarmed by other bats.

**Temple Canyon TC-13**
**BTEMP0513**
**2/3/2005**
Temple Canyon 13 is an adit /complex at 5,559' in elevation and located in piñon/juniper habitat. The portal was estimated to be 36"h x 60"w and was situated in a relatively rock strata. The mine was estimated to be at least 100' in depth. Other sites connected to this site are: 9, 10a, 10b, 11 and 12. 12 and 13 are access to the other sites, which are stopes. At a depth of 35', the adit accessed a large severely sloped, heavily stalled stope which runs east. The angle of the slope was greater that 45 degrees, which made it impossible to further, survey the stoped area for hibernating bats. There is good airflow into this complex.
**5/26/2005**
A capture survey was conducted at this site from 20:30hrs through 00:30hrs. The trap was attended during the survey. There was not much bat activity near this site. Two bats were caught, both *M. ciliolabrum*.
**7/22/2005**
Volunteers conducted a detector survey at this site from 20:20hrs through 22:30hrs. A total of 27 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this site.
**9/26/2005**
No bats were seen during a brief internal survey. Some scattered guano and insect parts were found. It appeared as though people had been in this site.

**Temple Canyon TC-14**
**DTEMP0518**
**4/4/2005**
Temple Canyon TC-14 is an adit at 6,041' in elevation and located in piñon/juniper habitat. The portal was estimated to be 60"h x 60" w and was situated in very stable rock strata. The mine was estimated to be 375' in depth and was not connected to any other features as was mentioned in the AMSSF provided by the DMG. No bats were seen in the mine. Scattered guano and moth wings were found throughout the mine. Two female canyon wrens were seen in the mine; one at a depth of approximately 20' and the other at the face. This site is the most stable of the entire project sites.
**5/24/2005**
A capture Survey was conducted at this site from 20:00hrs through 00:35hrs. The trap was not attended during the survey. Audible vocalizations were heard during the survey. Winds exceed 5 BWS during the survey but calmed after midnight. A Myotis type bat was seen flying in the adit as the trap was disassembled. It would not be herded in to the trap. Three bats were caught, all *Myotis*.

**7/03/2005**
Volunteers conducted a detector survey at this site from 20:15hrs through 22:15hrs. A total of 17 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this site.
**9/08/2005**
Volunteers conducted a detector survey at this site from 19:30hrs through 21:15hrs. Rain fell throughout the survey. When it became heavy at 21:30, the survey was ended. A total of 14 bats were seen and heard on the detector. Volunteers noted that these passes were definitely associated with this site.
**9/11/2005**
Volunteers conducted a detector survey at this site from 19:05hrs through 21:00hrs. A total of 2 bats were heard on the detector. Volunteers noted that neither of these passes was associated with this site.
**9/26/2005**
Two bats were seen in this site during a brief internal survey, including a Townsend's big-eared bat. Scattered guano was also found. This site did not appear to be as disturbed by people as other sites in this project.

## Acknowledgments

We wish to thank the many volunteers who helped conduct bat surveys and other project related activities. Without their assistance, our project would not have accomplished its goals. Their dedication to the conservation of bats in Colorado is remarkable, and greatly appreciated! Additionally, we thank all our seasonal employees who assisted with field work and project administration; John Nuessel, Mark Hayes, and Lauren Golten. Thanks also to our federal partners, the Bureau of Land Management, US Forest Service, and the National Fish and Wildlife Foundation, for their efforts in bat conservation and project support. We also wish to recognize our agency project contacts, especially Rob Robinson of the BLM State office, Bruce Fowler of the Grand Junction District Office, Loren Wickstrom, Kristen Philbrook, and Kathy Nickell of the San Juan Resource Area, Lynn Lewis of the Montrose District Office, Dan Grenard of the Canon City Resource Area, Diann Gese of the Rio Grande National Forest, John Neubert of the Pike/San Isabel National Forest, and Andrew Archuleta of the Arapaho/Roosevelt National Forest. Also special thanks to our state partners, Paul Krabacher, John Nelson, Julie Annear, Gary Curtiss, Jeff Graves, Jim Herron, Steve Renner, Al Amundson, Kirstin Fisher, and Jim McArdle with the Colorado Division of Minerals and Geology. The partnership has been a very productive and efficient approach to a large and formidable challenge. This project was funded by Great Outdoors Colorado, the National Fish and Wildlife Foundation(# 02-0161), the Colorado Division of Wildlife, US Forest Service, and the Bureau of Land Management.

| | Codes | COMMON NAMES |
|---|---|---|
| ***Antrozous pallidus*** | ANPA | PALLID BAT |
| ***Corynorhinus townsendii**#$** | COTO | TOWNSEND'S BIG-EARED BAT |
| ***Pipistrellus hesperus*** | PIHE | WESTERN PIPISTRELLE |
| ***Eptesicus fuscus*** | EPFU | BIG BROWN BAT |
| ***Myotis thysanodes*** *#$ | MYTH | FRINGED MYOTIS |
| ***Myotis voians*** *$ | MYVO | LONG-LEGGED MYOTIS |
| ***Myotis ciliolabrum*** *$ | MYCI | WESTERN SMALL FOOTED MYOTIS |
| ***Myotis californicus*** | MYCA | CALIFORNIA MYOTIS |
| ***Myotis evotis*** *$ | MYEV | LONG-EARED MYOTIS |
| ***Myotis lucifugus*** | MYLU | LITTLE BROWN BAT |
| ***Myotis yumanensis*** *#$ | MYYU | YUMA MYOTIS |

* BLM Special Status Species in Colorado, 1994 List
\# Colorado Natural Heritage Program: Rare and Imperiled Vertebrates of Colorado
$ Former USFWS Federal Candidate F2 species

Literature Cited

Humphrey, Stephen R. 1975. Nursery roosts and community diversity of Nearctic bats. J. of Mamm., vol. 56, (2), pg 321-346.

Navo, K. W. 2001. The survey and evaluation of abandoned mines for bat roosts in the West: guidelines for natural resource managers. Proceedings of the Denver Museum of Nature and Science, Series 4, Number 2.

Navo, K.W., and P. Krabacher. 2005. The use of bat gates at abandoned mines in Colorado. Bat Research News. Vol.46: No.1. Pg 1-8.

Pierson, E.D., M.C. Wackenhut, J.S. Altenbach, P. Bradley, P. Call, D.L. Genter, C.E. Harris, B.L. Keller, B. Lengus, L. Lewis, B. Luce, K.W. Navo, J.M. Perkins, S. Smith, and L. Welch. 1999. Species conservation assessment and strategy for Townsend's big-eared bat ( *Corynorhinus townsendii townsendii* and *Corynorhinus townsendii pallescens* ). Idaho Conservation Effort, Idaho Department of Fish and Game, Boise, Idaho.

Sherwin, R.E., W.L. Gannon, J.S. Altenbach, and D. Strictlan. 2000. Roost fidelity of Townsend's big-eared bat in Utah and Nevada. Transactions of the Western Section of The Wildlife Society, 36:15-20.

Tuttle, M.D., and D.A.R. Taylor. 1994. Bats and mines. Bat Conservation International, Austin, TX, 42.pp.

Vories, K. C., and D. Throgmorton., eds. 2000. Proceedings of Bat Conservation and Mining: a technical interactive forum. U.S. Department of the Interior, Office of Surface Mining, Alton, Illinois, USA.

Vories, K.C., D. Throgmorton, and A. Harrington, eds. 2002. Proceedings of bat gate design: a technical interactive forum. March 4-6, 2002. Austin, Texas. Southern Illinois University at Carbondale.

# Appendix A

## RADON / RADIATION DATA
### BLM / JEFFCO PROJECTS – 2005

GMAX=Maximum Gamma Reading WLMAX= Maximum Working Level Reading

| MINE NAME | ID-NUMBER | DATE | GMAX | WLMAX |
|---|---|---|---|---|
| | | | | |
| HIEROGLYPHIC 519A2 | BHIER0301 | 1/18/200 | 1,000 | .00 |
| | | | | |
| HIEROGLYPHIC 519A2 | BHIER0301 | 1/18/200 | 1,000 | .00 |
| | | | | |
| HIEROGLYPHIC 519A1 | BHIER0309 | 1/18/200 | 600 | .00 |
| | | | | |
| HIEROGLYPHIC 519A1 | BHIER0309 | 1/18/200 | 600 | .00 |
| | | | | |
| HIEROGLYPHIC 519A3 | BHIER0311 | 1/18/200 | 300 | .00 |
| | | | | |
| HIEROGLYPHIC 519A3 | BHIER0311 | 1/18/200 | 300 | .00 |
| | | | | |
| HIEROGLYPHIC 520A1 | BHIER0312 | 1/19/200 | 300 | .10 |
| | | | | |
| HIEROGLYPHIC 520A1 | BHIER0312 | 1/19/200 | 300 | .10 |
| | | | | |
| HIEROGLYPHIC 521A1 | BHIER0314 | 1/19/200 | 1,800 | 1.07 |
| | | | | |
| HIEROGLYPHIC 521A1 | BHIER0314 | 1/19/200 | 1,800 | 1.07 |
| | | | | |
| WEDDING BELL 892A1 | BWEDD0501 | 2/15/200 | 50 | .00 |
| | | | | |
| WEDDING BELL 892A2 | BWEDD0502 | 2/15/200 | 120 | .00 |
| | | | | |
| WEDDING BELL 892A3 | BWEDD0503 | 2/15/200 | 200 | .00 |
| | | | | |
| WEDDING BELL 892A4 | BWEDD0504 | 2/15/200 | 1,000 | .00 |
| | | | | |
| WEDDING BELL 892A5 | BWEDD0505 | 2/17/200 | 100 | .00 |
| | | | | |
| WEDDING BELL 892A6 | BWEDD0506 | 2/17/200 | 300 | .00 |
| | | | | |
| WEDDING BELL 892A7 | BWEDD0507 | 2/17/200 | 150 | .00 |
| | | | | |
| WEDDING BELL 892S2 | BWEDD0509 | 2/17/200 | 300 | .00 |
| | | | | |
| WEDDING BELL 893A2 | BWEDD0512 | 2/17/200 | 1,000 | .51 |
| | | | | |
| WEDDING BELL 893A5 | BWEDD0515 | 2/17/200 | 600 | .00 |

| MINE NAME | ID-NUMBER | DATE | GMAX | WLMAX |
|---|---|---|---|---|
| WEDDING BELL 893A6 | BWEDD0516 | 2/17/200 | 400 | .00 |
| | | | | |
| WEDDING BELL 893A7 | BWEDD0517 | 2/17/200 | 150 | .00 |
| | | | | |
| WEDDING BELL 894S1 | BWEDD0519 | 3/18/200 | 350 | .00 |
| | | | | |
| WEDDING BELL 894S2 | BWEDD0520 | 3/18/200 | 30 | .00 |
| | | | | |
| WEDDING BELL 895A1 | BWEDD0524 | 2/15/200 | 150 | .00 |
| | | | | |
| WEDDING BELL 895A2 | BWEDD0525 | 2/15/200 | 380 | .00 |
| | | | | |
| WEDDING BELL 895A2 | BWEDD0525 | 8/27/200 | 0 | .00 |
| | | | | |
| WEDDING BELL 895A3 | BWEDD0526 | 8/27/200 | 0 | 2.00 |
| | | | | |
| WEDDING BELL 895A6 | BWEDD0529 | 2/15/200 | 100 | .00 |
| | | | | |
| WEDDING BELL 895S1 | BWEDD0530 | 2/15/200 | 100 | .00 |
| | | | | |
| WEDDING BELL 894A1 | BWEDD0531 | 3/18/200 | 100 | .00 |
| | | | | |
| WEDDING BELL 895S2 | BWEDD0550 | 3/16/200 | 20 | .00 |
| | | | | |
| WEDDING BELL 891S1 | BWEDD0561 | 3/17/200 | 400 | .00 |
| | | | | |
| WEDDING BELL 903A1 | BWEDD0562 | 8/28/200 | 0 | 4.00 |
| | | | | |
| WEDDING BELL 906A4 | BWEDD0569 | 3/19/200 | 50 | 11.09 |
| | | | | |
| WEDDING BELL 906A5 | BWEDD0570 | 8/25/200 | 200 | .00 |
| | | | | |
| WEDDING BELL 908A2 | BWEDD0572 | 8/28/200 | 0 | .00 |
| | | | | |
| WEDDING BELL 901A1 | BWEDD0575 | 8/28/200 | 130 | 12.00 |
| | | | | |
| WEDDING BELL 907A1 | BWEDD0576 | 8/28/200 | 2,400 | 27.00 |
| | | | | |
| WEDDING BELL 907A2A | BWEDD0577 | 8/28/200 | 900 | .00 |
| | | | | |
| WEDDING BELL 907A3 | BWEDD0578 | 8/28/200 | 900 | .00 |
| | | | | |
| WEDDING BELL 907A4 | BWEDD0579 | 8/28/200 | 200 | 7.00 |
| | | | | |
| WEDDING BELL 907A5 | BWEDD0580 | 8/28/200 | 310 | 7.00 |
| | | | | |
| WEDDING BELL 907A7 | BWEDD0581 | 8/29/200 | 1,500 | .00 |
| | | | | |

| MINE NAME | ID-NUMBER | DATE | GMAX | WLMAX |
|---|---|---|---|---|
| WEDDING BELL 907S1 | BWEDD0582 | 8/28/200 | 25 | .00 |
| | | | | |
| WEDDING BELL 908A3 | BWEDD0584 | 8/29/200 | 125 | .00 |
| | | | | |
| WEDDING BELL 911A1 | BWEDD0585 | 8/26/200 | 100 | 14.00 |
| | | | | |
| WEDDING BELL 911A2 | BWEDD0586 | 8/26/200 | 60 | .00 |
| | | | | |
| WEDDING BELL 909A2 | BWEDD0588 | 8/26/200 | 800 | 2.00 |
| | | | | |
| WEDDING BELL 909A4 | BWEDD0590 | 8/29/200 | 220 | 5.00 |
| | | | | |
| WEDDING BELL 910A1 | BWEDD0591 | 8/25/200 | 50 | 1.00 |
| | | | | |
| WEDDING BELL 910S1 | BWEDD0592 | 8/25/200 | 20 | .00 |
| | | | | |
| WEDDING BELL 532A1 | BWEDD0593 | 8/25/200 | 170 | .00 |
| | | | | |
| WEDDING BELL A2B | BWEDD0594 | 8/28/200 | 2,400 | .00 |
| | | | | |
| JEFFCO JCOS6 | LJEFF0506 | 10/17/20 | 100 | .00 |
| | | | | |
| JEFFCO JCOS7 | LJEFF0507 | 10/17/20 | 30 | .00 |
| | | | | |
| JEFFCO JCOS8A | LJEFF0508 | 10/17/20 | 800 | .00 |
| | | | | |
| JEFFCO JCOS8B | LJEFF0524 | 10/17/20 | 200 | .00 |

GMAX=Maximum Gamma Reading WLMAX= Maximum Working Level Reading

# COLORADO RARE PLANT CONSERVATION STRATEGY

BY: THE RARE PLANT CONSERVATION INITIATIVE | MAY 2009

*Plants are essential to both wildlife and humans through provision of key services such as food, shelter, fiber, and medicine ... protecting our wild flora goes to the heart of the human condition. Yet without focused conservation attention to the growing plight of the nation's plant species, we are at risk of losing significant portions of our wild heritage, and the ecological resilience that comes with that diversity.* -Stein and Gravuer, NatureServe, 2008

**RECOMMENDED CITATION**

Neely, B., S. Panjabi, E. Lane, P. Lewis, C. Dawson, A. Kratz, B. Kurzel, T. Hogan, J. Handwerk, S. Krishnan, J. Neale, and N. Ripley. 2009. Colorado Rare Plant Conservation Strategy. Developed by the Colorado Rare Plant Conservation Initiative. The Nature Conservancy, Boulder, Colorado. 117 pp.

**AUTHORS**

Carol Dawson, Bureau of Land Management

Jill Handwerk, Colorado Natural Heritage Program

Tim Hogan, University of Colorado Herbarium

Andrew Kratz, U.S. Forest Service

Sarada Krishnan, Colorado Native Plant Society and Denver Botanic Gardens

Brian Kurzel, Colorado Natural Areas Program

Eric Lane, Colorado Department of Agriculture

Paige Lewis, The Nature Conservancy

Jennifer Neale, Denver Botanic Gardens

Betsy Neely, The Nature Conservancy

Susan Spackman Panjabi, Colorado Natural Heritage Program

Nicola Ripley, Betty Ford Alpine Gardens

**COLORADO RARE PLANT CONSERVATION INITIATIVE MEMBERS**

David Anderson, Colorado Natural Heritage Program (CNHP)

Rob Billerbeck, Colorado Natural Areas Program (CNAP)

Leo P. Bruederle, University of Colorado Denver (UCD)

Lynn Cleveland, Colorado Federation of Garden Clubs (CFGC)

Carol Dawson, Bureau of Land Management (BLM)

Michelle DePrenger-Levin, Denver Botanic Gardens (DBG)

Brian Elliott, Environmental Consulting

Mo Ewing, Colorado Open Lands (COL)

Tom Grant, Colorado State University (CSU)

Jill Handwerk, Colorado Natural Heritage Program (CNHP)

Tim Hogan, University of Colorado Herbarium (COLO)

Steve Kettler, U.S. Fish and Wildlife Service (USFWS)

Andrew Kratz, U.S. Forest Service (USFS)

Sarada Krishnan, Colorado Native Plant Society (CoNPS), Denver Botanic Gardens

Brian Kurzel, Colorado Natural Areas Program

Eric Lane, Colorado Department of Agriculture (CDA)

Paige Lewis, The Nature Conservancy (TNC)

Ellen Mayo, U.S. Fish and Wildlife Service

Mitchell McGlaughlin, University of Northern Colorado (UNC)

Jennifer Neale, Denver Botanic Gardens

Betsy Neely, The Nature Conservancy

Ann Oliver, The Nature Conservancy

Steve Olson, U.S. Forest Service

Susan Spackman Panjabi, Colorado Natural Heritage Program

Jeff Peterson, Colorado Department of Transportation (CDOT)

Josh Pollock, Center for Native Ecosystems (CNE)

Nicola Ripley, Betty Ford Alpine Gardens (BFAG)

Erin Robertson, Center for Native Ecosystems

Renee Rondeau, Colorado Natural Heritage Program

Terri Skadeland, Natural Resources Conservation Service (NRCS)

Carol Till, Rocky Mountain Society of Botanical Artists (RMSBA)

Christina Walters, National Center for Genetic Resources Preservation (NCGRP)

**PHOTO CREDITS FOR COVER: (from upper left to right)**

Dwarf milkweed *(Asclepias uncialis):* © Michael Menefee

North Park phacelia *(Phacelia formosula)*: © Frank Weston

Pagosa skyrocket *(Ipomopsis polyantha)*: © Ellen Mayo

Clay-loving wild buckwheat *(Eriogonum pelinophilum):* © Jim Reveal

Golden blazing star *(Mentzelia chrysantha):* © Georgia Doyle (lower left)

**PHOTO CREDITS ON BACK COVER: (clockwise from upper left to right)**

Lone Mesa snakeweed *(Gutierrezia elegans):* © Al Schneider

Graham penstemon *(Penstemon grahamii):* © Leila Shultz

Parachute penstemon *(Penstemon debilis):* © Steve O'Kane

**ACKNOWLEDGEMENTS**

For funding this project, we greatly appreciate the National Fish and Wildlife Foundation (Native Plant Conservation Initiative), Colorado Native Plant Society, The Nature Conservancy, and Colorado Department of Agriculture. For providing matching funds, we sincerely thank the Colorado Natural Areas Program, Colorado Natural Heritage Program, Colorado Cattlemen's Agricultural Land Trust, and Denver Botanic Gardens. We thank the Denver Botanic Gardens, Rocky Mountain Society of Botanical Artists, University of Colorado Museum, and University of Colorado Herbarium for helping with printing costs. Numerous other organizations provided in-kind services. We thank Peggy Olwell and the Plant Conservation Alliance for encouragement and support. Diana McDonald provided valuable grant and budget support. Maps and analyses were developed by Michelle Fink, Kei Sochi, Karin Decker, and Amy Lavender. Miranda Curzon assisted with figures, formatting, and developing the team website. We also appreciate review and input by experts, including David Anderson, Leo P. Bruederle, Alan Carpenter, Brian Elliott, Carol English, Nancy Fishbein, Lee Grunau, Tom Grant, Kelly Gravuer, Linda Joyce, Steve Kettler, Megan Kram, Bruce MacBryde, Leah Martland, Ellen Mayo, Steve O'Kane, Steve Olson, Chris Pague, Erin Robertson, Renee Rondeau, John Sanderson, Terri Schulz, Pam Smith, Tim Sullivan, and others.



***Penland penstemon*** *© Scott Dressel-Martin*

BLM_0059203

# TABLE OF CONTENTS

**EXECUTIVE SUMMARY** .......... IX

**INTRODUCTION** .......... **1**

Purpose .......... 1

Scope .......... 2

Audience .......... 3

RPCI Partnership .......... 4

**WHY CONSERVE NATIVE RARE PLANTS AND THEIR HABITATS?** .......... **5**

Irreplaceable Natural Heritage .......... 5

Rooted in Place .......... 7

Ecological Services .......... 7

**WHAT IS THE CURRENT CONSERVATION STATUS OF RARE PLANTS IN COLORADO?** .......... **10**

How Many Plants are At Risk in Colorado? .......... 10

Where do Colorado's Rare Plants Occur? .......... 12

Colorado Plant Scorecard .......... 17

How does Colorado Compare with Other States? .......... 19

Threats to Colorado's Rare Plants .......... 22

**COLORADO RARE PLANT CONSERVATION GOAL AND OBJECTIVES** .......... **26**

Conservation Goal .......... 26

Conservation Objectives and Recommended Actions .......... 26

***Conservation Objective 1.*** Secure on-the-ground, site-specific habitat protection and/or management to achieve specific goals for all of Colorado's imperiled plants on public and private lands. .......... 27

***Conservation Objective 2.*** Minimize the impacts of land uses that threaten many of Colorado's imperiled plants statewide .......... 35

***Conservation Objective 3.*** Improve scientific understanding of the distribution, natural history, and status of Colorado's most imperiled plants through inventory, research, and monitoring. .......... 53

***Conservation Objective 4.*** Develop and implement a state program and policies to enhance the conservation of Colorado's most imperiled plants in cooperation with public land managers, private landowners, and other interested stakeholders .......... 61

***Conservation Objective 5.*** Facilitate the stewardship of Colorado's most imperiled plants through education, outreach, and coordination.......................... 63

***Conservation Objective 6.*** Adopt measures for the *ex situ* (off site) conservation of Colorado's most imperiled plants in case native populations are extirpated ............ 68

**MEASURING SUCCESS AND PROGRESS TOWARD CONSERVATION OBJECTIVES......... 73**

**CONCLUSIONS AND RECOMMENDATIONS ........................................................ 76**

Priority Conservation Actions and Recommendations ........................................ 78

A Call to Action ........................................................................................ 80

**ACRONYMS ............................................................................................ 83**

**GLOSSARY ............................................................................................. 84**

**REFERENCES ........................................................................................... 85**

**APPENDICES.............................................................................................. 88**

A. Colorado's Globally Imperiled Plant Species
B. Colorado Rare Plant Conservation Initiative Partners
C. Plant Scorecard Results
D. Natural Heritage Program Methodology to Prioritize Rare Plant Conservation Actions
E. List of Important Plant Areas
F. Important Plant Area Descriptions (ranked B1)
G. Conservation Action Planning Methodology

**FIGURES**

1. Number of Imperiled and Federally Listed Plant Species Compared with Animal Species in Colorado
2. Major Habitat Types Occupied by Colorado's Imperiled Plants
3. Spatial Distribution of Major Habitat Types in Colorado
4. Locations of Colorado's Most Imperiled Plants
5. Percentage of Acres of Known Locations of Colorado's Imperiled Plants by Land Ownership.
6. Spatial Representation of Overall Conservation Status of Colorado's Imperiled Plants
7. States with State Endangered Species Acts and Plant Protection Acts
8. Important Plant Areas in Colorado
9. Priority Action Areas for Colorado's Most Imperiled Plants for 2008-2010.

**BOXES**

1. Species Global Conservation Status Definitions
2. U.S. Fish and Wildlife Service Listed Endangered and Threatened Plant Species and Candidates
3. Parachute Penstemon
4. Major Habitat Types in Colorado Supporting the Highest Number of Imperiled Plants
5. Important Plant Areas in Colorado
6. Priority Action Areas for Colorado's Most Imperiled Plants for 2008–2010
7. Case Study: Middle Park Rare Plant Conservation Planning Workshop
8. Recommended Conservation Actions for Working with Land Management Agencies
9. Recommended Conservation Actions for Working with Private Landowners
10. Environmental Review: Evaluating Projects to Minimize Potential Impacts
11. Best Management Practices for Plants of Concern
12. Putting Best Management Practices to Work
13. Farm Bill Programs can be used to Conserve Imperiled Plants
14. Conservation Partnership Protects Clay-loving Wild Buckwheat
15. Private Land Success Story for Colorado Butterfly Plant
16. Round-leaf Four o'clock, a Globally Imperiled Plant of the Arkansas Valley
17. New Plant Species Discovered in Colorado
18. Genetic Research Needs for Colorado Plants
19. Cooperative Research by RPCI Partners
20. Rare Plant Monitoring Stewards Program
21. Selected Imperiled Plants Currently being Monitored in Colorado
22. RARE, Imperiled Plants of Colorado Traveling Art Exhibit
23. 2008 Colorado RPCI Conservation Award Recipients
24. Center for Plant Conservation Seed Collecting
25. Accomplishments of the Colorado Rare Plant Conservation Initiative



*Parachute penstemon* © Steve O'Kane

# EXECUTIVE SUMMARY

The Colorado Rare Plant Conservation Initiative (RPCI), a diverse partnership of public agencies, private organizations, and academic institutions, developed this Strategy to set a conservation direction for Colorado's imperiled plants and their habitats. The Strategy represents a collective vision for plant conservation in Colorado, emphasizing a proactive approach to ensure the long-term stewardship and viability of Colorado's rarest plants. The implementation of this Strategy will enable concerned partners to systematically and meaningfully advance urgently needed plant conservation in Colorado, thus avoiding the need for federal listings.

Colorado's rare plants are an important and irreplaceable part of the state and nation's natural heritage. The majority of the state's 155 imperiled species are plants: 119 plants are considered globally imperiled according to the Colorado Natural Heritage Program, meaning they are at significant risk of extinction. Over 68 of these plant species are known to occur only in Colorado and no place else in the world. Approximately 70% of the state's imperiled plants occur on federal lands and 24% occur on private lands; 3% occur on state lands, with the rest occurring on lands managed by non-governmental organizations, local governments, and tribes. The majority of Colorado's rare plants occur in barrens and shrubland habitat types, so concentrated conservation efforts in just these two types of habitats can make a great difference for rare species.

Threats to Colorado's native plants and their habitats are at an all-time high. The human population of Colorado is one of the fastest-growing in the country; demands for housing, energy, recreation, and transportation place unprecedented pressure on plants and natural ecosystems. Climate change also poses serious threats to plants, particularly those that are restricted to specialized habitats (e.g., alpine, barrens). One of the biggest issues is a lack of awareness regarding the presence, distribution, and precarious status of native and rare plants. Nearly half of state's imperiled plants are poorly or weakly conserved, often due to significant threats or lack of protection. Thirteen plants in Colorado are currently federally listed as threatened or endangered.

Additional concern stems from the fact that, despite rapidly growing threats, Colorado lacks state-level recognition and protection specifically for rare and native plants. Colorado is one of a minority of states with no state plant protection statute. A plant program supported by the state government, with broad stakeholder involvement, is needed to help implement this Strategy and achieve the

long-term goal of conserving Colorado's imperiled plant species. Increased coordination, long-term funding, and on-the-ground action are all essential for effective plant conservation in Colorado.

Fortunately, there are still meaningful opportunities to make a difference for plant conservation through strategic actions in Colorado. Compared to animals, rare plants are relatively easy to conserve because they typically occur in small numbers and over relatively small geographic areas. The land area occupied by Colorado's documented imperiled plants is approximately 62,500 acres, encompassing a minute percentage (< .001%) of the state's total land area. Thus plants can often be protected with a relatively small investment of time and resources through voluntary and cooperative actions. By working together, landowners, land managers, and concerned partners can take proactive steps to improve the conservation status of Colorado's imperiled plants.

The overall goal of the RPCI is to conserve Colorado's most imperiled native plants and their habitats through collaborative partnerships for the preservation of our natural heritage and the benefit of future generations. Conserving imperiled plant species means that their biodiversity status is viable, populations are adequately protected, and threats have been abated. The RPCI has identified the following six conservation objectives, with recommended actions, to guide conservation efforts for imperiled plants over the next decade.

1. Secure on-the-ground, site-specific habitat protection and/or management to achieve specific goals for all of Colorado's imperiled plants.
2. Minimize the impacts of specific land uses that threaten many of Colorado's imperiled plants statewide.
3. Improve scientific understanding of the distribution, natural history, and status of Colorado's most imperiled plants through inventory, research, and monitoring.
4. Develop and implement a state program and policies to enhance the conservation of Colorado's most imperiled plants in cooperation with public land managers, private landowners, and other interested stakeholders.
5. Facilitate the stewardship of Colorado's most imperiled plants through education, outreach, and coordination.
6. Adopt measures for *ex situ* (off site) conservation of Colorado's most imperiled plants in case native populations are extirpated.

This Strategy is a Call to Action, highlighting the conservation steps that federal, state, and local agencies, private groups, academic institutions, and others can take to assist with meeting these six objectives. It will serve as a living document, maintained by the Colorado RPCI partners, to strategically guide future plant conservation efforts in the state. Successful implementation and conserving Colorado's native plant heritage is contingent upon adequate resources and funding to support the recommended conservation actions.

*Plants have too long been hidden in plain sight. The prospect of continued threats to the nation's plant life, coupled with the large proportion of the flora already at risk, argues that now is the time to bring plants out from the background, and to put the conservation needs of our nation's flora squarely into view.* -Stein and Gravuer, NatureServe, 2008

***Mancos milkvetch*** *© Al Schneider*



***Colorado hookless cactus*** © Scott Smith

BLM_0059211

# INTRODUCTION

## PURPOSE

The purpose of this Colorado Rare Plant Conservation Strategy is to set a statewide strategic direction for the conservation of Colorado's most imperiled plant species and their habitats, and establish a coordinated statewide approach for partners. The Strategy has been developed by the Colorado Rare Plant Conservation Initiative (RPCI), a diverse partnership of state and federal agencies, private organizations, academic institutions, and individuals, concerned with the stewardship and survival of imperiled plants in Colorado. This Strategy represents a collective vision for plant conservation in Colorado over the next decade, with specific actions for the next five years. It emphasizes a coordinated and proactive approach to identify and carry out the actions needed to address increasing impacts to our imperiled plants and provide for their long-term stewardship. This is an excellent opportunity to systematically and strategically advance plant conservation in Colorado. Proactive conservation actions will help to avoid population declines, habitat loss, and the need for increased federal listings for Colorado's imperiled plants.

The RPCI partners anticipate that implementation of this Strategy will ultimately result in the conservation of all of Colorado's imperiled plant species on public and private lands. One of the first steps will be to prioritize conservation actions and complete a funding and implementation plan for 2009-2010. Plant conservation projects and partners will be closely coordinated so that resources are maximized. This Strategy is intended to help decision-makers, landowners, land managers, and other Colorado citizens better understand plant status and act in support of conservation efforts. As a result, much needed programs and resources will be directed to support rare plant conservation efforts in the state. This Strategy should serve as a living document, maintained by the Colorado Rare Plant Conservation Initiative partners, to strategically guide future plant conservation actions. And finally, public awareness will be significantly heightened on the status and opportunities to conserve Colorado's imperiled plant species.

## Scope

Imperiled plants typically have small numbers of individuals worldwide, narrow geographic ranges, and a few localized populations. They are often threatened because of their inability to recover from random (stochastic) events such as catastrophic fire, drought, or flooding. Some rare species are locally abundant or widely distributed but are subject to major threats, such as habitat alteration, over-collection, or climate change. Rare plants often are at risk due simply to a lack of awareness regarding their precarious status. In general, species with low population density, low reproductive potential, and narrow geographic distributions have a higher likelihood of extinction (Groves 2003).

This Strategy is focused on 119 plant species that are at greatest risk in Colorado (the non-vascular plants, lichens, mosses, and liverworts are not included because they are not as well understood as the vascular plants). These species are ranked as *critically imperiled* (G1) and *imperiled* (G2) at a global level by the Colorado Natural Heritage Program and NatureServe (see Box 1 and Appendix A). They are considered to be at risk throughout their range and vulnerable to extinction. For the purposes of this report, we refer to these plant species interchangeably as *globally imperiled, imperiled,* or *rare*. See below for definitions of terms used in this Strategy.

- ***Critically imperiled species*** are those ranked G1 by the Colorado Natural Heritage Program and NatureServe.
- ***Imperiled species*** are those ranked G2 by the Colorado Natural Heritage Program and NatureServe.
- ***Vulnerable species*** are those ranked G3 by the Colorado Natural Heritage Program and NatureServe.
- ***Threatened or endangered species*** are those that are federally listed under the U.S. Endangered Species Act (ESA) by the U.S. Fish and Wildlife Service.
- ***Species at Risk or Species of Special Concern*** are not necessarily included on the above lists, but may be included on lists of Sensitive Species by U.S. Forest Service (USFS) and/or Bureau of Land Management (BLM) offices.
- ***Endemic species*** are those whose entire distribution is restricted to a relatively small geographic region. These species occur nowhere else in the world and are often, but not necessarily, vulnerable to extinction (Groves 2003).
- ***Rare species*** typically have small numbers of individuals worldwide, narrow geographic ranges, and/or few localized populations, making them more vulnerable to extinction than common species.

**BOX 1.** Species Global Conservation Status Definitions of NatureServe and the Colorado Natural Heritage Program. For additional information see Stein *et al*. 2000 and http://www.natureserve.org/explorer/ranking.htm#globalstatus.

**G1 Critically Imperiled:** At very high risk of extinction due to extreme rarity (often 5 or fewer populations), very steep declines, or other factors.

**G2 Imperiled:** At high risk of extinction due to very restricted range, very few populations (often 20 or fewer populations), steep declines, or other factors.

**G3 Vulnerable:** At moderate risk of extinction or extirpation due to a restricted range, relatively few populations (often 80 or fewer populations), recent and widespread declines, or other factors.

**G4 Apparently Secure:** Uncommon but not rare; some cause for long-term concern due to declines.

**G5 Secure:** Common; widespread and abundant.

*Other factors considered in ranking species include: number of individuals, occupied habitat, trends, threats, and level of protection.*

The Colorado Natural Heritage Program (CNHP), housed at Colorado State University in Fort Collins, maintains a statewide comprehensive database for rare plants, animals and plant communities, works with public and private partners to inventory and monitor rare species, and provides environmental review on request. CNHP is part of an international network of Natural Heritage Programs coordinated by NatureServe that uses a standard methodology and shares data and information on North American species and habitats.

## Audience

The primary audience of this Strategy is all members of the RPCI, including public land managers (federal and state agencies), non-governmental conservation organizations, and decision-makers (e.g., USFS District Rangers, BLM Field Office Managers, conservation organization executive directors and managers). The Strategy will serve as a living document to guide coordinated action and decision making for the primary audience. The secondary audience includes relevant state, federal, and local government officials (e.g., Colorado Governor and General Assembly, USFS Rocky Mountain Regional Forester, USFWS Mountain Prairie Regional Director, BLM State Director, local elected officials), tribal officials, private landowner groups, and other stakeholders. To this secondary audience, this Strategy serves as an explanation of the challenges and the solutions proposed by the RPCI to conserve and advance stewardship of Colorado's imperiled plant species.

## RPCI Partnership

This Strategy has been developed through a collaborative effort with over 20 members of the RPCI, a partnership consisting of state and federal agencies, non-governmental organizations, academic institutions, and interested citizens (see pages I-II for a list of RPCI partners and Appendix B for descriptions of their plant conservation efforts).

The RPCI grew out of the Colorado Rare Plant Technical Committee (RPTC), a statewide group of botanists, ecologists, and planners that have been meeting regularly since 1992 to exchange information, assess plant species conservation status, and identify and prioritize management and stewardship actions for plants. In 2007, the group determined that there was a growing need to improve coordination and take proactive steps to address rapidly increasing impacts to rare plants in Colorado. This initiative builds on previous RPTC and partnership efforts, such as the *Colorado Rare Plant Field Guide* (Spackman *et al.* 1997), *Rare Plants of Colorado* (Colorado Native Plant Society 1997), on-the-ground conservation of imperiled plants in the Adobe Hills and Arkansas Valley, Annual Colorado Rare Plant Symposia, Colorado Natural Areas Program (CNAP) special designations, U.S. Forest Service species assessments, and the Denver Botanic Gardens (DBG) monitoring projects. The coalition of partners hopes to build on these efforts to greatly expand conservation efforts for imperiled plants throughout Colorado.

The RPCI is committed to achieving results through a collaborative approach that is based on the best available science, close coordination, data sharing, and taking strategic action.

## WHY CONSERVE NATIVE RARE PLANTS AND THEIR HABITATS?

*Plants are essential to both wildlife and humans through provision of key services such as food, shelter, fiber, and medicine ... protecting our wild flora goes to the heart of the human condition. Yet without focused conservation attention to the growing plight of the nation's plant species, we are at risk of losing significant portions of our wild heritage, and the ecological resilience that comes with that diversity.* -Stein and Gravuer, NatureServe, 2008

Native plants are a vital component of biodiversity, global sustainability, and functional ecosystems. Over the last several decades, hundreds of wild plant species have disappeared worldwide because of habitat loss – some going extinct even before they have been formally described by scientists. Few people are aware or concerned about their fates compared to renowned species such as giant pandas or mountain gorillas. Nonetheless, people do appreciate the loss of the American chestnut and value other iconic plant species. If we consider the important role plants play in the lives of all creatures, perhaps we will better appreciate their importance and the necessity of trying to save all of them (Convention on Biological Diversity 2008; Souza 2003).

Colorado is one of the fastest-growing states in the country. The resulting demands for housing, energy, water, and transportation place tremendous pressure on native plant species and their habitats. A proactive, coordinated approach is needed to conserve Colorado's most imperiled plants, helping to avoid further species loss and the need for federal listing.

CNHP and other partners have been gathering valuable data on rare plants in the state for over 25 years. With the help of numerous botanical experts, the CNHP has mapped some 1,200 occurrences of imperiled plant species in Colorado. While the information is never complete, the CNHP can now inform conservation action with the best available data.

### Irreplaceable Natural Heritage

*Every native species, however humble in appearance ... has its place in the nation's heritage. It is a masterpiece of evolution, an ancient multifaceted entity that shares the land with us.* -E.O. Wilson

Rare plants are an important and irreplaceable part of Colorado's natural heritage. The majority (75% or 119 species) of Colorado's imperiled species are plants (36 animal species are imperiled;

see Figure 1). Sixty-eight imperiled plants are endemic to Colorado — occurring here and nowhere else in the world. Because rare plants occupy a small portion of Colorado's landscape, they can be viewed as an indicator for how well Colorado is doing at protecting the state's unique biodiversity. When native plants begin to disappear, the impacts ripple throughout natural systems. Their disappearance means we not only lose species, but also parts of Colorado's precious natural heritage — forever.

**Figure 1.** Number of imperiled and federally listed plant species compared with animal species in Colorado. Source: Colorado Natural Heritage Program 2008. Note: Colorado has 13 federally listed plant species. However, Colorado hookless cactus *(Sclerocactus glaucus)* is ranked G3; thus, for this chart there are 12 federally listed plant species. Colorado has 17 federally listed animal species; only the nine ranked G1-G2 are included here.

## Rooted in Place

Rare plants need active protection because they are rooted in place and cannot move out of the way of impending threats. They often inhabit quite specific habitats and are adapted to particular soils or climates. Their highly localized nature makes rare plants easy to destroy — often without anyone's knowledge or intent. But this localization can also make plants easier to conserve, because they typically occur in small numbers and can often be protected with a relatively small investment of time and resources compared to imperiled animals.

## Ecological Services

*Who knows, or can say, what potential cures for cancer or other scourges, present or future, may lie locked up in the structures of plants which may yet be undiscovered, much less analyzed? ... Sheer self-interest impels us to be cautious.* -U.S. Congressional Deliberations on the Bill Introducing the Endangered Species Act, 1973

Although rare plants occupy relatively few acres, they are embedded within natural communities and larger functioning landscapes consisting of native plants. Native plants provide a range of ecological services to humanity, from production of oxygen and removal of atmospheric carbon dioxide emissions to creation and stabilization of soil, protection of watersheds, and provision of food, fibers, fuel, shelter, and medicines (Convention on Biological Diversity 2008; Roberson 2008). They provide the foundation for ecosystems that support our economic prosperity and our quality of life. They provide habitat and food for wildlife, for mammals, fish, birds, and insect pollinators, and are fundamental to sustaining functional ecosystems. Our ignorance of their ecosystem services becomes increasingly dangerous as the rate of plant extinctions accelerates (Marinelli 2005; Stein *et al.* 2000).

A few of the benefits we receive from native plants are highlighted below.

**Clean Air:** Plants provide the oxygen that nearly all organisms need to live. The quality of the air we breathe is directly influenced by the presence of plants. Plants humidify the air and are critical in moderating the greenhouse effect from the burning of fossil fuels, removing about 50% of anthropogenic carbon dioxide emissions (Convention on Biological Diversity 2008). Vegetation can also restrict the movement of dust and pollutants.

**Carbon Sequestration:** Plants absorb carbon dioxide from the atmosphere through photosynthesis and store carbon in the form of living biomass (e.g., tree trunks, branches, foliage, roots). Carbon sequestration, the locking up of carbon in a solid state, particularly in forests and wetlands, is becoming an increasingly important mechanism to consider given increasing carbon dioxide in the atmosphere, a significant issue of global concern (Millennium Ecosystem Assessment 2005).

**Clean Water:** Plants are very important to the quality of our water. A diverse cover of plants helps to maintain functional watersheds, streams, lakes, and reservoirs by holding soil in place, regulating stream flow, and filtering pollutants from the water. Plants stabilize and protect soils from erosion by wind or water.

**Medicine:** Valuable medicines come from native plants; e.g., the West's Pacific yew *(Taxus brevifolia)* contains taxol, a powerful treatment for cancer, and Colorado's heartleaf arnica *(Arnica cordifolia)* is used to treat sprains and bruises. Yet only 2% of the world's plants have been analyzed for plant chemicals that might be effective medicines. Many more drugs remain to be discovered.

**Food:** Although some 7,000 plant species have been used as foods by people, 90% of the world's food comes from only 20 species such as rice, corn, and wheat (Convention of Biological Diversity 2008). Increasingly other plant species are being investigated because they may have properties that can enhance our food supply. Insects and birds that rely on native plants pollinate and provide pest control for millions of dollars worth of Colorado's crops (e.g., peaches) each year.

**Recreation and Aesthetics:** Natural plant communities provide habitat for important recreational activities such as hiking, hunting, photography, and nature observation. Millions of people take time and spend money to enjoy our beautiful Colorado landscapes and the variety of native wildflowers and animals occurring on federal lands, state parks, county open spaces, and similar areas.

We owe it to our children and grandchildren to be good stewards of our natural landscapes, particularly life-sustaining native plants and their habitats. We have an obligation to preserve native and imperiled plants for the benefit of future generations of mankind.

*We will determine what the world will be like in the future whether we take direct action or not. Biodiversity gives form and meaning to us because our existence depends on the living world. Our species has developed in direct relationship to our ability to be able to use the plants and animals in which we have come into contact. Obviously, we could use many more types of plants if we knew what they were and understood how they might help us to extend productive agriculture in the world.* -Peter Raven, 2008

***Round-leaf four o'clock*** © *Peter Gordon*

## WHAT IS THE CURRENT CONSERVATION STATUS OF RARE PLANTS IN COLORADO?

Scientists predict that two-thirds of the world's plants are in danger of extinction, a staggering risk of impoverishment for all of us and numerous other species (Convention on Biological Diversity 2008). As many as one-third of all vascular plant species in the United States are currently vulnerable to extinction and some are known to have gone extinct (Stein *et al.* 2000; Stein and Gravuer 2008; Center for Biological Diversity 2008). Colorado ranks eighth in the nation in the percent (11.6%) of plant species at risk of extinction, i.e., those with NatureServe global conservation ranks ranging from Vulnerable (G3) to Extinct (Stein and Gravuer 2008).

In a comprehensive evaluation of the Colorado flora completed over a decade ago (Weber and Wittmann 1992), a total of 3,088 vascular plant species were documented to occur in Colorado; 2,596 of these were native, and 492 non-native but variously naturalized. Some 125 of the native species are endemic to Colorado — not found anywhere else on Earth. The plant families with the greatest number of rare plants in Colorado are the legume, sunflower, mustard, and figwort families.

### How Many Plants are At Risk in Colorado?

The Colorado Natural Heritage Program (CNHP) at Colorado State University currently tracks approximately 520 rare plant species in Colorado; of these, 119 species are ranked *critically imperiled* (G1) or *imperiled* (G2) on a global level (see Appendix A). Sixty-eight of these are endemic to Colorado, occurring only here and nowhere else in the world. Another 140 species are vulnerable to extinction (ranked G3) (CNHP 2008). Eighty-two plant species are on the BLM Sensitive Species List, and approximately 70 on the U.S. Forest Service Sensitive Species List.

Currently, 13 Colorado native plant species are federally listed by the U.S. Fish and Wildlife Service as Threatened or Endangered; another five species are candidates for listing (see Boxes 2 and 3). The federal Endangered Species Act (ESA 1973, as amended) is a national law, a legal tool for the protection and recovery of imperiled species. The law protects imperiled animals wherever they live but does not effectively protect plants and their habitats on private lands unless a federal permit is involved (e.g., critical habitat can be designated on private lands and convey substantial protections where there is a federal permit). The ESA goal is to recover listed species — to bring these species to the point where protection by the Act is no longer necessary (Scott *et al.* 2005).

**BOX 2.** U.S. Fish and Wildlife Service Listed Endangered (E) and Threatened (T) Plant Species and Candidates in Colorado (in alphabetical order by scientific name). All of these species are ranked G1 or G2 except for the Colorado hookless cactus, which is the only G3 species included in this Strategy, included because of its federal status. **Although there has been some confusion through the years, the Knowlton cactus has not actually been documented in Colorado.*

### Federally Listed Plants

1. Mancos milkvetch *(Astragalus humillimus)*: E
2. Kremmling milkvetch *(Astragalus osterhoutii)*: E
3. Clay-loving wild buckwheat *(Eriogonum pelinophilum)*: E
4. Penland alpine fen mustard *(Eutrema penlandii)*: T
5. Colorado butterfly plant *(Gaura neomexicana* var. *coloradensis)*: T
6. Knowlton cactus* *(Pediocactus knowltonii)*: E
7. Penland beardtongue *(Penstemon penlandii)*: E
8. North Park phacelia *(Phacelia formosula)*: E
9. Dudley Bluffs bladderpod *(Lesquerella congesta)*: T
10. Piceance twinpod *(Physaria obcordata)*: T
11. Colorado hookless cactus *(Sclerocactus glaucus)*: T
12. Mesa Verde cactus *(Sclerocactus mesae-verdae)*: T
13. Ute ladies'-tresses orchid *(Spiranthes diluvialis)*: T

### Candidate Plants

1. DeBeque phacelia *(Phacelia submutica)*
2. Sleeping Ute milkvetch *(Astragalus tortipes)*
3. Pagosa skyrocket *(Ipomopsis polyantha)*
4. Parachute penstemon *(Penstemon debilis)*
5. White River penstemon *(Penstemon scariosus* var. *albifluvis)*

***Mancos milkvetch, Endangered*** *© Al Schneider*

***Pagosa skyrocket, Candidate*** *© Ellen Mayo*

**BOX 3.** Parachute penstemon, a candidate for listing by the U.S. Fish and Wildlife Service, is known only from five locations on upper elevations of shale outcrops of the Parachute Creek Member of the Green River Formation.

*© Steve O'Kane and Peter Gordon*

## Where do Colorado's Rare Plants Occur?

**Habitat Types:** Colorado's imperiled plants occur within eight major habitat types: alpine, barrens, cliffs and canyons, grasslands, forests, pinyon-juniper woodlands, shrublands, and wetlands (CNHP 2008; CNHP and TNC 2008; Colorado Native Plant Society 1997). Colorado's barrens and shrublands are especially rich habitats for imperiled plant species, followed by pinyon-juniper woodlands, cliffs and canyons, and alpine habitats (CNHP and TNC 2008). Barrens occupy less than 1% of Colorado, but nearly 25 of our rarest plants are primarily associated with barrens (23% of imperiled species). Shrublands are Colorado's second most important habitat for rare plants (supporting 21% of the imperiled species), occupying 19% of the state's acreage. Pinyon-juniper woodlands cover nearly 10% of Colorado, providing habitat for at least 16% of the rare plant species (see Figures 2-3; Box 4).



**Figure 2.** Major habitat types occupied by Colorado's imperiled plants. Approximate percentage of Colorado's total acres occupied by each habitat type with number of imperiled plants occurring in that habitat. Sources: Southwest ReGAP (Prior-Magee *et al.* 2007) and CNHP and TNC (2008).

**BOX 4.** Major habitat types in Colorado supporting the highest number of imperiled plants.

***Pinyon-Juniper Woodland*** *© Peggy Lyon*

***Mancos Shale Formation Barrens*** *© Peggy Lyon*

***Sagebrush Shrublands*** *© Renee Rondeau*

***Cliffs and Canyons*** *© J.D. Marston*

***Green River Formation Shale Barrens*** *© Rusty Roberts*

***Alpine Habitat*** *© Susan Panjabi*



**Figure 3.** Spatial Distribution of Major Habitat Types in Colorado. Source is Southwest ReGAP (Prior-Magee *et al.* 2007). Note: barren and cliff and canyon habitat types cover only <1% of the total land area and are not visible at this scale.

**Distribution and Land Ownership:** The documented land area occupied by Colorado's imperiled plants is small (approximately 62,500 acres statewide), encompassing a minute percentage (< 0.001%) of Colorado's land area (see Figure 4). Federal lands support nearly two-thirds of the documented acres of Colorado's imperiled plant species (see Figure 5). Bureau of Land Management lands encompass 13% of Colorado's total land area, but approximately 38% of Colorado's imperiled native plant habitat occurs on BLM lands. The U.S. Forest Service manages 22% of the state's land area and supports 23% of the imperiled plant habitat. Privately owned lands, encompassing 56% of Colorado's total land area, are also very important for the conservation of Colorado's imperiled plant habitat, harboring 24% of the acres. The remaining acres are divided among the National Park Service (4%), other federal agencies (4%), the State of Colorado (3%), local governments (1%), non-governmental organizations/land trusts (2%), and tribes (<1%) (CNHP 2008).

**Figure 4.** Locations of Colorado's most imperiled plants. Source: Colorado Natural Heritage Program. Note: Locations are enlarged for greater visibility.



**Figure 5.** Percentage of acres of known locations of Colorado's imperiled plants by land ownership. Source: Colorado Natural Heritage Program (2008) and CoMap (Theobald *et al* . 2008). BLM= Bureau of Land Management, USFS=U.S. Forest Service, NPS=National Park Service, NGO=non-governmental organizations.

## Colorado Plant Scorecard

*Plants, animals, and ecological systems can only be considered effectively conserved when their biodiversity status is viable, threats have been abated, and land management/protection is sufficient to ensure the long-term persistence of the element.* -Colorado Natural Heritage Program and The Nature Conservancy 2008

The CNHP, working with The Nature Conservancy (TNC), has developed A Biodiversity Scorecard for Colorado, an analysis of the status of Colorado's species and ecosystems, using a "scorecard" approach (CNHP and TNC 2008). Following the three-part model of effective conservation developed by TNC, the scorecard evaluated the status of a subset of imperiled plants and ecosystems under three broad conservation status categories:

- *Biodiversity status:* including population/occurrence numbers and/or size, quality, and landscape integrity.
- *Threat status:* including both current and potential future impacts.
- *Protection status:* including land management status.

About half of the imperiled plants evaluated received good to very good scores in at least two of the conservation status categories and can be considered reasonably well conserved (see Appendix C for scorecard results). However, nearly half of Colorado's imperiled plant species are poorly or weakly conserved due to significant threats and lack of protection (Figure 6). These species are in need of effective protection and management in order to persist over the long term.

Fortunately, the results of this analysis show that there are still high-quality occurrences of many of these species, providing us the opportunity to improve their scores through prompt conservation action. The foremost strategies that could conserve Colorado's imperiled species are threat abatement and on-the-ground protection for the best occurrences. Colorado's barrens and shrublands are especially rich in rare plants. These habitats are primarily impacted by energy development, residential development, and motorized recreation.

**Figure 6.** Spatial representation of overall conservation status of Colorado's imperiled plants. Source: *A Biodiversity Scorecard for Colorado* (CNHP and TNC 2008). Note: Locations are enlarged for greater visibility.

## How does Colorado Compare with Other States?

Like most states, Colorado has a wildlife statute that provides intent to protect endangered and threatened animal species, gives the Colorado Wildlife Commission authority for compiling a corresponding state list, and provides for the acquisition of habitat for listed species. However, Colorado is one of a minority of states with no state statute recognizing and providing protection for native rare plants, and neither Colorado's Nongame, Endangered, or Threatened Species Conservation Act nor the Colorado Wildlife Action Plan include rare plant protection. The Colorado Natural Areas Program (CNAP) is the only state government program that contains protection of rare plants in its legislative mandate. Colorado's Natural Areas Act provides a means by which lands and waters can be identified, evaluated, and protected. Although designation of Natural Areas calls attention to the significance of the sites, it confers no legal protection. Participation is completely voluntary - the site's status could easily change at any time if the land owner/manager was not interested in maintaining the designation. While CNAP serves a very important conservation purpose, it does not provide the same level of protection to rare plants as most other states' plant protection statutes and programs. Critically, there is currently inadequate funding for inventory, data management, assessment, monitoring, research, education, or plant conservation in Colorado.

**State Plant Protection:** The majority (32 out of 50, 64%) of U.S. states have enacted endangered/threatened species acts that include or target at-risk plant species; 17 states have specific plant protection statutes, 15 states include plants in their endangered species statutes, and 18 states have no plant statutes (Stein and Gravuer 2008) (see Table 1 and Figure 7). Even though plant species are afforded state-level protection in 32 states, many of these laws specify plant safeguards distinct from, and often weaker than, those afforded to animals (Stein and Gravuer 2008). In addition, 20 states, including Colorado, have natural areas acts but these tend to provide less protection for plants than specific endangered/threatened species statutes.

The key components of the 15 inclusive endangered/threatened species statutes vary by state. For example, 10 statutes include inventory provisions and all 15 include "take" provisions (i.e., prohibition of killing, injuring, or harming), but only seven include state environmental review provisions. Statutory provisions concerning private landowners vary: six states authorize agreements between the state and private land owners, whereas two states specifically say that the statute does not affect private land owners. Similarly, six statutes include provisions authorizing agreements between the state and federal agencies for the management and conservation of plants (Martland 2008).

The listing categories and criteria also vary among the state plant protection statutes. For example, 17 states include an endangered species category in their statutory provisions and 14 also include a threatened category. Other categories include: species of special concern, candidate, proposed, restricted, protected, wild native, endemic, highly safeguarded native, harvest restricted native, salvage restricted native, salvage assessed native, commercially exploited, extirpated, vulnerable, rare, limit of range, and undetermined plants. Most states have supported their plant statutes with rules and regulations (Martland 2008).

**Table 1. Summary of State Endangered Species Laws and Key Provisions (Martland 2008).**

| Category | No. of States | Location of Program in State Government | Provisions | No. of States with Provision |
|---|---|---|---|---|
| States with Plant Protection Statute (Arizona, Florida, Georgia, Kentucky, Maine, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oregon, Pennsylvania, Tennessee, Texas, Virginia) | 17 | 5 – Agriculture Dept.<br>11 – Conservation or Natural Resources Dept.<br>2 – Wildlife Dept. | Inventory | 17 |
| | | | Take (killing, injuring, or harming) on federal lands | 16 |
| | | | Environmental Review | 7 |
| | | | Agreements with federal agencies, private landowners | 10 |
| | | | Endangered species category | 17 |
| | | | Threatened species category | 14 |
| States with Endangered Species Act including plants (California, Connecticut, Hawaii, Illinois, Iowa, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, Rhode Island, South Dakota, Vermont, Wisconsin) | 15 | 7 – Conservation or Natural Resources Dept.<br>4 – Wildlife Dept. | Inventory | 10 |
| | | | Take (killing, injuring, or harming) on federal lands | 14 |
| | | | Environmental Review | 7 |
| | | | Agreements with federal agencies, private landowners | 6 |
| | | | Endangered species category | 14 |
| | | | Threatened species category | 12 |
| States with no Statute (Alabama, Arkansas, Colorado, Delaware, Idaho, Indiana, Kansas, Louisiana, Mississippi, Montana, North Dakota, Oklahoma, South Carolina, Utah, Washington, West Virginia, Wyoming) | 18 | | | |

**Plant Protection Needs in Colorado:** A plant protection program supported by state government, with broad involvement of stakeholders at all levels, is needed to ensure the long-term conservation and stewardship needs of Colorado's rare and imperiled plants. Also needed is a legally recognized state plant list with the authority for compiling and maintaining it as information improves. NatureServe/CNHP criteria and methods are widely recognized and suitable for this purpose (Stein *et al.* 2000). Allocation of adequate resources and staffing within a state agency (e.g., Colorado Department of Natural Resources or Colorado Department of Agriculture) are needed to coordinate inventory and monitoring, stewardship, and conservation. Plant program staff is needed to represent the state's interests to federal agencies, facilitate state agency adoption of new practices, and lead outreach to



**Figure 7.** States with Endangered Species Acts and Separate Plant Protection Acts (from George *et al.* 1998 and Stein and Gravuer 2008).

private landowners. Without state recognition of specific species, Colorado's ability to influence the management of rare plants on federal lands, which harbor approximately 70% of known populations, is very limited.

**State Wildlife Action Plans:** All states and territories recently completed State Wildlife Action Plans as part of a nationwide strategy to prevent wildlife species from becoming endangered. A recent NatureServe study evaluated how each of these plans addressed plants (Stein and Gravuer 2008). While the plans represent a major step forward for coordinated conservation planning, most of the plans, including Colorado's (Colorado Division of Wildlife 2006), did not substantially address the conservation needs of plants. Only eight of the 56 states and territories (14%) took the direct approach of including plants on their lists of species of greatest conservation need, i.e., those species with low or declining populations and/or those indicative of the diversity and health of the resource. Key recommendations from this NatureServe study are to:

- Promote Wildlife Action Plan strategies that also benefit plants of concern;
- Avoid implementation actions that could be detrimental to sensitive plants;
- Add plant-specific components to existing Wildlife Action Plans;
- Develop state-level plant conservation strategies to complement the Wildlife Action Plans; and
- Ensure that plants are fully represented in major new conservation funding opportunities.

In the first round of Wildlife Action Plans (submitted October 2005), states that effectively integrated plant conservation needs include Oregon, Nebraska, Missouri, and Georgia. Several states are now developing plant action plans parallel to those for wildlife or are integrating plant conservation needs into the next Wildlife Action Plan iteration (these states include Tennessee, Texas, and Idaho).

## Threats to Colorado's Rare Plants

*Because they are rooted in place, plants can't move out of the way of an oncoming bulldozer, or take shelter until danger passes. And because many rare plants are highly localized, growing only in very specific soils or micro-climates, they are particularly susceptible to being wiped out, often without anyone's knowledge. They are, in effect, hidden in plain sight.* -Stein and Gravuer, NatureServe, 2008

Colorado's population is soaring and land uses, such as energy and residential development, are increasing impacts to Colorado's native plants and their habitats. Colorado continues to be one of the fastest growing states in the country. The population is expected to grow from approximately 5 million to over 7.5 million by 2030 and to double to 10 million by 2050. The statewide development footprint increased from 1.3 million acres in 1970 to 2.5 million acres in 2000 and is expected to expand to more than 3.5 million acres by 2030. The state is losing its largest privately owned agricultural and natural lands many times faster than any other state in the nation (Colorado Conservation Trust 2007). Colorado's irreplaceable native plants, plant communities, and ecosystems are thus increasingly being threatened.

Most of Colorado's imperiled plants are naturally rare. They are rare because they are restricted to very specific, narrowly distributed habitats, rather than as a result of human actions, per se. However, because these species occupy such small areas, planning is necessary to avoid placing these species at further risk from human activities. Degradation, fragmentation, and loss of habitat are major reasons plant species and their habitats are imperiled or vulnerable in Colorado. The primary contributors to habitat degradation for imperiled plants are resource extraction (e.g., energy development, mining), motorized recreation, residential development, and road construction and maintenance (CNHP and TNC 2008). Other risk factors include altered hydrologic regime, invasive species, agricultural development, loss of pollinators, incompatible grazing/trampling, and plant collecting (CNHP and TNC 2008). Additionally, there is strong scientific consensus that human-induced climate change is affecting species and ecological systems, and this is likely to exacerbate the effects of other human activities on plants (Enquist and Gori 2008).

One of the biggest issues is a lack of awareness and information regarding the presence, distribution, and precarious status of Colorado's native and imperiled plant species. Many rare plants inhabit small areas, have specialized needs, and have unique habitat requirements that are often missed by other approaches to conservation, e.g., those focused primarily on wildlife.

Human activities that can impact Colorado's imperiled plants and their habitats are described below.

**Energy Development:** The region's recent energy boom has rapidly transformed areas of Colorado, both economically and environmentally. Applications for oil and gas drilling permits increased by almost 500% from 1999 (1,010) to 2006 (5,904). Over 6,000 drilling permit applications were approved in 2007 — more than two-and-a-half times the 2,378 permits approved during Colorado's last energy development boom in 1981. More than 30,000 oil and gas wells are currently operating statewide and production has grown by almost 60% since 2000 (Colorado Conservation Trust 2007).

The habitat that supports several rare plants is underlain by rich deposits of oil and natural gas. Oil and gas development activities and associated infrastructure can cause population fragmentation, habitat destruction and degradation, introduction of non-native plants, and alteration of surface hydrology. Oil and gas development often creates a high density of roads; these roads can provide easy access to new areas for off-road vehicle use (Center for Native Ecosystems *et al.* 2005).

The habitat for rare plant species restricted to the Green River Formation in the Piceance Basin contains high grade oil shale deposits. The Parachute Creek Member of the Green River Formation is reported to have the best deposits of oil shale known in the world and is considered to be a major potential source of oil in the United States. However, millions of tons of shale must be mined each year to make the process economically feasible. The impacts of oil shale mining and processing can increase erosion due to vegetation removal, increase air pollution, fragment and/or eliminate some plant populations, and degrade remaining habitat, e.g., by spread of introduced invasive plant species (Center for Native Ecosystems *et al.* 2005).

**Motorized Recreational Activities:** Motorized recreation (including off highway, off road, all terrain, and four-wheel drive vehicles, motorcycles, and snowmobiles) is rapidly increasing in many areas where Colorado's rare plants grow and it is often difficult to enforce regulations or close access to protect plant habitat. Motorized recreation can reduce natural habitat for plants, impacting individual plants and populations. Roads and trails created by off-road vehicles impact plants by altering habitat, killing plants, increasing erosion, and creating dispersal corridors for invasive plant species.

**Residential Development:** Twenty-four percent of the habitat occupied by imperiled plants in Colorado is found on private land. Accelerating residential and urban development, along with associated infrastructure such as roads and utilities, is consuming and fragmenting important habitat for native plants and plant communities. Exurban development (low-density rural development), the fastest growing land use in the United States, has been found to reduce many native species near homes and increase exotic species, with effects manifested over decades (Hansen et al. 2005). In addition to local effects, exurban development may alter ecological processes and biodiversity on adjacent and distant public lands. Underlying mechanisms involve alteration of habitat, ecological processes, biotic interactions, and increased human disturbance (Hansen et al. 2005).

**Road Construction and Maintenance:** Roads can have a serious impact upon the natural integrity and habitat effectiveness of rare plant sites. Along with extirpating populations and destroying habitat,

roads contribute to fragmentation that may interfere with natural processes such as pollination and seed dispersal. Roads can act as barriers to insect pollinators for some plants. Other impacts from road construction and maintenance (e.g., mowing and herbicide application) include erosion and sedimentation, as well as introduction of invasive species.

**Climate Change:** Climate change, one of the greatest threats to the conservation of species and ecosystems, is already having serious impacts across the globe. In the 20th century, global temperatures increased by 0.7 °C (1.3 °F) and Northern Hemisphere snow cover declined by 7% (Intergovernmental Panel on Climate Change 2007). The western United States has experienced an increase in average temperature during the last five years that is 70% greater than the world as a whole (Saunders *et al.* 2008).

The change in climate is driving plants out of their current geographic ranges and will likely result in regional extirpation and even extinction for some plant species (Schneider *et al.* 2007). Warmer temperatures and changing rainfall have shifted vegetation in several ecosystems up mountain slopes and towards polar regions. Alteration of seasons has changed the timing of life-cycle events of plants and animals, potentially resulting in an asynchrony between plants, environmental cues, and interacting organisms such as pollinators (Joyce 2008).

The United Nations Intergovernmental Panel on Climate Change (IPCC 2007) predicts that all of North America is likely to warm by 2 °C (3.6 °F) during this century. There will likely be more droughts and other extreme weather events. Colorado will likely become hotter and drier with shorter snow seasons, earlier snow melt, and longer fire seasons. These potential impacts will interact with the other stresses to rare plants, e.g., loss or fragmentation of habitat from development, mining, and introduction of invasive species. The full impacts of climate change on imperiled species are likely to significantly reduce habitat, which is particularly problematic for rare plants that demand very specific growing conditions (Loarie *et al.* 2008).

**Other Factors:** Furthermore, many rare plants are restricted to unusual substrates and comprise very small populations, thereby rendering them subject to random catastrophic events such as landslides or infestation. Other factors that impact Colorado's rare plants include: 1) widespread lack of awareness regarding their existence and precarious status; 2) inadequate funding for conservation and research; 3) inadequate legal protection for plants; and 4) over-collection for horticultural purposes (e.g., penstemons, cacti, orchids) or medicinal uses (e.g., arnica).

The following section outlines the objectives and conservation actions needed to achieve the long-term goal of conserving Colorado's most imperiled plant species. This Strategy is intended to set a statewide strategic conservation direction for Colorado's most imperiled plant species and their habitats. It represents a collective vision for plant conservation in Colorado over the next decade, with specific actions recommended for the next five years. This Strategy emphasizes a coordinated and proactive approach to carry out the actions needed to address increasing impacts to our imperiled plants and provide for their long-term stewardship and survival. Proactive conservation actions will help to avoid the need for increased federal listings for Colorado's imperiled plants.

*Without focused conservation attention to the growing plight of the nation's plant species, we are at risk of losing significant portions of our wild heritage, and the ecological resilience that comes with that diversity.* -Stein and Gravuer, NatureServe, 2008

***Arkansas Valley evening primrose*** *© Susan Panjabi*

# COLORADO RARE PLANT CONSERVATION GOAL AND OBJECTIVES

## Conservation Goal

The goal of the Colorado Rare Plant Conservation Initiative (RPCI) is to conserve Colorado's most imperiled native plants and their habitats through collaborative partnerships for the preservation of our natural heritage and the benefit of future generations.

## Conservation Objectives and Recommended Actions

The RPCI partnership has identified a set of conservation objectives and recommended actions to pursue that are necessary to meet the conservation needs of Colorado's imperiled plant species (G1-G2). The following six objectives represent the most urgent and critical actions needed to effectively conserve Colorado's imperiled plant species. These objectives will guide conservation activities and catalyze collaborative conservation action over the next decade. Although these objectives are focused on Colorado's imperiled species, the RPCI also recognizes the importance of conservation efforts for other rare and vulnerable species wherever possible, and plans to expand efforts to conserve vulnerable (G3) and non-vascular (lichens, mosses, and liverworts ranked G1-G3) plant species in the future. The six conservation objectives are:

1. Secure on-the-ground, *site-specific* habitat protection and/or management to achieve specific goals for all of Colorado's imperiled plants on public and private lands.
2. Minimize the impacts of specific land uses that threaten many of Colorado's imperiled plants statewide.
3. Improve scientific understanding of the distribution, natural history, and status of Colorado's most imperiled plants through inventory, research, and monitoring.
4. Develop and implement a state program and policies to enhance the conservation of Colorado's most imperiled plants in cooperation with public land managers, private landowners, and other interested stakeholders.

5. Facilitate the stewardship of Colorado's most imperiled plants through education, outreach, and coordination.
6. Adopt measures for the *ex situ* (off site) conservation of Colorado's most imperiled plants in case native populations are extirpated.

See below for the six conservation objectives, along with recommended conservation actions.

## CONSERVATION OBJECTIVE 1.

## Secure on-the-ground, site specific habitat protection and/or management to achieve specific goals for all of Colorado's imperiled plants on public and private lands.

**a. Identify species-specific priorities to focus habitat protection efforts.**

- Maintain a list and updated ranks of globally imperiled plants known in Colorado (Appendix A), including all Colorado G1 and G2 plants based on NatureServe/ CNHP methods (Box 1). Presently, there are 119 G1 and G2 plant species known in Colorado.
- Continually incorporate new information on G1 and G2 plants gathered by researchers statewide or elsewhere.
- Work with the CNHP to build the central repository of information and assure consistent and thorough rankings.
- Incorporate findings of the *Biodiversity Scorecard for Colorado* (Appendix C) (CNHP and TNC 2008).
- Review the species list bi-annually with the RPCI partners, Rare Plant Technical Committee (RPTC), and other experts.

**b. Develop a list and maps of Important Plant Areas (IPAs) for Colorado** following CNHP methods (Appendix D for methods and Appendices E and F for a list and descriptions of IPAs).

- Develop Important Plant Areas based on the highest quality occurrences of imperiled species. These are the highest priority areas for plants based on CNHP methods for Areas of Outstanding Biodiversity Significance (ranked B1) that support the best known occurrences of G1 species and Areas of Very High Biodiversity Significance (ranked B2) that support other occurrences of G1 species and the best known occurrences of G2 species (see Box 5 and Figure 8).
- Delineate Important Plant Areas for imperiled plants based on Potential Conservation Areas (PCAs) which estimate the primary area necessary to support the long-term survival of plant species of concern, while considering other significant co-occurring natural resources at specific locations.
- Review the Important Plant Areas annually with the RPCI partners and other experts.

**BOX 5.** Important Plant Areas In Colorado.

RPCI recognizes over 200 Important Plant Areas (IPAs) based on CNHP Potential Conservation Areas for the most imperiled plants (see Appendix D for methods). These IPAs represent our best estimate of the areas needed to support the continued existence of Colorado's most imperiled plant species. Although IPAs do not carry any regulatory authority, they can provide guidance on opportunities for conservation, and highlight places where public land managers and willing private landowners can help conserve plant species and habitats. These IPAs are ranked by CNHP on a global scale as having either Outstanding Biodiversity Significance (B1 – 32 IPAs) or Very High Significance (B2 – 193 IPAs) (see Figure 8 and Appendices E-F for a list and descriptions of Importance Plant Areas in Colorado).

***Gateway: Important Plant Area of Outstanding Biodiversity Significance*** *© Peggy Lyon*



**Figure 8.** RPCI recognizes about 200 Important Plant Areas in Colorado. These areas include the highest quality locations of the most imperiled plants (ranked B1-B2 by the CNHP). Only the B1 Important Plant Areas are labeled.

**c. Identify a subset of the IPAs as Priority Action Areas** (PAAs) for approximately a two year time frame. PAAs for 2008–2010 are shown in Figure 9; see Box 6 for descriptions. Criteria for selecting areas include:

- Level of imperilment of the rare species.
- Quality of the plant occurrences.
- Urgency of the management and protection actions.
- Other opportunities such as funding and land ownership patterns.

**d. Identify potential conservation opportunities within each Priority Action Area.**

- Using county-level data, identify intact landscapes with significant overlap with high-quality or best known rare plant occurrences.
- Assess the natural quality of the landscape using Terraserver, Digital Orthophoto Quads, Google Earth, and/or similar tools.
- Conduct field visits to verify current conditions (after obtaining permission from land managers and landowners).