· Integrate information about other co-occurring species of concern and plant communities..

· If specific lands are not identified for potential protection of a species, additional inventory work will be needed to identify additional locations and conservation objectives.

**e. Develop and implement Conservation Action Plans for each Priority Action Area** with working groups consisting of local land trusts, experts, and community representatives (see Box 7 for case study from Middle Park). Develop specific goals, identify threats, and develop strategies for ensuring the long-term viability of all imperiled plants (and other species of concern) within the areas. See Appendix G for methods to develop Conservation Action Plans.

**f. Work with land management agencies to secure permanent on-the-ground** protection for rare plants and their habitats on public lands (see Box 8).

**g. Work with willing private landowners, tribes, and local land trusts to secure permanent on-the-ground protection** for rare plants and their habitats on private lands (see Box 9).

**h. Integrate imperiled plants into other statewide biodiversity conservation efforts** such as the Colorado State Wildlife Action Plan, Colorado Conservation Partnership, State Forest Assessment, and Colorado Conservation Summit.

**i. Work with federal agencies to help private landowners** receive compensation for their land protection actions through the U.S. Fish and Wildlife Service recovery crediting system (Tollefson 2008) and/or other mechanisms.



**Figure 9.** Priority Action Areas (PAA) for Colorado's most imperiled plants for 2008-2010. Source: Colorado Natural Heritage Program. Note: boundaries indicate broad planning areas only – plant occurrences are scattered within the PAA.

BLM_0059241

**BOX 6.** Priority Action Areas for Colorado's most imperiled plants for 2008-2010.

Priority Action Areas (PAAs) are areas needing immediate conservation action to prevent the need for listing, further losses, or extinction of imperiled plants. Selection is based on level of imperilment of rare plants, quality of the occurrences, urgency of the management and protection actions, and other opportunities, such as land ownership patterns. These areas are identified by CNHP with input by the RPCI and the RPTC. The RPCI has sponsored planning workshops in five areas to guide conservation action. One of the key protection strategies is to work with local land trusts to obtain conservation easements on private parcels.

• **Arkansas Valley Barrens:** Includes nearly all of the known occurrences for the globally imperiled: round-leaf four o'clock *(Oxybaphus rotundifolius)*, golden blazing star *(Nuttallia chrysantha)*, Pueblo goldenweed *(Oonopsis puebloensis)*, Rocky Mountain bladderpod *(Lesquerella calcicola)*, Fendler's townsend-daisy *(Townsendia fendleri)*, and significant occurrences of the Arkansas Valley evening primrose *(Oenothera harringtonii)* and Brandegee's wild buckwheat *(Eriogonum brandegei)*.

• **Middle Park:** Includes all known occurrences of two critically imperiled and federally Endangered Penland pentstemon *(Penstemon penlandii)* and Kremmling milkvetch *(Astragalus osterhoutii)*.

• **North Park:** Contains all confirmed, current, viable occurrences of the critically imperiled and federally Endangered North Park phacelia *(Phacelia formosula)*.

• **Pagosa Springs:** Includes all known occurrences for the critically imperiled Pagosa skyrocket *(Ipomopsis polyantha)* and the globally imperiled frosty bladderpod *(Lesquerella pruinosa)*, and significant occurrences of Gray's Townsend daisy *(Townsendia glabella)*.

• **Piceance Basin:** Includes all known occurrences of critically imperiled and federally Threatened Piceance twinpod *(Physaria obcordata)* and Dudley Bluffs bladderpod *(Lesquerella congesta)*. The site also contains many other rare plant species, such as sun-loving meadowrue (Thalictrum heliophilum), Piceance bladderpod *(Lesquerella parviflora)*,

Bessey locoweed *(Oxytropis besseyi var. obnapiformis)*, and Fremont's beardtongue *(Penstemon fremontii var. glabrescens)*.

• **Roan Cliffs:** Includes all known viable occurrences of the critically imperiled Parachute penstemon *(Penstemon debilis)*, DeBeque phacelia *(Phacelia submutica)*, and DeBeque milkvetch *(Astragalus debequaeus)*. Some of the other globally significant species include the Roan Cliffs blazing star *(Mentzelia rhizomata)*, sun-loving meadowrue (Thalictrum heliophilum), and the federally Threatened Colorado hookless cactus *(Sclerocactus glaucus)*.

• **Adobe Hills:** Includes all known occurrences of clay-loving wild buckwheat *(Eriogonum pelinophilum)*, a globally imperiled plant that is also a federally Endangered species.



***North Park*** © Betsy Neely

BLM_0059242

**BOX 7.** Case Study: Middle Park Rare Plant Conservation Planning Workshop
(Kram *et al.* 2008).

Results of a June 2008 workshop sponsored by the RPCI identify conservation strategies for the critically imperiled and federally listed Penland penstemon (Penstemon penlandii) and Kremmling milkvetch (Astragalus osterhoutii), based on an assessment of the plants' viability and threats.

The Middle Park Priority Action Area, located in Grand County, Colorado, includes all known occurrences of Penland penstemon (known from only two locations in the world) and Kremmling milkvetch (known from only five locations in the world). Although the known occurrences appear to be in good to excellent condition, the habitat of these two imperiled species is threatened by motorized recreation, future residential development, mining, herbivory, and road construction and maintenance.

To abate these and other threats, workshop participants identified a variety of strategies. Some of the highest priority strategies include:

• Inform County master planning efforts.

• Present plant information to Grand County and Town of Kremmling.

• Inform road maintenance planning, e.g., establish placards for no-spray zones.

• Conduct targeted outreach to private landowners to inform them about the rare plants, what they can do to protect them (e.g., conservation easements, surface use agreements for oil and gas development), and pursue conservation easements with willing landowners.

• Investigate possibility of State Land Board or BLM land exchanges.

• Continue to maintain fences.

• Identify and implement best management practices with CDOT.

• Establish an Area of Critical Environmental Concern with restrictions on oil and gas development, mining, water disposal, etc. through the BLM Resource Management Plan (RMP) process.



*Penland penstemon* © Scott Dressel-Martin



*Kremmling milkvetch* © Betsy Neely

BLM_0059243

**BOX 8.** Recommended conservation actions for working with land management agencies (e.g., State of Colorado, BLM, USFS, local public lands) to secure on-the-ground habitat protection for imperiled plants.

• Provide best available data and expertise on imperiled plants.

• Conduct field surveys in proposed project areas to document existing occurrences, search for new occurrences, and avoid conflicts.

• Develop conservation action plans to guide plant conservation efforts.

• Create or expand special designations (e.g., Areas of Critical Environmental Concern, Special Botanical Areas, Research Natural Areas, National Natural Landmarks, Colorado Natural Areas, etc.).

• Develop best management practices (BMPs) for imperiled plants and work with land managers to implement them.

• Incorporate information regarding protection and management of imperiled plants into Resource Management Plans (RMPs) and other environmental assessments.

• Ensure consideration of imperiled plants in environmental review and assessments.

• Develop and share educational materials about imperiled plants.

• Develop win-win solutions where conflicts arise.

• Work with county planners and identify areas in path of development.



*2008 North Park Conservation Action Planning Workshop, Walden, Colorado* © Betsy Neely

BLM_0059244

**BOX 9.** Recommended conservation actions for working with private landowners to secure on-the-ground habitat protection for imperiled plants.

- Provide best available data and expertise on imperiled plants.

- Conduct inventories in proposed project areas to better document existing occurrences, search for new occurrences, and avoid conflicts.

- Develop conservation action plans to guide plant conservation efforts.

- Seek on-the-ground protection for imperiled species and their habitats using conservation easements and other protection tools.

- Develop management agreements and other cooperative, voluntary, and incentive-based actions (e.g., technical assistance, cost-share programs to

provide funding for management plans, weed management, best management practices, fencing projects).

- Purchase/transfer of development rights.

- Encourage the use of existing funding sources, e.g., Farm Bill programs for private landowners to conserve plants and maintain intact farms/ranches

- Identify new funding sources to support protection of imperiled species on private lands.

- Develop new incentives for private landowners to participate in plant



*The Nature Conservancy, with funding from the Department of Defense, secured a conservation easement on ranch lands near Fort Carson to protect habitat for several imperiled plants endemic to the Arkansas River Valley.* **Pueblo goldenweed** © *Steve Kettler*

BLM_0059245

## CONSERVATION OBJECTIVE 2.

## Minimize the impacts of land uses that threaten many of Colorado's imperiled plants statewide.

A proactive coordinated approach is needed to abate negative impacts, prevent further declines, and avoid the need for federal listings. Most impacts to imperiled plants can be avoided or minimized by working collaboratively with affected stakeholders and landowners to share information, provide technical assistance, and conduct early environmental reviews (see Box 10).

The following recommended actions are listed in order of their overall threat status based on scope, severity, and immediacy of the primary threats to imperiled plant species in the Biodiversity Scorecard of Colorado (CNHP and TNC 2008). They reflect information gathered from status reports, species assessments, the Annual Colorado Rare Plant Symposia results, and the CNHP plant database. The land uses with the greatest potential impact to imperiled plant species in Colorado are energy development, motorized recreational activities, residential development, and roads, with climate change posing perhaps the most serious long-term impact. Other activities include altered hydrologic regime, mining, agricultural practices, non-motorized recreation, and invasive plants. All of these activities/land uses can have significant impacts to rare plant populations, particularly those species that are narrowly distributed with relatively few individuals.

---

**BOX 10.** Environmental Review: Evaluating Projects to Minimize Potential Impacts.

The Biodiversity Tracking and Conservation System (BIOTICS, CNHP 2008) is used to evaluate projects for potential impacts to rare plant resources. By working early in the planning phase of a land management or development project, Colorado Natural Heritage Program (CNHP) biologists and conservation planners can help landowners and land managers avoid or minimize impacts while considering alternatives that allow projects to be implemented.

Information from CNHP's statewide data system is available to the public, and can be used for conservation planning and to help facilitate the design and implementation of ecologically sound development projects. CNHP has worked with landowners, local planning departments, government agencies, consulting firms, and conservation organizations. New pipelines, roads, mines, and general conservation planning are examples of projects where CNHP information has been of use.

See www.cnhp.colostate.edu/botany.html

---

BLM_0059246

**a. Energy development.** At least 17 imperiled plant species, occurring primarily in barrens, shrublands, and pinyon-juniper woodlands, are threatened by oil and gas development; five species are also known to occur within oil shale development areas (Elliott *et al.* 2008). These species include:

1. DeBeque milkvetch *(Astragalus debequaeus)*
2. Mancos milkvetch *(Astragalus humillimus)*
3. Kremmling milkvetch *(Astragalus osterhoutii)*
4. Gypsum cat's-eye *(Cryptantha gypsophila)*
5. Comb Wash buckwheat *(Eriogonum clavellatum)*
6. Clay-loving wild buckwheat *(Eriogonum pelinophilum)*
7. Dudley Bluffs bladderpod *(Lesquerella congesta)*
8. Piceance bladderpod *(Lesquerella parviflora)*
9. Roan Cliffs blazing star *(Mentzelia rhizomata)*
10. Bessey locoweed *(Oxytropis besseyi* var. *obnabiformis)*
11. Parachute penstemon *(Penstemon debilis)*
12. Fremont penstemon *(Penstemon fremontii* var. *glabrescens)*
13. Graham penstemon *(Penstemon grahamii)*
14. White River penstemon *(Penstemon scariosus* var. *albifluvis)*
15. DeBeque phacelia *(Phacelia submutica)*
16. Piceance twinpod *(Physaria obcordata)*
17. Sun-loving meadowrue *(Thalictrum heliophilum)*

Recommended conservation actions include:

- **Conduct field surveys** for imperiled plants on private and public lands in energy development areas to help avoid conflicts (after obtaining permission from land managers and landowners).

- **Provide best available data and expertise** to federal and state agencies, counties, and energy companies to guide decisions regarding applications for drill permits, better site activity, and help avoid surface disturbance to imperiled plant occurrences.

- **Develop best management practices** (BMPs) to minimize impacts to imperiled plants occurring within oil and gas development areas and work with energy companies and land management agencies to implement them (see Boxes 11-12, and Elliott *et al.* 2008).

BLM_0059247

- **Consider rare plants in environmental reviews** with federal and state agencies, counties, and energy companies.

- **Incorporate information regarding the protection and management of imperiled plants into Resource Management Plans** (RMPs) and other environmental assessments (e.g., support designation and expansions of Areas of Critical Environmental Concern).

- **Monitor imperiled plant occurrences** that are potentially threatened by oil and gas development.

- **Conduct research to fill key data gaps,** inform BMPs, and reduce conflicts between energy development and imperiled plants, e.g., pollination studies to inform buffer distances, recovery potential of imperiled plants, rare plant modeling, or secondary impacts such as dust and evaporation pond over-spray.

- **Recognize and reward private landowners,** companies, and others for good stewardship with annual Plant Conservation Awards, working with the Colorado Native Plant Society.

- **Work collaboratively with energy companies and agencies** to avoid and/or minimize negative impacts to imperiled plants through field surveys, comprehensive planning, good siting, best management practices, and no surface occupancy or controlled surface occupancy stipulations.

- **Ensure that plants are incorporated into the Colorado Oil and Gas Conservation Commission rules** for wildlife, reclamation, and restoration.

- **Mitigate the loss or degradation of imperiled plant occurrences** due to oil and gas development activities.

- **Develop and share educational materials** about imperiled plants with energy companies and land managers.

BLM_0059248

**BOX 11.** Best Management Practices for Plants of Concern: Practices to Reduce the Impacts of Oil and Gas Development Activities *(from Elliott et al. 2008).*

At least 17 globally imperiled plants occur within oil and gas development areas in Colorado, and are in danger of extinction. Collectively, these species occupy approximately 30,000 acres. Avoiding or minimizing impacts to these species during oil and gas development activities will likely reduce the need for listing under the U.S. Endangered Species Act. The RPCI developed Best Management Practices (BMPs), recommendations based on the best available science, to reduce impacts to imperiled plants on federal, state, and/or private lands. BMPs are intended to evolve as additional information

becomes available regarding Colorado's imperiled plants, and as resource extraction and conservation technologies develop.

The BMPs are recommendations for voluntary use during the project planning, pre-ground disturbance field work, project implementation, revegetation, and post-project monitoring phases. Examples of specific recommendations include: gather mapped location information from CNHP for plants of concern, conduct field surveys to map plants prior to disturbance, and have an avoidance buffer of 656 feet (200 meters).



**Oil and Gas Development**
© Josh Pollock



**Graham penstemon** © Leila Shultz

BLM_0059249

**BOX 12.** Putting Best Management Practices to Work: OXY USA and Colorado Natural Areas Program (CNAP).

Occidental Petroleum Company (OXY USA) owns the land that encompasses the majority of the populations of Parachute penstemon *(Penstemon debilis),* an imperiled species on the Roan Plateau and a federal candidate for listing under the U.S. Endangered Species Act. OXY has played an essential role in the protection of this rare species by voluntarily working with CNAP to implement best management practices that will assure the survival of this plant within an oil and gas development area. By implementing appropriate buffers, dust abatement measures, weed management, and storm water controls, the threats to the plants have been greatly reduced. OXY has demonstrated how limited oil and gas development can be balanced with rare plant conservation.



*Parachute penstemon, Roan Plateau*
© Andrea Wolfe

**b. Motorized recreational activities.** At least 14 imperiled plant species, occurring largely in barrens and shrublands, are threatened by motorized recreational activities. Species currently impacted include:

1. Kremmling milkvetch *(Astragalus osterhoutii)*
2. Sleeping Ute milkvetch *(Astragalus tortipes)*
3. Skiff milkvetch *(Astragalus microcymbus)*
4. Eastwood's evening primrose *(Camissonia eastwoodiae)*
5. Boat-shaped bugseed *(Corispermum navicula)*
6. Brandegee buckwheat *(Eriogonum brandegei)*
7. Globe gilia *(Ipomopsis globularis)*
8. Colorado desert parsley *(Lomatium concinnum)*
9. Degener beardtongue *(Penstemon degeneri)*
10. Gibben's penstemon *(Penstemon gibbensii)*
11. Penland penstemon *(Penstemon penlandii)*
12. North Park phacelia *(Phacelia formosula)*
13. Cushion bladderpod *(Physaria pulvinata)*
14. Weber saussurea *(Saussurea weberi)*

BLM_0059250

Recommended conservation actions include:

· **Conduct field surveys for imperiled plants** on private and public lands to help avoid conflicts with motorized recreational activities.

· **Provide best available data and expertise** about imperiled plant occurrences to federal, state, and local agencies, off-road vehicle (ORV) groups, and others to inform recreation and travel management plans.

· **Develop BMPs to minimize impacts** of motorized recreation on imperiled plants and work with agencies and ORV groups to implement them.

· **Incorporate information regarding the protection and management of imperiled plants into RMPs,** recreation plans, and other environmental assessments regarding motorized recreation.

· **Monitor imperiled plants** that are potentially threatened by motorized recreational activities.

· **Develop and share educational materials** about imperiled plants with ORV groups/users.

· **Assist ORV groups with the protection** of threatened plant occurrences, e.g., by establishing interpretive signs to help ORV users understand the need to avoid certain areas and/or building fences to protect sensitive populations.

· **Recognize and reward ORV groups,** public land managers, and private land-owners for good stewardship of imperiled plants with annual Plant Conservation Awards, working with the Colorado Native Plant Society.

c. **Residential development.** At least 10 imperiled plant species and likely a number of other species, occurring mostly in barrens and shrublands within or near urban areas, are currently threatened by residential development. These include:

1. Kremmling milkvetch *(Astragalus osterhoutii)* near Kremmling.
2. Clay-loving wild buckwheat *(Eriogonum pelinophilum)* near Montrose.
3. Pagosa skyrocket *(Ipomopsis polyantha)* near Pagosa Springs.
4. Pagosa bladderpod *(Lesquerella pruinosa)* near Pagosa Springs.
5. Arkansas Valley evening primrose *(Oenothera harringtonii)* near Pueblo.
6. Round-leaf four o'clock *(Oxybaphus rotundifolius)* near Pueblo.
7. Golden blazing star *(Nuttallia chrysantha)* near Pueblo.
8. Penland penstemon *(Penstemon penlandii)* near Kremmling.
9. Bell's twinpod *(Physaria bellii)* along the northern Front Range.
10. Gray's townsend daisy *(Townsendia glabella)* in southwestern Colorado.

BLM_0059251

Recommended conservation actions include:

- **Conduct field surveys** for imperiled plants on private and public lands in residential development areas to help avoid conflicts.

- **Provide best available data and expertise** on imperiled plants to state/local agencies and integrate imperiled plants into county comprehensive master plans.

- **Develop BMPs to minimize impacts of residential development** on imperiled plants and work with local governments, developers, landowners, and homeowner associations to implement them.

- **Monitor imperiled plants** that are potentially threatened by residential development.

- **Recognize and reward developers and private landowners** for good stewardship of rare plants and habitats with annual Plant Conservation Awards, working with the Colorado Native Plant Society.

- **Develop and share educational materials** about imperiled plants with local governments, landowners, homeowner associations, developers, and builders to reduce impacts of development.

- **Integrate imperiled plants into other statewide biodiversity conservation and planning efforts,** such as the Colorado State Wildlife Action Plan, Colorado Conservation Partnership, State Forest Assessment, and Colorado Conservation Summit.

- **Seek on-the-ground protection for imperiled species** and their habitats, working with land trusts and willing landowners using conservation easements and other protection tools (see Boxes 9, 13-14).

- **Utilize existing funding sources more effectively and identify new sources of funding** for habitat protection of imperiled plants at the federal, state, and local levels (e.g., Great Outdoors Colorado, U.S. Fish and Wildlife Service, and Farm Bill [see Box 13]).

- **Develop new incentives for private landowners** to participate in plant conservation activities (see Box 9).

- **Encourage the purchase or transfer of development rights (PDR/TDR)** that would prioritize the conservation of imperiled plant habitat, while augmenting city and county open space programs.

BLM_0059252

**BOX 13.** Farm Bill programs can be used to conserve imperiled plants and help landowners maintain intact lands through conservation easements, fencing, and/or management agreements. *Information provided by Terri Skadeland, Natural Resources Conservation Service.*

• Environmental Quality Incentives Program (EQIP) offers farmers and ranchers a tool to address natural resource concerns, while achieving environmental benefits. http://www.co.nrcs.usda.gov/programs/eqip/2007eqip.html.

• Conservation Innovation Grants (CIG) promote development and adoption of innovative conservation approaches and technologies in environmental enhancement and protection. http://www.co.nrcs.usda.gov/programs/CIG/cig.htm

• The Wildlife Habitat Incentive Program (WHIP) provides technical and financial assistance to help establish and improve wildlife habitat. http://www.co.nrcs.usda.gov/programs/whip/whip.htm

• The Conservation Security Program (CSP) provides financial and technical assistance to promote the conservation and improvement of soil, water, air, energy, and plant and animal life. http://www.co.nrcs.usda.gov/programs/CSP/CSP2008/CSP2008.html

• Easement programs include Wetlands Reserve Program (WRP), Grassland Reserve Program (GRP), and Farm and Ranchlands Protection Program (FRPP). http://www.co.nrcs.usda.gov/programs/



**Arkansas Valley barrens** © Susan Panjabi

BLM_0059253

**BOX 14.** Conservation Partnership Protects Clay-loving Wild Buckwheat.

Colorado State Parks and Natural Areas Program partnered with private ranchers, The Nature Conservancy, and other groups to protect a critical population of the globally imperiled clay-loving wild buckwheat *(Eriogonum pelinophilum)*. Through a unique collaboration funded by the State of Colorado Lottery, the U.S. Fish and Wildlife Service, The Nature Conservancy, and a statewide fundraising effort led by the Center for Native Ecosystems and Colorado Native Plant Society, the state purchased 43 acres from Harold and Kathleen Wacker, a retired couple who were interested in conserving the plants. The ranch is adjacent to a BLM Area of Critical Environmental Concern designated to protect the rare buckwheat. The Program will continue to work with the Wackers, The Nature Conservancy, BLM, and other groups to manage the land as a designated State Natural Area for the preservation of the buckwheat and its unique Adobe Hills habitat.

The buckwheat grows only in Colorado at 16 known locations in Montrose and Delta Counties, and is listed as federally Endangered. The protection of the plants on the Wacker Ranch addresses the goals in the Recovery Plan to "protect populations on private land" and to "remove threats and secure populations and their ecosystems." The Wacker Ranch population of the buckwheat is one of the best in the world, and very important for the survival of the species.

The unique coalition of federal and state government agencies, non-profits and private landowners that banded together to purchase and manage the property showed how quick action by diverse partners can result in the conservation of Colorado's natural heritage. This is a great example of a cooperative, non-controversial way of addressing development issues and conservation. The protection of the Wacker Ranch has shown that conservation can be a "win-win" for all groups involved if government agencies, non-profit groups, and private landowners work cooperatively with common goals in mind.



***Clay-loving wild buckwheat*** © *Jim Reveal*



***Harold and Kathleen Wacker*** © *CNAP*

BLM_0059254

**d. Roads.** At least eight imperiled plant species, occurring in alpine and shrubland habitats, are threatened by road development and maintenance. These species include:

1. Cronquist milkvetch *(Astragalus cronquistii)*
2. Eastwood's evening primrose *(Camissonia eastwoodiae)*
3. Weber whitlow-grass *(Draba weberi)*
4. Pagosa skyrocket *(Ipomopsis polyantha)*
5. Good neighbor bladderpod *(Lesquerella vicina)*
6. Golden blazing star *(Nuttallia chrysantha)*
7. Pikes Peak spring-parsley *(Oreoxis humilis)*
8. Bell's twinpod *(Physaria bellii)*

Recommended conservation actions include:

· **Conduct field surveys for imperiled plants** on private and public lands to help avoid conflicts with road development and maintenance.

· **Provide best available data and expertise** on imperiled plants to the Colorado Department of Transportation (CDOT), Federal Highway Administration departments, counties, and others for environmental review and planning for new and existing roads; to BLM and USFS for travel management plans.

· **Develop BMPs to reduce impacts of roads** on imperiled plants and work with transportation departments to implement them (see Boxes 10-11).

· **Monitor imperiled plants** that are potentially threatened by road development and maintenance.

· **Conduct research on imperiled plants to help fill key data gaps**, inform BMPs, and reduce conflicts between road development/maintenance and plants.

· **Develop and share educational materials** about imperiled plants with transportation departments and land managers.

· **Ensure that federal, state, and local transportation agencies are aware of issues** with imperiled plants in road maintenance areas and inform prescriptions that involve mowing and/or herbicide use.

· **Develop special ways to mark imperiled plant occurrences to avoid impacts** when spraying or cutting vegetation along roads.

BLM_0059255

e. **Altered hydrologic regimes.** At least nine imperiled plant species, occurring in wetland and riparian habitats and/or seeps across Colorado, are threatened by hydrologic alteration. These include:

1. Slender spiderflower *(Cleome multicaulis)* in the San Luis Valley.

2. Kachina daisy *(Erigeron kachinensis)* in the Dolores River drainage.

3. Penland alpine fen mustard *(Eutrema edwardsii* ssp. *penlandii)* in the Mosquito Range.

4. Colorado butterfly plant *(Gaura neomexicana* ssp. *coloradensis)* east of the northern Front Range at the western edge of the Great Plains.

5. Narrowleaf evening primrose *(Oenothera acutissima)* in northwestern Colorado.

6. Porter feathergrass *(Ptilagrostis porteri)* in South Park and surrounding mountain ranges.

7. Parish's alkali grass *(Puccinellia parishii)* in southwestern Colorado.

8. Ute ladies'-tresses *(Spiranthes diluvialis)* in floodplains of the western Great Plains and on the Western Slope.

9. Pale blue-eyed-grass *(Sisyrinchium pallidum)* in high mountain valleys.

Dam construction may also threaten upland plants, e.g., 10-20% of the global population of Kremmling milkvetch *(Astragalus osterhoutii)* was extirpated by the construction of Wolford Mountain Reservoir (formerly Muddy Creek Reservoir). Currently, Weber's draba *(Draba weberi)* is threatened by dam construction.

Recommended conservation actions include:

· **Conduct field surveys for imperiled plants on public and private lands** to avoid conflicts with water projects.

· **Develop and share best available data** with federal, state, and local agencies for planning and environmental review of projects.

· **Develop BMPs for imperiled plants** and work with public officials and planners to implement them (see Boxes 11-12).

· **Incorporate protection and management of imperiled plant** species into RMPs and other environmental assessments regarding hydrologic regimes.

· **Encourage consideration of imperiled plants** in local, regional, and statewide water planning efforts such as the Non-consumptive Needs Assessment.

BLM_0059256

- **Monitor imperiled plants** that are potentially threatened by hydrologic alterations.
- **Seek on-the-ground protection** for imperiled plants and their wetland and riparian habitats.

**f. Mining.** Several imperiled species are threatened by mining and associated activities. These include:

1. Penland alpine fen mustard *(Eutrema edwardsii* ssp. *penlandii)* in alpine habitats of the Mosquito Range (gold mining).

2. Weber saussurea *(Saussurea weberi)* in alpine habitats of the Mosquito Range (hard rock mining).

3. Piceance twinpod *(Physaria obcordata)* in shale barrens of the Piceance Basin (naucolite mining).

4. Round-leaf four o'clock *(Oxybaphus rotundifolia)* and Pueblo goldenweed *(Oonopsis puebloensis)* in the Arkansas River Valley (limestone mining).

Recommended conservation actions include:

- **Conduct field surveys for imperiled plants** on private and public lands to help avoid conflicts with mining operations.
- **Provide best available data and expertise** on imperiled plants to federal, state and local agencies and mining companies.
- **Develop BMPs to reduce impacts of mining** on imperiled plants and work with mining companies and land management agencies to implement them (see Boxes 10-11).
- **Incorporate information regarding the protection and management of imperiled plants into RMPs** and other environmental assessments regarding mining.
- **Work with mining companies and agencies to ensure that surface disturbance will avoid key imperiled plant occurrences** through planning and informed reclamation plans.
- **Monitor the impacts of mining activities** on imperiled plants and their habitats.
- **Seek on-the-ground habitat protection** through conservation easements and other protection tools.
- **Mitigate the loss or degradation of imperiled plant occurrences** due to mining or associated activities.

BLM_0059257

**g. Agricultural practices.** Only a few species are known to be impacted by agricultural practices, including agricultural development, land conversion, or incompatible livestock grazing. These include:

1. Clay-loving wild buckwheat *(Eriogonum pelinophilum)* on shale barrens in the Montrose area that have been converted for agriculture.

2. Dwarf milkweed *(Asclepias uncialis)* in the shortgrass prairie (conversion to cropland or planted pasture).

3. Payson lupine *(Lupinus crassus)* in pinyon-juniper woodlands in southwestern Colorado (moderately impacted by incompatible grazing).

4. Arizona willow *(Salix arizonica)* in wetland habitats in the San Juan Mountains (moderately impacted by livestock grazing).

5. Stonecrop gilia *(Aliciella sedifolia)* in the western San Juan Mountains (incompatible grazing by domestic sheep).

Recommended conservation actions include:

· **Conduct field surveys for imperiled plants** on private and public lands to help avoid conflicts with agricultural practices.

· **Provide best available data and expertise** about imperiled species and their management needs with private landowners, public land management agencies, and other land managers.

· **Develop BMPs to minimize impacts** of agricultural practices on imperiled plants and work with private landowners, agencies, and other land managers to implement them.

· **Monitor imperiled plants** that are potentially threatened by agricultural practices.

· **Seek on-the-ground habitat protection** for imperiled plants, working with local land trusts and willing landowners using conservation easements and/or other protection tools.

· **Direct federal funding (e.g., U.S. Fish and Wildlife Service, Farm Bill Programs) to address management needs,** e.g., fencing of imperiled species on private lands (see Boxes 13-15).

BLM_0059258

**BOX 15.** Private Land Success Story for the Colorado Butterfly Plant. *By Erin Robertson, Center for Native Ecosystems.*

There are only 14 known populations of the Colorado butterfly plant *(Gaura neomexicana* var. *coloradensis)* located mostly in riparian areas on private land within a small area at the junction of Colorado, Wyoming, and Nebraska. Non-selective herbicide spraying, haying and mowing at certain times of year, some water development, land conversion for cultivation, competition from exotic plants, and loss of habitat to urban growth are the main threats to the plant. The low numbers and limited distribution of this herbaceous plant contribute to its vulnerability to natural and human-caused disturbances and environmental stresses. The plant was federally listed as threatened in 2000.

In 2004, biologists from the U.S Fish and Wildlife Service and Center for Native Ecosystems visited a population on private land near Cheyenne, Wyoming. Although it had been healthy when monitored in 1999, during the intervening years it had been overgrazed and was significantly degraded. However, the landowner was interested in protecting the plant but was unaware of the resources and incentive programs under the Endangered Species Act that help landowners be good stewards of the

land and endangered species. The landowner enthusiastically took advantage of these resources, and the site is now fenced to keep the cattle from wandering into the riparian area where the butterfly plant lives.

Under Endangered Species Act programs sponsored by the U.S. Fish and Wildlife Service, private landowners have a great deal of management flexibility and access to resources to facilitate conservation efforts.



**Colorado Butterfly Plant** © Georgia Doyle

**h. Non-motorized recreation.** Several species are known to be impacted by hiking activities but the severity of the impacts is considered to be low. Primary habitats affected are alpine and cliffs and canyons; other habitats include pinyon-juniper woodlands and forests. These species include:

1. Stonecrop gilia *(Aliciella sedifolia)* in the Western San Juans.

2. Weber's skyrocket *(Ipomopsis aggregata ssp. weberi)* in the Park Range.

3. Globe gilia *(Ipomopsis globularis)* in the alpine zone of the Mosquito Range.

4. Budding monkeyflower *(Mimulus gemmiparis)* in the Front Range.

5. Arkansas Canyon stickleaf *(Nuttallia densa)* in the Arkansas River Canyon area.

6. Cushion bladderpod *(Physaria pulvinata)* in San Miguel and Dolores Counties.

BLM_0059259

Recommended conservation actions include:

· **Provide best available data and expertise** to federal, state and local agencies as well as recreation groups to avoid conflicts.

· **Develop BMPs to minimize impacts** of recreational activities on imperiled plants and work with land managers and recreation groups to implement them.

· **Incorporate information regarding the protection and management of imperiled plants into RMPs,** recreation plans, and other environmental assessments.

· **Develop and share educational materials** about imperiled plants with land managers and recreation groups to help increase public awareness about the precarious nature of imperiled plant species (see outreach/education section).

· **Establish interpretive signs** to help recreationists avoid specific sensitive areas for imperiled plants.

· **Work with land managers to construct fences** to protect imperiled plant occurrences.

· **Recognize and reward public agencies and private landowners** for good stewardship and recreation policies with annual Plant Conservation Awards, working with the Colorado Native Plant Society.

i. **Invasive plant species** (and the associated use of biocontrol and/or herbicides). Several imperiled species are known to be threatened by invasive plant species. These include:

1. Schmoll milkvetch *(Astragalus schmolliae)* is threatened by musk thistle in southwestern Colorado.

2. Narrowleaf grapefern *(Botrichium lineare)* threatened by yellow toadflax on Pikes Peak.

3. Adobe thistle *(Cirsium perplexans)* threatened by application of biocontrols on non-native thistle species invading its habitat.

4. Piceance bladderpod *(Lesquerella parviflora)* threatened by leafy spurge in the Piceance Basin.

5. Ute ladies'-tresses *(Spiranthes diluvialis)* threatened by several noxious weeds along the Front Range and in scattered locations on the West Slope.

BLM_0059260

Recommended conservation actions include:

· **Provide best available data and expertise** regarding imperiled plants to state and county weed management programs and staff.

· **Take steps to stop the introduction and spread of new invasive** species in Important Plant Areas, working with the Colorado Weed Management Association and the Colorado Weed Network.

· **Monitor imperiled plants** that are threatened by invasive species.

· **Control and manage existing noxious weeds** to minimize impacts to imperiled plant occurrences and their habitats, working closely with federal, state, and county weed experts.

· **Seek increased federal- and state-level funding** for invasive species control in Important Plant Areas.

· **Monitor the impacts of control efforts,** as well as impacts of biocontrol on other related species, working with the Colorado Department of Agriculture.

· **Promote the use of native seed** in revegetation projects.

· **Protect undisturbed native plant communities and ecosystems** through on-the-ground habitat protection.



*Leafy spurge invasion of Piceance bladderpod habitat, Piceance Basin*
© Betsy Neely

BLM_0059261

j. **Over-collecting** of selected species for the horticultural/hobby trade and/or herbal trade. Examples include drabas, cacti, orchids, and penstemons.

Recommended conservation actions include:

· **Develop BMPs for sustainable collection** (wild collection) of species and implement them with public land managers and landowners.

· **Monitor imperiled species** that are potentially threatened by over-collecting to ensure that these species do not undergo further losses or go extinct from over-collecting.

· **Support compliance with all applicable laws and regulations** such as state and federal acts, public land-use policies, harvesting prohibitions, and permitting requirements.

· **Propagate native and imperiled plants** with Denver Botanic Gardens, garden clubs, and academic institutions.

· **Develop and share educational materials** with landowners, land managers, garden clubs, nurseries, etc. about imperiled plants threatened by over-collecting.

k. **Climate change.** This is a complex issue that has potential to impact all imperiled plants and to unravel the best thought-out plant conservation objectives. Climate change is increasingly having an impact on plant species, particularly those that are restricted to specific geologic substrates and those that occur at higher elevations in the Rocky Mountains. At least 11 of Colorado's imperiled species that occur in the upper elevations of alpine habitats or in narrowly restricted edaphic environments (i.e., specific geologic substrates and/or soils) are particularly vulnerable, including:

1. Stonecrop gilia *(Alicellia sedifolia)*

2. DeBeque milkvetch *(Astragalus debequaeus)*

3. Colorado larkspur *(Delphinium ramosum var. alpestre)*

4. San Juan whitlow-grass *(Draba graminea)*

5. Gray's Peak whitlow-grass *(Draba grayana)*

6. Penland alpine fen mustard *(Eutrema edwardsii ssp. penlandii)*

7. Pike's Peak spring-parsley *(Oreoxis humilis)*

8. Round-leaf four o'clock *(Oxybaphus rotundifolius)* (see Box 16)

9. Penland penstemon *(Penstemon penlandii)*

10. Piceance twinpod *(Physaria obcordata)*

11. Rothrock townsend daisy *(Townsendia rothrockii)*

BLM_0059262

**BOX 16.** Round-leaf four o'clock, an imperiled plant of the Arkansas River Valley.

The round-leaf four o'clock *(Oxybaphus rotundifolia)* is a globally imperiled plant that is known only from shale barren outcrops in the Arkansas River Valley. Its bright magenta flowers open before dawn and close by mid-morning. The round-leaf four o'clock is threatened by residential, industrial and recreational development. Climate change is an additional concern because the four o'clock is restricted to a specific geologic substrate, the Niobrara Formation.



*Round-leaf four o'clock* © Peter Gordon

Recommended conservation actions include:

· **Conduct research to fill data gaps** to better understand impacts of climate change on rare plants, identify areas where species will be most affected, how geographic ranges will change, and where future refugia will occur.

· **Develop and evaluate the effectiveness of adaptation strategies** (or management actions) that can be taken to address climate change impacts on imperiled species.

· **Protect sites that may serve as future refugia and conserve landscape connectivity** and migration corridors to enable natural dispersal of plant species and pollinators.

· **Monitor imperiled plants** potentially threatened by climate change.

· **Support mitigation strategies** (e.g., carbon sequestration) that consider impacts on rare plants.

BLM_0059263

## CONSERVATION OBJECTIVE 3.

**Improve scientific understanding of the distribution, natural history, and status of Colorado's most imperiled plant species through field surveys, research, and monitoring to facilitate conservation actions.**

a. **Survey:** A number of imperiled species are in particular need of focused field surveys to inform understanding of distribution, level of rarity and imperilment, and status, e.g., Cronquist milkvetch *(Astragalus cronquistii)*, Mancos milkvetch *(Astragalus humillimus)*, Comb Wash buckwheat *(Erigonum clavellatum)*, and Piceance bladderpod *(Lesquerella parviflora)*.

Recommended conservation actions include.

- **Prioritize survey needs for imperiled plants** (see Box 17 regarding newly described species in Colorado).

- **Conduct targeted surveys of Colorado's imperiled plant species** to fill data gaps and increase knowledge about geographic range, distribution, population size, condition, threats, and status. Document the occurrence and distribution of imperiled plant species with CNHP occurrence records, voucher specimens, and photographs.

- **Evaluate recommended conservation actions for priority species** and occurrences through targeted site visits and existing database information.

- **Develop Important Plant Areas** (IPAs, see Box 5 and Figure 8) for all priority species to guide conservation actions. Conduct field visits of existing and potential additional IPAs as identified by the CNHP.

- **Secure funding to help update and maintain CNHP database.**

- **Acquire fine-scale data necessary for high-precision modeling of the rarest plant species** and conduct modeling to inform targeted surveys.

BLM_0059264

**BOX 17.** New Plant Species Discovered in Colorado! *by Steve O'Kane, Biology Professor, University of Northern Iowa.*

Few are aware that a handful of botanical explorers in Colorado continue to discover plant species that are new to science. Four new species in the mustard family were described in 2006–2007 as a result of field work for the Flora of North America and Four Corners Flora projects:

- Whitlow-grass *(Draba malpighiacea)* occurs above 9600 feet in Hinsdale, La Plata, and Montezuma Counties.

- Heil's tansy mustard *(Descurainia kenheilii)* occurs in a single population in the alpine tundra of the San Juan Mountains.

- West Silver bladderpod *(Physaria scrotiformis)* is restricted to two small, nearly barren exposures of limestone in alpine habitat of the San Juan Mountains.

- Cushion bladderpod *(Physaria pulvinata),* known from two small areas, occurs on shale outcrops in Dolores and San Miguel Counties.



**Cushion bladderpod** © *Jim Reveal*

Other recently described plants include rock-cress *(Boechera glareosa),* rock-cress *(Boechera villosa),* moonwort *(Botrychium furcatum),* Gypsum Valley cateye *(Cryptantha gypsophila),* Lone Mesa snakeweed *(Gutierrezia elegans),* blazing star *(Mentzelia multicaulis* var. *uintahensis),* and pincushionplant *(Navarretia saximontana).*

Colorado is still far from being thoroughly explored botanically, particularly in remote areas. Further inventories across the state are certain to yield more species new to science, and improve our knowledge of Colorado's biological richness. It's exciting to know that even in the 21st century there are species still to be discovered in our own backyards!

BLM_0059265

**b. Research:** Very little is known about the life history and reproductive biology of most Colorado's imperiled plants. Additionally, some species need taxonomic work, e.g., golden columbine *(Aquilegia chrysantha var. rydbergii)* and boat-shaped bugseed *(Corispermum navicula)*. Increased collaboration with academic institutions will help address the key research needs of Colorado's imperiled plants.

Recommended conservation actions include.

· **Prioritize research needs for Colorado's imperiled species** (Annual Colorado Rare Plant Technical Committee Symposia, Biodiversity Scorecard updates, etc.) and share priorities with the academic community and other partners.

· **Support and conduct research** that seeks to better understand how human activities, such as dust from energy development, ORV use, or herbicide application may impact imperiled plant species, and inform mitigation of the impacts of these activities (e.g. BMPs, reintroduction, etc.).

· **Conduct systematic and genetic research** on those imperiled plants for which there are taxonomic questions (see Box 18). Conduct analyses for plant chemicals that could be effective in medicines.

· **Support and conduct species-specific research** to answer basic questions about the natural history of imperiled species, including their reproductive biology (e.g., pollination, breeding system, and seed dispersal mechanisms), life history (e.g., germination requirements and survival to reproduction), and ecology (e.g., edaphic or soil requirements and mycorrhizal relationships), as well as other important ecological processes needed for their survival (e.g., fire or other disturbance). See Box 19.

BLM_0059266

**BOX 18.** Genetic Research Needs for Colorado's Imperiled Plants.

The list below includes examples of Colorado imperiled plant species and subspecies/varieties (taxa) that need additional genetic studies to address taxonomic questions that could alter the prioritization of the taxon in statewide conservation objectives. Please contact the Colorado Natural Heritage Program for more information (species are listed in alphabetical order by scientific name).

1. Golden columbine
   (*Aquilegia chrysantha* var. *rydbergii*)

2. San Rafael milkvetch
   (*Astragalus rafaelensis* and *A. linifolius*)

3. Mountain-slope thistle
   (*Cirsium scapanolepis*)

4. Boat-shaped bugseed
   (*Corispermum navicula*)

5. Wild buckwheats
   (*Eriogonum pelinophilum* and *E. clavellatum*)

6. Blazing stars
   (*Nuttallia chrysantha* and *N. densa*)

7. Heacock's prickly-pear
   (*Opuntia heacockiae*)

8. Crandall's beardtongue
   (*Penstemon crandallii* ssp. *procumbens*)

9. Germander beardtongue
   (*Penstemon teucrioides*)

10. North Park phacelia
    (*Phacelia formosula*): Larimer County population

11. Colorado hookless cactus (*Sclerocactus glaucus*):
    DeBeque population



***Golden blazing star*** © *Georgia Doyle*



***Colorado hookless cactus*** © *Scott Smith*

BLM_0059267

**BOX 19.** Cooperative Research by RPCI Partners provides insight into the reproductive biology of Degener beardtongue. *By Carol English and Leo P. Bruederle, Department of Biology, University of Colorado Denver.*

In 2006, the Field Studies Committee of the Colorado Native Plant Society targeted the Degener beardtongue (Penstemon degeneri) for fieldwork addressing aspects of the natural history of this species within the context of its globally imperiled status. In response, a partnership formed involving the University of Colorado Denver (UCD), USFS, and the Denver Botanic Gardens. Research was conducted in the field and laboratory between 2006 and 2008. Over this period, data were obtained addressing: distribution; reproductive biology, including effective pollination and breeding system; population trends; and taxonomy.  We have already learned a great deal from this research:

- Seven new occurrences were found, bringing the total number of reports to 18.

- Degener beardtongue attracts a diverse guild of visitors, including butterflies, flies, bees, and wasps. Visitation varies dramatically from year to year, most likely due to environmental conditions (e.g., rainfall).

- Of the diverse visitor guild, few species appear to be effective pollinators, including mason bees, bumble bees, and pollen wasps.

- Although the beardtongue is capable of setting seed through self pollination, pollen-ovule ratios suggest that it has a mixed mating system involving insect mediated out-crossing.



*Mason bee (Osmia sp.) approaching Degener penstemon, Phantom Canyon, Colorado © Dave Elin*

Research on the beardtongue is ongoing and students at UCD and the Denver School of Science and Technology are currently using molecular techniques to better understand the taxonomic limits of this species.

There is still much to be learned about the natural history of Colorado's imperiled plants. Partnerships, such as this, demonstrate how collaborations between public agencies and institutions, private organizations, and individuals can increase our knowledge of the Colorado flora.

BLM_0059268

**c. Monitoring:** Relatively few imperiled species are being monitored to help understand long-term trends and/or impacts of various land use activities. Priorities are G1 ranked species and those with suspected downward trends. Several species needing population status monitoring, as determined by the *Biodiversity Scorecard for Colorado* (CNHP and TNC 2008) and CNAP, include:

1. Sleeping Ute milkvetch *(Astragalus tortipes)*
2. Boat-shaped bugseed *(Corispermum navicula)*
3. Gypsum Valley catceye *(Cryptantha gypsophila)*
4. Narrow-lead evening primrose *(Oenothera acutissima)*
5. Pikes Peak spring parsley *(Oreoxis humilis)*
6. Sun-loving meadowrue *(Thalictrum heliophilum)*

Recommended conservation actions include:

· **Prioritize monitoring needs for Colorado's imperiled species** and share priorities with the scientific and academic communities, e.g., rare plant species in high-density oil and gas development areas.

· **Support existing and establish new monitoring projects** for priority species (e.g., Rare Plant Monitoring Stewards Program – see Boxes 20 and 21) and provide results to appropriate land managers to facilitate adaptive management for the long-term survival of rare plants.

· **Ensure monitoring studies have adequate funding** to address key questions, use consistent methodology, and effectively inform adaptive management.

· **Devise a monitoring schedule** to ensure that all rare plant populations are monitored at appropriate and cost effective intervals in order to quickly detect population declines and ensure occurrence persistence.

· **Periodically update the** *Biodiversity Scorecard* to record changes in conservation status of imperiled plants.

BLM_0059269

**d. Assessments/Status Reports:** The U.S. Forest Service has produced species conservation assessments for a number of plants in the Rocky Mountain Region to provide a sound scientific foundation for management. The U.S. Fish and Wildlife Service develops status reports for plants to document conservation status and inform listings. These documents are extremely useful for making conservation decisions as well as informing research.

Recommended conservation actions include:

· **Create a clearinghouse for updated information** on rare plant species to provide scientists, managers, and decision-makers with a resource to inform actions and priorities.

· **Develop species assessments** (e.g., U.S. Forest Service species assessments) for all of Colorado's imperiled species.

· **Facilitate the timely submission of appropriate information** to the U.S. Fish and Wildlife Service to assure up-to-date data is available for listed, candidate, and petitioned species status reports.

---

**BOX 20.** Rare Plant Monitoring Stewards Program.

The Rare Plant Monitoring (RPM) Stewards program is a collaborative effort between the Colorado Natural Areas Program (CNAP), Denver Botanic Gardens, and several land management agencies to 'rev-up' the quality and quantity of data for the rarest plants of Colorado. This cooperative program trains 'citizen scientists' to provide up-to-date, quantitative information on the status of Colorado's most imperiled plant species. More abundant data on rare plants can be used to inform adaptive land management decisions and to assess the trends of rare plant populations.



© Brian Kurzel

BLM_0059270

**BOX 21.** Selected imperiled plant species currently being monitored in Colorado (with lead organization/agency responsible for monitoring). Species are listed in alphabetical order by scientific name.

1. Larimer aletes *(Aletes humilis):* The Nature Conservancy

2. DeBeque milkvetch *(Astragalus debequeus):* Bureau of Land Management

3. Skiff milkvetch *(Astragalus microcymbus):* Bureau of Land Management, Denver Botanic Gardens

4. Kremmling milkvetch *(Astragalus osterhoutii):* Bureau of Land Management

5. Brandegee's buckwheat *(Eriogonum brandegei):* Bureau of Land Management, Denver Botanic Gardens

6. Clay-loving wild buckwheat *(Eriogonum pelino-philum):* Bureau of Land Management, Colorado Natural Heritage Program, Colorado Natural Areas Program

7. Colorado butterfly plant *(Gaura neomexicana* ssp. *coloradensis):* City of Fort Collins

8. Pagosa skyrocket *(Ipomopsis polyantha):* Colorado Natural Heritage Program

9. Dudley Bluffs bladderpod *(Lesquerella congesta):* Colorado Natural Areas Program

10. Frosty bladderpod *(Lesquerella pruinosa):* Colorado Natural Heritage Program, The Nature Conservancy

11. Narrow-leaf evening primrose *(Oenothera acutissima):* Bureau of Land Management

12. Parachute penstemon *(Penstemon debilis):* Bureau of Land Management, Colorado Natural Areas Program

13. Graham's penstemon *(Penstemon grahamii):* Bureau of Land Management

14. Penland's penstemon *(Penstemon penlandii):* Denver Botanic Gardens

15. North Park phacelia *(Phacelia formosula):* Bureau of Land Management

16. Bell's twinpod *(Physaria bellii):* City of Boulder, Colorado Natural Areas Program, Denver Botanic Gardens, City of Fort Collins, The Nature Conservancy

17. Piceance twinpod *(Physaria obcordata):* Colorado Natural Areas Program

18. Colorado hookless cactus *(Sclerocactus glaucus):* Bureau of Land Management, Denver Botanic Gardens

19. Ute ladies'-tresses *(Spiranthes diluvialis):* City of Boulder, City of Fort Collins



**Piceance twinpod** © Steve O'Kane



**North Park phacelia** © Frank Weston

BLM_0059271

## CONSERVATION OBJECTIVE 4.

**Develop and implement a state program and policies to enhance the conservation of Colorado's most imperiled plants in cooperation with public land managers, private landowners, and other interested stakeholders.**

Work with elected officials and partners to develop and pass a state statute that: 1) establishes a legally recognized list of rare and imperiled native plants in Colorado; 2) acknowledges the state's interest in protecting these plant species as part of Colorado's natural heritage; and 3) provides a variety of mechanisms and resources, including long-term funding, for their conservation. This statute should:

a. **Establish criteria and a process by which a state agency will identify and designate a state list of rare and imperiled species** to be conserved. The act language will emphasize utilizing the best available science, such as the nationally tested and accepted criteria and methodology of the CNHP/NatureServe, to designate G1-G2 species and federally listed species, as those of State concern. It will specify a periodic review requirement to ensure that the list remains contemporary and reflects current scientific understanding.

Presently, such a list would incorporate 119 imperiled Colorado species. In order to make progress in safeguarding the listed species and utilize resources cost-effectively, the Program established by the act will need to prioritize species for conservation based on criteria such as the level of threat, the conservation status, and the confidence level in related information.

b. **Provide a programmatic framework that facilitates due diligence from all relevant parties,** emphasizes collaboration, and guides the agency's efforts to conserve designated species through: 1) targeted strategies for specific rare plant occurrences; 2) multi-jurisdictional strategies for abatement of landscape-scale threats; and 3) landowner specific strategies that recognize unique circumstances and opportunities of federal, state, tribal, local, and private landowners.

· Federal Land Management Entities: The Program will encourage and facilitate federal agency involvement in rare plant conservation and influence federal government actions that may negatively impact designated plant species. These goals will be accomplished by ensuring that the state list meets existing federal thresholds for recognition of state interests. The state list will result in enhanced federal analysis of actions that may jeopardize the viability of all state-listed species (not solely federally listed species) and will trigger consideration of alternatives that could avoid damaging populations of state-designated plants. The Program will monitor relevant federal actions and maintain effective, cooperative relationships with key federal entities, especially the BLM and USFS.

BLM_0059272

· State Land Management Entities: The Program will encourage and facilitate state agency (SLB, CDOW, State Parks, and CDOT) involvement in rare plant conservation and influence state land management actions that may negatively impact designated plant species. This will be accomplished by requiring an analysis of rare plant populations and their habitat (through an established environmental review process) when operations on state lands may jeopardize species viability, and consideration of alternatives that will avoid damaging sensitive species populations. Emphasis will be placed on avoiding negative impacts whenever possible, but will not be assumed to prohibit operations. This process is intended to ensure that state agencies conduct their operations and carry out their responsibilities with the full knowledge and consideration of any designated rare plant population that may be affected.

· State Regulatory Entities: The program will facilitate and encourage state agencies that have regulatory responsibility over oil and gas, minerals, water, and other natural resources or agricultural operations to consider the impacts of regulated activities on designated species via an established but streamlined environmental review process using existing data. This process is intended to ensure that state regulatory agencies carry out their responsibilities with the knowledge and consideration of any designated rare plant population that may be affected. Language will require due diligence but refrain from requiring costly or lengthy environmental assessments and will not prohibit regulated activities.

· Tribes, Local Governments, and Private Landowners: The Program will engage these partners through a non-regulatory and service-oriented program that encourages stewardship of rare plants. The program will offer technical and financial resources including assistance with the identification of rare plants, management recommendations (e.g., BMPs), and small grants on a cost-share and/or direct assistance basis as incentives for good stewardship. Tax breaks for conservation should also be considered.

· Multi-jurisdictional Threats: The program will work collaboratively with industry, academic, land management, conservation, and other non-governmental partners to evaluate landscape-scale threats to designated rare plant populations and identify measures and practices that could be implemented in a cost-effective and practical manner to mitigate negative impacts.

c. **Establish additional program functions pertaining to inventory, monitoring, and research efforts** that contribute to a better understanding of Colorado's rare plants and improve their conservation.

· **Inventory:** Conduct regular inventories to check existing locations and search for new occurrences of rare plant species to reduce uncertainty about their rarity and/or conservation status.

BLM_0059273

· **Monitoring:** Continue existing monitoring for globally imperiled plants undertaken by BLM, USFS, USFWS, NPS, CNAP, CNHP, DBG, and other groups as appropriate and initiate targeted new monitoring projects. Limited resources will require coordination and partnership with other entities as well as a threat-based approach.

· Research: Address taxonomic uncertainty and reveal facets of natural history that bear upon plant species survival. Such research may allow for removal of plants from the list. Limited resources require partnership with other entities, such as colleges and universities, to prioritize and coordinate research efforts. This could be facilitated by a small fund to support partner participation as well as collaborative efforts to secure other sources of funding for this research.

d. **Create and maintain long-term funding mechanisms** that support Program staff, enable education and outreach, create private landowner incentives and direct assistance, and facilitate research and genetic conservation efforts such as seed bank storage.

e. **Establish an advisory board** comprised of scientific advisors, stakeholders representing environmental and landowner public interest groups, and representatives from each of the affected landowners, user groups, and industries to inform the Program.

## CONSERVATION OBJECTIVE 5:
## Facilitate the stewardship of Colorado's most imperiled plants through education, outreach, and coordination.

One of the biggest challenges to plant conservation is the lack of awareness of the precarious status of Colorado's rare native plants. The implementation of objectives and recommended actions outlined in this Strategy can be enhanced and accelerated through education and outreach efforts with partners, stakeholders, decision-makers, land trusts, landowners, county and city governments, and the public. The RPCI can serve as a clearinghouse for sharing rare plant information, coordinating conservation activities, matching researchers with research needs and data gaps, and sharing priorities to facilitate stewardship and direct resources for Colorado's imperiled plants.

a. **Expand the RPCI partnership** to facilitate stewardship and conservation:

· Develop new partnerships and improve existing partnerships to promote, support, and increase coordination on rare plant stewardship and conservation throughout Colorado (e.g., Crested Butte Wildflower Festival, Celebrating Wildflowers, and University of Colorado Museum of Natural History's BioHall).

· Promote communication and collaboration among state and regional botanists at the Rare Plant Technical Committee's (RPTC) Annual Colorado Rare Plant Symposia.

· Coordinate research and conservation efforts, and share information on status, research needs, and data gaps regarding Colorado's rare plant species.

BLM_0059274

**BOX 22.** RARE, The Imperiled Plants of Colorado Traveling Art Exhibit. *by Carol Till, Rocky Mountain Society of Botanical Artists Exhibit Manager.*

The Rocky Mountain Society of Botanical Artists (RMSBA) has organized a juried exhibit of 40 rare plants of Colorado. The exhibit titled *RARE, Imperiled Plants of Colorado* will travel to four locations around Colorado during 2009 and 2010. The exhibit is designed to introduce the public to the most imperiled plants in Colorado and educate them to the importance of protecting these plants. We also seek to demonstrate the usefulness that contemporary botanical art plays in ecological education and preservation. The illustrated plants were selected from the Colorado Rare Plant Master List. RMSBA will be working with the Colorado Rare Plant Conservation Initiative to promote rare plant education at each showing.

The exhibit will debut at Denver Botanic Gardens in March 2009, and later travel to Steamboat Art Museum in Steamboat Springs, the Center of Southwest Studies at Fort Lewis College in Durango, and the Business of Art Center in Manitou Springs.



**Colorado hookless cactus**
© *Susan Olson*

BLM_0059275

**BOX 23.** 2008 Colorado Rare Plant Conservation Initiative Conservation Award Recipients with RPCI member Brian Kurzel, CNAP (2nd from left): Steve Adam, OXY USA, Ken Holsinger, BLM, Peggy Lyon, CNHP, and Daniel Padilla, OXY USA. Colorado Native Plant Society Annual Meeting, Montrose, Colorado.



© Betsy Neely

BLM_0059276

**b. Develop outreach materials and a website** to increase awareness and conservation action:

- Develop materials such as press releases, brochures, displays, slide programs, newsletter articles, and a website to increase public awareness about Colorado's imperiled plant species.

- Develop fact sheets for a variety of audiences emphasizing conservation action and with specific information on how they can help, e.g., a hotline for landowners to call if they would like to have a botanist conduct a site visit prior to a change in land use; how interested parties can contribute funding; volunteer opportunities; and how teachers, landowners, and land managers can get involved.

- Use these materials to educate, garner support, and call to action decision-makers, local community members, landowners, and the public.

**c. Conduct education and outreach activities emphasizing conservation needs:**

- Collaborate with the Rocky Mountain Society of Botanical Artists on RARE Imperiled Plants of Colorado, the traveling art exhibit to begin in 2009 (see Box 22).

- Enhance public understanding of imperiled plants, the challenges they face, and the need to conserve them (e.g., develop K-12 school programs for teachers and students, colleges, and universities; organize Rare Plant Day activities with Denver Botanic Gardens, Colorado Rare Plant Awareness Week, and others).

- Use natural areas or preserves for field excursions and research with students.

- Establish interpretive signs to help recreationists and others understand why they should avoid certain areas needed for imperiled plant species.

- Promote ecotourism focused on botanical field trips and explore partnerships to incorporate plants into other efforts such as the Colorado Birding Trail by the Colorado Division of Wildlife.

**d. Support volunteer projects to increase understanding and conservation:**

- Support and expand existing volunteer projects, e.g., DBG and CNAP Rare Plant Monitoring Stewards Project and CNHP's Adopt a Rare Plant Program, with emphasis on better understanding and conserving Colorado's most imperiled species.

BLM_0059277

**e. Develop native plant gardens and promote local pride:**

· Support and expand the rare plant garden exhibit at DBG and identify additional locations to display cultivated specimens of selected rare plant species (e.g., based on location and habitat).

· Increase awareness and appreciation of rare plants by partnering with local communities and various other entities (e.g., Colorado Historical Society, Cheyenne Mountain Zoo, University of Colorado System) to create native and rare plant gardens at zoos, history museums, community centers, and college campuses near where Colorado's most imperiled species occur.

· Change the "common" (non-Latin) names of rare plants where necessary to encourage interest and pride. For example, some species with common names suggesting alien weeds, such as goldenweed, or species with common names that are less informative (such as Osterhout's milkvetch), could benefit from a name that better reflects the plant's narrow geographic range, uniqueness, and/or interest or beauty (e.g., goldenflower or Kremmling milkvetch).



*Pueblo goldenweed © Georgia Doyle*

BLM_0059278

**f. Develop and support incentives for private landowners:**
· Support and promote programs, such as the Farm Bill, that assist private landowners in protecting and managing imperiled plants on their lands.

**g. Present conservation awards annually:**
· Recognize and reward landowners, land managers, and others for good steward- ship of imperiled plants and their habitats with annual Plant Conservation Awards, working with the Colorado Native Plant Society (see Box 23).

## CONSERVATION OBJECTIVE 6.

## Adopt measures for the *ex situ* (off site) conservation of Colorado's most imperiled plants in case native populations are extirpated.

In addition to serving as a source for the restoration of extirpated populations, collections of seeds and other reproductive propagules are a scientific resource that can be used in research on imperiled plant species (e.g., germination requirements). Furthermore, genetic diversity in *ex situ* (off-site) collections can serve as a baseline to measure shifts in populations as the climate changes and as a metric to evaluate effectiveness of various *in situ* (in-habitat) conservation objectives.

*Ex situ* conservation is an important backup and complementary strategy but should not be considered a substitute for *in situ* conservation in the natural environment. Imperiled plants should be effectively conserved through *in situ* conservation efforts. Whereas the top priority is to conserve imperiled plant species and their habitats through on-the-ground protection and management, *ex situ* conservation may be necessary for assisted migration, research, and restoration (see the 1992 California Native Plant Society policy on appropriate application of *ex situ* conservation techniques). It is also a proactive tool that can be used a last resort when *in situ* populations are extirpated.

**a. Collect seeds and other propagules for ex situ conservation:**
· Identify plant species to be collected for *ex situ* conservation.

- Identify collections of imperiled plant species already represented in the USDA's National Center for Genetic Resources Preservation (NCGRP) collections.

- Collect samples of all globally imperiled plant species within Colorado (see Box 24). Set yearly priorities based on species most 'at risk' in a given year. Develop a long-term strategic plan outlining milestones and establishing an annual assessment process that will review the previous year's progress and pitfalls as well as determining next year's goals.

- Identify species to be collected each year through discussion among partners of the RPCI and projected seed yields for a given year.

BLM_0059279

· Develop protocols for seed collections within the populations of the plant species and within locations (occurrences). Ensure that collections will be sufficient for long-term viability, i.e., approximately 10,000 seeds collected per species to keep a collection viable in long-term storage for 200 years (Menges *et al.* 2004).

- Establish procedures for sampling within a species to ensure strategic coverage of genetic diversity.

- Follow and adapt procedures in the *Genetic Sampling Guidelines for Conservation Collections of Endangered Plants* (Center for Plant Conservation 1991) for sampling within a location such that representative genetic diversity is captured and associated data are recorded without harming imperiled plant populations.

- Establish procedures for updating or replenishing collections. Determine a timeline for initial and subsequent collections. It is important to note that small collections over many years will have less of an impact on population survival than larger collections in fewer years (Menges *et al.* 2004).

- Establish the procedures for collecting from more widely distributed congeners when appropriate. Thus, comparisons of demographic, genetic, or adaptive changes with time or *in situ* management strategies can be placed in perspective.

· Collect voucher specimens for species for which seeds are collected and deposit vouchers in regional herbaria.

**b. *Ex situ* conservation through seed banking:**

· Develop a Memorandum of Understanding with the NCGRP to establish Researchable Collections at their facility in Fort Collins. Identify funding sources for long-term maintenance of Researchable Collections.

· Establish additional locations for seed banking. Typically collections are housed in two locations: a 'primary' (or 'active') location from which distribution of stored seed occurs, and a 'back up' (or long-term) storage location that provides facilities to maximize shelf life but is not logistically supported for distribution, evaluation, or regeneration.

· Develop protocols to evaluate initial seed quality, predict storage behavior, and monitor viability during storage. Scheduling seed replenishment and instituting a viability monitoring schedule every 5-10 years is also recommended.

· Develop germination protocols for all species collected. Protocols will be produced in a standardized manner and then be readily available when seeds need to be germinated for conservation or cultivation purposes.

· Restore extirpated populations with appropriate stored seed.

BLM_0059280

c. **Cultivate and grow-out *ex situ* collections in display and reference collections.**
Living collections can be linked with the seed collections by using them as sites for evaluation of growth requirements and reproductive biology. Botanic gardens and seed banks will work together to evaluate the extent to which genetic diversity has been captured and devise the most efficient strategy to preserve genetic integrity.

· Identify botanic gardens and additional locations to display cultivated specimens of select species as an educational outreach tool. Gardens or locations will be selected based on species location and habitat.

· Develop procedures to monitor and reduce genetic erosion in cultivated collections.

· Collect voucher specimens of cultivated collections for comparison with wild populations of initial collections. The specimens can be housed at regional herbaria.

BLM_0059281

**BOX 24.** Center for Plant Conservation Seed Collecting by Denver Botanic Gardens.

Conservation of rare species can take many forms, from on-the-ground habitat protection, to collection of seed and gemplasm for *ex situ* (off site) conservation. Denver Botanic Gardens (DBG) helps protect several imperiled species in Colorado through the collection of seed. Collected seed provides a backup resource for reintroducing or augmenting natural populations, and serves as a scientific resource to understand species growth requirements, reproductive biology, and population structure. These data, when combined with data collected through *in situ* (on site) conservation efforts, provide land managers with detailed information for making management decisions regarding rare species.

DBG, as a participating institution in the Center for Plant Conservation (CPC), is charged with the collection and storage of seeds of over 50 native rare plants occurring in the Rocky Mountain Region. The species collected are part of the CPC's National Collection of over 600 of the country's most imperiled plants. The CPC is a network of over 30 botanical institutions whose mission is to recover America's vanishing flora through a combination of field work and off-site collections. Examples of the species stewarded by the DBG are skiff milkvetch *(Astragalus microcymbus)*, clay-loving wild buckwheat *(Eriogonum pelinophilum)*, Dudley Bluffs bladderpod *(Lesquerella congesta)*, and Penland penstemon *(Penstemon penlandii)*.

In optimal years, DBG collects a small amount of seed for storage from several of these species. The seeds are sent to the USDA's National Center for Genetic Resources Preservation in Fort Collins for long-term cold storage. The seeds are stored for future restoration or reintroduction should the species decline to the point that it needs this help to survive in the wild. By collecting seed of rare plants, DBG provides another avenue for conservation of plants at risk of extinction from such threats as habitat destruction or degradation, invasive species, or over-collecting.



***Dudley Bluffs bladderpod*** © *Bill Jennings*

BLM_0059282

*Every native species, however humble in appearance ...*
*has its place in the nation's heritage. It is a masterpiece of*
*evolution, an ancient multifaceted entity that shares*
*the land with us.* -E.O. Wilson



**Piceance twinpod** © *Steve O'Kane*

BLM_0059283

## MEASURING SUCCESS AND PROGRESS TOWARD CONSERVATION OBJECTIVES

Conserving Colorado's most imperiled plant species means that they are adequately protected, with low threats and high viability. Four fundamental questions facing the RPCI over the long term are:

· *How are Colorado's imperiled plant species doing?*

· *Do we understand the challenges to the status of these plants and how to address them?*

· *Are the conservation actions we are taking having the intended effects?*

· *Is there adequate capacity to achieve our goals?*

To answer these four questions, the RPCI will evaluate a number of indicators that gauge the status of the imperiled plant species and their primary threats. Tracking progress towards goals and evaluating the effectiveness of conservation actions will provide the feedback needed to adjust priorities and objectives. Measuring results provides the basis for adaptive management in this conservation approach.

A proposed framework for measuring success of the implementation of this Strategy is proposed below. These indicators should be measured or assessed every five years unless greater urgency is identified.

**a. Viability Status:**
· Proportion of all imperiled plant species with good to excellent viability scores (measured with the proportion of A or B ranked occurrences of each species).
· Proportion of all imperiled plant species with viable seeds in seed bank.

**b. Threat Status:**
· Number of imperiled plants with average to low threat ranks in the *Biodiversity Scorecard for Colorado* (CNHP and TNC 2008). Presently, there are at least 43 species with high threat ranks. This number should decrease overtime.

BLM_0059284

**c. Protection/Conservation Status:**

- Proportion of all Important Plant Areas with conservation action plans completed with local stakeholder involvement. There are currently five areas with conservation action plans.

- Proportion of Important Plant Areas with land trusts or agencies working on habitat conservation.

- Proportion of occurrences of imperiled plant species with on-the-ground habitat protection (e.g., conservation easements, special designations, management agreements, etc.).

- Success in obtaining state legislation to conserve rare plants.

- Success in obtaining a long-term program and funding mechanism to support a rare plant conservation program in Colorado.

BLM_0059285

*Who knows, or can say, what potential cures for cancer or other scourges, present or future, may lie locked up in the structures of plants which may yet be undiscovered, much less analyzed? ... Sheer self-interest impels us to be cautious.*

-U.S. Congressional Deliberations on the Bill Introducing the Endangered Species Act, 1973



**Dwarf milkweed** © Michael Menefee

## CONCLUSIONS AND RECOMMENDATIONS

This Strategy outlines what needs to be accomplished in the next ten years to ensure the long-term conservation of all of Colorado's imperiled plant species and their habitats. This is a pivotal time for plant conservation. At least 119 plant species in Colorado are thought to be at risk of extinction, primarily due to unprecedented and accelerating threats, small population sizes, lack of awareness about their precarious status, and lack of coordination and resources.

The Rare Plant Conservation Initiative (RPCI) is a diverse partnership of over 20 public agencies, academic institutions, and private groups committed to working together to conserve all of Colorado's imperiled plants. Specifically, conservation means that these plant species are adequately protected, with low threats and high viability. By accomplishing the conservation objectives and actions presented in this Strategy, the RPCI will ensure the long-term survival of these rare species and their habitats.

Even though the RPCI has made significant accomplishments since October 2007 (see Box 25) with support from the National Fish and Wildlife Foundation and others, a state plant program is critically needed to achieve the goal of conserving all of Colorado's imperiled plant species and their habitats. Increased capacity, resources, and long-term funding mechanisms are essential for effective implementation of this Strategy.

BLM_0059287

**BOX 25.** Accomplishments of the Colorado Rare Plant Conservation Initiative: October 2007–January 2009.

- Established RPCI Coalition of over 20 public and private partners.

- Drafted a collaborative, statewide Colorado Plant Conservation Strategy.

- Completed Conservation Action Plans for five Priority Action Areas.

- Completed Best Management Practices to reduce negative impacts from oil and gas development.

- Completed research on the plant protection programs in all 50 states.

- Drafted a legislative concept paper.

- Drafted a state plant policy for Colorado Department of Natural Resources.

- Presented 2008 Conservation Awards to three individuals/organizations for outstanding conservation work on imperiled plant species.

- Completed an educational brochure to raise awareness for the need to conserve Colorado's imperiled species. http://www.conps.org/conservation.html

- Ensured that plants are integrated into the first Colorado Conservation Summit and the Colorado Forest Assessment.

- Established a framework to measure success and progress towards goals.



*Arkansas Valley* © Renee Rondeau

BLM_0059288

## PRIORITY CONSERVATION ACTIONS AND RECOMMENDATIONS

**To expedite the implementation of this Strategy, the RPCI partners identified eight short-term and four long-term conservation actions (see below). The partners need to develop funding strategies and mechanisms to support these actions and to accomplish the conservation objectives, e.g., habitat protection, minimize impacts, improve scientific understanding, develop a state program, and *ex situ* conservation. The RPCI will develop annual implementation plans and convene every six months to monitor progress, review priorities, and adapt the plans as needed.**

### Summary of Recommended Conservation Actions for Short-term (1-5 years)

1. **Prioritize the 119 imperiled plant species** for site-specific conservation action in 2009 (e.g., selecting poorly conserved species from the Plant Scorecard).

2. **Prioritize the 32 Important Plant Areas ranked (B1) for action in 2009-2013.** Develop and implement conservation action plans with working groups consisting of local experts, land trusts, and land managers. Identify appropriate actions for each area.

   a. Work with land trusts and willing landowners to place conservation easements on private lands within the 32 B1 Important Plant Areas (and selected B2s).

   b. Develop multi-species proposals to fund habitat protection of imperiled plant species across Colorado.

3. **Work with public agencies to collect/share best available data, develop and implement best management practices, and pursue special designations** for imperiled plants.

4. **Develop a plant policy for the Colorado Department of Natural Resources, General Assembly joint resolution, and Governor's executive order during 2009.**

5. **Develop a bill for a state plant statute** that establishes a legally-recognized list of imperiled plants, acknowledges Colorado's interest in protecting them, and provides a variety of resources for their conservation.

6. **Integrate plants into other statewide conservation planning and protection efforts,** e.g., the State Wildlife Action Plan, State Forest Assessment, Colorado Conservation Partnership, Colorado Conservation Summit, federal management plan revisions, and local planning efforts.

BLM_0059289

7. **Improve scientific understanding** of the distribution, natural history, and status of rare plants through inventory, research and monitoring.

8. **Adopt measures for *ex situ* (off site) conservation** in case native populations are extirpated.

## Long-term Recommendations (5-10 years)

1. **Update the *Biodiversity Scorecard*** every five years and address climate change and other emerging impacts in future iterations.

2. **Update this *Colorado Rare Plant Conservation Strategy*** every five years, starting in 2014, and include consideration of other plant species groups such as vulnerable vascular plant species (ranked G3 by CNHP and NatureServe) and non-vascular plants (lichens, mosses, and liverworts).

3. **Develop conservation action plans** for all high priority B2 Important Plant Areas, working with local experts, land trusts, and land managers.

4. **Assess status of threats, protection/conservation, and viability** of Colorado's imperiled plant species every five years.

## A CALL TO ACTION

**Conservation of Colorado's imperiled plants will require significantly increasing coordination and resources, data sharing, and actions based on the best available science. This strategy outlines a number of ways to help conserve Colorado's imperiled plants. Below is a brief summary of conservation actions that federal, state, and local agencies, private groups, academic institutions, and others can take to help ensure long-term viability of Colorado's imperiled plant species and their habitats.**

- **Federal agencies:** Conduct field surveys of imperiled plants to help avoid conflicts; use best available data on plants in Resource Management Plans; develop conservation action plans for imperiled plants; designate/expand special management areas for imperiled plants and their habitats; incorporate rare plants into environmental reviews for proposed projects; develop and implement best management practices; monitor trends of imperiled plants; and work with academic institutions to conduct research to fill key data gaps and inform adaptive management.

- **State agencies:** Conduct field surveys of imperiled plants to help avoid conflicts; use best available data on rare plants in management plans; develop conservation action plans for imperiled plants; designate/expand special management areas for imperiled plants and their habitats; incorporate rare plants into environmental reviews for proposed projects; develop and implement best management practices; monitor trends of imperiled plants; and work with academic institutions to conduct research to fill key data gaps and inform adaptive management.

- **Local governments:** Contact CNHP, CNAP, TNC, CoNPS, academic institutions, or other RPCI members to learn about imperiled plants in the local area; conduct field surveys; use best available data in planning; develop conservation action plans for plants; designate special management areas for imperiled plants; develop and implement best management practices; monitor imperiled plants and conduct research; and work with RPCI members on proposals to conserve imperiled plant habitat.

BLM_0059291

· **State and local land trusts:** Contact CNHP, CNAP, or other RPCI members to learn about imperiled plants in areas of interest; develop conservation action plans to identify strategies for plants within Priority Action Areas; seek protection of imperiled plant species with willing landowners using conservation easements and/or other protection tools; and work with RPCI members on proposals and management plans to conserve imperiled plants and their habitats.

· **Private landowners:** Contact the CNHP, CNAP, or TNC if you are interested in learning if your land provides habitat for one or more imperiled plants. If you are interested in learning more about management agreements or state natural area designation, contact CNAP. Contact your local land trust, COL, or TNC for information about conservation easements. Contact CDA or NRCS regarding potential stewardship programs for plants.

· **Private organizations** (e.g., CoNPS, garden clubs): Educate members and the public regarding the unique values and threats to imperiled plants and their habitats; encourage state legislators to develop and pass a state statute that establishes a state plant list, acknowledges the state's interest in protecting plants, and provides resources for their conservation; and organize volunteer days to monitor or inventory for imperiled plants, working with CNAP, CNHP, and/or DBG (see private citizens below).

· **Private citizens:** Volunteer with one of the organizations or agencies actively protecting rare plant species (monitor a plant with the CNAP or DBG, become a local steward of a natural area with the CNAP, or join the Adopt a Rare Plant Program with CNHP); donate money to one of the RPCI private partner organizations to support their on-the-ground conservation work (e.g. TNC, COL, CNE); and contact and encourage your state legislators to support a state-level plant program, a state list of imperiled species, and long-term funding for plant conservation.

· **Educational institutions:** Incorporate native flora and the importance of plant conservation into lesson plans at every level (K-12, colleges, and universities); use natural areas or preserves for field excursions and research with students; and conduct research to fill data gaps on imperiled plants, e.g., in areas of taxonomy, genetics, reproductive biology, affects of climate change, and adaptation strategies.

BLM_0059292



*Gateway Important Plant Area* © *Peggy Lyon*

BLM_0059293

## ACRONYMS

**ACEC:** Area of Critical Environmental Concern BFAG: Betty Ford Alpine Gardens

**B1:** Area of Outstanding Biodiversity Significance

**B2:** Area of Very High Biodiversity Significance

**BLM:** Bureau of Land Management

**BMP:** Best Management Practices

**CDA:** Colorado Department of Agriculture

**CFGC:** Colorado Federation of Garden Clubs

**CNAP:** Colorado Natural Areas Program

**CNE:** Center for Native Ecosystems

**CNHP:** Colorado Natural Heritage Program

**CDOT:** Colorado Department of Transportation

**COL:** Colorado Open Lands

**COLO:** University of Colorado Herbarium

**CO NPS:** Colorado Native Plant Society

**CPC:** Center for Plant Conservation

**CU:** University of Colorado

**DBG:** Denver Botanic Gardens

**IPA:** Important Plant Area

**NCGRP:** National Center for Genetic Resources Preservation

**NRCS:** Natural Resources Conservation Service

**PAA:** Priority Action Area

**PCA:** Potential Conservation Area

**RMP:** Resource Management Plan

**RMSBA:** Rocky Mountain Society of Botanical Artists (RMSBA)

**RPCI:** Rare Plant Conservation Initiative

**TNC:** The Nature Conservancy

**UNC:** University of Northern Colorado

**USFS:** U.S. Forest Service

**USFWS:** U.S. Fish and Wildlife Service

BLM_0059294

## GLOSSARY

**Biocontrol:** The use of one species of organism to control another through a biological mechanism such as predation.

**Endemic:** A species or taxon native to a particular place and found only there.

**Environmental Review:** The evaluation of land use projects for potential impacts to rare plant species and/or other natural resources.

***Ex situ* conservation:** The practice of protecting rare plants outside of their native habitat, typically through the collection and storage of germplasm in a seedbank (off site).

**Extirpation:** The process by which an individual, species, or population disappears from a given habitat or area.

**Extinction:** The process by which an individual, species, or population is totally destroyed.

**Exurban:** A residential area beyond suburbs or a city, beyond the suburbs.

**Imperiled:** Species classified as globally imperiled or critically imperiled with global ranks of G1 or G2 by NatureServe.

**Important Plant Areas:** The Colorado Natural Heritage Program's best estimate of the geographic areas needed to support the continued existence of the most imperiled plant species.

***In situ* conservation:** The practice of protecting rare plants by conserving their native habitat (on site).

**Invasive species:** A species that does not naturally occur in a specific area and whose introduction, often accidental, causes economic or environmental harm or harm to human health.

**Potential Conservation Areas:** The areas identified by the Colorado Natural Heritage Program representing the area needed to support the continued existence of the most imperiled plant or animal species or plant community.

**Priority Action Areas:** A subset of Important Plant Areas needing conservation attention in the near future to prevent extinction or loss of plant species.

**Rare species:** Species that were formerly more abundant but have recently been reduced to small population size due to habitat destruction, invasive species, and/or change in disturbance regimes; or species with small population size that were historically rare.

**Refugia:** Places where species at risk from climate change will persist under anticipated climate conditions.

**Stochastic:** Random events, such as catastrophic fire or flooding.

**Take provisions:** Provisions in the federal Endangered Species Act that relate to killing, injuring, or harming of species. The prohibition against "take" covers fish and wildlife but not plants. it is, however, illegal to remove an endangered plant from federal land and reduce it to possession, and federal law also federalizes state law prohibitions on the taking of plants.

**Taxon (Taxa):** A taxonomic group of any rank, such as species or subspecies.

BLM_0059295

# REFERENCES

California Native Plant Society. 1992. Policy on appropriate application of ex situ conservation techniques. http://www.cnps.org/archives/ex_situ.htm.

Center for Native Ecosystems, Colorado Native Plant Society, and S.L. O'Kane, Jr. 2005. Petition to list DeBeque phacelia *(Phacelia submutica)* as Threatened or Endangered and designate Critical Habitat under the Endangered Species Act. Submitted to the Secretary of the United States Department of the Interior and the Director of the USDI Fish and Wildlife Service.

Center for Plant Conservation. 1991. Genetic sampling guidelines for conservation collections of endangered plants. Pages 225-238 in D.A. Falk and K.E. Holsinger, editors, Genetics and Conservation of Rare Plants. Oxford University Press, New York.

Colorado Conservation Trust. 2007. Colorado Conservation at a Crossroads. 2007 Land Conservation Report. Colorado Conservation Trust, Boulder. 24 pp.

Colorado Division of Wildlife. 2006. Colorado's Comprehensive Wildlife Conservation Strategy and Wildlife Action Plans. Colorado Division of Wildlife, Denver. 328 pp. http://wildlife.state.co.us/WildlifeSpecies/ ColoradoWildlifeActionPlan/

Colorado Native Plant Society. 1997. Rare Plants of Colorado, 2nd edition. Falcon Press, Helena, Montana and the Rocky Mountain Nature Association, Estes Park, Colorado in cooperation with the Colorado Native Plant Society. 108 pp.

Colorado Natural Heritage Program. 2008. Biodiversity Tracking and Conservation System (BIOTICS). ColoradNatural Heritage Program, Colorado State University, Fort Collins.

Colorado Natural Heritage Program and The Nature Conservancy. 2008 (August). *A Biodiversity Scorecard for Colorado.* Colorado Natural Heritage Program, Colorado State University, Fort Collins and The Nature Conservancy, Boulder. Unpublished report to The Nature Conservancy. 133 pp.

Convention on Biological Diversity. 2008. Plant Conservation Report: A Review of Progress in Implementing the Global Strategy for Plant Conservation. UNEP/CBD/COP/9/INF/25. 50 pp.

Elliott, B., S. Panjabi, B. Neely, R. Rondeau, B. Kurzel, and M. Ewing. 2008. Best Management Practices: Practices Developed to Reduce the Impacts of Oil and Gas Development Activities to Plants of Concern. Unpublished report on file at The Nature Conservancy, Boulder, Colorado. 10 pp.

Enquist, C. and D. Gori. 2008. A Climate Change Vulnerability Assessment for Biodiversity in New Mexico, Part I: Implications of Recent Climate Change on Conservation Priorities in New Mexico. 68 pp.

Groves, C.R. 2003. Drafting a Conservation Blueprint: A Practitioner's Guide to Planning for Biodiversity. The Nature Conservancy, Island Press, Washington, DC. 457 pp.

Hansen, A. R. Knight, S. Powell, K. Brown, P. Gude, and K. Jones. 2005. Effects of Exurban Development on Biodiversity: Patterns, Mechanisms and Research Needs. Ecological Applications (15:6): 1893-1905.

Joyce, L.A. 2008. Personal communication. Rocky Mountain Research Station, U.S. Forest Service, Fort Collins, Colorado.

BLM_0059296

Kram, M., B. Neely and S. Panjabi. 2008. Rare Plant Conservation Planning Workshop: Middle Park Priority Action Area. Prepared by The Nature Conservancy and the Colorado Natural Heritage Program. Unpublished report prepared for the National Fish and Wildlife Foundation. 14 pp.

Loarie, S.R., B.E. Carter, K. Hayhoe, S. McMahon, R. Moe, C.A. Knight, and D.D. Ackerly. 2008. Climate change and the future of California's endemic flora. *PLoS One* 3(6): e2502. doi:10.1371/journal. pone.0002502.

Marinelli, J., editor. 2005. Plant: The Ultimate Visual Reference to Plants and Flowers of the World. DK Publishing, New York. 512 pp.

Martland, L. 2008. Legislative Research Regarding Plant Protection across the United States. Unpublished report on file at the Colorado Department of Agriculture and The Nature Conservancy, Denver.

Menges, E. S., E.O. Guerrant Jr., and S. Hamzé. 2004. Effects of seed collection on the extinction risk of perennial plants. In Guerrant Jr. E.O., Kayri Havens, and Mike Maunder eds., *Ex situ* plant conservation. Pp. 305-324. Island Press, Washington.

Millennium Ecosystem Assessment. 2005.Ecosystems and Human Well-Being: Current State and Trends: Findings of the Condition and Trends Working Group (Series Volume I). Island Press. 948 pp.

Prior-Magee, J.S., K.G. Boykin, D.F. Bradford, W.G. Kepner, J.H. Lowry, D.L. Schrupp, K.A. Thomas, and B.C. Thompson, Editors. 2007. Southwest Regional Gap Analysis Project Final Report. U.S. Geological Survey, Gap Analysis Program, Moscow, ID.

Roberson, E. 2008. Medicinal Plants at Risk. Center for Biological Diversity, Tucson, Arizona. 16 pp.

Saunders, S., C. Montgomery, T. Easley, and T. Spencer. 2008. Hotter and Drier: The West's Changed Climate. Rocky Mountain Climate Organization and Natural Resources Defense Council. 54 pp.

Schneider, S.H., S. Semenov, A. Patwardhan, I. Burton, C.H.D. Magadza, M. Oppenheimer, A.B. Pittock, A. Rahman, J.B. Smith, A. Suarez, and F. Yamin. 2008. Assessing key vulnerabilities and the risk from climate change. Pages 779-810 in Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change (M.L. Parry, O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson, editors). Cambridge University Press, Cambridge, UK.

Scott, M., D.D. Goble, J.A. Weins, D.S. Wilcove, M. Bean, and T. Male. 2005. Recovery of imperiled species under the Endangered Species Act: The need for a new approach. *Frontiers in Ecology and the Environment* 2(7): 383-389.

Souza, D.M. 2003. Endangered Plants. Franklin Watts, A Division of Scholastic, New York. 63 pp.

Spackman, S., B. Jennings, J. Coles, C. Dawson, M. Minton, A. Kratz, and C. Spurrier. 1997. Colorado Rare Plant Field Guide. Prepared for the Bureau of Land Management, U.S. Fish and Wildlife Service and U.S. Forest Service by the Colorado Natural Heritage Program, Fort Collins.

Stein, B.A., and K. Gravuer. 2008. Hidden in Plain Sight: The Role of Plants in State Wildlife Action Plans. NatureServe, Arlington, Virginia. 28 pp.

BLM_0059297

Stein, B.A., L.S. Kutner, and J.S. Adams, editors. 2000. Precious Heritage: The Status of Biodiversity in the United States. The Nature Conservancy & Association for Biodiversity information. Oxford University Press, New York. 399 pp.

Theobald, D.M., G. Wiicox, S.E. Linn, N. Peterson, and M. Lineai. 2008. Coiorado Ownership, Management, and Protection v7 database. Human Dimensions of Naturai Resources and Naturai Resource Ecoiogy Lab, Colorado State University, Fort Collins, CO. 15 September. www.nrel.colostate.edu/projects/comap

Tollefson, C. 2008. Secretary Kempthorne Announces New Conservation Mechanism for Threatened and Endangered Species. Press release. U.S. Fish and Wildlife Service, Washington, DC.

United Nations Intergovernmental Panel on Climate Change. 2007. Fourth Assessment Report on Climate Change. http://www.ipcc.ch/ipccreports/assessments-reports.htm

Weber, W. A. and R. C. Wittmann. 1992. Catalog of the Colorado Flora: A Biodiversity Baseline. University of Colorado Museum. University Press of Colorado, Boulder, Colorado. Electronic version, revised March 11, 2000.  http://cumuseum.colorado.edu/Research/Botany/Databases/catalog.html

BLM_0059298

**APPENDIX A** *Colorado's Globally Imperiled Plant Species.*

Species are listed alphabetically by the scientific name used in Colorado (Weber and Wittmann 2001). Agency status indicates federal listing under the U.S. Endangered Species Act (LE = Listed Endangered; LT = Listed Threatened; C = Candidate for listing), and/or inclusion on the Sensitive Species lists of the Bureau of Land Management (BLM) Colorado Office or US Forest Service (USFS) Region 2. The percent of a species' range in Colorado is calculated as: Endemic = 100% of range within Colorado; Very High = 75-99% of range within Colorado; High = 50-75% of range within Colorado; Medium = 25-50% of range within Colorado; Low = < 25% of range within Colorado. Source: Colorado Natural Heritage Program (CNHP).

**Note:** At least 6 new species have been described since the inception of this strategy *(Boechera glareosa, Botrychium furcatum, Draba malpighiacea, Descurainia kenheillii, Gutierrezia elegans and Physaria scrotiformis),* and they have been included below. This list also includes *Pediocactus knowltonii*, which was once thought to occur in Colorado and is on the USFWS species list for Colorado.

| Scientific Name | Common | Global & State Ranks | Federal Agency Status | Percent of Range in CO | Primary Habitat |
|---|---|---|---|---|---|
| *Aletes humilis* | Larimer aletes | G2G3 / S2S3 | | Endemic | Cliff & Canyon |
| *Aletes latilobus* | Canyonlands aletes | G1 / S1 | BLM | Medium | Cliff & Canyon |
| *Aletes macdougalii* ssp. *breviradiatus* | Mesa Verde aletes | G3T3T3 / S1 | | Medium | Pinyon-juniper |
| *Aliciella sedifolia* | Stonecrop gilia | G1 / S1 | USFS | Endemic | Alpine |
| *Anticlea vaginatus* | Alcove death camas | G2 / S2 | | Low | Cliff & Canyon |
| *Aquilegia chrysantha* var. *rydbergii* | Golden columbine | G4T1Q / S1 | BLM/USFS | Endemic | Forest |
| *Asclepias uncialis* ssp. *uncialis* | Dwarf milkweed | G3G4T2T3 / S2 | BLM/USFS | Very High | Grassland |
| *Astragalus anisus* | Gunnison milkvetch | G2G3 / S2S3 | BLM | Endemic | Shrubland |
| *Astragalus cronquistii* | Cronquist milkvetch | G2 / S2 | BLM | High | Shrubland |
| *Astragalus debequaeus* | DeBeque milkvetch | G2 / S2 | BLM | Endemic | Pinyon-juniper |
| *Astragalus deterior* | Cliff-palace milkvetch | G1G2 / S1S2 | | Endemic | Cliff & Canyon |
| *Astragalus equisolensis* | Horseshoe milkvetch | G5T1 / S1 | | Low | Pinyon-juniper |
| *Astragalus humillimus* | Mancos milkvetch | G1 / S1 | LE | Low | Cliff & Canyon |
| *Astragalus iodopetalus* | Violet milkvetch | G2 / S1 | | Medium | Shrubland |
| *Astragalus lonchocarpus* var. *hamiltonii* | Hamilton milkvetch | G1 / S1 | | Low | Pinyon-juniper |
| *Astragalus microcymbus* | Skiff milkvetch | G1 / S1 | BLM | Endemic | Shrubland |
| *Astragalus missouriensis* var. *humistratus* | Missouri milkvetch | G5T1 / S1 | USFS | Endemic | Shrubland |
| *Astragalus naturitensis* | Naturita milkvetch | G2G3 / S2S3 | BLM | High | Cliff & Canyon |
| *Astragalus osterhoutii* | Kremmling milkvetch | G1 / S1 | LE | Endemic | Shrubland |
| *Astragalus piscator* | Fisher Towers milkvetch | G2G3 / S1 | BLM | Low | Shrubland |
| *Astragalus rafaelensis* | San Rafael milkvetch | G2G3 / S1 | BLM | High | Pinyon-juniper |
| *Astragalus schmolliae* | Schmoll milkvetch | G1 / S1 | | Endemic | Pinyon-juniper |
| *Astragalus tortipes* | Sleeping Ute milkvetch | G1 / S1 | C | Endemic | Shrubland |
| *Boechera crandallii* | Crandall's rock-cress | G2 / S2 | BLM | High | Shrubland |
| *Boechera glareosa* | NA | G1G2 / S1 | | Medium | Barrens |

BLM_0059299

| Scientific Name | Common | Global & State Ranks | Federal Agency Status | Percent of Range in CO | Primary Habitat |
|---|---|---|---|---|---|
| Botrychium tax. nov. "furcatum" | Fork-leaved moonwort | G1? / SNR | | Unknown | Forest |
| Botrychium lineare | Narrowleaf grape fern | G2? / S1 | USFS | Medium | Forest |
| Caesalpinia repens | Creeping rush-pea | G2 / S1 | | Medium-low | Shrubland |
| Camissonia eastwoodiae | Eastwood evening primrose | G2 / S1 | | Medium | Shrubland |
| Carex stenoptila | Small-winged sedge | G2 / S2 | | Medium | Forest |
| Castilleja puberula | Downy Indian paintbrush | G2G3 / S2S3 | | Endemic | Alpine |
| Cirsium perplexans | Adobe thistle | G2G3 / S2S3 | BLM/USFS | Endemic | Shrubland |
| Cirsium scapanolepis | Mountain-slope thistle | G1G2Q / S1 | | Endemic | Forest |
| Cleome multicaulis | Slender spiderflower | G2G3 / S2S3 | BLM | High | Wetland |
| Corispermum navicula | Boat-shaped bugseed | G1? / S1 | | Endemic | Barrens |
| Cryptantha gypsophila | Gypsum Valley cat's-eye | G1G2 / S1S2 | | Endemic | Pinyon-juniper |
| Delphinium ramosum var. alpestre | Colorado larkspur | G2 / S2 | | High | Alpine |
| Delphinium robustum | Wahatoya Creek larkspur | G2? / S2? | | Medium | Forest |
| Descurainia kenheilii | Heil's tansy mustard | G1 / S1 | | Endemic | Alpine |
| Dicoria wetherillii | Wetherill's dicoria | G4T2?Q / SU | | Unknown | Unknown |
| Draba exunguiculata | Clawless draba | G2 / S2 | USFS | Endemic | Alpine |
| Draba graminea | San Juan whitlow grass | G2 / S2 | | Endemic | Alpine |
| Draba grayana | Gray's Peak whitlow grass | G2 / S2 | USFS | Endemic | Alpine |
| Draba malpighiacea | Whitlow-grass | G1 / S1 | | Endemic | Alpine |
| Draba smithii | Smith whitlow-grass | G2 / S2 | USFS | Endemic | Cliff & Canyon |
| Draba weberi | Weber's draba | G1 / S1 | | Endemic | Alpine |
| Erigeron kachinensis | Kachina daisy | G2 / S1 | BLM | Low | Cliff & Canyon |
| Erigeron wilkenii | Wilken fleabane | G1 / S1 | | Endemic | Cliff & Canyon |
| Eriogonum brandegei | Brandegee wild buckwheat | G1G2 / S1S2 | BLM/USFS | Endemic | Barrens |
| Eriogonum clavellatum | Comb Wash buckwheat | G2 / S1 | BLM | Medium | Shrubland |
| Eriogonum coloradense | Colorado wild buckwheat | G2 / S2 | BLM | Endemic | Alpine |
| Eriogonum pelinophilum | Clay-loving wild buckwheat | G2 / S2 | LE | Endemic | Shrubland |
| Eutrema edwardsii ssp. penlandii | Penland alpine fen mustard | G1G2 / S1S2 | LT | Endemic | Wetland |
| Gaura neomexicana ssp. coloradensis | Colorado butterfly plant | G3T2 / S1 | LT | Medium | Wetland |
| Gutierrezia elegans | Lone Mesa snakeweed | G1 / S1 | | Endemic | Shrubland |
| Hackelia besseyi | Bessey's stickseed | G2G3 / SNR | | Low | Forest |
| Hackelia gracilenta | Mesa Verde stickseed | G1 / S1 | | Endemic | Pinyon-juniper |
| Herrickia horrida | Canadian River spiny aster | G2? / S1 | | Medium | Pinyon-juniper |
| Ipomopsis aggregata ssp. weberi | Rabbit Ears gilia | G5T2 / S2 | USFS | Very High | Forest |
| Ipomopsis globularis | Globe gilia | G2 / S2 | USFS | Endemic | Alpine |
| Ipomopsis polyantha | Pagosa skyrocket | G1 / S1 | C, BLM/USFS | Endemic | Barrens |
| Lepidium crenatum | Alkaline pepperwort | G2 / S2 | | Medium | Shrublands |

BLM_0059300

| Scientific Name | Common | Global & State Ranks | Federal Agency Status | Percent of Range in CO | Primary Habitat |
|---|---|---|---|---|---|
| *Lesquerella calcicola* | Rocky Mountain bladderpod | G2 / S2 | | High | Barrens |
| *Lesquerella congesta* | Dudley Bluffs bladderpod | G1 / S1 | LT | Endemic | Barrens |
| *Lesquerella parviflora* | Piceance bladderpod | G2 / S2 | BLM | Endemic | Barrens |
| *Lesquerella pruinosa* | Pagosa bladderpod | G2 / S2 | BLM/USFS | Endemic | Barrens |
| *Lesquerella vicina* | Good-neighbor bladderpod | G2 / S2 | BLM | Endemic | Pinyon-juniper |
| *Limnorchis zothecina* | Alcove bog orchid | G2 / S1 | Low | | Cliff & Canyon |
| *Lomatium concinnum* | Colorado desert parsley | G2G3 / S3 | BLM | Endemic | Shrubland |
| *Lupinus crassus* | Payson lupine | G2 / S2 | BLM | Endemic | Pinyon-juniper |
| *Lygodesmia doloresensis* | Dolores River skeletonplant | G1G2 / S1 | BLM | High | Pinyon-juniper |
| *Machaeranthera coloradoensis* | Colorado tansy-aster | G2 / S2 | USFS | High | Alpine |
| *Mentzelia rhizomata* | Roan Cliffs blazing star | G2 / S2 | | Endemic | Barrens |
| *Mertensia humilis* | Rocky Mountain bluebells | G2 / S1 | | Medium | Shrubland |
| *Mimulus gemmiparus* | Budding monkey flower | G1 / S1 | USFS | Endemic | Cliff & Canyon |
| *Nuttallia chrysantha* | Golden blazing star | G2 / S2 | BLM | Endemic | Barrens |
| *Nuttallia densa* | Arkansas Canyon stickleaf | G2 / S2 | BLM | Endemic | Pinyon-juniper |
| *Oenothera acutissima* | Narrow-leaf evening primrose | G2 / S2 | BLM | Medium | Shrubland |
| *Oenothera harringtonii* | Arkansas Valley evening primrose | G2G3 / S2S3 | USFS | Endemic | Grassland |
| *Oonopsis foliosa var. monocephala* | Rayless goldenweed | G3G4T2 / S2 | | Endemic | Grassland |
| *Oonopsis puebloensis* | Pueblo goldenweed | G2 / S2 | | Endemic | Grassland |
| *Opuntia heacockiae* | Heacock's prickly pear | G2G3Q / S2S3 | | Endemic | Pinyon-juniper |
| *Oreocarya osterhoutii* | Osterhout cat's-eye | G2G3 / S2 | BLM | Low | Barrens |
| *Oreoxis humilis* | Pikes Peak spring parsley | G1 / S1 | USFS | Endemic | Alpine |
| *Oxybaphus rotundifolius* | Round-leaf four o'clock | G2 / S2 | | Endemic | Barrens |
| *Oxytropis besseyi var. obnapiformis* | Bessey locoweed | G5T2 / S2 | | Very High | Shrubland |
| *Pediocactus knowltonii* | Knowlton cactus | G1 / SNA | LE | Historical | Pinyon-juniper |
| *Penstemon crandallii* ssp. *procumbens* | Crandall's beardtongue | G4T2Q / SU | | Endemic | Shrubland/forest |
| *Penstemon debilis* | Parachute penstemon | G1 / S1 | C | Endemic | Barrens |
| *Penstemon degeneri* | Degener beardtongue | G2 / S2 | BLM/USFS | Endemic | Pinyon-juniper |
| *Penstemon fremontii var. glabrescens* | Fremont's beardtongue | G3G4T2 / S2 | | Endemic | Shrubland |
| *Penstemon gibbensii* | Gibben's beardtongue | G1 / S1 | BLM | High | Barrens |
| *Penstemon grahamii* | Graham beardtongue | G2 / S1 | | Low | Barrens |
| *Penstemon penlandii* | Penland penstemon | G1 / S1 | LE | Endemic | Shrubland |

BLM_0059301

| Scientific Name | Common | Global & State Ranks | Federal Agency Status | Percent of Range in CO | Primary Habitat |
|---|---|---|---|---|---|
| *Penstemon scariosus* var. *albifluvis* | White River penstemon | G4T1 / S1 | C | Low | Barrens |
| *Penstemon scariosus* var. *cyanomontanus* | Plateau penstemon | G4T2 / S2 | | High | Pinyon-juniper |
| *Penstemon teucrioides* | Germander beardtongue | G2G3Q / S2S3 | | Endemic | Shrubland |
| *Phacelia formosula* | North Park phacelia | G1 / S1 | LE | Endemic | Barrens |
| *Phacelia submutica* | DeBeque phacelia | G2 / S2 | C, USFS | Endemic | Barrens |
| *Physaria alpina* | Avery Peak twinpod | G2 / S2 | | Endemic | Alpine |
| *Physaria bellii* | Bell's twinpod | G2G3 / S2S3 | | Endemic | Barrens |
| *Physaria obcordata* | Piceance twinpod | G1G2 / S1S2 | LT | Endemic | Barrens |
| *Physaria pulvinata* | Cushion bladderpod | G1 / S1 | | Endemic | Shrubland |
| *Physaria rollinsii* | Rollins twinpod | G2 / S2 | | Endemic | Barrens |
| *Physaria scrotiformis* | West Silver bladderpod | G1 / S1 | | Endemic | Alpine |
| *Potentilla rupincola* | Rocky Mountain cinquefoil | G2 / S2 | USFS | Endemic | Cliff & Canyon |
| *Ptilagrostis porteri* | Porter feathergrass | G2 / S2 | BLM/USFS | Endemic | Wetland |
| *Puccinellia parishii* | Parish's alkali grass | G2G3 / S2 | | Low | Wetland |
| *Salix arizonica* | Arizona willow | G2G3 / S1 | USFS | Low | Wetland |
| *Saussurea weberi* | Weber saussurea | G2G3 / S2 | BLM | High | Alpine |
| *Sclerocactus glaucus* | Colorado hookless cactus | G3 / S3 | LT | High | Shrubland |
| *Sclerocactus mesae-verdae* | Mesa Verde hookless cactus | G2 / S2 | LT | Low | Barrens |
| *Sisyrinchium pallidum* | Pale blue-eyed-grass | G2G3 / S2 | BLM | High | Wetland |
| *Spiranthes diluvialis* | Ute ladies'-tresses | G2G3 / S2 | LT | Medium | Wetland |
| *Telesonix jamesii* | James telesonix | G2 / S2 | | Very High | Cliff & Canyon |
| *Thalictrum heliophilum* | Sun-loving meadow rue | G2 / S2 | USFS | Endemic | Barrens |
| *Thelypodiopsis juniperorum* | Juniper tumble mustard | G2 / S2 | | Endemic | Pinyon-juniper |
| *Thelypodium paniculatum* | Northwestern thelypody | G2 / S1 | | Low | Wetland |
| *Townsendia fendleri* | Fendler's townsend daisy | G2 / S1 | | High | Barrens |
| *Townsendia glabella* | Gray's townsend daisy | G2 / S2 | | Endemic | Barrens |
| *Townsendia rothrockii* | Rothrock townsend daisy | G2G3 / S2S3 | | Endemic | Alpine |

BLM_0059302

**APPENDIX B** *Colorado Rare Plant Conservation Initiative Partners*

The Colorado Rare Plant Conservation Initiative consists of diverse partnership of public agencies and private organizations. The members have found that by working together, the coalition can make significantly greater progress towards the conservation of Colorado's imperiled plant species than by working individually. See below for brief descriptions of partner organizations.

**Betty Ford Alpine Gardens (BFAG)** has a mission that includes the conservation of plants, particularly plants of high altitude environments. The botanical garden's public displays focus on native flora of the Rocky Mountain including several rare and unusual species. Tours and interpretation educate visitors about these special collections as well as the surrounding environment. Garden staff is involved in rare plant monitoring in conjunction with the BLM, focusing on rare plants of the Roan Plateau in Garfield County, and provides consulting services for rare plant conservation work. Through an Adopt a Rare Plant Program with CNHP, Garden volunteers are caring for the rare plants of Eagle County. *http://www.bettyfordalpinegardens.org*

**Bureau of Land Management Colorado (BLM)** manages 8.4 million acres of public lands in Colorado. BLM Colorado adheres to the principal of multiple-use management as required by the Federal Land Policy and Management Act. Management of these botanical resources in the state includes special status plants and rare plant communities, as well as forage plants, harvestable vegetation, and plant pest species. Many laws, regulations, and policies govern the management of special status plants and natural plant communities on the public lands. BLM seeks to use comprehensive monitoring programs to ensure adequate data are available to guide management and conservation activities and evaluate the effects of management actions. *http://www.blm.gov/co/st/en.html*

**Center for Native Ecosystems (CNE)** is dedicated to preventing extinction in the Greater Southern Rockies. CNE works to defend Colorado's rare flora and fauna, doing whatever needs to be done to conserve Colorado's plants. Examples of CNE activities range from formally requesting US Endangered Species Act protection for species like Parachute penstemon, to involving the courts to make sure that federally listed plants like Colorado butterfly plant benefit by the designation of Critical Habitat, to alerting the media to problems like drilling in DeBeque milkvetch habitat, to mounting full-fledged campaigns to conserve botanical hotspots like the Roan Plateau, to helping purchase habitat for species like the endangered clay-loving wild buckwheat. *http://www.nativeecosystems.org/*

**Conservation Services Division of the Colorado Department of Agriculture (CDA)** provides administrative and financial assistance to Colorado's 77 Conservation Districts. The division coordinates various programs with other state, tribal, and federal agencies on natural resource issues, provides guidance on stream bank erosion and riparian concerns, and assists the districts on various water and energy programs, groundwater protection regulation, noxious weed management, and biological pest control. *http://www.colorado.gov/ag*

BLM_0059303

**Colorado Department of Transportation (CDOT)** works to conserve plants when working in areas with rare species. A biological clearance is needed for all projects. When there is potential habitat that could be affected by a project, an on-the-ground survey is conducted. If a rare plant is found in the project area, CDOT works to avoid the plants. Where avoidance is not possible, CDOT minimizes impacts through best management practices such as fencing, consideration of drainage patterns, and stockpiling and replacing dirt to preserve seed banks. When there is no other way to complete the project without affecting rare plants, mitigation may be needed. CDOT has drafted guidelines to protect the Pagosa skyrocket, and consulted with the USFWS for federally listed species. Additionally, CDOT has initiated a pilot project to mark sensitive areas with signs so maintenance crews know where not to mow, spray herbicide or do any earth-moving activities without the assistance of a CDOT biologist. *http://www.dot.state.co.us/*

**Colorado Federation of Garden Clubs (CFGC)** serves and supports Colorado through education, conservation, horticulture, and landscape design. The CFGC is a state affiliate of the National Garden Clubs, and consists of more than thirty local and regional garden clubs throughout Colorado which hold events and activities of interest to gardeners and those involved in horticulture, flower arranging, and landscape design. *http://www.coloradogardenclubs.org/*

**Colorado Natural Areas Program (CNAP),** which is housed within Colorado State Parks of the Colorado Department of Natural Resources, designates Natural Areas for the protection of rare plants, animals, communities, and geologic features by cooperatively working with federal, state, tribal, local and private landowners to solve management problems that threaten imperiled species. CNAP staff monitors rare plants on state Natural Areas and is a co-founder of the Rare Plant Monitoring Stewards program that mobilizes volunteers to collect data to inform rare plant conservation actions. *http://parks.state.co.us/NaturalResources/CNAP/*

**Colorado Natural Heritage Program (CNHP),** which is housed at Colorado State University in Fort Collins, maintains a statewide comprehensive database for rare plants, animals and plant communities and works with public and private partners to inventory and monitor rare species, and provides environmental review on request. CNHP is part of a national network of Natural Heritage Programs coordinated by NatureServe, which use a standard methodology and share data and information on mutual species and habitats. *http://www.cnhp.colostate.edu/*

**Colorado Native Plant Society (CoNPS)** encourages the appreciation and conservation of the native plants and ecosystems of Colorado, including identification of habitat and ecosystems, identification of threatened or endangered plant species, acquisition of land, participation in governmental and educational programs, and encouraging the State to enter into cooperative agreements concerning threatened or endangered plants pursuant to the US Endangered Species Act or other legislation, and cooperates with other organizations with similar purposes. *http://www.conps.org/conps.html*

BLM_0059304

**Colorado Open Lands (COL),** a land trust organization, has established a wide variety of conservation easements from Centennial Ranches, to elk and wildlife preserves, city and county parks, and other properties containing natural habitats. Although COL has not made special efforts to protect rare plants, the organization has approximately a dozen properties harboring rare plants. In some cases COL establishes management plans to protect rare plants on these properties. With the advent of the Colorado Rare Plant Conservation Initiative, COL has built into its future plans and strategies efforts to assist the RPCI with the protection of rare plants, and has been working to target specific properties for rare plant conservation. *http://www.coloradoopenlands.org/*

**Colorado Rare Plant Technical Committee (RPTC),** consisting of representatives from state and federal agencies and private organizations, meets regularly to exchange rare plant information and holds an annual symposium to gather new information and review status of Colorado's rare plants. One of the projects of the RPTC is the Rare Plant Field Guide at *http://www.cnhp.colostate.edu/rareplants/intro.html.*

**Denver Botanic Gardens (DBG),** in addition to being a display garden, conducts scientific plant research in the areas of rare and endangered plant conservation, invasive species impact and management, and restoration of ecosystems. DBG also helps protect several imperiled plants in Colorado through the collection of seed. Collected seed provides a backup resource for reintroducing or augmenting natural populations, and serves as a scientific resource to understand a species growth requirements, reproductive biology, and population structure. Their conservation genetic and tissue culture programs serve regional needs in plant conservation. The Kathryn Kalmbach Herbarium of vascular plants is an important regional herbarium with excellent public access and the Herbarium of Fungi houses the largest and best curated collection of fungi in the region. *http://www.botanicgardens.org/*

**The Nature Conservancy's (TNC)** mission is to preserve plants, animals, and natural communities that represent the diversity of life on earth by protecting the lands and waters they need to survive. The Conservancy is a global non-profit organization with a history of conserving ecologically significant lands and waters using a science-based approach. The Conservancy sets priorities for conservation in Colorado based on ecoregional conservation assessments and the biodiversity data and expertise of the Colorado Natural Heritage Program and other entities. The Conservancy has worked with partners to conserve over 550,000 acres in Colorado. *http://www.nature.org/wherewework/northamerica/states/colorado/*

**Rocky Mountain Society of Botanical Artists (RMSBA):** The society's mission is to create public awareness of and appreciation for botanical art, historical and contemporary, in our community. The RMSBA seeks to educate the public on plant diversity, regional plant ecology, and the rationale for preservation of plant species through botanical art that is relevant to the region. The RMSBA seeks to introduce the public to the beauty and usefulness of historical and contemporary botanical art through exhibition and other forms of educational opportunities. *http://www.botanicalartists.org/*

BLM_0059305

**USDA-ARS National Center for Genetic Resources Preservation (NCGRP)** preserves the genetic diversity of plants important to agriculture and American landscapes and performs research to improve the quality and availability of germplasm collections. Seeds, pollens and plant cuttings are maintained alive in perpetuity and distributed when needed for regeneration, genetic improvement, diversity augmentation, and restoration projects. Scientists collaborate with private and agency land managers, academic colleagues and non-governmental organizations to strategically collect germ-plasm from wild populations, evaluate viability and predict longevity, safely store material and assist with regeneration. *http://www.ars-grin.gov/ncgrp/index.htm*

**U.S. Fish and Wildlife Service (USFWS)** monitors the protection and recovery status of federally listed, candidate and at-risk species, and consults with federal land management agencies and others to develop conservation measures for avoiding impacts to habitat. The USFWS administers the U.S. Endangered Species Act, and the National Wildlife Refuge System, which has eight National Wildlife Refuges in Colorado. *http://www.fws.gov/mountain-prairie/co.html*

**U.S. Forest Service (USFS)** manages some 15 million acres of public lands in National Forests and National Grasslands in Colorado. The agency operates under a variety of laws, regulations, and policies relevant to the conservation of rare plants (e.g., U.S. Endangered Species Act and National Forest Management Act). The USFS identifies as "sensitive" plant species for which population viability is a concern, but for which provisions of the ESA do not apply. This approach is aimed at preventing the need for future federal listings. In Colorado, the USFS conducts rare plant surveys prior to imple-mentation of projects (e.g., timber sales, road construction) and reports new rare plant occurrences to CNHP for inclusion and integration in the statewide database. The USFS has made a number of conservation assessments for rare plants in Colorado, which are available to the public online. *http://www.fs.fed.us/r2/projects/scp/assessments/*

**University of Colorado Herbarium (COLO)** in Boulder serves as a primary repository for plant specimens from the state, and is a botanical center for the study and documentation of Colorado's floristic diversity and plant distribution. The herbarium maintains an online database of all Colorado vascular plants in its collection. *http://cumuseum.colorado.edu/Research/Botany/index.html*

BLM_0059306

**APPENDIX C** *Plant Scorecard 2008* (4/8/2009)

| Scientific Name (State) | Overall Conservation Status | G/S Rank | Agency Status | # Occurrences Score | Occupied Area Score | Range Score | Size Score | Quality Score | Land-scape Integrity Score | Bio-diversity Score |
|---|---|---|---|---|---|---|---|---|---|---|
| Aletes humilis | Effectively Conserved | G2G3/S2S3 | | 3.0 | 2.6 | 4.6 | 3.4 | 8.7 | 8 | 5.4 |
| Aletes latilobus | Effectively Conserved | G1/S1 | BLM | 0.5 | 1.1 | 1.4 | 1.0 | 6.0 | 6 | 3.3 |
| Aletes macdougalii ssp. breviradiatus | Weakly Conserved | G3T2T3/S1 | | 0.1 | 0.0 | 0.0 | 0.0 | unknown | 10 | 1.7 |
| Aliciella sedifolia | Moderately Conserved | G1/S1 | USFS | 0.2 | 1.7 | 0.0 | 0.6 | unknown | 10 | 2.1 |
| Anticlea vaginatus | Effectively Conserved | G2/S2 | | 0.4 | 0.0 | 0.0 | 0.1 | 7.5 | 8 | 3.9 |
| Aquilegia chrysantha var. rydbergii | Poorly Conserved | G4T1Q/S1 | BLM/USFS | 1.0 | 2.0 | 3.5 | 2.2 | 2.0 | 2 | 1.7 |
| Asclepias uncialis ssp. uncialis | Moderately Conserved | G3G4T2T3/S2 | BLM/USFS | 3.5 | 2.4 | 8.7 | 4.9 | 2.7 | 8 | 3.9 |
| Astragalus anisus | Effectively Conserved | G2G3/S2S3 | BLM | 3.7 | 4.0 | 5.0 | 4.2 | 1.5 | 8 | 3.3 |
| Astragalus cronquistii | Poorly Conserved | G2/S2 | BLM | 1.3 | 0.0 | 2.4 | 1.5 | unknown | 0 | 1.3 |
| Astragalus debequaeus | Weakly Conserved | G2/S2 | BLM | 1.7 | 3.6 | 4.8 | 3.4 | 5.9 | 2 | 3.4 |
| Astragalus deterior | Moderately Conserved | G1G2/S1S2 | | 1.5 | 0.0 | 2.0 | 1.2 | 0.0 | 6 | 1.3 |
| Astragalus equisolensis | Moderately Conserved | G5T1/S1 | | 0.4 | 0.0 | 0.2 | 0.2 | 0.0 | 4 | 0.7 |
| Astragalus humillimus | Moderately Conserved | G2/S1 | LE | 0.4 | 1.2 | 0.7 | 0.8 | 5.0 | 8 | 3.3 |
| Astragalus iodopetalus | Moderately Conserved | G2/S1 | | 0.4 | 0.0 | 6.3 | 2.2 | unknown | 0 | 1.5 |
| Astragalus lonchocarpus var. hamiltonii | Effectively Conserved | G1/S1 | | 0.1 | 0.0 | 0.0 | 0.0 | 10.0 | 8 | 4.7 |
| Astragalus microcymbus | Moderately Conserved | G1/S1 | BLM | 0.4 | 0.0 | 0.8 | 0.4 | 5.0 | 8 | 3.1 |
| Astragalus missouriensis var. humistratus | Moderately Conserved | G5T1/S1 | USFS | 1.0 | 2.1 | 4.1 | 2.4 | 4.0 | 0 | 2.1 |
| Astragalus naturitensis | Moderately Conserved | G2G3/S2S3 | BLM | 3.3 | 3.1 | 6.6 | 4.3 | 2.9 | 2 | 2.8 |
| Astragalus osterhoutii | Poorly Conserved | G1/S1 | LE | 0.6 | 3.1 | 2.4 | 2.0 | 8.3 | 0 | 3.4 |
| Astragalus piscator | Moderately Conserved | G2G3/S1 | BLM | 0.2 | 0.0 | 0.0 | 0.1 | 10.0 | 6 | 3.4 |
| Astragalus rafaelensis | Moderately Conserved | G2/S2 | BLM | 0.8 | 2.4 | 4.6 | 2.6 | unknown | 2 | 2.1 |
| Astragalus schmolliae | Moderately Conserved | G1/S1 | | 0.6 | 3.9 | 0.4 | 1.6 | 5.0 | 6 | 3.2 |
| Astragalus tortipes | Weakly Conserved | G1/S1 | C | 0.2 | 1.3 | 0.0 | 0.6 | 5.0 | 8 | 3.2 |
| Botrychium lineare | Moderately Conserved | G1/S1 | C, USFS | 0.5 | 0.0 | 6.5 | 2.3 | unknown | 2 | 1.9 |
| Camissonia eastwoodiae | Weakly Conserved | G2/S2 | | 0.4 | 3.0 | 4.4 | 2.6 | 2.5 | 2 | 2.0 |
| Carex stenoptila | Effectively Conserved | G2/S2 | | 1.1 | 4.0 | 8.1 | 4.4 | unknown | 8 | 4.3 |
| Castilleja puberula | Effectively Conserved | G2G3/S2S3 | | 1.9 | 0.0 | 6.2 | 2.7 | unknown | 8 | 3.1 |
| Cirsium perplexans | Weakly Conserved | G2G3/S2S3 | BLM/USFS | 2.5 | 5.9 | 5.9 | 4.0 | 3.7 | 2 | 2.9 |
| Cleome multicaulis | Effectively Conserved | G2G3/S2S3 | BLM | 3.6 | 4.7 | 5.6 | 4.6 | 3.4 | 2 | 3.0 |
| Corispermum navicula | Moderately Conserved | G1?/S1 | | 0.2 | 2.5 | 0.0 | 0.9 | 10.0 | 6 | 4.6 |
| Cryptantha gypsophila | Weakly Conserved | G1G2/S1S2 | | 1.6 | 2.7 | 4.3 | 2.9 | 6.9 | 6 | 4.2 |
| Delphinium ramosum var. alpestre | Effectively Conserved | G2/S2 | | 0.9 | 2.9 | 7.3 | 3.7 | unknown | 10 | 4.1 |
| Draba exunguiculata | Moderately Conserved | G2/S2 | USFS | 1.7 | 1.6 | 6.2 | 3.2 | 0.6 | 8 | 2.6 |
| Draba graminea | Effectively Conserved | G2/S2 | | 2.4 | 2.2 | 5.4 | 3.4 | 4.4 | 8 | 3.9 |
| Draba smithii | Effectively Conserved | G2/S2 | USFS | 2.2 | 1.2 | 7.0 | 3.5 | 5.0 | 8 | 4.2 |
| Draba weberi | Poorly Conserved | G1/S1 | | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 1 | 0.2 |
| Erigeron kachinensis | Effectively Conserved | G2/S1 | BLM | 0.2 | 2.8 | 1.1 | 1.4 | 10.0 | 8 | 5.1 |
| Erigeron wilkenii | Moderately Conserved | G2/S1 | | 0.1 | 0.0 | 1.9 | 0.8 | unknown | 10 | 2.2 |
| Eriogonum brandegeei | Weakly Conserved | G1G2/S1S2 | BLM/USFS | 0.9 | 2.9 | 4.3 | 2.7 | 5.6 | 0 | 2.7 |
| Eriogonum clavellatum | Poorly Conserved | G2/S2 | BLM | 0.8 | 0.0 | 2.0 | 0.9 | unknown | 8 | 1.6 |
| Eriogonum coloradense | Effectively Conserved | G2/S2 | BLM | 2.1 | 2.5 | 6.6 | 3.7 | 1.9 | 8 | 3.2 |
| Eriogonum pelinophilum | Poorly Conserved | G2/S2 | LE | 1.9 | 3.4 | 3.8 | 3.0 | 3.7 | 0 | 2.2 |
| Eutrema edwardsii ssp. penlandii | Moderately Conserved | G1G2/S1S2 | LT | 1.0 | 0.4 | 2.5 | 1.3 | 6.0 | 6 | 3.4 |
| Gaura neomexicana ssp. coloradensis | Moderately Conserved | G3T2/S1 | LT | 1.0 | 2.0 | 5.7 | 2.9 | 2.0 | 0 | 1.6 |
| Hackelia gracilenta | Moderately Conserved | G1/S1 | | 1.0 | 0.0 | 1.4 | 0.8 | unknown | 10 | 2.2 |
| Herrickia horrida | Weakly Conserved | G2?/S1 | | 0.5 | 2.8 | 1.1 | 1.4 | unknown | 8 | 2.3 |
| Ipomopsis aggregata ssp. weberi | Moderately Conserved | G5T2/S2 | USFS | 1.8 | 1.2 | 5.3 | 2.8 | 1.7 | 6 | 2.5 |
| Ipomopsis globularis | Moderately Conserved | G2/S2 | USFS | 0.9 | 4.4 | 2.9 | 2.7 | 4.4 | 8 | 3.7 |
| Ipomopsis polyantha | Poorly Conserved | G1/S1 | C, BLM/USFS | 0.3 | 2.9 | 1.4 | 1.5 | 6.7 | 0 | 2.7 |
| Lepidium crenatum | Weakly Conserved | G2/S2 | | 0.9 | 7.1 | 7.7 | 4.0 | unknown | 4 | 3.4 |
| Lesquerella calcicola | Weakly Conserved | G2/S2 | | 3.0 | 3.5 | 7.6 | 4.7 | 2.6 | 0 | 2.4 |
| Lesquerella congesta | Weakly Conserved | G1/S1 | LT | 0.7 | 3.0 | 1.7 | 1.8 | 10.0 | 6 | 4.9 |
| Lesquerella parviflora | Poorly Conserved | G2/S2 | BLM | 2.4 | 3.4 | 5.8 | 3.9 | 4.8 | 8 | 4.2 |

BLM_0059307



| Primary Threat | Threat - Scope | Threat - Severity | Threat - Immediacy | Threats Status Score | Protection Status Score | Potential for Energy Development Score | Habitat | % Range in CO | Confidence in Score | On-the-Ground Action | Field Inventory | Monitoring | Taxonomic Work |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| recreational uses | Low | Low | Low | 9 | 7.0 | 9.9 | Cliff and Cyn | Endemic | Very High | | | X | |
| recreation/hiking | Low | Moderate | Low | 6 | 9.4 | 9.6 | Cliff and Cyn | Medium | Moderate* | X | X | X | |
| recreation/hiking | Low | Low | Low | 0 | 0.8 | 4.0 | PJ | Medium | Low | | | X | |
| recreation/hiking | Moderate | Moderate | Low | 5 | 7.0 | 9.9 | Alpine | Endemic | Moderate | X | X | X | |
| hydrologic alteration | Moderate | Moderate | Low | 5 | 10.0 | 8.0 | Cliff and Cyn | Low | Low | | X | | |
| recreational uses | Moderate | Moderate | Moderate | 2 | 5.1 | 8.5 | Forest | Endemic | Low | | X | X | X |
| agricultural development | Moderate | Moderate | Moderate | 5 | 4.6 | 5.2 | Grassland | Very High | Moderate | X | X | | |
| roads | Moderate | Low | Moderate | 8 | 5.7 | 9.5 | Shrubland | Endemic | Moderate | X | | | |
| roads | Moderate | Moderate | Moderate | 2 | 1.7 | | Shrubland | High | Low | | X | | |
| oil & gas | High | Moderate | High | 0 | 3.6 | 1.7 | PJ | Endemic | Very High | X | | X | |
| recreation/hiking | Low | Low | Low | 9 | 9.4 | 4.0 | Cliff and Cyn | Endemic | Low | | X | X | |
| recreation | Moderate | Low | Unknown | 8 | 5.2 | 4.0 | PJ | Low | Low | | | X | |
| none documented | Low | Moderate | Low | 2 | 2.0 | 4.0 | Cliff and Cyn | Low | Low | | X | X | |
| recreation/hiking | Moderate | Low | High | 8 | 5.2 | 4.6 | Shrubland | Medium | Low | | X | | |
| recreation/hiking | Moderate | Low | Low | 8 | 4.6 | 6.0 | PJ | Low | Low | | X | | |
| herbivory/motorized rec. | High | Moderate | High | 2 | 5.7 | 10.0 | Shrubland | Endemic | High* | X | | | |
| housing/urban dev. | Moderate | Moderate | Moderate | 8 | 0.7 | 3.2 | Shrubland | Endemic | Moderate | X | | | |
| oil & gas | Low | Moderate | High | 6 | 4.5 | 3.2 | Cliff and Cyn | High | Moderate | X | | | |
| recreation/motorized | High | High | Moderate | 0 | 2.1 | 5.0 | Shrubland | Endemic | High | X | | | |
| roads/urban dev. | Moderate | Moderate | High | 2 | 5.9 | 4.0 | Shrubland | Low | High | X | | | |
| none documented | Low | Low | Low | 9 | 3.6 | 3.5 | PJ | High | Low | | X | | |
| exotic species | Moderate | Moderate | High | 2 | 10.0 | 4.0 | PJ | Endemic | Moderate | | X | | |
| recreation/motorized | Moderate | Moderate | High | 2 | 2.0 | 4.0 | Shrubland | Endemic | Very High | X | | X | |
| roads | Low | Low | Low | 9 | 6.6 | 9.8 | Forest | Medium | Low | | | X | X |
| roads/ORV | Moderate | Moderate | Moderate | 2 | 4.1 | 5.4 | Shrubland | Medium | Moderate | X | X | | |
| unknown - recreation? | Insig. | Insig. | Insig. | 10 | 9.3 | 6.1 | Forest | Medium | Low | | X | | |
| recreational uses | Moderate | Moderate | Low | 8 | 5.8 | 9.9 | Alpine | Endemic | High | | X | | |
| Cirsium bio control | Moderate | Moderate | Moderate | 5 | 2.7 | 3.5 | Shrubland | Endemic | High | X | | | |
| hydrologic alteration | Moderate | Moderate | Low | 5 | 5.9 | 4.0 | Wetland | High | High | X | | | |
| recreation/motorized | Moderate | Moderate | High | 2 | 6.2 | 6.5 | Barrens | Endemic | Very High | | X | | X |
| oil & gas | High | Moderate | Moderate | 0 | 3.9 | 3.5 | PJ | Endemic | Very High | X | X | X | |
| recreation/hiking | Low | Low | Low | 9 | 8.2 | 7.4 | Alpine | High | Moderate | | X | | |
| recreation/hiking | Moderate | Low | Moderate | 8 | 6.9 | 9.9 | Alpine | Endemic | Moderate | | X | | |
| recreation/hiking | Low | Low | Low | 9 | 7.5 | 9.5 | Alpine | Endemic | Moderate | | X | | |
| recreation/hiking | Low | Low | Low | 9 | 7.8 | 8.6 | Cliff and Cyn | Endemic | Moderate | | X | | |
| road/dam construction | High | High | Moderate | 0 | 0.0 | 10.0 | Alpine | Low | Very High | X | X | X | |
| hydrologic alteration | Moderate | Moderate | Low | 5 | 10.0 | 4.0 | Cliff and Cyn | Low | High | | | X | |
| none documented | Moderate | Moderate | Low | 9 | 9.2 | 8.0 | Cliff and Cyn | Low | Low | | X | | |
| recreation/motorized | Moderate | Moderate | Moderate | 2 | 4.9 | 8.4 | Barrens | Endemic | Moderate | X | | | |
| oil and gas | Moderate | Moderate | Moderate | 2 | 2.1 | 4.0 | Shrubland | Medium | Low | | X | | |
| recreation/hiking/ORV | Moderate | Low | High | 8 | 9.7 | 8.3 | Alpine | Endemic | Low | | X | | |
| housing/urban dev., ag | Moderate | High | High | 0 | 1.9 | 4.0 | Shrubland | Endemic | Moderate | X | | | |
| hydro alt./mining | Moderate | Moderate | Moderate | 2 | 8.2 | 9.6 | Wetland | Endemic | High* | X | | | |
| hydrologic alteration | Moderate | Moderate | Low | 5 | 1.7 | 3.4 | Wetland | Medium | Low | X | X | | |
| recreational uses | Low | Low | Low | 9 | 6.5 | 4.0 | PJ | Endemic | Low | | | X | X |
| none documented | Low | Low | Low | 9 | 0.8 | 2.0 | PJ | Medium | Low | | X | | |
| recreation/hiking | Low | Moderate | Low | 6 | 6.4 | 9.5 | Forest | Very High | Moderate* | X | | | |
| recreation/motorized | Moderate | Moderate | Moderate | 2 | 7.7 | 8.2 | Alpine | Endemic | Moderate* | X | X | | |
| housing/urban dev. | High | High | High | 0 | 0.0 | 3.0 | Barrens | Endemic | Very High | X | | | |
| unknown | Insig. | Insig. | Insig. | 10 | 1.9 | 6.8 | Shrubland | Medium | Low | | X | | |
| housing/urban dev. | Moderate | Unknown | Moderate | 8 | 0.9 | 5.5 | Barrens | High | Moderate | | X | | |
| oil & gas/oil shale mining | High | High | High | 0 | 5.9 | 0.2 | Barrens | Endemic | Very High | X | | X | |
| oil & gas/oil shale mining | High | High | High | 0 | 2.3 | 1.7 | Barrens | Endemic | Low | | X | X | |

**APPENDIX C** *Plant Scorecard 2008* (4/8/2009)—continued

| Scientific Name (State) | Overall Conservation Status | G/S Rank | Agency Status | # Occurrences Score | Occupied Area Score | Range Score | Size Score | Quality Score | Land-scape Integrity Score | Bio-diversity Score |
|---|---|---|---|---|---|---|---|---|---|---|
| Lesquerella pruinosa | Moderately Conserved | G2/S2 | BLM/USFS | 1.7 | 3.9 | 3.7 | 3.1 | 5.3 | 2 | 3.1 |
| Lesquerella vicina | Moderately Conserved | G2/S2 | BLM | 1.9 | 0.4 | 4.5 | 2.2 | 3.2 | 4 | 2.5 |
| Limnorchis zothecina | Moderately Conserved | G2/S1 | | 0.3 | 0.0 | 0.0 | 0.1 | 3.3 | 8 | 2.5 |
| Lomatium concinnum | Weakly Conserved | G2G3/S2S3 | BLM | 3.6 | 2.9 | 5.5 | 4.0 | 5.0 | 4 | 3.7 |
| Lupinus crassus | Weakly Conserved | G2/S2 | BLM | 2.1 | 1.1 | 5.7 | 2.9 | 2.4 | 4 | 2.4 |
| Lygodesmia dolorensis | Moderately Conserved | G1G2/S1 | BLM | 0.9 | 1.5 | 4.1 | 2.2 | 1.1 | 6 | 2.1 |
| Machaeranthera coloradoensis | Effectively Conserved | G2/S2 | USFS | 3.0 | 3.3 | 7.5 | 4.6 | 5.2 | 8 | 4.6 |
| Mentzelia rhizomata | Weakly Conserved | G2/S2 | | 2.4 | 2.4 | 4.6 | 3.1 | 5.8 | 2 | 3.3 |
| Mertensia humilis | Weakly Conserved | G2/S2 | | 0.3 | 0.0 | 2.8 | 1.0 | unknown | 0 | 0.7 |
| Mimulus gemmiparus | Effectively Conserved | G1/S1 | USFS | 0.8 | 0.0 | 5.2 | 2.0 | 7.5 | 6 | 4.2 |
| Nuttallia chrysantha | Poorly Conserved | G2/S2 | BLM | 2.6 | 3.5 | 4.6 | 3.6 | 3.7 | 0 | 2.4 |
| Nuttallia densa | Moderately Conserved | G2/S2 | BLM | 2.1 | 2.8 | 5.4 | 3.4 | 3.3 | 0 | 2.2 |
| Oenothera acutissima | Weakly Conserved | G2/S2 | BLM | 1.5 | 2.7 | 4.7 | 2.9 | 1.3 | 8 | 2.8 |
| Oenothera harringtonii | Moderately Conserved | G2G3/S2S3 | USFS | 5.1 | 4.3 | 7.2 | 5.5 | 2.5 | 2 | 3.0 |
| Oonopsis foliosa var. monocephala | Effectively Conserved | G3G4T2/S2 | | 1.3 | 2.7 | 6.1 | 3.4 | 6.2 | 6 | 4.2 |
| Oonopsis puebloensis | Weakly Conserved | G2/S2 | | 2.4 | 4.1 | 4.4 | 3.6 | 4.4 | 2 | 3.0 |
| Oreocarya osterhoutii | Moderately Conserved | G2G3/S2 | BLM | 0.8 | 0.0 | 5.8 | 2.2 | unknown | 8 | 2.8 |
| Oreoxis humilis | Moderately Conserved | G1/S1 | USFS | 0.3 | 2.8 | 1.1 | 1.4 | 10.0 | 8 | 5.1 |
| Oxybaphus rotundifolius | Weakly Conserved | G2/S2 | | 3.3 | 4.2 | 5.7 | 4.4 | 6.2 | 2 | 3.9 |
| Oxytropis besseyi var. obnapiformis | Weakly Conserved | G5T2/S2 | | 1.6 | 0.0 | 5.8 | 2.5 | unknown | 6 | 2.6 |
| Penstemon breviculus | Moderately Conserved | G2/S2 | | 2.2 | 3.3 | 6.1 | 3.8 | 3.2 | 2 | 2.7 |
| Penstemon debilis | Poorly Conserved | G1/S1 | C | 0.6 | 0.7 | 0.4 | 0.6 | 6.7 | 6 | 3.4 |
| Penstemon degeneri | Moderately Conserved | G2/S2 | BLM/USFS | 1.3 | 2.8 | 5.2 | 3.1 | 3.1 | 6 | 3.1 |
| Penstemon fremontii var. glabrescens | Weakly Conserved | G3G4T2/S2 | | 1.2 | 2.3 | 4.3 | 2.6 | unknown | 6 | 2.7 |
| Penstemon gibbensii | Weakly Conserved | G2/S1 | BLM | 0.2 | 1.1 | 0.0 | 0.4 | 10.0 | 6 | 4.5 |
| Penstemon grahamii | Weakly Conserved | G2/S1 | | 0.5 | 2.9 | 0.3 | 1.2 | unknown | 8 | 2.2 |
| Penstemon harringtonii | Moderately Conserved | G3/S3 | BLM | 6.2 | 5.2 | 6.0 | 5.8 | 4.0 | 2 | 3.6 |
| Penstemon penlandii | Weakly Conserved | G1/S1 | LE | 0.2 | 3.1 | 0.0 | 1.1 | 10.0 | 0 | 3.7 |
| Penstemon scariosus var. albifluvis | Poorly Conserved | G4T1/S1 | C | 0.2 | 1.4 | 0.2 | 0.6 | 0.0 | 8 | 1.5 |
| Penstemon scariosus var. cyanomontanus | Effectively Conserved | G4T2/S2 | | 1.1 | 0.0 | 2.3 | 1.1 | 7.3 | 8 | 4.1 |
| Phacelia formosula | Effectively Conserved | G1/S1 | LE | 1.1 | 2.8 | 3.9 | 2.6 | 7.3 | 6 | 4.3 |
| Phacelia submutica | Poorly Conserved | G4T2/S2 | C, USFS | 3.4 | 2.8 | 3.9 | 3.4 | 0.9 | 2 | 1.6 |
| Physaria bellii | Weakly Conserved | G2G3/S2S3 | | 2.8 | 3.8 | 5.6 | 4.0 | 5.0 | 0 | 3.0 |
| Physaria obcordata | Weakly Conserved | G1G2/S1S2 | LT | 1.0 | 2.6 | 3.7 | 2.4 | 6.0 | 6 | 3.8 |
| Physaria pulvinata | Weakly Conserved | G1/S1 | | 0.2 | 0.8 | 1.5 | 0.8 | 10.0 | 2 | 3.9 |
| Physaria rollinsii | Weakly Conserved | G2/S2 | | 0.8 | 0.0 | 5.2 | 2.0 | unknown | 0 | 1.5 |
| Potentilla rupincola | Effectively Conserved | G2/S2 | USFS | 2.4 | 3.0 | 6.0 | 3.8 | 5.0 | 6 | 3.9 |
| Ptilagrostis porteri | Moderately Conserved | G2/S2 | BLM/USFS | 2.4 | 3.0 | 5.6 | 3.7 | 4.4 | 8 | 4.0 |
| Puccinellia parishii | Moderately Conserved | G2/S1 | | 0.1 | 0.0 | 0.0 | 0.0 | 10.0 | 5 | 4.2 |
| Salix arizonica | Moderately Conserved | G2G3/S1 | USFS | 0.1 | 0.0 | 0.0 | 0.0 | unknown | 8 | 1.5 |
| Saussurea weberi | Effectively Conserved | G2G3/S2 | BLM | 1.2 | 3.0 | 3.3 | 2.5 | 4.2 | 6 | 3.2 |
| Sclerocactus glaucus | Weakly Conserved | G3/S3 | LT | 7.5 | 3.6 | 6.1 | 5.7 | 1.4 | 2 | 2.5 |
| Sclerocactus mesae-verdae | Poorly Conserved | G2/S2 | LT | 2.3 | 0.0 | 1.7 | 1.3 | unknown | 6 | 1.5 |
| Sisyrinchium pallidum | Moderately Conserved | G2/S2 | BLM | 3.9 | 3.1 | 7.3 | 4.8 | 2.4 | 2 | 2.7 |
| Spiranthes diluvialis | Weakly Conserved | G2/S2 | LT | 1.8 | 2.4 | 8.4 | 4.2 | 2.2 | 0 | 2.1 |
| Telesonix jamesii | Effectively Conserved | G2/S2 | | 2.2 | 2.4 | 5.9 | 3.5 | 4.1 | 6 | 3.5 |
| Thalictrum heliophilum | Weakly Conserved | G2/S2 | USFS | 3.3 | 2.1 | 5.3 | 3.6 | 5.0 | 6 | 3.9 |
| Townsendia fendleri | Moderately Conserved | G2/S2 | | 0.8 | 1.1 | 5.4 | 2.4 | 3.8 | 2 | 2.4 |
| Townsendia glabella | Weakly Conserved | G2/S2 | | 1.9 | 1.1 | 5.2 | 2.7 | 3.7 | 0 | 2.1 |
| Townsendia rothrockii | Effectively Conserved | G2G3/S2S3 | | 2.7 | 2.9 | 7.8 | 4.5 | unknown | 8 | 4.3 |

BLM_0059309



**THREAT SCOPE:**
High = > 60% of total population, occurrences, or area affected
Moderate = 20-60% affected
Low = 5-20% affected
Insignificant = < 5% affected

**THREAT SEVERITY:**
High = Loss of species population (all individuals) or destruction of species habitat or ecological community in area affected, with effects essentially irreversible or requiring long-term recovery (>100 years).
Moderate = Requiring 50-100 years for recovery.
Low = Recovery expected in 10-50 years.
Insignificant = Ability to recover quickly (within 10 years) from minor temporary loss.

**THREAT IMMEDIACY:**
High = Threat is happening now or imminent (within a year).
Moderate = Threat likely within 2-5 years.
Low = Threat within 5-20 years.
Insignificant = Threat not likely within 20 years.

**THREATS STATUS-SUMMARY:**
0 = Moderate to severe, imminent threat to >60% of popn.
2 = Moderate to severe, imminent threat to 20-60% of popn.
4 = Moderate to severe, non-imminent threat for >60% of popn.
5 = Moderate to severe, non-imminent to 20-60% of popn.
6 = Moderate to severe threat for small proportion of popn.
8 = Low severity threat for most or significant proportion of popn.
9 = Low severity threat for small proportion of popn.
10 = Unthreatened.

| Primary Threat | Threat - Scope | Threat - Severity | Threat - Immediacy | Threats Status Score | Protection Status Score | Potential for Energy Development Score | Habitat | % Range in CO | Confidence in Score | On-the-Ground Action | Field Inventory | Monitoring | Taxonomic Work |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| housing/urban dev. | Moderate | Moderate | Moderate | 2 | 5.7 | 4.5 | Barrens | Endemic | Moderate | X | | | |
| roads/recreation | Moderate | Moderate | Low | 5 | 5.2 | 5.0 | PJ | Endemic | Moderate | X | | | |
| hydrologic alteration | Moderate | Moderate | Low | 5 | 10.0 | 8.0 | Cliff and Cyn | Low | Low | | X | | |
| recreation/motorized | Moderate | Moderate | High | 2 | 3.0 | 4.5 | Shrubland | Endemic | High | X | | | |
| incompatible grazing | Moderate | Moderate | Moderate | 2 | 7.9 | 4.8 | PJ | Endemic | Low | | X | | |
| roads | Moderate | Unknown | High | 8 | 4.1 | 4.2 | PJ | High | Moderate | X | X | | |
| recreation/hiking | Low | Low | Low | 9 | 7.6 | 8.2 | Alpine | High | High | | | | X |
| oil & gas/oil shale mining | Moderate | Moderate | High | 2 | 3.8 | 0.3 | Barrens | Endemic | Moderate | X | | | |
| unknown | Insig. | Insig. | Insig. | 10 | 2.1 | 5.8 | Shrubland | Medium | Low | | | | |
| recreation/hiking | Moderate | Moderate | Low | 5 | 9.9 | 10.0 | Cliff and Cyn | Endemic | High | X | | | X |
| housing/urban dev. | Moderate | Moderate | Moderate | 2 | 2.9 | 4.6 | Barrens | Endemic | High | X | | | |
| recreational uses | Low | Moderate | High | 6 | 4.6 | 9.7 | PJ | Endemic | Moderate | X | | | |
| hydrologic alteration | Low | Moderate | Moderate | 6 | 3.1 | 8.8 | Shrubland | Medium | Low | | X | | |
| housing/urban dev. | Low | Moderate | High | 6 | 2.3 | 5.3 | Grassland | Endemic | High | X | | | |
| roads | Low | Low | Low | 9 | 6.2 | 4.8 | Grassland | Endemic | High | | | | X |
| mining/urbanization | Moderate | Moderate | High | 2 | 1.2 | 5.6 | Grassland | Endemic | Very High | X | | | |
| recreation/hiking | Low | Low | Low | 9 | 6.0 | 8.7 | Barrens | Low | Low | | | | X |
| roads | Moderate | Moderate | Moderate | 2 | 6.8 | 9.8 | Alpine | Endemic | Very High | | | | X |
| housing/urban dev. | Moderate | Moderate | High | 2 | 4.5 | 5.2 | Barrens | Endemic | High | X | | | |
| oil & gas | High | High | High | 0 | 4.4 | 4.3 | Shrubland | Very High | Low | | X | | |
| recreation/motorized | Low | Low | Low | 6 | 6.1 | 3.8 | PJ | High | Moderate | | | | |
| oil & gas | High | High | High | 0 | 1.3 | 0.7 | Barrens | Endemic | Very High | X | | | X |
| recreation/motorized | Moderate | Moderate | Moderate | 2 | 5.9 | 9.4 | PJ | Endemic | Low | X | X | X | |
| oil & gas | High | High | High | 0 | 4.6 | 6.? | Shrubland | Endemic | Low | | X | | |
| recreation/motorized | Moderate | Moderate | Moderate | 2 | 4.0 | 6.2 | Barrens | High | High | X | X | | |
| oil and gas | Moderate | Moderate | High | 2 | 6.3 | 2.3 | Barrens | Low | Low | X | X | X | |
| housing/urban dev./rec. | Low | Moderate | Moderate | 6 | 3.2 | 6.8 | Shrubland | Endemic | Very High | | | | X |
| recreation/motorized | Moderate | Moderate | High | 2 | 2.1 | 9.1 | Shrubland | Endemic | Very High | | | | X |
| oil & gas | Moderate | Moderate | High | 2 | 5.7 | 2.7 | Barrens | Endemic | Very High | | | | X |
| incompatible grazing | Low | Low | Low | 9 | 10.0 | 8.8 | PJ | High | Low | | X | | |
| recreation/motorized | Moderate | Moderate | Moderate | 2 | 3.1 | 4.0 | Endemic | Endemic | Low | X | X | X | |
| oil & gas | Moderate | Moderate | Moderate | 2 | 4.7 | 1.? | Barrens | Endemic | Moderate | X | X | X | |
| housing/urban dev. | Moderate | Moderate | High | 2 | 3.3 | 6.3 | Barrens | Endemic | High | X | | | |
| oil shale, nahcolite mining | High | High | High | 0 | 4.8 | 0.6 | Barrens | Endemic | Very High | X | | | X |
| recreation/motor and non. | High | Moderate | High | 0 | 5.0 | 4.0 | Shrubland | Endemic | Very High | X | X | | |
| unknown | Insig. | Insig. | Insig. | 10 | 2.2 | 9.0 | Barrens | Endemic | Low | | X | | |
| exotic species | Low | Low | Low | 9 | 7.2 | 10.0 | Cliff and Cyn | Endemic | High | | | | X |
| hydrologic alteration | Moderate | High | Moderate | 2 | 5.9 | 8.4 | Wetland | Endemic | Moderate | X | | | |
| hydrologic alteration/rec. | Moderate | Moderate | Low | 5 | 1.0 | 4.0 | Wetland | Low | High* | X | X | | |
| incompatible grazing | Low | Moderate | Moderate | 6 | 7.3 | 8.0 | Wetland | Low | Moderate* | X | X | | |
| mining | Moderate | Moderate | Low | 5 | 6.6 | 9.5 | Alpine | High | Moderate | X | X | | |
| oil & gas | Moderate | Moderate | High | 2 | 3.6 | 3.7 | Shrubland | Endemic | Moderate | X | X | X | |
| collecting/insect herbivory | Moderate | Moderate | High | 2 | 2.0 | 4.0 | Barrens | Low | Low | | X | | |
| hydrologic alteration | Low | High | Moderate | 6 | 3.6 | 7.7 | Wetland | High | Moderate | X | | | |
| hydrologic alteration | Moderate | Moderate | Moderate | 2 | 4.4 | 5.1 | Wetland | Medium | High | X | | | |
| recreation/hiking | Low | Low | Low | 9 | 6.7 | 9.8 | Cliff and Cyn | Very High | Moderate | X | | | |
| oil & gas | Moderate | Moderate | Moderate | 2 | 4.3 | 1.0 | Barrens | Endemic | Low | X | X | | |
| housing/urban dev. | Moderate | Unknown | Moderate | 8 | 4.4 | 8.2 | Barrens | High | Moderate | X | | | |
| housing/urban dev. | Low | Moderate | High | 6 | 1.3 | 3.2 | Barrens | Endemic | Moderate | X | | | |
| motorized recreation | Moderate | Low | Unknown | 8 | 7.2 | 8.5 | Alpine | Endemic | Low | | X | | |

BLM_0059310

**APPENDIX D** *Natural Heritage Program Methodology to Prioritize Rare Plant Conservation Actions*

**Element Occurrences and their Ranking**

Actual locations of rare plants are referred to as element occurrences. The element occurrence (EO) is the most fundamental unit of conservation interest, and is at the heart of the Natural Heritage Methodology. To prioritize EOs for a given species, an element occurrence rank (EO Rank) is assigned according to the ecological quality of the occurrences whenever sufficient information is available. This ranking system is designed to indicate which occurrences are the healthiest and ecologically the most viable, thus focusing conservation efforts where they will be most successful. The EO Rank is based on three factors:

**1. Size:** a measure of the area or abundance of the plant's occurrence. Takes into account factors such as area of occupancy, population abundance, population density, population fluctuation, and minimum dynamic area (which is the area needed to ensure survival or reestablishment of a plant after natural disturbance). This factor for an occurrence is evaluated relative to other known, and/or presumed viable, examples.

**2. Condition/Quality:** an integrated measure of the composition, structure, and biotic interactions that characterize the plant's occurrence. This includes measures such as reproduction, age structure, biological composition (e.g., the presence of exotic versus native species), and biotic interactions (e.g., levels of competition, predation, and disease).

**3. Landscape Context: an integrated measure of two factors:** (1) the dominant environmental regimes and processes that establish and maintain the plant, and (2) connectivity. Dominant environmental regimes and processes include herbivory, hydrologic and water chemistry regimes (surface and groundwater), geomorphic processes, climatic regimes (temperature and precipitation), fire regimes, and many kinds of natural disturbances. Connectivity includes such factors as a species having access to habitats and resources needed for life-cycle completion, fragmentation of habitat, and the ability of the species to respond to environmental change through dispersal or re-colonization.

Each of these three factors is rated on a scale of A through D, with A representing an excellent viability rank and D representing a poor rank. The ranks for each factor are then averaged to determine an appropriate EO-Rank for the plant's occurrence. If not enough information is available to rank an extant occurrence, a rank of E is assigned. Unverified historical occurrences are noted, and known extirpated occurrences are indicated. EO Ranks and their definitions are summarized as follows in Table 1.

BLM_0059311

**Table 1.** Element Occurrence Ranks and their Definitions.

| | |
|---|---|
| **A** | Excellent viability |
| **B** | Good viability |
| **C** | Fair viability |
| **D** | Poor viability |
| **E** | Extant: the occurrence exists, but not enough information is available to rank |
| **H** | Historical: known from historical record, but not verified for an extended period of time |
| **X** | Extirpated: extinct within the state |

**Potential Conservation Areas**

In order to successfully protect populations or occurrences of rare plant species, it is helpful to delineate Potential Conservation Areas (PCAs). The PCA focuses on capturing the ecological processes that are necessary to support the continued existence of a particular plant occurrence. The PCA may include a single occurrence of a rare plant, or a suite of rare element occurrences of natural heritage significance (e.g., it may also include other significant plants, animals, or plant communities) or other significant features.

The PCA is designed to identify a land area that can provide the habitat and ecological processes upon which a particular EO, or suite of EOs, depends for its continued existence. The best available knowledge about each species' life history is used in conjunction with information about topographic, geomorphic, and hydrologic features; vegetative cover; and current and potential land uses. In developing the boundaries of a PCA, Colorado Natural Heritage Program (CNHP) scientists consider a number of factors that include, but are not limited to:

- Ecological processes necessary to maintain or improve existing conditions;

- Species movement and migration corridors;

- Maintenance of surface water quality within the PCA and the surrounding watershed;

- Maintenance of the hydrologic integrity of the groundwater;

- Land intended to buffer the PCA against future changes in the use of surrounding lands;

- Exclusion or control of invasive exotic species;

- Land necessary for management or monitoring activities.

BLM_0059312

The PCA boundaries have no legal status and are meant to be used for conservation planning purposes. The proposed boundary does not automatically recommend exclusion of all activity. Rather, the boundaries designate ecologically significant areas in which land managers may wish to consider how specific activities or land use changes within or near the PCA affect the natural heritage resources and sensitive species on which the PCA is based. In summary, the boundaries are based on the best estimate of the primary area supporting the long-term survival of targeted species and plant communities. A thorough analysis of the human context and potential stresses would normally be conducted prior to conservation action.

**Off-Site Considerations**

Frequently all necessary ecological processes cannot be contained within a PCA of reasonable size. For example, the threat of ozone depletion if taken to the extreme might expand every PCA to include the entire planet. The PCA boundaries indicate the immediate, and therefore most important, area to be considered for protection. Continued landscape-level conservation efforts that may extend far beyond PCA boundaries are necessary as well. This involves regional efforts in addition to coordination and cooperation with private landowners, neighboring land planners, and tribal, state and federal agencies.

**Ranking of Potential Conservation Areas**

The CNHP uses elements and element occurrence ranks to assess the overall biological diversity significance of a PCA, which may include one or many EOs. Based on these ranks, each PCA is assigned a biological diversity rank (or B-rank). See Table 2 below for a summary of these B-ranks.

To develop a profile of Important Plant Areas (IPAs) for Colorado, we will focus on B1 and B2 PCAs, and may include some B3 PCAs.

BLM_0059313

**Table 2.** Natural Heritage Program Potential Conservation Area Biological Diversity Ranks and their Definitions.

**B1  Outstanding Significance** (indispensable)

Only known occurrence of a species or subspecies/variety

A-ranked occurrence of a G1 species (or at least C-ranked if best available occurrence)

Concentration of A- or B-ranked occurrences of G1 or G2 species (four or more)

**B2  Very High Significance**

B- or C-ranked occurrence of a G1 species

A- or B-ranked occurrence of a G2 species

One of the most outstanding occurrences (at least A- or B-ranked) of a G3 species (e.g., among the five best rangewide)

Concentration of A- or B-ranked G3 species (four or more)

Concentration of C-ranked G2 species (four or more)

**B3  High Significance**

C-ranked occurrence of a G2 species

A- or B-ranked occurrence of a G3 species

D-ranked occurrence of a G1 species (if best available occurrence)

**B4  Moderate Significance**

C-ranked occurrence of a G3 species

A- or B-ranked occurrence of a G4 or G5 & S1 species (or at least C-ranked if it is the only state, national, or ecoregional occurrence)

Concentration of A- or B-ranked occurrences of G4 or G5 & S1 or S2 species (four or more)

D-ranked occurrence of a G2 species

At least C-ranked occurrence of a disjunct G4 or G5 species

Concentration of excellent or good occurrences (A- or B-ranked) of G4 or G5 & S1 species (four or more)

**B5  General or Statewide Significance**

Good or marginal occurrence of G5 & S1 or S2 species

BLM_0059314

**APPENDIX E** *List of Important Plant Areas Recognized by the Colorado Rare Plant Conservation Initiative.*

Important Plant Areas follow the Potential Conservation Areas developed for plants by the Colorado Natural Heritage Program at Colorado State University.  Important Plant Areas are listed in order of biodiversity significance (CNHP B rank) and then by County. For additional information on Potential Conservation Area development and ranking please see Appendix D and www.cnhp.colostate.edu. B1= Outstanding Significance; B2=Very High Significance. For additional information on the B1 sites see Appendix F.

| B Rank | Important Plant Area Name | Counties | | |
|--------|---------------------------|----------|--|--|
| B1 | Mill Creek at Pagosa Springs | ARCHULETA | | |
| B1 | Rabbit Mountain | BOULDER | LARIMER | |
| B1 | Saint Vrain Mountain | BOULDER | | |
| B1 | Castle Gardens | CHAFFEE | | |
| B1 | Droney Gulch | CHAFFEE | | |
| B1 | Plateau Creek | DOLORES | | |
| B1 | Pikes Peak | EL PASO | TELLER | |
| B1 | Rare Plants of the Chalk Barrens | EL PASO | FREMONT | PUEBLO |
| B1 | Mount Callahan | GARFIELD | | |
| B1 | Rare Plants of the Wasatch | GARFIELD | MESA | |
| B1 | Cascade Falls | GRAND | | |
| B1 | Devils Staircase | GRAND | | |
| B1 | Horse Gulch | GRAND | | |
| B1 | Rock Creek | GRAND | | |
| B1 | Troublesome Creek | GRAND | | |
| B1 | South Beaver Creek | GUNNISON | SAGUACHE | |
| B1 | Half Peak | HINSDALE | | |
| B1 | North Park Natural Area | JACKSON | | |
| B1 | North Sand Dunes | JACKSON | | |
| B1 | Hankins Gulch | JEFFERSON | PARK | |
| B1 | Mosquito Range | LAKE | PARK | SUMMIT |
| B1 | Laramie River Valley Shale Outcrops | LARIMER | | |
| B1 | Gateway | MESA | | |
| B1 | Rattlesnake Canyon | MESA | | |
| B1 | Spitzie Draw | MOFFAT | | |
| B1 | Chapin Mesa | MONTEZUMA | | |
| B1 | East Toe South | MONTEZUMA | | |
| B1 | Navajo Wash | MONTEZUMA | | |
| B1 | Dudley Bluffs | RIO BLANCO | | |

BLM_0059315

| B Rank | Important Plant Area Name | Counties | | |
|--------|--------------------------|----------|---|---|
| B1 | Big Gypsum Valley | SAN MIGUEL | | |
| B1 | Dry Creek Basin | SAN MIGUEL | | |
| B1 | Miramonte Reservoir West | SAN MIGUEL | | |
| B2 | Blanca Wetlands | ALAMOSA | | |
| B2 | Spring Creek at Greenie Mountain | ALAMOSA | RIO GRANDE | |
| B2 | Chromo | ARCHULETA | | |
| B2 | East Fork San Juan River | ARCHULETA | | |
| B2 | McCabe Creek | ARCHULETA | | |
| B2 | Pine/Piedra Stock Trail | ARCHULETA | | |
| B2 | Stollsteimer Creek North | ARCHULETA | | |
| B2 | Taylor Canyon at San Juan River | ARCHULETA | | |
| B2 | The Ant Hill | ARCHULETA | HINSDALE | |
| B2 | Turkey Mountain | ARCHULETA | | |
| B2 | Yellowjacket Pass | ARCHULETA | | |
| B2 | Ball Gulch | BOULDER | | |
| B2 | Button Rock | BOULDER | LARIMER | |
| B2 | Central Gulch | BOULDER | | |
| B2 | Coffintop Mountain | BOULDER | | |
| B2 | Colorado Tallgrass Prairie | BOULDER | | |
| B2 | Lykins Gulch | BOULDER | | |
| B2 | North Boulder Grasslands | BOULDER | | |
| B2 | North Saint Vrain | BOULDER | | |
| B2 | South Saint Vrain | BOULDER | | |
| B2 | Springdale | BOULDER | | |
| B2 | Chalk Creek | CHAFFEE | | |
| B2 | County Line | CHAFFEE | FREMONT | |
| B2 | Harrington Gulch | CHAFFEE | | |
| B2 | King Gulch | CHAFFEE | | |
| B2 | Mount Shavano | CHAFFEE | | |
| B2 | Tenderfoot Hill | CHAFFEE | | |
| B2 | Duck Lake | CLEAR CREEK | PARK | |
| B2 | Mount Flora | CLEAR CREEK | GRAND | |
| B2 | Revenue Mountain to Landslide Peak | CLEAR CREEK | PARK | SUMMIT |
| B2 | Lasauses | CONEJOS | COSTILLA | |
| B2 | B50 Road | DELTA | | |
| B2 | Cedaredge | DELTA | | |
| B2 | Hotchkiss Hills | DELTA | | |
| B2 | Huff | DELTA | | |
| B2 | Lawhead Gulch | DELTA | MONTROSE | |
| B2 | Peach Valley | DELTA | | |

BLM_0059316

| B Rank | Important Plant Area Name | Counties | | |
|--------|---------------------------|----------|---|---|
| B2 | Roubideau Creek | DELTA | MONTROSE | |
| B2 | Blackhawk Mountain | DOLORES | | |
| B2 | Navajo Basin | DOLORES | | |
| B2 | Storm Peak | DOLORES | | |
| B2 | Seven Hermits | EAGLE | | |
| B2 | The Crown | EAGLE | GARFIELD | PITKIN |
| B2 | Buffalograss Playas | EL PASO | PUEBLO | |
| B2 | Cascade Creek East | EL PASO | TELLER | |
| B2 | Cheyenne Canyon | EL PASO | TELLER | |
| B2 | Badger Creek Tunnel | FREMONT | | |
| B2 | Cotopaxi | FREMONT | | |
| B2 | Curley Peak | FREMONT | | |
| B2 | Fourmile Creek-Fremont County | FREMONT | | |
| B2 | Garden Park Fossil | FREMONT | | |
| B2 | Grape Creek Water Gap | FREMONT | | |
| B2 | Locke Park | FREMONT | | |
| B2 | McIntyre Hills | FREMONT | | |
| B2 | Royal Gorge | FREMONT | | |
| B2 | 4A Ridge | GARFIELD | RIO BLANCO | |
| B2 | Anvil Points | GARFIELD | | |
| B2 | Anvil Points Rim | GARFIELD | | |
| B2 | Barrel Spring Point | GARFIELD | | |
| B2 | Cow Ridge | GARFIELD | | |
| B2 | Mount Logan Road | GARFIELD | | |
| B2 | Parachute Creek | GARFIELD | | |
| B2 | Glacier Basin | GRAND | LARIMER | |
| B2 | Kremmling | GRAND | | |
| B2 | Red Dirt Creek at Hinman Reservoir | GRAND | | |
| B2 | Cimarron State Wildlife Area | GUNNISON | MONTROSE | |
| B2 | Mount Bellview | GUNNISON | PITKIN | |
| B2 | Taylor Canyon | GUNNISON | | |
| B2 | Taylor Pass | GUNNISON | PITKIN | |
| B2 | Taylor River at Almont | GUNNISON | | |
| B2 | Cave Basin Lakes | HINSDALE | LA PLATA | |
| B2 | Los Pinos River north of Rincon la Osa | HINSDALE | | |
| B2 | North Clear Creek Falls | HINSDALE | MINERAL | |
| B2 | Williams Creek Campground | HINSDALE | | |
| B2 | East Table Breaks | HUERFANO | LAS ANIMAS | |
| B2 | Case Reservoir Bluffs | JACKSON | PARK | |
| B2 | Black Mountain at Aspen Park | JEFFERSON | | |
| B2 | Clear Creek at 6th Avenue | JEFFERSON | | |

BLM_0059317

| B Rank | Important Plant Area Name | Counties | | |
|--------|---------------------------|----------|---|---|
| B2 | Prospect Park | JEFFERSON | | |
| B2 | Rock Outcrop West of Mason Creek | JEFFERSON | | |
| B2 | Dry Fork Kimball Creek | MESA | | |
| B2 | Flat Top Mesa | MESA | | |
| B2 | Fruita and Monument Canyons | MESA | | |
| B2 | Jerry Creek | MESA | | |
| B2 | John Brown Canyon | MESA | | |
| B2 | Sewemup Mesa | MESA | MONTROSE | |
| B2 | Six and Fifty Reservoir | MESA | | |
| B2 | Bellows Creek | MINERAL | | |
| B2 | Deep Creek Uplands West | MINERAL | | |
| B2 | Rat Creek Pond | MINERAL | | |
| B2 | Bill White Spring | MOFFAT | | |
| B2 | Cold Spring Mountain Springs | MOFFAT | | |
| B2 | Irish Canyon | MOFFAT | | |
| B2 | Signature Cave | MOFFAT | | |
| B2 | Sterling Place | MOFFAT | | |
| B2 | Mesa Verde Aqueduct | MONTEZUMA | | |
| B2 | Mesa Verde Entrance | MONTEZUMA | | |
| B2 | Sand Canyon at McElmo | MONTEZUMA | | |
| B2 | Cedar Creek | MONTROSE | | |
| B2 | Cimarron | MONTROSE | | |
| B2 | Colona Mountain | MONTROSE | OURAY | |
| B2 | Coyote Wash | MONTROSE | | |
| B2 | Davis Mesa Slopes | MONTROSE | | |
| B2 | Dolores Canyon-Uravan to Roc Creek | MONTROSE | | |
| B2 | Dry Cedar Creek | MONTROSE | | |
| B2 | East Paradox Creek | MONTROSE | | |
| B2 | Gunnison Gorge South Rim | MONTROSE | | |
| B2 | Hwy 141 and 145 Junction | MONTROSE | | |
| B2 | Landfill Road/Bostwick Park Road | MONTROSE | | |
| B2 | Little Gypsum Valley | MONTROSE | SAN MIGUEL | |
| B2 | Mailbox Park | MONTROSE | | |
| B2 | Naturita Upland | MONTROSE | | |
| B2 | Paradox Valley North | MONTROSE | | |
| B2 | South Canal | MONTROSE | | |
| B2 | Timpas South | OTERO | | |
| B2 | Billy Creek | OURAY | | |
| B2 | Imogene Pass | OURAY | SAN MIGUEL | |
| B2 | Mineral Basin | OURAY | SAN JUAN | SAN MIGUEL |
| B2 | Antero Reservoir | PARK | | |

BLM_0059318

| B Rank | Important Plant Area Name | Counties | |
|--------|---------------------------|----------|---|
| B2 | Beaver Creek at Beaver Ridge | PARK | |
| B2 | East Lost Park | PARK | |
| B2 | Elk Falls | PARK | |
| B2 | Geneva Park | PARK | |
| B2 | Jefferson and Guernsey Creeks | PARK | |
| B2 | Long Gulch at Platte River Mountains | PARK | |
| B2 | Lost Park | PARK | |
| B2 | Middle Fork South Platte River | PARK | |
| B2 | Old Railroad | PARK | |
| B2 | Rogers Unit | PARK | |
| B2 | Sacramento Creek | PARK | |
| B2 | Gift Creek at Hawk | PITKIN | |
| B2 | Greenhorn | PUEBLO | |
| B2 | Ritchie Gulch Upland | PUEBLO | |
| B2 | Calamity Ridge | RIO BLANCO | |
| B2 | Cathedral Bluffs | RIO BLANCO | |
| B2 | Hay Gulch | RIO BLANCO | |
| B2 | Piceance Creek | RIO BLANCO | |
| B2 | Raven Ridge | RIO BLANCO | |
| B2 | Timber Gulch | RIO BLANCO | |
| B2 | Grayback Mountain | RIO GRANDE | |
| B2 | Park Creek at Summit Pass | RIO GRANDE | |
| B2 | Summit Pass | RIO GRANDE | |
| B2 | 660 Road | SAGUACHE | |
| B2 | Antelope Springs | SAGUACHE | |
| B2 | Mishak Lakes | SAGUACHE | |
| B2 | Russell Lakes | SAGUACHE | |
| B2 | Villa Grove | SAGUACHE | |
| B2 | Colorado Trail Lime Creek Headwaters | SAN JUAN | |
| B2 | Crater Lake | SAN JUAN | |
| B2 | Grand Turk South | SAN JUAN | |
| B2 | Highland Mary Lakes | SAN JUAN | |
| B2 | Ice Lake Basin | SAN JUAN | SAN MIGUEL |
| B2 | Lake Como | SAN JUAN | |
| B2 | Rolling Mountain | SAN JUAN | SAN MIGUEL |
| B2 | Snowdon Peak | SAN JUAN | |
| B2 | Stony Pass | SAN JUAN | |
| B2 | Disappointment Valley Northwest | SAN MIGUEL | |
| B2 | Silver Pick Basin | SAN MIGUEL | |
| B2 | Slick Rock | SAN MIGUEL | |
| B2 | Spring Creek Basin | SAN MIGUEL | |

BLM_0059319

**APPENDIX F** *Important Plant Area Descriptions with Outstanding (B1) Biodiversity Significance*

Colorado Important Plant Areas are Potential Conservation Areas (PCAs) for plants identified by the Colorado Natural Heritage Program at Colorado State University (CNHP 2008).

**Big Gypsum Valley**

The site supports two excellent (A ranked) and two good (B ranked) occurrences of the globally critically imperiled (G1/S1) plant, Gypsum Valley cat eye *(Cryptantha gypsophila)*. It also supports extant occurrences of three globally rare and state rare lichens: *Lecanora gypsicola* (G1/S1), *Acarospora nodulosa* var. *nodulosa* (G5T4?/S1), and *Gypsoplaca macrophylla* (G3G4/S1). In addition, there is an excellent (A ranked) occurrence of the state rare (G4/S2) weak stemmed mariposa lily *(Calochortus flexuosus).*

**Cascade Falls**

The Cascade Falls site supports an excellent (A ranked) occurrence of the globally critically imperiled (G1/S1) Weber's monkey flower *(Mimulus gemmiparus).* This narrowly restricted Colorado endemic is known only from higher elevations in and around Rocky Mountain National Park in Colorado and surrounding counties. Weber's monkey flower has evolved a unique reproduction strategy. Its leaf petiole bases are modified to form pockets containing dormant embryonic shoots.

**Castle Gardens**

The globally critically imperiled (G1G2/S1S2) Brandegee wild buckwheat *(Eriogonum brandegeei)* is a Colorado endemic restricted to Chaffee and Fremont counties. This site contains one of the three largest and highest quality occurrences of this species known.

**Chapin Mesa**

This site contains excellent (A ranked) and good (B ranked) occurrences of two globally critically imperiled (G1) plant species: Schmoll's milkvetch *(Astragalus schmolliae)* and Mesa Verde stickseed *(Hackelia gracilenta)*. It also contains excellent, good and extant occurrences of a globally imperiled (G1G2/S1S2) plant species, Cliff Palace milkvetch *(Astragalus deterior),* and several state rare plants.

**Devils Staircase**

This site supports a good (B ranked) occurrence of Weber's monkey flower *(Mimulus gemmiparus)* a globally critically imperiled (G1/S1) plant. Weber's monkey flower has evolved a unique reproduction strategy. Its leaf petiole bases are modified to form pockets containing dormant embryonic shoots. With additional survey on the cliffs above the known occurrence, more individuals are expected, potentially elevating this to an A ranked occurrence.

**Droney Gulch**

One of the most outstanding occurrences (A ranked) of the globally critically imperiled (G1G2/S1S2) Brandegee wild buckwheat *(Eriogonum brandegeei)* occurs within this site. It also contains an excellent to good (AB ranked) occurrence of the globally imperiled (G2/S1) Fendler's townsend daisy *(Townsendia fendleri).* The Brandegee wild buckwheat at Droney Gulch represents the one of the largest and least disturbed known occurrences in the world of this species. Only a handful of occurrences have been documented, all of which are in Fremont and Chaffee counties in Colorado and nowhere else in the world. This site is registered as a State Natural Areas.

BLM_0059320

**Dry Creek Basin**

The site supports one excellent (A ranked) and two good (B ranked) occurrences of the globally critically imperiled (G1G2/S1S2) Gypsum Valley cateye *(Cryptantha gypsophila)*, a poor (D ranked) occurrence of the globally vulnerable (G3/S2) little penstemon *(Penstemon breviculus)*, and an extant occurrence of the state rare (G4/S1) pygmy sagebrush *(Seriphidium pygmaeum)*.

**Dudley Bluffs**

The site supports five excellent (A ranked) and several good (B ranked) occurrences of the globally critically imperiled (G1/S1) Dudley Bluffs bladderpod *(Lesquerella congesta)*. There are also excellent (A ranked), good (B ranked) and fair (C ranked) occurrences of Piceance twinpod *(Physaria obcordata)*, which is globally imperiled (G1G2/S1S2). Both of these species are federally listed as Threatened. In addition, there is one good (B ranked) occurrence of the globally imperiled (G2/S2) Piceance bladderpod *(Lesquerella parviflora)*, which is on the BLM Sensitive Species list, and two good (B ranked) occurrences of the globally vulnerable (G3/S3) many stem stickleaf *(Nuttallia multicaulis)*. There are several extant and historical occurrences of the globally imperiled subspecies (G3G4T2/S2) Fremont's beardtongue *(Penstemon fremontii* var. *glabrescens)* and an extant occurrence of the globally vulnerable (G3/S2) Rollins' cat's eye *(Oreocarya rollinsii)*.

**East Toe South**

This site includes all known occurrences of Sleeping Ute milkvetch *(Astragalus tortipes)*, a narrow endemic that is globally critically imperiled (G1/S1). Both occurrences are in good condition (B ranked). The site also supports excellent (A ranked), good (B ranked) and unranked occurrences of the globally imperiled (G2/S2) Cronquist's milkvetch *(Astragalus cronquistii)*.

**Gateway**

This site supports multiple occurrences of the globally critically imperiled (G1G2) Dolores skeletonplant *(Lygodesmia doloresensis)*, including the best known occurrence of this species. The Dolores skeletonplant is known only from Mesa County. An excellent to good (AB ranked) occurrence of the globally imperiled (G2G3/S1) Fisher Tower milkvetch *(Astragalus piscator)* is also found at this site. The Fisher Tower milkvetch, first described from Grand and San Juan counties in Utah in 1986, has been found in three counties in eastern Utah, and in Mesa County, Colorado. The site also supports the globally imperiled (G2G3/S2) Osterhout cat's eye *(Oreocarya osterhoutii)* and the state imperiled (G4/S2) Utah penstemon *(Penstemon utahensis)*. The globally critically imperiled (G1G2/S1) wild privet community, Forestiera pubescens, occurs along the riparian area of the Dolores River. In Colorado, this association is known only to occur along the Dolores and San Miguel rivers. It is threatened by altered stream flows. Two additional pinon pine associations occur in the uplands. Although the site was not delineated for these species, records of breeding peregrine falcons and black throated sparrows have also been documented as well as the state imperiled longnose leopard lizard.

**Half Peak**

This site contains the only known occurrence of the globally critically imperiled (G1/S1) stonecrop gilia *(Gilia sedifolia)*. This site also contains an unranked occurrence of the state critically imperiled (G4/S1) low fleabane *(Erigeron humilis)*.

**Hankins Gulch**

This site supports an excellent (A ranked) occurrence of a globally critically imperiled (G1/S1) plant species, Weber's monkey flower *(Mimulus gemmiparus)*.

**Horse Gulch**

The Horse Gulch site supports an excellent (A ranked) occurrence of a globally critically imperiled (G1/S1) plant that is a Federally listed Endangered species: Osterhout milkvetch *(Astragalus osterhoutii)*. Osterhout milkvetch is known only from Middle Park/Grand County within the Troublesome and Muddy Creek drainages. Due to its narrow global distribution, this site is irreplaceable. If destroyed, a significant amount of the occupied habitat for Osterhout milkvetch would be lost.

BLM_0059321

**Laramie River Valley Shale Outcrops**

The Laramie River Valley Shale Outcrops site supports excellent (A ranked) and good (B ranked) occurrences of a plant currently identified as the globally critically imperiled (G1/S1) North Park phacelia *(Phacelia formosula)*. The taxonomy of the Phacelia is under investigation by Duane Atwood, BYU, who indicates that the plant is likely either *Phacelia formosula* or a previously undocumented species. Prior to this discovery in 2004, *Phacelia formosula* was known only from North Park, some twenty miles to the southwest and across the Medicine Bow Mountains, where it grows on a different substrate, the sandy North Park Formation. In addition, the site supports a good (B ranked) occurrence of the globally imperiled (G2) Ward's goldenweed *(Oonopsis wardii)*, previously known only in Wyoming. The site also supports excellent and good (A and B ranked) occurrences of dropleaf buckwheat *(Eriogonum exilifolium)*, a globally vulnerable species (G3).

**Mill Creek at Pagosa Springs**

The site supports best known (B ranked) occurrences of the critically imperiled (G1/S1) Pagosa skyrocket *(Ipomopsis polyantha)*. The Pagosa skyrocket is known from only three locations in the world, the best two are in this site and all are in Archuleta County. Fair (C ranked) occurrences of Frosty bladderpod *(Lesquerella pruinosa)*, imperiled (G2/S2) globally, a good (B ranked) and poor (D ranked) occurrence of Pagosa phlox *(Phlox caryophylla)*, vulnerable (G4/S3) in Colorado, two good (B ranked) occurrences of Townsend's Easter daisy *(Townsendia glabella)*, thought to be imperiled globally (G2?/S2?) and two good (B ranked) occurrences of Missouri milkvetch *(Astragalus missouriensis* var. *humistratus)* a state rare (G5T1S1) species all fall within the site.  There is also a good (B ranked) occurrence of the Gunnison prairie dog *(Cynomys gunnisoni)* (G5/S5), declining throughout its range.

**Miramonte Reservoir West**

The site contains one of the two known occurrences (both are B ranked) of a globally critically imperiled (G1/S1) plant, cushion bladderpod *(Physaria pulvinata)*, and a good (B ranked) occurrence of another globally imperiled (G2/S1) plant, Parish's alkali grass *(Puccinellia parishii)*.

**Mosquito Range**

This site supports all the known occurrences in the world for two critically imperiled (G1) plants: Penland alpine fen mustard *(Eutrema penlandii)* and Weber's draba *(Draba weberi)*. The site includes an excellent (A ranked) and several good (B ranked) occurrences of Penland alpine fen mustard (federally listed as a Threatened species) and the only known occurrence in the world of Weber's draba. The Mosquito Range is one of the botanical "hotspots" in Colorado. There are few other areas in the state supporting the number and rarity of plant species found here. Ten globally imperiled (G2) plant species occur within the site including globe gilia *(Ipomopsis globularis)*, a very narrowly restricted species found in this site and nowhere else in the world. Weber saussurea *(Saussurea weberi)* (G2) is known from Summit and Park counties in Colorado, northern Wyoming, and western Montana, but is considered to be rare throughout its range. An additional eight globally vulnerable (G3) plant species occur as well as several state rare species. Many of the globally common (G5) but state rare (S1) species that occur here are disjunct from the arctic, such as Sea pink *(Armeria maritima* ssp. *sibirica)*, which is absent between Alaska/Northern Territories and Colorado and then occurs in a few alpine sites in our state. The Polixenes arctic butterfly is also known from this area as well as several globally and/or state imperiled plant communities. The lynx and wolverine are known from historical records.

**Mount Callahan**

This site contains five rare plant species which occur on the shale barrens of the Parachute Creek Member of the Green River Formation, which contains some of the largest oil reserves in the United States. This area has a high concentration of endemic plants. Of most concern is the critically imperiled (G1/S1) Parachute penstemon *(Penstemon debilis)*, which was described in 1986, and is restricted to the Parachute Creek Member, the Mahogany Zone. There are only five known sites for this species, all in Garfield County. The two excellent (A ranked) occurrences in this site are the best in the world. Roan Cliffs blazing star *(Mentzelia rhizomata)* is restricted to an area of about 30 square miles on Green River shale on

BLM_0059322

the Roan Plateau in Garfield County. Two occurrences of Utah fescue *(Argillochloa dasyclada)* occur, including one in good condition (B ranked). Utah fescue is restricted to Colorado and Utah. Of the occurrences known in Colorado, roughly 70% are in Rio Blanco County. The rest are in Garfield County except for one occurrence in Mesa County. The sun loving meadowrue *(Thalictrum heliophilum)* grows on sparsely vegetated, steep shale talus slopes of the Green River Formation. It is restricted to Garfield, Mesa and Rio Blanco counties in Colorado, with 36 known occurrences and approximately 130,000 individuals. Three high quality plant communities also occur nearby.

**Navajo Wash**

This site includes every known occurrence in Colorado for one globally rare plant species, and all but one occurrence of another globally rare plant species. Both are known only from a small area on the Colorado New Mexico border.  Mancos milkvetch *(Astragalus humillimus)* is globally critically imperiled (G1/S1) and Mesa Verde cactus *(Sclerocactus mesae verdae)* is globally imperiled (G2/S2).

**North Park Natural Area**

The site includes two excellent (A ranked) occurrences of the globally critically imperiled (G1/S1) North Park phacelia *(Phacelia formosula)*. All the best known occurrences of North Park phacelia in North Park are included within the site; only a historically known, a fair (C ranked), and a poor (D ranked) occurrence are not included. There are an estimated 8,000 individuals of North Park phacelia documented for this species range wide, with that figure fluctuating annually depending on precipitation. In 2004, a phacelia appearing to be the same as North Park phacelia was collected in the Laramie River Valley in Larimer County. Investigations are underway to determine if this is a range extension for this federally listed endangered species.

**North Sand Dunes**

This site supports the only known occurrence of the globally imperiled (G1?/S1) boat shaped bugseed *(Corispermum navicula)*.

**Pikes Peak**

This site includes all known occurrences for the globally critically imperiled (G1/S1) Pikes Peak parsley *(Oreoxis humilis)*. Two of these occurrences are in excellent (A ranked) condition. The site also supports good (B ranked) occurrences of the Rocky Mountain columbine *(Aquilegia saximontana)*, a Colorado endemic known from approximately 30 locations. Excellent (A ranked) occurrences of the globally imperiled (G2/S2) James' telesonix *(Telesonix jamesii)* have been documented. *Telesonix jamesii* is known only from Rocky Mountain National Park south to Pikes Peak in Colorado. Excellent (A ranked) and good (B ranked) occurrences of the state rare (G4?/S1) alpine bluebells *(Mertensia alpina)* also occur, documented solely from Pikes Peak in the state. Other globally rare alpine species such as alpine poppy *(Papaver kluanense)* and the clawless draba *(Draba exunguiculata)* are known from the area.

**Plateau Creek**

The site supports a good (B ranked) occurrence of a plant that is globally critically imperiled (G1/S1), cushion bladderpod *(Physaria pulvinata)*. This species is only known from two occurrences in the world, both ranked B.

**Rabbit Mountain**

This site merits an outstanding biodiversity significance rank due to its concentration of globally rare communities and plants in excellent and good condition. Rare plants include excellent (A ranked) and fair (C ranked) occurrences of the globally imperiled (G2G3/S2S3) Bell's twinpod *(Physaria bellii)*, a good (B ranked) occurrence of the globally vulnerable (G3/S2) wavy leaf stickleaf *(Nuttallia sinuata)*, and the state imperiled (G5/S1) forktip three awn *(Aristida basiramea)*. Significant plant communities include two excellent to good (AB ranked) occurrences of a globally imperiled (G1G2/S1S2) Hesperostipa comata Great Plains mixed grass prairie, an excellent (A ranked) and a good to fair (BC ranked) occurrence of the globally imperiled (G2/S2) *Pinus ponderosa / Cercocarpus montanus / Andropogon gerardii*

BLM_0059323

foothills ponderosa pine scrub woodland, a good (B ranked) occurrence of a globally imperiled (G2G3/S2S3) *Cercocarpus montanus  Rhus trilobata / Andropogon gerardii* shrubland, an excellent to good (AB ranked) occurrence of the globally imperiled (G2G3/S2S3) *Cercocarpus montanus / Hesperostipa neomexicana* foothills shrubland, a fair (C ranked) occurrence of the globally imperiled (G2G3/S2S3) hackberry community, *Celtis laevigata var. reticulata / Pseudoroegneria spicata,* a fair (C ranked) occurrence of the globally imperiled (G2/S2) *Cercocarpus montanus / Hesperostipa comata* mixed foothills shrubland and excellent (A ranked) and good (B ranked) occurrences of the vulnerable (G3/S3) *Hesperostipa neomexicana* Great Plains mixed grass prairie. Black tailed prairie dog *(Cynomys ludovicianus),* a state rare (G4/S3) mammal, also occurs.

**Rare Plants of the Chalk Barrens**

This site is a botanical hotspot and contains excellent (A ranked) and good (B ranked) occurrences of six globally imperiled (G2/S2) plant species: round leaf four o'clock *(Oxybaphus rotundifolius),* golden blazing star *(Nuttallia chrysantha),* Pueblo goldenweed *(Oonopsis puebloensis),* Rocky Mountain bladderpod *(Lesquerella calcicola),* Arkansas Valley evening primrose *(Oenothera harringtonii)* and Fendler's townsend daisy *(Townsendia fendleri).* The site also contains excellent (A ranked) occurrences of the globally vulnerable (G3/S3) Barneby's fever few *(Bolophyta tetraneuris),* good (B ranked) occurrences of dwarf milkweed *(Asclepias uncialis spp. uncialis)* and excellent (A ranked) occurrences of frankenia / Indian ricegrass *(Frankenia jamesii / Achnatherum hymenoides)* communities (GU) and the common one seeded juniper / New Mexico feathergrass *(Juniperus monosperma / Hesperostipa neomexicana)* woodlands. High concentrations of rare plants merit an outstanding biodiversity significance rank.

**Rare Plants of the Wasatch**

This site is a botanical hotspot and contains almost the entire known population of the globally imperiled Debeque milkvetch *(Astragalus debequaeus)* (G2/S2) and Debeque phacelia *(Phacelia submutica)* (G4T2/S2). The only other known locations for these two species are within the Anvil Points site located about 15 miles to the northeast. This site contains several excellent (A ranked) and good (B ranked) occurrences of *Astragalus debequaeus* and several good (B ranked) occurrences of *Phacelia submutica.* Five additional rare plants are known within the site including the globally vulnerable (G3/S3) Uinta Basin hookless cactus *(Sclerocactus glaucus),* a species federally listed as Threatened. Also included are Rocky Mountain thistle *(Cirsium perplexans)* (G2/S2), Naturita milkvetch *(Astragalus naturitensis)* (G2G3/S2S3), Wetherill milkvetch *(Astragalus wetherillii)* (G3/S3), and long flowered cat's eye *(Cryptantha longiflora)* (G3/S3). This concentration of globally rare plants is exceptional and warrants the B1 site rank.

**Rattlesnake Canyon**

The site supports an excellent (A ranked) occurrence of critically imperiled (G1/S1) Canyonlands lomatium *(Aletes latilobus).* It is the largest known occurrence of this species in Colorado.

**Rock Creek**

The Rock Creek site supports an excellent (A ranked) occurrence of a globally critically imperiled (G1/S1) plant that is a Federally Listed Endangered species: Osterhout milkvetch *(Astragalus osterhoutii).* Additionally, an excellent (A ranked) occurrence of the globally vulnerable (G3/S1) dog parsley *(Aletes nuttallii),* was discovered here. This site is irreplaceable. If destroyed, a significant amount of the occupied habitat for Osterhout milkvetch will be lost.

**Saint Vrain Mountain**

The site supports an excellent (A ranked) occurrence of the globally critically imperiled (G1/S1) Weber's monkey flower *(Mimulus gemmiparus)* and an unranked occurrence of the globally vulnerable (G3/S3) Rocky Mountain columbine *(Aquilegia saximontana).*

BLM_0059324

**South Beaver Creek**

All known populations of the skiff milkvetch *(Astragalus microcymbus)*, a globally critically imperiled (G1/S1) plant, are within the site. Two excellent (A ranked) occurrences are present. The other occurrences are in fair to poor condition.

**Spitzie Draw**

This site contains an excellent (A ranked) occurrence of a plant species which is critically imperiled on a global scale (G1/S1), Gibben's beardtongue *(Penstemon gibbensii)*. This site also contains a good (B ranked) occurrence of a plant community which is imperiled on a global scale (G2/S2), *Rhus trilobata*, and a historical occurrence of a fish species, Colorado pikeminnow, which is critically imperiled (G1/S1) on a global scale.

**Troublesome Creek**

The Troublesome Creek site supports excellent and good (A and B ranked) occurrences of two globally critically imperiled (G1/S1) plants that are federally Endangered: Penland beardtongue *(Penstemon penlandii)* and Kremmling milkvetch *(Astragalus osterhoutii)*. One of the world's largest populations of milkvetch is found here. A larger population lies northwest of Kremmling on BLM land, however it was partially destroyed by the creation of the Wolford Mountain Reservoir. This site also includes all known occurrences for Penland beardtongue. Additionally, an excellent (A ranked) occurrence of dog parsley *(Aletes nuttallii)*, a globally vulnerable (G3/S1) species. A regional endemic, the Middle Park populations are at the southern extension of its range.

BLM_0059325

**APPENDIX G** *Conservation Action Planning Methodology*

The Rare Plant Conservation Initiative (RPCI) followed The Nature Conservancy's methodology for developing Conservation Action Plans (CAPs) for five Priority Action Areas supporting a number of imperiled plants. The purpose of these plans is to identify strategies for conserving targeted species, communities, and/or ecosystems, based on an assessment of their viability and threats. This planning method, used with partners around the globe, emphasizes an adaptive management process to develop and implement Conservation Action Plans at multiple scales.  Through a collaborative and a science-based approach, teams complete the following steps:

- Select key features of biodiversity (i.e., targets, such as a globally imperiled plant species and ecological systems) within each area and assess their viability or integrity;

- Identify the conditions or activities that are significantly impacting or may impact the species and systems of concern (and rank them to concentrate actions where they are most needed);

- Develop strategies with partners for reducing impacts in the conservation areas and restoring viability to degraded species and systems of concern; and

- Develop the measures of success that will be used to understand whether the conservation strategies are having the desired outcome or moving toward effective conservation and provide insight on what changes may be needed.

The RPCI team modified this process to complete the CAPs for the Priority Action Areas (the team chose to develop "rapid" CAPs, a streamlined version, due to time constraints).  The process will still yield the most urgently needed and most effective strategies, however, detailed action steps and measures may be lacking in some cases.  The rare plant CAPs that resulted from this process are adaptable over time and use the measures of progress and success to stimulate continued thinking and changing approaches to conservation.

The CAP Framework is widely used both within and outside The Nature Conservancy to design conservation strategies and develop measures of strategy effectiveness and conservation status. The table below gives examples for each of these S's.

Through broad application, The Nature Conservancy has found that using the CAP Framework for conservation action planning yields objective information on species status, degree of threats, and progress toward conservation success.  Such objective information, when available, empowers a range of stakeholders to constructively discuss, interact, and consider alternative ways of acting to conserve natural systems.

BLM_0059326

**Steps in the Conservation Action Planning Framework**

| "S" Step | Purpose | Example |
| --- | --- | --- |
| 1. Systems | To identify and select representative "targets" of the ecological systems, communities, and species in the area. This selection considers the viability (size, condition, and landscape context) of each target and the overall biodiversity health of the area. | System: Montane Riparian Forests<br>Community: Narrowleaf Cottonwood/red osier dogwood riparian forest<br>Species: Colorado River cutthroat Trout |
| 2. Stresses | To identify and rank the major impairments to the viability of each target that are currently occurring or that are expected to occur within the next 10 years. | Decreased flow and increased water temperature |
| 3. Sources | To identify and rank the factors that are directly causing the stresses now, or that are expected to cause stress in the next 10 years. | Water diversions |
| 4. Strategies | To identify and rank opportunities to reduce or eliminate the key stresses that are lowering or may lower the viability of the targets. | Decrease the amount of diversions in key stretches during critical periods |
| 5. Success | To identify measures and monitoring strategies for evaluating whether conservation efforts are maintaining or enhancing the viability of the targets. | Measure water temperatures<br><br>Monitor trout population size |

Within this framework, the importance of the measures step should not be underestimated. It is critical to understand if conservation strategies are having their intended impact. If they are not, the conservation targets may be at increasing risk. As a result, the efficiency and effectiveness of the strategies would then be low. Conversely, if a strategy is succeeding brilliantly, then its lessons should be exported to other applications in order to advance conservation success as a whole.

These issues are of critical interest to practitioners implementing the strategies, their managers, their organizations, and the stakeholders and donors that support and rely on them.

**Additional Online Information:**

http://conserveonline.org/workspaces/cbdgateway/cbdmain/cap/resources/

The latest version of the CAP/5S Workbook, used to document the process can be downloaded at this site; click on CAP Excel tool.

An overview of the CAP Framework for planning can be downloaded at this site; click on CAP Basic Practice.

The User Manual for the CAP/5S Workbook can be downloaded at this site; click on handbook.

BLM_0059327



*North Park phacelia* © *Frank Weston*

BLM_0059328

*Plants have too long been hidden in plain sight. The prospect of continued threats to the nation's plant life, coupled with the large proportion of the flora already at risk, argues that now is the time to bring plants out from the background, and to put the conservation needs of our nation's flora squarely into view.* -Stein and Gravuer, NatureServe, 2008

Printed on recycled paper.






Colorado Rare Plant Conservation Initiative
*Saving Colorado Wildflowers*

BLM_0059329



# What Matters Most to the Future of the North Fork Valley

## A White Paper

Due to both internal and external factors, the local economy and culture of the North Fork Valley are changing. Citizens in the valley are speaking out, sharing their ideas, and seeking pro-active solutions so that the future changes will reflect what matters most to the people who live here and honor the history and story of place. At their foundation, these solutions focus on preserving the quality of life that results from protecting the rural and natural lands and water, maintaining the small town feel and sense of community, creating a steady economy, protecting freedom & independence while upholding personal responsibility, and honoring the traditions and heritage of the Towns and valley while looking to the future.

NORTH FORK HEART & SOUL PROJECT
P.O. BOX 571 HOTCHKISS, CO 81419
WWW.NORTHFORKHEARTSOUL.COM   970-355-0514

BLM_0059330



**What Matters Most to the Future of the North Fork Valley - A White Paper**

Prepared by Alexis Halbert for the North Fork Heart & Soul Project with support by the Orton Family Foundation

February 2014



BLM_0059331




**GROWING A HEALTHY AND PROSPEROUS COMMUNITY**

## Table of Contents

Introduction ........................................................................... 5

A Changing Economic, Social and Environmental
Landscape ............................................................................. 6

Organized Efforts to Face Challenges ............................... 7

What Matters Most and Shared Values ............................ 8

    *Rural and Natural Environment* .................................... 9
    *Small Town Feel and Sense of Community* ................. 11
    *Steady Economy* .......................................................... 13
    *Freedom, Independence and Personal Responsibility* ... 16
    *Traditions and Heritage* ............................................. 18

We Take Care of Our Own - Ideas and Actions ............. 19

    *Project Partnerships* ................................................... 20

North Fork Heart & Soul Project Conclusions .............. 23

Appendix A: Mini-Grant Awards .................................... 25





What Matters Most to the Future of the North Fork Valley - A White Paper
The North Fork Heart & Soul Project - February 2014

BLM_0059332

# Forward

In 2010, a small group of citizens concerned about the future of the North Fork Valley began organizing community conversations to spark residents to think about the future of their home. Word was out that the local coal mines might be ending their operations in less than ten years. Traditional agriculture and ranching were struggling. More retirees and "second-homers" were moving to the valley. Young people were moving out. Previously the area, like many Western towns experienced the "bust" portion of boom and bust cycles. The citizens' group did not want that to happen again.

Under the name "Vision 2020", this group hosted larger community meetings to specifically explore what the North Fork Valley economy could look like if it built off its strengths by the year 2020. The group was then awarded a community development grant by the Orton Family Foundation to continue exploring these questions, and since early 2012, the North Fork Heart & Soul Project Team has been reaching out to the North Fork community.

In the first round, we heard directly from over 1,300 residents of Hotchkiss, Paonia and Crawford. We talked with folks at festivals, in churches, at local meetings and on the street. We paid attention to words, pictures and videos from our Community Advisory Team, KVNF's Pass the Mic collaboration, Slice of the Pie community focus groups, written comments on Lovett or Leave It beverage coasters, through personal interviews, art events, through the Hotchkiss Downtown Improvement process, through student surveys and many other ways. Thousands of comments were recorded, read and collated, and many ideas surfaced as to what is needed for the valley to prosper going into the future.

This white paper shares the solutions of local citizens to the challenges they see and perceive for the future, as well as ideas gleaned from the work the Orton Family Foundation (the developers of the Heart & Soul model) to support rural communities across the Untied States. It is meant to spur action in ways understood by the community itself, and provides information and opportunities for local leadership to continue engaging the public in civic matters to weave the very fabric of the valley's future.

On Behalf of the North Fork Heart & Soul Project,

Alexis Halbert                          Elaine Brett

Project Coordinator                   Project Advisor

What Matters Most to the Future of the North Fork Valley - A White Paper
The North Fork Heart & Soul Project - February 2014

BLM_0059333

  

# Introduction

The North Fork Valley is filled with people who take pride in taking care of themselves, their neighbors, and the larger community. The fierce spirit of the West and of independence is alive and well. It is reflected in the lines carved in people's faces and hands as they work the land to grow food and livestock feed, mine for coal, and raise animals for food. It can be found in the predominant "git 'er done" work ethic, the abundance of artists and entrepreneurs, tight social and religious networks, committed volunteerism and the diverse lifestyles of the people who call the North Fork Valley home.

> *"When a community takes the time to get to know itself, it gains a sense of identity and purpose that informs decisions and planning."*
>
> Lyman Orton, Founder, Orton Family Foundation

Growing changes in the valley's population and the anticipation of a changing local economy have engaged this "do-it-yourself" attitude. A growing number of citizens in the valley are sharing their ideas and seeking pro-active solutions to the changes they are seeing. People want a future that reflects what matters most to them, and to the history and heritage of this place.

Planning for the future can be difficult, especially when changes are already happening and there are a diversity of needs, desires and visions for the future to consider. While there are many things that can pull a community apart, there are also underlying shared things of value that can pull a community together.

After spending two years talking to thousands of people in the North Fork, the Heart & Soul project has gathered and organized the statements of what matters most to the community, *in its own words.* The following pages document these words, ideas, questions and concerns about the future. The five value statements reflect a broader and shared understanding of what matters most to the future. The actions and recommendations on how to protect, grow and preserve these values are numerous. While some ideas are aligned on how to move forward, some are opposed.

As the old saying goes, "The map is not the territory". The Heart & Soul Project has explored a lot of territory over the last two years, collaborating with ongoing community efforts and supporting the development of many new initiatives. Moving forward, our communities have the opportunity to dig deeper and further explore critical issues and dynamics. We can use the values to frame important conversations and move beyond current territories where polarity inhibits respectful dialogue and action. A new civic frontier awaits.

What Matters Most to the Future of the North Fork Valley - A White Paper
The North Fork Heart & Soul Project - February 2014

5

BLM_0059334

# A Changing Economic, Social and Environmental Landscape

External and internal influences are in line to directly affect the economy of the North Fork Valley, potentially in both positive and negative ways.  Many of these trends influencing the valley are national or even global in nature, the result of changes in natural resource supplies and demand or shifts in employment trends. Many understand the need to begin talking about the economic transitions in our area, as the already occurring and future shift in coal mining jobs, along with an aging population, make the area vulnerable to further economic upset. Taking stock of our assets, and looking at overall economic trends in the county, region and the "West" can inform our local leaders and businesses how to stay ahead of the curve.

## Trends influencing the North Fork Valley include:

- **Changes in extraction industries** (oil & gas development, a potential new coal mine, the closing of existing coal mines)
- **Market demand** for local (Western Slope) agricultural products
- **Migration** of "boomer" population to rural areas
- **General technology and infrastructure** upgrades needed
- **Overall national trends in loss of rural communities** as jobs and youth migrate to urban areas

> **"The West's diverse industry mix is increasingly important to the region's future economic growth and resilience."**
>
> *West's Economy Outperforming the Rest of the United States,* Headwaters Economics, 2013

## Additional planning challenges for the valley and individual towns include:

- **Diversity (cultural and social) in population** creates challenges for shared vision of the future, as well as internal conflict between communities
- **Lack of planning processes, education and resources** can create conflict between "planning to protect way of life" and the "effect of land use regulations or guidelines on personal freedom/land use"
- **North Fork Valley contains three distinct towns** and a majority of the population lives outside of town boundaries, under the jurisdiction of the county
- **Current Delta County Master Plan** was devised in the 1990's
- **Perception that "things can and should remain the same"** and that there is no need for pro-active action

What Matters Most to the Future of the North Fork Valley - A White Paper
The North Fork Heart & Soul Project - February 2014

6

BLM_0059335

In addition, challenges exist in the nature of our small, rural statutory towns and county governments:

- **Residents question the representation** by county commissioners since the election process is countywide, not by county district.
- **Mayors and town council members** in the North Fork Valley are essentially volunteer positions
- **The same small group of people** cycle in and out of local leadership positions
- **A small pool of leadership volunteers** limits diversity in leadership and encourages long term volunteer burn-out
- **A small youth population** limits youth representation in leadership

## Organized Efforts to Address Trends and Challenges Include Citizen Initiatives to Engage Public and Gather Ideas for Action

Recognizing the need to engage the larger public in addressing local trends and challenges, a citizen group named "Vision 2020" began public conversations about what the economy could look like in the year 2020. These conversations focused on how to develop existing areas of strength and how to further grow a diversified economy. After participating in the Region 10 Governor's Bottom Up Economic Development initiative, North Fork Valley residents saw the need for greater stakeholder involvement to realize possible planning and development opportunities.



The Vision 2020 group applied for the Heart & Soul grant through the Orton Family Foundation in hopes of finding a solution to address the valley's greatest challenge: translating our different values to bring together a politically and ideologically diverse community to create common ground, language and a shared vision for the future.

> "What holds people together long enough to discover their power as citizens is their common inhabiting of a single place."
> - Daniel Kemmis

What Matters Most to the Future of the North Fork Valley - A White Paper
The North Fork Heart & Soul Project - February 2014

7

BLM_0059336



The North Fork Heart & Soul Project collected stories, interviews, and surveys both in person and online with individuals and groups over the course of two years on "what matters most" to the future of the North Fork Valley. Demographics of those who participated reflected the make up of the county in areas of age, occupation, income and years spent in the valley. Results of the data collection were verified through online and written surveys. Infographs, like the one below, kept citizens informed of project progress.

## Processing the Thousands of Community Member Comments:

**Over the course of six months, the thousands of comments were distilled into five primary statements or "values" about what matters most to the future of the valley. These statements were then verified through written and online surveys and meetings.**

**Comments included "ideas for the future" and were incorporated into a "vision statement" for each value.**

**Value sub-statements (listed beneath the value statements in a numerical list in the following pages) reflect the more specific details of what each "value" represents to the diversity of people who live in the valley.**

What Matters Most to the Future of the North Fork Valley - A White Paper
The North Fork Heart & Soul Project - February 2014

8

BLM_0059337

# Rural and Natural Environment

**We value our rural and natural environment that has an abundance of resources and opportunities for healthy living, quality food, work, recreation and connection to the land.**

**Summary:** We value and respect the rural and natural environment. This includes the open landscape and abundance of wildlife and wild and cultivated land that enables people to live independently; the historical mineral extraction industries that are a deep part of local culture; and the farmers, ranchers, and builders who have worked hard to cultivate the land and build and manage our water ditches and reservoirs. We believe that the high quality of our natural environment, including the quality of our food, clean air, water and soil, is unique and deserves special consideration in use and management. We recognize it is important to maintain this high quality environment for current and future generations.

1. **We value access to the natural resources of the environment, which includes the accessibility to public lands for recreation, hunting, fishing and personal/spiritual renewal and the historical affordability of private land where we live, raise our families, and where much of our quality food comes from.**

2. **We value the wealth of resources in our environment that currently contribute to our primary economic sectors, such as coal mining, ranching, farming, and value-added agricultural products.**

3. **We value the water resources, which are important for human consumption, agriculture, wildlife habitat, and recreation and are key to the long-term viability of our communities.**

4. **We value a rural lifestyle and the natural beauty in the North Fork Valley, which includes the open space, vistas, dark night skies, a peaceful and relaxing environment, and the opportunity to explore and have adventures on our public lands.**

5. **We value the quality of our environment and many strive to manage and steward our natural resources locally and responsibly.**

6. **We recognize the value of our natural resources, including new local energy resources like coal bed methane, and our abundance of renewable resources such as biomass, hydropower, solar and wind energy.**

BLM_0059338