### Cliffs and Inner Canyon ROA

The cliffs and inner canyon ROA represents the core of what is the Black Canyon of the Gunnison. Wallace Hansen wrote of the characteristics of the canyon, "*no other canyon in North America combines the depth, narrowness, sheerness, and somber countenance of the Black Canyon of the Gunnison.*" The dark walls of the canyon, composed of metamorphic rocks of gneiss and schist, helped inspire its name.

Small groves and individual trees and shrubs cling tenaciously to nooks and ledges, while finns and dikes of granitic rock add interest and contrast to otherwise foreboding walls. Islands of rock, long-ago separated from the primary canyon walls, stand like sentries above the Gunnison River.

The river makes its presence known on a continuing basis, evident by the constant sights and sounds as it churns and roars above, around, and below boulders, some the size of small houses.

Unlike at the cliff top, access here is extremely difficult. The highest vertical cliff in Colorado, at 2,280 feet, lies beneath Serpent Point. This portion of the Painted Wall, along with the Chasm Wall just upstream, presents challenges to world-class rock climbers. The East

Portal Road, an exception to the above, winds among the cliff edges as a reminder of the development and delivery of water to a thirsty Uncompahgre Valley. The road was instrumental in supporting the construction of the Gunnison Tunnel and later Crystal Dam, both upstream of the monument boundary.

#### *Highlights of Exceptional Resources*

Resources of special significance that occur within the cliffs and inner canyon ROA include:

- Fauna—eyries of the endangered peregrine falcon and bald eagle are protected among the sheer cliffs.

- Flora—The Black Canyon gilia, a rare plant of the region, is known to grow among the vertical cracks of Precambrian metamorphic rock. Seeps and small hanging gardens cling to walls above the river. Relict plant communities are protected on and among islands of rock within the confines of the inner canyon.

- Recreational opportunities—world-class technical rock climbing is popular during the late spring and early fall—wilderness adventure and solitude.

- Cultural resources—the Gunnison Tunnel, just upstream of the monument boundary, is listed as a National Engineering Landmark. The importance of the tunnel leading to water development and settlement of the Uncompahgre Valley cannot be overstated.

35

BLM_0059479



Painted Wall Overlook, Black Canyon of the Gunnison National Monument
© David Halpern

BLM_0059480

### The Way In ROA

This ROA consists primarily of the inner canyon access routes. Some of these routes are specially identified and recommended to those visitors wishing to hike to the river and include such graphic names as SOB Draw and Slide Draw. Most of these routes are really scrambles down very steep tributaries, and all require visitors to be in excellent physical condition and have a sense of adventure. There are other drainages that are not identified or recommended, but are possible ways to reach the river. Some of these may require technical climbing skills and some climbing equipment to negotiate safely. Loose rock and scree are common on most routes.

Vegetation along the routes is quite a bit different than found in the cliff top ROA, and differs from North Rim to South Rim. Douglas fir and a few aspen prefer the shadier and moister environments found along the South Rim routes, but box elder, Gamble oak, and poison ivy are also regularly encountered here and along the

North Rim routes. Vegetation generally provides good shade, especially in the upper reaches of the route. Most routes lack running water (except Red Rock Canyon).

Opportunities for solitude and isolation are generally available, especially on some of the lesser used routes. Quiet is the rule, except for the sound of the river, which is regularly heard (and seen) along the hike in. For whatever reason folks are hiking to the river, they are usually focused on one thing—getting there.



Kneeling Camel Overlook, Black Canyon of the Gunnison National Monument
© David Halpern

37

BLM_0059481

The level of difficulty is high due to the steepness of the routes and the presence of boulders and loose rock, which at times must be negotiated. Rescue activities for the monument are generally concentrated in this ROA, because hikers that become fatigued or injured will sometimes require assistance.



Below SOB Draw, Black Canyon of the Gunnison National Monument
© David Halpern

38

BLM_0059482

### *Highlights of Exceptional Resources*

Resources of special significance that occur within the way in ROA include:

- Wildlife viewing opportunities—especially chipmunk, squirrel, birdlife, and occasional mule deer.

- Recreational opportunities—visitors who wish to challenge their hiking abilities and those seeking additional adventure will select this zone. Opportunities for solitude and quiet abound. Excellent photo points are available to those who wish to seek them out.

- Scale—those that use the way in can truly get a sense of the place through the challenges offered by the canyon. The average descent on most routes is 1,800 feet—to sense one's human frailty within the immensity of the canyon is truly a humbling experience.

### The River ROA

If the cliffs and inner canyon ROA constitutes the core of the monument, the river ROA is its heart and soul. The river brings life to the inner canyon—over the millennia it has provided power and cutting materials needed to carve out the gorge; it serves as an agent to replenish and cleanse aquatic systems and supports a variety of riparian plant and animal life; it is also what makes the inner canyon such a special place to visit.

Historic flows varied from a late summer trickle to spring floods in excess of 25,000 cfs (cubic feet per second). Construction of three upstream dams—the Aspinall Unit—altered flows to achieve objectives of water storage, flood control, recreation, and hydroelectric power.

Streamside environments are frequently lush with riparian vegetation. Because the river is fed through penstocks near the base of Crystal Dam, water temperatures remain cold year around. Small aquatic creatures thrive in the streambed. These and other insects form a base for the food chain that supports a Gold Medal trout fishery. Seasonal flow variations enhance the riverine environment, cleansing streambed soils and maintaining river channels that might otherwise be choked by a variety of sediments and erosional debris.

The river is inviting to the human spirit. The roar of the river as it descends along its average gradient of 95 feet per mile soothes the soul. For some, it presents the challenge of catching trophy-sized rainbow or German brown trout using a light-weight rod and a hand-tied fly. Others are challenged by the river's extremes, choosing the kayak as the vehicle to propel themselves through and along its wild turbulence.

### *Highlights of Exceptional Resources*

Resources of special significance that occur within the river ROA include:

- Flora and fauna—river otter, ringtail cat, a variety of birdlife, and a variety of aquatic life including a Gold Medal trout fishery.

- Water resources—the Gunnison River is the major tributary to the Colorado River within Colorado and contains endangered fish downstream as well as a superb trout fishery.

- Recreational opportunities—although river flows and riverside topography can greatly limit inner canyon hiking, hiking and camping do occur in this area. Wilderness solitude is a part of this experience. Fishing, and to a lesser extent, kayaking, are popular activities.

- Wild and scenic—the Gunnison within and downstream of the monument is eligible for Wild and Scenic River designation due to the outstanding natural values found here.

39

BLM_0059483



water

*resource opportunity areas*

Gunnison River Canyon (includes water)

inner canyon (includes water)

Blue Mesa (includes water)

lake arms (includes water)

riparian riverine (includes water)

canyon rim

# Resource
# Opportunity Areas

## Curecanti National Recreation Area

United States Department of the Interior
National Park Service

616 | 80,068
6-96 | RMSO

BLM_0059484



Blue Mesa Lake, Curecanti National Recreation Area
*Lisa Lynch*

## *Curecanti National Recreation Area*

### Resource Opportunity Areas

Resource opportunity areas (ROAs) are geographic delineations of national recreation area components that contain similarities of character and resource values. Although there may be some characteristics shared among ROAs, other characteristics will be unique to one ROA. The six ROAs identified within Curecanti National Recreation Area are:

- Gunnison River Canyon
- Riparian Riverine
- Blue Mesa
- Lake Arms

- The Inner Canyon
- Canyon Rim

### Riparian Riverine ROA

This ROA comprises the primary wetland and riverine environment found within Curecanti National Recreation Area. Within this area, the free-flowing Gunnison River cuts and meanders, demonstrating the forces of nature as it has for a millennium across this floodplain. The area is easily accessible to all visitors because a variety of trails provide access. Picnic facilities and rest rooms are available at the Cooper Ranch and Neversink day use areas. The vegetation is associated with riparian and meadow environments and includes

41

BLM_0059485

cottonwoods, some more than 100 years old.

This ROA serves as a corridor between the Gunnison River Canyon and the entrance to Blue Mesa Reservoir. This linkage is important for several species of wildlife and the environment is significantly different than that surrounding Blue Mesa.

*Highlights of Superlative Resources*

Resources of special significance that occur within the riparian riverine ROA include:



Slough at Neversink  Curecanti National Recreation Area

- Wildlife viewing opportunities—rich in a variety of species including bald eagle, moose, river otter, mule deer, great blue heron, and a variety of birds.

- Recreational opportunities—less physically demanding trails that provide significant panoramic views, opportunities to explore away from the highway, and superlative opportunities for trout fishing.

- Cultural resources—areas within this zone have been identified as being seasonally used by American Indians both during historic and prehistoric times.

- Rural Colorado landscape—the area is a reminder of the agricultural use that occurred in this area prior to the creation of Curecanti National Recreation Area.



Lake City Bridge, Curecanti National Recreation Area

42

BLM_0059486

### Gunnison River Canyon ROA

The Gunnison River Canyon ROA is that segment within the National Recreation Area that provides the visitor with a transition between the riparian riverine and Blue Mesa ROAs. Here U.S. Highway 50 winds its way through the canyon cut by the Gunnison River where it once flowed freely and unimpounded through this reach. For most of the year, the Gunnison River still flows through this ROA. However, during July and August, Blue Mesa Reservoir reaches its peak elevation and this free-flowing stretch of river becomes a flat body of water, accessible by boat to recreationalists enjoying Blue Mesa. Although adjacent to the highway, the canyon walls provide sharp contrast to the rolling high desert and flat mesas that are more characteristic of Blue Mesa. Excellent fishing opportunities are provided here where Beaver Creek enters the Gunnison River.

Development consists of a picnic area at Beaver Creek and a pullout at Wilson's Landing. Views are primarily confined to the river canyon itself up to the point where Steuben Creek enters the canyon at the junction of U.S. Highway 50 and Colorado Highway 149.

### *Highlights of Superlative Resources*

Resources of special significance that occur within the Gunnison River Canyon ROA include:

- Wildlife viewing opportunities—including mule deer, bald and golden eagles, great blue heron, and numerous species of waterfowl.

- Recreational opportunities—including fishing from both the shore and water, birding, and for those willing to exert some effort, rock climbing routes are frequently used in this area. Winter activities include ice fishing and ice skating. Some float trips (rafts, canoes and kayaks) continue past Riverway and takeout in the Gunnison River Canyon.

- Interpretive opportunities—provided through panel displays at Beaver Creek.

### Blue Mesa ROA

The Blue Mesa ROA provides the visitor with some of the most premier flatwater recreational opportunities in the United States. Here U.S. Highway 50 winds its way along the shores of Blue Mesa for approximately 22 miles. Blue Mesa Dam, which lies at the westernmost point of the reservoir, is an earthen structure that impounds the water of Blue Mesa Reservoir. The Blue Mesa ROA is the area most visitors experience while visiting Curecanti National Recreation Area. The area provides some of the best Kokanee salmon fishing in the United States as well as excellent opportunities for sailboarding, waterskiing, and sight-seeing.

The vastness of the high desert landscape, high plateaus, and mesas unfolds and the visitor can sense the immense amount of open space that surrounds them. Numerous tributaries that provide the visitor with outstanding opportunities for fishing and hiking flow into Blue Mesa. The Dillon Pinnacles, one of the most outstanding geologic features in the recreation area, rise up from the lakeshore and provide visitors with one of the most breathtaking vistas in the region.

This ROA also includes the bulk of the development that has occurred within the national recreation area. Major visitor support facilities that include visitor centers, developed campgrounds, marinas, and park administrative and

43

BLM_0059487

housing facilities are all found here. It is important to remember that developments serve as means to provide basic visitor services and to maintain the area.

### *Highlights of Superlative Resources*

Resources of special significance that occur within the Blue Mesa ROA include:

- Wildlife viewing opportunities—including mule deer, elk, bighorn sheep, bald and golden eagles, sage grouse, great blue heron, and numerous species of waterfowl.

- Recreational opportunities—including fishing from both the shore and water and ice fishing in winter—birding, waterskiing, sailboarding, hiking, and camping in the summer—ice skating, cross country skiing, snowshoeing, and snowmobiling in the winter.

- Interpretive opportunities are provided through evening programs, environmental education in indoor and outdoor classrooms as well as slide programs, panel displays, and hands-on displays in visitor centers.

- Cultural resources—areas in this zone contain the Curecanti National Archeological District.



Willow Creek, Curecanti National Recreation Area

44

BLM_0059488

### The Lake Arms ROA

The lake arms ROA contains areas within the national recreation area on Blue Mesa Reservoir that offer the visitor a recreational opportunity that seems more serene and uncrowded than that of the main body of Blue Mesa. Here, most of the drainages that previously flowed to the Gunnison River now terminate in arms such as Soap Creek, Cebolla, and Lake Fork. The visitor is more in touch with the surrounding landscape and geology because of the narrowness of these lake arms. This area provides the visitor the opportunity to escape the oftentimes crowded main body of Blue Mesa and enjoy the vistas and resources in a less crowded setting. Unmatched vistas sweeping up into the West Elk Wilderness and the narrow, canyon-like environment of the Lake Fork are afforded the visitor who takes the time to enjoy these areas of Blue Mesa. Some cultural resources can also be reached via the lake arms that provide the visitor with the opportunity to experience the pioneer history that is much a part of this landscape.

Mixed vegetative cover provides biological diversity for the area and includes wetlands and riparian communities along the river and its tributaries, mosaics of mountain scrub and high desert sagebrush along the lakeshore and surrounding mesas, and mixed stands of Douglas fir and aspen amid the canyons and along the rim.

As development along ridgelines would be evident from Blue Mesa, this ROA is extremely sensitive in terms of protecting the natural and primitive views still possible from the reservoir. Current development is minimal and includes only closed primitive roads, limited fencing, and activities that occur on some private lands adjacent to the park boundary.

### *Highlights of Superlative Resources*

Resources of special significance that occur within the lake arms ROA include:

- Wildlife viewing opportunities—especially larger mammals, including mule deer, elk, pronghorn, moose, and bighorn sheep.

- Recreational opportunities—for those willing to exert some effort (but less than required for inner canyon hiking), some of the most spectacular distant and panoramic views are available from Blue Mesa.

- Interpretive opportunities—understanding the values and concepts of ecosystem management and the importance of maintaining unimpaired vistas and viewsheds.



Soda Creek Arm, Curecanti National Recreation Area
*Lisa Lynch*

45

BLM_0059489

- Colorado landscape—the panoramic views enhance the understanding and appreciation of the vastness of the surrounding landscape that comprises much of western Colorado.



Tour Boat on Morrow Point Lake, Curecanti National Recreation Area
*Joanie Budzileni*

## The Inner Canyon ROA

The inner canyon ROA is the area least used to experience the superlative recreational, natural, and cultural resources of Curecanti National Recreation Area.   The area offers the visitor who seeks to spend some time and expend some effort one of the most uncrowded and remote settings in the national recreation area.

For the most part, there is no road access into the inner canyon.  The exceptions occur at East Portal and Cimarron.  In order to experience the majority of the inner canyon, visitors must hike to destination points within the canyon.  Other alternatives include hiking the Pine Creek Trail and the old railroad grade below Blue Mesa Dam and taking the guided boat tour on Morrow Point Reservoir or portaging boat and gear down trails at Morrow Point and Crystal.

Although the dams and reservoirs themselves tell an important story of water development in the West, the remoteness of the setting provides the visitor with one of the most primitive opportunities in the national recreation area.

### *Highlights of Superlative Resources*

Resources of special significance that occur within the inner canyon ROA include:

- Wildlife viewing opportunities— these include mule deer, bear, and soaring birds of prey.

- Recreational opportunities—include hiking, camping, fishing, and sight-seeing.

- Interpretive opportunities—boat tours and interpretive panels that explain the natural resources of the area and water development in the West.

- Cultural resources—glimpses of railroading history and water development in the West are provided.

46

BLM_0059490

### The Canyon Rim ROA

The canyon rim ROA is the area most visitors use to experience the views into Morrow Point and Crystal Reservoirs. It is also the only exposure many visitors have to the geologic wonder of the Black Canyon of the Gunnison. The canyon rim ROA provides visitors with views of two of the three dams that now impound the Gunnison River. The vistas along the canyon rim provide visitors with spectacular views of the San Juan Mountains to the south and the Grand Mesa area to the west.

Much of the canyon rim ROA is adjacent to Highways 50 on the south and 92 to the north. Much of the area is bordered by private land that blocks access, however, a few trails along the rim and into the canyon are available. Although there are opportunities for cross-country travel, visitors need to be aware of landownership and respect the rights of landowners (property lines are not always well marked).

Visible from the canyon rim ROA above Morrow Point Reservoir is a representative community of the different environments found just below the rim, including mixed stands of aspen and Douglas fir as well as one of the only accessible stands of pinyon juniper visible from the north rim.

*Highlights of Superlative Resources*

Resources of special significance that occur within the canyon rim ROA include:

- Wildlife viewing opportunities—especially chipmunk, squirrel, marmot, mule deer, swifts, swallows, and soaring birds of prey.

- Recreational opportunities—this is the primary sight-seeing zone of the canyon rim and inner canyon, offering some of the easiest access to view the canyon. Excellent photo points along short, easy trails are readily available. This is also where visitors began to explore the idea of inner canyon travel.

- Interpretive opportunities—several seasonal ranger walks and snowshoe tours.



Soap Creek Road, Curecanti National Recreation Area
*Lisa Lynch*

47

# MANAGEMENT PRESCRIPTIONS

*Management prescriptions denote how blocks of land within the park will be managed in the future.* These are strategic in nature and are established through the general management planning process. They set a *broad framework* for the human use of parklands, providing for a variety of visitor experiences, *ever mindful of the Service's commitment to preserve parklands for future generations.*

Management prescriptions (known as prescriptions) are common to all alternatives and provide direction for specific areas of land within a park. Prescriptions articulate management for an area of land considering visitor experience, access, natural resources, cultural resources, facilities, and maintenance. Prescriptions combined in different ways identify the alternatives and are shown on each alternative's map as well as being described in the text.

Each alternative represents a different theme for management and is based on the purpose, significance, and management objectives outlined in the park's statement for management. The prescriptions consider the capability of lands used to support identified uses as described within each resource opportunity area. They provide a framework for further site-specific planning and management decisions on the use and the protection of resources. Prescriptions have been tailored for use in Curecanti NRA and Black Canyon NM.

The prescription concept includes four land-based (primitive, semi-primitive nonmotorized, motorized rural, and developed), three water-based (semi-primitive free-flowing flatwater, semi-primitive flatwater, and flatwater), and two special (scenic easements and protected resource area) management prescription areas. The following table summarizes *land-based prescriptions* based on setting, experience, and activities.

48

BLM_0059492

# Table 1. Land-Based Prescriptions

| | **Setting** | **Experience** | **Activities** |
|---|---|---|---|
| *PRIMITIVE*  | • Natura- appearing landscape<br>• Encounters with others are infrequent<br>• No facilities unless required to protect resources<br>• No motorized access | • Isolation from sights & sounds of man<br>• Feeling of closeness with nature<br>• Opportunity to experience solitude, tranquility, & quiet<br>• High degree of challenge, self reliance, & risk<br>• Knowledge & use of outdoor survival & wilderness skills<br>• Infrequent encounters with humans | • Primitive camping<br>• Fishing<br>• Nature observation<br>• Hiking<br>• Climbing<br>• Kayaking |
| *SEMI PRIMITIVE*  | • Predominantly natural-appearing landscape<br>• More frequent encounters with others than in primitive setting<br>• Evidence of facilities that blend with surroundings may be present<br>• Evidence of human occupation | • Predominantly isolated from sights & sounds of man<br>• Opportunity to experience solitude, tranquility, & quiet<br>• Interaction with nature predominates<br>• Knowledge & use of outdoor recreation, survival, & wilderness skills<br>• Occasional encounters with other humans | • Semi-primitive camping<br>• Fishing<br>• Nature observation<br>• Hiking |
| *MOTORIZED RURAL*  | • Predominantly natural-appearing landscape with small-scale modifications<br>• Encounters with others & vehicles are expected<br>• Service facilities present<br>• Evidence of human occupation | • Limited opportunity to experience solitude, tranquility, & quiet<br>• Knowledge & use of outdoor survival & wilderness skills is not essential<br>• Encounters with other humans & vehicles expected | • Semi-primitive camping from boats & vehicles<br>• Fishing<br>• Nature observation<br>• Hiking<br>• Interpretive activities |
| *DEVELOPED*  | • Predominantly modified landscape with facilities to provide for major visitor services in a substantially modified environment with a natural-appearing backdrop<br>• Constant encounters with others & vehicles<br>• Area shows definite signs of human occupation<br>• Motorized access | • Sights & sounds of man are dominant<br>• Limited opportunity to experience solitude, tranquility, & quiet<br>• No knowledge & use of outdoor survival & wilderness skills necessary<br>• Near constant encounters with other humans & vehicles | • Developed camping<br>• Park tours<br>• Interpretive activities<br>• Bus tours/recreation<br>• Vehicles<br>• Fishing |

49

BLM_0059493

## Land-Based Prescriptions

Specific guidance for each area is described using the following six categories: visitor experience, access, natural resource management, cultural resource management, facilities, and maintenance.

### *Primitive*

Management provides wilderness experiences. Challenge and adventure for visitors are high and are in an environment free of human influence and alteration. Natural processes and conditions would be perpetuated. The setting is composed of an unaltered natural landscape. Encounters with other people are infrequent, and there are no facilities present unless essential to protect resources or provide for visitor safety and well-being. There is no motorized access.

*Visitor Experience*. The primitive area provides abundant opportunities to experience the backcountry wilderness in solitude. It is reserved for hiking, fishing, nature observation, climbing, kayaking, and primitive camping. Off-site interpretation and education are stressed.

Generally visitors are isolated from human sights and sounds. Visitors can experience a feeling of closeness with nature and there is the opportunity to experience solitude, tranquillity, and quiet because encounters with others are few. A high degree of challenge, self-reliance, and risk is prevalent for visitors to this area, and knowledge and use of outdoor survival and wilderness skills are highly recommended.

Evidence of recreational use is generally not readily apparent except along trails, access routes, and backcountry campsites. Resource manipulation is kept to a minimum, but some resource management actions may be required to reduce the impacts of visitor use. A limited number of interpretive exhibits or signs may be needed to meet objectives of protecting the resource. Rules and regulations are explained to visitors before they enter the wilderness.

Management helps to ensure an experience in an untrammeled, primeval environment. Evidence of other visitors is also small, and there is a sense of being immersed in a natural landscape, without comforts and conveniences. Visitors commit to a high level of time and energy.

*Access*. Access is difficult. The area within designated wilderness is roadless, and visitors may travel cross country or on low-standard trails that provide connections over ridge lines, to the canyon rim and to the river. Discovery and adventure are the order of the day.

Public access is by foot, except for trails also designated for horseback use. Within the wilderness, aircraft use is only permitted for emergencies and necessary administrative functions. Aircraft and vehicle use within the primitive prescription area but outside of wilderness is limited to emergencies and administrative functions.

*Natural Resource Management*. The natural environment is preserved to the maximum extent possible while accommodating low-density backcountry use. Naturally occurring species are maintained or reestablished, and

50

BLM_0059494

populations of sensitive species are protected and augmented. The introduction of nonnative species is prevented to the extent possible, and attempts are made to eliminate introduced species before they became established. The NPS maintains close control over resource-damaging activities.

Monitoring is carried out regularly, and mitigating measures (revegetation, species augmentation, and reintroduction of extirpated species) is done as needed. Uses are controlled or dispersed if necessary to protect resources. A backcountry permit system is implemented if resources or solitude is threatened.

*Cultural Resource Management.* Cultural resources selected to illustrate interpretive themes and those listed on or eligible for listing on the National Register of Historic Places would receive stabilization. A cultural resource management plan would be prepared to guide management decisions and address the treatment of individual sites. Coordination and consultation with the State Historic Preservation Officer would be part of the process.

*Facilities.* No developments are allowed, and there are only minimum modifications to the natural environment. Rustic signs, cairns, and primitive trails may be present. No facilities are present in this zone. Additional facilities are provided only if they are essential to protect resources. Designated camping may be required in some areas to protect resources, but no developed campsites are allowed.

*Maintenance.* Maintenance activities serve to protect resources and restore

areas disturbed by human activities. There is no recurring maintenance. Power tools are not allowed unless the superintendent determines that such tools are necessary to respond to a life- or resource-threatening emergency.

### *Semi-Primitive Nonmotorized*

Management accommodates visitors wishing to experience each park's superlative natural and cultural resources by foot or horse. Inter-party and NPS contacts are less frequent than those in developed or rural motorized prescriptions and opportunities for solitude are less limited in this area than in others. Contacts are less frequent during midweek and off-season periods, when opportunities for solitude and seclusion would be greater.

The landscape setting appears predominantly natural, although evidence of facilities that blend with surroundings may be present. Encounters with other people are occasional and there is some evidence of human use. There is no motorized access.

Challenge ranges from low to high according to visitors' abilities. Moderate to extensive resource management activity is required to mitigate impacts associated with visitor use levels. Naturalness would be emphasized, but some human alterations and intrusions would be evident.

*Visitor Experience.* This area brings the visitor in direct contact with many of the park's natural and cultural resources. The natural character of the semi-primitive nonmotorized area is maintained while providing interpretation and trail and cross-country access for large numbers of visitors. This area

51

provides a sense of being immersed in a natural landscape and feels somewhat distant from most comforts and conveniences. The only facilities present are unpaved trails and rustic camping facilities.

A variety of on-site interpretive media is used to present the primary park themes and provide orientation and information. Interpretation and information are provided by rangers within Black Canyon. A permit system could be implemented for camping and use in both trailed and cross-country areas.

*Curecanti Only*. Hunting and trapping are allowed, but are regulated by state law and special NPS directives.

*Access*. Access ranges from easy to difficult. This area is roadless, although some dirt road remnants exist. Access is by low- to high-standard trails or no trails.

Public access is limited to foot traffic or horse. No bicycles or motorized vehicles are permitted. Aircraft use is allowed only in emergency situations. Horse use is confined to designated trails.

*Black Canyon Only*. Horse traffic is prohibited on the South Rim and allowed on designated trails on the North Rim.

*Natural Resource Management*. The natural environment along and away from the trail corridor is maintained to the extent possible with resource manipulation kept to a minimum. Emphasis is placed on minimizing human impacts on sensitive environments, habitats, and species. Unavoidable human impacts within Curecanti would be confined to resistant and less-sensitive environments, avoiding such areas as

wetlands, riparian, and highly scenic areas where vistas and viewsheds could be impaired. Unavoidable human impacts within Black Canyon would be confined to resistant and less-sensitive environments, avoiding areas identified as highly scenic environments. Management would reduce or minimize the impacts of nonrecreational uses. Resources and uses would be carefully monitored, and if impairment occurred, mitigating actions such as temporary closures, revegetation, or restrictions on uses would be implemented as required.

*Cultural Resource Management*. Resources or sites that are designated as part of the Curecanti National Archeological District would be accessible to the extent that no degradation to sites occurred. Other resources or sites that are designated as outstanding cultural features might be restored. Sites could be stabilized or restored to protect the integrity of the resource. Other features designated as outstanding cultural features or listed or eligible for listing on the National Register of Historic Places could be stabilized or restored. To guide management decisions for resources in this area, a cultural resource management plan (CRMP) would be prepared to address treatment of individual sites. Coordination with appropriate NPS staff and the State Historic Preservation Officer would be part of the process.

*Facilities*. Only limited development is provided—major facilities would not be allowed. The primary development would be day use trail systems (low- to high- standard) leading to destination areas or points of special interest and rustic campgrounds. Campground

52

BLM_0059496

facilities could include fire grates, picnic tables, and vault toilets.

*Maintenance.* Activities include maintaining trails, campgrounds, and interpretive facilities, and resource protection. Hardening of sites could occur as well as the restoration of areas disturbed by human activity. Facilities to provide for the convenience of visitors and their safety would be maintained to lesser standards than those found in the developed area of the park.

### Motorized Rural

Management provides for vehicle access along unpaved roads, which gives a sense of remoteness. Although the area is predominantly natural, sights and sounds of human activity are occasionally encountered. This prescription provides a vehicular alternative to the highly structured experiences in the developed area and the backcountry. It also provides access to water and boating experiences in the semi-primitive motorized flatwater, semi-primitive nonmotorized, flatwater, and free-flowing flatwater areas. The types of visitor activities to be accommodated include but are not limited to camping opportunities, wayside interpretive exhibits, interpretation along trails, and access to hiking trails. Opportunities for more solitude than experienced in the developed areas could be expected except on peak season weekends. Human interaction and contacts with NPS staff could be moderately frequent during these times and infrequent during the off season. Visitor challenge would be low due to the presence of roads and motorized vehicles. A moderate amount of resource manipulation would be

required to mitigate impacts associated with moderate human use levels. Natural conditions would be maintained as much as possible, however, some human intervention and alteration would be evident along roads, at trailheads, and in camping areas. Support facilities such as picnic tables, fire grates, vault toilets, and contact stations may be provided.

*Visitor Experience.* There would be a sense of remoteness and seclusion, but not of isolation and seclusion from human activity. Visitors would be able to reach undeveloped areas of the park from unpaved roads and stay overnight in rustic campsites. For those who are unable to access more semi-primitive areas of the park, this area would provide an alternative and allow a rural experience without the degree of difficulty found in the semi-primitive areas.

A limited amount of interpretation and education is provided. It is designed to supplement the low-profile signs and interpretive exhibit panels placed in selected locations to provide information, offer limited interpretation of park themes, ensure protection of park resources, and provide for visitor safety.

*Access.* Access is moderately difficult. No paved roads would be provided and all access would be on gravel surfaced roads. Trails for hiking could originate from this area. Short interpretive trails could allow visitors to discover areas of special interest. Access for physically challenged visitors could be provided in selected areas to provide an opportunity for these visitors to experience representative park settings.

*Natural Resource Management.* The natural character of lands is preserved to

53

BLM_0059497

the extent possible while accommodating moderate visitor use levels. Any apparent effects of visitor use would be mitigated, and disturbed areas that caused significant visual impairment would be restored. The cumulative effects associated with unacceptable levels of visitor use at campsites or in other areas of visitor concentration could be mitigated or prevented by ensuring appropriate levels of visitor use.

*Cultural Resource Management*. Cultural resources identified to illustrate interpretive themes and those listed or eligible for listing on the National Register of Historic Places or nominated and placed within the Curecanti National Archeological District could receive moderate stabilization. To guide management decisions for resources, a separate cultural resource management plan (CRMP) would be prepared, which would address treatment of individual sites. Coordination and consultation with the State Historic Preservation Officer would be part of the process in developing the CRMP.

*Facilities*. Only limited development would be provided and few major structures or facilities would be present. Gravel roads, rustic campgrounds, interpretive panels and information signs, unpaved boat-launching facilities, and trailheads are examples of appropriate facilities for this prescription area.

Fire grates, picnic tables, vault toilets, and water could be provided, but no electricity or sewer connections would be available. Size restrictions could be placed on RVs and trailer-campers.

*Maintenance*. Activities could include maintaining roads and facilities (cleaning,

painting, repair, pumpout, etc.), hardening sites, providing for visitor convenience and comfort, protecting resources, and restoring areas disturbed by human activity.

### Developed

This management prescription includes all major park development required to serve visitors and meet the needs of management. It encompasses areas where park development and/or intensive use substantially alter the natural environment or the setting of historically significant resources. This is an area where major visitor facilities, including commercial service facilities, provide an experience that is facility dependent (e.g., campgrounds, visitor centers, marinas). The sights and sounds of boats, vehicles, and people predominate as does the experience that is tied to traffic along the major road corridors of the park.

This area would accommodate the highest levels of use in the park. Visitor activities would be fairly structured and directed and involve little challenge. Support services and facilities could be extensive. Visitor contacts and contacts with NPS and concession personnel could be frequent in this area, especially during peak visitor periods. Contacts could be less frequent during the off-peak season but might still be common compared with other management areas. There could be little or no opportunity for solitude. Relatively intensive resource management activity may be required to mitigate impacts associated with high levels of visitor use and development. Although natural processes would be perpetuated wherever possible, a high degree of perturbation and human

54

intrusion to the natural environment could continue to be evident.

*Visitor Experience*. This area provides for the primary experience of most visitors, introducing them to many of the park's significant resources and presenting the primary park interpretive themes. Exhibits, films and live presentations, and publications distributed at visitor centers and contact stations would be used to convey an understanding of each park and their natural and cultural resources. Interpretive trails and guided ranger tours would also be used in this area. Other orientation information would assist visitors in planning their stay in the park or region. Campgrounds would be managed under a paid permit system during the peak season.

*Access*. Access would be easy. This area could contain both surfaced and unsurfaced roads, and all roads could be accessed by two-wheel-drive vehicles. Pedestrian access along low- to high-standard trails could allow for visitor access to a variety of environments. Hardened trails could be provided in areas around visitor centers and in other areas of high use identified to give visitors an overview and better familiarity with park resources. Barrier-free design is provided in selected areas to permit visitors with physical impairments to experience representative park settings.

*Natural Resource Management*. The natural character of lands within this area is maintained to the greatest extent possible while accommodating high levels of use. Wherever possible and appropriate, previously disturbed areas would be used for new or expanded areas of development. New facilities would be

designed and located to blend naturally with the environment and would use principles developed for sustainable resource design.

Vista site modifications may be used to improve views in this area. Visitors would be confined or directed to hardened sites, overlooks, boat ramps, and trails to confine and limit resource impacts. Significant soil and vegetation impacts occurring near high use sites could be mitigated through periodic closures, the use of natural materials to more clearly define use corridors, and increased enforcement techniques. Only native species would be used for revegetation. Landscaping with native species and natural materials, mowing (where appropriate), and selective removal and/or pruning of trees may also be done where appropriate or to enhance visitor safety.

*Cultural Resource Management*. Resources or sites designated as significant cultural features or nominated to the National Register of Historic Places or included in the Curecanti National Archeological District will be preserved or restored depending on the degree of importance to the visitor's understanding of the purpose of the park or settlement and use of the region. All archeological sites would be protected from degradation.

*Facilities*. Major developments are confined to this area. Existing and potential modifications might include visitor centers, surfaced parking lots, boat-launching facilities, transportation systems, limited service and campgrounds, maintenance facilities, administrative facilities, residential areas, water storage and sewage treatment

55

BLM_0059499

facilities as well as various other support facilities.

*Maintenance*. Maintenance activities could involve maintaining existing facilities (cleaning, painting, crack sealing, chip and sealing, striping, etc.), hardening sites, landscaping, providing for visitor convenience and comfort, protecting resources, irrigating, and restoring areas disturbed by human activities. Roads, buildings, signs, walks, interpretive displays, landscaping, and other facilities would be maintained on a regular basis. Power tools could be used for routine maintenance activities, and heavy equipment could be used for road and utility system repairs, development, and maintenance.

This concludes the section for land-based prescriptions. Table 2 summarizes water-based prescriptions based on setting, experience, and activities.

56

BLM_0059500

## Table 2. Water-Based Prescriptions

| | Setting | Experience | Activities |
|---|---|---|---|
| ***SEMI-PRIMITIVE FREE-FLOWING FLATWATER***  | • Predominantly natural- appearing landscape<br>• Occasional encounters with other watercraft<br>• Evidence of unobtrusive shoreline support facilities for boating & camping<br>• No service facilities<br>• Shoreline may show some evidence of human occupation<br>• No motorized access to the water from the shoreline | • Predominantly isolated from human sights & sounds<br>• Opportunity to experience solitude, tranquility, & quiet<br>• Interaction with nature predominates<br>• Knowledge & use of outdoor recreation survival & wilderness skills<br>• Occasional encounters with other humans or watercraft | • Semi-primitive camping<br>• Small watercraft<br>• Fishing<br>• Nature observation<br>• Hiking |
| ***SEMI-PRIMITIVE FLATWATER***  | • Predominantly natural-appearing landscape with small-scale modifications<br>• Shoreline service facilities for motorized boating<br>• Frequent encounters with other watercraft<br>• Evidence of human occupation on shoreline<br>• Shoreline accessible by motorized land vehicles | • Limited opportunity to experience solitude, tranquility, & quiet<br>• Knowledge & use of outdoor survival skills is not essential<br>• Frequent encounters with other humans or watercraft | • Semi-primitive camping from boats & vehicles<br>• Park tours<br>• Fishing<br>• Nature observation<br>• Hiking<br>• Watercraft<br>• Sailing |
| ***FLATWATER***  | • Predominantly modified landscape with facilities to provide for major visitor services in a substantially modified environment with a natural appearing backdrop<br>• Constant encounters with other watercraft<br>• Shoreline evidence of human occupation<br>• Shoreline accessible by motorized land vehicles | • Sights & sounds of humans are dominant<br>• Limited opportunity to experience solitude, tranquility, & quiet<br>• No knowledge & use of outdoor survival & wilderness skills necessary<br>• Near constant encounters with other humans & watercraft | • Designated camping<br>• Park tours<br>• Interpretive activities<br>• Bus tours/ recreation vehicles<br>• Swimming<br>• Fishing<br>• Watercraft<br>• Sailing<br>• Windsurfing<br>• Waterskiing<br>• Scuba diving |

BLM_0059501

**Water-Based Prescriptions**

Specific guidance for each area is described using the following six categories: visitor experience, access, natural resource management, cultural resource management, facilities, and maintenance. These three prescriptions apply only to Curecanti NRA.

### *Semi-Primitive Free-Flowing Flatwater*

Management accommodates visitors wishing to experience the park's recreational, natural, and cultural resources along the free-flowing portions of the Gunnison and Lake Fork of the Gunnison Rivers. Interparty and NPS contacts are less frequent than in developed, motorized rural, or flatwater areas of the park. The area is primarily natural, however, there is evidence of development and the sites and sounds of people. The types of visitor activities accommodated include motorized and nonmotorized boating and fishing from boat or wading. Visitor challenge would range from low to high depending on the season and area of use. During periods of peak runoff, the recreational challenge could be high for short periods. Natural conditions would be maintained as much as possible, but some human alterations could be visible from the water. Support facilities would be limited and would be focused on boat put-in or take-out points only.

*Visitor Experience*. There would be a sense of remoteness, but not of isolation and solitude from human activity. The area is day use only and the only facilities provided would be at put-in or take-out locations. Opportunities to view wildlife would be good, especially in those areas not adjacent to development.

*Access*. Access is easy. Places to launch and retrieve watercraft are not paved, but all are accessible to two-wheel-drive vehicles.

*Natural Resource Management*. The natural environment along the river corridors is maintained to the extent possible. Resource use would be carefully monitored and use could be temporarily zoned to avoid conflicts with endangered species. Water quality would be monitored to ensure no degradation occurs from recreational use.

*Facilities*. Development would be adjacent to the area and would be designed to facilitate access and minimize impacts to the resource.

*Maintenance*. Activities would be limited to maintaining or improving existing facilities and restoring areas adjacent to the area disturbed by human activities or facilities.

### *Semi-Primitive Flatwater*

Management accommodates visitors wishing to experience the park's superlative recreational resources and natural and cultural resources by boat on the surfaces of Morrow Point and Crystal Reservoirs. Interparty and NPS contacts are less frequent than those experienced in developed or motorized rural areas, but more frequent than in semi-primitive nonmotorized areas. Opportunities for solitude are less limited than in developed or motorized rural areas of the park and are enhanced during mid-week or off-season periods when reservoir access is still possible. Challenges range from low to moderate depending on visitors' abilities. Naturalness of the environment would be emphasized,

58

however, human alterations would be evident.

*Visitor Experience*.  This area brings visitors into direct contact with many of the parks superlative recreational resources and natural and cultural resources.  The natural character of semi-primitive motorized flatwater areas is maintained while providing for interpretation  and trail access for large numbers of visitors.

The area provides a sense of being immersed in a natural landscape, and feels somewhat distant from most comforts and conveniences.  To experience this area, visitors must commit to spending some time and physical exertion.  The only facilities present are unpaved trails and boat docks.

A variety of on-site interpretive media could be used, including boat tours to present the primary park themes.  A permit system  could be implemented to maintain the semi-primitive character of the area and size restrictions on both watercraft and motors could be implemented to reduce impacts to visitors and resources.  Special regulations pertaining to fishing could be developed and implemented in cooperation with the Colorado Division of Wildlife (CDOW) in order to protect fisheries.

*Access*.  Access ranges from easy to difficult.  The area is entirely roadless, with access by trail.

Public access is limited to foot traffic and motorized and nonmotorized watercraft.  No bicycles or vehicles are permitted.  Aircraft could be used in emergency situations.

*Natural Resource Management*.  The natural environment along trail corridors is maintained to the extent possible, minimizing human impacts on sensitive environments, habitats, and species.  Water quality in this area would be regularly monitored to ensure that no degradation or impairment occurs that could affect species management or resources within or outside the park.  Management would minimize the impacts of nonrecreational resources.  Resources and uses would be carefully monitored and if impairment was detected, mitigating actions such as closure or restricted use in certain areas would be implemented as required.

*Facilities*.  Only limited development is provided.  Boat docks and vault toilets could be provided.  Trail systems ranging from low- to high-standard would be provided that lead to destination or launching points.

*Maintenance*.  Activities include maintaining trails, boat docks, and interpretive facilities, providing for visitor comfort, protecting resources, and restoring areas disturbed by human activity.  This could be accomplished through the use of a variety of motorized and nonmotorized equipment.

### *Flatwater*

This management prescription includes the surface area of Blue Mesa Reservoir.  It encompasses an area of the park where intensive use precludes (for the most part) the visitor from experiencing the sights and sounds of the natural environment without intrusion.  The sights and sounds of boats, vehicles, and other people predominate, and the experience includes

59

BLM_0059503

activities tied to boating on Blue Mesa Reservoir.

This area would accommodate the highest levels of use and visitor density in the park. Visitor activities are centered around flatwater recreation, with fishing being the primary focus of use. Contacts with other parties, NPS, and CDOW staff would be frequent, especially during the peak summer season. There would be little or no opportunity for solitude. Relatively intensive aquatic resource management might be required to mitigate impacts associated with high levels of visitor use and development. Although natural processes would be perpetuated, major alterations and human intrusions would continue to be evident.

*Visitor Experience*. This area provides the primary experience for the majority of park visitors. Flatwater activities include fishing, sailing, waterskiing, sailboarding, and sight-seeing in the summer—ice fishing, ice skating, and snowmobiling in the winter. There is limited opportunity for remoteness or seclusion, however, lake arms during certain periods would provide for fewer contacts with other groups. Rustic boat-in campsites, accessible only from Blue Mesa, provide the visitor with a more remote/rustic camping experience than campsites accessible by vehicle. For those unable to access the semi-primitive flatwater areas, this alternative provides a similar experience without the degree of difficulty.

Visitor contacts by park rangers and interpreters are designed to provide safety information and information on park resources as well as ensure compliance with regulations. Safety plans for water and winter activities are developed.

*Access*. Access would be easy. Access would be by surfaced and unsurfaced roads accessible to two-wheel-drive vehicles. Off-road vehicle use below high waterline could be permitted in areas designated by the superintendent.

*Natural Resource Management*. Water quality and quantity would be monitored, and mitigating actions would be taken to prevent the degradation of water quality and/or the aquatic resources. Level of recreational use would be monitored and could be restricted if needed to sustain resource values and systems. Fishery resources would be monitored frequently to determine the health of the resource and its relationship to the overall productivity of the reservoir.

The park would work with the Gunnison County Planning Commission and developers to ensure that development adjacent to the reservoir was sensitive to park resources and did not impact or impair resources on park land. To the extent possible, the park would try and ensure that vista and viewshed impacts were minimized.

*Facilities*. Developments in this area could include boat docks and floating marinas, breakwaters, and fuel storage facilities.

*Maintenance*. Maintenance activities would involve maintaining existing facilities and could include the construction of new facilities similar to those described above to accommodate visitor use, administrative use, or to minimize or mitigate resource damage.

This concludes the section for water-based prescriptions. Table 3 summarizes special prescriptions based on setting, experience, and activities.

60

BLM_0059504

584e5b5ad0ca8c09

19

### Special Prescriptions

#### *Protected Resource Areas*

This management area could include resources that are recognized as fragile or ecologically or geologically significant, especially for sensitive or endangered wildlife or plant species, paleontological resources, and cultural resources. Strict protection measures would be employed to ensure protection and perpetuation of these resources. Human intrusions would be minimized or not allowed. Visitor experiences, access, natural and cultural resource management, development, and maintenance would be controlled or carried out specifically to ensure the protection of these resources.

#### *Scenic Easement Lands*

This management area is composed of the private lands within the monument boundary. The lands are located on the North Rim within the scenic backdrop for the canyon. The property remains in private ownership but the government has purchased a conservation scenic easement to protect the view and natural resources found on these properties. Restrictions imposed on the lands include a list of conditions prohibiting certain uses of the property. These include no subdivision or development of the land, no placement of trailers or mobile homes on the property, no hunting, no pesticide use, no mining, quarrying, or sand and gravel removal, no dumping of trash, and no vegetation clearing that exceeds a one-half acre area. Permitted activities include livestock grazing and maintenance of livestock facilities. Public use of these lands is at the owners' discretion. Management of these lands is primarily to protect the scenic qualities they possess.

*Visitor Experience.* The scenic quality of these lands enhances the visitor experience and adds to the wild quality of the canyon. Use of the lands by visitors is limited since they remain in private ownership.

*Access.* The private landowners have access to their property via primitive, unsurfaced roads. Public access to the area is limited and in most cases is not allowed.

*Natural Resource Management.* The natural environment and the views it provides are maintained to the extent possible within the guidelines of the scenic easement provisions. Noncompatible uses of the land are not permitted under these provisions. Resources and uses would be carefully monitored, and if damage did occur, mitigating actions allowed under the terms of the scenic easement restrictions would be carried out in cooperation with the landowner.

*Cultural Resource Management.* The Service will work with the owners of the property to preserve and protect any resources or sites designated as outstanding cultural features, consistent with the landowners' desires.

*Facilities and Maintenance.* Only limited development, and maintenance of development, is allowed under the terms of the scenic easement provisions—major structures and facilities are prohibited. The type of development allowed is related to management of livestock and their use of the area, such as fences, small stock ponds, and primitive access roads. Existing facilities can be maintained but this maintenance must be directed at preserving the existing character of the facility.

62

BLM_0059506

## Table 3.  Special Prescriptions

|  | **Setting** | **Experience** | **Activities** |
|---|---|---|---|
| ***PROTECTED RESOURCE***  | • Management is geared to protect recognized fragile significant park resources<br>• Visitor experiences, access, natural and cultural resource management, development, and maintenance would be controlled or carried out to ensure protection of resources. | • May be limited by regulation, restrictions, or closure | • Limited to those activities that will not impact resources being protected |
| ***SCENIC EASEMENT***  | • Setting is managed to be complementary to park objectives for a natural appearance | • Natural-appearing backdrop<br>• No public access or use | • No public activities<br>• Grazing as permitted under legal contract requirements |

63

BLM_0059507

# THE PLAN

## INTRODUCTION

This document represents a new general management plan for Black Canyon of the Gunnison National Monument and Curecanti National Recreation Area. Management prescriptions noted on the next few pages describe the strategy for managing blocks of land within each park. Prescriptions are based largely on resource values.

The plan does not preclude development options and partnerships outside park boundaries as long as these proposals are supportive and consistent with each park's chosen management direction. Alternative sites within the park boundaries for visitor contact, maintenance, and administration would be evaluated when proposals are presented. Partnerships with other agencies and local entities would be explored to minimize cost, impacts on resources, and provide consolidated services to the public.

### *Legislative Proposals*

Legislation has been introduced several times over past years, in both the House and Senate, to designate Black Canyon as a National Park, provide enabling legislation for Curecanti National Recreation Area, and heighten protection of the Gunnison Gorge. The management assessment and planning processes that were used in the development of this plan allow sufficient flexibility for expanded interagency involvement in the event legislation is enacted.

BLM_0059508



Below Warner Point, Black Canyon of the Gunnison National Monument
© David Halpern

66

BLM_0059509

## Black Canyon of the Gunnison National Monument

The plan emphasizes a variety of human experiences in a rugged canyon environment. It provides developed areas on the South Rim and less-developed areas on the North Rim. Contemplation of one of nature's foremost scenic wonders is provided for on both rims by encouraging most visitors to experience the depth of the canyon from the rims. A variety of other educational and recreational experiences are provided to protect and enhance the wilderness values of the monument.

The plan emphasizes viewing the canyon from the cliff top ROA to give visitors a variety of viewing opportunities for experiencing the canyon in a range of social settings.

Visitors to the South Rim find this area more developed and visited than the North Rim. Ample staff will be available to assist visitors in learning about Black Canyon resources. Visitors to the North Rim find this area less developed and visited. Some staff could be encountered to answer questions about monument resources, but for the most part encounters with park staff is minimal.

Any new public facilities support both recreational viewing and educational activities in Black Canyon's outdoor classroom.

Mutually beneficial partnerships may be encouraged with both educational institutions and the private sector to provide for visitor services and protect park resources. The proposal is consistent with state/area/local plans and programs.

### Land Use and Management

Maintenance of scenic values on surrounding lands is an important ingredient in providing visitors with a feeling of awe as they first view the canyon's depths. The sense of openness created by surrounding lands forms the setting and the basis for the scenic ambiance of the park. Today, that sense of openness continues to enhance visitor enjoyment of the monument's resources.

The North Rim will remain relatively undeveloped and substantially unchanged in the future except for minor improvement in existing facilities. Management of this area will emphasize a variety of backcountry wilderness experiences and encounters with monument resources.

On the South Rim, facilities for viewing the canyon from above will be maintained and improved. A new or upgraded visitor center will provide better visitor orientation of the monument. Partnerships may be sought to provide visitor services and protect monument resources.

In the canyon, use will be monitored to ensure the protection of the wilderness resource. The types of visitor use will be limited to those necessary to maintain the wilderness character.

In the East Portal area, a common architectural theme will be developed to improve and unify the visual appearance of facilities, including roads and signage. This will be coordinated between the monument, Curecanti National Recreation Area, and the Bureau of Reclamation.

67

BLM_0059510



**legend**

〰️ cliff top

*management prescriptions*

▬ developed
▬ motorized rural
▬ semi-primitive
▬ protected resource area
▬ primitive
▬ scenic easement
▬ private inholding

❀ The plan emphasizes a variety of human experiences in a rugged canyon environment. It will provide developed areas on the South Rim and less-developed areas on the North Rim.

❀ A variety of other educational and recreational experiences will be provided to protect and enhance the wilderness values of the monument.

❀ The plan emphasizes viewing the canyon from the cliff top resource opportunity area to give visitors a variety of viewing opportunities and enable them to experience the canyon in a range of social settings.

❀ The South Rim will be more developed and visited than the North Rim. Sufficient staff should be available to assist visitors in learning about the Black Canyon resources.

❀ Any new public facilities will support both recreational viewing and educational activities in Black Canyon's outdoor classroom.

# The Black Canyon Plan

## *The Canyon Depths*

**Black Canyon of the Gunnison National Monument**
United States Department of the Interior • National Park Service

144 | 80,045-A
5/97 | RMSO

ON MICROFILM

BLM_0059511

Management prescriptions are as follows:

- About 621 acres (3.0%) - Developed MP**

- About 417 acres (2.0%) - Motorized Rural MP

- About 122 acres (0.6%) - Semi-Primitive MP

- About 17,292 acres* (83.3%) - Primitive MP

- About 50 acres (0.2%) - Protected Resource MP

- About 2,144 acres (10.3%) - Scenic Easement MP

- About 120 acres (0.6%) - Private Inholding

*11,180 acres in the park are in wilderness.

** this would provide for expansion of the developed area along roads and additional developed sites on the South Rim.

The plan retains the existing rugged appearance of both the North and South Rims. Long term, however, additional facilities could be placed on the South Rim to support visitor services.

Scenic values inside and adjacent to the monument will continue to be cooperatively evaluated with the Delta and Montrose Planning Commissions and the Bureau of Land Management. Management will encourage local agencies to ensure that any development surrounding the monument be done in a sensitive manner, so that it does not detract from the monument's scenic values.

The NPS may enter into cooperative agreements with counties and other land management agencies to coordinate planning activities related to land uses which might impact park values. Elements to be considered include viewsheds, wildlife and associated habitat, water quality and riparian habitat, aquatic resources, exotic plant species, sediment transport, natural quiet, and night sky.

The plan may broaden partnership strategies to rely on an advisory group of public participants and land management agencies to work cooperatively in developing short- and long-term plans for addressing regional recreation use and resource protection. The possible formation of a friends group may also be explored.

Information exchanges with local organizations—West Elk Scenic Loop Byway, Uncompahgre Conservation Education Alliance, trail committees, Montrose and Delta Visitor Center and Convention Bureaus, et al.—will continue.

**Resource Management**

A resource management plan (RMP) addressing both cultural and natural resource management was completed in February 1993. The GMP affirms issues addressed by the RMP and introduces some additional strategies. Information on programs addressing resource management issues can be found in the RMP.

*Natural Resources.* The following are additional strategies that will be employed to address specific objectives set for the park.

- The park would continue to work to meet state and local compliance requirements for clean air as funding permitted. The park would pursue a coordinated program for Class I air monitoring with appropriate federal agencies and the State of Colorado.

- A partial inventory of paleontological resources has been obtained. Inventorying would be completed in partnership with educational institutions as funding permitted.

69

BLM_0059512

- A program that encourages continued research to provide a better understanding of the geologic evolution of the Black Canyon would continue.

- A program to control noxious weeds through the least environmentally harmful method would continue.

- A program to identify habitat fragmentation and mitigate its effects would be developed cooperatively with educational institutions and land management agencies.

- A cooperative program with the State of Colorado and the U.S. Fish and Wildlife Service to maintain the trout fishery and delist appropriate native Colorado fish species would continue.

- Cooperative efforts with the Bureau of Reclamation and the State of Colorado to establish a protected flow of the Gunnison River through the monument would continue. Efforts with the USGS and the NBS to establish water quality monitoring would be expanded to include educational institutions.

- A database would be developed to track water related data used to guide management decisions.

*Cultural Resources*. The following are additional strategies that will be employed to address specific objectives set for the park.

- Cultural resource management would emphasize stabilization and preservation.

- Cultural resource management could also include archeological research and study.

- A new interpretive program would be developed (see Visitor Use and Interpretation).

## Visitor Use and Interpretation

A new interpretive program will be developed to communicate the history and prehistory of the monument through a partnership with educational institutions and private groups who could help with research efforts. Interpretive themes will be expanded to preserve significant sites

and tell the story of water development in western Colorado.

## Possible Facility and Development Changes

Facilities will be improved to meet high-quality standards and reflect a common architectural theme as funding permitted.

The existing visitor center and concession facilities are inadequate. The visitor center does not meet high quality standards. Exhibits are out of date. Space is insufficient for present visitation and it fails to meet a common architectural theme.

The concession building has no foundation and no electrical service. It is inadequate in size for the number of visitors it serves.

The following are some of the possible facility changes.

- new or improved visitor center

- additions to existing parking areas

- components of the old NPS complex near Kneeling Camel would be evaluated for rehabilitation or removal; a group camp could also be established in the same location

- architectural theme enhancements

- new trails

- rehabilitation of North Rim campground

- evaluate concession facility for improvements or relocation

- North Rim housing could be modified or expanded to meet employee needs

Costs for the above improvements will be estimated at the time of project design.

## Park Operations and Costs

Ranger operations will be increased to provide additional protection while

BLM_0059513

serving public use. Additional services and patrols will take place on the South Rim and in the wilderness/backcountry. Staff will receive additional training to respond proactively to emergency situations.

In addition, some increases in park operations will be required to meet the needs created by the emphasis on moderately increasing facilities for viewing the canyon and increased opportunities for education. The greatest needs will occur in the operational areas of facility management (additional facilities to be constructed and maintained) and interpretation and visitor protection (in order to serve an anticipated moderate increase in visitation). Some increases in resource management are anticipated for evaluation of project proposals and potential impacts on natural and cultural resources and to monitor impacts of increased usage.

The estimated range of additional to meet these needs are 1.0 to 1.5 for each of the four programs, or a total of 4 to 6 FTEs. The associated range of additional cost is $120,000 to $200,000. Additional costs that could be incurred from potential development would range between .6 and 4.4 million dollars, depending on partnering opportunities.

**Future Plans and Studies**

Planning needs will be continually identified on an annual basis. Increased priority will be given to the following plans.

- a visitor experience and resource protection plan, including noise management

- a wildland fire management plan

- a long-range interpretive plan

- a commercial services plan - the plan would establish the necessary and appropriate commercial visitor services to support park operations.

- a wilderness management plan

- an emergency operations plan

- a trail and backcountry management plan

- a river management plan

- a climbing management plan

- A viewshed analysis of sensitive areas around the national monument would be completed to identify areas that are necessary in protecting the semi-primitive character of the park. This analysis would identify those portions of adjacent private lands that could impact the park if development occurred. Cooperative management through scenic easements and agreements with adjoining agencies, such as BLM, would be used to facilitate protection. Acquisition of conservation easements through land trusts or other vehicles may also be appropriate.

71

BLM_0059514



N

0  1  2 miles

### legend

#### management prescriptions

- developed
- motorized rural
- flatwater
- semi-primitive flatwater
- semi-primitive free-flowing flatwater
- semi-primitive
- protected resource area

🌸 The plan emphasizes the significance of both natural and cultural resource experiences for visitors of the recreation area.

🌸 Appropriately developed areas support a range of diverse recreation opportunities, both cultural and natural. These areas integrate visitors into the story of the West by interpreting various advancements contributing to the region's development.

🌸 Use of the Blue Mesa Reservoir emphasizes boating recreation in a more rural environment. The land area surrounding the reservoir within the recreation area may have some additional shoreline development. The lake arms will remain natural and undeveloped. Maintenance and protection projects will continue.

🌸 Use of Morrow Point and Crystal Reservoirs will remain mostly unchanged. The land area surrounding the reservoirs will remain relatively undeveloped. Maintenance and protection projects will continue.

# The Curecanti Plan
### *Providing Natural and Cultural Experiences*

## Curecanti National Recreation Area

United States Department of the Interior
National Park Service

ON MICROFILM

616 | 80,065-A
5/97 | RMSO

BLM_0059515

## *Curecanti National Recreation Area*

The plan emphasizes both natural and cultural resource experiences for visitors. On the natural resource side, it's experiencing the clear water and sweeping vistas, abundant wildlife in a harsh, arid environment, balanced by ribbon-like riparian life zones that brought generations of people to the area. On the cultural resource side, it's experiencing the same environment that challenged early explorers, settlers, and engineers of the region.

Appropriately developed areas will support a range of diverse recreation opportunities, both cultural and natural. These areas will integrate visitors into the story of the West through the various advancements that contributed to settlement and development.

### Land Use and Management

For Blue Mesa, the use of the reservoir will emphasize boating recreation in a rural environment. The land area surrounding the reservoir within the park may have some additional shoreline development. The lake arms will remain natural and undeveloped. Ongoing maintenance and protection projects will continue.

Riverway is the only isolated parcel in the recreation area and close to the city of Gunnison. The area is used primarily for fishing, picnicking, and as a takeout for boaters. It is primarily used by city residents and may be better managed by the city as a park.

A cooperative agreement with federal and state agencies (with input from other public interests) is being developed on establishing and maintaining the appropriate reservoir levels on Blue Mesa Reservoir, in conjunction with establishing desired flow levels for Black Canyon of the Gunnison National Monument.

For Morrow Point and Crystal Reservoirs, use of the reservoirs will remain mostly unchanged. The land area surrounding the reservoir will remain relatively undeveloped and unchanged except for ongoing maintenance and protection projects.

The plan provides for a moderate increase in facilities that support high-quality recreational experiences and activities. Some facilities may be redesigned or added. The plan sets a management tone that emphasizes that diversity of water-based recreational experiences with appropriate levels of development. The total park area is 41,971.04 acres. Management prescriptions are as follows.

- About 2,281 acres (5%)-Developed MP
- About 414 acres (1%) - Motorized Rural MP
- About 9,770 acres (23%) - Flatwater MP
- About 1,100 acres (2.6%) - Semi-Primitive Flatwater MP
- About 514 acres (1%) - Semi-Primitive Free-Flowing Flatwater
- About 23,899 acres (57%) - Semi-Primitive Nonmotorized MP
- About 3,993 acres (10% ) - Protected Resource

Where development takes place around the park, the NPS cooperates with agencies to see that development is sensitive to the environment. Viewsheds are maintained in and around the park in

73

a natural and generally undeveloped condition.

The NPS may enter into cooperative agreements with counties and other land management agencies to coordinate planning activities related to land uses which might impact park values. Elements to be considered include viewsheds, wildlife and associated habitat, water quality and riparian habitat, aquatic resources, exotic plant species, sediment transport, natural quiet, and night sky.

The developed management prescription is restricted to the existing highway right-of-way along Highways 50 and 149 within the boundary of the Curecanti Archeological District.

### Resource Management

A resource management plan (RMP) addressing both cultural and natural resource management was completed in February 1995. The GMP affirms issues addressed by the RMP and continues current management. Information on programs addressing resource management issues are discussed in the RMP.

*Natural Resources.* The following are additional strategies that will be employed to address specific objectives set for the park.

- The new resource management plan sets priorities for resource programs at the park.

- Habitat fragmentation from new developments in bighorn sheep and other large ungulate habitat needs to be identified and mitigated; prevention strategies would be developed with other land management agencies

*Cultural Resources.* There will be additional programs to expand interpretation of cultural resources.

### Visitor Use and Interpretation

Educational programming is provided year-round for visitors and outreach audiences.

### Possible Facility and Development Changes

Facilities will be improved to meet high-quality standards and reflect a common architectural theme as funding permitted. The following are some of the possible facility changes.

*For the Riparian Riverine Area:*

- A multipurpose (bike/hike) path from the east boundary along Highway 50 to Elk Creek and Highway 149 to the boundary south of Iola on the way to Lake City could be constructed.

- Riverway may be transferred to the City of Gunnison.

- Increased formal trail access to the river could be constructed in the Neversink/Coopers Ranch area.

- A formal day use area—toilets, picnic tables, and parking—could be developed in the South Beaver Creek area.

*For the Gunnison River Canyon:*

- The pull off at Wilson's Landing may be hardened and delineated for day use operations.

- Selected turnouts may be hardened throughout the canyon.

- A boat takeout site might be identified and improvements provided to facilitate egress of rafts, canoes, and kayaks.

*For Blue Mesa:*

- At Elk Creek, an appropriately designed and located sewage treatment facility may replace the current lagoons.

74

BLM_0059517

- A day use area (for picnicking and other activities) may be constructed at the Old Highway 50 area.

- At the Bay of Chickens, a day use area may be constructed and landscaped, providing for picnicking and other recreational activities as appropriate. Adequate parking may also be provided.

- A new launch ramp area has been tentatively identified at Old Stevens. A carrying capacity study must be completed before a determination could be made on the appropriateness of another launch facility.

- At Pine Creek, the access road may be paved to the BOR gate above Blue Mesa dam.

- A new marina could be identified after the completion of a commercial services plan and carrying capacity study for the reservoir.

### *For the Inner Canyon:*

- At the East Portal, the NPS may modify or replace its existing facilities so that they conform to a common architectural theme. This includes water and sewage system replacement.

- There will be no changes at Gateway or on Crystal Reservoir.

### *For the Canyon Rim:*

- At Cimarron, the existing metal buildings may be replaced to conform to the area's architectural theme.

Costs for the above improvements would be estimated at the time of project design.

## Park Operations and Costs

Some increases in park operations will be required to meet the needs created by the emphasis on moderately increasing facilities and opportunities for quality water-based recreation. The greatest needs will occur in the operational areas of facility management (additional facilities to be constructed and maintained) and interpretation and visitor protection (in order to serve an anticipated moderate increase in visitation). Some increases in resource management are anticipated for evaluation of project proposals and potential impacts on natural and cultural resources and to monitor impacts of increased usage.

The estimated range of additional FTEs to meet these needs are 1.0 to 1.5 for each of the four programs, or a total of 4 to 6 FTEs. The associated range of additional cost is $120,000 to $200,000. Additional costs that could be incurred from potential development would range between 1.1 and 3.3 million dollars, depending on partnering opportunities.

## Future Plans and Studies

Planning needs are continually identified on an annual basis. Increased priority are given to the following plans.

- Prescribed fire management plan would be completed. This plan would be used to establish the appropriate fire management policy.

- A prairie dog plan would be updated to guide management actions.

- A visitor experience and resource protection plan would be developed for the park. The plan would establish development and design capacities for a range of potential resource experience opportunity areas. It would also establish the physical capacity for each reservoir based upon the desired future visitor experience. The first part of the study would determine carrying capacity of Blue Mesa, quality of experience to be provided, and need for future launching and/or other facilities as use increases beyond current capacity.

- A long-range management plan for the preservation and interpretation of the narrow gauge railroad and artifacts at Cimarron need to be completed.

- A commercial services plan would be completed for the park. The plan would

75

BLM_0059518

- establish the necessary and appropriate commercial visitor services to support park operations.

- All studies and inventories identified in the RMP need to be completed.

- A viewshed analysis of sensitive areas around the recreation area would be completed to identify areas that are necessary in protecting the semi-primitive character of

the park. This analysis would identify those portions of adjacent private lands that could impact the park if inappropriate development occurred. Cooperative management through scenic easements and agreements with adjoining agencies, such as BLM or USFS, would be used to facilitate protection. Acquisition of conservation easements through land trusts or other vehicles may also be appropriate.

76

BLM_0059519

# *LIST OF PREPARERS*

## Rocky Mountain Support Office

- Christopher C. Marvel, Team Captain and Project Manager
- Wenonah Skye, Outdoor Recreation Planner
- Lori Kinser, Visual Information Specialist

## Black Canyon of the Gunnison National Monument and Curecanti National Recreation Area

- Sheridan Steele, Superintendent
- John F. Chapman, former Superintendent
- John Welch, former Superintendent (Black Canyon)
- Dave Roberts, Management Assistant
- Rick Harris, Chief of Resources Management
- Phil Zichterman, Chief of Interpretation and Education
- Steve Riley, Facility Manager
- Linda Alick, Chief Ranger
- Alan Morikowa, Concessions Management Specialist
- Mike Reynolds, former GIS Specialist
- Chip Jenkins, former Chief of Resources Management, Black Canyon
- Shirley Winterhalder, Administrative Officer
- Myron Chase, Resource Management Specialist
- Ron Masden, Maintenance Worker Supervisor
- Paul Zaenger, Interpretive Specialist

## Photographic Contributors

- David Halpern
- Lisa Lynch
- Joanie Budzileni

## Rocky Mountain Support Office Consultants

- Wayne Gardner, Program Leader, Planning
- Judy Jennings, Program Leader, Concessions
- Judy Shafer, Program Leader, Environmental Quality/Review
- Thomas Wylie, Program Leader, Natural Resources
- Mike Snyder, Superintendent
- Kathy Fleming, Concession Management Specialist
- Rick Cronenberger, Historic Architect
- Lysa Wegman-French, Historian
- George Mckay, Geographic Information Specialist
- Linda Carlson, Editor (Contracted Services, Carlson Editing)

77

BLM_0059520

78

BLM_0059521

# *BIBLIOGRAPHY*

*Addendum to Cultural Resource Inventory for Western Area Power Administration, Curecanti-Blue Mesa-Salida 115kV Transmission Line Access Roads Rehabilitation Project*, 1987. Prepared by Susan M. Chandler and Alan D. Reed, Alpine Archaeological Consultants, Inc., Montrose, Colorado.

Beidleman, Richard G. *Administrative History of the Black Canyon of the Gunnison National Monument*, 1965. Colorado College.

*Black Canyon of the Gunnison Final Environmental Statement; Supplement; Proposed Wilderness Area FES 76-37*, 1976. National Park Service, Lakewood, Colorado.

*Black Canyon of the Gunnison; Resource Management Plan*, February 1993. National Park Service, Montrose, Colorado.

*Black Canyon, Superintendent's Annual Report,* 1990 and 1992. Black Canyon of the Gunnison National Monument, National Park Service, Lakewood, Colorado.

Breternitz, David A., Scott L. Carpenter, William G. Gillespie, and Mark A. Stiger. *Inventory of Archeological Resources, Black Canyon of the Gunnison National Monument, Colorado*, 1974. Midwest Archeological Center, National Park Service, Lincoln, Nebraska.

Cole, William E., and David N. Hammitt, *Wildland Recreation Ecology and Management*. Published by John Wiley and Sons, New York, 1987.

Cudlip, Lynn, William Jackson, and Mark Wondzell. *Curecanti National Recreation Area; Water Resources Scoping*, July 1995. Technical Report NPS/NRWRS/NRTR-95/54. Prepared by Curecanti National Recreation Area and Water Resources Division, National Park Service.

*The Curecanti Archeological Project: The Archeology of Marion, an Historic Railroad Camp in Curecanti NRA, Colorado*, 1984, No. 9. Prepared by Mary P. Rossillon, Midwest Archeological Center, Lincoln, Nebraska.

*The Curecanti Archeological Project: The Late Prehistoric Component at Pioneer Point*, 1989, No. 24. Prepared by Janis L. Dial, Midwest Archeological Center, Lincoln, Nebraska.

*Curecanti National Recreation Area; General Management Plan*, July 1980. National Park Service, Lakewood, Colorado.

*Curecanti National Recreation Area; Resource Management Plan*, February 1995. National Park Service, Gunnison, Colorado.

Day, James S. *Fish of the Black Canyon of the Gunnison National Monument*, 1975. National Park Service, Montrose, Colorado.

*Emergency Action Plan for Dams, Curecanti National Recreation Area*, October 1991. Prepared by the Bureau of Reclamation in coordination with Curecanti National Recreation Area, National Park Service.

*Endangered Species List for Black Canyon of the Gunnison National*

79

BLM_0059522

*Monument, Colorado*, U.S. Fish and Wildlife Service, 1995.

*Endangered Species List for Curecanti National Recreation Area, Colorado*, U.S. Fish and Wildlife Service, 1995.

*Executive Summary Report to Congress Appendixes: Report on Effects of Aircraft Overflights on the National Park System*, July 1995. Prepared by the National Park Service.

*General Management Plan, Assessment of Alternatives, Curecanti National Recreation Area*, August 1979. Prepared by Rocky Mountain Regional Office and Curecanti National Recreation Area, National Park Service.

*General Management Plan, Curecanti National Recreation Area*, July 1980. Prepared by Rocky Mountain Regional Office and Curecanti National Recreation Area, National Park Service.

Grand Junction Chamber of Commerce, Visitor Information and Statistics. Grand Junction, Colorado, February 1995.

*Gunnison Fact Sheet, Gunnison Country Chamber of Commerce, Gunnison, Colorado, 1994.* (303) 641-1501 or (800) 274-7580.

*Handbook of the North American Indians, Vol. #4, 1988.* Prepared by Callaway, Janetski, and Stewart.

Hansen, Wallace R. *The Black Canyon of the Gunnison Today and Yesterday,* Geological Survey Bulletin 1191, 1965. U.S. Geological Survey, Washington, D.C.

——. *The Black Canyon of the Gunnison, in Depth,* 1987. Southwest Parks and Monuments Association, Tucson, Arizona.

Houk, Rose. *Black Canyon of the Gunnison,* 1991. Southwest Parks and Monuments Association, Tucson, Arizona.

——. *Curecanti National Recreation Area,* 1991. Southwest Parks and Monuments Association, Tucson, Arizona.

*The Jurassic Morrison Ecosystem in Curecanti National Recreation Area and Black Canyon of the Gunnison National Monument,* 1994. Prepared by C. L. May and A. R. Fiorillo, Museum of Paleontology and the Department of Integrative Biology, University of California at Berkeley.

Kinnear, Brian S., and Robert E. Vincent. *Fishes and Fish Habitats in Black Canyon of the Gunnison National Monument,* 1967. Colorado State University, Fort Collins, Colorado.

*Land Protection Plan; Black Canyon of the Gunnison National Monument (Revised),* January 1991. National Park Service, Lakewood, Colorado.

*Management Policies, U.S.D.I. National Park Service, 1988.* Prepared by the National Park Service, Washington, D.C.

*A Master Plan for Curecanti National Recreation Area, Third Draft,* February 1970. Prepared by Rocky Mountain Regional Office, National Park Service, Lakewood, Colorado.

*The Money Generation Model.* Prepared by the Office of Social Science, Socioeconomic Studies Division, Denver, Colorado, December 1995–1996.

Montrose Chamber of Commerce, Visitor Information and Statistics. Montrose, Colorado, February 1995.

80

*Montrose, Colorado Community Profile, 1994.* Prepared by Montrose Economic Development Council, Inc.: Economic Development Organization, Charles H. Nicklas, Montrose, Colorado.

Reed, E.B., and C. Norton. *Survey of Aquatic Insects and Aquatic Plants in the Gunnison River, Black Canyon of the Gunnison National Monument,* 1963. Colorado State University, Fort Collins, Colorado.

*Resource/Boundary Evaluation for Lands Adjacent to Black Canyon of the Gunnison National Monument, Colorado,* January 1990. National Park Service, Lakewood, Colorado.

*Soil Survey of Gunnison Area, Colorado; Parts of Gunnison, Hinsdale, and Saguache Counties,* August 1975. Prepared by the U.S. Department of Agriculture, Soil Conservation Service in cooperation with Colorado Agricultural Experiment Station.

*Statement for Management—Black Canyon of the Gunnison National Monument,* July 1992. Prepared by the Branch of Planning, Rocky Mountain Regional Office, Lakewood, Colorado.

*Statement for Management—Black Canyon of the Gunnison National Monument,* February 1994. Prepared by the Branch of Planning, Rocky Mountain Regional Office, Lakewood, Colorado.

*Statement for Management—Curecanti National Recreation Area,* November 1990. Prepared by the Branch of Planning, Rocky Mountain Regional Office, Lakewood, Colorado.

*Statement for Management—Curecanti National Recreation Area,* May 1995. Prepared by the Branch of Planning, Rocky Mountain Regional Office, Lakewood, Colorado.

Stiger, Mark A., and Scott L. Carpenter. *Archeological Survey of Black Canyon of the Gunnison; Archeological Inventory and Evaluation of Curecanti Recreation Area,* 1980. Midwest Archeological Center, National Park Service, Lincoln, Nebraska.

Wiltzius, William J. *Some Factors Historically Affecting the Distribution and Abundance of Fishes in the Gunnison River; Final Report for Fishery Investigations of the Lower Gunnison River Drainage,* 1978. Colorado Division of Wildlife, Fort Collins, Colorado.

81

BLM_0059524



# National Park Service

**Find a Park**   **Discover History**   **Explore Nature**   **Working With Communities**   **Get Involved**   **Teachers**   **Kids**   **About Us**

## PEPC Planning, Environment & Public Comment

| PEPC Home | Documents by Park | Policy/Links | Park Planning | Search Documents |

**PROJECT LINKS**

Project Home

Plan Process

Meeting Notices

Links

Document List

Open For Comment (0)

Share this on:

(non-NPS links)

Old Spanish National Historic Trail » Old Spanish National Historic Trail Comprehensive Management Plan/Environmental Impact Statement » Document List » Document Contents

## Old Spanish Trail National Historic Trail Feasibility Study and Environmental Assessment July 2001

Old Spanish Trail National Historic Trail Feasibility Study and Environmental Assessment July 2001



---

**Document Content:**

📄 Study Cover, Title Page and Summary   *(1.8 MB, PDF file)*
📄 Study Contents   *(658.8 KB, PDF file)*
📄 Study Introduction   *(1.4 MB, PDF file)*
📄 Study Background   *(9.3 MB, PDF file)*
📄 Eligibility and Feasibility   *(16.2 MB, PDF file)*
📄 Other Themes Considered with Respect to National Significance   *(6.9 MB, PDF file)*
📄 Resources   *(17.3 MB, PDF file)*
📄 Alternatives   *(4.7 MB, PDF file)*
📄 Environmental Consequences   *(5.7 MB, PDF file)*
📄 Consultation and Coordination   *(3.0 MB, PDF file)*
📄 Selected Bibliography   *(5.3 MB, PDF file)*
📄 Appendix A National Trails System Act   *(9.2 MB, PDF file)*
📄 Appendix B Expedition Chronology Between New Mexico and California   *(3.6 MB, PDF file)*
📄 Appendix C Maps 1 - 9   *(3.4 MB, PDF file)*
📄 Appendix D Selected Wildlife Species   *(1.6 MB, PDF file)*
📄 Appendix E Existing Public Use Areas   *(996.9 KB, PDF file)*
📄 Appendix F Agencies and Organizations Contacted   *(1020.9 KB, PDF file)*
📄 Appendix G National Park Service Study Team and Consultants   *(813.4 KB, PDF file)*

**Disclaimer:** Links within the above document(s) were valid as of the date published.
**Note:** Some of the files may be in PDF format and can be viewed using the Adobe Acrobat Reader software.
You may download a free copy of Acrobat Reader from Adobe Systems.

## nps.gov

**EXPERIENCE YOUR AMERICA™**

U.S. Department of the Interior   FOIA   Privacy Policy   Disclaimer and Ownership   USA.Gov   NPS Home   Accessibility   RSS

BLM_0059525

# Curecanti National Recreation Area
## Colorado

**National Park Service**
**U.S. Department of the Interior**



# Final Resource Protection Study /
# Environmental Impact Statement

August 2008



*The Secretary of the Interior, acting through the Director of the
National Park Service, shall conduct a study concerning land
protection and open space . . . to assess the natural, cultural,
recreational, and scenic resource value and character of the land
within and surrounding Curecanti National Recreation Area . . .*

*U.S. Congress (Public Law 106-76)*







*Dillon Pinnacles dominate the scene along the shore of Blue Mesa Reservoir in the heart of Curecanti National Recreation Area*

BLM_0059526

 *The National Park Service preserves unimpaired the natural and cultural resources and values of the national park system for the enjoyment, education, and inspiration of this and future generations. The Park Service cooperates with partners to extend the benefits of natural and cultural resources conservation and outdoor recreation throughout this country and the world.*

BLM_0059527

# ABSTRACT
## Final Resource Protection Study / Environmental Impact Statement
## Curecanti National Recreational Area
## Gunnison and Montrose Counties, Colorado

## August 2008

This *Final Resource Protection Study / Environmental Impact Statement* (RPS/EIS) describes and analyzes in detail two alternatives, and makes recommendations for conserving natural, cultural, recreational, and scenic resources on lands within and surrounding the area administered as the Curecanti National Recreation Area. Potential environmental consequences of the two alternatives are assessed. Additional alternatives were considered, but eliminated from detailed assessment. The study is in response to Section 11 of the *Black Canyon of the Gunnison National Park and Gunnison Gorge National Conservation Area Act of 1999* (Public Law 106-76).

This RPS/EIS is being prepared by the National Park Service (NPS), with the Bureau of Reclamation (Reclamation) as a cooperating agency. The EIS process will conclude with the release of a Record of Decision (ROD) that documents the National Park Service's selected alternative. The ROD will be released no sooner than 30 days following the release date of this Final RPS/EIS, which is the date that the Environmental Protection Agency's Notice of Availability appears in the Federal Register. Upon completion of the EIS process, a Report to Congress will be jointly prepared by NPS and Reclamation, and sent through the NPS Washington Office to the Department of the Interior, to be forwarded to Congress. The report will summarize the study's findings and make recommendations. Implementation of those recommendations will then depend on congressional action. The Final RPS/EIS and the Record of Decision will accompany the Report to Congress. If the Record of Decision finds that Congress should pass new legislation for the NRA, the report will identify issues to be addressed in that new legislation. In other words, the Secretary of the Interior will make the recommendation to Congress, based on recommendations developed by the National Park Service and Bureau of Reclamation.

Pursuant to Reclamation law, including the Colorado River Storage Project Act of 1956, and a 1965 Memorandum of Agreement (MOA) between the Bureau of Reclamation and the National Park Service, Reclamation manages two projects (including dams, reservoirs, power plants, access roads, and other related facilities) and NPS manages the natural and cultural resources, recreational use, and related facilities, all within an area that for forty years has been referred to as the Curecanti National Recreation Area (NRA). However, the area has not yet been formally designated by Congress as a national recreation area, and has no legislated boundary.

**Alternative 1: No Action (Continuation of Existing Conditions).** Under Alternative 1, the Bureau of Reclamation would continue to operate and maintain the dams, reservoirs, power plants, access roads, and related facilities at Curecanti; and they and their assigns would continue to have unrestricted access to their lands and land interests, water and water interests, and facilities, pursuant to Reclamation law, the 1965 MOA, and other applicable laws and regulations. The National Park Service would continue to manage the natural and cultural resources, recreational opportunities, and associated facilities within the existing NRA, pursuant to Reclamation law, NPS law, the 1965 MOA, and other applicable laws and regulations. The National Park Service would continue to cooperate with neighboring landowners in the service

of resource conservation as existing staff time and funding permit. This would consist primarily of providing limited technical assistance and advice. There would be no changes in the amount of land included within the NRA, other than occasional additions that might occur due to future specific legislative authority. A permanent NPS presence would not be assured under this alternative.

One of the major impacts of Alternative 1 would be the continuation of the current pattern of land use changes on private property surrounding the NRA. This would increase the possibility of adverse impacts on resources such as animal habitat and water quality, and the spectacular natural scenery that surrounds the NRA. In turn, this would be more likely to adversely affect the enjoyment of NRA visitors and residents alike.

**Alternative 2: The Proposed Action:** It is recommended under Alternative 2 that Congress legislatively establish Curecanti as a National Recreation Area with a legislated boundary, which would include approximately 10,040 acres of additional adjacent lands that are currently managed by other federal and state agencies. The 1965 MOA between the Bureau of Reclamation and the National Park Service would be revised accordingly. Under Alternative 2, Reclamation would operate and maintain the dams, reservoirs, associated power plants, access roads, and related facilities at Curecanti; and they and their assigns would have unrestricted access to their lands and land interests, water and water interests, and facilities, pursuant to Reclamation law, the revised MOA, and other applicable laws and regulations. The new NRA legislation would designate the National Park Service to be responsible for managing the natural, cultural, and recreational resources, visitor use and education, and associated facilities. Such management would be pursuant to Reclamation law, NPS law, including the new legislation establishing the NRA, the revised MOA, and other applicable laws and regulations. It is also recommended that Congress authorize NPS to work in partnership with private landowners in a designated Conservation Opportunity Area surrounding the NRA, and employ various tools in the service of resource conservation. These tools would include, but not be limited to, acquiring interests in land from willing landowners, such as fee simple, or conservation easements. The benefit of this approach is that neighboring landowners, assisted by conservation partners, could work with the National Park Service to utilize cooperative conservation efforts that could maintain and/or improve resources such as animal habitat and water quality throughout the area; would better ensure the preservation of the area's spectacular natural scenery; and would enhance the enjoyment and recreational opportunities for residents and visitors alike. A permanent NPS presence would be assured under this alternative.

There would be no adverse impact to Reclamation operations under either Alternative 1 or Alternative 2.

**Environmentally Preferred Alternative.** Alternative 2, the Proposed Action, is the Environmentally Preferred Alternative.

**Review and Comment Period for the Draft RPS / EIS.** From July 17 through October 22, 2007, NPS held a public and agency review and comment period on the *Draft Resource Protection Study/ Environmental Impact Statement*. As a result, NPS received a total of 35 letters, faxes, and Internet entries on the document. Of these, 63% supported Alternative 2 (Proposed Action); 26% were neutral, not specifying which alternative was favored; and 11% supported Alternative 1 (No Action). All comments received, as well as meeting records related to this project, are being retained as a part of the project's administrative record. The comments are summarized in this Final RPS/EIS, along with NPS responses.

**For more information about this document, please contact:**

Superintendent
Curecanti National Recreation Area
102 Elk Creek
Gunnison, CO 81230.

BLM_0059529

# SUMMARY

## BACKGROUND AND PURPOSE OF THE STUDY

This *Final Resource Protection Study/ Environmental Impact Statement* (RPS/ EIS) describes two alternatives and analyzes in detail their impacts, and makes recommendations for the conservation of natural, cultural, recreational, and scenic resources on land within and surrounding the area traditionally known as the Curecanti National Recreation Area (NRA). The two alternatives are briefly described in this Summary chapter, and their primary differences are compared in the table at the end of this Summary.

The study recommends Alternative 2 as the Proposed Action, or preferred alternative. Numerous other alternatives were considered, but eliminated from detailed assessment. They are identified in Chapter 2: Alternatives Including the Proposed Action, under the heading Alternatives Considered but Eliminated from Detailed Assessment.

Curecanti NRA is located in southwestern Colorado, stretching approximately 40 miles along the Gunnison River basin in Gunnison and Montrose Counties. It is comprised of 41,790 acres of federal lands and waters, providing a variety of recreational opportunities in a spectacular geological setting.

Although not officially designated as such by Congress, the term "National Recreation Area" has been applied to the area immediately surrounding and including the three reservoirs of the Aspinall Unit of the Colorado River Storage Project Act of 1956 – Blue Mesa, Morrow Point, and Crystal. Congress has recognized the term "National Recreation Area" in legislation pertaining thereto, such as the act which authorized this study, and annual appropriations.

Since Curecanti has not been officially designated by Congress as an NRA, it does not have a legislated boundary. However, the area which comprises the NRA is shown on the Existing Conditions map in Chapter 1, Purpose of and Need for Action.

The NRA is managed by the Bureau of Reclamation (Reclamation) and the National Park Service (NPS) pursuant to Reclamation law, including the Colorado River Storage Project Act of 1956, and a 1965 Memorandum of Agreement (MOA) between the Bureau of Reclamation and the National Park Service. The Bureau of Reclamation manages two Reclamation projects (including dams, reservoirs, power plants, access roads, and other related facilities); while the National Park Service manages the natural and cultural resources, opportunities for visitor recreation and understanding, and associated facilities.

This study is being conducted in response to Section 11 of the *Black Canyon of the Gunnison National Park and Gunnison Gorge National Conservation Area Act of 1999* (Public Law 106-76), key sections of which appear in Appendix A. As stated in that legislation, the purpose of this study is to:

- Assess the natural, cultural, recreational, and scenic resource value and character of the land within and surrounding Curecanti NRA (including open vistas, wildlife habitat, and other public benefits);

- Identify practicable alternatives that protect the resource value and character of the land within and surrounding the Curecanti NRA;

- Recommend a variety of economically feasible and viable tools to achieve the purposes described in paragraphs (1) and (2); and

- Estimate the costs of implementing the approaches recommended by the study.

This RPS/EIS is being prepared by the National Park Service, with the Bureau of Reclamation as a cooperating agency. The EIS process will conclude with the release of a Record of Decision (ROD) that documents

BLM_0059530

the National Park Service's selected alternative. The ROD will be released no sooner than 30 days following the release date of this Final RPS/EIS, which is the date that the Environmental Protection Agency's Notice of Availability appears in the Federal Register. Upon completion of the EIS process, a Report to Congress will be jointly prepared by NPS and Reclamation. The National Park Service, as lead agency on the study, will then submit the report to the Secretary of the Interior, who will in turn submit it to Congress. The report will do the following:

- Contain the findings of the study required by Section 11(a) of Public Law 106-76;

- Make recommendations to Congress with respect to the findings of the study; and

- Make recommendations to Congress regarding action that may be taken with respect to the land described in the report.

- Implementation of those recommendations will then depend on congressional action. The Final RPS/EIS and the Record of Decision will accompany the Report to Congress. If the Record of Decision finds that Congress should pass new legislation for the NRA, the report will identify issues to be addressed in that new legislation. In other words, the Secretary of the Interior will make the recommendation to Congress, based on recommendations developed by the National Park Service and the Bureau of Reclamation.

## PRIMARY EMPHASIS OF THE STUDY

*This study is about identifying ways that will allow the National Park Service to work in partnership with private landowners and others to more effectively conserve the natural, cultural, recreational, and scenic resources and character of the land within and surrounding Curecanti NRA. As the study evolved, it became clear that it should evaluate whether or not to recommend to Congress that the NRA be formally established with a legislated boundary, what changes should be made to the boundary, and what agency or agencies should be responsible for managing the NRA.*

*This study is <u>not</u> about making recommendations pertaining to water rights or operations of Reclamation projects; infringing on the rights of landowners; or making any recommendation that would use condemnation or other tools not in partnership and cooperation with private landowners.*

## PUBLIC AND AGENCY INVOLVEMENT AND PRIMARY CONCERNS

Throughout the study, from its beginning in 2000, the National Park Service has communicated and consulted with other federal, state, and county agencies, American Indian Tribes, elected officials, private landowners and other stakeholders, and the general public to gather information, identify opportunities and concerns, and develop recommendations for the conservation of resources within and surrounding Curecanti NRA. These efforts included initial public and agency scoping meetings, three newsletters, use of the NRA's website, and many meetings and workshops throughout the project. The major meetings and list of consultants are presented in Chapter 5, Consultation and Coordination.

BLM_0059531

There were two primary concerns expressed throughout the project. One was that the Bureau of Reclamation wanted to be sure that implementation of any actions resulting from the study would have no adverse impacts on their operations, or those of their partnering agencies, such as Western Area Power Administration (Western). Therefore, it is important to emphasize the following:

*For both alternatives in the Resource Protection Study, the Bureau of Reclamation and Western Area Power Administration would continue their administrative jurisdiction and responsibilities within and adjacent to the national recreation area, including construction, operation, maintenance, replacements, and additions; and they and their assigns would continue to have unrestricted access to their lands and land interests, water and water interests, and facilities; consistent with Reclamation law and other applicable laws and regulations. Formal establishment of the area as an NRA under Alternative 2 would not amend or supplement existing Reclamation law applicable to the Aspinall Unit or the Uncompahgre Project. The Bureau of Reclamation, Western Area Power Administration, and the National Park Service would consult with each other, as necessary and appropriate. Thus, there would be no adverse impacts to Reclamation and Western responsibilities under either alternative.*

The other primary concern was that the National Park Service should not propose anything in the study that would be forced upon private landowners against their will or desires, or that would intrude upon their property rights. Furthermore, some landowners opposed any boundary being drawn around their property to include them within a future NRA, even though they would be able to retain their property rights. These concerns strongly influenced the selection of the Proposed Action, and the dismissal from detailed analysis of some alternatives that had initially been considered.

Elected officials expressed a desire to be kept informed of the ongoing local reaction to the project as it progressed; and county officials wanted to be involved in the study process. Gunnison County worked especially closely with the National Park Service on the project, because they were developing a county-wide comprehensive plan that might integrate some of the study's recommendations. Neighboring land managing agencies expressed increased interest in working with the National Park Service on resource management issues of mutual concern through the Joint Agency Management Effort that was instituted as part of the study. In response to all these desires, the National Park Service has maintained communication with federal, state, and county elected and government officials throughout the project.

## ALTERNATIVE 1: NO ACTION (CONTINUATION OF EXISTING CONDITIONS)

Under Alternative 1, the Bureau of Reclamation, pursuant to its authority under Reclamation law, and in accordance with the 1965 MOA with the National Park Service, and other applicable laws and regulations, would continue to operate, maintain, replace, and expand (as necessary) dams, reservoirs, power plants, access roads, and other related facilities associated with two Reclamation projects; and they and their assigns would continue to have unrestricted access to their lands and land interests, water and water interests, and facilities. The National Park Service, pursuant to Reclamation law, NPS law, the 1965 MOA, and other applicable laws and regulations, would continue to manage the natural and cultural resources, recreational opportunities, and associated facilities within the existing NRA. However, the permanence of the National Park Service as the manager of said resources would not be assured.

BLM_0059532

The National Park Service would continue to operate with an emphasis on conserving the natural, cultural, recreational, and scenic resources within the NRA. Regarding land outside the NRA, the National Park Service would continue to work with neighboring land management agencies to resolve resource and visitor use issues of mutual concern, and to cooperate with private landowners surrounding the NRA to address matters of resource conservation, as staff time and funding permits. However, opportunities to partner with neighboring landowners in the service of resource conservation would be limited, and would consist primarily of providing some technical assistance and suggestions.

There would be no change in the amount of land included within the NRA, other than occasional additions that might occur because of future specific legislative authority. Thus, the NRA would continue to encompass approximately 41,790 acres of land.

For direct comparison to the estimated costs of Alternative 2, the Proposed Action, the estimated cost of Alternative 1 is $500,000. This money would need to be spent on missing and corrective surveys, posting, and fencing along the existing administrative NRA boundary, even if the Proposed Action is not implemented. Under Alternative 1, there would be no additional recurring annual costs.

One of the major impacts of Alternative 1 would be the continuation of the current pattern of land use changes on private property surrounding the NRA. This would increase the possibility of adverse impacts on resources such as animal and raptor habitat, water quality, and the spectacular natural scenery that surrounds the NRA. In turn, this would be more likely to adversely affect the enjoyment of NRA visitors, and the quality of life for local residents.

Other resources that could be directly or indirectly adversely affected by development and land use that is insensitive to resource conservation include geological and paleontological resources; displacement of native vegetation, including riparian and wetland communities, by the spread of noxious weeds; fisheries; natural lightscape and night sky; natural soundscape; and archeological resources.

## ALTERNATIVE 2: THE PROPOSED ACTION

Under Alternative 2, it is recommended that Congress legislatively establish Curecanti as a National Recreation Area with a new legislated boundary, and that the 1965 MOA between the Bureau of Reclamation and the National Park Service be revised accordingly. The Bureau of Reclamation, pursuant to Reclamation law, the revised MOA, and other applicable laws and regulations, would operate, maintain, replace, and expand (as necessary) dams, reservoirs, power plants, access roads, and other related facilities associated with two Reclamation projects; and they and their assigns would have unrestricted access to their lands and land interests, water and water interests, and facilities. The legislation would designate the National Park Service to be responsible for managing the natural, cultural, and recreational resources, visitor use and education, and associated facilities. Such management would be pursuant to Reclamation law, NPS law, including the new legislation establishing the NRA, the revised MOA, and other applicable laws and regulations. Under this alternative, the permanence of the National Park Service as the manager of these resources would be assured.

Under Alternative 2, the National Park Service would expand its efforts to influence the conservation of the natural, cultural, recreational, and scenic resources on lands, both within and surrounding the NRA. In addition, it is recommended that Congress authorize the National Park Service to work in partnership with private landowners in a designated Conservation Opportunity Area (COA) surrounding the NRA to implement a variety of tools that would enhance the long-term conservation of natural, cultural, recreational, and scenic resources.

These tools would include technical assistance and environmental information provided by the National Park Service to landowners;

BLM_0059533

general agreements that could set the stage for short-term and long-term commitments to cooperative assistance; incentive payments related to resource conservation through a variety of government grant programs; acquisition of conservation easements; purchase and retained use and occupancy, such as 25-year leases, or life estates; and fee simple acquisition of property via purchase, land exchange, or donation. All tools would be subject to the cooperation and willingness of the landowner involved. The availability of some of these tools would be subject to congressional authorization and the NPS budget process, in light of competing demands from other NPS units.

This study recognizes that the availability of federal funds for acquiring interests in land may be limited. However, some of the goals and objectives of Alternative 2 would still be achievable through the application of other tools that could be used to provide incentives to willing landowners for conserving resources.

The newly legislated NRA boundary would encompass 51,830 acres, which would include approximately 10,040 acres of additional adjacent lands that are currently managed by other federal and state agencies. The COA would consist of 24,300 acres of private property outside the NRA boundary. The National Park Service would be authorized by Congress to acquire interests in private property in the COA from willing landowners. Lands in which the National Park Service would want to acquire an interest would be identified by a future land protection plan. However, current thinking is that approximately 2,400 acres of land would be identified for acquisition in fee simple; and conservation easements would be placed on approximately 8,100 acres of land—all of which would be subject to agreement by respective landowners. A landowner may also choose to work with a regional or national land trust or other conservation organization rather than the National Park Service. Land protected through such partners, including conservation easements held by land trusts, would generally meet the needs of resource protection, as envisioned by this study.

The one-time cost of implementing Alternative 2 is estimated to range from $3,690,000 to $14,973,000, including acquiring interests in land, such as through conservation easements and fee simple ownership. The relatively large range is because of the many variables pertaining to acquiring interests in land. These include the results of a required land protection plan, potential changes in fair market value of property, options relating to acquiring conservation easements, the availability of matching grants and similar cost-sharing opportunities, the participation of partners and third parties to help acquire interests in land, willingness of landowners to cooperate, and negotiations with landowners.

In addition to the one-time costs shown above, as Alternative 2 becomes fully implemented, there will be a recurring annual cost of $160,000 for the equivalent of two full-time employees. The employees would be needed: (1) to completely implement and sustain the Proposed Action; and (2) for operational requirements pertaining to lands added to the NRA, including resource and visitor management and protection, interpretation, construction and maintenance, and administration.

One of the major impacts of Alternative 2 is that neighboring private landowners, in partnership with the National Park Service, would have a greater opportunity, and would be more likely to use, a variety of tools to conserve resources on their property. With congressional authorization, and subject to competing demands from other NPS units, there would be more opportunity for funds to be available for the establishment of conservation easements, or the acquisition of land in fee title, from willing landowners in the COA.

Through the COA concept, landowners may develop a heightened awareness of how their activities might affect natural, cultural, recreational, and scenic resources. This would help to directly and indirectly preserve and improve resources, such as wildlife habitat and water quality throughout the area; would better ensure the preservation of the area's spectacular natural scenery, which contributes to the national significance of this special place; and would enhance the enjoyment and

BLM_0059534

recreational opportunities for residents and visitors alike.

Other resources that would directly or indirectly benefit from development and land use that is conducted with increased sensitivity to resource conservation include: geological and paleontological resources; native vegetation, including riparian and wetland communities, that would experience a reduced spread of noxious weeds; fisheries; natural lightscape and night sky; natural soundscape; and archeological resources.

Recreational opportunities and visitor enjoyment and experience could be enhanced through increased cooperation among private landowners, the National Park Service, and other land managing agencies in the area. This could be accomplished through means such as acquisition of easements for trails across private property.

In turn, private landowners could benefit from economic incentives afforded by various tools, including tax advantages, government grants, and payments for interests in land; from the potential increase in availability of funding to implement various tools of resource conservation; and through increased technical assistance from the National Park Service. Landowners would also benefit from knowing that they are making a greater contribution to the resource conservation ethic, to enhanced enjoyment of the spectacular Curecanti environment, and to a better quality of life for visitors and residents alike.

Land transfers and exchanges between the National Park Service and other federal and state agencies, and potential exchanges with adjacent private landowners, would simplify existing boundaries and provide for more efficient and cost-effective management of resources for all involved. In general, this would result in long-term beneficial impacts to the operations of the National Park Service and neighboring agencies.

New NRA legislation, a revised agreement between the Bureau of Reclamation and the National Park Service, and streamlining or potentially eliminating other agreements among various agencies, would provide a long-term

minor beneficial impact to agency operations by reducing associated personnel and costs for managing the lands and agreements.

There would be a long-term minor to moderate beneficial impact on NPS's ability to meet its mission, because of appropriately worded legislation for the NRA, improved wording in a new MOA with the Bureau of Reclamation, and increased consultation and cooperation between the National Park Service and other agencies, including the Bureau of Reclamation. This improvement in consultation and cooperation among the agencies is already happening, through the Joint Agency Management Effort, which is integral to the recommendations of this study.

## ENVIRONMENTALLY PREFERRED ALTERNATIVE – ALTERNATIVE 2: THE PROPOSED ACTION

Alternative 2 is considered to be the Environmentally Preferred Alternative because it best fulfills NPS responsibilities as trustee of sensitive habitat; best ensures safe, healthful, productive, and aesthetically and culturally pleasing surroundings; and best achieves a balance between population and resource use that would permit high standards of living and a wide sharing of life's amenities.

## FINDINGS AND GUIDING PRINCIPLES REGARDING THE STUDY'S RECOMMENDATIONS

In the course of conducting the Resource Protection Study, and in writing the Environmental Impact Statement, numerous findings and guiding principles were identified that need to be emphasized and carefully considered when implementing the study's recommendations, especially regarding new NRA legislation that might be enacted, and revised or new agreements among the Bureau of Reclamation, the National Park Service, and/or other agencies. Many of those findings and principles relate to laws, policies, regulations, and the missions of the two agencies, by which the Bureau of Reclamation and the National Park Service must operate.

BLM_0059535

Some of these apply equally to the Bureau of Reclamation and the National Park Service, as federal agencies within the Department of the Interior. However, some of these are unique to each agency, since they have different missions. These important findings and principles are summarized below.

- The Uncompahgre Project and the Aspinall Unit of the Colorado River Storage Project, their associated facilities, lands, water and other resources, and their use by the public, are significant public benefits within and adjacent to the NRA.

- The majority of the lands currently within the NRA, and some currently outside of it, were withdrawn or acquired for Reclamation purposes, including the Uncompahgre Project and the Aspinall Unit of the Colorado River Storage Project.

- The current NPS presence within and administration of most of the NRA for recreation and other purposes is pursuant to and subject to Reclamation law, as amended and supplemented, which generally requires that such administration be consistent or compatible with the primary purposes of the Bureau of Reclamation's projects. Thus, the Bureau of Reclamation has existing legal rights within and adjacent to the NRA that predate and take precedence over NPS rights or uses.

- Reclamation operations along the three reservoirs under the Colorado River Storage Project Act continue to provide recreational and scenic values that support legislative designation of the area as the Curecanti NRA. Any legislation for the NRA should allow that situation to continue, without any additional limitations on the Bureau of Reclamation's operational capabilities.

- The prior intent of the Department of the Interior was that contiguous Reclamation lands along the Gunnison River, upstream of the Black Canyon of the Gunnison National Park, were to be administered by the National Park Service for recreational and other purposes pursuant to Reclamation law. The 1965 MOA between the Bureau of Reclamation and the National Park Service provided for such management on Aspinall Unit lands, pursuant to Section 8 of Colorado River Storage Project Act, and allowed for the future inclusion of additional acquired or withdrawn lands. For example, in 1978, Uncompahgre Project lands in the East Portal area were added to the MOA and the NRA. However, the 1965 MOA did not address future deletion of lands from the NRA, nor were there appropriate supplemental agreements to address the management of deleted lands by another federal agency. A revised MOA should address both the addition and deletion of lands to and from the NRA, as well as the management of deleted lands by another federal agency, or disposition thereof to private, state, or other ownership.

- The Bureau of Reclamation and the National Park Service have differing missions and management directives within and adjacent to the NRA. The current management agreement between the Bureau of Reclamation and the National Park Service should be updated to better reflect the roles and responsibilities of these respective agencies.

- There are numerous and varied existing legal rights on lands within the study area that may affect management of the NRA. These rights either need to be recognized and honored or they need to be acquired through appropriate means. Either way, these rights will affect management of the NRA. These rights include, but are not limited to, reserved mineral rights, transmission rights-of-way (Western, Gunnison County Electric Association, Qwest Communications, etc.) and access rights (Lake Fork Cove and Blue Mesa Village subdivisions, Sapinero, etc.).

BLM_0059536

SUMMARY

## IMPORTANT CONSIDERATIONS REGARDING RECOMMENDATIONS TO CONGRESS

This study's Proposed Action recommends that Congress enact legislation regarding the official designation of Curecanti NRA. The study team has identified the following considerations to be of paramount importance in drafting any such legislation.

- Congress should designate the area identified in the Proposed Action as the "Curecanti National Recreation Area."

- Any such NRA designation and associated legislation should protect Reclamation's ability to meet its mission, including project operation, maintenance, replacement, and land addition or expansion if and when necessary, on all of its lands and waters within and adjacent to the NRA. The Bureau of Reclamation's ability to meet its mission and to conduct project-related operations on any of its lands and waters should not be diminished or hindered as a result of the designation of the area as an NRA. Likewise, any such NRA designation and associated legislation should provide the National Park Service reasonable and appropriate authority to meet its mission within and adjacent to the NRA, provided that Reclamation's prior authority to meet its mission on the same lands and waters is not diminished nor hindered in any way.

- Any such NRA designation and associated legislation should allow for future adjustments to the proposed NRA boundary that are mutually acceptable to the Bureau of Reclamation, the National Park Service, and other affected federal and state agencies.

Any legislation establishing the NRA should provide for coordinated management through an agreement between the Bureau of Reclamation and the National Park Service, which identifies their respective roles and responsibilities. This legislation should be relatively broad, and not overly specific on how the NRA is to be managed. Other documents would go into more detail describing how the NRA should be managed. These documents would include a new MOA between the Bureau of Reclamation and the National Park Service, and a revised NPS general management plan or implementation plan for the NRA.



*Bighorn sheep inhabit rugged areas within and adjacent to Curecanti NRA*

x CURECANTI NATIONAL RECREATION AREA

# THE PRIMARY DIFFERENCES BETWEEN THE ALTERNATIVES

| Alternative 1: No Action (Continuation of Existing Conditions) | Alternative 2: The Proposed Action |
|---|---|
| **PERTAINING TO RECREATIONAL OPPORTUNITIES:** | |
| Land within Curecanti National Recreation Area (NRA) would continue to be the minimum acquired by the Bureau of Reclamation for the Curecanti Unit, CRSP and Uncompahgre Project, and it would be less likely that access easements or additional land would be acquired, thus limiting recreational opportunities to the current land base. Hunting, fishing, and other existing recreational activities would continue, consistent with NPS policies and regulations. | Land within Curecanti National Recreation Area (NRA) would be expanded, as 10,040 acres of other agency lands would be added to NRA via transfers and exchanges, and there would be potential to acquire access easements and/or additional land from willing landowners, thus providing an expanded land base for recreational opportunities. Hunting, fishing, and other existing recreational activities would continue; however, there would be additional potential for expanded recreational activities in some areas, consistent with NPS policies and regulations. |
| **PERTAINING TO CONSERVATION OF NATURAL, CULTURAL, AND SCENIC RESOURCES:** | |
| The natural rural character of the land, intrinsic scenic values, and other related resource values, are less likely to be conserved, as the National Park Service (NPS) would have limited resources to work in partnership with neighbors to acquire land interests or provide technical assistance on private land surrounding the NRA. | Efforts to conserve the natural rural character of the land, intrinsic scenic values, and other resource values, would be enhanced through the cooperation of local governments and adjacent landowners, and the availability of tools, including acquisition of interests in land from willing landowners, that could be utilized within the proposed Conservation Opportunity Area (COA). |
| Conservation benefits, including acquisition of conservation easements and other conservation projects, are less likely to be achieved, and NPS would lack authority to expend funds on private lands surrounding the NRA. | There would be more opportunity to meet conservation goals, even if funding was not immediately available for federal acquisition of interests in land, as NPS would be authorized to use an expanded assortment of other cooperative conservation tools within the COA. |
| **PERTAINING TO NATIONAL SIGNIFICANCE:** | |
| National significance of the NRA would not be assured. Continued development of adjacent private property would likely change the scenic and rural character of the land and related resources, adversely affecting the visitor experience. | National significance of the NRA would be more assured through cooperative conservation efforts within the COA. |
| **PERTAINING TO MANAGEMENT EFFICIENCIES AND ECONOMIC BENEFITS:** | |
| Confusion of jurisdictional responsibilities would continue; management efficiencies would less likely be achieved; NPS would be cautious about investing its energy and resources in the NRA, since NPS serves the area per agreement with a different agency, and its long-term presence is not assured; and the potential loss of a NPS presence could adversely affect tourism, and consequentially, local economies. | Jurisdictional responsibilities would be clarified, providing enhanced management efficiencies for all agencies involved; NPS would be more inclined to invest energy and resources in the NRA; a permanent NPS presence would be assured; and the needs of local governments related to the economic benefits of tourism in the Curecanti area would more likely be met. |
| **PERTAINING TO ADVERSE AND BENEFICIAL IMPACTS ON THE ENVIRONMENT:** | |
| Due to the lack of conservation tools available to NPS for working cooperatively with landowners, more adverse impacts to the natural, cultural, recreational, and scenic resources would be expected on lands within and surrounding the NRA. | Due to the availability of additional conservation tools within the COA, fewer adverse impacts and more benefits to the natural, cultural, recreational, and scenic resources would be expected, making this the environmentally preferred alternative. |
| **PERTAINING TO IMPLEMENTATION COSTS:** | |
| With a determination that the administrative boundary is unlikely to change, one-time costs include completion of surveys, boundary posting and fencing. That cost is expected to be $500,000. There would be no additional recurring annual costs. | One-time costs include acquiring interests in land, including conservation easements and fee simple ownership from willing landowners; associated plans and administrative costs related to lands and partnership programs; surveys, boundary posting and fencing. Due to various factors (explained in the Final RPS/EIS), a range of costs is estimated to be from $3,690,000 to $14,973,000. Recurring costs for two staff positions and related expenditures are estimated to be $160,000 per year. |

BLM_0059538

SUMMARY

BLM_0059539

# TABLE OF CONTENTS

SUMMARY ...................................................................................................................iii

LIST OF ACRONYMS ...................................................................................... xix

## PURPOSE OF AND NEED FOR ACTION

INTRODUCTION, AND BRIEF DESCRIPTION OF CURECANTI NATIONAL RECREATION AREA ...................1

PURPOSE OF THE STUDY.................................................................................6

NEED FOR THE STUDY ...................................................................................7

FOUNDATION FOR THE STUDY.................................................................................8

NATIONAL RECREATION AREA SPECIAL MANDATES ...................................................................9
  NRA Purpose..................................................................................................9
  NRA Significance ...................................................................................9
  NRA Mission................................................................................................11
  NRA Mission Goals.......................................................................................11
  NRA Interpretive Themes....................................................................11

RECLAMATION SPECIAL MANDATES .................................................................................12
  Reclamation Project Background and Purpose................................................12
  Reclamation Project Significance ................................................................14
  Reclamation Mission....................................................................................15
  Reclamation Goals.......................................................................................15

WESTERN AREA POWER ADMINISTRATION (DEPARTMENT OF ENERGY) SPECIAL MANDATES.............15
  Background and Purpose...............................................................................15
  Western's Mission .........................................................................................16
  Western's Goals ...........................................................................................16

STUDY PROCESS..................................................................................................16
  Public and Agency Involvement ...................................................................16
  Data Collection and Analysis.......................................................................17
  Alternatives Development and Impacts Assessment .................................... 23

TOOLS FOR RESOURCE CONSERVATION AND MANAGEMENT ....................................... 24

COST ESTIMATES ................................................................................................. 27

STUDY OPPORTUNITIES, INTERESTS, AND ISSUES................................................. 28

IMPACT TOPICS...................................................................................................... 28
  Impact Topics Considered ............................................................................ 29
  Impact Topics Dismissed from Further Consideration .................................... 29

## ALTERNATIVES, INCLUDING THE PROPOSED ACTION

DEVELOPMENT OF ALTERNATIVES.................................................................................35

ALTERNATIVE 1: NO ACTION (CONTINUATION OF EXISTING CONDITIONS)....................................... 39
  Overall Concept ...........................................................................................39
  National Recreation Area Designation and Boundary ....................................40
  Resource Conservation..................................................................................40

BLM_0059540

TABLE OF CONTENTS

National Recreation Area Management ................................................................................... 43
Bureau of Reclamation Operations ....................................................................................... 43
Other Agency Operations ....................................................................................................... 43
Joint Agency Management Effort (JAME) ............................................................................ 43
Estimated Costs, Staffing Requirements, and Implementation Strategy ............................ 44

ALTERNATIVE 2: PROPOSED ACTION ......................................................................................... 45
Overall Concept ...................................................................................................................... 45
National Recreation Area Designation and Boundary ........................................................ 49
Resource Conservation ........................................................................................................... 51
National Recreation Area Management ................................................................................. 54
Bureau of Reclamation Operations ....................................................................................... 55
Other Agency Operations ....................................................................................................... 55
Joint Agency Management Effort (JAME) ............................................................................ 56
Estimated Costs, Staffing Requirements, and Implementation Strategy ............................ 56

FINDINGS AND GUIDING PRINCIPLES REGARDING THE STUDY'S RECOMMENDATIONS ...................... 61

IMPORTANT CONSIDERATIONS REGARDING RECOMMENDATIONS TO CONGRESS ........................... 62

ALTERNATIVES CONSIDERED BUT ELIMINATED FROM DETAILED ASSESSMENT ................................. 63
National Recreation Area Boundary ..................................................................................... 63
National Recreation Area Management ................................................................................. 64

THE ENVIRONMENTALLY PREFERRED ALTERNATIVE ...................................................................... 64

EXTENT TO WHICH THE PROPOSED ACTION MEETS BOUNDARY ADJUSTMENT CRITERIA ................. 66
Need and Opportunity ............................................................................................................. 66
Suitability and Feasibility ....................................................................................................... 66

EFFECTIVENESS OF ALTERNATIVES IN MEETING STUDY OBJECTIVES AND NRA MISSION ................. 67

SUMMARY OF ALTERNATIVES .................................................................................................... 67

SUMMARY OF ENVIRONMENTAL CONSEQUENCES ........................................................................ 67

# AFFECTED ENVIRONMENT

INTRODUCTION ........................................................................................................................ 83
Primary Elements of the Environment Affected by Actions ................................................. 83
Land Units .............................................................................................................................. 83

NATURAL RESOURCES ............................................................................................................... 84
Topography and Climate ......................................................................................................... 84
Water Resources ...................................................................................................................... 84
Geology and Paleontology ....................................................................................................... 87
Vegetation and Wildlife .......................................................................................................... 88
Special Status Species ............................................................................................................. 92
Natural Lightscape (Night Sky) .............................................................................................. 97
Natural Soundscape ................................................................................................................ 98

CULTURAL RESOURCES ............................................................................................................. 99
Historical Background ............................................................................................................. 99
Archeological Resources .......................................................................................................... 100
Historic Structures and Resources ......................................................................................... 100
Resource Significance ............................................................................................................. 101

VISITOR USE, UNDERSTANDING, AND ENJOYMENT ..................................................................... 101
Recreational Opportunities ..................................................................................................... 101

BLM_0059541

Interpretation and Educational Opportunities........................................................... 109

Scenic Resources.................................................................................................. 110
Resource Significance ........................................................................................114

Regional Economic and Social Characteristics .................................................114
Regional Setting ................................................................................................114
Population...........................................................................................................115
Economic Conditions .......................................................................................115
NRA Contribution to Regional Economy ....................................................... 116
Payments in Lieu of Taxes ...............................................................................117
Quality of Life....................................................................................................117
Private Land Use within the National Recreation Area ................................. 119
Neighboring Private Lands and Landowners within the Proposed Lands...............120

National Park Service, Reclamation, and Other Neighboring Agency
Management and Operations ............................................................................. 122
National Park Service ....................................................................................... 122
Bureau of Reclamation ..................................................................................... 123
Bureau of Land Management............................................................................ 125
Colorado Department of Transportation / Federal Highway Administration ......... 127
Colorado Division of Wildlife ......................................................................... 127
U.S. Forest Service............................................................................................ 128
Western Area Power Administration ............................................................... 128

## ENVIRONMENTAL CONSEQUENCES

Introduction........................................................................................................ 131

General Methodology for Assessing Impacts ................................................... 131
Definitions and Foundation for Analysis ........................................................ 131
Resource Conservation and Development Assumptions................................. 132
Cumulative Impacts........................................................................................... 136
Impairment Analysis..........................................................................................140

Natural Resources ...............................................................................................140
Water Quality .....................................................................................................141
Geology and Paleontology................................................................................ 143
Vegetation and Wildlife ................................................................................... 145
Special Status Species ...................................................................................... 152
Natural Lightscape (Night Sky) ...................................................................... 157
Natural Soundscape .......................................................................................... 160

Cultural Resources ..............................................................................................164

Visitor Use, Understanding, and Enjoyment ...................................................168
Recreational Opportunities..............................................................................168
Interpretation and Educational Opportunities............................................... 174

Scenic Resources.................................................................................................. 177

Regional Economic and Social Characteristics ............................................... 183
Economics .......................................................................................................... 183
Private Land Use within the National Recreation Area .................................189
Neighboring Private Lands and Landowners within the Proposed Lands................192

BLM_0059542

NATIONAL PARK SERVICE, RECLAMATION, AND OTHER NEIGHBORING AGENCY
MANAGEMENT AND OPERATIONS ................................................................................196

UNAVOIDABLE ADVERSE IMPACTS..............................................................................208

LOSS IN LONG-TERM AVAILABILITY OR PRODUCTIVITY TO ACHIEVE SHORT-TERM GAIN ............208

IRREVERSIBLE OR IRRETRIEVABLE COMMITMENTS OF RESOURCES ......................................208

## CONSULTATION AND COORDINATION

INTRODUCTION..............................................................................................................209

NOTICE OF INTENT ......................................................................................................210

CONSULTATION WITH AGENCIES AND ELECTED OFFICIALS.............................................210

MEETINGS WITH THE GENERAL PUBLIC, PARK VISITORS, PRIVATE LANDOWNERS, AND OTHER
STAKEHOLDERS ............................................................................................................214

MEETINGS WITH AMERICAN INDIAN TRIBES...................................................................216

COMPLIANCE WITH FEDERAL AND STATE LAWS, REGULATIONS, EXECUTIVE ORDERS, AND
NATIONAL PARK SERVICE POLICIES ...............................................................................217
    Section 106 Consultation.........................................................................................217
    Consultation for Species of Concern .......................................................................217

NEWSLETTERS ..............................................................................................................217

MULTI-AGENCY REVIEW VERSION OF THE DRAFT RPS/EIS ............................................218

RECLAMATION REVIEW VERSION OF THE DRAFT RPS/EIS...............................................218

PUBLIC REVIEW OF THE DRAFT RPS/EIS .....................................................................218

RELEASE OF THE FINAL RPS/EIS, RECORD OF DECISION, AND REPORT TO CONGRESS ......218

LIST OF RECIPIENTS FOR THE DRAFT RPS/EIS ..............................................................219

COMMENTS ON DRAFT RPS/EIS, AND NPS RESPONSES ................................................221

LETTERS FROM AGENCIES AND ORGANIZATIONS COMMENTING ON THE DRAFT RPS/EIS ............252

PREPARERS AND CONSULTANTS ....................................................................................288
    Preparers of the Resource Protection Study/Environmental Impact Statement ....................288
    Consultants........................................................................................................290

## APPENDIXES

APPENDIX A: TOOLBOX OF INCENTIVES FOR RESOURCE CONSERVATION ..........................297

APPENDIX B: CURECANTI: GREAT SCENERY, OUTSTANDING RESOURCES, AND
GOOD NEIGHBORS..........................................................................................................329

APPENDIX C: LEGISLATION, POLICIES, AND OTHER DOCUMENTS RELATED TO THE
CURECANTI NATIONAL RECREATION AREA AND THE RESOURCE PROTECTION STUDY .................337
    Legislation........................................................................................................337
    Management Policies ...........................................................................................339
    Management Plans ..............................................................................................343
    General Agreements and Documents Pertaining Thereto .............................................344

APPENDIX D: NEEDED AGREEMENTS, RESEARCH, AND ACTION PLANS...............................351

BLM_0059543

TABLE OF CONTENTS

**BIBLIOGRAPHY** ................................................................................................................ 355

**GLOSSARY** ........................................................................................................................ 363

**INDEX** ............................................................................................................................... 369

## LIST OF MAPS

REGIONAL OVERVIEW ............................................................................................................ 2

EXISTING CONDITIONS ........................................................................................................... 3

COMPUTER GENERATED VIEWSHED OF LAND WITHIN AND SURROUNDING CURECANTI .................. 21

IMPORTANT RESOURCES SURROUNDING CURECANTI ................................................................. 25

ALTERNATIVE 1: NO ACTION (CONTINUATION OF EXISTING CONDITIONS) .......................................... 41

ALTERNATIVE 2: PROPOSED ACTION ....................................................................................... 47

## LIST OF TABLES

THE PRIMARY DIFFERENCES BETWEEN THE ALTERNATIVES .......................................................... xi

TABLE 1: IMPACT TOPICS RETAINED OR DISMISSED .................................................................... 30

TABLE 2: FACTORS CONSIDERED IN ESTABLISHING LAND UNITS ............................................ 38, 85, 134

TABLE 3: EFFECTIVENESS OF ALTERNATIVES IN MEETING STUDY OBJECTIVES AND
NRA MISSION ...................................................................................................................... 68

TABLE 4: SUMMARY OF ALTERNATIVES ..................................................................................... 70

TABLE 5: SUMMARY OF ENVIRONMENTAL CONSEQUENCES ......................................................... 73

TABLE 6: BIG GAME HABITAT IN PROPOSED LANDS ..................................................................... 89

TABLE 7: SPECIAL STATUS SPECIES IN THE VICINITY OF CURECANTI NATIONAL
RECREATION AREA ............................................................................................................... 93

TABLE 8: ANNUAL VISITATION AT CURECANTI NATIONAL RECREATION AREA, 1996–2005 .............. 102

TABLE 9: POPULATION ESTIMATES ......................................................................................... 115

TABLE 10: RESERVED SUB-SURFACE INTERESTS ...................................................................... 118

TABLE 11: WESTERN AREA POWER ADMINISTRATION FACILITIES ................................................ 129

TABLE 12: PROBABILITY OF DEVELOPMENT BY LAND UNIT ....................................................... 135

TABLE 13: BIG GAME HABITATS – NO-ACTION ALTERNATIVE .................................................... 147

TABLE 14: BIG GAME HABITATS – PROPOSED ACTION ............................................................... 150

TABLE 15: BUREAU OF LAND MANAGEMENT GRAZING ALLOTMENTS WITHIN THE CURRENT AND
PROPOSED NATIONAL RECREATION AREA ............................................................................... 205

TABLE 16: COMMENTS ON CURECANTI DRAFT RPS/EIS, AND NPS RESPONSES ............................ 223

TABLE 17: NATIONAL RECREATION AREAS THROUGHOUT THE UNITED STATES ............................. 366

BLM_0059544

TABLE OF CONTENTS

BLM_0059545

# LIST OF ACRONYMS

| | |
|---|---|
| ACEC | Area of Critical Environmental Concern |
| BLCA | Black Canyon of the Gunnison National Park |
| BLM | Bureau of Land Management |
| BMPs | Best Management Practices |
| BMR | Blue Mesa Reservoir |
| BP | Before Present |
| CACS | Gunnison County's Curecanti Area Conservation Study |
| CDH | Colorado Division of Housing |
| CDOLA | Colorado Department of Local Affairs |
| CDOT | Colorado Department of Transportation |
| CDOW | Colorado Division of Wildlife |
| CDPHE | Colorado Department of Public Health and Environment |
| CE | Conservation Easement |
| CEQ | Council on Environmental Quality |
| CNHP | Colorado Natural Heritage Program |
| CNPS | Colorado Native Plant Society |
| CO 92 | Colorado Highway Route 92 |
| CO 149 | Colorado Highway Route 149 |
| COA | Conservation Opportunity Area |
| CORPS | U.S. Army Corps of Engineers |
| CPCESU | Colorado Plateau Cooperative Ecosystems Studies Unit |
| CRCT | Colorado River Cutthroat Trout |
| CREDA | Colorado River Energy Distributors Association |
| CRSP | Colorado River Storage Project |
| CSFS | Colorado State Forest Service |
| D&RG | Denver and Rio Grande Railroad |
| D&RGW | Denver and Rio Grande Western Railroad |
| DOI | Department of the Interior |
| EIS | Environmental Impact Statement |
| EPA | Environmental Protection Agency |
| ESA | Endangered Species Act |
| FHWA | Federal Highway Administration |
| FTE | Full-Time Employee |
| FY | Fiscal Year |
| GIS | Geographic Information System |
| GMP | General Management Plan |
| GMUG | Grand Mesa, Uncompahgre, and Gunnison National Forests |
| GPRA | Government Performance and Review Act |
| IP | Implementation Plan |
| IRC | Internal Revenue Code |

BLM_0059546

ACRONYMS

| | |
|---|---|
| JAME | Joint Agency Management Effort |
| LARS | Land Acquisition Ranking System |
| LCS | List of Classified Structures |
| LLC | Limited Liability Corporation |
| LPP | Land Protection Plan |
| LUR | Land Use Regulation |
| LWCF | Land and Water Conservation Fund |
| MGM | Money Generation Model |
| MIS | Management Indicator Species |
| MOA | Memorandum of Agreement |
| MWAC | Midwest Archeological Center |
| NAGPRA | Native American Graves Protection and Repatriation Act |
| NDIS | Natural Diversity Information Source |
| NEPA | National Environmental Policy Act |
| NHPA | National Historic Preservation Act |
| NMPM | New Mexico Principal Meridian |
| NOI | Notice of Intent |
| NPS | National Park Service |
| NRA | National Recreation Area |
| NRCS | Natural Resource Conservation Service |
| NRHP | National Register of Historic Places |
| ONPS | Operation of the National Park Service |
| PBR | Preliminary Boundary Recommendation |
| PILT | Payment in Lieu of Taxes |
| Reclamation | Bureau of Reclamation |
| ROW | Right-of-Way or Rights-of-Way |
| RPS | Resource Protection Study |
| RTCA | Rivers, Trails, and Conservation Assistance Program |
| SGA | Special Geographic Area |
| SWA | State Wildlife Area |
| TPI | Total Personal Income |
| TPL | Trust for Public Land |
| UCRSP | Upper Colorado River Storage Project |
| U.S. 50 | U.S. Highway Route 50 |
| USDA | U.S. Department of Agriculture |
| USFS | U.S. Forest Service |
| USFWS | U.S. Fish and Wildlife Service |
| USGS | U.S. Geological Survey |
| UVWUA | Uncompahgre Valley Water Users Association |
| Western | Western Area Power Administration |
| WPRS | Water and Power Resources Service |

BLM_0059547

# Chapter 1: Purpose of and Need for Action



BLM_0059548

# PURPOSE OF AND NEED FOR ACTION

## INTRODUCTION, AND BRIEF DESCRIPTION OF CURECANTI NATIONAL RECREATION AREA

The area administered as Curecanti National Recreation Area (NRA) is located in Gunnison and Montrose Counties in southwestern Colorado along the Gunnison River, as shown on the Regional Overview map. It is approximately 40 miles long from east to west, and is comprised of 41,790 acres of federal lands and waters. The NRA provides recreational opportunities in a spectacular geological setting, amidst a variety of natural, cultural, and scenic resources.

Today, primary visitor access to the NRA is via US Highway 50, which transects the NRA in a general east-west orientation. The nearest major towns are Gunnison, located on US 50 about five miles east of the NRA; and Montrose, west of the NRA, located on US 50 about twenty miles from the Cimarron visitor center. The NRA can also be accessed via Colorado State Highway 92, which enters from the northwest and continues along the northern edge of the NRA, until it terminates at US 50 near Blue Mesa Dam; and via Colorado State Highway 149, which enters from the southeast, ending at US 50, on the east side of Blue Mesa Reservoir. These roads are shown on all fold-out maps.

In addition to the three major highways entering the NRA, there is a network of Bureau of Reclamation (Reclamation), National Park Service (NPS), Bureau of Land Management (BLM), US Forest Service (USFS), and county roads within and/or surrounding the NRA, most of which are open to public use. This highway and road system serves regional and local traffic. In addition, utility access roads exist for the primary purpose of serving Western Area Power Administration's (Western) system of electric transmission lines. Also, some access to private property occurs on private roads and drives

that preexisted the NRA (i.e., grandfathered use), or that have since been permitted by the administering federal agency.

CO 92 and US 50 (east of CO 92 intersection) are part of the West Elk Loop, designated by the Colorado Department of Transportation (CDOT) as a state scenic and historic byway. The scenic byway program is a collaborative effort to help recognize, preserve, and enhance selected roads throughout the United States, due to their scenic and/or historic values.

There are no active railroads present within or adjacent to the NRA. However, the Denver and Rio Grande Railroad historically provided both freight and passenger service between Gunnison and Montrose, as well as between Sapinero and Lake City. Both narrow-gauge lines began service in the 1880's. The Lake City line was abandoned in the mid-1930s, while the Gunnison-to-Montrose line was abandoned in the late 1940s.



*Soap Creek arm of Blue Mesa Reservoir is representative of the spectacular geological setting of Curecanti NRA for land- and water-based recreation*

Curecanti NRA includes three reservoirs, named for corresponding dams on the Gunnison River: Blue Mesa Dam and Reservoir; Morrow Point Dam and Reservoir; and Crystal Dam and Reservoir, as shown on the Existing Conditions map. These three dams and reservoirs make up the Wayne N. Aspinall Storage Unit (Aspinall Unit), named after the Colorado congressman instrumental in implementing the project. The Aspinall Unit is one of the four main units of the Colorado River Storage Project (CRSP) that was authorized by Congress in 1956. The other

BLM_0059549



BLM_0059550





| | |
|---|---|
| | Lands and Waters Included Within Curecanti National Recreation Area (41,790 acres) |
| | Bureau of Reclamation Dam or Facility |
| | Existing Wilderness Area |
| | Private Land under Conservation Easement |
| | Western Area Power Administration Facility and Transmission Lines |
| | Highway |
| | Road |
| | Trail |
| | Stream |
| | West Elk Loop Scenic and Historic Byway |
| | NPS Visitor Center |
| | NPS Campground |
| | NPS Marina |
| | U.S. Forest Service Campground |

EXISTING LAND STATUS

- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife (State Wildlife Area [SWA])
- National Park Service
- U.S. Forest Service
- Private

# EXISTING CONDITIONS

RESOURCE PROTECTION STUDY
CURECANTI NATIONAL RECREATION AREA

Gunnison and Montrose Counties, Colorado

National Park Service
U.S. Department of the Interior

2 0 2 4 Miles

| IMDE | 616 |
|---|---|
| 5/01/2008 | 20,020-A |

NPS Disclaimer information: Property boundaries shown on this map are intended for study purposes only, and are not intended to be definitive regarding land ownership. County and agency land records will be used to verify ownership and definitively locate property lines and boundaries.

N W E S

large dams in this project include Navajo Dam in New Mexico, Flaming Gorge Dam in Utah, and Glen Canyon Dam in Arizona. A primary purpose of this project is to provide storage of water for beneficial consumptive use by the Upper Colorado River Basin states of Colorado, Wyoming, New Mexico and Utah.

The CRSP Act provides for public recreational facilities, and fish and wildlife propagation facilities in connection with the CRSP. Section 8 of the Act states, "In connection with the development of the Colorado River storage project and the participating projects, the Secretary [of the Interior] is authorized and directed to investigate, plan, construct, operate, and maintain (1) public recreational facilities on lands withdrawn or acquired for the development of said project or of said participating projects, to conserve the scenery, the natural, historic, and archeologic objects, and the wildlife on said lands, and to provide for public use and enjoyment of the same and of the water areas created by these projects by such means as are consistent with the primary purposes of said projects; and (2) facilities to mitigate losses of, and improve conditions for, the propagation of fish and wildlife. The Secretary of the Interior is authorized to acquire lands and to withdraw public lands from entry or other disposition under the public land laws necessary for the construction, operation, and maintenance of the facilities herein provided, and to dispose of them to Federal, State, and local governmental agencies by lease, transfer, exchange, or conveyance upon such terms and conditions as will best promote their development and operation in the public interest. All costs incurred pursuant to this section shall be nonreimbursable and nonreturnable"(70 Stat. 110; 43 U.S.C. § 620(g)).

In 1958, the Bureau of Reclamation (Reclamation) and the National Park Service (NPS) jointly made a request to the Secretary of the Interior for NPS to be given the responsibility for carrying out Section 8, "except, of course, as it relates to provision number (2) concerning fish and wildlife." The Secretary of the Interior, Fred A. Seaton, approved the request. (Memorandum dated February 17, 1958, from Conrad L. Wirth, Director, NPS, to Secretary of the Interior; Subject: Designation of Responsibility for Carrying Out the Provisions of Section 8, Public Law 485, Colorado River Storage Project and Participating Projects; concurred by Alfred R. Golze, Commissioner of Reclamation, on March 12, 1958; approved by Fred A. Seaton, Secretary of the Interior, on April 21, 1958.)

In 1965, pursuant to the Secretary's delegation, congressional authority at 16 U.S.C. § 17j-2(b), and a Memorandum of Agreement (MOA) with Reclamation, NPS began managing recreation and certain other resources within the Aspinall Unit. Over time, the area became known as Curecanti National Recreation Area. Under the MOA, Reclamation has overall responsibility for the Aspinall Unit, including operating and maintaining the dams, reservoirs, associated power plants, and related facilities. Since 1977, Western Area Power Administration (Western) has operated and maintained the power transmission system and has marketed the power generated at the Aspinall Unit. NPS manages the natural and cultural resources, recreational opportunities, and associated facilities on and adjacent to the reservoirs within the NRA.

The existing NRA has a federal government boundary around it, most of which is Reclamation land that was withdrawn or acquired for project purposes, but some of which is recently acquired NPS land. The NRA has not been officially designated by Congress as a National Recreation Area, although it is recognized as such in federal legislation pertaining to it. Thus, the NRA has no legislated boundary. For this reason, throughout this document, the term "boundary," when used in reference to the existing NRA, should be interpreted as an informal descriptor, and not as an official line authorized by Congress. Lands which comprise the current NRA are shown on the Existing Conditions map.

In 1978, Reclamation lands in the East Portal area were added to the NRA, whereas NPS agreed to manage said lands

BLM_0059552

pursuant to the 1965 MOA. This addition, as part of the Uncompahgre Project, is subject to Federal Reclamation laws (Act of June 17, 1902, 32 Stat. 388, and Acts amendatory thereof or supplementary thereto), but not the CRSP Act of 1956. The Crystal Dam Access Road, however, which runs through the area, is covered under the CRSP Act of 1956, since it replaced the prior East Portal access road as part of the Crystal Dam construction. Recreational use and fish and wildlife enhancement of non-CRSP lands are covered by Public Law 89-72, as amended by Title XXVIII of Public Law 106-575.

## PURPOSE OF THE STUDY

This Curecanti NRA Resource Protection Study (RPS) is being conducted in response to Section 11 of the Black Canyon of the Gunnison National Park and Gunnison Gorge National Conservation Area Act of 1999 (Public Law 106-76). Key sections of that legislation appear in Appendix C. Section 11 states that the Secretary of the Interior, acting through the Director of the National Park Service, shall conduct a study concerning land protection and open space within and adjacent to the area administered as the Curecanti National Recreation Area. More specifically, Section 11 states that the purpose of the study is to:

- Assess the natural, cultural, recreational, and scenic resource value and character of the land within and surrounding Curecanti NRA (including open vistas, wildlife habitat, and other public benefits);

- Identify practicable alternatives that protect the resource value and character of the land within and surrounding the Curecanti National Recreation Area;

- Recommend a variety of economically feasible and viable tools to achieve the purposes described in paragraphs (1) and (2); and

- Estimate the costs of implementing the approaches recommended by the study.

The Act authorizing this study instructs the Secretary of the Interior to submit a report to Congress that:

- Contains the findings of the study;

- Makes recommendations to Congress with respect to the findings of the study; and

- Makes recommendations to Congress regarding action that may be taken with respect to the land described in the report.

As a component of the RPS, an environmental impact statement (EIS) is being prepared by NPS, with Reclamation as a cooperating agency. The required Report to Congress, or Report, will be sent to Congress after the EIS process is completed. This process will conclude with a Record of Decision (ROD) that documents the National Park Service's selected alternative. The ROD will be released no sooner than 30 days following the release date of this Final RPS/EIS, which is the date that the Environmental Protection Agency's Notice of Availability appears in the Federal Register. The Report will be coauthored by NPS and Reclamation. NPS, as the lead agency, will then submit the Report to the Secretary of the Interior, who will in turn submit it to Congress. The Report will summarize the study's findings and make recommendations. Implementation of those recommendations will then depend on congressional action. The Final RPS/EIS and the Record of Decision will accompany the Report. If the Record of Decision finds that Congress should pass new legislation for the NRA, the Report will identify issues to be addressed in that new legislation. In other words, the Secretary of the Interior will make the recommendation to Congress, based on recommendations developed by NPS and Reclamation.

BLM_0059553

*In evaluating the congressional requirements and as a result of the public involvement process, NPS has summarized some important considerations relating to this study.*

*First, what this study is about:*

- *Finding ways that will allow NPS to work more effectively in partnership with neighboring private landowners and others to conserve the natural, cultural, recreational, and scenic resources and character of the land within and surrounding Curecanti NRA.*

- *As the study evolved, it became clear that it should evaluate whether or not to recommend to Congress that the NRA be formally established, with a legislated boundary; what changes should be made to the boundary; and what agency or agencies should be responsible for managing the NRA.*

*And second, what this study is not about:*

- *Making recommendations pertaining to water rights.  It was the intent of the "Black Canyon of the Gunnison National Park and Gunnison Gorge National Conservation Area Act of 1999," hence the intent of this Resource Protection Study authorized by Section 11 of that act, that it not create an express or implied reservation of water for any purpose; that nothing affect any water rights in existence, including any water rights held by the United States; and that any new water rights be established in accordance with the procedural and substantive requirements of the laws of the State of Colorado.  Thus, water rights is a legal issue, and will not be addressed in this study, other than to state that water rights would be specifically addressed as a condition of any future sale and/or exchange of property that may occur pursuant to the recommendations of this study.*

- *Operations of Reclamation projects.*

- *Infringing on the rights of landowners.*

- *Making any recommendation that would use condemnation or other tools not in partnership and cooperation with private landowners.*

## NEED FOR THE STUDY

Many issues and concerns resulted in the need for this study. Although a 1997 General Management Plan (GMP) was prepared for the NRA (NPS 1997), it focused on management of resources within the NRA and did not evaluate resource values in areas surrounding Curecanti, which is now the requirement of the legislative mandate for this study.

Beginning in the early 1900s and into the late 1960s, Reclamation withdrew public lands along the Gunnison River for several proposed or potential Reclamation projects. During this time period, additional withdrawals were made along the river for potential power-generation sites. These withdrawals closed these lands to entry under the U.S. mining laws and various disposition laws in order to keep them available for reclamation and power purposes.

After the Curecanti (now Aspinall) Unit was authorized for construction in 1956, Reclamation began acquiring private lands necessary for the construction, operation, and maintenance of the Aspinall Unit. Additional lands and land interests in the vicinity of the Aspinall Unit were subsequently also withdrawn or acquired to mitigate the loss of wildlife habitat and stream fisheries resulting from construction of the Unit. With the

BLM_0059554

exception of those mitigation lands, the lands considered necessary for Reclamation projects were withdrawn or acquired for general Reclamation project purposes. However, during this process of land withdrawal and acquisition, little or no consideration was given to the potential for expanding land-based recreational opportunities that might be associated with an emerging NRA. This study now provides the platform for that consideration.

Over the past 50 years, it has become apparent that natural, cultural, recreational, and scenic resources beyond the current NRA should be evaluated for conservation and possible inclusion within a legislated boundary for Curecanti NRA. Many of these resources have the potential to provide enhanced recreational opportunities for the visitor. Scenic resources surrounding the current NRA are contributing factors to visitor enjoyment.

Development on private lands surrounding the NRA is on the increase. Local and regional concerns exist regarding the potential for sprawling development related to primary and secondary homes, particularly given the ongoing population growth and increase in assessed land values in many mountain communities. Compared to other mountain communities, particularly in the vicinity of NPS areas and ski resort communities, the area surrounding Curecanti has seen only minimal development. However, if additional development occurs near Curecanti without concern for the cumulative impacts to natural and cultural resources and to the magnificent natural vistas that contribute so much to the attractiveness of this area, the national significance of the NRA could be diminished.

Because of the presence of three reservoirs within the recreation area, and because the NRA included relatively little upland beyond the shores of the three reservoirs, the NRA's focus has been primarily on the provision of water-based recreation opportunities. However, surrounding the NRA, opportunities exist for land-based recreation to a greater extent than already provided within the NRA. Some of these opportunities can be found on land already administered by other

government agencies, including the Bureau of Land Management (BLM), Colorado Division of Wildlife (CDOW), and the U.S. Forest Service (USFS). Potential opportunities exist on private land surrounding the NRA. There is a need to evaluate these existing and potential recreation and interpretive opportunities that would contribute to the NRA's purpose and that would provide visitors to the NRA with a more diverse experience, adding to their understanding, appreciation, and enjoyment of area resources. One of the goals of this study is to consult with neighboring agencies to determine if some of these opportunities are appropriate to include within an expanded NRA; and to provide an avenue for the National Park Service to work cooperatively with private landowners to realize this potential.

In addition to the above issues, there are a few specific items that this study and its implementation should address. These include: (1) mitigation of boundary issues and inadvertent private encroachment onto the NRA, based on inaccurate or incomplete land surveys (examples exist near Sapinero, Lake Fork Cove, and East Cimarron); and (2) legislative clarification of the responsibilities of NPS in administering certain resources in the NRA. Important decisions must also be made regarding how to conserve lands and resources adjacent to the NRA in cooperation and partnership with landowners, counties, and other federal and state agencies.

## FOUNDATION FOR THE STUDY

The management of units within the national park system is guided by agency-wide and unit-specific laws, regulations, and policies; and includes the development of purpose, significance, mission, and goal statements for each NPS unit. At Curecanti NRA, management is also guided by Reclamation laws, regulations, policies, purpose, significance, mission, and goals. Understanding this guidance has been fundamental to conducting this study. Laws, policies, and regulations that guide the management of specific resources within the NRA are listed later in this chapter under

BLM_0059555

"Impact Topics," in the Environmental Consequences chapter by impact topic, and in Appendix C. Also included in Appendix C is the 1965 MOA between NPS and Reclamation.

## NATIONAL RECREATION AREA SPECIAL MANDATES

In addition to agency-wide laws, regulations, and policies that govern the management of NPS areas, most NPS units have special mandates that must be followed, such as the unit's enabling legislation, and agreements with other agencies. Because of the manner by which Curecanti NRA was created, and the prior existence on site of the Bureau of Reclamation, the most important special mandate that influences NPS management at the NRA is the recognition of, and adherence to, Reclamation's own agency-wide and project-specific mandates.

In general, Reclamation's mission is to manage, develop, and protect water and related resources in an environmentally and economically sound manner in the interest of the American public. (A more detailed description of Reclamation Project Purpose, Significance, Mission, and Goals, appears later in this chapter, under the subheading of "Reclamation Special Mandates."). To accomplish that mission, Reclamation must have administrative jurisdiction of its lands, land interests, water and water interests, and facilities necessary to fulfill and protect the authorized purposes of its respective projects. Other users and uses may be allowed on Reclamation-administered lands as long as they are compatible or consistent with a project's primary purposes or the purpose for which Reclamation obtained the lands or land interests.

Most of the lands within the current NRA, and some adjacent lands, consist of public lands that Reclamation has withdrawn from other uses, and private lands acquired by Reclamation, all for the operation and management of the Aspinall Unit of the CRSP and the Uncompahgre Project. These lands and facilities are shown on the Existing Conditions map. NPS manages recreation and certain other resources on Reclamation lands and land interests shown within the NRA in accordance with the 1965 Memorandum of Agreement between Reclamation and NPS.

### NRA PURPOSE

The NRA purpose statement is the most fundamental criterion against which the appropriateness of all the study's recommendations is tested. Although Curecanti NRA is not officially designated by Congress as a National Recreation Area, the basic purpose of the area is interpreted from the 1965 Memorandum of Agreement between NPS and Reclamation, as well as from Section 8 of the CRSP Act and P.L. 89-72, as amended. Confirmed in the 1997 General Management Plan for the NRA, the purpose of Curecanti NRA is:

- To conserve the scenery, natural and cultural resources, and wildlife of Curecanti NRA

- To manage the lands, waters, fish and wildlife, and recreational activities of Curecanti NRA by means that are consistent with Reclamation law, as amended and supplemented, including the purposes of the CRSP Act and the Uncompahgre Project, and Reclamation agreements affecting the operation of the Aspinall Unit and the Uncompahgre Project

- To provide for public understanding, use, and enjoyment in such a way as to ensure resource conservation and visitor safety by establishing and maintaining facilities and providing protective and interpretive services.

### NRA SIGNIFICANCE

Significance statements capture the essence of a NPS unit's importance to the nation's natural and cultural heritage, and recognize the importance of the unique recreational and scenic resources in the area. Understanding

BLM_0059556

significance will help decision-makers determine those lands adjacent to Curecanti NRA that will provide significant resources and opportunities for public understanding and enjoyment, and that will help conserve area resources critical to fulfilling the unit's purpose.

- Water resources, including three reservoirs that provide a variety of recreational opportunities in a spectacular geological setting

The element of water has created majestic landforms at Curecanti, provided for the evolution of life since prehistoric times, and now provides a variety of recreational opportunities. Three dams unique in concept and construction were built between 1962 and 1976 to provide water storage, flood control, hydroelectric power, and other purposes. Thus, three reservoirs were created, which have provided for public recreation in keeping with Section 8 of the Colorado River Storage Project Act.

The highest reservoir, Blue Mesa, is the largest in Colorado and one of the largest high-altitude bodies of water in the United States. It provides an exciting diversity of water recreation, in a spectacular geological setting of pinnacles, bluffs, and mesas. The lower two reservoirs, Morrow Point and Crystal, are in the upper reaches of the Black Canyon of the Gunnison – one of the world's premier steep-walled canyons. The remarkably clear water of the three reservoirs provides one of the best cold-water fisheries in Colorado, attracting enthusiasts from throughout the nation and offering a diversity of game fish.

- Geological, paleontological, and other natural resources, including abundant wildlife and fisheries

The rock formations and canyons of Curecanti tell a story of violent volcanic activity, erosion, and geologic change

that has occurred over the course of 2 billion years. The scenic resources of the canyons, the needles, the pinnacles, the cliffs, the mesas, and the reservoirs provide dramatic contrast, offering visitors an opportunity to pause and reflect on the diversity of the landscape and its spaciousness.

Exposures of the Morrison Formation contain fossil evidence of the Mesozoic Era. Dinosaur bones have been found; and there is evidence that musk ox, cave lions, and cheetah roamed Blue Mesa during the ice ages.

Today, Curecanti protects existing and potential breeding habitat for numerous sensitive species, such as the bald eagle and peregrine falcon. The NRA provides critical winter range for elk, deer, and bighorn. Blue Mesa Reservoir is Colorado's largest body of water, and is the largest kokanee salmon fishery in the United States. Pristine tributaries provide an opportunity to reintroduce and establish breeding populations of native Colorado River cutthroat trout.

- 10,000-year continuum of human culture

The stories of human culture in the Curecanti area are recorded in the traces left by American Indians, miners, railroaders, ranchers, and dam builders. Archeological finds date back to some of the oldest villages found in North America, predating the pyramids. These signs document not only the human struggles to survive, but also how changes in human value systems, economies, society, technology, and the importance of water have shaped the use of the land and the character of its people.

BLM_0059557

## NRA MISSION

The mission of Curecanti NRA is to conserve, protect, and interpret the nationally significant and diverse natural, cultural, and scenic resources of Curecanti, balanced with the provision of outstanding recreational opportunities, and consistent with the purposes of the CRSP Act and other applicable laws, and to manage the area as a part of the greater riverine ecosystem, coordinating with other land-management agencies.

## NRA MISSION GOALS

Mission Goals for Curecanti NRA include the following.

- The natural, cultural, and scenic resources of the NRA are known, and its conditions are assessed. A process is in place to detect changes. High quality scientific, historic, and archeological information is available to guide management actions. Efforts are made to conserve resources beyond NRA boundaries when authorized by Congress and agreed upon by landowners, and through cooperative efforts with neighboring land-management agencies. Management actions, including mitigation, restoration, and maintenance, seek to preserve natural processes, cultural resources, and important scenic resources in perpetuity, while allowing compatible public use.

- The NRA is a leader in providing high quality, safe, diverse, and appropriate recreational opportunities that serve all population groups. Efforts are made to work cooperatively with neighbors (private landowners and government agencies) to provide a seamless recreational experience compatible with resource conservation goals and objectives. NRA staff provides educational opportunities that inform, inspire, and promote stewardship.

- The staff fosters support by encouraging the general public to actively participate in the conservation and use of the NRA and to understand issues through outreach, educational seminars, partnerships, and volunteer experiences.

- The staff strives to increase organizational efficiencies by: facilitating excellent communications among and within divisions; developing and retaining high-quality staff that know and support the NRA mission; supporting and encouraging work across division lines and valuing the work of all employees; and providing incentives to have employees work safely, efficiently, and economically.

- Necessary and appropriate facilities are provided to support NRA operations and visitor needs. Area assets are improved, and a preventative maintenance program is in place to maintain them in good condition.

## NRA INTERPRETIVE THEMES

Interpretive themes are the fundamental stories that can be told about area resources, and that can give the visitor a better understanding of the national significance of the NRA. The primary interpretive themes are as follows.

- The rock formations within Curecanti NRA document 1.7 billion years of the geologic processes that have created this landscape, with the Morrison formation providing fossil evidence of some of the region's earliest plant and animal inhabitants.

- The traces, tracks, and artifacts of American Indians, miners, railroaders, explorers, and ranchers preserved in the NRA, document not only the human struggles to survive, but also how changing human value systems, technology, and the importance of water have shaped the use and character of the land and its people.

- The three reservoirs, the semiarid, sagebrush-covered mesas, the

BLM_0059558

Gunnison River, and the steep walls of the Black Canyon, provide a crucial habitat for a diversity of plant species and resident and migratory animal species. The viewsheds, including the dark night sky of the NRA, are recognized as primary resources; and management actively pursues the preservation of their quality.

- The three reservoirs of the Aspinall Unit, located within Curecanti NRA, embody the major uses of managed water—water storage, flood control, hydroelectric power, and recreation.

## Reclamation Special Mandates

### RECLAMATION PROJECT BACKGROUND AND PURPOSE

Facilities, lands, land interests, and water for two constructed and operating Reclamation projects, the Uncompahgre Project and the Aspinall Unit of the CRSP, are present within and immediately adjacent to the NRA. Reclamation law provides for the operation, maintenance, and replacement of project facilities in order to meet Reclamation's mission and its projects' primary purposes. Reclamation law also provides for the use of Reclamation lands and water areas for outdoor recreation, fish and wildlife enhancement, and other resource-related activities, in a manner that is consistent, or compatible with, primary project purposes. NPS currently administers recreational use and certain other resources on Reclamation lands within the NRA pursuant to Reclamation law and a 1965 MOA with Reclamation.

Most of the lands within the existing NRA, and some of the lands adjacent to but outside of the NRA, are Reclamation lands. These are lands withdrawn or acquired for, and available to, Reclamation and its managing partners, as necessary, for the construction, operation, maintenance, and replacement of facilities for Reclamation projects. Public lands along the Gunnison River were being withdrawn for water and power purposes from the early 1900s up to the late 1960s. Private lands in the area have been acquired for Reclamation purposes from the mid-1900s to the early 2000s.

Reclamation law, including PL 89-72 as amended by Title XXVIII of PL 102-575, allows recreation and other uses on Reclamation project lands and water areas so long as such uses are compatible and coordinated with a project's primary purposes. Another Federal agency may administer Reclamation lands and water areas for recreation, fish and wildlife enhancement, and other resource management, protection, and enhancement, where those lands are included, or proposed for inclusion, in an NRA. Reclamation may enter into agreements for such administration upon such terms and conditions as will best promote the development and operation of such lands or facilities in the public interest for recreation, fish and wildlife enhancement, and resource protection and enhancement purposes while protecting Reclamation interests. NPS currently administers recreational use and certain other resources on Reclamation lands within the NRA. All lands within the NRA that are not Reclamation withdrawn lands are managed by NPS, some under agreement with other agencies.

### Uncompahgre Project

The Uncompahgre Project (originally called the Gunnison Project) was authorized by the Secretary of the Interior on March 14, 1903, pursuant to the Reclamation Act of 1902. Construction of the initial project began in 1904 and was completed in 1912. Rehabilitation of the project and construction of the Taylor Park Dam were approved by President Roosevelt on November 6, 1935. Taylor Park Dam was completed in 1937 (PWRS 1981).

Project features include Taylor Park Dam and Reservoir, the Gunnison Tunnel, seven diversion dams, 128 miles of canals, 438 miles of laterals, and 216 miles of drains. Gunnison River water is diverted at East Portal through the Gunnison Tunnel to the Uncompahgre Valley (PWRS 1981). Water from Taylor Park

BLM_0059559

Reservoir passes through the Aspinall Unit to the Gunnison Diversion Dam at East Portal.

The Uncompahgre Project provides about 650,000 acre-feet of water annually from the Gunnison and Uncompahgre Rivers to the Uncompahgre Valley for agricultural irrigation on about 80,000 acres of land. Since 1970, about 343,000 acre-feet of project water has been diverted annually from the Gunnison River at East Portal. The 15-year average for agricultural crops from the Uncompahgre Project is $20 million per year.

The Uncompahgre Valley Water Users Association and the Tri-County Water Conservation District have an exchange agreement whereby up to 20,000 acre-feet of Gunnison River water from the Uncompahgre Project may be exchanged annually for municipal and industrial purposes at Montrose for an equal credit of Uncompahgre River water from Ridgway Reservoir. About 8,500 acre feet are currently being exchanged annually under this agreement.

### Aspinall Unit, Colorado River Storage Project

The construction, operation, and maintenance of the Colorado River Storage Project, including the Aspinall Unit (originally the Curecanti Unit), was authorized by the CRSP Act of April 11, 1956 (P.L. 84-485). Section 1 of that act states that the CRSP was for ". . . the purposes, among others, of regulating the flow of the Colorado River, storing water for beneficial consumptive use, making it possible for the States of the Upper Basin to utilize, consistently with the provisions of the Colorado River Compact, the apportionments made to, and among them, in the Colorado River Basin Compact and the Upper Colorado River Basin Compact, respectively, providing for the reclamation of arid and semiarid land, for the control of floods, and for the generation of hydroelectric power, as an incident to the foregoing purposes . . ."

Section 8 of the CRSP Act of 1956 provides the authority and some direction for public recreational facilities and fish and wildlife propagation facilities in connection with the CRSP. The provisions of Section 8 are described in the opening section of this chapter on Introduction, and Brief Description of Curecanti National Recreation Area.

Construction of the Aspinall Unit commenced in 1962 with the start of Blue Mesa Dam, which was completed in 1966. Morrow Point Dam was begun in 1963 and completed in 1968. Power generation began at Blue Mesa in September 1967 and at Morrow Point in December 1970. Construction on Crystal Dam began in 1973 and was completed in 1976. Crystal began power generation in July 1978.

Recreational opportunities on Reclamation lands within and adjacent to the NRA include, but are not necessarily limited to, camping, boating, stream and reservoir fishing, hunting, picnicking, hiking, sightseeing, and wildlife viewing. Recreation development for the Aspinall Unit was included in the initial planning for the unit. Initial development on Blue Mesa Reservoir included facilities at the Iola site, the Elk Creek site, and the Lake Fork site. NPS has subsequently constructed additional recreational sites at East Portal; at various points along US Highway 50 and State Highway 92; at Cimarron; in the Neversink area; at Gateview, Soap Creek, and other locations on the arms of Blue Mesa Reservoir; and at other various points along the Gunnison River and Crystal and Morrow Point Reservoirs. Additional opportunities for recreation within the Gunnison Basin are provided by lands and land interests acquired by Reclamation for wildlife and stream-fishing mitigation related to the Aspinall Unit, and which were transferred to, and are managed for, such purposes by other agencies.

Reclamation has several agreements and contracts which tie Aspinall Unit water rights and management to other water uses in the Colorado River Basin. In addition to the various treaties and river compacts previously mentioned, Reclamation has a subordination agreement whereby 60,000 acre-feet of Aspinall water rights are available for beneficial consumptive use in the Gunnison Basin upstream from Crystal Dam. Also, Reclamation has sold 500 acre feet of Aspinall

BLM_0059560

Unit water to the Upper Gunnison Basin Water Conservancy District for its use.

## RECLAMATION PROJECT SIGNIFICANCE

- The Aspinall Unit and the Uncompahgre Project play important roles in meeting local, regional, national, and international water allocation and management needs and requirements within the Colorado River basin. The CRSP provides water for the beneficial consumptive use of Upper Colorado River Basin states, while helping manage waters of the Colorado River Basin to meet the terms and conditions of a treaty between the United States and Mexico and several interstate Colorado River compacts. The Uncompahgre Project provides water for the reclamation of about 80,000 acres of arid and semiarid lands in the Uncompahgre Valley, with a current annual crop value of about $20 million.

- The Aspinall Unit, as part of the CRSP, helps regulate the flow of the Colorado River; stores water for the beneficial consumptive use by the Upper Basin states of their various Colorado River-compact water apportionments; reclaims arid and semiarid land; helps control floods; and generates hydroelectric power.

- The Aspinall Unit reservoirs are a very valuable hydroelectric generation asset for the western United States. CRSP generating units are scheduled to follow customer load-requirements, including peak-demand periods, as closely as possible, utilizing available generation capacity and water within environmental restrictions. Glen Canyon, the largest  CRSP-generating resource, is scheduled to follow peak demands, but often cannot quickly follow peaking schedules due to environmental ramping restrictions. The Aspinall Unit generation units,

particularly Morrow Point and Blue Mesa, are scheduled to skim the peak off whatever Glen Canyon is unable to follow. While releases from Morrow Point and Blue Mesa fluctuate to meet peak-load demands, Crystal Dam and power plant operate to stabilize Gunnison River flows to benefit the downstream environment, which includes the Black Canyon of the Gunnison National Park.

- Reclamation projects, lands, and water areas within, and adjacent to, the NRA, provide a portion of the agricultural and recreational economic base for Delta, Gunnison, and Montrose counties, and the gateway communities of Montrose and Gunnison.

- Reclamation lands and water areas were the initial basis for the NRA, and they provide a large majority of the basis for both the current and proposed NRAs.

- Reclamation lands and water areas within and adjacent to the NRA provide many opportunities for outdoor recreation. These opportunities include, but are not necessarily limited to, fishing, boating, hunting, wildlife watching, hiking, camping, horseback riding, historic and cultural interpretation, cross-country skiing, wildlife viewing, and sightseeing.

- Reclamation land and water areas within and adjacent to the current NRA provide many opportunities for fish and wildlife enhancement. The reservoirs and river segments in the NRA provide a significant cold water fishery. Undeveloped lands provide year-round and/or seasonal habitat for numerous wildlife species, including the Gunnison Sage-grouse, Gunnison's prairie dog, elk, mule deer, big horn sheep, bald eagle, peregrine falcon, to name a few. Some lands were acquired by Reclamation, using Section 8 money to meet the purpose of wildlife mitigation for the Aspinall Unit. Some of these lands, such as the

BLM_0059561

area near Neversink, are still within the NRA, while others were transferred to CDOW to be managed as a part of the State Wildlife System.

## RECLAMATION MISSION

Reclamation's mission is to manage, develop, and protect water and related resources in an environmentally and economically sound manner in the interest of the American public.

## RECLAMATION GOALS

- Withdraw, acquire, and retain sufficient lands and land interests to meet authorized and planned purposes of the respective Reclamation projects, and to effectively construct, operate, maintain, replace, and enhance (if, and when, necessary) those projects, as well as the purposes for which the lands were acquired.

- Retain administrative jurisdiction over all Reclamation lands and land interests, water and water interests, and facilities, including unrestricted access to the same, to accomplish its mission and to construct, operate, maintain, replace, and protect project facilities, purposes, resources, and operations.

- Retain Reclamation facilities, lands, and land interests, and the ability to use same for project purposes until such time as Reclamation determines such facilities, lands, and land interests are no longer necessary for project purposes. Then Reclamation may dispose of or transfer such lands or land interests in a manner best suited to a given parcel or facility.

- Provide for public recreation facilities to conserve the scenery, the natural, historic, and archeologic objects, and the wildlife on Reclamation lands and to provide for the public enjoyment of said lands and water areas created by Reclamation projects by such means as are consistent with the primary purposes of said projects. The provision for such facilities, conservation, and uses are generally made through a management agreement with another Federal, State, or local agency.

- Manage and operate CRSP dams, reservoirs, and power plants to meet project purposes, and international, national, regional, and local needs and requirements for water apportionments and management, including water quantity and hydroelectric power generation.

- To the fullest extent possible, keep the administrative jurisdiction for recreation and other resource management on a contiguous block of Reclamation lands with one agency.

- Coordinate the use and management of Reclamation lands, land interests, water and water interests, facilities, and associated resources with its managing partners, adjacent land-management agencies, and local entities through up-to-date management agreements and periodic coordination meetings.

# WESTERN AREA POWER ADMINISTRATION (DEPARTMENT OF ENERGY) SPECIAL MANDATES

## BACKGROUND AND PURPOSE

One of the stated purposes of the Colorado River Storage Project (CRSP), passed by Congress on April 11, 1956, was "for the generation of hydroelectric power." The Secretary of the Interior was instructed to construct, operate, and maintain Colorado River storage units (dams, reservoirs, power plants, transmission facilities and appurtenant works) at Curecanti (subsequently designated the Wayne N. Aspinall Storage Unit on October 3, 1980), Flaming Gorge, Navajo and Glen Canyon.

BLM_0059562

The responsibility for transmission and marketing of power was subsequently passed to the Secretary of Energy, per Section 302 of the Department of Energy (DOE) Organization Act of 1977. This act transferred "all functions of the Secretary of the Interior under Section 5 of the Flood Control Act of 1944, and all other functions of the Secretary of the Interior . . . with respect to the power marketing functions of the Bureau of Reclamation, including the construction, operation, and maintenance of transmission lines and attendant facilities." This section of the act goes on to state that the power marketing functions shall be exercised by the Secretary of Energy acting through a separate and distinct administration within the department.

Previously, the Flood Control Act of 1944 authorized the Secretary of the Interior to construct or acquire necessary transmission lines and related facilities to deliver power generated from Corps of Engineers water projects. Also, the Reclamation Acts of 1902 and 1939 serve as further authority for the power marketing / transmission role carried out by Western Area Power Administration (Western).

## WESTERN'S MISSION

Western markets and delivers reliable, cost-based hydroelectric power and related services within a 15-state region of the central and western U.S. It is one of four power marketing administrations within the U.S. Department of Energy, whose role is to market and transmit electricity from multi-use water projects. Its transmission system carries electricity from 57 power plants operated by the Bureau of Reclamation, U.S. Army Corps of Engineers and the International Boundary and Water Commission. Together, these plants have an installed capacity of 10,395 megawatts.

## WESTERN'S GOALS

Western's mandate is to assure the continuous and uninterrupted supply of energy from the

Curecanti/Aspinall project to its distribution partners. It therefore needs to construct, operate, and maintain, and have ready access to, its existing transmission corridors / facilities. In addition, future demand and changing technologies may require the establishment of new corridors / rights-of-way within the boundaries of Curecanti NRA.

## STUDY PROCESS

This study was initiated during the spring of 2000 to begin to fulfill the requirements of Public Law 106-76. Important steps in the study process included data collection and analysis; determination of the study area; alternatives development, including resource conservation and management tools and the estimated costs of implementing the study recommendations; and impact analysis.

### PUBLIC AND AGENCY INVOLVEMENT

The Curecanti NRA Resource Protection Study officially began on May 3, 2000, when a Notice of Intent (NOI) to prepare an EIS for the RPS appeared in the Federal Register. Throughout the study, NPS has conducted public and agency scoping meetings, produced three newsletters, made information available on the NRA's website, and held many meetings and workshops with agencies, American Indian Tribes, private landowners and other stakeholders, elected officials, and the general public to address the requirements of the legislative mandate to complete the Resource Protection Study. Following is a brief summary of these activities since the project began. A more complete summary is included in the Consultation and Coordination chapter.

- Public and agency scoping – spring 2000
- Citizens' photo assessment – fall 2000
- Study team and agency work sessions – fall 2000 through spring 2001

BLM_0059563

- Publication of three newsletters with invitations to comment – spring 2001 through fall 2003

- Recreational Opportunities Workshop – winter 2002

- Joint Agency Management Effort (JAME) – formerly known as Joint Agency Management Area (JAMA) – spring 2002 to present

- Publication of Toolbox of Incentives for Resource Conservation and Curecanti: Great Scenery, Outstanding Resources and Good Neighbors – spring 2003

- Meetings and contacts with neighboring landowners – spring 2003 to present

- Development of preliminary alternatives – summer 2003

- Impacts assessed, alternatives evaluated, and proposed action identified, in consultation with staff and neighboring agencies – fall 2003

- Draft RPS/EIS released – summer 2007.

NPS has met with local, state, tribal, and federal agencies and officials, including elected representatives, to keep them informed of the study's progress and to obtain their input and guidance throughout this process.

## DATA COLLECTION AND ANALYSIS

> *"Assess the natural, cultural, recreational and scenic resource value and character of the land within and surrounding Curecanti NRA (including open vistas, wildlife habitat, and other public benefits)"*
>
> **Public Law 106-76**

A data-gathering and analysis process was initiated to "assess the natural, cultural, recreational and scenic resource value and character of the land within and surrounding

Curecanti NRA (including open vistas, wildlife habitat, and other public benefits)" as required by Public Law 106-76. A complete description of these resources appears in the Affected Environment chapter.

Data were collected from local, state, and federal agencies and groups with land stewardship responsibilities on lands surrounding Curecanti NRA, or generated by staff through computer modeling and public workshops. Over 25 categories of data were considered during the course of the study:

1. Access Issues
2. Archeological/Historical (Cultural) Sites
3. Areas of Critical Environmental Concern
4. Boundary/Survey Markers
5. Cottonwood Regeneration/Heron Rookery
6. Cultural Landscapes
7. Development within Study Area, but Outside the NRA
8. Fisheries, Including Sensitive Species
9. Floodplains/Wetlands/Riparian/Springs
10. General Development/Existing Conditions within the NRA
11. Geology and Geological Hazards
12. Grazing Allotments
13. Hazardous Materials
14. Hunting – Restricted Areas
15. Logging/Woodcutting
16. Minerals/Oil and Gas
17. Ownership/Land Status/Withdrawn Lands/Conservation Easements
18. Paleontological Sites
19. Reclamation Facilities
20. Recreational Opportunity Areas
21. Sensitive Species

BLM_0059564

22. Soils, Including Prime and Unique Farmlands, and Lands of Statewide Importance

23. Unique Geological Features

24. Vegetation

25. Viewsheds

26. Watersheds and Water Quality

27. Wildlife Habitat.

## Natural and Cultural Resources Data

Natural and cultural resources data were readily available from local, state, and federal agencies and other groups. In addition to descriptions of these resources in the Affected Environment chapter of this document, maps of the resources are available at the NRA for inspection.

## Recreational Resources Data

Public comments on recreational opportunities were solicited via newsletters; and public and NRA staff workshops were conducted during the course of the study to determine what recreational opportunities were available locally, which existing and potentially new opportunities would be compatible with NRA purposes, and where new opportunities could be developed. Recreational opportunities were categorized into the following categories: appropriate, maybe appropriate, not appropriate, and other. Determination of appropriate recreational activities was influenced by the NRA's purpose, significance, and mission (identified earlier in this chapter); and by chapter 8 in NPS Management Policies 2006 (see excerpts in Appendix C).

In addition, whatever recreational activities are allowed in the NRA, now and in the future, must also conform to Reclamation Law, as amended and supplemented.

Comments from newsletters and workshops that centered on recreational opportunities and locations included the following:

- Preserve the natural, cultural, and scenic resources, while providing for recreation

- Provide for longer and more connecting trails

- Provide trail access to Curecanti Needle

- Provide for more access to and nonmotorized use of Crystal and Morrow Point Reservoirs

- Provide more access for backcountry camping opportunities in the Soap Mesa and Dillon Pinnacles areas

- Provide for more nonmotorized visitor use on the south side of Cebolla and Iola Basins

- Provide for more motorized access to Black Mesa, along with more parking along CO 92

- Keep facilities development to a minimum

- Provide "seamless" recreational opportunities, regardless of which agency manages the land

- Respect private property regarding all proposed actions, especially for public recreational access and use

- The idea of being able to go horseback riding regardless of boundaries is attractive.

Some examples of areas that appear to have strong potential for expanded land-based recreational opportunities include:

- Vicinity of Soap Mesa provides unique opportunities for future upland recreation, including a potential trail to scenic overlooks

- Vicinity of Windy Point offers unique scenic and recreation opportunities, with overlooks into Blue Creek Canyon, Morrow Point Reservoir, the Curecanti Needle, and Chipeta Falls; trail access to these overlooks would provide year-around opportunities for hiking and cross-country skiing

- Sapinero Mesa offers potential opportunities for a hiking trail with scenic overlooks

BLM_0059565