

Figure 9.—A typical area of Overgaard-Olathe families complex, 3 to 20 percent slopes. The woodland is mainly spruce and fir, and the vegetation in the foreground is mainly sedges and forbs.

production of 8 to 15 cords per acre. The unit has fairly good soil-moisture relationships.

The capability subclass is VIs.

**27—Overgaard-Olathe families complex, 3 to 20 percent slopes.** These gently sloping to rolling soils formed in material weathered from interbedded sandstone and shale. They are on the top of plateaus, at the higher elevations in the central part of the survey area (fig. 9). Elevation ranges from 9,000 to 10,000 feet. The slope dominantly ranges from 3 to 11 percent. The average annual precipitation is about 25 inches, and the average annual soil temperature is about 38 degrees F. The unit is about 45 percent

Overgaard family fine sandy loam and 35 percent Olathe family fine sandy loam. Individual areas range from a few hundred to several thousand acres in size.

The Overgaard family is moderately deep or deep and is well drained. Typically, the surface is covered with a mat of partially decomposed needles, bark, and twigs about 2 inches thick. The surface layer is light brown fine sandy loam about 3 inches thick. The subsurface layer is pink fine sandy loam about 6 inches thick. The subsoil is reddish yellow clay loam and cobbly clay loam about 17 inches thick. The depth to bedrock is dominantly 20 to 40 inches, but in some areas it is more than 60 inches.

Permeability is moderately slow in the Overgaard family. Available water capacity is low to high. The effective rooting depth is dominantly 20 to 40 inches. Surface runoff is slow, and the hazard of erosion is slight.

The Olathe family is shallow and well drained. Typically, the surface is covered with a layer of partially decomposed needles, bark, and twigs about 2 inches thick. The surface layer is pinkish gray fine sandy loam about 4 inches thick. The subsoil is light brown fine sandy loam and cobbly sandy loam about 11 inches thick. It is underlain by Dakota sandstone. The depth to bedrock ranges from 5 to 20 inches.

Permeability is moderately rapid in the Olathe family. Available water capacity is very low. The effective rooting depth is 7 to 20 inches. Surface runoff is slow, and the hazard of erosion is slight.

Included in this unit are small areas of soils in the Splitro family and some soils, mainly in open park areas, that are darker than the major soils. Included areas make up about 20 percent of the unit.

The vegetation on this unit consists of aspen, Engelmann spruce, subalpine fir, and grasses. Elk sedge and a variety of forbs make up the majority of the understory. The potential vegetation is Engelmann spruce and subalpine fir. The aspen may invade the grassed areas and eventually dominate the spruce-fir woodland. Understory vegetation includes elk sedge, slender wheatgrass, nodding bromegrass, meadowrue, common juniper, dogtooth violet, snowberry, dwarf blueberry, and kinnikinnick.

This unit is well suited to the production of Engelmann spruce and subalpine fir. Reforestation by mechanical means, road construction, and construction of recreational areas are difficult on the Olathe family because of the shallowness to bedrock. Also, trees in these areas are subject to windthrow because of the restricted rooting depth.

Mule deer, elk, blue grouse, marmots, snowshoe rabbits, and coyotes inhabit areas of this unit.

The capability subclass is VIs.

**28—Sawcreek-Splitro families complex, 1 to 15 percent slopes.** These moderately deep and shallow, well drained soils are on the top of gently sloping to gently rolling plateaus in the northern part of the survey area. They formed in residuum derived dominantly from sandstone. Elevation is 8,800 to 9,400 feet. The average annual precipitation is 20 to 22 inches, and the average annual soil temperature is about 41 degrees F. The unit is about 45 percent Sawcreek family sandy loam, 1 to 8 percent slopes, and 40 percent Splitro family cobbly sandy loam, 3 to 15 percent slopes.

Typically, the surface layer of the Sawcreek family is

brown sandy loam about 9 inches thick. The subsoil is yellowish brown sandy loam about 14 inches thick. It is underlain by Wingate sandstone. Bedrock is generally at a depth of 20 to 40 inches.

Permeability is moderate in the Sawcreek family. Available water capacity is very low or low. Surface runoff is slow, and the hazard of water erosion is slight.

Typically, the surface layer of the Splitro family is dark grayish brown cobbly loam about 7 inches thick. The next layer also is dark grayish brown cobbly loam. It is about 8 inches thick. Bedrock is at a depth of 8 to 20 inches.

Permeability is moderate in the Splitro family. Available water capacity is very low or low. Surface runoff is slow, and the hazard of water erosion is slight or moderate.

Included in this unit are small areas of rock outcrop. The rock outcrop makes up about 10 percent of the unit. Also included are small areas of soils that have a thick, dark surface layer.

This map unit has an overstory of aspen. The understory includes Columbia needlegrass, bottlebrush squirreltail, hairy goldaster, and sandwort. The potential vegetation is an overstory of aspen and an understory of Arizona fescue, Parry oatgrass, snowberry, and kinnikinnick.

This unit is not suited to commercial production of timber because of the shallowness to bedrock and very poor soil-moisture relationships. Onsite investigation is needed prior to implementation of any planned land use.

The capability subclass is VIs.

**29—Supervisor-Cebone families complex, 1 to 15 percent slopes.** This map unit consists of nearly level to rolling soils on plateaus at elevations of 8,400 to 9,300 feet. The slope dominantly ranges from 3 to 10 percent. The average annual precipitation is about 23 inches, and the average annual soil temperature is about 40 degrees F. The unit is about 50 percent Supervisor family very cobbly loam and 30 percent Cebone family loam. Individual areas range from fewer than 100 to more than 1,000 acres in size. The largest area is along the upper reaches of Dave Wood Road.

The Supervisor family is moderately deep or deep and is well drained. Typically, the surface is covered with 1 inch of partially decomposed leaves, grasses, and twigs. The surface layer is brown very cobbly loam about 11 inches thick. The subsurface layer is pale brown very cobbly sandy loam about 5 inches thick. The underlying material is very pale brown extremely stony loam about 9 inches thick. It is underlain by Dakota sandstone. The depth to bedrock is dominantly 20 to 40 inches.

Permeability is moderately rapid in the Supervisor family. Available water capacity is very low. The effective rooting depth is dominantly 20 to 40 inches. Surface runoff is slow, and the hazard of water erosion is slight.

The Cebone family is moderately deep and deep and is well drained. Typically, the surface is covered with 1 inch of decomposed leaves, grasses, and roots. The surface layer is brown loam about 12 inches thick. The subsurface layer is pinkish gray fine sandy loam about 3 inches thick. The upper part of the subsoil is variegated pinkish gray and dark brown sandy clay loam about 6 inches thick. The next part is variegated strong brown and brown clay loam about 10 inches thick. The lower part is brown cobbly clay about 5 inches thick. It is underlain by fractured Dakota sandstone. The depth to bedrock ranges from 20 to more than 60 inches.

Permeability is slow in the Cebone family. Available water capacity is moderate or high. The effective rooting depth ranges from 20 to more than 60 inches. Surface runoff is slow, and the hazard of water erosion is slight.

Included in this unit are soils in the Hapgood and Splitro families. Included areas make up about 20 percent of the map unit.

The vegetation on this unit is dominated by subalpine fir, Engelmann spruce, Douglas-fir, and aspen. Where the spruce-fir forest canopy has not yet closed in completely, elk sedge, needlegrasses, and Gambel oak make up a large part of the understory. Where spruce-fir dominates, ground juniper, meadowrue, and kinnikinnick are the major understory species. The potential vegetation is Engelmann spruce and subalpine fir and scattered Douglas-fir.

This unit is suited to the production of Engelmann spruce and subalpine fir.

The content of rock fragments in the Supervisor family restricts the management potential of this unit. The placement and construction of roads may be limited by the shallowness to bedrock and the rock fragments.

The wildlife species that inhabit areas of this unit include elk, mule deer, snowshoe rabbits, and squirrels.

The capability subclass is VIs.

**30—Trampas-Delson, moderately deep, families complex, 3 to 30 percent slopes.** These gently sloping to rolling soils formed in residuum and in locally transported colluvial material derived from interbedded sandstone and shale. They are on mountain side slopes throughout the survey area. The Trampas family is on convex slopes, and the Delson family is on even slopes. Elevation ranges from 7,200 to 8,500 feet. The slope dominantly ranges from 6 to 20 percent. The average annual precipitation is about 18 inches, and the average annual soil temperature is about 45 degrees F. The unit is about 45 percent Trampas family cobbly loam and 35 percent moderately deep Delson family loam. Individual areas range from about 100 to more than 1,000 acres in size.

The Trampas family is generally deep and well drained. Typically, the surface is covered with a layer of undecomposed pine needles, grass, and twigs about 1 inch thick. The upper part of the surface layer is brown cobbly loam about 4 inches thick. The lower part is pink very cobbly loam about 7 inches thick. The next layer is pink and reddish brown very cobbly loam and clay loam about 16 inches thick. The subsoil is reddish brown extremely cobbly clay about 40 inches thick. The depth to bedrock generally is more than 60 inches.

Permeability is slow in the Trampas family. Available water capacity is low or moderate. The effective rooting depth is 60 inches or more. Surface runoff is medium, and the hazard of water erosion is moderate.

The moderately deep Delson family is well drained. Typically, the surface layer is dark brown loam about 7 inches thick. The upper 4 inches of the subsoil is dark brown clay loam. The lower 13 inches is brown clay. The underlying material is pinkish gray cobbly clay loam about 6 inches thick. It is underlain by fractured Dakota sandstone. Bedrock is generally at a depth of 20 to 40 inches, but in some areas it is at a depth of about 60 inches.

Permeability is slow in the Delson family. Available water capacity is low or moderate. The effective rooting depth ranges from 20 to more than 40 inches. Surface runoff is medium, and the hazard of water erosion is slight or moderate.

Included in this unit are some soils in the Beenom family, small areas of weakly developed soils that are darker than the major soils, and a few wet areas. Included areas make up about 20 percent of the unit.

The vegetation on this map unit is dominated by an overstory of ponderosa pine and an understory of elk sedge, bottlebrush squirreltail, and mountain muhly. Gambel oak also makes up a part of the annual production. Tall rabbitbrush and Canada thistle invade this site when the range condition deteriorates. The potential vegetation is ponderosa pine. The potential understory on the Trampas family is Indian ricegrass, junegrass, mountain muhly, blue grama, muttongrass, bitterbrush, true mountainmahogany, manzanita, hairy goldaster, and Letterman needlegrass. The potential understory on the Delson family is Arizona fescue, Parry oatgrass, western wheatgrass, muttongrass, elk sedge, Gambel oak, lupine, and snowberry.

The main concerns in producing and harvesting timber are the cobbly surface and competition by

understory plants. Competition by Gambel oak limits the natural revegetation of ponderosa pine. Reforestation by mechanical methods is difficult because of the slope and the large content of rock fragments on or near the surface. Hand planting of nursery stock may be necessary.

The content of rock fragments on or near the surface is a limiting factor affecting recreational development. Erosion is a potential problem on the steeper slopes.

Turkeys, mule deer, and cottontail rabbits commonly inhabit areas of this unit.

The capability subclass is VIIs.

**31—Ula-Agneston-Pendergrass families complex, 1 to 15 percent slopes.** These shallow to deep, well drained soils formed in material weathered from sandstone or interbedded sandstone and shale. They are along the upper reaches of plateaus. The Ula and Agneston families are typically on nearly level slopes, and the Pendergrass family is on slope breaks. Elevation is 8,900 to 9,900 feet. The slope dominantly ranges from 3 to 10 percent. The average annual precipitation is about 25 inches, and the average annual soil temperature is about 38 degrees F. The unit is about 30 percent Ula family loam, 25 percent Agneston family cobbly fine sandy loam, and 25 percent Pendergrass family very cobbly fine sandy loam. Individual areas are several hundred to more than 1,000 acres in size.

The Ula family is moderately deep or deep and is well drained. Typically, the surface is covered with undecomposed needles, grass, and twigs about 1 inch thick and a decomposed organic mat of needles, grass, and twigs about 2 inches thick. The surface layer is dark brown loam about 7 inches thick. The upper part of the subsurface layer is pinkish gray cobbly fine sandy loam about 10 inches thick. The lower part is variegated pinkish gray and strong brown cobbly sandy loam about 8 inches thick. The subsoil is reddish yellow cobbly sandy clay loam about 28 inches thick. It is underlain by partially weathered Dakota sandstone. The depth to bedrock is typically 30 to 55 inches but ranges from 20 to more than 60 inches.

Permeability is moderately slow in the Ula family. Available water capacity typically is low or moderate, but in some areas it ranges from very low to high. The effective rooting depth ranges from 20 to more than 60 inches. Surface runoff is slow, and the hazard of water erosion is slight or moderate.

The Agneston family is moderately deep or deep and is well drained. Typically, the surface is covered with a mat of partially decomposed needles, leaves, and twigs about 2 inches thick. The surface layer is brown cobbly fine sandy loam about 10 inches thick. The next layer is light brown cobbly fine sandy loam about 7 inches thick. The subsoil is light brown very cobbly clay loam about 19 inches thick. It is underlain by Dakota sandstone. The depth to bedrock is dominantly 20 to 40 inches but ranges to 60 inches in some areas. Tree roots penetrate cracks in the bedrock.

Permeability is moderately slow in the Agneston family. Available water capacity typically is low, but it is very low in some areas. The effective rooting depth ranges from 20 to more than 40 inches. Runoff is slow or medium, and the hazard of water erosion is slight.

The Pendergrass family is shallow and well drained. Typically, the surface is covered with a mat of partially decomposed needles, leaves, and twigs about 2 inches thick. The surface layer is brown very cobbly fine sandy loam about 9 inches thick. The underlying material is light brown very cobbly fine sandy loam about 8 inches thick. The depth to sandstone bedrock ranges from 10 to 20 inches.

Permeability is moderately rapid in the Pendergrass family. Available water capacity is very low. The effective rooting depth is 10 to 20 inches. Surface runoff is slow, and the hazard of water erosion is slight.

Included in this unit are small areas of soils in the Leaps family, soils that have a dark surface layer, and soils that have a lighter colored surface layer than the major soils. Also included are small areas of rock outcrop and areas that are underlain by shale. Included areas make up about 20 percent of the unit.

The Agneston and Pendergrass families generally support dense stands of Engelmann spruce and subalpine fir and a few scattered aspen (fig. 10). The understory is elk sedge, nodding bromegrass, slender wheatgrass, and meadowrue. The Ula family generally supports open stands of Engelmann spruce and subalpine fir mixed with blue spruce and aspen. The understory is mostly meadowrue and bromegrass. A few open grass parks of slender wheatgrass and nodding bromegrass also occur in areas of the Ula family. The potential understory vegetation includes elk sedge, slender wheatgrass, nodding bromegrass, meadowrue, common juniper, dogtooth violet, snowberry, dwarf blueberry, and kinnikinnick. Understory production varies, depending on the density of the canopy cover.

This unit is well suited to the production of Engelmann spruce and subalpine fir. The main concerns in producing and harvesting timber are difficulties in reforestation, the windthrow hazard, and road construction and maintenance. Reforestation by mechanical means is difficult on the Pendergrass family because of the shallowness to bedrock and the large content of coarse fragments near the surface. Hand planting of nursery stock is usually necessary. Trees

Case No. 1:20-cv-02484-MSK   Document 46-2   filed 04/28/21   USDC Colorado   pg 5 of 166



Figure 10.—Aspen succeeding to spruce-fir in an area of Ula-Agneston-Pendergrass families complex, 1 to 15 percent slopes.

32

are subject to windthrow on the Pendergrass family because of the shallow rooting depth. Construction of access roads and recreational areas is difficult on the Pendergrass family because of the shallowness to bedrock and the content of coarse fragments.

Mule deer, elk, snowshoe rabbits, coyotes, and blue grouse inhabit areas of this unit.

The capability subclass is VIs.

**32—Ustorthents-Ustochrepts-Rock outcrop complex, 40 to 150 percent slopes.** This map unit consists of Rock outcrop and steep to extremely steep soils on plateau escarpments and canyon side slopes at the lower elevations throughout the survey area. Elevation ranges from 6,400 to 7,700 feet. The average annual precipitation is about 15 inches, and the average annual soil temperature is about 49 degrees F. The unit is about 40 percent Ustorthents, 30 percent Ustochrepts, and 20 percent Rock outcrop. Individual areas are generally several hundred acres in size.

Ustorthents are shallow to deep and are well drained. A reference pedon has a surface layer of brown very gravelly sandy loam about 13 inches thick. It is underlain by Dakota sandstone. The depth to bedrock ranges from 4 to more than 60 inches. The texture ranges from sandy loam to clay. The content of rock fragments ranges from 5 to 90 percent.

Permeability ranges from slow to very rapid in the Ustorthents. Available water capacity ranges from very low to high. The effective rooting depth ranges from 8 to more than 60 inches. Surface runoff is rapid or very rapid, and the hazard of water erosion is severe.

Ustochrepts are shallow to deep and are well drained. A reference pedon has a surface layer of brown gravelly loam about 4 inches thick, a subsoil of brown very cobbly sandy loam about 25 inches thick, and a substratum of calcareous, pale brown very cobbly sandy loam about 4 inches thick. It is underlain by Dakota sandstone. The depth to bedrock ranges from 12 to more than 60 inches. The texture ranges from sandy loam to clay loam. The content of rock fragments ranges from 5 to 70 percent.

Permeability ranges from slow to very rapid in the Ustochrepts. Available water capacity ranges from very low to high. The effective rooting depth ranges from 8 to more than 60 inches. Surface runoff is rapid or very rapid, and the hazard of water erosion is severe.

The Rock outcrop occurs as exposed areas of bare rock.

Included in this unit are areas of Borolls and Boralfs. Included areas make up about 10 percent of the unit.

The vegetation on this unit is a sparse coniferous woodland dominated by pinyon pine, Utah juniper, Rocky Mountain juniper, and perennial grasses.

The slope, the depth to bedrock, and the Rock outcrop greatly limit management alternatives on this unit. Onsite investigation is needed prior to implementation of any planned land use.

The capability subclass is VIIe.

# Use and Management of the Soils

This soil survey is an inventory and evaluation of the soils in the survey area. It can be used to adjust land uses to the limitations and potentials of natural resources and the environment. Also, it can help to prevent soil-related failures in land uses.

In preparing a soil survey, soil scientists, conservationists, engineers, and others collect extensive field data about the nature and behavioral characteristics of the soils. They collect data on erosion, droughtiness, flooding, and other factors that affect various soil uses and management. Field experience and collected data on soil properties and performance are used as a basis in predicting soil behavior.

Information in this section can be used to plan the use and management of soils for forestry, rangeland, watershed management, and transportation systems. Certain land uses, such as camp areas, picnic areas, and gravel pits, are site specific and require detailed onsite investigation. Other land uses, such as timber production and roads, can be planned on the basis of information in this survey, but project investigations are needed. Planners and others using soil survey information can evaluate the effect of specific land uses on productivity and on the environment in all or part of the survey area. The survey can help planners to maintain or create a land use pattern in harmony with the natural soil.

## Land Capability Classification

Land capability classification shows, in a general way, the suitability of soils for most kinds of field crops. Crops that require special management are excluded. The soils are grouped according to their limitations for field crops, the risk of damage if they are used for crops, and the way they respond to management. The criteria used in grouping the soils do not include major and generally expensive landforming that would change slope, depth, or other characteristics of the soils, nor do they include possible but unlikely major reclamation projects. Capability classification is not a substitute for interpretations designed to show suitability and limitations of groups of soils for rangeland, for woodland, and for engineering purposes.

In the capability system, soils generally are grouped at three levels—capability class, subclass, and unit *(11)*. Only class and subclass are used in this survey.

*Capability classes*, the broadest groups, are designated by Roman numerals I through VIII. The numerals indicate progressively greater limitations and narrower choices for practical use. The classes are defined as follows:

Class I soils have few limitations that restrict their use.

Class II soils have moderate limitations that reduce the choice of plants or that require moderate conservation practices.

Class III soils have severe limitations that reduce the choice of plants or that require special conservation practices, or both.

Class IV soils have very severe limitations that reduce the choice of plants or that require very careful management, or both.

Class V soils are not likely to erode but have other limitations, impractical to remove, that limit their use.

Class VI soils have severe limitations that make them generally unsuitable for cultivation.

Class VII soils have very severe limitations that make them unsuitable for cultivation.

Class VIII soils and miscellaneous areas have limitations that nearly preclude their use for commercial crop production.

*Capability subclasses* are soil groups within one class. They are designated by adding a small letter, *e, w, s,* or *c,* to the class numeral, for example, IIe. The letter e shows that the main hazard is the risk of erosion unless close-growing plant cover is maintained; *w* shows that water in or on the soil interferes with plant growth or cultivation (in some soils the wetness can be partly corrected by artificial drainage); *s* shows that the soil is limited mainly because it is shallow, droughty, or stony; and *c,* used in only some parts of the United States, shows that the chief limitation is climate that is very cold or very dry.

In class I there are no subclasses because the soils of this class have few limitations. Class V contains only the subclasses indicated by *w, s,* or *c* because the soils

BLM_0059971

in class V are subject to little or no erosion. They have other limitations that restrict their use to pasture, rangeland, woodland, wildlife habitat, or recreation.

The capability classification of each map unit is given in the section "Detailed Soil Map Units."

## Rangeland

Forage is an important resource in the survey area. Local ranchers are dependent on the use of more than 30 livestock allotments that produce summer forage for cattle, sheep, and horses. Approximately 78 percent of the area is classified as land suitable for grazing. The remaining acreage is too steep or rocky.

The climate, elevation, and slope greatly influence the kinds and amounts of forage produced. The lower elevations are generally drier and produce blue grama, galleta, Indian ricegrass, western wheatgrass, and Wyoming big sagebrush. The mid and upper elevations are cooler and receive more moisture. Range vegetation at the mid elevations consists of Arizona fescue, Parry oatgrass, western wheatgrass, bluegrass, lupine, and snowberry. Range vegetation at the upper elevations consists of Thurber fescue, Columbia needlegrass, slender wheatgrass, bluegrass, nodding bromegrass, big sagebrush, snowberry, and herbaceous cinquefoil. In areas that have similar climate and topography, the amount of forage produced is closely related to the kind of soil. Effective management is based on the relationships between soils, vegetation, and water.

Table 5 shows present vegetation, potential natural vegetation, forage production potential, and revegetation limitations for the soils in the survey area. *Present vegetation* is the major vegetation species on the soil at the time the survey was made. *Potential natural vegetation* is the vegetation that is expected to grow on the site if the soils are not disturbed by wildfires, grazing, or insects. *Forage production potential* is the capacity of the soils, under the maximum level of management, to produce native forage without competition from nonforage plants. *Revegetation limitations* include any factor that may inhibit the ability of the soil to be revegetated with grasses and shrubs. Factors considered include natural fertility, available moisture, the hazard of erosion, the shrink-swell potential, coarse fragments, reaction, and slope. The most limiting factors are listed in the table.

Range management requires a knowledge of the kinds of soil and of the potential natural plant community. It also requires an evaluation of the present range condition. Range condition is determined by comparing the present plant community with the potential natural plant community on a particular range

site. The more closely the existing community resembles the potential community, the better the range condition. Range condition is an ecological rating only. It does not have a specific meaning that pertains to the present plant community in a given use.

The objective in range management is to control grazing so that the plants growing on a site are about the same in kind and amount as the potential natural plant community for that site. Such management generally results in the optimal production of vegetation, control of undesirable brush species, conservation of water, and control of erosion. Sometimes, however, a range condition somewhat below the potential meets grazing needs, provides wildlife habitat, and protects soil and water resources.

The major management concern on most rangeland in the survey area is control of grazing so that the kinds and amounts of plants that make up the potential natural plant community are reestablished. Forage production has declined in much of the survey area because of heavy grazing by wildlife and livestock.

## Woodland Management and Productivity

About 68 percent of the survey area is forested. About 37 percent is commercial forest land that is capable of producing at least 20 cubic feet per acre per year. The primary forest cover types are pinyon-juniper, ponderosa pine, aspen, Engelmann spruce, and subalpine fir. The most important of the forest types are ponderosa pine, aspen, and Engelmann spruce.

Table 6 lists woodland management concerns and productivity classes. Interpretive ratings of slight, moderate, and severe indicate the degree of the soil limitations to be considered in management.

Ratings of *Timber harvest limitations* reflect the expected behavior of the soil following timber harvesting. The ratings are based on the hazard of erosion, natural fertility, the shrink-swell potential, coarse fragments, and the potential for frost action. A rating of moderate or severe indicates that careful examination of the map unit description or the soil morphology description is recommended.

The *reforestation limitations* rating is based on the capability of the soils to support the growth and survival of seedlings. The factors considered are natural fertility, the hazard of erosion, the shrink-swell potential, coarse fragments, the potential for frost action, and climatic zone. A rating of moderate or severe indicates that careful examination of the map unit description or the soil morphology description is recommended.

Ratings of the *windthrow hazard* relate to the anchoring ability of the soil. The ratings do not include consideration of aspect, the prevailing winds, or the

individual rooting characteristics of the different species. The soil properties and qualities considered include texture of the surface and subsurface layers, percentage of clay in the subsurface layer, the depth to root-restricting layers, and drainage characteristics.

*Productivity* is expressed as a range in *site indices.* A site index is the average height, in feet, that dominant and codominant trees of a given species attain in a specified number of years. The site index applies to fully stocked, even-aged, unmanaged stands. In this table the site indices are ranges because of the variability of the soils at the level of mapping used in this survey. The site index data were taken in the field for specific soils in various map units.

## Engineering

This section provides information for planning land uses related to urban development and to water management. Soils are rated for various uses, and the most limiting features are identified. Ratings are given for building site development, roads, sanitary facilities, construction materials, and water management. The ratings are based on observed performance of the soils and on the estimated data and test data in the "Soil Properties" section.

*Information in this section is intended for land use planning, for evaluating land use alternatives, and for planning site investigations prior to design and construction. The information, however, has limitations. For example, estimates and other data generally apply only to that part of the soil within a depth of 5 or 6 feet. Because of the map scale and the level of intensity at which the soils were mapped, small areas of different soils may be included within the mapped areas of a specific soil.*

*The information is not site specific and does not eliminate the need for onsite investigation of the soils or for testing and analysis by personnel experienced in the design and construction of engineering works.*

Government ordinances and regulations that restrict certain land uses or impose specific design criteria were not considered in preparing the information in this section. Local ordinances and regulations should be considered in planning, in site selection, and in design.

Soil properties, site features, and observed performance were considered in determining the ratings in this section. During the fieldwork for this soil survey, determinations were made about grain-size distribution, liquid limit, plasticity index, soil reaction, depth to bedrock, hardness of bedrock within 5 or 6 feet of the surface, soil wetness, depth to a seasonal high water table, slope, likelihood of flooding, natural soil structure aggregation, and soil density. Data were collected about

kinds of clay minerals, mineralogy of the sand and silt fractions, and the kinds of adsorbed cations. Estimates were made for erodibility, permeability, corrosivity, shrink-swell potential, available water capacity, and other behavioral characteristics affecting engineering uses.

This information can be used to evaluate the potential of areas for residential, commercial, industrial, and recreational uses; make preliminary estimates of construction conditions; evaluate alternative routes for roads, streets, highways, pipelines, and underground cables; evaluate alternative sites for sanitary landfills, septic tank absorption fields, and sewage lagoons; plan detailed onsite investigations of soils and geology; locate potential sources of gravel, sand, earthfill, and topsoil; plan drainage systems, irrigation systems, ponds, terraces, and other structures for soil and water conservation; and predict performance of proposed small structures and pavements by comparing the performance of existing similar structures on the same or similar soils.

The information in the tables, along with the soil maps, the soil descriptions, and other data provided in this survey, can be used to make additional interpretations.

Some of the terms used in this soil survey have a special meaning in soil science and are defined in the "Glossary."

### Building Site Development

Table 7 shows the degree and kind of soil limitations that affect shallow excavations and dwellings with and without basements. The limitations are considered *slight* if soil properties and site features generally are favorable for the indicated use and limitations are minor and easily overcome; *moderate* if soil properties or site features are not favorable for the indicated use and special planning, design, or maintenance is needed to overcome or minimize the limitations; and *severe* if soil properties or site features are so unfavorable or so difficult to overcome that special design, significant increases in construction costs, and possibly increased maintenance are required. Special feasibility studies may be required where the soil limitations are severe.

*Shallow excavations* are trenches or holes dug to a maximum depth of 5 or 6 feet for basements, graves, utility lines, open ditches, and other purposes. The ratings are based on soil properties, site features, and observed performance of the soils. The ease of digging, filling, and compacting is affected by the depth to bedrock, a cemented pan, or a very firm dense layer; stone content; soil texture; and slope. The time of the year that excavations can be made is affected by the depth to a seasonal high water table and the

susceptibility of the soil to flooding. The resistance of the excavation walls or banks to sloughing or caving is affected by soil texture and depth to the water table.

*Dwellings* are structures built on shallow foundations on undisturbed soil. The load limit is the same as that for single-family dwellings no higher than three stories. Ratings are made for dwellings with and without basements. The ratings are based on soil properties, site features, and observed performance of the soils. A high water table, flooding, shrinking and swelling, and organic layers can cause the movement of footings. A high water table, depth to bedrock or to a cemented pan, large stones, and flooding affect the ease of excavation and construction. Landscaping and grading that require cuts and fills of more than 5 or 6 feet are not considered.

## Roads

Table 8 gives information about the soils as a source of roadfill and describes the limitations affecting unpaved roads.

*Roadfill* is soil material that is excavated in one place and used as road base material in another. The ratings are for the soil material below the surface layer to a depth of 5 or 6 feet. It is assumed that soil layers will be mixed during excavating and spreading. Many soils have layers of contrasting suitability within their profile. The table showing engineering index properties provides detailed information about each soil layer. This information can help to determine the suitability of each layer for use as roadfill. The performance of soil after it is stabilized with lime or cement is not considered in the ratings.

The ratings are based on soil properties, site features, and observed performance of the soils. The thickness of suitable material is a major consideration. The ease of excavation is affected by large stones, a high water table, and slope. How well the soil performs in place after it has been compacted and drained is determined by its strength (as inferred from the engineering classification of the soil) and shrink-swell potential.

Soils rated *good* contain significant amounts of sand or gravel, or both. They have at least 5 feet of suitable material, a low shrink-swell potential, few cobbles and stones, and slopes of 15 percent or less. Depth to the water table is more than 3 feet. Soils rated *fair* are more than 35 percent silt- and clay-sized particles and have a plasticity index of less than 10. They have a moderate shrink-swell potential, slopes of 15 to 25 percent, or many stones. Depth to the water table is 1 to 3 feet. Soils rated *poor* have a plasticity index of more than 10, a high shrink-swell potential, many stones, or slopes of more than 25 percent. They are wet and have a water

table at a depth of less than 1 foot. They may have layers of suitable material, but the material is less than 3 feet thick.

*Limitations affecting unpaved roads* are based on the undisturbed soil profile after the removal of surface horizons. The ratings also are based on field observations of existing unpaved roads on various soils in the area. Ratings of *slight, moderate,* or *severe* are used to reflect the degree of limitation of a particular soil.

## Sanitary Facilities

Table 9 shows the degree and kind of soil limitations that affect septic tank absorption fields, sewage lagoons, and sanitary landfills. The limitations are considered *slight* if soil properties and site features are generally favorable for the indicated use and limitations are minor and easily overcome; *moderate* if soil properties or site features are not favorable for the indicated use and special planning, design, or maintenance is needed to overcome or minimize the limitations; and *severe* if soil properties or site features are so unfavorable or so difficult to overcome that special design, significant increases in construction costs, and possibly increased maintenance are required.

Table 9 also shows the suitability of the soils for use as daily cover for landfill. A rating of *good* indicates that soil properties and site features are favorable for the use and good performance and low maintenance can be expected; *fair* indicates that soil properties and site features are moderately favorable for the use and one or more soil properties or site features make the soil less desirable than the soils rated good; and *poor* indicates that one or more soil properties or site features are unfavorable for the use and overcoming the unfavorable properties requires special design, extra maintenance, or costly alteration.

*Septic tank absorption fields* are areas in which effluent from a septic tank is distributed into the soil through subsurface tiles or perforated pipe. Only that part of the soil between depths of 24 and 72 inches is evaluated. The ratings are based on soil properties, site features, and observed performance of the soils. Permeability, a high water table, depth to bedrock or to a cemented pan, and flooding affect absorption of the effluent. Large stones and bedrock or a cemented pan interfere with installation.

Unsatisfactory performance of septic tank absorption fields, including excessively slow absorption of effluent, surfacing of effluent, and hillside seepage, can affect public health. Ground water can be polluted if highly permeable sand and gravel or fractured bedrock is less than 4 feet below the base of the absorption field, if

slope is excessive, or if the water table is near the surface. There must be unsaturated soil material beneath the absorption field to filter the effluent effectively. Many local ordinances require that this material be of a certain thickness.

*Sewage lagoons* are shallow ponds constructed to hold sewage while aerobic bacteria decompose the solid and liquid wastes. Lagoons should have a nearly level floor surrounded by cut slopes or embankments of compacted soil. Lagoons generally are designed to hold the sewage within a depth of 2 to 5 feet. Nearly impervious soil material for the lagoon floor and sides is required to minimize seepage and contamination of ground water.

Table 9 gives ratings for the natural soil that makes up the lagoon floor. The surface layer and, generally, 1 or 2 feet of soil material below the surface layer are excavated to provide material for the embankments. The ratings are based on soil properties, site features, and observed performance of the soils. Considered in the ratings are slope, permeability, a high water table, depth to bedrock or to a cemented pan, flooding, large stones, and content of organic matter.

Excessive seepage resulting from rapid permeability in the soil or a water table that is high enough to raise the level of sewage in the lagoon causes a lagoon to function unsatisfactorily. Pollution results if seepage is excessive or if floodwater overtops the lagoon. A high content of organic matter is detrimental to proper functioning of the lagoon because it inhibits aerobic activity. Slope, bedrock, and cemented pans can cause construction problems, and large stones can hinder compaction of the lagoon floor.

*Sanitary landfills* are areas where solid waste is disposed of by burying it in soil. There are two types of landfill—trench and area. In a trench landfill, the waste is placed in a trench. It is spread, compacted, and covered daily with a thin layer of soil excavated at the site. In an area landfill, the waste is placed in successive layers on the surface of the soil. The waste is spread, compacted, and covered daily with a thin layer of soil from a source away from the site.

Both types of landfill must be able to bear heavy vehicular traffic. Both types involve a risk of ground-water pollution. Ease of excavation and revegetation should be considered.

The ratings in table 9 are based on soil properties, site features, and observed performance of the soils. Permeability, depth to bedrock or to a cemented pan, a high water table, slope, and flooding affect both types of landfill. Texture, stones and boulders, highly organic layers, soil reaction, and content of salts and sodium affect trench landfills. Unless otherwise stated, the ratings apply only to that part of the soil within a depth of about 6 feet. For deeper trenches, a limitation rated slight or moderate may not be valid. Onsite investigation is needed.

*Daily cover for landfill* is the soil material that is used to cover compacted solid waste in an area sanitary landfill. The soil material is obtained offsite, transported to the landfill, and spread over the waste.

Soil texture, wetness, coarse fragments, and slope affect the ease of removing and spreading the material during wet and dry periods. Loamy or silty soils that are free of large stones or excess gravel are the best cover for a landfill. Clayey soils are sticky or cloddy and are difficult to spread; sandy soils are subject to soil blowing.

After soil material has been removed, the soil material remaining in the borrow area must be thick enough over bedrock, a cemented pan, or the water table to permit revegetation. The soil material used as final cover for a landfill should be suitable for plants. The surface layer generally has the best workability, more organic matter, and the best potential for plants. Material from the surface layer should be stockpiled for use as the final cover.

## Construction Materials

Table 10 gives information about the soils as a source of sand, gravel, and topsoil. The soils are rated *good*, *fair*, or *poor* as a source of topsoil. They are rated as a *probable* or *improbable* source of sand and gravel. The ratings are based on soil properties and site features that affect the removal of the soil and its use as construction material. Normal compaction, minor processing, and other standard construction practices are assumed. Each soil is evaluated to a depth of 5 or 6 feet.

*Sand* and *gravel* are natural aggregates suitable for commercial use with a minimum of processing. They are used in many kinds of construction. Specifications for each use vary widely. In table 10, only the probability of finding material in suitable quantity is evaluated. The suitability of the material for specific purposes is not evaluated, nor are factors that affect excavation of the material.

The properties used to evaluate the soil as a source of sand or gravel are gradation of grain sizes (as indicated by the engineering classification of the soil), the thickness of suitable material, and the content of rock fragments. Kinds of rock, acidity, and stratification are given in the taxonomic unit descriptions. Gradation of grain sizes is given in the table on engineering index properties.

A soil rated as a probable source has a layer of clean sand or gravel or a layer of sand or gravel that is

38

as much as 12 percent silty fines. This material must be at least 3 feet thick and less than 50 percent, by weight, large stones. All other soils are rated as an improbable source. Coarse fragments of soft bedrock, such as shale and siltstone, are not considered to be sand and gravel.

*Topsoil* is used to cover an area so that vegetation can be established and maintained. The upper 40 inches of a soil is evaluated for use as topsoil. Also evaluated is the reclamation potential of the borrow area.

Plant growth is affected by toxic material and by such properties as soil reaction, available water capacity, and fertility. The ease of excavating, loading, and spreading is affected by rock fragments, slope, a water table, soil texture, and thickness of suitable material. Reclamation of the borrow area is affected by slope, a water table, rock fragments, bedrock, and toxic material.

Soils rated *good* have friable, loamy material to a depth of at least 40 inches. They are free of stones and cobbles, have little or no gravel, and have slopes of less than 8 percent. They are low in content of soluble salts, are naturally fertile or respond well to fertilizer, and are not so wet that excavation is difficult.

Soils rated *fair* are sandy soils, loamy soils that have a relatively high content of clay, soils that have only 20 to 40 inches of suitable material, soils that have an appreciable amount of gravel, stones, or soluble salts, or soils that have slopes of 8 to 15 percent. The soils are not so wet that excavation is difficult.

Soils rated *poor* are very sandy or clayey, have less than 20 inches of suitable material, have a large amount of gravel, stones, or soluble salts, have slopes of more than 15 percent, or have a seasonal high water table at or near the surface.

The surface layer of most soils is generally preferred for topsoil because of its organic matter content. Organic matter greatly increases the absorption and retention of moisture and nutrients for plant growth.

**Water Management**

Table 11 gives information on the soil properties and site features that affect water management. The degree and kind of soil limitations are given for pond reservoir areas and for embankments, dikes, and levees. The limitations are considered *slight* if soil properties and site features are generally favorable for the indicated use and limitations are minor and are easily overcome; *moderate* if soil properties or site features are not favorable for the indicated use and special planning, design, or maintenance is needed to overcome or minimize the limitations; and *severe* if soil properties or site features are so unfavorable or so difficult to overcome that special design, significant increase in

construction costs, and possibly increased maintenance are required.

This table also gives for each soil the restrictive features that affect irrigation and terraces and diversions.

*Pond reservoir areas* hold water behind a dam or embankment. Soils best suited to this use have low seepage potential in the upper 60 inches. The seepage potential is determined by the permeability of the soil and the depth to fractured bedrock or other permeable material. Excessive slope can affect the storage capacity of the reservoir area.

*Embankments, dikes, and levees* are raised structures of soil material, generally less than 20 feet high, constructed to impound water or to protect land against overflow. In this table, the soils are rated as a source of material for embankment fill. The ratings apply to the soil material below the surface layer to a depth of about 5 feet. It is assumed that soil layers will be uniformly mixed and compacted during construction.

The ratings do not indicate the ability of the natural soil to support an embankment. Soil properties to a depth even greater than the height of the embankment can affect performance and safety of the embankment. Generally, deeper onsite investigation is needed to determine these properties.

Soil material in embankments must be resistant to seepage, piping, and erosion and have favorable compaction characteristics. Unfavorable features include less than 5 feet of suitable material and a high content of stones or boulders, organic matter, or salts or sodium. A high water table affects the amount of usable material. It also affects trafficability.

*Irrigation* is the controlled application of water to supplement rainfall and support plant growth. The design and management of an irrigation system are affected by depth to the water table, the need for drainage, flooding, available water capacity, intake rate, permeability, erosion hazard, and slope. The construction of a system is affected by large stones and depth to bedrock or to a cemented pan. The performance of a system is affected by the depth of the root zone, the amount of salts or sodium, and soil reaction.

*Terraces and diversions* are embankments or a combination of channels and ridges constructed across a slope to control erosion and conserve moisture by intercepting runoff. Slope, wetness, large stones, and depth to bedrock or to a cemented pan affect the construction of terraces and diversions. A restricted rooting depth, a severe hazard of soil blowing or water erosion, an excessively coarse texture, and restricted permeability adversely affect maintenance.

BLM_0059976

# Soil Properties

Data relating to soil properties are collected during the course of the soil survey. The data and the estimates of soil and water features listed in tables are explained on the following pages.

Soil properties are determined by field examination of the soils and by laboratory index testing of some benchmark soils. Established standard procedures are followed. During the survey, many shallow borings are made and examined to identify and classify the soils and to delineate them on the soil maps. Samples are taken from some typical profiles and tested in the laboratory to determine grain-size distribution, plasticity, and compaction characteristics.

Estimates of soil properties are based on field examinations, on laboratory tests of samples from the survey area, and on laboratory tests of samples of similar soils in nearby areas. Tests verify field observations, verify properties that cannot be estimated accurately by field observation, and help to characterize key soils.

The estimates of soil properties shown in the tables include the range of grain-size distribution and Atterberg limits, the engineering classification, and the physical and chemical properties of the major layers of each soil. Pertinent soil and water features also are given.

## Engineering Index Properties

Table 12 gives estimates of the engineering classification and of the range of index properties for the major layers of each soil in the survey area. Most soils have layers of contrasting properties within the upper 5 or 6 feet.

*Depth* to the upper and lower boundaries of each layer is indicated. The range in depth and information on other properties of each layer are given for each soil under the heading "Taxonomic Units and Their Morphology."

*Texture* is given in the standard terms used by the U.S. Department of Agriculture. These terms are defined according to percentages of sand, silt, and clay in the fraction of the soil that is less than 2 millimeters in diameter. "Loam," for example, is soil that is 7 to 27 percent clay, 28 to 50 percent silt, and less than 52 percent sand. If the content of particles coarser than sand is as much as about 15 percent, an appropriate modifier is added, for example, "gravelly." Textural terms are defined in the "Glossary."

*Classification* of the soils is determined according to the Unified soil classification system *(2)* and the system adopted by the American Association of State Highway and Transportation Officials *(1)*. Both systems are described in the "PCA Soil Primer" *(8)*.

The Unified system classifies soils according to properties that affect their use as construction material. Soils are classified according to grain-size distribution of the fraction less than 3 inches in diameter and according to plasticity index, liquid limit, and organic matter content. Sandy and gravelly soils are identified as GW, GP, GM, GC, SW, SP, SM, and SC; silty and clayey soils as ML, CL, OL, MH, CH, and OH; and highly organic soils as PT. Soils exhibiting engineering properties of two groups can have a dual classification, for example, CL-ML.

The AASHTO system classifies soils according to those properties that affect roadway construction and maintenance. In this system, the fraction of a mineral soil that is less than 3 inches in diameter is classified in one of seven groups from A-1 through A-7 on the basis of grain-size distribution, liquid limit, and plasticity index. Soils in group A-1 are coarse grained and low in content of fines (silt and clay). At the other extreme, soils in group A-7 are fine grained. Highly organic soils are classified in group A-8 on the basis of visual inspection.

*Rock fragments* larger than 3 inches in diameter are indicated as a percentage of the total soil on a dry-weight basis. The percentages are estimates determined mainly by converting volume percentage in the field to weight percentage.

*Percentage (of soil particles) passing designated sieves* is the percentage of the soil fraction less than 3 inches in diameter based on an ovendry weight. The sieves, numbers 4, 10, 40, and 200 (USA Standard Series), have openings of 4.76, 2.00, 0.420, and 0.074 millimeters, respectively. Estimates are based on

BLM_0059977

laboratory tests of soils sampled in the survey area and in nearby areas and on estimates made in the field.

*Liquid limit* and *plasticity index* (Atterberg limits) indicate the plasticity characteristics of a soil. The estimates are based on test data from the survey area or from nearby areas and on field examination.

The estimates of grain-size distribution, liquid limit, and plasticity index are generally rounded to the nearest 5 percent. Thus, if the ranges of gradation and Atterberg limits extend a marginal amount (1 or 2 percentage points) across classification boundaries, the classification in the marginal zone is omitted in the table.

## Physical and Chemical Properties

Table 13 shows estimates of some characteristics and features that affect soil behavior. These estimates are given for the major layers of each soil in the survey area. The estimates are based on field observations and on test data for these and similar soils.

*Depth* to the upper and lower boundaries of each layer is indicated. The range in depth and information on other properties of each layer are given for each soil under the heading "Taxonomic Units and Their Morphology."

*Clay* as a soil separate consists of mineral soil particles that are less than 0.002 millimeter in diameter. In this table, the estimated clay content of each major soil layer is given as a percentage, by weight, of the soil material that is less than 2 millimeters in diameter.

The amount and kind of clay greatly affect the fertility and physical condition of the soil. They determine the ability of the soil to adsorb cations and to retain moisture. They influence shrink-swell potential, permeability, and plasticity, the ease of soil dispersion, and other soil properties. The amount and kind of clay in a soil also affect tillage and earthmoving operations.

*Permeability* refers to the ability of a soil to transmit water or air. The estimates indicate the rate of downward movement of water when the soil is saturated. They are based on soil characteristics observed in the field, particularly structure, porosity, and texture. Permeability is considered in the design of soil drainage systems and septic tank absorption fields.

*Available water capacity* refers to the quantity of water that the soil is capable of storing for use by plants. The capacity for water storage is given in inches of water per inch of soil for each major soil layer. The capacity varies, depending on soil properties that affect the retention of water and the depth of the root zone. The most important properties are the content of organic matter, soil texture, bulk density, and soil structure. Available water capacity is an important factor

in the choice of plants or crops to be grown and in the design and management of irrigation systems. Available water capacity is not an estimate of the quantity of water actually available to plants at any given time.

*Soil reaction* is a measure of acidity or alkalinity and is expressed as a range in pH values. The range in pH of each major horizon is based on many field tests. For many soils, values have been verified by laboratory analyses. Soil reaction is important in selecting crops and other plants, in evaluating soil amendments for fertility and stabilization, and in determining the risk of corrosion.

*Salinity* is a measure of soluble salts in the soil at saturation. It is expressed as the electrical conductivity of the saturation extract, in millimhos per centimeter at 25 degrees C. Estimates are based on field and laboratory measurements at representative sites of nonirrigated soils. The salinity of irrigated soils is affected by the quality of the irrigation water and by the frequency of water application. Hence, the salinity of soils in individual fields can differ greatly from the value given in the table. Salinity affects the suitability of a soil for crop production, the stability of soil if used as construction material, and the potential of the soil to corrode metal and concrete.

*Shrink-swell potential* is the potential for volume change in a soil with a loss or gain in moisture. Volume change occurs mainly because of the interaction of clay minerals with water and varies with the amount and type of clay minerals in the soil. The size of the load on the soil and the magnitude of the change in soil moisture content influence the amount of swelling of soils in place. Laboratory measurements of swelling of undisturbed clods were made for many soils. For others, swelling was estimated on the basis of the kind and amount of clay minerals in the soil and on measurements of similar soils.

If the shrink-swell potential is rated moderate to very high, shrinking and swelling can cause damage to buildings, roads, and other structures. Special design is often needed.

Shrink-swell potential classes are based on the change in length of an unconfined clod as moisture content is increased from air-dry to field capacity. The classes are *low*, a change of less than 3 percent; *moderate*, 3 to 6 percent; and *high*, more than 6 percent. *Very high*, greater than 9 percent, is sometimes used.

*Erosion factor K* indicates the susceptibility of a soil to sheet and rill erosion by water. Factor K is one of six factors used in the Universal Soil Loss Equation (USLE) to predict the average annual rate of soil loss by sheet and rill erosion in tons per acre per year. The estimates are based primarily on percentage of silt, sand, and

organic matter (up to 4 percent) and on soil structure and permeability. Values of K range from 0.05 to 0.69. The higher the value, the more susceptible the soil is to sheet and rill erosion by water.

*Erosion factor T* is an estimate of the maximum average annual rate of soil erosion by wind or water that can occur without affecting crop productivity over a sustained period. The rate is in tons per acre per year.

*Wind erodibility groups* are made up of soils that have similar properties affecting their resistance to wind erosion in cultivated areas. The groups indicate the susceptibility to soil blowing. Soils are grouped according to the following distinctions:

1.  Coarse sands, sands, fine sands, and very fine sands. These soils are generally not suitable for crops. They are extremely erodible, and vegetation is difficult to establish.

2.  Loamy coarse sands, loamy sands, loamy fine sands, loamy very fine sands, and sapric soil material. These soils are very highly erodible. Crops can be grown if intensive measures to control soil blowing are used.

3.  Coarse sandy loams, sandy loams, fine sandy loams, and very fine sandy loams. These soils are highly erodible. Crops can be grown if intensive measures to control soil blowing are used.

4L.  Calcareous loams, silt loams, clay loams, and silty clay loams. These soils are erodible. Crops can be grown if intensive measures to control soil blowing are used.

4.  Clays, silty clays, noncalcareous clay loams, and silty clay loams that are more than 35 percent clay. These soils are moderately erodible. Crops can be grown if measures to control soil blowing are used.

5.  Noncalcareous loams and silt loams that are less than 20 percent clay and sandy clay loams, sandy clays, and hemic soil material. These soils are slightly erodible. Crops can be grown if measures to control soil blowing are used.

6.  Noncalcareous loams and silt loams that are more than 20 percent clay and noncalcareous clay loams that are less than 35 percent clay. These soils are very slightly erodible. Crops can be grown if ordinary measures to control soil blowing are used.

7.  Silts, noncalcareous silty clay loams that are less than 35 percent clay, and fibric soil material. These soils are very slightly erodible. Crops can be grown if ordinary measures to control soil blowing are used.

8.  Soils that are not subject to soil blowing because of coarse fragments on the surface or because of surface wetness.

*Organic matter* is the plant and animal residue in the soil at various stages of decomposition. In table 13, the estimated content of organic matter is expressed as a percentage, by weight, of the soil material that is less than 2 millimeters in diameter.

The content of organic matter in a soil can be maintained or increased by returning crop residue to the soil. Organic matter affects the available water capacity, infiltration rate, and tilth. It is a source of nitrogen and other nutrients for crops.

Table 14 lists the results of using the Universal Soil Loss Equation to estimate potential and current erosion under certain conditions. *Potential erosion* is the maximum expected soil loss in tons per acre per year based on estimated factors that represent the worst possible condition for any particular soil—for example, no overstory canopy, no vegetative cover, or the steepest slope. *Current erosion* is the product of using the USLE with factors that represent current conditions, such as ground cover, canopy cover, rainfall, and slope. The result is an estimate of soil loss in tons per acre per year.

## Soil and Water Features

Table 15 gives estimates of various soil and water features. The estimates are used in land use planning that involves engineering considerations.

*Hydrologic soil groups* are used to estimate runoff from precipitation. Soils not protected by vegetation are assigned to one of four groups. They are grouped according to the infiltration of water when the soils are thoroughly wet and receive precipitation from long-duration storms.

The four hydrologic soil groups are:

Group A. Soils having a high infiltration rate (low runoff potential) when thoroughly wet. These consist mainly of deep, well drained to excessively drained sands or gravelly sands. These soils have a high rate of water transmission.

Group B. Soils having a moderate infiltration rate when thoroughly wet. These consist chiefly of moderately deep or deep, moderately well drained or well drained soils that have moderately fine texture to moderately coarse texture. These soils have a moderate rate of water transmission.

Group C. Soils having a slow infiltration rate when thoroughly wet. These consist chiefly of soils having a layer that impedes the downward movement of water or soils of moderately fine texture or fine texture. These soils have a slow rate of water transmission.

Group D. Soils having a very slow infiltration rate (high runoff potential) when thoroughly wet. These consist chiefly of clays that have a high shrink-swell potential, soils that have a permanent high water table, soils that have a claypan or clay layer at or near the surface, and soils that are shallow over nearly

42

impervious material. These soils have a very slow rate of water transmission.

*Flooding*, the temporary inundation of an area, is caused by overflowing streams, by runoff from adjacent slopes, or by tides. Water standing for short periods after rainfall or snowmelt is not considered flooding, nor is water in swamps and marshes.

Table 15 gives the frequency and duration of flooding and the time of year when flooding is most likely.

Frequency, duration, and probable dates of occurrence are estimated. Frequency is expressed as none, rare, occasional, and frequent. *None* means that flooding is not probable; *rare* that it is unlikely but is possible under unusual weather conditions (the chance of flooding in any year is nearly 0 percent to 5 percent); *occasional* that it occurs infrequently under normal weather conditions (the chance of flooding in any year is 5 to 50 percent); and *frequent* that it occurs often under normal weather conditions (the chance of flooding in any year is more than 50 percent). If flooding is occasional or frequent, duration is expressed as *very brief* (less than 2 days), *brief* (2 to 7 days), *long* (7 days to 1 month), and *very long* (more than 1 month). Probable dates are expressed in months. About two-thirds to three-fourths of all flooding occurs during the stated period.

The information is based on evidence in the soil profile, namely thin strata of gravel, sand, silt, or clay deposited by floodwater; irregular decrease in organic matter content with increasing depth; and little or no horizon development.

Also considered are local information about the extent and levels of flooding and the relation of each soil on the landscape to historic floods. Information on the extent of flooding based on soil data is less specific than that provided by detailed engineering surveys that delineate flood-prone areas at specific flood frequency levels.

*Depth to bedrock* is given if bedrock is within a depth of 5 feet. The depth is based on many soil borings and on observations during soil mapping. The rock is either soft or hard. If the rock is soft or fractured, excavations can be made with trenching machines, backhoes, or small rippers. If the rock is hard or massive, blasting or special equipment generally is needed for excavation.

*Potential frost action* is the likelihood of upward or lateral expansion of the soil caused by the formation of segregated ice lenses (frost heave) and the subsequent collapse of the soil and loss of strength on thawing. Frost action occurs when moisture moves into the freezing zone of the soil. Temperature, texture, density, permeability, content of organic matter, and depth to the water table are the most important factors considered in evaluating the potential for frost action. It is assumed that the soil is not insulated by vegetation or snow and is not artificially drained. Silty and highly structured, clayey soils that have a high water table in winter are the most susceptible to frost action. Well drained, very gravelly, or very sandy soils are the least susceptible. Frost heave and low soil strength during thawing cause damage mainly to pavements and other rigid structures.

*Risk of corrosion* pertains to potential soil-induced electrochemical or chemical action that dissolves or weakens uncoated steel or concrete. The rate of corrosion of uncoated steel is related to such factors as soil moisture, particle-size distribution, acidity, and electrical conductivity of the soil. The rate of corrosion of concrete is based mainly on the sulfate and sodium content, texture, moisture content, and acidity of the soil. Special site examination and design may be needed if the combination of factors results in a severe hazard of corrosion. The steel in installations that intersect soil boundaries or soil layers is more susceptible to corrosion than steel in installations that are entirely within one kind of soil or within one soil layer.

For uncoated steel, the risk of corrosion, expressed as *low, moderate,* or *high*, is based on soil drainage class, total acidity, electrical resistivity near field capacity, and electrical conductivity of the saturation extract.

For concrete, the risk of corrosion is also expressed as *low, moderate,* or *high.* It is based on soil texture, acidity, and amount of sulfates in the saturation extract.

BLM_0059980

# Classification of the Soils

The system of soil classification used by the National Cooperative Soil Survey has six categories *(12)*. Beginning with the broadest, these categories are the order, suborder, great group, subgroup, family, and series. Classification is based on soil properties observed in the field or inferred from those observations or from laboratory measurements. Table 16 shows the classification of the soils in the survey area. The categories are defined in the following paragraphs.

ORDER. Eleven soil orders are recognized. The differences among orders reflect the dominant soil-forming processes and the degree of soil formation. Each order is identified by a word ending in *sol*. An example is Entisol.

SUBORDER. Each order is divided into suborders primarily on the basis of properties that influence soil genesis and are important to plant growth or properties that reflect the most important variables within the orders. The last syllable in the name of a suborder indicates the order. An example is Orthent (*Orth*, meaning true or common, plus *ent*, from Entisol).

GREAT GROUP. Each suborder is divided into great groups on the basis of close similarities in kind, arrangement, and degree of development of pedogenic horizons; soil moisture and temperature regimes; and base status. Each great group is identified by the name of a suborder and by a prefix that indicates a property of the soil. An example is Cryorthents (*Cry*, meaning cold, plus *orthents*).

SUBGROUP. Each great group has a typic subgroup. Other subgroups are intergrades or extragrades. The typic is the central concept of the great group; it is not necessarily the most extensive. Intergrades are transitions to other orders, suborders, or great groups. Extragrades have some properties that are not representative of the great group but do not indicate transitions to any other known kind of soil. Each subgroup is identified by one or more adjectives preceding the name of the great group. The adjective *Typic* identifies the subgroup that typifies the great group. An example is Typic Cryorthents.

FAMILY. Families are established within a subgroup on the basis of physical and chemical properties and other characteristics that affect management. Generally, the properties are those of horizons below plow depth where there is much biological activity. Among the properties and characteristics considered are particle-size class, mineral content, temperature regime, thickness of the root zone, consistence, moisture equivalent, slope, and permanent cracks. A family name consists of the name of a subgroup preceded by terms that indicate soil properties. An example is loamy-skeletal, mixed, nonacid Typic Cryorthents.

SERIES. The series consists of soils that have similar horizons in their profile. The horizons are similar in color, texture, structure, reaction, consistence, mineral and chemical composition, and arrangement in the profile. The texture of the surface layer or of the substratum can differ within a series.

Most of the soils in this survey were classified to the family level only. The soils are identified with a family name, for example, Belain family.

## Taxonomic Units and Their Morphology

In this section, each soil recognized in the survey area is described. The descriptions are arranged in alphabetic order.

Characteristics of the soil and the material in which it formed are identified for each unit. A reference pedon, a small three-dimensional area of soil, is described. The detailed description of each soil horizon follows standards in the "Soil Survey Manual" *(13)*. Many of the technical terms used in the descriptions are defined in "Soil Taxonomy" *(12)*. Unless otherwise stated, matrix colors in the descriptions are for dry soil. Following the pedon description is the range of important characteristics of the soils in the unit.

The map units of each taxonomic unit are described in the section "Detailed Soil Map Units."

### Agneston Family

The Agneston family consists of moderately deep, well drained soils on plateau tops. These soils formed

in residuum derived from interbedded sandstone and shale. The slope ranges from 1 to 15 percent. The average annual precipitation is about 25 inches, and the average annual soil temperature is 38 degrees F.

Reference pedon of the Agneston family, in an area where the slope is 2 percent; 1 mile south of Highway 90 on States Draw Road, SE¼NW¼ sec. 23, T. 47 N., R. 12 W., in Montrose County:

Oi—2 inches to 0; partially decomposed mat of needles, leaves, twigs, and cones.
A—0 to 10 inches; brown (7.5YR 5/4) cobbly fine sandy loam, brown (7.5YR 4/2) moist; weak medium subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; common coarse, medium, and fine roots; 10 percent gravel and 15 percent cobbles; strongly acid (pH 5.4); gradual smooth boundary.
A/B—10 to 17 inches; light brown (7.5YR 6/4) cobbly fine sandy loam, brown (7.5YR 4/2) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; slightly hard, friable, nonsticky and nonplastic; common medium and fine and few coarse roots; 15 percent gravel and 15 percent cobbles; very strongly acid (pH 4.9); clear wavy boundary.
Bt—17 to 36 inches; light brown (7.5YR 6/4) very cobbly clay loam, brown (5YR 5/4) moist; weak medium subangular blocky structure; hard, firm, sticky and plastic; few medium roots; 25 percent gravel and 25 percent cobbles; very strongly acid (pH 4.6); clear smooth boundary.
R—36 inches; sandstone bedrock.

The depth to bedrock ranges from 20 to 40 inches. The content of coarse fragments in the control section ranges from 35 to 60 percent.

The A horizon has hue of 7.5YR or 10YR, value of 5 to 7 dry and 3 to 5 moist, and chroma of 2 to 6. It is dominantly fine sandy loam, but the range includes cobbly loam.

The Bt horizon has hue of 5YR to 10YR, value of 5 or 6 dry and 4 or 5 moist, and chroma of 4 to 8. It is very cobbly or very gravelly clay loam or sandy clay loam. Reaction is strongly acid or very strongly acid.

## Arabrab Family

The Arabrab family consists of shallow, well drained soils on plateau uplands and benches. These soils formed in residuum derived from sandstone. The slope ranges from 3 to 15 percent. The average annual precipitation is about 14 inches, and the average annual soil temperature is about 53 degrees F.

Reference pedon of the Arabrab family, in an area

where the slope is 5 percent; NE¼NE¼ sec. 14, T. 49 N., R. 12 W., in Montrose County:

A—0 to 6 inches; reddish brown (5YR 5/4) sandy loam, dark reddish brown (5YR 3/4) moist; weak very fine granular structure; loose; soft, very friable, nonsticky and nonplastic; common very fine and fine roots; mildly alkaline (pH 7.8); clear smooth boundary.
Bt—6 to 14 inches; reddish brown (5YR 5/4) sandy clay loam, reddish brown (5YR 4/4) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and slightly plastic; common fine roots; moderately alkaline (pH 8.0); clear smooth boundary.
Bk—14 to 19 inches; light reddish brown (5YR 6/4) gravelly sandy clay loam, reddish brown (5YR 4/4) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and slightly plastic; common fine and medium roots; 15 percent gravel and 10 percent cobbles; moderately alkaline (pH 8.2); calcareous.
R—19 inches; fractured sandstone bedrock.

The depth to sandstone bedrock ranges from 10 to 20 inches. Reaction ranges from neutral to moderately alkaline.

The A horizon is 2 to 8 inches thick. It has hue of 5YR to 10YR. It is fine sandy loam or gravelly loam.

The Bt horizon is 6 to 12 inches thick. It has hue of 5YR to 10YR. It is sandy clay loam, loam, or clay loam. It is calcareous in some pedons. The content of clay ranges from 20 to 35 percent.

The Bk horizon is sandy clay loam, loam, or clay loam. It is calcareous in most pedons. The content of coarse fragments ranges from 5 to 35 percent.

## Beenom Family

The Beenom family consists of shallow, well drained soils on mesa tops. These soils formed in material weathered from sandstone. The slope ranges from 1 to 20 percent. The average annual precipitation is about 17 inches, and the average annual soil temperature is about 46 degrees F.

Reference pedon of the Beenom family, in an area where the slope is 4 percent; SE¼NE¼ sec. 21, T. 49 N., R. 13 W., in Montrose County:

A1—0 to 2 inches; dark brown (7.5YR 4/2) sandy loam, very dark brown (7.5YR 2/2) moist; weak medium granular structure; soft, very friable, nonsticky and nonplastic; many very fine and fine roots; 5 percent gravel; neutral (pH 6.8); clear smooth boundary.
A2—2 to 8 inches; brown (7.5YR 4/2) loam, dark brown (7.5YR 3/2) moist; weak very fine and fine

BLM_0059982

subangular blocky structure; slightly hard, friable, slightly sticky and nonplastic; common very fine and fine roots; 5 percent gravel; neutral (pH 6.8); clear wavy boundary.

Bt1—8 to 12 inches; brown (7.5YR 4/4) sandy clay loam, dark brown (7.5YR 3/4) moist; moderate fine subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; common moderately thick clay films on faces of peds; common very fine and fine roots; 5 percent gravel; neutral (pH 6.6); clear wavy boundary.

Bt2—12 to 16 inches; brown (7.5YR 4/4) sandy clay loam, dark brown (7.5YR 3/4) moist; weak fine and medium angular blocky structure; hard, friable, slightly sticky and slightly plastic; common moderately thick clay films on faces of peds; few very fine and fine roots; 5 percent gravel and 5 percent cobbles; neutral (pH 6.6).

R—16 inches; sandstone bedrock.

The depth to bedrock ranges from 10 to 20 inches. Reaction is neutral or mildly alkaline.

The A horizon has hue of 7.5YR or 10YR or is neutral in hue. It has value of 2 or 3 moist and 3 to 5 dry and chroma of 0 to 3. It is sandy loam, loam, or sandy clay loam.

The Bt horizon has hue of 7.5YR or 10YR, value of 4 to 6 dry and 3 to 5 moist, and chroma of 3 or 4. It is sandy clay loam or clay loam.

## Belain Family

The Belain family consists of moderately deep and deep, well drained soils on benches. These soils formed in alluvium and residuum derived from sandstone. The slope ranges from 1 to 15 percent. Elevation ranges from 8,000 to 8,800 feet. The average annual precipitation is about 17 inches, and the average annual soil temperature is about 46 degrees F.

Reference pedon of the Belain family, in an area where the slope is 10 percent; east of Casto Reservoir, NW¼NW¼ sec. 25, T. 15 S., R. 101 W., in Mesa County:

A1—0 to 2 inches; brown (10YR 5/3) loam, dark brown (7.5YR 3/2) moist; weak thick platy structure; soft, very friable, slightly sticky and slightly plastic; common very fine, fine, medium, and coarse roots; neutral (pH 7.2); clear smooth boundary.

A2—2 to 5 inches; grayish brown (10YR 5/2) loam, dark brown (7.5YR 3/2) moist; moderate medium subangular blocky structure; slightly hard, very friable, sticky and slightly plastic; common fine, medium, and coarse roots; neutral (pH 7.2); clear smooth boundary.

A3—5 to 7 inches; brown (10YR 5/3) sandy loam, dark reddish brown (5YR 3/3) moist; moderate medium subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; common fine, medium, and coarse roots; neutral (pH 7.2); gradual smooth boundary.

Bw—7 to 13 inches; brown (7.5YR 5/4) sandy loam, dark brown (7.5YR 4/4) moist; massive; slightly hard, very friable, slightly sticky and nonplastic; few fine and very fine roots; common medium and coarse roots; neutral (pH 7.2); clear smooth boundary.

C—13 to 22 inches; reddish yellow (7.5YR 7/6) sandy loam, strong brown (7.5YR 5/6) moist; massive; soft, very friable, nonsticky and nonplastic; few medium and coarse roots; mildly alkaline (pH 7.4); clear smooth boundary.

R—22 inches; hard sandstone bedrock.

Thickness of the mollic epipedon is 7 to 15 inches. The depth to bedrock ranges from 27 to 60 inches. The content of rock fragments ranges from 5 to 30 percent.

The A horizon has hue of 5YR to 10YR, value of 4 or 5 dry and 2 or 2 moist, and chroma of 1 to 3.

The Bw horizon has hue of 10YR to 5YR, value of 4 or 5 dry and 3 or 4 moist, and chroma of 2 to 4. It is loam or sandy loam. The content of clay ranges from 10 to 18 percent.

The C horizon has hue of 2.5YR to 7.5YR, value of 5 to 7 dry and 4 or 5 moist, and chroma of 4 to 6. It is sandy loam, loam, or gravelly sandy loam.

## Callan Family

The Callan family consists of deep, well drained soils on fan terraces, benches, and plateau side slopes. These soils formed in alluvium and residuum derived from sandstone and shale. The slope ranges from 3 to 10 percent. Elevation ranges from 7,000 to 7,600 feet. The average annual precipitation is about 16 inches, and the average annual soil temperature is about 45 degrees F.

Reference pedon of the Callan family, SE¼SE¼ sec. 13, T. 15 N., R. 18 W., in Mesa County:

A—0 to 7 inches; brown (10YR 5/3) silt loam, dark brown (10YR 3/3) moist; strong coarse subangular blocky structure; hard, friable, slightly sticky and slightly plastic; common fine and medium roots; neutral (pH 7.0); clear smooth boundary.

Bt1—7 to 10 inches; brown (7.5YR 5/2) clay loam, dark brown (7.5YR 3/2) moist; moderate medium subangular blocky structure; hard, friable, sticky and plastic; few thin clay films on faces of peds;

BLM_0059983

common fine and medium roots; neutral (pH 7.0); clear smooth boundary.

Bt2—10 to 32 inches; reddish brown (5YR 5/4) clay, dark reddish brown (5YR 3/4) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; extremely hard, extremely firm, sticky and very plastic; many moderately thick clay films on faces of peds; 5 percent gravel; common fine roots; neutral (pH 7.0); gradual smooth boundary.

Bt3—32 to 45 inches; reddish brown (5YR 5/4) clay, dark reddish brown (5YR 3/4) moist; strong coarse prismatic structure parting to moderate coarse subangular blocky; extremely hard, extremely firm, sticky and very plastic; many thick clay films on faces of peds; 5 percent gravel; few fine roots; mildly alkaline (pH 7.4); calcareous; clear smooth boundary.

Bk—45 to 60 inches; pink (5YR 8/4) clay loam, reddish yellow (5YR 6/6) moist; massive; slightly hard, friable, sticky and plastic; 5 percent gravel; strongly calcareous; strongly alkaline (pH 8.6).

Thickness of the mollic epipedon ranges from 10 to 16 inches. The depth to lime, or depth to the base of the argillic horizon, is 30 inches or more.

The A horizon has hue of 7.5YR or 10YR. It is loam or silt loam.

The Bt horizon has hue of 5YR or 7.5YR. It is clay loam or clay. Reaction is neutral or mildly alkaline.

## Cebone Family

The Cebone family consists of moderately deep or deep, well drained soils on plateau uplands. These soils formed in residuum and in locally transported sediments weathered from interbedded sandstone and shale. The slope ranges from 1 to 15 percent. The average annual precipitation is about 23 inches, and the average annual soil temperature is 40 degrees F.

Reference pedon of the Cebone family, in an area where the slope is 5 percent; NE¼ sec. 9, T. 46 N., R. 10 W., in Ouray County:

Oa—1 inch to 0; decomposed leaves, grass, and roots.

A1—0 to 6 inches; brown (7.5YR 5/2) loam, dark brown (7.5YR 3/2) moist; weak medium subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; many fine and medium roots; 10 percent gravel; neutral (pH 6.8); clear smooth boundary.

A2—6 to 12 inches; brown (7.5YR 5/2) loam, dark brown (7.5YR 3/2) moist; weak medium subangular blocky structure parting to moderate medium granular; soft, very friable, nonsticky and nonplastic;

common fine roots; 10 percent gravel; neutral (pH 6.8); clear smooth boundary.

E—12 to 15 inches; pinkish gray (7.5YR 6/2) fine sandy loam, dark brown (7.5YR 4/2) moist; weak medium subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; few fine roots; 10 percent gravel; neutral (pH 6.8); clear wavy boundary.

BE—15 to 21 inches; variegated pinkish gray (7.5YR 6/2) and dark brown (7.5YR 4/4) sandy clay loam, brown (7.5YR 5/4) moist; weak medium subangular blocky structure parting to moderate fine subangular blocky; slightly hard, friable, sticky and plastic; few fine roots; common thin clay films; 10 percent gravel; neutral (pH 6.6); clear wavy boundary.

Bt1—21 to 31 inches; variegated strong brown (7.5YR 5/6) and brown (7.5YR 5/4) gravelly clay loam, dark brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; very hard, firm, very sticky and very plastic; few fine roots; many moderately thick clay films; 10 percent gravel and 5 percent cobbles; neutral (pH 6.6); gradual smooth boundary.

Bt2—31 to 36 inches; brown (7.5YR 5/4) cobbly clay, dark brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; very hard, firm, very sticky and very plastic; many moderately thick clay films; 10 percent gravel and 15 percent cobbles; neutral (pH 6.6); abrupt wavy boundary.

R—36 inches; fractured Dakota sandstone.

Thickness of the mollic epipedon ranges from 10 to 20 inches. The content of gravel and cobbles on the surface ranges from 0 to 50 percent. The depth to sandstone bedrock ranges from 20 to more than 60 inches.

The A horizon has hue of 7.5YR or 10YR, value of 4 or 5 dry and 2 or 3 moist, and chroma of 2 or 3. It is loam or gravelly loam.

The Bt horizon has hue of 7.5YR or 10YR, value of 5 or 6 dry and 4 to 6 moist, and chroma of 4 to 8. It is clay loam or clay. The content of clay ranges from 35 to 50 percent. The content of coarse fragments ranges from 5 to 30 percent.

## Cerro Family

The Cerro family consists of deep, well drained soils on plateau uplands. These soils formed in material weathered from interbedded sandstone and shale. The slope ranges from 1 to 15 percent. The average annual precipitation is about 18 inches, and the average annual soil temperature is 45 degrees F.

Reference pedon of the Cerro family, in an area

where the slope is 6 percent; NW¼SE¼ sec. 31, T. 46 N., R. 11 W., in Montrose County:

A—0 to 4 inches; dark grayish brown (7.5YR 4/2) loam, very dark brown (7.5YR 2/2) moist; moderate fine and medium granular structure; soft, very friable, nonsticky and nonplastic; common fine and medium and few coarse roots; 5 percent gravel and 5 percent cobbles; neutral (pH 6.6); clear smooth boundary.

BA—4 to 14 inches; dark grayish brown (10YR 4/2) clay loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure; hard, firm, slightly sticky and slightly plastic; very few thin clay films; common fine and medium and few coarse roots; 5 percent gravel and 5 percent cobbles; neutral (pH 6.6); gradual smooth boundary.

Bt—14 to 30 inches; light yellowish brown (10YR 6/4) clay, dark yellowish brown (10YR 4/4) moist; moderate medium angular blocky structure; extremely hard, very firm, very sticky and very plastic; common moderately thick clay films; dark organic stains on faces of many peds; cracks and slickensides; 5 percent gravel and 5 percent cobbles; neutral (pH 6.6); gradual wavy boundary.

Btk—30 to 48 inches; light yellowish brown (10YR 6/4) clay, yellowish brown (10YR 5/4) moist; moderate medium angular blocky structure; extremely hard, very firm, very sticky and very plastic; common moderately thick clay films on faces of peds and lining pores; pressure faces; few medium roots commonly flattened on faces of peds; 5 percent gravel and 5 percent cobbles; mildly alkaline (pH 7.4); calcareous; gradual wavy boundary.

Ck—48 to 60 inches; very pale brown (10YR 7/4) clay, yellowish brown (10YR 5/4) moist; weak coarse subangular blocky structure; very hard, very firm, very sticky and very plastic; 10 percent gravel and 5 percent cobbles; mildly alkaline (pH 7.6); calcareous.

The depth to uniformly calcareous material ranges from 20 to 40 inches. Depth to the base of the argillic horizon ranges from 24 to 50 inches. Thickness of the mollic epipedon ranges from 8 to 16 inches. Cracks as large as one-half inch are common in dry soils.

The A horizon has hue of 7.5YR or 10YR, value of 4 or 5 dry and 3 moist, and chroma of 2 or 3. It is loam or clay loam.

The Bt horizon has hue of 7.5YR or 10YR, value of 4 or 5 dry and 2 or 3 moist, and chroma of 3 or 4. It is clay loam or clay. The content of coarse fragments ranges from 5 to 35 percent.

The C horizon is clay loam, clay, or silty clay in the fine-earth fraction.

## Chilson Family

The Chilson family consists of shallow, well drained soils on plateau tops. These soils formed in material weathered from sandstone. The slope ranges from 1 to 20 percent. The average annual precipitation is about 17 inches, and the average annual soil temperature is about 46 degrees F.

Reference pedon of the Chilson family, in an area where the slope is 2 percent; north of Craig Point Road, SE¼SW¼ sec. 10, T. 45 N., R. 12 W., in Montrose County:

Oe—1 inch to 0; decomposed and undecomposed needles and grass.

A—0 to 4 inches; very dark grayish brown (10YR 3/2) fine sandy loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; many very fine and fine and few medium and coarse roots; neutral (pH 6.9); clear smooth boundary.

BA—4 to 8 inches; dark brown (7.5YR 4/3) gravelly clay loam, dark brown (7.5YR 3/2) moist; moderate medium and fine subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; many very fine and fine and few medium and coarse roots; 15 percent gravel; neutral (pH 6.9); clear smooth boundary.

Bt—8 to 15 inches; brown (7.5YR 5/4) gravelly clay loam, dark brown (7.5YR 4/4) moist; moderate medium and fine angular blocky structure; hard, firm, sticky and plastic; common moderately thick clay films on faces of peds; many very fine and few fine, medium, and coarse roots; 30 percent gravel; neutral (pH 6.7); clear wavy boundary.

Cr—15 to 17 inches; variegated strong brown (7.5YR 5/8 and 5/6) and grayish brown (10YR 5/2), weathered sandstone bedrock.

R—17 inches; hard sandstone bedrock.

The depth to bedrock ranges from 10 to 20 inches. Thickness of the mollic epipedon ranges from 7 to 11 inches. The content of coarse fragments, mainly gravel-sized, angular sandstone, ranges from 0 to 30 percent and increases with increasing depth.

The A horizon has hue of 10YR or 7.5YR, value of 3 or 4 dry and 2 or 3 moist, and chroma of 2 or 3. It is loam or fine sandy loam.

The Bt horizon has hue of 7.5YR or 10YR, value of 4 or 5 dry and 3 or 4 moist, and chroma of 4 to 6. It is clay loam or clay. The content of clay ranges from 35 to 45 percent.

The C horizon, if it occurs, is weathered sandstone.

## Chilson Variant

The Chilson Variant consists of shallow, well drained soils on benches, mesa tops, and side slopes. These soils formed in residuum derived from interbedded sandstone and shale. The slope ranges from 1 to 40 percent. The average annual precipitation is about 16 inches, and the average annual soil temperature is about 46 degrees F.

Reference pedon of Chilson Variant, in an area where the slope is 4 percent; NW¼NW¼ sec. 35, T. 49 N., R. 12 W., in Montrose County:

A—0 to 5 inches; brown (7.5YR 5/2) sandy loam, dark brown (7.5YR 3/2) moist; weak fine and medium granular structure; soft, very friable, nonsticky and nonplastic; common very fine and fine roots; 5 percent gravel and 5 percent cobbles; mildly alkaline (pH 7.4); clear smooth boundary.

BA—5 to 8 inches; reddish brown (5YR 5/4) sandy clay loam, dark reddish brown (5YR 3/4) moist; moderate medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few thin clay films on faces of peds; common very fine and fine roots; 5 percent gravel and 5 percent cobbles; neutral (pH 7.2); clear wavy boundary.

Bt1—8 to 14 inches; light reddish brown (5YR 6/4) cobbly sandy clay loam, reddish brown (5YR 4/4) moist; strong medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; few moderately thick clay films on faces of peds; common very fine and fine roots; 10 percent gravel and 15 percent cobbles; neutral (pH 7.0); gradual wavy boundary.

Bt2—14 to 19 inches; light reddish brown (5YR 6/4) cobbly clay, reddish brown (5YR 4/4) moist; strong medium subangular blocky structure; hard, firm, sticky and plastic; common moderately thick clay films on faces of peds; few very fine and fine roots; 10 percent gravel and 15 percent cobbles; neutral (pH 7.0); abrupt smooth boundary.

R—19 inches; sandstone bedrock.

Thickness of the ochric epipedon ranges from 4 to 7 inches. Reaction is neutral or mildly alkaline throughout the profile. The depth to bedrock ranges from 7 to 20 inches.

The A horizon has hue of 5YR to 10YR or is neutral in hue. It has value of 2 or 3 moist and 3 to 5 dry and chroma of 0 to 3.

The Bt horizon has hue of 5YR or 7.5YR, value of 3 or 4 moist and 4 to 6 dry, and chroma of 2 to 4. It is cobbly sandy clay loam, cobbly clay, or clay. The content of clay ranges from 35 to 50 percent, by weighted average. The content of coarse fragments ranges from 5 to 30 percent.

## Dalhart Family

The Dalhart family consists of moderately deep and deep, well drained soils on plateau tops. These soils formed in material weathered from sandstone. The slope ranges from 3 to 15 percent. The average annual precipitation is about 14 inches, and the average annual soil temperature is about 53 degrees F.

Reference pedon of the Dalhart family, in an area where the slope is 7 percent; SE¼SW¼ sec. 11, T. 49 N., R. 12 W., in Montrose County:

A—0 to 4 inches; brown (7.5YR 5/4) sandy loam, dark brown (7.5YR 4/4) moist; weak medium granular structure; slightly hard, very friable, nonsticky and nonplastic; common very fine and fine roots; neutral (pH 7.2); clear smooth boundary.

Bt—4 to 8 inches; brown (7.5YR 5/4) sandy clay loam, dark brown (7.5YR 4/4) moist; weak fine and medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; common fine roots; mildly alkaline (pH 7.4); clear wavy boundary.

Btk1—8 to 13 inches; brown (7.5YR 5/4) sandy clay loam, dark brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; common thin clay films on faces of peds; common fine and medium roots; calcareous (10 percent calcium carbonate equivalent); mildly alkaline (pH 7.8); clear wavy boundary.

Btk2—13 to 30 inches; pink (7.5YR 7/4) sandy clay loam, brown (7.5YR 5/4) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; few thin clay films on faces of peds; few very fine and fine roots; calcareous (30 percent calcium carbonate equivalent); moderately alkaline (pH 8.0); gradual wavy boundary.

Ck—30 to 37 inches; pink (7.5YR 8/4) sandy clay loam, reddish yellow (7.5YR 6/6) moist; massive; hard, friable, slightly sticky and slightly plastic; few fine and medium roots; calcareous (35 percent calcium carbonate equivalent); moderately alkaline (pH 8.2).

R—37 inches; sandstone bedrock.

Depth to bedrock ranges from 20 to more than 60 inches. Reaction ranges from neutral to moderately alkaline. The content of coarse fragments ranges from 0 to 30 percent in any one horizon, but it is less than 15 percent on a weighted average.

The A horizon is 2 to 8 inches thick. It has hue of 5YR to 10YR. It is loamy sand, sandy loam, or loam.

The Bt horizon has hue of 5YR to 10YR. It is sandy clay loam, loam, or clay loam. The content of clay ranges from 18 to 35 percent. The horizon is calcareous in the lower part.

The C horizon is sandy clay loam, loam, or clay loam.

## Delson Family

The Delson family consists of deep and moderately deep, well drained soils on benches and valley side slopes. These soils formed in material weathered from interbedded sandstone and shale and in locally transported sediments. The slope ranges from 1 to 45 percent. The average annual precipitation is about 18 inches, and the average annual soil temperature is about 45 degrees F.

Reference pedon of the Delson family, in an area where the slope is 8 percent; 300 feet east of 25 Mesa Road at the junction with Lee Reservoir Road, SW¼NW¼ sec. 10, T. 49 N., R. 13 W., in Montrose County:

A1—0 to 6 inches; dark brown (7.5YR 4/2) gravelly loam, very dark brown (7.5YR 2/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; common very fine, fine, and medium roots; 15 percent gravel; slightly acid (pH 6.2); clear smooth boundary.

A2—6 to 11 inches; brown (7.5YR 5/2) loam, dark brown (7.5YR 3/2) moist; weak medium subangular blocky structure parting to moderate fine granular; slightly hard, very friable, slightly sticky and slightly plastic; common very fine, fine, and medium roots; 5 percent gravel; slightly acid (pH 6.2); clear wavy boundary.

Bt1—11 to 19 inches; brown (7.5YR 5/4) clay loam, dark brown (7.5YR 4/4) moist; moderate medium subangular blocky structure; hard, friable, sticky and plastic; common moderately thick clay films on faces of peds; few fine and medium roots; 5 percent gravel; slightly acid (pH 6.4); clear wavy boundary.

Bt2—19 to 30 inches; light brown (7.5YR 6/4) clay, brown (7.5YR 5/4) moist; moderate medium subangular blocky structure; very hard, firm, very sticky and very plastic; many moderately thick clay films on faces of peds; few fine and medium roots; 5 percent gravel; slightly acid (pH 6.4); clear wavy boundary.

Bt3—30 to 40 inches; light brown (7.5YR 6/4) clay loam, brown (7.5YR 5/4) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; common moderately thick clay films on faces of peds; few fine and medium roots; 10

percent gravel; slightly acid (pH 6.4); gradual wavy boundary.

BC—40 to 45 inches; light brown (7.5YR 6/4) clay loam, brown (7.5YR 5/4) moist; weak medium and fine subangular blocky structure; hard, friable, sticky and plastic; few thin clay films on faces of peds; few fine and medium roots; 10 percent gravel; neutral (pH 6.8); gradual wavy boundary.

C—45 to 60 inches; pinkish gray (7.5YR 7/2) and brown (7.5YR 5/4) very gravelly clay loam, dark brown (7.5YR 4/4) moist; weak medium subangular structure; very hard, firm, very sticky and very plastic; 35 percent gravel; few fine roots; neutral (pH 6.8).

Thickness of the mollic epipedon ranges from 7 to 14 inches. The content of gravel and cobbles ranges from 0 to 35 percent in the A horizon. The content of coarse fragments ranges from 10 to 30 percent in the control section. The depth to bedrock ranges from 20 to more than 60 inches.

The A horizon has hue of 7.5YR or 10YR, value of 2 or 3 moist, and chroma of 1 to 3. It is gravelly loam or loam.

The Bt horizon has hue of 5YR to 10YR, value of 5 to 7 dry and 4 to 6 moist, and chroma of 3 or 4. It is clay or clay loam. The content of clay ranges from 35 to 45 percent.

The C horizon is gravelly clay loam, clay loam, or very gravelly or very cobbly clay loam. It is calcareous in some pedons. The content of rock fragments ranges from 5 to 50 percent.

## Dough Family

The Dough family consists of shallow, well drained soils on nearly level to gently sloping plateau tops and benches. These soils formed in residuum and alluvium derived from sandstone. The slope ranges from 1 to 10 percent. The average annual precipitation is about 15 inches, and the average annual soil temperature is about 46 degrees F.

Reference pedon of the Dough family, SE¼NE¼NW¼ sec. 13, T. 15 S., R. 101 W., in Mesa County:

A—0 to 3 inches; brown (7.5YR 4/4) sandy loam, dark brown (7.5YR 3/4) moist; weak very fine granular structure; soft, very friable; neutral (pH 7.2); clear smooth boundary.

Bw—3 to 11 inches; brown (7.5YR 4/4) sandy loam, dark brown (7.5YR 3/4) moist; weak medium subangular blocky structure; slightly hard, very friable; neutral (pH 7.2); abrupt smooth boundary.

R—11 inches; sandstone bedrock.

The depth to bedrock ranges from 7 to 20 inches. The texture is sandy loam or loam in the control section. The content of clay in the control section ranges from 18 to 22 percent. Reaction is neutral or mildly alkaline throughout the profile.

The A horizon has hue of 5YR to 10YR, value of 3 moist and 4 or 5 dry, and chroma of 2 to 4.

The Bw horizon has hue of 5YR to 10YR, value of 3 moist and 4 or 5 dry, and chroma of 4 or 5.

## Durango Family

The Durango family consists of moderately deep or deep, well drained soils on pediments. These soils formed in place in residuum and locally transported alluvium. The slope ranges from 3 to 15 percent. The average annual precipitation is about 15 inches, and the average annual soil temperature is about 52 degrees F.

Reference pedon of the Durango family, in an area where the slope is 3 percent; SE¼SW¼ sec. 13, T. 50 N., R. 14 W., in Mesa County:

A—0 to 4 inches; light brown (7.5YR 6/4) sandy loam, brown (7.5YR 4/4) moist; weak medium granular structure; soft, very friable, nonsticky and nonplastic; common fine and medium roots; neutral (pH 7.0); clear smooth boundary.

BAt—4 to 10 inches; reddish brown (5YR 5/4) sandy clay loam, dark reddish brown (5YR 3/4) moist; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; very few thin clay films on faces of peds; common fine and medium roots; neutral (pH 7.2); clear smooth boundary.

Bt1—10 to 18 inches; reddish brown (5YR 4/3) clay loam, dark reddish brown (5YR 3/3) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; few moderately thick clay films on faces of peds; common very fine and fine roots; neutral (pH 7.2); clear wavy boundary.

Bt2—18 to 25 inches; reddish brown (5YR 5/3) clay loam, reddish brown (5YR 4/3) moist; weak medium subangular blocky structure; hard, firm, sticky and plastic; common moderately thick clay films; few fine roots; mildly alkaline (pH 7.6); clear wavy boundary.

Btk—25 to 42 inches; reddish brown (5YR 5/4) clay, dark reddish brown (5YR 3/4) moist; weak medium subangular blocky structure; hard, firm, sticky and plastic; few thin clay films on faces of peds; few fine roots; moderately alkaline (pH 8.0); calcareous; gradual wavy boundary.

BCk—42 to 60 inches; light reddish brown (5YR 6/4) clay, reddish brown (5YR 4/4) moist; weak medium and coarse subangular blocky structure; hard, firm,

sticky and plastic; moderately alkaline (pH 8.0); calcareous.

Reaction ranges from neutral to moderately alkaline. The depth to bedrock ranges from 20 to more than 60 inches. The content of coarse fragments on the surface and in the profile ranges dominantly from 0 to 15 percent, but it ranges from 0 to 25 percent in some pedons.

The A horizon is 2 to 10 inches thick. It has hue of 5YR to 10YR. It is loamy sand, sandy loam, or loam.

The Bt horizon has hue of 5YR to 10YR. It is clay loam or clay. The content of clay ranges from 35 to 45 percent. The horizon generally is calcareous in the lower part.

The C horizon, if it occurs, is clay loam or clay. It is generally strongly calcareous.

## Empedrado Family

The Empedrado family consists of deep, well drained soils on broad alluvial fans, toe slopes, and fan terraces. These soils formed in alluvium and residuum derived dominantly from sandstone and shale. The slope ranges from 2 to 15 percent. Elevation ranges from 8,000 to 8,400 feet. The average annual precipitation is about 17 inches, and the average annual soil temperature is about 46 degrees F.

Reference pedon of the Empedrado family, about one-fourth mile south of Casto Reservoir, NW¼NW¼ sec. 27, T. 15 S., R. 101 W., in Mesa County:

A1—0 to 2 inches; brown (10YR 5/3) loam, dark brown (10YR 3/3) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; common very fine, fine, medium, and coarse roots; neutral (pH 7.2); clear smooth boundary.

A2—2 to 10 inches; brown (10YR 5/3) silt loam, dark brown (10YR 3/3) moist; moderate medium subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; common very fine to coarse roots; neutral (pH 7.2); clear smooth boundary.

Bt1—10 to 15 inches; brown (7.5YR 5/4) clay loam, dark reddish brown (5YR 3/3) moist; strong fine and medium subangular blocky structure; extremely hard, firm, sticky and plastic; common thin clay films on faces of peds; few very fine and fine and common medium roots; neutral (pH 7.2); clear wavy boundary.

Bt2—15 to 28 inches; yellowish red (5YR 5/6) clay loam, yellowish red (5YR 4/6) moist; moderate fine and medium subangular blocky structure; very hard, firm, sticky and plastic; common moderately thick clay films on faces of peds; few very fine and fine

and common medium roots; neutral (pH 7.3); clear wavy boundary.

Bt3—28 to 42 inches; yellowish red (5YR 5/8) sandy clay loam, yellowish red (5YR 5/6) moist; moderate medium subangular blocky structure; very hard, firm, sticky and plastic; common thin clay films on faces of peds; few very fine and fine roots; neutral (pH 7.5); clear wavy boundary.

BCk—42 to 60 inches; reddish yellow (5YR 6/6) sandy clay loam, yellowish red (5YR 5/8) moist; massive; very hard, firm, sticky and plastic; few thin clay films on faces of peds; few very fine and fine roots; moderately alkaline (pH 8.2).

Thickness of the mollic epipedon ranges from 7 to 15 inches. The depth to lime ranges from 25 to 45 inches. The content of coarse fragments ranges from 0 to 5 percent in the control section.

The A horizon has hue of 10YR to 5YR, value of 4 or 5 dry, and chroma of 2 or 3. Reaction is neutral or mildly alkaline.

The Bt horizon has hue of 5YR or 7.5YR, value of 4 or 5 dry and 3 or 4 moist, and chroma of 3 to 6. It is clay loam, sandy clay loam, or loam. The content of clay ranges from 25 to 35 percent. Reaction is neutral or mildly alkaline.

The BCk horizon has hue of 5YR or 7.5YR, value of 5 or 6 dry and 4 or 5 moist, and chroma of 6 to 8. It is sandy clay loam or clay loam. The content of clay ranges from 25 to 35 percent.

## Falcon Family

The Falcon family consists of shallow, well drained soils on pediments and plateau tops. These soils formed in residuum derived from sandstone. The slope ranges from 1 to 15 percent. Elevation ranges from 8,000 to 8,800 feet. The average annual precipitation is about 17 inches, and the average annual soil temperature is about 46 degrees F.

Reference pedon of the Falcon family, in an area where the slope is 2 percent; NW¼NE¼ sec. 13, T. 15 S., R. 101 W., in Mesa County:

Oe—2 inches to 0; partially decomposed and undecomposed needles and leaves.

A1—0 to 3 inches; brown (10YR 5/3) stony sandy loam, dark brown (7.5YR 3/2) moist; weak fine granular structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; 5 percent gravel and 5 percent stones; neutral (pH 7.4); clear smooth boundary.

A2—3 to 10 inches; brown (10YR 5/3) sandy loam, dark brown (7.5YR 3/2) moist; weak medium subangular blocky structure; slightly hard, friable, nonsticky and

nonplastic; 5 percent gravel; neutral (pH 7.4); abrupt smooth boundary.

R—10 inches; sandstone bedrock.

Thickness of the mollic epipedon ranges from 7 to 15 inches. The depth to bedrock ranges from 7 to 20 inches. The content of clay in the control section ranges from 10 to 20 percent.

The A horizon has hue of 10YR or 7.5YR, value of 3 to 5 dry and 2 or 3 moist, and chroma of 1 to 3. It is sandy loam, sandy clay loam, or gravelly sandy loam.

## Gralic Family

The Gralic family consists of deep, well drained, cobbly soils on mountain side slopes. These soils formed in alluvium and colluvium derived from interbedded sandstone and shale. The slope ranges from 15 to 50 percent. The average annual precipitation is about 23 inches, and the average annual soil temperature is about 40 degrees F.

Reference pedon of the Gralic family, in an area where the slope is 18 percent; east of Long Creek Road, NE¼NW¼ sec. 18, T. 48 N., R. 12 W., in Montrose County:

Oi—2 inches to 0; partially decomposed needles, leaves, twigs, and roots.

A—0 to 5 inches; pinkish gray (7.5YR 6/2) fine sandy loam, dark brown (7.5YR 4/4) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; common fine roots; 5 percent gravel and 5 percent cobbles; medium acid (pH 5.6); clear smooth boundary.

C1—5 to 19 inches; pink (7.5YR 7/4) gravelly fine sandy loam, brown (7.5YR 5/4) moist; weak medium subangular blocky structure parting to weak fine granular; slightly hard, very friable, nonsticky and nonplastic; common fine and very fine roots; 10 percent gravel and 5 percent cobbles; medium acid (pH 5.6); gradual wavy boundary.

C2—19 to 60 inches; pink (7.5YR 7/4) extremely cobbly fine sandy loam, strong brown (7.5YR 5/6) moist; weak medium and coarse subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; few medium roots; 30 percent gravel, 30 percent cobbles, and 5 percent stones; medium acid (pH 5.5).

The A horizon is 5 to 8 inches thick. It has hue of 7.5YR or 10YR, value of 4 or 5 moist and 5 to 7 dry, and chroma of 3 to 6. It is fine sandy loam or gravelly or cobbly fine sandy loam.

The C horizon has hue of 7.5YR or 10YR, value of 4 or 5 moist and 5 to 7 dry, and chroma of 3 to 6. It is

generally the very gravelly, extremely gravelly, or extremely cobbly analogs of fine sandy loam or sandy loam, but it is gravelly fine sandy loam in the upper part and has less than 18 percent clay. The content of coarse fragments ranges from 35 to 80 percent. Strata of shale are common below a depth of 40 inches. Reaction is medium acid or slightly acid.

## Grenadier Family

The Grenadier family consists of deep, well drained, cobbly soils on moderately steep or steep side slopes of valleys, commonly on north aspects. These soils formed in material weathered from sandstone. The slope ranges from 15 to 50 percent. The average annual precipitation is about 23 inches, and the average annual soil temperature is about 40 degrees F.

Reference pedon of the Grenadier family, along a logging road northeast of Iron Spring Campground, SW¼SW¼ sec. 13, T. 47 N., R. 12 W., in Montrose County:

Oi—3 to 2 inches; undecomposed needles, twigs, and bark.

Oe—2 inches to 0; decomposed forest litter.

A—0 to 4 inches; brown (7.5YR 5/2) cobbly fine sandy loam, dark brown (7.5YR 3/2) moist; weak medium granular structure; soft, very friable, nonsticky and nonplastic; 10 percent gravel, 10 percent cobbles, and 5 percent stones; medium acid (pH 5.6); clear wavy boundary.

Bw1—4 to 32 inches; light brown (7.5YR 6/4) stony sandy loam, brown (7.5YR 4/4) moist; weak medium granular structure; slightly hard, very friable, nonsticky and nonplastic; 10 percent gravel, 10 percent cobbles, and 10 percent stones; medium acid (pH 5.2); gradual wavy boundary.

Bw2—32 to 50 inches; reddish yellow (7.5YR 6/6) very cobbly sandy loam, strong brown (7.5YR 4/6) moist; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and nonplastic; 15 percent gravel, 25 percent cobbles, and 10 percent stones; medium acid (pH 5.8).

Cr—50 inches; highly weathered sandstone bedrock.

Thickness of the solum and the depth to bedrock range from 40 to more than 60 inches. The content of rock fragments ranges from 20 to 30 percent in the A horizon and from 25 to 75 percent in the B horizon, but it ranges from 35 to 60 percent on a weighted average basis. Reaction is medium acid or slightly acid in the solum.

The A horizon has hue of 7.5YR or 10YR, value of 5 or 6 dry and 3 or 4 moist, and chroma of 2 to 4. It is

gravelly loam, cobbly fine sandy loam, or stony fine sandy loam.

The Bw horizon is 3 to 20 inches thick. It has hue of 7.5YR or 10YR, value of 6 or 7 dry and 4 to 6 moist, and chroma of 4 to 6. It is the very cobbly or very stony analogs of fine sandy loam or sandy loam. Interbedded sandstone and shale bedrock generally is below a depth of 60 inches, but in some pedons it is between depths of 40 and 60 inches.

## Hapgood Family

The Hapgood family consists of deep, well drained, cobbly soils on mountain side slopes. These soils formed in residuum and colluvium derived from interbedded sandstone and shale. The slope ranges from 5 to 50 percent. The average annual precipitation is about 23 inches, and the average annual soil temperature is about 40 degrees F.

Reference pedon of the Hapgood family, in an area where the slope is 15 percent; on States Draw Road, SE¼SW¼ sec. 23, T. 47 N., R. 12 W., in Montrose County:

A1—0 to 8 inches; dark brown (10YR 3/3) cobbly loam, very dark grayish brown (10YR 3/2) moist; weak medium subangular blocky structure parting to moderate fine granular; slightly hard, very friable, nonsticky and slightly plastic; common fine, medium, and coarse roots; 10 percent gravel and 5 percent cobbles; slightly acid (pH 6.4); clear smooth boundary.

A2—8 to 17 inches; brown (10YR 4/3) very cobbly loam, very dark grayish brown (10YR 3/2) moist; weak medium subangular blocky structure parting to moderate fine granular; slightly hard, very friable, nonsticky and nonplastic; common fine and medium roots; 25 percent gravel and 20 percent cobbles; slightly acid (pH 6.2); clear smooth boundary.

AC—17 to 27 inches; yellowish brown (10YR 5/4) extremely cobbly loam, brown (10YR 4/3) moist; weak coarse subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; few fine and medium roots; 20 percent gravel, 40 percent cobbles, and 15 percent stones; slightly acid (pH 6.2); clear wavy boundary.

C—27 to 60 inches; very pale brown (10YR 7/3) extremely stony loam, pale brown (10YR 6/3) moist; massive; soft, very friable, nonsticky and nonplastic; few fine and medium roots; 15 percent gravel, 30 percent cobbles, and 30 percent stones; medium acid (pH 6.0).

Thickness of the mollic epipedon ranges from 16 to

36 inches. Reaction is medium acid or slightly acid in the control section. The content of coarse fragments in the control section ranges from 35 to 75 percent. The depth to bedrock is more than 40 inches.

The A horizon has hue of 7.5YR or 10YR, value of 3 to 5 dry and 2 or 3 moist, and chroma of 2 or 3. It is loam or cobbly loam in the upper part and very cobbly loam or very cobbly sandy clay loam in the lower part.

The C horizon has hue of 7.5YR or 10YR, value of 6 or 7 dry and 4 to 6 moist, and chroma of 3 or 4. The texture of the control section is loam or sandy clay loam on a weighted average basis. The content of clay ranges from 18 to 25 percent. The content of rock fragments ranges from 35 to 75 percent.

## Hoosan Family

The Hoosan family consists of deep, well drained soils on hilltops and hillsides. These soils formed in loess over slope alluvium and residuum derived from interbedded sandstone and shale. The slope ranges from 3 to 30 percent. The average annual precipitation is about 23 inches, and the average annual soil temperature is 40 degrees F.

Reference pedon of the Hoosan family, in an area where the slope is 11 percent; NW¼SE¼ sec. 35, T. 50 N., R. 16 W., in Mesa County:

A1—0 to 10 inches; dark gray (10YR 4/1) loam, black (10YR 2/1) moist; moderate fine granular structure; slightly hard, friable, slightly sticky and slightly plastic; common fine and few medium roots; neutral (pH 7.2); clear smooth boundary.
A2—10 to 22 inches; dark gray (10YR 4/1) loam, black (10YR 2/1) moist; weak medium prismatic structure parting to moderate fine subangular blocky; hard, firm, sticky and plastic; few fine roots; 5 percent gravel and 5 percent cobbles; neutral (pH 7.2); clear wavy boundary.
2C1—22 to 38 inches; very pale brown (10YR 7/4) stony clay, yellowish brown (10YR 5/4) moist; strong medium angular blocky structure; very hard, very firm, sticky and very plastic; few very fine roots; 5 percent gravel, 5 percent cobbles, and 15 percent stones; neutral (pH 7.4); clear wavy boundary.
2C2—38 to 60 inches; pale red (2.5YR 6/2) clay, pale red (2.5YR 6/2) moist; massive; very hard, very firm, sticky and very plastic; mildly alkaline (pH 7.4).

Thickness of the mollic epipedon ranges from 16 to 30 inches. The A horizon is loam or clay loam. The C horizon has hue of 2.5YR to 10YR, value of 6 or 7 dry and 5 or 6 moist, and chroma of 2 to 4. In some pedons a stone line is in the upper part of the C horizon.

## Jodero Family

The Jodero family consists of deep, well drained soils on broad alluvial valley bottoms, toe slopes, and benches. These soils formed in alluvium and residuum derived dominantly from sandstone and shale. The slope ranges from 1 to 8 percent. Elevation ranges from 8,000 to 8,400 feet. The average annual precipitation is about 17 inches, and the average annual soil temperature is about 46 degrees F.

Reference pedon of the Jodero family, about one-fourth mile south of Casto Reservoir, NW¼NW¼ sec. 27, T. 15 S., in Mesa County:

A1—0 to 3 inches; dark brown (10YR 4/3) loam, very dark grayish brown (10YR 3/2) moist; weak medium granular structure; soft, very friable, nonsticky and nonplastic; many very fine and fine roots; neutral (pH 7.0); clear smooth boundary.
A2—3 to 18 inches; dark brown (10YR 4/3) loam, dark brown (10YR 3/3) moist; weak medium and coarse subangular blocky structure; hard, firm, nonsticky and nonplastic; common fine roots; neutral (pH 7.2); clear wavy boundary.
Bw—18 to 27 inches; brown (7.5YR 5/3) loam, dark brown (7.5YR 3/3) moist; weak medium subangular blocky structure; very hard, friable, nonsticky and slightly plastic; few fine roots; neutral (pH 7.1); gradual wavy boundary.
BC—27 to 37 inches; brown (7.5YR 5/4) loam, dark brown (7.5YR 4/4) moist; weak medium subangular blocky structure; slightly hard, friable, nonsticky and slightly plastic; few fine roots; neutral (pH 7.3); gradual wavy boundary.
C1—37 to 51 inches; reddish brown (5YR 5/4) clay loam, strong brown (7.5YR 4/6) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; few fine roots; neutral (pH 7.3); gradual wavy boundary.
C2—51 to 60 inches; reddish brown (5YR 5/4) clay loam, strong brown (7.5YR 4/6) moist; weak medium subangular blocky structure; hard, firm, sticky and plastic; few fine roots; mildly alkaline (pH 7.5).

Thickness of the mollic epipedon ranges from 16 to 30 inches. The content of coarse fragments, mainly gravel-sized fragments, ranges from 0 to 10 percent in the control section. The texture of the control section is sandy clay loam or loam. The content of clay in the control section ranges from 18 to 28 percent.

The A horizon has hue of 10YR to 5YR, value of 4 or 5 dry and 2 or 3 moist, and chroma of 2 or 3. It is loam or sandy loam. The content of clay ranges from 16 to 26 percent.

The Bw horizon has hue of 10YR to 5YR, value of 4 or 5 dry and 3 or 4 moist, and chroma of 2 to 4. It is loam or sandy clay loam.

The C horizon has hue of 5YR or 7.5YR, value of 4 to 6 dry and 3 to 5 moist, and chroma of 3 to 6. It is clay loam or sandy clay loam. Reaction is neutral or mildly alkaline.

## Kubler Family

The Kubler family consists of deep, well drained soils on outwash fans and mountain foot slopes. These soils formed in alluvium weathered from shale and sandstone. The slope ranges from 1 to 45 percent. The average annual precipitation is about 18 inches, and the average annual soil temperature is about 45 degrees F.

Reference pedon of the Kubler family, in an area where the slope is 5 percent; along Craig Point Road, SE¼ sec. 2, T. 45 N., R. 12 W., in Montrose County:

A—0 to 7 inches; dark brown (10YR 3/3) loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure parting to weak fine granular; slightly hard, friable, slightly sticky and slightly plastic; common very fine, fine, and medium roots; mildly alkaline (pH 7.4); clear smooth boundary.

BA—7 to 11 inches; dark brown (10YR 3/3) clay loam, very dark brown (10YR 2/2) moist; weak medium subangular blocky structure parting to moderate fine granular; slightly hard, friable, sticky and plastic; common fine and medium roots; neutral (pH 7.0); clear smooth boundary.

Bt1—11 to 22 inches; dark brown (10YR 4/3) silty clay loam, dark brown (10YR 3/2) moist; moderate medium prismatic structure parting to strong fine angular blocky; hard, firm, sticky and plastic; few fine and medium roots; common thin clay films on faces of peds; neutral (pH 7.0); gradual smooth boundary.

Bt2—22 to 33 inches; reddish brown (5YR 5/4) clay, reddish brown (5YR 4/4) moist; few very dark brown (10YR 2/2) organic stains on faces of peds; moderate medium prismatic structure parting to strong fine and medium angular blocky; very hard, firm, very sticky and very plastic; few fine roots; common thin clay films on faces of peds; neutral (pH 7.2); clear smooth boundary.

Bt3—33 to 44 inches; reddish brown (5YR 5/4) clay, reddish brown (5YR 4/4) moist; weak coarse prismatic structure parting to weak coarse angular blocky; very hard, firm, very sticky and very plastic; common thin clay films on faces of peds; neutral (pH 7.3); gradual smooth boundary.

Btk—44 to 50 inches; reddish brown (5YR 5/4) clay, yellowish red (5YR 4/6) moist; weak coarse subangular blocky structure; very hard, firm, very sticky and very plastic; glossy pressure coatings on faces of peds; calcareous (soft masses of calcium carbonate concentrated as streaks); moderately alkaline (pH 8.0); gradual smooth boundary.

BCk—50 to 60 inches; reddish brown (5YR 5/4) clay, yellowish red (5YR 4/6) moist; weak coarse subangular blocky structure; very hard, firm, very sticky and very plastic; glossy pressure coatings on faces of peds; calcareous (soft masses of calcium carbonate concentrated as streaks); moderately alkaline (pH 7.9).

Thickness of the mollic epipedon ranges from 16 to 27 inches. The depth to calcareous material ranges from 30 to 45 inches. Some pedons do not contain lime. The content of coarse fragments ranges from 0 to 30 percent. The depth to bedrock is 40 inches or more.

The A horizon has hue of 10YR or 7.5YR, value of 3 or 4 dry and 2 or 3 moist, and chroma of 2 or 3.

The Bt horizon has hue of 7.5YR or 5YR, value of 4 to 6 dry and 3 to 6 moist, and chroma of 4 to 6. It is clay or clay loam. The content of clay ranges from 35 to 50 percent.

The BC horizon has hue of 10YR to 5YR. It is clay loam, clay, or gravelly clay loam.

## Lamphier Family

The Lamphier family consists of deep, well drained soils on mountain side slopes and ridges. These soils formed in material weathered from interbedded sandstone and shale. The slope ranges from 5 to 50 percent. The average annual precipitation is about 23 inches, and the average annual soil temperature is about 40 degrees F.

Reference pedon of the Lamphier family, in an area where the slope is 10 percent; NW¼SW¼ sec. 16, T. 50 N., R. 16 W., in Mesa County:

A1—0 to 20 inches; dark grayish brown (10YR 4/2) loam, very dark gray (10YR 3/1) moist; weak medium granular structure; soft, very friable, nonsticky and nonplastic; common very fine, fine, and medium roots; 5 percent gravel and 5 percent cobbles; neutral (pH 7.2); gradual wavy boundary.

A2—20 to 35 inches; grayish brown (10YR 5/2) loam, very dark grayish brown (10YR 3/2) moist; moderate medium and coarse granular structure; slightly hard, friable, nonsticky and nonplastic; few fine and medium roots; 5 percent gravel and 5 percent cobbles and stones; neutral (pH 7.2); gradual wavy boundary.

C1—35 to 45 inches; variegated light gray and light yellowish brown (10YR 6/3, 6/4, and 7/2) gravelly

clay loam, yellowish brown (10YR 5/6, mixed) moist; massive; very hard, firm, slightly sticky and slightly plastic; few fine roots; 10 percent gravel and 5 percent cobbles; neutral (pH 6.8); gradual wavy boundary.

C2—45 to 60 inches; variegated brownish yellow to light gray (10YR 6/6 and 7/2) gravelly sandy clay loam, yellowish brown (10YR 5/6, mixed) moist; massive; hard, friable, slightly sticky and slightly plastic; few fine roots; 15 percent gravel and 5 percent cobbles; neutral (pH 7.0).

Thickness of the mollic epipedon ranges from 16 to 35 inches. The content of rock fragments typically ranges from 5 to 15 percent, but in some pedons it ranges from 5 to 35 percent. Bedrock is generally at a depth of more than 60 inches, but in some pedons it is at a depth of only 40 inches.

The A horizon has hue of 7.5YR or 10YR, value of 4 or 5 dry and 2 or 3 moist, and chroma of 2 or 3. It is loam or sandy clay loam. The content of clay ranges from 18 to 26 percent.

The C horizon has hue of 2.5YR to 10YR, value of 5 to 7 dry and 3 to 6 moist, and chroma of 2 to 7. It is sandy clay loam, clay loam, or clay. The content of clay ranges from 25 to 35 percent in the control section.

## Leaps Family

The Leaps family consists of deep, well drained soils on plateau side slopes. These soils formed in residuum and alluvium derived from interbedded sandstone and shale. They are covered by varying thicknesses of loess. The slope ranges from 3 to 30 percent. The average annual precipitation is about 23 inches, and the average annual soil temperature is 40 degrees F.

Reference pedon of the Leaps family, in an area where the slope is 10 percent; NW¼SE¼ sec. 35, T. 50 N., R. 16 W., in Mesa County:

A1—0 to 10 inches; grayish brown (10YR 5/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; common fine roots; neutral (pH 7.2); clear wavy boundary.

A2—10 to 14 inches; grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium prismatic structure parting to strong medium subangular blocky; slightly hard, firm, slightly sticky and slightly plastic; few fine roots; neutral (pH 7.2); clear wavy boundary.

2C1—14 to 23 inches; very pale brown (10YR 7/3) clay, brown (10YR 5/3) moist; strong coarse prismatic structure; very hard, very firm, sticky and very plastic; neutral (pH 7.0); gradual wavy boundary.

2C2—23 to 60 inches; light gray (10YR 7/2) clay, grayish brown (10YR 5/2) moist; massive; very hard, very friable, sticky and very plastic; neutral (pH 7.0).

Thickness of the mollic epipedon ranges from 7 to 15 inches.

The A horizon has hue of 10YR, value of 4 or 5 dry and 2 or 3 moist, and chroma of 2 or 3. It is loam or clay loam.

The C horizon has hue of 10YR or 7.5YR, value of 6 or 7 dry and 4 or 5 moist, and chroma of 2 or 3. It is clay or silty clay.

## Mirand Family

The Mirand family consists of moderately deep to very deep, well drained soils on benches and on side slopes in breaks. These soils formed in loess mixed with alluvium and residuum derived from interbedded sandstone and shale. The slope ranges from 3 to 20 percent. The average annual precipitation is about 16 inches, and the average annual soil temperature is about 52 degrees F.

Reference pedon of the Mirand family, in an area where the slope is 8 percent; SE¼NW¼ sec. 17, T. 46 N., R. 13 W., in Montrose County:

A—0 to 8 inches; brown (10YR 5/3) loam, dark brown (10YR 3/3) moist; moderate very fine granular structure; soft, very friable, nonsticky and nonplastic; common fine and medium roots; neutral (pH 7.2); clear wavy boundary.

BA—8 to 12 inches; dark yellowish brown (10YR 4/4) clay loam, dark yellowish brown (10YR 3/4) moist; strong fine subangular blocky structure; hard, friable, sticky and slightly plastic; common thin clay films on faces of peds; few fine roots; neutral (pH 7.2); clear wavy boundary.

Bt—12 to 28 inches; brown (10YR 4/3) clay loam, dark yellowish brown (10YR 3/4) moist; strong medium subangular blocky structure; hard, friable, slightly sticky and plastic; common thin clay films on faces of peds; neutral (pH 7.2); gradual wavy boundary.

BCt—28 to 37 inches; brown (10YR 4/3) clay loam, dark yellowish brown (10YR 3/4) moist; strong fine subangular blocky structure; very hard, friable, sticky and plastic; common thin clay films on faces of peds; mildly alkaline (pH 7.4); clear wavy boundary.

BCtk—37 to 60 inches; brown (10YR 4/3) clay loam, dark yellowish brown (10YR 3/4) moist; massive; hard, friable, sticky and plastic; mildly alkaline (pH 7.8); strongly calcareous (segregated lime in filaments).

Thickness of the mollic epipedon ranges from 4 to 8 inches; the upper 6 inches mixes to mollic. Reaction is neutral or mildly alkaline throughout the profile. The content of coarse fragments ranges from a trace to 15 percent. The depth to bedrock ranges from 20 to more than 60 inches.

The A horizon has hue of 5YR to 10YR or is neutral in hue. It has value of 3 to 5 dry and 2 or 3 moist and chroma of 0 to 3. It is loam or cobbly loam.

The upper part of the argillic horizon is clay loam or clay. The content of clay typically ranges from 35 to 45 percent, but the range includes sandy clay loam in the lower part.

## Olathe Family

The Olathe family consists of shallow, well drained soils on plateau uplands. These soils formed in material weathered from sandstone. The slope ranges from 3 to 20 percent. The average annual precipitation is about 25 inches, and the average annual soil temperature is about 38 degrees F.

Reference pedon of the Olathe family, in an area where the slope is 3 percent; along a logging road from the Raspberry microwave site, SW¼NW¼ sec. 20, T. 47 N., R. 12 W., in Montrose County:

Oi—2 inches to 0; partially decomposed needles, bark, and twigs.
A—0 to 4 inches; pinkish gray (7.5YR 6/2) fine sandy loam, dark brown (7.5YR 4/2) moist; weak medium granular structure; soft, very friable, nonsticky and nonplastic; common very fine and fine roots; 5 percent gravel and 5 percent cobbles; slightly acid (pH 6.4); clear smooth boundary.
Bw1—4 to 10 inches; light brown (7.5YR 6/4) fine sandy loam, dark brown (7.5YR 4/4) moist; weak medium subangular blocky structure parting to weak fine and very fine granular; soft, very friable, nonsticky and nonplastic; common very fine and fine roots; 5 percent gravel and 5 percent cobbles; slightly acid (pH 6.2); clear wavy boundary.
Bw2—10 to 15 inches; pink (7.5YR 7/4) cobbly sandy loam, brown (7.5YR 5/4) moist; massive; soft, very friable, nonsticky and nonplastic; few very fine and fine roots; 5 percent gravel and 10 percent cobbles; medium acid (pH 5.8); clear wavy boundary.
Cr—15 to 17 inches; strongly weathered sandstone; abrupt wavy boundary.
R—17 inches; sandstone bedrock.

The depth to bedrock ranges from 7 to 20 inches. The content of coarse fragments ranges from 5 to 25 percent throughout the profile.

The A horizon has hue of 7.5YR or 10YR, value of 4

to 6 dry and 3 or 4 moist, and chroma of 2 to 4. It is fine sandy loam, gravelly sandy loam, or loam.

The Bw horizon has hue of 7.5YR or 10YR, value of 6 or 7 dry and 3 to 6 moist, and chroma of 4 to 6. It is cobbly fine sandy loam, sandy loam, gravelly sandy loam, or cobbly sandy loam.

## Overgaard Family

The Overgaard family consists of moderately deep and deep, well drained soils on plateaus. These soils formed in material weathered from interbedded sandstone and shale. The slope ranges from 3 to 20 percent. The average annual precipitation is about 25 inches, and the average annual soil temperature is about 38 degrees F.

Reference pedon of the Overgaard family, in an area where the slope is 3 percent; at the Raspberry microwave site, SE¼NE¼ sec. 20, T. 47 N., R. 12 W., in Montrose County:

Oi—2 inches to 0; partially decomposed needles, bark, and twigs.
A—0 to 3 inches; light brown (7.5YR 6/4) fine sandy loam, dark brown (7.5YR 4/4) moist; weak fine and medium granular structure; soft, very friable, nonsticky and nonplastic; common fine and medium roots; 5 percent gravel and 5 percent cobbles; slightly acid (pH 6.4); clear wavy boundary.
E—3 to 9 inches; pink (7.5YR 7/4) fine sandy loam, brown (7.5YR 5/4) moist; weak medium subangular blocky structure parting to moderate fine granular; soft, very friable, nonsticky and nonplastic; common fine and medium roots; 5 percent gravel and 5 percent cobbles; slightly acid (pH 6.2); gradual wavy boundary.
Bt1—9 to 14 inches; reddish yellow (7.5YR 7/6) cobbly clay loam, strong brown (7.5YR 5/6) moist; moderate medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few thin clay films on faces of peds; few medium roots; 5 percent gravel and 10 percent cobbles; strongly acid (pH 5.4); gradual wavy boundary.
Bt2—14 to 26 inches; reddish yellow (7.5YR 7/8) cobbly clay loam, strong brown (7.5YR 5/8) moist; moderate medium subangular blocky structure; hard, firm, sticky and plastic; common moderately thick clay films on faces of peds; few medium roots; 5 percent gravel and 10 percent cobbles; strongly acid (pH 5.4); clear smooth boundary.
R—26 inches; sandstone bedrock.

Reaction ranges from strongly acid to neutral. Bedrock typically is at a depth of 20 to 40 inches, but in

some pedons it is at a depth of more than 60 inches.

The A horizon has hue of 7.5YR, value of 5 to 7 dry and 4 to 6 moist, and chroma of 3 or 4. It is loamy sand, fine sandy loam, or loam. In some pedons the E horizon is albic.

The Bt horizon has hue of 7.5YR, value of 6 or 7 dry and 5 or 6 moist, and chroma of 6 to 8. It is clay loam or clay. The content of clay ranges from 35 to 45 percent.

## Pendergrass Family

The Pendergrass family consists of shallow, well drained soils on gently sloping plateau tops. These soils formed in residuum derived from sandstone. The slope ranges from 1 to 15 percent. The average annual precipitation is about 25 inches, and the average annual soil temperature is about 38 degrees F.

Reference pedon of the Pendergrass family, in an area where the slope is 1 percent; along States Draw Road, one-half mile south of Highway 90, SE¼NW¼ sec. 23, T. 47 N., R. 12 W., in Montrose County:

Oi—2 inches to 0; partially decomposed needles and twigs.
A—0 to 9 inches; brown (7.5YR 5/4) very cobbly fine sandy loam, dark brown (7.5YR 4/4) moist; weak medium subangular blocky structure parting to weak fine granular; soft, friable, nonsticky and nonplastic; many coarse and medium roots; 20 percent gravel and 20 percent cobbles; very strongly acid (pH 4.8); clear wavy boundary.
C—9 to 17 inches; light brown (7.5YR 6/4) very cobbly fine sandy loam, brown (7.5YR 5/4) moist; weak medium subangular blocky structure parting to weak fine subangular blocky; soft, friable, slightly sticky and slightly plastic; many coarse and medium roots; 20 percent gravel and 25 percent cobbles; very strongly acid (pH 4.8); abrupt wavy boundary.
R—17 inches; fractured sandstone bedrock.

The depth to bedrock ranges from 10 to 20 inches. The texture of the control section is typically very cobbly fine sandy loam or very cobbly sandy loam. The content of rock fragments ranges from 35 to 60 percent. Reaction ranges from very strongly acid to medium acid.

The A horizon has hue of 7.5YR or 5YR, value of 4 to 7 dry and 3 to 5 moist, and chroma of 3 to 6.

## Sawcreek Family

The Sawcreek family consists of moderately deep, well drained soils on mesa tops and benches. These soils formed in residuum and alluvium derived from

sandstone. The slope ranges from 1 to 15 percent. The average annual precipitation is about 21 inches, and the average annual soil temperature is 41 degrees F.

Reference pedon of the Sawcreek family, in an area where the slope is 5 percent; NW¼NW¼ sec. 34, T. 15 S., R. 102 W., in Mesa County:

A—0 to 9 inches; brown (7.5YR 5/4) sandy loam, dark brown (7.5YR 3/2) moist; moderate medium subangular blocky structure; soft, very friable, nonsticky and nonplastic; common fine roots; neutral (pH 7.0); clear smooth boundary.
Bw1—9 to 19 inches; yellowish brown (10YR 5/4) sandy loam, dark brown (10YR 4/3) moist; weak medium subangular blocky structure; soft, very friable, nonsticky and nonplastic; common fine roots; neutral (pH 6.9); clear smooth boundary.
Bw2—19 to 23 inches; brown (7.5YR 5/4) sandy loam, dark brown (7.5YR 4/4) moist; weak medium subangular blocky structure; soft, very friable, nonsticky and nonplastic; common fine roots; neutral (pH 6.8); abrupt smooth boundary.
Cr—23 to 26 inches; weathered sandstone.
R—26 inches; Wingate sandstone.

The depth to hard bedrock ranges from 20 to 40 inches. Thickness of the mollic epipedon ranges from 7 to 16 inches. The control section is typically loam or sandy loam and has 10 to 18 percent clay. Reaction ranges from neutral to medium acid throughout the profile.

The A horizon has hue of 7.5YR or 10YR, value of 4 or 5 dry and 2 or 3 moist, and chroma of 2 or 3. It is sandy loam or loam.

The B horizon has hue of 7.5YR or 10YR, value of 5 or 6 dry and 3 or 4 moist, and chroma of 2 to 4.

## Sharrott Family

The Sharrott family consists of shallow, well drained soils on plateau tops. These soils formed in material weathered from sandstone. The slope ranges from 1 to 7 percent. The average annual precipitation is about 17 inches, and the average annual soil temperature is about 46 degrees F.

Reference pedon of the Sharrott family, in an area where the slope is 3 percent; along Sanborn Park Road, NE¼ sec. 32, T. 46 N., R. 11 W., in Montrose County:

A—0 to 4 inches; brown (10YR 4/3) cobbly loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; few fine and very fine roots; 15 percent

BLM_0059995

gravel and 15 percent cobbles; neutral (pH 6.6); clear smooth boundary.

Bw1—4 to 12 inches; brown (7.5YR 5/4) gravelly loam, dark brown (7.5YR 4/4) moist; weak moderate subangular blocky structure parting to moderate fine granular; slightly hard, very friable, nonsticky and nonplastic; few fine and very fine roots; 20 percent gravel and 10 percent cobbles; neutral (pH 6.6); clear wavy boundary.

Bw2—12 to 15 inches; yellowish brown (10YR 5/6) extremely gravelly sandy loam, dark brown (7.5YR 4/4) moist; moderate fine granular structure; slightly hard, friable, nonsticky and nonplastic; very few fine roots; 50 percent gravel and 10 percent cobbles; slightly acid (pH 6.4); abrupt wavy boundary.

R—15 inches; sandstone bedrock.

The depth to bedrock ranges from 8 to 20 inches. Reaction ranges from medium acid to neutral. The content of rock fragments ranges from 35 to 70 percent in the control section.

The A horizon has hue of 10YR, value of 4 dry and 2 or 3 moist, and chroma of 1 to 3. It is cobbly loam, fine sandy loam, gravelly fine sandy loam, or gravelly loam.

The B horizon has hue of 10YR or 7.5YR, value of 5 or 6 dry and 4 or 5 moist, and chroma of 4 to 6. It is the very gravelly or extremely gravelly analogs of fine sandy loam or sandy loam. The content of clay ranges from 5 to 18 percent.

## Showalter Family

The Showalter family consists of deep, well drained, cobbly soils on alluvial fans and mountain side slopes. These soils formed in alluvium derived from shale and sandstone. The slope ranges from 15 to 45 percent. The average annual precipitation is about 18 inches, and the average annual soil temperature is about 45 degrees F.

Reference pedon of the Showalter family, in an area where the slope is 15 percent; SW¼SE¼ sec. 3, T. 46 N., R. 10 W., in Montrose County:

A1—0 to 11 inches; dark brown (7.5YR 4/2) gravelly loam, very dark brown (7.5YR 2/2) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; common very fine, fine, and medium roots; 10 percent gravel and 5 percent cobbles; neutral (pH 6.8); clear wavy boundary.

A2—11 to 16 inches; brown (7.5YR 5/2) gravelly clay loam, dark brown (7.5YR 4/3) moist; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; common fine and medium roots; 10 percent gravel and 5 percent cobbles; neutral (pH 6.8); clear wavy boundary.

Bt1—16 to 24 inches; light brown (7.5YR 6/4) very cobbly clay loam, dark brown (7.5YR 4/4) moist; moderate medium and fine subangular blocky structure; hard, firm, sticky and plastic; few fine and medium roots; few thin clay films on faces of peds; 20 percent gravel, 30 percent cobbles, and 5 percent stones; neutral (pH 6.6); clear wavy boundary.

Bt2—24 to 32 inches; light brown (7.5YR 6/4) very cobbly clay, dark brown (7.5YR 4/4) moist; moderate medium and fine angular and subangular blocky structure; hard, firm, sticky and plastic; few fine and medium roots; common thin clay films on faces of peds; 30 percent gravel, 20 percent cobbles, and 10 percent stones; diffuse wavy boundary.

BCt—32 to 60 inches; light brown (7.5YR 6/4) extremely cobbly clay loam, brown (7.5YR 5/4) moist; moderate medium subangular blocky structure; slightly hard, slightly sticky and slightly plastic; few fine roots; few thin clay films on faces of peds; 50 percent gravel, 30 percent cobbles, and 10 percent stones.

Thickness of the mollic epipedon ranges from 7 to 16 inches. The content of coarse fragments ranges from 35 to 90 percent, by volume, in the B horizon and from 10 to 35 percent, by volume, in the rest of the profile.

The A horizon has hue of 5YR to 10YR, value of 3 to 5 dry and 2 or 3 moist, and chroma of 1 or 2. It is loam, clay loam, or cobbly clay loam.

The Bt horizon has hue of 5YR to 10YR, value of 5 or 6 dry and 4 or 5 moist, and chroma of 4 to 6. It is very cobbly clay or very cobbly clay loam. The content of clay ranges from 35 to 55 percent in the fine-earth fraction.

## Splitro Family

The Splitro family consists of shallow, well drained soils on benches and tops of mesas. These soils formed in material weathered from sandstone. The slope ranges from 1 to 15 percent. The average annual precipitation is about 21 inches, and the average annual soil temperature is about 41 degrees F.

Reference pedon of the Splitro family, in an area where the slope is 3 percent; SW¼SW¼ sec. 27, T. 15 S., R. 102 W., in Mesa County:

A1—0 to 7 inches; dark grayish brown (10YR 4/2) cobbly loam, black (10YR 2/1) moist; moderate medium granular structure; soft, very friable, nonsticky and nonplastic; 10 percent gravel, 10

percent cobbles, and 5 percent stones; many fine and common medium roots; slightly acid (pH 6.3); clear smooth boundary.

A2—7 to 15 inches; dark grayish brown (10YR 4/2) cobbly loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; soft, very friable, nonsticky and nonplastic; many fine and common medium roots; 10 percent gravel, 10 percent cobbles, and 5 percent stones; slightly acid (pH 6.3); abrupt wavy boundary.

R—15 inches; sandstone bedrock.

The depth to bedrock ranges from 5 to 20 inches. Thickness of the mollic epipedon dominantly ranges from 6 to 16 inches, but in some pedons it ranges from 6 to 18 inches. The control section is typically loam or sandy loam and has 10 to 18 percent clay and 10 to 30 percent rock fragments. Reaction is neutral or slightly acid throughout the profile.

The A horizon has hue of 7.5YR or 10YR, value of 4 or 5 dry and 2 or 3 moist, and chroma of 1 to 3. It is cobbly or stony loam or sandy loam. The content of rock fragments ranges from 10 to 30 percent.

The Bw horizon, if it occurs, has hue of 7.5YR or 10YR, value of 5 or 6 dry and 3 or 4 moist, and chroma of 2 to 4.

## Supervisor Family

The Supervisor family consists of moderately deep and deep, well drained soils on plateau tops. These soils formed in residuum and local alluvium derived from interbedded sandstone and shale. The slope ranges from 1 to 15 percent. The average annual precipitation is about 23 inches, and the average annual soil temperature is about 40 degrees F.

Reference pedon of the Supervisor family, in an area where the slope is 4 percent; along Dave Wood Road, one-fourth mile north of the Ouray-Montrose County line, SE¼ sec. 17, T. 46 N., R. 10 W., in Montrose County:

Oi—1 inch to 0; partially decomposed leaves, grass, and twigs.

A—0 to 11 inches; brown (10YR 4/3) very cobbly loam, very dark grayish brown (10YR 3/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; common very fine, fine, and medium roots; 10 percent gravel, 30 percent cobbles, and 10 percent stones; slightly acid (pH 6.2); clear smooth boundary.

AC—11 to 16 inches; pale brown (10YR 6/3) very cobbly sandy loam, dark yellowish brown (10YR 4/4) moist; weak fine granular structure; soft, friable,

nonsticky and nonplastic; common fine and medium roots; 10 percent gravel, 30 percent cobbles, and 15 percent stones; slightly acid (pH 6.2); clear smooth boundary.

C—16 to 25 inches; very pale brown (10YR 7/4) extremely stony loam, yellowish brown (10YR 5/6) moist; massive; soft, friable, slightly sticky and slightly plastic; few fine, medium, and coarse roots; 20 percent gravel, 30 percent cobbles, and 30 percent stones; slightly acid (pH 6.2); abrupt wavy boundary.

R—25 inches; fractured Dakota sandstone.

The depth to bedrock ranges from 20 to 40 inches. Thickness of the mollic epipedon ranges from 8 to 15 inches. The content of rock fragments ranges from 35 to 80 percent throughout the profile and increases with increasing depth. Reaction ranges from medium acid to neutral. The content of clay ranges from 7 to 18 percent in the control section.

The A horizon has hue of 10YR or 7.5YR, value of 4 or 5 dry and 2 or 3 moist, and chroma of 2 or 3. It is very cobbly sandy loam or loam.

The C horizon has hue of 10YR or 7.5YR, value of 5 to 7 dry and 4 to 6 moist, and chroma of 3 to 6. It is extremely stony or cobbly sandy loam or loam.

## Trampas Family

The Trampas family consists of deep, well drained soils on gently sloping to steep benches and valley side slopes. These soils formed in material weathered from interbedded sandstone and shale. The slope ranges from 5 to 30 percent. The average annual precipitation is about 18 inches, and the average annual soil temperature is about 45 degrees F.

Reference pedon of the Trampas family, in an area where the slope is 8 percent; along Hanks Valley Road, one-fourth mile east of the Jutton turnoff, SE¼SE¼ sec. 18, T. 46 N., R. 11 W., in Montrose County:

Oi—1 inch to 0; undecomposed pine needles, grass, and twigs.

A—0 to 4 inches; brown (7.5YR 5/2) cobbly loam, dark brown (7.5YR 3/2) moist; moderate fine granular structure; soft, very friable, nonsticky and nonplastic; common very fine and fine roots; 5 percent gravel, 15 percent cobbles, and 5 percent stones; slightly acid (pH 6.4); clear wavy boundary.

E—4 to 11 inches; pink (7.5YR 7/4) cobbly loam, brown (7.5YR 5/4) moist; weak fine and very fine subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; common fine roots; 10 percent gravel, 15 percent cobbles, and 5

percent stones; slightly acid (pH 6.2); gradual wavy boundary.

B/E—11 to 20 inches; mixed pink (7.5YR 7/4) and reddish brown (5YR 5/4) very cobbly clay loam; reddish brown (5YR 5/4) moist on faces of peds and reddish brown (5YR 4/4) moist, crushed; moderate fine subangular blocky structure; hard, friable, slightly sticky and slightly plastic; few fine roots; few thin clay films on faces of peds and lining pores; 20 percent gravel, 30 percent cobbles, and 10 percent stones; slightly acid (pH 6.2); gradual wavy boundary.

Bt1—20 to 45 inches; reddish brown (5YR 5/4) extremely cobbly clay, reddish brown (5YR 4/4) moist; moderate fine angular blocky structure; extremely hard, firm, sticky and plastic; few fine roots in cracks; 20 percent gravel, 35 percent cobbles, and 10 percent stones; slightly acid (pH 6.2); gradual wavy boundary.

Bt2—45 to 60 inches; reddish brown (5YR 5/4) extremely stony clay, reddish brown (5YR 4/4) moist; moderate fine and medium subangular blocky structure; extremely hard, firm, sticky and plastic; few fine roots in cracks; common thin clay films; dark organic stains on faces of some peds; 20 percent gravel, 20 percent cobbles, and 40 percent stones; slightly acid (pH 6.2).

Thickness of the solum is more than 40 inches. Reaction is slightly acid or neutral in the solum.

The A horizon has hue of 7.5YR or 10YR, value of 4 or 5 dry and 2 or 3 moist, and chroma of 2 or 3. It is loam or fine sandy loam. The content of coarse fragments, mainly stones and cobbles, ranges from 15 to 35 percent.

The E horizon has hue of 7.5YR, value of 6 or 7 dry and 3 to 5 moist, and chroma of 2 or 4. It is loam or fine sandy loam. The content of coarse fragments ranges from 25 to 55 percent.

The Bt horizon has hue of 5YR or 7.5YR, value of 5 to 7 dry and 4 or 5 moist, and chroma of 4 to 6. It is clay or clay loam. The content of coarse fragments ranges from 35 to 80 percent.

## Ula Family

The Ula family consists of deep and moderately deep, well drained soils on plateau tops. These soils formed in material weathered from sandstone and shale. The slope ranges from 1 to 15 percent. The average annual precipitation is about 25 inches, and the average annual soil temperature is about 38 degrees F.

Reference pedon of the Ula family, in an area where the slope is 7 percent; NE¼NE¼ sec. 18, T. 47 N., R. 11 W., in Montrose County:

Oi—3 to 2 inches; undecomposed needles, grass, and twigs.

Oe—2 inches to 0; decomposed organic mat of needles, grass, and twigs.

A1—0 to 2 inches; dark brown (7.5YR 4/2) loam, very dark brown (7.5YR 2/2) moist; strong fine granular structure; soft, very friable, nonsticky and nonplastic; common fine roots; 5 percent gravel and 5 percent cobbles; neutral (pH 6.8); clear smooth boundary.

A2—2 to 7 inches; dark brown (7.5YR 4/2) loam, dark brown (7.5YR 3/2) moist; strong fine granular structure; soft, very friable, nonsticky and nonplastic; common fine roots; 5 percent gravel and 5 percent cobbles; neutral (pH 6.6); clear smooth boundary.

E—7 to 17 inches; pinkish gray (7.5YR 6/2) cobbly fine sandy loam, dark brown (7.5YR 4/3) moist; weak medium subangular blocky structure parting to weak fine granular; soft, very friable, nonsticky and nonplastic; few fine roots; 5 percent gravel and 15 percent cobbles; neutral (pH 6.6); clear wavy boundary.

B/E—17 to 25 inches; variegated pinkish gray (7.5YR 7/2) and strong brown (7.5YR 5/6) cobbly sandy loam, brown (7.5YR 5/4) moist; moderate medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few thin clay films on faces of peds; common fine roots; 5 percent gravel and 15 percent cobbles; medium acid (pH 6.0); clear wavy boundary.

Bt1—25 to 45 inches; reddish yellow (7.5YR 6/6) cobbly sandy clay loam, strong brown (7.5YR 5/6) moist; moderate coarse subangular blocky structure parting to moderate medium subangular blocky; hard, friable, slightly sticky and slightly plastic; few thin clay films on faces of peds; few fine and very fine roots; 10 percent gravel and 20 percent cobbles; strongly acid (pH 5.2); clear wavy boundary.

Bt2—45 to 53 inches; reddish yellow (7.5YR 6/6) cobbly sandy clay loam, strong brown (7.5YR 5/6) moist; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few thin clay films on faces of peds; 5 percent gravel and 20 percent cobbles; very strongly acid (pH 4.6); clear wavy boundary.

R—53 inches; sandstone bedrock.

Thickness of the mollic epipedon ranges from 4 to 10 inches. Bedrock is typically at a depth of 30 to 55

BLM_0059998

inches, but in some pedons it is at a depth of 20 to more than 60 inches. The content of coarse fragments ranges from 10 to 35 percent in the control section and from 10 to 60 percent in the substratum, if it occurs.

The A horizon has hue of 7.5YR or 10YR, value of 4 to 6 dry and 2 to 5 moist, and chroma of 2 or 3. It is loam or fine sandy loam.

The Bt horizon has hue of 5YR to 10YR, value of 5 or 6 dry and 4 or 5 moist, and chroma of 4 to 8. It is cobbly sandy clay loam or cobbly clay loam.

BLM_0060000

# References

(1)   American Association of State Highway and Transportation Officials. 1986. Standard specifications for highway materials and methods of sampling and testing. Ed. 14, 2 vols.

(2)   American Society for Testing and Materials. 1993. Standard classification of soils for engineering purposes. ASTM Stand. D 2487.

(3)   Chavez and Warner, eds. 1976. The Dominguez-Escalante journal.

(4)   Hammer, E. Polly. Uncompahgre Plateau prehistory and history: A cultural resource overview. (Unpublished manuscript, 1986, on file at U.S. Dep. Agric., Forest Serv., Delta, Colorado)

(5)   Harrington, H.D. 1954. Manual of the plants of Colorado.

(6)   Marshall. 1981. Uncompahgre.

(7)   O'Rourk, Paul M. 1980. Frontier in transition: A history of Southwestern Colorado. U.S. Dep. Inter., Bur. of Land Mgt., Colorado State Office.

(8)   Portland Cement Association. 1962. PCA soil primer.

(9)   Siemer, Eugene G. 1977. Colorado climate. Colorado Agric. Exp. Stn.

(10)   Sinnock, Scott. Geomorphology of the Uncompahgre Plateau and Grand Valley, Western Colorado, U.S.A. (Unpublished Ph.D. dissertation, Purdue University, 1978)

(11)   United States Department of Agriculture. 1961. Land capability classification. U.S. Dep. Agric. Handb. 210.

(12)   United States Department of Agriculture, Soil Conservation Service. 1975. Soil taxonomy: A basic system of soil classification for making and interpreting soil surveys. U.S. Dep. Agric. Handb. 436.

(13)   United States Department of Agriculture, Soil Conservation Service. 1993. Soil survey manual. Soil Surv. Staff, U.S. Dep. Agric. Handb. 18.

(14)   United States Department of the Interior, Bureau of Land Management. 1979. West-Central Colorado coal final environmental statement. Vol. 1.

(15)   Young, Robert and Joann. 1977. Colorado West, land of geology and wildflowers.

BLM_0060001

BLM_0060002

# Glossary

**Aggregate, soil.** Many fine particles held in a single mass or cluster. Natural soil aggregates, such as granules, blocks, or prisms, are called peds. Clods are aggregates produced by tillage or logging.

**Alluvial fan.** The fanlike deposit of a stream where it issues from a gorge upon a plain or of a tributary stream near or at its junction with its main stream.

**Alluvium.** Material, such as sand, silt, or clay, deposited on land by streams.

**Area reclaim** (in tables). An area difficult to reclaim after the removal of soil for construction and other uses. Revegetation and erosion control are extremely difficult.

**Available water capacity (available moisture capacity).** The capacity of soils to hold water available for use by most plants. It is commonly defined as the difference between the amount of soil water at field moisture capacity and the amount at wilting point. It is commonly expressed as inches of water per inch of soil. The capacity, in inches, in a 60-inch profile or to a limiting layer is expressed as:

| | |
|---|---|
| Very low | 0 to 3 |
| Low | 3 to 6 |
| Moderate | 6 to 9 |
| High | 9 to 12 |
| Very high | more than 12 |

**Base saturation.** The degree to which material having cation-exchange properties is saturated with exchangeable bases (sum of Ca, Mg, Na, K), expressed as a percentage of the total cation-exchange capacity.

**Bedrock.** The solid rock that underlies the soil and other unconsolidated material or that is exposed at the surface.

**Boulders.** Rock fragments larger than 2 feet (60 centimeters) in diameter.

**Breast height.** An average height of 4.5 feet above the ground surface; the point on a tree where diameter measurements are ordinarily taken.

**Brush management.** Use of mechanical, chemical, or biological methods to make conditions favorable for reseeding or to reduce or eliminate competition from woody vegetation and thus allow understory grasses and forbs to recover. Brush management increases forage production and thus reduces the hazard of erosion. It can improve the habitat for some species of wildlife.

**Canopy.** The leafy crown of trees or shrubs. (See Crown.)

**Canyon.** A long, deep, narrow, very steep sided valley with high, precipitous walls in an area of high local relief.

**Clay.** As a soil separate, the mineral soil particles less than 0.002 millimeter in diameter. As a soil textural class, soil material that is 40 percent or more clay, less than 45 percent sand, and less than 40 percent silt.

**Clay film.** A thin coating of oriented clay on the surface of a soil aggregate or lining pores or root channels. Synonyms: clay coating, clay skin.

**Coarse fragments.** If round, mineral or rock particles 2 millimeters to 25 centimeters (10 inches) in diameter; if flat, mineral or rock particles (flagstone) 15 to 38 centimeters (6 to 15 inches) long.

**Coarse textured soil.** Sand or loamy sand.

**Cobblestone (or cobble).** A rounded or partly rounded fragment of rock 3 to 10 inches (7.6 to 25 centimeters) in diameter.

**Colluvium.** Soil material or rock fragments, or both, moved by creep, slide, or local wash and deposited at the base of steep slopes.

**Complex, soil.** A map unit of two or more kinds of soil in such an intricate pattern or so small in area that it is not practical to map them separately at the selected scale of mapping. The pattern and proportion of the soils are somewhat similar in all areas.

**Consistence, soil.** The feel of the soil and the ease with which a lump can be crushed by the fingers. Terms commonly used to describe consistence are:

*Loose.*—Noncoherent when dry or moist; does not hold together in a mass.

*Friable.*—When moist, crushes easily under gentle

pressure between thumb and forefinger and can be pressed together into a lump.

*Firm.*—When moist, crushes under moderate pressure between thumb and forefinger, but resistance is distinctly noticeable.

*Plastic.*—When wet, readily deformed by moderate pressure but can be pressed into a lump; will form a "wire" when rolled between thumb and forefinger.

*Sticky.*—When wet, adheres to other material and tends to stretch somewhat and pull apart rather than to pull free from other material.

*Hard.*—When dry, moderately resistant to pressure; can be broken with difficulty between thumb and forefinger.

*Soft.*—When dry, breaks into powder or individual grains under very slight pressure.

*Cemented.*—Hard; little affected by moistening.

**Crown.** The upper part of a tree or shrub, including the living branches and their foliage.

**Deferred grazing.** Postponing grazing or resting grazing land for a prescribed period.

**Depth to rock** (in tables). Bedrock is too near the surface for the specified use.

**Dip slope.** A slope of the land surface, roughly determined by and approximately conforming to the dip of the underlying bedrock.

**Diversion (or diversion terrace).** A ridge of earth, generally a terrace, built to protect downslope areas by diverting runoff from its natural course.

**Drainage class** (natural). Refers to the frequency and duration of periods of saturation or partial saturation during soil formation, as opposed to altered drainage, which is commonly the result of artificial drainage or irrigation but may be caused by the sudden deepening of channels or the blocking of drainage outlets. Seven classes of natural soil drainage are recognized:

*Excessively drained.*—These soils have very high and high hydraulic conductivity and a low water-holding capacity. They are not suitable for crop production unless irrigated.

*Somewhat excessively drained.*—These soils have high hydraulic conductivity and a low water-holding capacity. Without irrigation, only a narrow range of crops can be grown and yields are low.

*Well drained.*—These soils have an intermediate water-holding capacity. They retain optimum amounts of moisture, but they are not wet close enough to the surface or long enough during the growing season to adversely affect yields.

*Moderately well drained.*—These soils are wet close enough to the surface or long enough that planting or harvesting operations or yields of some field crops are adversely affected unless a drainage system is installed. Moderately well drained soils commonly have a layer with low hydraulic conductivity, a wet layer relatively high in the profile, additions of water by seepage, or some combination of these.

*Somewhat poorly drained.*—These soils are wet close enough to the surface or long enough that planting or harvesting operations or crop growth is markedly restricted unless a drainage system is installed. Somewhat poorly drained soils commonly have a layer with low hydraulic conductivity, a wet layer high in the profile, additions of water through seepage, or a combination of these.

*Poorly drained.*—These soils commonly are so wet at or near the surface during a considerable part of the year that field crops cannot be grown under natural conditions. Poorly drained conditions are caused by a saturated zone, a layer with low hydraulic conductivity, seepage, or a combination of these.

*Very poorly drained.*—These soils are wet to the surface most of the time. The wetness prevents the growth of important crops (except for rice) unless a drainage system is installed.

**Drainage, surface.** Runoff, or surface flow of water, from an area.

**Draw.** A small stream valley that generally is more open and has broader bottom land than a ravine or gulch.

**Duff.** A generally firm organic layer on the surface of mineral soils. It consists of fallen plant material that is in the process of decomposition and includes everything from the litter on the surface to underlying pure humus.

**Erosion.** The wearing away of the land surface by water, wind, ice, or other geologic agents and by such processes as gravitational creep.

*Erosion* (geologic). Erosion caused by geologic processes acting over long geologic periods and resulting in the wearing away of mountains and the building up of such landscape features as flood plains and coastal plains. Synonym: natural erosion.

*Erosion* (accelerated). Erosion much more rapid than geologic erosion, mainly as a result of human or animal activities or of a catastrophe in nature, such as a fire, that exposes the surface.

**Escarpment.** A relatively continuous and steep slope or cliff breaking the general continuity of more gently sloping land surfaces and resulting from erosion or faulting. Synonym: scarp.

**Excess fines** (in tables). Excess silt and clay in the soil.

The soil is not a source of gravel or sand for construction purposes.

**Fertility, soil.** The quality that enables a soil to provide plant nutrients, in adequate amounts and in proper balance, for the growth of specified plants when light, moisture, temperature, tilth, and other growth factors are favorable.

**Fibric soil material (peat).** The least decomposed of all organic soil material. Peat contains a large amount of well preserved fiber that is readily identifiable according to botanical origin. Peat has the lowest bulk density and the highest water content at saturation of all organic soil material.

**Field moisture capacity.** The moisture content of a soil, expressed as a percentage of the ovendry weight, after the gravitational, or free, water has drained away; the field moisture content 2 or 3 days after a soaking rain; also called *normal field capacity, normal moisture capacity,* or *capillary capacity.*

**Fine textured soil.** Sandy clay, silty clay, or clay.

**Foot slope.** The inclined surface at the base of a hill.

**Forb.** Any herbaceous plant not a grass or a sedge.

**Gravel.** Rounded or angular fragments of rock up to 3 inches (2 millimeters to 7.6 centimeters) in diameter. An individual piece is a pebble.

**Gravelly soil material.** Material that is 15 to 50 percent, by volume, rounded or angular rock fragments, not prominently flattened, up to 3 inches (7.6 centimeters) in diameter.

**Hemic soil material (mucky peat).** Organic soil material intermediate in degree of decomposition between the less decomposed fibric and the more decomposed sapric material.

**Horizon, soil.** A layer of soil, approximately parallel to the surface, having distinct characteristics produced by soil-forming processes. In the identification of soil horizons, an uppercase letter represents the major horizons. Numbers or lowercase letters that follow represent subdivisions of the major horizons. The major horizons are as follows:

*O horizon.*—An organic layer of fresh and decaying plant residue.

*A horizon.*—The mineral horizon at or near the surface in which an accumulation of humified organic matter is mixed with the mineral material. Also, any plowed or disturbed surface layer.

*E horizon.*—The mineral horizon in which the main feature is loss of silicate clay, iron, aluminum, or some combination of these.

*B horizon.*—The mineral horizon below an O, A, or E horizon. The B horizon is in part a layer of transition from the overlying horizon to the underlying C horizon. The B horizon also has distinctive characteristics, such as (1) accumulation of clay, sesquioxides, humus, or a combination of these; (2) granular, prismatic, or blocky structure; (3) redder or browner colors than those in the A horizon; or (4) a combination of these.

*C horizon.*—The mineral horizon or layer, excluding indurated bedrock, that is little affected by soil-forming processes and does not have the properties typical of the overlying horizon. The material of a C horizon may be either like or unlike that in which the solum formed. If the material is known to differ from that in the solum, an Arabic numeral, commonly a 2, precedes the letter C.

*Cr horizon.*—Soft, consolidated bedrock beneath the soil.

*R layer.*—Hard, consolidated bedrock beneath the soil. The bedrock commonly underlies a C horizon but can be directly below an A or a B horizon.

**Humus.** The well decomposed, more or less stable part of the organic matter in mineral soils.

**Hydrologic soil groups.** Refers to soils grouped according to their runoff-producing characteristics. The chief consideration is the inherent capacity of soil bare of vegetation to permit infiltration. The slope and the kind of plant cover are not considered but are separate factors in predicting runoff. Soils are assigned to four groups. In group A are soils having a high infiltration rate when thoroughly wet and having a low runoff potential. They are mainly deep, well drained, and sandy or gravelly. In group D, at the other extreme, are soils having a very slow infiltration rate and thus a high runoff potential. They have a claypan or clay layer at or near the surface, have a permanent high water table, or are shallow over nearly impervious bedrock or other material. A soil may be assigned to two hydrologic groups.

**Infiltration.** The downward entry of water into the immediate surface of soil or other material, as contrasted with percolation, which is movement of water through soil layers or material.

**Infiltration capacity.** The maximum rate at which water can infiltrate into a soil under a given set of conditions.

**Infiltration rate.** The rate at which water penetrates the surface of the soil at any given instant, usually expressed in inches per hour. The rate can be limited by the infiltration capacity of the soil or the rate at which water is applied at the surface.

**Intermittent stream.** A stream, or reach of a stream, that flows for prolonged periods only when it receives ground-water discharge or long,

continued contributions from melting snow or other surface and shallow subsurface sources.

**Invaders.** On range, plants that encroach into an area and grow after the climax vegetation has been reduced by grazing. Generally, invader plants follow disturbance of the surface.

**Large stones** (in tables). Rock fragments 3 inches (7.6 centimeters) or more across. Large stones adversely affect the specified use of the soil.

**Liquid limit.** The moisture content at which the soil passes from a plastic to a liquid state.

**Loam.** Soil material that is 7 to 27 percent clay particles, 28 to 50 percent silt particles, and less than 52 percent sand particles.

**Loess.** Fine grained material, dominantly of silt-sized particles, deposited by the wind.

**Low strength.** The soil is not strong enough to support loads.

**Mechanical treatment.** Use of mechanical equipment for seeding, brush management, and other management practices.

**Medium textured soil.** Very fine sandy loam, loam, silt loam, or silt.

**Mineral soil.** Soil that is mainly mineral material and low in organic material. Its bulk density is more than that of organic soil.

**Miscellaneous area.** An area that has little or no natural soil and supports little or no vegetation.

**Moderately coarse textured soil.** Coarse sandy loam, sandy loam, or fine sandy loam.

**Moderately fine textured soil.** Clay loam, sandy clay loam, or silty clay loam.

**Morphology, soil.** The physical makeup of the soil, including the texture, structure, porosity, consistence, color, and other physical, mineral, and biological properties of the various horizons, and the thickness and arrangement of those horizons in the soil profile.

**Mottling, soil.** Irregular spots of different colors that vary in number and size. Mottling generally indicates poor aeration and impeded drainage. Descriptive terms are as follows: abundance—*few, common,* and *many*; size—*fine, medium,* and *coarse*; and contrast—*faint, distinct,* and *prominent.* The size measurements are of the diameter along the greatest dimension. *Fine* indicates less than 5 millimeters (about 0.2 inch); *medium,* from 5 to 15 millimeters (about 0.2 to 0.6 inch); and *coarse,* more than 15 millimeters (about 0.6 inch).

**Munsell notation.** A designation of color by degrees of three simple variables—hue, value, and chroma. For example, a notation of 10YR 6/4 is a color with hue of 10YR, value of 6, and chroma of 4.

**Neutral soil.** A soil having a pH value between 6.6 and 7.3. (See Reaction, soil.)

**Nutrient, plant.** Any element taken in by a plant essential to its growth. Plant nutrients are mainly nitrogen, phosphorus, potassium, calcium, magnesium, sulfur, iron, manganese, copper, boron, and zinc obtained from the soil and carbon, hydrogen, and oxygen obtained from the air and water.

**Organic matter.** Plant and animal residue in the soil in various stages of decomposition.

**Parent material.** The unconsolidated organic and mineral material in which soil forms.

**Pedon.** The smallest volume that can be called "a soil." A pedon is three dimensional and large enough to permit study of all horizons. Its area ranges from about 10 to 100 square feet (1 square meter to 10 square meters), depending on the variability of the soil.

**Percolation.** The downward movement of water through the soil.

**Percs slowly** (in tables). The slow movement of water through the soil, adversely affecting the specified use.

**Permeability.** The quality of the soil that enables water to move downward through the profile. Permeability is measured as the number of inches per hour that water moves downward through the saturated soil. Terms describing permeability are:

| | |
|---|---|
| Very slow . . . . . . . . . . . . . . . . . | less than 0.06 inch |
| Slow. . . . . . . . . . . . . . . . . . . . . . . | 0.06 to 0.2 inch |
| Moderately slow . . . . . . . . . . . . . . . . | 0.2 to 0.6 inch |
| Moderate . . . . . . . . . . . . . . . . | 0.6 inch to 2.0 inches |
| Moderately rapid. . . . . . . . . . . . . . | 2.0 to 6.0 inches |
| Rapid . . . . . . . . . . . . . . . . . . . . | 6.0 to 20 inches |
| Very rapid . . . . . . . . . . . . . . . . | more than 20 inches |

**pH value.** A numerical designation of acidity and alkalinity in soil. (See Reaction, soil.)

**Piping** (in tables). Formation of subsurface tunnels or pipelike cavities by water moving through the soil.

**Plasticity index.** The numerical difference between the liquid limit and the plastic limit; the range of moisture content within which the soil remains plastic.

**Plastic limit.** The moisture content at which a soil changes from semisolid to plastic.

**Plateau.** An extensive upland area with a relatively flat summit that is considerably elevated (more than 100 meters) above adjacent lowlands.

**Productivity, soil.** The capability of a soil for producing a specified plant or sequence of plants under specific management.

**Profile, soil.** A vertical section of the soil extending

BLM_0060006

through all its horizons and into the parent material.

**Proper grazing use.** Grazing at an intensity that maintains enough cover to protect the soil and maintain or improve the quantity and quality of the desirable vegetation. This practice increases the vigor and reproduction capacity of the key plants and promotes the accumulation of litter and mulch necessary to conserve soil and water.

**Range condition.** The present composition of the plant community on a range site in relation to the potential natural plant community for that site. Range condition is expressed as excellent, good, fair, or poor on the basis of how much the present plant community has departed from the potential.

**Reaction, soil.** A measure of acidity or alkalinity of a soil, expressed in pH values. A soil that tests to pH 7.0 is described as precisely neutral in reaction because it is neither acid nor alkaline. The degrees of acidity or alkalinity, expressed as pH values, are:

| | |
|---|---|
| Extremely acid | below 4.5 |
| Very strongly acid | 4.5 to 5.0 |
| Strongly acid | 5.1 to 5.5 |
| Medium acid | 5.6 to 6.0 |
| Slightly acid | 6.1 to 6.5 |
| Neutral | 6.6 to 7.3 |
| Mildly alkaline | 7.4 to 7.8 |
| Moderately alkaline | 7.9 to 8.4 |
| Strongly alkaline | 8.5 to 9.0 |
| Very strongly alkaline | 9.1 and higher |

**Relief.** The elevations or inequalities of a land surface, considered collectively.

**Residuum (residual soil material).** Unconsolidated, weathered or partly weathered mineral material that accumulated as consolidated rock disintegrated in place.

**Road cut.** A sloping surface produced by mechanical means during road construction. It is commonly on the uphill side of the road.

**Rock fragments.** Rock or mineral fragments having a diameter of 2 millimeters or more; for example, pebbles, cobbles, stones, and boulders.

**Root zone.** The part of the soil that can be penetrated by plant roots.

**Runoff.** The precipitation discharged into stream channels from an area. The water that flows off the surface of the land without sinking into the soil is called surface runoff. Water that enters the soil before reaching surface streams is called ground-water runoff or seepage flow from ground water.

**Sand.** As a soil separate, individual rock or mineral fragments from 0.05 millimeter to 2.0 millimeters in diameter. Most sand grains consist of quartz. As a

soil textural class, a soil that is 85 percent or more sand and not more than 10 percent clay.

**Sandstone.** Sedimentary rock containing dominantly sand-sized particles.

**Sapric soil material (muck).** The most highly decomposed of all organic soil material. Muck has the least amount of plant fiber, the highest bulk density, and the lowest water content at saturation of all organic soil material.

**Sedimentary rock.** Rock made up of particles deposited from suspension in water. The chief kinds of sedimentary rock are conglomerate, formed from gravel; sandstone, formed from sand; shale, formed from clay; and limestone, formed from soft masses of calcium carbonate. There are many intermediate types. Some wind-deposited sand is consolidated into sandstone.

**Seepage** (in tables). The movement of water through the soil. Seepage adversely affects the specified use.

**Shale.** Sedimentary rock formed by the hardening of a clay deposit.

**Sheet erosion.** The removal of a fairly uniform layer of soil material from the land surface by the action of rainfall and surface runoff.

**Shrink-swell.** The shrinking of soil when dry and the swelling when wet. Shrinking and swelling can damage roads, dams, building foundations, and other structures. It can also damage plant roots.

**Silt.** As a soil separate, individual mineral particles that range in diameter from the upper limit of clay (0.002 millimeter) to the lower limit of very fine sand (0.05 millimeter). As a soil textural class, soil that is 80 percent or more silt and less than 12 percent clay.

**Site index.** A designation of the quality of a forest site based on the height of the dominant stand at an arbitrarily chosen age. For example, if the average height attained by dominant and codominant trees in a fully stocked stand at the age of 50 years is 75 feet, the site index is 75.

**Slickensides.** Polished and grooved surfaces produced by one mass sliding past another. In soils, slickensides may occur at the bases of slip surfaces on the steeper slopes; on faces of blocks, prisms, and columns; and in swelling clayey soils, where there is marked change in moisture content.

**Slope** (in tables). Slope is great enough that special practices are required to ensure satisfactory performance of the soil for a specific use.

**Small stones** (in tables). Rock fragments less than 3 inches (7.6 centimeters) in diameter. Small stones adversely affect the specified use of the soil.

**Soil.** A natural, three-dimensional body at the earth's

70

surface. It is capable of supporting plants and has properties resulting from the integrated effect of climate and living matter acting on earthy parent material, as conditioned by relief over periods of time.

**Soil separates.** Mineral particles less than 2 millimeters in equivalent diameter and ranging between specified size limits. The names and sizes, in millimeters, of separates recognized in the United States are as follows:

| | |
|---|---|
| Very coarse sand | 2.0 to 1.0 |
| Coarse sand | 1.0 to 0.5 |
| Medium sand | 0.5 to 0.25 |
| Fine sand | 0.25 to 0.10 |
| Very fine sand | 0.10 to 0.05 |
| Silt | 0.05 to 0.002 |
| Clay | less than 0.002 |

**Solum.** The upper part of a soil profile, above the C horizon, in which the processes of soil formation are active. The solum in soil consists of the A, E, and B horizons. Generally, the characteristics of the material in these horizons are unlike those of the substratum. The living roots and plant and animal activities are largely confined to the solum.

**Stones.** Rock fragments 10 to 24 inches (25 to 60 centimeters) in diameter if rounded or 15 to 24 inches (38 to 60 centimeters) in length if flat.

**Structure, soil.** The arrangement of primary soil particles into compound particles or aggregates. The principal forms of soil structure are—*platy* (laminated), *prismatic* (vertical axis of aggregates longer than horizontal), *columnar* (prisms with rounded tops), *blocky* (angular or subangular), and *granular. Structureless* soils are either *single grained* (each grain by itself, as in dune sand) or *massive* (the particles adhering without any regular cleavage, as in many hardpans).

**Subsoil.** Technically, the B horizon; roughly, the part of the solum below plow depth.

**Substratum.** The part of the soil below the solum.

**Subsurface layer.** Any surface soil horizon (A, E, AB, or EB) below the surface layer.

**Surface layer.** The soil ordinarily moved in tillage, or its equivalent in uncultivated soil, ranging in depth from about 4 to 10 inches (10 to 25 centimeters). Frequently designated as the "plow layer," or the "Ap horizon."

**Talus.** Rock fragments of any size or shape, commonly coarse and angular, derived from and lying at the base of a cliff or a very steep, rock slope. The accumulated mass of such loose, broken rock formed chiefly by falling, rolling, or sliding.

**Texture, soil.** The relative proportions of sand, silt, and clay particles in a mass of soil. The basic textural classes, in order of increasing proportion of fine particles, are *sand, loamy sand, sandy loam, loam, silt loam, silt, sandy clay loam, clay loam, silty clay loam, sandy clay, silty clay,* and *clay.* The sand, loamy sand, and sandy loam classes may be further divided by specifying "coarse," "fine," or "very fine."

**Thin layer** (in tables). Otherwise suitable soil material that is too thin for the specified use.

**Tilth, soil.** The physical condition of the soil as related to tillage, seedbed preparation, seedling emergence, and root penetration.

**Toe slope.** The outermost inclined surface at the base of a hill; part of a foot slope.

**Topsoil.** The upper part of the soil, which is the most favorable material for plant growth. It is ordinarily rich in organic matter and is used to topdress roadbanks, lawns, and land affected by mining.

**Upland** (geology). Land at a higher elevation, in general, than the alluvial plain or stream terrace; land above the lowlands along streams.

**Variant, soil.** A soil having properties sufficiently different from those of other known soils to justify a new series name, but occurring in such a limited geographic area that creation of a new series is not justified.

**Variegation.** Refers to patterns of contrasting colors assumed to be inherited from the parent material rather than to be the result of poor drainage.

**Water bars.** Smooth, shallow ditches or depressional areas that are excavated at an angle across a sloping road. They are used to reduce the downward velocity of water and divert it off and away from the road surface. Water bars can easily be driven over if constructed properly.

**Weathering.** All physical and chemical changes produced in rocks or other deposits at or near the earth's surface by atmospheric agents. These changes result in disintegration and decomposition of the material.

**Windthrow.** The uprooting and tipping over of trees by the wind.

# Tables

BLM_0060009

TABLE 1.--TEMPERATURE AND PRECIPITATION

(Recorded in the period 1951-80 at Norwood, Colorado)

| Month | Temperature | | | | | | Precipitation | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average daily maximum | Average daily minimum | Average | 2 years in 10 will have-- | | Average number of growing degree days* | Average | 2 years in 10 will have-- | | Average number of days with 0.10 inch or more | Average snowfall |
| | | | | Maximum temperature higher than-- | Minimum temperature lower than-- | | | Less than-- | More than-- | | |
| | °F | °F | °F | °F | °F | Units | In | In | In | | In |
| January----- | 36.2 | 9.0 | 22.6 | 51 | -18 | 0 | 1.03 | 0.42 | 1.53 | 4 | 14.0 |
| February---- | 40.6 | 13.7 | 27.2 | 57 | -12 | 20 | .79 | .31 | 1.18 | 4 | 10.4 |
| March------- | 46.8 | 20.3 | 33.6 | 66 | -7 | 35 | 1.01 | .30 | 1.57 | 4 | 11.0 |
| April------- | 57.1 | 27.0 | 42.1 | 73 | 7 | 130 | 1.04 | .53 | 1.47 | 4 | 6.3 |
| May--------- | 67.6 | 35.2 | 51.4 | 83 | 18 | 357 | 1.02 | .32 | 1.59 | 4 | .6 |
| June-------- | 78.4 | 43.0 | 60.7 | 90 | 28 | 621 | .72 | .22 | 1.13 | 3 | .0 |
| July-------- | 83.7 | 49.0 | 66.4 | 93 | 38 | 818 | 1.68 | .83 | 2.40 | 6 | .0 |
| August------ | 80.4 | 47.6 | 64.0 | 91 | 34 | 744 | 1.70 | .87 | 2.44 | 6 | .0 |
| September--- | 73.2 | 40.6 | 56.9 | 86 | 24 | 507 | 1.44 | .25 | 2.37 | 4 | .0 |
| October----- | 61.9 | 31.2 | 46.6 | 77 | 10 | 221 | 1.54 | .42 | 2.45 | 3 | 2.7 |
| November---- | 46.5 | 19.7 | 33.1 | 64 | -4 | 26 | 1.03 | .53 | 1.46 | 3 | 8.1 |
| December---- | 37.5 | 10.9 | 24.2 | 54 | -15 | 6 | .94 | .44 | 1.36 | 4 | 12.8 |
| Yearly: | | | | | | | | | | | |
| Average--- | 59.2 | 28.9 | 44.1 | --- | --- | --- | --- | --- | --- | --- | --- |
| Extreme--- | --- | --- | --- | 93 | -20 | --- | --- | --- | --- | --- | --- |
| Total----- | --- | --- | --- | --- | --- | 3,485 | 13.94 | 11.18 | 16.65 | 49 | 65.9 |

* A growing degree day is a unit of heat available for plant growth. It can be calculated by adding the maximum and minimum daily temperatures, dividing the sum by 2, and subtracting the temperature below which growth is minimal for the principal crops in the area (40 degrees F).

BLM_0060010

TABLE 2.--FREEZE DATES IN SPRING AND FALL

(Recorded in the period 1951-80 at Norwood, Colorado)

| Probability | Temperature | | |
|---|---|---|---|
| | 24 °F or lower | 28 °F or lower | 32 °F or lower |
| Last freezing temperature in spring: | | | |
| 1 year in 10 later than-- | May 28 | June 11 | June 26 |
| 2 years in 10 later than-- | May 21 | June 5 | June 20 |
| 5 years in 10 later than-- | May 8 | May 24 | June 8 |
| First freezing temperature in fall: | | | |
| 1 year in 10 earlier than-- | Sept. 21 | Sept. 14 | Aug. 15 |
| 2 years in 10 earlier than-- | Sept. 27 | Sept. 19 | Aug. 25 |
| 5 years in 10 earlier than-- | Oct. 8 | Sept. 29 | Sept. 12 |

TABLE 3.--GROWING SEASON

(Recorded in the period 1951-80 at Norwood, Colorado)

| Probability | Daily minimum temperature during growing season | | |
|---|---|---|---|
| | Higher than 24 °F | Higher than 28 °F | Higher than 32 °F |
| | Days | Days | Days |
| 9 years in 10 | 124 | 100 | 62 |
| 8 years in 10 | 133 | 110 | 73 |
| 5 years in 10 | 152 | 128 | 95 |
| 2 years in 10 | 171 | 145 | 116 |
| 1 year in 10 | 181 | 155 | 127 |

Soil Survey

TABLE 4.--ACREAGE AND PROPORTIONATE EXTENT OF THE SOILS

| Map symbol | Soil name | Mesa County | Montrose County | San Miguel County | Ouray County | Total-- Area | Total-- Extent |
|---|---|---|---|---|---|---|---|
| | | Acres | Acres | Acres | Acres | Acres | Pct |
| 10 | Arabrab-Dalhart families complex, 3 to 15 percent slopes | 10,797 | 5,770 | 0 | 0 | 16,567 | 2.9 |
| 11 | Belain-Falcon families complex, 1 to 15 percent slopes | 17,778 | 0 | 0 | 0 | 17,778 | 3.1 |
| 12 | Borolls-Boralfs-Rock outcrop complex, 40 to 150 percent slopes | 34,770 | 25,512 | 922 | 1,060 | 62,264 | 10.7 |
| 13 | Chilson-Delson, moderately deep-Beenom families complex, 1 to 20 percent slopes | 1,780 | 36,141 | 10,046 | 3,418 | 51,385 | 8.9 |
| 14 | Chilson Variant-Rock outcrop complex, 3 to 20 percent slopes | 0 | 2,266 | 0 | 0 | 2,266 | 0.4 |
| 15 | Delson-Kubler-Showalter families complex, 15 to 45 percent slopes | 12,358 | 12,421 | 713 | 0 | 25,492 | 4.4 |
| 16 | Delson, moderately deep-Sharrott families complex, 1 to 15 percent slopes | 8,401 | 14,994 | 750 | 2,662 | 26,807 | 4.6 |
| 17 | Dough family, dry-Rock outcrop complex, 1 to 15 percent slopes | 2,074 | 0 | 0 | 0 | 2,074 | 0.4 |
| 18 | Durango-Arabrab families complex, 3 to 15 percent slopes | 2,021 | 9,876 | 0 | 0 | 11,897 | 2.1 |
| 19 | Falcon-Dough families-Rock outcrop complex, 1 to 10 percent slopes | 5,519 | 0 | 0 | 0 | 5,519 | 0.9 |
| 20 | Gralic-Grenadier families complex, 15 to 50 percent slopes | 6,454 | 13,711 | 0 | 2,449 | 22,614 | 3.9 |
| 21 | Hapgood-Lamphier families complex, 20 to 50 percent slopes | 14,021 | 17,873 | 33 | 1,823 | 33,750 | 5.8 |
| 22 | Hoosan-Lamphier-Leaps families complex, 3 to 30 percent slopes | 22,999 | 2,177 | 0 | 6 | 25,182 | 4.4 |
| 23 | Jodero-Empedrado families complex, 2 to 20 percent slopes | 8,681 | 0 | 0 | 0 | 8,681 | 1.5 |
| 24 | Kubler-Delson-Cerro families complex, 3 to 15 percent slopes | 15,473 | 36,383 | 6,390 | 68 | 58,314 | 10.1 |
| 25 | Lamphier-Hapgood families complex, 5 to 20 percent slopes | 17,666 | 20,229 | 115 | 2,396 | 40,406 | 7.0 |
| 26 | Mirand-Callan families-Chilson Variant complex, 3 to 20 percent slopes | 12,404 | 16,193 | 0 | 0 | 28,597 | 4.9 |
| 27 | Overgaard-Olathe families complex, 3 to 20 percent slopes | 0 | 15,323 | 0 | 0 | 15,323 | 2.6 |
| 28 | Sawcreek-Splitro families complex, 1 to 15 percent slopes | 7,055 | 0 | 0 | 0 | 7,055 | 1.2 |
| 29 | Supervisor-Cebone families complex, 1 to 15 percent slopes | 1,142 | 15,616 | 0 | 4,818 | 21,576 | 3.7 |
| 30 | Trampas-Delson, moderately deep, families complex, 3 to 30 percent slopes | 443 | 14,958 | 2,849 | 0 | 18,250 | 3.2 |
| 31 | Ula-Agneston-Pendergrass families complex, 1 to 15 percent slopes | 932 | 24,891 | 0 | 6,624 | 32,447 | 5.6 |
| 32 | Ustorthents-Ustochrepts-Rock outcrop complex, 40 to 150 percent slopes | 14,232 | 27,866 | 1,782 | 476 | 44,356 | 7.7 |
| | Total | 217,000 | 312,200 | 23,600 | 25,800 | 578,600 | 100.0 |

BLM_0060012

Uncompahgre National Forest Area, Colorado                                              75

TABLE 5.--RANGELAND

| Soil name and map symbol | Present vegetation | Potential natural vegetation | Forage production potential | Revegetation limitations |
|---|---|---|---|---|
| | | | lbs/acre | |
| **10*:** | | | | |
| Arabrab--------- | Pinyon pine, Utah juniper. | Pinyon pine, Utah juniper. | 300-500 | Low available moisture, shallow to bedrock, natural fertility. |
| Dalhart--------- | Galleta, blue grama, big sagebrush. | Galleta, needleandthread. | 1,100-1,500 | Natural fertility. |
| **11:** | | | | |
| Belain---------- | Ponderosa pine, manzanita. | Ponderosa pine, Arizona fescue. | 1,500-1,800 | Natural fertility. |
| Falcon---------- | Ponderosa pine, manzanita. | Ponderosa pine, Arizona fescue. | 850-1,000 | Shallow to bedrock, natural fertility. |
| **12:** | | | | |
| Borolls-------- | Coniferous forest | Coniferous forest | ** | Slope. |
| Boralfs--------- | Coniferous forest | Coniferous forest | ** | --- |
| Rock outcrop. | | | | |
| **13*:** | | | | |
| Chilson--------- | Ponderosa pine, Gambel oak. | Ponderosa pine---- | 600-800 | Shallow to bedrock. |
| Delson, moderately deep | Ponderosa pine, Gambel oak. | Ponderosa pine---- | 2,000-2,500 | Shrink-swell. |
| Beenom---------- | Ponderosa pine, Gambel oak. | Ponderosa pine---- | 600-800 | Shrink-swell. |
| **14*:** | | | | |
| Chilson Variant- | Pinyon pine, Utah juniper. | Pinyon pine, Utah juniper. | 300-500 | Shallow to bedrock. |
| Rock outcrop. | | | | |
| **15*:** | | | | |
| Delson-Kubler--- | Gambel oak, Letterman needlegrass. | Gambel oak, elk sedge. | 2,000-3,000 | Slope. |
| Showalter------- | Gambel oak, Letterman needlegrass. | Gambel oak, mountain bromegrass. | 1,800-2,300 | Slope, coarse fragments. |
| **16*:** | | | | |
| Delson, moderately deep | Ponderosa pine, Gambel oak. | Ponderosa pine, Arizona fescue. | 2,000-2,500 | Shrink-swell. |
| Sharrott-------- | Ponderosa pine, elk sedge. | Ponderosa pine, Arizona fescue. | 850-1,000 | Shallow to bedrock. |

See footnotes at end of table.

BLM_0060013

Soil Survey

TABLE 5.--RANGELAND--Continued

| Soil name and map symbol | Present vegetation | Potential natural vegetation | Forage production potential lbs/acre | Revegetation limitations |
|---|---|---|---|---|
| 17: | | | | |
| Dough, dry------ | Pinyon pine, Rocky Mountain juniper. | Pinyon pine, Rocky Mountain juniper. | 500-800 | Shallow to bedrock. |
| Rock outcrop. | | | | |
| 18*: | | | | |
| Durango--------- | Serviceberry, big sagebrush, junegrass. | Muttongrass, western wheatgrass. | 1,100-1,500 | Shrink-swell. |
| Arabrab--------- | Pinyon pine, Utah juniper. | Pinyon pine, Utah juniper. | 300-500 | Shallow to bedrock, low available moisture. |
| 19: | | | | |
| Falcon---------- | Ponderosa pine, big sagebrush. | Ponderosa pine, muttongrass. | 850-1,000 | Shallow to bedrock. |
| Dough----------- | Ponderosa pine, big sagebrush. | Ponderosa pine, muttongrass. | 800-1,000 | Shallow to bedrock. |
| Rock outcrop. | | | | |
| 20*: | | | | |
| Gralic---------- | Engelmann spruce, subalpine fir, aspen, Douglas-fir. | Engelmann spruce, subalpine fir. | 100-500 | Coarse fragments, slope. |
| Grenadier------- | Engelmann spruce, subalpine fir, aspen, Douglas-fir. | Engelmann spruce, subalpine fir. | 100-500 | Coarse fragments, slope. |
| 21: | | | | |
| Hapgood--------- | Aspen woodland--- | Aspen woodland---- | 1,500-2,000 | Slope, coarse fragments. |
| Lamphier-------- | Aspen woodland--- | Aspen woodland---- | 1,500-2,000 | Slope. |
| 22: | | | | |
| Hoosan---------- | Columbia needlegrass, Thurber fescue. | Columbia needlegrass, Thurber fescue. | 1,500-1,800 | Shrink-swell. |
| Lamphier-------- | Columbia needlegrass, Thurber fescue. | Aspen, Columbia needlegrass. | 1,500-2,000 | Shrink-swell. |
| Leaps----------- | Columbia needlegrass, Thurber fescue. | Columbia needlegrass, Thurber fescue. | 1,500-1,800 | Shrink-swell. |
| 23: | | | | |
| Jodero---------- | Big sagebrush, needleandthread, muttongrass. | Arizona fescue, western wheatgrass. | 1,500-1,800 | --- |

See footnotes at end of table.

TABLE 5.--RANGELAND--Continued

| Soil name and map symbol | Present vegetation | Potential natural vegetation | Forage production potential lbs/acre | Revegetation limitations |
|---|---|---|---|---|
| 23:<br>Empedrado------- | Needleandthread, big sagebrush. | Arizona fescue, western wheatgrass. | 1,500-1,800 | --- |
| 24:<br>Kubler---------- | Gambel oak, Letterman needlegrass. | Gambel oak, elk sedge. | 2,000-3,000 | Shrink-swell. |
| Delson---------- | Gambel oak, Kentucky bluegrass. | Gambel oak, elk sedge. | 2,000-3,000 | Shrink-swell. |
| Cerro---------- | Letterman needlegrass, western wheatgrass. | Western wheatgrass, Letterman needlegrass. | 2,000-2,500 | Shrink-swell. |
| 25:<br>Lamphier-------- | Aspen woodland---- | Aspen woodland---- | 2,000-2,500 | Coarse fragments. |
| Hapgood--------- | Aspen woodland--- | Aspen woodland---- | 2,000-2,500 | Coarse fragments. |
| 26*:<br>Mirand---------- | Pinyon pine, big sagebrush. | Pinyon pine, Rocky Mountain juniper. | 1,100-1,500 | --- |
| Callan---------- | Pinyon pine, Rocky Mountain juniper, big sagebrush. | Big sagebrush, Indian ricegrass. | 1,100-1,500 | Shrink-swell. |
| Chilson Variant- | Pinyon pine, Rocky Mountain juniper. | Pinyon pine, Rocky Mountain juniper. | 300-500 | Shallow to bedrock. |
| 27*:<br>Overgaard------- | Engelmann spruce, subalpine fir. | Engelmann spruce, subalpine fir. | 100-500 | Shrink-swell. |
| Olathe---------- | Engelmann spruce, subalpine fir. | Engelmann spruce, subalpine fir. | 100-500 | Shallow to bedrock. |
| 28***:<br>Sawcreek-------- | Aspen, Columbia needlegrass. | Aspen, Arizona fescue. | 900-1,200 | --- |
| Splitro--------- | Aspen, Columbia needlegrass. | Aspen, Arizona fescue. | 900-1,200 | Shallow to bedrock. |
| 29*:<br>Supervisor------ | Engelmann spruce, aspen, Douglas-fir, blue spruce, subalpine fir. | Engelmann spruce, subalpine fir, Douglas-fir. | 100-500 | Coarse fragments. |

See footnotes at end of table.

BLM_0060015

78                                                                                          Soil Survey

TABLE 5.--RANGELAND--Continued

| Soil name and map symbol | Present vegetation | Potential natural vegetation | Forage production potential lbs/acre | Revegetation limitations |
|---|---|---|---|---|
| 29*: Cebone---------- | Engelmann spruce, aspen, Douglas-fir, blue spruce, subalpine fir. | Engelmann spruce, subalpine fir, Douglas-fir, blue spruce. | 100-500 | Shrink-swell. |
| 30*: Trampas--------- | Ponderosa pine, bottlebrush squirreltail. | Ponderosa pine, Indian ricegrass. | 1,500-1,800 | Coarse fragments. |
| Delson, moderately deep | Ponderosa pine, Gambel oak. | Ponderosa pine, Arizona fescue. | 2,000-2,500 | Shrink-swell. |
| 31*: Ula------------- | Engelmann spruce, subalpine fir. | Engelmann spruce, subalpine fir. | 100-500 | --- |
| Agneston-------- | Engelmann spruce, subalpine fir. | Engelmann spruce, subalpine fir. | 100-500 | Coarse fragments. |
| Pendergrass----- | Engelmann spruce, subalpine fir. | Engelmann spruce, subalpine fir. | 100-500 | Shallow to bedrock. |
| 32: Ustorthents----- | Lower coniferous forest. | Lower coniferous forest. | ** | Slope. |
| Ustochrepts----- | Lower coniferous forest. | Lower coniferous forest. | ** | Slope. |
| Rock outcrop. | | | | |

* Forage production potential is highly variable, depending upon the density and species of the canopy cover.
** Too broad for interpretation.
*** Not a true aspen woodland; marginal site conditions.

BLM_0060016

Uncompahgre National Forest Area, Colorado                                                          79

TABLE 6.--WOODLAND MANAGEMENT AND PRODUCTIVITY

(Only the soils suitable for commercial production of trees are listed.  Absence of an entry means that
information was not available.  See text for definitions of "slight," "moderate," and "severe."
NS means that the soil is not suited to that species)

| Soil name and map symbol | Management concerns | | | Productivity | | | | |
| | Timber harvest limitations | Reforestation limitations | Windthrow hazard | Range of site indices | | | | |
| | | | | Ponderosa pine[1] | Engelmann spruce[2] | Subalpine fir[2] | Aspen[3] | Pinyon-juniper[4] |
| 10:<br>Arabrab---- | Moderate or severe. | Severe--------- | Severe------- | NS | NS | NS | NS | 70-100 |
| Dalhart---- | Moderate-------- | Moderate------- | Moderate----- | NS | NS | NS | NS | 70-100 |
| 11:<br>Belain----- | Moderate-------- | Moderate------- | Severe------- | 45-60 | NS | NS | NS | NS |
| Falcon----- | Severe---------- | Severe--------- | Severe------- | 45-55 | NS | NS | NS | NS |
| 13:<br>Chilson---- | Moderate or severe. | Severe--------- | Severe------- | 55-75 | NS | NS | (5) | NS |
| Delson, moderately deep------ | Moderate or severe. | Moderate------- | Severe------- | 60-85 | NS | NS | (5) | NS |
| Beenom----- | Moderate-------- | Severe--------- | Severe------- | 50-80 | NS | NS | (5) | NS |
| 14:<br>Chilson Variant--- | Severe---------- | Severe--------- | Severe------- | NS | NS | NS | NS | 70-80 |
| Rock outcrop. | | | | | | | | |
| 15:<br>Delson----- | --- | --- | --- | (5) | NS | NS | NS | NS |
| Kubler----- | --- | --- | --- | (5) | NS | NS | NS | NS |
| Showalter-- | --- | --- | --- | NS | NS | NS | NS | NS |
| 16:<br>Delson, moderately deep------ | Moderate or severe. | Severe--------- | Severe------- | 60-85 | NS | NS | (5) | NS |
| Sharrott--- | Moderate or severe. | Severe--------- | Severe------- | 65-80 | NS | NS | (5) | NS |
| 17:<br>Dough, dry- | Moderate-------- | Severe--------- | Severe------- | NS | NS | NS | NS | 50-90 |
| Rook outcrop. | | | | | | | | |

See footnotes at end of table.

TABLE 6.--WOODLAND MANAGEMENT AND PRODUCTIVITY--Continued

| Soil name and map symbol | Management concerns | | | Productivity | | | | |
| | | | | Range of site indices | | | | |
| | Timber harvest limitations | Reforestation limitations | Windthrow hazard | Ponderosa pine[1] | Engelmann spruce[2] | Subalpine fir[2] | Aspen[3] | Pinyon-juniper[4] |
| 18: | | | | | | | | |
| Durango---- | Moderate-------- | Moderate------- | Moderate or severe. | NS | NS | NS | NS | 90-120 |
| Arabrab---- | Severe---------- | Severe--------- | Severe------- | NS | NS | NS | NS | 65-90 |
| 19: | | | | | | | | |
| Falcon----- | Moderate or severe. | Severe--------- | Severe------- | 50-70 | NS | NS | NS | NS |
| Dough------ | Moderate or severe. | Severe--------- | Severe------- | 50-70 | NS | NS | NS | NS |
| Rock outcrop. | | | | | | | | |
| 20: | | | | | | | | |
| Gralic----- | Moderate or severe. | Moderate or severe. | Moderate----- | NS | 65-75 | 60-70 | NS | NS |
| Grenadier-- | Moderate or severe. | Moderate or severe. | Moderate----- | NS | 70-80 | 70-80 | NS | NS |
| 21: | | | | | | | | |
| Hapgood---- | Moderate or severe. | Moderate or severe. | Moderate----- | NS | (5) | (5) | (6) | NS |
| Lamphier--- | Moderate or severe. | Slight--------- | Slight------- | NS | (5) | (5) | (6) | NS |
| 22: | | | | | | | | |
| Hoosan----- | --- | --- | --- | NS | NS | NS | (6) | NS |
| Lamphier--- | --- | --- | --- | NS | NS | NS | (5) | NS |
| Leaps------ | --- | --- | --- | NS | NS | NS | (5) | NS |
| 23: | | | | | | | | |
| Jodero----- | --- | --- | --- | NS | NS | NS | NS | NS |
| Empedrado-- | --- | --- | --- | NS | NS | NS | NS | NS |
| 24: | | | | | | | | |
| Kubler----- | --- | --- | --- | (5) | NS | NS | NS | NS |
| Delson----- | --- | --- | --- | (5) | NS | NS | NS | NS |
| Cerro------ | --- | --- | --- | NS | NS | NS | NS | NS |
| 25: | | | | | | | | |
| Lamphier--- | Slight---------- | Slight--------- | Slight------- | NS | (5) | (5) | (6) | NS |
| Hapgood---- | Severe---------- | Severe--------- | Moderate----- | NS | (5) | (5) | 45-55 | NS |
| 26: | | | | | | | | |
| Mirand----- | Severe---------- | Severe--------- | Severe------- | NS | NS | NS | NS | 70-100 |

See footnotes at end of table.

BLM_0060018

Uncompahgre National Forest Area, Colorado                                                          81

TABLE 6.--WOODLAND MANAGEMENT AND PRODUCTIVITY--Continued

| Soil name and map symbol | Management concerns | | | Productivity | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Range of site indices | | | | |
| | Timber harvest limitations | Reforestation limitations | Windthrow hazard | Ponderosa pine[1] | Engelmann spruce[2] | Subalpine fir[2] | Aspen[3] | Pinyon-juniper[4] |
| 26: | | | | | | | | |
| Callan----- | Severe---------- | Severe--------- | Severe------- | NS | NS | NS | NS | 100-150 |
| Chilson Variant--- | Severe---------- | Severe--------- | Severe------- | NS | NS | NS | NS | 65-75 |
| 27: | | | | | | | | |
| Overgaard-- | Severe---------- | Severe--------- | Severe------- | NS | 65-75 | 60-70 | NS | NS |
| Olathe----- | Severe---------- | Severe--------- | Severe------- | NS | (6) | (6) | NS | NS |
| 28: | | | | | | | | |
| Sawcreek--- | Moderate-------- | Moderate------- | Moderate----- | NS | NS | NS | (6) | NS |
| Splitro---- | Moderate or severe. | Moderate------- | Moderate----- | NS | NS | NS | (6) | NS |
| 29: | | | | | | | | |
| Supervisor- | Moderate or severe. | Moderate or severe. | Moderate----- | NS | 75-85 | (6) | (5) | NS |
| Cebone----- | Severe---------- | Severe--------- | Severe------- | NS | 70-80 | (6) | (5) | NS |
| 30: | | | | | | | | |
| Trampas---- | Moderate or severe. | Moderate or severe. | Severe------- | 55-80 | NS | NS | NS | NS |
| Delson, moderately deep------ | Severe---------- | Severe--------- | Severe------- | 60-75 | NS | NS | NS | NS |
| 31: | | | | | | | | |
| Ula-------- | Moderate-------- | Moderate------- | Slight------- | NS | 80-95 | 70-95 | NS | NS |
| Agneston--- | Moderate-------- | Moderate or severe. | Moderate----- | NS | 75-90 | 80-90 | NS | NS |
| Pendergrass | Severe---------- | Severe--------- | Severe------- | NS | 55-75 | 40-70 | NS | NS |

[1] Based on U.S. Department of Agriculture Technical Bulletin 630.
[2] Based on Soil Conservation Service Woodland Technical Guide, expanded to fit local conditions.  Base age of 100 years.
[3] Based on U.S. Department of Agriculture Bulletin 1291.  Base age of 80 years.
[4] Data based on basal area.  Source: Howell, J., Jr.  1940.  Pinyon and juniper: A preliminary study of volume, growth, and yield.  U.S. Dep. Agric., Soil Conserv. Serv. Reg. Bull. 71.
[5] The soil is suitable for production of this species, but the species is not part of the potential natural vegetation.
[6] The soil is suitable for production of this species, but no site index data are available.

BLM_0060019

TABLE 7.--BUILDING SITE DEVELOPMENT

(Some terms that describe restrictive soil features are defined in
the "Glossary." See text for definitions of "slight,"
"moderate," and "severe." Absence of an entry indicates that
the soil was not rated. The information in this table
indicates the dominant soil condition but does not eliminate
the need for onsite investigation)

| Soil name and map symbol | Shallow excavations | Dwellings without basements | Dwellings with basements |
|---|---|---|---|
| **10:** | | | |
| Arabrab---------- | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock. |
| Dalhart---------- | Severe: depth to rock. | Moderate: shrink-swell, slope, depth to rock. | Severe: depth to rock. |
| **11:** | | | |
| Belain----------- | Severe: depth to rock. | Moderate: slope, depth to rock. | Severe: depth to rock. |
| Falcon----------- | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock. |
| **12:** | | | |
| Borolls. | | | |
| Boralfs. | | | |
| Rock outcrop----- | Severe: depth to rock, slope. | Severe: slope, depth to rock. | Severe: depth to rock, slope. |
| **13:** | | | |
| Chilson---------- | Severe: depth to rock. | Severe: shrink-swell, depth to rock. | Severe: depth to rock, shrink-swell. |
| Delson, moderately deep- | Severe: depth to rock. | Moderate: shrink-swell, slope, depth to rock. | Severe: depth to rock. |
| Beenom----------- | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock. |
| **14:** | | | |
| Chilson Variant-- | Severe: depth to rock. | Severe: shrink-swell, depth to rock. | Severe: depth to rock, shrink-swell. |
| Rock outcrop----- | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock. |
| **15:** | | | |
| Delson---------- | Severe: depth to rock, slope. | Severe: slope. | Severe: depth to rock, slope. |

Uncompahgre National Forest Area, Colorado                                      83

TABLE 7.--BUILDING SITE DEVELOPMENT--Continued

| Soil name and map symbol | Shallow excavations | Dwellings without basements | Dwellings with basements |
|---|---|---|---|
| 15:<br>  Kubler---------- | Severe:<br>  slope. | Severe:<br>  slope. | Severe:<br>  slope. |
|   Showalter-------- | Severe:<br>  slope. | Severe:<br>  slope. | Severe:<br>  slope. |
| 16:<br>  Delson,<br>    moderately deep- | Severe:<br>  depth to rock. | Moderate:<br>  shrink-swell,<br>  slope,<br>  depth to rock. | Severe:<br>  depth to rock. |
|   Sharrott--------- | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. |
| 17:<br>  Dough, dry------- | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. |
|   Rock outcrop----- | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. |
| 18:<br>  Durango---------- | Severe:<br>  depth to rock. | Severe:<br>  shrink-swell. | Severe:<br>  depth to rock,<br>  shrink-swell. |
|   Arabrab---------- | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. |
| 19:<br>  Falcon----------- | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. |
|   Dough------------ | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. |
|   Rock outcrop----- | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. | Severe:<br>  depth to rock. |
| 20:<br>  Gralic----------- | Severe:<br>  large stones,<br>  slope. | Severe:<br>  slope,<br>  large stones. | Severe:<br>  slope,<br>  large stones. |
|   Grenadier-------- | Severe:<br>  large stones,<br>  slope. | Severe:<br>  slope,<br>  large stones. | Severe:<br>  slope,<br>  large stones. |
| 21:<br>  Hapgood---------- | Severe:<br>  large stones,<br>  slope. | Severe:<br>  slope,<br>  large stones. | Severe:<br>  slope,<br>  large stones. |
|   Lamphier--------- | Severe:<br>  slope. | Severe:<br>  slope. | Severe:<br>  slope. |

BLM_0060021

TABLE 7.--BUILDING SITE DEVELOPMENT--Continued

| Soil name and map symbol | Shallow excavations | Dwellings without basements | Dwellings with basements |
|---|---|---|---|
| **22:** | | | |
| Hoosan---------- | Severe: slope. | Severe: shrink-swell, slope. | Severe: slope, shrink-swell. |
| Lamphier-------- | Severe: slope. | Severe: slope. | Severe: slope. |
| Leaps. | | | |
| **23:** | | | |
| Jodero---------- | Slight--------- | Severe: flooding. | Severe: flooding. |
| Empedrado------- | Moderate: slope. | Moderate: shrink-swell, slope. | Moderate: slope. |
| **24:** | | | |
| Kubler---------- | Moderate: depth to rock, too clayey, slope. | Moderate: shrink-swell, slope. | Moderate: depth to rock, slope, shrink-swell. |
| Delson---------- | Severe: depth to rock. | Moderate: shrink-swell, slope, depth to rock. | Severe: depth to rock. |
| Cerro----------- | Moderate: too clayey, slope. | Moderate: shrink-swell, slope. | Moderate: slope, shrink-swell. |
| **25:** | | | |
| Lamphier-------- | Moderate: too clayey, slope. | Moderate: shrink-swell, slope. | Moderate: slope, shrink-swell. |
| Hapgood--------- | Severe: large stones. | Severe: large stones. | Severe: large stones. |
| **26:** | | | |
| Mirand---------- | Severe: depth to rock. | Moderate: shrink-swell, depth to rock. | Severe: depth to rock. |
| Callan---------- | Moderate: too clayey. | Severe: shrink-swell. | Severe: shrink-swell. |
| Chilson Variant-- | Severe: depth to rock. | Severe: shrink-swell, depth to rock. | Severe: depth to rock, shrink-swell. |
| **27:** | | | |
| Overgaard------- | Severe: depth to rock. | Moderate: shrink-swell, slope, depth to rock. | Severe: depth to rock. |
| Olathe---------- | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock. |

TABLE 7.--BUILDING SITE DEVELOPMENT--Continued

| Soil name and map symbol | Shallow excavations | Dwellings without basements | Dwellings with basements |
|---|---|---|---|
| 28: | | | |
| Sawcreek--------- | Severe: depth to rock. | Moderate: slope, depth to rock. | Severe: depth to rock. |
| Splitro---------- | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock. |
| 29: | | | |
| Supervisor------- | Severe: depth to rock, large stones. | Severe: large stones. | Severe: depth to rock, large stones. |
| Cebone----------- | Severe: depth to rock. | Severe: shrink-swell. | Severe: depth to rock, shrink-swell. |
| 30: | | | |
| Trampas---------- | Severe: large stones, slope. | Severe: slope, large stones. | Severe: slope, large stones. |
| Delson, moderately deep- | Severe: depth to rock. | Moderate: shrink-swell, slope, depth to rock. | Severe: depth to rock. |
| 31: | | | |
| Ula-------------- | Severe: depth to rock. | Moderate: shrink-swell, slope, depth to rock. | Severe: depth to rock. |
| Agneston--------- | Severe: depth to rock. | Moderate: shrink-swell, slope, depth to rock. | Severe: depth to rock. |
| Pendergrass------ | Severe: depth to rock, large stones. | Severe: depth to rock, large stones. | Severe: depth to rock, large stones. |
| 32: | | | |
| Ustorthents. | | | |
| Ustochrepts. | | | |
| Rock outcrop----- | Severe: depth to rock, slope. | Severe: slope, depth to rock. | Severe: depth to rock, slope. |

BLM_0060023

TABLE 8.--ROADS

(Some terms that describe restrictive soil features are defined in the
    "Glossary."  See text for definitions of "fair," "slight," and other
    terms)

| Soil name and map symbol | Suitability as a source of roadfill | Limitations affecting unpaved roads |
|---|---|---|
| **10:** | | |
| Arabrab | Poor: thin layer. | Severe: depth to rock. |
| Dalhart | Fair: texture. | Moderate: texture. |
| **11:** | | |
| Belain | Fair: texture. | Moderate: texture. |
| Falcon | Poor: thin layer. | Severe: depth to rock. |
| **12:** | | |
| Borolls | Poor: rock outcrop, slope. | Severe: slope. |
| Boralfs | Poor: rock outcrop, slope. | Severe: slope. |
| Rock outcrop. | | |
| **13:** | | |
| Chilson | Poor: thin layer. | Severe: depth to rock. |
| Delson, moderately deep | Fair: low strength. | Moderate: low strength. |
| Beenom | Poor: thin layer. | Severe: depth to rock. |
| **14:** | | |
| Chilson Variant | Poor: thin layer, large stones. | Severe: depth to rock. |
| Rock outcrop. | | |
| **15:** | | |
| Delson | Poor: texture, shrink-swell. | Severe: texture, shrink-swell. |
| Kubler | Poor: texture, shrink-swell. | Severe: texture, shrink-swell. |
| Showalter | Poor: texture, shrink-swell. | Severe: texture, shrink-swell. |
| **16:** | | |
| Delson, moderately deep | Fair: texture. | Moderate: texture. |

Uncompahgre National Forest Area, Colorado                                    87

TABLE 8.--ROADS--Continued

| Soil name and map symbol | Suitability as a source of roadfill | Limitations affecting unpaved roads |
|---|---|---|
| 16: | | |
| Sharrott | Poor: thin layer. | Severe: depth to rock. |
| 17: | | |
| Dough, dry | Poor: thin layer. | Severe: depth to rock. |
| Rock outcrop. | | |
| 18: | | |
| Durango | Fair: texture. | Moderate: texture. |
| Arabrab | Poor: thin layer. | Severe: depth to rock. |
| 19: | | |
| Falcon | Poor: thin layer. | Severe: depth to rock. |
| Dough | Poor: thin layer. | Severe: depth to rock. |
| Rock outcrop. | | |
| 20: | | |
| Gralic | Fair or poor: large stones, area reclaim. | Moderate or severe: large stones, slope. |
| Grenadier | Fair or poor: large stones, area reclaim. | Moderate or severe: slope, large stones. |
| 21: | | |
| Hapgood | Poor: slope, large stones. | Moderate or severe: large stones. |
| Lamphier | Fair: slope. | Moderate: slope. |
| 22: | | |
| Hoosan | Poor: texture, shrink-swell. | Severe: texture, shrink-swell. |
| Lamphier | Fair: slope. | Moderate: texture, slope. |
| Leaps | Poor: texture, shrink-swell. | Severe: texture, shrink-swell. |
| 23: | | |
| Jodero | Fair: texture. | Moderate: texture. |
| Empedrado | Fair: texture. | Moderate: texture. |

BLM_0060025

TABLE 8.--ROADS--Continued

| Soil name and map symbol | Suitability as a source of roadfill | Limitations affecting unpaved roads |
|---|---|---|
| 24: | | |
| Kubler--------------- | Poor: texture, shrink-swell. | Severe: texture, shrink-swell. |
| Delson--------------- | Poor: texture, shrink-swell. | Severe: texture, shrink-swell. |
| Cerro---------------- | Poor: texture, shrink-swell. | Severe: texture, shrink-swell. |
| 25: | | |
| Lamphier------------- | Fair: texture. | Moderate: texture. |
| Hapgood-------------- | Fair: large stones. | Moderate: large stones. |
| 26: | | |
| Mirand--------------- | Fair: texture. | Moderate: texture. |
| Callan--------------- | Fair: low strength. | Moderate: low strength. |
| Chilson Variant------ | Poor: area reclaim, thin layer. | Severe: depth to rock. |
| 27: | | |
| Overgaard------------ | Fair: area reclaim, texture. | Moderate: texture. |
| Olathe--------------- | Poor: thin layer. | Severe: depth to rock. |
| 28: | | |
| Sawcreek------------- | Good-------------------- | Moderate: texture. |
| Splitro-------------- | Poor: thin layer. | Severe: depth to rock. |
| 29: | | |
| Supervisor----------- | Poor: large stones, area reclaim. | Moderate: depth to rock, large stones. |
| Cebone--------------- | Poor: shrink-swell. | Severe: shrink-swell. |
| 30: | | |
| Trampas-------------- | Fair: slope. | Moderate: slope, large stones. |
| Delson, moderately deep----------------- | Fair: slope, texture. | Moderate: texture. |

BLM_0060026

Uncompahgre National Forest Area, Colorado

89

TABLE 8.--ROADS--Continued

| Soil name and map symbol | Suitability as a source of roadfill | Limitations affecting unpaved roads |
|---|---|---|
| 31: | | |
| Ula------------------ | Fair: area reclaim. | Slight or moderate: depth to rock. |
| Agneston-------------- | Poor: area reclaim. | Moderate: depth to rock. |
| Pendergrass----------- | Poor: thin layer. | Severe: depth to rock. |
| 32: | | |
| Ustorthents----------- | Poor: rock outcrop, slope. | Severe: slope. |
| Ustochrepts----------- | Poor: rock outcrop, slope. | Severe: slope. |
| Rock outcrop. | | |

BLM_0060027

TABLE 9.--SANITARY FACILITIES

(Some terms that describe restrictive soil features are defined in the "Glossary." See text for definitions of "slight," "good," and other terms. Absence of an entry indicates that the soil was not rated. The information in this table indicates the dominant soil condition but does not eliminate the need for onsite investigation)

| Soil name and map symbol | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| **10:** | | | | | |
| Arabrab------------ | Severe: depth to rock. | Severe: depth to rock, slope. | Severe: depth to rock. | Severe: depth to rock. | Poor: area reclaim, small stones. |
| Dalhart------------ | Severe: depth to rock, percs slowly. | Severe: depth to rock, slope. | Severe: depth to rock. | Severe: depth to rock. | Poor: area reclaim. |
| **11:** | | | | | |
| Belain------------ | Severe: depth to rock. | Severe: seepage, depth to rock, slope. | Severe: depth to rock, seepage. | Severe: depth to rock, seepage. | Poor: depth to rock, small stones. |
| Falcon------------ | Severe: depth to rock. | Severe: depth to rock, slope. | Severe: depth to rock, seepage. | Severe: depth to rock. | Poor: depth to rock. |
| **12:** | | | | | |
| Borolls. | | | | | |
| Boralfs. | | | | | |
| Rock outcrop------- | Severe: depth to rock. | Severe: depth to rock, slope. | Severe: depth to rock. | Severe: depth to rock. | Poor: depth to rock, slope. |
| **13:** | | | | | |
| Chilson------------ | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock, too clayey. | Severe: depth to rock. | Poor: depth to rock, too clayey, hard to pack. |
| Delson, moderately deep------------ | Severe: depth to rock, percs slowly. | Severe: depth to rock, slope. | Severe: depth to rock, too clayey. | Severe: depth to rock. | Poor: area reclaim, too clayey, hard to pack. |
| Beenom------------ | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock. | Poor: area reclaim. |
| **14:** | | | | | |
| Chilson Variant---- | Severe: depth to rock. | Severe: depth to rock, slope. | Severe: depth to rock, too clayey. | Severe: depth to rock. | Poor: depth to rock, too clayey, small stones. |
| Rock outcrop------- | Severe: depth to rock. | Severe: depth to rock, slope. | Severe: depth to rock. | Severe: depth to rock. | Poor: depth to rock. |

BLM_0060028

Uncompahgre National Forest Area, Colorado

TABLE 9.--SANITARY FACILITIES--Continued

| Soil name and map symbol | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| **15:** | | | | | |
| Delson------------- | Severe: depth to rock, percs slowly, slope. | Severe: depth to rock, slope. | Severe: depth to rock, slope, too clayey. | Severe: depth to rock, slope. | Poor: area reclaim, too clayey, hard to pack. |
| Kubler------------- | Severe: percs slowly, slope. | Severe: slope. | Severe: depth to rock, slope, too clayey. | Severe: slope. | Poor: too clayey, hard to pack, slope. |
| Showalter---------- | Severe: percs slowly, slope. | Severe: slope. | Severe: depth to rock, slope, too clayey. | Severe: slope. | Poor: too clayey, small stones, slope. |
| **16:** | | | | | |
| Delson, moderately deep-------------- | Severe: depth to rock, percs slowly. | Severe: depth to rock, slope. | Severe: depth to rock, too clayey. | Severe: depth to rock. | Poor: area reclaim, too clayey, hard to pack. |
| Sharrott----------- | Severe: depth to rock. | Severe: seepage, depth to rock. | Severe: depth to rock, seepage. | Severe: depth to rock, seepage. | Poor: area reclaim, small stones. |
| **17:** | | | | | |
| Dough, dry--------- | Severe: depth to rock. | Severe: depth to rock, slope. | Severe: depth to rock, seepage. | Severe: depth to rock. | Poor: depth to rock. |
| Rock outcrop------- | Severe: depth to rock. | Severe: depth to rock, slope. | Severe: depth to rock. | Severe: depth to rock. | Poor: depth to rock. |
| **18:** | | | | | |
| Durango------------ | Severe: depth to rock, percs slowly. | Severe: depth to rock. | Severe: depth to rock, too clayey. | Severe: depth to rock. | Poor: area reclaim, too clayey, hard to pack. |
| Arabrab------------ | Severe: depth to rock. | Severe: depth to rock, slope. | Severe: depth to rock. | Severe: depth to rock. | Poor: area reclaim, small stones. |
| **19:** | | | | | |
| Falcon------------- | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock, seepage. | Severe: depth to rock. | Poor: depth to rock. |
| Dough-------------- | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock, seepage. | Severe: depth to rock. | Poor: depth to rock. |
| Rock outcrop------- | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock. | Severe: depth to rock. | Poor: depth to rock. |

Soil Survey

TABLE 9.--SANITARY FACILITIES--Continued

| Soil name and map symbol | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| **20:** | | | | | |
| Gralic------------- | Severe: slope, large stones. | Severe: seepage, slope, large stones. | Severe: depth to rock, seepage, slope. | Severe: seepage, slope. | Poor: seepage, small stones, slope. |
| Grenadier---------- | Severe: slope, large stones. | Severe: seepage, slope, large stones. | Severe: depth to rock, seepage, slope. | Severe: seepage, slope. | Poor: large stones, slope. |
| **21:** | | | | | |
| Hapgood------------ | Severe: slope, large stones. | Severe: slope, large stones. | Severe: depth to rock, slope, large stones. | Severe: slope. | Poor: large stones, slope. |
| Lamphier----------- | Severe: percs slowly, slope. | Severe: slope. | Severe: slope. | Severe: slope. | Poor: slope. |
| **22:** | | | | | |
| Hoosan------------- | Severe: percs slowly, slope. | Severe: slope. | Severe: slope, too clayey. | Severe: slope. | Poor: too clayey, hard to pack, slope. |
| Lamphier----------- | Severe: percs slowly, slope. | Severe: slope. | Severe: slope. | Severe: slope. | Poor: slope. |
| Leaps. | | | | | |
| **23:** | | | | | |
| Jodero------------- | Severe: percs slowly. | Severe: flooding. | Moderate: flooding, too clayey. | Moderate: flooding. | Fair: too clayey. |
| Empedrado---------- | Severe: percs slowly. | Severe: slope. | Moderate: slope, too clayey. | Moderate: slope. | Fair: too clayey, slope. |
| **24:** | | | | | |
| Kubler------------- | Severe: percs slowly. | Severe: slope. | Severe: depth to rock, too clayey. | Moderate: depth to rock, slope. | Poor: too clayey, hard to pack. |
| Delson------------- | Severe: depth to rock, percs slowly. | Severe: depth to rock, slope. | Severe: depth to rock, too clayey. | Severe: depth to rock. | Poor: area reclaim, too clayey, hard to pack. |
| Cerro-------------- | Severe: percs slowly. | Severe: slope. | Severe: too clayey. | Moderate: slope. | Poor: too clayey, hard to pack. |
| **25:** | | | | | |
| Lamphier----------- | Severe: percs slowly. | Severe: slope. | Moderate: slope. | Moderate: slope. | Fair: slope, thin layer. |

BLM_0060030

Uncompahgre National Forest Area, Colorado

TABLE 9.--SANITARY FACILITIES--Continued

| Soil name and map symbol | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| 25:<br>Hapgood | Severe:<br>large stones. | Severe:<br>slope,<br>large stones. | Severe:<br>depth to rock,<br>large stones. | Moderate:<br>depth to rock,<br>slope. | Poor:<br>large stones. |
| 26:<br>Mirand | Severe:<br>depth to rock,<br>percs slowly. | Severe:<br>depth to rock. | Severe:<br>depth to rock,<br>too clayey. | Severe:<br>depth to rock. | Poor:<br>area reclaim,<br>too clayey. |
| Callan | Severe:<br>percs slowly. | Moderate:<br>slope. | Severe:<br>too clayey. | Slight | Poor:<br>too clayey,<br>hard to pack. |
| Chilson Variant | Severe:<br>depth to rock. | Severe:<br>depth to rock,<br>slope. | Severe:<br>depth to rock,<br>too clayey. | Severe:<br>depth to rock. | Poor:<br>depth to rock,<br>too clayey,<br>small stones. |
| 27:<br>Overgaard | Severe:<br>depth to rock,<br>percs slowly. | Severe:<br>depth to rock,<br>slope. | Severe:<br>depth to rock,<br>too clayey. | Severe:<br>depth to rock. | Poor:<br>area reclaim,<br>too clayey. |
| Olathe | Severe:<br>depth to rock. | Severe:<br>seepage,<br>depth to rock,<br>slope. | Severe:<br>depth to rock,<br>seepage. | Severe:<br>depth to rock,<br>seepage. | Poor:<br>area reclaim. |
| 28:<br>Sawcreek | Severe:<br>depth to rock. | Severe:<br>seepage,<br>depth to rock,<br>slope. | Severe:<br>depth to rock,<br>seepage. | Severe:<br>depth to rock,<br>seepage. | Poor:<br>area reclaim. |
| Splitro | Severe:<br>depth to rock. | Severe:<br>depth to rock,<br>slope. | Severe:<br>depth to rock. | Severe:<br>depth to rock. | Poor:<br>area reclaim,<br>large stones. |
| 29:<br>Supervisor | Severe:<br>depth to rock,<br>large stones. | Severe:<br>seepage,<br>depth to rock,<br>slope. | Severe:<br>depth to rock,<br>seepage,<br>large stones. | Severe:<br>depth to rock,<br>seepage. | Poor:<br>area reclaim,<br>large stones. |
| Cebone | Severe:<br>depth to rock,<br>percs slowly. | Severe:<br>seepage,<br>depth to rock,<br>slope. | Severe:<br>depth to rock,<br>too clayey. | Severe:<br>depth to rock,<br>seepage. | Poor:<br>area reclaim,<br>too clayey,<br>hard to pack. |
| 30:<br>Trampas | Severe:<br>percs slowly,<br>slope,<br>large stones. | Severe:<br>slope,<br>large stones. | Severe:<br>depth to rock,<br>slope,<br>too clayey. | Severe:<br>seepage,<br>slope. | Poor:<br>too clayey,<br>hard to pack,<br>large stones. |
| Delson, moderately<br>deep | Severe:<br>depth to rock,<br>percs slowly. | Severe:<br>depth to rock,<br>slope. | Severe:<br>depth to rock,<br>too clayey. | Severe:<br>depth to rock. | Poor:<br>area reclaim,<br>too clayey,<br>hard to pack. |

BLM_0060031

TABLE 9.--SANITARY FACILITIES--Continued

| Soil name and map symbol | Septic tank absorption fields | Sewage lagoon areas | Trench sanitary landfill | Area sanitary landfill | Daily cover for landfill |
|---|---|---|---|---|---|
| **31:** | | | | | |
| Ula---------------- | Severe: depth to rock, percs slowly. | Severe: depth to rock, slope. | Severe: depth to rock. | Severe: depth to rock. | Poor: area reclaim, large stones. |
| Agneston----------- | Severe: depth to rock, percs slowly. | Severe: seepage, depth to rock, slope. | Severe: depth to rock, large stones. | Severe: depth to rock, seepage. | Poor: area reclaim, large stones. |
| Pendergrass-------- | Severe: depth to rock, large stones. | Severe: seepage, depth to rock, large stones. | Severe: depth to rock, seepage, large stones. | Severe: depth to rock, seepage. | Poor: area reclaim, large stones. |
| **32:** | | | | | |
| Ustorthents. | | | | | |
| Ustochrepts. | | | | | |
| Rock outcrop------ | Severe: depth to rock. | Severe: depth to rock, slope. | Severe: depth to rock. | Severe: depth to rock. | Poor: depth to rock, slope. |

BLM_0060032

TABLE 10.--CONSTRUCTION MATERIALS

(Some terms that describe restrictive soil features are defined in the "Glossary."  See
text for definitions of "fair," "poor," and other terms.  Absence of an entry
indicates that the soil was not rated.  The information in this table indicates the
dominant soil condition but does not eliminate the need for onsite investigation)

| Soil name and map symbol | Sand | Gravel | Topsoil |
|---|---|---|---|
| 10: | | | |
| Arabrab | Improbable: excess fines. | Improbable: excess fines. | Poor: area reclaim, small stones. |
| Dalhart | Improbable: excess fines. | Improbable: excess fines. | Fair: area reclaim, small stones, thin layer. |
| 11: | | | |
| Belain | Improbable: excess fines. | Improbable: excess fines. | Poor: small stones. |
| Falcon | Improbable: excess fines. | Improbable: excess fines. | Poor: depth to rock, small stones. |
| 12: | | | |
| Borolls. | | | |
| Boralfs. | | | |
| Rock outcrop | --- | --- | Poor: depth to rock, slope. |
| 13: | | | |
| Chilson | Improbable: excess fines. | Improbable: excess fines. | Poor: depth to rock, too clayey, small stones. |
| Delson, moderately deep | Improbable: excess fines. | Improbable: excess fines. | Poor: small stones, area reclaim. |
| Beenom | Improbable: excess fines. | Improbable: excess fines. | Poor: area reclaim. |
| 14: | | | |
| Chilson Variant | Improbable: excess fines. | Improbable: excess fines. | Poor: depth to rock, small stones. |
| Rock outcrop | --- | --- | Poor: depth to rock. |
| 15: | | | |
| Delson | Improbable: excess fines. | Improbable: excess fines. | Poor: small stones, area reclaim, slope. |

BLM_0060033

TABLE 10.--CONSTRUCTION MATERIALS--Continued

| Soil name and map symbol | Sand | Gravel | Topsoil |
|---|---|---|---|
| **15:** | | | |
| Kubler--------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: slope. |
| Showalter------------ | Improbable: excess fines, large stones. | Improbable: excess fines, large stones. | Poor: small stones, area reclaim, slope. |
| **16:** | | | |
| Delson, moderately deep--------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: small stones, area reclaim. |
| Sharrott------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: area reclaim, small stones. |
| **17:** | | | |
| Dough, dry----------- | Improbable: excess fines. | Improbable: excess fines. | Poor: depth to rock. |
| Rock outcrop--------- | --- | --- | Poor: depth to rock. |
| **18:** | | | |
| Durango-------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: small stones. |
| Arabrab-------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: area reclaim, small stones. |
| **19:** | | | |
| Falcon--------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: depth to rock, small stones. |
| Dough---------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: depth to rock. |
| Rock outcrop--------- | --- | --- | Poor: depth to rock. |
| **20:** | | | |
| Gralic--------------- | Improbable: large stones. | Improbable: large stones. | Poor: small stones, area reclaim, slope. |
| Grenadier------------ | Improbable: excess fines, large stones. | Improbable: excess fines, large stones. | Poor: large stones, area reclaim, slope. |

TABLE 10.--CONSTRUCTION MATERIALS--Continued

| Soil name and map symbol | Sand | Gravel | Topsoil |
|---|---|---|---|
| **21:** | | | |
| Hapgood-------------- | Improbable: excess fines, large stones. | Improbable: excess fines, large stones. | Poor: large stones, area reclaim, slope. |
| Lamphier------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: slope. |
| **22:** | | | |
| Hoosan-------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: small stones, slope. |
| Lamphier------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: slope. |
| Leaps. | | | |
| **23:** | | | |
| Jodero-------------- | Improbable: excess fines. | Improbable: excess fines. | Fair: small stones. |
| Empedrado------------ | Improbable: excess fines. | Improbable: excess fines. | Fair: too clayey, small stones, slope. |
| **24:** | | | |
| Kubler-------------- | Improbable: excess fines. | Improbable: excess fines. | Fair: small stones, area reclaim, slope. |
| Delson-------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: small stones, area reclaim. |
| Cerro---------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: thin layer. |
| **25:** | | | |
| Lamphier------------- | Improbable: excess fines. | Improbable: excess fines. | Fair: small stones, slope. |
| Hapgood-------------- | Improbable: excess fines, large stones. | Improbable: excess fines, large stones. | Poor: large stones, area reclaim. |
| **26:** | | | |
| Mirand-------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: thin layer. |
| Callan-------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: thin layer. |
| Chilson Variant------ | Improbable: excess fines. | Improbable: excess fines. | Poor: depth to rock, small stones. |

BLM_0060035

TABLE 10.--CONSTRUCTION MATERIALS--Continued

| Soil name and map symbol | Sand | Gravel | Topsoil |
|---|---|---|---|
| 27: | | | |
| Overgaard------------ | Improbable: excess fines. | Improbable: excess fines. | Poor: large stones. |
| Olathe--------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: area reclaim, small stones. |
| 28: | | | |
| Sawcreek------------- | Improbable: excess fines. | Improbable: excess fines. | Fair: area reclaim, small stones, thin layer. |
| Splitro-------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: area reclaim, large stones. |
| 29: | | | |
| Supervisor----------- | Improbable: excess fines, large stones. | Improbable: excess fines, large stones. | Poor: large stones. |
| Cebone--------------- | Improbable: excess fines, | Improbable: excess fines, | Poor: small stones. |
| 30: | | | |
| Trampas-------------- | Improbable: excess fines, large stones. | Improbable: excess fines, large stones. | Poor: large stones, area reclaim, slope. |
| Delson, moderately deep--------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: small stones, area reclaim. |
| 31: | | | |
| Ula------------------ | Improbable: excess fines. | Improbable: excess fines. | Poor: large stones, area reclaim. |
| Agneston------------- | Improbable: excess fines. | Improbable: excess fines. | Poor: large stones. |
| Pendergrass---------- | Improbable: excess fines, large stones. | Improbable: excess fines, large stones. | Poor: area reclaim, large stones. |
| 32: | | | |
| Ustorthents. | | | |
| Ustochrepts. | | | |
| Rock outcrop--------- | --- | --- | Poor: depth to rock, slope. |

BLM_0060036

TABLE 11.--WATER MANAGEMENT

(Some terms that describe restrictive soil features are defined in the "Glossary."
 See text for definitions of "slight," "moderate," and "severe."  Absence of an
 entry indicates that the soil was not evaluated.  The information in this table
 indicates the dominant soil condition but does not eliminate the need for
 onsite investigation)

| Soil name and map symbol | Limitations for-- | | Features affecting-- | |
|---|---|---|---|---|
| | Pond reservoir areas | Embankments, dikes, and levees | Irrigation | Terraces and diversions |
| **10:** | | | | |
| Arabrab---------- | Severe: depth to rock, slope. | Severe: piping. | Soil blowing, depth to rock, slope. | Slope, depth to rock, soil blowing. |
| Dalhart---------- | Severe: slope. | Severe: piping. | Soil blowing, depth to rock, slope. | Slope, depth to rock, soil blowing. |
| **11:** | | | | |
| Belain----------- | Severe: seepage, slope. | Severe: piping. | Slope, depth to rock. | Slope, depth to rock. |
| Falcon----------- | Severe: depth to rock, slope. | Severe: thin layer. | Slope, depth to rock. | Slope, depth to rock. |
| **12:** | | | | |
| Borolls. | | | | |
| Boralfs. | | | | |
| Rock outcrop----- | Severe: depth to rock, slope. | --- | Slope, depth to rock. | Slope, depth to rock. |
| **13:** | | | | |
| Chilson---------- | Severe: depth to rock. | Severe: thin layer. | Slope, percs slowly. | Large stones, depth to rock, soil blowing. |
| Delson, moderately deep- | Severe: slope. | Moderate: thin layer, hard to pack. | Percs slowly, depth to rock, slope. | Slope, large stones, depth to rock. |
| Beenom----------- | Severe: depth to rock. | Severe: piping. | Soil blowing, depth to rock, slope. | Depth to rock, soil blowing. |
| **14:** | | | | |
| Chilson Variant-- | Severe: depth to rock, slope. | Severe: thin layer. | Slope, percs slowly, depth to rock. | Slope, large stones, depth to rock. |
| Rock outcrop----- | Severe: depth to rock, slope. | --- | Slope, depth to rock. | Slope, depth to rock. |
| **15:** | | | | |
| Delson---------- | Severe: slope. | Moderate: thin layer, hard to pack. | Percs slowly, depth to rock, slope. | Slope, large stones, depth to rock. |

TABLE 11.--WATER MANAGEMENT--Continued

| Soil name and map symbol | Limitations for-- | | Features affecting-- | |
|---|---|---|---|---|
| | Pond reservoir areas | Embankments, dikes, and levees | Irrigation | Terraces and diversions |
| **15:** | | | | |
| Kubler---------- | Severe: slope. | Moderate: hard to pack. | Percs slowly, slope. | Slope, percs slowly. |
| Showalter-------- | Severe: slope. | Severe: large stones. | Slope, large stones, droughty. | Slope, large stones, percs slowly. |
| **16:** | | | | |
| Delson, moderately deep- | Severe: slope. | Moderate: thin layer, hard to pack. | Percs slowly, depth to rock, slope. | Slope, large stones, depth to rock. |
| Sharrott-------- | Severe: depth to rock. | Severe: seepage. | Large stones, droughty, depth to rock. | Large stones, depth to rock. |
| **17:** | | | | |
| Dough, dry------- | Severe: depth to rock, slope. | Severe: piping. | Slope, soil blowing, depth to rock. | Slope, depth to rock, soil blowing. |
| Rock outcrop----- | Severe: depth to rock, slope. | --- | Slope, depth to rock. | Slope, depth to rock. |
| **18:** | | | | |
| Durango---------- | Moderate: depth to rock, slope. | Moderate: hard to pack. | Soil blowing, percs slowly, depth to rock. | Depth to rock, soil blowing. |
| Arabrab---------- | Severe: depth to rock, slope. | Severe: piping. | Soil blowing, depth to rock, slope. | Slope, depth to rock, soil blowing. |
| **19:** | | | | |
| Falcon----------- | Severe: depth to rock. | Severe: thin layer. | Slope, soil blowing, depth to rock. | Depth to rock, soil blowing. |
| Dough----------- | Severe: depth to rock. | Severe: piping. | Slope, soil blowing, depth to rock. | Depth to rock, soil blowing. |
| Rock outcrop----- | Severe: depth to rock. | --- | Slope, depth to rock. | Depth to rock. |
| **20:** | | | | |
| Gralic---------- | Severe: seepage, slope. | Severe: seepage, large stones. | Large stones, droughty, soil blowing. | Slope, large stones, soil blowing. |
| Grenadier-------- | Severe: seepage, slope. | Severe: piping, large stones. | Large stones, droughty, slope. | Slope, large stones. |

BLM_0060038

Uncompahgre National Forest Area, Colorado                                         101

TABLE 11.--WATER MANAGEMENT--Continued

| Soil name and map symbol | Limitations for-- | | Features affecting-- | |
| | Pond reservoir areas | Embankments, dikes, and levees | Irrigation | Terraces and diversions |
|---|---|---|---|---|
| **21:** | | | | |
| Hapgood---------- | Severe: slope. | Severe: large stones. | Large stones, droughty, slope. | Slope, large stones, |
| Lamphier--------- | Severe: slope. | Severe: piping. | Slope----------- | Slope. |
| **22:** | | | | |
| Hoosan----------- | Severe: slope. | Severe: hard to pack. | Percs slowly, slope. | Slope, percs slowly. |
| Lamphier--------- | Severe: slope. | Severe: piping. | Slope----------- | Slope. |
| Leaps. | | | | |
| **23:** | | | | |
| Jodero----------- | Moderate: slope. | Slight--------- | Slope----------- | Erodes easily. |
| Empedrado-------- | Severe: slope. | Moderate: piping. | Slope----------- | Slope. |
| **24:** | | | | |
| Kubler----------- | Severe: slope. | Moderate: hard to pack. | Percs slowly, slope. | Slope, percs slowly. |
| Delson----------- | Severe: slope. | Moderate: thin layer, hard to pack. | Percs slowly, depth to rock, slope. | Slope, large stones, depth to rock. |
| Cerro------------ | Severe: slope. | Moderate: hard to pack. | Percs slowly, slope. | Slope, percs slowly. |
| **25:** | | | | |
| Lamphier--------- | Severe: slope. | Severe: piping. | Slope----------- | Slope. |
| Hapgood---------- | Severe: slope. | Severe: large stones. | Large stones, droughty, slope. | Slope, large stones. |
| **26:** | | | | |
| Mirand----------- | Moderate: depth to rock, slope. | Slight--------- | Percs slowly, depth to rock, slope. | Depth to rock, percs slowly. |
| Callan----------- | Moderate: slope. | Moderate: hard to pack. | Percs slowly, slope. | Percs slowly. |
| Chilson Variant-- | Severe: depth to rock, slope. | Severe: thin layer. | Slope, percs slowly, depth to rock. | Slope, large stones, depth to rock. |
| **27:** | | | | |
| Overgaard-------- | Severe: slope. | Severe: thin layer. | Soil blowing, depth to rock, slope. | Slope, large stones, depth to rock. |

BLM_0060039

Soil Survey

TABLE 11.--WATER MANAGEMENT--Continued

| Soil name and map symbol | Limitations for-- | | Features affecting-- | |
|---|---|---|---|---|
| | Pond reservoir areas | Embankments, dikes, and levees | Irrigation | Terraces and diversions |
| **27:** | | | | |
| Olathe----------- | Severe: depth to rock, slope. | Severe: thin layer. | Soil blowing, depth to rock, slope. | Slope, depth to rock, soil blowing. |
| **28:** | | | | |
| Sawcreek--------- | Severe: seepage, slope. | Severe: piping. | Soil blowing, depth to rock, slope. | Slope, depth to rock, soil blowing. |
| Splitro---------- | Severe: depth to rock, slope. | Severe: piping. | Large stones, depth to rock, slope. | Slope, large stones, depth to rock. |
| **29:** | | | | |
| Supervisor------- | Severe: seepage, slope. | Severe: seepage, large stones. | Large stones, depth to rock, slope. | Slope, large stones, depth to rock. |
| Cebone----------- | Severe: slope. | Severe: thin layer. | Percs slowly, depth to rock, slope. | Slope, large stones, depth to rock. |
| **30:** | | | | |
| Trampas---------- | Severe: slope. | Severe: large stones. | Large stones, droughty, percs slowly. | Slope, large stones, percs slowly. |
| Delson, moderately deep- | Severe: slope. | Moderate: thin layer, hard to pack. | Percs slowly, depth to rock, slope. | Slope, large stones, depth to rock. |
| **31:** | | | | |
| Ula------------- | Severe: slope. | Severe: thin layer. | Large stones, droughty. | Slope, large stones, depth to rock. |
| Agneston--------- | Severe: slope. | Severe: large stones. | Large stones, droughty, depth to rock. | Slope, large stones, depth to rock. |
| Pendergrass------ | Severe: depth to rock. | Severe: large stones. | Large stones, droughty, depth to rock. | Large stones, depth to rock. |
| **32:** | | | | |
| Ustorthents. | | | | |
| Ustochrepts. | | | | |
| Rock outcrop----- | Severe: depth to rock, slope. | --- | Slope, depth to rock. | Slope, depth to rock. |

Uncompahgre National Forest Area, Colorado                                                           103

TABLE 12.--ENGINEERING INDEX PROPERTIES

(The symbol < means less than; > means more than.  Absence of an entry indicates that data were not estimated)

| Soil name and map symbol | Depth | USDA texture | Classification | | Frag-ments >3 inches | Percentage passing sieve number-- | | | | Liquid limit | Plas-ticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Unified | AASHTO | | 4 | 10 | 40 | 200 | | |
| | In | | | | Pct | | | | | Pct | |
| **10:** | | | | | | | | | | | |
| Arabrab--------- | 0-6 | Sandy loam------- | SM, ML | A-4, A-2 | 0-5 | 95-100 | 90-100 | 65-90 | 30-55 | 20-25 | NP-5 |
| | 6-14 | Sandy clay loam, clay loam, loam. | CL, SC, CL-ML, SM-SC | A-4, A-6 | 0-5 | 85-100 | 80-100 | 75-95 | 50-75 | 30-40 | 5-15 |
| | 14-19 | Gravelly sandy clay loam, gravelly loam, gravelly clay loam. | CL, SC, CL-ML, SM-SC | A-4, A-6, A-2 | 0-15 | 60-85 | 50-75 | 45-70 | 30-55 | 30-40 | 5-15 |
| | 19 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Dalhart--------- | 0-4 | Sandy loam------- | SM | A-4 | 0 | 100 | 100 | 65-75 | 35-50 | 20-25 | NP-5 |
| | 4-13 | Sandy clay loam, loam, clay loam. | CL | A-6 | 0 | 100 | 100 | 75-90 | 50-75 | 30-40 | 10-20 |
| | 13-37 | Sandy clay loam, loam, clay loam. | CL-ML, CL, SM-SC, SC | A-4, A-6 | 0 | 80-100 | 75-100 | 70-85 | 40-70 | 25-35 | 5-15 |
| | 37 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **11:** | | | | | | | | | | | |
| Belain---------- | 0-5 | Loam------------- | SM | A-4 | 0-10 | 95-100 | 90-100 | 65-75 | 35-50 | 20-30 | NP-5 |
| | 5-13 | Sandy loam, gravelly sandy loam. | SM | A-2, A-4 | 0-10 | 65-95 | 55-90 | 40-70 | 25-45 | 20-30 | NP-5 |
| | 13-22 | Sandy loam, loam, gravelly sandy loam. | SM, ML | A-1, A-2, A-4 | 0-10 | 65-95 | 55-90 | 40-80 | 20-60 | 20-30 | NP-5 |
| | 22 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Falcon---------- | 0-3 | Stony sandy loam | SM | A-2, A-4 | 5-15 | 95-100 | 90-100 | 60-75 | 30-50 | 20-30 | NP-5 |
| | 3-10 | Sandy clay loam, gravelly sandy loam, sandy loam. | SM, SM-SC | A-2, A-4 | 0 | 75-100 | 70-100 | 50-75 | 25-50 | 20-30 | NP-10 |
| | 10 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **12:** | | | | | | | | | | | |
| Borolls. | | | | | | | | | | | |
| Boralfs. | | | | | | | | | | | |
| Rock outcrop---- | 0-60 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **13:** | | | | | | | | | | | |
| Chilson--------- | 0-4 | Fine sandy loam | SM, SM-SC | A-4 | 0-10 | 90-100 | 85-100 | 65-85 | 35-50 | 20-30 | NP-10 |
| | 4-8 | Gravelly clay loam, cobbly clay loam, sandy clay loam. | CL, SC | A-6, A-7 | 5-25 | 75-95 | 70-90 | 50-80 | 35-70 | 35-45 | 15-25 |
| | 8-15 | Gravelly clay loam, cobbly clay loam, clay. | GC, CL, CH | A-7 | 0-30 | 60-90 | 55-85 | 45-80 | 35-65 | 45-55 | 25-35 |
| | 15-17 | Weathered bedrock | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 17 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Soil Survey

TABLE 12.--ENGINEERING INDEX PROPERTIES--Continued

| Soil name and map symbol | Depth | USDA texture | Classification Unified | Classification AASHTO | Frag-ments >3 inches | Percentage passing sieve number-- 4 | 10 | 40 | 200 | Liquid limit | Plas-ticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | | | | | Pct | |
| **13:** | | | | | | | | | | | |
| Delson, moderately deep | 0-7 | Loam------------ | CL-ML, ML | A-4 | 0-5 | 85-100 | 75-100 | 60-90 | 50-75 | 25-35 | 5-10 |
| | 7-24 | Clay loam, clay, gravelly clay loam. | CL, CH, GC | A-7 | 0-10 | 60-90 | 55-85 | 45-80 | 40-75 | 40-55 | 15-30 |
| | 24-30 | Very gravelly clay loam, very cobbly clay loam. | GM, GC | A-2, A-6, A-7 | 10-45 | 45-60 | 40-55 | 35-50 | 30-40 | 35-50 | 10-25 |
| | 30 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Beenom---------- | 0-2 | Sandy loam------- | ML, SM | A-4 | 0-5 | 95-100 | 90-100 | 60-75 | 40-60 | 20-25 | NP-5 |
| | 2-8 | Loam, sandy clay loam. | CL-ML, CL | A-4, A-6 | 0-5 | 95-100 | 90-100 | 70-90 | 50-75 | 25-35 | 5-15 |
| | 8-16 | Sandy clay loam, clay loam. | CL-ML, CL, SC, SM-SC | A-4, A-6 | 0-5 | 95-100 | 85-100 | 75-90 | 45-75 | 25-40 | 5-20 |
| | 16 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **14:** | | | | | | | | | | | |
| Chilson Variant- | 0-5 | Sandy loam------- | SM, SM-SC | A-4 | 0-15 | 85-100 | 80-95 | 60-70 | 35-50 | 20-30 | NP-10 |
| | 5-14 | Sandy clay loam, cobbly sandy clay loam. | SC | A-2, A-6 | 0-25 | 80-100 | 75-95 | 55-75 | 30-50 | 30-40 | 10-20 |
| | 14-19 | Cobbly clay, clay | SC | A-2, A-7 | 0-25 | 75-100 | 70-90 | 50-70 | 30-50 | 40-55 | 20-35 |
| | 19 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **15:** | | | | | | | | | | | |
| Delson---------- | 0-11 | Gravelly loam---- | GM-GC, GM, SM-SC, SM | A-2, A-4 | 0-10 | 55-80 | 50-75 | 45-70 | 30-50 | 25-35 | 5-10 |
| | 11-45 | Clay loam, clay, gravelly clay loam. | CL, CH, GC | A-7 | 0-10 | 60-90 | 55-85 | 45-80 | 40-75 | 40-55 | 15-30 |
| | 45-60 | Very gravelly clay loam, very cobbly clay loam. | GM, GC | A-2, A-6, A-7 | 10-45 | 45-60 | 40-55 | 35-50 | 30-40 | 35-50 | 10-25 |
| Kubler---------- | 0-7 | Loam------------ | CL-ML, CL | A-4, A-6 | 0 | 85-100 | 75-100 | 65-95 | 55-75 | 25-35 | 5-15 |
| | 7-22 | Clay loam, silty clay loam. | CL | A-6, A-7 | 0 | 85-100 | 75-100 | 70-100 | 60-90 | 35-45 | 15-25 |
| | 22-44 | Clay, clay loam | CL, CH | A-7 | 0 | 85-100 | 75-100 | 65-90 | 55-90 | 45-55 | 25-35 |
| | 44-60 | Clay, clay loam, gravelly clay loam. | CL, GC | A-6, A-7 | 0 | 60-85 | 55-80 | 50-75 | 40-70 | 35-50 | 15-30 |
| Showalter------- | 0-11 | Gravelly loam---- | ML, SM | A-4 | 5-15 | 50-75 | 45-70 | 40-60 | 35-55 | 30-35 | 5-10 |
| | 11-24 | Very cobbly clay loam. | GC, SC | A-6 | 30-50 | 55-75 | 50-70 | 40-65 | 35-50 | 35-40 | 15-20 |
| | 24-32 | Very cobbly clay | GC, CH | A-7 | 30-50 | 55-75 | 50-70 | 45-65 | 40-60 | 40-60 | 20-40 |
| | 32-60 | Extremely cobbly clay, extremely cobbly clay loam. | GC | A-2 | 50-70 | 20-50 | 15-45 | 15-40 | 10-35 | 35-50 | 15-30 |

BLM_0060042

Uncompahgre National Forest Area, Colorado 105

TABLE 12.--ENGINEERING INDEX PROPERTIES--Continued

| Soil name and map symbol | Depth | USDA texture | Classification | | Fragments >3 inches | Percentage passing sieve number-- | | | | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Unified | AASHTO | | 4 | 10 | 40 | 200 | | |
| | In | | | | Pct | | | | | Pct | |
| 16: Delson, | | | | | | | | | | | |
| moderately deep | 0-7 | Loam----------- | CL-ML, ML | A-4 | 0-5 | 85-100 | 75-100 | 60-90 | 50-75 | 25-35 | 5-10 |
| | 7-24 | Clay loam, clay, gravelly clay loam. | CL, CH, GC | A-7 | 0-10 | 60-90 | 55-85 | 45-80 | 40-75 | 40-55 | 15-30 |
| | 24-30 | Clay loam, gravelly clay loam, cobbly clay loam. | ML, CL, GM, GC | A-6, A-7 | 0-25 | 60-90 | 55-85 | 45-80 | 35-70 | 35-50 | 10-25 |
| | 30 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sharrott-------- | 0-4 | Cobbly loam------ | SM, ML | A-4 | 25-40 | 85-95 | 80-90 | 70-85 | 45-60 | 20-30 | NP-5 |
| | 4-15 | Very gravelly fine sandy loam, extremely gravelly fine sandy loam. | GM, GM-GM, GP-GM, SP-SM | A-1, A-2 | 15-25 | 25-70 | 20-65 | 10-40 | 5-30 | 20-30 | NP-5 |
| | 15 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 17: Dough, dry------ | 0-3 | Sandy loam------- | ML, SM, CL-ML, SM-SC | A-4 | 0 | 100 | 100 | 90-100 | 40-60 | 20-30 | NP-10 |
| | 3-16 | Sandy loam, fine sandy loam, loam. | ML, SM, CL-ML, SM-SC | A-4 | 0 | 100 | 100 | 90-100 | 40-70 | 20-30 | NP-10 |
| | 16 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18: Durango--------- | 0-4 | Sandy loam------- | SM, SM-SC | A-2, A-4 | 0 | 75-100 | 75-100 | 50-70 | 25-45 | 20-30 | NP-10 |
| | 4-10 | Sandy clay loam | SC | A-2, A-6 | 0 | 75-100 | 75-100 | 50-80 | 30-50 | 30-40 | 10-20 |
| | 10-25 | Clay loam, clay | CH, CL | A-7 | 0 | 95-100 | 85-95 | 70-90 | 60-80 | 45-60 | 25-35 |
| | 25-60 | Clay, clay loam, gravelly clay loam. | GC, CH, SC, CL | A-7 | 0 | 65-95 | 60-90 | 55-85 | 45-75 | 45-55 | 25-30 |
| Arabrab--------- | 0-6 | Sandy loam------- | SM, ML | A-4, A-2 | 0-5 | 95-100 | 90-100 | 65-90 | 30-55 | 20-25 | NP-5 |
| | 6-14 | Sandy clay loam, clay loam, loam. | CL, SC, CL-ML, SM-SC | A-4, A-6 | 0-5 | 85-100 | 80-100 | 75-95 | 50-75 | 30-40 | 5-15 |
| | 14-19 | Gravelly sandy clay loam, gravelly loam, gravelly clay loam. | CL, SC, CL-ML, SM-SC | A-4, A-6, A-2 | 0-15 | 60-85 | 50-75 | 45-70 | 30-55 | 30-40 | 5-15 |
| | 19 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 19: Falcon---------- | 0-3 | Fine sandy loam | SM | A-2, A-4 | 0-10 | 95-100 | 90-100 | 60-75 | 30-50 | 20-30 | NP-5 |
| | 3-10 | Sandy clay loam, gravelly sandy loam, sandy loam. | SM, SM-SC | A-2, A-4 | 0 | 75-100 | 70-100 | 50-75 | 25-50 | 20-30 | NP-10 |
| | 10 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |

BLM_0060043

TABLE 12.--ENGINEERING INDEX PROPERTIES--Continued

| Soil name and map symbol | Depth | USDA texture | Classification | | Frag- ments >3 inches | Percentage passing sieve number-- | | | | Liquid limit | Plas- ticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Unified | AASHTO | | 4 | 10 | 40 | 200 | | |
| | In | | | | Pct | | | | | Pct | |
| **19:** | | | | | | | | | | | |
| Dough---------- | 0-3 | Sandy loam------- | ML, SM, CL-ML, SM-SC | A-4 | 0 | 100 | 100 | 90-100 | 40-60 | 20-30 | NP-10 |
| | 3-11 | Sandy loam, fine sandy loam, loam. | ML, SM, CL-ML, SM-SC | A-4 | 0 | 100 | 100 | 90-100 | 40-70 | 20-30 | NP-10 |
| | 11 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop---- | 0-60 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **20:** | | | | | | | | | | | |
| Gralic---------- | 0-5 | Fine sandy loam | SM, ML | A-4 | 0-10 | 95-100 | 90-100 | 80-100 | 40-60 | 20-25 | NP-5 |
| | 5-19 | Gravelly fine sandy loam, extremely gravelly fine sandy loam, very cobbly sandy loam. | GM, SM | A-2, A-1 | 5-55 | 35-80 | 30-75 | 20-60 | 15-35 | 15-25 | NP-5 |
| | 19-60 | Extremely cobbly fine sandy loam, very gravelly fine sandy loam. | GM-GC, GM, SM, SM-SC | A-2, A-1 | 25-60 | 50-65 | 35-50 | 25-40 | 15-30 | 15-25 | NP-5 |
| Grenadier------- | 0-4 | Very stony fine sandy loam. | SM | A-4 | 15-30 | 90-95 | 85-90 | 70-90 | 40-50 | 15-25 | NP-5 |
| | 4-32 | Stony sandy loam, very cobbly fine sandy loam, very cobbly sandy loam. | SM | A-4, A-2 | 25-50 | 80-90 | 75-85 | 50-75 | 25-45 | 15-25 | NP-5 |
| | 32-50 | Very cobbly sandy loam, extremely cobbly sandy loam, very stony fine sandy loam. | SM, GM | A-2, A-1 | 40-65 | 60-80 | 55-75 | 35-60 | 20-35 | 15-25 | NP-5 |
| | 50 | Weathered bedrock | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **21:** | | | | | | | | | | | |
| Hapgood--------- | 0-8 | Cobbly loam------ | SM-SC, CL-ML | A-4 | 15-35 | 80-90 | 70-90 | 60-85 | 40-65 | 25-30 | 5-10 |
| | 8-17 | Very cobbly loam, very cobbly sandy clay loam. | GC | A-6, A-2 | 30-55 | 55-70 | 50-70 | 40-65 | 25-45 | 30-35 | 10-15 |
| | 17-60 | Extremely cobbly loam, extremely stony sandy clay loam, very cobbly loam. | GC | A-6, A-2 | 30-80 | 55-70 | 50-70 | 40-65 | 25-45 | 30-35 | 10-15 |
| Lamphier-------- | 0-35 | Loam------------- | CL, CL-ML, SC, SM-SC | A-4, A-6 | 0 | 95-100 | 90-100 | 75-90 | 45-75 | 25-35 | 5-15 |
| | 35-45 | Clay loam, sandy clay loam. | CL, SC | A-6, A-7 | 0-10 | 85-100 | 80-100 | 70-90 | 45-75 | 35-45 | 15-25 |
| | 45-60 | Gravelly sandy clay loam, clay loam, clay. | CL, CH, SC | A-6, A-7 | 0-10 | 60-95 | 55-90 | 45-85 | 35-70 | 35-60 | 15-40 |

BLM_0060044

Uncompahgre National Forest Area, Colorado                                                                 107

TABLE 12.--ENGINEERING INDEX PROPERTIES--Continued

| Soil name and map symbol | Depth | USDA texture | Classification Unified | AASHTO | Frag- ments >3 inches | Percentage passing sieve number-- 4 | 10 | 40 | 200 | Liquid limit | Plas- ticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | | | | | Pct | |
| **22:** | | | | | | | | | | | |
| Hoosan | 0-10 | Loam | CL-ML, CL | A-4, A-6 | 0-10 | 95-100 | 90-100 | 80-100 | 60-75 | 25-35 | 5-15 |
| | 10-22 | Loam, clay loam | CL | A-6 | 0-10 | 95-100 | 90-100 | 80-100 | 60-75 | 30-40 | 10-20 |
| | 22-38 | Stony clay, clay | ML, MH | A-7 | 5-25 | 75-85 | 70-85 | 65-80 | 50-70 | 45-55 | 15-25 |
| | 38-60 | Clay | ML, MH | A-7 | 0-10 | 95-100 | 90-100 | 85-95 | 65-80 | 45-55 | 15-25 |
| Lamphier | 0-35 | Loam | CL, CL-ML, SC, SM-SC | A-4, A-6 | 0 | 95-100 | 90-100 | 75-90 | 45-75 | 25-35 | 5-15 |
| | 35-45 | Clay loam, sandy clay loam. | CL, SC | A-6, A-7 | 0-10 | 85-100 | 80-100 | 70-90 | 45-75 | 35-45 | 15-25 |
| | 45-60 | Gravelly sandy clay loam, clay loam, clay. | CL, CH, SC | A-6, A-7 | 0-10 | 60-95 | 55-90 | 45-85 | 35-70 | 35-60 | 15-40 |
| Leaps | 0-14 | Clay loam | CL, CH | A-7, A-6 | 0 | 100 | 100 | 90-100 | 65-80 | 35-45 | 15-25 |
| | 14-60 | Clay, silty clay | CH | A-7 | 0-10 | 100 | 90-100 | 85-95 | 70-90 | 55-70 | 30-40 |
| **23:** | | | | | | | | | | | |
| Jodero | 0-3 | Loam | ML, CL-ML | A-4 | 0-5 | 90-100 | 85-100 | 75-90 | 60-75 | 25-35 | 5-10 |
| | 3-18 | Loam, sandy loam, sandy clay loam. | SM-SC, SC, CL-ML, CL | A-4, A-6 | 0-5 | 90-100 | 85-100 | 60-85 | 40-70 | 20-35 | 5-15 |
| | 18-37 | Loam, sandy clay loam. | SC, CL | A-6 | 0-5 | 90-100 | 85-100 | 60-80 | 40-60 | 25-35 | 10-15 |
| | 37-60 | Clay loam, sandy clay loam. | CL, SC | A-6, A-7 | 0 | 95-100 | 90-100 | 65-90 | 40-70 | 35-50 | 15-25 |
| Empedrado | 0-3 | Loam | CL-ML | A-4 | 0 | 95-100 | 90-100 | 80-95 | 60-75 | 25-30 | 5-10 |
| | 3-10 | Silt loam, loam | CL-ML | A-4 | 0 | 95-100 | 90-100 | 80-95 | 60-85 | 25-30 | 5-10 |
| | 10-28 | Clay loam, sandy clay loam, loam. | CL | A-6, A-7 | 0 | 95-100 | 90-100 | 60-80 | 45-70 | 30-50 | 10-25 |
| | 28-60 | Sandy clay loam, clay loam. | CL | A-6, A-7 | 0 | 95-100 | 90-100 | 60-80 | 45-70 | 30-50 | 10-25 |
| **24:** | | | | | | | | | | | |
| Kubler | 0-7 | Loam | CL-ML, CL | A-4, A-6 | 0 | 85-100 | 75-100 | 65-95 | 55-75 | 25-35 | 5-15 |
| | 7-22 | Clay loam, silty clay loam. | CL | A-6, A-7 | 0 | 85-100 | 75-100 | 70-100 | 60-90 | 35-45 | 15-25 |
| | 22-44 | Clay, clay loam | CL, CH | A-7 | 0 | 85-100 | 75-100 | 65-100 | 55-90 | 45-55 | 25-35 |
| | 44-60 | Clay, clay loam, gravelly clay loam. | CL, GC | A-6, A-7 | 0 | 60-85 | 55-80 | 50-75 | 40-70 | 35-50 | 15-30 |
| Delson | 0-11 | Gravelly loam | GM-GC, GM, SM-SC, SM | A-2, A-4 | 0-10 | 55-80 | 50-75 | 45-70 | 30-50 | 25-35 | 5-10 |
| | 11-39 | Clay loam, clay, gravelly clay loam. | CL, CH, GC | A-7 | 0-10 | 60-90 | 55-85 | 45-80 | 40-75 | 40-55 | 15-30 |
| | 39-60 | Clay loam, gravelly clay loam, cobbly clay loam. | ML, CL, GM, GC | A-6, A-7 | 0-25 | 60-90 | 55-85 | 45-80 | 35-70 | 35-50 | 10-25 |
| Cerro | 0-4 | Loam | CL-ML, CL | A-4, A-6 | 0-15 | 90-100 | 85-95 | 75-85 | 50-70 | 25-35 | 5-15 |
| | 4-14 | Clay loam | CL | A-6, A-7 | 0-15 | 90-100 | 85-95 | 75-85 | 60-75 | 35-45 | 15-25 |
| | 14-48 | Clay, clay loam | CL, CH | A-7 | 0-5 | 95-100 | 90-100 | 85-95 | 70-85 | 45-55 | 25-35 |
| | 48-60 | Clay, clay loam, silty clay. | CH | A-7 | 0-5 | 95-100 | 90-100 | 85-100 | 75-95 | 50-55 | 30-35 |

Soil Survey

TABLE 12.--ENGINEERING INDEX PROPERTIES--Continued

| Soil name and map symbol | Depth | USDA texture | Classification | | Frag-ments >3 inches | Percentage passing sieve number-- | | | | Liquid limit | Plas-ticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Unified | AASHTO | | 4 | 10 | 40 | 200 | | |
| | In | | | | Pct | | | | | Pct | |
| **25:** | | | | | | | | | | | |
| Lamphier-------- | 0-35 | Loam------------ | CL, CL-ML, SC, SM-SC | A-4, A-6 | 0 | 95-100 | 90-100 | 75-90 | 45-75 | 25-35 | 5-15 |
| | 35-45 | Clay loam, sandy clay loam. | CL, SC | A-6, A-7 | 0-10 | 85-100 | 80-100 | 70-90 | 45-75 | 35-45 | 15-25 |
| | 45-60 | Gravelly sandy clay loam, clay loam, clay. | CL, CH, SC | A-6, A-7 | 0-10 | 60-95 | 55-90 | 45-85 | 35-70 | 35-60 | 15-40 |
| Hapgood--------- | 0-8 | Cobbly loam------ | SM-SC, CL-ML | A-4 | 15-35 | 80-90 | 70-90 | 60-85 | 40-65 | 25-30 | 5-10 |
| | 8-17 | Very cobbly loam, very cobbly sandy clay loam. | GC | A-6, A-2 | 30-55 | 55-70 | 50-70 | 40-65 | 25-45 | 30-35 | 10-15 |
| | 17-60 | Extremely cobbly loam, extremely stony sandy clay loam, very cobbly loam. | GC | A-6, A-2 | 30-80 | 55-70 | 50-70 | 40-65 | 25-45 | 30-35 | 10-15 |
| **26:** | | | | | | | | | | | |
| Mirand---------- | 0-8 | Sandy loam------- | ML, CL-ML | A-4 | 0-5 | 85-100 | 80-95 | 65-80 | 50-65 | 20-30 | NP-10 |
| | 8-37 | Clay loam, clay | CL, CH | A-7 | 0-5 | 90-100 | 85-95 | 75-95 | 65-85 | 45-55 | 20-30 |
| | 37-60 | Clay loam, sandy clay loam. | CL, SC | A-6 | 0-5 | 85-100 | 80-95 | 65-80 | 40-65 | 35-40 | 15-20 |
| Callan---------- | 0-7 | Silt loam-------- | CL-ML | A-4 | 0-5 | 95-100 | 90-100 | 90-100 | 70-95 | 25-30 | 5-10 |
| | 7-10 | Clay loam, loam | CL | A-6 | 0 | 90-100 | 90-100 | 85-100 | 65-90 | 30-40 | 10-15 |
| | 10-45 | Clay, clay loam | CL, CH | A-7 | 0 | 90-100 | 90-100 | 85-100 | 65-100 | 40-65 | 15-35 |
| | 45-60 | Clay loam, loam | CL | A-6, A-7 | 0-5 | 90-100 | 85-100 | 85-100 | 65-90 | 30-45 | 10-20 |
| Chilson Variant- | 0-5 | Sandy loam------- | SM, SM-SC | A-4 | 0-15 | 85-100 | 80-95 | 60-70 | 35-50 | 20-30 | NP-10 |
| | 5-14 | Sandy clay loam, cobbly sandy clay loam. | SC | A-2, A-6 | 0-25 | 80-100 | 75-95 | 55-75 | 30-50 | 30-40 | 10-20 |
| | 14-19 | Cobbly clay, clay | SC | A-2, A-7 | 0-25 | 75-100 | 70-90 | 50-70 | 30-50 | 40-55 | 20-35 |
| | 19 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **27:** | | | | | | | | | | | |
| Overgaard------- | 0-9 | Fine sandy loam | ML, SM | A-4 | 0-15 | 90-100 | 80-100 | 80-90 | 40-55 | 20-25 | NP-5 |
| | 9-26 | Cobbly clay loam, cobbly clay. | CL | A-7 | 15-30 | 90-100 | 80-100 | 75-100 | 60-75 | 40-50 | 15-25 |
| | 26 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Olathe---------- | 0-4 | Fine sandy loam | SM, ML | A-4 | 0-10 | 95-100 | 90-100 | 70-90 | 35-55 | 20-25 | NP-5 |
| | 4-10 | Fine sandy loam, sandy loam, gravelly sandy loam. | ML, SM | A-2, A-4 | 0-10 | 70-100 | 65-100 | 60-90 | 25-60 | 20-25 | NP-5 |
| | 10-15 | Cobbly fine sandy loam, sandy loam, cobbly sandy loam. | --- | --- | 15-25 | 85-95 | 80-95 | 55-75 | 25-45 | --- | --- |
| | 15 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Uncompahgre National Forest Area, Colorado                                                          109

TABLE 12.--ENGINEERING INDEX PROPERTIES--Continued

| Soil name and map symbol | Depth | USDA texture | Classification | | Frag-ments >3 inches | Percentage passing sieve number-- | | | | Liquid limit | Plasticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Unified | AASHTO | | 4 | 10 | 40 | 200 | | |
| | In | | | | Pct | | | | | Pct | |
| **28:** | | | | | | | | | | | |
| Sawcreek-------- | 0-9 | Sandy loam------- | SM | A-4 | 0 | 95-100 | 85-100 | 60-75 | 35-50 | 20-30 | NP-5 |
| | 9-23 | Loam, sandy loam | SM, ML | A-4 | 0 | 95-100 | 85-100 | 60-85 | 40-60 | 20-30 | NP-5 |
| | 23-26 | Weathered bedrock | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 26 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Splitro--------- | 0-7 | Stony loam------- | GM, ML | A-4 | 10-30 | 70-90 | 70-85 | 60-80 | 45-60 | 20-30 | NP-5 |
| | 7-15 | Cobbly sandy loam, cobbly loam, stony loam. | GM, SM, ML | A-2, A-4 | 15-30 | 70-95 | 70-90 | 50-80 | 30-60 | 20-30 | NP-5 |
| | 15 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **29:** | | | | | | | | | | | |
| Supervisor------ | 0-11 | Very cobbly loam | GM, SM | A-2, A-4 | 30-45 | 55-75 | 55-70 | 45-60 | 30-45 | 20-30 | NP-5 |
| | 11-16 | Very cobbly loam, very cobbly sandy loam. | GM, SM | A-1, A-2, A-4 | 45-55 | 50-70 | 50-65 | 35-55 | 20-40 | 20-30 | NP-5 |
| | 16-25 | Extremely stony loam, extremely stony sandy loam, extremely cobbly loam. | GM | A-2, A-1 | 50-70 | 30-50 | 30-45 | 20-40 | 10-30 | 20-30 | NP-5 |
| | 25 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cebone---------- | 0-12 | Loam------------ | ML, CL-ML | A-4 | 0-10 | 80-95 | 75-90 | 65-80 | 50-65 | 20-30 | NP-10 |
| | 12-15 | Fine sandy loam, sandy loam, gravelly fine sandy loam. | SM | A-1, A-2, A-4 | 0-10 | 70-90 | 65-85 | 40-75 | 20-40 | 15-25 | NP-5 |
| | 15-21 | Sandy clay loam, clay loam, gravelly sandy clay loam. | SC, CL | A-6, A-7 | 0-10 | 70-90 | 65-85 | 55-80 | 35-65 | 35-50 | 15-25 |
| | 21-36 | Cobbly clay loam, cobbly clay, gravelly clay loam. | GC, CH, CL | A-7 | 15-45 | 60-95 | 60-90 | 50-85 | 40-75 | 45-60 | 20-35 |
| | 36 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **30:** | | | | | | | | | | | |
| Trampas-------- | 0-4 | Cobbly loam------ | SM-SC, CL-ML | A-4 | 10-45 | 80-95 | 75-90 | 50-85 | 40-70 | 25-30 | 5-10 |
| | 4-11 | Cobbly loam, very cobbly loam, stony fine sandy loam. | SM, SM-SC, CL-ML, ML | A-4 | 25-55 | 75-80 | 75-80 | 60-75 | 35-60 | 20-30 | NP-10 |
| | 11-20 | Very cobbly clay loam, very stony clay loam, very cobbly sandy clay loam. | SC, CL | A-6, A-7 | 30-55 | 70-85 | 70-80 | 55-75 | 35-65 | 35-45 | 15-25 |
| | 20-45 | Extremely cobbly clay, very stony clay, very cobbly clay. | GC, CL, CH | A-7 | 45-60 | 60-95 | 60-90 | 50-85 | 40-80 | 45-55 | 25-35 |
| | 45-60 | Extremely cobbly clay, extremely stony clay, very stony clay. | GC, CL, CH | A-7 | 45-75 | 50-95 | 45-90 | 40-85 | 35-80 | 45-60 | 25-40 |

TABLE 12.--ENGINEERING INDEX PROPERTIES--Continued

| Soil name and map symbol | Depth | USDA texture | Classification Unified | Classification AASHTO | Frag-ments >3 inches | Percentage passing sieve number-- 4 | 10 | 40 | 200 | Liquid limit | Plas-ticity index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | | | | Pct | | | | | Pct | |
| **30:** Delson, moderately deep | 0-7 | Loam----------- | CL-ML, ML | A-4 | 0-5 | 85-100 | 75-100 | 60-90 | 50-75 | 25-35 | 5-10 |
| | 7-24 | Clay loam, clay, gravelly clay loam. | CL, CH, GC | A-7 | 0-10 | 60-90 | 55-85 | 45-80 | 40-75 | 40-55 | 15-30 |
| | 24-30 | Clay loam, gravelly clay loam, cobbly clay loam. | ML, CL, GM, GC | A-6, A-7 | 0-25 | 60-90 | 55-85 | 45-80 | 35-70 | 35-50 | 10-25 |
| | 30 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **31:** Ula------------- | 0-7 | Loam----------- | ML | A-4 | 0-15 | 85-100 | 75-100 | 65-90 | 50-75 | 20-30 | NP-5 |
| | 7-25 | Cobbly fine sandy loam, cobbly sandy loam. | SM-SC, SC, CL-ML, CL | A-2, A-4, A-6 | 15-35 | 85-100 | 75-100 | 50-90 | 30-55 | 25-35 | 5-15 |
| | 25-53 | Cobbly sandy clay loam, cobbly clay loam. | SC, CL | A-2, A-6, A-7 | 15-35 | 75-100 | 70-100 | 50-90 | 30-70 | 35-50 | 15-25 |
| | 53 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Agneston-------- | 0-17 | Cobbly fine sandy loam. | SM | A-2, A-4 | 25-35 | 85-95 | 80-90 | 65-80 | 30-45 | 20-25 | NP-5 |
| | 17-36 | Very cobbly clay loam, very gravelly clay loam, very cobbly sandy clay loam. | GC | A-2, A-6, A-7 | 25-55 | 55-70 | 50-65 | 40-60 | 25-50 | 35-45 | 15-25 |
| | 36 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Pendergrass----- | 0-9 | Very cobbly fine sandy loam. | GM, SM | A-1, A-2 | 30-55 | 55-75 | 50-70 | 40-60 | 20-35 | 20-25 | NP-5 |
| | 9-17 | Very cobbly fine sandy loam, very cobbly sandy loam. | GM, SM | A-1, A-2 | 30-55 | 55-75 | 50-70 | 35-60 | 20-35 | 20-25 | NP-5 |
| | 17 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **32:** Ustorthents. | | | | | | | | | | | |
| Ustochrepts. | | | | | | | | | | | |
| Rock outcrop---- | 0-60 | Unweathered bedrock. | --- | --- | --- | --- | --- | --- | --- | --- | --- |

TABLE 13.--PHYSICAL AND CHEMICAL PROPERTIES OF THE SOILS

(The symbol < means less than; > means more than.  Entries under "Erosion factors--T" apply to the
    entire profile.  Entries under "Wind erodibility group" and "Organic matter" apply only to the
    surface layer.  Absence of an entry indicates that data were not available or were not estimated)

| Soil name and map symbol | Depth | Clay | Permea-bility | Available water capacity | Soil reaction | Salinity | Shrink-swell potential | Erosion factors K | Erosion factors T | Wind erodibility group | Organic matter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | In/hr | In/in | pH | mmhos/cm | | | | | Pct |
| **10:** | | | | | | | | | | | |
| Arabrab--------- | 0-6 | 15-20 | 2.0-6.0 | 0.11-0.14 | 6.6-7.8 | <2 | Low------- | 0.28 | 1 | 3 | 1-3 |
| | 6-14 | 20-35 | 0.6-2.0 | 0.14-0.20 | 7.4-8.4 | <2 | Low------- | 0.28 | | | |
| | 14-19 | 20-35 | 0.6-2.0 | 0.10-0.15 | 7.4-8.4 | <2 | Low------- | 0.20 | | | |
| | 19 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Dalhart--------- | 0-4 | 7-15 | 2.0-6.0 | 0.11-0.14 | 6.6-7.8 | <2 | Low------- | 0.32 | 2 | 3 | 1-4 |
| | 4-13 | 18-35 | 0.2-0.6 | 0.15-0.17 | 7.4-7.8 | <2 | Moderate-- | 0.20 | | | |
| | 13-37 | 15-30 | 0.2-0.6 | 0.13-0.15 | 7.9-8.4 | <4 | Moderate-- | 0.20 | | | |
| | 37 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| **11:** | | | | | | | | | | | |
| Belain---------- | 0-5 | 10-18 | 2.0-6.0 | 0.13-0.15 | 6.6-7.3 | <2 | Low------- | 0.28 | 2 | 5 | 2-4 |
| | 5-13 | 10-18 | 2.0-6.0 | 0.11-0.15 | 6.6-7.3 | <2 | Low------- | 0.20 | | | |
| | 13-22 | 10-18 | 2.0-6.0 | 0.11-0.16 | 7.4-7.8 | <2 | Low------- | 0.20 | | | |
| | 22 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Falcon---------- | 0-3 | 10-20 | 2.0-6.0 | 0.11-0.18 | 6.6-7.3 | <2 | Low------- | 0.24 | 1 | 5 | 1-4 |
| | 3-10 | 10-23 | 2.0-6.0 | 0.10-0.18 | 6.6-7.3 | <2 | Low------- | 0.28 | | | |
| | 10 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| **12:** | | | | | | | | | | | |
| Borolls. | | | | | | | | | | | |
| Boralfs. | | | | | | | | | | | |
| Rock outcrop---- | 0-60 | --- | --- | --- | --- | <2 | ---------- | ---- | --- | --- | --- |
| **13:** | | | | | | | | | | | |
| Chilson--------- | 0-4 | 10-20 | 2.0-6.0 | 0.14-0.16 | 6.1-7.3 | <2 | Low------- | 0.32 | 1 | 3 | 2-4 |
| | 4-8 | 25-37 | 0.2-0.6 | 0.12-0.16 | 6.1-7.3 | <2 | Moderate-- | 0.24 | | | |
| | 8-15 | 35-45 | 0.06-0.2 | 0.12-0.15 | 6.1-7.3 | <2 | High------ | 0.24 | | | |
| | 15-17 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| | 17 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Delson, moderately deep | 0-7 | 18-27 | 0.6-2.0 | 0.14-0.18 | 6.1-7.3 | <2 | Low------- | 0.32 | 5 | 4 | 3-6 |
| | 7-24 | 35-45 | 0.06-0.2 | 0.14-0.21 | 6.1-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 24-30 | 28-40 | 0.2-0.6 | 0.15-0.19 | 6.6-8.4 | <2 | Moderate-- | 0.24 | | | |
| | 30 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Beenom---------- | 0-2 | 10-20 | 2.0-6.0 | 0.12-0.14 | 6.6-7.8 | <2 | Low------- | 0.20 | 1 | 3 | 1-3 |
| | 2-8 | 15-24 | 0.6-2.0 | 0.13-0.16 | 6.6-7.8 | <2 | Moderate-- | 0.32 | | | |
| | 8-16 | 20-35 | 0.2-0.6 | 0.14-0.21 | 6.6-7.8 | <2 | Moderate-- | 0.28 | | | |
| | 16 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| **14:** | | | | | | | | | | | |
| Chilson Variant- | 0-5 | 10-20 | 2.0-6.0 | 0.13-0.15 | 6.6-7.8 | <2 | Low------- | 0.24 | 1 | 4 | 2-4 |
| | 5-14 | 25-35 | 0.2-0.6 | 0.12-0.16 | 6.6-7.8 | <2 | Moderate-- | 0.20 | | | |
| | 14-19 | 40-55 | 0.06-0.2 | 0.12-0.16 | 6.6-7.8 | <2 | High------ | 0.20 | | | |
| | 19 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Rock outcrop---- | 0-60 | --- | --- | --- | --- | <2 | ---------- | ---- | --- | --- | --- |
| **15:** | | | | | | | | | | | |
| Delson---------- | 0-11 | 18-27 | 0.6-2.0 | 0.12-0.16 | 6.1-7.3 | <2 | Low------- | 0.24 | 5 | 6 | 3-6 |
| | 11-45 | 35-45 | 0.06-0.2 | 0.14-0.21 | 6.1-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 45-60 | 28-40 | 0.2-0.6 | 0.15-0.19 | 6.6-8.4 | <2 | Moderate-- | 0.24 | | | |

TABLE 13.--PHYSICAL AND CHEMICAL PROPERTIES OF THE SOILS--Continued

| Soil name and map symbol | Depth | Clay | Permea-bility | Available water capacity | Soil reaction | Salinity | Shrink-swell potential | Erosion factors K | Erosion factors T | Wind erodi-bility group | Organic matter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | In/hr | In/in | pH | mmhos/cm | | | | | Pct |
| **15:** | | | | | | | | | | | |
| Kubler---------- | 0-7 | 18-27 | 0.6-2.0 | 0.16-0.18 | 6.6-7.8 | <2 | Low------- | 0.32 | 3 | 6 | 2-5 |
| | 7-22 | 28-40 | 0.2-0.6 | 0.17-0.20 | 6.6-7.8 | <2 | Low------- | 0.32 | | | |
| | 22-44 | 35-50 | 0.06-0.2 | 0.14-0.16 | 6.6-7.3 | <2 | Moderate-- | 0.24 | | | |
| | 44-60 | 28-45 | 0.06-0.2 | 0.13-0.16 | 7.9-8.4 | <2 | Moderate-- | 0.24 | | | |
| Showalter------- | 0-11 | 18-28 | 0.6-2.0 | 0.14-0.17 | 6.6-7.3 | <2 | Low------- | 0.20 | 3 | 7 | 1-4 |
| | 11-24 | 35-40 | 0.2-0.6 | 0.08-0.11 | 6.6-7.3 | <2 | Moderate-- | 0.17 | | | |
| | 24-32 | 40-55 | 0.06-0.2 | 0.06-0.08 | 6.6-7.3 | <2 | High------ | 0.15 | | | |
| | 32-60 | 28-45 | 0.06-0.2 | 0.04-0.06 | 6.6-7.3 | <2 | Moderate-- | 0.15 | | | |
| **16:** | | | | | | | | | | | |
| Delson, moderately deep | 0-7 | 18-27 | 0.6-2.0 | 0.14-0.18 | 6.1-7.3 | <2 | Low------- | 0.32 | 5 | 4 | 3-6 |
| | 7-24 | 35-45 | 0.06-0.2 | 0.14-0.21 | 6.1-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 24-30 | 28-40 | 0.2-0.6 | 0.17-0.21 | 6.1-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 30 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Sharrott-------- | 0-4 | 5-18 | 0.6-2.0 | 0.10-0.12 | 5.6-7.3 | <2 | Low------- | 0.20 | 1 | 6 | 2-4 |
| | 4-15 | 5-18 | 2.0-6.0 | 0.04-0.06 | 5.6-7.3 | <2 | Low------- | 0.10 | | | |
| | 15 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| **17:** | | | | | | | | | | | |
| Dough, dry------ | 0-3 | 10-20 | 2.0-6.0 | 0.11-0.16 | 6.6-7.8 | <2 | Low------- | 0.28 | 1 | 3 | .5-1 |
| | 3-16 | 10-22 | 2.0-6.0 | 0.11-0.16 | 6.6-7.8 | <2 | Low------- | 0.28 | | | |
| | 16 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Rock outcrop---- | 0-60 | --- | --- | --- | --- | <2 | ---------- | ---- | --- | --- | --- |
| **18:** | | | | | | | | | | | |
| Durango--------- | 0-4 | 5-20 | 2.0-6.0 | 0.06-0.15 | 6.6-7.3 | <2 | Low------- | 0.20 | 5 | 3 | 1-3 |
| | 4-10 | 20-30 | 0.2-0.6 | 0.16-0.18 | 6.6-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 10-25 | 35-55 | 0.06-0.2 | 0.14-0.17 | 6.6-7.8 | <2 | High------ | 0.24 | | | |
| | 25-60 | 35-45 | 0.06-0.2 | 0.11-0.15 | 7.9-8.4 | <2 | High------ | 0.24 | | | |
| Arabrab--------- | 0-6 | 15-20 | 2.0-6.0 | 0.11-0.14 | 6.6-7.3 | <2 | Low------- | 0.28 | 1 | 3 | 1-4 |
| | 6-14 | 20-35 | 0.6-2.0 | 0.14-0.20 | 7.4-8.4 | <2 | Low------- | 0.28 | | | |
| | 14-19 | 20-35 | 0.6-2.0 | 0.10-0.15 | 7.4-8.4 | <2 | Low------- | 0.20 | | | |
| | 19 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| **19:** | | | | | | | | | | | |
| Falcon---------- | 0-3 | 10-20 | 2.0-6.0 | 0.11-0.18 | 6.6-7.3 | <2 | Low------- | 0.28 | 1 | 3 | 1-4 |
| | 3-10 | 10-23 | 2.0-6.0 | 0.10-0.18 | 6.6-7.3 | <2 | Low------- | 0.28 | | | |
| | 10 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Dough----------- | 0-3 | 10-20 | 2.0-6.0 | 0.11-0.16 | 6.6-7.8 | <2 | Low------- | 0.28 | 1 | 3 | .5-1 |
| | 3-11 | 10-22 | 2.0-6.0 | 0.11-0.16 | 6.6-7.8 | <2 | Low------- | 0.28 | | | |
| | 11 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Rock outcrop---- | 0-60 | --- | --- | --- | --- | <2 | ---------- | ---- | --- | --- | --- |
| **20:** | | | | | | | | | | | |
| Gralic---------- | 0-5 | 10-15 | 2.0-6.0 | 0.12-0.15 | 5.6-6.5 | <2 | Low------- | 0.32 | 5 | 3 | 1-3 |
| | 5-19 | 8-18 | 2.0-6.0 | 0.06-0.14 | 5.6-6.5 | <2 | Low------- | 0.15 | | | |
| | 19-60 | 7-18 | 2.0-6.0 | 0.05-0.08 | 5.6-6.5 | <2 | Low------- | 0.10 | | | |

BLM_0060050

TABLE 13.--PHYSICAL AND CHEMICAL PROPERTIES OF THE SOILS--Continued

| Soil name and map symbol | Depth | Clay | Permeability | Available water capacity | Soil reaction | Salinity | Shrink-swell potential | Erosion factors | | Wind erodibility group | Organic matter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | K | T | | |
| | In | Pct | In/hr | In/in | pH | mmhos/cm | | | | | Pct |
| 20: | | | | | | | | | | | |
| Grenadier------- | 0-4 | 5-15 | 2.0-6.0 | 0.10-0.12 | 5.6-6.0 | <2 | Low------- | 0.20 | 3 | 8 | 1-3 |
| | 4-32 | 5-15 | 2.0-6.0 | 0.06-0.13 | 5.6-6.5 | <2 | Low------- | 0.15 | | | |
| | 32-50 | 5-15 | 2.0-6.0 | 0.05-0.09 | 5.6-6.5 | <2 | Low------- | 0.10 | | | |
| | 50 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| 21: | | | | | | | | | | | |
| Hapgood--------- | 0-8 | 15-22 | 0.6-2.0 | 0.13-0.15 | 5.6-6.5 | <2 | Low------- | 0.20 | 4 | 8 | 2-5 |
| | 8-17 | 18-25 | 0.6-2.0 | 0.08-0.13 | 5.6-6.5 | <2 | Low------- | 0.15 | | | |
| | 17-60 | 18-25 | 0.6-2.0 | 0.05-0.08 | 5.6-6.5 | <2 | Low------- | 0.10 | | | |
| Lamphier-------- | 0-35 | 18-26 | 0.6-2.0 | 0.16-0.19 | 6.6-7.3 | <2 | Moderate-- | 0.28 | 5 | 6 | 2-5 |
| | 35-45 | 25-35 | 0.2-0.6 | 0.14-0.17 | 6.6-7.3 | <2 | Moderate-- | 0.24 | | | |
| | 45-60 | 25-50 | 0.2-0.6 | 0.11-0.17 | 6.6-7.3 | <2 | High------ | 0.20 | | | |
| 22: | | | | | | | | | | | |
| Hoosan---------- | 0-10 | 15-25 | 0.6-2.0 | 0.16-0.18 | 6.6-7.3 | <2 | Moderate-- | 0.32 | 5 | 6 | 2-5 |
| | 10-22 | 20-35 | 0.2-0.6 | 0.15-0.18 | 6.6-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 22-38 | 40-50 | 0.06-0.2 | 0.10-0.12 | 6.6-7.3 | <2 | High------ | 0.20 | | | |
| | 38-60 | 40-50 | 0.06-0.2 | 0.10-0.12 | 6.6-7.3 | <2 | High------ | 0.20 | | | |
| Lamphier-------- | 0-35 | 18-26 | 0.6-2.0 | 0.16-0.19 | 6.6-7.3 | <2 | Moderate-- | 0.28 | 5 | 6 | 2-5 |
| | 35-45 | 25-35 | 0.2-0.6 | 0.14-0.17 | 6.6-7.3 | <2 | Moderate-- | 0.24 | | | |
| | 45-60 | 25-50 | 0.2-0.6 | 0.11-0.17 | 6.6-7.3 | <2 | High------ | 0.20 | | | |
| Leaps----------- | 0-14 | 28-35 | 0.6-2.0 | 0.17-0.19 | 6.6-7.3 | <2 | Moderate-- | 0.20 | 5 | 6 | 2-4 |
| | 14-60 | 40-55 | 0.06-0.2 | 0.10-0.13 | 6.6-7.3 | <2 | High------ | 0.20 | | | |
| 23: | | | | | | | | | | | |
| Jodero---------- | 0-3 | 15-27 | 0.6-2.0 | 0.15-0.18 | 6.6-7.3 | <2 | Low------- | 0.32 | 5 | 5 | 2-5 |
| | 3-18 | 15-28 | 0.2-0.6 | 0.14-0.18 | 6.6-7.3 | <2 | Moderate-- | 0.37 | | | |
| | 18-37 | 18-28 | 0.2-0.6 | 0.17-0.20 | 6.6-7.8 | <2 | Moderate-- | 0.28 | | | |
| | 37-60 | 25-35 | 0.2-0.6 | 0.17-0.20 | 6.6-7.8 | <2 | Moderate-- | 0.28 | | | |
| Empedrado------- | 0-3 | 15-22 | 0.6-2.0 | 0.16-0.18 | 6.6-7.8 | <2 | Low------- | 0.32 | 5 | 6 | 1-4 |
| | 3-10 | 15-22 | 0.6-2.0 | 0.17-0.20 | 6.6-7.8 | <2 | Low------- | 0.32 | | | |
| | 10-28 | 25-35 | 0.2-0.6 | 0.18-0.20 | 6.6-7.8 | <2 | Moderate-- | 0.28 | | | |
| | 28-60 | 25-35 | 0.2-0.6 | 0.18-0.20 | 7.4-8.4 | <2 | Low------- | 0.28 | | | |
| 24: | | | | | | | | | | | |
| Kubler---------- | 0-7 | 18-27 | 0.6-2.0 | 0.16-0.18 | 6.6-7.8 | <2 | Low------- | 0.32 | 3 | 6 | 2-5 |
| | 7-22 | 28-40 | 0.2-0.6 | 0.17-0.20 | 6.6-7.8 | <2 | Low------- | 0.32 | | | |
| | 22-44 | 35-50 | 0.06-0.2 | 0.14-0.16 | 6.6-7.3 | <2 | Moderate-- | 0.24 | | | |
| | 44-60 | 28-45 | 0.06-0.2 | 0.13-0.16 | 7.9-8.4 | <2 | Moderate-- | 0.24 | | | |
| Delson---------- | 0-11 | 18-27 | 0.6-2.0 | 0.12-0.16 | 6.1-7.3 | <2 | Low------- | 0.24 | 5 | 6 | 3-6 |
| | 11-39 | 35-45 | 0.06-0.2 | 0.14-0.21 | 6.1-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 39-60 | 28-40 | 0.2-0.6 | 0.17-0.21 | 6.1-7.3 | <2 | Moderate-- | 0.28 | | | |
| Cerro----------- | 0-4 | 15-27 | 0.6-2.0 | 0.16-0.18 | 6.1-7.3 | <2 | Low------- | 0.24 | 5 | 4 | 1-4 |
| | 4-14 | 28-35 | 0.06-0.2 | 0.17-0.21 | 6.1-7.3 | <2 | Low------- | 0.24 | | | |
| | 14-48 | 35-45 | <0.06 | 0.10-0.12 | 6.1-7.8 | <2 | Moderate-- | 0.28 | | | |
| | 48-60 | 38-45 | 0.06-0.2 | 0.11-0.13 | 7.4-8.4 | <2 | Moderate-- | 0.28 | | | |
| 25: | | | | | | | | | | | |
| Lamphier-------- | 0-35 | 18-26 | 0.6-2.0 | 0.16-0.19 | 6.6-7.3 | <2 | Moderate-- | 0.28 | 5 | 6 | 2-5 |
| | 35-45 | 25-35 | 0.2-0.6 | 0.14-0.17 | 6.6-7.3 | <2 | Moderate-- | 0.24 | | | |
| | 45-60 | 25-50 | 0.2-0.6 | 0.11-0.17 | 6.6-7.3 | <2 | High------ | 0.20 | | | |

BLM_0060051

TABLE 13.--PHYSICAL AND CHEMICAL PROPERTIES OF THE SOILS--Continued

| Soil name and map symbol | Depth | Clay | Permea- bility | Available water capacity | Soil reaction | Salinity | Shrink- swell potential | Erosion factors K | Erosion factors T | Wind erodi- bility group | Organic matter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | In/hr | In/in | pH | mmhos/cm | | | | | Pct |
| **25:** | | | | | | | | | | | |
| Hapgood--------- | 0-8 | 15-22 | 0.6-2.0 | 0.13-0.15 | 5.6-6.5 | <2 | Low------- | 0.20 | 4 | 8 | 2-5 |
| | 8-17 | 18-25 | 0.6-2.0 | 0.08-0.13 | 5.6-6.5 | <2 | Low------- | 0.15 | | | |
| | 17-60 | 18-25 | 0.6-2.0 | 0.05-0.08 | 5.6-6.5 | <2 | Low------- | 0.10 | | | |
| **26:** | | | | | | | | | | | |
| Mirand---------- | 0-8 | 10-20 | 0.6-2.0 | 0.15-0.18 | 6.6-7.3 | <2 | Low------- | 0.32 | 5 | 6 | 2-4 |
| | 8-37 | 35-45 | 0.06-0.2 | 0.12-0.14 | 6.6-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 37-60 | 28-40 | 0.06-0.2 | 0.15-0.17 | 7.4-8.4 | <2 | Moderate-- | 0.32 | | | |
| Callan---------- | 0-7 | 20-28 | 0.6-2.0 | 0.18-0.21 | 6.6-7.3 | <2 | Low------- | 0.32 | 5 | 6 | 2-4 |
| | 7-10 | 25-35 | 0.2-0.6 | 0.16-0.20 | 6.6-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 10-45 | 35-60 | 0.06-0.2 | 0.14-0.16 | 6.6-7.8 | <2 | High------ | 0.24 | | | |
| | 45-60 | 25-40 | 0.2-0.6 | 0.16-0.18 | 7.9-9.0 | <2 | Moderate-- | 0.28 | | | |
| Chilson Variant- | 0-5 | 10-20 | 2.0-6.0 | 0.13-0.15 | 6.6-7.8 | <2 | Low------- | 0.24 | 1 | 4 | 2-4 |
| | 5-14 | 25-35 | 0.2-0.6 | 0.12-0.16 | 6.6-7.8 | <2 | Moderate-- | 0.20 | | | |
| | 14-19 | 40-55 | 0.06-0.2 | 0.12-0.16 | 6.6-7.8 | <2 | High------ | 0.20 | | | |
| | 19 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| **27:** | | | | | | | | | | | |
| Overgaard------- | 0-9 | 5-15 | 2.0-6.0 | 0.12-0.15 | 5.6-7.3 | <2 | Low------- | 0.37 | 2 | 3 | <1 |
| | 9-26 | 35-45 | 0.2-0.6 | 0.15-0.15 | 5.6-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 26 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Olathe---------- | 0-4 | 5-18 | 2.0-6.0 | 0.12-0.14 | 6.1-7.3 | <2 | Low------- | 0.20 | 1 | 3 | 2-4 |
| | 4-10 | 5-18 | 2.0-6.0 | 0.12-0.14 | 6.1-7.3 | <2 | Low------- | 0.24 | | | |
| | 10-15 | 5-18 | 2.0-6.0 | 0.09-0.11 | 6.1-7.3 | <2 | Low------- | 0.17 | | | |
| | 15 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| **28:** | | | | | | | | | | | |
| Sawcreek-------- | 0-9 | 10-18 | 2.0-6.0 | 0.12-0.15 | 5.6-7.3 | <2 | Low------- | 0.20 | 2 | 3 | 2-4 |
| | 9-23 | 10-18 | 2.0-6.0 | 0.14-0.16 | 5.6-7.3 | <2 | Low------- | 0.28 | | | |
| | 23-26 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| | 26 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Splitro--------- | 0-7 | 10-18 | 0.6-2.0 | 0.12-0.14 | 6.1-7.3 | <2 | Low------- | 0.20 | 1 | 8 | 1-4 |
| | 7-15 | 10-18 | 0.6-2.0 | 0.12-0.14 | 6.1-7.3 | <2 | Low------- | 0.24 | | | |
| | 15 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| **29:** | | | | | | | | | | | |
| Supervisor------ | 0-11 | 7-18 | 0.6-2.0 | 0.06-0.09 | 5.6-7.3 | <2 | Low------- | 0.17 | 2 | 8 | 2-4 |
| | 11-16 | 7-18 | 2.0-6.0 | 0.05-0.09 | 5.6-7.3 | <2 | Low------- | 0.15 | | | |
| | 16-25 | 7-18 | 2.0-6.0 | 0.05-0.09 | 5.6-7.3 | <2 | Low------- | 0.10 | | | |
| | 25 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Cebone---------- | 0-12 | 10-18 | 0.6-2.0 | 0.15-0.18 | 6.1-7.3 | <2 | Low------- | 0.32 | 2 | 6 | 1-4 |
| | 12-15 | 5-15 | 2.0-6.0 | 0.09-0.12 | 6.1-7.3 | <2 | Low------- | 0.20 | | | |
| | 15-21 | 25-40 | 0.2-0.6 | 0.14-0.18 | 6.1-7.3 | <2 | Moderate-- | 0.20 | | | |
| | 21-36 | 35-50 | 0.06-0.2 | 0.12-0.15 | 6.1-7.3 | <2 | High------ | 0.17 | | | |
| | 36 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| **30:** | | | | | | | | | | | |
| Trampas--------- | 0-4 | 15-22 | 0.6-2.0 | 0.13-0.16 | 6.1-7.3 | <2 | Low------- | 0.20 | 1 | 6 | 2-5 |
| | 4-11 | 10-22 | 0.2-6.0 | 0.10-0.14 | 6.1-7.3 | <2 | Low------- | 0.17 | | | |
| | 11-20 | 30-38 | 0.2-0.6 | 0.06-0.08 | 6.1-7.3 | <2 | Moderate-- | 0.15 | | | |
| | 20-45 | 40-50 | 0.06-0.2 | 0.05-0.07 | 6.1-7.3 | <2 | Moderate-- | 0.15 | | | |
| | 45-60 | 40-55 | 0.06-0.2 | 0.03-0.05 | 6.1-7.3 | <2 | High------ | 0.10 | | | |

TABLE 13.--PHYSICAL AND CHEMICAL PROPERTIES OF THE SOILS--Continued

| Soil name and map symbol | Depth | Clay | Permeability | Available water capacity | Soil reaction | Salinity | Shrink-swell potential | Erosion factors K | Erosion factors T | Wind erodibility group | Organic matter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | In | Pct | In/hr | In/in | pH | mmhos/cm | | | | | Pct |
| 30: | | | | | | | | | | | |
| Delson, | | | | | | | | | | | |
| moderately deep | 0-7 | 18-27 | 0.6-2.0 | 0.14-0.18 | 6.1-7.3 | <2 | Low------- | 0.32 | 5 | 4 | 3-6 |
| | 7-24 | 35-45 | 0.06-0.2 | 0.14-0.21 | 6.1-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 24-30 | 28-40 | 0.2-0.6 | 0.17-0.21 | 6.1-7.3 | <2 | Moderate-- | 0.28 | | | |
| | 30 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| 31: | | | | | | | | | | | |
| Ula------------- | 0-7 | 8-15 | 0.6-2.0 | 0.16-0.18 | 6.6-7.3 | <2 | Low------- | 0.32 | 2 | 5 | 2-5 |
| | 7-25 | 13-20 | 0.6-2.0 | 0.07-0.09 | 5.6-6.5 | <2 | Moderate-- | 0.15 | | | |
| | 25-53 | 20-35 | 0.2-0.6 | 0.09-0.11 | 4.5-5.5 | <2 | Moderate-- | 0.15 | | | |
| | 53 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Agneston-------- | 0-17 | 5-15 | 2.0-6.0 | 0.09-0.11 | 5.1-5.5 | <2 | Low------- | 0.15 | 2 | 5 | 1-2 |
| | 17-36 | 25-35 | 0.2-0.6 | 0.06-0.09 | 4.5-5.5 | <2 | Moderate-- | 0.10 | | | |
| | 36 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| Pendergrass----- | 0-9 | 8-16 | 2.0-6.0 | 0.07-0.09 | 4.5-5.5 | <2 | Low------- | 0.15 | 1 | 8 | 1-3 |
| | 9-17 | 8-16 | 2.0-6.0 | 0.07-0.09 | 4.5-5.5 | <2 | Low------- | 0.10 | | | |
| | 17 | --- | --- | --- | --- | --- | ---------- | ---- | | | |
| 32: | | | | | | | | | | | |
| Ustorthents. | | | | | | | | | | | |
| Ustochrepts. | | | | | | | | | | | |
| Rock outcrop---- | 0-60 | --- | --- | --- | --- | <2 | ---------- | ---- | --- | --- | --- |

BLM_0060053

TABLE 14.--EROSION FACTORS

| Soil name and map symbol | Potential erosion | Current erosion |
|---|---|---|
| | Tons/acre/year | Tons/acre/year |
| **10:** | | |
| Arabrab---------------------------------- | 3.4-7.3 | 0.14-0.31[1, 2] |
| Dalhart---------------------------------- | 3.9-7.3 | 0.10-0.18[3] |
| **11:** | | |
| Belain---------------------------------- | 4.6-7.3 | 0.33-0.52[1, 2] 0.28-0.45[4, 2] |
| Falcon---------------------------------- | 4.6-7.3 | 0.33-0.52[1, 2] 0.28-0.45[4, 2] |
| **13:** | | |
| Chilson--------------------------------- | 6.4-7.3 | 0.19-.021[1, 2] 0.41-.047[4, 2] |
| Delson, moderately deep---------------- | 5.5-8.4 | 0.16-0.35[1, 2] 0.25-0.39[4, 2] |
| Beenom---------------------------------- | 3.9-4.6 | 0.11-0.13[4, 2] |
| **14:** | | |
| Chilson Variant----------------------- | 6.2 | 0.28[5, 6] 0.60[5, 2] |
| Rock outcrop. | | |
| **15:** | | |
| Delson---------------------------------- | 37.6-42.9 | 2.60-2.98[5, 7] |
| Kubler---------------------------------- | 32.2-37.6 | 1.59-1.86[5, 7] |
| Showalter------------------------------- | 26.8-32.2 | 1.86-2.23[5, 7] |
| **16:** | | |
| Delson, moderately deep---------------- | 5.5-8.4 | 0.16-0.35[1, 2] 0.25-0.39[4, 2] |
| Sharrott-------------------------------- | 5.5-8.4 | 0.16-0.25[1, 2] 0.35-0.55[4, 2] |
| **17:** | | |
| Dough, dry----------------------------- | 3.9-4.6 | 0.12-0.14[4, 2] |
| Rock outcrop. | | |
| **18:** | | |
| Durango--------------------------------- | 12.0-22.6 | 0.22-0.41[1, 2] 0.59-1.10[4, 2] |
| Arabrab--------------------------------- | 10.6-22.6 | 0.52-1.10[4, 2] |
| **19:** | | |
| Falcon---------------------------------- | 3.7-7.9 | 0.13-0.27[4, 2] 0.13-0.27[5, 2] |
| Dough----------------------------------- | 2.8-7.9 | 0.15-0.44[4, 2] 0.15-0.42[5, 2] |
| Rock outcrop. | | |

See footnotes at end of table.

BLM_0060054

Uncompahgre National Forest Area, Colorado

117

TABLE 14.--EROSION FACTORS--Continued

| Soil name and map symbol | Potential erosion Tons/acre/year | Current erosion Tons/acre/year |
|---|---|---|
| 20: | | |
| Gralic | 66.0-87.2 | 2.00-2.64[5, 2] |
| Grenadier | 47.1-66.0 | 1.43-2.00[5, 2] |
| 21: | | |
| Hapgood | 47.1-56.6 | 1.20-1.44[5, 2] |
| Lamphier | 23.6-66.0 | 0.60-1.68[5, 2] |
| 22: | | |
| Hoosan | 21.2-25.4 | 0.18-0.22[3] |
| Lamphier | 21.2-25.4 | 0.38-0.46[5, 2] |
| Leaps | 25.4-29.6 | 0.22-0.26[3] |
| 23: | | |
| Jodero | 4.7-11.2 | 0.12-0.29[3] |
| Empedrado | 13.1-15.2 | 0.33-0.39[3] |
| 24: | | |
| Kubler | 5.5-6.4 | 0.22-0.26[5, 7] |
| Delson | 6.4-7.3 | 0.37-0.42[5, 7] |
| Cerro | 5.5-6.4 | 0.09-0.11[3] |
| 25: | | |
| Lamphier | 5.4-15.2 | 0.11-0.30[5, 2] |
| Hapgood | 5.4-10.9 | 0.11-0.22[5, 2] |
| 26: | | |
| Mirand | 7.3-10.2 | 0.19-0.26[1, 2] 0.40-0.57[4, 2] |
| Callan | 8.7-13.4 | 0.22-0.34[1, 7] 0.62-0.96[4, 2] |
| Chilson Variant | 6.2-11.6 | 0.16-0.30[1, 7] 0.44-0.83[4, 2] |
| 27: | | |
| Overgaard | 13.1-17.4 | 0.63-0.83[5, 2] |
| Olathe | 11.0-14.7 | 0.49-0.66[5, 2] |
| 28: | | |
| Sawcreek | 6.8-11.0 | 0.11-0.17[4, 2] 0.10-0.17[5, 2] |
| Splitro | 6.8-11.0 | 0.11-0.17[4, 2] 0.10-0.17[5, 2] |
| 29: | | |
| Supervisor | 3.4-8.2 | 0.10-0.24[4, 2] 0.32-0.77[5, 2] |
| Cebone | 5.8-8.2 | 0.54-0.77[5, 2] |

See footnotes at end of table.

BLM_0060055

TABLE 14.--EROSION FACTORS--Continued

| Soil name and map symbol | Potential erosion | Current erosion |
|---|---|---|
| | Tons/acre/year | Tons/acre/year |
| **30:** | | |
| Trampas----------------------------- | 31.3-35.8 | 0.54-0.62[1, 2] |
| | | 1.45-1.65[4, 2] |
| Delson, moderately deep-------------- | 26.8-41.4 | 0.75-1.22[1, 2] |
| | | 1.24-1.91[4, 2] |
| **31:** | | |
| Ula--------------------------------- | 11.0-12.7 | 0.33-0.38[3] |
| Agneston---------------------------- | 6.8-9.6 | 0.52-0.72[5, 2] |
| Pendergrass------------------------- | 5.8-6.8 | 0.77-0.91[5, 2] |

[1] 25 percent canopy cover
[2] Trees
[3] 0 percent canopy cover
[4] 50 percent canopy cover
[5] 75 percent canopy cover
[6] Tall weeds or short brush
[7] Brush or bushes

BLM_0060056

Uncompahgre National Forest Area, Colorado                                                    119

TABLE 15.--SOIL AND WATER FEATURES

("Hydrologic group" and other terms are explained in the text.  The symbol < means less than;
    > means more than.  Absence of an entry indicates that the feature is not a concern or that
    data were not estimated)

| Soil name and map symbol | Hydro-logic group | Flooding | | | Bedrock | | Potential frost action | Risk of corrosion | |
|---|---|---|---|---|---|---|---|---|---|
| | | Frequency | Duration | Months | Depth | Hard-ness | | Uncoated steel | Concrete |
| | | | | | *In* | | | | |
| 10: | | | | | | | | | |
| Arabrab---------- | D | None------- | --- | --- | 10-20 | Hard | Moderate | High---- | Low. |
| Dalhart---------- | C | None------- | --- | --- | >20 | Hard | Moderate | High---- | Low. |
| 11: | | | | | | | | | |
| Belain----------- | C | None------- | --- | --- | 20-60 | Hard | Moderate | Moderate | Low. |
| Falcon----------- | D | None------- | --- | --- | 7-20 | Hard | Moderate | Moderate | Low. |
| 12: | | | | | | | | | |
| Borolls. | | | | | | | | | |
| Boralfs. | | | | | | | | | |
| Rock outcrop----- | D | None------- | --- | --- | 0 | Hard | --- | --- | --- |
| 13: | | | | | | | | | |
| Chilson---------- | D | None------- | --- | --- | 10-20 | Hard | Low------ | Moderate | Low. |
| Delson, moderately deep- | C | None------- | --- | --- | >60 | --- | Low------ | High---- | Low. |
| Beenom----------- | D | None------- | --- | --- | 10-20 | Hard | Moderate | Moderate | Low. |
| 14: | | | | | | | | | |
| Chilson Variant-- | D | None------- | --- | --- | 7-20 | Hard | Low------ | Moderate | Low. |
| Rock outcrop----- | D | None------- | --- | --- | 0 | Hard | --- | --- | --- |
| 15: | | | | | | | | | |
| Delson----------- | C | None------- | --- | --- | >60 | --- | Low------ | High---- | Low. |
| Kubler----------- | C | None------- | --- | --- | >60 | --- | Low------ | High---- | Low. |
| Showalter-------- | C | None------- | --- | --- | 40-60 | Hard | Low------ | Moderate | Low. |
| 16: | | | | | | | | | |
| Delson, moderately deep- | C | None------- | --- | --- | >60 | --- | Low------ | High---- | Low. |
| Sharrott--------- | D | None------- | --- | --- | 8-20 | Hard | Moderate | Moderate | Moderate. |
| 17: | | | | | | | | | |
| Dough, dry------- | D | None------- | --- | --- | 7-20 | Hard | Moderate | Moderate | Low. |
| Rock outcrop----- | D | None------- | --- | --- | 0 | Hard | --- | --- | --- |
| 18: | | | | | | | | | |
| Durango---------- | C | None------- | --- | --- | >20 | Hard | Low------ | High---- | Low. |
| Arabrab---------- | D | None------- | --- | --- | 10-20 | Hard | Moderate | High---- | Low. |

BLM_0060057

Soil Survey

TABLE 15.--SOIL AND WATER FEATURES--Continued

| Soil name and map symbol | Hydro-logic group | Flooding | | | Bedrock | | Potential frost action | Risk of corrosion | |
|---|---|---|---|---|---|---|---|---|---|
| | | Frequency | Duration | Months | Depth | Hard-ness | | Uncoated steel | Concrete |
| | | | | | In | | | | |
| **19:** | | | | | | | | | |
| Falcon----------- | D | None------- | --- | --- | 7-20 | Hard | Moderate | Moderate | Low. |
| Dough------------ | D | None------- | --- | --- | 7-20 | Hard | Moderate | Moderate | Low. |
| Rock outcrop----- | D | None------- | --- | --- | 0 | Hard | --- | --- | --- |
| **20:** | | | | | | | | | |
| Gralic---------- | B | None------- | --- | --- | >40 | Soft | Moderate | Moderate | Moderate. |
| Grenadier-------- | B | None------- | --- | --- | 40-60 | Soft | Moderate | Moderate | Moderate. |
| **21:** | | | | | | | | | |
| Hapgood---------- | B | None------- | --- | --- | >40 | --- | Moderate | Moderate | Moderate. |
| Lamphier--------- | B | None------- | --- | --- | >60 | --- | Moderate | Moderate | Low. |
| **22:** | | | | | | | | | |
| Hoosan----------- | C | None------- | --- | --- | >60 | --- | Moderate | Moderate | Low. |
| Lamphier--------- | B | None------- | --- | --- | >60 | --- | Moderate | Moderate | Low. |
| Leaps------------ | C | None------- | --- | --- | >60 | --- | Moderate | Moderate | Low. |
| **23:** | | | | | | | | | |
| Jodero----------- | B | Rare------- | --- | --- | >60 | --- | Moderate | Moderate | Low. |
| Empedrado-------- | B | None------- | --- | --- | >60 | --- | Moderate | High---- | Low. |
| **24:** | | | | | | | | | |
| Kubler----------- | C | None------- | --- | --- | >60 | --- | Low------ | High---- | Low. |
| Delson----------- | C | None------- | --- | --- | >60 | --- | Low------ | High---- | Low. |
| Cerro------------ | D | None------- | --- | --- | >60 | --- | Low------ | High---- | Low. |
| **25:** | | | | | | | | | |
| Lamphier--------- | B | None------- | --- | --- | >60 | --- | Moderate | Moderate | Low. |
| Hapgood---------- | B | None------- | --- | --- | >40 | --- | Moderate | Moderate | Moderate. |
| **26:** | | | | | | | | | |
| Mirand----------- | C | None------- | --- | --- | >20 | Hard | Low------ | High---- | Low. |
| Callan----------- | C | None------- | --- | --- | >60 | --- | Low------ | High---- | Low. |
| Chilson Variant-- | D | None------- | --- | --- | 7-20 | Hard | Low------ | Moderate | Low. |
| **27:** | | | | | | | | | |
| Overgaard-------- | C | None------- | --- | --- | >20 | Hard | Moderate | Moderate | Moderate. |
| Olathe----------- | D | None------- | --- | --- | 6-20 | Hard | Low------ | Moderate | Low. |
| **28:** | | | | | | | | | |
| Sawcreek--------- | C | None------- | --- | --- | 20-40 | Hard | Moderate | Moderate | Moderate. |
| Splitro---------- | D | None------- | --- | --- | 5-20 | Hard | Moderate | Moderate | Low. |

TABLE 15.--SOIL AND WATER FEATURES--Continued

| Soil name and map symbol | Hydro- logic group | Flooding | | | Bedrock | | Potential frost action | Risk of corrosion | |
|---|---|---|---|---|---|---|---|---|---|
| | | Frequency | Duration | Months | Depth | Hard- ness | | Uncoated steel | Concrete |
| | | | | | In | | | | |
| 29: | | | | | | | | | |
| Supervisor------ | C | None------- | --- | --- | 20-40 | Hard | Moderate | Moderate | Moderate. |
| Cebone----------- | B | None------- | --- | --- | >20 | Hard | Moderate | Moderate | Low. |
| 30: | | | | | | | | | |
| Trampas---------- | C | None------- | --- | --- | >40 | Hard | Low------ | Moderate | Low. |
| Delson, moderately deep- | C | None------- | --- | --- | >60 | --- | Low------ | High---- | Low. |
| 31: | | | | | | | | | |
| Ula-------------- | C | None------- | --- | --- | >20 | Hard | Moderate | High---- | High. |
| Agneston--------- | B | None------- | --- | --- | 20-40 | Hard | Moderate | High---- | High. |
| Pendergrass------ | B | None------- | --- | --- | 10-20 | Hard | Moderate | High---- | High. |
| 32: | | | | | | | | | |
| Ustorthents. | | | | | | | | | |
| Ustochrepts. | | | | | | | | | |
| Rock outcrop----- | D | None------- | --- | --- | 0 | Hard | --- | --- | --- |

BLM_0060059

122

TABLE 16.--CLASSIFICATION OF THE SOILS

| Soil name | Classification |
|-----------|----------------|
| Agneston family | Loamy-skeletal, mixed Typic Cryoboralfs |
| Arabrab family | Loamy, mixed, mesic Lithic Haplustalfs |
| Beenom family | Loamy, mixed Lithic Argiborolls |
| Belain family | Coarse-loamy, mixed Typic Haploborolls |
| Boralfs | Boralfs |
| Borolls | Borolls |
| Callan family | Fine, mixed Aridic Argiborolls |
| Cebone family | Fine, montmorillonitic Boralfic Cryoboralfs |
| Cerro family | Fine, montmorillonitic Ustertic Argiborolls |
| Chilson family | Clayey, mixed Lithic Argiborolls |
| Chilson Variant | Clayey, mixed Lithic Eutroboralfs |
| Dalhart family | Fine-loamy, mixed, mesic Aridic Haplustalfs |
| Delson family | Fine, montmorillonitic Typic Haploborolls |
| Dough family | Loamy, mixed, frigid Lithic Ustochrepts |
| Durango family | Fine, mixed, mesic Aridic Haplustalfs |
| Empedrado family | Fine-loamy, mixed Typic Argiborolls |
| Falcon family | Loamy, mixed Lithic Haploborolls |
| Gralic family | Loamy-skeletal, mixed, nonacid Typic Cryorthents |
| Grenadier family | Loamy-skeletal, mixed Dystric Cryochrepts |
| Hapgood family | Loamy-skeletal, mixed Pachic Cryoborolls |
| Hoosan family | Fine, mixed Pachic Cryoborolls |
| Jodero family | Fine-loamy, mixed Cumulic Haploborolls |
| Kubler family | Fine, montmorillonitic Pachic Argiborolls |
| Lamphier family | Fine-loamy, mixed Pachic Cryoborolls |
| Leaps family | Fine, montmorillonitic Typic Cryoborolls |
| Mirand family | Fine, mixed Mollic Eutroboralfs |
| Olathe family | Loamy, mixed Lithic Cryochrepts |
| Overgaard family | Fine, mixed Typic Cryoboralfs |
| Pendergrass family | Loamy-skeletal, mixed, nonacid Lithic Cryorthents |
| Sawcreek family | Coarse-loamy, mixed Typic Cryoborolls |
| Sharrott family | Loamy-skeletal, mixed, frigid Lithic Ustochrepts |
| Showalter family | Clayey-skeletal, montmorillonitic Aridic Argiborolls |
| Splitro family | Loamy, mixed Lithic Cryoborolls |
| Supervisor family | Loamy-skeletal, mixed Typic Cryoborolls |
| Trampas family | Clayey-skeletal, mixed Typic Eutroboralfs |
| Ula family | Fine-loamy, mixed Mollic Cryoboralfs |
| Ustochrepts | Ustochrepts |
| Ustorthents | Ustorthents |

☆ U.S. GOVERNMENT PRINTING OFFICE : 1995—387-974/00527/SCS

BLM_0060060

BLM_0060061

# NRCS Accessibility Statement

This document is not accessible by screen-reader software. The Natural Resources Conservation Service (NRCS) is committed to making its information accessible to all of its customers and employees. If you are experiencing accessibility issues and need assistance, please contact our Helpdesk by phone at 1-800-457-3642 or by e-mail at ServiceDesk-FTC@ftc.usda.gov. For assistance with publications that include maps, graphs, or similar forms of information, you may also wish to contact our State or local office. You can locate the correct office and phone number at http://offices.sc.egov.usda.gov/locator/app.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.



**USDA**
United States
Department of
Agriculture



Natural
Resources
Conservation
Service



United States
Department of
the Interior



Bureau of Land
Management

In cooperation with
Colorado Agricultural
Experiment Station

# Soil Survey of
# San Miguel Area,
# Colorado
## Parts of Dolores, Montrose, and
## San Miguel Counties



BLM_0060063

BLM_0060064

# How to Use This Soil Survey

**Detailed Soil Maps**

The detailed soil maps follow the general information about the survey area. These maps can be useful in planning the use and management of small areas.

To find information about your area of interest, locate that area on the **Index to Map Sheets**, which precedes the soil maps. Note the number of the map sheet and turn to that sheet.

Locate your area of interest on the map sheet. Note the map units symbols that are in that area. Turn to the **Contents**, which lists the map units by symbol and name and shows the page where each map unit is described.





MAP SHEET

INDEX TO MAP SHEETS

The **Contents** shows which table has data on a specific land use for each detailed soil map unit. Also see the **Contents** for sections of this publication that may address your specific needs.

A **State Soil Geographic Data Base (STATSGO)** is available for this survey area. This data base consists of a soils map at a scale of 1 to 250,000 and descriptions of groups of associated soils. It replaces the general soil map published in older soil surveys. The map and the data base can be used for multicounty planning,



MAP SHEET

AREA OF INTEREST

NOTE: Map unit symbols in a soil survey may consist only of numbers or letters, or they may be a combination of numbers and letters.

and map output can be tailored for a specific use. More information about the STATSGO for this survey area, or for any portion of Colorado, is available at the Colorado State Office of the Natural Resources Conservation Service.

BLM_0060065

4

This soil survey is a publication of the National Cooperative Soil Survey, a joint effort of the United States Department of Agriculture and other Federal agencies, State agencies including the Agricultural Experiment Stations, and local agencies. The Natural Resources Conservation Service (formerly the Soil Conservation Service) has leadership for the Federal part of the National Cooperative Soil Survey.

Major fieldwork for this soil survey was completed in 1978-1984. Soil names and descriptions were approved in 1986. Soil properties and interpretations were reviewed and updated in 2001. Unless otherwise indicated, statements in this publication refer to conditions in the survey area in 1986. This survey was made cooperatively by the Natural Resources Conservation Service and the Colorado Agricultural Experiment Station and the United States Department of Interior, Bureau of Land Management. The survey is part of the technical assistance furnished to the San Miguel Basin Soil Conservation District. Funds for acceleration of this soil survey were provided by Montrose County, San Miguel County, San Miguel Basin Soil Conservation District, and the Bureau of Land Management.

Soil maps in this survey may be copied without permission. Enlargement of these maps, however, could cause misunderstanding of the detail of mapping. If enlarged, maps do not show the small areas of contrasting soils that could have been shown at a larger scale.

The United States Department of Agriculture (USDA) prohibits discrimination in all of its programs on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact the USDA's TARGET Center at 202-720-2600 (voice or TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326W, Whitten Building, 14th and Independence Avenue SW, Washington, DC 20250-9410, or call 202-720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

**Cover: Variations in soils and climate create a scenic mosaic of plant communities in the higher elevations of the San Miguel Area.**

BLM_0060066

# Foreword

This soil survey contains information that affects land use planning in this survey area. It contains predictions of soil behavior for selected land uses. The survey also highlights soil limitations, improvements needed to overcome the limitations, and the impact of selected land uses on the environment.

This soil survey is designed for many different users. Farmers, ranchers, foresters, and agronomists can use it to evaluate the potential of the soil and the management needed for maximum food and fiber production. Planners, community officials, engineers, developers, builders, and home buyers can use the survey to plan land use, select sites for construction, and identify special practices needed to ensure proper performance. Conservationists, teachers, students, and specialists in recreation, wildlife management, waste disposal, and pollution control can use the survey to help them understand, protect, and enhance the environment.

Various land use regulations of Federal, State, and local governments may impose special restrictions on land use or land treatment. The information in this report is intended to identify soil properties that are used in making various land use or land treatment decisions. Statements made in this report are intended to help the land users identify and reduce the effects of soil limitations on various land uses. The landowner or user is responsible for identifying and complying with existing laws and regulations.

Great differences in soil properties can occur within short distances. Some soils are seasonally wet or subject to flooding. Some are shallow to bedrock. Some are too unstable to be used as a foundation for buildings or roads. Clayey or wet soils are poorly suited to use as septic tank absorption fields. A high water table makes a soil poorly suited to basements or underground installations.

These and many other soil properties that affect land use are described in this soil survey. The location of each soil is shown on the detailed soil maps. Each soil in the survey area is described. Information on specific uses is given for each soil. Help in using this publication and additional information are available at the local office of the Natural Resources Conservation Service or the Cooperative Extension Service.

Allen Green
State Conservationist
Natural Resources Conservation Service

BLM_0060068

# Contents

How to Use This Soil Survey ................................... 3
Foreword ........................................................................ 5
Soil Survey of the San Miguel Area, Colorado ... 11
  General Nature of the Survey Area ..................... 11
  History and Development ..................................... 11
    Water Supply .................................................. 12
    Agriculture ....................................................... 13
    Physiography, Relief, and Drainage ............... 13
    Natural Resources .......................................... 13
    Climate ............................................................. 14
  How This Survey Was Made ............................... 15
Detailed Soil Map Units ........................................... 17
  1—Abra loam, 1 to 3 percent slopes ................. 18
  2—Abra loam, 3 to 6 percent slopes ................. 18
  3—Abra loam, 6 to 12 percent slopes ............... 19
  4—Ackmen silt loam, 1 to 3 percent slopes ........ 19
  5—Acree loam, 1 to 6 percent slopes ................ 20
  6—Acree loam, 6 to 12 percent slopes .............. 20
  7—Acree-Zoltay-Nortez complex, 0 to 15
    percent slopes ............................................... 21
  8—Adel loam, 5 to 30 percent slopes ................ 22
  9—Adel loam, moist, 15 to 50 percent slopes ... 23
  10—Aquolls, 0 to 3 percent slopes ..................... 23
  11—Badland ......................................................... 24
  12—Baird Hollow-Nordicol-Ryman complex,
    5 to 40 percent slopes .................................. 24
  13—Barkelew-Emmons complex, 5 to 40
    percent slopes ............................................... 25
  14—Barx fine sandy loam, 1 to 3 percent
    slopes .............................................................. 26
  15—Barx fine sandy loam, 3 to 6 percent
    slopes .............................................................. 27
  16—Barx fine sandy loam, 6 to 12 percent
    slopes .............................................................. 28
  17—Barx-Progresso complex, 3 to 12 percent
    slopes .............................................................. 28
  18—Begay fine sandy loam, 1 to 6 percent
    slopes .............................................................. 29
  19—Beje fine sandy loam, 3 to 25 percent
    slopes .............................................................. 30
  20—Billings silt loam, 1 to 4 percent slopes ....... 30
  21—Billings clay loam, moist, 1 to 4 percent
    slopes .............................................................. 31
  22—Bodot silty clay loam, dry, 3 to 12 percent
    slopes .............................................................. 31

23—Bodot, dry-Ustic Torriorthents complex, 5
  to 50 percent slopes ...................................... 32
24—Bodot-Zyme silty clay loams, dry, 3 to 20
  percent slopes ............................................... 33
25—Bond-Progresso complex, 3 to 30 percent
  slopes .............................................................. 34
26—Borolls-Rock outcrop complex, 40 to 90
  percent slopes ............................................... 35
27—Burnac-Delson sandy loams, 3 to 20
  percent slopes ............................................... 36
28—Burnac-Delson-Falcon sandy loams, 20
  to 50 percent slopes ...................................... 37
29—Bushvalley-Nordicol Variant complex, 2 to
  10 percent slopes .......................................... 38
30—Callan loam, 1 to 3 percent slopes .............. 40
31—Callan loam, 3 to 6 percent slopes .............. 40
32—Callan loam, 6 to 12 percent slopes ............ 41
33—Callan-Gurley loams, 3 to 20 percent
  slopes .............................................................. 42
34—Ceek very flaggy clay loam, 10 to 40
  percent slopes ............................................... 43
35—Clapper loam, 1 to 8 percent slopes ........... 43
36—Clapper-Ustic Torriorthents complex, 5 to
  40 percent slopes .......................................... 44
37—Cryaquolls, 0 to 3 percent slopes ............... 45
38—Evanston fine sandy loam, 2 to 8 percent
  slopes .............................................................. 45
39—Falcon-Burnac-Rock outcrop complex,
  3 to 20 percent slopes .................................. 46
40—Farb-Rock outcrop complex, 1 to 30
  percent slopes ............................................... 47
41—Fivepine-Nortez-Rock outcrop complex,
  12 to 30 percent slopes ................................ 47
42—Fivepine-Pino loams, 0 to 15 percent
  slopes .............................................................. 49
43—Fluvaquents, 0 to 6 percent slopes,
  frequently flooded .......................................... 50
44—Fruitland loam, 1 to 8 percent slopes .......... 50
45—Gladel-Bond-Rock outcrop complex, 1 to
  50 percent slopes .......................................... 51
46—Gladel-Bond-Rock outcrop complex, cool,
  3 to 25 percent slopes .................................. 52
47—Gurley loam, 1 to 8 percent slopes ............. 53
48—Gurley-Skein loams, 3 to 20 percent
  slopes .............................................................. 54

BLM_0060069

8

49—Gypsiorthids, 3 to 25 percent slopes ........... 55
50—Gypsum land ............................................... 55
51—Haplaquolls, 0 to 3 percent slopes .............. 56
52—Killpack-Deaver loams, 2 to 15 percent
    slopes ....................................................... 56
53—Leaps-Hofly loams, 5 to 40 percent
    slopes ....................................................... 57
54—Leaps-Tellura complex, 5 to 20 percent
    slopes ....................................................... 58
55—Lillylands loam, 15 to 50 percent slopes ..... 59
56—Mikim loam, 1 to 6 percent slopes .............. 59
57—Minchey fine sandy loam, 1 to 10 percent
    slopes ....................................................... 60
58—Mitch loam, 1 to 6 percent slopes ............... 60
59—Mivida fine sandy loam, 5 to 15 percent
    slopes ....................................................... 61
60—Monogram loam, 1 to 8 percent slopes ....... 61
61—Monticello-Witt loams, 1 to 3 percent
    slopes ....................................................... 63
62—Monticello-Witt loams, 3 to 6 percent
    slopes ....................................................... 63
63—Monticello-Witt loams, 6 to 12 percent
    slopes ....................................................... 64
64—Narraguinnep clay loam, moist, 15 to 50
    percent slopes .......................................... 65
65—Narraguinnep-Dapoin complex, 1 to 15
    percent slopes .......................................... 65
66—Nortez loam, 1 to 6 percent slopes ............. 66
67—Nortez loam, 6 to 12 percent slopes ........... 67
68—Nortez-Acree loams, 1 to 12 percent
    slopes ....................................................... 67
69—Nortez-Fivepine loams, 1 to 12 percent
    slopes ....................................................... 69
70—Nunemaker clay, 3 to 10 percent slopes ..... 70
71—Nyswonger silty clay loam, 1 to 4 percent
    slopes ....................................................... 70
72—Pagoda-Coulterg-Cabba complex, 10 to
    60 percent slopes ..................................... 71
73—Paradox fine sandy loam, 1 to 4 percent
    slopes ....................................................... 72
74—Persayo-Chipeta complex, 2 to 20 percent
    slopes ....................................................... 72
75—Pinon-Bowdish-Progresso loams, cool,
    1 to 12 percent slopes ............................... 74

76—Pinon-Bowdish-Rock outcrop complex,
    3 to 30 percent slopes ............................... 75
77—Pinon-Progresso loams, 3 to 12 percent
    slopes ....................................................... 76
78—Pinon-Ustic Torriorthents complex, 5 to
    30 percent slopes ..................................... 77
79—Pojoaque-Chilton complex, 5 to 30
    percent slopes, extremely stony ................. 78
80—Progresso loam, 1 to 3 percent slopes ........ 79
81—Progresso loam, 3 to 6 percent slopes ........ 79
82—Progresso loam, 6 to 12 percent slopes ...... 80
83—Pulpit-Bond, cool complex, 1 to 6 percent
    slopes ....................................................... 81
84—Radersburg gravelly loam, 1 to 6 percent
    slopes ....................................................... 81
85—Radersburg gravelly loam, 6 to 30 percent
    slopes ....................................................... 82
86—Redlands sandy loam, 1 to 6 percent
    slopes ....................................................... 82
87—Rock outcrop  ............................................ 83
88—Rock outcrop-Orthents complex, 40 to 90
    percent slopes .......................................... 83
89—Ryman loam, dry, 2 to 20 percent slopes .... 84
90—Ryman loam, warm, 2 to 20 percent
    slopes ....................................................... 85
91—Ryman-Adel, moist complex, 1 to 15
    percent slopes .......................................... 86
92—Sagedale clay loam, 3 to 20 percent
    slopes ....................................................... 87
93—Sapeha very cobbly loam, 15 to 50
    percent slopes .......................................... 87
94—Seitz gravelly loam, 10 to 60 percent
    slopes ....................................................... 88
95—Skein-Rock outcrop complex, 3 to 65
    percent slopes .......................................... 88
96—Skisams-Bushvalley-Cryoborolls,
    moderately deep complex, 2 to 15 percent
    slopes ....................................................... 89
97—Skisams-Cryoborolls, moderately deep
    complex, 5 to 30 percent slopes ................ 90
98—Specie gravelly loam, 5 to 15 percent
    slopes ....................................................... 91
99—Specie, moist-Rock outcrop complex,
    15 to 60 percent slopes ............................. 91

100—Spectacle-Kinesava loams, 5 to 30
  percent slopes ............................................. 92
101—Tellura-Leaps clay loams, 5 to 40
  percent slopes ............................................. 92
102—Typic Torriorthents, 3 to 80 percent
  slopes ........................................................ 93
103—Ustic Torriorthents-Ustochreptic
  Calciorthids, 3 to 30 percent slopes ............. 94
104—Vananda silty clay, 1 to 6 percent slopes ... 94
105—Winnett silty clay loam, 1 to 3 percent
  slopes ........................................................ 96
106—Winz-Rock outcrop complex, 20 to 90
  percent slopes, very stony ........................... 96
107—Witt loam, dry, 1 to 12 percent slopes ....... 97
108—Wrayha stony clay loam, 3 to 40 percent
  slopes ........................................................ 97
109—Zoltay loam, 3 to 15 percent slopes ......... 98
110—Zoltay clay loam, 1 to 3 percent slopes ..... 98
111—Zyme-Bodot-Rock outcrop complex,
  15 to 30 percent slopes ............................... 99
112—Water ..................................................... 100
**Use and Management of the Soils** ................... 101
Interpretive Ratings ......................................... 101
  Rating Class Terms ...................................... 101
  Numerical Ratings ........................................ 101
Crops and Pasture .......................................... 101
  Yields per Acre ............................................ 103
  Land Capability Classification ...................... 103
  Prime Farmland ........................................... 104
Ecological Sites and Characteristic Native
  Vegetation ................................................... 105
Rangeland ..................................................... 105
Forest Productivity and Management .............. 107
  Forest Productivity ....................................... 107
  Forest Management ...................................... 108
Recreation ..................................................... 109
Wildlife Habitat .............................................. 111
Engineering ................................................... 112
  Building Site Development ............................ 113
  Sanitary Facilities ........................................ 114
  Construction Materials .................................. 116
  Water Management ....................................... 117
**Soil Properties** ............................................... 119
Engineering Index Properties .......................... 119
Physical Properties ........................................ 120

Chemical Properties ....................................... 121
Water Features .............................................. 122
Soil Features ................................................. 123
**Classification of the Soils** .............................. 125
Soil Series and Their Morphology ................... 125
  Abra Series ................................................. 125
  Ackmen Series ............................................ 126
  Acree Series ............................................... 127
  Adel Series ................................................. 127
  Aquolls ....................................................... 128
  Baird Hollow Series ..................................... 129
  Barkelew Series .......................................... 129
  Barx Series ................................................. 130
  Begay Series ............................................... 131
  Beje Series ................................................. 131
  Billings Series ............................................. 132
  Bodot Series ............................................... 132
  Bond Series ................................................ 133
  Borolls ........................................................ 133
  Bowdish Series ........................................... 134
  Burnac Series ............................................. 135
  Bushvalley Series ........................................ 135
  Cabba Series .............................................. 136
  Callan Series .............................................. 136
  Ceek Series ................................................ 137
  Chilton Series ............................................. 137
  Chipeta Series ............................................ 138
  Clapper Series ............................................ 138
  Coulterg Series ........................................... 139
  Cryaquolls .................................................. 140
  Cryoborolls ................................................. 140
  Dapoin Series ............................................. 141
  Deaver Series ............................................. 141
  Delson Series ............................................. 142
  Emmons Series ........................................... 142
  Evanston Series .......................................... 143
  Falcon Series .............................................. 144
  Farb Series ................................................. 144
  Fivepine Series ........................................... 145
  Fluvaquents ................................................ 145
  Fruitland Series ........................................... 145
  Gladel Series .............................................. 146
  Gurley Series .............................................. 146
  Gypsiorthids ............................................... 147
  Haplaquolls ................................................. 148

10

Hofly Series ................................................... 148
Killpack Series ............................................. 149
Kinesava Series ............................................ 149
Leaps Series ................................................. 150
Lillylands Series ........................................... 150
Mikim Series ................................................ 151
Minchey Series ............................................. 151
Mitch Series ................................................. 152
Mivida Series ............................................... 152
Monogram Series ......................................... 153
Monticello Series .......................................... 154
Narraguinnep Series ..................................... 155
Nordicol Series ............................................ 155
Nordicol Variant ........................................... 156
Nortez Series ............................................... 156
Nunemaker Series ........................................ 157
Nyswonger Series ........................................ 158
Orthents ..................................................... 158
Pagoda Series ............................................. 159
Paradox Series ............................................ 160
Persayo Series ............................................ 160
Pino Series ................................................. 161
Pinon Series ................................................ 161
Pojoaque Series ........................................... 162
Progresso Series .......................................... 162
Pulpit Series ................................................ 163
Radersburg Series ........................................ 163
Redlands Series ........................................... 164
Ryman Series ............................................... 164
Sagedale Series ........................................... 165
Sapeha Series .............................................. 166
Seitz Series ................................................. 166
Skein Series ................................................ 167
Skisams Series ............................................ 167
Specie Series .............................................. 168
Spectacle Series .......................................... 168
Tellura Series .............................................. 169
Typic Torriorthents ....................................... 170
Ustic Torriorthents ....................................... 170
Ustochreptic Calciorthids .............................. 170
Vananda Series ............................................ 171
Winnett Series ............................................. 171
Winz Series ................................................. 172

Witt Series .................................................. 173
Wrayha Series ............................................. 173
Zoltay Series ............................................... 174
Zyme Series ................................................ 175
**Formation of the Soils** ....................................... 177
**References** ...................................................... 179
**Glossary** ........................................................ 181
**Tables** ........................................................... 193
Table 1.--Temperature and precipitation .......... 195
Table 2.--Freeze dates in spring and fall .......... 198
Table 3.--Growing season ................................ 201
Table 4.--Acreage and proportionate extent
    of the soils ........................................... 203
Table 5A.--Land capability and yields per
    acre of crops and pasture ......................... 206
Table 5B.--Land capability and yields per
    acre of crops and pasture ......................... 213
Table 6.--Prime farmland ................................ 214
Table 7.--Ecological sites and characteristic
    native vegetation .................................... 215
Table 8.--Forest productivity ........................... 250
Table 9A.--Forestland management ................... 254
Table 9B.--Forestland management ................... 260
Table 9C.--Forestland management ................... 265
Table 9D.--Forestland management ................... 270
Table 9E.--Forestland management ................... 275
Table 10A.--Recreation .................................. 279
Table 10B.--Recreation .................................. 298
Table 11.--Wildlife habitat .............................. 312
Table 12A.--Building site development ............. 321
Table 12B.--Building site development ............. 336
Table 13A.--Sanitary facilities ........................ 353
Table 13B.--Sanitary facilities ........................ 370
Table 14A.--Construction materials ................. 384
Table 14B.--Construction materials ................. 397
Table 15.--Water management ......................... 417
Table 16.--Engineering index properties .......... 429
Table 17.--Physical properties of the soils ........ 453
Table 18--Chemical properties of the soils ....... 467
Table 19.--Water features ............................... 481
Table 20.--Soil features ................................. 489
Table 21.--Classification of the soils ................ 497

Issued 2003

BLM_0060072

11

# Soil Survey of
# San Miguel Area, Colorado
## Parts of Dolores, Montrose, and San Miguel Counties

By William S. Hawn, Natural Resources Conservation Service
Quality Assurance by Thomas Hahn, Natural Resources Conservation Service

Fieldwork by William S. Hawn, Joseph A. Pepi, Mary C. Currie, Richard B. Trenholme, James, L. Fuchs, Glenn R. Dunavan, William R. Hunter, and Wayne L. Johannson.

United States Department of Agriculture, Natural Resources Conservation Service, in cooperation with
the Colorado Agricultural Experiment Station; United States Department of the Interior, Bureau of Land Management; San Miguel County; and San Miguel Basin Soil Conservation District.

## General Nature of the Survey Area

The San Miguel Area is in the southwestern corner of Colorado. It has a total area of 1,247,542 acres, or about 1,949 square miles (fig. 1). The area encompasses parts of Dolores, Montrose, and San Miguel Counties. Dove Creek is the county seat of Dolores County, Montrose the county seat of Montrose County, and Telluride the county seat of San Miguel County. Other communities in the area are Egnar, Nucla, Naturita, Redvale, Norwood, Uravan, Placerville, Sawpit, Bedrock, Paradox, and Slickrock. Dove Creek, Montrose, and Telluride are located outside the survey area. The population of the area is about 3,150.

The area is predominantly Federally-administered land. About 70 percent is administered by the United States Department of the Interior, Bureau of Land Management, and the United States Department of Agriculture, Forest Service. The State of Colorado administers 1.5 percent of the area. The Dolores River flows through the area from south to north; its major tributaries are the San Miguel River and the Leopard, Saltado, Specie, Fall, Bear, Disappointment, Dry, and Naturita Creeks, and the Maverick Draw.

Elevation ranges from about 4,900 feet in the Paradox Valley to about 10,000 feet north of Last Dollar Mountain, on the National Forest boundary.

The climate of the survey area ranges from that of a warm desert in Disappointment Valley to that of cool, subhumid areas on the mesas and mountains below the Uncompahgre National Forest.

The area mainly is used as rangeland. Raising cattle, sheep, and horses is important to the economy. The area also is used as irrigated and nonirrigated cropland.

Uranium mining is active in the western part of the area when the price for uranium is favorable. Open pit coal mining is active in the Nucla area when coal prices are favorable. There is some natural gas development in the Dry Creek Basin.

## History and Development

The Ute Indians occupied the survey area when Franciscan friars Dominguez and Escalante passed through it in 1776. The friars were seeking a land route to Spanish missions in California. The friars camped at



Figure 1.—Location of the San Miguel Area in Colorado.

BLM_0060073

12                                                                                              Soil Survey



Figure 2.—Shown is a typical landscape of mesas, structural benches, and valley floors.

the confluence of Dry Creek and the San Miguel River on August 21, 1776.

The first permanent settlement in the Norwood area was in about 1881. In 1887, other settlers began coming in and filing on land. Norwood had a population of 50 in 1881 and was incorporated in 1905. Raising livestock and farming were important to the area in the early days, and continue to be important today.

Grass hay, alfalfa, and small grains are grown for livestock feed. Large acreages of land administered by the Bureau of Land Management and Forest Service are used for livestock grazing in spring, summer, and fall.

Logging has been fairly active at times in the survey area.

A long history of uranium mining that dates back to the 1880's has shaped the current socioeconomic factor in the survey area since the late 1940s, especially when the price for uranium is favorable. Since World War II, the establishment of the Atomic Energy Commission and the creation of a peacetime nuclear power industry have increased the demand for uranium. Mining uranium and processing ore have been important industries in the area.

There are some small coal mines in the survey area and also a few oil and gas wells.

Some small parts of the survey area are irrigated. These include West Paradox Valley, the Nucla area, Wrights Mesa, and other very small isolated areas. The main limitation to irrigation is the lack of sufficient irrigation water.

Extensive dryland farming acreage is in the Egnar area. Pinto beans and winter wheat are grown in this area. The acreage is in an extensive tableland area that is characterized by eolian deposits.

The San Miguel Area is a plateau country characterized by many mesas that are dissected by steep canyons (fig. 2). It supports large acreages of twoneedle pinyon and Utah juniper stands.

## Water Supply

The San Miguel River is the principal source of surface water in the survey area. Other streams are the Dolores River; Naturita, Disappointment, Tabeguache, Dry, Leopard, Specie, Fall, West Paradox, and Beaver Creeks; and the Maverick Draw.

Snowmelt from the San Juan Mountains and the Uncompahgre Plateau yields the major flow for the rivers and creeks in the survey area.

The main reservoirs in the survey area, which provide water for irrigation, domestic use, and hydroelectric production, are the Gurley, Lone Cone, Miramonte, Buckeye, and Groundhog Reservoirs.

Diversion ditches from streams coming off of the Lone Cone Mountain are used to fill the Gurley and Lone Cone Reservoirs. The Miramonte Reservoir was created by the damming of West Naturita Creek. Dams constructed on West Paradox and Groundhog Creeks, respectively, created the Buckeye and Groundhog Reservoirs.

The distribution of the irrigation water stored in these reservoirs is done by several main transmission ditches. These ditches are the Gurley, Colorado Cooperative, Lone Cone, and Wray ditches. The Gurley and Lone Cone ditches provide the water that is used to irrigate about 12,000 acres on Wrights Mesa, near the towns of Norwood and Redvale. The Colorado Cooperative ditch diverts water from the San Miguel River at Pinyon and transports it to the Nucla area, where approximately 11,000 acres of land is irrigated. There are approximately 4,500 acres of irrigated land in the Paradox Valley, which receives water from the Buckeye Reservoir via the Wray ditch. There also are some other minor ditches that divert from small streams for irrigation of scattered areas of farmland. This land is mainly in alluvial areas adjacent to the streams from which the water is diverted.

The main method of irrigation is flooding from contour ditches and pumped and gravity-pressured sprinkler irrigation systems. For the most part, these sprinkler systems are the side-roll type, although there are several center-pivot systems. Gated-pipe irrigation systems are also used on irrigated land where suitable. These new irrigation systems have increased water

San Miguel Area, Colorado                                                                                                  13

use efficiency by reducing water use while maintaining or improving crop yields.

## Agriculture

by Jack Warren, District Conservationist, Natural Resources Conservation Service

Many thousands of head of both cattle and sheep were raised in the early 1900s. Hay and pasture, irrigated by diverted surface waters, supplemented the high country summer grazing. Norwood was a hub for this livestock enterprise which later spread towards the west.

To the south, east, and north from Norwood is the rough and high terrain so well suited for grazing and timber production. To the west, the growing season lengthens and the agriculture picture is broader. From Coventry Hill towards Redvale, then on into Nucla, small apple orchards were established. Grain production, corn, and other vegetables became more apparent. In the west end of Montrose County, the climate is excellent for production when irrigation is adequately provided. The dryland farming area surrounding Egnar has been used for wheat and pinto bean production for over 50 years.

Today, livestock numbers have greatly declined. Most crops are produced for local use, the exceptions being wheat and beans from the Egnar area.

Recreation has stepped strongly ahead, greatly impacting this survey area. Telluride Ski Area (adjacent to this area), and related winter sport activities, year-round fishing, and fee hunting lead in monetary influence. Land lease and sales for recreational use has increased, most dramatically from Telluride (outside this area), and extending into the area around Norwood.

The San Miguel Basin Soil Conservation District was formed in 1957. This was allowed by the consolidation of three districts: the Tabeguache, Norwood, and Paradox, all of which were organized in 1937. Additional land was added to the District by an election in 1958 and by a transfer from the Dove Creek District in 1978. This combined District remains the leader for all conservation activities in the San Miguel Basin Survey Area.

## Physiography, Relief, and Drainage

The survey area is in the plateau country of southwestern Colorado. The major physiographic features in the area are the Sinbad Valley, Big and Little Gypsum Valleys, and Paradox Valley, all of which were formed by the collapse of anticlines. The Dry Creek Basin and Disappointment Valley also are major physiographic features. The entire survey area consists of valleys and basins separated by mesas. Some of these mesas lie 1,000 to 2,000 feet above the valleys.

Total relief within the area is about 5,100 feet. Elevation ranges from about 4,900 feet in the Paradox Valley to about 10,000 feet north of Last Dollar Mountain on the National Forest boundary.

The survey area is drained by the San Miguel and Dolores Rivers and their tributaries (fig. 3). The San Miguel River drains the San Juan Mountains and runs northwest through the survey area. The Dolores River also drains the San Juan Mountains and runs from south to north through the western part of the survey area, and joins the San Miguel River north of Uravan.



Figure 3.—The floodplain and terraces of the Dolores River are bounded by steep canyons in the western part of the area.

## Natural Resources

Soil, surface water, oil, natural gas, uranium, sand, gravel, coal, and native vegetation are the major natural resources of the survey area. Soil, the most widely used of the survey area's resources, can be expected to yield benefits without depletion if managed and used properly. The purpose of this survey is to aid in maintaining and improving the value of the soil resource.

The San Miguel and Dolores Rivers and Disappointment Creek are the principal sources of surface water.

BLM_0060075

The Dry Creek Basin has a few gas wells as does the Horse Range Mesa. The number of oil wells in the survey area is minimal. There are a few small coal mine operations, mostly in the Nucla area.

Sand and gravel sources for building roads and other structures are present along the San Miguel and Dolores Rivers, and also on terraces on Wright's Mesa and south of it.

Uranium ore is mined from the Saltwash Member of the Morrison Formation. There has been a cyclical boom and bust in the uranium industry from the late 1940's until the present time.

Rangeland is the most important agricultural resource in this survey area. There is some timber production around Norwood.

Principal game animals are elk, mule deer, coyote, mountain lion, black bear, and cottontail.

## Climate

Prepared by the Natural Resources Conservation Service National Water and Climate Center, Portland, Oregon.

The climate tables are created from climate stations at Norwood, Telluride and Uravan, Colorado. Additional precipitation and temperature information for this survey was obtained from new high resolution climate maps, derived using the PRISM modeling system at Oregon State University. Thunderstorm days, relative humidity, percent sunshine, and wind information are estimated from First Order station at Grand Junction, Colorado.

Table 1 gives data on temperature and precipitation for the survey area as recorded at Norwood, Telluride, and Uravan, Colorado in the period 1961 to 1990. Table 2 shows probable dates of the first freeze in fall and the last freeze in spring. Table 3 provides data on the length of the growing season.

In winter, the average temperatures are 25.0, 23.3, and 31.2 degrees F, respectively, at Norwood, Telluride, and Uravan; the respective average daily minimum temperatures in winter are 11.2, 7.9, and 18.0 degrees F. The lowest temperatures on record were -31° F at Norwood on January 12, 1963; -36° F at Telluride on February 8, 1933; and -23° F at Uravan on January 13, 1963.

In summer, the average temperatures are 63.7° F, 57.8° F, and 74.1° F, respectively, at Norwood, Telluride, and Uravan. The respective average daily maximum temperatures are 80.8° F, 75.5° F, and 92.0° F. The highest temperatures in the respective periods of record were 97° F at Norwood on June 25, 1981; 96° F at Telluride on July 15, 1922; and 110° F at Uravan on July 7, 1989.

Growing degree days are shown in Table 1. They are equivalent to "heat units." During the month, growing degree days accumulate by the amount that the average temperature each day exceeds a base temperature (40 degrees F). The normal monthly accumulation is used to schedule single or successive plantings of a crop between the last freeze in spring and the first freeze in fall.

Average annual precipitation over this survey area is quite variable and mainly is dependent upon elevation. In general, the western plateau and valley areas receive between 10 and 15 inches of precipitation per year. In the higher mountains above 9,000 feet, average annual precipitation is as much as 40 inches on the border between Dolores and San Miguel counties. The average annual total precipitation at the three climate stations is about 15.4 inches at Norwood, 23.6 inches at Telluride, and 12.6 inches at Uravan. The growing season is only 50 to 80 days long in the higher mountains, but is over 160 days long, on average, at Uravan. At Uravan, about 7 inches of precipitation normally falls between May and October, which is the normal growing season. This 7 inches represents about 56 percent of the average annual total. The heaviest 1-day precipitation amounts during the periods of record (going back to 1948 at Norwood, 1901 at Telluride, and 1961 at Uravan) were 2.90 inches at Norwood on October 3, 1996; 3.50 inches at Telluride on August 26, 1914; and 1.90 inches at Uravan on August 21, 1971. Thunderstorms occur on about 35 days each year at lower elevations, but are somewhat more frequent at higher elevations. Most thunderstorms occur in the San Miguel Area in July and August.

The average seasonal snowfall is also very dependent on elevation. Only 10 inches of snow typically falls during a given year at Uravan and other lower-elevation valley locations in the western part of the survey area; however, snowfall dramatically increases to the east with elevation. At Norwood, average annual snowfall is 63 inches, and it is 194 inches at Telluride. Average number of days with at least one inch of snow on the ground ranges from just 5 at Uravan, to 20 to 30 at Norwood, and more than 105 at Telluride. The greatest snow depths at any one time during the periods of record were 28 inches at Norwood, recorded on March 2, 1960; 64 inches at Telluride, recorded on February 8, 1949; and just 10 inches at Uravan, recorded on December 15, 1967. The heaviest 1-day snowfalls on record were 12.0 inches at Norwood, recorded on February 18, 1955; 28.5 inches at Telluride, recorded on April 2, 1903; and 9.0 inches at Uravan, recorded on January 25, 1967.

The average relative humidity in mid-afternoon is about 35 percent at lower elevations. Humidity is higher at night, and the average at dawn is about 60 percent at lower elevations. The sun shines 78 percent of the time in summer and 60 percent in winter. The prevailing wind is from the southwest. Average wind speed is highest, around 10 miles per hour, from April to July, but is highly affected by exposure and elevation.

## How This Survey Was Made

This survey was made to provide information about the soils and miscellaneous areas in the survey area. The information includes a description of the soils and miscellaneous areas and their location and a discussion of their suitability, limitations, and management for specified uses. Soil scientists observed the steepness, length, and shape of the slopes; the general pattern of drainage; the kinds of crops and native plants; and the kinds of bedrock. They dug many holes to study the soil profile, which is the sequence of natural layers, or horizons, in a soil. The profile extends from the surface down into the unconsolidated material in which the soil formed. The unconsolidated material is devoid of roots and other living organisms and has not been changed by other biological activity.

The soils and miscellaneous areas in the survey area are in an orderly pattern that is related to the geology, landforms, relief, climate, and natural vegetation of the area. Each kind of soil and miscellaneous area is associated with a particular kind of landform or with a segment of the landform. By observing the soils and miscellaneous areas in the survey area and relating their position to specific segments of the landform, a soil scientist develops a concept or model of how they were formed. Thus, during mapping, this model enables the soil scientist to predict with a considerable degree of accuracy the kind of soil or miscellaneous area at a specific location on the landscape.

Commonly, individual soils on the landscape merge into one another as their characteristics gradually change. To construct an accurate soil map, however, soil scientists must determine the boundaries between the soils. They can observe only a limited number of soil profiles. Nevertheless, these observations, supplemented by an understanding of the soil-vegetation-landscape relationship, are sufficient to verify predictions of the kinds of soil in an area and to determine the boundaries.

Soil scientists recorded the characteristics of the soil profiles that they studied. They noted soil color,

texture, size and shape of soil aggregates, kind and amount of rock fragments, distribution of plant roots, reaction, and other features that enable them to identify soils. After describing the soils in the survey area and determining their properties, the soil scientists assigned the soils to taxonomic classes (units). Taxonomic classes are concepts. Each taxonomic class has a set of soil characteristics with precisely defined limits. The classes are used as a basis for comparison to classify soils systematically. Soil taxonomy, the system of taxonomic classification used in the United States, is based mainly on the kind and character of soil properties and the arrangement of horizons within the profile. After the soil scientists classified and named the soils in the survey area, they compared the individual soils with similar soils in the same taxonomic class in other areas so that they could confirm data and assemble additional data based on experience and research.

While a soil survey is in progress, samples of some of the soils in the area generally are collected for laboratory analyses and for engineering tests. Soil scientists interpret the data from these analyses and tests as well as the field-observed characteristics and the soil properties to determine the expected behavior of the soils under different uses. Interpretations for all of the soils are field tested through observation of the soils in different uses and under different levels of management. Some interpretations are modified to fit local conditions, and some new interpretations are developed to meet local needs. Data are assembled from other sources, such as research information, production records, and field experience of specialists. For example, data on crop yields under defined levels of management are assembled from farm records and from field or plot experiments on the same kinds of soil.

Predictions about soil behavior are based not only on soil properties but also on such variables as climate and biological activity. Soil conditions are predictable over long periods of time, but they are not predictable from year to year. For example, soil scientists can predict with a fairly high degree of accuracy that a given soil will have a high water table within certain depths in most years, but they cannot predict that a high water table will always be at a specific level in the soil on a specific date.

After soil scientists located and identified the significant natural bodies of soil in the survey area, they drew the boundaries of these bodies on aerial photographs and identified each as a specific map unit. Aerial photographs show trees, buildings, fields, roads, and rivers, all of which help in locating boundaries accurately.

16

The descriptions, names, and delineations of the soils in this survey area do not fully agree with those of the soils in adjacent survey areas. Differences are the result of a better knowledge of soils, modifications in series concepts, or variations in the intensity of mapping or in the extent of the soils in the survey areas.

BLM_0060078

17

# Detailed Soil Map Units

The map units delineated on the detailed soil maps in this survey represent the soils or miscellaneous areas in the survey area. The map unit descriptions in this section, along with the maps, can be used to determine the suitability and potential of a unit for specific uses. They also can be used to plan the management needed for those uses.

A map unit delineation on a soil map represents an area dominated by one or more major kinds of soil or miscellaneous areas. A map unit is identified and named according to the taxonomic classification of the dominant soils. Within a taxonomic class there are precisely defined limits for the properties of the soils. On the landscape, however, the soils are natural phenomena, and they have the characteristic variability of all natural phenomena. Thus, the range of some observed properties may extend beyond the limits defined for a taxonomic class. Areas of soils of a single taxonomic class rarely, if ever, can be mapped without including areas of other taxonomic classes. Consequently, every map unit is made up of the soils or miscellaneous areas for which it is named and some minor components that belong to taxonomic classes other than those of the major soils.

Most minor soils have properties similar to those of the dominant soil or soils in the map unit, and thus they do not affect use and management. These are called noncontrasting, or similar, components. They may or may not be mentioned in a particular map unit description. Other minor components, however, have properties and behavioral characteristics divergent enough to affect use or to require different management. These are called contrasting, or dissimilar, components. They generally are in small areas and could not be mapped separately because of the scale used. Some small areas of strongly contrasting soils or miscellaneous areas are identified by a special symbol on the maps. The contrasting components are mentioned in the map unit descriptions. A few areas of minor components may not have been observed, and consequently they are not mentioned in the descriptions, especially where the pattern was so complex that it was impractical to make enough observations to identify all the soils and miscellaneous areas on the landscape.

The presence of minor components in a map unit in no way diminishes the usefulness or accuracy of the data. The objective of mapping is not to delineate pure taxonomic classes but rather to separate the landscape into landforms or landform segments that have similar use and management requirements. The delineation of such segments on the map provides sufficient information for the development of resource plans. If intensive use of small areas is planned, however, onsite investigation is needed to define and locate the soils and miscellaneous areas.

An identifying symbol precedes the map unit name in the map unit descriptions. Each description includes general facts about the unit and gives the principal hazards and limitations to be considered in planning for specific uses of the map unit.

In the descriptions that follow, values are given for selected soil chemical and physical properties. For many properties, representative values and ratings for the whole soil are given. For some chemical properties maximum values are given. These refer to the highest value for the given property that can typically be expected in one or more layers within the soil profile. Values this high may not be representative. For more detailed information on soil chemical and physical properties, including the full ranges of values for each horizon, see the tables described in the "Soil Properties" section.

Soils that have profiles that are almost alike make up a *soil series*. Except for differences in texture of the surface layer, all the soils of a series have major horizons that are similar in composition, thickness, and arrangement.

Soils of one series can differ in texture of the surface layer, slope, stoniness, salinity, degree of erosion, and other characteristics that affect their use. On the basis of such differences, a soil series is divided into *soil phases*. Most of the areas shown on the detailed soil maps are phases of soil series. The

BLM_0060079

name of a soil phase commonly indicates a feature that affects use or management. For example, Zoltay clay loam, 1 to 3 percent slopes is a phase of the Zoltay series.

Some map units are made up of two or more major soils or miscellaneous areas. These map units are complexes, associations, or undifferentiated groups.

A *complex* consists of two or more soils or miscellaneous areas in such an intricate pattern or in such small areas that they cannot be shown separately on the maps. The pattern and proportion of the soils or miscellaneous areas are somewhat similar in all areas. Pagoda-Coulterg-Cabba complex, 10 to 60 percent slopes is an example.

This survey includes *miscellaneous areas*. Such areas have little or no soil material and support little or no vegetation. Badland is an example.

Table 4 gives the acreage and proportionate extent of each map unit. Other tables give properties of the soils and the limitations, capabilities, and potentials for many uses. The Glossary defines many of the terms used in describing the soils or miscellaneous areas.

# 1—Abra loam, 1 to 3 percent slopes

## Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 10 to 14 inches (254 to 356 millimeters)
*Average annual air temperature:* 47 to 49 degrees F (8 to 10 degrees C)
*Frost-free period:* 110 to 130 days

## Map Unit Composition

Abra and similar soils: 85 percent
Minor components: 15 percent

## Component Descriptions

### Abra soils

*Landform:* Terrace, alluvial fan, valley floor
*Parent material:* Alluvium derived from sandstone
*Slope:* 1 to 3 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 7.5 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Low

*Calcium carbonate maximum:* About 40 percent
*Gypsum maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Loam
*Potential native vegetation:* Wyoming big sagebrush, needleandthread, blue grama, bottlebrush squirreltail, galleta
*Land capability subclass (irrigated):* 2e
*Land capability subclass (nonirrigated):* 4c

*Typical profile:*
    0 to 3 inches—loam
    3 to 13 inches—loam
    13 to 32 inches—loam
    32 to 60 inches—gravelly sandy loam

**Minor Components**

Barx and similar soils
    *Composition:* About 5 percent
Clapper and similar soils
    *Composition:* About 5 percent
Progresso and similar soils
    *Composition:* About 5 percent

**Major Uses**

Livestock grazing in spring and fall, wildlife habitat, cropland

# 2—Abra loam, 3 to 6 percent slopes

## Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to 356 millimeters)
*Average annual air temperature:* 47 to 49 degrees F (8 to 10 degrees C)
*Frost-free period:* 110 to 130 days

## Map Unit Composition

Abra and similar soils: 85 percent
Minor components: 15 percent

## Component Descriptions

### Abra soils

*Landform:* Alluvial fan, valley floor, terrace
*Parent material:* Alluvium derived from sandstone
*Slope:* 3 to 6 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 7.5 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)

San Miguel Area, Colorado                                                    19

*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 40 percent
*Gypsum maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Loam
*Potential native vegetation:* Wyoming big sagebrush,
    needleandthread, blue grama, bottlebrush
    squirreltail, galleta
*Land capability subclass (irrigated):* 3e
*Land capability subclass (nonirrigated):* 4c

*Typical profile:*
    0 to 3 inches—loam
    3 to 13 inches—loam
    13 to 32 inches—loam
    32 to 60 inches—gravelly sandy loam

**Minor Components**

Barx and similar soils
    *Composition:* About 5 percent
Clapper and similar soils
    *Composition:* About 5 percent
Progresso and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in spring and fall, wildlife habitat,
cropland

## 3—Abra loam, 6 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to
    356 millimeters)
*Average annual air temperature:* 47 to 49 degrees F
    (8 to 10 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Abra and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

#### Abra soils

*Landform:* Alluvial fan, valley floor, terrace
*Parent material:* Alluvium derived from sandstone

*Slope:* 6 to 12 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 7.5 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 40 percent
*Gypsum maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Loam
*Potential native vegetation:* Wyoming big sagebrush,
    needleandthread, blue grama, bottlebrush
    squirreltail, galleta
*Land capability subclass (irrigated):* 4e
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 3 inches—loam
    3 to 13 inches—loam
    13 to 32 inches—loam
    32 to 60 inches—gravelly sandy loam

**Minor Components**

Barx and similar soils
    *Composition:* About 5 percent
Progresso and similar soils
    *Composition:* About 5 percent
Clapper and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in spring and fall, wildlife habitat,
cropland

## 4—Ackmen silt loam, 1 to 3 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 36
*Elevation:* 6,800 to 7,300 feet (2,073 to 2,225 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to
    381 millimeters)
*Average annual air temperature:* 45 to 47 degrees F
    (7 to 8 degrees C)
*Frost-free period:* 100 to 120 days

### Map Unit Composition

Ackmen and similar soils: 90 percent
Minor components: 10 percent

20                                                                                                    Soil Survey

## Component Descriptions

**Ackmen soils**

*Landform:* Flood plain
*Parent material:* Alluvium derived from eolian material
*Slope:* 1 to 3 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 9.5 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* Rare
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 5 (slightly sodic)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, yellow rabbitbrush
*Land capability subclass (nonirrigated):* 3c

*Typical profile:*
     0 to 5 inches—silt loam
     5 to 41 inches—silt loam, loam
     41 to 60 inches—loam

**Minor Components**

Monticello and similar soils
     *Composition:* About 5 percent
Pulpit and similar soils
     *Composition:* About 5 percent

**Major Uses**

   Cropland, livestock grazing, wildlife habitat

## 5—Acree loam, 1 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to 483 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Acree and similar soils: 85 percent
Minor components: 15 percent

## Component Descriptions

**Acree soils**

*Landform:* Structural bench, mesa
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 1 to 6 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 9.2 inches (high)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Mountain Loam
*Potential native vegetation:* Arizona fescue, Parry's danthonia, mountain muhly, western wheatgrass, mountain big sagebrush, nodding brome, slender wheatgrass
*Land capability subclass (irrigated):* 4c
*Land capability subclass (nonirrigated):* 4c

*Typical profile:*
     0 to 8 inches—loam
     8 to 30 inches—clay, clay loam
     30 to 60 inches—clay loam

**Minor Components**

Nortez and similar soils
     *Composition:* About 5 percent
Zoltay and similar soils
     *Composition:* About 5 percent
Rock outcrop
     *Composition:* About 5 percent

**Major Uses**

   Livestock grazing in summer and fall, wildlife habitat, cropland

## 6—Acree loam, 6 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to 483 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

San Miguel Area, Colorado                                                                                    21

## Map Unit Composition

Acree and similar soils: 85 percent
Minor components: 15 percent

## Component Descriptions

**Acree soils**

*Landform:* Mesa, structural bench
*Parent material:* Alluvium derived from sandstone
   and shale
*Slope:* 6 to 12 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 9.2 inches (high)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
   inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Mountain Loam
*Potential native vegetation:* Arizona fescue, Parry's
   danthonia, mountain muhly, western wheatgrass,
   mountain big sagebrush, nodding brome, slender
   wheatgrass
*Land capability subclass (irrigated):* 4e
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
   0 to 8 inches—loam
   8 to 30 inches—clay, clay loam
   30 to 60 inches—clay loam

**Minor Components**

Nortez and similar soils
   *Composition:* About 5 percent
Zoltay and similar soils
   *Composition:* About 5 percent
Rock outcrop
   *Composition:* About 5 percent

**Major Uses**

   Livestock grazing in summer and fall, wildlife
habitat, pasture, cropland

## 7—Acree-Zoltay-Nortez complex, 0 to 15 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,600 to 8,500 feet (2,316 to 2,591 meters)

*Mean annual precipitation:* 17 to 19 inches (432 to
   483 millimeters)
*Average annual air temperature:* 43 to 45 degrees F
   (6 to 7 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Acree and similar soils: 45 percent
Zoltay and similar soils: 25 percent
Nortez and similar soils: 20 percent
Minor components: 10 percent

### Component Descriptions

**Acree soils**

*Landform:* Mesa
*Parent material:* Alluvium derived from sandstone
   and shale
*Slope:* 1 to 12 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 9.2 inches (high)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
   inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Mountain Loam
*Potential native vegetation:* Arizona fescue, Parry's
   danthonia, mountain muhly, western wheatgrass,
   mountain big sagebrush, nodding brome, slender
   wheatgrass
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
   0 to 8 inches—loam
   8 to 30 inches—clay, clay loam
   30 to 60 inches—clay loam

**Zoltay soils**

*Landform:* Mesa
*Parent material:* Alluvium derived from sandstone
   and shale
*Slope:* 0 to 15 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 7.9 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than
   72 inches

*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Mountain Clay Loam
*Potential native vegetation:* Arizona fescue, Gambel's oak, mountain muhly, western wheatgrass, Letterman's needlegrass, muttongrass
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 6 inches—loam
    6 to 14 inches—clay loam
    14 to 29 inches—cobbly clay
    29 to 46 inches—very cobbly clay loam
    46 to 60 inches—cobbly clay loam

**Nortez soils**

*Landform:* Mesa
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 0 to 15 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.4 inches (low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pine Grasslands
*Potential native vegetation:* ponderosa pine, Arizona fescue, needleandthread, Parry's danthonia, mountain muhly, western wheatgrass, Gambel's oak, antelope bitterbrush, mountain big sagebrush, mountain brome, prairie Junegrass
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 8 inches—loam
    8 to 24 inches—clay loam, cobbly clay loam
    24 to 32 inches—loam
    32 to 36 inches—unweathered bedrock

**Minor Components**

Sagedale and similar soils
    *Composition:* About 5 percent
    *Landform:* Drainageway
Nunemaker and similar soils
    *Composition:* About 5 percent
    *Landform:* Drainageway

**Major Uses**

Livestock grazing in summer, wildlife habitat

# 8—Adel loam, 5 to 30 percent slopes

## Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 9,000 to 10,000 feet (2,743 to 3,048 meters)
*Mean annual precipitation:* 22 to 24 inches (559 to 610 millimeters)
*Average annual air temperature:* 35 to 37 degrees F (2 to 3 degrees C)
*Frost-free period:* 40 to 60 days

## Map Unit Composition

Adel and similar soils: 80 percent
Minor components: 20 percent

## Component Descriptions

**Adel soils**

*Landform:* Mountain slope, mesa, hill
*Parent material:* Till and residuum derived from shale and sandstone
*Slope:* 5 to 30 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 8.5 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* None
*Ecological site:* Subalpine Loam
*Potential native vegetation:* Thurber's fescue, Parry's danthonia, Arizona fescue, nodding brome, silver sagebrush
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 50 inches—loam
    50 to 60 inches—clay loam

**Minor Components**

Ryman and similar soils
    *Composition:* About 10 percent
    *Slope:* 0 to 5 percent
Cryoborolls, bouldery surface and similar soils
    *Composition:* About 10 percent
    *Slope:* 5 to 30 percent

**Major Uses**

Livestock grazing in summer, wildlife habitat

## 9—Adel loam, moist, 15 to 50 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,500 to 10,000 feet (2,591 to 3,048 meters)
*Mean annual precipitation:* 26 to 30 inches (660 to 762 millimeters)
*Average annual air temperature:* 35 to 37 degrees F (2 to 3 degrees C)
*Frost-free period:* 40 to 60 days

### Map Unit Composition

Adel and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Adel soils**

*Landform:* Mountain slope
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 15 to 50 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 8.5 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Ecological site:* Quaking Aspen
*Potential native vegetation:* quaking aspen, slender wheatgrass, elk sedge, Arizona fescue, Thurber's fescue, blue wildrye, mountain brome, mountain snowberry, nodding brome
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 50 inches—loam
    50 to 60 inches—clay loam

### Minor Components

Cryoborolls and similar soils
    *Composition:* About 10 percent

**Major Uses**

Livestock grazing in summer, wildlife habitat

## 10—Aquolls, 0 to 3 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 10 to 16 inches (254 to 406 millimeters)
*Average annual air temperature:* 47 to 49 degrees F (8 to 10 degrees C)
*Frost-free period:* 90 to 130 days

### Map Unit Composition

Aquolls and similar soils: 95 percent
Minor components: 5 percent

### Component Descriptions

**Aquolls soils**

*Landform:* Slough, flood plain
*Parent material:* Alluvium from mixed sources
*Slope:* 0 to 3 percent
*Drainage class:* Very poorly drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 9.8 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* Frequent
*Depth to seasonal high water table:* 12 to 36 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Ecological site:* Salt Meadow
*Potential native vegetation:* alkali sacaton, inland saltgrass, sedge, western wheatgrass, fourwing saltbush, greasewood, tall rabbitbrush
*Land capability subclass (irrigated):* 5w
*Land capability subclass (nonirrigated):* 5w

*Typical profile:*
    0 to 3 inches—clay loam
    3 to 21 inches—clay loam
    21 to 38 inches—clay loam
    38 to 60 inches—sandy clay loam

### Minor Components

Nyswonger and similar soils
    *Composition:* About 5 percent

BLM_0060085

**Major Uses**

Hay, livestock grazing, wildlife habitat

## 11—Badland

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 6,500 to 8,000 feet (1,981 to 2,438 meters)
*Mean annual precipitation:* 8 to 11 inches (203 to 279 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)
*Frost-free period:* 80 to 120 days

### Map Unit Composition

Badland: 90 percent
Minor components: 10 percent

### Component Descriptions

**Badland**

*Description:* Badland is moderately steep to extremely steep barren lands dissected by many intermittent drainage channels on eroded uplands. These areas are formed by active geologic erosion of soft, multicolored, sedimentary beds consisting of shale and sandstone.
*Slope:* 10 to 120 percent
*Depth to restrictive feature:* 0 to 3 inches to bedrock (paralithic)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8e

**Minor Components**

Typic Torriorthents and similar soils
　*Composition:* About 10 percent
　*Landform:* Drainageway

**Major Uses**

Wildlife habitat

## 12—Baird Hollow-Nordicol-Ryman complex, 5 to 40 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,800 to 10,000 feet (2,682 to 3,048 meters)

*Mean annual precipitation:* 24 to 26 inches (610 to 660 millimeters)
*Average annual air temperature:* 35 to 37 degrees F (2 to 3 degrees C)
*Frost-free period:* 40 to 60 days

### Map Unit Composition

Baird Hollow and similar soils: 35 percent
Nordicol and similar soils: 25 percent
Ryman and similar soils: 20 percent
Minor components: 20 percent

### Component Descriptions

**Baird Hollow soils**

*Landform:* Mountain slope
*Parent material:* Colluvium and residuum from sandstone and shale
*Slope:* 5 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 6.4 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Ecological site:* Spruce-Fir
*Potential native vegetation:* quaking aspen, elk sedge, common juniper, dwarf blueberry, kinnikinnick, tufted hairgrass, Fendler's ceanothus, Oregongrape, boxleaf myrtle, nodding brome
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
　0 to 14 inches—stony loam
　14 to 28 inches—very cobbly sandy clay loam, very stony clay loam
　28 to 40 inches—very stony clay loam
　40 to 44 inches—very stony clay
　44 to 60 inches—gravelly clay

**Nordicol soils**

*Landform:* Mountain slope
*Parent material:* Colluvium and residuum weathered from sandstone
*Slope:* 5 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 6.3 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None

*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Ecological site:* Spruce-Fir
*Potential native vegetation:* quaking aspen, slender wheatgrass, elk sedge, Arizona fescue, Thurber's fescue, blue wildrye, mountain brome, mountain snowberry, nodding brome
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
0 to 15 inches—loam
15 to 24 inches—gravelly sandy clay loam
24 to 32 inches—very cobbly sandy clay loam
32 to 48 inches—very cobbly sandy clay loam
48 to 60 inches—very stony sandy clay loam

**Ryman soils**

*Landform:* Mountain slope
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 5 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 9.2 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Quaking Aspen
*Potential native vegetation:* quaking aspen, slender wheatgrass, elk sedge, slender wheatgrass, Arizona fescue, Thurber's fescue, blue wildrye, mountain brome, mountain snowberry, nodding brome
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
0 to 23 inches—clay loam
23 to 27 inches—cobbly clay loam
27 to 39 inches—cobbly clay, stony clay
39 to 60 inches—cobbly clay

**Minor Components**

Nordicol Variant and similar soils
    *Composition:* About 10 percent
Leaps and similar soils
    *Composition:* About 5 percent
Adel and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in summer, wildlife habitat, timber products

## 13—Barkelew-Emmons complex, 5 to 40 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,000 to 8,200 feet (2,134 to 2,499 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to 381 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Barkelew and similar soils: 50 percent
Emmons and similar soils: 30 percent
Minor components: 20 percent

### Component Descriptions

**Barkelew soils**

*Landform:* Mesa
*Parent material:* Till and colluvium from mixed sources
*Slope:* 5 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 5.9 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 30 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Gambel's oak, muttongrass, Indian ricegrass, elk sedge, Saskatoon serviceberry, true mountain mahogany
*Potential production of cordwood:* 15 to 20 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
0 to 2 inches—very cobbly clay loam
2 to 10 inches—cobbly clay loam

10 to 22 inches—extremely stony clay loam
22 to 60 inches—extremely stony loam

**Emmons soils**

*Landform:* Mesa
*Parent material:* Till and colluvium from mixed sources
*Slope:* 5 to 20 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 9.9 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 25 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Gambel's oak, muttongrass, Indian ricegrass, elk sedge, Saskatoon serviceberry, true mountain mahogany
*Potential production of cordwood:* 15 to 20 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
0 to 5 inches—very cobbly loam
5 to 15 inches—cobbly clay loam
15 to 60 inches—cobbly clay loam

**Minor Components**

Wrayha and similar soils
*Composition:* About 10 percent
Ustochreptic Calciorthids and similar soils
*Composition:* About 10 percent

**Major Uses**

Livestock grazing, wildlife habitat

## 14—Barx fine sandy loam, 1 to 3 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35 (fig. 4)



**Figure 4.—Irrigated alfalfa hay harvest. The soil is Barx fine sandy loam, 1 to 3 percent slopes.**

*Elevation:* 5,300 to 6,800 feet (1,615 to 2,073 meters)
*Mean annual precipitation:* 10 to 14 inches (254 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 100 to 130 days

### Map Unit Composition

Barx and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Barx soils**

*Landform:* Terrace, mesa
*Parent material:* Alluvium derived from sandstone
*Slope:* 1 to 3 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 9.4 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 45 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Semidesert Sandy Loam
*Potential native vegetation:* Wyoming big sagebrush, galleta, needleandthread, Indian ricegrass, western wheatgrass
*Land capability subclass (irrigated):* 2e
*Land capability subclass (nonirrigated):* 4c

*Typical profile:*
    0 to 2 inches—fine sandy loam
    2 to 23 inches—loam, sandy clay loam
    23 to 74 inches—loam

**Minor Components**

Abra and similar soils
    *Composition:* About 7 percent
Progresso and similar soils
    *Composition:* About 5 percent
Nyswonger and similar soils
    *Composition:* About 3 percent
    *Landform:* Drainageway

**Major Uses**

Livestock grazing, wildlife habitat, cropland

## 15—Barx fine sandy loam, 3 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,000 to 7,200 feet (1,524 to 2,194 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Barx and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Barx soils**

*Landform:* Mesa, terrace
*Parent material:* Alluvium derived from sandstone
*Slope:* 3 to 6 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 9.4 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 45 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Semidesert Sandy Loam
*Potential native vegetation:* Wyoming big sagebrush, galleta, needleandthread, Indian ricegrass, western wheatgrass
*Land capability subclass (irrigated):* 3e
*Land capability subclass (nonirrigated):* 4c

*Typical profile:*
    0 to 2 inches—fine sandy loam
    2 to 23 inches—sandy clay loam, loam
    23 to 74 inches—loam

**Minor Components**

Abra and similar soils
    *Composition:* About 7 percent
Progresso and similar soils
    *Composition:* About 5 percent

Nyswonger and similar soils
*Composition:* About 3 percent
*Landform:* Drainageway

**Major Uses**

Livestock grazing, wildlife habitat, cropland

## 16—Barx fine sandy loam, 6 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,300 to 6,800 feet (1,615 to 2,073 meters)
*Mean annual precipitation:* 10 to 14 inches (254 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Barx and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Barx soils**

*Landform:* Mesa, terrace
*Parent material:* Alluvium derived from sandstone
*Slope:* 6 to 12 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 9.4 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 45 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Semidesert Sandy Loam
*Potential native vegetation:* Wyoming big sagebrush, galleta, needleandthread, Indian ricegrass, western wheatgrass
*Land capability subclass (irrigated):* 4e
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
0 to 2 inches—fine sandy loam
2 to 23 inches—sandy clay loam, loam
23 to 74 inches—loam

**Minor Components**

Abra and similar soils
*Composition:* About 7 percent
Progresso and similar soils
*Composition:* About 5 percent
Nyswonger and similar soils
*Composition:* About 3 percent
*Landform:* Drainageway

**Major Uses**

Livestock grazing, wildlife habitat, cropland

## 17—Barx-Progresso complex, 3 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,300 to 6,800 feet (1,615 to 2,073 meters)
*Mean annual precipitation:* 10 to 14 inches (254 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Barx and similar soils: 45 percent
Progresso and similar soils: 40 percent
Minor components: 15 percent

### Component Descriptions

**Barx soils**

*Landform:* Mesa, old terrace
*Parent material:* Alluvium derived from sandstone
*Slope:* 3 to 12 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 9.4 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 45 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Semidesert Sandy Loam
*Potential native vegetation:* Wyoming big sagebrush, galleta, needleandthread, Indian ricegrass, western wheatgrass

San Miguel Area, Colorado                                                              29

Land capability subclass (nonirrigated): 6e

Typical profile:
    0 to 2 inches—fine sandy loam
    2 to 23 inches—sandy clay loam, loam
    23 to 74 inches—loam

**Progresso soils**

Landform: Mesa, old terrace
Parent material: Alluvium derived from sandstone
Slope: 3 to 12 percent
Depth to restrictive feature: 20 to 40 inches to
    bedrock (lithic)
Drainage class: Well drained
Slowest permeability: Moderately slow
Available water capacity: About 4.7 inches (low)
Shrink-swell potential: About 4.5 percent (moderate)
Hazard of flooding: None
Depth to seasonal high water table: Greater than 72
    inches
Runoff class: High
Calcium carbonate maximum: About 35 percent
Salinity maximum: About 2 mmhos/cm (nonsaline)
Ecological site: Semidesert Loam
Potential native vegetation: galleta, Indian ricegrass,
    Wyoming big sagebrush, muttongrass, western
    wheatgrass, rabbitbrush
Land capability subclass (nonirrigated): 6c

Typical profile:
    0 to 7 inches—loam
    7 to 14 inches—clay loam
    14 to 24 inches—clay loam
    24 to 36 inches—sandy loam
    36 to 40 inches—unweathered bedrock

**Minor Components**

Abra and similar soils
    Composition: About 5 percent
Pinon and similar soils
    Composition: About 5 percent
Bowdish and similar soils
    Composition: About 3 percent
Rock outcrop
    Composition: About 2 percent

**Major Uses**

    Livestock grazing in spring and fall, wildlife habitat

## 18—Begay fine sandy loam, 1 to 6 percent slopes

### Map Unit Setting

Major Land Resource Area: 35

Elevation: 4,900 to 6,200 feet (1,494 to 1,890 meters)
Mean annual precipitation: 9 to 12 inches (229 to 305
    millimeters)
Average annual air temperature: 47 to 49 degrees F
    (8 to 10 degrees C)
Frost-free period: 120 to 140 days

### Map Unit Composition

Begay and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Begay soils**

Landform: Old terrace
Parent material: Alluvium derived from sandstone
Slope: 1 to 6 percent
Drainage class: Well drained
Slowest permeability: Moderately rapid
Available water capacity: About 7.9 inches (moderate)
Shrink-swell potential: About 1.5 percent (low)
Hazard of flooding: None
Depth to seasonal high water table: Greater than 72
    inches
Runoff class: Very low
Calcium carbonate maximum: About 15 percent
Gypsum maximum: About 2 percent
Salinity maximum: About 2 mmhos/cm (nonsaline)
Sodicity maximum: Sodium adsorption ratio about 10
    (slightly sodic)
Ecological site: Semidesert Sandy Loam
Potential native vegetation: galleta, Wyoming big
    sagebrush, Indian ricegrass, needleandthread,
    blue grama, bottlebrush squirreltail, sand
    dropseed
Land capability subclass (irrigated): 3e
Land capability subclass (nonirrigated): 4c

Typical profile:
    0 to 3 inches—fine sandy loam
    3 to 12 inches—fine sandy loam
    12 to 60 inches—fine sandy loam

**Minor Components**

Barx and similar soils
    Composition: About 5 percent
Abra and similar soils
    Composition: About 5 percent
Paradox and similar soils
    Composition: About 5 percent

**Major Uses**

    Livestock grazing in spring, wildlife
habitat, cropland

BLM_0060091

## 19—Beje fine sandy loam, 3 to 25 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 36
*Elevation:* 6,800 to 9,700 feet (2,073 to 2,957 meters)
*Mean annual precipitation:* 15 to 17 inches (381 to 432 millimeters)
*Average annual air temperature:* 41 to 45 degrees F (5 to 7 degrees C)
*Frost-free period:* 70 to 110 days

### Map Unit Composition

Beje and similar soils: 80 percent
Minor components: 20 percent

### Component Descriptions

**Beje soils**

*Landform:* Mesa
*Parent material:* Residuum weathered from sandstone
*Slope:* 3 to 25 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 2.1 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, black sagebrush, blue grama, bottlebrush squirreltail, muttongrass, true mountain mahogany, Gambel's oak, Utah serviceberry, antelope bitterbrush, hairy goldenaster, prairie Junegrass
*Potential production of cordwood:* 15 to 20 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 6s

*Typical profile:*
  0 to 5 inches—fine sandy loam
  5 to 9 inches—sandy loam
  9 to 14 inches—sandy clay loam
  14 to 18 inches—unweathered bedrock

**Minor Components**

Soils similar to Beje but moderately deep
  *Composition:* About 10 percent
Rock outcrop
  *Composition:* About 5 percent
Evanston and similar soils
  *Composition:* About 5 percent

**Major Uses**

  Wildlife habitat, limited livestock grazing

## 20—Billings silt loam, 1 to 4 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,600 feet (1,676 to 2,012 meters)
*Mean annual precipitation:* 8 to 10 inches (203 to 254 millimeters)
*Average annual air temperature:* 49 to 51 degrees F (10 to 11 degrees C)
*Frost-free period:* 130 to 150 days

### Map Unit Composition

Billings and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Billings soils**

*Landform:* Valley floor, terrace
*Parent material:* Alluvium derived from shale
*Slope:* 1 to 4 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 8.2 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* Rare
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 5 percent
*Gypsum maximum:* About 3 percent
*Salinity maximum:* About 8 mmhos/cm (slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Salt Flats
*Potential native vegetation:* alkali sacaton, inland saltgrass, Wyoming big sagebrush, basin wildrye,

fourwing saltbush, greasewood, shadscale saltbush, western wheatgrass
*Land capability subclass (irrigated):* 4s
*Land capability subclass (nonirrigated):* 6s

*Typical profile:*
    0 to 2 inches—silt loam
    2 to 21 inches—silt loam
    21 to 60 inches—silty clay loam

**Minor Components**

Fruitland and similar soils
    *Composition:* About 5 percent
Soils similar to Billings but with less clay
    *Composition:* About 5 percent
Winnett and similar soils
    *Composition:* About 5 percent

**Major Uses**

Livestock grazing in winter, wildlife habitat, pasture, hayland

## 21—Billings clay loam, moist, 1 to 4 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 6,500 to 7,200 feet (1,981 to 2,194 meters)
*Mean annual precipitation:* 10 to 11 inches (254 to 279 millimeters)
*Average annual air temperature:* 47 to 49 degrees F (8 to 10 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Billings and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Billings soils**

*Landform:* Valley floor, terrace
*Parent material:* Alluvium derived from shale
*Slope:* 1 to 4 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 8.4 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* Rare
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 5 percent
*Gypsum maximum:* About 3 percent

*Salinity maximum:* About 8 mmhos/cm (slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Basin Shale
*Potential native vegetation:* black sagebrush, galleta, western wheatgrass, winterfat, Wyoming big sagebrush, bottlebrush squirreltail, fourwing saltbush, greasewood, shadscale saltbush
*Land capability subclass (irrigated):* 4s
*Land capability subclass (nonirrigated):* 6s

*Typical profile:*
    0 to 9 inches—clay loam
    9 to 60 inches—silty clay loam

**Minor Components**

Mitch and similar soils
    *Composition:* About 5 percent
Vanada and similar soils
    *Composition:* About 5 percent

**Major Uses**

Livestock grazing in winter and early spring, wildlife habitat, hayland

## 22—Bodot silty clay loam, dry, 3 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 6,300 to 6,600 feet (1,920 to 2,012 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to 305 millimeters)
*Average annual air temperature:* 45 to 47 degrees F (7 to 8 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Bodot and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Bodot soils**

*Landform:* Ridge, hill
*Parent material:* Residuum weathered from shale
*Slope:* 3 to 12 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 4.3 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)

*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 8 mmhos/cm (slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Basin Shale
*Potential native vegetation:* black sagebrush, galleta, western wheatgrass, winterfat, Wyoming big sagebrush, bottlebrush squirreltail, shadscale saltbush
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 3 inches—silty clay loam
    3 to 38 inches—silty clay, silty clay loam
    38 to 42 inches—weathered bedrock

**Minor Components**

Vanada and similar soils
    *Composition:* About 5 percent
    *Landform:* Depression
Zyme and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in winter, wildlife habitat

## 23—Bodot, dry-Ustic Torriorthents complex, 5 to 50 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,400 to 6,800 feet (1,646 to 2,073 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to 305 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Bodot and similar soils: 45 percent
Ustic Torriorthents and similar soils: 40 percent
Minor components: 15 percent

### Component Descriptions

**Bodot soils**

*Landform:* Terrace, structural bench, landslide

*Parent material:* Residuum weathered from shale
*Slope:* 5 to 50 percent
*Surface fragments:* About 5 percent (shape or size unspecified)
*Depth to restrictive feature:* 20 to 40 inches to bedrock (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 4.0 inches (low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 8 mmhos/cm (slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Basin Shale
*Potential native vegetation:* black sagebrush, galleta, western wheatgrass, winterfat, Wyoming big sagebrush, bottlebrush squirreltail, fourwing saltbush, shadscale saltbush
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 3 inches—very bouldery clay loam
    3 to 30 inches—cobbly silty clay
    30 to 34 inches—weathered bedrock

**Ustic Torriorthents soils**

*Landform:* Structural bench, landslide, terrace
*Parent material:* Residuum weathered from sandstone and shale
*Slope:* 5 to 50 percent
*Depth to restrictive feature:* Greater than 60 inches to bedrock
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 3.7 inches (low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Indian ricegrass, Wyoming big sagebrush, blue grama, bottlebrush squirreltail, galleta, saline wildrye

BLM_0060094



Figure 5.—An area of Bodot, dry-Ustic Torriorthents complex, 5 to 50 percent slopes. Uranium has been mined on this unit.

*Potential production of cordwood:* 20 to 25 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot

*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
   0 to 4 inches—bouldery clay loam
   4 to 31 inches—cobbly clay loam
   31 to 35 inches—unweathered bedrock

**Minor Components**

Rock outcrop
   *Composition:* About 10 percent
Pinon and similar soils
   *Composition:* About 3 percent
Bowdish and similar soils
   *Composition:* About 2 percent

**Major Uses**

   Extensive prospecting and mining, limited livestock grazing, wildlife habitat (fig. 5)

## 24—Bodot-Zyme silty clay loams, dry, 3 to 20 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 6,300 to 6,600 feet (1,920 to 2,012 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to 305 millimeters)
*Average annual air temperature:* 45 to 47 degrees F (7 to 8 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Bodot and similar soils: 50 percent
Zyme and similar soils: 35 percent
Minor components: 15 percent

### Component Descriptions

**Bodot soils**

*Landform:* Hill, ridge

*Parent material:* Residuum weathered from shale
*Slope:* 3 to 20 percent
*Depth to restrictive feature:* 20 to 40 inches to
    bedrock (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 4.3 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 8 mmhos/cm (slightly
    saline)
*Sodicity maximum:* Sodium adsorption ratio about 10
    (slightly sodic)
*Ecological site:* Basin Shale
*Potential native vegetation:* galleta, western
    wheatgrass, winterfat, Wyoming big sagebrush,
    bottlebrush squirreltail, shadscale saltbush
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 3 inches—silty clay loam
    3 to 38 inches—silty clay loam, silty clay
    38 to 42 inches—weathered bedrock

**Zyme soils**

*Landform:* Hill, ridge
*Parent material:* Residuum weathered from shale
*Slope:* 3 to 20 percent
*Depth to restrictive feature:* 10 to 20 inches to
    bedrock (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 2.6 inches (very low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Basin Shale
*Potential native vegetation:* galleta, western
    wheatgrass, winterfat, Wyoming big sagebrush,
    bottlebrush squirreltail, fourwing saltbush,
    shadscale saltbush, Indian ricegrass,
    saline wildrye
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 6 inches—silty clay loam

    6 to 15 inches—clay loam
    15 to 19 inches—weathered bedrock

**Minor Components**

Vanada and similar soils
    *Composition:* About 8 percent
    *Landform:* Depression
Rock outcrop
    *Composition:* About 5 percent
Gypsiorthids and similar soils
    *Composition:* About 2 percent

**Major Uses**

    Livestock grazing in spring and fall, wildlife habitat

## 25—Bond-Progresso complex, 3 to 30 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 6,000 to 6,800 feet (1,829 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to
    356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F
    (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Bond and similar soils: 45 percent
Progresso and similar soils: 40 percent
Minor components: 15 percent

### Component Descriptions

**Bond soils**

*Landform:* Mesa, structural bench
*Parent material:* Residuum weathered from
    sandstone
*Slope:* 3 to 30 percent
*Depth to restrictive feature:* 10 to 20 inches to
    bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 2.1 inches (very low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than
    72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 5
    (slightly sodic)

BLM_0060096

*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, galleta, Indian ricegrass, Wyoming big sagebrush, blue grama, true mountain mahogany, antelope bitterbrush, big sagebrush, singleleaf ash, squaw apple
*Potential production of cordwood:* 2 to 5 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7s

*Typical profile:*
    0 to 3 inches—fine sandy loam
    3 to 16 inches—sandy clay loam, clay loam
    16 to 20 inches—unweathered bedrock

## Progresso soils

*Landform:* Mesa, structural bench
*Parent material:* Alluvium derived from sandstone
*Slope:* 3 to 12 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 4.7 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 35 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Loam
*Potential native vegetation:* galleta, Indian ricegrass, Wyoming big sagebrush, muttongrass, western wheatgrass, rabbitbrush
*Land capability subclass (nonirrigated):* 6c

*Typical profile:*
    0 to 7 inches—loam
    7 to 14 inches—clay loam
    14 to 24 inches—clay loam
    24 to 36 inches—sandy loam
    36 to 40 inches—unweathered bedrock

## Minor Components

Barx and similar soils
    *Composition:* About 5 percent
Rock outcrop
    *Composition:* About 5 percent
Soils similar to Bond but with carbonates
    *Composition:* About 5 percent

## Major Uses

Livestock grazing, wildlife habitat

## 26—Borolls-Rock outcrop complex, 40 to 90 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,600 to 9,200 feet (2,012 to 2,804 meters)
*Mean annual precipitation:* 15 to 22 inches (381 to 559 millimeters)
*Average annual air temperature:* 38 to 42 degrees F (3 to 6 degrees C)
*Frost-free period:* 65 to 110 days

### Map Unit Composition

Borolls and similar soils: 45 percent
Rock outcrop: 40 percent
Minor components: 15 percent

### Component Descriptions

**Borolls soils**

*Landform:* Mesa, canyon
*Parent material:* Colluvium and residuum from sandstone and shale
*Slope:* 40 to 90 percent
*Depth to restrictive feature:* Greater than 60 inches to bedrock
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 5.7 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Douglas-Fir
*Potential native vegetation:* twoneedle pinyon, Rocky Mountain Douglas-fir, Gambel's oak, Arizona fescue, Utah serviceberry, western wheatgrass, Indian ricegrass, Utah snowberry, elk sedge, prairie Junegrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 10 inches—stony loam
    10 to 13 inches—stony sandy clay loam

BLM_0060097

13 to 35 inches—very cobbly clay loam, very cobbly clay

35 to 60 inches—very stony clay

### Rock outcrop

*Description:* Rock outcrop consists of exposed bedrock which generally occupies higher positions on north- or east-facing slopes. Areas are steep to very steep. The bedrock outcrop is 1 foot to 30 feet high and 1 foot to 20 feet long.

*Landform:* Canyon, mesa

*Slope:* 40 to 90 percent, northwest to southeast aspects

*Hazard of flooding:* None

*Runoff class:* Very high

*Land capability subclass (nonirrigated):* 8s

### Minor Components

Ceek and similar soils
    *Composition:* About 10 percent
Specie and similar soils
    *Composition:* About 5 percent

### Major Uses

Wildlife habitat

## 27—Burnac-Delson sandy loams, 3 to 20 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A

*Elevation:* 7,000 to 8,200 feet (2,134 to 2,499 meters)

*Mean annual precipitation:* 17 to 19 inches (432 to 483 millimeters)

*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)

*Frost-free period:* 70 to 90 days

### Map Unit Composition

Burnac and similar soils: 55 percent
Delson and similar soils: 25 percent
Minor components: 20 percent

### Component Descriptions

#### Burnac soils

*Landform:* Structural bench

*Parent material:* Mass movement deposits and residuum weathered from sandstone and shale

*Slope:* 3 to 20 percent

*Drainage class:* Well drained

*Slowest permeability:* Slow

*Available water capacity:* About 7.0 inches (moderate)

*Shrink-swell potential:* About 4.5 percent (moderate)

*Hazard of flooding:* None

*Depth to seasonal high water table:* Greater than 72 inches

*Runoff class:* Very high

*Calcium carbonate maximum:* About 5 percent

*Salinity maximum:* About 2 mmhos/cm (nonsaline)

*Ecological site:* Ponderosa Pine

*Potential native vegetation:* ponderosa pine, Gambel's oak, mountain muhly, muttongrass, elk sedge

*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 6 inches—sandy loam
    6 to 28 inches—clay
    28 to 60 inches—very stony clay

#### Delson soils

*Landform:* Structural bench

*Parent material:* Alluvium and mass movement deposits derived from sandstone and shale

*Slope:* 3 to 20 percent

*Drainage class:* Well drained

*Slowest permeability:* Slow

*Available water capacity:* About 8.3 inches (moderate)

*Shrink-swell potential:* About 4.5 percent (moderate)

*Hazard of flooding:* None

*Depth to seasonal high water table:* Greater than 72 inches

*Runoff class:* Very high

*Calcium carbonate maximum:* None

*Ecological site:* Ponderosa Pine

*Potential native vegetation:* ponderosa pine, Gambel's oak, mountain muhly, prairie Junegrass, elk sedge, muttongrass

*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 10 inches—sandy loam
    10 to 34 inches—clay loam
    34 to 60 inches—clay loam

#### Minor Components

Acree and similar soils
    *Composition:* About 5 percent
Evanston and similar soils
    *Composition:* About 5 percent
Pagoda and similar soils
    *Composition:* About 5 percent
Coulterg and similar soils
    *Composition:* About 5 percent

BLM_0060098

San Miguel Area, Colorado                                                                37



Figure 6.—Shown is an area of recently logged Ponderosa pine in the northwest part of the survey area on Burnac-Delson sandy loams, 3 to 20 percent slopes.

**Major Uses**

Timber production, livestock grazing, wildlife habitat (fig. 6).

## 28—Burnac-Delson-Falcon sandy loams, 20 to 50 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,000 to 8,200 feet (2,134 to 2,499 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to 482 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Burnac and similar soils: 45 percent
Delson and similar soils: 30 percent
Falcon and similar soils: 15 percent
Minor components: 10 percent

## Component Descriptions

**Burnac soils**

*Landform:* Structural bench
*Parent material:* Mass movement deposits and residuum weathered from sandstone and shale
*Slope:* 20 to 50 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 7.0 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* ponderosa pine, Gambel's oak, mountain muhly, muttongrass, elk sedge
*Land capability subclass (nonirrigated):* 7e

BLM_0060099

*Typical profile:*
    0 to 6 inches—sandy loam
    6 to 28 inches—clay
    28 to 60 inches—very stony clay

**Delson soils**

*Landform:* Structural bench
*Parent material:* Alluvium and mass movement deposits derived from sandstone and shale
*Slope:* 20 to 50 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 8.3 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* ponderosa pine, Gambel's oak, mountain muhly, prairie Junegrass, elk  sedge, muttongrass
*Land capability subclass (nonirrigated):* 7e
*Typical profile:*
    0 to 10 inches—sandy loam
    10 to 34 inches—clay loam
    34 to 60 inches—clay loam

**Falcon soils**

*Landform:* Structural bench
*Parent material:* Residuum weathered from sandstone
*Slope:* 20 to 50 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately rapid
*Available water capacity:* About 1.3 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* ponderosa pine, Gambel's oak, elk sedge, mountain brome, slender wheatgrass, mountain snowberry, needlegrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 7 inches—sandy loam

    7 to 19 inches—sandy loam
    19 to 23 inches—unweathered bedrock

**Minor Components**

Ceek and similar soils
    *Composition:* About 5 percent
Rock outcrop
    *Composition:* About 5 percent

**Major Uses**

   Timber production, livestock grazing, wildlife habitat

## 29—Bushvalley-Nordicol Variant complex, 2 to 10 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,500 to 9,000 feet (2,591 to 2,743 meters)
*Mean annual precipitation:* 22 to 24 inches (559 to 610 millimeters)
*Average annual air temperature:* 38 to 40 degrees F (3 to 4 degrees C)
*Frost-free period:* 50 to 70 days

### Map Unit Composition

Bushvalley and similar soils: 50 percent
Nordicol Variant and similar soils: 30 percent
Minor components: 20 percent

### Component Descriptions

**Bushvalley soils**

*Landform:* Mesa
*Parent material:* Residuum weathered from sandstone
*Slope:* 2 to 10 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 1.0 inches (very low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Pine Grasslands
*Potential native vegetation:* ponderosa pine, Arizona fescue, Parry's danthonia, mountain muhly, elk sedge, kinnikinnick, pine dropseed, western snowberry
*Land capability subclass (nonirrigated):* 6s

San Miguel Area, Colorado

39

*Typical profile:*
  0 to 5 inches—stony loam
  5 to 12 inches—extremely channery clay loam
  12 to 16 inches—unweathered bedrock

**Nordicol Variant soils**

*Landform:* Mesa
*Parent material:* Residuum weathered from
  sandstone
*Slope:* 2 to 10 percent
*Depth to restrictive feature:* 20 to 40 inches to
  bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 5.0 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)

*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
  inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Ecological site:* Pine Grasslands (fig. 7)
*Potential native vegetation:* ponderosa pine, Arizona
  fescue, Parry's danthonia, mountain muhly, elk
  sedge, pine dropseed
*Land capability subclass (nonirrigated):* 6c

*Typical profile:*
  0 to 14 inches—loam
  14 to 31 inches—cobbly clay loam
  31 to 34 inches—sandy clay loam
  34 to 38 inches—unweathered bedrock



Figure 7.—Summer grazing on the Pine Grasslands ecological site. The soils are Bushvalley-Nordicol Variant complex, 2 to 10
  percent slopes.

BLM_0060101

**Minor Components**

Skisams and similar soils
　　*Composition:* About 10 percent
Rock outcrop
　　*Composition:* About 10 percent

**Major Uses**

　　Livestock grazing in summer, wildlife habitat

## 30—Callan loam, 1 to 3 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 15 to 17 inches (381 to 432 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Callan and similar soils: 80 percent
Minor components: 20 percent

### Component Descriptions

**Callan soils**

*Landform:* Mesa, terrace
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 1 to 3 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 10.3 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 50 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, yellow rabbitbrush
*Land capability subclass (irrigated):* 3c
*Land capability subclass (nonirrigated):* 3c

*Typical profile:*
　　0 to 4 inches—loam
　　4 to 14 inches—clay loam
　　14 to 60 inches—clay loam

**Minor Components**

Haplaquolls and similar soils
　　*Composition:* About 5 percent
　　*Landform:* Drainageway
Argiborolls and similar soils
　　*Composition:* About 5 percent
Gurley and similar soils
　　*Composition:* About 5 percent
Skein and similar soils
　　*Composition:* About 5 percent

**Major Uses**

　　Pasture, cropland, livestock grazing in spring and fall, wildlife habitat

## 31—Callan loam, 3 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 15 to 17 inches (381 to 432 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Callan and similar soils: 80 percent
Minor components: 20 percent

### Component Descriptions

**Callan soils**

*Landform:* Mesa, terrace
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 3 to 6 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 10.3 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches

San Miguel Area, Colorado                                                                                  41



Figure 8.—Irrigated grass hay in a windrow. The soil is Callan loam, 3 to 6 percent slopes.

*Runoff class:* Very high
*Calcium carbonate maximum:* About 50 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 10
    (slightly sodic)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western
    wheatgrass, Wyoming big sagebrush, Indian
    ricegrass, Utah serviceberry, black sagebrush,
    bottlebrush squirreltail, yellow rabbitbrush
*Land capability subclass (irrigated):* 3e
*Land capability subclass (nonirrigated):* 3e

*Typical profile:*
    0 to 4 inches—loam
    4 to 14 inches—clay loam
    14 to 60 inches—clay loam

**Minor Components**

Haplaquolls and similar soils
    *Composition:* About 5 percent
    *Landform:* Drainageway
Skein and similar soils
    *Composition:* About 5 percent

Gurley and similar soils
    *Composition:* About 5 percent
Argiborolls and similar soils
    *Composition:* About 5 percent

**Major Uses**

Pasture, cropland, livestock grazing in spring and
fall, wildlife habitat (fig. 8)

## 32—Callan loam, 6 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 15 to 17 inches (381 to
    432 millimeters)
*Average annual air temperature:* 43 to 45 degrees F
    (6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Callan and similar soils: 80 percent
Minor components: 20 percent

## Component Descriptions

### Callan soils

*Landform:* Mesa, terrace
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 6 to 12 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 10.3 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 50 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, yellow rabbitbrush
*Land capability subclass (irrigated):* 4e
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 4 inches—loam
    4 to 14 inches—clay loam
    14 to 60 inches—clay loam

### Minor Components

Haplaquolls and similar soils
    *Composition:* About 5 percent
    *Landform:* Drainageway
Argiborolls and similar soils
    *Composition:* About 5 percent
Skein and similar soils
    *Composition:* About 5 percent
Gurley and similar soils
    *Composition:* About 5 percent

### Major Uses

Pasture, cropland, livestock grazing in spring and fall, wildlife habitat

## 33—Callan-Gurley loams, 3 to 20 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 15 to 17 inches (381 to 432 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Callan and similar soils: 50 percent
Gurley and similar soils: 40 percent
Minor components: 10 percent

### Component Descriptions

### Callan soils

*Landform:* Mesa, terrace
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 3 to 20 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 10.3 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 50 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, yellow rabbitbrush
*Land capability subclass (irrigated):* 6e
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 4 inches—loam
    4 to 14 inches—clay loam
    14 to 60 inches—clay loam

### Gurley soils

*Landform:* Mesa, terrace
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 3 to 20 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.5 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)

*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 50 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, green rabbitbrush
*Land capability subclass (irrigated):* 6e
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
  0 to 4 inches—loam
  4 to 21 inches—clay loam
  21 to 37 inches—loam
  37 to 41 inches—unweathered bedrock

**Minor Components**

Aquolls and similar soils
  *Composition:* About 5 percent
  *Landform:* Drainageway
Skein and similar soils
  *Composition:* About 3 percent
Radersburg and similar soils
  *Composition:* About 2 percent

**Major Uses**

  Livestock grazing in spring and fall, wildlife habitat, hayland, pasture

## 34—Ceek very flaggy clay loam, 10 to 40 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to 482 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Ceek and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Ceek soils**

*Landform:* Mountain slope

*Parent material:* Colluvium and residuum from sandstone and shale
*Slope:* 10 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 7.8 inches (moderate)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* Rocky Mountain juniper, ponderosa pine, Arizona fescue, Parry's danthonia, mountain muhly, Gambel's oak, Indian ricegrass, big bluegrass, bottlebrush squirreltail, muttongrass, pine dropseed, slender wheatgrass, slender wheatgrass, western wheatgrass
*Land capability subclass (irrigated):* 7e
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
  0 to 5 inches—very flaggy clay loam
  5 to 13 inches—very cobbly clay loam
  13 to 22 inches—very cobbly clay loam
  22 to 60 inches—clay

**Minor Components**

Rock outcrop
  *Composition:* About 5 percent
  *Landform:* Rim
Soils similar to Ceek but with dark surface layers
  *Composition:* About 5 percent
Zoltay and similar soils
  *Composition:* About 5 percent
  *Landform:* Drainageway

**Major Uses**

  Timber production, livestock grazing, wildlife habitat

## 35—Clapper loam, 1 to 8 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)

*Frost-free period:* 110 to 130 days

### Map Unit Composition

Clapper and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Clapper soils**

*Landform:* Alluvial fan, terrace, mesa
*Parent material:* Alluvium derived from igneous rock
*Slope:* 1 to 8 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 4.9 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 50 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Stony Foothills
*Potential native vegetation:* twoneedle pinyon, Utah juniper, western wheatgrass, Wyoming big sagebrush, galleta, Indian ricegrass, black sagebrush, bottlebrush squirreltail, needleandthread, prairie Junegrass
*Land capability subclass (irrigated):* 4e
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 5 inches—loam
    5 to 11 inches—loam
    11 to 20 inches—cobbly loam
    20 to 60 inches—very cobbly loam

**Minor Components**

Abra and similar soils
    *Composition:* About 5 percent
Progresso and similar soils
    *Composition:* About 5 percent
Ustochreptic Calciorthids and similar soils
    *Composition:* About 5 percent

**Major Uses**

   Livestock grazing in spring and fall, wildlife habitat, cropland, pasture

## 36—Clapper-Ustic Torriorthents complex, 5 to 40 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Clapper and similar soils: 45 percent
Ustic Torriorthents and similar soils: 40 percent
Minor components: 15 percent

### Component Descriptions

**Clapper soils**

*Landform:* Mesa, break, terrace
*Parent material:* Alluvium derived from igneous rock
*Slope:* 5 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 4.9 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 50 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Stony Foothills
*Potential native vegetation:* Utah juniper, twoneedle pinyon, western wheatgrass, Wyoming big sagebrush, galleta, Indian ricegrass, black sagebrush, bottlebrush squirreltail, needleandthread, prairie Junegrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 5 inches—loam
    5 to 11 inches—loam
    11 to 20 inches—cobbly loam
    20 to 60 inches—very cobbly loam

San Miguel Area, Colorado 45

**Ustic Torriorthents soils**

*Landform:* Mesa, break, terrace
*Parent material:* Colluvium and residuum weathered from sandstone and shale
*Slope:* 5 to 40 percent
*Depth to restrictive feature:* Greater than 60 inches to bedrock
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 3.7 inches (low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Indian ricegrass, blue grama, bluebunch wheatgrass, bottlebrush squirreltail, galleta
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 4 inches—bouldery clay loam
    4 to 31 inches—cobbly clay loam
    31 to 35 inches—unweathered bedrock

**Minor Components**

Barx and similar soils
    *Composition:* About 10 percent
Bond and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Limited livestock grazing, wildlife habitat

## 37—Cryaquolls, 0 to 3 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,800 to 9,500 feet (2,377 to 2,896 meters)
*Mean annual precipitation:* 17 to 24 inches (432 to 610 millimeters)
*Average annual air temperature:* 37 to 41 degrees F (3 to 5 degrees C)
*Frost-free period:* 50 to 70 days

### Map Unit Composition

Cryaquolls and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Cryaquolls soils**

*Landform:* Drainageway, slough
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 0 to 3 percent
*Drainage class:* Very poorly drained
*Slowest permeability:* Slow
*Available water capacity:* About 8.9 inches (moderate)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* Frequent
*Depth to seasonal high water table:* 6 to 30 inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Ecological site:* Mountain Meadow
*Potential native vegetation:* tufted hairgrass, sedge, clover, slender wheatgrass, shrubby cinquefoil, willow
*Land capability subclass (nonirrigated):* 6w

*Typical profile:*
    0 to 6 inches—loam
    6 to 17 inches—clay loam
    17 to 22 inches—clay
    22 to 27 inches—clay
    27 to 35 inches—clay
    35 to 38 inches—clay loam
    38 to 60 inches—clay

**Minor Components**

Cryoborolls and similar soils
    *Composition:* About 5 percent
    *Landform:* Terrace
Cryaquolls, moderately deep and similar soils
    *Composition:* About 5 percent
    *Landform:* Slough

**Major Uses**

    Livestock grazing, wildlife habitat

## 38—Evanston fine sandy loam, 2 to 8 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,200 feet (2,073 to 2,194 meters)
*Mean annual precipitation:* 14 to 15 inches (356 to 381 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)

*Frost-free period:* 90 to 110 days

## Map Unit Composition

Evanston and similar soils: 85 percent
Minor components: 15 percent

## Component Descriptions

### Evanston soils

*Landform:* Structural bench, ridge
*Parent material:* Alluvium derived from sandstone
*Slope:* 2 to 8 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 10.0 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* western wheatgrass, muttongrass, Wyoming big sagebrush, needleandthread, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, green rabbitbrush
*Land capability subclass (nonirrigated):* 3e

*Typical profile:*
    0 to 6 inches—fine sandy loam
    6 to 24 inches—clay loam
    24 to 36 inches—loam
    36 to 60 inches—clay loam

### Minor Components

Beje and similar soils
    *Composition:* About 10 percent
Callan and similar soils
    *Composition:* About 5 percent

### Major Uses

    Livestock grazing, wildlife habitat

## 39—Falcon-Burnac-Rock outcrop complex, 3 to 20 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,000 to 8,200 feet (2,134 to 2,499 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to 483 millimeters)

*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

## Map Unit Composition

Falcon and similar soils: 55 percent
Burnac and similar soils: 25 percent
Rock outcrop: 15 percent
Minor components: 5 percent

## Component Descriptions

### Falcon soils

*Landform:* Structural bench
*Parent material:* Residuum weathered from sandstone
*Slope:* 3 to 20 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately rapid
*Available water capacity:* About 1.3 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* ponderosa pine, Gambel's oak, elk sedge, greenleaf manzanita, mountain brome, slender wheatgrass, mountain snowberry, needlegrass
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 7 inches—sandy loam
    7 to 19 inches—sandy loam
    19 to 23 inches—unweathered bedrock

### Burnac soils

*Landform:* Structural bench
*Parent material:* Mass movement deposits and residuum weathered from sandstone and shale
*Slope:* 3 to 20 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 7.0 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent

*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* ponderosa pine,
    Gambel's oak, mountain muhly, muttongrass, elk
    sedge, greenleaf manzanita
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 6 inches—sandy loam
    6 to 28 inches—clay
    28 to 60 inches—very stony clay

**Rock outcrop**

*Description:* Rock outcrop consists of exposed
    sandstone. Areas are gently sloping to steep.
*Landform:* Structural bench
*Slope:* 3 to 20 percent
Hazard of flooding: None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

**Minor Components**

Delson and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Timber production, livestock grazing, wildlife
habitat

## 40—Farb-Rock outcrop complex, 1 to 30 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,600 to 6,300 feet (1,707 to 1,920 meters)
*Mean annual precipitation:* 8 to 10 inches (203 to 254
    millimeters)
*Average annual air temperature:* 49 to 51 degrees F
    (10 to 11 degrees C)
*Frost-free period:* 130 to 150 days

### Map Unit Composition

Farb and similar soils: 45 percent
Rock outcrop: 40 percent
Minor components: 15 percent

### Component Descriptions

**Farb soils**

*Landform:* Mesa, escarpment, structural bench
*Parent material:* Residuum weathered
    from sandstone
*Slope:* 1 to 30 percent

*Depth to restrictive feature:* 8 to 15 inches to bedrock
    (lithic)
*Drainage class:* Excessively drained
*Slowest permeability:* Moderately rapid
*Available water capacity:* About 1.1 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle
    pinyon, Indian ricegrass, galleta, blue grama
*Potential production of cordwood:* 1 to 3 cords per
    acre in a stand that averages 5 inches in
    diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 3 inches—sandy loam
    3 to 11 inches—sandy loam
    11 to 15 inches—unweathered bedrock

**Rock outcrop**

*Description:* Rock outcrop consists of exposed
    sandstone bedrock. Areas are gently sloping to
    steep. They occur as 10 to 50 foot escarpments
    and as scattered outcrops 1 inch to 12 inches
    above ground level.
*Landform:* Structural bench, mesa, escarpment
*Slope:* 1 to 30 percent
*Hazard of flooding:* None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

**Minor Components**

Typic Torriorthents and similar soils
    *Composition:* About 10 percent
Persayo and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in winter, wildlife habitat

## 41—Fivepine-Nortez-Rock outcrop complex, 12 to 30 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A (fig. 9)
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)

Soil Survey



**Figure 9.—Area of Fivepine-Nortez-Rock outcrop complex, 12 to 30 percent slopes. The Fivepine soil is in the Ponderosa Pine Woodland ecological site; the Nortez soil is in the Pine Grasslands ecological site.**

*Mean annual precipitation:* 17 to 19 inches (432 to 482 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Fivepine and similar soils: 40 percent
Nortez and similar soils: 30 percent
Rock outcrop: 20 percent
Minor components: 10 percent

### Component Descriptions

#### Fivepine soils

*Landform:* Mesa
*Parent material:* Residuum weathered from sandstone
*Slope:* 12 to 30 percent

*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 2.3 inches (very low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* ponderosa pine, Rocky Mountain juniper, twoneedle pinyon, Gambel's oak, mountain muhly, prairie Junegrass, elk sedge, muttongrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 5 inches—loam
    5 to 9 inches—clay loam
    9 to 15 inches—clay
    15 to 19 inches—unweathered bedrock

#### Nortez soils

*Landform:* Mesa
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 12 to 20 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.4 inches (low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pine Grasslands
*Potential native vegetation:* ponderosa pine, Arizona fescue, needleandthread, Parry's danthonia, mountain muhly, western wheatgrass, Gambel's oak, antelope bitterbrush, mountain big sagebrush, mountain brome, prairie Junegrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 8 inches—loam
    8 to 24 inches—clay loam, cobbly clay loam
    24 to 32 inches—loam
    32 to 36 inches—unweathered bedrock

San Miguel Area, Colorado                                                                    49

## Rock outcrop

*Description:* Rock outcrop consists of exposed sandstone bedrock. Areas are moderately steep to steep. They occur as 10 to 50 foot escarpments and as scattered outcrops 1 inch to 12 inches above ground level.
*Landform:* Mesa
*Slope:* 12 to 30 percent
*Hazard of flooding:* None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

### Minor Components

Acree and similar soils
    *Composition:* About 5 percent
Borolls and similar soils
    *Composition:* About 5 percent

### Major Uses

Livestock grazing in summer and fall, timber production, wildlife habitat

## 42—Fivepine-Pino loams, 0 to 15 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to 482 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Fivepine and similar soils: 50 percent
Pino and similar soils: 35 percent
Minor components: 15 percent

### Component Descriptions

#### Fivepine soils

*Landform:* Mesa
*Parent material:* Residuum weathered from sandstone
*Slope:* 0 to 15 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 2.3 inches (very low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* Rocky Mountain juniper, twoneedle pinyon, ponderosa pine, Gambel's oak, mountain muhly, prairie Junegrass, elk sedge, muttongrass
*Land capability subclass (nonirrigated):* 6s

*Typical profile:*
    0 to 5 inches—loam
    5 to 9 inches—clay loam
    9 to 15 inches—clay
    15 to 19 inches—unweathered bedrock

#### Pino soils

*Landform:* Mesa
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 2 to 15 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.3 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 2 (slightly sodic)
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* ponderosa pine, Arizona fescue, needlegrass, Gambel's oak, mountain brome, mountain muhly, western wheatgrass, bottlebrush squirreltail, pine dropseed, prairie Junegrass
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 8 inches—loam
    8 to 24 inches—clay loam
    24 to 32 inches—clay loam
    32 to 36 inches—unweathered bedrock

### Minor Components

Ceek and similar soils
    *Composition:* About 10 percent
    *Slope:* 15 to 25 percent

Acree and similar soils
   *Composition:* About 5 percent

**Major Uses**

   Timber production, livestock grazing, wildlife habitat

## 43—Fluvaquents, 0 to 6 percent slopes, frequently flooded

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,100 to 6,200 feet (1,554 to 1,890 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to 305 millimeters)
*Average annual air temperature:* 47 to 49 degrees F (8 to 10 degrees C)
*Frost-free period:* 120 to 140 days

### Map Unit Composition

Fluvaquents and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Fluvaquents soils**

*Landform:* Flood plain
*Parent material:* Stratified alluvium derived from mixed sources
*Slope:* 0 to 6 percent
*Drainage class:* Somewhat poorly drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 9.1 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* Frequent
*Depth to seasonal high water table:* 12 to 48 inches
*Runoff class:* Low
*Calcium carbonate maximum:* None
*Salinity maximum:* About 8 mmhos/cm (slightly saline)
*Potential native vegetation:* narrowleaf cottonwood, inland saltgrass, rush, sedge, willow, tamarisk
*Land capability subclass (nonirrigated):* 7w

*Typical profile:*
   0 to 11 inches—variable
   11 to 60 inches—stratified very gravelly sand to clay loam

**Minor Components**

Aquolls and similar soils
   *Composition:* About 10 percent
   *Landform:* Slough

**Major Uses**

   Livestock grazing, wildlife habitat

## 44—Fruitland loam, 1 to 8 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,000 feet (1,676 to 1,829 meters)
*Mean annual precipitation:* 8 to 10 inches (203 to 254 millimeters)
*Average annual air temperature:* 49 to 51 degrees F (10 to 11 degrees C)
*Frost-free period:* 150 to 190 days

### Map Unit Composition

Fruitland and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Fruitland soils**

*Landform:* Valley floor, terrace
*Parent material:* Alluvium derived from sandstone
*Slope:* 1 to 8 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 8.4 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Ecological site:* Alkaline Slopes
*Potential native vegetation:* Wyoming big sagebrush, greasewood, shadscale saltbush, galleta, winterfat, Indian ricegrass, bottlebrush squirreltail, sand dropseed, western wheatgrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
   0 to 5 inches—loam
   5 to 60 inches—loam, fine sandy loam

**Minor Components**

Chipeta and similar soils
   *Composition:* About 5 percent
Billings and similar soils
   *Composition:* About 5 percent

San Miguel Area, Colorado                                                                  51

Killpack and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in winter, wildlife habitat

## 45—Gladel-Bond-Rock outcrop complex, 1 to 50 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 10 to 14 inches (254 to 356 millimeters)
*Average annual air temperature:* 46 to 50 degrees F (8 to 10 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Gladel and similar soils: 35 percent
Bond and similar soils: 30 percent
Rock outcrop: 30 percent
Minor components: 5 percent

### Component Descriptions

**Gladel soils**

*Landform:* Mesa, structural bench, escarpment
*Parent material:* Residuum weathered from sandstone
*Slope:* 1 to 50 percent
*Depth to restrictive feature:* 5 to 15 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately rapid
*Available water capacity:* About 1.1 inches (very low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Indian ricegrass, bluebunch wheatgrass, galleta, blue grama, bottlebrush squirreltail
*Potential production of cordwood:* 2 to 5 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 8 inches—sandy loam
    8 to 12 inches—unweathered bedrock

**Bond soils**

*Landform:* Escarpment, mesa, structural bench
*Parent material:* Residuum weathered from sandstone
*Slope:* 1 to 50 percent
*Depth to restrictive feature:* 6 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 2.1 inches (very low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 5 (slightly sodic)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, galleta, Indian ricegrass, Wyoming big sagebrush, blue grama, true mountain mahogany, antelope bitterbrush, big sagebrush, singleleaf  ash, squaw apple
*Potential production of cordwood:* 2 to 5 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7s

*Typical profile:*
    0 to 3 inches—fine sandy loam
    3 to 16 inches—sandy clay loam, clay loam
    16 to 20 inches—unweathered bedrock

**Rock outcrop**

*Description:* Rock outcrop consists of exposed sandstone bedrock. Areas are gently sloping to very steep. They occur as 10 to 50 foot escarpments and as scattered outcrops 1 inch to 12 inches above ground level.
*Landform:* Mesa, escarpment, structural bench
*Slope:* 1 to 50 percent
*Hazard of flooding:* None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

**Minor Components**

Paradox and similar soils
    *Composition:* About 5 percent
    *Landform:* Alluvial fan

**Major Uses**

    Livestock grazing, wildlife habitat

## 46—Gladel-Bond-Rock outcrop complex, cool, 3 to 25 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to 381 millimeters)

*Average annual air temperature:* 45 to 47 degrees F (7 to 8 degrees C)
*Frost-free period:* 100 to 120 days

### Map Unit Composition

Gladel and similar soils: 35 percent
Bond and similar soils: 30 percent



**Figure 10.—A Pinyon-Juniper woodland area on Gladel-Bond-Rock outcrop complex, 1 to 50 percent slopes.**

BLM_0060114

Rock outcrop: 25 percent
Minor components: 10 percent

## Component Descriptions

### Gladel soils

*Landform:* Ridge, mesa
*Parent material:* Residuum weathered from sandstone
*Slope:* 3 to 25 percent
*Depth to restrictive feature:* 5 to 15 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately rapid
*Available water capacity:* About 1.1 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Indian ricegrass, bluebunch wheatgrass, galleta, blue grama, bottlebrush squirreltail
*Potential production of cordwood:* 2 to 5 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 8 inches—sandy loam
    8 to 12 inches—unweathered bedrock

### Bond soils

*Landform:* Mesa, ridge
*Parent material:* Residuum weathered from sandstone
*Slope:* 3 to 25 percent
*Depth to restrictive feature:* 6 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 2.1 inches (very low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 5 (slightly sodic)
*Ecological site:* Pinyon-Juniper (fig. 10)

*Potential native vegetation:* Utah juniper, twoneedle pinyon, galleta, Indian ricegrass, Wyoming big sagebrush, blue grama, true mountain mahogany, antelope bitterbrush, big sagebrush, squaw apple
*Potential production of cordwood:* 2 to 5 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7s

*Typical profile:*
    0 to 3 inches—fine sandy loam
    3 to 16 inches—sandy clay loam, clay loam
    16 to 20 inches—unweathered bedrock

### Rock outcrop

*Description:* Rock outcrop consists of exposed sandstone bedrock. It occurs as outcrops 1 inch to 12 inches above ground level.
*Landform:* Mesa, ridge
*Slope:* 3 to 25 percent
*Hazard of flooding:* None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

### Minor Components

Monticello and similar soils
    *Composition:* About 5 percent
Pinon, cool and similar soils
    *Composition:* About 5 percent

### Major Uses

Livestock grazing, wildlife habitat

## 47—Gurley loam, 1 to 8 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 15 to 17 inches (381 to 432 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Gurley and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

### Gurley soils

*Landform:* Mesa, terrace

*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 1 to 8 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.5 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 50 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, green rabbitbrush
*Land capability subclass (irrigated):* 3e
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 4 inches—loam
    4 to 21 inches—clay loam
    21 to 37 inches—loam
    37 to 41 inches—unweathered bedrock

**Minor Components**

Aquolls and similar soils
    *Composition:* About 5 percent
    *Landform:* Drainageway
Callan and similar soils
    *Composition:* About 5 percent
Skein and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing, wildlife habitat, pasture, cropland

## 48—Gurley-Skein loams, 3 to 20 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 15 to 17 inches (381 to 432 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Gurley and similar soils: 50 percent
Skein and similar soils: 40 percent
Minor components: 10 percent

### Component Descriptions

**Gurley soils**

*Landform:* Mesa, terrace
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 3 to 20 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.5 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 50 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, green rabbitbrush
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 4 inches—loam
    4 to 21 inches—clay loam
    21 to 37 inches—loam
    37 to 41 inches—unweathered bedrock

**Skein soils**

*Landform:* Mesa, terrace
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 3 to 20 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 2.1 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)

San Miguel Area, Colorado                                                      55

*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle
      pinyon, black sagebrush, Indian ricegrass,
      western wheatgrass, galleta, saline wildrye
*Potential production of cordwood:* 9 to 14 cords per
      acre in a stand that averages 5 inches in
      diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
      0 to 6 inches—loam
      6 to 13 inches—loam
      13 to 19 inches—very gravelly loam
      19 to 23 inches—unweathered bedrock

**Minor Components**

Callan and similar soils
      *Composition:* About 5 percent
Beje and similar soils
      *Composition:* About 5 percent

**Major Uses**

      Livestock grazing, wildlife habitat

## 49—Gypsiorthids, 3 to 25 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 4,900 to 6,600 feet (1,494 to 2,012 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to
      305 millimeters)
*Average annual air temperature:* 46 to 49 degrees F
      (8 to 10 degrees C)
*Frost-free period:* 110 to 140 days

### Map Unit Composition

Gypsiorthids and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Gypsiorthids soils**

*Landform:* Valley floor, terrace
*Parent material:* Residuum weathered from gypsum
*Slope:* 3 to 25 percent
*Depth to restrictive feature:* Greater than 60 inches to
      bedrock
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 5.1 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than
      72 inches

*Runoff class:* Medium
*Calcium carbonate maximum:* About 15 percent
*Gypsum maximum:* About 85 percent
*Salinity maximum:* About 8 mmhos/cm (slightly
      saline)
*Potential native vegetation:* Indian ricegrass,
      Greene's rabbitbrush, sand dropseed, New
      Mexico feathergrass, Wyoming big sagebrush,
      bottlebrush squirreltail, cryptantha, fourwing
      saltbush, galleta, scarlet globemallow, winterfat
*Land capability subclass (nonirrigated):* 6s

*Typical profile:*
      0 inches to 1 inch—loam
      1 inch to 11 inches—loam
      11 to 23 inches—loam
      23 to 44 inches—silt loam

**Minor Components**

Moderately deep Gypsiorthids and similar soils
      *Composition:* About 10 percent
Paradox and similar soils
      *Composition:* About 5 percent
      *Landform:* Depression

**Major Uses**

      Livestock grazing in winter and spring, wildlife
habitat

## 50—Gypsum land

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 4,900 to 6,600 feet (1,494 to 2,012 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to
      305 millimeters)
*Average annual air temperature:* 47 to 49 degrees F
      (8 to 10 degrees C)
*Frost-free period:* 120 to 140 days

### Map Unit Composition

Gypsum land and similar soils: 95 percent
Minor components: 5 percent

### Component Descriptions

**Gypsum Land**

*Description:* Gypsum land consists of nearly barren
      exposures of soft gypsum. In some areas the
      surface layer is loam.
*Landform:* Knob on valley floor
*Slope:* 12 to 70 percent
*Hazard of flooding:* None

*Gypsum maximum:* About 100 percent
*Salinity maximum:* About 32 mmhos/cm (strongly saline)
*Land capability subclass (nonirrigated):* 8s

**Minor Components**

Paradox and similar soils
  *Composition:* About 5 percent
  *Landform:* Depression

**Major Uses**

Wildlife habitat

# 51—Haplaquolls, 0 to 3 percent slopes

## Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 8,200 feet (2,073 to 2,499 meters)
*Mean annual precipitation:* 15 to 17 inches (381 to 432 millimeters)
*Average annual air temperature:* 41 to 45 degrees F (5 to 7 degrees C)
*Frost-free period:* 70 to 110 days

## Map Unit Composition

Haplaquolls and similar soils: 85 percent
Minor components: 15 percent

## Component Descriptions

**Haplaquolls soils**

*Landform:* Flood plain, slough
*Parent material:* Alluvium from mixed sources
*Slope:* 0 to 3 percent
*Depth to restrictive feature:* Greater than 60 inches to bedrock
*Drainage class:* Poorly drained
*Slowest permeability:* Moderate
*Available water capacity:* About 7.0 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* Frequent
*Depth to seasonal high water table:* 18 to 36 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 8 mmhos/cm (slightly saline)
*Ecological site:* Mountain Meadow
*Potential native vegetation:* tufted hairgrass, Nebraska sedge, slender wheatgrass, sedge
*Land capability subclass (nonirrigated):* 5w

*Typical profile:*
  0 to 21 inches—loam
  21 to 30 inches—cobbly sandy loam

  30 to 60 inches—very gravelly sandy clay loam

**Minor Components**

Callan and similar soils
  *Composition:* About 5 percent
Gurley and similar soils
  *Composition:* About 5 percent
Mitch and similar soils
  *Composition:* About 5 percent

**Major Uses**

Livestock grazing, wildlife habitat

# 52—Killpack-Deaver loams, 2 to 15 percent slopes

## Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,600 to 6,300 feet (1,707 to 1,920 meters)
*Mean annual precipitation:* 8 to 10 inches (203 to 254 millimeters)
*Average annual air temperature:* 49 to 51 degrees F (10 to 11 degrees C)
*Frost-free period:* 130 to 150 days

## Map Unit Composition

Killpack and similar soils: 50 percent
Deaver and similar soils: 30 percent
Minor components: 20 percent

## Component Descriptions

**Killpack soils**

*Landform:* Terrace, hill
*Parent material:* Residuum weathered from shale
*Slope:* 2 to 15 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.0 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Gypsum maximum:* About 1 percent
*Salinity maximum:* About 8 mmhos/cm (slightly saline)
*Ecological site:* Silty Saltdesert
*Potential native vegetation:* galleta, shadscale saltbush, bud sagebrush, Indian ricegrass,

San Miguel Area, Colorado                                                                57

bottlebrush squirreltail, mat saltbush,
saline wildrye
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 9 inches—loam
    9 to 30 inches—silty clay loam, clay loam
    30 to 34 inches—weathered bedrock

**Deaver soils**

*Landform:* Hill, terrace
*Parent material:* Residuum weathered from shale
*Slope:* 2 to 15 percent
*Depth to restrictive feature:* 20 to 40 inches to
    bedrock (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 4.4 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Gypsum maximum:* About 10 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly
    saline)
*Sodicity maximum:* Sodium adsorption ratio about 10
    (slightly sodic)
*Ecological site:* Silty Saltdesert
*Potential native vegetation:* galleta, shadscale
    saltbush, bud sagebrush, Indian ricegrass,
    bottlebrush squirreltail, fourwing saltbush, saline
    wildrye
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 4 inches—loam
    4 to 31 inches—clay, clay loam
    31 to 35 inches—unweathered bedrock

**Minor Components**

Rock outcrop
    *Composition:* About 10 percent
    *Landform:* Knob
Chipeta and similar soils
    *Composition:* About 5 percent
Persayo and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in winter, wildlife habitat

## 53—Leaps-Hofly loams, 5 to 40 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,600 to 10,000 feet (2,621 to 3,048
    meters)
*Mean annual precipitation:* 24 to 26 inches (610 to
    660 millimeters)
*Average annual air temperature:* 35 to 37 degrees F
    (2 to 3 degrees C)
*Frost-free period:* 40 to 60 days

### Map Unit Composition

Leaps and similar soils: 45 percent
Hofly and similar soils: 40 percent
Minor components: 15 percent

### Component Descriptions

**Leaps soils**

*Landform:* Hill, mountain slope
*Parent material:* Alluvium and colluvium derived from
    shale
*Slope:* 5 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 8.7 inches (moderate)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Deep Clay Loam
*Potential native vegetation:* western wheatgrass,
    Letterman's needlegrass, muttongrass, slender
    wheatgrass, mountain big sagebrush, mule-ears,
    nodding brome, scarlet Indian paintbrush, silvery
    lupine, sulphur wildbuckwheat
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 12 inches—loam
    12 to 60 inches—clay

**Hofly soils**

*Landform:* Hill, mountain slope
*Parent material:* Colluvium derived from shale
*Slope:* 5 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow

BLM_0060119

*Available water capacity:* About 9.8 inches (high)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Brushy Loam
*Potential native vegetation:* Gambel's oak, Utah serviceberry, elk sedge, slender wheatgrass, western wheatgrass, Letterman's needlegrass, mountain brome, nodding brome, prairie Junegrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 3 inches—loam
    3 to 32 inches—clay loam
    32 to 60 inches—clay

**Minor Components**

Cryoborolls and similar soils
    *Composition:* About 10 percent
Borolls and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing, wildlife habitat

## 54—Leaps-Tellura complex, 5 to 20 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,500 to 10,500 feet (2,591 to 3,200 meters)
*Mean annual precipitation:* 22 to 26 inches (559 to 660 millimeters)
*Average annual air temperature:* 35 to 40 degrees F (2 to 4 degrees C)
*Frost-free period:* 40 to 70 days

### Map Unit Composition

Leaps and similar soils: 60 percent
Tellura and similar soils: 25 percent
Minor components: 15 percent

### Component Descriptions

**Leaps soils**

*Landform:* Structural bench, mountain slope, alluvial fan
*Parent material:* Alluvium and colluvium derived from shale

*Slope:* 5 to 20 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 8.8 inches (moderate)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Deep Clay Loam
*Potential native vegetation:* western wheatgrass, Arizona fescue, muttongrass, mountain big sagebrush, nodding brome, common snowberry
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 10 inches—loam
    10 to 60 inches—clay

**Tellura soils**

*Landform:* Structural bench, alluvial fan, mountain slope
*Parent material:* Till, outwash, and colluvium from mixed sources
*Slope:* 5 to 20 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.9 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Subalpine Clay
*Potential native vegetation:* Thurber's fescue, Letterman's needlegrass, nodding brome, slender wheatgrass, mule-ears, shrubby cinquefoil
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 14 inches—clay loam
    14 to 36 inches—very gravelly clay
    36 to 60 inches—very gravelly clay loam

**Minor Components**

Borolls and similar soils
    *Composition:* About 10 percent
Skisams and similar soils
    *Composition:* About 3 percent

Cryaquolls and similar soils
*Composition:* About 2 percent
*Landform:* Alluvial fan

**Major Uses**

Livestock grazing in summer, wildlife habitat, hayland

## 55—Lillylands loam, 15 to 50 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to 482 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Lillylands and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Lillylands soils**

*Landform:* Mountain slope
*Parent material:* Colluvium derived from sandstone and mixed sources
*Slope:* 15 to 50 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 8.5 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Brushy Loam
*Potential native vegetation:* Gambel's oak, Saskatoon serviceberry, elk sedge, mountain brome, mountain snowberry, needlegrass, slender wheatgrass, western wheatgrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
0 to 4 inches—loam
4 to 30 inches—clay loam
30 to 60 inches—gravelly clay

**Minor Components**

Spectacle and similar soils
*Composition:* About 10 percent
Acree and similar soils
*Composition:* About 5 percent

**Major Uses**

Livestock grazing in summer, wildlife habitat

## 56—Mikim loam, 1 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,100 to 6,600 feet (1,554 to 2,012 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to 305 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 90 to 120 days

### Map Unit Composition

Mikim and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Mikim soils**

*Landform:* Valley floor
*Parent material:* Alluvium derived from shale
*Slope:* 1 to 6 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 8.3 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* Rare
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Semidesert Loam
*Potential native vegetation:* Wyoming big sagebrush, galleta, needleandthread, Indian ricegrass, bottlebrush squirreltail
*Land capability subclass (irrigated):* 3e
*Land capability subclass (nonirrigated):* 4c

*Typical profile:*
0 to 6 inches—loam

6 to 45 inches—loam
45 to 60 inches—gravelly sandy loam

**Minor Components**

Vanada and similar soils
   *Composition:* About 5 percent
Paradox and similar soils
   *Composition:* About 5 percent

**Major Uses**

   Livestock grazing in winter and spring, wildlife habitat, pasture, cropland

## 57—Minchey fine sandy loam, 1 to 10 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,400 to 6,000 feet (1,646 to 1,829 meters)
*Mean annual precipitation:* 8 to 10 inches (203 to 254 millimeters)
*Average annual air temperature:* 49 to 51 degrees F (10 to 11 degrees C)
*Frost-free period:* 130 to 150 days

### Map Unit Composition

Minchey and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Minchey soils**

*Landform:* Mesa, structural bench, alluvial fan
*Parent material:* Alluvium derived from sandstone
*Slope:* 1 to 10 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 7.2 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Loamy Saltdesert
*Potential native vegetation:* Indian ricegrass, galleta, shadscale saltbush, winterfat, Wyoming big sagebrush, bottlebrush squirreltail, bud sagebrush, needleandthread
*Land capability subclass (nonirrigated):* 6c

*Typical profile:*
   0 to 5 inches—fine sandy loam
   5 to 30 inches—sandy clay loam, gravelly sandy clay loam
   30 to 60 inches—very gravelly sandy loam

**Minor Components**

Farb and similar soils
   *Composition:* About 5 percent
Redlands and similar soils
   *Composition:* About 5 percent
Soils similar to Minchey but are moderately deep
   *Composition:* About 3 percent
Soils similar to Minchey but with a natric horizon
   *Composition:* About 2 percent

**Major Uses**

   Livestock grazing in winter, wildlife habitat

## 58—Mitch loam, 1 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 36
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 15 to 17 inches (381 to 432 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Mitch and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Mitch soils**

*Landform:* Valley floor, drainageway
*Parent material:* Alluvium derived from sandstone
*Slope:* 1 to 6 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 11.4 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* Rare
*Depth to seasonal high water table:* 24 to 48 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, Truckee rabbitbrush, Utah serviceberry, black sagebrush, bottlebrush squirreltail

San Miguel Area, Colorado                                                                                   61

*Land capability subclass (irrigated):* 3c
*Land capability subclass (nonirrigated):* 3c

*Typical profile:*
    0 to 14 inches—loam
    14 to 28 inches—silt loam
    28 to 60 inches—silt loam

**Minor Components**

Aquolls and similar soils
    *Composition:* About 5 percent
    *Landform:* Drainageway
Callan and similar soils
    *Composition:* About 5 percent
Zoltay and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in spring, fall, and winter; wildlife habitat; cropland

## 59—Mivida fine sandy loam, 5 to 15 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 4,900 to 6,600 feet (1,494 to 2,012 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to 305 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Mivida and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Mivida soils**

*Landform:* Alluvial fan
*Parent material:* Alluvium and outwash derived from sandstone
*Slope:* 5 to 15 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately rapid
*Available water capacity:* About 7.1 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 40 percent

*Gypsum maximum:* About 2 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Sandy Loam
*Potential native vegetation:* Indian ricegrass, fourwing saltbush, needleandthread, Wyoming big sagebrush, ephedra, galleta, sand dropseed
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 3 inches—fine sandy loam
    3 to 60 inches—fine sandy loam

**Minor Components**

Begay and similar soils
    *Composition:* About 5 percent
Clapper and similar soils
    *Composition:* About 5 percent
Paradox and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in winter and spring, wildlife habitat

## 60—Monogram loam, 1 to 8 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,300 feet (2,073 to 2.225 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to 381 millimeters)
*Average annual air temperature:* 45 to 47 degrees F (7 to 8 degrees C)
*Frost-free period:* 90 to 120 days

### Map Unit Composition

Monogram and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Monogram soils**

*Landform:* Mesa, structural bench
*Parent material:* Eolian deposits
*Slope:* 1 to 8 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 9.9 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches



**Figure 11.—In the foreground is a Loamy Foothills ecological site on Monogram loam, 1 to 8 percent slopes. The San Miguel Mountains are in the far background with Lone Cone Mountain in the center background.**

*Runoff class:* High
*Calcium carbonate maximum:* About 70 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Loamy Foothills (fig. 11)
*Potential native vegetation:* muttongrass, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, black sagebrush, bottlebrush squirreltail, needleandthread, prairie Junegrass
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 3 inches—loam

    3 to 14 inches—loam
    14 to 28 inches—loam, clay loam
    28 to 60 inches—sandy clay loam, loam

**Minor Components**

Evanston and similar soils
    *Composition:* About 5 percent
Progresso and similar soils
    *Composition:* About 5 percent
Ackmen and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in spring and fall, wildlife habitat

San Miguel Area, Colorado 63

## 61—Monticello-Witt loams, 1 to 3 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 36
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to 381 millimeters)
*Average annual air temperature:* 45 to 47 degrees F (7 to 8 degrees C)
*Frost-free period:* 100 to 120 days

### Map Unit Composition

Monticello and similar soils: 60 percent
Witt and similar soils: 30 percent
Minor components: 10 percent

### Component Descriptions

**Monticello soils**

*Landform:* Mesa, ridge
*Parent material:* Eolian deposits derived from sandstone
*Slope:* 1 to 3 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 8.9 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 25 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western wheatgrass, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, green rabbitbrush
*Land capability subclass (nonirrigated):* 3c
*Typical profile:*
    0 to 10 inches—loam
    10 to 30 inches—loam
    30 to 74 inches—loam

**Witt soils**

*Landform:* Mesa, ridge
*Parent material:* Eolian deposits derived from sandstone, reworked by water
*Slope:* 1 to 3 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 11.1 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 45 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* western wheatgrass, muttongrass, Indian ricegrass, Wyoming big sagebrush, needleandthread
*Land capability subclass (nonirrigated):* 6c

*Typical profile:*
    0 to 9 inches—loam
    9 to 31 inches—clay loam
    31 to 60 inches—loam

### Minor Components

Pulpit and similar soils
    *Composition:* About 5 percent
Bowdish, cool and similar soils
    *Composition:* About 5 percent

### Major Uses

Cropland, livestock grazing, wildlife habitat

## 62—Monticello-Witt loams, 3 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 36
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to 381 millimeters)
*Average annual air temperature:* 45 to 47 degrees F (7 to 8 degrees C)
*Frost-free period:* 100 to 120 days

### Map Unit Composition

Monticello and similar soils: 60 percent
Witt and similar soils: 30 percent
Minor components: 10 percent

### Component Descriptions

**Monticello soils**

*Landform:* Mesa, ridge
*Parent material:* Eolian deposits derived from sandstone
*Slope:* 3 to 6 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 8.9 inches (moderate)

*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
   inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 25 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western
   wheatgrass, Indian ricegrass, Utah serviceberry,
   black sagebrush, bottlebrush squirreltail, green
   rabbitbrush
*Land capability subclass (nonirrigated):* 3e

*Typical profile:*
   0 to 10 inches—loam
   10 to 30 inches—loam
   30 to 74 inches—loam

**Witt soils**

*Landform:* Mesa, ridge
*Parent material:* Eolian deposits derived from
   sandstone, reworked by water
*Slope:* 3 to 6 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 11.1 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
   inches
*Runoff class:* High
*Calcium carbonate maximum:* About 45 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* western wheatgrass,
   muttongrass, Indian ricegrass, Wyoming big
   sagebrush, needleandthread
*Land capability subclass (nonirrigated):* 6c
*Typical profile:*
   0 to 9 inches—loam
   9 to 31 inches—clay loam
   31 to 60 inches—loam

**Minor Components**

Pulpit and similar soils
   *Composition:* About 5 percent
Bowdish, cool and similar soils
   *Composition:* About 5 percent

**Major Uses**

   Cropland, livestock grazing, wildlife habitat

## 63—Monticello-Witt loams, 6 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 36
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to
   381 millimeters)
*Average annual air temperature:* 45 to 47 degrees F
   (7 to 8 degrees C)
*Frost-free period:* 100 to 120 days

### Map Unit Composition

Monticello and similar soils: 60 percent
Witt and similar soils: 30 percent
Minor components: 10 percent

### Component Descriptions

**Monticello soils**

*Landform:* Mesa, ridge
*Parent material:* Eolian deposits derived from
   sandstone
*Slope:* 6 to 12 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 8.9 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
   inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 25 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western
   wheatgrass, Indian ricegrass, Utah serviceberry,
   black sagebrush, bottlebrush squirreltail, green
   rabbitbrush
*Land capability subclass (nonirrigated):* 4e
*Typical profile:*
   0 to 10 inches—loam
   10 to 30 inches—loam
   30 to 74 inches—loam

**Witt soils**

*Landform:* Mesa, ridge
*Parent material:* Eolian deposits derived from
   sandstone, reworked by water
*Slope:* 6 to 12 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow

San Miguel Area, Colorado                                                                 65

*Available water capacity:* About 11.1 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 45 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* western wheatgrass, muttongrass, Indian ricegrass, Wyoming big sagebrush, needleandthread
*Land capability subclass (nonirrigated):* 6c

*Typical profile:*
   0 to 9 inches—loam
   9 to 31 inches—clay loam
   31 to 60 inches—loam

**Minor Components**

Pulpit and similar soils
   *Composition:* About 5 percent
Bowdish, cool and similar soils
   *Composition:* About 5 percent

**Major Uses**

   Cropland, livestock grazing, wildlife habitat

## 64—Narraguinnep clay loam, moist, 15 to 50 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,200 to 8,500 feet (2,195 to 2,591 meters)
*Mean annual precipitation:* 19 to 22 inches (483 to 559 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Narraguinnep and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Narraguinnep soils**

*Landform:* Hill, mountain slope
*Parent material:* Alluvium derived from shale
*Slope:* 15 to 50 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow

*Available water capacity:* About 10.1 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Brushy Loam
*Potential native vegetation:* Gambel's oak, big bluegrass, elk sedge, mountain brome, Saskatoon serviceberry, mountain snowberry, needlegrass, slender wheatgrass, western wheatgrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
   0 to 7 inches—clay loam
   7 to 33 inches—clay loam
   33 to 60 inches—clay loam

**Minor Components**

Acree and similar soils
   *Composition:* About 5 percent
Mitch and similar soils
   *Composition:* About 5 percent

**Major Uses**

   Livestock grazing, wildlife habitat

## 65—Narraguinnep-Dapoin complex, 1 to 15 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,200 to 8,500 feet (2,194 to 2,591 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to 483 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Narraguinnep and similar soils: 55 percent
Dapoin and similar soils: 30 percent
Minor components: 15 percent

### Component Descriptions

**Narraguinnep soils**

*Landform:* Alluvial fan
*Parent material:* Alluvium derived from shale

Soil Survey

*Slope:* 1 to 15 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 10.3 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Deep Clay Loam
*Potential native vegetation:* western wheatgrass, Letterman's needlegrass, mountain big sagebrush, Saskatoon serviceberry, muttongrass, slender wheatgrass
*Land capability subclass (irrigated):* 6e
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 7 inches—silty clay loam
    7 to 30 inches—clay
    30 to 60 inches—silty clay loam

**Dapoin soils**

*Landform:* Alluvial fan
*Parent material:* Alluvium derived from shale
*Slope:* 1 to 15 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 10.2 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Deep Clay Loam
*Potential native vegetation:* western wheatgrass, Letterman's needlegrass, mountain big sagebrush, Saskatoon serviceberry, muttongrass, slender wheatgrass
*Land capability subclass (irrigated):* 6e
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 13 inches—clay loam
    13 to 29 inches—clay
    29 to 38 inches—clay loam, clay
    38 to 60 inches—clay loam

**Minor Components**

Mitch and similar soils
    *Composition:* About 5 percent
Acree and similar soils
    *Composition:* About 5 percent
Sapeha and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing, wildlife habitat, hayland, pasture

## 66—Nortez loam, 1 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to 483 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Nortez and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Nortez soils**

*Landform:* Structural bench
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 1 to 6 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.4 inches (low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pine Grasslands
*Potential native vegetation:* ponderosa pine, Arizona fescue, needleandthread, Parry's danthonia, mountain muhly, western wheatgrass, Gambel's

San Miguel Area, Colorado                                                                67

oak, antelope bitterbrush, mountain big
sagebrush, mountain brome, prairie Junegrass
*Land capability subclass (irrigated):* 4s
*Land capability subclass (nonirrigated):* 4s

*Typical profile:*
    0 to 8 inches—loam
    8 to 24 inches—cobbly clay loam, clay loam
    24 to 32 inches—loam
    32 to 36 inches—unweathered bedrock

**Minor Components**

Acree and similar soils
    *Composition:* About 5 percent
Fivepine and similar soils
    *Composition:* About 5 percent
Borolls and similar soils
    *Composition:* About 3 percent
Haplaquolls and similar soils
    *Composition:* About 2 percent
    *Landform:* Drainageway

**Major Uses**

    Livestock grazing, wildlife habitat, cropland,
pasture

## 67—Nortez loam, 6 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to
    483 millimeters)
*Average annual air temperature:* 41 to 43 degrees F
    (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Nortez and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Nortez soils**

*Landform:* Structural bench
*Parent material:* Alluvium derived from sandstone
    and shale
*Slope:* 6 to 12 percent
*Depth to restrictive feature:* 20 to 40 inches to
    bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.4 inches (low)

*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* High
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pine Grasslands
*Potential native vegetation:* ponderosa pine, Arizona
    fescue, needleandthread, Parry's danthonia,
    mountain muhly, western wheatgrass, Gambel's
    oak, antelope bitterbrush, mountain big
    sagebrush, mountain brome, prairie Junegrass
*Land capability subclass (irrigated):* 4e
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 8 inches—loam
    8 to 24 inches—cobbly clay loam, clay loam
    24 to 32 inches—loam
    32 to 36 inches—unweathered bedrock

**Minor Components**

Acree and similar soils
    *Composition:* About 5 percent
Fivepine and similar soils
    *Composition:* About 5 percent
Borolls and similar soils
    *Composition:* About 3 percent
Haplaquolls and similar soils
    *Composition:* About 2 percent
    *Landform:* Drainageway

**Major Uses**

    Livestock grazing, wildlife habitat, cropland,
pasture

## 68—Nortez-Acree loams, 1 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to
    483 millimeters)
*Average annual air temperature:* 41 to 43 degrees F
    (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Nortez and similar soils: 50 percent
Acree and similar soils: 35 percent
Minor components: 15 percent

## Component Descriptions

### Nortez soils

*Landform:* Mesa, structural bench
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 1 to 12 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.4 inches (low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pine Grasslands
*Potential native vegetation:* ponderosa pine, Arizona fescue, needleandthread, Parry's danthonia, mountain muhly, western wheatgrass, Gambel's oak, antelope bitterbrush, mountain big sagebrush, mountain brome, prairie Junegrass
*Land capability subclass (irrigated):* 4e
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
  0 to 8 inches—loam
  8 to 24 inches—clay loam, cobbly clay loam
  24 to 32 inches—loam
  32 to 36 inches—unweathered bedrock

### Acree soils

*Landform:* Mesa, structural bench
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 1 to 12 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 9.2 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches



**Figure 12.—The foreground shows summer grazing on Nortez-Acree loams, 1 to 12 percent slopes.**