*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Mountain Loam
*Potential native vegetation:* Arizona fescue, Parry's danthonia, mountain muhly, western wheatgrass, mountain big sagebrush, nodding brome, slender wheatgrass
*Land capability subclass (irrigated):* 4e
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 8 inches—loam
    8 to 30 inches—clay, clay loam
    30 to 60 inches—clay loam

**Minor Components**

Fivepine and similar soils
    *Composition:* About 5 percent
Borolls and similar soils
    *Composition:* About 5 percent
Zoltay and similar soils
    *Composition:* About 3 percent
    *Landform:* Swale
Haplaquolls and similar soils
    *Composition:* About 2 percent
    *Landform:* Swale

**Major Uses**

    Livestock grazing in summer and fall, wildlife habitat, cropland, pasture (fig. 12)

## 69—Nortez-Fivepine loams, 1 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 16 to 19 inches (406 to 483 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Nortez and similar soils: 45 percent
Fivepine and similar soils: 40 percent
Minor components: 15 percent

### Component Descriptions
**Nortez soils**

*Landform:* Mesa, structural bench

*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 1 to 12 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.4 inches (low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pine Grasslands
*Potential native vegetation:* ponderosa pine, Arizona fescue, needleandthread, Parry's danthonia, mountain muhly, western wheatgrass, Gambel's oak, antelope bitterbrush, mountain big sagebrush, mountain brome, prairie Junegrass
*Land capability subclass (irrigated):* 6e
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 8 inches—loam
    8 to 24 inches—clay loam, cobbly clay loam
    24 to 32 inches—loam
    32 to 36 inches—unweathered bedrock

**Fivepine soils**

*Landform:* Mesa, structural bench
*Parent material:* Residuum weathered from sandstone
*Slope:* 1 to 12 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 2.3 inches (very low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* Rocky Mountain juniper, ponderosa pine, twoneedle pinyon, Gambel's oak, mountain muhly, prairie Junegrass, elk sedge, muttongrass
*Land capability subclass (irrigated):* 6e
*Land capability subclass (nonirrigated):* 6s

*Typical profile:*
    0 to 5 inches—loam
    5 to 9 inches—clay loam
    9 to 15 inches—clay
    15 to 19 inches—unweathered bedrock

**Minor Components**

Acree and similar soils
    *Composition:* About 5 percent
Zoltay and similar soils
    *Composition:* About 5 percent
Rock outcrop
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in summer and fall, wildlife habitat, cropland, pasture

## 70—Nunemaker clay, 3 to 10 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,800 feet (2,073 to 2,377 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to 381 millimeters)
*Average annual air temperature:* 44 to 46 degrees F (7 to 8 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Nunemaker and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Nunemaker soils**

*Landform:* Valley floor, drainageway
*Parent material:* Alluvium derived from shale
*Slope:* 3 to 10 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 8.3 inches (moderate)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Gypsum maximum:* About 3 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)

*Ecological site:* Clayey Foothills
*Potential native vegetation:* Wyoming big sagebrush, Indian ricegrass, bottlebrush squirreltail, fourwing saltbush, muttongrass, yellow rabbitbrush
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 3 inches—clay
    3 to 26 inches—clay
    26 to 60 inches—clay

**Minor Components**

Dapoin and similar soils
    *Composition:* About 10 percent

**Major Uses**

    Livestock grazing, wildlife habitat

## 71—Nyswonger silty clay loam, 1 to 4 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 4,900 to 6,800 feet (1,494 to 2,073 meters)
*Mean annual precipitation:* 10 to 14 inches (254 to 356 millimeters)
*Average annual air temperature:* 46 to 49 degrees F (8 to 10 degrees C)
*Frost-free period:* 110 to 140 days

### Map Unit Composition

Nyswonger and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Nyswonger soils**

*Landform:* Alluvial fan, valley floor, terrace
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 1 to 4 percent
*Drainage class:* Moderately well drained
*Slowest permeability:* Slow
*Available water capacity:* About 9.2 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* Rare
*Depth to seasonal high water table:* 42 to 48 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Foothill Swale
*Potential native vegetation:* basin wildrye, basin big sagebrush, streambank wheatgrass, western wheatgrass, fourwing saltbush

*Land capability subclass (irrigated):* 2e
*Land capability subclass (nonirrigated):* 6c

*Typical profile:*
 0 to 3 inches—silty clay loam
 3 to 11 inches—clay
 11 to 19 inches—clay loam
 19 to 41 inches—sandy clay loam
 41 to 60 inches—clay

**Minor Components**

Paradox and similar soils
  *Composition:* About 5 percent
Soils similar to Nyswonger but well drained
  *Composition:* About 5 percent

**Major Uses**

 Cropland, livestock grazing, wildlife habitat

## 72—Pagoda-Coulterg-Cabba complex, 10 to 60 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,200 to 8,100 feet (2,195 to 2,469 meters)
*Mean annual precipitation:* 16 to 18 inches (406 to 457 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 80 to 100 days

### Map Unit Composition

Pagoda and similar soils: 35 percent
Coulterg and similar soils: 30 percent
Cabba and similar soils: 20 percent
Minor components: 15 percent

### Component Descriptions

**Pagoda soils**

*Landform:* Hill
*Parent material:* Residuum weathered from shale
*Slope:* 10 to 30 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 11.8 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)

*Ecological site:* Ponderosa Pine
*Potential native vegetation:* ponderosa pine, Arizona fescue, Gambel's oak, western wheatgrass, pine dropseed, prairie Junegrass, Fendler's meadowrue, Utah serviceberry, bluegrass, bottlebrush squirreltail, common snowberry, mountain muhly, nodding brome
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
 0 to 4 inches—clay loam
 4 to 26 inches—clay loam, clay
 26 to 60 inches—clay loam

**Coulterg soils**

*Landform:* Hill
*Parent material:* Residuum weathered from shale
*Slope:* 10 to 50 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 10.3 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Gypsum maximum:* About 5 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* ponderosa pine, Gambel's oak, elk sedge, mountain brome, slender wheatgrass, Letterman's needlegrass, Saskatoon serviceberry, mountain snowberry
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
 0 to 10 inches—clay loam
 10 to 60 inches—loam, clay loam

**Cabba soils**

*Landform:* Hill
*Parent material:* Residuum weathered from shale
*Slope:* 20 to 60 percent, southeast to southwest aspects
*Depth to restrictive feature:* 10 to 20 inches to bedrock (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 1.1 inches (very low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches

*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Ecological site:* Ponderosa Pine
*Potential native vegetation:* ponderosa pine, Gambel's oak, elk sedge, mountain brome, slender wheatgrass, Letterman's needlegrass, Saskatoon serviceberry, mountain snowberry
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 4 inches—channery loam
    4 to 10 inches—very channery silty clay loam
    10 to 14 inches—unweathered bedrock

**Minor Components**

Acree and similar soils
    *Composition:* About 10 percent
Narraguinnep and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Timber production, livestock grazing, wildlife habitat

## 73—Paradox fine sandy loam, 1 to 4 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 4,900 to 6,500 feet (1,494 to 1,981 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to 305 millimeters)
*Average annual air temperature:* 47 to 49 degrees F (8 to 10 degrees C)
*Frost-free period:* 120 to 140 days

### Map Unit Composition

Paradox and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Paradox soils**

*Landform:* Valley floor, alluvial fan
*Parent material:* Alluvium derived from sandstone
*Slope:* 1 to 4 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 9.1 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None

*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Sandy Loam (fig. 13)
*Potential native vegetation:* Indian ricegrass, fourwing saltbush, needleandthread, Wyoming big sagebrush, galleta, sand dropseed
*Land capability subclass (irrigated):* 2e
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 5 inches—fine sandy loam
    5 to 19 inches—fine sandy loam
    19 to 60 inches—loam

**Minor Components**

Ustic Torriorthents and similar soils
    *Composition:* About 10 percent
    *Landform:* Drainageway
Gypsiorthids and similar soils
    *Composition:* About 3 percent
    *Landform:* Knob
Begay and similar soils
    *Composition:* About 2 percent
    *Landform:* Knob

**Major Uses**

    Livestock grazing in winter, wildlife habitat, cropland, pasture

## 74—Persayo-Chipeta complex, 2 to 20 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 8 to 10 inches (203 to 254 millimeters)
*Average annual air temperature:* 49 to 51 degrees F (10 to 11 degrees C)
*Frost-free period:* 130 to 150 days

### Map Unit Composition

Persayo and similar soils: 50 percent
Chipeta and similar soils: 35 percent
Minor components: 15 percent

### Component Descriptions

**Persayo soils**

*Landform:* Hill, terrace

BLM_0060134

San Miguel Area, Colorado                                                                73



**Figure 13.—Semidesert Sandy Loam ecological site is in the foreground on Paradox fine sandy loam, 1 to 4 percent slopes. The soils on the slightly raised knobs and small hills are Gypsiorthids, 3 to 25 percent slopes.**

*Parent material:* Residuum weathered from shale
*Slope:* 2 to 20 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 2.5 inches (very low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Gypsum maximum:* About 5 percent

*Salinity maximum:* About 8 mmhos/cm (slightly saline)
*Ecological site:* Silty Saltdesert
*Potential native vegetation:* galleta, shadscale saltbush, Indian ricegrass, blue grama, bottlebrush squirreltail, bud sagebrush, fourwing saltbush, saline wildrye, spiny phlox, western wheatgrass, yellow rabbitbrush
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
   0 to 2 inches—clay loam
   2 to 14 inches—clay loam
   14 to 18 inches—unweathered bedrock

## Chipeta soils

*Landform:* Hill, terrace
*Parent material:* Residuum weathered from shale
*Slope:* 2 to 20 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 2.3 inches (very low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Gypsum maximum:* About 10 percent
*Salinity maximum:* About 16 mmhos/cm (moderately saline)
*Sodicity maximum:* Sodium adsorption ratio about 15 (moderately sodic)
*Ecological site:* Clayey Saltdesert
*Potential native vegetation:* fourwing saltbush, Indian ricegrass, galleta, mat saltbush, shadscale saltbush, western wheatgrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 2 inches—silty clay
    2 to 8 inches—clay
    8 to 15 inches—clay
    15 to 19 inches—weathered bedrock

### Minor Components

Billings and similar soils
    *Composition:* About 5 percent
    *Landform:* Drainageway
Killpack and similar soils
    *Composition:* About 5 percent
Rock outcrop
    *Composition:* About 5 percent

### Major Uses

    Livestock grazing in winter, wildlife habitat

## 75—Pinon-Bowdish-Progresso loams, cool, 1 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to 381 millimeters)

*Average annual air temperature:* 45 to 47 degrees F (7 to 8 degrees C)
*Frost-free period:* 90 to 120 days

### Map Unit Composition

Pinon and similar soils: 35 percent
Bowdish and similar soils: 30 percent
Progresso and similar soils: 20 percent
Minor components: 15 percent

### Component Descriptions

#### Pinon soils

*Landform:* Mesa, ridge
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 1 to 12 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 1.8 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Gambel's oak, muttongrass, Indian ricegrass, elk sedge, Saskatoon serviceberry, true mountain mahogany
*Potential production of cordwood:* 8 to 12 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7s

*Typical profile:*
    0 to 5 inches—loam
    5 to 16 inches—loam
    16 to 20 inches—unweathered bedrock

#### Bowdish soils

*Landform:* Mesa, ridge
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 1 to 12 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 3.0 inches (low)

*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, bottlebrush squirreltail, blue grama, muttongrass, needleandthread, prairie Junegrass
*Potential production of cordwood:* 8 to 12 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 4e

Typical profile:
    0 to 5 inches—loam
    5 to 12 inches—loam
    12 to 23 inches—gravelly loam
    23 to 27 inches—weathered bedrock

**Progresso soils**

*Landform:* Mesa, ridge
*Parent material:* Alluvium derived from sandstone
*Slope:* 1 to 12 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 4.7 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 35 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* muttongrass, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, rabbitbrush
*Land capability subclass (nonirrigated):* 6c

Typical profile:
    0 to 7 inches—loam
    7 to 14 inches—clay loam
    14 to 24 inches—clay loam

    24 to 36 inches—sandy loam
    36 to 40 inches—unweathered bedrock

**Minor Components**

Rock outcrop
    *Composition:* About 10 percent
Ustochreptic Calciorthids and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing, wildlife habitat

# 76—Pinon-Bowdish-Rock outcrop complex, 3 to 30 percent slopes

## Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,400 to 6,800 feet (1,646 to 2,073 meters)
*Mean annual precipitation:* 10 to 14 inches (254 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

## Map Unit Composition

Pinon and similar soils: 30 percent
Bowdish and similar soils: 25 percent
Rock outcrop: 25 percent
Minor components: 20 percent

## Component Descriptions

**Pinon soils**

*Landform:* Escarpment, mesa, structural bench
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 3 to 30 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 1.8 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, galleta, Indian ricegrass, Wyoming big sagebrush, saline wildrye

*Potential production of cordwood:* 8 to 12 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
0 to 5 inches—loam
5 to 16 inches—loam
16 to 20 inches—unweathered bedrock

### Bowdish soils

*Landform:* Escarpment, mesa, structural bench
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 3 to 15 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 3.0 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, western wheatgrass, Wyoming big sagebrush, Indian ricegrass, bottlebrush squirreltail, blue grama, muttongrass, needleandthread, prairie Junegrass
*Potential production of cordwood:* 8 to 12 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
0 to 5 inches—loam
5 to 12 inches—loam
12 to 23 inches—gravelly loam
23 to 27 inches—weathered bedrock

### Rock outcrop

*Description:* Rock outcrop consists of exposed sandstone and conglomerate bedrock. Areas are gently sloping to steep. They occur as 10 to 50 foot escarpments and as scattered outcrops 1 inch to 12 inches above ground level.
*Landform:* Escarpment, mesa, structural bench

*Slope:* 3 to 30 percent
*Hazard of flooding:* None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

### Minor Components

Progresso and similar soils
    *Composition:* About 5 percent
Clapper and similar soils
    *Composition:* About 5 percent
Barx and similar soils
    *Composition:* About 5 percent
Ustic Torriorthents and similar soils
    *Composition:* About 5 percent

### Major Uses

Livestock grazing, wildlife habitat

## 77—Pinon-Progresso loams, 3 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Pinon and similar soils: 55 percent
Progresso and similar soils: 30 percent
Minor components: 15 percent

### Component Descriptions

#### Pinon soils

*Landform:* Hill, ridge
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 3 to 12 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 1.8 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)

*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, galleta, Indian ricegrass, Wyoming big sagebrush, saline wildrye
*Potential production of cordwood:* 8 to 12 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 6s

*Typical profile:*
    0 to 5 inches—loam
    5 to 16 inches—loam
    16 to 20 inches—unweathered bedrock

**Progresso soils**

*Landform:* Hill, ridge
*Parent material:* Alluvium derived from sandstone
*Slope:* 3 to 12 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 4.7 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 35 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Loam
*Potential native vegetation:* galleta, Indian ricegrass, Wyoming big sagebrush, muttongrass, western wheatgrass, rabbitbrush
*Land capability subclass (nonirrigated):* 6c

*Typical profile:*
    0 to 7 inches—loam
    7 to 14 inches—clay loam
    14 to 24 inches—clay loam
    24 to 36 inches—sandy loam
    36 to 40 inches—unweathered bedrock

**Minor Components**

Barx and similar soils
    *Composition:* About 5 percent
Rock outcrop
    *Composition:* About 5 percent
Ustic Torriorthents and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing, wildlife habitat

## 78—Pinon-Ustic Torriorthents complex, 5 to 30 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,400 to 6,800 feet (1,646 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Pinon and similar soils: 50 percent
Ustic Torriorthents and similar soils: 35 percent
Minor components: 15 percent

### Component Descriptions

**Pinon soils**

*Landform:* Hill, ridge
*Slope:* 5 to 30 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 1.8 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, galleta, Indian ricegrass, Wyoming big sagebrush, saline wildrye
*Potential production of cordwood:* 8 to 12 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7s

*Typical profile:*
    0 to 5 inches—loam
    5 to 16 inches—loam
    16 to 20 inches—unweathered bedrock

**Ustic Torriorthents soils**

*Landform:* Hill, ridge
*Parent material:* Colluvium and residuum derived from sandstone and shale
*Slope:* 5 to 30 percent

*Depth to restrictive feature:* Greater than 60 inches to bedrock
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 3.7 inches (low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Indian ricegrass, blue grama, bottlebrush squirreltail, Wyoming big sagebrush
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 4 inches—bouldery clay loam
    4 to 31 inches—cobbly clay loam
    31 to 35 inches—unweathered bedrock

### Minor Components

Barx and similar soils
    *Composition:* About 5 percent
Bowdish and similar soils
    *Composition:* About 5 percent
Rock outcrop
    *Composition:* About 5 percent

### Major Uses

Livestock grazing, wildlife habitat

## 79—Pojoaque-Chilton complex, 5 to 30 percent slopes, extremely stony

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,400 to 5,900 feet (1,646 to 1,798 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to 305 millimeters)
*Average annual air temperature:* 47 to 49 degrees F (8 to 10 degrees C)
*Frost-free period:* 120 to 140 days

### Map Unit Composition

Pojoaque and similar soils: 50 percent
Chilton and similar soils: 30 percent
Minor components: 20 percent

### Component Descriptions

**Pojoaque soils**

*Landform:* Alluvial fan
*Parent material:* Alluvium and colluvium derived from sandstone
*Slope:* 5 to 15 percent
*Surface fragments:* About 10 percent stones
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 6.9 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Utah serviceberry, true mountain mahogany, Indian ricegrass, New Mexico feathergrass, blue grama, galleta
*Potential production of cordwood:* 6 to 10 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 4 inches—very stony loam
    4 to 60 inches—gravelly loam, gravelly fine sandy loam

**Chilton soils**

*Landform:* Alluvial fan
*Parent material:* Alluvium and colluvium derived from sandstone
*Slope:* 5 to 30 percent
*Drainage class:* Excessively drained
*Slowest permeability:* Moderate
*Available water capacity:* About 4.9 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Utah serviceberry, true mountain

mahogany, Indian ricegrass, New Mexico feathergrass, blue grama, galleta
*Potential production of cordwood:* 6 to 10 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
0 to 6 inches—stony fine sandy loam
6 to 60 inches—very gravelly fine sandy loam

**Minor Components**

Rock outcrop
*Composition:* About 10 percent
Begay and similar soils
*Composition:* About 5 percent
Ustic Torriorthents and similar soils
*Composition:* About 5 percent

**Major Uses**

Livestock grazing in spring and winter, wildlife habitat

## 80—Progresso loam, 1 to 3 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 90 to 130 days

### Map Unit Composition

Progresso and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Progresso soils**

*Landform:* Structural bench, old terrace, mesa
*Parent material:* Alluvium derived from sandstone
*Slope:* 1 to 3 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 4.7 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches

*Runoff class:* Medium
*Calcium carbonate maximum:* About 35 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Loam
*Potential native vegetation:* galleta, Indian ricegrass, Wyoming big sagebrush, muttongrass, western wheatgrass, rabbitbrush
*Land capability subclass (irrigated):* 3s
*Land capability subclass (nonirrigated):* 4c

*Typical profile:*
0 to 7 inches—loam
7 to 14 inches—clay loam
14 to 24 inches—clay loam
24 to 36 inches—sandy loam
36 to 40 inches—unweathered bedrock

**Minor Components**

Barx and similar soils
*Composition:* About 5 percent
Pinon and similar soils
*Composition:* About 5 percent
Bowdish and similar soils
*Composition:* About 3 percent
Aquolls and similar soils
*Composition:* About 2 percent
*Landform:* Drainageway

**Major Uses**

Livestock grazing in winter, wildlife habitat, cropland, pasture

## 81—Progresso loam, 3 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Progresso and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Progresso soils**

*Landform:* Mesa, structural bench, old terrace
*Parent material:* Alluvium derived from sandstone
*Slope:* 3 to 6 percent

BLM_0060141

*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 4.7 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 35 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Loam
*Potential native vegetation:* galleta, Indian ricegrass, Wyoming big sagebrush, muttongrass, western wheatgrass, rabbitbrush
*Land capability subclass (irrigated):* 3e
*Land capability subclass (nonirrigated):* 4c

*Typical profile:*
    0 to 7 inches—loam
    7 to 14 inches—clay loam
    14 to 24 inches—clay loam
    24 to 36 inches—sandy loam
    36 to 40 inches—unweathered bedrock

## Minor Components

Barx and similar soils
    *Composition:* About 5 percent
Pinon and similar soils
    *Composition:* About 5 percent
Bowdish and similar soils
    *Composition:* About 3 percent
Aquolls and similar soils
    *Composition:* About 2 percent
    *Landform:* Drainageway

## Major Uses

Livestock grazing in winter, wildlife habitat, cropland, pasture

## 82—Progresso loam, 6 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)

*Frost-free period:* 110 to 130 days

### Map Unit Composition

Progresso and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

#### Progresso soils

*Landform:* Structural bench, mesa, old terrace
*Parent material:* Alluvium derived from sandstone
*Slope:* 6 to 12 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 4.7 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 35 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Loam
*Potential native vegetation:* galleta, Indian ricegrass, Wyoming big sagebrush, muttongrass, western wheatgrass, rabbitbrush
*Land capability subclass (irrigated):* 4e
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 7 inches—loam
    7 to 14 inches—clay loam
    14 to 24 inches—clay loam
    24 to 36 inches—sandy loam
    36 to 40 inches—unweathered bedrock

## Minor Components

Barx and similar soils
    *Composition:* About 5 percent
Pinon and similar soils
    *Composition:* About 5 percent
Bowdish and similar soils
    *Composition:* About 3 percent
Aquolls and similar soils
    *Composition:* About 2 percent
    *Landform:* Drainageway

## Major Uses

Livestock grazing in winter, wildlife habitat, cropland, pasture

## 83—Pulpit-Bond, cool complex, 1 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 36
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to 381 millimeters)
*Average annual air temperature:* 45 to 47 degrees F (7 to 8 degrees C)
*Frost-free period:* 100 to 120 days

### Map Unit Composition

Pulpit and similar soils: 50 percent
Bond and similar soils: 30 percent
Minor components: 20 percent

### Component Descriptions

**Pulpit soils**

*Landform:* Mesa
*Parent material:* Eolian deposits derived from sandstone
*Slope:* 1 to 6 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 4.6 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 25 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Foothills
*Potential native vegetation:* western wheatgrass, muttongrass, Wyoming big sagebrush, bottlebrush squirreltail, needleandthread
*Land capability subclass (nonirrigated):* 4e

*Typical profile:*
    0 to 8 inches—loam
    8 to 20 inches—clay loam
    20 to 25 inches—loam
    25 to 29 inches—unweathered bedrock

**Bond soils**

*Landform:* Mesa
*Parent material:* Residuum weathered from sandstone

*Slope:* 1 to 6 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 2.4 inches (very low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Sodicity maximum:* Sodium adsorption ratio about 5 (slightly sodic)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, galleta, Indian ricegrass, Wyoming big sagebrush, blue grama, saline wildrye, true mountain mahogany, squaw apple
*Potential production of cordwood:* 3 to 6 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7s

*Typical profile:*
    0 to 3 inches—fine sandy loam
    3 to 16 inches—sandy clay loam, clay loam
    16 to 20 inches—unweathered bedrock

### Minor Components

Gladel, cool and similar soils
    *Composition:* About 10 percent
Monticello and similar soils
    *Composition:* About 10 percent

### Major Uses

Livestock grazing, wildlife habitat, cropland

## 84—Radersburg gravelly loam, 1 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,000 to 8,100 feet (2,134 to 2,469 meters)
*Mean annual precipitation:* 14 to 16 inches (356 to 406 millimeters)
*Average annual air temperature:* 41 to 44 degrees F (5 to 7 degrees C)
*Frost-free period:* 70 to 110 days

## Map Unit Composition

Radersburg and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Radersburg soils**

*Landform:* Mesa, ridge, terrace
*Parent material:* Alluvium, outwash, and till derived
   from igneous rock
*Slope:* 1 to 6 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 3.6 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than
   72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Slopes
*Potential native vegetation:* antelope bitterbrush, true
   mountain mahogany, Indian ricegrass, Saskatoon
   serviceberry, bluebunch wheatgrass, mountain
   big sagebrush, western wheatgrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
   0 to 7 inches—gravelly loam
   7 to 12 inches—very cobbly clay loam
   12 to 60 inches—extremely cobbly loam

**Minor Components**

Rock outcrop
   *Composition:* About 5 percent
Soils similar to Radersburg but with a cobbly surface
   *Composition:* About 5 percent

**Major Uses**

   Livestock grazing in summer and fall,
wildlife habitat

## 85—Radersburg gravelly loam, 6 to 30 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,000 to 8,100 feet (2,134 to 2,469 meters)
*Mean annual precipitation:* 14 to 16 inches (356 to
   406 millimeters)
*Average annual air temperature:* 41 to 44 degrees F
   (5 to 7 degrees C)

*Frost-free period:* 70 to 110 days

## Map Unit Composition

Radersburg and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Radersburg soils**

*Landform:* Mesa, ridge, terrace
*Parent material:* Alluvium, outwash, and till derived
   from igneous rock
*Slope:* 6 to 30 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 3.6 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
   inches
*Runoff class:* High
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Slopes
*Potential native vegetation:* antelope bitterbrush, true
   mountain mahogany, Indian ricegrass, Saskatoon
   serviceberry, bluebunch wheatgrass, mountain
   big sagebrush, western wheatgrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
   0 to 7 inches—gravelly loam
   7 to 12 inches—very cobbly clay loam
   12 to 60 inches—extremely cobbly loam

**Minor Components**

Callan and similar soils
   *Composition:* About 5 percent
Gurley and similar soils
   *Composition:* About 5 percent
Sapeha and similar soils
   *Composition:* About 5 percent

**Major Uses**

   Livestock grazing in spring and fall, wildlife habitat

## 86—Redlands sandy loam, 1 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,580 to 5,800 feet (1,701 to 1,768 meters)

*Mean annual precipitation:* 8 to 10 inches (203 to 254 millimeters)
*Average annual air temperature:* 49 to 51 degrees F (10 to 11 degrees C)
*Frost-free period:* 130 to 150 days

### Map Unit Composition

Redlands and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Redlands soils**

*Landform:* Alluvial fan, terrace
*Parent material:* Alluvium derived from sandstone
*Slope:* 1 to 6 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 9.4 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Loamy Saltdesert
*Potential native vegetation:* Indian ricegrass, galleta, winterfat, shadscale saltbush, bottlebrush squirreltail, fourwing saltbush, spiny phlox, longflower rabbitbrush, mat saltbush, saline wildrye, scarlet globemallow
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 5 inches—sandy loam
    5 to 24 inches—clay loam, loam
    24 to 60 inches—sandy loam

**Minor Components**

Killpack and similar soils
    *Composition:* About 5 percent
Minchey and similar soils
    *Composition:* About 5 percent
Winnett and similar soils
    *Composition:* About 5 percent
    *Landform:* Drainageway

**Major Uses**

   Livestock grazing in winter, wildlife habitat

## 87—Rock outcrop

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 4,700 to 10,000 feet (1,433 to 3,048 meters)
*Mean annual precipitation:* 10 to 22 inches (254 to 558 millimeters)
*Average annual air temperature:* 40 to 49 degrees F (4 to 10 degrees C)
*Frost-free period:* 65 to 140 days

### Map Unit Composition

Rock outcrop: 90 percent
Minor components: 10 percent

### Component Descriptions

**Rock outcrop**

*Description:* Rock outcrop consists of barren exposures of sandstone. Areas are irregular or elongated in shape and are 40 to 2,000 acres in size. Rock outcrop most commonly occurs as nearly vertical ledges and cliffs that are 2 to 50 feet high and 5 to 1,500 feet long. Some soil material is in the crevices of the rock and at the base of the slopes.
*Landform:* Canyon, mesa
*Slope:* 40 to 120 percent
*Hazard of flooding:* None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

**Minor Components**

Orthents and similar soils
    *Composition:* About 10 percent
    *Landform:* Draw

**Major Uses**

   Wildlife habitat

## 88—Rock outcrop-Orthents complex, 40 to 90 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 4,700 to 9,200 feet (1,433 to 2,804 meters)
*Mean annual precipitation:* 10 to 19 inches (254 to 483 millimeters)
*Average annual air temperature:* 43 to 49 degrees F (6 to 10 degrees C)

*Frost-free period:* 70 to 140 days

## Map Unit Composition

Rock outcrop: 50 percent
Orthents and similar soils: 45 percent
Minor components: 5 percent

## Component Descriptions

### Rock outcrop

*Description:* Rock outcrop consists of barren escarpments, ridge caps, and points of sandstone which generally occupy positions higher on the slope. The escarpments are 2 to 40 feet high and 20 to 2,500 feet long.
*Landform:* Canyon, mesa, structural bench
*Slope:* 40 to 90 percent
*Hazard of flooding:* None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

### Orthents soils

*Landform:* Structural bench, canyon, mesa
*Parent material:* Colluvium and residuum from sandstone and shale
*Slope:* 40 to 90 percent
*Depth to restrictive feature:* Greater than 60 inches to bedrock
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 3.7 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Douglas-Fir
*Potential native vegetation:* Rocky Mountain Douglas-fir, twoneedle pinyon, Utah juniper, ponderosa pine, Indian ricegrass, saline wildrye, Bigelow's sagebrush, bottlebrush squirreltail, galleta, blue grama, bluebunch wheatgrass
*Land capability subclass (nonirrigated):* 8e

*Typical profile:*
    0 inches to 1 inch—stony loam
    1 inch to 14 inches—gravelly loam
    14 to 24 inches—very cobbly loam

    24 to 60 inches—very cobbly loam, very cobbly sandy loam

### Minor Components

Pinon and similar soils
    *Composition:* About 5 percent

### Major Uses

    Livestock grazing, wildlife habitat

## 89—Ryman loam, dry, 2 to 20 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 9,000 to 9,800 feet (2,743 to 2,987 meters)
*Mean annual precipitation:* 22 to 24 inches (559 to 610 millimeters)
*Average annual air temperature:* 35 to 37 degrees F (2 to 3 degrees C)
*Frost-free period:* 40 to 60 days

### Map Unit Composition

Ryman and similar soils: 80 percent
Minor components: 20 percent

### Component Descriptions

### Ryman soils

*Landform:* Mesa
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 2 to 20 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 8.5 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Ecological site:* Subalpine Loam (fig. 14)
*Potential native vegetation:* Thurber's fescue, Parry's danthonia, Arizona fescue, Columbia needlegrass, big bluegrass, nodding brome, slender wheatgrass
*Land capability subclass (nonirrigated):* 6e

San Miguel Area, Colorado                                                                                    85



**Figure 14.—A summer grazing area on a Subalpine Loam ecological site. The soil is Ryman loam, dry, 2 to 20 percent slopes. Aspen woodland is in the background on Adel loam, moist, 15 to 50 percent slopes.**

*Typical profile:*
    0 to 21 inches—loam
    21 to 60 inches—cobbly clay loam

**Minor Components**

Adel and similar soils
    *Composition:* About 15 percent
    *Slope:* 20 to 40 percent
Leaps and similar soils
    *Composition:* About 5 percent
    *Slope:* 0 to 2 percent

**Major Uses**

    Livestock grazing in summer, wildlife habitat

## 90—Ryman loam, warm, 2 to 20 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,500 to 9,200 feet (2,591 to 2,804 meters)
*Mean annual precipitation:* 22 to 24 inches (559 to 610 millimeters)
*Average annual air temperature:* 38 to 40 degrees F (3 to 4 degrees C)
*Frost-free period:* 50 to 70 days

### Map Unit Composition

Ryman and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Ryman soils**

*Landform:* Mesa
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 2 to 20 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 8.4 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Deep Clay Loam
*Potential native vegetation:* western wheatgrass, Letterman's needlegrass, muttongrass, slender wheatgrass, mountain big sagebrush, mule-ears,

nodding brome, scarlet Indian paintbrush, silvery lupine, sulphur wildbuckwheat
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 4 inches—loam
    4 to 18 inches—clay loam
    18 to 32 inches—clay loam
    32 to 60 inches—cobbly clay

**Minor Components**

Cryoborolls and similar soils
    *Composition:* About 10 percent
    *Slope:* 20 to 40 percent
Leaps and similar soils
    *Composition:* About 5 percent
    *Slope:* 0 to 2 percent

**Major Uses**

Livestock grazing in summer, wildlife habitat

## 91—Ryman-Adel, moist complex, 1 to 15 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,500 to 10,500 feet (2,591 to 3,200 meters)
*Mean annual precipitation:* 24 to 30 inches (610 to 762 millimeters)
*Average annual air temperature:* 35 to 37 degrees F (2 to 3 degrees C)
*Frost-free period:* 40 to 60 days

### Map Unit Composition

Ryman and similar soils: 50 percent
Adel and similar soils: 30 percent
Minor components: 20 percent

### Component Descriptions

**Ryman soils**

*Landform:* Mesa, structural bench
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 1 to 15 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 9.2 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None

*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Ecological site:* Quaking Aspen
*Potential native vegetation:* quaking aspen, elk sedge, slender wheatgrass, Arizona fescue, Thurber's fescue, blue wildrye, mountain brome, mountain snowberry, nodding brome
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 23 inches—clay loam
    23 to 27 inches—cobbly clay loam
    27 to 39 inches—cobbly clay
    39 to 60 inches—cobbly clay

**Adel soils**

*Landform:* Mesa, structural bench
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 1 to 15 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 9.4 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* None
*Ecological site:* Quaking Aspen
*Potential native vegetation:* quaking aspen, elk sedge, slender wheatgrass, Arizona fescue, Thurber's fescue, blue wildrye, mountain brome, mountain snowberry, nodding brome
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 21 inches—loam
    21 to 60 inches—clay loam

**Minor Components**

Bushvalley and similar soils
    *Composition:* About 10 percent
Nordicol and similar soils
    *Composition:* About 10 percent

**Major Uses**

Livestock grazing in summer, wildlife habitat, timber production

## 92—Sagedale clay loam, 3 to 20 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 18 to 20 inches (457 to 508 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 80 to 90 days

### Map Unit Composition

Sagedale and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Sagedale soils**

*Landform:* Flood plain
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 3 to 20 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 9.6 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Gypsum maximum:* About 5 percent
*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Mountain Clay Loam
*Potential native vegetation:* western wheatgrass, Arizona fescue, Gambel's oak, mountain muhly, needlegrass
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
  0 to 7 inches—clay loam
  7 to 18 inches—clay loam
  18 to 41 inches—clay
  41 to 60 inches—clay loam

**Minor Components**

Acree and similar soils
  *Composition:* About 10 percent

Soils similar to Sagedale but moderately deep
  *Composition:* About 5 percent
  *Landform:* Knoll

### Major Uses

  Livestock grazing, wildlife habitat

## 93—Sapeha very cobbly loam, 15 to 50 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,600 to 8,900 feet (2,316 to 2,713 meters)
*Mean annual precipitation:* 16 to 18 inches (406 to 457 millimeters)
*Average annual air temperature:* 42 to 44 degrees F (6 to 7 degrees C)
*Frost-free period:* 75 to 100 days

### Map Unit Composition

Sapeha and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Sapeha soils**

*Landform:* Mesa
*Parent material:* Alluvium and colluvium derived from igneous rock
*Slope:* 15 to 50 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 6.0 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Loamy Slopes
*Potential native vegetation:* antelope bitterbrush, true mountain mahogany, Indian ricegrass, Saskatoon serviceberry, bluebunch wheatgrass, mountain big sagebrush, prairie Junegrass, western wheatgrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
  0 to 5 inches—very cobbly loam
  5 to 12 inches—cobbly clay loam
  12 to 32 inches—very cobbly clay
  32 to 60 inches—extremely cobbly clay

BLM_0060149

**Minor Components**

Dapoin and similar soils
  *Composition:* About 10 percent

**Major Uses**

  Livestock grazing, wildlife habitat

## 94—Seitz gravelly loam, 10 to 60 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 9,000 to 10,500 feet (2,743 to 3,200 meters)
*Mean annual precipitation:* 24 to 28 inches (610 to 711 millimeters)
*Average annual air temperature:* 34 to 36 degrees F (1 to 2 degrees C)
*Frost-free period:* 40 to 60 days

### Map Unit Composition

Seitz and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Seitz soils**

*Landform:* Mountain slope
*Parent material:* Colluvium from mixed sediments
*Slope:* 10 to 60 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 6.3 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Spruce-Fir
*Potential native vegetation:* white fir, quaking aspen, Rocky Mountain Douglas-fir, subalpine fir, Engelmann's spruce, slender wheatgrass, elk sedge, boxleaf myrtle, common juniper
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
  0 to 3 inches—gravelly loam
  3 to 11 inches—gravelly clay loam
  11 to 60 inches—very gravelly clay

**Minor Components**

Cryoborolls and similar soils
  *Composition:* About 10 percent

**Major Uses**

  Timber production, wildlife habitat

## 95—Skein-Rock outcrop complex, 3 to 65 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 6,800 to 7,400 feet (2,073 to 2,256 meters)
*Mean annual precipitation:* 13 to 15 inches (330 to 381 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Skein and similar soils: 60 percent
Rock outcrop: 30 percent
Minor components: 10 percent

### Component Descriptions

**Skein soils**

*Landform:* Canyon, mesa
*Parent material:* Residuum weathered from interbedded sandstone and shale
*Slope:* 3 to 40 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 2.1 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, black sagebrush, Indian ricegrass, saline wildrye, western wheatgrass
*Potential production of cordwood:* 9 to 14 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
  0 to 6 inches—loam
  6 to 13 inches—loam
  13 to 19 inches—very gravelly loam
  19 to 23 inches—unweathered bedrock

San Miguel Area, Colorado                                                                  89

**Rock outcrop**

*Description:* Rock outcrop consists of exposed sandstone bedrock. Areas are gently sloping to very steep. They occur as 10 to 50 foot escarpments and as scattered outcrops 1 inch to 12 inches above ground level.
*Landform:* Canyon, mesa
*Slope:* 15 to 65 percent
*Hazard of flooding:* None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

**Minor Components**

Gurley and similar soils
   *Composition:* About 5 percent
Beje and similar soils
   *Composition:* About 5 percent

**Major Uses**

   Livestock grazing, wildlife habitat

## 96—Skisams-Bushvalley-Cryoborolls, moderately deep complex, 2 to 15 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,500 to 9,500 feet (2,591 to 2,896 meters)
*Mean annual precipitation:* 20 to 24 inches (508 to 610 millimeters)
*Average annual air temperature:* 37 to 40 degrees F (3 to 4 degrees C)
*Frost-free period:* 50 to 70 days

### Map Unit Composition

Skisams and similar soils: 35 percent
Bushvalley and similar soils: 30 percent
Cryoborolls and similar soils: 25 percent
Minor components: 10 percent

### Component Descriptions

**Skisams soils**

*Landform:* Structural bench
*Parent material:* Residuum weathered from sandstone
*Slope:* 2 to 15 percent
*Depth to restrictive feature:* 8 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 1.4 inches (very low)
*Hazard of flooding:* None

*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Shallow Loam
*Potential native vegetation:* Arizona fescue, Parry's danthonia, mountain muhly, needlegrass, mountain snowberry, prairie Junegrass, sheep fescue, true mountain mahogany, western wheatgrass
*Land capability subclass (nonirrigated):* 6s

*Typical profile:*
   0 to 4 inches—loam
   4 to 11 inches—loam
   11 to 15 inches—unweathered bedrock

**Bushvalley soils**

*Landform:* Structural bench
*Parent material:* Residuum weathered from sandstone
*Slope:* 2 to 10 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 1.0 inches (very low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Pine Grasslands
*Potential native vegetation:* ponderosa pine, Arizona fescue, Parry's danthonia, mountain muhly, elk sedge, kinnikinnick, pine dropseed, western snowberry
*Land capability subclass (nonirrigated):* 6s
*Typical profile:*
   0 to 5 inches—stony loam
   5 to 12 inches—extremely channery clay loam
   12 to 16 inches—unweathered bedrock

**Cryoborolls soils**

*Landform:* Structural bench
*Parent material:* Residuum weathered from sandstone
*Slope:* 2 to 15 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 3.2 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)

BLM_0060151

*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Potential native vegetation:* Arizona fescue, Parry's danthonia, mountain muhly, western wheatgrass, needlegrass, Gambel's oak
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 14 inches—loam
    14 to 18 inches—gravelly clay loam
    18 to 30 inches—gravelly sandy loam
    30 to 34 inches—unweathered bedrock

**Minor Components**

Adel and similar soils
    *Composition:* About 5 percent
Rock outcrop
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in summer and fall, wildlife habitat

## 97—Skisams-Cryoborolls, moderately deep complex, 5 to 30 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,500 to 9,500 feet (2,591 to 2,896 meters)
*Mean annual precipitation:* 20 to 24 inches (508 to 610 millimeters)
*Average annual air temperature:* 37 to 39 degrees F (3 to 4 degrees C)
*Frost-free period:* 50 to 70 days

### Map Unit Composition

Skisams and similar soils: 55 percent
Cryoborolls and similar soils: 40 percent
Minor components: 5 percent

### Component Descriptions

**Skisams soils**

*Landform:* Plateau
*Parent material:* Residuum weathered from sandstone
*Slope:* 5 to 30 percent
*Depth to restrictive feature:* 8 to 20 inches to bedrock (lithic)
*Drainage class:* Well drained

*Slowest permeability:* Moderate
*Available water capacity:* About 1.4 inches (very low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Shallow Loam
*Potential native vegetation:* Arizona fescue, Parry's danthonia, mountain muhly, needlegrass, mountain snowberry, prairie Junegrass, sheep fescue, true mountain mahogany, western wheatgrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 4 inches—loam
    4 to 11 inches—loam
    11 to 15 inches—unweathered bedrock

**Cryoborolls soils**

*Landform:* Plateau
*Parent material:* Residuum weathered from sandstone
*Slope:* 5 to 30 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (lithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderate
*Available water capacity:* About 3.2 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Potential native vegetation:* Arizona fescue, mountain muhly, western wheatgrass, Gambel's oak
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 14 inches—loam
    14 to 18 inches—gravelly clay loam
    18 to 30 inches—gravelly sandy loam
    30 to 34 inches—unweathered bedrock

**Minor Components**

Bushvalley and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing in summer and fall, wildlife habitat

## 98—Specie gravelly loam, 5 to 15 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,000 to 9,000 feet (2,134 to 2,743 meters)
*Mean annual precipitation:* 16 to 18 inches (406 to 457 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Specie and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Specie soils**

*Landform:* Alluvial fan, terrace
*Parent material:* Colluvium derived from sandstone
*Slope:* 5 to 15 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately rapid
*Available water capacity:* About 5.8 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Low
*Calcium carbonate maximum:* About 20 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Loamy Slopes
*Potential native vegetation:* antelope bitterbrush, true mountain mahogany, Indian ricegrass, Saskatoon serviceberry, bluebunch wheatgrass, mountain big sagebrush, prairie Junegrass, western wheatgrass
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 3 inches—gravelly loam
    3 to 16 inches—very stony loam
    16 to 60 inches—extremely gravelly loam

**Minor Components**

Sapeha and similar soils
    *Composition:* About 10 percent

**Major Uses**

    Livestock grazing, wildlife habitat

## 99—Specie, moist-Rock outcrop complex, 15 to 60 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,600 to 9,000 feet (2,316 to 2,743 meters)
*Mean annual precipitation:* 18 to 22 inches (457 to 559 millimeters)
*Average annual air temperature:* 41 to 43 degrees F (5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Specie and similar soils: 65 percent
Rock outcrop: 25 percent
Minor components: 10 percent

### Component Descriptions

**Specie soils**

*Landform:* Mesa
*Parent material:* Colluvium derived from sandstone
*Slope:* 15 to 60 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately rapid
*Available water capacity:* About 5.9 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Medium
*Calcium carbonate maximum:* About 20 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Douglas-Fir
*Potential native vegetation:* Rocky Mountain Douglas-fir, ponderosa pine, elk sedge, common juniper, mountain snowberry, slender wheatgrass, Oregongrape, nodding brome, silvery lupine
*Land capability subclass (nonirrigated):* 7e
*Typical profile:*
    0 to 14 inches—gravelly loam
    14 to 60 inches—very cobbly sandy loam, very cobbly loam

**Rock outcrop**

*Description:* Rock outcrop consists of exposed sedimentary bedrock. It occurs as steep and very steep areas of scattered outcrops and escarpments.
*Landform:* Mesa

*Slope:* 15 to 60 percent
*Hazard of flooding:* None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

**Minor Components**

Sapeha and similar soils
   *Composition:* About 10 percent

**Major Uses**

   Livestock grazing, wildlife habitat

## 100—Spectacle-Kinesava loams, 5 to 30 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,000 to 8,800 feet (2,438 to 2,682 meters)
*Mean annual precipitation:* 18 to 20 inches (457 to 508 millimeters)
*Average annual air temperature:* 40 to 42 degrees F (4 to 6 degrees C)
*Frost-free period:* 60 to 80 days

### Map Unit Composition

Spectacle and similar soils: 50 percent
Kinesava and similar soils: 30 percent
Minor components: 20 percent

### Component Descriptions

**Spectacle soils**

*Landform:* Mountain slope, mesa
*Parent material:* Till and colluvium from mixed sources
*Slope:* 5 to 30 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 6.7 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Ecological site:* Mountain Loam
*Potential native vegetation:* Arizona fescue, mountain muhly, Parry's danthonia, bluegrass, mountain big sagebrush, wheatgrass, brome, needlegrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
   0 to 10 inches—loam
   10 to 23 inches—very cobbly clay loam

   23 to 34 inches—very cobbly clay loam
   34 to 60 inches—clay

**Kinesava soils**

*Landform:* Mountain slope, mesa
*Parent material:* Colluvium and residuum weathered from sandstone and shale
*Slope:* 5 to 30 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 8.1 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* None
*Ecological site:* Mountain Clay Loam
*Potential native vegetation:* Arizona fescue, Gambel's oak, Thurber's fescue, mountain muhly, needlegrass, western wheatgrass
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
   0 to 21 inches—loam
   21 to 28 inches—clay loam
   28 to 40 inches—cobbly clay
   40 to 60 inches—cobbly clay

**Minor Components**

Lillylands and similar soils
   *Composition:* About 10 percent
Borolls and similar soils
   *Composition:* About 5 percent
Zoltay and similar soils
   *Composition:* About 5 percent

**Major Uses**

   Livestock grazing in summer, wildlife habitat

## 101—Tellura-Leaps clay loams, 5 to 40 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,500 to 10,500 feet (2,591 to 3,200 meters)
*Mean annual precipitation:* 20 to 25 inches (508 to 635 millimeters)
*Average annual air temperature:* 35 to 40 degrees F (2 to 4 degrees C)
*Frost-free period:* 50 to 70 days

## Map Unit Composition

Tellura and similar soils: 45 percent
Leaps and similar soils: 40 percent
Minor components: 15 percent

### Component Descriptions

**Tellura soils**

*Landform:* Alluvial fan, structural bench, mountain
    slope
*Parent material:* Till, outwash, and colluvium from
    mixed sources
*Slope:* 5 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 5.9 inches (low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 5 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Subalpine Clay
*Potential native vegetation:* shrubby cinquefoil,
    Thurber's fescue, slender wheatgrass, Columbia
    needlegrass, nodding brome, Letterman's
    needlegrass, bottlebrush squirreltail, longflower
    rabbitbrush
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 14 inches—clay loam
    14 to 36 inches—very gravelly clay
    36 to 60 inches—very gravelly clay loam

**Leaps soils**

*Landform:* Structural bench, alluvial fan,
    mountain slope
*Parent material:* Alluvium and colluvium derived
    from shale
*Slope:* 5 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 9.2 inches (high)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Deep Clay Loam
*Potential native vegetation:* western wheatgrass,
    Letterman's needlegrass, muttongrass, slender

wheatgrass, mountain big sagebrush, mule-ears,
    nodding brome, scarlet Indian paintbrush, silvery
    lupine, sulphur wildbuckwheat
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 10 inches—clay loam
    10 to 60 inches—clay

### Minor Components

Hofly and similar soils
    *Composition:* About 5 percent
Cryoborolls, moderately deep and similar soils
    *Composition:* About 5 percent
Rock outcrop
    *Composition:* About 5 percent

### Major Uses

Livestock grazing in summer, wildlife habitat,
hayland

## 102—Typic Torriorthents, 3 to 80 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 6,300 to 7,600 feet (1,920 to 2,316 meters)
*Mean annual precipitation:* 8 to 11 inches (203 to 279
    millimeters)
*Average annual air temperature:* 43 to 47 degrees F
    (6 to 8 degrees C)
*Frost-free period:* 80 to 120 days

### Map Unit Composition

Typic Torriorthents and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Typic Torriorthents soils**

*Landform:* Hill, ridge
*Parent material:* Residuum weathered from shale
*Slope:* 3 to 80 percent
*Depth to restrictive feature:* 2 to 40 inches to bedrock
    (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 0.6 inches (very low)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72
    inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent

*Salinity maximum:* About 4 mmhos/cm (very slightly saline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, galleta, blue grama, Indian ricegrass, bottlebrush squirreltail, black sagebrush
*Potential production of cordwood:* 8 to 10 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 2 inches—channery silty clay loam
    2 to 4 inches—very channery silty clay loam
    4 to 8 inches—weathered bedrock

**Minor Components**

Badland
    *Composition:* About 10 percent
Chipeta and similar soils
    *Composition:* About 5 percent

**Major Uses**

Wildlife habitat, livestock grazing

## 103—Ustic Torriorthents-Ustochreptic Calciorthids, 3 to 30 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35 (fig. 15)
*Elevation:* 6,000 to 6,800 feet (1,829 to 2,073 meters)
*Mean annual precipitation:* 12 to 14 inches (305 to 356 millimeters)
*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 100 to 130 days

### Map Unit Composition

Ustic Torriorthents and similar soils: 50 percent
Ustochreptic Calciorthids and similar soils: 45 percent
Minor components: 5 percent

### Component Descriptions

**Ustic Torriorthents soils**

*Landform:* Terrace
*Parent material:* Mass movement deposits and residuum weathered from sandstone and shale
*Slope:* 3 to 30 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 7.1 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)

*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Potential native vegetation:* Indian ricegrass, blue grama, bottlebrush squirreltail, galleta, needleandthread
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 5 inches—very gravelly clay loam
    5 to 60 inches—clay loam

**Ustochreptic Calciorthids soils**

*Landform:* Terrace
*Parent material:* Mass movement deposits and residuum weathered from sandstone and shale
*Slope:* 3 to 30 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 8.4 inches (moderate)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 40 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Potential native vegetation:* Indian ricegrass, blue grama, bottlebrush squirreltail, galleta, needleandthread
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 9 inches—very gravelly clay loam
    9 to 24 inches—clay loam
    24 to 60 inches—gravelly clay

**Minor Components**

Bodot, dry and similar soils
    *Composition:* About 5 percent

**Major Uses**

Livestock grazing, wildlife habitat

## 104—Vananda silty clay, 1 to 6 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 5,500 to 6,800 feet (1,676 to 2,073 meters)

San Miguel Area, Colorado                                                                                    95



**Figure 15.—An area of Ustic Torriorthents-Ustochreptic Calciorthids complex, 3 to 30 percent slopes is in the background.**

*Mean annual precipitation:* 10 to 12 inches (254 to 305 millimeters)

*Average annual air temperature:* 45 to 47 degrees F (7 to 8 degrees C)

*Frost-free period:* 90 to 110 days

### Map Unit Composition

Vananda and similar soils: 85 percent

Minor components: 15 percent

### Component Descriptions

**Vananda soils**

*Landform:* Valley floor, terrace, alluvial fan

*Parent material:* Alluvium derived from shale

*Slope:* 1 to 6 percent

*Drainage class:* Well drained

*Slowest permeability:* Very slow

*Available water capacity:* About 8.9 inches (moderate)

*Shrink-swell potential:* About 7.5 percent (high)

*Hazard of flooding:* None

*Depth to seasonal high water table:* Greater than 72 inches

*Runoff class:* Very high

*Calcium carbonate maximum:* About 10 percent

*Salinity maximum:* About 8 mmhos/cm (slightly saline)

*Sodicity maximum:* Sodium adsorption ratio about 15 (moderately sodic)

*Ecological site:* Basin Shale

*Potential native vegetation:* black sagebrush, galleta, western wheatgrass, Wyoming big sagebrush, Indian ricegrass

*Land capability subclass (irrigated):* 4e

*Land capability subclass (nonirrigated):* 4c

*Typical profile:*
    0 to 6 inches—silty clay
    6 to 17 inches—silty clay
    17 to 60 inches—silty clay

**Minor Components**

Fluvaquents and similar soils
    *Composition:* About 5 percent
    *Landform:* Swale
Bodot, dry and similar soils
    *Composition:* About 5 percent
    *Landform:* Knob
Winnett and similar soils
    *Composition:* About 5 percent
    *Landform:* Depression

**Major Uses**

    Livestock grazing in winter and spring, wildlife habitat, pasture, cropland

## 105—Winnett silty clay loam, 1 to 3 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 6,300 to 6,700 feet (1,920 to 2,042 meters)
*Mean annual precipitation:* 10 to 12 inches (254 to 305 millimeters)
*Average annual air temperature:* 45 to 47 degrees F (7 to 8 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Winnett and similar soils: 90 percent
Minor components: 10 percent

### Component Descriptions

**Winnett soils**

*Landform:* Valley floor, drainageway
*Parent material:* Alluvium derived from shale
*Slope:* 1 to 3 percent
*Drainage class:* Well drained
*Slowest permeability:* Impermeable
*Available water capacity:* About 4.2 inches (low)
*Shrink-swell potential:* About 7.5 percent (high)
*Hazard of flooding:* Rare
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 25 percent
*Salinity maximum:* About 8 mmhos/cm (slightly saline)

*Sodicity maximum:* Sodium adsorption ratio about 40 (strongly sodic)
*Ecological site:* Salt Flats
*Potential native vegetation:* alkali sacaton, inland saltgrass, basin wildrye, fourwing saltbush, Sandberg bluegrass, greasewood, western wheatgrass
*Land capability subclass (nonirrigated):* 7s

*Typical profile:*
    0 inches to 1 inch—silty clay loam
    1 inch to 2 inches—silty clay
    2 to 6 inches—silty clay
    6 to 37 inches—silty clay loam
    37 to 60 inches—silty clay

**Minor Components**

Vanada and similar soils
    *Composition:* About 5 percent
    *Landform:* Rise
Mikim and similar soils
    *Composition:* About 5 percent
    *Landform:* Rise

**Major Uses**

    Livestock grazing in winter and spring, wildlife habitat

## 106—Winz-Rock outcrop complex, 20 to 90 percent slopes, very stony

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 8,000 to 9,200 feet (2,438 to 2,804 meters)
*Mean annual precipitation:* 20 to 24 inches (508 to 610 millimeters)
*Average annual air temperature:* 37 to 39 degrees F (3 to 4 degrees C)
*Frost-free period:* 50 to 80 days

### Map Unit Composition

Winz and similar soils: 60 percent
Rock outcrop: 25 percent
Minor components: 15 percent

### Component Descriptions

**Winz soils**

*Landform:* Mesa
*Parent material:* Colluvium
*Slope:* 20 to 70 percent
*Surface fragments:* About 2 percent stones

San Miguel Area, Colorado                                                                                97

*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 3.0 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* None
*Ecological site:* Douglas-Fir
*Potential native vegetation:* quaking aspen, Engelmann's spruce, subalpine fir, Rocky Mountain Douglas-fir, elk sedge, common juniper, kinnikinnick, boxleaf myrtle, slender wheatgrass, Oregongrape, Woods' rose, nodding brome, silvery lupine
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 9 inches—extremely stony loam
    9 to 23 inches—extremely stony clay loam
    23 to 60 inches—very stony clay loam, extremely stony clay loam, very stony clay

**Rock outcrop**

*Description:* Rock outcrop consists of exposed sedimentary bedrock. It occurs as very steep and extremely steep areas of scattered outcrops and escarpments.
*Landform:* Mesa
*Slope:* 20 to 90 percent
*Hazard of flooding:* None
*Runoff class:* Very high
*Land capability subclass (nonirrigated):* 8s

**Minor Components**

Cryoborolls and similar soils
    *Composition:* About 10 percent
Seitz and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Wildlife habitat, livestock grazing

## 107—Witt loam, dry, 1 to 12 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 35
*Elevation:* 6,000 to 6,800 feet (1,829 to 2,073 meters)
*Mean annual precipitation:* 11 to 13 inches (279 to 330 millimeters)

*Average annual air temperature:* 46 to 48 degrees F (8 to 9 degrees C)
*Frost-free period:* 110 to 130 days

### Map Unit Composition

Witt and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Witt soils**

*Landform:* Mesa, structural bench, ridge
*Parent material:* Eolian deposits derived from sandstone
*Slope:* 1 to 12 percent
*Drainage class:* Well drained
*Slowest permeability:* Moderately slow
*Available water capacity:* About 11.1 inches (high)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 45 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Semidesert Loam
*Potential native vegetation:* Wyoming big sagebrush, galleta, needleandthread, Indian ricegrass, blue grama, muttongrass
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
    0 to 9 inches—loam
    9 to 31 inches—clay loam
    31 to 60 inches—loam

**Minor Components**

Barx and similar soils
    *Composition:* About 10 percent
Progresso and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Livestock grazing, wildlife habitat

## 108—Wrayha stony clay loam, 3 to 40 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 34
*Elevation:* 7,000 to 7,800 feet (2,134 to 2,377 meters)
*Mean annual precipitation:* 14 to 16 inches (356 to 406 millimeters)

*Average annual air temperature:* 43 to 45 degrees F
(6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Wrayha and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Wrayha soils**

*Landform:* Ridge
*Parent material:* Residuum weathered from shale
*Slope:* 3 to 40 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 9.9 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Utah juniper, twoneedle pinyon, Gambel's oak, muttongrass, Indian ricegrass, elk sedge, Saskatoon serviceberry, true mountain mahogany
*Potential production of cordwood:* 15 to 20 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
0 to 7 inches—stony clay loam
7 to 60 inches—clay

**Minor Components**

Rock outcrop
*Composition:* About 10 percent
Narraguinnep and similar soils
*Composition:* About 5 percent

**Major Uses**

Livestock grazing, wildlife habitat

## 109—Zoltay loam, 3 to 15 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A
*Elevation:* 7,400 to 8,500 feet (2,256 to 2,591 meters)
*Mean annual precipitation:* 17 to 19 inches (432 to 482 millimeters)

*Average annual air temperature:* 41 to 43 degrees F
(5 to 6 degrees C)
*Frost-free period:* 70 to 90 days

### Map Unit Composition

Zoltay and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Zoltay soils**

*Landform:* Canyon, alluvial fan
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 3 to 15 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 7.9 inches (moderate)
*Shrink-swell potential:* About 1.5 percent (low)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Mountain Clay Loam
*Potential native vegetation:* Arizona fescue, Gambel's oak, mountain muhly, western wheatgrass, Letterman's needlegrass, muttongrass
*Land capability subclass (nonirrigated):* 6e

*Typical profile:*
0 to 6 inches—loam
6 to 14 inches—clay loam
14 to 29 inches—cobbly clay
29 to 46 inches—very cobbly clay loam
46 to 60 inches—cobbly clay loam

**Minor Components**

Ceek and similar soils
*Composition:* About 5 percent
Mitch and similar soils
*Composition:* About 5 percent
Acree and similar soils
*Composition:* About 5 percent

**Major Uses**

Livestock grazing, wildlife habitat

## 110—Zoltay clay loam, 1 to 3 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 48A

BLM_0060160

San Miguel Area, Colorado                                                                 99

*Elevation:* 6,800 to 8,500 feet (2,073 to 2,591 meters)
*Mean annual precipitation:* 16 to 18 inches (406 to 457 millimeters)
*Average annual air temperature:* 43 to 45 degrees F (6 to 7 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Zoltay and similar soils: 85 percent
Minor components: 15 percent

### Component Descriptions

**Zoltay soils**

*Landform:* Alluvial fan
*Parent material:* Alluvium derived from sandstone and shale
*Slope:* 1 to 3 percent
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 11.3 inches (high)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* High
*Calcium carbonate maximum:* About 15 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Mountain Clay Loam
*Potential native vegetation:* Arizona fescue, Gambel's oak, mountain muhly, western wheatgrass, Letterman's needlegrass, muttongrass
*Land capability subclass (irrigated):* 3e
*Land capability subclass (nonirrigated):* 4c

*Typical profile:*
    0 to 12 inches—clay loam
    12 to 38 inches—clay loam, silty clay loam
    38 to 60 inches—clay loam, silty clay loam

**Minor Components**

Callan and similar soils
    *Composition:* About 10 percent
Gurley and similar soils
    *Composition:* About 5 percent

**Major Uses**

    Pasture, cropland, livestock grazing, wildlife habitat

## 111—Zyme-Bodot-Rock outcrop complex, 15 to 30 percent slopes

### Map Unit Setting

*Major Land Resource Area:* 36

*Elevation:* 6,600 to 7,500 feet (2,012 to 2,286 meters)
*Mean annual precipitation:* 12 to 15 inches (305 to 381 millimeters)
*Average annual air temperature:* 45 to 46 degrees F (7 to 8 degrees C)
*Frost-free period:* 90 to 110 days

### Map Unit Composition

Zyme and similar soils: 40 percent
Bodot and similar soils: 25 percent
Rock outcrop: 25 percent
Minor components: 10 percent

### Component Descriptions

**Zyme soils**

*Landform:* Alluvial fan
*Parent material:* Residuum weathered from shale
*Slope:* 15 to 30 percent
*Depth to restrictive feature:* 10 to 20 inches to bedrock (paralithic)
*Drainage class:* Well drained
*Slowest permeability:* Slow
*Available water capacity:* About 2.6 inches (very low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 2 mmhos/cm (nonsaline)
*Ecological site:* Pinyon-Juniper
*Potential native vegetation:* Rocky Mountain juniper, twoneedle pinyon, Indian ricegrass, Wyoming big sagebrush, Gambel's oak, true mountain mahogany, western wheatgrass, antelope bitterbrush, bottlebrush squirreltail, muttongrass, needleandthread, serviceberry
*Potential production of cordwood:* 12 to 15 cords per acre in a stand that averages 5 inches in diameter at a height of 1 foot
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 6 inches—silty clay loam
    6 to 15 inches—clay loam
    15 to 19 inches—weathered bedrock

**Bodot soils**

*Landform:* Alluvial fan
*Parent material:* Residuum weathered from shale
*Slope:* 15 to 25 percent
*Depth to restrictive feature:* 20 to 40 inches to bedrock (paralithic)
*Drainage class:* Well drained

*Slowest permeability:* Slow
*Available water capacity:* About 4.3 inches (low)
*Shrink-swell potential:* About 4.5 percent (moderate)
*Hazard of flooding:* None
*Depth to seasonal high water table:* Greater than 72 inches
*Runoff class:* Very high
*Calcium carbonate maximum:* About 10 percent
*Salinity maximum:* About 8 mmhos/cm (slightly saline)
*Sodicity maximum:* Sodium adsorption ratio about 10 (slightly sodic)
*Ecological site:* Clayey Foothills
*Potential native vegetation:* western wheatgrass, Wyoming big sagebrush, Indian ricegrass, Utah juniper, prairie Junegrass, rabbitbrush, twoneedle pinyon
*Land capability subclass (nonirrigated):* 7e

*Typical profile:*
    0 to 3 inches—silty clay loam
    3 to 38 inches—silty clay, silty clay loam
    38 to 42 inches—weathered bedrock

**Rock outcrop**

*Description:* Rock outcrop consists of exposed gray shale bedrock. It supports little or no vegetation.
*Landform:* Alluvial fan
*Slope:* 15 to 30 percent
*Hazard of flooding:* None
*Runoff class:* Very high

*Land capability subclass (nonirrigated):* 8s

**Minor Components**

Vanada and similar soils
    *Composition:* About 10 percent

**Major Uses**

Livestock grazing, wildlife habitat

# 112—Water

## Map Unit Setting

*Major Land Resource Area:* 36, 35, 48A, 34

## Map Unit Composition

Water: 95 percent
Minor components: 5 percent

## Component Descriptions

**Water**

*Description:* Consists of natural and impounded bodies of water, including lakes, ponds, reservoirs, and streams

**Minor Components**

Aquolls and similar soils
    *Composition:* About 5 percent
    *Landform:* Marsh

BLM_0060162

101

# Use and Management of the Soils

This soil survey is an inventory and evaluation of the soils in the survey area. It can be used to adjust land uses to the limitations and potentials of natural resources and the environment. Also, it can help to prevent soil-related failures in land uses.

In preparing a soil survey, soil scientists, conservationists, engineers, and others collect extensive field data about the nature and behavioral characteristics of the soils. They collect data on erosion, droughtiness, flooding, and other factors that affect various soil uses and management. Field experience and collected data on soil properties and performance are used as a basis in predicting soil behavior.

Information in this section can be used to plan the use and management of soils for crops and pasture; as rangeland and forestland; as sites for buildings, sanitary facilities, highways and other transportation systems, and parks and other recreational facilities; for agricultural waste management; and as wildlife habitat. It can be used to identify the potentials and limitations of each soil for specific land uses and to help prevent construction failures caused by unfavorable soil properties.

Planners and others using soil survey information can evaluate the effect of specific land uses on productivity and on the environment in all or part of the survey area. The survey can help planners to maintain or create a land use pattern in harmony with the natural soil.

Contractors can use this survey to locate sources of sand and gravel, roadfill, and topsoil. They can use it to identify areas where bedrock, wetness, or very firm soil layers can cause difficulty in excavation.

Health officials, highway officials, engineers, and others may also find this survey useful. The survey can help them plan the safe disposal of wastes and locate sites for pavements, sidewalks, campgrounds, playgrounds, lawns, and trees and shrubs.

## Interpretive Ratings

The interpretive tables in this survey rate the soils in the survey area for various uses. Many of the tables identify the limitations that affect specified uses and indicate the severity of those limitations. The ratings in these tables are both verbal and numerical.

**Rating Class Terms**

Rating classes are expressed in the tables in terms that indicate the extent to which the soils are limited by all of the soil features that affect a specified use or in terms that indicate the suitability of the soils for the use. Thus, the tables may show limitation classes or suitability classes. Terms for the limitation classes are *not limited, slightly limited, somewhat limited,* and *very limited.* The suitability ratings are expressed as *well suited, moderately well suited, poorly suited,* and *unsuited* or as *good, fair,* and *poor.*

**Numerical Ratings**

Numerical ratings in the tables indicate the relative severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.00 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the use and the point at which the soil feature is not a limitation. The limitations appear in order from the most limiting to the least limiting. Thus, if more than one limitation is identified, the most severe limitation is listed first and the least severe one is listed last.

## Crops and Pasture

By Dwight E. Curtiss, Area Agronomist, Natural Resources Conservation Service

General management needed for crops and pasture is suggested in this section. The estimated yields of the main crops and pasture plants are listed, the system of land capability classification used by the Natural Resources Conservation Service is explained, and prime farmland is described.

Planners of management systems for individual fields or farms should consider the detailed information given in the description of each soil under the heading "Detailed Soil Map Units." Specific information can be obtained from the local office of the Natural Resources Conservation Service or the Cooperative Extension Service.

BLM_0060163

The Norwood area was first settled for livestock production in the 1880's. These early settlers mainly were cattle and sheep ranchers. Dryland farming began in the Egnar area in the early 1900's, but large tracts of land were not cleared for farming until the late 30's and early 40's.

The Nucla area was settled in 1894. The initial community of Pinyon grew until the Colorado Cooperative Ditch began to carry water into First and Second Parks. Initial agriculture production included fruits, grains, and vegetables such as peaches, pears, apples, carrots, beans, and potatoes.

The Norwood and Nucla areas have frost-free periods that range from 90 to 100 days and from 110 to 130 days, respectively. The Norwood area receives from 15 to 17 inches of precipitation per year, and the Nucla area receives 12 to 14 inches. Elevation at Norwood is approximately 7,000 feet, and that at Nucla is 5,800 feet.

Farming in the Norwood and Nucla areas is devoted mostly to irrigated alfalfa and cool-season grasses. Other crops grown in this area include some silage corn and feed barley. All crops are grown to feed local livestock.

Irrigation water used to grow these feed crops comes from the Gurley and Lone Cone Reservoirs, the Colorado Cooperative Ditch, and their respective ditches. About 22,000 acres is irrigated from these three irrigation systems. Most irrigation in this part of the survey area occurs on gently sloping to rolling landscapes.

Traditionally, irrigation water has been applied to the land in the Norwood and Nucla areas by contour ditches and controlled flooding techniques. New irrigation methods, using gated pipe and side-roll sprinklers, have become increasingly popular in these areas. This approach to irrigation is a proven method of increasing water use efficiency while maintaining or increasing crop yields. This method of water management is extremely valuable during periods of low water availability. Sophisticated surface irrigation systems such as graded border, basin, and benching are not practical for the Norwood and Nucla areas because of the slope of the landscape and because a large volume of water is required to apply such irrigation techniques.

Irrigated areas of the Paradox Valley and Disappointment Valley are quite isolated from the rest of the irrigated farmland in the Norwood area. Paradox Valley has a frost-free season of about 120 to 140 days; Disappointment Valley has a frost-free season of about 130 to 150 days. Paradox Valley receives from 10 to 12 inches of precipitation, and Disappointment Valley about 8 to 10 inches. Elevation

of both the Paradox and Disappointment Valleys ranges from about 5,100 to 5,700 feet.

Irrigated agriculture in the Paradox Valley includes silage corn, shelled corn, alfalfa, mixed hay, and barley. Approximately 4,500 acres is irrigated here by water stored in the Buckeye Reservoir and delivered by the Wray ditch. Besides using surface irrigation methods, local producers employ side-roll sprinklers and several center-pivot sprinklers. The main advantage of a center-pivot sprinkler system over a side-roll system is the minimal amount of operating labor needed. Under ideal conditions, center-pivot sprinklers also provide the most uniform water coverage because they move periodically throughout the irrigation cycle.

There is a very limited amount of irrigated land in the Disappointment Valley. Alfalfa and cool-season grasses are the only crops currently grown there. Approximately 800 acres is normally irrigated from Disappointment Creek and its tributaries. Irrigation water is applied exclusively through surface irrigation systems.

Installation of pipeline in sloping areas is popular throughout the survey area. Pipeline in sloping areas develops considerable pressure, and this pressure allows the use of sprinklers without the cost of pumping water. Structures to regulate and control the flow of water, such as concrete ditch lining and aluminum pipe, are common practices that can be used to reduce water losses and improve irrigation water efficiency.

The Egnar area is exclusively nonirrigated cropland. Precipitation in this area ranges from 13 to 15 inches annually. The frost-free period varies from 100 to 120 days. Elevation ranges from 6,800 to 7,400 feet. Pinto beans and winter wheat are the major crops; other crops grown in the Egnar area include barley, oats, and sunflowers.

The inherent fertility of the soils of this area have been somewhat depleted by continuous cropping practices associated with pinto beans and the resultant loss of topsoil by wind and water erosion. Some agronomic practices associated with growing pinto beans leave the soil surface exposed, less aggregated, and susceptible to wind erosion.

Conservation tillage methods can be used to protect the soil surface from wind erosion by maintaining crop residues on the soil surface. This crop residue protects the soil surface and growing plants from the damaging effects of the wind. Emergency tillage may provide a temporary measure to control wind erosion. A furrow-ridged surface is made by tillage equipment at a right angle to the prevailing wind. Planting cross wind trap strips and

stripcropping are other practices that can be used to reduce wind erosion.

Water erosion occurs during periods of rapid spring snowmelt. Water erosion also occurs during periods of high-intensity thunderstorms. Meltwater runoff transports large amounts of soil. Meltwater erosion is increased on frozen ground because there is little or no water infiltration into the soil.

High-intensity, localized thunderstorms are quite common during the summer months. These storms yield water at an application rate that is much too rapid for any of the soils of the area to absorb. The results are interrill, rill, and gully erosion.

Soil-conserving practices used in the survey area include planting and cultivating across the slope, using locally manufactured "puddlers" behind row cultivators to contain surface water where it falls, providing grassed waterways to carry concentrated flows of water safely away from fields, constructing terraces and diversions to intercept and slow the velocity of water, and growing permanent cover crops such as alfalfa and grass for hay and seed production. Conservation tillage practices such as minimum tillage and no-till farming reduce water erosion, but are not yet widely accepted in the survey area.

Fertilization is not a common agronomic practice in the nonirrigated areas of this survey. Most farmers believe the limited precipitation of this region makes the cost effectiveness of fertilization questionable. Cropping systems that include alfalfa in the rotation for a number of years improve soil structure, fertility, and water infiltration rates. High residue-producing crops such as wheat and barley can help to maintain soil organic matter if residues are conserved.

Saline seeps occur in some areas of the nonirrigated parts of the survey area. Located in upland draws, saline seeps commonly are relatively small but can grow larger, taking land out of production or interfering with farming. Most saline seeps originate as a result of soil moisture-conserving practices that increase soil water in upgradient recharge areas. Practices that help to mitigate saline seeps are planting permanent salt-tolerant grasses in reclaimed areas and establishing deep-rooted, high-water use crops such as alfalfa in upland recharge areas.

**Yields per Acre**

The average yields per acre that can be expected of the principal crops under a high level of management are shown in Tables 5A and 5B. In any given year, yields may be higher or lower than those indicated in the tables because of variations in rainfall and other climatic factors. The land capability classification of map units in the survey area also is shown in the tables.

The yields are based mainly on the experience and records of farmers, conservationists, and extension agents. Available yield data from nearby counties and results of field trials and demonstrations also are considered.

The management needed to obtain the indicated yields of the various crops depends on the kind of soil and the crop. Management can include drainage, erosion control, and protection from flooding; the proper planting and seeding rates; suitable high-yielding crop varieties; appropriate and timely tillage; control of weeds, plant diseases, and harmful insects; favorable soil reaction and optimum levels of nitrogen, phosphorus, potassium, and trace elements for each crop; effective use of crop residues, barnyard manure, and green manure crops; and harvesting that ensures the smallest possible loss.

For yields of irrigated crops, it is assumed that the irrigation system is adapted to the soils and to the crops grown, that good-quality irrigation water is uniformly applied as needed, and that tillage is kept to a minimum.

The estimated yields reflect the productive capacity of each soil for each of the principal crops. Yields are likely to increase as new production technology is developed. The productivity of a given soil compared with that of other soils, however, is not likely to change.

Crops other than those shown in Tables 5A and 5B are grown in the survey area, but estimated yields are not listed because the acreage of such crops is small. The local office of the Natural Resources Conservation Service or of the Cooperative Extension Service can provide information about the management and productivity of the soils for those crops.

**Land Capability Classification**

Land capability classification shows, in a general way, the suitability of soils for most kinds of field crops (USDA, 1961). Crops that require special management are excluded. The soils are grouped according to their limitations for field crops, the risk of damage if they are used for crops, and the way they respond to management. The criteria used in grouping the soils do not include major and generally expensive landforming that would change slope, depth, or other characteristics of the soils, nor do they include possible but unlikely major reclamation projects. Capability classification is not a substitute for interpretations designed to show suitability and

BLM_0060165

limitations of groups of soils for rangeland, for forestland, or for engineering purposes.

In the capability system, soils are generally grouped at three levels—capability class, subclass, and unit.

*Capability classes*, the broadest groups, are designated by the numbers 1 through 8. The numbers indicate progressively greater limitations and narrower choices for practical use. The classes are defined as follows:

Class 1 soils have slight limitations that restrict their use.

Class 2 soils have moderate limitations that restrict the choice of plants or that require moderate conservation practices.

Class 3 soils have severe limitations that restrict the choice of plants or that require special conservation practices, or both.

Class 4 soils have very severe limitations that restrict the choice of plants or that require very careful management, or both.

Class 5 soils are subject to little or no erosion but have other limitations, impractical to remove, that restrict their use mainly to pasture, rangeland, forestland, or wildlife habitat.

Class 6 soils have severe limitations that make them generally unsuitable for cultivation and that restrict their use mainly to pasture, rangeland, forestland, or wildlife habitat.

Class 7 soils have very severe limitations that make them unsuitable for cultivation and that restrict their use mainly to grazing, forestland, or wildlife habitat.

Class 8 soils and miscellaneous areas have limitations that preclude commercial plant production and that restrict their use to recreational purposes, wildlife habitat, watershed, or esthetic purposes.

*Capability subclasses* are soil groups within one class. They are designated by adding a small letter, *e, w, s,* or *c,* to the class numeral, for example, 2e. The letter *e* shows that the main hazard is the risk of erosion unless close-growing plant cover is maintained; *w* shows that water in or on the soil interferes with plant growth or cultivation (in some soils the wetness can be partly corrected by artificial drainage); *s* shows that the soil is limited mainly because it is shallow, droughty, or stony; and *c,* used in only some parts of the United States, shows that the chief limitation is climate that is very cold or very dry.

In class 1 there are no subclasses because the soils of this class have few limitations. Class 5 contains only the subclasses indicated by *w, s,* or *c* because the soils in class 5 are subject to little or no erosion. They have other limitations that restrict their use to pasture, rangeland, forestland, wildlife habitat, or recreation.

The capability classification of map units in this survey area is given in the section "Detailed Soil Map Units" and in the yields table.

## Prime Farmland

Prime farmland is one of several kinds of important farmland defined by the U.S. Department of Agriculture. It is of major importance in meeting the Nation's short- and long-range needs for food and fiber. Because the supply of high-quality farmland is limited, the U.S. Department of Agriculture recognizes that responsible levels of government, as well as individuals, should encourage and facilitate the wise use of our Nation's prime farmland.

Prime farmland, as defined by the U.S. Department of Agriculture, is land that has the best combination of physical and chemical characteristics for producing food, feed, forage, fiber, and oilseed crops and is available for these uses. It could be cultivated land, pastureland, forestland, or other land, but it is not urban or built-up land or water areas. The soil qualities, growing season, and moisture supply are those needed for the soil to economically produce sustained high yields of crops when proper management, including water management, and acceptable farming methods are applied. In general, prime farmland has an adequate and dependable supply of moisture from precipitation or irrigation, a favorable temperature and growing season, acceptable acidity or alkalinity, an acceptable salt and sodium content, and few or no rocks. It is permeable to water and air. It is not excessively erodible or saturated with water for long periods, and it either is not frequently flooded during the growing season or is protected from flooding. Slope ranges mainly from 0 to 6 percent. More detailed information about the criteria for prime farmland is available at the local office of the Natural Resources Conservation Service.

About 82,000 acres, or nearly 7 percent of the survey area, would meet the requirements for prime farmland if an adequate and dependable supply of irrigation water were available.

A recent trend in land use in some parts of the survey area has been the loss of some prime farmland to industrial and urban uses. The loss of prime farmland to other uses puts pressure on marginal lands, which generally are more erodible, droughty, and less productive and cannot be easily cultivated.

The map units in the survey area that are considered prime farmland are listed in Table 6. This list does not constitute a recommendation for a

BLM_0060166

San Miguel Area, Colorado

105

particular land use. On some soils included in the list, measures that overcome a hazard or limitation, such as flooding, wetness, and droughtiness, are needed. Onsite evaluation is needed to determine whether or not the hazard or limitation has been overcome by corrective measures. The extent of each listed map unit is shown in Table 4. The location is shown on the detailed soil maps. The soil qualities that affect use and management are described under the heading "Detailed Soil Map Units."

## Ecological Sites and Characteristic Native Vegetation

In areas that have similar climate and topography, differences in the kind and amount of rangeland and forest understory vegetation, and the tree species are closely related to the kind of soil. Effective management is based upon the relationship between the soils and vegetation and water.

Table 7 shows, for each soil, the ecological site; the total annual production of vegetation in favorable, normal, and unfavorable years; the characteristic native vegetation; the average percentage of each species for rangeland and for forest understory vegetation; and common trees and their site index. An explanation of the column headings in Table 7 follows.

An *ecological site* is the product of all the environmental factors responsible for its development. It has characteristic soils that have developed over time throughout the soil development process; a characteristic hydrology, particularly infiltration and runoff, that has developed over time; and a characteristic plant community (kind and amount of vegetation). The hydrology of the site is influenced by development of the soil and plant community. The vegetation, soils, and hydrology are all interrelated. Each is influenced by the others and influences the development of the others. The plant community on an ecological site is typified by an association of species that differs from that of other ecological sites in the kind and/or proportion of species or in total production. Descriptions of ecological sites are provided in the Field Office Technical Guide, which is available in local offices of the Natural Resources Conservation Service.

*Total production* is the amount of dry-weight vegetation that can be expected to grow annually in a well managed area that is supporting the potential natural plant community. It includes all vegetation, whether or not it is palatable to grazing animals. It includes the current year's growth of leaves, twigs, and fruits of woody plants. It does not include the increase in stem diameter of trees and shrubs. It is expressed in pounds per acre of air-dry vegetation for

favorable, normal, and unfavorable years. In a favorable year, the amount and distribution of precipitation and the temperatures make growing conditions substantially better than average. In a normal year, growing conditions are about average. In an unfavorable year, growing conditions are well below average, generally because of low available soil moisture. Yields are adjusted to a common percentage of air-dry moisture content.

*Characteristic native vegetation* consists of the grasses, forbs, and shrubs that make up most of the potential natural plant community on each soil, and is listed by common name. Under *composition*, the expected percentage of the total annual production of rangeland and forest understory vegetation is given for each species making up the characteristic native vegetation. The amount that can be used as forage depends upon the kinds of grazing animals and on the grazing season.

*Common trees* are those tree species that naturally occur on a soil. The potential productivity is expressed as *site index*. The site index is the average height, in feet, that dominant and codominant trees of a given species attain in a specified number of years. The site index applies to fully stocked, even-aged, unmanaged stands. Site index is expressed in a different way for species of pinyon and juniper. For these tree species site index is the basal area attained when trees in a stand average 5 inches in diameter (Howell, 1940).

In this survey area, site index was determined using a 50-year curve for quaking aspen (Baker, 1925) and white fir (Schumacher, 1926). A 100-year curve was used for Engelmann's spruce (Alexander, 1967), subalpine fir (Alexander, 1967), ponderosa pine (Meyer, 1961), and Rocky Mountain Douglas-fir (Meyer, 1961). More detailed information regarding site index is available in the "National Forestry Manual," which is available in local offices of the Natural Resources Conservation Service or on the Internet.

## Rangeland

Jim Kellogg, Area Range Conservationist, Natural Resources Conservation Service, assisted in preparing this section.

About 60 percent of the survey area is rangeland. Almost all of this is used for the grazing of cattle and sheep. Much of the pinyon juniper is also used for the grazing of cattle. Agriculture and mining trade places from time to time, as the major source of income in the survey area. Agriculture is a major source of income. Most of the farm income is derived from cattle and sheep.

BLM_0060167

The average ranch in the area is approximately 2,000 acres of privately owned land, in addition to leased land from the Forest Service and Bureau of Land Management.

Livestock graze on the privately owned areas of range and woodland during the spring and fall. Bureau of Land Management leases are used during the late spring and early summer. Then the animals are moved to Forest Service leases. Animals are then fed through the winter on the home place.

Range management requires a knowledge of the kinds of soil and of the potential natural plant community. It also requires an evaluation of the present range similarity index and rangeland trend. Range similarity index is determined by comparing the present plant community with the potential natural plant community on a particular rangeland ecological site. The more closely the existing community resembles the potential community, the higher the range similarity index. Rangeland trend is defined as the direction of change in an existing plant community relative to the potential natural plant community. Further information about the range similarity index and rangeland trend is available in chapter 4 of the "National Range and Pasture Handbook," which is available in local offices of the Natural Resources Conservation Service.

The objective in range management is to control grazing so that the plants growing on a site are about the same in kind and amount as the potential natural plant community for that site. Such management generally results in the optimum production of vegetation, control of undesirable brush species, conservation of water, and control of erosion. Sometimes, however, an area with a range similarity



Figure 17—Aerial application of herbicide for sagebrush control on a Loamy Foothills ecological site. The map unit is Pulpit-Bond, cool complex, 1 to 6 percent slopes.

index somewhat below the potential meets grazing needs, provides wildlife habitat, and protects soil and water resources.

Several conservation practices are suitable for use on rangeland in the survey area: these include proper grazing use, a planned grazing system, seeding, and brush management (fig. 16).

Proper grazing use is grazing at an intensity that will maintain enough cover to protect the soil and maintain or improve the quality and quantity of desirable vegetation. This is achieved when at least 50 percent of the annual production, by weight, remains at the end of the grazing season. When proper grazing alone will not maintain or accelerate improvement in vegetation, a planned grazing system will help. In a planned grazing system, two or more grazing units are alternately rested from grazing in a planned sequence over a period of years. The rest period can be throughout the year or during the growing season of the key plants. This grazing system will improve efficiency of grazing through uniform use of all grazing units. Distribution of livestock in areas of rangeland can be achieved by fencing, developing watering facilities, and properly locating salt.

If undesirable shrubs have become dominant in the plant community and are competing with forage plants, brush management should be applied. Caution should be exercised when manipulating or reducing brush so that critical winter range for wildlife is not destroyed (fig. 17); the adequate cover is retained in areas where slopes are too steep, thus avoiding accelerated soil erosion; and enough grass is available to fill the voids left by removal of the brush. If the rangeland is severely deteriorated, seeding commonly is the most



Figure 16—Shown are the results of chaining for range improvement on Pinyon-Juniper on Callan-Gurley loams, 3 to 20 percent slopes. The ecological site is Loamy Foothills.

BLM_0060168

economical and fastest method of revegetation. Soils that are too steep, shallow, or rocky generally are not suited to seeding.

## Forest Productivity and Management

Edwin W. Olmsted, Jr., Staff Forester, Natural Resources Conservation Service, assisted in preparing this section.

Woodland occupies about 48 percent of the San Miguel Area. Logging has been an important part of the local economy since the settlers came into the San Miguel Basin in the 1880's. The timber was used for props in the base metals mining industry, railroad ties, and construction materials. The uranium mining industry increased the demand for prop timbers. The number of sawmills reached a high point in the 1950's when beetle-damaged spruce and fir trees were harvested. The Montezuma Forest Reserve was established in 1905. The area was renamed Uncompahgre National Forest in the 1950's.

The Uncompahgre and Manti La Sal National Forests manage about 54,000 acres in the San Miguel Survey Area. All of the various renewable surface resources of the National Forest land are managed so that they are utilized in the combination that will best meet the needs of the American people. This is done by the achievement and maintenance in perpetuity of a high-level annual or regular periodic output of the various renewable resources of the forests without impairment of the productivity of the land.

The mountain pine beetle is a common insect pest in the survey area. It presently is not a serious problem. The best preventative measures for the pine beetle is proper forest management of the timber stands to ensure good healthy stands and insecticide treatment when the beetle population is beginning to expand and become a problem to the forest. These long-term investments in the forest are practical and profitable in this area.

The native forest cover can be divided into several forest-cover types. The forest cover types in the San Miguel Area are pinyon-juniper, ponderosa pine, Douglas-fir, aspen, and spruce-fir.

The pinyon-juniper type covers about 39 percent of the survey area. It is at elevations of 4,700 to 9,200 feet on canyons, mesas, benches, and ridges in the central, western, and northern parts of the survey area. This forest type is utilized for firewood, fenceposts, Christmas trees, and landscaping trees.

The ponderosa pine type covers about six percent of the survey area. It is at elevations of 7,400 to 8,500 feet on benches, mesa side slopes, and mesa tops in the south-central and northwest parts of the survey area. Much of the ponderosa pine is of good commercial value. It is used as sawtimber, mine props, firewood, and wafer wood construction.

The Douglas-fir type covers less than one percent of the survey area. It is at elevations of 7,600 to 9,220 feet on mesa side slopes in the eastern part of the survey area. These areas are used for wildlife habitat, limited livestock grazing, and recreation.

The quaking aspen forest-cover type covers about three percent of the survey area. It is at elevations of 8,500 to 10,500 feet on mountain side slopes, mesa side slopes, and benches in the southern and eastern part of the survey area. These areas are used for wildlife habitat, summer livestock grazing, and as material for wafer wood construction.

The spruce-fir type covers less than one percent of the survey area. It is at elevations of 9,000 to 10,000 feet on mountain side slopes in the eastern part of the survey area. These areas are used for timber production, wildlife habitat, and recreation.

Professional assistance in sale, layout, appraisal, and forest land planning is available through the local office of the Colorado State Forest Service.

The tables in this section can help forest owners or managers plan the use of soils for wood crops. They show the potential productivity of the soils for wood crops and rate the soils according to the limitations that affect various aspects of forest management. The tables in this section only list soils that have potential as forestland.

### Forest Productivity

In Table 8, the *potential productivity* of merchantable or *common trees* on a soil is expressed as a site index and as a volume number. The *site index* is the average height, in feet, that dominant and codominant trees of a given species attain in a specified number of years.

Site index is expressed in a different way for species of pinyon and juniper. For these tree species site index is the basal area attained when trees in a stand average 5 inches in diameter (Howell, 1940).

In this survey area, site index was determined using a 50-year curve for quaking aspen (Baker, 1925) and white fir (Schumacher, 1926). A 100-year curve was used for Engelmann's spruce (Alexander, 1967), subalpine fir (Alexander, 1967), ponderosa pine (Meyer, 1961), and Rocky Mountain Douglas-fir (Meyer, 1961). More detailed information regarding site index is available in the "National Forestry Manual," which is available in local offices of the Natural Resources Conservation Service or on the Internet.

The site index applies to fully stocked, even-aged, unmanaged stands. Commonly grown trees are those that forest managers generally favor in intermediate or improvement cuttings. They are selected on the basis of growth rate, quality, value, and marketability. More detailed information regarding site index is available in the "National Forestry Manual," which is available in local offices of the Natural Resources Conservation Service or on the Internet.

The *volume of wood fiber*, a number, is the yield likely to be produced by the most important tree species. This number, expressed as cubic feet per acre per year and calculated at the age of culmination of the mean annual increment (CMAI), indicates the amount of fiber produced in a fully stocked, even-aged, unmanaged stand.

*Trees to manage* are those that are preferred for planting, seeding, or natural regeneration and those that remain in the stand after thinning or partial harvest.

### Forest Management

In Tables 9A through 9E, interpretive ratings are given for various aspects of forest management. The ratings are both verbal and numerical.

Some rating class terms indicate the degree to which the soils are suited to a specified forest management practice. *Well suited* indicates that the soil has features that are favorable for the specified practice and has no limitations. Good performance can be expected, and little or no maintenance is needed. *Moderately well suited* indicates that the soil has features that are moderately favorable for the specified practice. One or more soil properties are less than desirable, and fair performance can be expected. Some maintenance is needed. *Poorly suited* indicates that the soil has one or more properties that are unfavorable for the specified practice. Overcoming the unfavorable properties requires special design, extra maintenance, and costly alteration. *Unsuited* indicates that the expected performance of the soil is unacceptable for the specified practice or that extreme measures are needed to overcome the undesirable soil properties.

Numerical ratings in the tables indicate the severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.00 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the specified forest management practice (1.00) and the point at which the soil feature is not a limitation (0.00).

Rating class terms for fire damage and seedling mortality are expressed as *low, moderate,* and *high.*

Where these terms are used, the numerical ratings indicate gradations between the point at which the potential for fire damage or seedling mortality is highest (1.00) and the point at which the potential is lowest (0.00).

The paragraphs that follow indicate the soil properties considered in rating the soils for forest management practices. More detailed information about the criteria used in the ratings is available in the "National Forestry Manual," which is available in local offices of the Natural Resources Conservation Service or on the Internet.

For *limitations affecting construction of haul roads and log landings*, the ratings are based on slope, flooding, permafrost, plasticity index, the hazard of soil slippage, content of sand, the Unified classification, rock fragments on or below the surface, depth to a restrictive layer that is indurated, depth to a water table, and ponding. The limitations are described as slight, moderate, or severe. A rating of *slight* indicates that no significant limitations affect construction activities, *moderate* indicates that one or more limitations can cause some difficulty in construction, and *severe* indicates that one or more limitations can make construction very difficult or very costly.

The ratings of *suitability for log landings* are based on slope, rock fragments on the surface, plasticity index, content of sand, the Unified classification, depth to a water table, ponding, flooding, and the hazard of soil slippage. The soils are described as well suited, moderately suited, or poorly suited to use as log landings.

Ratings in the column *soil rutting hazard* are based on depth to a water table, rock fragments on or below the surface, the Unified classification, depth to a restrictive layer, and slope. Ruts form as a result of the operation of forest equipment. The hazard is described as slight, moderate, or severe. A rating of *slight* indicates that the soil is subject to little or no rutting, *moderate* indicates that rutting is likely, and *severe* indicates that ruts form readily.

Ratings in the column *hazard of off-road or off-trail erosion* are based on slope and on soil erodibility factor K. The soil loss is caused by sheet or rill erosion in off-road or off-trail areas where 50 to 75 percent of the surface has been exposed by logging, grazing, mining, or other kinds of disturbance. The hazard is described as slight, moderate, severe, or very severe. A rating of *slight* indicates that erosion is unlikely under ordinary climatic conditions; *moderate* indicates that some erosion is likely and that erosion-control measures may be needed; *severe* indicates

BLM_0060170

San Miguel Area, Colorado

109

that erosion is very likely and that erosion-control measures, including revegetation of bare areas, are advised; and *very severe* indicates that significant erosion is expected, loss of soil productivity and off-site damage are likely, and erosion-control measures are costly and generally impractical.

Ratings in the column *hazard of erosion on roads and trails* are based on the soil erodibility factor K, slope, and content of rock fragments. The ratings apply to unsurfaced roads and trails. The hazard is described as slight, moderate, or severe. A rating of *slight* indicates that little or no erosion is likely; *moderate* indicates that some erosion is likely, that the roads or trails may require occasional maintenance; and that simple erosion-control measures are needed; and *severe* indicates that significant erosion is expected, that the roads or trails require frequent maintenance, and that costly erosion-control measures are needed.

Ratings in the column *suitability for roads (natural surface)* are based on slope, rock fragments on the surface, plasticity index, content of sand, the Unified classification, depth to a water table, ponding, flooding, and the hazard of soil slippage. The ratings indicate the suitability for using the natural surface of the soil for roads. The soils are described as well suited, moderately well suited, or poorly suited to this use.

Ratings in the columns *suitability for hand planting* and *suitability for mechanical planting* are based on slope, depth to a restrictive layer, content of sand, plasticity index, rock fragments on or below the surface, depth to a water table, and ponding. The soils are described as well suited, moderately well suited, poorly suited, or unsuited to these methods of planting. It is assumed that necessary site preparation is completed before seedlings are planted.

Ratings in the column *suitability for use of harvesting equipment* are based on slope, rock fragments on the surface, plasticity index, content of sand, the Unified classification, depth to a water table, and ponding. The soils are described as well suited, moderately well suited, or poorly suited to this use.

Ratings in the column *suitability for mechanical site preparation (surface)* are based on slope, depth to a restrictive layer, plasticity index, rock fragments on or below the surface, depth to a water table, and ponding. The soils are described as well suited, poorly suited, or unsuited to this management activity. The part of the soil from the surface to a depth of about 1 foot is considered in the ratings.

Ratings in the column *suitability for mechanical site preparation (deep)* are based on slope, depth to

a restrictive layer, rock fragments on or below the surface, depth to a water table, and ponding. The soils are described as well suited, poorly suited, or unsuited to this management activity. The part of the soil from the surface to a depth of about 3 feet is considered in the ratings.

Ratings in the column *potential for damage to soil by fire* are based on texture of the surface layer, content of rock fragments and organic matter in the surface layer, thickness of the surface layer, and slope. The soils are described as having a low, moderate, or high potential for this kind of damage. The ratings indicate an evaluation of the potential impact of prescribed fires or wildfires that are intense enough to remove the duff layer and consume organic matter in the surface layer.

Ratings in the column *potential for seedling mortality* are based on flooding, ponding, depth to a water table, content of lime, reaction, salinity, available water capacity, soil moisture regime, soil temperature regime, aspect, and slope. The soils are described as having a low, moderate, or high potential for seedling mortality.

## Recreation

Outdoor recreation in the survey area includes hunting, fishing, hiking, camping, river rafting, snowmobiling, and skiing. Tourism is particularly important during big-game hunting season when many out-of-state and nonresident hunters come to the San Miguel Basin Area to hunt.

The Buckeye, Groundhog, and Miramonte Reservoirs, with their public camp and picnic grounds, attract many campers, picnickers, and fishermen. Gurley Reservoir is another popular fishing spot in the survey area. Trout fishing opportunities abound along the San Miguel and Dolores Rivers and their tributaries.

River rafting has become a popular spring and early summer outdoor recreation activity in the survey area, particularly on the Dolores River.

Several campgrounds and picnic grounds are adjacent to the survey area within the Uncompahgre National Forest.

The soils of the survey area are rated in Tables 10A and 10B according to limitations that affect their suitability for recreation. The ratings are both verbal and numerical. Rating class terms indicate the extent to which the soils are limited by all of the soil features that affect the recreational uses. *Not limited* indicates that the soil has features that are very favorable for the specified use. Good performance and very low maintenance can be expected. *Slightly limited*

BLM_0060171

indicates that the soil has features that are favorable for the specified use. The limitations are minor and can be easily overcome. Good performance and low maintenance can be expected. *Somewhat limited* indicates that the soil has features that are moderately favorable for the specified use. The limitations can be overcome or minimized by special planning, design, or installation. Fair performance and moderate maintenance can be expected. *Very limited* indicates that the soil has one or more features that are unfavorable for the specified use. The limitations generally cannot be overcome without major soil reclamation, special design, or expensive installation procedures. Poor performance and high maintenance can be expected.

Numerical ratings in the tables indicate the severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.00 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the use (1.00) and the point at which the soil feature is not a limitation (0.00).

The ratings in the tables are based on restrictive soil features, such as wetness, slope, and texture of the surface layer. Susceptibility to flooding is considered. Not considered in the ratings, but important in evaluating a site, are the location and accessibility of the area, the size and shape of the area and its scenic quality, vegetation, access to water, potential water impoundment sites, and access to public sewer lines. The capacity of the soil to absorb septic tank effluent and the ability of the soil to support vegetation also are important. Soils that are subject to flooding are limited for recreational uses by the duration and intensity of flooding and the season when flooding occurs. In planning recreational facilities, onsite assessment of the height, duration, intensity, and frequency of flooding is essential.

The information in Tables 10A and 10B can be supplemented by other information in this survey, for example, interpretations for building site development, construction materials, sanitary facilities, and water management.

*Camp areas* require site preparation, such as shaping and leveling the tent and parking areas, stabilizing roads and intensively used areas, and installing sanitary facilities and utility lines. Camp areas are subject to heavy foot traffic and some vehicular traffic. The ratings are based on the soil properties that affect the ease of developing camp areas and the performance of the areas after development. Slope, stoniness, and depth to bedrock

or a cemented pan are the main concerns affecting the development of camp areas.

The soil properties that affect the performance of the areas after development are those that influence trafficability and promote the growth of vegetation, especially in heavily used areas. For good trafficability, the surface of camp areas should absorb rainfall readily, remain firm under heavy foot traffic, and not be dusty when dry. The soil properties that influence trafficability are texture of the surface layer, depth to a water table, ponding, flooding, permeability, and large stones. The soil properties that affect the growth of plants are depth to bedrock or a cemented pan, permeability, and toxic substances in the soil.

*Picnic areas* are subject to heavy foot traffic. Most vehicular traffic is confined to access roads and parking areas. The ratings are based on the soil properties that affect the ease of developing picnic areas and that influence trafficability and the growth of vegetation after development. Slope and stoniness are the main concerns affecting the development of picnic areas. For good trafficability, the surface of picnic areas should absorb rainfall readily, remain firm under heavy foot traffic, and not be dusty when dry. The soil properties that influence trafficability are texture of the surface layer, depth to a water table, ponding, flooding, permeability, and large stones. The soil properties that affect the growth of plants are depth to bedrock or a cemented pan, permeability, and toxic substances in the soil.

*Playgrounds* require soils that are nearly level, are free of stones, and can withstand intensive foot traffic. The ratings are based on the soil properties that affect the ease of developing playgrounds and that influence trafficability and the growth of vegetation after development. Slope and stoniness are the main concerns affecting the development of playgrounds. For good trafficability, the surface of the playgrounds should absorb rainfall readily, remain firm under heavy foot traffic, and not be dusty when dry. The soil properties that influence trafficability are texture of the surface layer, depth to a water table, ponding, flooding, permeability, and large stones. The soil properties that affect the growth of plants are depth to bedrock or a cemented pan, permeability, and toxic substances in the soil.

*Paths and trails* for hiking and horseback riding should require little or no slope modification through cutting and filling. The ratings are based on the soil properties that affect trafficability and erodibility. These properties are stoniness, depth to a water

table, ponding, flooding, slope, and texture of the surface layer.

*Off-road motorcycle trails* require little or no site preparation. They are not covered with surfacing material or vegetation. Considerable compaction of the soil material is likely. The ratings are based on the soil properties that influence erodibility, trafficability, dustiness, and the ease of revegetation. These properties are stoniness, slope, depth to a water table, ponding, flooding, and texture of the surface layer.

*Golf fairways* are subject to heavy foot traffic and some light vehicular traffic. Cutting or filling may be required. Irrigation is not considered in the ratings. The ratings are based on the soil properties that affect plant growth and trafficability after vegetation is established. The properties that affect plant growth are reaction; depth to a water table; ponding; depth to bedrock or a cemented pan; the available water capacity in the upper 40 inches; the content of salts, sodium, or calcium carbonate; and sulfidic materials. The properties that affect trafficability are flooding, depth to a water table, ponding, slope, stoniness, and the amount of sand, clay, or organic matter in the surface layer. The suitability of the soil for traps, tees, roughs, and greens is not considered in the ratings.

## Wildlife Habitat

Edward L. Neilson, Jr., Biologist, Natural Resources Conservation Service, assisted in preparing this section.

Soils affect the kind and amount of vegetation that is available to wildlife as food and cover. They also affect the construction of water impoundments. The kind and abundance of wildlife depend largely on the amount and distribution of food, cover, and water. Wildlife habitat can be created or improved by planting appropriate vegetation, by maintaining the existing plant cover, or by promoting the natural establishment of desirable plants.

In Table 11, the soils in the survey area are rated according to their potential for providing habitat for various kinds of wildlife. This information can be used in planning parks, wildlife refuges, nature study areas, and other developments for wildlife; in selecting soils that are suitable for establishing, improving, or maintaining specific elements of wildlife habitat; and in determining the intensity of management needed for each element of the habitat.

The potential of the soil is rated good, fair, poor, or very poor. A rating of *good* indicates that the element or kind of habitat is easily established, improved, or maintained. Few or no limitations affect management,

and satisfactory results can be expected. A rating of *fair* indicates that the element or kind of habitat can be established, improved, or maintained in most places. Moderately intensive management is required for satisfactory results. A rating of *poor* indicates that limitations are severe for the designated element or kind of habitat. Habitat can be created, improved, or maintained in most places, but management is difficult and must be intensive. A rating of *very poor* indicates that restrictions for the element or kind of habitat are very severe and that unsatisfactory results can be expected. Creating, improving, or maintaining habitat is impractical or impossible.

The elements of wildlife habitat are described in the following paragraphs.

*Grain and seed crops* are domestic grains and seed-producing herbaceous plants. Soil properties and features that affect the growth of grain and seed crops are depth of the root zone, texture of the surface layer, available water capacity, wetness, slope, surface stoniness, and flooding. Soil temperature and soil moisture also are considerations. Examples of grain and seed crops are corn, wheat, oats, and barley.

*Grasses and legumes* are domestic perennial grasses and herbaceous legumes. Soil properties and features that affect the growth of grasses and legumes are depth of the root zone, texture of the surface layer, available water capacity, wetness, surface stoniness, flooding, and slope. Soil temperature and soil moisture also are considerations. Examples of grasses and legumes are fescue, orchardgrass, bromegrass, clover, and alfalfa.

*Wild herbaceous plants* are native or naturally established grasses and forbs, including weeds. Soil properties and features that affect the growth of these plants are depth of the root zone, texture of the surface layer, available water capacity, wetness, surface stoniness, and flooding. Soil temperature and soil moisture also are considerations. Examples of wild herbaceous plants are annual mustards, cheatgrass, arrowleaf balsamroot, wheatgrass, and annual sunflowers.

*Coniferous plants* furnish browse and seeds. Soil properties and features that affect the growth of coniferous trees, shrubs, and ground cover are depth of the root zone, available water capacity, and wetness. Examples of coniferous plants are pine, spruce, fir, cedar, and juniper.

*Shrubs* are bushy woody plants that produce fruit, buds, twigs, bark, and foliage. Soil properties and features that affect the growth of shrubs are depth of the root zone, available water capacity, salinity, and

soil moisture. Examples of shrubs are mountainmahogany, bitterbrush, snowberry, Wyoming big sagebrush, and Gambel oak.

*Wetland plants* are annual and perennial wild herbaceous plants that grow on moist or wet sites. Submerged or floating aquatic plants are excluded. Soil properties and features affecting wetland plants are texture of the surface layer, wetness, reaction, salinity, slope, and surface stoniness. Examples of wetland plants are smartweed, saltgrass, rushes, sedges, and reeds.

*Shallow water areas* have an average depth of less than 5 feet. Some are naturally wet areas. Others are created by dams, levees, or other water-control structures. Soil properties and features affecting shallow water areas are depth to bedrock, wetness, surface stoniness, slope, and permeability. Examples of shallow water areas are marshes, waterfowl feeding areas, and ponds.

Wildlife is among the most important resources of this survey area. The soils support habitat types that vary from sagebrush steppe to subalpine woodlands. Some game species inhabiting the area are elk, mule deer, pronghorn, black bear, Rocky Mountain bighorn sheep, two species of cottontail rabbit, blue grouse, mourning dove, Canada goose, mallard, and various other waterfowl species. Important predators in the area include mountain lion, coyote, badger, bobcat, gray fox, striped skunk, marten, mink, long-tailed weasel, raccoon, bald eagle, golden eagle, red-tailed hawk, American kestrel, ferruginous hawk, Cooper's hawk, sharp-shinned hawk, prairie falcon, great horned owl, and midget faded prairie rattlesnake.

Many non-game species also inhabit the survey area, such as several species of hummingbird, many species of native songbirds, white-tailed jackrabbit, raven, magpie, and turkey vultures. Rodents include beaver, muskrat, yellow bellied marmots, porcupine, Gunnison's prairie dog, several species of ground squirrel, chipmunk, and mice.

The Dolores River and San Miguel River, as well as many streams and lakes in the county, contain a variety of sport fish species, including rainbow trout, brook trout, brown trout, native cutthroat, and channel catfish.

The survey area has present or potential habitat for many state and federally classified threatened and/or endangered species, including Colorado river cutthroat, peregrine falcon, greater sandhill crane, and black-footed ferret.

The poential habitat for various kinds of wildlife is described in the following paragraphs.

*Habitat for openland wildlife* consists of cropland, pasture, meadows, and areas that are overgrown with grasses, herbs, shrubs, and vines. These areas produce grain and seed crops, grasses and legumes, and wild herbaceous plants. Wildlife attracted to these areas include pheasant, meadowlark, field sparrow, cottontail, red fox, horned lark, white-tailed jackrabbit, and coyote.

*Habitat for woodland wildlife* consists of areas of deciduous and/or coniferous plants and associated grasses, legumes, and wild herbaceous plants. Wildlife attracted to these areas include elk, blue grouse, woodcock, thrushes, woodpeckers, squirrels, gray fox, raccoon, mule deer, black bear, chickadees, juncos, marten, and snowshoe hare.

*Habitat for wetland wildlife* consists of open, marshy or swampy shallow water areas. Some of the wildlife attracted to such areas are ducks, geese, herons, shore birds, muskrat, mink, and beaver.

*Habitat for rangeland wildlife* consists of areas of shrubs and wild herbaceous plants. Wildlife attracted to rangeland include antelope, deer, sage grouse, meadowlark, horned lark, coyote, badger, bobcat, white-tailed jackrabbit, cottontail, and various birds of prey.



**Figure 18—A drop structure on Gypsiorthids, 3 to 25 percent slopes.**

## Engineering

This section provides information for planning land uses related to urban development and to water management (fig. 18). Soils are rated for various uses, and the most limiting features are identified. Ratings are given for building site development, sanitary facilities, construction materials, and water management. The ratings are based on observed performance of the

soils and on the estimated data and test data in the "Soil Properties" section.

*Information in this section is intended for land use planning, for evaluating land use alternatives, and for planning site investigations prior to design and construction. The information, however, has limitations. For example, estimates and other data generally apply only to that part of the soil between the surface and a depth of 5 to 7 feet. Because of the map scale, small areas of different soils may be included within the mapped areas of a specific soil.*

*The information is not site specific and does not eliminate the need for onsite investigation of the soils or for testing and analysis by personnel experienced in the design and construction of engineering works.*

Government ordinances and regulations that restrict certain land uses or impose specific design criteria were not considered in preparing the information in this section. Local ordinances and regulations should be considered in planning, in site selection, and in design.

Soil properties, site features, and observed performance were considered in determining the ratings in this section. During the fieldwork for this soil survey, determinations were made about particle-size distribution, liquid limit, plasticity index, soil reaction, depth to bedrock, hardness of bedrock within 5 to 7 feet of the surface, soil wetness, depth to a water table, ponding, slope, likelihood of flooding, natural soil structure aggregation, and soil density. Data were collected about kinds of clay minerals, mineralogy of the sand and silt fractions, and the kinds of adsorbed cations. Estimates were made for erodibility, permeability, corrosivity, shrink-swell potential,

available water capacity, and other behavioral characteristics affecting engineering uses.

This information can be used to evaluate the potential of areas for residential, commercial, industrial, and recreational uses; make preliminary estimates of construction conditions; evaluate alternative routes for roads, streets, highways, pipelines, and underground cables; evaluate alternative sites for sanitary landfills, septic tank absorption fields, and sewage lagoons; plan detailed onsite investigations of soils and geology; locate potential sources of gravel, sand, earthfill, and topsoil; plan drainage systems, irrigation systems (fig. 19), ponds, terraces, and other structures for soil and water conservation; and predict performance of proposed small structures and pavements by comparing the performance of existing similar structures on the same or similar soils.

The information in the tables, along with the soil maps, the soil descriptions, and other data provided in this survey, can be used to make additional interpretations.

Some of the terms used in this soil survey have a special meaning in soil science and are defined in the Glossary.

### Building Site Development

Soil properties influence the development of building sites, including the selection of the site, the design of the structure, construction, performance after construction, and maintenance. Tables 12A and 12B show the degree and kind of soil limitations that affect dwellings with and without basements, small commercial buildings, local roads and streets, shallow excavations, and lawns and landscaping.

The ratings in the tables are both verbal and numerical. Rating class terms indicate the extent to which the soils are limited by all of the soil features that affect building site development. *Not limited* indicates that the soil has features that are very favorable for the specified use. Good performance and very low maintenance can be expected. *Slightly limited* indicates that the soil has features that are favorable for the specified use. The limitations are minor and can be easily overcome. Good performance and low maintenance can be expected. *Somewhat limited* indicates that the soil has features that are moderately favorable for the specified use. The limitations can be overcome or minimized by special planning, design, or installation. Fair performance and moderate maintenance can be expected. *Very limited* indicates that the soil has one or more features that are unfavorable for the specified use. The limitations generally cannot be overcome without major soil reclamation, special design, or expensive installation



**Figure 19—An irrigation water diversion on the San Miguel River. Soils on side slopes are Rock outcrop-Orthents complex, 40 to 90 percent slopes.**

BLM_0060175

procedures. Poor performance and high maintenance can be expected.

Numerical ratings in the tables indicate the severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.00 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the use (1.00) and the point at which the soil feature is not a limitation (0.00).

*Dwellings* are single-family houses of three stories or less. For dwellings without basements, the foundation is assumed to consist of spread footings of reinforced concrete built on undisturbed soil at a depth of 2 feet or at the depth of maximum frost penetration, whichever is deeper. For dwellings with basements, the foundation is assumed to consist of spread footings of reinforced concrete built on undisturbed soil at a depth of about 7 feet. The ratings for dwellings are based on the soil properties that affect the capacity of the soil to support a load without movement and on the properties that affect excavation and construction costs. The properties that affect the load-supporting capacity include depth to a water table, ponding, flooding, subsidence, linear extensibility (shrink-swell potential), and compressibility. Compressibility is inferred from the Unified classification. The properties that affect the ease and amount of excavation include depth to a water table, ponding, flooding, slope, depth to bedrock or a cemented pan, hardness of bedrock or a cemented pan, and the amount and size of rock fragments.

*Small commercial buildings* are structures that are less than three stories high and do not have basements. The foundation is assumed to consist of spread footings of reinforced concrete built on undisturbed soil at a depth of 2 feet or at the depth of maximum frost penetration, whichever is deeper. The ratings are based on the soil properties that affect the capacity of the soil to support a load without movement and on the properties that affect excavation and construction costs. The properties that affect the load-supporting capacity include depth to a water table, ponding, flooding, subsidence, linear extensibility (shrink-swell potential), and compressibility (which is inferred from the Unified classification). The properties that affect the ease and amount of excavation include flooding, depth to a water table, ponding, slope, depth to bedrock or a cemented pan, hardness of bedrock or a cemented pan, and the amount and size of rock fragments.

*Local roads and streets* have an all-weather surface and carry automobile and light truck traffic all year.

They have a subgrade of cut or fill soil material; a base of gravel, crushed rock, or soil material stabilized by lime or cement; and a surface of flexible material (asphalt), rigid material (concrete), or gravel with a binder. The ratings are based on the soil properties that affect the ease of excavation and grading and the traffic-supporting capacity. The properties that affect the ease of excavation and grading are depth to bedrock or a cemented pan, hardness of bedrock or a cemented pan, depth to a water table, ponding, flooding, the amount of large stones, and slope. The properties that affect the traffic-supporting capacity are soil strength (as inferred from the AASHTO group index number), subsidence, linear extensibility (shrink-swell potential), the potential for frost action, depth to a water table, and ponding.

*Shallow excavations* are trenches or holes dug to a maximum depth of 5 or 6 feet for graves, utility lines, open ditches, or other purposes. The ratings are based on the soil properties that influence the ease of digging and the resistance to sloughing. Depth to bedrock or a cemented pan, hardness of bedrock or a cemented pan, the amount of large stones, and dense layers influence the ease of digging, filling, and compacting. Depth to the seasonal high water table, flooding, and ponding may restrict the period when excavations can be made. Slope influences the ease of using machinery. Soil texture, depth to the water table, and linear extensibility (shrink-swell potential) influence the resistance to sloughing.

*Lawns and landscaping* require soils on which turf and ornamental trees and shrubs can be established and maintained. Irrigation is not considered in the ratings. The ratings are based on the soil properties that affect plant growth and trafficability after vegetation is established. The properties that affect plant growth are reaction; depth to a water table; ponding; depth to bedrock or a cemented pan; the available water capacity in the upper 40 inches; the content of salts, sodium, or calcium carbonate; and sulfidic materials. The properties that affect trafficability are flooding, depth to a water table, ponding, slope, stoniness, and the amount of sand, clay, or organic matter in the surface layer.

**Sanitary Facilities**

Tables 13A and 13B show the degree and kind of soil limitations that affect septic tank absorption fields, sewage lagoons, sanitary landfills, and daily cover for landfill. The ratings are both verbal and numerical. Rating class terms indicate the extent to which the soils are limited by all of the soil features that affect these uses. *Not limited* indicates that the soil has

features that are very favorable for the specified use. Good performance and very low maintenance can be expected. *Slightly limited* indicates that the soil has features that are favorable for the specified use. The limitations are minor and can be easily overcome. Good performance and low maintenance can be expected. *Somewhat limited* indicates that the soil has features that are moderately favorable for the specified use. The limitations can be overcome or minimized by special planning, design, or installation. Fair performance and moderate maintenance can be expected. *Very limited* indicates that the soil has one or more features that are unfavorable for the specified use. The limitations generally cannot be overcome without major soil reclamation, special design, or expensive installation procedures. Poor performance and high maintenance can be expected.

Numerical ratings in the tables indicate the severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.00 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the use (1.00) and the point at which the soil feature is not a limitation (0.00).

*Septic tank absorption fields* are areas in which effluent from a septic tank is distributed into the soil through subsurface tiles or perforated pipe. Only that part of the soil between depths of 24 and 60 inches is evaluated. The ratings are based on the soil properties that affect absorption of the effluent, construction and maintenance of the system, and public health. Permeability, depth to a water table, ponding, depth to bedrock or a cemented pan, and flooding affect absorption of the effluent. Stones and boulders, ice, and bedrock or a cemented pan interfere with installation. Subsidence interferes with installation and maintenance. Excessive slope may cause lateral seepage and surfacing of the effluent in downslope areas.

Some soils are underlain by loose sand and gravel or fractured bedrock at a depth of less than 4 feet below the distribution lines. In these soils the absorption field may not adequately filter the effluent, particularly when the system is new. As a result, the ground water may become contaminated.

*Sewage lagoons* are shallow ponds constructed to hold sewage while aerobic bacteria decompose the solid and liquid wastes. Lagoons should have a nearly level floor surrounded by cut slopes or embankments of compacted soil. Nearly impervious soil material for the lagoon floor and sides is required to minimize seepage and contamination of ground water. Considered in the ratings are slope, permeability, depth to a water table, ponding, depth to bedrock or a

cemented pan, flooding, large stones, and content of organic matter.

Soil permeability is a critical property affecting the suitability for sewage lagoons. Most porous soils eventually become sealed when they are used as sites for sewage lagoons. Until sealing occurs, however, the hazard of pollution is severe. Soils that have a permeability rate of more than 2 inches per hour are too porous for the proper functioning of sewage lagoons. In these soils, seepage of the effluent can result in contamination of the ground water. Ground-water contamination is also a hazard if fractured bedrock is within a depth of 40 inches, if the water table is high enough to raise the level of sewage in the lagoon, or if floodwater overtops the lagoon.

A high content of organic matter is detrimental to proper functioning of the lagoon because it inhibits aerobic activity. Slope, bedrock, and cemented pans can cause construction problems, and large stones can hinder compaction of the lagoon floor. If the lagoon is to be uniformly deep throughout, the slope must be gentle enough and the soil material must be thick enough over bedrock or a cemented pan to make land smoothing practical.

A *trench sanitary landfill* is an area where solid waste is placed in successive layers in an excavated trench. The waste is spread, compacted, and covered daily with a thin layer of soil excavated at the site. When the trench is full, a final cover of soil material at least 2 feet thick is placed over the landfill. The ratings in the table are based on the soil properties that affect the risk of pollution, the ease of excavation, trafficability, and revegetation. These properties include permeability, depth to bedrock or a cemented pan, depth to a water table, ponding, slope, flooding, texture, stones and boulders, highly organic layers, soil reaction, and content of salts and sodium. Unless otherwise stated, the ratings apply only to that part of the soil within a depth of about 6 feet. For deeper trenches, onsite investigation may be needed.

Hard, nonrippable bedrock, creviced bedrock, or highly permeable strata in or directly below the proposed trench bottom can affect the ease of excavation and the hazard of ground-water pollution. Slope affects construction of the trenches and the movement of surface water around the landfill. It also affects the construction and performance of roads in areas of the landfill.

Soil texture and consistence affect the ease with which the trench is dug and the ease with which the soil can be used as daily or final cover. They determine the workability of the soil when dry and when wet. Soils that are plastic and sticky when wet are difficult

to excavate, grade, or compact and are difficult to place as a uniformly thick cover over a layer of refuse.

The soil material used as the final cover for a trench landfill should be suitable for plants. It should not have excess sodium or salts and should not be too acid. The surface layer generally has the best workability, the highest content of organic matter, and the best potential for plants. Material from the surface layer should be stockpiled for use as the final cover.

In an *area sanitary landfill*, solid waste is placed in successive layers on the surface of the soil. The waste is spread, compacted, and covered daily with a thin layer of soil from a source away from the site. A final cover of soil material at least 2 feet thick is placed over the completed landfill. The ratings in the table are based on the soil properties that affect trafficability and the risk of pollution. These properties include flooding, permeability, depth to a water table, ponding, slope, and depth to bedrock or a cemented pan.

Flooding is a serious problem because it can result in pollution in areas downstream from the landfill. If permeability is too rapid or if fractured bedrock, a fractured cemented pan, or the water table is close to the surface, the leachate can contaminate the water supply. Slope is a consideration because of the extra grading required to maintain roads in the steeper areas of the landfill. Also, leachate may flow along the surface of the soils in the steeper areas and cause difficult seepage problems.

*Daily cover for landfill* is the soil material that is used to cover compacted solid waste in an area sanitary landfill. The soil material is obtained offsite, transported to the landfill, and spread over the waste. The ratings in the table also apply to the final cover for a landfill. They are based on the soil properties that affect workability, the ease of digging, and the ease of moving and spreading the material over the refuse daily during wet and dry periods. These properties include soil texture, depth to a water table, ponding, rock fragments, slope, depth to bedrock or a cemented pan, reaction, and content of salts, sodium, or lime.

Loamy or silty soils that are free of large stones and excess gravel are the best cover for a landfill. Clayey soils may be sticky and difficult to spread; sandy soils are subject to wind erosion.

Slope affects the ease of excavation and of moving the cover material. Also, it can influence runoff, erosion, and reclamation of the borrow area.

After soil material has been removed, the soil material remaining in the borrow area must be thick enough over bedrock, a cemented pan, or the water table to permit revegetation. The soil material used as the final cover for a landfill should be suitable for plants. It should not have excess sodium, salts, or lime and should not be too acid.

**Construction Materials**

Tables 14A and 14B give information about the soils as potential sources of gravel, sand, topsoil, reclamation material, and roadfill. Normal compaction, minor processing, and other standard construction practices are assumed.

*Sand* and *gravel* are natural aggregates suitable for commercial use with a minimum of processing. They are used in many kinds of construction. Specifications for each use vary widely. In Table 14A, only the likelihood of finding material in suitable quantity is evaluated. The suitability of the material for specific purposes is not evaluated, nor are factors that affect excavation of the material. The properties used to evaluate the soil as a source of sand or gravel are gradation of grain sizes (as indicated by the Unified classification of the soil), the thickness of suitable material, and the content of rock fragments. If the bottom layer of the soil contains sand or gravel, the soil is considered a likely source regardless of thickness. The assumption is that the sand or gravel layer below the depth of observation exceeds the minimum thickness.

The soils are rated *good, fair,* or *poor* as potential sources of sand and gravel. A rating of *good* or *fair* means that the source material is likely to be in or below the soil. The bottom layer and the thickest layer of the soils are assigned numerical ratings. These ratings indicate the likelihood that the layer is a source of sand or gravel. The number 0.00 indicates that the layer is an unlikely source. A number between 0.00 and 1.00 indicates the degree to which the layer is a likely source.

The soils are rated *good, fair,* or *poor* as potential sources of topsoil, reclamation material, and roadfill. The features that limit the soils as sources of these materials are specified in the tables. The numerical ratings given after the specified features indicate the degree to which the features limit the soils as sources of topsoil, reclamation material, or roadfill. The lower the number, the greater the limitation.

*Topsoil* is used to cover an area so that vegetation can be established and maintained. The upper 40 inches of a soil is evaluated for use as topsoil. Also evaluated is the reclamation potential of the borrow area. The ratings are based on the soil properties that affect plant growth; the ease of excavating, loading, and spreading the material; and reclamation of the borrow area. Toxic substances, soil reaction, and the properties that are inferred from soil texture, such as

BLM_0060178

available water capacity and fertility, affect plant growth. The ease of excavating, loading, and spreading is affected by rock fragments, slope, depth to a water table, soil texture, and thickness of suitable material. Reclamation of the borrow area is affected by slope, depth to a water table, rock fragments, depth to bedrock or a cemented pan, and toxic material.

The surface layer of most soils is generally preferred for topsoil because of its organic matter content. Organic matter greatly increases the absorption and retention of moisture and nutrients for plant growth.

*Reclamation material* is used in areas that have been drastically disturbed by surface mining or similar activities. When these areas are reclaimed, layers of soil material or unconsolidated geological material, or both, are replaced in a vertical sequence. The reconstructed soil favors plant growth. The ratings in the table do not apply to quarries and other mined areas that require an offsite source of reconstruction material. The ratings are based on the soil properties that affect erosion and stability of the surface and the productive potential of the reconstructed soil. These properties include the content of sodium, salts, and calcium carbonate; reaction; available water capacity; erodibility; texture; content of rock fragments; and content of organic matter and other features that affect fertility.

*Roadfill* is soil material that is excavated in one place and used in road embankments in another place. In this table, the soils are rated as a source of roadfill for low embankments, generally less than 6 feet high and less exacting in design than higher embankments.

The ratings are for the whole soil, from the surface to a depth of about 5 feet. It is assumed that soil layers will be mixed when the soil material is excavated and spread.

The ratings are based on the amount of suitable material and on soil properties that affect the ease of excavation and the performance of the material after it is in place. The thickness of the suitable material is a major consideration. The ease of excavation is affected by large stones, depth to a water table, and slope. How well the soil performs in place after it has been compacted and drained is determined by its strength (as inferred from the AASHTO classification of the soil) and linear extensibility (shrink-swell potential).

**Water Management**

Table 15 gives information on the soil properties and site features that affect water management. The degree and kind of soil limitations are given for pond reservoir areas; embankments, dikes, and levees; and aquifer-fed excavated ponds. The limitations are considered *slight* if soil properties and site features are generally favorable for the indicated use and limitations are minor and are easily overcome; *moderate* if soil properties or site features are not favorable for the indicated use and special planning, design, or maintenance is needed to overcome or minimize the limitations; and *severe* if soil properties or site features are so unfavorable or so difficult to overcome that special design, significant increase in construction costs, and possibly increased maintenance are required.

This table also gives for each soil the restrictive features that affect drainage, irrigation, terraces and diversions, and grassed waterways.

*Pond reservoir areas* hold water behind a dam or embankment. Soils best suited to this use have low seepage potential in the upper 60 inches. The seepage potential is determined by the permeability of the soil and the depth to fractured bedrock or other permeable material. Excessive slope can affect the storage capacity of the reservoir area.

*Embankments, dikes, and levees* are raised structures of soil material, generally less than 20 feet high, constructed to impound water or to protect land against overflow. In this table, the soils are rated as a source of material for embankment fill. The ratings apply to the soil material below the surface layer to a depth of about 5 feet. It is assumed that soil layers will be uniformly mixed and compacted during construction.

The ratings do not indicate the ability of the natural soil to support an embankment. Soil properties to a depth even greater than the height of the embankment can affect performance and safety of the embankment. Generally, deeper onsite investigation is needed to determine these properties.

Soil material in embankments must be resistant to seepage, piping, and erosion and have favorable compaction characteristics. Unfavorable features include less than 5 feet of suitable material and a high content of stones or boulders, organic matter, or salts or sodium. A high water table affects the amount of usable material. It also affects trafficability.

*Aquifer-fed excavated ponds* are pits or dugouts that extend to a ground-water aquifer or to a depth below a permanent water table. Excluded are ponds that are fed only by surface runoff and embankment ponds that impound water 3 feet or more above the original surface. Excavated ponds are affected by depth to a permanent water table, permeability of the aquifer, and quality of the water as inferred from the salinity of the soil. Depth to bedrock and the content of large stones affect the ease of excavation.

BLM_0060179

118

*Drainage* is the removal of excess surface and subsurface water from the soil. How easily and effectively the soil is drained depends on the depth to bedrock, a cemented pan, or other layers that affect the rate of water movement; permeability; depth to a high water table or depth of standing water if the soil is subject to ponding; slope; susceptibility to flooding; subsidence of organic layers; and the potential for frost action. Excavating and grading and the stability of ditchbanks are affected by depth to bedrock or a cemented pan, large stones, slope, and the hazard of cutbanks caving. The productivity of the soil after drainage is adversely affected by extreme acidity or by toxic substances in the root zone, such as salts, sodium, and sulfur. Availability of drainage outlets is not considered in the ratings.

*Irrigation* is the controlled application of water to supplement rainfall and support plant growth. The design and management of an irrigation system are affected by depth to the water table, the need for drainage, flooding, available water capacity, intake rate, permeability, erosion hazard, and slope. The construction of a system is affected by large stones and depth to bedrock or a cemented pan. The performance of a system is affected by the depth of the root zone, the amount of salts or sodium, and soil reaction.

*Terraces and diversions* are embankments or a combination of channels and ridges constructed across a slope to control erosion and conserve moisture by intercepting runoff. Slope, wetness, large stones, and depth to bedrock or a cemented pan affect the construction of terraces and diversions. A restricted rooting depth, a severe hazard of wind erosion or water erosion, an excessively coarse texture, and restricted permeability adversely affect maintenance.

*Grassed waterways* are natural or constructed channels, generally broad and shallow, that conduct surface water to outlets at a nonerosive velocity. Large stones, wetness, slope, and depth to bedrock or a cemented pan affect the construction of grassed waterways. A hazard of wind erosion, low available water capacity, restricted rooting depth, toxic substances such as salts and sodium, and restricted permeability adversely affect the growth and maintenance of the grass after construction.

BLM_0060180

# Soil Properties

Data relating to soil properties are collected during the course of the soil survey.

Soil properties are ascertained by field examination of the soils and by laboratory index testing of some benchmark soils. Established standard procedures are followed. During the survey, many shallow borings are made and examined to identify and classify the soils and to delineate them on the soil maps. Samples are taken from some typical profiles and tested in the laboratory to determine particle-size distribution, plasticity, and compaction characteristics. These results are reported in Table 16.

Estimates of soil properties are based on field examinations, on laboratory tests of samples from the survey area, and on laboratory tests of samples of similar soils in nearby areas. Tests verify field observations, verify properties that cannot be estimated accurately by field observation, and help to characterize key soils.

The estimates of soil properties are shown in tables. They include engineering index properties, physical and chemical properties, and pertinent soil and water features.

## Engineering Index Properties

Table 16 gives the engineering classifications and the range of index properties for the layers of each soil in the survey area.

*Depth* to the upper and lower boundaries of each layer is indicated.

*Texture* is given in the standard terms used by the U.S. Department of Agriculture. These terms are defined according to percentages of sand, silt, and clay in the fraction of the soil that is less than 2 millimeters in diameter. "Loam," for example, is soil that is 7 to 27 percent clay, 28 to 50 percent silt, and less than 52 percent sand. If the content of particles coarser than sand is 15 percent or more, an appropriate modifier is added, for example, "gravelly." Textural terms are defined in the Glossary.

*Classification* of the soils is determined according to the Unified soil classification system (ASTM, 1998) and the system adopted by the American Association of State Highway and Transportation Officials (AASHTO, 1998).

The Unified system classifies soils according to properties that affect their use as construction material. Soils are classified according to particle-size distribution of the fraction less than 3 inches in diameter and according to plasticity index, liquid limit, and organic matter content. Sandy and gravelly soils are identified as GW, GP, GM, GC, SW, SP, SM, and SC; silty and clayey soils as ML, CL, OL, MH, CH, and OH; and highly organic soils as PT. Soils exhibiting engineering properties of two groups can have a dual classification, for example, CL-ML.

The AASHTO system classifies soils according to those properties that affect roadway construction and maintenance. In this system, the fraction of a mineral soil that is less than 3 inches in diameter is classified in one of seven groups from A-1 through A-7 on the basis of particle-size distribution, liquid limit, and plasticity index. Soils in group A-1 are coarse grained and low in content of fines (silt and clay). At the other extreme, soils in group A-7 are fine grained. Highly organic soils are classified in group A-8 on the basis of visual inspection.

*Rock fragments* larger than 10 inches in diameter and 3 to 10 inches in diameter are indicated as a percentage of the total soil on a dry-weight basis. The percentages are estimates determined mainly by converting volume percentage in the field to weight percentage.

*Percentage (of soil particles) passing designated sieves* is the percentage of the soil fraction less than 3 inches in diameter based on an ovendry weight. The sieves, numbers 4, 10, 40, and 200 (USA Standard Series), have openings of 4.76, 2.00, 0.420, and 0.074 millimeters, respectively. Estimates are based on laboratory tests of soils sampled in the survey area and in nearby areas and on estimates made in the field.

*Liquid limit* and *plasticity index* (Atterberg limits) indicate the plasticity characteristics of a soil. The estimates are based on test data from the survey area or from nearby areas and on field examination.

BLM_0060181

The estimates of particle-size distribution, liquid limit, and plasticity index are generally rounded to the nearest 5 percent. Thus, if the ranges of gradation and Atterberg limits extend a marginal amount (1 or 2 percentage points) across classification boundaries, the classification in the marginal zone is generally omitted in the table.

## Physical Properties

Table 17 shows estimates of some physical characteristics and features that affect soil behavior. These estimates are given for the layers of each soil in the survey area. The estimates are based on field observations and on test data for these and similar soils.

*Depth* to the upper and lower boundaries of each layer is indicated.

Particle size is the effective diameter of a soil particle as measured by sedimentation, sieving, or micrometric methods. Particle sizes are expressed as classes with specific effective diameter class limits. The broad classes are sand, silt, and clay, ranging from the larger to the smaller.

*Clay* as a soil separate consists of mineral soil particles that are less than 0.002 millimeter in diameter. In Table 17, the estimated clay content of each soil layer is given as a percentage, by weight, of the soil material that is less than 2 millimeters in diameter.

The content of sand, silt, and clay affects the physical behavior of a soil. Particle size is important for engineering and agronomic interpretations, for determination of soil hydrologic qualities, and for soil classification.

The amount and kind of clay affect the fertility and physical condition of the soil and the ability of the soil to adsorb cations and to retain moisture. They influence shrink-swell potential, permeability, plasticity, the ease of soil dispersion, and other soil properties. The amount and kind of clay in a soil also affect tillage and earthmoving operations.

*Moist bulk density* is the weight of soil (ovendry) per unit volume. Volume is measured when the soil is at field moisture capacity, that is, the moisture content at $1/3$- or $1/10$-bar (33kPa or 10kPa) moisture tension. Weight is determined after the soil is dried at 105 degrees C. In the table, the estimated moist bulk density of each soil horizon is expressed in grams per cubic centimeter of soil material that is less than 2 millimeters in diameter. Bulk density data are used to compute shrink-swell potential, available water capacity, total pore space, and other soil properties. The moist bulk density of a soil indicates the pore space available for water and roots. Depending on soil texture, a bulk density of more than 1.4 can restrict water storage and root penetration. Moist bulk density is influenced by texture, kind of clay, content of organic matter, and soil structure.

*Permeability ($K_{sat}$)* refers to the ability of a soil to transmit water or air. The term "permeability," as used in soil surveys, indicates saturated hydraulic conductivity ($K_{sat}$). The estimates in the table indicate the rate of water movement, in inches per hour, when the soil is saturated. They are based on soil characteristics observed in the field, particularly structure, porosity, and texture. Permeability is considered in the design of soil drainage systems and septic tank absorption fields.

*Available water capacity* refers to the quantity of water that the soil is capable of storing for use by plants. The capacity for water storage is given in inches of water per inch of soil for each soil layer. The capacity varies, depending on soil properties that affect retention of water. The most important properties are the content of organic matter, soil texture, bulk density, and soil structure. Available water capacity is an important factor in the choice of plants or crops to be grown and in the design and management of irrigation systems. Available water capacity is not an estimate of the quantity of water actually available to plants at any given time.

*Linear extensibility* refers to the change in length of an unconfined clod as moisture content is decreased from a moist to a dry state. It is an expression of the volume change between the water content of the clod at $1/3$- or $1/10$-bar tension (33kPa or 10kPa tension) and oven dryness. The volume change is reported in the table as percent change for the whole soil. Volume change is influenced by the amount and type of clay minerals in the soil.

Linear extensibility is used to determine the shrink-swell potential of soils. The shrink-swell potential is low if the soil has a linear extensibility of less than 3 percent; moderate if 3 to 6 percent; high if 6 to 9 percent; and very high if more than 9 percent. If the linear extensibility is more than 3, shrinking and swelling can cause damage to buildings, roads, and other structures and to plant roots. Special design commonly is needed.

*Organic matter* is the plant and animal residue in the soil at various stages of decomposition. In Table 17, the estimated content of organic matter is expressed as a percentage, by weight, of the soil material that is less than 2 millimeters in diameter.

The content of organic matter in a soil can be maintained by returning crop residue to the soil. Organic matter has a positive effect on available water

capacity, water infiltration, soil organism activity, and tilth. It is a source of nitrogen and other nutrients for crops and soil organisms.

*Erosion factors* are shown in Table 17 as the K factor (Kw and Kf) and the T factor. Erosion factor K indicates the susceptibility of a soil to sheet and rill erosion by water. Factor K is one of several factors used in the Universal Soil Loss Equation (USLE) and the Revised Universal Soil Loss Equation (RUSLE) to predict the average annual rate of soil loss by sheet and rill erosion in tons per acre per year. The estimates are based primarily on percentage of silt, sand, and organic matter and on soil structure and permeability. Values of K range from 0.02 to 0.69. Other factors being equal, the higher the value, the more susceptible the soil is to sheet and rill erosion by water.

*Erosion factor Kw* indicates the erodibility of the whole soil. The estimates are modified by the presence of rock fragments.

*Erosion factor Kf* indicates the erodibility of the fine-earth fraction, or the material less than 2 millimeters in size.

*Erosion factor T* is an estimate of the maximum average annual rate of soil erosion by wind or water that can occur without affecting crop productivity over a sustained period. The rate is in tons per acre per year.

*Wind erodibility groups* are made up of soils that have similar properties affecting their susceptibility to wind erosion in cultivated areas. The soils assigned to group 1 are the most susceptible to wind erosion, and those assigned to group 8 are the least susceptible. The groups are as follows:

1.   Coarse sands, sands, fine sands, and very fine sands.

2.   Loamy coarse sands, loamy sands, loamy fine sands, loamy very fine sands, ash material, and sapric soil material.

3.   Coarse sandy loams, sandy loams, fine sandy loams, and very fine sandy loams.

4L.   Calcareous loams, silt loams, clay loams, and silty clay loams.

4.   Clays, silty clays, noncalcareous clay loams, and silty clay loams that are more than 35 percent clay.

5.   Noncalcareous loams and silt loams that are less than 20 percent clay and sandy clay loams, sandy clays, and hemic soil material.

6.   Noncalcareous loams and silt loams that are more than 20 percent clay and noncalcareous clay loams that are less than 35 percent clay.

7.   Silts, noncalcareous silty clay loams that are less than 35 percent clay, and fibric soil material.

8.   Soils that are not subject to wind erosion because of coarse fragments on the surface or because of surface wetness.

*Wind erodibility index* is a numerical value indicating the susceptibility of soil to wind erosion, or the tons per acre per year that can be expected to be lost to wind erosion. There is a close correlation between wind erosion and the texture of the surface layer, the size and durability of surface clods, rock fragments, organic matter, and a calcareous reaction. Soil moisture and frozen soil layers also influence wind erosion.

## Chemical Properties

Table 18 shows estimates of some chemical characteristics and features that affect soil behavior. These estimates are given for the layers of each soil in the survey area. The estimates are based on field observations and on test data for these and similar soils.

*Depth* to the upper and lower boundaries of each layer is indicated.

*Cation-exchange capacity* is the total amount of extractable bases that can be held by the soil, expressed in terms of milliequivalents per 100 grams of soil at neutrality (pH 7.0) or at some other stated pH value. Soils having a low cation-exchange capacity hold fewer cations and may require more frequent applications of fertilizer than soils having a high cation-exchange capacity. The ability to retain cations reduces the hazard of ground-water pollution.

*Soil reaction* is a measure of acidity or alkalinity. The pH of each soil horizon is based on many field tests. For many soils, values have been verified by laboratory analyses. Soil reaction is important in selecting crops and other plants, in evaluating soil amendments for fertility and stabilization, and in determining the risk of corrosion.

*Calcium carbonate* equivalent is the percent of carbonates, by weight, in the fraction of the soil less than 2 millimeters in size. The availability of plant nutrients is influenced by the amount of carbonates in the soil. Incorporating nitrogen fertilizer into calcareous soils helps to prevent nitrite accumulation and ammonium-N volatilization.

*Gypsum* is expressed as a percent, by weight, of hydrated calcium sulfates in the fraction of the soil less than 20 millimeters in size. Gypsum is partially soluble in water. Soils that have a high content of gypsum may collapse if the gypsum is removed by percolating water.

*Salinity* is a measure of soluble salts in the soil at saturation. It is expressed as the electrical

BLM_0060183

conductivity of the saturation extract, in millimhos per centimeter at 25 degrees C. Estimates are based on field and laboratory measurements at representative sites of nonirrigated soils. The salinity of irrigated soils is affected by the quality of the irrigation water and by the frequency of water application. Hence, the salinity of soils in individual fields can differ greatly from the value given in the table. Salinity affects the suitability of a soil for crop production, the stability of soil if used as construction material, and the potential of the soil to corrode metal and concrete.

Sodium adsorption ratio (SAR) is a measure of the amount of sodium (Na) relative to calcium (Ca) and magnesium (Mg) in the water extract from saturated soil paste. It is the ratio of the Na concentration divided by the square root of one-half of the Ca + Mg concentration. Soils that have SAR values of 13 or more may be characterized by an increased dispersion of organic matter and clay particles, reduced permeability and aeration, and a general degradation of soil structure.

## Water Features

Table 19 gives estimates of various water features. The estimates are used in land use planning that involves engineering considerations.

Hydrologic soil groups are based on estimates of runoff potential. Soils are assigned to one of four groups according to the rate of water infiltration when the soils are not protected by vegetation, are thoroughly wet, and receive precipitation from long-duration storms.

The four hydrologic soil groups are:

Group A.   Soils having a high infiltration rate (low runoff potential) when thoroughly wet. These consist mainly of deep, well drained to excessively drained sands or gravelly sands. These soils have a high rate of water transmission.

Group B.   Soils having a moderate infiltration rate when thoroughly wet. These consist chiefly of moderately deep or deep, moderately well drained or well drained soils that have moderately fine texture to moderately coarse texture. These soils have a moderate rate of water transmission.

Group C.   Soils having a slow infiltration rate when thoroughly wet. These consist chiefly of soils having a layer that impedes the downward movement of water or soils of moderately fine texture or fine texture. These soils have a slow rate of water transmission.

Group D.   Soils having a very slow infiltration rate (high runoff potential) when thoroughly wet. These consist chiefly of clays that have a high shrink-swell potential, soils that have a high water table, soils that

have a claypan or clay layer at or near the surface, and soils that are shallow over nearly impervious material. These soils have a very slow rate of water transmission.

The months in the table indicate the portion of the year in which the feature is most likely to be a concern.

Water table refers to a saturated zone in the soil. Table 19 indicates, by month, depth to the top (upper limit) and base (lower limit) of the saturated zone in most years. Estimates of the upper and lower limits are based mainly on observations of the water table at selected sites and on evidence of a saturated zone, namely grayish colors or mottles (redoximorphic features) in the soil. A saturated zone that lasts for less than a month is not considered a water table.

Ponding is standing water in a closed depression. Unless a drainage system is installed, the water is removed only by percolation, transpiration, or evaporation. Table 19 indicates surface water depth and the duration and frequency of ponding. Duration is expressed as very brief if less than 2 days, brief if 2 to 7 days, long if 7 to 30 days, and very long if more than 30 days. Frequency is expressed as none, rare, occasional, and frequent. None means that ponding is not probable; rare that it is unlikely but possible under unusual weather conditions (the chance of ponding is nearly 0 percent to 5 percent in any year); occasional that it occurs, on the average, once or less in 2 years (the chance of ponding is 5 to 50 percent in any year); and frequent that it occurs, on the average, more than once in 2 years (the chance of ponding is more than 50 percent in any year).

Flooding is the temporary inundation of an area caused by overflowing streams, by runoff from adjacent slopes, or by tides. Water standing for short periods after rainfall or snowmelt is not considered flooding, and water standing in swamps and marshes is considered ponding rather than flooding.

Duration and frequency are estimated. Duration is expressed as extremely brief if 0.1 hour to 4 hours, very brief if 4 hours to 2 days, brief if 2 to 7 days, long if 7 to 30 days, and very long if more than 30 days. Frequency is expressed as none, very rare, rare, occasional, frequent, and very frequent. None means that flooding is not probable; very rare that it is very unlikely but possible under extremely unusual weather conditions (the chance of flooding is less than 1 percent in any year); rare that it is unlikely but possible under unusual weather conditions (the chance of flooding is 1 to 5 percent in any year); occasional that it occurs infrequently under normal weather conditions (the chance of flooding is 5 to 50 percent in any year); frequent that it is likely to occur often under

normal weather conditions (the chance of flooding is more than 50 percent in any year but is less than 50 percent in all months in any year); and *very frequent* that it is likely to occur very often under normal weather conditions (the chance of flooding is more than 50 percent in all months of any year).

The information is based on evidence in the soil profile, namely thin strata of gravel, sand, silt, or clay deposited by floodwater; irregular decrease in organic matter content with increasing depth; and little or no horizon development.

Also considered are local information about the extent and levels of flooding and the relation of each soil on the landscape to historic floods. Information on the extent of flooding based on soil data is less specific than that provided by detailed engineering surveys that delineate flood-prone areas at specific flood frequency levels.

## Soil Features

Table 20 gives estimates of various soil features. The estimates are used in land use planning that involves engineering considerations.

A *restrictive layer* is a nearly continuous layer that has one or more physical, chemical, or thermal properties that significantly impede the movement of water and air through the soil or that restrict roots or otherwise provide an unfavorable root environment. Examples are bedrock, cemented layers, dense layers, and frozen layers. The table indicates the thickness of the restrictive layer, which significantly affects the ease of excavation. *Depth to top* is the vertical distance from the soil surface to the upper boundary of the restrictive layer.

*Potential for frost action* is the likelihood of upward or lateral expansion of the soil caused by the formation of segregated ice lenses (frost heave) and the subsequent collapse of the soil and loss of strength on thawing. Frost action occurs when moisture moves into the freezing zone of the soil. Temperature, texture, density, permeability, content of organic matter, and depth to the water table are the most important factors considered in evaluating the potential for frost action. It is assumed that the soil is not insulated by vegetation or snow and is not artificially drained. Silty and highly structured, clayey soils that have a high water table in winter are the most susceptible to frost action. Well drained, very gravelly, or very sandy soils are the least susceptible. Frost heave and low soil strength during thawing cause damage to pavements and other rigid structures.

*Risk of corrosion* pertains to potential soil-induced electrochemical or chemical action that corrodes or weakens uncoated steel or concrete. The rate of corrosion of uncoated steel is related to such factors as soil moisture, particle-size distribution, acidity, and electrical conductivity of the soil. The rate of corrosion of concrete is based mainly on the sulfate and sodium content, texture, moisture content, and acidity of the soil. Special site examination and design may be needed if the combination of factors results in a severe hazard of corrosion. The steel or concrete in installations that intersect soil boundaries or soil layers is more susceptible to corrosion than the steel or concrete in installations that are entirely within one kind of soil or within one soil layer.

For uncoated steel, the risk of corrosion, expressed as *low, moderate,* or *high,* is based on soil drainage class, total acidity, electrical resistivity near field capacity, and electrical conductivity of the saturation extract.

For concrete, the risk of corrosion also is expressed as *low, moderate,* or *high.* It is based on soil texture, acidity, and amount of sulfates in the saturation extract.

BLM_0060185

BLM_0060186

# Classification of the Soils

The system of soil classification used by the National Cooperative Soil Survey has six categories (USDA, 1999). Beginning with the broadest, these categories are the order, suborder, great group, subgroup, family, and series. Classification is based on soil properties observed in the field or inferred from those observations or from laboratory measurements. In the San Miguel Area, soils were classified according to "Keys to Soil Taxonomy," second edition (USDA, 1985). Table 21 shows the classification of the soils in the survey area. The categories are defined in the following paragraphs.

ORDER.    Twelve soil orders are recognized. The differences among orders reflect the dominant soil-forming processes and the degree of soil formation. Each order is identified by a word ending in *sol.* An example is Aridisol.

SUBORDER.    Each order is divided into suborders primarily on the basis of properties that influence soil genesis and are important to plant growth or properties that reflect the most important variables within the orders. The last syllable in the name of a suborder indicates the order. An example is Orthid (*Orth,* meaning common horizonation, plus *id,* from Aridisol).

GREAT GROUP.    Each suborder is divided into great groups on the basis of close similarities in kind, arrangement, and degree of development of pedogenic horizons; soil moisture and temperature regimes; type of saturation; and base status. Each great group is identified by the name of a suborder and by a prefix that indicates a property of the soil. An example is Calciorthids (*Calci,* meaning accumulation of calcium carbonates, plus *orthid,* the suborder of the Aridisols that has a common sequence of horizons).

SUBGROUP.    Each great group has a typic subgroup. Other subgroups are intergrades or extragrades. The typic subgroup is the central concept of the great group; it is not necessarily the most extensive. Intergrades are transitions to other orders, suborders, or great groups. Extragrades have some properties that are not representative of the great group but do not indicate transitions to any other taxonomic class. Each subgroup is identified by one or more adjectives preceding the name of the great group. The adjective *Ustollic* identifies the subgroup

that is an intergrade to the Ustolls. An example is Ustollic Calciorthids.

FAMILY.    Families are established within a subgroup on the basis of physical and chemical properties and other characteristics that affect management. Generally, the properties are those of horizons below plow depth where there is much biological activity. Among the properties and characteristics considered are particle size, mineral content, soil temperature regime, soil depth, and reaction. A family name consists of the name of a subgroup preceded by terms that indicate soil properties. An example is fine-loamy, mixed, mesic Ustollic Calciorthids.

SERIES.    The series consists of soils within a family that have horizons similar in color, texture, structure, reaction, consistence, mineral and chemical composition, and arrangement in the profile.

## Soil Series and Their Morphology

In this section, each soil series recognized in the survey area is described. Characteristics of the soil and the material in which it formed are identified for each series. A pedon, a small three-dimensional area of soil, that is typical of the series in the survey area is described. The detailed description of each soil horizon follows standards in the "Soil Survey Manual" (USDA, 1993). Many of the technical terms used in the descriptions are defined in "Soil Taxonomy" (USDA, 1999) and in "Keys to Soil Taxonomy" (USDA, 1985). Unless otherwise indicated, colors in the descriptions are for dry soil. Following the pedon description is the range of important characteristics of the soils in the series.

### Abra Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* alluvial fan, terrace, valley floor
*Parent material:* alluvium derived from sandstone
*Elevation:* 5,500 to 6,800 feet

*Slope:* 1 to 12 percent

*Climatic data:*

    *Average annual precipitation:* 10 to 14 inches

    *Average annual temperature:* 47 to 49 degrees F.

    *Frost-free period:* 110 to 130 days

*Taxonomic class:* Fine-loamy, mixed, mesic Ustollic Calciorthids

### Typical Pedon

*Map unit in which located:* Abra loam, 1 to 3 percent slopes

*Location in survey area:* about 300 feet west and 1,200 feet north of the southeast corner of Sec. 17, T. 44 N., R. 15 W.

A—0 to 3 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/3) moist; moderate fine granular structure; soft, friable, slightly sticky and slightly plastic; slightly effervescent; moderately alkaline; clear smooth boundary.

Bw—3 to 8 inches; light reddish brown (5YR 6/4) loam, reddish brown (5YR 4/3) moist; weak medium subangular blocky structure parting to weak fine granular; soft, friable, slightly sticky and slightly plastic; strongly effervescent; moderately alkaline; clear smooth boundary.

Bk1—8 to 13 inches; pink (7.5YR 8/4) loam, pink (7.5YR 7/4) moist; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; 23 percent calcium carbonate equivalent; calcium carbonate disseminated throughout; strongly effervescent; moderately alkaline; clear smooth boundary.

Bk2—13 to 32 inches; pink (7.5YR 8/4) loam, pink (7.5YR 7/4) moist; massive; slightly hard, friable, slightly sticky and slightly plastic; 20 percent calcium carbonate equivalent; calcium carbonate disseminated throughout; strongly effervescent; moderately alkaline; clear wavy boundary.

Bky—32 to 60 inches; very pale brown (10YR 7/3) gravelly sandy loam, pale brown (10YR 6/3) moist; massive; slightly hard, friable, slightly sticky and slightly plastic; 10 percent calcium carbonate equivalent; strongly effervescent; calcium carbonate disseminated throughout; few lenses of gypsum crystals; 25 percent gravel, 5 percent cobbles; moderately alkaline.

### Range in Characteristics

Secondary calcium carbonate is at a depth of 8 to 23 inches. The particle-size control section is loam, sandy clay loam, gravelly sandy loam, or clay loam, and the clay content is 20 to 30 percent. The Bw horizon is absent in some pedons.

*A horizon:* The content of rock fragments is 0 to 10 percent. The hue is 5YR to 10YR.

*Bk horizons:* The content of rock fragments is 5 to 15 percent to a depth of about 30 inches, and 15 to 35 percent below this depth. Few to common gypsum crystals exist. The calcium carbonate equivalent is 10 to 40 percent, and decreases with depth. The hue is 7.5YR or 10YR.

## Ackmen Series

*Depth class:* very deep

*Drainage class:* well drained

*Permeability:* moderate

*Landform:* flood plain

*Parent material:* alluvium derived from eolian material

*Elevation:* 6,800 to 7,300 feet

*Slope:* 1 to 3 percent

*Climatic data:*

    *Average annual precipitation:* 13 to 15 inches

    *Average annual temperature:* 45 to 47 degrees F.

    *Frost-free period:* 100 to 120 days

*Taxonomic class:* Fine-silty, mixed, mesic Cumulic Haplustolls

### Typical Pedon

*Map unit in which located:* Ackmen silt loam, 1 to 3 percent slopes

*Location in survey area:* about 2,300 feet east and 500 feet north of the southwest corner of Sec. 19, T. 42 N., R. 19 W.

A—0 to 5 inches; reddish brown (5YR 4/3) silt loam, dark reddish brown (5YR 3/2) moist; moderate fine granular structure; slightly hard, very friable, slightly sticky and slightly plastic; neutral; clear smooth boundary.

AB—5 to 15 inches; reddish brown (5YR 5/3) silt loam, dark reddish brown (5YR 3/2) moist; moderate medium subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; slightly alkaline; clear smooth boundary.

Bw—15 to 41 inches; reddish brown (5YR 5/3) silt loam, dark reddish brown (5YR 3/3) moist; moderate fine subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; slightly alkaline; clear smooth boundary.

C—41 to 60 inches; reddish brown (5YR 5/3) loam, dark reddish brown (5YR 3/3) moist; massive; hard, very friable, slightly sticky and plastic; slightly alkaline.

### Range in Characteristics

The mollic epipedon is 40 to 60 inches thick.

*A horizon:* The hue is 7.5YR and 5YR. The reaction is neutral or slightly alkaline.

*AB, B, and C horizons:* The hue is 7.5YR or 5YR.

## Acree Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mesa, structural bench
*Parent material:* alluvium derived from sandstone and shale
*Elevation:* 7,400 to 8,500 feet
*Slope:* 1 to 12 percent
*Climatic data:*
    *Average annual precipitation:* 17 to 19 inches
    *Average annual temperature:* 41 to 45 degrees F.
    *Frost-free period:* 70 to 90 days

*Taxonomic class:* Fine, montmorillonitic Typic Argiborolls

### Typical Pedon

*Map unit in which located:* Acree loam, 1 to 6 percent slopes
*Location in survey area:* about 600 feet south and 600 feet east of the northwest corner of Sec. 13, T. 44 N., R. 13 W.

A1—0 to 4 inches; brown (7.5YR 4/2) loam, dark brown (7.5YR 3/2) moist; weak fine granular structure; soft, very friable, slightly sticky and slightly plastic; neutral; clear smooth boundary.

A2—4 to 8 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/3) moist; weak fine and medium granular structure; hard, friable, slightly sticky and slightly plastic; neutral; clear smooth boundary.

BA—8 to 12 inches; reddish brown (5YR 4/3) clay loam, dark reddish brown (5YR 3/3) moist; moderate medium subangular blocky structure; hard, friable, sticky and plastic; few thin clay films on faces of peds; neutral; clear smooth boundary.

Bt1—12 to 16 inches; reddish brown (5YR 5/4) clay, reddish brown (5YR 4/3) moist; moderate medium subangular and angular blocky structure; hard, friable, sticky and plastic; common thin clay films on faces of peds; neutral; clear wavy boundary.

Bt2—16 to 24 inches; reddish brown (5YR 5/4) clay, reddish brown (5YR 4/4) moist; weak medium prismatic structure parting to moderate medium angular and subangular blocky; hard, friable, sticky and plastic; many thick clay films on faces of peds; neutral; gradual smooth boundary.

Bt3—24 to 30 inches; reddish brown (5YR 5/4) clay,

reddish brown (5YR 4/4) moist; weak medium prismatic structure parting to moderate medium angular and subangular blocky; hard, friable, sticky and plastic; many thick clay films on faces of peds; neutral; clear wavy boundary.

Btk—30 to 39 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 5/4) moist; weak medium prismatic structure parting to weak medium subangular blocky; hard, friable, sticky and plastic; 2 percent calcium carbonate equivalent; common thin clay films on faces of peds; spots of calcium carbonate accumulation; slightly alkaline; gradual smooth boundary.

Bk1—39 to 50 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist; weak medium prismatic structure; hard, friable, sticky and plastic; 4 percent calcium carbonate equivalent; very few thin clay films on faces of peds; strongly effervescent; many fine seams and streaks of calcium carbonate; moderately alkaline; gradual smooth boundary.

Bk2—50 to 60 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist; massive; hard, friable, sticky and plastic; 8 percent calcium carbonate equivalent; very few thin clay films on faces of peds; violently effervescent, many fine seams and streaks of calcium carbonate; moderately alkaline.

### Range in Characteristics

The mollic epipedon ranges from 8 to 13 inches thick. Calcium carbonate is at a depth 13 to 40 inches. The content of rock fragments is 0 to 15 percent.

*A horizons:* The hue is 5YR to 10YR.

*Bt horizons:* The texture is clay loam or clay. The clay content is 35 to 42 percent. The reaction is neutral or slightly alkaline. The hue is 5YR or 7.5YR.

*Btk and Bk horizons:* The texture is loam or clay loam. The reaction is slightly alkaline or moderately alkaline. The calcium carbonate equivalent is 3 to 15 percent, and decreases with depth. The hue is 10YR to 5YR.

This soil was characterized by the National Soil Survey Laboratory; pedon number 83PO807 and soil survey sample number S83CO-113-002.

## Adel Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* hill, mesa, mountain slope, structural bench

*Parent material:* residuum weathered from interbedded sandstone and shale, till and residuum derived from shale and sandstone

*Elevation:* 8,500 to 10,500 feet

*Slope:* 1 to 50 percent

*Climatic data:*

*Average annual precipitation:* 22 to 30 inches

*Average annual temperature:* 35 to 37 degrees F.

*Frost-free period:* 40 to 60 days

*Taxonomic class:* Fine-loamy, mixed Pachic Cryoborolls

### Typical Pedon

*Map unit in which located:* Adel loam, 5 to 30 percent slopes

*Location in survey area:* about 1,150 feet north and 2,100 feet west of the southeast corner of Sec. 34, T. 46 N., R. 10 W.

A1—0 to 20 inches; very dark grayish brown (10YR 3/2) loam, black (10YR 2/1) moist; moderate very fine granular structure; slightly hard, very friable, slightly sticky and nonplastic; neutral; clear smooth boundary.

A2—20 to 30 inches; dark brown (10YR 3/3) loam, black (10YR 2/1) moist; moderate fine granular structure; slightly hard, very friable, slightly sticky and nonplastic; neutral; clear smooth boundary.

A3—30 to 50 inches; very dark grayish brown (10YR 3/2) loam, very dark brown (10YR 2/2) moist; moderate medium subangular blocky structure; very hard, friable, slightly sticky and slightly plastic; slightly alkaline; abrupt wavy boundary.

AC—50 to 60 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; massive; very hard, firm, slightly sticky and slightly plastic; slightly alkaline.

### Range in Characteristics

The mollic epipedon is 40 to 60 inches thick. The particle-size control section is 0 to 5 percent rock fragments.

*AC horizon:* The reaction is neutral or slightly alkaline.

## Aquolls

*Depth class:* very deep

*Drainage class:* very poorly or poorly drained

*Permeability:* slow

*Landform:* flood plain, slough

*Parent material:* alluvium from mixed sources

*Elevation:* 5,500 to 6,800 feet

*Slope:* 0 to 3 percent

*Climatic data:*

*Average annual precipitation:* 10 to 16 inches

*Average annual temperature:* 47 to 49 degrees F.

*Frost-free period:* 90 to 130 days

*Taxonomic class:* Aquolls

### Reference Pedon

*Map unit in which located:* Aquolls, 0 to 3 percent slopes

*Location in survey area:* about 1,900 feet west and 699 feet south of the northeast corner of Sec. 16, T. 44 N., R. 15 W.

Oi—1 inch to 0 inches; slightly decayed roots and stems.

A1—0 to 3 inches; gray (10YR 5/1) clay loam, very dark gray (10YR 3/1) moist; massive; hard, friable, slightly sticky and plastic; strongly effervescent; slightly alkaline; clear smooth boundary.

A2—3 to 13 inches; brown (7.5YR 5/2) clay loam, dark brown (7.5YR 3/2) moist; massive; hard, friable, sticky and plastic; slightly effervescent; slightly alkaline; clear wavy boundary.

Cg1—13 to 21 inches; reddish brown (5YR 5/3) clay loam, reddish brown (5YR 4/3) moist; common fine prominent gray (10YR 5/1) moist, iron depletions; massive; hard, friable, sticky and plastic; slightly effervescent; slightly alkaline; clear wavy boundary.

Cg2—21 to 33 inches; light brown (7.5YR 6/4) clay loam, brown (7.5YR 5/2) moist; common fine prominent gray (10YR 5/1) moist, iron depletions; massive; hard, friable, slightly sticky and plastic; strongly effervescent; slightly alkaline; clear wavy boundary.

Cg3—33 to 38 inches; very pale brown (10YR 7/3) clay loam, gray (10YR 6/1) moist; few fine distinct yellowish brown (10YR 5/4) and very pale brown (10YR 8/3) moist, masses of iron accumulation; massive; hard, friable, sticky and plastic; violently effervescent; moderately alkaline; clear wavy boundary.

Cg4—38 to 60 inches; white (10YR 7/2) sandy clay loam, gray (10YR 6/1) moist; few fine distinct very pale brown (10YR 8/3) moist, masses of iron accumulation; massive; hard, friable, slightly sticky and slightly plastic; violently effervescent; moderately alkaline.

### Range in Characteristics

The water table ranges between depths of 6 to 50 inches throughout the year.

BLM_0060190

San Miguel Area, Colorado

129

The particle-size control section is 0 to 15 percent rock fragments.

Most pedons are continuously saturated with water within 40 inches of the soil surface for 90 days or more in most years. Some pedons have an irregular decrease in organic-carbon content with increasing depth.

*A and Cg horizons:* The hue is 2.5Y, 10YR, 7.5YR, or 5YR. The texture is clay loam and sandy clay loam.

## Baird Hollow Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mountain slope
*Parent material:* colluvium and residuum from sandstone and shale
*Elevation:* 8,800 to 10,000 feet
*Slope:* 5 to 40 percent
*Climatic data:*
    *Average annual precipitation:* 24 to 26 inches
    *Average annual temperature:* 35 to 37 degrees F.
    *Frost-free period:* 40 to 60 days

*Taxonomic class:* Clayey-skeletal, montmorillonitic Cryic Paleborolls

### Typical Pedon

*Map unit in which located:* Baird Hollow-Nordicol-Ryman complex, 5 to 40 percent slopes
*Location in survey area:* about 2,250 feet east and 1,800 feet south of the northwest corner of Sec. 16, T. 42 N., R. 13 W.

Oe—2 inches to 0; moderately decomposed aspen leaves and twigs.
A—0 to 14 inches; dark grayish brown (10YR 4/2) stony loam, very dark gray (10YR 3/1) moist; moderate fine and medium granular structure; slightly hard, very friable, slightly sticky and slightly plastic; 10 percent stones, 10 percent cobbles, and 5 percent gravel; moderately acid; clear smooth boundary.
E1—14 to 22 inches; pale brown (10YR 6/3) very cobbly sandy clay loam, brown (10YR 5/3) moist; weak fine granular structure; hard, very friable, slightly sticky and slightly plastic; 10 percent stones, 15 percent cobbles, and 15 percent gravel; neutral; clear smooth boundary.
E2—22 to 28 inches; very pale brown (10YR 7/3) very stony clay loam, brown (10YR 5/3) moist; weak and moderate fine and medium subangular blocky structure; very hard, friable, slightly sticky and slightly plastic; 20 percent stones, 20 percent

cobbles, and 10 percent gravel; neutral; gradual irregular boundary.
B/E—28 to 40 inches; 60 percent B and 40 percent E; light gray (10YR 7/2) very stony clay loam, yellowish brown (10YR 5/4) moist; weak and moderate fine and medium subangular blocky structure; very hard, firm, slightly sticky and slightly plastic; 15 percent stones, 20 percent cobbles, and 10 percent gravel; neutral; gradual wavy boundary.
Bt—40 to 44 inches; grayish brown (10YR 5/2) very stony clay, yellowish brown (10YR 5/4) moist; moderate fine and medium subangular blocky structure; very hard, firm, sticky and plastic; 15 percent stones, 20 percent cobbles, and 10 percent gravel; neutral; clear wavy boundary.
2C—44 to 60 inches; light gray (2.5Y 7/2) gravelly clay, light yellowish brown (2.5Y 6/4) moist; massive; very hard, firm, sticky and plastic; 5 percent stones, 5 percent cobbles, and 10 percent gravel; neutral.

### Range in Characteristics

The solum is 44 to 60 or more inches thick. The particle-size control section is 35 to 50 percent rock fragments.

*A horizon:* The reaction is neutral to moderately acid.

*Bt horizon:* The clay content is 35 to 45 percent. The content of rock fragments is 35 to 50 percent.

## Barkelew Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* mesa
*Parent material:* till and colluvium from mixed sources
*Elevation:* 7,000 to 8,200 feet
*Slope:* 5 to 40 percent
*Climatic data:*
    *Average annual precipitation:* 13 to 15 inches
    *Average annual temperature:* 43 to 45 degrees F.
    *Frost-free period:* 90 to 110 days

*Taxonomic class:* Loamy-skeletal, mixed Borollic Calciorthids

### Typical Pedon

*Map unit in which located:* Barkelew-Emmons complex, 5 to 40 percent slopes
*Location in survey area:* about 2,000 feet south and 2,650 feet west of the northeast corner of Sec. 12, T. 43 N., R. 15 W.

A—0 to 2 inches, dark grayish brown (10YR 4/2) very cobbly clay loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; slightly hard, very friable, sticky and plastic; 15 percent gravel, 20 percent cobbles, 10 percent stones; slightly effervescent; slightly alkaline; clear smooth boundary.

Bw—2 to 10 inches; dark yellowish brown (10YR 4/4) cobbly clay loam, brown (10YR 4/3) moist; moderate medium subangular blocky structure; slightly hard, very friable, sticky and plastic; 15 percent gravel, 10 percent cobbles; slightly effervescent; slightly alkaline; clear smooth boundary.

Bk1—10 to 22 inches; white (10YR 8/1) extremely stony clay loam, pale brown (10YR 6/3) moist; massive; hard, friable, sticky and slightly plastic; 20 percent gravel, 25 percent cobbles, 20 percent stones; calcium carbonate disseminated throughout; 19 percent calcium carbonate equivalent; violently effervescent; moderately alkaline; clear wavy boundary.

Bk2—22 to 60 inches; white (10YR 8/1) extremely stony loam, pale brown (10YR 6/3) moist; massive; hard, friable, sticky and slightly plastic; 20 percent gravel, 25 percent cobbles, and 20 percent stones; calcium carbonate disseminated throughout; 23 percent calcium carbonate equivalent; violently effervescent; moderately alkaline.

### Range in Characteristics

*A horizon:* The hue is 2.5Y or 10YR.
*Bw and Bk horizons:* The clay content is 25 to 35 percent. The hue is 2.5Y or 10YR.

## Barx Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* mesa, terrace
*Parent material:* alluvium derived from sandstone
*Elevation:* 5,000 to 7,200 feet
*Slope:* 1 to 12 percent
*Climatic data:*
   *Average annual precipitation:* 10 to 14 inches
   *Average annual temperature:* 46 to 48 degrees F.
   *Frost-free period:* 100 to 130 days

*Taxonomic class:* Fine-loamy, mixed, mesic Ustollic Haplargids

### Typical Pedon

*Map unit in which located:* Barx fine sandy loam, 1 to 3 percent slopes
*Location in survey area:* about 900 feet north and 400 feet west of the southeast corner of Sec. 27, T. 45 N., R 17 W.

A1—0 to 2 inches; brown (7.5YR 4/4) fine sandy loam, dark brown (7.5YR 3/4) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; slightly alkaline; clear smooth boundary.

A2—2 to 5 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/3) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; slightly alkaline; clear smooth boundary.

Bt1—5 to 11 inches; yellowish red (5YR 5/6) sandy clay loam, reddish brown (5YR 4/3) moist; moderate fine subangular blocky structure parting to moderate fine granular; hard, very friable, sticky and plastic; slightly alkaline; clear smooth boundary.

Bt2—11 to 15 inches; yellowish red (5YR 5/6) sandy clay loam, reddish brown (5YR 4/3) moist; strong medium subangular blocky structure; very hard, friable, sticky and plastic; slightly alkaline; clear smooth boundary.

Btk—15 to 23 inches; light reddish brown (5YR 6/3) sandy clay loam, reddish brown (5YR 5/4) moist; moderate medium subangular blocky structure; extremely hard, firm, sticky and plastic; 17 percent calcium carbonate equivalent; calcium carbonate segregated in many irregularly shaped medium sized concretions; strongly effervescent; moderately alkaline; clear smooth boundary.

Bk1—23 to 31 inches; pinkish white (7.5YR 8/2) loam, light brown (7.5YR 6/4) moist; massive; extremely hard, firm, sticky and plastic; 37 percent calcium carbonate equivalent; calcium carbonate segregated in many irregularly shaped medium sized concretions; violently effervescent; moderately alkaline; clear smooth boundary.

Bk2—31 to 38 inches; pinkish white (7.5YR 8/2) loam, light brown (7.5YR 6/4) moist; massive; very hard, friable, slightly sticky and slightly plastic; 44 percent calcium carbonate equivalent; calcium carbonate disseminated throughout; violently effervescent; moderately alkaline; clear smooth boundary.

C1—38 to 51 inches; very pale brown (5YR 8/3) loam, very pale brown (5YR 7/3) moist; massive; hard,

BLM_0060192

friable, slightly sticky and slightly plastic; 34 percent calcium carbonate equivalent; calcium carbonate disseminated throughout; violently effervescent; moderately alkaline; clear wavy boundary.

C2—51 to 60 inches; pink (5YR 7/4) loam, light reddish brown (5YR 6/4) moist; massive; hard, friable, slightly sticky and slightly plastic; 25 percent calcium carbonate equivalent; calcium carbonate disseminated throughout; strongly effervescent; moderately alkaline; clear wavy boundary.

C3—60 to 74 inches; pink (7.5YR 7/4) loam, light brown (7.5YR 6/4) moist; massive; hard, friable, slightly sticky and slightly plastic; 17 percent calcium carbonate equivalent; calcium carbonate disseminated throughout; strongly effervescent; moderately alkaline.

**Range in Characteristics**

The solum is 20 to 32 inches thick. The depth to secondary calcium carbonate is 12 to 19 inches.

*A horizons:* The hue is 5YR or 7.5YR.

*B horizons:* The texture is loam, clay loam, or sandy clay loam. The clay content is 20 to 34 percent. The hue is 2.5YR to 7.5YR.

*C horizons:* The texture is loam or sandy clay loam. The hue is 2.5YR to 7.5YR. The calcium carbonate equivalent is 15 to 45 percent, and decreases with depth.

This soil was characterized by the National Soil Survey Laboratory; pedon number 80P375 and soil survey sample number S80CO-113-001.

## Begay Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* terrace
*Parent material:* alluvium derived from sandstone
*Elevation:* 4,900 to 6,200 feet
*Slope:* 1 to 6 percent
*Climatic data:*
　*Average annual precipitation:* 9 to 12 inches
　*Average annual temperature:* 47 to 49 degrees F.
　*Frost-free period:* 120 to 140 days

*Taxonomic class:* Coarse-loamy, mixed, mesic Ustollic Camborthids

**Typical Pedon**

*Map unit in which located:* Begay fine sandy loam, 1 to 6 percent slopes

*Location in survey area:* about 200 feet east of the northwest corner of Sec. 25, T. 47 N., R. 18 W.

A—0 to 3 inches; red (2.5YR 5/6) fine sandy loam, reddish brown (2.5YR 4/4) moist; weak fine granular structure; soft, very friable; strongly effervescent; slightly alkaline; clear smooth boundary.

Bw—3 to 12 inches; red (2.5YR 5/6) fine sandy loam, reddish brown (2.5YR 4/4) moist; moderate medium subangular blocky structure; slightly hard, very friable; strongly effervescent; slightly alkaline; clear smooth boundary.

Bk—12 to 60 inches; red (2.5YR 5/6) fine sandy loam, reddish brown (2.5YR 4/4) moist; massive; slightly hard, very friable; few fine irregular soft masses of lime; violently effervescent; slightly alkaline.

**Range in Characteristics**

The content of rock fragments is 0 to 10 percent, and fragments are predominantly gravel-sized. The hue is 2.5YR or 5YR.

*Bw horizon:* The texture is fine sandy loam, very fine sandy loam, or sandy loam. The clay content is 14 to 18 percent.

*Bk horizon:* The texture is fine sandy loam, sandy loam, or very fine sandy loam. A small amount of visible calcium carbonate is present. The calcium carbonate equivalent is 5 to 10 percent.

## Beje Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* slow
*Landform:* mesa
*Parent material:* residuum weathered from sandstone
*Elevation:* 6,800 to 9,700 feet
*Slope:* 3 to 25 percent
*Climatic data:*
　*Average annual precipitation:* 15 to 17 inches
　*Average annual temperature:* 41 to 45 degrees F.
　*Frost-free period:* 70 to 110 days

*Taxonomic class:* Loamy, mixed Lithic Argiborolls

**Typical Pedon**

*Map unit in which located:* Beje fine sandy loam, 3 to 25 percent slopes

*Location in survey area:* about 400 feet east and 1,800 feet north of the southwest corner of Sec. 13, T. 48 N., R. 19 W.

A—0 to 5 inches; reddish brown (5YR 4/3) fine sandy loam, dark reddish brown (5YR 3/3) moist; weak

fine granular structure; soft, very friable, nonsticky and slightly plastic; neutral; clear smooth boundary.
BA—5 to 9 inches; reddish brown (5YR 4/4) sandy loam, reddish brown (5YR 4/3) moist; moderate medium subangular blocky structure; slightly hard, very friable; neutral; clear smooth boundary.
Bt—9 to 14 inches; reddish brown (5YR 5/4) sandy clay loam, reddish brown (5YR 4/3) moist; moderate medium subangular blocky structure; hard, friable, sticky and plastic; calcium carbonate disseminated throughout; strongly effervescent; slightly alkaline; abrupt smooth boundary.
R—14 inches; hard, red sandstone.

### Range in Characteristics

Bedrock is at a depth of 10 to 20 inches. The depth to secondary calcium carbonate is 8 to 13 inches. The reaction is neutral or slightly alkaline. The mollic epipedon is 5 to 7 inches thick. The content of rock fragments is 0 to 15 percent. The hue is 7.5YR to 5YR.

*Bt horizon:* The texture is clay loam or sandy clay loam.

## Billings Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* terrace, valley floor
*Parent material:* alluvium derived from shale
*Elevation:* 5,500 to 7,200 feet
*Slope:* 1 to 4 percent
*Climatic data:*
  *Average annual precipitation:* 8 to 11 inches
  *Average annual temperature:* 47 to 51 degrees F.
  *Frost-free period:* 110 to 150 days

*Taxonomic class:* Fine-silty, mixed (calcareous), mesic Typic Torrifluvents

### Typical Pedon

*Map unit in which located:* Billings silt loam, 1 to 4 percent slopes
*Location in survey area:* about 1,700 feet north and 10 feet east of the southwest corner of Sec. 8, T. 43 N., R. 17 W.

A—0 to 2 inches; light brownish gray (2.5Y 6/2) silt loam, dark grayish brown (2.5Y 4/2) moist; moderate medium granular and moderate medium platy structure; slightly hard, very friable, slightly sticky and slightly plastic; few fine distinct gypsum threads and nodules; strongly effervescent; strongly alkaline; abrupt smooth boundary.

AC—2 to 13 inches; grayish brown (2.5Y 5/2) silt loam, dark grayish brown (2.5Y 4/2) moist; weak medium subangular blocky and weak medium platy structure; hard, very friable, slightly sticky and slightly plastic; few fine distinct gypsum threads and nodules; strongly effervescent; strongly alkaline; gradual wavy boundary.
C1—13 to 21 inches; light brownish gray (2.5Y 6/2) silt loam, dark grayish brown (2.5Y 4/2) moist; massive; hard, very friable, sticky and plastic; few fine distinct gypsum threads and nodules; strongly effervescent; moderately alkaline; gradual wavy boundary.
C2—21 to 45 inches; light brownish gray (2.5Y 6/2) silty clay loam, dark grayish brown (2.5Y 4/2) moist; massive; hard, very friable, sticky and plastic; few fine distinct gypsum threads and nodules; strongly effervescent; moderately alkaline; gradual wavy boundary.
C3—45 to 60 inches; grayish brown (2.5Y 5/2) silty clay loam, dark grayish brown (2.5Y 4/2) moist; massive; hard, very friable, sticky and plastic; few fine prominent yellowish brown (10YR 5/4) moist, masses of iron accumulation; strongly effervescent; strongly alkaline.

### Range in Characteristics

The hue is 2.5Y to 5Y. The reaction is moderately alkaline or strongly alkaline. The AC horizon is absent in some pedons.

*C horizons:* The texture is silt loam or silty clay loam. The clay content is 20 to 35 percent. Few to common gypsum crystals may occur throughout.

## Bodot Series

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* alluvial fan, hill, landslide, ridge, structural bench, terrace
*Parent material:* residuum weathered from shale
*Elevation:* 5,400 to 7,500 feet
*Slope:* 3 to 50 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 15 inches
  *Average annual temperature:* 45 to 48 degrees F.
  *Frost-free period:* 90 to 130 days

*Taxonomic class:* Fine, montmorillonitic (calcareous), mesic Ustic Torriorthents

### Typical Pedon

*Map unit in which located:* Bodot silty clay loam, dry, 3 to 12 percent slopes

*Location in survey area:* about 1,800 feet south and 1,700 feet east of the northwest corner of Sec. 21, T. 44 N., R. 16 W.

A—0 to 3 inches; pale brown (10YR 6/3) silty clay loam, brown (10YR 5/3) moist; moderate fine granular structure; slightly hard, very friable, slightly sticky and plastic; strongly effervescent; slightly alkaline; clear smooth boundary.
AC—3 to 18 inches; grayish brown (2.5Y 5/2) silty clay, dark grayish brown (2.5Y 4/2) moist: weak coarse subangular blocky structure; hard, friable, slightly sticky and plastic; slightly effervescent; moderately alkaline; clear wavy boundary.
C—18 to 38 inches; grayish brown (2.5Y 5/2) silty clay loam, dark grayish brown (2.5Y 4/2) moist; massive; hard, friable, slightly sticky and plastic; calcium carbonate is segregated in many irregularly shaped medium sized threads and soft masses; 25 percent shale fragments; slightly effervescent; moderately alkaline; diffuse wavy boundary.
Cr—38 inches; fractured, noncalcareous gray shale.

### Range in Characteristics

A paralithic contact is at a depth of 20 to 40 inches. The particle-size control section is 0 to 30 percent rock fragments, and the clay content is 35 to 50 percent.

*A horizon:* The hue is 2.5Y, 10YR, or 7.5YR. The texture is clay loam, silty clay loam, and very bouldery clay loam. The reaction is slightly alkaline or moderately alkaline.

*AC horizon:* The hue is 2.5Y and 10YR. The AC horizon is absent in some pedons. The reaction is slightly alkaline or moderately alkaline.

*C horizon:* The texture is silty clay loam, cobbly silty clay, and silty clay. The clay content is 28 to 50 percent. The reaction is moderately alkaline or strongly alkaline.

This soil was characterized by the National Soil Survey Laboratory; pedon number 80P374 and soil survey sample number S80CO-085-002. The location of this site (in an area of Bodot, dry-Ustic Torriorthents complex, 5 to 50 percent slopes) is about 1,800 feet west and 300 feet south of the northeast corner of Sec. 8, T. 47 N., R. 17 W.

## Bond Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* slow
*Landform:* escarpment, mesa, ridge, structural bench

*Parent material:* residuum weathered from sandstone
*Elevation:* 5,500 to 7,400 feet
*Slope:* 1 to 50 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 15 inches
  *Average annual temperature:* 45 to 50 degrees F.
  *Frost-free period:* 100 to 130 days

*Taxonomic class:* Loamy, mixed, mesic Lithic Ustollic Haplargids

### Typical Pedon

*Map unit in which located:* Gladel-Bond-Rock outcrop complex, 1 to 50 percent slopes
*Location in survey area:* about 1,000 feet west and 700 feet north of the southeast corner of Sec. 16, T. 48 N., R. 18 W.

A—0 to 3 inches; light reddish brown (5YR 6/4) fine sandy loam, dark reddish brown (5YR 3/4) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; neutral; abrupt smooth boundary.
Bt1—3 to 9 inches; reddish brown (5YR 4/3) sandy clay loam, dark reddish brown (5YR 3/4) moist; moderate coarse subangular blocky structure; hard, friable, sticky and plastic; neutral; abrupt wavy boundary.
Bt2—9 to 13 inches; reddish brown (5YR 5/3) clay loam, yellowish red (5YR 4/6) moist; moderate coarse subangular blocky structure; hard, friable, sticky and plastic; neutral; clear smooth boundary.
Bt3—13 to 16 inches; reddish brown (5YR 5/3) sandy clay loam, yellowish red (5YR 4/6) moist; massive; hard, friable, sticky and plastic; strongly effervescent; calcium carbonate disseminated throughout; slightly alkaline; abrupt smooth boundary.
R—16 inches; hard sandstone.

### Range in Characteristics

Bedrock is at a depth of 10 to 20 inches. The content of rock fragments is 0 to 10 percent. The reaction is neutral to moderately alkaline. The particle-size control section is clay loam or sandy clay loam, and the clay content is 20 to 35 percent.

## Borolls

*Depth class:* shallow to very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* canyon, mesa
*Parent material:* colluvium and residuum from sandstone and shale

*Elevation:* 6,600 to 9,200 feet
*Slope:* 40 to 90 percent
*Climatic data:*
  *Average annual precipitation:* 15 to 22 inches
  *Average annual temperature:* 38 to 42 degrees F.
  *Frost-free period:* 65 to 110 days

*Taxonomic class:* Borolls

### Reference Pedon

*Map unit in which located:* Borolls-Rock outcrop complex, 40 to 90 percent slopes
*Location in survey area:* about 2,700 feet north and 250 feet west of the southeast corner of Sec. 14, T. 44 N., R. 12 W.

A—0 to 10 inches, dark grayish brown (10YR 4/2) stony loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; 5 percent gravel, 10 percent cobbles, and 10 percent stones; slightly alkaline; clear wavy boundary.
BA—10 to 13 inches; brown (7.5YR 5/4) stony sandy clay loam, brown (7.5YR 4/2) moist; weak fine subangular blocky structure parting to moderate medium granular; slightly hard, friable, slightly sticky and slightly plastic; 10 percent gravel, 10 percent cobbles, and 10 percent stones; slightly alkaline; gradual wavy boundary.
Bt—13 to 21 inches; light brown (7.5YR 6/4) very cobbly clay loam, brown (7.5YR 4/2) moist; moderate fine subangular blocky structure; hard, firm, sticky and plastic; 20 percent gravel, 15 percent cobbles, 10 percent stones; slightly alkaline; gradual wavy boundary.
Btk—21 to 35 inches; brown (7.5YR 5/4) very cobbly clay, brown (7.5YR 4/2) moist; strong fine and medium angular blocky structure; hard, friable, sticky and plastic; calcium carbonate disseminated throughout; 20 percent gravel, 20 percent cobbles, 10 percent stones; slightly effervescent; moderately alkaline; diffuse wavy boundary.
Bk—35 to 60 inches; brown (7.5YR 5/4) very stony clay, brown (7.5YR 4/2) moist; moderate medium angular blocky structure; very hard, firm, sticky and plastic; calcium carbonate disseminated throughout; 25 percent gravel, 15 percent cobbles, 15 percent stones; slightly effervescent; moderately alkaline.

Bedrock is at a depth of 15 to 60 inches or more. The mollic epipedon is 10 to 12 inches thick. The particle-size control section is 30 to 60 percent rock fragments. The depth to secondary calcium carbonate

is 20 to 40 inches. The Bt horizon is absent in some pedons.
  *A horizon:* The texture is stony loam and stony clay loam. The hue is 10YR and 7.5YR.
  *Bt and Btk horizons:* The texture is very cobbly clay loam and very cobbly clay. The clay content is 30 to 45 percent. The content of rock fragments is 35 to 60 percent. The hue is 7.5YR and 5YR. The reaction is slightly alkaline or moderately alkaline.
  *Bk horizon:* The texture is very stony clay loam and very stony clay. The hue is 7.5YR and 5YR.

## Bowdish Series

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* escarpment, mesa, ridge, structural bench
*Parent material:* residuum weathered from interbedded sandstone and shale
*Elevation:* 5,400 to 7,400 feet
*Slope:* 1 to 15 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 15 inches
  *Average annual temperature:* 45 to 48 degrees F.
  *Frost-free period:* 90 to 130 days

*Taxonomic class:* Fine-loamy, mixed, mesic Ustollic Calciorthids

### Typical Pedon

*Map unit in which located:* Pinon-Bowdish-Rock outcrop complex, 3 to 30 percent slopes
*Location in survey area:* about 150 feet east and 700 feet south of the northwest corner of Sec. 18, T. 48 N., R. 17 W.

A—0 to 5 inches; brown (7.5YR 5/4) loam, brown (7.5YR 4/4) moist; weak medium subangular blocky structure; slightly hard, very friable; strongly effervescent; moderately alkaline; clear smooth boundary.
Bw—5 to 12 inches; light brown (7.5YR 6/4) loam; brown (7.5YR 5/4) moist; moderate medium subangular blocky structure; hard, friable; 18 percent calcium carbonate equivalent; calcium carbonate disseminated throughout; strongly effervescent; moderately alkaline; clear smooth boundary.
Bk—12 to 23 inches; pinkish white (7.5YR 8/2) gravelly loam, light brown (7.5YR 6/4) moist; weak medium subangular blocky structure; hard, friable, nonsticky and slightly plastic; 15 percent gravel; 30 percent calcium carbonate equivalent; calcium carbonate disseminated throughout; violently

effervescent; moderately alkaline; abrupt wavy boundary.
R—23 inches; hard sandstone.

### Range in Characteristics

Bedrock is at a depth of 20 to 40 inches.
*A horizon:* The hue is 7.5YR to 5YR. The content of rock fragments is 0 to 10 percent.
*Bk horizon:* The hue is 7.5YR or 10YR. The texture is loam, clay loam, sandy loam, gravelly loam, gravelly clay loam, or gravelly sandy loam. The clay content is 18 to 35 percent. The content of rock fragments is 5 to 35 percent. The reaction is moderately alkaline or strongly alkaline. The calcium carbonate equivalent is 15 to 40 percent.

## Burnac Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* structural bench
*Parent material:* mass movement deposits and residuum weathered from sandstone and shale
*Elevation:* 7,000 to 8,200 feet
*Slope:* 3 to 50 percent
*Climatic data:*
  *Average annual precipitation:* 17 to 19 inches
  *Average annual temperature:* 41 to 43 degrees F.
  *Frost-free period:* 70 to 90 days

*Taxonomic class:* Fine, montmorillonitic Mollic Eutroboralfs

### Typical Pedon

*Map unit in which located:* Burnac-Delson sandy loams, 3 to 20 percent slopes
*Location in survey area:* about 2,700 feet north and 2,000 feet east of the southwest corner of Sec. 24, T. 48 N., R. 19 W.

Oi—1/2 inch to 0 inches; thin mat of pine needles.
A—0 to 6 inches; brown (7.5YR 5/4) sandy loam, dark brown (7.5YR 3/2) moist; moderate medium platy structure; slightly hard, very friable, slightly sticky and slightly plastic; neutral; clear smooth boundary.
Bt1—6 to 18 inches; reddish brown (5YR 5/4) clay, reddish brown (5YR 4/4) moist; moderate medium angular blocky structure parting to strong fine angular blocky; very hard, friable, sticky and plastic; continuous thick clay films on faces of peds; neutral; clear smooth boundary.
Bt2—18 to 28 inches; yellowish red (5YR 5/6) clay, yellowish red (5YR 4/6) moist; moderate medium angular blocky structure parting to moderate fine

angular blocky; extremely hard, firm, sticky and plastic; continuous moderately thick clay films on faces of peds; neutral; clear smooth boundary.
C—28 to 60 inches; light brown (7.5YR 6/4) very stony clay, brown (7.5YR 5/4) moist; massive; extremely hard, firm, sticky and plastic; 10 percent gravel, 5 percent cobbles, and 30 percent stones; slightly alkaline.

### Range in Characteristics

The solum is 25 to 37 inches thick. Calcium carbonate may occur at a depth of 45 to 60 inches.
*A horizon:* The hue is 10YR or 7.5YR. The texture is sandy loam or loam.
*Bt horizons:* The hue is 5YR or 7.5YR. The texture is clay loam or clay. The content of rock fragments is 0 to 15 percent.
*C horizon:* The hue is 7.5YR or 5YR. The content of rock fragments is 15 to 50 percent.

## Bushvalley Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* slow
*Landform:* mesa, structural bench
*Parent material:* residuum weathered from sandstone
*Elevation:* 8,500 to 9,500 feet
*Slope:* 2 to 10 percent
*Climatic data:*
  *Average annual precipitation:* 20 to 24 inches
  *Average annual temperature:* 37 to 40 degrees F.
  *Frost-free period:* 50 to 70 days

*Taxonomic class:* Loamy-skeletal, mixed Argic Lithic Cryoborolls

### Typical Pedon

*Map unit in which located:* Bushvalley-Nordicol Variant complex, 2 to 10 percent slopes
*Location in survey area:* about 500 feet east and 700 feet south of the northwest corner of Sec. 18, T. 45 N., R. 10 W.

A—0 to 5 inches; brown (7.5YR 5/2) stony loam, dark brown (7.5YR 3/2) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and slightly plastic; 15 percent gravel, 5 percent cobbles, and 15 percent stones; neutral; clear smooth boundary.
Bt—5 to 12 inches; strong brown (7.5YR 5/6) extremely channery clay loam, strong brown (7.5YR 4/6) moist; moderate fine subangular blocky structure; soft, friable, slightly sticky and

plastic; 70 percent channers and 10 percent flagstones; neutral; abrupt smooth boundary.
R—12 inches; Dakota sandstone.

### Range in Characteristics

Bedrock is at a depth of 10 to 20 inches. The particle-size control section is 40 to 80 percent rock fragments.
*A horizon:* The hue is 7.5YR or 10YR.
*Bt horizon:* The hue is 7.5YR or 5YR.

## Cabba Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* slow
*Landform:* hill
*Parent material:* residuum weathered from shale
*Elevation:* 7,200 to 8,100 feet
*Slope:* 20 to 60 percent
*Climatic data:*
  *Average annual precipitation:* 16 to 18 inches
  *Average annual temperature:* 41 to 43 degrees F.
  *Frost-free period:* 80 to 100 days

*Taxonomic class:* Loamy, mixed (calcareous), frigid, shallow Typic Ustorthents

### Typical Pedon

*Map unit in which located:* Pagoda-Coulterg-Cabba complex, 10 to 60 percent slopes
*Location in survey area:* about 3,400 feet west and 1,800 feet south of the northeast corner of Sec. 12, T. 41 N., R. 14 W.

A—0 to 4 inches; grayish brown (10YR 5/2) channery loam, dark grayish brown (10YR 4/2) moist; weak thin platy structure; soft, very friable, slightly sticky and plastic; 20 percent shale chips; violently effervescent; moderately alkaline; clear smooth boundary.
C—4 to 10 inches; grayish brown (2.5Y 5/2) very channery silty clay loam, dark grayish brown (2.5Y 4/2) moist; massive; slightly hard, very friable, slightly sticky and plastic; 35 percent shale chips; violently effervescent; moderately alkaline; clear smooth boundary.
Cr—10 inches; partially weathered shale.

### Range in Characteristics

Paralithic contact is at a depth of 10 to 20 inches. The clay content is 20 to 35 percent.
*C horizon:* The content of rock fragments is 10 to 35 percent.

## Callan Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mesa, terrace
*Parent material:* alluvium derived from sandstone and shale
*Elevation:* 6,800 to 7,400 feet
*Slope:* 1 to 20 percent
*Climatic data:*
  *Average annual precipitation:* 15 to 17 inches
  *Average annual temperature:* 43 to 45 degrees F.
  *Frost-free period:* 90 to 110 days

*Taxonomic class:* Fine, mixed Aridic Argiborolls

### Typical Pedon

*Map unit in which located:* Callan loam, 3 to 6 percent slopes
*Location in survey area:* about 1,800 feet west and 700 feet north of the southeast corner of Sec. 16, T. 45 N., R. 13 W.

A—0 to 4 inches; brown (7.5YR 5/3) loam, dark brown (7.5YR 3/3) moist; weak fine crumb and granular structure; soft, very friable, slightly sticky and slightly plastic; neutral; clear smooth boundary.
BA—4 to 8 inches; brown (7.5YR 4/3) clay loam, dark brown (7.5YR 3/3) moist; weak medium granular structure; hard, very friable, sticky and plastic; neutral; clear smooth boundary.
Bt—8 to 14 inches; brown (7.5YR 5/4) clay loam, brown (7.5YR 4/4) moist; moderate fine and medium angular blocky structure; very hard, firm, sticky and plastic; neutral; abrupt smooth boundary.
Btk—14 to 22 inches; brown (7.5YR 5/4) clay loam, brown (7.5YR 4/4) moist; strong medium angular blocky structure; very hard, friable, sticky and plastic; 3 percent calcium carbonate equivalent; calcium carbonates disseminated throughout; strongly effervescent; slightly alkaline; clear smooth boundary.
Bk1—22 to 38 inches; light brown (7.5YR 6/4) clay loam; brown (7.5YR 5/4) moist; moderate medium subangular blocky structure; very hard, friable, sticky and plastic; 15 percent calcium carbonate equivalent; calcium carbonate coatings on 20 percent of peds; strongly effervescent; moderately alkaline; clear smooth boundary.
Bk2—38 to 48 inches; light brown (7.5YR 6/4) clay loam, brown (7.5YR 5/4) moist; weak coarse subangular blocky structure; very hard, firm, sticky

and slightly plastic; 10 percent calcium carbonate equivalent; lime coatings on 20 percent of peds; violently effervescent; moderately alkaline; clear wavy boundary.

Btkb—48 to 60 inches; brown (7.5YR 5/4) clay loam, strong brown (7.5YR 4/6) moist; moderate fine and medium subangular blocky structure; hard, friable, sticky and plastic; 4 percent calcium carbonate equivalent; mycelia and coatings on faces of peds; violently effervescent; moderately alkaline.

### Range in Characteristics

The mollic epipedon is 7 to 10 inches thick. Lime is at a depth of 10 to 20 inches. The content of rock fragments is 0 to 15 percent, and the fragments are predominantly gravel-sized. The hue is 7.5YR or 5YR.

*Bt horizon:* The texture is clay loam or silty clay loam. The clay content is 35 to 40 percent.

*Bk horizons:* The texture is clay loam or loam. The calcium carbonate equivalent is 10 to 50 percent, and decreases with depth.

This soil was characterized by the National Soil Survey Laboratory; pedon number 83P0806 and soil survey sample number S83CO-113-001.

## Ceek Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mountain slope
*Parent material:* colluvium and residuum from sandstone and shale
*Elevation:* 7,400 to 8,500 feet
*Slope:* 10 to 40 percent
*Climatic data:*
    *Average annual precipitation:* 17 to 19 inches
    *Average annual temperature:* 41 to 43 degrees F.
    *Frost-free period:* 70 to 90 days
*Taxonomic class:* Clayey-skeletal, montmorillonitic Mollic Eutroboralfs

### Typical Pedon

*Map unit in which located:* Ceek very flaggy clay loam, 10 to 40 percent slopes
*Location in survey area:* about 1,200 feet east and 1,000 feet north of the southwest corner of Sec. 18, T. 44 N., R. 13 W.

Oi—1 inch to 0 inches; slightly decomposed pine needles.

A—0 to 5 inches; very dark grayish brown (10YR 3/2) very flaggy clay loam, black (10YR 2/1) moist;

moderate fine granular structure; hard, very friable, nonsticky and slightly plastic; common fine and medium pores and roots; 10 percent gravel, 30 percent flagstones; neutral; clear wavy boundary.

E—5 to 13 inches; brown (7.5YR 5/2) very cobbly clay loam, dark brown (7.5YR 3/4) moist; moderate medium subangular blocky structure; very hard, friable, sticky and slightly plastic; common fine and medium pores and roots; 10 percent gravel, 40 percent cobbles; neutral; clear smooth boundary.

Bt—13 to 22 inches; brown (7.5YR 5/4) very cobbly clay loam, strong brown (7.5YR 4/6) moist; weak medium subangular blocky structure; extremely hard, friable, sticky and plastic; few fine pores and roots; 10 percent gravel, 35 percent cobbles, 10 percent stones; few moderately thick clay films on faces of peds; neutral; abrupt wavy boundary.

2Bk1—22 to 31 inches; weak red (2.5YR 4/2) clay, dusky red (2.5YR 3/2) moist; massive; extremely hard, firm, sticky and plastic; calcium carbonate disseminated throughout; strongly effervescent; slightly alkaline; abrupt wavy boundary.

2Bk2—31 to 60 inches; reddish gray (5YR 5/2) clay, dark reddish gray (5YR 4/2) moist; massive; hard, very friable, sticky and plastic; few calcium carbonate coatings on faces of peds; violently effervescent; moderately alkaline.

### Range in Characteristics

The particle-size control section is 35 to 60 percent rock fragments. The depth to secondary calcium carbonate is 22 to 30 inches.

    *E horizon:* The hue is 10YR or 7.5YR.
    *Bt horizon:* The hue is 10YR or 7.5YR.
    *2Bk horizons:* The hue is 5YR or 2.5YR.

## Chilton Series

*Depth class:* very deep
*Drainage class:* excessively drained
*Permeability:* moderate
*Landform:* alluvial fan
*Parent material:* alluvium and colluvium derived from sandstone
*Elevation:* 5,400 to 5,900 feet
*Slope:* 5 to 30 percent
*Climatic data:*
    *Average annual precipitation:* 10 to 12 inches
    *Average annual temperature:* 47 to 49 degrees F.
    *Frost-free period:* 120 to 140 days
*Taxonomic class:* Loamy-skeletal, mixed (calcareous), mesic Ustic Torriorthents

### Typical Pedon

*Map unit in which located:* Pojoaque-Chilton complex, 5 to 30 percent slopes, extremely stony
*Location in survey area:* about 1,800 feet east and 500 feet north of the southwest corner of Sec. 24, T. 47 N., R. 18 W.

A—0 to 6 inches; red (2.5YR 4/8) stony fine sandy loam, dark red (2.5YR 3/6) moist; weak fine granular structure; slightly hard, very friable; 15 percent gravel, 5 percent cobbles, 10 percent stones; strongly effervescent; moderately alkaline; clear wavy boundary.
C1—6 to 15 inches; red (2.5YR 5/6) very gravelly fine sandy loam, dark red (2.5YR 3/6) moist; weak medium subangular blocky structure; slightly hard, very friable; 45 percent gravel, 10 percent cobbles; strongly effervescent; moderately alkaline; clear wavy boundary.
C2—15 to 60 inches; red (2.5YR 5/6) very gravelly fine sandy loam, dark red (2.5YR 3/6) moist; massive; slightly hard, very friable; 40 percent gravel, 10 percent cobbles; strongly effervescent; moderately alkaline.

### Range in Characteristics

The hue is 2.5YR or 5YR. The particle-size control section is very gravelly fine sandy loam or very gravelly loam, and the clay content is 18 to 27 percent.
*A horizon:* The content of rock fragments is 15 to 30 percent, and the fragments are predominantly stone- and gravel-sized.
*C horizons:* The content of rock fragments is 35 to 60 percent, and the fragments are predominantly gravel-sized.

## Chipeta Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* hill, terrace
*Parent material:* residuum weathered from shale
*Elevation:* 5,500 to 6,800 feet
*Slope:* 2 to 20 percent
*Climatic data:*
*Average annual precipitation:* 8 to 10 inches
*Average annual temperature:* 49 to 51 degrees F.
*Frost-free period:* 130 to 150 days

*Taxonomic class:* Clayey, mixed (calcareous), mesic, shallow Typic Torriorthents

### Typical Pedon

*Map unit in which located:* Persayo-Chipeta complex, 2 to 20 percent slopes
*Location in survey area:* about 1,500 feet south and 200 feet west of the northeast corner of Sec. 28, T. 43 N., R. 16 W.

A—0 to 2 inches; light brownish gray (2.5Y 6/2) silty clay, dark grayish brown (2.5Y 4/2) moist; moderate fine granular structure; slightly hard, friable, sticky and plastic; strongly effervescent; slightly alkaline; clear smooth boundary.
AC—2 to 8 inches; light brownish gray (2.5Y 6/2) clay, dark grayish brown (2.5Y 4/2) moist; massive; slightly hard, friable, sticky and plastic; strongly effervescent; slightly alkaline; gradual smooth boundary.
Cy—8 to 15 inches; light brownish gray (2.5Y 6/2) clay, dark grayish brown (2.5Y 4/2) moist; massive; slightly hard, friable, sticky and plastic; 20 percent soft shale chips; strongly effervescent; slightly alkaline; abrupt smooth boundary.
Cr—15 inches; gypsiferous shale.

### Range in Characteristics

Shale is at a depth of 10 to 20 inches. The hue is 5Y or 2.5Y. The reaction is slightly alkaline or moderately alkaline.
*A and AC horizons:* Soft shale fragments range from 0 to 15 percent.
*Cy horizon:* The texture is clay or clay loam. The clay content is 35 to 50 percent. Soft shale fragments range from 15 to 60 percent. Gypsum crystals are common to many.

## Clapper Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* alluvial fan, break, mesa, terrace
*Parent material:* alluvium derived from igneous rock
*Elevation:* 5,500 to 6,800 feet
*Slope:* 1 to 40 percent
*Climatic data:*
*Average annual precipitation:* 12 to 14 inches
*Average annual temperature:* 46 to 48 degrees F.
*Frost-free period:* 110 to 130 days

*Taxonomic class:* Loamy-skeletal, mixed, mesic Ustollic Calciorthids

### Typical Pedon

*Map unit in which located:* Clapper loam, 1 to 8 percent slopes

*Location in survey area:* about 300 feet south and 100 feet west of the northeast corner of Sec. 6, T. 45 N., R. 14 W.

A—0 to 5 inches; brown (7.5YR 5/4) loam, brown (7.5YR 4/4) moist; moderate thin platy structure parting to weak fine granular; soft, very friable, slightly sticky and slightly plastic; strongly effervescent; moderately alkaline; clear smooth boundary.

Bw—5 to 11 inches; pink (7.5YR 7/4) loam, brown (7.5YR 5/4) moist; moderate fine subangular blocky structure; slightly hard, very friable, sticky and slightly plastic; calcium carbonate disseminated throughout; 35 percent calcium carbonate equivalent; violently effervescent; moderately alkaline; clear wavy boundary.

Bk1—11 to 20 inches; white (7.5YR 8/0) cobbly loam, pinkish gray (7.5YR 7/2) moist; massive; very hard, friable, slightly sticky and slightly plastic; 5 percent gravel and 10 percent cobbles; calcium carbonate disseminated throughout; 50 percent calcium carbonate equivalent; violently effervescent; moderately alkaline; clear wavy boundary.

2Bk2—20 to 60 inches; pinkish white (7.5YR 8/2) very cobbly loam, pinkish gray (7.5YR 6/2) moist; massive; hard, friable, slightly sticky and nonplastic; 25 percent gravel and 35 percent cobbles; calcium carbonate disseminated throughout; 35 percent calcium carbonate equivalent; violently effervescent; moderately alkaline.

### Range in Characteristics

The hue is 7.5YR or 10YR.

*A horizon:* The reaction is moderately alkaline.

*Bw and Bk horizons:* The clay content is 18 to 27 percent. The content of rock fragments is 35 to 80 percent below a depth of about 20 inches. The calcium carbonate equivalent is 15 to 50 percent with a weighted average of 20 to 40 percent, and decreases with depth. The texture is loam, cobbly loam, very cobbly loam, or very gravelly loam.

## Coulterg Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* hill

*Parent material:* residuum weathered from shale
*Elevation:* 7,200 to 8,100 feet
*Slope:* 10 to 50 percent
*Climatic data:*
   *Average annual precipitation:* 16 to 18 inches
   *Average annual temperature:* 41 to 43 degrees F.
   *Frost-free period:* 80 to 100 days

*Taxonomic class:* Fine-loamy, mixed Typic Haploborolls

### Typical Pedon

*Map unit in which located:* Pagoda-Coulterg-Cabba complex, 10 to 60 percent slopes

*Location in survey area:* about 3,150 feet west and 1,800 feet south of the northeast corner of Sec. 2, T. 41 N., R. 14 W.

Oi—1/2 inch to 0 inches; slightly decomposed pine needles and oak leaves.

A—0 to 5 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; weak very fine granular structure; slightly hard, very friable, nonsticky and nonplastic; strongly effervescent; slightly alkaline; abrupt smooth boundary.

BA—5 to 10 inches; dark grayish brown (10YR 4/2) clay loam, dark brown (10YR 3/3) moist; weak fine and medium granular structure; slightly hard, very friable, nonsticky and slightly plastic; strongly effervescent; moderately alkaline; clear wavy boundary.

Bw—10 to 14 inches; grayish brown (10YR 5/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate fine subangular blocky structure; hard, very friable, slightly sticky and plastic; violently effervescent; moderately alkaline; clear wavy boundary.

Ck1—14 to 31 inches; light brownish gray (10YR 6/2) clay loam, dark grayish brown (10YR 4/2) moist; massive; slightly hard, friable, slightly sticky and plastic; calcium carbonate disseminated throughout; violently effervescent; moderately alkaline.

Ck2—31 to 60 inches; light brownish gray (10YR 6/2) loam, dark grayish brown (10YR 4/2) moist; massive; very hard, friable, slightly sticky and slightly plastic; calcium carbonate disseminated throughout; 20 percent thin shale fragments; violently effervescent; moderately alkaline.

### Range in Characteristics

The mollic epipedon is 8 to 15 inches thick. In places this soil is noncalcareous for a few inches into the surface. The content of rock fragments is 0 to 15 percent.

*A horizon:* The reaction is neutral or slightly alkaline.
*Ck horizons:* The hue is 10YR or 2.5Y.

## Cryaquolls

*Depth class:* very deep
*Drainage class:* very poorly drained
*Permeability:* very slow
*Landform:* drainageway, slough
*Parent material:* alluvium derived from sandstone and shale
*Elevation:* 7,800 to 9,500 feet
*Slope:* 0 to 3 percent
*Climatic data:*
   *Average annual precipitation:* 17 to 24 inches
   *Average annual temperature:* 37 to 41 degrees F.
   *Frost-free period:* 50 to 70 days

*Taxonomic class:* Cryaquolls

### Reference Pedon

*Map unit in which located:* Cryaquolls, 0 to 3 percent slopes
*Location in survey area:* about 600 feet north and 2,200 feet west of the southeast corner of Sec. 27, T. 43 N., R. 12 W.

A1—0 to 6 inches; very dark gray (10YR 3/1) loam, black (10YR 2/1) moist; weak very fine granular structure; soft, very friable, nonsticky and nonplastic; neutral; clear wavy boundary.
A2—6 to 17 inches; very dark gray (10YR 3/1) clay loam, black (10YR 2/1) moist; massive; extremely hard, firm, slightly sticky and plastic; neutral; abrupt smooth boundary.
C—17 to 22 inches; gray (10YR 6/1) clay, gray (10YR 5/1) moist; massive; extremely hard, extremely firm, sticky and plastic; neutral; clear wavy boundary.
Cg1—22 to 27 inches; light olive gray (5Y 6/2) clay, olive gray (5Y 5/2) moist; extremely hard, very firm, slightly sticky and plastic; few fine prominent yellowish brown (10YR 5/6) masses of iron accumulation; neutral; clear wavy boundary.
Cg2—27 to 35 inches; light yellowish brown (10YR 6/4) clay, yellowish brown (10YR 5/4) moist; massive; very hard, firm, slightly sticky and plastic; few fine distinct gray (10YR 5/1) iron depletions; neutral; clear wavy boundary.
Cg3—35 to 38 inches; brownish yellow (10YR 6/6) clay loam, yellowish brown (10YR 5/6) moist; massive; extremely hard, firm, slightly sticky and plastic; few fine prominent gray (10YR 5/1) iron depletions; neutral; clear wavy boundary.

Cg4—38 to 60 inches; pale olive (5Y 6/3) clay, olive (5Y 5/3) moist; massive; extremely hard, firm, slightly sticky and plastic; few fine prominent gray (10YR 5/1) iron depletions; neutral.

### Range in Characteristics

The water table ranges between depths of 10 to 50 inches throughout the year. The mollic epipedon is 15 to 22 inches thick. The particle-size control section is 0 to 15 percent rock fragments. Some pedons have organic layers on the surface 2 to 4 inches thick.
   *A horizons:* The texture is loam and clay loam.
   *C horizons:* The texture is clay and clay loam. The hue is 10YR, 2.5Y, or 5Y.

## Cryoborolls

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* plateau, structural bench
*Parent material:* residuum weathered from sandstone
*Elevation:* 8,500 to 9,500 feet
*Slope:* 2 to 30 percent
*Climatic data:*
   *Average annual precipitation:* 20 to 24 inches
   *Average annual temperature:* 37 to 40 degrees F.
   *Frost-free period:* 50 to 70 days

*Taxonomic class:* Cryoborolls

### Reference Pedon

*Map unit in which located:* Skisams-Bushvalley-Cryoborolls, moderately deep complex, 2 to 15 percent slopes
*Location in survey area:* about 2,300 feet north and 2,500 feet east of the southwest corner of Sec. 7, T. 45 N., R. 10 W.

A—0 to 7 inches; brown (10YR 4/3) loam, very dark grayish brown (10YR 3/2) moist; weak fine granular structure; soft, very friable, slightly sticky and slightly plastic; neutral; clear, smooth boundary.
AB—7 to 14 inches; brown (7.5YR 4/4) loam, dark brown (7.5YR 3/2) moist; weak fine granular structure; soft, very friable, slightly sticky and slightly plastic; neutral; clear smooth boundary.
Bt—14 to 18 inches; strong brown (7.5YR 4/6) gravelly clay loam, brown (7.5YR 4/4) moist; weak fine subangular blocky structure; slightly hard, friable, slightly sticky and plastic; 25 percent gravel; neutral; clear, smooth boundary.
BC—18 to 30 inches; brownish yellow (10YR 6/6) gravelly sandy loam, yellowish brown (10YR 5/6)

moist; massive; soft, very friable, nonsticky and nonplastic; few thin lenses of clay loam on top and as pendants to the coarse fragments; 30 percent gravel; neutral; abrupt smooth boundary.
R—30 inches; fractured bedrock.

### Range in Characteristics

The mollic epipedon is 12 to 25 inches thick. The particle-size control section is 15 to 50 percent rock fragments. The Bt horizon is absent in some pedons.

*A horizon:* The hue is 10YR and 7.5YR. The texture is loam, cobbly loam, or gravelly loam.

*AB, Bt, and BC horizons:* The hue is 10YR and 7.5YR.

## Dapoin Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* alluvial fan
*Parent material:* alluvium derived from shale
*Elevation:* 7,200 to 8,500 feet
*Slope:* 1 to 15 percent
*Climatic data:*
*Average annual precipitation:* 17 to 19 inches
*Average annual temperature:* 41 to 43 degrees F.
*Frost-free period:* 70 to 90 days

*Taxonomic class:* Fine, montmorillonitic Typic Haploborolls

### Typical Pedon

*Map unit in which located:* Narraguinnep-Dapoin complex, 1 to 15 percent slopes
*Location in survey area:* about 800 feet north and 500 feet west of the southeast corner of Sec. 29, T. 40 N., R. 14 W.

A1—0 to 4 inches; dark brown (10YR 3/3) clay loam, very dark grayish brown (10YR 3/2) moist; weak fine subangular blocky structure; soft, very friable, slightly sticky and plastic; slightly alkaline; clear smooth boundary.
A2—4 to 13 inches; dark grayish brown (10YR 4/2) clay loam, very dark grayish brown (10YR 3/2) moist; moderate fine subangular blocky structure; hard, friable, sticky and plastic; slightly alkaline; clear smooth boundary.
Bw—13 to 18 inches; grayish brown (2.5Y 5/2) clay, dark grayish brown (2.5Y 4/2) moist; strong coarse subangular blocky structure; very hard, firm, sticky and plastic; slightly alkaline; clear smooth boundary.

Ck1—18 to 29 inches; light olive brown (2.5Y 5/4) clay, olive brown (2.5Y 4/4) moist; massive; extremely hard, very firm, sticky and plastic; calcium carbonate disseminated throughout; strongly effervescent; slightly alkaline; clear wavy boundary.
Ck2—29 to 32 inches; light brownish gray (2.5Y 6/2) clay loam, light olive brown (2.5Y 5/4) moist; massive; extremely hard, very firm, slightly sticky and plastic; calcium carbonate disseminated throughout; 20 percent shale chips; violently effervescent; moderately alkaline; clear wavy boundary.
Ck3—32 to 38 inches; light brownish gray (2.5Y 6/2) clay, light olive brown (2.5Y 5/4) moist; massive; extremely hard, very firm, sticky and plastic; calcium carbonate disseminated throughout; 25 percent shale chips; violently effervescent; moderately alkaline; clear wavy boundary.
Ck4—38 to 44 inches; light yellowish brown (2.5Y 6/4) clay loam, light olive brown (2.5Y 5/4) moist; massive; extremely hard, very firm, sticky and plastic; calcium carbonate disseminated throughout; violently effervescent; moderately alkaline; clear wavy boundary.
Ck5—44 to 60 inches; light gray (2.5Y 7/2) clay loam, olive (5Y 5/3) moist; massive; extremely hard, very firm, slightly sticky and plastic; calcium carbonate disseminated throughout; 10 percent shale chips; violently effervescent; moderately alkaline.

### Range in Characteristics

The mollic epipedon is 10 to 16 inches thick. The particle-size control section is clay or clay loam, and the clay content is 35 to 50 percent.

*A horizons:* The texture is clay loam. The reaction is neutral or slightly alkaline. The content of rock fragments  is 0 to 5 percent.

*Ck horizons:* The texture is clay or clay loam. The reaction is slightly alkaline or moderately alkaline. The hue is 10YR or 2.5Y.

## Deaver Series

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* hill, terrace
*Parent material:* residuum weathered from shale
*Elevation:* 5,600 to 6,300 feet
*Slope:* 2 to 15 percent
*Climatic data:*
*Average annual precipitation:* 8 to 10 inches

*Average annual temperature:* 49 to 51 degrees F.
*Frost-free period:* 130 to 150 days

*Taxonomic class:* Fine, montmorillonitic (calcareous), mesic Typic Torriorthents

### Typical Pedon

*Map unit in which located:* Killpack-Deaver loams, 2 to 15 percent slopes
*Location in survey area:* about 1,700 feet west and 2,350 feet south of the northeast corner of Sec. 23, T. 43 N., R. 17 W.

A—0 to 4 inches; very pale brown (10YR 7/3) loam, brown (10YR 5/3) moist; moderate fine granular structure; hard, very friable, sticky and slightly plastic; violently effervescent; moderately alkaline; clear smooth boundary.

AC—4 to 17 inches; very pale brown (10YR 7/3) clay loam, brown (10YR 5/3) moist; moderate medium subangular blocky structure; hard, very friable, sticky and plastic; violently effervescent; moderately alkaline; clear wavy boundary.

C—17 to 31 inches; light gray (2.5Y 7/2) clay, grayish brown (2.5Y 5/2) moist; massive; hard, friable, sticky and plastic; violently effervescent; moderately alkaline.

Cr—31 inches; gray platy shale.

### Range in Characteristics

Shale is at a depth of 20 to 40 inches. The hue is 10YR or 2.5Y.

*A horizon:* Rock fragments range from 0 to 10 percent, and fragments are predominantly channer-sized.

*C horizon:* The texture is clay or clay loam. The content of rock fragments is 0 to 15 percent, and the fragments are predominantly channer-sized. Some pedons have visible accumulations of gypsum and/or calcium carbonate, which are not concentrated into a definite horizon of secondary accumulation.

## Delson Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* structural bench
*Parent material:* alluvium and mass movement deposits derived from sandstone and shale
*Elevation:* 7,000 to 8,200 feet
*Slope:* 3 to 50 percent
*Climatic data:*
  *Average annual precipitation:* 17 to 19 inches

*Average annual temperature:* 41 to 43 degrees F.
*Frost-free period:* 70 to 90 days

*Taxonomic class:* Fine, montmorillonitic Typic Argiborolls

### Typical Pedon

*Map unit in which located:* Burnac-Delson sandy loams, 3 to 20 percent slopes
*Location in survey area:* about 1,250 feet south and 1,000 feet west of the northeast corner of Sec. 3, T. 48 N., R. 20 W.

A—0 to 10 inches; brown (7.5YR 5/2) sandy loam, dark brown (7.5YR 3/2) moist; weak fine granular structure; soft, very friable, nonsticky and nonplastic; neutral; clear smooth boundary.

Bt1—10 to 19 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist; moderate medium subangular blocky structure; extremely hard, friable, slightly sticky and slightly plastic; many moderately thick clay films on faces of peds; neutral; clear smooth boundary.

Bt2—19 to 34 inches; yellowish red (5YR 5/6) clay loam, reddish brown (5YR 4/4) moist; moderate medium subangular blocky structure; extremely hard, friable, sticky and plastic; many moderately thick clay films on faces of peds; neutral; clear smooth boundary.

BC—34 to 44 inches; red (2.5YR 5/6) clay loam, red (2.5YR 4/6) moist; weak medium subangular blocky structure; hard, very friable, sticky and plastic; neutral; clear smooth boundary.

C—44 to 60 inches; red (2.5YR 5/6) clay loam, red (2.5YR 4/6) moist; massive; hard, very friable, sticky and plastic; neutral.

### Range in Characteristics

The solum is 25 to 60 inches thick.

*A horizon:* The hue is 7.5YR or 5YR. The texture is loam or sandy loam.

*Bt horizons:* The hue is 7.5YR or 5YR. The clay content is 35 to 40 percent. The content of rock fragments is 0 to 20 percent.

*C horizon:* The hue is 7.5YR, 5YR, or 2.5YR.

## Emmons Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* mesa
*Parent material:* till and colluvium from mixed sources

*Elevation:* 7,000 to 8,200 feet
*Slope:* 5 to 20 percent
*Climatic data:*
    *Average annual precipitation:* 13 to 15 inches
    *Average annual temperature:* 43 to 45 degrees F.
    *Frost-free period:* 90 to 110 days

*Taxonomic class:* Fine-loamy, mixed Aridic Calciborolls

### Typical Pedon

*Map unit in which located:* Barkelew-Emmons complex, 5 to 40 percent slopes
*Location in survey area:* about 850 feet south and 400 feet east of the northwest corner of Sec. 18, T. 43 N., R. 14 W.

Oe—1 inch to 0 inches; partially decomposed organic material.
A1—0 to 5 inches; grayish brown (10YR 5/2) very cobbly loam, dark brown (10YR 3/3) moist; moderate medium granular structure; hard, friable, slightly sticky and slightly plastic; 5 percent gravel and 40 percent cobbles; strongly effervescent; slightly alkaline; clear smooth boundary.
A2—5 to 15 inches; brown (10YR 4/3) cobbly clay loam, dark brown (10YR 3/3) moist; moderate fine subangular blocky structure; slightly hard, friable, sticky and plastic; 10 percent gravel and 5 percent cobbles; strongly effervescent; slightly alkaline; clear wavy boundary.
Bk1—15 to 29 inches; light brownish gray (10YR 6/2) cobbly clay loam, grayish brown (10YR 5/2) moist; strong fine subangular blocky structure; very hard, very firm, sticky and plastic; 10 percent gravel and 5 percent cobbles; calcium carbonate disseminated throughout; 22 percent calcium carbonate equivalent; violently effervescent; moderately alkaline; clear wavy boundary.
Bk2—29 to 60 inches; light gray (10YR 7/2) cobbly clay loam, brown (10YR 4/3) moist; strong fine subangular blocky structure; extremely hard, very firm, slightly sticky and plastic; 10 percent gravel and 5 percent cobbles; calcium carbonate disseminated throughout; 23 percent calcium carbonate equivalent; violently effervescent; moderately alkaline.

### Range in Characteristics

*A1 horizon:* The content of rock fragments is 35 to 45 percent.
*A2 and Bk horizons:* The content of rock fragments is 5 to 15 percent. The calcium carbonate equivalent ranges from 15 to 25 percent.

## Evanston Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* ridge, structural bench
*Parent material:* alluvium derived from sandstone
*Elevation:* 6,800 to 7,200 feet
*Slope:* 2 to 8 percent
*Climatic data:*
    *Average annual precipitation:* 14 to 15 inches
    *Average annual temperature:* 43 to 45 degrees F.
    *Frost-free period:* 90 to 110 days

*Taxonomic class:* Fine-loamy, mixed Aridic Argiborolls

### Typical Pedon

*Map unit in which located:* Evanston fine sandy loam, 2 to 8 percent slopes
*Location in survey area:* about 3,000 feet east and 3,300 feet north of the southwest corner of Sec. 10, T. 48 N., R. 19 W.

A—0 to 6 inches; reddish brown (5YR 4/3) fine sandy loam, dark reddish brown (5YR 3/2) moist; weak fine granular structure; soft, very friable; slightly alkaline; clear smooth boundary.
Bt1—6 to 12 inches; reddish brown (5YR 4/3) clay loam, dark reddish brown (5YR 3/3) moist; moderate fine subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; slightly alkaline; gradual wavy boundary.
Bt2—12 to 24 inches; reddish brown (5YR 4/4) clay loam, dark reddish brown (5YR 3/4) moist; moderate medium subangular blocky structure; hard, friable, slightly sticky and plastic; slightly alkaline; clear wavy boundary.
Bk—24 to 36 inches; reddish brown (5YR 5/3) loam, dark reddish brown (5YR 3/4) moist; moderate coarse and medium subangular blocky structure; hard, friable, slightly sticky and plastic; calcium carbonate segregated in common fine threads; strongly effervescent; slightly alkaline; clear smooth boundary.
Btkb1—36 to 45 inches; reddish brown (5YR 5/4) clay loam, yellowish red (5YR 4/6) moist; moderate medium prismatic structure parting to strong medium angular blocky; very hard, friable, slightly sticky and plastic; calcium carbonate segregated in many fine mycelia; strongly effervescent; slightly alkaline; clear smooth boundary.
Btkb2—45 to 60 inches; reddish brown (5YR 5/4) clay loam, yellowish red (5YR 4/6) moist; moderate