medium prismatic structure; very hard, firm, slightly sticky and plastic; calcium carbonates segregated in many fine threads; slightly effervescent; slightly alkaline.

### Range in Characteristics

The mollic epipedon is 7 to 12 inches thick. The depth to secondary calcium carbonate is 21 to 28 inches. The content of rock fragments is 0 to 5 percent. The clay content is 20 to 35 percent. The Btkb horizon is absent in some pedons.

Evanston soils in this area have a color hue of 5YR. A hue this red is outside the range defined for the series, but does it does not affect the taxonomic classification. The use or behavior of the soils is not affected.

## Falcon Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* structural bench
*Parent material:* residuum weathered from sandstone
*Elevation:* 7,000 to 8,200 feet
*Slope:* 3 to 50 percent
*Climatic data:*
   *Average annual precipitation:* 17 to 19 inches
   *Average annual temperature:* 41 to 43 degrees F.
   *Frost-free period:* 70 to 90 days

*Taxonomic class:* Loamy, mixed Lithic Haploborolls

### Typical Pedon

*Map unit in which located:* Falcon-Burnac-Rock outcrop complex, 3 to 20 percent slopes
*Location in survey area:* about 600 feet east and 350 feet south of the northwest corner of Sec. 11, T. 48 N., R. 20 W.

A—0 to 7 inches; dark grayish brown (10YR 4/2) sandy loam, dark brown (10YR 3/3) moist; weak fine granular structure; soft, very friable; slightly acid; clear smooth boundary.
AC—7 to 13 inches; yellowish brown (10YR 5/4) sandy loam, dark yellowish brown (10YR 4/4) moist; weak medium subangular blocky structure; soft, very friable; moderately acid; clear smooth boundary.
C—13 to 19 inches; light brown (7.5YR 6/4) sandy loam, brown (7.5YR 4/4) moist; massive; soft, very friable; moderately acid; abrupt smooth boundary.
R—19 inches; hard sandstone.

### Range in Characteristics

Bedrock is at a depth of 10 to 20 inches. The particle-size control section is 0 to 25 percent rock fragments. The AC horizon is absent in some pedons.
*A horizon:* The texture is sandy loam or very stony sandy loam. The hue is 10YR or 7.5YR.
*C horizon:* The clay content is 14 to 18 percent. The hue is 10YR or 7.5YR. The reaction is neutral to moderately acid.

## Farb Series

*Depth class:* very shallow and shallow
*Drainage class:* excessively drained
*Permeability:* moderate
*Landform:* escarpment, mesa, structural bench
*Parent material:* residuum weathered from sandstone
*Elevation:* 5,600 to 6,300 feet
*Slope:* 1 to 30 percent
*Climatic data:*
   *Average annual precipitation:* 8 to 10 inches
   *Average annual temperature:* 49 to 51 degrees F.
   *Frost-free period:* 130 to 150 days

*Taxonomic class:* Loamy, mixed (calcareous), mesic Lithic Torriorthents

### Typical Pedon

*Map unit in which located:* Farb-Rock outcrop complex, 1 to 30 percent slopes
*Location in survey area:* about 300 feet west and 1,400 feet south of the northeast corner of Sec. 28, T. 44 N., R. 18 W.

A—0 to 3 inches; strong brown (7.5YR 5/6) sandy loam, brown (7.5YR 4/4) moist; single grain; loose; slightly alkaline; clear smooth boundary.
AC—3 to 11 inches; brown (7.5YR 5/4) sandy loam, brown (7.5YR 4/4) moist; single grain; soft, very friable; strongly effervescent; slightly alkaline; abrupt smooth boundary.
R—11 inches; hard sandstone.

### Range in Characteristics

Bedrock is at a depth of 8 to 15 inches. The profile is commonly noncalcareous to a depth of 3 inches, but some pedons may be calcareous throughout. The content of rock fragments is 0 to 30 percent, and fragments are predominantly gravel-sized. The hue is 7.5YR or 10YR. The texture is sandy loam or gravelly sandy loam. The reaction is slightly alkaline or moderately alkaline.

San Miguel Area, Colorado                                                                                                  145

## Fivepine Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mesa, structural bench
*Parent material:* residuum weathered from sandstone
*Elevation:* 7,400 to 8,500 feet
*Slope:* 0 to 30 percent
*Climatic data:*
   *Average annual precipitation:* 16 to 19 inches
   *Average annual temperature:* 41 to 43 degrees F.
   *Frost-free period:* 70 to 90 days

*Taxonomic class:* Clayey, montmorillonitic Lithic Argiborolls

### Typical Pedon

*Map unit in which located:* Nortez-Fivepine loams, 1 to 12 percent slopes
*Location in survey area:* about 150 feet south and 2,000 feet west of the northeast corner of Sec. 14, T. 44 N., R. 13 W.

A—0 to 5 inches; reddish brown (5YR 4/2) loam, dark reddish brown (5YR 3/3) moist; moderate fine granular structure; soft, very friable, slightly sticky and nonplastic; neutral; clear smooth boundary.
Bt1—5 to 9 inches; reddish brown (5YR 4/4) clay loam, reddish brown (5YR 4/3) moist; moderate fine and medium subangular blocky structure; hard, firm, sticky and plastic; neutral; gradual wavy boundary.
Bt2—9 to 15 inches; reddish brown (5YR 5/4) clay, reddish brown (5YR 4/4) moist; moderate fine and medium angular blocky structure; hard, firm, sticky and plastic; slightly alkaline; abrupt smooth boundary.
R—15 inches; hard, calcareous Dakota sandstone; calcium carbonate is segregated in thin layer on top of the bedrock.

### Range in Characteristics

Bedrock is at a depth of 10 to 20 inches. The reaction is neutral or slightly alkaline. A C horizon is in some pedons. The hue is 7.5YR or 5YR.
   *A horizon:* The content of rock fragments is 0 to 15 percent, and the fragments are predominantly gravel- and cobble-sized.
   *Bt horizons:* The texture is clay loam or clay. The clay content is 35 to 50 percent. The content of rock fragments is 0 to 15 percent.

## Fluvaquents

*Depth class:* very deep

*Drainage class:* somewhat poorly drained
*Permeability:* slow
*Landform:* flood plain
*Parent material:* stratified alluvium derived from mixed sources
*Elevation:* 5,100 to 6,200 feet
*Slope:* 0 to 6 percent
*Climatic data:*
   *Average annual precipitation:* 10 to 12 inches
   *Average annual temperature:* 47 to 49 degrees F.
   *Frost-free period:* 120 to 140 days

*Taxonomic class:* Fluvaquents

### Reference Pedon

*Map unit in which located:* Fluvaquents, 0 to 6 percent slopes, frequently flooded
*Location in survey area:* about 700 feet south and 1,500 feet west of the northeast corner of Sec. 16, T. 47 N., R. 18 W.

A—0 to 11 inches; pinkish gray (7.5YR 6/2) silt loam, brown (7.5YR 4/2) moist; massive; slightly hard, very friable, nonsticky and nonplastic; strongly effervescent; moderately alkaline; clear wavy boundary.
C—11 to 15 inches; pinkish gray (7.5YR 6/2) silt loam stratified with thin lenses of loam; brown (7.5YR 4/2) moist; massive; hard, friable, nonsticky and nonplastic; strongly effervescent; moderately alkaline; clear wavy boundary.
Cg—15 to 60 inches; pinkish gray (7.5YR 6/2) silt loam stratified with thin lenses of loam, brown (7.5YR 4/2) moist; few fine distinct strong brown (7.5YR 5/6) masses of iron accumulation; massive; hard, friable, nonsticky and nonplastic; strongly effervescent; moderately alkaline.

### Range in Characteristics

The water table varies between the surface and a depth of 84 inches throughout the year, and is at a depth of 0 to 12 inches in spring and early summer. The particle-size control section is 0 to 60 percent rock fragments.
   *A horizon:* The texture is silt loam and loamy fine sand. The clay content is 10 to 18 percent. The hue is 10YR and 7.5YR.
   *C horizon:* The texture is stratified silt loam, loam, silty clay loam, clay loam, loamy fine sand, and very gravelly loamy sand. The clay content is 10 to 35 percent. The hue is 10YR and 7.5YR.

## Fruitland Series

*Depth class:* very deep

*Drainage class:* well drained
*Permeability:* moderate
*Landform:* terrace, valley floor
*Parent material:* alluvium derived from sandstone
*Elevation:* 5,500 to 6,000 feet
*Slope:* 1 to 8 percent
*Climatic data:*
*Average annual precipitation:* 8 to 10 inches
*Average annual temperature:* 49 to 51 degrees F.
*Frost-free period:* 150 to 190 days

*Taxonomic class:* Coarse-loamy, mixed (calcareous), mesic Typic Torriorthents

**Typical Pedon**

*Map unit in which located:* Fruitland loam, 1 to 8 percent slopes
*Location in survey area:* about 2,600 feet south and 400 feet west of the northeast corner of Sec. 11, T. 43 N., R. 17 W.

A—0 to 5 inches; pinkish gray (7.5YR 6/2) loam, brown (7.5YR 5/2) moist; weak fine granular structure; slightly hard, very friable, slightly sticky and plastic; strongly effervescent; moderately alkaline; clear wavy boundary.
C1—5 to 20 inches; pinkish gray (7.5YR 6/2) loam, brown (7.5YR 5/2) moist; weak fine subangular blocky structure; slightly hard, very friable, slightly sticky and plastic; strongly effervescent; moderately alkaline; abrupt smooth boundary.
C2—20 to 53 inches; pale brown (10YR 6/3) fine sandy loam, brown (7.5YR 5/2) moist; single grain; loose; strongly effervescent; moderately alkaline; abrupt smooth boundary.
C3—53 to 60 inches; pale brown (10YR 6/3) fine sandy loam, brown (7.5YR 5/2) moist; single grain; loose; strongly effervescent; slightly alkaline.

**Range in Characteristics**

*A horizon:* The reaction is slightly alkaline or moderately alkaline. The hue is 7.5YR to 2.5Y.

*C horizons:* The texture is loam or fine sandy loam. The reaction is slightly alkaline or moderately alkaline. The hue is 7.5YR to 2.5Y. The clay content is 10 to 18 percent.

## Gladel Series

*Depth class:* very shallow and shallow
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* escarpment, mesa, ridge, structural bench
*Parent material:* residuum weathered from sandstone
*Elevation:* 5,500 to 7,400 feet
*Slope:* 1 to 50 percent
*Climatic data:*
*Average annual precipitation:* 10 to 15 inches
*Average annual temperature:* 45 to 50 degrees F.
*Frost-free period:* 100 to 130 days

*Taxonomic class:* Loamy, mixed (calcareous), mesic Lithic Ustic Torriorthents

**Typical Pedon**

*Map unit in which located:* Gladel-Bond-Rock outcrop complex, 1 to 50 percent slopes
*Location in survey area:* about 1,200 feet west and 700 feet north of the southeast corner of Sec. 2, T. 43 N., R. 19 W.

A—0 to 4 inches; reddish brown (5YR 5/4) sandy loam, dark reddish brown (5YR 3/4) moist; weak fine granular structure; soft, very friable; slightly effervescent; moderately alkaline; clear smooth boundary.
Bk—4 to 8 inches; reddish brown (5YR 5/4) sandy loam, dark reddish brown (5YR 3/4) moist; weak medium subangular blocky structure; soft, very friable; few visible fine threads of calcium carbonate; strongly effervescent; moderately alkaline; abrupt smooth boundary.
R—8 inches; hard sandstone.

**Range in Characteristics**

Bedrock is at a depth of 5 to 15 inches. The depth to secondary calcium carbonate is 0 to 10 inches. The content of rock fragments is 0 to 15 percent, and the fragments are predominantly gravel-sized.

*A horizon:* The reaction is slightly alkaline or moderately alkaline.

*Bk horizon:* The texture is sandy loam or loam. The clay content is 12 to 18 percent.

## Gurley Series

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mesa, terrace
*Parent material:* residuum weathered from interbedded sandstone and shale
*Elevation:* 6,800 to 7,400 feet
*Slope:* 1 to 20 percent
*Climatic data:*
*Average annual precipitation:* 15 to 17 inches
*Average annual temperature:* 43 to 45 degrees F.
*Frost-free period:* 90 to 110 days

*Taxonomic class:* Fine, mixed Aridic Argiborolls

### Typical Pedon

*Map unit in which located:* Gurley loam, 1 to 8 percent slopes

*Location in survey area:* about 2,450 feet north and 10 feet east of the southwest corner of Sec. 24, T. 45 N., R. 13 W.

A—0 to 4 inches; brown (7.5YR 5/2) loam, dark brown (7.5YR 3/2) moist; moderate fine granular structure; slightly hard, very friable, slightly sticky and slightly plastic; slightly effervescent; slightly alkaline; clear smooth boundary.

Bt—4 to 16 inches; reddish brown (5YR 4/3) clay loam, dark reddish brown (5YR 3/4) moist; moderate medium subangular blocky structure parting to moderate fine subangular blocky; hard, friable, sticky and plastic; strongly effervescent; slightly alkaline; gradual smooth boundary.

Btk—16 to 21 inches; light reddish brown (5YR 6/4) clay loam, reddish brown (5YR 4/4) moist; moderate medium subangular blocky structure; very hard, friable, sticky and plastic; violently effervescent; 21 percent calcium carbonate equivalent; calcium carbonate disseminated throughout; moderately alkaline; gradual smooth boundary.

Bk—21 to 37 inches; very pale brown (10YR 8/2) loam, very pale brown (10YR 8/2) moist; massive; hard, friable, slightly sticky and slightly plastic; violently effervescent; 47 percent calcium carbonate equivalent; calcium carbonate disseminated throughout; 10 percent gravel; moderately alkaline; abrupt smooth boundary.

R—37 inches; hard sandstone.

### Range in Characteristics

The depth to secondary calcium carbonate is 0 to 18 inches. The solum is 15 to 25 inches thick. The upper 7 inches, after mixing, meets the requirements for a mollic epipedon.

*A and Bt horizons:* The hue is 7.5YR or 5YR. The content of rock fragments is 0 to 10 percent, and the fragments are predominantly gravel-sized.

*Bk horizon:* The hue is 10YR to 5YR. The texture is loam or gravelly loam. The calcium carbonate equivalent is 20 to 50 percent. The content of rock fragments is 10 to 35 percent.

## Gypsiorthids

*Depth class:* moderately deep to very deep
*Drainage class:* well drained
*Permeability:* moderate

*Landform:* terrace, valley floor
*Parent material:* residuum weathered from gypsum
*Elevation:* 4,900 to 6,600 feet
*Slope:* 3 to 25 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 12 inches
  *Average annual temperature:* 46 to 49 degrees F.
  *Frost-free period:* 110 to 140 days

*Taxonomic class:* Gypsiorthids

### Reference Pedon

*Map unit in which located:* Gypsiorthids, 3 to 25 percent slopes

*Location in survey area:* about 1,600 feet south and 250 feet west of the northeast corner of Sec. 26, T. 47 N., R. 18 W.

A—0 inches to 1 inch; pink (5YR 8/4) loam, light reddish brown (5YR 6/4) moist; massive; slightly hard, very friable, nonsticky and nonplastic; strongly effervescent; 63 percent calcium sulfate disseminated throughout; moderately alkaline; clear smooth boundary.

Bky—1 inch to 11 inches; pink (7.5YR 8/4) loam, pink (7.5YR 7/4) moist; massive; slightly hard, very friable, nonsticky and nonplastic; strongly effervescent; 80 percent calcium sulfate disseminated throughout; moderately alkaline; clear smooth boundary.

C1—11 to 23 inches; reddish yellow (5YR 6/6) loam, yellowish red (5YR 5/6) moist; massive; slightly hard, very friable, nonsticky and nonplastic; slightly effervescent; 60 percent calcium sulfate disseminated throughout; moderately alkaline; abrupt irregular boundary.

2C2—23 to 30 inches; red (2.5YR 5/6) silt loam, red (2.5YR 4/6) moist; massive; slightly hard, very friable, nonsticky and nonplastic; slightly effervescent; 56 percent calcium sulfate; many fine crystals of calcium sulfate; moderately alkaline; clear smooth boundary.

2C3—30 to 44 inches; red (2.5YR 4/6) silt loam, dark red (2.5YR 3/6) moist; massive; very hard, friable, slightly sticky and slightly plastic; slightly effervescent; 41 percent calcium sulfate; many medium crystals of calcium sulfate; moderately alkaline.

### Range in Characteristics

Bedrock is at a depth of 20 to 60 inches or more.
*A horizon:* The texture is fine sandy loam and loam. The clay content is 12 to 18 percent. The hue is 7.5YR, 5YR, and 2.5YR. The content of rock fragments is 0 to 5 percent.

148

Soil Survey

*Bky horizon:* The texture is loam and fine sandy loam. The clay content is 15 to 20 percent. The hue is 7.5YR, 5YR, and 2.5YR. The reaction is moderately alkaline with 75 to 85 percent calcium sulfate.

*C horizon:* The texture is silt loam, loam, and fine sandy loam. The clay content is 10 to 15 percent. The reaction is moderately alkaline. The content of calcium sulfate is 55 to 65 percent. The content of rock fragments is 0 to 10 percent.

*2C horizons:* The texture is silt loam. The clay content is 7 to 15 percent. The content of rock fragments is 0 to 10 percent. The hue is 2.5YR and 5YR. The reaction is moderately alkaline. The content of calcium sulfate is 35 to 60 percent.

This soil was characterized by the National Soil Survey Laboratory; pedon number 79P223 and soil survey sample number S79CO-085-001.

## Haplaquolls

*Depth class:* moderately deep and deep
*Drainage class:* poorly drained
*Permeability:* moderate
*Landform:* flood plain, slough
*Parent material:* alluvium from mixed sources
*Elevation:* 6,800 to 8,200 feet
*Slope:* 0 to 3 percent
*Climatic data:*
　　*Average annual precipitation:* 15 to 17 inches
　　*Average annual temperature:* 41 to 45 degrees F.
　　*Frost-free period:* 70 to 110 days

*Taxonomic class:* Haplaquolls

### Reference Pedon

*Map unit in which located:* Haplaquolls, 0 to 3 percent slopes
*Location in survey area:* about 900 feet west and 600 feet south of the northeast corner of Sec. 21, T. 45 N., R. 13 W.

A—0 to 21 inches; grayish brown (10YR 5/2) loam, very dark grayish brown (10YR 3/2) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; violently effervescent; moderately alkaline; clear wavy boundary.
Cg1—21 to 30 inches; light gray (10YR 7/2) cobbly sandy loam, grayish brown (10YR 5/2) moist; massive; hard, friable, slightly sticky and slightly plastic; 15 percent gravel and 10 percent cobbles; violently effervescent; few fine distinct dark yellowish brown (10YR 4/4) and prominent black (10YR 2/1) masses of redoximorphic

concentration; moderately alkaline; clear wavy boundary.
Cg2—30 to 60 inches; pale brown (10YR 6/3) very gravelly sandy clay loam, yellowish brown (10YR 5/4) moist; massive; very hard, friable, slightly sticky and slightly plastic; 30 percent gravel and 10 percent cobbles; violently effervescent; lime disseminated throughout; few fine distinct yellowish brown (10YR 5/6) masses of iron accumulation; moderately alkaline.

### Range in Characteristics

Bedrock is at a depth of 20 inches or more. The water table ranges between depths of 6 and 50 inches throughout the year. The mollic epipedon is 12 to 22 inches thick. The particle-size control section is 15 to 45 percent rock fragments.

*A horizon:* The hue is 10YR or 7.5YR. The texture is loam or fine sandy loam.

*Cg horizons:* The texture is cobbly sandy loam, very gravelly sandy clay loam, very gravelly sandy loam, and gravelly sandy loam.

Most pedons are continuously saturated with water in the Cg for as long as 90 days in most years. Some pedons have an irregular decrease in organic carbon content with increasing depth.

## Hofly Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* hill, mountain slope
*Parent material:* colluvium derived from shale
*Elevation:* 8,600 to 10,000 feet
*Slope:* 5 to 40 percent
*Climatic data:*
　　*Average annual precipitation:* 24 to 26 inches
　　*Average annual temperature:* 35 to 37 degrees F.
　　*Frost-free period:* 40 to 60 days

*Taxonomic class:* Fine, montmorillonitic Pachic Cryoborolls

### Typical Pedon

*Map unit in which located:* Leaps-Hofly loams, 5 to 40 percent slopes
*Location in survey area:* about 800 feet north and 250 feet east of the southwest corner of Sec. 16, T. 45 N., R. 10 W.

A—0 to 3 inches; dark gray (10YR 4/1) loam, very dark grayish brown (2.5Y 3/2) moist; weak thin platy structure parting to moderate very fine

BLM_0060210

granular; slightly hard, friable, slightly sticky and slightly plastic; neutral; clear smooth boundary.

Bw—3 to 32 inches; dark gray (10YR 4/1) clay loam, very dark grayish brown (2.5Y 3/2) moist; moderate fine subangular blocky structure; hard, firm, slightly sticky and plastic; neutral; abrupt smooth boundary.

C—32 to 60 inches; olive brown (2.5Y 4/4) clay, dark grayish brown (2.5Y 4/2) moist; massive; very hard, very firm, slightly sticky and plastic; 5 percent cobbles; neutral.

### Range in Characteristics

The particle-size control section is 0 to 15 percent rock fragments. The hue is 2.5Y or 10YR.

*Bw and C horizons:* The texture is clay loam and clay.

## Killpack Series

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* hill, terrace
*Parent material:* residuum weathered from shale
*Elevation:* 5,600 to 6,300 feet
*Slope:* 2 to 15 percent
*Climatic data:*
  *Average annual precipitation:* 8 to 10 inches
  *Average annual temperature:* 49 to 51 degrees F.
  *Frost-free period:* 130 to 150 days

*Taxonomic class:* Fine-silty, mixed (calcareous), mesic Typic Torriorthents

### Typical Pedon

*Map unit in which located:* Killpack-Deaver loams, 2 to 15 percent slopes
*Location in survey area:* about 500 feet east and 500 feet north of the southwest corner of Sec. 3, T. 43 N., R. 17 W.

A—0 to 9 inches; brown (7.5YR 5/4) loam, brown (7.5YR 4/4) moist; weak fine granular structure; soft, friable, slightly sticky and slightly plastic; strongly effervescent; slightly alkaline; abrupt smooth boundary.

2Cy—9 to 20 inches; light brownish gray (2.5Y 6/2) clay loam, dark grayish brown (2.5Y 4/2) moist; massive; slightly hard, friable, slightly sticky and slightly plastic; strongly effervescent; common fine gypsum nests; slightly alkaline; gradual wavy boundary.

2C—20 to 30 inches; light brownish gray (2.5Y 6/2) silty clay loam, dark grayish brown (2.5Y 4/2)

moist; massive; hard, friable, slightly sticky and plastic; 20 percent soft shale chips; violently effervescent; slightly alkaline; clear smooth boundary.

2Cr—30 inches; gypsiferous gray shale.

### Range in Characteristics

Shale is at a depth of 20 to 40 inches.

*A horizon:* Soft shale fragments range from 0 to 15 percent, and are predominantly gravel-sized. The hue is 7.5YR or 10YR.

*2Cy and 2C horizons:* The texture is clay loam or silty clay loam. Soft shale fragments range from 0 to 30 percent. The clay content is 27 to 40 percent. The hue is 10YR or 2.5Y. The reaction is slightly alkaline or moderately alkaline.

## Kinesava Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mesa, mountain slope
*Parent material:* colluvium and residuum weathered from sandstone and shale
*Elevation:* 8,000 to 8,800 feet
*Slope:* 5 to 30 percent
*Climatic data:*
  *Average annual precipitation:* 18 to 20 inches
  *Average annual temperature:* 40 to 42 degrees F.
  *Frost-free period:* 60 to 80 days

*Taxonomic class:* Fine, mixed Pachic Paleborolls

### Typical Pedon

*Map unit in which located:* Spectacle-Kinesava loams, 5 to 30 percent slopes
*Location in survey area:* about 900 feet east and 1,900 feet south of the northwest corner of Sec. 8, T. 42 N., R. 13 W.

A—0 to 21 inches: very dark gray (10YR 3/1) loam, very dark brown (10YR 2/2) moist; weak fine granular structure; slightly hard, very friable, slightly sticky and nonplastic; neutral; clear wavy boundary.

BA—21 to 28 inches; very dark grayish brown (10YR 3/2) clay loam, very dark brown (10YR 2/2) moist; moderate fine and medium subangular blocky structure; hard, firm, slightly sticky and slightly plastic; neutral; gradual wavy boundary.

Bt—28 to 40 inches; brown (7.5YR 5/4) cobbly clay, brown (7.5YR 4/4) moist; moderate medium and coarse subangular blocky structure; hard, firm,

150                                                                                        Soil Survey

sticky and plastic; 10 percent gravel and 5 percent
cobble; neutral; gradual wavy boundary.
BC—40 to 60 inches; pale brown (10YR 6/3) cobbly
clay, brown (10YR 5/3) moist; weak moderate
subangular blocky structure; hard, firm, sticky and
plastic; 15 percent cobbles and 10 percent gravel;
neutral.

### Range in Characteristics

The mollic epipedon is 28 to 35 inches thick.
*Bt horizon:* The hue is 10YR or 7.5YR. The content
of rock fragments is 5 to 25 percent.

## Leaps Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* alluvial fan, hill, mountain slope, structural
bench
*Parent material:* alluvium and colluvium derived from
shale
*Elevation:* 8,500 to 10,500 feet
*Slope:* 5 to 40 percent
*Climatic data:*
   *Average annual precipitation:* 20 to 26 inches
   *Average annual temperature:* 35 to 40 degrees F.
   *Frost-free period:* 40 to 70 days

*Taxonomic class:* Fine, montmorillonitic Typic
Cryoborolls

### Typical Pedon

*Map unit in which located:* Tellura-Leaps clay loams,
5 to 40 percent slopes
*Location in survey area:* about 2,500 feet south and
1,900 feet east of the northwest corner of Sec. 2,
T. 42 N., R. 11 W.

A—0 to 10 inches; dark grayish brown (10YR 4/2) clay
loam, very dark grayish brown (10YR 3/1) moist;
moderate medium granular structure; slightly hard,
friable, slightly sticky and slightly plastic; neutral;
clear wavy boundary.
Bw—10 to 18 inches; pale brown (10YR 6/3) clay,
brown (10YR 5/3) moist; moderate coarse
subangular blocky structure; very hard, firm,
slightly sticky and slightly plastic; neutral; gradual wavy
boundary.
BC—18 to 35 inches; grayish brown (10YR 5/2) clay,
dark grayish brown (10YR 4/2) moist; massive;
very hard, firm, slightly sticky and plastic; neutral;
gradual wavy boundary.

C—35 to 60 inches; grayish brown (10YR 5/2) clay,
dark grayish brown (10YR 4/2) moist; massive;
very hard, firm, slightly sticky and plastic; neutral.

### Range in Characteristics

The mollic epipedon is 7 to 14 inches thick. The
particle-size control section is clay, and the clay
content is 40 to 50 percent.
*A horizon:* The texture is clay loam or loam. The
reaction is neutral. The content of rock fragments is 0
to 15 percent.
*B horizon:* The texture is clay. The reaction is
neutral. Hue  is 10YR or 7.5YR.
*C horizon:* The texture is clay. The reaction is
neutral.

## Lillylands Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mountain slope
*Parent material:* colluvium derived from sandstone and
mixed sources
*Elevation:* 7,400 to 8,500 feet
*Slope:* 15 to 50 percent
*Climatic data:*
   *Average annual precipitation:* 17 to 19 inches
   *Average annual temperature:* 41 to 43 degrees F.
   *Frost-free period:* 70 to 90 days

*Taxonomic class:* Fine, mixed Pachic Haploborolls

### Typical Pedon

*Map unit in which located:* Lillylands loam, 15 to 50
percent slopes
*Location in survey area:* about 2,400 feet north and
2,000 feet east of the southwest corner of Sec. 20,
T. 43 N., R. 14 W.

A1—0 to 4 inches; very dark grayish brown (10YR 3/2)
loam, black (10YR 2/1) moist; moderate fine
granular structure; hard, very friable, slightly sticky
and slightly plastic; 5 percent gravel; neutral; clear
smooth boundary.
A2—4 to 21 inches; very dark grayish brown (10YR
3/2) clay loam, black (10YR 2/1) moist; moderate
fine subangular blocky structure; hard, friable,
slightly sticky and slightly plastic; 5 percent
gravel; neutral; gradual wavy boundary.
A3—21 to 30 inches; dark grayish brown (10YR 4/2)
clay loam, very dark grayish brown (10YR 3/2)

moist; moderate medium subangular blocky structure; very hard, firm, sticky and plastic; 5 percent gravel; neutral; abrupt smooth boundary.

2C1—30 to 45 inches; brown (7.5YR 5/4) gravelly clay, brown (7.5YR 4/4) moist; moderate medium angular blocky structure; extremely hard, firm, sticky and plastic; 10 percent gravel, 5 percent cobbles, 5 percent stones; neutral (pH 7.2); clear smooth boundary.

2C2—45 to 60 inches; brown (7.5YR 5/4) gravelly clay, brown (7.5YR 4/4) moist; massive; extremely hard, firm, sticky and plastic; pressure faces over 30 percent of material ranging from 3 to 5 centimeters; 10 percent gravel, 5 percent cobbles, 5 percent stones; neutral (pH 7.2).

### Range in Characteristics

*A horizons:* The hue is 2.5Y or 10YR.

*2C horizons:* The hue is 10YR or 7.5YR. The texture is gravelly clay, cobbly clay, or clay. The content of rock fragments ranges from 5 to 35 percent.

## Mikim Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* valley floor
*Parent material:* alluvium derived from shale
*Elevation:* 5,100 to 6,600 feet
*Slope:* 1 to 6 percent
*Climatic data:*
    *Average annual precipitation:* 10 to 12 inches
    *Average annual temperature:* 46 to 48 degrees F.
    *Frost-free period:* 90 to 120 days

*Taxonomic class:* Fine-loamy, mixed (calcareous), mesic Ustic Torriorthents

### Typical Pedon

*Map unit in which located:* Mikim loam, 1 to 6 percent slopes
*Location in survey area:* about 1,500 feet east and 1,800 feet south of the northwest corner of Sec. 20, T. 44 N., R. 16 W.

A—0 to 6 inches; grayish brown (2.5Y 5/2) loam, dark grayish brown (2.5Y 4/2) moist; moderate medium granular structure; slightly hard, very friable, slightly sticky and slightly plastic; slightly effervescent; slightly alkaline, clear smooth boundary.

AC—6 to 22 inches; grayish brown (2.5Y 5/2) loam, dark grayish brown (2.5Y 4/2) moist; weak coarse subangular blocky structure; slightly hard,

friable, slightly sticky and slightly plastic; violently effervescent; moderately alkaline; clear smooth boundary.

C1—22 to 45 inches; light brownish gray (2.5Y 6/2) loam, dark grayish brown (2.5Y 4/2) moist; massive; slightly hard, very friable; violently effervescent; moderately alkaline; clear smooth boundary.

C2—45 to 60 inches; grayish brown (2.5Y 5/2) gravelly sandy loam, olive brown (2.5Y 4/4) moist; massive; slightly hard, very friable; 25 percent gravel; violently effervescent; moderately alkaline.

### Range in Characteristics

The content of rock fragments is 5 to 15 percent to a depth of about 40 inches, and 5 to 35 percent below that depth. The particle-size control section is loam, clay loam, or stratified below 24 inches with sandy loam, and the clay content is 18 to 30 percent.

*C horizons:* The hue is 5Y to 10YR.

## Minchey Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* alluvial fan, mesa, structural bench
*Parent material:* alluvium derived from sandstone
*Elevation:* 5,400 to 6,000 feet
*Slope:* 1 to 10 percent
*Climatic data:*
    *Average annual precipitation:* 8 to 10 inches
    *Average annual temperature:* 49 to 51 degrees F.
    *Frost-free period:* 130 to 150 days

*Taxonomic class:* Fine-loamy, mixed, mesic Typic Calciorthids

### Typical Pedon

*Map unit in which located:* Minchey fine sandy loam, 1 to 10 percent slopes
*Location in survey area:* about 2,000 feet west and 2,500 feet north of the southeast corner of Sec. 34, T. 44 N., R. 18 W.

A—0 to 5 inches; brown (7.5YR 5/4) fine sandy loam, brown (7.5YR 4/4) moist; weak fine granular structure; soft, very friable, slightly sticky and slightly plastic; violently effervescent; moderately alkaline; clear smooth boundary.

Bk1—5 to 12 inches; light brown (7.5YR 6/4) sandy clay loam, brown (7.5YR 5/4) moist; weak fine subangular blocky structure; slightly hard, very friable, slightly sticky and plastic; 20 percent

Soil Survey

calcium carbonate equivalent; violently effervescent; moderately alkaline; clear smooth boundary.

Bk2—12 to 30 inches; pink (7.5YR 7/4) gravelly sandy clay loam, light brown (7.5YR 6/4) moist; massive; hard, friable, slightly sticky and plastic; calcium carbonate disseminated throughout; 40 percent calcium carbonate equivalent; violently effervescent; 20 percent gravel, 10 percent cobbles; strongly alkaline; abrupt wavy boundary.

2Bk3—30 to 60 inches; light brown (7.5YR 6/4) very gravelly sandy loam, brown (7.5YR 5/4) moist; massive; hard, friable; calcium carbonate disseminated throughout; 20 percent calcium carbonate equivalent; violently effervescent; 35 percent gravel and 10 percent cobbles; strongly alkaline.

**Range in Characteristics**

The content of rock fragments is 5 to 35 percent to a depth of about 30 inches, and 35 to 50 percent below that depth. The particle-size control section is sandy clay loam, gravelly sandy clay loam, very gravelly sandy loam, or clay loam, and the clay content is 20 to 35 percent; however, in the lower 2Bk horizon, the clay content may be as low as 10 percent.

*Bk and 2Bk horizons:* The reaction is moderately alkaline or strongly alkaline. The calcium carbonate equivalent is 18 to 40 percent. The hue is 7.5YR or 10YR.

## Mitch Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* drainageway, valley floor
*Parent material:* alluvium derived from sandstone
*Elevation:* 6,800 to 7,400 feet
*Slope:* 1 to 6 percent
*Climatic data:*
  *Average annual precipitation:* 15 to 17 inches
  *Average annual temperature:* 43 to 45 degrees F.
  *Frost-free period:* 90 to 110 days
*Taxonomic class:* Fine-silty, mixed Cumulic Haploborolls

**Typical Pedon**

*Map unit in which located:* Mitch loam, 1 to 6 percent slopes
*Location in survey area:* about 2,200 feet east and 1,500 feet south of the northwest corner of Sec. 13, T. 44 N., R. 15 W.

A1—0 to 14 inches; brown (7.5YR 4/2) loam, dark brown (7.5YR 3/2) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; slightly effervescent; slightly alkaline; clear smooth boundary.

A2—14 to 28 inches; brown (7.5YR 4/2) silt loam, dark brown (7.5YR 3/2) moist; weak medium subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; slightly effervescent; slightly alkaline; clear wavy boundary.

C—28 to 60 inches; brown (7.5YR 4/2) silt loam, dark brown (7.5YR 3/2) moist; weak medium subangular blocky structure; slightly hard, very friable, sticky and plastic; few fine calcium carbonate mycelia; strongly effervescent; slightly alkaline.

**Range in Characteristics**

The content of rock fragments is 0 to 5 percent. The reaction is slightly alkaline or moderately alkaline. The hue is 7.5YR or 10YR.

## Mivida Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* alluvial fan
*Parent material:* alluvium and outwash derived from sandstone
*Elevation:* 4,900 to 6,600 feet
*Slope:* 5 to 15 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 12 inches
  *Average annual temperature:* 46 to 48 degrees F.
  *Frost-free period:* 110 to 130 days
*Taxonomic class:* Coarse-loamy, mixed, mesic Ustollic Calciorthids

**Typical Pedon**

*Map unit in which located:* Mivida fine sandy loam, 5 to 15 percent slopes
*Location in survey area:* about 1,200 feet east and 2,000 feet north of the southwest corner of Sec. 11, T. 44 N., R. 18 W.

A—0 to 3 inches; brown (7.5YR 5/4) fine sandy loam, dark brown (7.5YR 3/4) moist; weak fine granular structure; slightly hard, very friable; strongly effervescent; moderately alkaline; clear wavy boundary.

Bw—3 to 25 inches; light brown (7.5YR 6/4) fine sandy loam, brown (7.5YR 4/4) moist; weak fine and medium subangular blocky structure; slightly hard,

San Miguel Area, Colorado                                                    153

friable; strongly effervescent; moderately alkaline; clear wavy boundary.

Bk1—25 to 37 inches; pink (7.5YR 7/4) fine sandy loam, brown (7.5YR 5/4) moist; massive; slightly hard, friable; 23 percent calcium carbonate equivalent; violently effervescent; many calcium carbonate nodules; moderately alkaline; diffuse wavy boundary.

Bk2—37 to 60 inches; pink (7.5YR 7/4) fine sandy loam, brown (7.5YR 5/4) moist; massive; slightly hard, friable; 20 percent calcium carbonate equivalent; violently effervescent; few calcium carbonate nodules; moderately alkaline.

### Range in Characteristics

The hue is 5YR or 7.5YR. The reaction is slightly alkaline or moderately alkaline. The content of rock fragments is 0 to 5 percent. The top of the calcic horizon is at a depth of 20 to 30 inches. The Bw horizon is absent in some pedons. The particle-size control section has a clay content of 14 to 18 percent.

*Bk horizons:* The calcium carbonate equivalent ranges from 15 to 40 percent, and decreases with depth.

## Monogram Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* mesa, structural bench
*Parent material:* eolian deposits
*Elevation:* 6,800 to 7,300 feet
*Slope:* 1 to 8 percent
*Climatic data:*
   *Average annual precipitation:* 13 to 15 inches
   *Average annual temperature:* 45 to 47 degrees F.
   *Frost-free period:* 90 to 120 days

*Taxonomic class:* Fine-silty, mixed, mesic Ustollic Haplargids

### Typical Pedon

*Map unit in which located:* Monogram loam, 1 to 8 percent slopes
*Location in survey area:* about 1,624 feet east and 1,624 feet south of the northwest corner of Sec. 30, T. 46 N., R. 17 W.

A1—0 inches to 1 inch: reddish brown (5YR 5/4) loam, reddish brown (5YR 4/3) moist; weak fine granular structure; slightly hard, very friable, slightly sticky and slightly plastic; neutral; clear smooth boundary.

A2—1 inch to 3 inches; reddish brown (5YR 5/4) loam, dark reddish brown (5YR 3/4) moist; moderate fine granular structure; slightly hard, very friable, nonsticky and plastic; neutral; clear smooth boundary.

BA—3 to 7 inches; light reddish brown (5YR 6/4) loam, reddish brown (5YR 4/4) moist; moderate medium subangular blocky structure; hard, friable, sticky and plastic; slightly alkaline; clear smooth boundary.

Bt—7 to 14 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/4) moist; strong medium subangular blocky structure; extremely hard, firm, sticky and plastic; slightly alkaline; clear wavy boundary.

Btk—14 to 20 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist; moderate medium subangular blocky structure; extremely hard, firm, slightly sticky and plastic; lime segregated in common irregular medium sized concretions; strongly effervescent; 4 percent calcium carbonate equivalent; moderately alkaline; clear wavy boundary.

Bk—20 to 28 inches; pink (5YR 7/3) loam, reddish brown (5YR 5/4) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and plastic; calcium carbonate disseminated throughout; violently effervescent; 44 percent calcium carbonate equivalent; many cicada casts; moderately alkaline; clear wavy boundary.

2Ck1—28 to 42 inches; pinkish white (5YR 8/2) sandy clay loam, pink (5YR 7/4) moist; massive; hard, friable, slightly sticky and slightly plastic; calcium carbonate disseminated throughout; violently effervescent; 70 percent calcium carbonate equivalent; moderately alkaline; clear wavy boundary.

2Ck2—42 to 52 inches; pink (5YR 7/4) clay loam, light reddish brown (5YR 6/4) moist; massive; hard, friable, slightly sticky and slightly plastic; calcium carbonate disseminated throughout; violently effervescent; 44 percent calcium carbonate equivalent; moderately alkaline; clear wavy boundary.

2Ck3—52 to 60 inches; light brown (7.5YR 6/4) sandy clay loam, brown (7.5YR 5/4) moist; massive; hard, friable, slightly sticky and plastic; calcium carbonate disseminated throughout; violently effervescent; 23 percent calcium carbonate equivalent; moderately alkaline; abrupt wavy boundary.

### Range in Characteristics

The thickness of the solum is 15 to 30 inches. The depth to secondary calcium carbonate is 6 to 26

inches. The content of rock fragments is 0 to 5 percent, and the fragments are predominantly gravel-sized.

*B horizons:* The texture is loam or clay loam. Reaction is slightly alkaline or moderately alkaline.

*2Ck horizons:* The texture is clay loam or sandy clay loam. The hue is 7.5YR or 5YR. The calcium carbonate equivalent is 20 to 70 percent, and decreases with depth.

This soil was characterized by the National Soil Survey Laboratory; pedon number 80P373 and soil survey sample number S80CO-085-001.

## Monticello Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* mesa, ridge
*Parent material:* eolian deposits derived from sandstone
*Elevation:* 6,800 to 7,400 feet
*Slope:* 1 to 12 percent
*Climatic data:*
   *Average annual precipitation:* 13 to 15 inches
   *Average annual temperature:* 45 to 47 degrees F.
   *Frost-free period:* 100 to 120 days

*Taxonomic class:* Fine-silty, mixed, mesic Aridic Argiustolls

### Typical Pedon

*Map unit in which located:* Monticello-Witt loams, 3 to 6 percent slopes
*Location in survey area:* about 3,100 feet south and 300 feet east of the northwest corner of Sec. 34, T. 43 N., 19 W.

Ap1—0 to 4 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/3) moist; weak fine and medium granular structure; slightly hard, very friable, neutral; abrupt smooth boundary.
Ap2—4 to 10 inches; reddish brown (5YR 4/3) loam, dark reddish brown (5YR 3/3) moist; weak medium and fine subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; neutral; abrupt smooth boundary.
BA—10 to 15 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/4) moist; weak medium subangular blocky structure; hard, very friable, slightly sticky and plastic; few thin clay films on faces of peds; neutral; clear smooth boundary.
Bt1—15 to 24 inches; yellowish red (5YR 5/6) loam, yellowish red (5YR 4/6) moist; moderate fine

subangular blocky structure; hard, very friable, slightly sticky and plastic; common thin clay films on faces of peds; neutral; clear smooth boundary.
Bt2—24 to 30 inches; yellowish red (5YR 5/6) loam, yellowish red (5YR 4/6) moist; moderate medium subangular blocky structure; hard, very friable, slightly sticky and plastic; common and many moderately thick clay films on faces of peds; neutral; clear smooth boundary.
Btk—30 to 38 inches; reddish brown (5YR 5/4) loam, yellowish red (5YR 4/6) moist; moderate medium subangular blocky structure; hard, very friable, slightly sticky and plastic; few thin clay films on faces of peds; strongly effervescent; many seams and streaks and few masses of calcium carbonate; slightly alkaline; clear smooth boundary.
Bk—38 to 52 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/4) moist; weak medium subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; 6 percent calcium carbonate equivalent; strongly effervescent; many seams and streaks and few masses of calcium carbonate; moderately alkaline; clear smooth boundary.
C—52 to 60 inches; light reddish brown (5YR 6/4) loam, reddish brown (5YR 4/4) moist; massive; slightly hard, very friable; 7 percent calcium carbonate equivalent; strongly effervescent; moderately alkaline; abrupt smooth boundary.
Btb—60 to 74 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/4) moist; moderate medium subangular blocky structure; hard, very friable, sticky and plastic; strongly effervescent; moderately alkaline.

### Range in Characteristics

The profile is noncalcareous to a depth of 15 to 30 inches. Secondary calcium carbonate is at a depth of 30 to 60 inches.

*BA and Bt horizons:* The texture is loam or silt loam. The clay content is 18 to 25 percent. The reaction is neutral or slightly alkaline.

*Btk horizon:* The texture is silt loam or loam. The reaction is slightly alkaline or moderately alkaline.

*Bk and C horizons:* The texture is silt loam, loam, or very fine sandy loam. The reaction is slightly alkaline or moderately alkaline. The calcium carbonate equivalent is 5 to 25 percent.

This soil was characterized by the National Soil Survey Laboratory; pedon number 83P0808 and soil survey sample number S83CO-113-003.

## Narraguinnep Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* alluvial fan, hill, mountain slope
*Parent material:* alluvium derived from shale
*Elevation:* 7,200 to 8,500 feet
*Slope:* 1 to 50 percent
*Climatic data:*
　　*Average annual precipitation:* 17 to 22 inches
　　*Average annual temperature:* 41 to 43 degrees F.
　　*Frost-free period:* 70 to 90 days

*Taxonomic class:* Fine, montmorillonitic Pachic
　　Haploborolls

### Typical Pedon

*Map unit in which located:* Narraguinnep-Dapoin
　　complex, 1 to 15 percent slopes
*Location in survey area:* about 500 feet south and
　　1,000 feet east of the northwest corner of Sec. 27,
　　T. 40 N., R. 14 W.

A1—0 to 7 inches; dark grayish brown (10YR 4/2) silty
　　clay loam, very dark grayish brown (10YR 3/2)
　　moist; weak fine subangular blocky structure;
　　slightly hard, friable, sticky and plastic; neutral;
　　clear smooth boundary.
A2—7 to 18 inches; dark grayish brown (10YR 4/2)
　　clay, very dark grayish brown (10YR 3/2) moist;
　　weak fine subangular blocky structure; very hard,
　　very firm, sticky and plastic; neutral; clear smooth
　　boundary.
Bw—18 to 23 inches; grayish brown (10YR 5/2) clay,
　　dark grayish brown (10YR 4/2) moist; moderate
　　medium subangular blocky structure; extremely
　　hard, extremely firm, sticky and plastic; strongly
　　effervescent; slightly alkaline; clear wavy
　　boundary.
BCk—23 to 30 inches; light brownish gray (10YR 6/2)
　　clay, dark grayish brown (10YR 4/2) moist; weak
　　fine subangular blocky structure; extremely hard,
　　extremely firm, sticky and plastic; calcium
　　carbonate disseminated throughout; violently
　　effervescent; moderately alkaline; clear wavy
　　boundary.
Ck—30 to 60 inches; light gray (2.5Y 7/2) silty clay
　　loam, grayish brown (2.5Y 5/2) moist; massive;
　　extremely hard, extremely firm, sticky and plastic;
　　25 percent shale chips; calcium carbonate
　　disseminated throughout; violently effervescent;
　　moderately alkaline.

### Range in Characteristics

The mollic epipedon is 16 to 24 inches thick. The
particle-size control section averages 35 to 50
percent clay.
　　*A1 horizon:* The texture is silty clay loam or clay
loam. The reaction is neutral. The content of rock
fragments is 0 to 10 percent.
　　*Bw horizon:* The texture is clay loam or clay. The
hue is 10YR or 2.5Y.
　　*Ck horizon:* The texture is silty clay loam or clay
loam. The reaction is moderately alkaline.

## Nordicol Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* mountain slope
*Parent material:* colluvium and residuum weathered
　　from sandstone
*Elevation:* 8,800 to 10,000 feet
*Slope:* 5 to 40 percent
*Climatic data:*
　　*Average annual precipitation:* 24 to 26 inches
　　*Average annual temperature:* 35 to 37 degrees F.
　　*Frost-free period:* 40 to 60 days

*Taxonomic class:* Loamy-skeletal, mixed Cryic
　　Paleborolls

### Typical Pedon

*Map unit in which located:* Baird Hollow-Nordicol-
　　Ryman complex, 5 to 40 percent slopes
*Location in survey area:* about 200 feet east and 1,700
　　feet north of the southwest corner of Sec. 2, T. 42
　　N., R. 14 W.

A—0 to 15 inches; dark grayish brown (10YR 4/2)
　　loam, very dark brown (10YR 2/2) moist; weak fine
　　granular structure; slightly hard, very friable,
　　slightly sticky and slightly plastic; neutral; clear
　　smooth boundary.
E—15 to 24 inches; pale brown (10YR 6/3) gravelly
　　sandy clay loam, brown (10YR 5/3) moist;
　　moderate fine granular structure; hard, very friable,
　　slightly sticky and slightly plastic; 20 percent
　　gravel, 5 percent cobbles, and 1 percent stones;
　　neutral; gradual wavy boundary.
E/B—24 to 32 inches; 60 percent E, pale brown (10YR
　　6/3), brown (10YR 5/3) moist; 40 percent Bt,
　　brownish yellow (10YR 6/6), dark yellowish brown
　　(10YR 4/4) moist, very cobbly sandy clay loam;
　　moderate medium and fine subangular blocky;

hard, very friable, slightly sticky and slightly plastic; 20 percent gravel, 10 percent cobble, and 5 percent stones; neutral; gradual wavy boundary.

Bt—32 to 48 inches; brownish yellow (10YR 6/6) very cobbly sandy clay loam, dark yellowish brown (10YR 4/4) moist; moderate fine and medium subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; 20 percent gravel, 15 percent cobbles, and 10 percent stones; neutral; gradual wavy boundary.

C—48 to 60 inches; brownish yellow (10YR 6/6) very stony sandy clay loam, dark yellowish brown (10YR 4/4) moist; massive; hard, very friable, slightly sticky and slightly plastic; 20 percent gravel, 15 percent cobbles, and 20 percent stones; neutral.

### Range in Characteristics

The mollic epipedon is 10 to 19 inches thick. The particle-size control section is 35 to 60 percent rock fragments.

*A horizon:* The hue is 10YR or 7.5YR.

*Bt horizon:* The hue is 10YR or 7.5YR. The clay content is 18 to 35 percent.

## Nordicol Variant

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* mesa
*Parent material:* residuum weathered from sandstone
*Elevation:* 8,500 to 9,000 feet
*Slope:* 2 to 10 percent
*Climatic data:*
    *Average annual precipitation:* 22 to 24 inches
    *Average annual temperature:* 38 to 40 degrees F.
    *Frost-free period:* 50 to 70 days

*Taxonomic class:* Fine-loamy, mixed Cryic Pachic Paleborolls

### Typical Pedon

*Map unit in which located:* Bushvalley-Nordicol Variant complex, 2 to 10 percent slopes
*Location in survey area:* about 500 feet east and 700 feet south of the northwest corner of Sec. 18, T. 45 N., R. 10 W.

A1—0 to 5 inches; dark brown (10YR 3/3) loam, black (10YR 2/1) moist; weak fine granular structure; soft, very friable, nonsticky and slightly plastic; neutral; clear wavy boundary.

A2—5 to 14 inches; dark brown (10YR 3/3) loam, very dark brown (10YR 2/2) moist; moderate

medium subangular blocky structure; slightly hard, friable, sticky and slightly plastic; neutral; clear wavy boundary.

AB—14 to 28 inches; dark brown (10YR 3/3) cobbly clay loam, very dark grayish brown (10YR 3/2) moist; strong medium subangular blocky structure; slightly hard, friable, sticky and plastic; 5 percent gravel and 10 percent cobbles; neutral; clear wavy boundary.

Bt—28 to 31 inches; dark yellowish brown (10YR 4/4) cobbly clay loam, dark brown (10YR 3/3) moist; strong medium subangular blocky structure; hard, friable, sticky and plastic; many common moderately thick clay films on ped faces; 5 percent gravel and 10 percent cobbles; neutral; clear wavy boundary.

C—31 to 34 inches; strong brown (7.5YR 5/6) sandy clay loam, brown (7.5YR 4/4) moist; massive; slightly hard, friable, slightly sticky and slightly plastic; neutral; abrupt smooth boundary.

R—34 inches; hard noncalcareous sandstone.

### Range in Characteristics

The mollic epipedon is 21 to 32 inches thick. Bedrock is at a depth of 20 to 40 inches.

*A horizons:* The hue is 10YR or 7.5YR.

*Bt horizon:* The clay content is 27 to 35 percent. The hue is 7.5YR or 10YR.

## Nortez Series

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mesa, structural bench
*Parent material:* alluvium derived from sandstone and shale
*Elevation:* 7,400 to 8,500 feet
*Slope:* 0 to 20 percent
*Climatic data:*
    *Average annual precipitation:* 16 to 19 inches
    *Average annual temperature:* 41 to 45 degrees F.
    *Frost-free period:* 70 to 90 days

*Taxonomic class:* Fine, montmorillonitic Typic Argiborolls

### Typical Pedon

*Map unit in which located:* Nortez-Fivepine loams, 1 to 12 percent slopes
*Location in survey area:* about 2,000 feet west and 100 feet north of the southeast corner of Sec. 11, T. 44 N., R. 13 W.

San Miguel Area, Colorado                                                                 157

A—0 to 8 inches; brown (7.5YR 4/2) loam, very dark grayish brown (10YR 3/2) moist; moderate medium granular structure; soft, very friable, slightly sticky and slightly plastic; slightly alkaline; clear smooth boundary.

Bt—8 to 18 inches; brown (7.5YR 5/4) cobbly clay loam, brown (7.5YR 4/4) moist; moderate and strong medium subangular blocky structure; very hard, friable, sticky and plastic; 10 percent angular cobbles and 5 percent angular gravel; slightly alkaline; clear wavy boundary.

BCk—18 to 24 inches; light brown (7.5YR 6/4) clay loam, brown (7.5YR 5/4) moist; weak coarse subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; calcium carbonate disseminated throughout; strongly effervescent; slightly alkaline; clear wavy boundary.

Ck—24 to 32 inches; pinkish white (7.5YR 8/2) loam, light brown (7.5YR 6/4) moist; massive; hard, friable; lime disseminated throughout; violently effervescent; 5 percent angular cobbles and 5 percent angular gravel; moderately alkaline; abrupt wavy boundary.

R—32 inches; Dakota sandstone.

### Range in Characteristics

The mollic epipedon is 7 to 12 inches thick. The depth to secondary calcium carbonate is 18 to 30 inches. Bedrock is at a depth of 20 to 40 inches. The content of rock fragments commonly is 0 to 20 percent, and the fragments are predominantly angular and gravel- and cobble-sized The content of rock fragments in the C horizon is 35 percent.

*A horizon:* The hue is 7.5YR or 10YR.

*Bt horizon:* The texture is gravelly clay loam, cobbly clay loam, clay loam, or clay. The clay content is 35 to 45 percent. The reaction is slightly alkaline or moderately alkaline. The hue is 5YR or 7.5YR.

*Ck horizon:* The texture is gravelly loam, cobbly loam, loam, or clay loam. The reaction is slightly alkaline or moderately alkaline. The hue is 5YR to 10YR.

## Nunemaker Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* drainageway, valley floor
*Parent material:* alluvium derived from shale
*Elevation:* 6,800 to 7,800 feet
*Slope:* 3 to 10 percent

*Climatic data:*
*Average annual precipitation:* 13 to 15 inches
*Average annual temperature:* 44 to 46 degrees F.
*Frost-free period:* 90 to 110 days

*Taxonomic class:* Fine, montmorillonitic Borollic Camborthids

### Typical Pedon

*Map unit in which located:* Nunemaker clay, 3 to 10 percent slopes
*Location in survey area:* about 1,100 feet south and 1,000 feet east of the northwest corner of Sec. 25, T. 43 N., R. 15 W.

A—0 to 3 inches; grayish brown (2.5Y 5/2) clay, very dark grayish brown (2.5Y 3/2) moist; moderate coarse granular structure; very hard, firm, sticky and plastic; 13 percent calcium carbonate equivalent; slightly effervescent; moderately alkaline; clear smooth boundary.

Bw1—3 to 10 inches; grayish brown (2.5Y 5/2) clay, dark grayish brown (2.5Y 4/2) moist; moderate coarse angular blocky structure parting to moderate medium angular blocky; very hard, firm, sticky and plastic; 11 percent calcium carbonate equivalent; slightly effervescent; moderately alkaline; gradual smooth boundary.

Bw2—10 to 26 inches; light brownish gray (2.5Y 6/2) clay, dark grayish brown (2.5Y 4/2) moist; moderate coarse prismatic structure parting to moderate medium angular blocky; very hard, friable, sticky and plastic; 14 percent calcium carbonate equivalent; strongly effervescent; moderately alkaline; gradual smooth boundary.

Bky1—26 to 30 inches; light brownish gray (2.5Y 6/2) clay, grayish brown (2.5Y 5/2) moist; massive; very hard, firm, slightly sticky and plastic; many calcium carbonate crystals and gypsum nests; 10 percent calcium carbonate equivalent; violently effervescent; few relict medium distinct olive brown (2.5Y 4/4) masses of iron accumulation; moderately alkaline; clear smooth boundary.

Bky2—30 to 40 inches; light brownish gray (2.5Y 6/2) clay, grayish brown (2.5Y 5/2) moist; massive; very hard, firm, slightly sticky and plastic; many gypsum nests; 10 percent calcium carbonate equivalent; violently effervescent; few relict medium distinct olive brown (2.5Y 4/4) masses of iron accumulation; strongly alkaline; clear smooth boundary.

Bky3—40 to 50 inches; light brownish gray (2.5Y 6/2) clay, grayish brown (2.5Y 5/2) moist; massive; very hard, firm, slightly sticky and plastic; many

gypsum nests; 10 percent calcium carbonate equivalent; violently effervescent; few relict medium distinct olive brown (2.5Y 4/4) masses of iron accumulation; strongly alkaline; clear smooth boundary.

Bky4—50 to 60 inches; light brownish gray (2.5Y 6/2) clay, grayish brown (2.5Y 5/2) moist; massive; very hard, firm, sticky and plastic; many gypsum nests; 9 percent calcium carbonate equivalent; violently effervescent; strongly alkaline.

**Range in Characteristics**

The particle-size control section is clay or clay loam and the clay content is 35 to 50 percent.

*A horizon:* The reaction is moderately alkaline. The content of rock fragments is 0 to 5 percent.

*Bw horizons:* The reaction is moderately alkaline. The hue is 2.5Y.

*Bky horizons:* The reaction is strongly alkaline. The hue is 2.5Y. The calcium carbonate content is 5 to 10 percent.

## Nyswonger Series

*Depth class:* very deep
*Drainage class:* moderately well drained
*Permeability:* very slow
*Landform:* alluvial fan, terrace, valley floor
*Parent material:* alluvium derived from sandstone and shale
*Elevation:* 4,900 to 6,800 feet
*Slope:* 1 to 4 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 14 inches
  *Average annual temperature:* 46 to 49 degrees F.
  *Frost-free period:* 110 to 140 days
*Taxonomic class:* Fine-loamy, mixed, mesic Torrifluventic Haplustolls

**Typical Pedon**

*Map unit in which located:* Nyswonger silty clay loam, 1 to 4 percent slopes
*Location in survey area:* about 900 feet west and 150 feet north of the southeast corner of Sec. 3, T. 47 N., R. 19 W.

Ap—0 to 3 inches; brown (7.5YR 4/2) silty clay loam, dark brown (7.5YR 3/2) moist; strong fine granular structure; hard, friable, sticky and plastic; strongly effervescent; moderately alkaline; abrupt smooth boundary.

A—3 to 11 inches; brown (7.5YR 4/2) clay, dark brown (7.5YR 3/2) moist; moderate fine subangular blocky structure parting to strong fine granular; very hard, friable, sticky and plastic; strongly effervescent; moderately alkaline; abrupt wavy boundary.

AC—11 to 19 inches; brown (7.5YR 5/2) clay loam, dark brown (7.5YR 3/2) moist; moderate fine subangular blocky structure; very hard, friable, sticky and plastic; strongly effervescent; calcium carbonate inconsistently segregated as few threads; moderately alkaline; abrupt wavy boundary.

C1—19 to 41 inches; light reddish brown (5YR 6/3) sandy clay loam, dark reddish gray (5YR 4/2) moist; massive; very hard, friable, slightly sticky and plastic; strongly effervescent; calcium carbonate inconsistently segregated as threads; moderately alkaline; abrupt wavy boundary.

C2—41 to 60 inches; brown (7.5YR 5/2) clay, dark brown (7.5YR 3/2) moist; massive; extremely hard, firm, sticky and plastic; strongly effervescent; calcium carbonate inconsistently segregated as threads; common fine distinct gray (5YR 5/1) iron depletions and few fine prominent reddish yellow (5YR 6/6) masses of iron accumulation; moderately alkaline.

**Range in Characteristics**

The hue is 5YR or 7.5YR. The particle-size control section is sandy clay loam, clay, or clay loam, stratified with thin lenses of fine sandy loam in some pedons. The clay content averages 28 to 35 percent. The content of rock fragments is 0 to 10 percent, and the fragments are predominantly gravel-sized. The mollic epipedon is 10 to 19 inches thick.

## Orthents

*Depth class:* shallow to very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* canyon, mesa, structural bench
*Parent material:* colluvium and residuum from sandstone and shale
*Elevation:* 4,700 to 9,200 feet
*Slope:* 40 to 90 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 19 inches
  *Average annual temperature:* 43 to 49 degrees F.
  *Frost-free period:* 70 to 140 days
*Taxonomic class:* Orthents

**Reference Pedon**

*Map unit in which located:* Rock outcrop-Orthents complex, 40 to 90 percent slopes

San Miguel Area, Colorado                                                159

*Location in survey area:* about 2,750 feet north and
1,300 feet west of the southeast corner of Sec.
17, T. 43 N., R. 10 W.

A—0 inches to 1 inch; reddish brown (2.5YR 4/4) stony
loam, dark red (2.5YR 3/6) moist; weak fine
granular structure; soft, very friable, nonsticky and
nonplastic; 20 percent gravel, 5 percent cobbles,
and 10 percent stones; violently effervescent;
moderately alkaline; clear smooth boundary.

Bw—1 inch to 8 inches; reddish brown (2.5YR 3/4)
gravelly loam, dark reddish brown (2.5YR 3/4)
moist; weak medium subangular blocky structure;
slightly hard, friable, nonsticky and nonplastic; 30
percent calcium carbonate equivalent; violently
effervescent; 15 percent gravel and 5 percent
cobbles; moderately alkaline; clear smooth
boundary.

Bk—8 to 14 inches; red (2.5YR 4/6) gravelly loam,
dark red (2.5YR 3/6), moist; weak medium
subangular blocky structure; slightly hard, friable,
nonsticky and nonplastic; 20 percent calcium
carbonate equivalent; violently effervescent; 10
percent gravel and 5 percent cobbles; moderately
alkaline; clear smooth boundary.

Ck1—14 to 24 inches; reddish brown (2.5YR 4/4) very
cobbly loam, dark reddish brown (2.5YR 3/4)
moist; massive; soft, very friable, nonsticky and
nonplastic; 22 percent calcium carbonate
equivalent; violently effervescent; 25 percent
gravel and 15 percent cobbles; moderately
alkaline; clear wavy boundary.

Ck2—24 to 35 inches; reddish brown (2.5YR 4/4) very
cobbly sandy loam, dark reddish brown (2.5YR
3/4) moist; massive; soft, very friable, nonsticky
and nonplastic; 9 percent calcium carbonate
equivalent; strongly effervescent; 10 percent
gravel, 35 percent cobbles, and 5 percent stones;
moderately alkaline; clear smooth boundary.

Ck3—35 to 60 inches; red (2.5YR 4/6) very cobbly
loam, dark red (2.5YR 3/6) moist; massive; soft,
very friable, nonsticky and nonplastic; 16 percent
calcium carbonate equivalent; violently
effervescent; 15 percent gravel, 25 percent
cobbles, and 10 percent stones; moderately
alkaline.

### Range in Characteristics

Bedrock is at a depth of 10 to 60 inches or more.
The particle-size control section is 15 to 50 percent
rock fragments. The Bw horizon is absent in some
pedons.

*A horizon:* The texture is stony loam, bouldery clay
loam, and very gravelly clay loam. The hue is 7.5YR,
5YR, 2.5YR or 10YR.

*Ck horizons:* The texture is very cobbly loam, very
cobbly sandy loam, cobbly clay loam, and very cobbly
clay loam.

## Pagoda Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* hill
*Parent material:* residuum weathered from shale
*Elevation:* 7,200 to 8,100 feet
*Slope:* 10 to 30 percent
*Climatic data:*
   *Average annual precipitation:* 16 to 18 inches
   *Average annual temperature:* 41 to 43 degrees F.
   *Frost-free period:* 80 to 100 days

*Taxonomic class:* Fine, montmorillonitic Pachic
Argiborolls

### Typical Pedon

*Map unit in which located:* Pagoda-Coulterg-Cabba
complex, 10 to 60 percent slopes
*Location in survey area:* 2,800 feet west and 1,200
feet south of the northeast corner of Sec. 12, T. 41
N., R. 14 W.

A—0 to 4 inches; dark grayish brown (10YR 4/2) clay
loam, black (10YR 2/1) moist; weak fine
subangular blocky structure; soft, very friable,
nonsticky and slightly plastic; neutral; clear
smooth boundary.

Bt1—4 to 14 inches; brown (10YR 4/3) clay, very dark
gray (10YR 3/1) moist; moderate medium
subangular blocky structure; very hard, friable,
sticky and plastic; neutral; clear smooth boundary.

Bt2—14 to 26 inches; grayish brown (10YR 5/2) clay
loam, very dark grayish brown (10YR 3/2) moist;
strong medium angular blocky structure; very hard,
very firm, sticky and plastic; slightly alkaline; clear
smooth boundary.

Btk—26 to 36 inches; brown (10YR 5/3) clay loam,
dark grayish brown (10YR 4/2) moist; moderate
medium subangular blocky structure; slightly hard,
friable, slightly sticky and slightly plastic; calcium
carbonate disseminated throughout; strongly
effervescent; moderately alkaline; clear smooth
boundary.

Bk1—36 to 45 inches; pale brown (10YR 6/3) clay
loam, dark grayish brown (10YR 4/2) moist;
massive; very hard, friable, slightly sticky and
slightly plastic; calcium carbonate disseminated
throughout; violently effervescent; moderately
alkaline; clear wavy boundary.

Bk2—45 to 60 inches; brown (10YR 5/3) clay loam, very dark grayish brown (10YR 3/2) moist; massive; extremely hard, firm, slightly sticky and plastic; few fine calcium carbonate mycelia; violently effervescent; moderately alkaline.

### Range in Characteristics

The mollic epipedon is 20 to 36 inches thick. The depth to secondary calcium carbonate is 25 to 40 inches. The content of rock fragments is 0 to 5 percent.

*A horizon:* The reaction is slightly acid or neutral. The hue is 5Y through 7.5YR.

*Bt horizons:* The texture is clay or clay loam. The hue is 5Y through 10YR.

*Bk horizons:* The hue is 5Y through 10YR. Soft shale fragments range from 0 to 25 percent.

## Paradox Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* alluvial fan, valley floor
*Parent material:* alluvium derived from sandstone
*Elevation:* 4,900 to 6,500 feet
*Slope:* 1 to 4 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 12 inches
  *Average annual temperature:* 47 to 49 degrees F.
  *Frost-free period:* 120 to 140 days

*Taxonomic class:* Fine-loamy, mixed (calcareous), mesic Ustic Torriorthents

### Typical Pedon

*Map unit in which located:* Paradox fine sandy loam, 1 to 4 percent slopes
*Location in survey area:* about 300 feet east and 100 feet south of the northwest corner of Sec. 6, T. 47 N., R. 18 W.

A—0 to 5 inches; red (2.5YR 5/6) fine sandy loam, dark reddish brown (2.5YR 3/4) moist; weak fine granular structure; slightly hard, very friable, nonsticky and nonplastic; slightly effervescent; slightly alkaline; clear smooth boundary.
AC—5 to 19 inches; red (2.5YR 5/6) fine sandy loam, reddish brown (2.5YR 4/4) moist; weak medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; strongly effervescent; slightly alkaline; clear smooth boundary.
C1—19 to 28 inches; red (2.5YR 5/6) loam, dark red (2.5YR 3/6) moist; weak medium subangular

blocky structure; slightly hard, very friable, nonsticky and nonplastic; strongly effervescent; slightly alkaline; clear wavy boundary.
C2—28 to 51 inches; red (2.5YR 5/6) loam, reddish brown (2.5YR 4/4) moist; massive; hard, very friable, nonsticky and nonplastic; strongly effervescent; moderately alkaline; clear wavy boundary.
C3—51 to 60 inches; red (2.5YR 5/6) loam, dark red (2.5YR 3/6) moist; weak medium subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; strongly effervescent; moderately alkaline.

### Range in Characteristics

The depth to calcium carbonate is 0 to 7 inches. The content of rock fragments is 0 to 10 percent, and the fragments are predominantly gravel-sized. The hue is 2.5YR or 5YR.

*C horizons:* The texture is sandy clay loam, loam, or fine sandy loam. The clay content is 18 to 27 percent.

## Persayo Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* slow
*Landform:* hill, terrace
*Parent material:* residuum weathered from shale
*Elevation:* 5,500 to 6,800 feet
*Slope:* 2 to 20 percent
*Climatic data:*
  *Average annual precipitation:* 8 to 10 inches
  *Average annual temperature:* 49 to 51 degrees F.
  *Frost-free period:* 130 to 150 days

*Taxonomic class:* Loamy, mixed (calcareous), mesic, shallow Typic Torriorthents

### Typical Pedon

*Map unit in which located:* Persayo-Chipeta complex, 2 to 20 percent slopes
*Location in survey area:* about 1,100 feet west and 2,600 feet north of the southeast corner of Sec. 6, T. 42 N., R. 16 W.

A—0 to 2 inches; grayish brown (2.5Y 5/2) clay loam, dark grayish brown (2.5Y 4/2) moist; weak fine granular structure; slightly hard, very friable, slightly sticky and plastic; strongly effervescent; moderately alkaline; clear smooth boundary.
C—2 to 14 inches; grayish brown (2.5Y 5/2) clay loam, dark grayish brown (2.5Y 4/2) moist; massive; hard, friable, slightly sticky and plastic; strongly

San Miguel Area, Colorado                                                                                      161

effervescent; slightly alkaline; abrupt smooth
boundary.

Cr—14 inches; gray, platy shale.

### Range in Characteristics

Shale is at a depth of 10 to 20 inches. The hue is
10YR to 5Y.

*A horizon:* The content of rock fragments is 0 to 15
percent, and the fragments are predominantly gravel-
sized. Shale fragments range from 0 to 15 percent.

*C horizon:* The texture is clay loam or silty clay
loam. The clay content is 27 to 35 percent. The
reaction is slightly alkaline or moderately alkaline.

Some pedons have visible accumulations of
gypsum and/or calcium carbonate which are not
concentrated into a definite horizon of secondary
accumulation.

## Pino Series

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mesa
*Parent material:* residuum weathered from interbedded
sandstone and shale
*Elevation:* 7,400 to 8,500 feet
*Slope:* 2 to 15 percent
*Climatic data:*
  *Average annual precipitation:* 17 to 19 inches
  *Average annual temperature:* 41 to 43 degrees F.
  *Frost-free period:* 70 to 90 days

*Taxonomic class:* Fine, mixed Typic Argiborolls

### Typical Pedon

*Map unit in which located:* Fivepine-Pino loams, 0 to
15 percent slopes
*Location in survey area:* about 60 feet north and 15
feet west of the southeast corner of Sec. 25, T. 44
N., R. 14 W.

Oi—1 inch to 0 inches; slightly decomposed
ponderosa pine needles.

A—0 to 8 inches; grayish brown (10YR 5/2) loam, very
dark brown (10YR 2/2) moist; moderate fine
granular structure; very friable, slightly sticky and
slightly plastic; neutral; clear smooth boundary.

BA—8 to 15 inches; brown (7.5YR 4/2) clay loam, dark
brown (7.5YR 3/2) moist; moderate medium
subangular blocky structure; hard, friable, sticky
and plastic; slightly alkaline; clear smooth
boundary.

Bt—15 to 24 inches; strong brown (7.5YR 5/6) clay
loam, brown (7.5YR 4/4) moist; strong coarse

angular blocky structure parting to strong fine
angular blocky; very hard, friable, sticky and
plastic; neutral; clear wavy boundary.

BC—24 to 32 inches; reddish yellow (7.5YR 6/6) clay
loam, brown (7.5YR 5/4) moist; moderate medium
angular blocky structure; hard, firm, sticky and
plastic; neutral; abrupt smooth boundary.

R—32 inches; hard sandstone.

### Range in Characteristics

The depth to bedrock and the thickness of the
solum are 20 to 40 inches. The reaction is neutral or
slightly alkaline. A C horizon is present in some
pedons. The hue is 10YR or 7.5YR. The content of rock
fragments is 0 to 14 percent, and the fragments are
predominantly gravel-sized.

*Bt horizon:* The texture is clay loam or silty clay
loam. The clay content is 35 to 40 percent.

*BC horizon:* The texture is clay loam.

## Pinon Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* escarpment, hill, mesa, ridge, structural
bench
*Parent material:* residuum weathered from interbedded
sandstone and shale
*Elevation:* 5,400 to 7,400 feet
*Slope:* 1 to 30 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 15 inches
  *Average annual temperature:* 45 to 48 degrees F.
  *Frost-free period:* 90 to 130 days

*Taxonomic class:* Loamy, mixed, mesic Lithic Ustollic
Calciorthids

### Typical Pedon

*Map unit in which located:* Pinon-Bowdish-Rock
outcrop complex, 3 to 30 percent slopes
*Location in survey area:* about 400 feet west and
2,400 feet north of the southeast corner of Sec.
12, T. 48 N., R. 18 W.

A—0 to 5 inches; brown (7.5YR 5/4) loam, brown
(7.5YR 4/4) moist; weak fine granular structure;
soft, very friable, slightly sticky and slightly
plastic; strongly effervescent; slightly alkaline;
clear smooth boundary.

Bk—5 to 16 inches; pinkish white (7.5YR 8/2) loam;
light brown (7.5YR 6/4) moist; moderate fine
subangular blocky structure; slightly hard, friable,
slightly sticky and slightly plastic; 40 percent

calcium carbonate equivalent; violently effervescent; moderately alkaline; abrupt smooth boundary.

R—16 inches; hard sandstone and interbedded shale.

### Range in Characteristics

The particle-size control section is sandy clay loam, gravelly loam, or loam. The clay content is 18 to 27 percent. Bedrock is at a depth of 10 to 20 inches.

*A horizon:* The content of rock fragments is 0 to 10 percent, and the fragments are predominantly gravel-sized. The hue is 5YR or 7.5YR.

*Bk horizon:* The content of rock fragments is 0 to 25 percent, and the fragments are predominantly gravel-sized. The calcium carbonate equivalent is 15 to 40 percent.

Pinon soils in this area have a mean annual soil temperature of 47 to 50 degrees F and a frost-free season of 90 to 130 days. These characteristics reflect a cooler climate than is defined for the series at its type location, but they do not affect the taxonomic classification. Use or behavior of the soils is not significantly affected.

## Pojoaque Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* alluvial fan
*Parent material:* alluvium and colluvium derived from sandstone
*Elevation:* 5,400 to 5,900 feet
*Slope:* 5 to 15 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 12 inches
  *Average annual temperature:* 47 to 49 degrees F.
  *Frost-free period:* 120 to 140 days

*Taxonomic class:* Fine-loamy, mixed (calcareous), mesic Ustic Torriorthents

### Typical Pedon

*Map unit in which located:* Pojoaque-Chilton complex, 5 to 30 percent slopes, extremely stony
*Location in survey area:* about 1,800 feet east and 200 feet north of the southwest corner of Sec. 22, T. 48 N., R. 19 W.

A—0 to 4 inches; reddish brown (2.5YR 5/4) very stony loam, reddish brown (2.5YR 4/4) moist; weak fine granular structure; slightly hard, very friable; 15 percent stones, 5 percent cobbles, 20 percent gravel; strongly effervescent; slightly alkaline; gradual wavy boundary.

AC—4 to 15 inches; reddish brown (2.5YR 5/4) gravelly loam; reddish brown (2.5YR 4/4) moist; weak medium subangular blocky structure; slightly hard, very friable; 15 percent gravel, 5 percent cobbles; strongly effervescent; slightly alkaline; gradual wavy boundary.

C1—15 to 45 inches; reddish brown (5YR 5/4) gravelly fine sandy loam, reddish brown (5YR 4/4) moist; massive; slightly hard, very friable; 15 percent gravel, 5 percent cobble; strongly effervescent; slightly alkaline; gradual wavy boundary.

C2—45 to 60 inches; red (2.5YR 5/6) gravelly loam, reddish brown (2.5YR 4/4) moist; massive; hard, very friable; 15 percent gravel, 5 percent cobble; strongly effervescent; slightly alkaline.

### Range in Characteristics

The hue is 5YR or 2.5YR. The particle-size control section is gravelly fine sandy loam, gravelly loam, or gravelly sandy loam. The content of rock fragments is 15 to 30 percent. The clay content is 18 to 25 percent.

## Progresso Series

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* hill, mesa, ridge, structural bench, terrace
*Parent material:* alluvium derived from sandstone
*Elevation:* 5,300 to 7,400 feet
*Slope:* 1 to 12 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 15 inches
  *Average annual temperature:* 45 to 48 degrees F.
  *Frost-free period:* 90 to 130 days

*Taxonomic class:* Fine-loamy, mixed, mesic Ustollic Haplargids

### Typical Pedon

*Map unit in which located:* Barx-Progresso complex, 3 to 12 percent slopes
*Location in survey area:* about 100 feet east and 2,300 feet north of the southwest corner of Sec. 16, T. 48 N., R. 17 W.

A—0 to 7 inches; reddish brown (5YR 5/4) loam, dark reddish brown (5YR 3/4) moist; weak fine granular structure; slightly hard, very friable, slightly sticky and plastic; slightly alkaline; clear smooth boundary.

Bt—7 to 14 inches; reddish brown (5YR 5/4) clay loam; reddish brown (5YR 4/4) moist; weak medium subangular blocky structure; hard, friable, slightly

sticky and plastic; slightly alkaline; clear smooth boundary.

Btk—14 to 24 inches; reddish brown (5YR 5/4) clay loam, yellowish red (5YR 4/6) moist; moderate medium subangular blocky structure; hard, friable, slightly sticky and plastic; calcium carbonate segregated in common fine irregularly shaped soft masses; 20 percent calcium carbonate equivalent; moderately alkaline; gradual wavy boundary.

Bk—24 to 36 inches; white (5YR 8/1) sandy loam, pink (5YR 7/4) moist; massive; hard, very friable, slightly sticky and plastic; 10 percent gravel; calcium carbonate disseminated throughout and on the gravel as thick pendants; 31 percent calcium carbonate equivalent; violently effervescent; moderately alkaline; abrupt wavy boundary.

R—36 inches; hard sandstone.

### Range in Characteristics

Bedrock is at a depth of 20 to 40 inches. The hue is 5YR or 7.5YR. The depth to secondary calcium carbonate is 8 to 17 inches. The content of rock fragments is 0 to 10 percent, and the fragments are predominantly gravel-sized.

*Bt horizon:* The clay content is 28 to 35 percent.

*Bk horizon:* The texture is loam or sandy loam. The calcium carbonate equivalent is 15 to 35 percent.

## Pulpit Series

*Depth class:* moderately deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* mesa
*Parent material:* eolian deposits derived from sandstone
*Elevation:* 6,800 to 7,400 feet
*Slope:* 1 to 6 percent
*Climatic data:*
  *Average annual precipitation:* 13 to 15 inches
  *Average annual temperature:* 45 to 47 degrees F.
  *Frost-free period:* 100 to 120 days

*Taxonomic class:* Fine-silty, mixed, mesic Ustollic Haplargids

### Typical Pedon

*Map unit in which located:* Pulpit-Bond, cool complex, 1 to 6 percent slopes
*Location in survey area:* about 1,800 feet west and 100 feet south of the northeast corner of Sec. 10, T. 42 N., R. 19 W.

A—0 to 8 inches; reddish brown (5YR 5/4) loam, dark reddish brown (5YR 3/4) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; slightly alkaline; clear smooth boundary.

Bt—8 to 20 inches; reddish brown (5YR 5/3) clay loam, reddish brown (5YR 4/3) moist; moderate medium subangular blocky structure; hard, friable, slightly sticky and plastic; slightly alkaline; clear smooth boundary.

Bk—20 to 25 inches; light reddish brown (5YR 6/3) loam, dark reddish gray (5YR 4/2) moist; massive; slightly hard, friable, slightly sticky and slightly plastic; 19 percent calcium carbonate equivalent; strongly effervescent; slightly alkaline; abrupt smooth boundary.

R—25 inches; hard sandstone.

### Range in Characteristics

Bedrock is at a depth of 20 to 40 inches. The content of rock fragments is 0 to 5 percent. Secondary calcium carbonate is at a depth of 20 to 30 inches. The hue is 5YR or 7.5YR in the A and Bk horizons. The particle-size control section is clay loam or loam, and the clay content is 18 to 30 percent. The particle-size control section is less than 15 percent fine and coarser sand.

## Radersburg Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* mesa, ridge, terrace
*Parent material:* alluvium, outwash, and till derived from igneous rock
*Elevation:* 7,000 to 8,100 feet
*Slope:* 1 to 30 percent
*Climatic data:*
  *Average annual precipitation:* 14 to 16 inches
  *Average annual temperature:* 41 to 44 degrees F.
  *Frost-free period:* 70 to 110 days

*Taxonomic class:* Clayey-skeletal, mixed Aridic Argiborolls

### Typical Pedon

*Map unit in which located:* Radersburg gravelly loam, 6 to 30 percent slopes
*Location in survey area:* about 2,500 feet north and 500 feet west of the southeast corner of Sec. 10, T. 45 N., R. 13 W.

A—0 to 7 inches; brown (10YR 4/3) gravelly loam, very dark grayish brown (10YR 3/2) moist; moderate fine granular structure; soft, very friable, slightly sticky and slightly plastic; 25 percent gravel and 10 percent cobbles; neutral; clear smooth boundary.

Bt—7 to 12 inches; yellowish brown (10YR 5/4) very cobbly clay loam, dark yellowish brown (10YR 4/4) moist; moderate medium subangular blocky structure; hard, friable, sticky and plastic; 20 percent gravel, 25 percent cobbles, and 5 percent stones; strongly effervescent; 35 percent calcium carbonate equivalent; slightly alkaline; clear smooth boundary.

Ck—12 to 60 inches; very pale brown (10YR 8/2) extremely cobbly loam, brown (10YR 4/3) moist; massive; slightly hard, very friable, slightly sticky and slightly plastic; 15 percent gravel, 40 percent cobbles, and 15 percent stones; calcium carbonate disseminated throughout; violently effervescent: 33 percent calcium carbonate equivalent; moderately alkaline.

### Range in Characteristics

The mollic epipedon is 7 to 12 inches thick. Secondary calcium carbonate is at a depth of 10 to 15 inches. The particle-size control section is 35 to 80 percent rock fragments.

*A and Bt horizons:* The hue is 7.5YR or 10YR.
*Ck horizon:* The hue is 10YR.

## Redlands Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* alluvial fan, terrace
*Parent material:* alluvium derived from sandstone
*Elevation:* 5,580 to 5,800 feet
*Slope:* 1 to 6 percent
*Climatic data:*
  *Average annual precipitation:* 8 to 10 inches
  *Average annual temperature:* 49 to 51 degrees F.
  *Frost-free period:* 130 to 150 days

*Taxonomic class:* Fine-loamy, mixed, mesic Typic Haplargids

### Typical Pedon

*Map unit in which located:* Redlands sandy loam, 1 to 6 percent slopes
*Location in survey area:* about 2,400 feet west and 125 feet south of the northeast corner of Sec. 35, T. 44 N., R. 18 W.

A—0 to 5 inches; reddish brown (5YR 5/4) sandy loam, reddish brown (5YR 4/3) moist; weak fine granular structure; slightly hard, very friable; slightly effervescent; moderately alkaline; clear smooth boundary.

Bt—5 to 12 inches; reddish brown (5YR 5/4) loam, reddish brown (5YR 4/3) moist; moderate medium subangular blocky structure; very hard, firm, slightly sticky and slightly plastic; strongly effervescent; moderately alkaline; clear wavy boundary.

Bk1—12 to 24 inches; reddish brown (5YR 5/3) clay loam, reddish brown (5YR 4/3) moist; moderate medium subangular blocky structure; very hard, firm, sticky and plastic; calcium carbonate segregated in a few fine irregularly shaped soft masses; strongly effervescent; moderately alkaline; clear wavy boundary.

Bk2—24 to 32 inches; light reddish brown (5YR 6/3) sandy loam, reddish brown (5YR 5/3) moist; massive; slightly hard, friable; calcium carbonate disseminated throughout; strongly effervescent; moderately alkaline; clear wavy boundary.

Bk3—32 to 60 inches; pinkish gray (5YR 7/2) sandy loam, reddish gray (5YR 5/2) moist; massive; slightly hard, friable; calcium carbonate disseminated throughout; slightly effervescent; moderately alkaline.

### Range in Characteristics

The depth to calcium carbonate is 0 to 10 inches. The content of rock fragments is 0 to 10 percent, and the fragments are predominantly gravel-sized. The hue is 5YR or 7.5YR.

*A horizon:* The reaction is slightly alkaline or moderately alkaline.

*Bt horizon:* The texture is loam or sandy clay loam. The clay content is 18 to 27 percent.

*Bk horizons:* The texture is loam, sandy loam, or clay loam. The calcium carbonate equivalent is 5 to 15 percent. The reaction is moderately alkaline or strongly alkaline.

## Ryman Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mesa, mountain slope, structural bench
*Parent material:* residuum weathered from interbedded sandstone and shale
*Elevation:* 8,500 to 10,500 feet
*Slope:* 1 to 40 percent

San Miguel Area, Colorado 165

*Climatic data:*
  *Average annual precipitation:* 22 to 30 inches
  *Average annual temperature:* 35 to 40 degrees F.
  *Frost-free period:* 40 to 70 days

*Taxonomic class:* Fine, mixed Pachic Cryoborolls

**Typical Pedon**

*Map unit in which located:* Ryman-Adel, moist complex, 1 to 15 percent slopes
*Location in survey area:* about 200 feet west and 750 feet south of the northeast corner of Sec. 25, T. 41 N., R. 13 W.

Oe—2 inches to 0; partially decomposed organic material.
A1—0 to 6 inches; dark grayish brown (10YR 4/2) clay loam, black (10YR 2/1) moist; weak fine subangular blocky structure; slightly hard, very friable, nonsticky and slightly plastic; neutral; clear smooth boundary.
A2—6 to 17 inches; dark grayish brown (10YR 4/2) clay loam, black (10YR 2/1) moist; moderate fine subangular blocky structure; slightly hard, very friable, nonsticky and slightly plastic; neutral; clear wavy boundary.
A3—17 to 23 inches; dark grayish brown (10YR 4/2) clay loam, black (10YR 2/1) moist; moderate fine subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; 10 percent gravel; neutral; clear wavy boundary.
C1—23 to 27 inches; yellowish brown (10YR 5/6) cobbly clay loam, dark yellowish brown (10YR 4/6) moist; massive; very hard, friable, slightly sticky and plastic; 15 percent gravel, 15 percent cobbles; neutral; clear smooth boundary.
C2—27 to 34 inches; light yellowish brown (10YR 6/4) cobbly clay, yellowish brown (10YR 5/6) moist; massive; extremely hard, very firm, sticky and plastic; 10 percent gravel, 15 percent cobbles, 5 percent stones; neutral; clear wavy boundary.
C3—34 to 39 inches; light yellowish brown (10YR 6/4) stony clay, yellowish brown (10YR 5/4) moist; massive; extremely hard, very firm, sticky and plastic; 5 percent gravel, 15 percent cobbles, and 10 percent stones; neutral; clear wavy boundary.
C4—39 to 60 inches; brownish yellow (10YR 6/6) cobbly clay, yellowish brown (10YR 5/4) moist; massive; extremely hard, very firm, sticky and plastic; 10 percent gravel, 15 percent cobbles, and 5 percent stones; neutral.

**Range in Characteristics**

The particle-size control section is 5 to 35 percent rock fragments.

*A horizons:* The hue is 10YR or 2.5Y.
*C horizons:* The hue is 10YR or 2.5Y. The content of rock fragments is 5 to 35 percent.

## Sagedale Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* flood plain
*Parent material:* alluvium derived from sandstone and shale
*Elevation:* 7,400 to 8,500 feet
*Slope:* 3 to 20 percent
*Climatic data:*
  *Average annual precipitation:* 18 to 20 inches
  *Average annual temperature:* 41 to 43 degrees F.
  *Frost-free period:* 80 to 90 days

*Taxonomic class:* Fine, montmorillonitic, frigid Typic Ustochrepts

**Typical Pedon**

*Map unit in which located:* Sagedale clay loam, 3 to 20 percent slopes
*Location in survey area:* about 600 feet east and 200 feet south of the northwest corner of Sec. 2, T. 44 N., R. 11 W.

A—0 to 7 inches; light brownish gray (2.5Y 6/2) clay loam, dark grayish brown (2.5Y 4/2) moist; strong medium granular structure; hard, firm, sticky and plastic; slightly alkaline; clear smooth boundary.
Bw—7 to 18 inches; light yellowish brown (2.5Y 6/3) clay loam, olive brown (2.5Y 4/3) moist; moderate fine and medium subangular blocky structure; very hard, firm, sticky and plastic; slightly alkaline; clear smooth boundary.
Bky1—18 to 41 inches; light yellowish brown (2.5Y 6/4) clay, light olive brown (2.5Y 5/4) moist; weak medium subangular blocky structure; extremely hard, very firm, sticky and plastic; small masses of soft powdery calcium carbonates and a few nests of small gypsum crystals; strongly effervescent; moderately alkaline; gradual wavy boundary.
Bky2—41 to 60 inches; light gray (2.5Y 7/2) clay loam, grayish brown (2.5Y 5/2) moist; massive; extremely hard, very firm, sticky and plastic; small masses of soft powdery calcium carbonate and a few nests of small gypsum crystals; strongly effervescent; moderately alkaline.

**Range in Characteristics**

Paralithic contact is at a depth of 60 inches or more.

The solum is 10 to 18 inches thick. The depth to calcareous material ranges from 0 to 18 inches. The depth to gypsum accumulation ranges from 18 to 36 inches.

The particle-size control section is clay loam or clay, and the clay content averages 38 to 45 percent. The content of rock fragments in the particle-size control section ranges from 0 to 20 percent stable fragments.

*A horizon:* The hue is 10YR or 2.5Y.

*Bw horizon:* The hue is 10YR or 2.5Y. The reaction is neutral or slightly alkaline.

*Bky horizons:* The hue is 2.5Y or 5Y.

## Sapeha Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* mesa
*Parent material:* alluvium and colluvium derived from igneous rock
*Elevation:* 7,600 to 8,900 feet
*Slope:* 15 to 50 percent
*Climatic data:*
　*Average annual precipitation:* 16 to 18 inches
　*Average annual temperature:* 42 to 44 degrees F.
　*Frost-free period:* 75 to 100 days

*Taxonomic class:* Clayey-skeletal, mixed Typic Haploborolls

### Typical Pedon

*Map unit in which located:* Sapeha very cobbly loam, 15 to 50 percent slopes
*Location in survey area:* about 2,350 feet north and 500 feet east of the southwest corner of Sec. 15, T. 43 N., R. 14 W.

A1—0 to 5 inches; gray (10YR 5/1) very cobbly loam, black (10YR 2/1) moist; moderate medium subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; 15 percent gravel, 35 percent cobbles, and 10 percent stones; neutral; clear smooth boundary.
A2—5 to 12 inches; gray (10YR 5/1) cobbly clay loam, very dark grayish brown (10YR 3/2) moist; moderate medium subangular blocky structure; very hard, firm, slightly sticky and plastic; 10 percent gravel, 15 percent cobbles, and 5 percent stones; neutral; clear smooth boundary.
Bw—12 to 32 inches; yellowish brown (10YR 5/4) very cobbly clay, dark yellowish brown (10YR 4/4) moist; moderate medium subangular blocky structure; very hard, firm, slightly sticky and

plastic; 15 percent gravel, 35 percent cobbles, and 10 percent stones; neutral; gradual smooth boundary.
C—32 to 60 inches; brown (10YR 5/3) extremely cobbly clay, brown (10YR 4/3) moist; massive; very hard, friable, slightly sticky and plastic; 15 percent gravel, 35 percent cobbles, and 15 percent stones; neutral.

### Range in Characteristics

The particle-size control section averages 35 to 65 percent rock fragments.

*Bw horizon:* The texture is cobbly, very cobbly, or extremely cobbly; clay or clay loam.

*C horizon:* The texture is very cobbly clay loam, very stony clay, or extremely cobbly clay.

## Seitz Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mountain slope
*Parent material:* colluvium from mixed sediments
*Elevation:* 9,000 to 10,500 feet
*Slope:* 10 to 60 percent
*Climatic data:*
　*Average annual precipitation:* 24 to 28 inches
　*Average annual temperature:* 34 to 36 degrees F.
　*Frost-free period:* 40 to 60 days

*Taxonomic class:* Clayey-skeletal, montmorillonitic Typic Cryoboralfs

### Typical Pedon

*Map unit in which located:* Seitz gravelly loam, 10 to 60 percent slopes
*Location in survey area:* about 300 feet north and 3,100 feet east of the southwest corner of Sec. 13, T. 44 N., R. 10 W.

Oe—2 inches to 0; partially decomposed leaves, twigs, and roots.
E1—0 to 3 inches; pale brown (10YR 6/3) gravelly loam, brown (10YR 4/3) moist; weak fine granular structure; slightly hard, very friable, nonsticky and slightly plastic; 15 percent gravel and 5 percent cobbles; neutral; abrupt smooth boundary.
E2—3 to 11 inches; light gray (10YR 7/2) gravelly clay loam, brown (10YR 5/3) moist; moderate fine subangular blocky structure; hard, friable, slightly sticky and plastic; 20 percent gravel, 10 percent cobbles, and 5 percent stones; neutral; abrupt smooth boundary.

Bt1—11 to 23 inches; light gray (10YR 7/2) very gravelly clay, brown (10YR 5/3) moist; moderate coarse angular blocky structure; very hard, firm, sticky and plastic; 25 percent gravel, 15 percent cobble, and 5 percent stones; neutral; clear wavy boundary.

Bt2—23 to 30 inches; light yellowish brown (10YR 6/4) very gravelly clay, dark grayish brown (10YR 5/2) moist; moderate coarse angular blocky structure; very hard, very firm, sticky and plastic; 30 percent gravel, 15 percent cobble, and 5 percent stones; neutral; gradual wavy boundary.

Bt3—30 to 60 inches; light yellowish brown (10YR 6/4) very gravelly clay, dark grayish brown (10YR 5/2) moist; weak coarse angular blocky structure; extremely hard, extremely firm, sticky and plastic; 30 percent gravel, 15 percent cobbles, and 5 percent stones; neutral.

### Range in Characteristics

The particle-size control section is very gravelly clay and the clay content is 40 to 50 percent.

*E horizons:* The content of rock fragments is 15 to 35 percent.

*Bt horizons:* The content of rock fragments is 35 to 55 percent.

## Skein Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* canyon, mesa, terrace
*Parent material:* residuum weathered from interbedded sandstone and shale
*Elevation:* 6,800 to 7,400 feet
*Slope:* 3 to 40 percent
*Climatic data:*
    *Average annual precipitation:* 13 to 17 inches
    *Average annual temperature:* 43 to 45 degrees F.
    *Frost-free period:* 90 to 110 days

*Taxonomic class:* Loamy, mixed Borollic Lithic Calciorthids

### Typical Pedon

*Map unit in which located:* Skein-Rock outcrop complex, 3 to 65 percent slopes
*Location in survey area:* about 500 feet east and 1,200 feet south of the northwest corner of Sec. 9, T. 48 N., R. 16 W.

A—0 to 6 inches; reddish brown (5YR 4/4) loam, dark reddish brown (5YR 3/4) moist; weak fine granular

structure; slightly hard, very friable, slightly sticky and slightly plastic; slightly effervescent; moderately alkaline; clear wavy boundary.

Bk1—6 to 13 inches; reddish brown (5YR 5/3) loam, dark reddish gray (5YR 4/2) moist; moderate medium subangular blocky structure; hard, very friable, slightly sticky and slightly plastic; 20 percent calcium carbonate equivalent; violently effervescent; calcium carbonate disseminated throughout; moderately alkaline; clear wavy boundary.

Bk2—13 to 19 inches; white (5YR 8/0) very gravelly loam, pinkish white (5YR 8/2) moist; massive; hard, very friable; calcium carbonate disseminated throughout; 40 percent calcium carbonate equivalent; violently effervescent; 35 percent gravel and 15 percent cobbles; moderately alkaline; abrupt wavy boundary.

2R—19 inches; calcium carbonate coated hard sandstone.

### Range in Characteristics

Bedrock is at a depth of 10 to 20 inches. The particle-size control section averages 5 to 35 percent rock fragments, and the fragments are predominantly gravel-sized. The hue is 5YR or 7.5YR. The clay content is 18 to 27 percent. Calcium carbonate is at a depth of 0 to 4 inches. The reaction is slightly alkaline or moderately alkaline.

*Bk horizons:* The texture is loam, gravelly loam, or very gravelly loam. The calcium carbonate equivalent ranges from 15 to 40 percent.

## Skisams Series

*Depth class:* very shallow and shallow
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* plateau, structural bench
*Parent material:* residuum weathered from sandstone
*Elevation:* 8,500 to 9,500 feet
*Slope:* 2 to 30 percent
*Climatic data:*
    *Average annual precipitation:* 20 to 24 inches
    *Average annual temperature:* 37 to 40 degrees F.
    *Frost-free period:* 50 to 70 days

*Taxonomic class:* Loamy, mixed Lithic Cryoborolls

### Typical Pedon

*Map unit in which located:* Skisams-Bushvalley-Cryoborolls, moderately deep complex, 2 to 15 percent slopes

Soil Survey

*Location in survey area:* about 1,000 feet west and 1,350 feet north of the southeast corner of Sec. 28, T. 45 N., R. 10 W.

A—0 to 4 inches; grayish brown (10YR 5/2) loam, very dark brown (10YR 2/2) moist; strong fine subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; neutral; clear smooth boundary.

Bw—4 to 11 inches; grayish brown (10YR 5/2) loam, very dark grayish brown (10YR 3/2) moist; moderate medium subangular blocky structure; hard, very friable, nonsticky and nonplastic; 10 percent gravel; neutral; abrupt smooth boundary.

R—11 inches; hard sandstone.

**Range in Characteristics**

The mollic epipedon is 8 to 15 inches thick. Bedrock is at a depth of 8 to 20 inches.

The particle-size control section is loam or gravelly loam, and the clay content is 18 to 27 percent.

*A horizon:* The hue is 7.5YR or 10YR. The reaction is neutral. The content of rock fragments is 0 to 10 percent.

*Bw horizon:* The hue is 7.5YR or 10YR. The reaction is neutral. The content of rock fragments is 0 to 20 percent.

## Specie Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* moderate
*Landform:* alluvial fan, mesa, terrace
*Parent material:* colluvium derived from sandstone
*Elevation:* 7,000 to 9,000 feet
*Slope:* 5 to 60 percent
*Climatic data:*
  *Average annual precipitation:* 16 to 22 inches
  *Average annual temperature:* 41 to 43 degrees F.
  *Frost-free period:* 70 to 90 days
*Taxonomic class:* Loamy-skeletal, mixed (calcareous), frigid Typic Ustorthents

**Typical Pedon**

*Map unit in which located:* Specie gravelly loam, 5 to 15 percent slopes
*Location in survey area:* about 1,100 feet west and 100 feet north of the southeast corner of Sec. 23, T. 44 N., R. 11 W.

Oi—1 inch to 0 inches; pine needles and twigs.
A—0 to 3 inches; dark reddish brown (5YR 3/4) gravelly loam, dark reddish brown (5YR 3/2) moist;

moderate medium granular structure; slightly hard, friable, nonsticky and nonplastic; 15 percent gravel and 5 percent cobbles; 5 percent calcium carbonate equivalent; slightly effervescent; neutral; clear smooth boundary.

C1—3 to 16 inches; reddish brown (2.5YR 5/4) very stony loam, dark reddish brown (2.5YR 3/4) moist; weak medium subangular blocky structure; slightly hard, very friable, nonsticky and nonplastic; 15 percent gravel, 10 percent cobbles, 30 percent stones; 9 percent calcium carbonate equivalent; strongly effervescent; moderately alkaline; clear smooth boundary.

C2—16 to 60 inches; reddish brown (2.5YR 5/4) extremely gravelly loam, dark reddish brown (2.5YR 3/4) moist; massive; slightly hard, very friable, slightly sticky and slightly plastic; 45 percent gravel, 10 percent cobbles, and 10 percent stones; 14 percent calcium carbonate equivalent; strongly effervescent; moderately alkaline.

**Range in Characteristics**

The clay percentage in the particle-size control section is 18 to 25 percent.

*A horizon:* The texture is gravelly loam. The reaction is neutral or slightly alkaline. The content of rock fragments is 15 to 35 percent.

*C horizons:* The texture is very stony loam, extremely stony loam, extremely gravelly loam, very cobbly sandy loam, or very cobbly loam. The reaction is moderately alkaline. The hue is 2.5YR. The content of rock fragments is 35 to 70 percent.

## Spectacle Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* mesa, mountain slope
*Parent material:* till and colluvium from mixed sources
*Elevation:* 8,000 to 8,800 feet
*Slope:* 5 to 30 percent
*Climatic data:*
  *Average annual precipitation:* 18 to 20 inches
  *Average annual temperature:* 40 to 42 degrees F.
  *Frost-free period:* 60 to 80 days
*Taxonomic class:* Clayey-skeletal, mixed Pachic Argiborolls

**Typical Pedon**

*Map unit in which located:* Spectacle-Kinesava loams, 5 to 30 percent slopes

*Location in survey area:* about 700 feet east and 1,350 feet south of the northwest corner of Sec. 8, T. 42 N., R. 13 W.

A—0 to 10 inches; very dark grayish brown (10YR 3/2) loam, black (10YR 2/1) moist; strong fine granular structure; soft, very friable, slightly sticky and slightly plastic; neutral; clear smooth boundary.
BA—10 to 23 inches; very dark grayish brown (10YR 3/2) very cobbly clay loam, black (10YR 2/1) moist; moderate fine subangular blocky structure; hard, friable, slightly sticky and slightly plastic; 10 percent gravel and 25 percent cobbles; neutral; clear smooth boundary.
Bt—23 to 34 inches; yellowish brown (10YR 5/6) very cobbly clay loam, yellowish brown (10YR 5/4) moist; moderate medium angular blocky structure; extremely hard, firm, sticky and plastic; 10 percent gravel, 40 percent cobbles, and 5 percent stones; neutral; clear smooth boundary.
C—34 to 60 inches; very pale brown (10YR 7/4) clay, light yellowish brown (10YR 6/4) moist; massive; extremely hard, firm, sticky and plastic; 5 percent gravel; neutral.

### Range in Characteristics

The mollic epipedon is 16 to 24 inches thick. The solum is 26 to 38 inches thick. The particle-size control section is 35 to 60 percent rock fragments.
*A horizon:* The hue is 2.5Y or 10YR.
*BA horizon:* The hue is 2.5Y or 10YR. The texture is loam, clay loam, and very cobbly clay loam.
*Bt horizon:* The hue is 10YR or 7.5YR. The texture is very cobbly clay, very gravelly clay loam, and very cobbly clay loam. The content of rock fragments is 35 to 60 percent. The clay content is 35 to 45 percent.
*C horizon:* The hue is 2.5Y or 10YR. The texture is clay, extremely cobbly clay loam, and very cobbly clay loam; the glacial drift source material is heterogeneous.

## Tellura Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* alluvial fan, mountain slope, structural bench
*Parent material:* till, outwash, and colluvium from mixed sources
*Elevation:* 8,500 to 10,500 feet
*Slope:* 5 to 40 percent
*Climatic data:*
  *Average annual precipitation:* 20 to 26 inches
  *Average annual temperature:* 35 to 40 degrees F.
  *Frost-free period:* 40 to 70 days

*Taxonomic class:* Clayey-skeletal, montmorillonitic Argic Cryoborolls

### Typical Pedon

*Map unit in which located:* Tellura-Leaps clay loams, 5 to 40 percent slopes
*Location in survey area:* about 600 feet north and 1,600 feet east of the southwest corner of Sec. 15, T. 44 N., R. 10 W.

A—0 to 10 inches, dark gray (10YR 4/1) clay loam, black (10YR 2/1) moist; strong fine granular structure; soft, very friable, slightly plastic, slightly sticky; 5 percent gravel and 5 percent cobble; neutral; clear smooth boundary.
BA—10 to 14 inches, dark gray (10YR 4/1) clay loam, black (10YR 2/1) moist; moderate fine subangular blocky structure parting to coarse granular; slightly hard, very friable, slightly sticky and slightly plastic; glossy patches on some faces of peds and in some root channels and pores; 5 percent gravel and 5 percent cobbles; neutral; clear smooth boundary.
Bt—14 to 30 inches, yellowish brown (10YR 5/4) very gravelly clay, dark yellowish brown (10YR 4/4) moist; moderate medium angular blocky structure; hard, friable, sticky and plastic; thin continuous clay films on peds and as coatings on the inside of root channels and pores; clay films also coat the outside of many rock fragments; 30 percent gravel and 10 percent cobbles; neutral; gradual smooth boundary.
BC—30 to 36 inches, yellowish brown (10YR 5/4) very gravelly clay, dark yellowish brown (10YR 4/4) moist; weak coarse angular blocky structure; hard, firm, sticky and plastic; few thin clay films on faces of peds and in root channels and pores; 35 percent gravel and 15 percent cobbles; neutral; gradual smooth boundary.
C—36 to 60 inches, brown (10YR 5/3) very gravelly clay loam, brown (10YR 4/3) moist; massive; extremely hard, very firm, sticky and plastic; 35 percent gravel and 15 percent cobbles; neutral.

### Range in Characteristics

The particle-size control section is 35 to 60 percent rock fragments. Calcium carbonate may occur at a depth of 40 to 60 inches. Bedrock is at a depth of 60 inches or more.
*A horizon:* The hue is 5Y through 7.5YR.
*Bt horizon:* The hue is 5Y through 7.5YR. The clay content is 35 to 50 percent.
*C horizon:* The hue is 5Y through 7.5YR. The texture is very gravelly clay and very gravelly clay loam.

Soil Survey

## Typic Torriorthents

*Depth class:* very shallow to moderately deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* hill, ridge
*Parent material:* residuum weathered from shale
*Elevation:* 6,300 to 7,600 feet
*Slope:* 3 to 80 percent
*Climatic data:*
   *Average annual precipitation:* 8 to 11 inches
   *Average annual temperature:* 43 to 47 degrees F.
   *Frost-free period:* 80 to 120 days

*Taxonomic class:* Typic Torriorthents

### Reference Pedon

*Map unit in which located:* Typic Torriorthents, 3 to 80 percent slopes
*Location in survey area:* about 2,000 feet west and 150 feet north of the southeast corner of Sec. 25, T. 42 N., R 15 W.

A—0 to 2 inches; light brownish gray (10YR 6/2) channery silty clay loam, dark grayish brown (10YR 4/2) moist; weak thin platy structure parting to moderate very fine granular; slightly hard, very friable, slightly sticky and slightly plastic; 15 percent gray shale chips; violently effervescent; slightly alkaline; abrupt smooth boundary.
C—2 to 4 inches; light brownish gray (10YR 6/2) very channery silty clay loam, dark grayish brown (10YR 4/2) moist; massive; soft, very friable, slightly sticky and plastic; 40 percent gray shale chips; violently effervescent; slightly alkaline; abrupt smooth boundary.
Cr—4 inches; calcareous gray soft shale.

### Range in Characteristics

These soils are extremely variable in characteristics. The depth to shale ranges from 2 to 40 inches. The clay content ranges from 18 to 40 percent.
*C horizon:* Soft shale fragments range from 15 to 50 percent.

## Ustic Torriorthents

*Depth class:* shallow to very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* break, hill, landslide, mesa, ridge, structural bench, terrace
*Parent material:* colluvium and residuum derived from sandstone and shale, colluvium and residuum weathered from sandstone and shale, mass movement deposits and residuum weathered from sandstone and shale, residuum weathered from sandstone and shale
*Elevation:* 5,400 to 6,800 feet
*Slope:* 3 to 50 percent
*Climatic data:*
   *Average annual precipitation:* 10 to 14 inches
   *Average annual temperature:* 46 to 48 degrees F.
   *Frost-free period:* 100 to 130 days

*Taxonomic class:* Ustic Torriorthents

### Reference Pedon

*Map unit in which located:* Bodot, dry-Ustic Torriorthents complex, 5 to 50 percent slopes
*Location in survey area:* about 2,000 feet north and 1,200 feet east of the southwest corner of Sec. 15, T. 46 N., R. 17 W.

A—0 to 4 inches; light brown (7.5YR 6/4) bouldery clay loam, brown (7.5YR 4/2) moist; moderate fine granular structure; slightly hard, very friable, slightly sticky and slightly plastic; 10 percent gravel, 5 percent cobbles, 15 percent stones and boulders; strongly effervescent; moderately alkaline; clear wavy boundary.
C—4 to 31 inches; light gray (2.5Y 7/2) cobbly clay loam, light olive brown (2.5Y 5/4) moist; massive; hard, friable, sticky and plastic; 10 percent gravel, 15 percent cobbles, 5 percent stones; violently effervescent; moderately alkaline; clear wavy boundary.
Cr—31 inches; gray shale.

### Range in Characteristics

These soils are extremely variable in characteristics. The depth to shale ranges from 10 to 60 inches or more. The particle-size control section is 15 to 35 percent rock fragments, and the clay content is 27 to 60 percent.
*A horizon:* The hue is 7.5YR, 2.5YR, 2.5Y, 10YR. The texture is bouldery clay loam, stony loam, bouldery sandy loam, very gravelly clay loam, or clay loam.
*C horizon:* The hue is 2.5YR, 2.5Y, 5Y, 5YR. The texture is cobbly clay loam, silty clay loam, clay, or clay loam.

## Ustochreptic Calciorthids

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* terrace

*Parent material:* mass movement deposits and
residuum weathered from sandstone and shale
*Elevation:* 6,000 to 6,800 feet
*Slope:* 3 to 30 percent
*Climatic data:*
   *Average annual precipitation:* 12 to 14 inches
   *Average annual temperature:* 46 to 48 degrees F.
   *Frost-free period:* 100 to 130 days

*Taxonomic class:* Ustochreptic Calciorthids

### Reference Pedon

*Map unit in which located:* Ustic Torriorthents-
Ustochreptic Calciorthids complex, 3 to 30 percent
slopes
*Location in survey area:* about 2,200 feet west and 200
feet south of the northeast corner of Sec. 2, T. 43
N., R. 17 W.

A—0 to 9 inches; pale brown (10YR 6/3) very gravelly
clay loam, brown (10YR 4/3) moist; weak fine
granular structure; slightly hard, friable, sticky and
slightly plastic; 22 percent calcium carbonate
equivalent; strongly effervescent; 45 percent
gravel, 5 percent cobbles; moderately alkaline;
clear smooth boundary.
2Bk1—9 to 24 inches; light brown (7.5YR 6/4) clay
loam, brown (7.5YR 5/4) moist; moderate fine
subangular blocky structure; hard, friable, sticky
and slightly plastic; 30 percent calcium carbonate
equivalent; visible few medium soft masses of
calcium carbonates; strongly effervescent;
moderately alkaline; clear smooth boundary.
3Bk2—24 to 60 inches; light reddish brown (5YR 6/3)
gravelly clay, reddish brown (5YR 5/3) moist;
massive; very hard, very firm, sticky and plastic;
11 percent calcium carbonate equivalent; visible
few medium soft masses of calcium carbonates;
strongly effervescent; 10 percent gravel, 5 percent
cobbles, 5 percent stones; moderately alkaline.

### Range in Characteristics

The particle-size control section averages 10 to 20
percent rock fragments. Some pedons have a Bw
horizon.
   *A horizon:* The hue is 10YR or 7.5YR. The content of
rock fragments is 35 to 55 percent.
   *Bk horizons:* The hue is 2.5Y, 10YR, 7.5YR, or 5YR.

## Vananda Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow

*Landform:* alluvial fan, terrace, valley floor
*Parent material:* alluvium derived from shale
*Elevation:* 5,500 to 6,800 feet
*Slope:* 1 to 6 percent
*Climatic data:*
   *Average annual precipitation:* 10 to 12 inches
   *Average annual temperature:* 45 to 47 degrees F.
   *Frost-free period:* 90 to 110 days

*Taxonomic class:* Fine, montmorillonitic (calcareous),
mesic Ustic Torriorthents

### Typical Pedon

*Map unit in which located:* Vananda silty clay, 1 to 6
percent slopes
*Location in survey area:* about 200 feet east and 400
feet north of the southwest corner of Sec. 16, T. 44
N., R. 16 W.

A—0 to 6 inches; pale brown (10YR 6/3) silty clay,
brown (10YR 4/3) moist; weak fine granular
structure; slightly hard, very friable, slightly sticky
and plastic; strongly effervescent; slightly alkaline;
clear smooth boundary.
AC—6 to 17 inches; pale brown (10YR 6/3) silty clay,
brown (10YR 4/3) moist; weak medium and fine
subangular blocky structure; very hard, friable,
slightly sticky and plastic; strongly effervescent;
moderately alkaline; clear wavy boundary.
C1—17 to 45 inches; pale brown (10YR 6/3) silty
clay, brown (10YR 4/3) moist; massive; very
hard, friable, slightly sticky and plastic;
strongly effervescent; moderately alkaline;
clear wavy boundary.
C2—45 to 60 inches; light brownish gray (2.5Y 6/2)
silty clay, grayish brown (2.5Y 5/2) moist;
massive; hard, friable, slightly sticky and plastic;
slightly effervescent; moderately alkaline.

### Range in Characteristics

The hue is 10YR or 2.5Y. Coarse fragments in the
particle-size control section range from 0 to 10
percent, and are predominantly channer-sized. The
particle-size control section is silty clay or clay, and
the clay content is 40 to 50 percent.

## Winnett Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* extremely slow
*Landform:* drainageway, valley floor
*Parent material:* alluvium derived from shale
*Elevation:* 6,300 to 6,700 feet

*Slope:* 1 to 3 percent
*Climatic data:*
  *Average annual precipitation:* 10 to 12 inches
  *Average annual temperature:* 45 to 47 degrees F.
  *Frost-free period:* 90 to 110 days

*Taxonomic class:* Fine, montmorillonitic, mesic Ustollic Natrargids

### Typical Pedon

*Map unit in which located:* Winnett silty clay loam, 1 to 3 percent slopes
*Location in survey area:* about 2,200 feet east and 2,600 feet north of the southwest corner of Sec. 8, T. 44 N., R. 16 W.

E—0 inches to 1 inch; light brown (7.5YR 6/4) silty clay loam, brown (7.5YR 5/4) moist; strong fine granular structure; very hard, friable, sticky and plastic; common discontinuous random vesicular pores; violently effervescent; moderately alkaline; abrupt smooth boundary.
Btn1—1 inch to 2 inches; pink (7.5YR 7/4) silty clay, brown (7.5YR 4/4) moist; strong fine columnar structure parting to strong fine angular blocky; extremely hard, firm, sticky and plastic; common discontinuous random vesicular pores; violently effervescent; very strongly alkaline; clear smooth boundary.
Btn2—2 to 6 inches; light brown (7.5YR 6/4) silty clay, brown (7.5YR 5/4) moist; strong fine angular blocky structure; very hard, friable, sticky and plastic; many fine roots; violently effervescent; very strongly alkaline; clear smooth boundary.
C—6 to 37 inches; light brown (7.5YR 6/4) silty clay loam, brown (7.5YR 5/4) moist; massive; hard, very friable, very sticky and plastic; violently effervescent; strongly alkaline; clear wavy boundary.
Ck—37 to 60 inches; pale brown (10YR 6/3) silty clay, brown (10YR 4/3) moist; massive; very hard, firm, sticky and plastic; common fine calcium carbonate threads; violently effervescent; moderately alkaline.

### Range in Characteristics

The solum is 6 to 12 inches thick. The hue is 7.5YR or 10YR. An A horizon is present in some pedons.
  *Btn horizons:* The clay content is 35 to 50 percent.
  *C horizons:* The texture is silty clay or silty clay loam.

## Winz Series

*Depth class:* very deep

*Drainage class:* well drained
*Permeability:* slow
*Landform:* mesa
*Parent material:* colluvium
*Elevation:* 8,000 to 9,200 feet
*Slope:* 20 to 70 percent
*Climatic data:*
  *Average annual precipitation:* 20 to 24 inches
  *Average annual temperature:* 37 to 39 degrees F.
  *Frost-free period:* 50 to 80 days

*Taxonomic class:* Clayey-skeletal, montmorillonitic Mollic Cryoboralfs

### Typical Pedon

*Map unit in which located:* Winz-Rock outcrop complex, 20 to 90 percent slopes, very stony
*Location in survey area:* about 1,150 feet east and 400 feet west of the northeast corner of Sec. 35, T. 43 N., R. 10 W.

Oi—3 to 2 inches; partially decomposed leaves and twigs.
Oe—2 inches to 0; intermediately decomposed leaves and twigs.
A—0 to 9 inches; very dark grayish brown (10YR 3/2) extremely stony loam, black (10YR 2/1) moist; weak fine subangular blocky structure; soft, very friable, nonsticky and slightly plastic; 30 percent cobbles and 35 percent stones; neutral; abrupt smooth boundary.
E—9 to 17 inches; light gray (10YR 7/2) extremely stony clay loam, grayish brown (10YR 5/2) moist; weak fine subangular blocky structure; soft, very friable, nonsticky and plastic; 10 percent gravel, 25 percent cobbles, and 40 percent stones; neutral; abrupt smooth boundary.
BE—17 to 23 inches; brown (10YR 5/3) extremely stony clay loam, brown (10YR 4/3) moist; moderate fine subangular blocky structure; very hard, friable, sticky and plastic; 10 percent gravel, 25 percent cobbles, and 35 percent stones; neutral; clear smooth boundary.
Bt1—23 to 31 inches; brown (10YR 5/3) very stony clay loam, brown (10YR 4/3) moist; strong medium subangular blocky structure; very hard, friable, sticky and plastic; 30 percent cobbles and 30 percent stones; neutral; clear smooth boundary.
Bt2—31 to 53 inches; brown (10YR 5/3) very stony clay, brown (10YR 4/3) moist; strong coarse subangular blocky structure; extremely hard, very firm, slightly sticky and plastic; 35 percent cobbles and 25 percent stones; neutral; clear wavy boundary.

Bt3—53 to 60 inches; brown (10YR 5/3) extremely stony clay loam, brown (10YR 4/3) moist; strong coarse subangular blocky structure; extremely hard, very firm, slightly sticky and plastic; 35 percent cobbles and 40 percent stones; neutral.

### Range in Characteristics

The particle-size control section is clay or clay loam in the fine earth fraction, and the clay content is 35 to 50 percent. The content of rock fragments is 50 to 75 percent.

*A horizon:* The texture is extremely stony loam or very stony clay loam.

*Bt horizons:* The hue is 10YR or 2.5Y. The texture is extremely stony clay, extremely stony clay loam, very stony clay, or very stony clay loam.

## Witt Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* slow
*Landform:* mesa, ridge, structural bench
*Parent material:* eolian deposits derived from sandstone, eolian deposits derived from sandstone, reworked by water
*Elevation:* 6,000 to 7,400 feet
*Slope:* 1 to 12 percent
*Climatic data:*
   *Average annual precipitation:* 11 to 15 inches
   *Average annual temperature:* 45 to 48 degrees F.
   *Frost-free period:* 100 to 130 days

*Taxonomic class:* Fine-silty, mixed, mesic Ustollic Haplargids

### Typical Pedon

*Map unit in which located:* Witt loam, dry, 1 to 12 percent slopes
*Location in survey area:* about 1,200 feet west and 2,000 feet north of the southeast corner of Sec. 16, T. 46 N., R. 18 W.

A—0 to 9 inches; reddish brown (5YR 5/3) loam, reddish brown (5YR 4/3) moist; moderate medium granular structure; slightly hard, very friable, nonsticky and slightly plastic; slightly alkaline; clear smooth boundary.
BA—9 to 12 inches; reddish brown (5YR 5/3) clay loam, reddish brown (5YR 4/3) moist; moderate medium subangular blocky structure; slightly hard, very friable, slightly sticky and slightly plastic; slightly alkaline; clear wavy boundary.
Bt1—12 to 19 inches; reddish brown (5YR 5/4) clay loam, reddish brown (5YR 4/4) moist; moderate

medium and fine subangular blocky structure; hard, friable, slightly sticky and slightly plastic; slightly effervescent; moderately alkaline; clear smooth boundary.
Bt2—19 to 31 inches; light reddish brown (5YR 6/4) clay loam, reddish brown (5YR 5/4) moist; moderate medium subangular blocky structure; very hard, firm, sticky and slightly plastic; few fine calcium carbonate masses as seams; strongly effervescent; moderately alkaline; clear smooth boundary.
Bk1—31 to 35 inches; pink (5YR 7/4) loam, reddish brown (5YR 5/4) moist; weak medium subangular blocky structure; hard, friable, slightly sticky and slightly plastic; 28 percent calcium carbonate equivalent; violently effervescent; calcium carbonate disseminated throughout; moderately alkaline; clear smooth boundary.
Bk2—35 to 42 inches; pink (5YR 8/3) loam, pink (5YR 7/3) moist; massive; hard, friable, slightly sticky and slightly plastic; 33 percent calcium carbonate equivalent; violently effervescent; calcium carbonate disseminated throughout; moderately alkaline; clear smooth boundary.
C—42 to 60 inches; pink (5YR 7/4) loam, reddish brown (5YR 5/4) moist; massive; very hard, friable, slightly sticky and slightly plastic; 16 percent calcium carbonate equivalent; violently effervescent; calcium carbonate disseminated throughout; moderately alkaline.

### Range in Characteristics

The solum is 30 to 48 inches thick. Calcareous material is at a depth of 8 to 20 inches. Secondary calcium carbonate is at a depth of 30 to 55 inches. The particle-size control section is clay loam or silty clay loam, and the clay content is 27 to 35 percent.

*Bk horizons:* The texture is loam or silt loam. The calcium carbonate equivalent is 15 to 45 percent.

## Wrayha Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* ridge
*Parent material:* residuum weathered from shale
*Elevation:* 7,000 to 7,800 feet
*Slope:* 3 to 40 percent
*Climatic data:*
   *Average annual precipitation:* 14 to 16 inches
   *Average annual temperature:* 43 to 45 degrees F.
   *Frost-free period:* 90 to 110 days

Soil Survey

*Taxonomic class:* Fine, montmorillonitic (calcareous), frigid Ustic Torriorthents

### Typical Pedon

*Map unit in which located:* Wrayha stony clay loam, 3 to 40 percent slopes

*Location in survey area:* about 1,200 feet east and 2,300 feet north of the southwest corner of Sec. 9, T. 48 N., R. 19 W.

A—0 to 7 inches; brown (7.5YR 5/2) stony clay loam, brown (7.5YR 4/2) moist; moderate medium fine granular structure; slightly hard, very friable, sticky and plastic; 5 percent gravel and 15 percent stones; slightly alkaline; clear wavy boundary.

C—7 to 60 inches; light brownish gray (2.5Y 6/2) clay, dark grayish brown (2.5Y 4/2) moist; massive; very hard, firm, sticky and plastic; violently effervescent; moderately alkaline.

### Range in Characteristics

*A horizon:* The hue is 7.5YR or 5YR. The content of rock fragments is 15 to 30 percent.

*C horizon:* The hue is 7.5YR to 2.5Y. The texture is clay or clay loam. The clay content is 35 to 50 percent.

## Zoltay Series

*Depth class:* very deep
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* alluvial fan, canyon, mesa
*Parent material:* alluvium derived from sandstone and shale
*Elevation:* 6,800 to 8,500 feet
*Slope:* 0 to 15 percent
*Climatic data:*
  *Average annual precipitation:* 16 to 19 inches
  *Average annual temperature:* 41 to 45 degrees F.
  *Frost-free period:* 70 to 110 days

*Taxonomic class:* Fine, montmorillonitic Pachic Argiborolls

### Typical Pedon

*Map unit in which located:* Zoltay loam, 3 to 15 percent slopes

*Location in survey area:* about 1,700 feet west and 800 feet north of the southeast corner of Sec. 36, T. 44 N., R. 14 W.

A—0 to 6 inches; brown (10YR 4/3) loam, dark brown (7.5YR 3/2) moist; weak fine granular structure; soft, very friable; slightly alkaline; clear smooth boundary.

BA—6 to 14 inches; dark grayish brown (10YR 4/2) clay loam, dark brown (7.5YR 3/2) moist; weak fine subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; neutral; gradual smooth boundary.

Bt1—14 to 23 inches; very dark grayish brown (10YR 3/2) cobbly clay, very dark gray (10YR 3/1) moist; weak moderate prismatic structure parting to strong medium angular blocky; very hard, firm, sticky and plastic; 10 percent gravel, 10 percent cobble; neutral; clear wavy boundary.

Bt2—23 to 29 inches; yellowish brown (10YR 5/4) cobbly clay, brown (7.5YR 4/4) moist; medium coarse angular blocky structure parting to strong medium angular blocky; very hard, firm, sticky and plastic; 10 percent gravel, 15 percent cobble, 5 percent stones; slightly effervescent; slightly alkaline; clear wavy boundary.

Bk1—29 to 46 inches; yellowish brown (10YR 5/6) very cobbly clay loam, dark yellowish brown (10YR 4/4) moist; weak medium and coarse subangular blocky structure; hard, firm, sticky and plastic; 25 percent gravel, 15 percent cobble, 10 percent stones; strongly effervescent; slightly alkaline; gradual wavy boundary.

Bk2—46 to 60 inches; light yellowish brown (10YR 6/4) cobbly clay loam, yellowish brown (10YR 5/4) moist; weak medium and coarse subangular blocky structure; hard, friable, slightly sticky and slightly plastic; 10 percent gravel, 20 percent cobble, 5 percent flagstones; calcium carbonate disseminated throughout; violently effervescent; moderately alkaline.

### Range in Characteristics

The mollic epipedon is 16 to 26 inches thick. Calcium carbonate is at a depth of 23 to 31 inches.

*A horizon:* The hue is 10YR or 7.5YR. The texture is loam or clay loam. The content of rock fragments is 0 to 5 percent, and the fragments are predominantly gravel-sized. The reaction is neutral or slightly alkaline.

*Bt horizons:* The hue is 10YR or 7.5YR. The texture is cobbly clay, cobbly clay loam, clay loam, silty clay loam, or clay. The clay content is 35 to 45 percent. The content of rock fragments is 5 to 35 percent, and the fragments are predominantly gravel- and cobble-sized. The reaction is neutral to moderately alkaline.

*Bk horizons:* The hue is 10YR or 2.5Y. The texture is very cobbly clay loam, cobbly clay loam, silty clay loam, clay loam, or clay. The content of rock fragments is 5 to 55 percent, and the fragments are predominantly gravel- and cobble-sized.

## Zyme Series

*Depth class:* shallow
*Drainage class:* well drained
*Permeability:* very slow
*Landform:* alluvial fan, hill, ridge
*Parent material:* residuum weathered from shale
*Elevation:* 6,300 to 7,500 feet
*Slope:* 3 to 30 percent
*Climatic data:*
　　*Average annual precipitation:* 10 to 15 inches
　　*Average annual temperature:* 45 to 47 degrees F.
　　*Frost-free period:* 90 to 110 days

*Taxonomic class:* Clayey, montmorillonitic
　　(calcareous), mesic, shallow Ustic Torriorthents

### Typical Pedon

*Map unit in which located:* Bodot-Zyme silty clay
　　loams, dry, 3 to 20 percent slopes
*Location in survey area:* about 2,250 feet west and 2,100 feet south of the northeast corner of Sec. 21, T. 44 N., R. 16 W.

A—0 to 6 inches; grayish brown (2.5Y 5/2) silty clay loam, dark grayish brown (2.5Y 4/2) moist; moderate fine granular structure; slightly hard, very friable, sticky and plastic; strongly effervescent; slightly alkaline; clear smooth boundary.
C—6 to 15 inches; grayish brown (2.5Y 5/2) clay loam, dark grayish brown (2.5Y 4/2) moist; massive; hard, firm, sticky and plastic; 15 percent shale fragments; slightly effervescent; slightly alkaline; clear wavy boundary.
Cr—15 inches; weathered gray shale.

### Range in Characteristics

The hue is 2.5Y or 10YR. Shale is at a depth of 10 to 20 inches.

*C horizons:* Shale fragments range from 5 to 15 percent. The texture is clay loam, clay, or silty clay loam. The clay content is 35 to 45 percent.

BLM_0060237

BLM_0060238

# Formation of the Soils

Soil formation involves a complex set of internal and external processes. The internal processes involve additions of organic and mineral material to the soil as solids, liquids, and gases; losses of these from the soil; translocation of material from one point to another within the soil; and transformation of mineral and organic substances within the soil (Buol, 1980).

The character and development of soils are controlled by external factors (Buol, 1980). Almost from the beginning of soil science in 1883, five general external factors of soil formation have been used as a basis for organizing pedological investigations and the gathered data. These are parent material, climate, plant and animal life, relief, and relative age of the soil. These factors are considered to be interdependent. In the following paragraphs, these factors are discussed separately as they relate to the formation of the soils in this survey area.

## Climate

Climate influences the kind of vegetation that grows on soils, the level of biological activity in soils, and the physical and chemical weathering of parent material. Precipitation and air temperature are important factors of soil formation. Wind velocity and humidity also have an influence.

The survey area has a wide climatic range. The Disappointment Valley has a desert climate. The average annual air temperature is 49 to 51 degrees F., and the average annual precipitation is 8 to 10 inches. The higher mesas and mountains have an average annual air temperature of 35 to 40 degrees F., and an average annual precipitation of 22 to 30 inches. Assuming the same relief and water intake rates with increasing precipitation, the acidity of the soil increases, the depth to carbonates increases, and the content of clay in the subsoil increases.

## Living Organisms

Living organisms are an active factor in soil formation. The kinds of organisms that live on and in the soil are determined by climate, parent material, topography, and age of the soil.

Organic matter accumulation, profile mixing, nutrient cycling, and structural stability are all made possible by the presence of organisms in the soil. Nitrogen is added to the soil by microorganisms. Plant cover reduces the natural erosion rate and slows the rate of removal of mineral surface material.

The effects of vegetation on soil formation can be seen by comparing the properties of forest soils with those of grassland soils. The subsurface organic matter content of the grassland soils is much higher than that of the forest soils. The grass litter has a higher base status than the forest litter, and leaching occurs less often in grassland soils as compared with forest soils.

## Relief

The relief of the land may either hasten or diminish the influence of climate. In smooth, flat country, the excess water is removed more slowly than in hilly terrain. The hilly relief encourages some natural erosion of the surface layer. In flat relief, water may stand for a period of time and negate the climatic influence on soil development.

Aspect and elevation affect soil formation by varying the heating of the soil surface by the sun; the exposure of the soil to wind; the exposure of the soil to precipitation, including snowfall and snowdrifts; conditions for natural drainage; the conditions for runoff and erosion; and the conditions for accumulation and removal of deposits by the wind.

## Parent Material

Parent material is a very significant factor in soil formation. The soils in this survey area formed in many different types of parent material. The varying physical and chemical properties of the different types of parent material result in the formation of different soils. Texture, color, consistence, and other soil properties are largely determined by the type of parent material.

BLM_0060239

178

Following is a description of the major types of parent material in the survey area.

### Residuum Derived Dominantly From Sandstone or Interbedded Sandstone and Shale.

Soils that formed in this parent material commonly are shallow or moderately deep. The texture is moderately coarse, medium, or moderately fine. Fivepine, Gladel, Gurley, Beje, Pinon, and Skein soils are some of the soils that formed in this parent material. These soils occur throughout most of the survey area, except in the higher elevations.

### Residuum Derived From Shale.

These soils are fine textured, are relatively impermeable, and have colors similar to those of the parent shale. Bodot, Chipeta, Deaver, Killpack, Persayo, and Zyme soils developed in this type of parent material.

### Alluvium.

Soils forming in alluvium are on valley floors and on the higher terraces. Some of the soils that formed in this parent material are Abra, Acree, Barx, Begay, Callan, Clapper, Delson, Evanston, Fruitland, Minchey, Nyswonger, Paradox, Redlands, Vananda, and Winnett soils. These soils commonly are very deep and have a wide range of textures.

### Eolian Deposits.

Soils forming in this parent material commonly have much sand and silt. They have few rock fragments. The western edge of the survey area has this parent material, which is characterized by a high percentage of very fine sand. These are the Witt and Monticello soils.

## Time

Time zero for soils is the point at which a pedologically catastrophic event is completed, initiating a new cycle of soil development. The catastrophe may be a sudden change in topography of land surface caused by geologic uplift, erosion, or human-initiated accelerated erosion. Sudden changes in vegetation may occur with the felling of a forest and the introduction of cropping. A change in the initial material may be caused by a significant sedimentary deposit.

The actual length of time that soil is subjected to weathering greatly influences soil formation. Soils that formed in alluvial materials generally have not had as much time to develop as have those on the surrounding uplands.

The interaction among the soil-forming factors is always at work. The time it takes for a soil to develop is related to the parent material, the climate, and the vegetation.

Soil characteristics reflect the length of time a landform has been stable. Soil development or aging is reflected by such characteristics as degree of structure, evidence of clay movement, depth to calcium carbonate accumulations, thickness of the solum, and stratification. A good example of soil aging is illustrated by comparing Mikim and Barx soils. Mikim soils are younger; this determination is based primarily upon the less stable landscape upon which these soils occur. As a result, the calcium carbonate is not leached from the surface layer and there is little evidence of clay movement. Some Mikim soils also have stratification. The Barx soils, on the other hand, occur on a more stable upland landscape. The calcium carbonate is leached from the surface layer of the Barx soils, and there is evidence of clay movement. The Barx soils have stronger structure and a deeper solum than the Mikim soils.

BLM_0060240

# References

Alexander, Robert R. 1967. Site indexes for Engelmann spruce. USDA, Forest Service. Rocky Mountain Forest and Range Experiment Station Research Paper RM-32.

American Association of State Highway and Transportation Officials. 1986. Standard specifications for highway materials and methods of sampling and testing. Ed. 14, 2 vols.

American Society for Testing and Materials. 1993. Standard classification of soils for engineering purposes. ASTM Stand. D 2487.

Baker, F.S. 1925. Aspen in the Central Rocky Mountain Region. United States Department of Agriculture Bulletin 1291.

Brady, Nyle C. 1974. The Nature and Properties of Soils, MacMillian Publishing Co, Inc., N.Y. 639 pages.

Buol, S.W., Hole, F.D., McCracken, R.J., 1980.  Soil Genesis and Classification.  Iowa State University Press, Ames, Iowa, 360 pp., illus.

Edminster, Carleton B., H. Todd Mowrer, and Wayne D. Shepperd. 1985. Site index curves for aspen in the Central Rocky Mountains. USDA, Forest Service. Rocky Mountain Forest and Range Experiment Station Research Note RM-453.

Howell, Joseph Jr. 1940. Pinon [sic] and juniper, a preliminary study of volume, growth and yield. USDA, Soil Conservation Service. Region 8 Regional Bulletin 71, Forest Series 12.

Meyer, W.H. 1961. Yield of even-aged stands of ponderosa pine. U.S. Department of Agriculture Technical Bulletin 630.

Schumacher, Francis X. 1926. Yield, stand, and volume tables for white fir in the California pine region. Univ. of California Agric. Experiment Station Bulletin 407.

United States Department of Agriculture, Soil Conservation Service. 1985. Keys to soil taxonomy. 2nd ed. Soil Survey Staff, Soil Manage. Support Serv. Tech. Monogr. 6.

United States Department of Agriculture, Soil Conservation Service. 1961. Land capability classification. U.S. Dep. Agric. Handb. 210.

United States Department of Agriculture, Soil Conservation Service. 1993. Soil survey manual. U.S. Dep. Agric. Handb. 18.

United States Department of Agriculture, Soil Conservation Service. 1999. Soil taxonomy: A basic system of soil classification for making and interpreting soil surveys. 2nd edition. U.S. Dep. Agric. Handb. 436.

BLM_0060241

BLM_0060242

# Glossary

**Aeration, soil.** The exchange of air in soil with air from the atmosphere. The air in a well aerated soil is similar to that in the atmosphere; the air in a poorly aerated soil is considerably higher in carbon dioxide and lower in oxygen.

**Aggregate, soil.** Many fine particles held in a single mass or cluster. Natural soil aggregates, such as granules, blocks, or prisms, are called peds. Clods are aggregates produced by tillage or logging.

**Alkali (sodic) soil.** A soil having so high a degree of alkalinity (pH 8.5 or higher) or so high a percentage of exchangeable sodium (15 percent or more of the total exchangeable bases), or both, that plant growth is restricted.

**Alluvial fan.** The fanlike deposit of a stream where it issues from a gorge upon a plain or of a tributary stream near or at its junction with its main stream.

**Alluvium.** Material, such as sand, silt, or clay, deposited on land by streams.

**Animal unit month (AUM).** The amount of forage required by one mature cow of approximately 1,000 pounds weight, with or without a calf, for 1 month.

**Argillic horizon.** A subsoil horizon characterized by an accumulation of illuvial clay.

**Aspect.** The direction in which a slope faces.

**Association, soil.** A group of soils or miscellaneous areas geographically associated in a characteristic repeating pattern and defined and delineated as a single map unit.

**Available water capacity (available moisture capacity).** The capacity of soils to hold water available for use by most plants. It is commonly defined as the difference between the amount of soil water at field moisture capacity and the amount at wilting point. It is commonly expressed as inches of water per inch of soil. The capacity, in inches, in a 60-inch profile or to a limiting layer is expressed as:

| | |
|---|---|
| Very low | 0 to 3 |
| Low | 3 to 6 |
| Moderate | 6 to 9 |
| High | 9 to 12 |
| Very high | more than 12 |

**Badland.** Steep or very steep, commonly nonstony, barren land dissected by many intermittent drainage channels. Badland is most common in semiarid and arid regions where streams are entrenched in soft geologic material. Local relief generally ranges from 25 to 500 feet. Runoff potential is very high, and geologic erosion is active.

**Basal area.** The area of a cross section of a tree, generally referring to the section at breast height and measured outside the bark. It is a measure of stand density, commonly expressed in square feet.

**Base saturation.** The degree to which material having cation-exchange properties is saturated with exchangeable bases (sum of Ca, Mg, Na, and K), expressed as a percentage of the total cation-exchange capacity.

**Bedding planes.** Fine strata, less than 5 millimeters thick, in unconsolidated alluvial, eolian, lacustrine, or marine sediment.

**Bedrock.** The solid rock that underlies the soil and other unconsolidated material or that is exposed at the surface.

**Bisequum.** Two sequences of soil horizons, each of which consists of an illuvial horizon and the overlying eluvial horizons.

**Boulders.** Rock fragments larger than 2 feet (60 centimeters) in diameter.

**Breaks.** The steep and very steep broken land at the border of an upland summit that is dissected by ravines.

**Breast height.** An average height of 4.5 feet above the ground surface; the point on a tree where diameter measurements are ordinarily taken.

**Brush management.** Use of mechanical, chemical, or biological methods to make conditions favorable for reseeding or to reduce or eliminate competition from woody vegetation and thus allow understory grasses and forbs to recover. Brush management increases forage production and thus reduces the hazard of erosion. It can improve the habitat for some species of wildlife.

**Butte.** An isolated small mountain or hill with steep or precipitous sides and a top variously flat, rounded,

or pointed that may be a residual mass isolated by erosion or an exposed volcanic neck.

**Calcareous soil.** A soil containing enough calcium carbonate (commonly combined with magnesium carbonate) to effervesce visibly when treated with cold, dilute hydrochloric acid.

**Caliche.** A more or less cemented deposit of calcium carbonate in soils of warm-temperate, subhumid to arid areas. Caliche occurs as soft, thin layers in the soil or as hard, thick beds directly beneath the solum, or it is exposed at the surface by erosion.

**Canopy.** The leafy crown of trees or shrubs. (See Crown.)

**Canyon.** A long, deep, narrow, very steep sided valley with high, precipitous walls in an area of high local relief.

**Capillary water.** Water held as a film around soil particles and in tiny spaces between particles. Surface tension is the adhesive force that holds capillary water in the soil.

**Cation.** An ion carrying a positive charge of electricity. The common soil cations are calcium, potassium, magnesium, sodium, and hydrogen.

**Cation-exchange capacity.** The total amount of exchangeable cations that can be held by the soil, expressed in terms of milliequivalents per 100 grams of soil at neutrality (pH 7.0) or at some other stated pH value. The term, as applied to soils, is synonymous with base-exchange capacity but is more precise in meaning.

**Channery soil material.** Soil material that has, by volume, 15 to 35 percent thin, flat fragments of sandstone, shale, slate, limestone, or schist as much as 6 inches (15 centimeters) along the longest axis. A single piece is called a channer.

**Chemical treatment.** Control of unwanted vegetation through the use of chemicals.

**Chiseling.** Tillage with an implement having one or more soil-penetrating points that shatter or loosen hard, compacted layers to a depth below normal plow depth.

**Clay.** As a soil separate, the mineral soil particles less than 0.002 millimeter in diameter. As a soil textural class, soil material that is 40 percent or more clay, less than 45 percent sand, and less than 40 percent silt.

**Clay film.** A thin coating of oriented clay on the surface of a soil aggregate or lining pores or root channels. Synonyms: clay coating, clay skin.

**Climax plant community.** The stabilized plant community on a particular site. The plant cover reproduces itself and does not change so long as the environment remains the same.

**Coarse textured soil.** Sand or loamy sand.

**Cobble (or cobblestone).** A rounded or partly rounded fragment of rock 3 to 10 inches (7.6 to 25 centimeters) in diameter.

**Cobbly soil material.** Material that has 15 to 35 percent, by volume, rounded or partially rounded rock fragments 3 to 10 inches (7.6 to 25 centimeters) in diameter. Very cobbly soil material has 35 to 60 percent of these rock fragments, and extremely cobbly soil material has more than 60 percent.

**COLE (coefficient of linear extensibility).** See Linear extensibility.

**Colluvium.** Soil material or rock fragments, or both, moved by creep, slide, or local wash and deposited at the base of steep slopes.

**Complex, soil.** A map unit of two or more kinds of soil or miscellaneous areas in such an intricate pattern or so small in area that it is not practical to map them separately at the selected scale of mapping. The pattern and proportion of the soils or miscellaneous areas are somewhat similar in all areas.

**Concretions.** Cemented bodies with crude internal symmetry organized around a point, a line, or a plane. They typically take the form of concentric layers visible to the naked eye. Calcium carbonate, iron oxide, and manganese oxide are common compounds making up concretions. If formed in place, concretions of iron oxide or manganese oxide are generally considered a type of redoximorphic concentration.

**Conglomerate.** A coarse grained, clastic rock composed of rounded or subangular rock fragments more than 2 millimeters in diameter. It commonly has a matrix of sand and finer textured material. Conglomerate is the consolidated equivalent of gravel.

**Conservation cropping system.** Growing crops in combination with needed cultural and management practices. In a good conservation cropping system, the soil-improving crops and practices more than offset the effects of the soil-depleting crops and practices. Cropping systems are needed on all tilled soils. Soil-improving practices in a conservation cropping system include the use of rotations that contain grasses and legumes and the return of crop residue to the soil. Other practices include the use of green manure crops of grasses and legumes, proper tillage, adequate fertilization, and weed and pest control.

**Consistence, soil.** Refers to the degree of cohesion and adhesion of soil material and its resistance to deformation when ruptured. Consistence includes resistance of soil material to rupture and to

penetration; plasticity, toughness, and stickiness of puddled soil material; and the manner in which the soil material behaves when subject to compression. Terms describing consistence are defined in the "Soil Survey Manual."

**Contour stripcropping.** Growing crops in strips that follow the contour. Strips of grass or close-growing crops are alternated with strips of clean-tilled crops or summer fallow.

**Control section.** The part of the soil on which classification is based. The thickness varies among different kinds of soil, but for many it is that part of the soil profile between depths of 10 inches and 40 or 80 inches.

**Corrosion.** Soil-induced electrochemical or chemical action that dissolves or weakens concrete or uncoated steel.

**Cover crop.** A close-growing crop grown primarily to improve and protect the soil between periods of regular crop production, or a crop grown between trees and vines in orchards and vineyards.

**Crop residue management.** Returning crop residue to the soil, which helps to maintain soil structure, organic matter content, and fertility and helps to control erosion.

**Cross-slope farming.** Deliberately conducting farming operations on sloping farmland in such a way that tillage is across the general slope.

**Culmination of the mean annual increment (CMAI).** The average annual increase per acre in the volume of a stand. Computed by dividing the total volume of the stand by its age. As the stand increases in age, the mean annual increment continues to increase until mortality begins to reduce the rate of increase. The point where the stand reaches its maximum annual rate of growth is called the culmination of the mean annual increment.

**Decreasers.** The most heavily grazed climax range plants. Because they are the most palatable, they are the first to be destroyed by overgrazing.

**Deferred grazing.** Postponing grazing or resting grazing land for a prescribed period.

**Depth, soil.** Generally, the thickness of the soil over bedrock. Very deep soils are more than 60 inches deep over bedrock; deep soils, 40 to 60 inches; moderately deep, 20 to 40 inches; shallow, 10 to 20 inches; and very shallow, less than 10 inches.

**Depth to rock** (in tables). Bedrock is too near the surface for the specified use.

**Drainage class** (natural). Refers to the frequency and duration of wet periods under conditions similar to those under which the soil formed. Alterations of the water regime by human activities, either through drainage or irrigation, are not a consideration unless they have significantly changed the morphology of the soil. Seven classes of natural soil drainage are recognized— *excessively drained, somewhat excessively drained, well drained, moderately well drained, somewhat poorly drained, poorly drained,* and *very poorly drained.* These classes are defined in the "Soil Survey Manual."

**Drainage, surface.** Runoff, or surface flow of water, from an area.

**Draw.** A small stream valley that generally is more open and has broader bottom land than a ravine or gulch.

**Duff.** A generally firm organic layer on the surface of mineral soils. It consists of fallen plant material that is in the process of decomposition and includes everything from the litter on the surface to underlying pure humus.

**Ecological site.** An area where climate, soil, and relief are sufficiently uniform to produce a distinct natural plant community. An ecological site is the product of all the environmental factors responsible for its development. It is typified by an association of species that differ from those on other ecological sites in kind and/or proportion of species or in total production.

**Eluviation.** The movement of material in true solution or colloidal suspension from one place to another within the soil. Soil horizons that have lost material through eluviation are eluvial; those that have received material are illuvial.

**Eolian soil material.** Earthy parent material accumulated through wind action; commonly refers to sandy material in dunes or to loess in blankets on the surface.

**Erosion.** The wearing away of the land surface by water, wind, ice, or other geologic agents and by such processes as gravitational creep.
*Erosion* (geologic). Erosion caused by geologic processes acting over long geologic periods and resulting in the wearing away of mountains and the building up of such landscape features as flood plains and coastal plains. Synonym: natural erosion.
*Erosion* (accelerated). Erosion much more rapid than geologic erosion, mainly as a result of human or animal activities or of a catastrophe in nature, such as a fire, that exposes the surface.

**Excess salts** (in tables). Excess water-soluble salts in the soil that restrict the growth of most plants.

**Fallow.** Cropland left idle in order to restore productivity through accumulation of moisture.

BLM_0060245

Summer fallow is common in regions of limited rainfall where cereal grain is grown. The soil is tilled for at least one growing season for weed control and decomposition of plant residue.

**Fan terrace.** A relict alluvial fan, no longer a site of active deposition, incised by younger and lower alluvial surfaces.

**Fertility, soil.** The quality that enables a soil to provide plant nutrients, in adequate amounts and in proper balance, for the growth of specified plants when light, moisture, temperature, tilth, and other growth factors are favorable.

**Field moisture capacity.** The moisture content of a soil, expressed as a percentage of the ovendry weight, after the gravitational, or free, water has drained away; the field moisture content 2 or 3 days after a soaking rain; also called *normal field capacity, normal moisture capacity,* or *capillary capacity*.

**Fine textured soil.** Sandy clay, silty clay, or clay.

**Flaggy soil material.** Material that has, by volume, 15 to 35 percent flagstones. Very flaggy soil material has 35 to 60 percent flagstones, and extremely flaggy soil material has more than 60 percent flagstones.

**Flagstone.** A thin fragment of sandstone, limestone, slate, shale, or (rarely) schist 6 to 15 inches (15 to 38 centimeters) long.

**Flood plain.** A nearly level alluvial plain that borders a stream and is subject to flooding unless protected artificially.

**Foothill.** A steeply sloping upland that has relief of as much as 1,000 feet (300 meters) and fringes a mountain range or high-plateau escarpment.

**Footslope.** The position that forms the inner, gently inclined surface at the base of a hillslope. In profile, footslopes are commonly concave. A footslope is a transition zone between upslope sites of erosion and transport (shoulders and backslopes) and downslope sites of deposition (toeslopes).

**Forb.** Any herbaceous plant not a grass or a sedge.

**Forest cover.** All trees and other woody plants (underbrush) covering the ground in a forest.

**Forest type.** A stand of trees similar in composition and development because of given physical and biological factors by which it may be differentiated from other stands.

**Frost action** (in tables). Freezing and thawing of soil moisture. Frost action can damage roads, buildings and other structures, and plant roots.

**Genesis, soil.** The mode of origin of the soil. Refers especially to the processes or soil-forming factors responsible for the formation of the solum, or true soil, from the unconsolidated parent material.

**Glacial drift.** Pulverized and other rock material transported by glacial ice and then deposited. Also, the sorted and unsorted material deposited by streams flowing from glaciers.

**Glacial till.** Unsorted, nonstratified glacial drift consisting of clay, silt, sand, and boulders transported and deposited by glacial ice.

**Gleyed soil.** Soil that formed under poor drainage, resulting in the reduction of iron and other elements in the profile and in gray colors.

**Grassed waterway.** A natural or constructed waterway, typically broad and shallow, seeded to grass as protection against erosion. Conducts surface water away from cropland.

**Gravel.** Rounded or angular fragments of rock as much as 3 inches (2 millimeters to 7.6 centimeters) in diameter. An individual piece is a pebble.

**Gravelly soil material.** Material that has 15 to 35 percent, by volume, rounded or angular rock fragments, not prominently flattened, as much as 3 inches (7.6 centimeters) in diameter.

**Green manure crop** (agronomy). A soil-improving crop grown to be plowed under in an early stage of maturity or soon after maturity.

**Gully.** A miniature valley with steep sides cut by running water and through which water ordinarily runs only after rainfall. The distinction between a gully and a rill is one of depth. A gully generally is an obstacle to farm machinery and is too deep to be obliterated by ordinary tillage; a rill is of lesser depth and can be smoothed over by ordinary tillage.

**Hard bedrock.** Bedrock that cannot be excavated except by blasting or by the use of special equipment that is not commonly used in construction.

**Hill.** A natural elevation of the land surface, rising as much as 1,000 feet above surrounding lowlands, commonly of limited summit area and having a well defined outline; hillsides generally have slopes of more than 15 percent. The distinction between a hill and a mountain is arbitrary and is dependent on local usage.

**Horizon, soil.** A layer of soil, approximately parallel to the surface, having distinct characteristics produced by soil-forming processes. In the identification of soil horizons, an uppercase letter represents the major horizons. Numbers or lowercase letters that follow represent subdivisions of the major horizons. An explanation of the

San Miguel Area, Colorado
185

subdivisions is given in the "Soil Survey Manual." The major horizons of mineral soil are as follows:

*O horizon.*—An organic layer of fresh and decaying plant residue.

*A horizon.*—The mineral horizon at or near the surface in which an accumulation of humified organic matter is mixed with the mineral material. Also, a plowed surface horizon, most of which was originally part of a B horizon.

*E horizon.*—The mineral horizon in which the main feature is loss of silicate clay, iron, aluminum, or some combination of these.

*B horizon.*—The mineral horizon below an A horizon. The B horizon is in part a layer of transition from the overlying A to the underlying C horizon. The B horizon also has distinctive characteristics, such as (1) accumulation of clay, sesquioxides, humus, or a combination of these; (2) prismatic or blocky structure; (3) redder or browner colors than those in the A horizon; or (4) a combination of these.

*C horizon.*—The mineral horizon or layer, excluding indurated bedrock, that is little affected by soil-forming processes and does not have the properties typical of the overlying soil material. The material of a C horizon may be either like or unlike that in which the solum formed. If the material is known to differ from that in the solum, an Arabic numeral, commonly a 2, precedes the letter C.

*Cr horizon.*—Soft, consolidated bedrock beneath the soil.

*R layer.*—Consolidated bedrock beneath the soil. The bedrock commonly underlies a C horizon, but it can be directly below an A or a B horizon.

**Humus.** The well decomposed, more or less stable part of the organic matter in mineral soils.

**Hydrologic soil groups.** Refers to soils grouped according to their runoff potential. The soil properties that influence this potential are those that affect the minimum rate of water infiltration on a bare soil during periods after prolonged wetting when the soil is not frozen. These properties are depth to a seasonal high water table, the infiltration rate and permeability after prolonged wetting, and depth to a very slowly permeable layer. The slope and the kind of plant cover are not considered but are separate factors in predicting runoff.

**Igneous rock.** Rock formed by solidification from a molten or partially molten state. Major varieties include plutonic and volcanic rock. Examples are andesite, basalt, and granite.

**Illuviation.** The movement of soil material from one horizon to another in the soil profile. Generally, material is removed from an upper horizon and deposited in a lower horizon.

**Impervious soil.** A soil through which water, air, or roots penetrate slowly or not at all. No soil is absolutely impervious to air and water all the time.

**Increasers.** Species in the climax vegetation that increase in amount as the more desirable plants are reduced by close grazing. Increasers commonly are the shorter plants and the less palatable to livestock.

**Infiltration.** The downward entry of water into the immediate surface of soil or other material, as contrasted with percolation, which is movement of water through soil layers or material.

**Infiltration rate.** The rate at which water penetrates the surface of the soil at any given instant, usually expressed in inches per hour. The rate can be limited by the infiltration capacity of the soil or the rate at which water is applied at the surface.

**Intermittent stream.** A stream, or reach of a stream, that flows for prolonged periods only when it receives ground-water discharge or long, continued contributions from melting snow or other surface and shallow subsurface sources.

**Invaders.** On range, plants that encroach into an area and grow after the climax vegetation has been reduced by grazing. Generally, plants invade following disturbance of the surface.

**Iron depletions.** Low-chroma zones having a low content of iron and manganese oxide because of chemical reduction and removal, but having a clay content similar to that of the adjacent matrix. A type of redoximorphic depletion.

**Irrigation.** Application of water to soils to assist in production of crops. Methods of irrigation are:

*Basin.*—Water is applied rapidly to nearly level plains surrounded by levees or dikes.

*Border.*—Water is applied at the upper end of a strip in which the lateral flow of water is controlled by small earth ridges called border dikes, or borders.

*Controlled flooding.*—Water is released at intervals from closely spaced field ditches and distributed uniformly over the field.

*Corrugation.*—Water is applied to small, closely spaced furrows or ditches in fields of close-growing crops or in orchards so that it flows in only one direction.

*Drip (or trickle).*—Water is applied slowly and under low pressure to the surface of the soil or into the soil through applicators as emitters, porous tubing, or perforated pipe.

*Furrow.*—Water is applied in small ditches made by

BLM_0060247

cultivation implements. Furrows are used for tree and row crops.

*Sprinkler.*—Water is sprayed over the soil surface through pipes or nozzles from a pressure system.

*Subirrigation.*—Water is applied in open ditches or tile lines until the water table is raised enough to wet the soil.

*Wild flooding.*—Water, released at high points, is allowed to flow onto an area without controlled distribution.

**Knoll.** A small, low, rounded hill rising above adjacent landforms.

**$K_{sat}$.** Saturated hydraulic conductivity. (See Permeability.)

**Landslide.** The rapid downhill movement of a mass of soil and loose rock, generally when wet or saturated. The speed and distance of movement, as well as the amount of soil and rock material, vary greatly.

**Large stones** (in tables). Rock fragments 3 inches (7.6 centimeters) or more across. Large stones adversely affect the specified use of the soil.

**Leaching.** The removal of soluble material from soil or other material by percolating water.

**Linear extensibility.** Refers to the change in length of an unconfined clod as moisture content is decreased from a moist to a dry state. Linear extensibility is used to determine the shrink-swell potential of soils. It is an expression of the volume change between the water content of the clod at $^1/_3$- or $^1/_{10}$-bar tension (33kPa or 10kPa tension) and oven dryness. Volume change is influenced by the amount and type of clay minerals in the soil. The volume change is the percent change for the whole soil. If it is expressed as a fraction, the resulting value is COLE, coefficient of linear extensibility.

**Liquid limit.** The moisture content at which the soil passes from a plastic to a liquid state.

**Loam.** Soil material that is 7 to 27 percent clay particles, 28 to 50 percent silt particles, and less than 52 percent sand particles.

**Loess.** Fine grained material, dominantly of silt-sized particles, deposited by wind.

**Low strength.** The soil is not strong enough to support loads.

**Major Land Resource Area.** A geographic area, usually several million acres in extent, that is characterized by a particular pattern of soils, climate, water resources, and land uses. It is a category in a USDA system of land classification that is applied to all land of the United States. Identification of these areas is important in statewide resource planning and has value in interstate, regional, and national planning.

**Masses.** Concentrations of substances in the soil matrix that do not have a clearly defined boundary with the surrounding soil material and cannot be removed as a discrete unit. Common compounds making up masses are calcium carbonate, gypsum or other soluble salts, iron oxide, and manganese oxide. Masses consisting of iron oxide or manganese oxide generally are considered a type of redoximorphic concentration.

**Medium textured soil.** Very fine sandy loam, loam, silt loam, or silt.

**Mesa.** A broad, nearly flat topped and commonly isolated upland mass characterized by summit widths that are more than the heights of bounding erosional scarps.

**Metamorphic rock.** Rock of any origin altered in mineralogical composition, chemical composition, or structure by heat, pressure, and movement. Nearly all such rocks are crystalline.

**Mineral soil.** Soil that is mainly mineral material and low in organic material. Its bulk density is more than that of organic soil.

**Minimum tillage.** Only the tillage essential to crop production and prevention of soil damage.

**Miscellaneous area.** An area that has little or no natural soil and supports little or no vegetation.

**Moderately coarse textured soil.** Coarse sandy loam, sandy loam, or fine sandy loam.

**Moderately fine textured soil.** Clay loam, sandy clay loam, or silty clay loam.

**Mollic epipedon.** A thick, dark, humus-rich surface horizon (or horizons) that has high base saturation and pedogenic soil structure. It may include the upper part of the subsoil.

**Morphology, soil.** The physical makeup of the soil, including the texture, structure, porosity, consistence, color, and other physical, mineral, and biological properties of the various horizons, and the thickness and arrangement of those horizons in the soil profile.

**Mottling, soil.** Irregular spots of different colors that vary in number and size. Descriptive terms are as follows: abundance—*few, common,* and *many;* size—*fine, medium,* and *coarse;* and contrast—*faint, distinct,* and *prominent.* The size measurements are of the diameter along the greatest dimension. *Fine* indicates less than 5 millimeters (about 0.2 inch); *medium,* from 5 to 15 millimeters (about 0.2 to 0.6 inch); and *coarse,* more than 15 millimeters (about 0.6 inch).

San Miguel Area, Colorado                                                                                                    187

**Mountain.** A natural elevation of the land surface, rising more than 1,000 feet above surrounding lowlands, commonly of restricted summit area (relative to a plateau) and generally having steep sides. A mountain can occur as a single, isolated mass or in a group forming a chain or range.

**Munsell notation.** A designation of color by degrees of three simple variables—hue, value, and chroma. For example, a notation of 10YR 6/4 is a color with hue of 10YR, value of 6, and chroma of 4.

**Natric horizon.** A special kind of argillic horizon that contains enough exchangeable sodium to have an adverse effect on the physical condition of the subsoil.

**Neutral soil.** A soil having a pH value of 6.6 to 7.3. (See Reaction, soil.)

**Nodules.** Cemented bodies lacking visible internal structure. Calcium carbonate, iron oxide, and manganese oxide are common compounds making up nodules. If formed in place, nodules of iron oxide or manganese oxide are considered types of redoximorphic concentrations.

**Nutrient, plant.** Any element taken in by a plant essential to its growth. Plant nutrients are mainly nitrogen, phosphorus, potassium, calcium, magnesium, sulfur, iron, manganese, copper, boron, and zinc obtained from the soil and carbon, hydrogen, and oxygen obtained from the air and water.

**Organic matter.** Plant and animal residue in the soil in various stages of decomposition.

**Parent material.** The unconsolidated organic and mineral material in which soil forms.

**Ped.** An individual natural soil aggregate, such as a granule, a prism, or a block.

**Pedon.** The smallest volume that can be called "a soil." A pedon is three dimensional and large enough to permit study of all horizons. Its area ranges from about 10 to 100 square feet (1 square meter to 10 square meters), depending on the variability of the soil.

**Percolation.** The movement of water through the soil.

**Percs slowly** (in tables). The slow movement of water through the soil adversely affects the specified use.

**Permeability.** The quality of the soil that enables water or air to move downward through the profile. The rate at which a saturated soil transmits water is accepted as a measure of this quality. In soil physics, the rate is referred to as "saturated hydraulic conductivity," which is defined in the "Soil Survey Manual." In line with conventional usage in the engineering profession and with traditional usage in published soil surveys, this rate of flow continues to be expressed as "permeability." Terms describing permeability, measured in inches per hour, are as follows:

| | |
|---|---|
| Extremely slow | 0.0 to 0.01 inch |
| Very slow | 0.01 to 0.06 inch |
| Slow | 0.06 to 0.2 inch |
| Moderately slow | 0.2 to 0.6 inch |
| Moderate | 0.6 inch to 2.0 inches |
| Moderately rapid | 2.0 to 6.0 inches |
| Rapid | 6.0 to 20 inches |
| Very rapid | more than 20 inches |

**Phase, soil.** A subdivision of a soil series based on features that affect its use and management, such as slope, stoniness, and flooding.

**pH value.** A numerical designation of acidity and alkalinity in soil. (See Reaction, soil.)

**Piping** (in tables). Formation of subsurface tunnels or pipelike cavities by water moving through the soil.

**Plasticity index.** The numerical difference between the liquid limit and the plastic limit: the range of moisture content within which the soil remains plastic.

**Plateau.** An extensive upland mass with relatively flat summit area that is considerably elevated (more than 100 meters) above adjacent lowlands and separated from them on one or more sides by escarpments.

**Ponding.** Standing water on soils in closed depressions. Unless the soils are artificially drained, the water can be removed only by percolation or evapotranspiration.

**Poorly graded.** Refers to a coarse grained soil or soil material consisting mainly of particles of nearly the same size. Because there is little difference in size of the particles, density can be increased only slightly by compaction.

**Potential native plant community.** See Climax plant community.

**Potential rooting depth (effective rooting depth).** Depth to which roots could penetrate if the content of moisture in the soil were adequate. The soil has no properties restricting the penetration of roots to this depth.

**Prescribed burning.** Deliberately burning an area for specific management purposes, under the appropriate conditions of weather and soil moisture and at the proper time of day.

**Productivity, soil.** The capability of a soil for producing a specified plant or sequence of plants under specific management.

**Profile, soil.** A vertical section of the soil extending through all its horizons and into the parent material.

BLM_0060249

**Proper grazing use.** Grazing at an intensity that maintains enough cover to protect the soil and maintain or improve the quantity and quality of the desirable vegetation. This practice increases the vigor and reproduction capacity of the key plants and promotes the accumulation of litter and mulch necessary to conserve soil and water.

**Rangeland.** Land on which the potential natural vegetation is predominantly grasses, grasslike plants, forbs, or shrubs suitable for grazing or browsing. It includes natural grasslands, savannas, many wetlands, some deserts, tundras, and areas that support certain forb and shrub communities.

**Reaction, soil.** A measure of acidity or alkalinity of a soil, expressed in pH values. A soil that tests to pH 7.0 is described as precisely neutral in reaction because it is neither acid nor alkaline. The degrees of acidity or alkalinity, expressed as pH values, are:

| | |
|---|---|
| Ultra acid | less than 3.5 |
| Extremely acid | 3.5 to 4.4 |
| Very strongly acid | 4.5 to 5.0 |
| Strongly acid | 5.1 to 5.5 |
| Moderately acid | 5.6 to 6.0 |
| Slightly acid | 6.1 to 6.5 |
| Neutral | 6.6 to 7.3 |
| Slightly alkaline | 7.4 to 7.8 |
| Moderately alkaline | 7.9 to 8.4 |
| Strongly alkaline | 8.5 to 9.0 |
| Very strongly alkaline | 9.1 and higher |

**Redoximorphic concentrations.** Nodules, concretions, soft masses, pore linings, and other features resulting from the accumulation of iron or manganese oxide. An indication of chemical reduction and oxidation resulting from saturation.

**Redoximorphic depletions.** Low-chroma zones from which iron and manganese oxide or a combination of iron and manganese oxide and clay has been removed. These zones are indications of the chemical reduction of iron resulting from saturation.

**Redoximorphic features.** Redoximorphic concentrations, redoximorphic depletions, reduced matrices, a positive reaction to alpha,alpha-dipyridyl, and other features indicating the chemical reduction and oxidation of iron and manganese compounds resulting from saturation.

**Reduced matrix.** A soil matrix that has low chroma in situ because of chemically reduced iron (Fe II). The chemical reduction results from nearly continuous wetness. The matrix undergoes a change in hue or chroma within 30 minutes after exposure to air as the iron is oxidized (Fe III). A type of redoximorphic feature.

**Relief.** The elevations or inequalities of a land surface, considered collectively.

**Residuum (residual soil material).** Unconsolidated, weathered or partly weathered mineral material that accumulated as consolidated rock disintegrated in place.

**Rock fragments.** Rock or mineral fragments having a diameter of 2 millimeters or more; for example, pebbles, cobbles, stones, and boulders.

**Runoff.** The precipitation discharged into stream channels from an area. The water that flows off the surface of the land without sinking into the soil is called surface runoff. Water that enters the soil before reaching surface streams is called ground-water runoff or seepage flow from ground water.

**Saline soil.** A soil containing soluble salts in an amount that impairs growth of plants. A saline soil does not contain excess exchangeable sodium.

**Salinity (in map unit descriptions).** The degree to which a soil is affected by soluble salts. Salinity is expressed as the electrical conductivity of the saturation extract in millimhos per centimeter at 25 degrees C. The degrees of salinity and their respective conductivities in millimhos per centimeter are:

| | |
|---|---|
| Nonsaline | 0 to 2 |
| Very slightly saline | 2 to 4 |
| Slightly saline | 4 to 8 |
| Moderately saline | 8 to 16 |
| Strongly saline | more than 16 |

**Sand.** As a soil separate, individual rock or mineral fragments from 0.05 millimeter to 2.0 millimeters in diameter. Most sand grains consist of quartz. As a soil textural class, a soil that is 85 percent or more sand and not more than 10 percent clay.

**Sandstone.** Sedimentary rock containing dominantly sand-sized particles.

**Saturation.** Wetness characterized by zero or positive pressure of the soil water. Under conditions of saturation, the water will flow from the soil matrix into an unlined auger hole.

**Sedimentary rock.** Rock made up of particles deposited from suspension in water. The chief kinds of sedimentary rock are conglomerate, formed from gravel; sandstone, formed from sand; shale, formed from clay; and limestone, formed from soft masses of calcium carbonate. There are many intermediate types. Some wind-deposited sand is consolidated into sandstone.

**Seepage** (in tables). The movement of water through the soil. Seepage adversely affects the specified use.

**Series, soil.** A group of soils that have profiles that are almost alike, except for differences in texture

of the surface layer. All the soils of a series have horizons that are similar in composition, thickness, and arrangement.

**Shale.** Sedimentary rock formed by the hardening of a clay deposit.

**Shoulder.** The position that forms the uppermost inclined surface near the top of a hillslope. It is a transition from backslope to summit. The surface is dominantly convex in profile and erosional in origin.

**Shrink-swell potential (in map unit descriptions).** A measure of the potential expansion of a soil upon wetting, also termed "linear extensibility". It is the change in length of an unconfined clod as moisture content is decreased from a moist to a dry state. It is expressed as the volume change, as a percent of the whole soil, from the water content of a clod at $1/_3$-bar tension (33kPa) to oven dryness. As used in the map unit descriptions, classes of shrink swell potential are based on the thickest layer between a depth of 10 and 60 inches. The classes and their respective values of percent linear extensibility are:

Low ................................................................. 0 to 3
Moderate ......................................................... 3 to 6
High ................................................................. 6 to 9
Very high ................................................ more than 9

**Side slope.** A geomorphic component of hills consisting of a laterally planar area of a hillside. The overland waterflow is predominantly parallel.

**Silt.** As a soil separate, individual mineral particles that range in diameter from the upper limit of clay (0.002 millimeter) to the lower limit of very fine sand (0.05 millimeter). As a soil textural class, soil that is 80 percent or more silt and less than 12 percent clay.

**Similar soils.** Soils that share limits of diagnostic criteria, behave and perform in a similar manner, and have similar conservation needs or management requirements for the major land uses in the survey area.

**Site index.** A designation of the quality of a forest site based on the height of the dominant stand at an arbitrarily chosen age. For example, if the average height attained by dominant and codominant trees in a fully stocked stand at the age of 50 years is 75 feet, the site index is 75. Site index is expressed in a different way for species of pinyon and juniper. For these tree species site index is the basal area attained when trees in a stand average 5 inches in diameter.

**Slickensides.** Polished and grooved surfaces produced by one mass sliding past another. In soils, slickensides may occur at the bases of slip surfaces on the steeper slopes; on faces of blocks, prisms, and columns; and in swelling clayey soils, where there is marked change in moisture content.

**Slick spot.** A small area of soil having a puddled, crusted, or smooth surface and an excess of exchangeable sodium. The soil generally is silty or clayey, is slippery when wet, and is low in productivity.

**Slope.** The inclination of the land surface from the horizontal. Percentage of slope is the vertical distance divided by horizontal distance, then multiplied by 100. Thus, a slope of 20 percent is a drop of 20 feet in 100 feet of horizontal distance.

**Slope** (in tables). Slope is great enough that special practices are required to ensure satisfactory performance of the soil for a specific use.

**Slow intake** (in tables). The slow movement of water into the soil.

**Slow refill** (in tables). The slow filling of ponds, resulting from restricted permeability in the soil.

**Sodic (alkali) soil.** A soil having so high a degree of alkalinity (pH 8.5 or higher) or so high a percentage of exchangeable sodium (15 percent or more of the total exchangeable bases), or both, that plant growth is restricted.

**Sodicity.** The degree to which a soil is affected by exchangeable sodium. Sodicity is expressed as a sodium adsorption ratio (SAR) of a saturation extract, or the ratio of $Na^+$ to $Ca^{++} + Mg^{++}$. The degrees of sodicity and their respective ratios are:

Nonsodic .............................................................. 0
Slight............................................................ 0 to 13:1
Moderate ................................................. 13 to 30:1
Strong ............................................. more than 30:1

**Sodium adsorption ratio (SAR).** A measure of the amount of sodium (Na) relative to calcium (Ca) and magnesium (Mg) in the water extract from saturated soil paste. It is the ratio of the Na concentration divided by the square root of one-half of the Ca + Mg concentration.

**Soft bedrock.** Bedrock that can be excavated with trenching machines, backhoes, small rippers, and other equipment commonly used in construction.

**Soil.** A natural, three-dimensional body at the earth's surface. It is capable of supporting plants and has properties resulting from the integrated effect of climate and living matter acting on earthy parent material, as conditioned by relief over periods of time.

**Soil separates.** Mineral particles less than 2 millimeters in equivalent diameter and ranging between specified size limits. The names and

sizes, in millimeters, of separates recognized in the United States are as follows:

Very coarse sand ...................................... 2.0 to 1.0
Coarse sand .............................................. 1.0 to 0.5
Medium sand ........................................... 0.5 to 0.25
Fine sand ................................................ 0.25 to 0.10
Very fine sand ........................................ 0.10 to 0.05
Silt ........................................................... 0.05 to 0.002
Clay ................................................. less than 0.002

**Solum.** The upper part of a soil profile, above the C horizon, in which the processes of soil formation are active. The solum in soil consists of the A, E, and B horizons. In the San Miguel Area, Bk horizons were not considered part of the solum. Generally, the characteristics of the material in these horizons are unlike those of the material below the solum. The living roots and plant and animal activities are largely confined to the solum.

**Stones.** Rock fragments 10 to 24 inches (25 to 60 centimeters) in diameter if rounded or 15 to 24 inches (38 to 60 centimeters) in length if flat.

**Stony.** Refers to a soil containing stones in numbers that interfere with or prevent tillage.

**Stripcropping.** Growing crops in a systematic arrangement of strips or bands that provide vegetative barriers to wind erosion and water erosion.

**Structure, soil.** The arrangement of primary soil particles into compound particles or aggregates. The principal forms of soil structure are—*platy* (laminated), *prismatic* (vertical axis of aggregates longer than horizontal), *columnar* (prisms with rounded tops), *blocky* (angular or subangular), and *granular. Structureless* soils are either *single grained* (each grain by itself, as in dune sand) or *massive* (the particles adhering without any regular cleavage, as in many hardpans).

**Stubble mulch.** Stubble or other crop residue left on the soil or partly worked into the soil. It protects the soil from wind erosion and water erosion after harvest, during preparation of a seedbed for the next crop, and during the early growing period of the new crop.

**Subsoil.** Technically, the B horizon; roughly, the part of the solum below plow depth.

**Substratum.** The part of the soil below the solum.

**Subsurface layer.** Any surface soil horizon (A, E, AB, or EB) below the surface layer.

**Summer fallow.** The tillage of uncropped land during the summer to control weeds and allow storage of moisture in the soil for the growth of a later crop. A practice common in semiarid regions, where annual precipitation is not enough to produce a crop every year. Summer fallow is frequently practiced before planting winter grain.

**Summit.** The topographically highest position of a hillslope. It has a nearly level (planar or only slightly convex) surface.

**Surface layer.** The soil ordinarily moved in tillage, or its equivalent in uncultivated soil, ranging in depth from 4 to 10 inches (10 to 25 centimeters). Frequently designated as the "plow layer," or the "Ap horizon."

**Surface soil.** The A, E, AB, and EB horizons, considered collectively. It includes all subdivisions of these horizons.

**Talus.** Fragments of rock and other soil material accumulated by gravity at the foot of cliffs or steep slopes.

**Taxadjuncts.** Soils that cannot be classified in a series recognized in the classification system. Such soils are named for a series they strongly resemble and are designated as taxadjuncts to that series because they differ in ways too small to be of consequence in interpreting their use and behavior. Soils are recognized as taxadjuncts only when one or more of their characteristics are slightly outside the range defined for the family of the series for which the soils are named.

**Terrace** (geologic). An old alluvial plain, ordinarily flat or undulating, bordering a river, a lake, or the sea.

**Texture, soil.** The relative proportions of sand, silt, and clay particles in a mass of soil. The basic textural classes, in order of increasing proportion of fine particles, are *sand, loamy sand, sandy loam, loam, silt loam, silt, sandy clay loam, clay loam, silty clay loam, sandy clay, silty clay,* and *clay.* The sand, loamy sand, and sandy loam classes may be further divided by specifying "coarse," "fine," or "very fine."

**Thin layer** (in tables). Otherwise suitable soil material that is too thin for the specified use.

**Tilth, soil.** The physical condition of the soil as related to tillage, seedbed preparation, seedling emergence, and root penetration.

**Toeslope.** The position that forms the gently inclined surface at the base of a hillslope. Toeslopes in profile are commonly gentle and linear and are constructional surfaces forming the lower part of a hillslope continuum that grades to valley or closed-depression floors.

**Too arid** (in tables). The soil is dry most of the time, and vegetation is difficult to establish.

**Topsoil.** The upper part of the soil, which is the most favorable material for plant growth. It is ordinarily

rich in organic matter and is used to topdress roadbanks, lawns, and land affected by mining.

**Trace elements.** Chemical elements, for example, zinc, cobalt, manganese, copper, and iron, in soils in extremely small amounts. They are essential to plant growth.

**Upland.** Land at a higher elevation, in general, than the alluvial plain or stream terrace; land above the lowlands along streams.

**Valley fill.** In glaciated regions, material deposited in stream valleys by glacial meltwater. In nonglaciated regions, alluvium deposited by heavily loaded streams.

**Weathering.** All physical and chemical changes produced in rocks or other deposits at or near the earth's surface by atmospheric agents. These changes result in disintegration and decomposition of the material.

**Well graded.** Refers to soil material consisting of coarse grained particles that are well distributed over a wide range in size or diameter. Such soil normally can be easily increased in density and bearing properties by compaction. Contrasts with poorly graded soil.

**Wilting point (or permanent wilting point).** The moisture content of soil, on an ovendry basis, at which a plant (specifically a sunflower) wilts so much that it does not recover when placed in a humid, dark chamber.

**Windthrow.** The uprooting and tipping over of trees by the wind.

BLM_0060253

BLM_0060254

193

# Tables

BLM_0060255

BLM_0060256

San Miguel Area, Colorado                                                                                       195

Table 1.--Temperature and precipitation

(Recorded in the period 1961-90 at Norwood, CO)

| Month | Temperature | | | | | | Precipitation | | | | |
|-------|-------------|--|--|--|--|--|----------------|--|--|--|--|
| | Average daily maximum | Average daily minimum | Average | 2 years in 10 will have-- | | Average number of growing degree days* | Average | 2 years in 10 will have-- | | Average number of days with 0.10 inch or more | Average snowfall |
| | | | | Maximum temperature higher than-- | Minimum temperature lower than-- | | | Less than-- | More than-- | | |
| | °F | °F | °F | °F | °F | Units | In | In | In | | In |
| January----- | 36.9 | 8.2 | 22.5 | 53 | -19 | 0 | 0.95 | 0.44 | 1.39 | 3 | 12.5 |
| February---- | 41.7 | 14.2 | 27.9 | 58 | -13 | 4 | 0.80 | 0.37 | 1.17 | 3 | 9.9 |
| March------- | 48.0 | 21.4 | 34.7 | 67 | -5 | 36 | 1.18 | 0.41 | 1.81 | 4 | 11.8 |
| April------- | 57.6 | 27.2 | 42.4 | 75 | 6 | 133 | 1.06 | 0.54 | 1.57 | 3 | 6.2 |
| May--------- | 67.4 | 35.0 | 51.2 | 82 | 17 | 341 | 1.08 | 0.44 | 1.68 | 3 | 0.8 |
| June-------- | 78.4 | 42.7 | 60.6 | 92 | 27 | 604 | 0.87 | 0.30 | 1.39 | 2 | 0.0 |
| July-------- | 83.4 | 49.2 | 66.3 | 93 | 37 | 800 | 1.96 | 1.00 | 2.79 | 5 | 0.0 |
| August------ | 80.7 | 48.0 | 64.3 | 91 | 34 | 744 | 1.78 | 0.75 | 2.76 | 5 | 0.0 |
| September--- | 72.7 | 41.0 | 56.8 | 86 | 23 | 495 | 1.76 | 0.50 | 2.77 | 4 | 0.0 |
| October----- | 61.3 | 31.0 | 46.2 | 78 | 9 | 216 | 1.61 | 0.70 | 2.49 | 3 | 3.4 |
| November---- | 47.7 | 20.7 | 34.2 | 66 | -3 | 29 | 1.23 | 0.65 | 1.81 | 3 | 6.3 |
| December---- | 38.1 | 11.2 | 24.7 | 55 | -16 | 1 | 1.14 | 0.52 | 1.67 | 4 | 12.3 |
| Yearly: | | | | | | | | | | | |
| Average--- | 59.5 | 29.1 | 44.3 | --- | --- | --- | --- | --- | --- | --- | --- |
| Extreme--- | 97 | -31 | --- | 94 | -22 | --- | --- | --- | --- | --- | --- |
| Total----- | --- | --- | --- | --- | --- | 3403 | 15.40 | 12.80 | 17.67 | 42 | 63.2 |

* A growing degree day is a unit of heat available for plant growth. It can be calculated by adding the maximum and minumum daily temperatures, dividing the sum by 2, and subtracting the temperature below which growth is minimal for the principal crops in the area (40 degrees F)

BLM_0060257

[none]

Soil Survey

Table 1.--Temperature and precipitation

(Recorded in the period 1961-90 at Telluride, CO)

| Month | Temperature | | | | | | Precipitation | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average daily maximum | Average daily minimum | Average | 2 years in 10 will have-- | | Average number of growing degree days* | Average | 2 years in 10 will have-- | | Average number of days with 0.10 inch or more | Average snowfall |
| | | | | Maximum temperature higher than-- | Minimum temperature lower than-- | | | Less than-- | More than-- | | |
| | °F | °F | °F | °F | °F | Units | In | In | In | | In |
| January----- | 37.6 | 6.2 | 21.9 | 55 | -22 | 0 | 1.54 | 0.79 | 2.20 | 5 | 29.5 |
| February---- | 40.3 | 9.2 | 24.7 | 58 | -17 | 0 | 1.48 | 0.77 | 2.11 | 5 | 25.9 |
| March------- | 43.7 | 15.3 | 29.5 | 62 | -10 | 7 | 2.07 | 1.14 | 2.89 | 6 | 36.1 |
| April------- | 52.4 | 22.9 | 37.7 | 70 | 2 | 57 | 1.89 | 1.06 | 2.63 | 5 | 24.2 |
| May--------- | 62.5 | 30.4 | 46.5 | 78 | 15 | 219 | 1.79 | 0.86 | 2.59 | 5 | 8.8 |
| June-------- | 73.3 | 36.3 | 54.8 | 87 | 24 | 445 | 1.30 | 0.47 | 1.99 | 3 | 0.9 |
| July-------- | 77.9 | 42.6 | 60.2 | 88 | 32 | 626 | 2.60 | 1.72 | 3.40 | 8 | 0.0 |
| August------ | 75.2 | 41.7 | 58.4 | 87 | 30 | 571 | 2.86 | 1.56 | 4.00 | 8 | 0.0 |
| September--- | 68.9 | 35.0 | 52.0 | 83 | 19 | 358 | 2.42 | 1.10 | 3.55 | 6 | 0.7 |
| October----- | 60.2 | 26.0 | 43.1 | 77 | 7 | 143 | 2.21 | 0.91 | 3.31 | 5 | 11.4 |
| November---- | 46.4 | 16.5 | 31.5 | 67 | -8 | 13 | 1.75 | 0.88 | 2.51 | 5 | 25.8 |
| December---- | 38.2 | 8.4 | 23.3 | 56 | -17 | 0 | 1.72 | 0.75 | 2.55 | 5 | 31.0 |
| Yearly: | | | | | | | | | | | |
| Average--- | 56.4 | 24.2 | 40.3 | --- | --- | --- | --- | --- | --- | --- | --- |
| Extreme--- | 93 | -32 | --- | 89 | -24 | --- | --- | --- | --- | --- | --- |
| Total----- | --- | --- | --- | --- | --- | 2440 | 23.64 | 20.16 | 26.99 | 66 | 194.2 |

   * A growing degree day is a unit of heat available for plant growth. It can be calculated by adding the maximum and minimum daily temperatures, dividing the sum by 2, and subtracting the temperature below which growth is minimal for the principal crops in the area (40 degrees F)

BLM_0060258

San Miguel Area, Colorado                                                                 197

Table 1.--Temperature and precipitation

(Recorded in the period 1961-90 at Uravan, CO)

| Month | Temperature | | | | | | Precipitation | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average daily maximum | Average daily minimum | Average | 2 years in 10 will have-- | | Average number of growing degree days* | Average | 2 years in 10 will have-- | | Average number of days with 0.10 inch or more | Average snowfall |
| | | | | Maximum temperature higher than-- | Minimum temperature lower than-- | | | Less than-- | More than-- | | |
| | °F | °F | °F | °F | °F | Units | In | In | In | | In |
| January----- | 41.1 | 14.3 | 27.7 | 57 | -10 | 3 | 0.89 | 0.33 | 1.42 | 3 | 4.5 |
| February---- | 49.4 | 21.7 | 35.6 | 67 | 1 | 28 | 0.62 | 0.25 | 1.01 | 2 | 0.6 |
| March------- | 57.9 | 28.8 | 43.4 | 77 | 14 | 145 | 1.00 | 0.36 | 1.59 | 3 | 0.4 |
| April------- | 67.7 | 35.5 | 51.6 | 85 | 19 | 349 | 1.01 | 0.39 | 1.53 | 3 | 0.3 |
| May--------- | 78.2 | 44.2 | 61.2 | 94 | 30 | 641 | 1.00 | 0.35 | 1.59 | 3 | 0.0 |
| June-------- | 89.2 | 52.0 | 70.6 | 103 | 38 | 885 | 0.45 | 0.13 | 0.80 | 1 | 0.0 |
| July-------- | 94.9 | 59.0 | 77.0 | 105 | 48 | 1118 | 1.35 | 0.58 | 2.01 | 4 | 0.0 |
| August------ | 92.0 | 57.7 | 74.8 | 103 | 46 | 1062 | 1.42 | 0.56 | 2.14 | 4 | 0.0 |
| September--- | 83.5 | 48.0 | 65.7 | 98 | 33 | 754 | 1.30 | 0.39 | 2.04 | 3 | 0.0 |
| October----- | 71.7 | 36.8 | 54.2 | 88 | 23 | 432 | 1.53 | 0.45 | 2.41 | 3 | 0.2 |
| November---- | 54.8 | 26.9 | 40.9 | 72 | 10 | 97 | 1.09 | 0.63 | 1.56 | 3 | 0.8 |
| December---- | 42.7 | 17.9 | 30.3 | 59 | -4 | 6 | 0.95 | 0.32 | 1.46 | 3 | 3.7 |
| Yearly: | | | | | | | | | | | |
| Average--- | 68.6 | 36.9 | 52.7 | --- | --- | --- | --- | --- | --- | --- | --- |
| Extreme--- | 110 | -23 | --- | 105 | -12 | --- | --- | --- | --- | --- | --- |
| Total----- | --- | --- | --- | --- | --- | 5521 | 12.60 | 9.91 | 14.93 | 35 | 10.3 |

   * A growing degree day is a unit of heat available for plant growth. It can be calculated by adding the maximum and minumum daily temperatures, dividing the sum by 2, and subtracting the temperature below which growth is minimal for the principal crops in the area (40 degrees F)

BLM_0060259

Soil Survey

Table 2.--Freeze dates in spring and fall

(Recorded in the period 1961-90 at Norwood, CO)

| Probability | Temperature | | |
|---|---|---|---|
| | 24 °F or lower | 28 °F or lower | 32 °F or lower |
| Last freezing temperature in spring: | | | |
| 1 year in 10 later than-- | May 29 | June 16 | July 1 |
| 2 years in 10 later than-- | May 23 | June 8 | June 24 |
| 5 years in 10 later than-- | May 10 | May 26 | June 12 |
| First freezing temperature in fall: | | | |
| 1 year in 10 earlier than-- | September 17 | September 14 | August 25 |
| 2 years in 10 earlier than-- | September 24 | September 19 | September 1 |
| 5 years in 10 earlier than-- | October 6 | September 29 | September 15 |

BLM_0060260

San Miguel Area, Colorado                                                                        199

Table 2.--Freeze dates in spring and fall

(Recorded in the period 1961-90 at Telluride, CO)

| Probability | Temperature | | |
|---|---|---|---|
| | 24 °F or lower | 28 °F or lower | 32 °F or lower |
| Last freezing temperature in spring: | | | |
| 1 year in 10 later than-- | June  13 | June  27 | July   9 |
| 2 years in 10 later than-- | June   6 | June  21 | July   4 |
| 5 years in 10 later than-- | May   24 | June  12 | June  24 |
| First freezing temperature in fall: | | | |
| 1 year in 10 earlier than-- | September 12 | August 27 | August 12 |
| 2 years in 10 earlier than-- | September 18 | September 2 | August 18 |
| 5 years in 10 earlier than-- | September 27 | September 3 | August 31 |

Soil Survey

Table 2.--Freeze dates in spring and fall

(Recorded in the period 1961-90 at Uravan, CO)

| Probability | Temperature | | |
|---|---|---|---|
| | 24 °F or lower | 28 °F or lower | 32 °F or lower |
| Last freezing temperature in spring: | | | |
| 1 year in 10 later than-- | April 18 | April 29 | May 18 |
| 2 years in 10 later than-- | April 12 | April 24 | May 13 |
| 5 years in 10 later than-- | April 1 | April 14 | May 3 |
| First freezing temperature in fall: | | | |
| 1 year in 10 earlier than-- | October 24 | October 20 | September 28 |
| 2 years in 10 earlier than-- | October 29 | October 22 | October 3 |
| 5 years in 10 earlier than-- | November 6 | October 28 | October 11 |

San Miguel Area, Colorado

201

Table 3.--Growing season

(Recorded for the period 1961-90 at Norwood, CO)

| Probability | Daily minimum temperature during growing season | | |
|---|---|---|---|
| | Higher than 24 °F | Higher than 28 °F | Higher than 32 °F |
| | Days | Days | Days |
| 9 years in 10 | 119 | 98 | 68 |
| 8 years in 10 | 129 | 107 | 78 |
| 5 years in 10 | 147 | 125 | 96 |
| 2 years in 10 | 166 | 143 | 113 |
| 1 year in 10 | 175 | 153 | 123 |

Table 3.--Growing season

(Recorded for the period 1961-90 at Telluride, CO)

| Probability | Daily minimum temperature during growing season | | |
|---|---|---|---|
| | Higher than 24 °F | Higher than 28 °F | Higher than 32 °F |
| | Days | Days | Days |
| 9 years in 10 | 99 | 69 | 40 |
| 8 years in 10 | 108 | 77 | 49 |
| 5 years in 10 | 125 | 93 | 67 |
| 2 years in 10 | 143 | 109 | 85 |
| 1 year in 10 | 152 | 117 | 94 |

Soil Survey

Table 3.--Growing season

(Recorded for the period 1961-90 at Uravan, CO)

| Probability | Daily minimum temperature during growing season | | |
|---|---|---|---|
| | Higher than 24 °F | Higher than 28 °F | Higher than 32 °F |
| | Days | Days | Days |
| 9 years in 10 | 197 | 180 | 144 |
| 8 years in 10 | 204 | 185 | 150 |
| 5 years in 10 | 217 | 196 | 162 |
| 2 years in 10 | 231 | 207 | 173 |
| 1 year in 10 | 238 | 212 | 179 |

San Miguel Area, Colorado

203

Table 4.--Acreage and proportionate extent of the soils

| Map symbol | Soil name | Dolores County Acres | Montrose County Acres | San Miguel County Acres | Total Area Acres | Total Extent Pct |
|---|---|---|---|---|---|---|
| 1 | Abra loam, 1 to 3 percent slopes------------- | 0 | 293 | 793 | 1,086 | * |
| 2 | Abra loam, 3 to 6 percent slopes------------- | 0 | 683 | 3,732 | 4,415 | 0.3 |
| 3 | Abra loam, 6 to 12 percent slopes------------ | 0 | 364 | 299 | 663 | * |
| 4 | Ackmen silt loam, 1 to 3 percent slopes------ | 0 | 0 | 858 | 858 | * |
| 5 | Acree loam, 1 to 6 percent slopes------------ | 0 | 98 | 8,090 | 8,188 | 0.6 |
| 6 | Acree loam, 6 to 12 percent slopes----------- | 0 | 787 | 1,798 | 2,585 | 0.2 |
| 7 | Acree-Zoltay-Nortez complex, 0 to 15 percent slopes--------------------------------------- | 859 | 0 | 5,003 | 5,862 | 0.5 |
| 8 | Adel loam, 5 to 30 percent slopes------------ | 1,785 | 0 | 740 | 2,525 | 0.2 |
| 9 | Adel loam, moist, 15 to 50 percent slopes---- | 7,785 | 0 | 6,014 | 13,799 | 1.1 |
| 10 | Aquolls, 0 to 3 percent slopes--------------- | 0 | 2,145 | 366 | 2,511 | 0.2 |
| 11 | Badland-------------------------------------- | 3,416 | 0 | 3,732 | 7,148 | 0.6 |
| 12 | Baird hollow-Nordicol-Ryman complex, 5 to 40 percent slopes------------------------------- | 2,865 | 0 | 9,472 | 12,337 | 1.0 |
| 13 | Barkelew-Emmons complex, 5 to 40 percent slopes--------------------------------------- | 0 | 0 | 7,100 | 7,100 | 0.6 |
| 14 | Barx fine sandy loam, 1 to 3 percent slopes-- | 0 | 6,087 | 10,415 | 16,502 | 1.3 |
| 15 | Barx fine sandy loam, 3 to 6 percent slopes-- | 98 | 8,153 | 8,067 | 16,318 | 1.3 |
| 16 | Barx fine sandy loam, 6 to 12 percent slopes- | 48 | 861 | 111 | 1,020 | * |
| 17 | Barx-Progresso complex, 3 to 12 percent slopes--------------------------------------- | 323 | 19,159 | 5,649 | 25,131 | 1.9 |
| 18 | Begay fine sandy loam, 1 to 6 percent slopes- | 0 | 4,269 | 1,760 | 6,029 | 0.5 |
| 19 | Beje fine sandy loam, 3 to 25 percent slopes- | 486 | 10,117 | 5,431 | 16,034 | 1.2 |
| 20 | Billings silt loam, 1 to 4 percent slopes---- | 0 | 0 | 7,171 | 7,171 | 0.6 |
| 21 | Billings clay loam, moist, 1 to 4 percent slopes--------------------------------------- | 3,123 | 0 | 1,428 | 4,551 | 0.4 |
| 22 | Bodot silty clay loam, dry, 3 to 12 percent slopes--------------------------------------- | 39 | 0 | 2,130 | 2,169 | 0.2 |
| 23 | Bodot, dry-Ustic Torriorthents complex, 5 to 50 percent slopes-------------------------- | 0 | 43,187 | 17,154 | 60,341 | 4.7 |
| 24 | Bodot-Zyme silty clay loams, dry, 3 to 20 percent slopes------------------------------- | 67 | 154 | 2,555 | 2,776 | 0.2 |
| 25 | Bond-Progresso complex, 3 to 30 percent slopes--------------------------------------- | 469 | 5,444 | 674 | 6,587 | 0.5 |
| 26 | Borolls-Rock outcrop complex, 40 to 90 percent slopes------------------------------- | 6,366 | 376 | 20,316 | 27,058 | 2.1 |
| 27 | Burnac-Delson sandy loams, 3 to 20 percent slopes--------------------------------------- | 0 | 4,685 | 0 | 4,685 | 0.4 |
| 28 | Burnac-Delson-Falcon sandy loams, 20 to 50 percent slopes------------------------------- | 0 | 713 | 0 | 713 | * |
| 29 | Bushvalley-Nordicol Variant complex, 2 to 10 percent slopes------------------------------- | 39 | 1,713 | 2,075 | 3,827 | 0.3 |
| 30 | Callan loam, 1 to 3 percent slopes----------- | 0 | 436 | 101 | 537 | * |
| 31 | Callan loam, 3 to 6 percent slopes----------- | 0 | 3,632 | 8,802 | 12,434 | 1.0 |
| 32 | Callan loam, 6 to 12 percent slopes---------- | 0 | 1,663 | 1,059 | 2,722 | 0.2 |
| 33 | Callan-Gurley loams, 3 to 20 percent slopes-- | 0 | 1,879 | 1,831 | 3,710 | 0.3 |
| 34 | Ceek very flaggy clay loam, 10 to 40 percent slopes--------------------------------------- | 145 | 106 | 13,505 | 13,756 | 1.1 |
| 35 | Clapper loam, 1 to 8 percent slopes---------- | 0 | 1,714 | 413 | 2,127 | 0.2 |
| 36 | Clapper-Ustic Torriorthents complex, 5 to 40 percent slopes------------------------------- | 0 | 3,442 | 1,941 | 5,383 | 0.4 |
| 37 | Cryaquolls, 0 to 3 percent slopes------------ | 170 | 0 | 817 | 987 | * |
| 38 | Evanston fine sandy loam, 2 to 8 percent slopes--------------------------------------- | 568 | 1,106 | 270 | 1,944 | 0.2 |
| 39 | Falcon-Burnac-Rock outcrop complex, 3 to 20 percent slopes------------------------------- | 0 | 3,229 | 0 | 3,229 | 0.3 |
| 40 | Farb-Rock outcrop complex, 1 to 30 percent slopes--------------------------------------- | 0 | 0 | 6,051 | 6,051 | 0.5 |
| 41 | Fivepine-Nortez-Rock outcrop complex, 12 to 30 percent slopes------------------------------- | 138 | 357 | 6,310 | 6,805 | 0.5 |

See footnote at end of table.

204                                                                                          Soil Survey

Table 4.--Acreage and proportionate extent of the soils--continued

| Map symbol | Soil name | Dolores County Acres | Montrose County Acres | San Miguel County Acres | Total Area Acres | Total Extent Pct |
|---|---|---|---|---|---|---|
| 42 | Fivepine-Pino loams, 0 to 15 percent slopes-- | 1,404 | 805 | 17,904 | 20,113 | 1.6 |
| 43 | Fluvaquents, 0 to 6 percent slopes, frequently flooded-------------------------- | 0 | 1,857 | 514 | 2,371 | 0.2 |
| 44 | Fruitland loam, 1 to 8 percent slopes-------- | 0 | 0 | 5,278 | 5,278 | 0.4 |
| 45 | Gladel-Bond-Rock outcrop complex, 1 to 50 percent slopes---------------------------- | 766 | 55,303 | 18,086 | 74,155 | 5.7 |
| 46 | Gladel-Bond-Rock outcrop complex, cool, 3 to 25 percent slopes--------------------------- | 0 | 96 | 6,399 | 6,495 | 0.5 |
| 47 | Gurley loam, 1 to 8 percent slopes----------- | 0 | 549 | 2,343 | 2,892 | 0.2 |
| 48 | Gurley-Skein loams, 3 to 20 percent slopes--- | 0 | 1,834 | 9,247 | 11,081 | 0.9 |
| 49 | Gypsiorthids, 3 to 25 percent slopes--------- | 0 | 3,045 | 1,437 | 4,482 | 0.3 |
| 50 | Gypsum land---------------------------------- | 0 | 1,233 | 2,584 | 3,817 | 0.3 |
| 51 | Haplaquolls, 0 to 3 percent slopes----------- | 262 | 864 | 1,037 | 2,163 | 0.2 |
| 52 | Killpack-Deaver loams, 2 to 15 percent slopes | 145 | 0 | 8,300 | 8,445 | 0.7 |
| 53 | Leaps-Hofly loams, 5 to 40 percent slopes---- | 8,916 | 2,551 | 10,572 | 22,039 | 1.7 |
| 54 | Leaps-Tellura complex, 5 to 20 percent slopes | 29 | 0 | 4,451 | 4,480 | 0.3 |
| 55 | Lillylands loam, 15 to 50 percent slopes----- | 719 | 0 | 8,753 | 9,472 | 0.7 |
| 56 | Mikim loam, 1 to 6 percent slopes------------ | 142 | 1,827 | 4,976 | 6,945 | 0.5 |
| 57 | Minchey fine sandy loam, 1 to 10 percent slopes-------------------------------------- | 0 | 0 | 2,975 | 2,975 | 0.2 |
| 58 | Mitch loam, 1 to 6 percent slopes------------ | 731 | 106 | 2,836 | 3,673 | 0.3 |
| 59 | Mivida fine sandy loam, 5 to 15 percent slopes-------------------------------------- | 0 | 756 | 2,439 | 3,195 | 0.2 |
| 60 | Monogram loam, 1 to 8 percent slopes--------- | 0 | 6,372 | 5,470 | 11,842 | 0.9 |
| 61 | Monticello-Witt loams, 1 to 3 percent slopes- | 0 | 470 | 7,174 | 7,644 | 0.6 |
| 62 | Monticello-Witt loams, 3 to 6 percent slopes- | 0 | 0 | 7,725 | 7,725 | 0.6 |
| 63 | Monticello-Witt loams, 6 to 12 percent slopes | 0 | 0 | 802 | 802 | * |
| 64 | Narraguinnep clay loam, moist, 15 to 50 percent slopes-------------------------------- | 21,799 | 0 | 10,205 | 32,004 | 2.5 |
| 65 | Narraguinnep-Dapoin complex, 1 to 15 percent slopes-------------------------------------- | 10,858 | 0 | 4,247 | 15,105 | 1.2 |
| 66 | Nortez loam, 1 to 6 percent slopes----------- | 0 | 0 | 2,133 | 2,133 | 0.2 |
| 67 | Nortez loam, 6 to 12 percent slopes---------- | 0 | 0 | 737 | 737 | * |
| 68 | Nortez-Acree loams, 1 to 12 percent slopes--- | 815 | 560 | 10,797 | 12,172 | 0.9 |
| 69 | Nortez-Fivepine loams, 1 to 12 percent slopes | 2,603 | 1,385 | 16,277 | 20,265 | 1.6 |
| 70 | Nunemaker clay, 3 to 10 percent slopes------- | 0 | 0 | 1,995 | 1,995 | 0.2 |
| 71 | Nyswonger silty clay loam, 1 to 4 percent slopes-------------------------------------- | 0 | 3,655 | 623 | 4,278 | 0.3 |
| 72 | Pagoda-Coultercy-Cabba complex, 10 to 60 percent slopes-------------------------------- | 15,942 | 0 | 778 | 16,720 | 1.3 |
| 73 | Paradox fine sandy loam, 1 to 4 percent slopes-------------------------------------- | 0 | 23,710 | 8,293 | 32,003 | 2.5 |
| 74 | Persayo-Chipeta complex, 2 to 20 percent slopes-------------------------------------- | 29 | 0 | 10,412 | 10,441 | 0.8 |
| 75 | Pinon-Bowdish-Progresso loams, cool, 1 to 12 percent slopes------------------------------ | 0 | 7,819 | 13,139 | 20,958 | 1.6 |
| 76 | Pinon-Bowdish-Rock outcrop complex, 3 to 30 percent slopes------------------------------ | 1,314 | 106,373 | 25,402 | 133,089 | 10.3 |
| 77 | Pinon-Progresso loams, 3 to 12 percent slopes | 0 | 2,017 | 386 | 2,403 | 0.2 |
| 78 | Pinon-Ustic Torriorthents complex, 5 to 30 percent slopes------------------------------ | 39 | 2,959 | 8,469 | 11,467 | 0.9 |
| 79 | Pojoaque-Chilton complex, 5 to 30 percent slopes, extremely stony-------------------- | 0 | 9,936 | 328 | 10,264 | 0.8 |
| 80 | Progresso loam, 1 to 3 percent slopes-------- | 0 | 87 | 385 | 472 | * |
| 81 | Progresso loam, 3 to 6 percent slopes-------- | 0 | 3,142 | 1,278 | 4,420 | 0.3 |
| 82 | Progresso loam, 6 to 12 percent slopes------- | 0 | 358 | 0 | 358 | * |
| 83 | Pulpit-Bond, cool complex, 1 to 6 percent slopes-------------------------------------- | 0 | 0 | 2,197 | 2,197 | 0.2 |
| 84 | Radersburg gravelly loam, 1 to 6 percent slopes-------------------------------------- | 0 | 0 | 1,786 | 1,786 | 0.1 |
| 85 | Radersburg gravelly loam, 6 to 30 percent slopes-------------------------------------- | 0 | 39 | 3,027 | 3,066 | 0.2 |

See footnote at end of table.

San Miguel Area, Colorado                                                                                                    205

Table 4.--Acreage and proportionate extent of the soils--continued

| Map symbol | Soil name | Dolores County Acres | Montrose County Acres | San Miguel County Acres | Total Area Acres | Total Extent Pct |
|---|---|---|---|---|---|---|
| 86 | Redlands sandy loam, 1 to 6 percent slopes--- | 0 | 0 | 2,728 | 2,728 | 0.2 |
| 87 | Rock outcrop------------------------------- | 422 | 39,247 | 13,874 | 53,543 | 4.1 |
| 88 | Rock outcrop-Orthents complex, 40 to 90 percent slopes------------------------------- | 605 | 75,349 | 56,819 | 132,773 | 10.3 |
| 89 | Ryman loam, dry, 2 to 20 percent slopes------ | 1,812 | 1,635 | 4,683 | 8,130 | 0.6 |
| 90 | Ryman loam, warm, 2 to 20 percent slopes----- | 12,771 | 3,978 | 14,180 | 30,929 | 2.4 |
| 91 | Ryman-Adel, moist complex, 1 to 15 percent slopes------------------------------- | 7,924 | 0 | 4,029 | 11,953 | 0.9 |
| 92 | Sagedale clay loam, 3 to 20 percent slopes--- | 4,589 | 0 | 6,805 | 11,394 | 0.9 |
| 93 | Sapeha very cobbly loam, 15 to 50 percent slopes------------------------------- | 0 | 0 | 3,146 | 3,146 | 0.2 |
| 94 | Seitz gravelly loam, 10 to 60 percent slopes- | 684 | 0 | 1,509 | 2,193 | 0.2 |
| 95 | Skein-Rock outcrop complex, 3 to 65 percent slopes------------------------------- | 993 | 14,583 | 19,406 | 34,982 | 2.7 |
| 96 | Skisams-Bushvalley-Cryoborolls, moderately deep complex, 2 to 15 percent slopes-------- | 58 | 3,890 | 9,152 | 13,100 | 1.0 |
| 97 | Skisams-Cryoborolls, moderately deep complex, 5 to 30 percent slopes---------------------- | 0 | 0 | 8,421 | 8,421 | 0.7 |
| 98 | Specie gravelly loam, 5 to 15 percent slopes- | 0 | 0 | 583 | 583 | * |
| 99 | Specie, moist-Rock outcrop complex, 15 to 60 percent slopes------------------------------- | 0 | 0 | 2,392 | 2,392 | 0.2 |
| 100 | Spectacle-Kinesava loams, 5 to 30 percent slopes------------------------------- | 1,080 | 0 | 7,912 | 8,992 | 0.7 |
| 101 | Tellura-Leaps clay loams, 5 to 40 percent slopes------------------------------- | 77 | 0 | 9,490 | 9,567 | 0.7 |
| 102 | Typic Torriorthents, 3 to 80 percent slopes-- | 8,680 | 0 | 2,334 | 11,014 | 0.9 |
| 103 | Ustic Torriorthents-Ustochreptic Calciorthids, 3 to 30 percent slopes-------- | 0 | 460 | 2,790 | 3,250 | 0.3 |
| 104 | Vananda silty clay, 1 to 6 percent slopes---- | 357 | 444 | 7,239 | 8,040 | 0.6 |
| 105 | Winnett silty clay loam, 1 to 3 percent slopes------------------------------- | 96 | 158 | 3,952 | 4,206 | 0.3 |
| 106 | Winz-Rock outcrop complex, 20 to 90 percent slopes, very stony------------------------- | 0 | 0 | 8,762 | 8,762 | 0.7 |
| 107 | Witt loam, dry, 1 to 12 percent slopes------- | 0 | 2,951 | 702 | 3,653 | 0.3 |
| 108 | Wrayha stony clay loam, 3 to 40 percent slopes------------------------------- | 1,426 | 5,745 | 5,558 | 12,729 | 1.0 |
| 109 | Zoltay loam, 3 to 15 percent slopes---------- | 650 | 0 | 5,589 | 6,239 | 0.5 |
| 110 | Zoltay clay loam, 1 to 3 percent slopes------ | 270 | 0 | 1,106 | 1,376 | 0.1 |
| 111 | Zyme-Bodot-Rock outcrop complex, 15 to 30 percent slopes------------------------------- | 2,264 | 0 | 68 | 2,332 | 0.2 |
| 112 | Water------------------------------- | 340 | 1,700 | 2,042 | 4,082 | 0.3 |
| | Total--------------------------------- | 140,400 | 516,700 | 633,500 | 1,290,600 | 100.0 |

* Less than 0.1 percent.

Table 5A.--Land capability and yields per acre of crops and pasture

(Yields in the "N" columns are for nonirrigated areas; those in the "I" columns are for irrigated areas. Yields are those that can
    be expected under a high level of management. Absence of a yield indicates that the soil is not suited to the crop or the
    crop generally is not grown on the soil.)

| Soil name and map symbol | Land capability | | Alfalfa hay | | Barley | | Corn silage | | Grass hay | | Oats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Bu | Bu | Tons | Tons | Tons | Tons | Bu | Bu |
| 1:<br>  Abra--------------- | 4c | 2e | --- | 5.50 | --- | 110.00 | --- | 18.00 | --- | 3.50 | --- | 80.00 |
| 2:<br>  Abra--------------- | 4c | 3e | --- | 5.50 | --- | 110.00 | --- | 18.00 | --- | 3.50 | --- | 80.00 |
| 3:<br>  Abra--------------- | 6e | 4e | --- | 5.00 | --- | 100.00 | --- | 16.00 | --- | 3.00 | --- | 70.00 |
| 4:<br>  Ackmen------------- | 3c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5:<br>  Acree------------- | 4c | 4c | --- | 4.00 | --- | --- | --- | --- | --- | 2.50 | --- | 100.00 |
| 6:<br>  Acree------------- | 4e | 4e | --- | 3.50 | --- | --- | --- | --- | --- | 2.00 | --- | 100.00 |
| 7:<br>  Acree------------- | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|   Zoltay------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|   Nortez------------- | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8:<br>  Adel--------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9:<br>  Adel, moist-------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10:<br>  Aquolls------------ | 5w | 5w | --- | --- | --- | --- | --- | --- | 4.50 | --- | --- | --- |
| 11:<br>  Badland------------ | 8e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12:<br>  Baird Hollow------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|   Nordicol----------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|   Ryman-------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 13:<br>  Barkelew----------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|   Emmons------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 14:<br>  Barx--------------- | 4c | 2e | --- | 5.50 | --- | 110.00 | --- | 22.00 | --- | 4.50 | --- | 80.00 |
| 15:<br>  Barx--------------- | 4c | 3e | --- | 5.50 | --- | 110.00 | --- | 22.00 | --- | 4.50 | --- | 80.00 |
| 16:<br>  Barx--------------- | 6e | 4e | --- | 5.00 | --- | 110.00 | --- | 18.00 | --- | 4.00 | --- | 70.00 |
| 17:<br>  Barx--------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

San Miguel Area, Colorado                                                                                     207

Table 5A.--Land capability and yields per acre of crops and pasture--continued

| Soil name and map symbol | Land capability | | Alfalfa hay | | Barley | | Corn silage | | Grass hay | | Oats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Bu | Bu | Tons | Tons | Tons | Tons | Bu | Bu |
| 17:<br>Progresso---------- | 6c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18:<br>Begay-------------- | 4c | 3e | --- | 5.50 | --- | --- | --- | 16.00 | --- | --- | --- | --- |
| 19:<br>Beje--------------- | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20:<br>Billings----------- | 6s | 4s | --- | 5.50 | --- | --- | --- | --- | --- | 2.50 | --- | --- |
| 21:<br>Billings, moist---- | 6s | 4s | --- | 5.50 | --- | --- | --- | --- | --- | 2.50 | --- | --- |
| 22:<br>Bodot, dry--------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 23:<br>Bodot, dry--------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ustic Torriorthents | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 24:<br>Bodot, dry--------- | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Zyme, dry---------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 25:<br>Bond--------------- | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Progresso---------- | 6c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 26:<br>Borolls------------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 27:<br>Burnac------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Delson------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 28:<br>Burnac------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Delson------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Falcon------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 29:<br>Bushvalley--------- | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Nordicol Variant--- | 6c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 30:<br>Callan------------- | 3c | 3c | --- | 4.50 | --- | 100.00 | --- | 18.00 | --- | 2.50 | --- | 100.00 |
| 31:<br>Callan------------- | 3e | 3e | --- | 4.50 | --- | 90.00 | --- | 18.00 | --- | 2.50 | --- | 100.00 |
| 32:<br>Callan------------- | 4e | 4e | --- | 4.00 | --- | 85.00 | --- | 16.00 | --- | 2.00 | --- | 90.00 |

BLM_0060269

Table 5A.--Land capability and yields per acre of crops and pasture--continued

| Soil name and map symbol | Land capability | | Alfalfa hay | | Barley | | Corn silage | | Grass hay | | Oats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Bu | Bu | Tons | Tons | Tons | Tons | Bu | Bu |
| **33:** | | | | | | | | | | | | |
| Callan------------ | 6e | 6e | --- | --- | --- | --- | --- | --- | --- | 2.00 | --- | --- |
| Gurley------------ | 6e | 6e | --- | --- | --- | --- | --- | --- | --- | 2.00 | --- | --- |
| **34:** | | | | | | | | | | | | |
| Ceek-------------- | 7e | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **35:** | | | | | | | | | | | | |
| Clapper----------- | 6e | 4e | --- | 4.50 | --- | 75.00 | --- | --- | --- | 4.00 | --- | 75.00 |
| **36:** | | | | | | | | | | | | |
| Clapper----------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ustic Torriorthents | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **37:** | | | | | | | | | | | | |
| Cryaquolls--------- | 6w | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **38:** | | | | | | | | | | | | |
| Evanston----------- | 3e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **39:** | | | | | | | | | | | | |
| Falcon------------ | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Burnac------------ | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **40:** | | | | | | | | | | | | |
| Farb-------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **41:** | | | | | | | | | | | | |
| Fivepine----------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Nortez------------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **42:** | | | | | | | | | | | | |
| Fivepine----------- | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Pino-------------- | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **43:** | | | | | | | | | | | | |
| Fluvaquents-------- | 7w | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **44:** | | | | | | | | | | | | |
| Fruitland---------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **45:** | | | | | | | | | | | | |
| Gladel------------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bond-------------- | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **46:** | | | | | | | | | | | | |
| Gladel, cool------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bond, cool--------- | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

BLM_0060270

San Miguel Area, Colorado

Table 5A.--Land capability and yields per acre of crops and pasture--continued

| Soil name and map symbol | Land capability | | Alfalfa hay | | Barley | | Corn silage | | Grass hay | | Oats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Bu | Bu | Tons | Tons | Tons | Tons | Bu | Bu |
| 46:<br>Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 47:<br>Gurley------------- | 4e | 3e | --- | 4.50 | --- | 90.00 | --- | 18.00 | --- | 2.50 | --- | 100.00 |
| 48:<br>Gurley------------- | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Skein-------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 49:<br>Gypsiorthids------- | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 50:<br>Gypsum Land-------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 51:<br>Haplaquolls-------- | 5w | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 52:<br>Killpack---------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Deaver------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 53:<br>Leaps------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Hofly------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 54:<br>Leaps------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Tellura------------ | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 55:<br>Lillylands--------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 56:<br>Mikim------------- | 4c | 3e | --- | 5.00 | --- | 70.00 | --- | --- | --- | 3.00 | --- | 80.00 |
| 57:<br>Minchey----------- | 6c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 58:<br>Mitch------------- | 3c | 3c | --- | 5.00 | --- | 110.00 | --- | --- | --- | 4.00 | --- | 80.00 |
| 59:<br>Mivida------------ | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 60:<br>Monogram---------- | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 61:<br>Monticello--------- | 3c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Witt-------------- | 6c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 62:<br>Monticello--------- | 3e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Witt-------------- | 6c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Table 5A.--Land capability and yields per acre of crops and pasture--continued

| Soil name and map symbol | Land capability | | Alfalfa hay | | Barley | | Corn silage | | Grass hay | | Oats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Bu | Bu | Tons | Tons | Tons | Tons | Bu | Bu |
| 63: | | | | | | | | | | | | |
| Monticello--------- | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Witt-------------- | 6c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 64: | | | | | | | | | | | | |
| Narraguinnep, moist | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 65: | | | | | | | | | | | | |
| Narraguinnep------- | 6e | 6e | --- | --- | --- | --- | --- | --- | --- | 2.50 | --- | --- |
| Dapoin------------- | 6e | 6e | --- | --- | --- | --- | --- | --- | --- | 2.50 | --- | --- |
| 66: | | | | | | | | | | | | |
| Nortez------------- | 4s | 4s | --- | 4.50 | --- | 60.00 | --- | --- | --- | 2.50 | --- | 100.00 |
| 67: | | | | | | | | | | | | |
| Nortez------------- | 4e | 4e | --- | 4.00 | --- | 50.00 | --- | --- | --- | 2.00 | --- | 90.00 |
| 68: | | | | | | | | | | | | |
| Nortez------------- | 4e | 4e | --- | 4.50 | --- | 60.00 | --- | --- | --- | 2.50 | --- | 100.00 |
| Acree-------------- | 4e | 4e | --- | 4.50 | --- | 60.00 | --- | --- | --- | 2.50 | --- | 100.00 |
| 69: | | | | | | | | | | | | |
| Nortez------------- | 4e | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fivepine----------- | 6s | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 70: | | | | | | | | | | | | |
| Nunemaker---------- | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 71: | | | | | | | | | | | | |
| Nyswonger---------- | 6c | 2e | --- | 5.50 | --- | 95.00 | --- | 25.00 | --- | --- | --- | 100.00 |
| 72: | | | | | | | | | | | | |
| Pagoda------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Coulterg----------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cabba-------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 73: | | | | | | | | | | | | |
| Paradox------------ | 6e | 2e | --- | 5.50 | --- | 95.00 | --- | 18.00 | --- | --- | --- | 100.00 |
| 74: | | | | | | | | | | | | |
| Persayo------------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Chipeta------------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 75: | | | | | | | | | | | | |
| Pinon, cool-------- | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bowdish, cool------ | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Progresso, cool---- | 6c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 76: | | | | | | | | | | | | |
| Pinon-------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bowdish------------ | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

San Miguel Area, Colorado

211

Table 5A.--Land capability and yields per acre of crops and pasture--continued

| Soil name and map symbol | Land capability | | Alfalfa hay | | Barley | | Corn silage | | Grass hay | | Oats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Bu | Bu | Tons | Tons | Tons | Tons | Bu | Bu |
| 77: | | | | | | | | | | | | |
| Pinon------------- | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Progresso---------- | 6c | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 78: | | | | | | | | | | | | |
| Pinon------------- | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ustic Torriorthents | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 79: | | | | | | | | | | | | |
| Pojoaque---------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Chilton----------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 80: | | | | | | | | | | | | |
| Progresso---------- | 4c | 3s | --- | 5.50 | --- | 110.00 | --- | 20.00 | --- | 4.50 | --- | 80.00 |
| 81: | | | | | | | | | | | | |
| Progresso---------- | 4c | 3e | --- | 5.50 | --- | 110.00 | --- | 20.00 | --- | 4.50 | --- | 80.00 |
| 82: | | | | | | | | | | | | |
| Progresso---------- | 4e | 4e | --- | 5.50 | --- | 110.00 | --- | 20.00 | --- | 4.50 | --- | 80.00 |
| 83: | | | | | | | | | | | | |
| Pulpit------------- | 4e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bond, cool--------- | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 84: | | | | | | | | | | | | |
| Radersburg--------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 85: | | | | | | | | | | | | |
| Radersburg--------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 86: | | | | | | | | | | | | |
| Redlands----------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 87: | | | | | | | | | | | | |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 88: | | | | | | | | | | | | |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Orthents----------- | 8e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 89: | | | | | | | | | | | | |
| Ryman, dry--------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 90: | | | | | | | | | | | | |
| Ryman, warm-------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 91: | | | | | | | | | | | | |
| Ryman------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Adel, moist-------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 92: | | | | | | | | | | | | |
| Sagedale----------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 93: | | | | | | | | | | | | |
| Sapeha------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Table 5A.--Land capability and yields per acre of crops and pasture--continued

| Soil name and map symbol | Land capability | | Alfalfa hay | | Barley | | Corn silage | | Grass hay | | Oats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Bu | Bu | Tons | Tons | Tons | Tons | Bu | Bu |
| 94: | | | | | | | | | | | | |
| Seitz------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 95: | | | | | | | | | | | | |
| Skein------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 96: | | | | | | | | | | | | |
| Skisams----------- | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bushvalley--------- | 6s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cryoborolls, moderately deep--- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 97: | | | | | | | | | | | | |
| Skisams----------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cryoborolls-------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 98: | | | | | | | | | | | | |
| Specie------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 99: | | | | | | | | | | | | |
| Specie, moist------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 100: | | | | | | | | | | | | |
| Spectacle---------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Kinesava----------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 101: | | | | | | | | | | | | |
| Tellura------------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | 2.00 | --- | --- |
| Leaps-------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | 2.00 | --- | --- |
| 102: | | | | | | | | | | | | |
| Typic Torriorthents | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 103: | | | | | | | | | | | | |
| Ustic Torriorthents | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ustochreptic Calciorthids------ | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 104: | | | | | | | | | | | | |
| Vananda------------ | 4c | 4e | --- | 4.50 | --- | 95.00 | --- | --- | --- | --- | --- | 100.00 |
| 105: | | | | | | | | | | | | |
| Winnett------------ | 7s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 106: | | | | | | | | | | | | |
| Winz--------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 107: | | | | | | | | | | | | |
| Witt, dry---------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 108: | | | | | | | | | | | | |
| Wrayha------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

BLM_0060274

213

Table 5A.--Land capability and yields per acre of crops and pasture--continued

| Soil name and map symbol | Land capability | | Alfalfa hay | | Barley | | Corn silage | | Grass hay | | Oats | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | I | N | I | N | I | N | I | N | I | N | I |
| | | | Tons | Tons | Bu | Bu | Tons | Tons | Tons | Tons | Bu | Bu |
| 109:<br>Zoltay------------- | 6e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 110:<br>Zoltay------------- | 4c | 3e | --- | 4.50 | --- | 85.00 | --- | --- | --- | 2.00 | --- | 100.00 |
| 111:<br>Zyme--------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bodot-------------- | 7e | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rock outcrop------- | 8s | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 112:<br>Water-------------- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Table 5B.--Land capability and yields per acre of crops and pasture

(Yields in the "N" columns are for nonirrigated areas; those in the "I" columns are for irrigated areas. Yields are those that can be expected under a high level of management. Absence of a yield indicates that the soil is not suited to the crop or the crop generally is not grown on the soil.)

| Map symbol and soil name | Land capability | | Dry pinto beans | | Winter wheat | |
|---|---|---|---|---|---|---|
| | N | I | N | I | N | I |
| | | | Lbs | Lbs | Bu | Bu |
| 4:<br>Ackmen------------------ | 3c | --- | 300.00 | --- | 20.00 | --- |
| 61:<br>Monticello-------------- | 3c | --- | 400.00 | --- | 20.00 | --- |
| Witt--------------------- | 6c | --- | 400.00 | --- | 20.00 | --- |
| 62:<br>Monticello-------------- | 3e | --- | 400.00 | --- | 20.00 | --- |
| Witt--------------------- | 6c | --- | 400.00 | --- | 20.00 | --- |
| 63:<br>Monticello-------------- | 4e | --- | 350.00 | --- | 18.00 | --- |
| Witt--------------------- | 6c | --- | 350.00 | --- | 18.00 | --- |

BLM_0060275

Soil Survey

Table 6.--Prime farmland

(Only the soils considered prime farmland are listed. Urban or built-up areas of the soils listed are
    not considered prime farmland. If a soil is prime farmland only under certain conditions, the
    conditions are specified in parentheses after the soil name.)

| Map symbol | Soil name |
|---|---|
| 1 | Abra loam, 1 to 3 percent slopes (Prime farmland if irrigated) |
| 2 | Abra loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 5 | Acree loam, 1 to 6 percent slopes (Prime farmland if irrigated) |
| 14 | Barx fine sandy loam, 1 to 3 percent slopes (Prime farmland if irrigated) |
| 15 | Barx fine sandy loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 18 | Begay fine sandy loam, 1 to 6 percent slopes (Prime farmland if irrigated) |
| 20 | Billings silt loam, 1 to 4 percent slopes (Prime farmland if irrigated) |
| 21 | Billings clay loam, moist, 1 to 4 percent slopes (Prime farmland if irrigated) |
| 30 | Callan loam, 1 to 3 percent slopes (Prime farmland if irrigated) |
| 31 | Callan loam, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 38 | Evanston fine sandy loam, 2 to 8 percent slopes (Prime farmland if irrigated) |
| 44 | Fruitland loam, 1 to 8 percent slopes (Prime farmland if irrigated) |
| 56 | Mikim loam, 1 to 6 percent slopes (Prime farmland if irrigated) |
| 57 | Minchey fine sandy loam, 1 to 10 percent slopes (Prime farmland if irrigated) |
| 58 | Mitch loam, 1 to 6 percent slopes (Prime farmland if irrigated) |
| 60 | Monogram loam, 1 to 8 percent slopes (Prime farmland if irrigated) |
| 61 | Monticello-witt loams, 1 to 3 percent slopes (Prime farmland if irrigated) |
| 62 | Monticello-witt loams, 3 to 6 percent slopes (Prime farmland if irrigated) |
| 71 | Nyswonger silty clay loam, 1 to 4 percent slopes (Prime farmland if irrigated) |
| 73 | Paradox fine sandy loam, 1 to 4 percent slopes (Prime farmland if irrigated) |
| 86 | Redlands sandy loam, 1 to 6 percent slopes (Prime farmland if irrigated) |
| 107 | Witt loam, dry, 1 to 12 percent slopes (Prime farmland if irrigated) |
| 110 | Zoltay clay loam, 1 to 3 percent slopes (Prime farmland if irrigated) |

BLM_0060276

Table 7.--Ecological sites and characteristic native vegetation

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **1:** | | | | | | | | |
| Abra------------ | Semidesert Loam | Favorable | 900 | Wyoming big sagebrush | 15 | | --- | --- |
| | | Normal | 700 | needleandthread | 15 | | | |
| | | Unfavorable | 500 | blue grama | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | galleta | 5 | | | |
| **2:** | | | | | | | | |
| Abra------------ | Semidesert Loam | Favorable | 900 | Wyoming big sagebrush | 15 | | --- | --- |
| | | Normal | 700 | needleandthread | 15 | | | |
| | | Unfavorable | 500 | blue grama | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | galleta | 5 | | | |
| **3:** | | | | | | | | |
| Abra------------ | Semidesert Loam | Favorable | 900 | Wyoming big sagebrush | 15 | | --- | --- |
| | | Normal | 700 | needleandthread | 15 | | | |
| | | Unfavorable | 500 | blue grama | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | galleta | 5 | | | |
| **4:** | | | | | | | | |
| Ackmen---------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | yellow rabbitbrush | 5 | | | |
| **5:** | | | | | | | | |
| Acree----------- | Mountain Loam | Favorable | 2,000 | Arizona fescue | 35 | | --- | --- |
| | | Normal | 1,600 | Parry's danthonia | 15 | | | |
| | | Unfavorable | 1,400 | mountain muhly | 15 | | | |
| | | | | western wheatgrass | 15 | | | |
| | | | | mountain big sagebrush | 10 | | | |
| | | | | nodding brome | 5 | | | |
| | | | | slender wheatgrass | 5 | | | |

BLM_0060277

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **6:** | | | | | | | | |
| Acree----------- | Mountain Loam | Favorable | 2,000 | Arizona fescue | 35 | | --- | --- |
| | | Normal | 1,600 | Parry's danthonia | 15 | | | |
| | | Unfavorable | 1,400 | mountain muhly | 15 | | | |
| | | | | western wheatgrass | 15 | | | |
| | | | | mountain big sagebrush | 10 | | | |
| | | | | nodding brome | 5 | | | |
| | | | | slender wheatgrass | 5 | | | |
| **7:** | | | | | | | | |
| Acree----------- | Mountain Loam | Favorable | 2,000 | Arizona fescue | 35 | | --- | --- |
| | | Normal | 1,600 | Parry's danthonia | 15 | | | |
| | | Unfavorable | 1,400 | mountain muhly | 15 | | | |
| | | | | western wheatgrass | 15 | | | |
| | | | | mountain big sagebrush | 10 | | | |
| | | | | nodding brome | 5 | | | |
| | | | | slender wheatgrass | 5 | | | |
| Zoltay---------- | Mountain Clay Loam | Favorable | 1,500 | Arizona fescue | 20 | | --- | --- |
| | | Normal | 1,000 | Gambel's oak | 15 | | | |
| | | Unfavorable | 750 | mountain muhly | 15 | | | |
| | | | | western wheatgrass | 15 | | | |
| | | | | Letterman's needlegrass | 10 | | | |
| | | | | muttongrass | 5 | | | |
| Nortez---------- | Pine Grasslands | Favorable | 1,400 | Arizona fescue | 25 | | ponderosa pine | --- |
| | | Normal | 1,200 | needleandthread | 15 | | | |
| | | Unfavorable | 900 | Parry's danthonia | 10 | | | |
| | | | | mountain muhly | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | Gambel's oak | 5 | | | |
| | | | | antelope bitterbrush | 5 | | | |
| | | | | mountain big sagebrush | 5 | | | |
| | | | | mountain brome | 5 | | | |
| | | | | ponderosa pine | 5 | | | |
| | | | | prairie Junegrass | 5 | | | |
| **8:** | | | | | | | | |
| Adel------------ | Subalpine Loam | Favorable | 3,500 | Thurber's fescue | 40 | | --- | --- |
| | | Normal | 2,800 | Parry's danthonia | 30 | | | |
| | | Unfavorable | 2,000 | Arizona fescue | 10 | | | |
| | | | | nodding brome | 5 | | | |
| | | | | silver sagebrush | 5 | | | |

BLM_0060278

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **9:** | | | | | | | | |
| Adel------------ | Quaking Aspen | Favorable | 3,500 | slender wheatgrass | | 15 | quaking aspen | 66 |
| | | Normal | 3,000 | elk sedge | | 10 | | |
| | | Unfavorable | 2,500 | Arizona fescue | | 5 | | |
| | | | | Thurber's fescue | | 5 | | |
| | | | | blue wildrye | | 5 | | |
| | | | | mountain brome | | 5 | | |
| | | | | mountain snowberry | | 5 | | |
| | | | | nodding brome | | 5 | | |
| **10:** | | | | | | | | |
| Aquolls--------- | Salt Meadow | Favorable | 2,500 | alkali sacaton | 20 | | --- | --- |
| | | Normal | 2,000 | inland saltgrass | 10 | | | |
| | | Unfavorable | 1,500 | sedge | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | fourwing saltbush | 5 | | | |
| | | | | greasewood | 5 | | | |
| | | | | tall rabbitbrush | 5 | | | |
| **11:** | | | | | | | | |
| Badland--------- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |
| **12:** | | | | | | | | |
| Baird hollow---- | Spruce-Fir | Favorable | 300 | elk sedge | | 20 | quaking aspen | 52 |
| | | Normal | 250 | common juniper | | 10 | | |
| | | Unfavorable | 200 | dwarf blueberry | | 10 | | |
| | | | | kinnikinnick | | 10 | | |
| | | | | tufted hairgrass | | 10 | | |
| | | | | Fendler's ceanothus | | 5 | | |
| | | | | Oregongrape | | 5 | | |
| | | | | boxleaf myrtle | | 5 | | |
| | | | | nodding brome | | 5 | | |
| Nordicol-------- | Spruce-Fir | Favorable | 300 | slender wheatgrass | | 15 | quaking aspen | 65 |
| | | Normal | 250 | elk sedge | | 10 | | |
| | | Unfavorable | 200 | Arizona fescue | | 5 | | |
| | | | | Thurber's fescue | | 5 | | |
| | | | | blue wildrye | | 5 | | |
| | | | | mountain brome | | 5 | | |
| | | | | mountain snowberry | | 5 | | |
| | | | | nodding brome | | 5 | | |

BLM_0060279

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **12:** | | | | | | | | |
| Ryman----------- | Quaking Aspen | Favorable | 300 | slender wheatgrass | | 15 | quaking aspen | 67 |
| | | Normal | 250 | elk sedge | | 10 | | |
| | | Unfavorable | 200 | slender wheatgrass | | 10 | | |
| | | | | Arizona fescue | | 5 | | |
| | | | | Thurber's fescue | | 5 | | |
| | | | | blue wildrye | | 5 | | |
| | | | | mountain brome | | 5 | | |
| | | | | mountain snowberry | | 5 | | |
| | | | | nodding brome | | 5 | | |
| **13:** | | | | | | | | |
| Barkelew-------- | Pinyon-Juniper | Favorable | 650 | Gambel's oak | | 15 | Utah juniper | --- |
| | | Normal | 500 | muttongrass | | 15 | twoneedle pinyon | --- |
| | | Unfavorable | 350 | Indian ricegrass | | 10 | | |
| | | | | elk sedge | | 10 | | |
| | | | | Saskatoon serviceberry | | 5 | | |
| | | | | true mountain mahogany | | 5 | | |
| Emmons---------- | Pinyon-Juniper | Favorable | 650 | Gambel's oak | | 15 | Utah juniper | --- |
| | | Normal | 500 | muttongrass | | 15 | twoneedle pinyon | --- |
| | | Unfavorable | 350 | Indian ricegrass | | 10 | | |
| | | | | elk sedge | | 10 | | |
| | | | | Saskatoon serviceberry | | 5 | | |
| | | | | true mountain mahogany | | 5 | | |
| **14:** | | | | | | | | |
| Barx------------ | Semidesert Sandy Loam | Favorable | 1,000 | Wyoming big sagebrush | 15 | | --- | --- |
| | | Normal | 850 | galleta | 15 | | | |
| | | Unfavorable | 650 | needleandthread | 15 | | | |
| | | | | Indian ricegrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| **15:** | | | | | | | | |
| Barx------------ | Semidesert Sandy Loam | Favorable | 1,000 | Wyoming big sagebrush | 15 | | --- | --- |
| | | Normal | 850 | galleta | 15 | | | |
| | | Unfavorable | 650 | needleandthread | 15 | | | |
| | | | | Indian ricegrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| **16:** | | | | | | | | |
| Barx------------ | Semidesert Sandy Loam | Favorable | 1,000 | Wyoming big sagebrush | 15 | | --- | --- |
| | | Normal | 850 | galleta | 15 | | | |
| | | Unfavorable | 650 | needleandthread | 15 | | | |
| | | | | Indian ricegrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |

BLM_0060280

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| 17: | | | | | | | | |
| Barx----------- | Semidesert Sandy Loam | Favorable | 1,000 | Wyoming big sagebrush | 15 | | --- | --- |
| | | Normal | 850 | galleta | 15 | | | |
| | | Unfavorable | 650 | needleandthread | 15 | | | |
| | | | | Indian ricegrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| Progresso------- | Semidesert Loam | Favorable | 800 | galleta | 15 | | --- | --- |
| | | Normal | 600 | Indian ricegrass | 10 | | | |
| | | Unfavorable | 400 | Wyoming big sagebrush | 10 | | | |
| | | | | muttongrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | rabbitbrush | 5 | | | |
| 18: | | | | | | | | |
| Begay----------- | Semidesert Sandy Loam | Favorable | 1,000 | galleta | 20 | | --- | --- |
| | | Normal | 850 | Wyoming big sagebrush | 15 | | | |
| | | Unfavorable | 650 | Indian ricegrass | 10 | | | |
| | | | | needleandthread | 10 | | | |
| | | | | blue grama | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | sand dropseed | 5 | | | |
| 19: | | | | | | | | |
| Beje----------- | Pinyon-Juniper | Favorable | 600 | black sagebrush | | 10 | Utah juniper | 135 |
| | | Normal | 400 | blue grama | | 10 | twoneedle pinyon | --- |
| | | Unfavorable | 200 | bottlebrush squirreltail | | 10 | | |
| | | | | muttongrass | | 10 | | |
| | | | | true mountain mahogany | | 10 | | |
| | | | | Gambel's oak | | 5 | | |
| | | | | Utah serviceberry | | 5 | | |
| | | | | antelope bitterbrush | | 5 | | |
| | | | | hairy goldenaster | | 5 | | |
| | | | | prairie Junegrass | | 5 | | |
| 20: | | | | | | | | |
| Billings-------- | Salt Flats | Favorable | 900 | alkali sacaton | 20 | | --- | --- |
| | | Normal | 630 | inland saltgrass | 15 | | | |
| | | Unfavorable | 450 | Wyoming big sagebrush | 10 | | | |
| | | | | basin wildrye | 10 | | | |
| | | | | fourwing saltbush | 10 | | | |
| | | | | greasewood | 5 | | | |
| | | | | shadscale saltbush | 5 | | | |
| | | | | western wheatgrass | 5 | | | |

BLM_0060281

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| 21: | | | | | | | | |
| Billings-------- | Basin Shale | Favorable | 600 | black sagebrush | 15 | | --- | --- |
| | | Normal | 400 | galleta | 15 | | | |
| | | Unfavorable | 300 | western wheatgrass | 15 | | | |
| | | | | winterfat | 10 | | | |
| | | | | Wyoming big sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | fourwing saltbush | 5 | | | |
| | | | | greasewood | 5 | | | |
| | | | | shadscale saltbush | 5 | | | |
| 22: | | | | | | | | |
| Bodot----------- | Basin Shale | Favorable | 600 | black sagebrush | 15 | | --- | --- |
| | | Normal | 400 | galleta | 15 | | | |
| | | Unfavorable | 300 | western wheatgrass | 15 | | | |
| | | | | winterfat | 10 | | | |
| | | | | Wyoming big sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | shadscale saltbush | 5 | | | |
| 23: | | | | | | | | |
| Bodot----------- | Basin Shale | Favorable | 600 | black sagebrush | 15 | | --- | --- |
| | | Normal | 400 | galleta | 15 | | | |
| | | Unfavorable | 300 | western wheatgrass | 15 | | | |
| | | | | winterfat | 10 | | | |
| | | | | Wyoming big sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | fourwing saltbush | 5 | | | |
| | | | | shadscale saltbush | 5 | | | |
| Ustic Torriorthents-- | Pinyon-Juniper | Favorable | --- | Indian ricegrass | | 15 | Utah juniper | --- |
| | | Normal | --- | Wyoming big sagebrush | | 15 | twoneedle pinyon | --- |
| | | Unfavorable | --- | blue grama | | 15 | | |
| | | | | bottlebrush squirreltail | | 10 | | |
| | | | | galleta | | 10 | | |
| | | | | saline wildrye | | 10 | | |
| 24: | | | | | | | | |
| Bodot----------- | Basin Shale | Favorable | 600 | galleta | 15 | | --- | --- |
| | | Normal | 400 | western wheatgrass | 15 | | | |
| | | Unfavorable | 300 | winterfat | 10 | | | |
| | | | | Wyoming big sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | shadscale saltbush | 5 | | | |

BLM_0060282

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production Kind of year | Total production Dry weight | Characteristic native vegetation | Composition Range-land | Composition Forest | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | | Lb/acre | | Pct | Pct | | |
| **24:** | | | | | | | | |
| Zyme------------ | Basin Shale | Favorable | 600 | galleta | 15 | | --- | --- |
| | | Normal | 400 | western wheatgrass | 15 | | | |
| | | Unfavorable | 300 | winterfat | 10 | | | |
| | | | | Wyoming big sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | fourwing saltbush | 5 | | | |
| | | | | shadscale saltbush | 5 | | | |
| | | | | Indian ricegrass | | | | |
| | | | | saline wildrye | | | | |
| **25:** | | | | | | | | |
| Bond------------ | Pinyon-Juniper | Favorable | 500 | galleta | | 15 | twoneedle pinyon | 40 |
| | | Normal | 250 | Indian ricegrass | | 10 | Utah juniper | --- |
| | | Unfavorable | 100 | Wyoming big sagebrush | | 10 | | |
| | | | | blue grama | | 10 | | |
| | | | | true mountain mahogany | | 10 | | |
| | | | | Utah juniper | | 5 | | |
| | | | | antelope bitterbrush | | 5 | | |
| | | | | big sagebrush | | 5 | | |
| | | | | singleleaf ash | | 5 | | |
| | | | | squaw apple | | 5 | | |
| | | | | twoneedle pinyon | | 5 | | |
| Progresso------- | Semidesert Loam | Favorable | 800 | galleta | 15 | | --- | --- |
| | | Normal | 600 | Indian ricegrass | 10 | | | |
| | | Unfavorable | 400 | Wyoming big sagebrush | 10 | | | |
| | | | | muttongrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | rabbitbrush | 5 | | | |
| **26:** | | | | | | | | |
| Borolls--------- | Douglas-fir | Favorable | --- | Gambel's oak | | 15 | Rocky Mountain Douglas-fir | --- |
| | | Normal | --- | Arizona fescue | | 10 | twoneedle pinyon | --- |
| | | Unfavorable | --- | Utah serviceberry | | 10 | | |
| | | | | western wheatgrass | | 10 | | |
| | | | | Indian ricegrass | | 5 | | |
| | | | | Utah snowberry | | 5 | | |
| | | | | elk sedge | | 5 | | |
| | | | | prairie Junegrass | | 5 | | |
| Rock outcrop---- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |

BLM_0060283

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **27:** | | | | | | | | |
| Burnac---------- | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 54 |
| | | Normal | 1,200 | mountain muhly | | 15 | | |
| | | Unfavorable | 1,000 | muttongrass | | 15 | | |
| | | | | elk sedge | | 10 | | |
| Delson---------- | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 57 |
| | | Normal | 1,200 | mountain muhly | | 15 | | |
| | | Unfavorable | 1,000 | prairie Junegrass | | 15 | | |
| | | | | elk sedge | | 10 | | |
| | | | | muttongrass | | 10 | | |
| **28:** | | | | | | | | |
| Burnac---------- | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 54 |
| | | Normal | 1,200 | mountain muhly | | 15 | | |
| | | Unfavorable | 1,000 | muttongrass | | 15 | | |
| | | | | elk sedge | | 10 | | |
| Delson---------- | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 57 |
| | | Normal | 1,200 | mountain muhly | | 15 | | |
| | | Unfavorable | 1,000 | prairie Junegrass | | 15 | | |
| | | | | elk sedge | | 10 | | |
| | | | | muttongrass | | 10 | | |
| Falcon---------- | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 64 |
| | | Normal | 1,200 | other perennial forbs | | 15 | | |
| | | Unfavorable | 1,000 | elk sedge | | 10 | | |
| | | | | mountain brome | | 10 | | |
| | | | | slender wheatgrass | | 10 | | |
| | | | | mountain snowberry | | 5 | | |
| | | | | needlegrass | | 5 | | |
| **29:** | | | | | | | | |
| Bushvalley------ | Pine Grasslands | Favorable | 1,200 | Arizona fescue | 15 | | ponderosa pine | --- |
| | | Normal | 900 | Parry's danthonia | 15 | | | |
| | | Unfavorable | 750 | mountain muhly | 10 | | | |
| | | | | elk sedge | 5 | | | |
| | | | | kinnikinnick | 5 | | | |
| | | | | pine dropseed | 5 | | | |
| | | | | western snowberry | 5 | | | |

BLM_0060284

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| 29: | | | | | | | | |
| Nordicol Variant-------- | Pine Grasslands | Favorable | 1,200 | Arizona fescue | 20 | | ponderosa pine | --- |
| | | Normal | 900 | Parry's danthonia | 20 | | | |
| | | Unfavorable | 750 | other trees | 15 | | | |
| | | | | mountain muhly | 10 | | | |
| | | | | other perennial forbs | 10 | | | |
| | | | | elk sedge | 5 | | | |
| | | | | other shrubs | 5 | | | |
| | | | | pine dropseed | 5 | | | |
| 30: | | | | | | | | |
| Callan---------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | yellow rabbitbrush | 5 | | | |
| 31: | | | | | | | | |
| Callan---------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | yellow rabbitbrush | 5 | | | |
| 32: | | | | | | | | |
| Callan---------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | yellow rabbitbrush | 5 | | | |

BLM_0060285

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **33:** | | | | | | | | |
| Callan---------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | yellow rabbitbrush | 5 | | | |
| Gurley---------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | green rabbitbrush | 5 | | | |
| **34:** | | | | | | | | |
| Ceek------------ | Ponderosa Pine | Favorable | 1,500 | Arizona fescue | | 20 | ponderosa pine | 73 |
| | | Normal | 1,200 | Parry's danthonia | | 10 | Rocky Mountain juniper | --- |
| | | Unfavorable | 1,000 | mountain muhly | | 10 | | |
| | | | | Gambel's oak | | 5 | | |
| | | | | Indian ricegrass | | 5 | | |
| | | | | big bluegrass | | 5 | | |
| | | | | bottlebrush squirreltail | | 5 | | |
| | | | | muttongrass | | 5 | | |
| | | | | pine dropseed | | 5 | | |
| | | | | slender wheatgrass | | 5 | | |
| | | | | slender wheatgrass | | 5 | | |
| | | | | western wheatgrass | | 5 | | |
| **35:** | | | | | | | | |
| Clapper--------- | Stony Foothills | Favorable | 800 | western wheatgrass | 15 | | Utah juniper | --- |
| | | Normal | 600 | Wyoming big sagebrush | 10 | | twoneedle pinyon | --- |
| | | Unfavorable | 400 | galleta | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | needleandthread | 5 | | | |
| | | | | prairie Junegrass | 5 | | | |

BLM_0060286

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| 36: | | | | | | | | |
| Clapper--------- | Stony Foothills | Favorable | 800 | western wheatgrass | 15 | | Utah juniper | --- |
| | | Normal | 600 | Wyoming big sagebrush | 10 | | twoneedle pinyon | --- |
| | | Unfavorable | 400 | galleta | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | needleandthread | 5 | | | |
| | | | | prairie Junegrass | 5 | | | |
| Ustic Torriorthents-- | Pinyon-Juniper | Favorable | --- | Indian ricegrass | | 15 | Utah juniper | --- |
| | | Normal | --- | blue grama | | 15 | twoneedle pinyon | --- |
| | | Unfavorable | --- | bluebunch wheatgrass | | 10 | | |
| | | | | bottlebrush squirreltail | | 10 | | |
| | | | | galleta | | 10 | | |
| 37: | | | | | | | | |
| Cryaquolls------ | Mountain Meadow | Favorable | 3,500 | tufted hairgrass | 35 | | --- | --- |
| | | Normal | 2,500 | sedge | 20 | | | |
| | | Unfavorable | 1,500 | clover | 10 | | | |
| | | | | slender wheatgrass | 10 | | | |
| | | | | other perennial forbs | 5 | | | |
| | | | | other perennial grasses | 5 | | | |
| | | | | shrubby cinquefoil | 5 | | | |
| | | | | willow | 5 | | | |
| 38: | | | | | | | | |
| Evanston-------- | Loamy Foothills | Favorable | 1,500 | western wheatgrass | 20 | | --- | --- |
| | | Normal | 1,100 | muttongrass | 15 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | needleandthread | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | green rabbitbrush | 5 | | | |
| 39: | | | | | | | | |
| Falcon---------- | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 64 |
| | | Normal | 1,200 | other perennial forbs | | 15 | | |
| | | Unfavorable | 1,000 | elk sedge | | 10 | | |
| | | | | greenleaf manzanita | | 10 | | |
| | | | | mountain brome | | 10 | | |
| | | | | slender wheatgrass | | 10 | | |
| | | | | mountain snowberry | | 5 | | |
| | | | | needlegrass | | 5 | | |

BLM_0060287

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **39:** | | | | | | | | |
| Burnac---------- | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 54 |
| | | Normal | 1,200 | mountain muhly | | 15 | | |
| | | Unfavorable | 1,000 | muttongrass | | 15 | | |
| | | | | elk sedge | | 10 | | |
| | | | | greenleaf manzanita | | 10 | | |
| Rock outcrop---- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |
| **40:** | | | | | | | | |
| Farb------------ | Pinyon-Juniper | Favorable | 200 | Indian ricegrass | | 15 | twoneedle pinyon | 20 |
| | | Normal | 100 | galleta | | 15 | Utah juniper | --- |
| | | Unfavorable | 50 | blue grama | | 10 | | |
| Rock outcrop---- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |
| **41:** | | | | | | | | |
| Fivepine-------- | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 67 |
| | | Normal | 1,200 | mountain muhly | | 15 | Rocky Mountain juniper | --- |
| | | Unfavorable | 800 | prairie Junegrass | | 15 | twoneedle pinyon | --- |
| | | | | elk sedge | | 10 | | |
| | | | | muttongrass | | 10 | | |
| Nortez---------- | Pine Grasslands | Favorable | 1,200 | Arizona fescue | 25 | | ponderosa pine | --- |
| | | Normal | 900 | needleandthread | 15 | | | |
| | | Unfavorable | 750 | Parry's danthonia | 10 | | | |
| | | | | mountain muhly | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | Gambel's oak | 5 | | | |
| | | | | antelope bitterbrush | 5 | | | |
| | | | | mountain big sagebrush | 5 | | | |
| | | | | mountain brome | 5 | | | |
| | | | | ponderosa pine | 5 | | | |
| | | | | prairie Junegrass | 5 | | | |
| Rock outcrop---- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |

BLM_0060288

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **42:** | | | | | | | | |
| Fivepine-------- | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 67 |
| | | Normal | 1,200 | mountain muhly | | 15 | Rocky Mountain juniper | --- |
| | | Unfavorable | 800 | prairie Junegrass | | 15 | twoneedle pinyon | --- |
| | | | | elk sedge | | 10 | | |
| | | | | muttongrass | | 10 | | |
| Pino------------ | Ponderosa Pine | Favorable | 1,500 | Arizona fescue | | 15 | ponderosa pine | 55 |
| | | Normal | 1,200 | needlegrass | | 15 | | |
| | | Unfavorable | 800 | Gambel's oak | | 10 | | |
| | | | | mountain brome | | 10 | | |
| | | | | mountain muhly | | 10 | | |
| | | | | western wheatgrass | | 10 | | |
| | | | | bottlebrush squirreltail | | 5 | | |
| | | | | pine dropseed | | 5 | | |
| | | | | prairie Junegrass | | 5 | | |
| **43:** | | | | | | | | |
| Fluvaquents----- | --- | Favorable | 2,500 | inland saltgrass | | 10 | narrowleaf cottonwood | --- |
| | | Normal | 2,000 | rush | | 10 | | |
| | | Unfavorable | 1,500 | sedge | | 10 | | |
| | | | | willow | | 10 | | |
| | | | | tamarisk | | 5 | | |
| **44:** | | | | | | | | |
| Fruitland------- | Alkaline Slopes | Favorable | 650 | Wyoming big sagebrush | 20 | | --- | --- |
| | | Normal | 400 | greasewood | 20 | | | |
| | | Unfavorable | 200 | shadscale saltbush | 15 | | | |
| | | | | galleta | 10 | | | |
| | | | | winterfat | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | sand dropseed | 5 | | | |
| | | | | western wheatgrass | 5 | | | |
| **45:** | | | | | | | | |
| Gladel---------- | Pinyon-Juniper | Favorable | 300 | Indian ricegrass | | 15 | twoneedle pinyon | 30 |
| | | Normal | 200 | bluebunch wheatgrass | | 15 | Utah juniper | --- |
| | | Unfavorable | 50 | galleta | | 15 | | |
| | | | | blue grama | | 10 | | |
| | | | | bottlebrush squirreltail | | 10 | | |

BLM_0060289

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **45:** | | | | | | | | |
| Bond----------- | Pinyon-Juniper | Favorable | 600 | galleta | | 15 | twoneedle pinyon | 40 |
| | | Normal | 400 | Indian ricegrass | | 10 | Utah juniper | --- |
| | | Unfavorable | 200 | Wyoming big sagebrush | | 10 | | |
| | | | | blue grama | | 10 | | |
| | | | | true mountain mahogany | | 10 | | |
| | | | | Utah juniper | | 5 | | |
| | | | | antelope bitterbrush | | 5 | | |
| | | | | big sagebrush | | 5 | | |
| | | | | singleleaf ash | | 5 | | |
| | | | | squaw apple | | 5 | | |
| | | | | twoneedle pinyon | | 5 | | |
| Rock outcrop---- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |
| **46:** | | | | | | | | |
| Gladel---------- | Pinyon-Juniper | Favorable | 300 | Indian ricegrass | | 15 | twoneedle pinyon | 30 |
| | | Normal | 200 | bluebunch wheatgrass | | 15 | Utah juniper | --- |
| | | Unfavorable | 50 | galleta | | 15 | | |
| | | | | blue grama | | 10 | | |
| | | | | bottlebrush squirreltail | | 10 | | |
| Bond----------- | Pinyon-Juniper | Favorable | 600 | galleta | | 15 | twoneedle pinyon | 40 |
| | | Normal | 400 | Indian ricegrass | | 10 | Utah juniper | --- |
| | | Unfavorable | 200 | Wyoming big sagebrush | | 10 | | |
| | | | | blue grama | | 10 | | |
| | | | | true mountain mahogany | | 10 | | |
| | | | | antelope bitterbrush | | 5 | | |
| | | | | big sagebrush | | 5 | | |
| | | | | squaw apple | | 5 | | |
| | | | | twoneedle pinyon | | 5 | | |
| Rock outcrop---- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |

BLM_0060290

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **47:** | | | | | | | | |
| Gurley---------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | green rabbitbrush | 5 | | | |
| **48:** | | | | | | | | |
| Gurley---------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | green rabbitbrush | 5 | | | |
| Skein----------- | Pinyon-Juniper | Favorable | 500 | black sagebrush | | 20 | twoneedle pinyon | 80 |
| | | Normal | 400 | Indian ricegrass | | 15 | Utah juniper | --- |
| | | Unfavorable | 300 | other shrubs | | 10 | | |
| | | | | western wheatgrass | | 10 | | |
| | | | | galleta | | 5 | | |
| | | | | other perennial forbs | | 5 | | |
| | | | | saline wildrye | | 5 | | |
| **49:** | | | | | | | | |
| Gypsiorthids---- | --- | Favorable | 400 | Indian ricegrass | 20 | | --- | --- |
| | | Normal | 250 | Greene's rabbitbrush | 10 | | | |
| | | Unfavorable | 100 | sand dropseed | 10 | | | |
| | | | | New Mexico feathergrass | 5 | | | |
| | | | | Wyoming big sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | cryptantha | 5 | | | |
| | | | | fourwing saltbush | 5 | | | |
| | | | | galleta | 5 | | | |
| | | | | scarlet globemallow | 5 | | | |
| | | | | winterfat | 5 | | | |

BLM_0060291

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **50:** | | | | | | | | |
| Gypsum land----- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |
| **51:** | | | | | | | | |
| Haplaquolls----- | Mountain Meadow | Favorable | 4,000 | tufted hairgrass | 30 | | --- | --- |
| | | Normal | 3,000 | Nebraska sedge | 20 | | | |
| | | Unfavorable | 2,000 | slender wheatgrass | 10 | | | |
| | | | | sedge | 5 | | | |
| **52:** | | | | | | | | |
| Killpack-------- | Silty Saltdesert | Favorable | 650 | galleta | 40 | | --- | --- |
| | | Normal | 500 | shadscale saltbush | 20 | | | |
| | | Unfavorable | 400 | bud sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | mat saltbush | 5 | | | |
| | | | | saline wildrye | 5 | | | |
| Deaver---------- | Silty Saltdesert | Favorable | 650 | galleta | 40 | | --- | --- |
| | | Normal | 500 | shadscale saltbush | 20 | | | |
| | | Unfavorable | 400 | bud sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | fourwing saltbush | 5 | | | |
| | | | | other perennial grasses | 5 | | | |
| | | | | saline wildrye | 5 | | | |
| **53:** | | | | | | | | |
| Leaps----------- | Deep Clay Loam | Favorable | 3,000 | western wheatgrass | 30 | | --- | --- |
| | | Normal | 2,500 | Letterman's needlegrass | 15 | | | |
| | | Unfavorable | 2,000 | muttongrass | 10 | | | |
| | | | | slender wheatgrass | 10 | | | |
| | | | | mountain big sagebrush | 5 | | | |
| | | | | mule-ears | 5 | | | |
| | | | | nodding brome | 5 | | | |
| | | | | scarlet Indian paintbrush | 5 | | | |
| | | | | silvery lupine | 5 | | | |
| | | | | sulphur wildbuckwheat | 5 | | | |

BLM_0060292

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **53:** | | | | | | | | |
| Hofly----------- | Brushy Loam | Favorable | 3,200 | Gambel's oak | 30 | | --- | --- |
| | | Normal | 2,200 | Utah serviceberry | 15 | | | |
| | | Unfavorable | 1,700 | elk sedge | 10 | | | |
| | | | | slender wheatgrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | Letterman's needlegrass | 5 | | | |
| | | | | mountain brome | 5 | | | |
| | | | | nodding brome | 5 | | | |
| | | | | prairie Junegrass | 5 | | | |
| **54:** | | | | | | | | |
| Leaps----------- | Deep Clay Loam | Favorable | 2,500 | western wheatgrass | 40 | | --- | --- |
| | | Normal | 2,000 | Arizona fescue | 10 | | | |
| | | Unfavorable | 1,500 | muttongrass | 10 | | | |
| | | | | mountain big sagebrush | 5 | | | |
| | | | | nodding brome | 5 | | | |
| | | | | common snowberry | 3 | | | |
| Tellura--------- | Subalpine Clay | Favorable | 2,800 | Thurber's fescue | 25 | | --- | --- |
| | | Normal | 2,300 | Letterman's needlegrass | 10 | | | |
| | | Unfavorable | 1,800 | nodding brome | 10 | | | |
| | | | | slender wheatgrass | 10 | | | |
| | | | | mule-ears | 5 | | | |
| | | | | shrubby cinquefoil | 5 | | | |
| **55:** | | | | | | | | |
| Lillylands------ | Brushy Loam | Favorable | 3,000 | Gambel's oak | 15 | | --- | --- |
| | | Normal | 2,000 | Saskatoon serviceberry | 10 | | | |
| | | Unfavorable | 1,500 | elk sedge | 10 | | | |
| | | | | mountain brome | 10 | | | |
| | | | | other perennial forbs | 10 | | | |
| | | | | mountain snowberry | 5 | | | |
| | | | | needlegrass | 5 | | | |
| | | | | slender wheatgrass | 5 | | | |
| | | | | western wheatgrass | 5 | | | |
| **56:** | | | | | | | | |
| Mikim----------- | Semidesert Loam | Favorable | 800 | Wyoming big sagebrush | 15 | | --- | --- |
| | | Normal | 600 | galleta | 15 | | | |
| | | Unfavorable | 400 | needleandthread | 15 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |

BLM_0060293

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **57:** | | | | | | | | |
| Minchey--------- | Loamy Saltdesert | Favorable | 800 | Indian ricegrass | 15 | | --- | --- |
| | | Normal | 600 | galleta | 15 | | | |
| | | Unfavorable | 400 | shadscale saltbush | 15 | | | |
| | | | | winterfat | 10 | | | |
| | | | | Wyoming big sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | bud sagebrush | 5 | | | |
| | | | | needleandthread | 5 | | | |
| | | | | other perennial forbs | 5 | | | |
| **58:** | | | | | | | | |
| Mitch----------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Truckee rabbitbrush | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| **59:** | | | | | | | | |
| Mivida---------- | Semidesert Sandy Loam | Favorable | 1,000 | Indian ricegrass | 20 | | --- | --- |
| | | Normal | 850 | fourwing saltbush | 15 | | | |
| | | Unfavorable | 650 | needleandthread | 15 | | | |
| | | | | Wyoming big sagebrush | 10 | | | |
| | | | | ephedra | 10 | | | |
| | | | | galleta | 10 | | | |
| | | | | sand dropseed | 10 | | | |
| **60:** | | | | | | | | |
| Monogram-------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 20 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | needleandthread | 5 | | | |
| | | | | prairie Junegrass | 5 | | | |

BLM_0060294

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **61:** | | | | | | | | |
| Monticello------ | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | green rabbitbrush | 5 | | | |
| Witt------------ | Loamy Foothills | Favorable | 1,500 | western wheatgrass | 25 | | --- | --- |
| | | Normal | 1,100 | muttongrass | 20 | | | |
| | | Unfavorable | 800 | Indian ricegrass | 15 | | | |
| | | | | Wyoming big sagebrush | 15 | | | |
| | | | | needleandthread | 5 | | | |
| **62:** | | | | | | | | |
| Monticello------ | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | green rabbitbrush | 5 | | | |
| Witt------------ | Loamy Foothills | Favorable | 1,500 | western wheatgrass | 25 | | --- | --- |
| | | Normal | 1,100 | muttongrass | 20 | | | |
| | | Unfavorable | 800 | Indian ricegrass | 15 | | | |
| | | | | Wyoming big sagebrush | 15 | | | |
| | | | | needleandthread | 5 | | | |
| **63:** | | | | | | | | |
| Monticello------ | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | green rabbitbrush | 5 | | | |
| Witt------------ | Loamy Foothills | Favorable | 1,500 | western wheatgrass | 25 | | --- | --- |
| | | Normal | 1,100 | muttongrass | 20 | | | |
| | | Unfavorable | 800 | Indian ricegrass | 15 | | | |
| | | | | Wyoming big sagebrush | 15 | | | |
| | | | | needleandthread | 5 | | | |

BLM_0060295

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **64:** | | | | | | | | |
| Narraguinnep---- | Brushy Loam | Favorable | 3,000 | Gambel's oak | 15 | | --- | --- |
| | | Normal | 2,000 | big bluegrass | 10 | | | |
| | | Unfavorable | 1,500 | elk sedge | 10 | | | |
| | | | | mountain brome | 10 | | | |
| | | | | other perennial forbs | 10 | | | |
| | | | | Saskatoon serviceberry | 5 | | | |
| | | | | mountain snowberry | 5 | | | |
| | | | | needlegrass | 5 | | | |
| | | | | slender wheatgrass | 5 | | | |
| | | | | western wheatgrass | 5 | | | |
| **65:** | | | | | | | | |
| Narraguinnep---- | Deep Clay Loam | Favorable | 2,500 | western wheatgrass | 40 | | --- | --- |
| | | Normal | 2,000 | Letterman's needlegrass | 15 | | | |
| | | Unfavorable | 1,500 | mountain big sagebrush | 10 | | | |
| | | | | Saskatoon serviceberry | 5 | | | |
| | | | | muttongrass | 5 | | | |
| | | | | slender wheatgrass | 5 | | | |
| Dapoin---------- | Deep Clay Loam | Favorable | 2,500 | western wheatgrass | 40 | | --- | --- |
| | | Normal | 2,000 | Letterman's needlegrass | 15 | | | |
| | | Unfavorable | 1,500 | mountain big sagebrush | 10 | | | |
| | | | | Saskatoon serviceberry | 5 | | | |
| | | | | muttongrass | 5 | | | |
| | | | | slender wheatgrass | 5 | | | |
| **66:** | | | | | | | | |
| Nortez---------- | Pine Grasslands | Favorable | 1,200 | Arizona fescue | 25 | | ponderosa pine | --- |
| | | Normal | 900 | needleandthread | 15 | | | |
| | | Unfavorable | 750 | Parry's danthonia | 10 | | | |
| | | | | mountain muhly | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | Gambel's oak | 5 | | | |
| | | | | antelope bitterbrush | 5 | | | |
| | | | | mountain big sagebrush | 5 | | | |
| | | | | mountain brome | 5 | | | |
| | | | | ponderosa pine | 5 | | | |
| | | | | prairie Junegrass | 5 | | | |

BLM_0060296

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **67:** | | | | | | | | |
| Nortez---------- | Pine Grasslands | Favorable | 1,200 | Arizona fescue | 25 | | ponderosa pine | --- |
| | | Normal | 900 | needleandthread | 15 | | | |
| | | Unfavorable | 750 | Parry's danthonia | 10 | | | |
| | | | | mountain muhly | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | Gambel's oak | 5 | | | |
| | | | | antelope bitterbrush | 5 | | | |
| | | | | mountain big sagebrush | 5 | | | |
| | | | | mountain brome | 5 | | | |
| | | | | ponderosa pine | 5 | | | |
| | | | | prairie Junegrass | 5 | | | |
| **68:** | | | | | | | | |
| Nortez---------- | Pine Grasslands | Favorable | 1,200 | Arizona fescue | 25 | | ponderosa pine | --- |
| | | Normal | 900 | needleandthread | 15 | | | |
| | | Unfavorable | 750 | Parry's danthonia | 10 | | | |
| | | | | mountain muhly | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | Gambel's oak | 5 | | | |
| | | | | antelope bitterbrush | 5 | | | |
| | | | | mountain big sagebrush | 5 | | | |
| | | | | mountain brome | 5 | | | |
| | | | | ponderosa pine | 5 | | | |
| | | | | prairie Junegrass | 5 | | | |
| Acree---------- | Mountain Loam | Favorable | 1,800 | Arizona fescue | 35 | | --- | --- |
| | | Normal | 1,500 | Parry's danthonia | 15 | | | |
| | | Unfavorable | 1,200 | mountain muhly | 15 | | | |
| | | | | western wheatgrass | 15 | | | |
| | | | | mountain big sagebrush | 10 | | | |
| | | | | nodding brome | 5 | | | |
| | | | | slender wheatgrass | 5 | | | |
| **69:** | | | | | | | | |
| Nortez---------- | Pine Grasslands | Favorable | 1,200 | Arizona fescue | 25 | | ponderosa pine | --- |
| | | Normal | 900 | needleandthread | 15 | | | |
| | | Unfavorable | 750 | Parry's danthonia | 10 | | | |
| | | | | mountain muhly | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | Gambel's oak | 5 | | | |
| | | | | antelope bitterbrush | 5 | | | |
| | | | | mountain big sagebrush | 5 | | | |
| | | | | mountain brome | 5 | | | |
| | | | | ponderosa pine | 5 | | | |
| | | | | prairie Junegrass | 5 | | | |

BLM_0060297

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **69:** | | | | | | | | |
| Fivepine-------- | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 67 |
| | | Normal | 1,200 | mountain muhly | | 15 | Rocky Mountain juniper | --- |
| | | Unfavorable | 600 | prairie Junegrass | | 15 | twoneedle pinyon | --- |
| | | | | elk sedge | | 10 | | |
| | | | | muttongrass | | 10 | | |
| **70:** | | | | | | | | |
| Nunemaker------- | Clayey Foothills | Favorable | 1,200 | Wyoming big sagebrush | 20 | | --- | --- |
| | | Normal | 900 | Indian ricegrass | 5 | | | |
| | | Unfavorable | 600 | bottlebrush squirreltail | 5 | | | |
| | | | | fourwing saltbush | 5 | | | |
| | | | | muttongrass | 5 | | | |
| | | | | yellow rabbitbrush | 5 | | | |
| **71:** | | | | | | | | |
| Nyswonger------- | Foothill Swale | Favorable | 3,000 | basin wildrye | 30 | | --- | --- |
| | | Normal | 2,500 | basin big sagebrush | 20 | | | |
| | | Unfavorable | 2,000 | streambank wheatgrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | fourwing saltbush | 5 | | | |
| **72:** | | | | | | | | |
| Pagoda---------- | Ponderosa Pine | Favorable | 1,500 | Arizona fescue | | 15 | ponderosa pine | 66 |
| | | Normal | 1,200 | Gambel's oak | | 15 | | |
| | | Unfavorable | 1,000 | western wheatgrass | | 15 | | |
| | | | | pine dropseed | | 10 | | |
| | | | | prairie Junegrass | | 10 | | |
| | | | | Fendler's meadowrue | | 5 | | |
| | | | | Utah serviceberry | | 5 | | |
| | | | | bluegrass | | 5 | | |
| | | | | bottlebrush squirreltail | | 5 | | |
| | | | | common snowberry | | 5 | | |
| | | | | mountain muhly | | 5 | | |
| | | | | nodding brome | | 5 | | |
| Coulterg-------- | Ponderosa Pine | Favorable | 300 | Gambel's oak | | 20 | ponderosa pine | 68 |
| | | Normal | 275 | elk sedge | | 10 | | |
| | | Unfavorable | 250 | mountain brome | | 10 | | |
| | | | | slender wheatgrass | | 10 | | |
| | | | | Letterman's needlegrass | | 5 | | |
| | | | | Saskatoon serviceberry | | 5 | | |
| | | | | mountain snowberry | | 5 | | |

BLM_0060298

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **72:** | | | | | | | | |
| Cabba------------ | Ponderosa Pine | Favorable | 1,500 | Gambel's oak | | 20 | ponderosa pine | 70 |
| | | Normal | 1,200 | elk sedge | | 10 | | |
| | | Unfavorable | 1,000 | mountain brome | | 10 | | |
| | | | | slender wheatgrass | | 10 | | |
| | | | | Letterman's needlegrass | | 5 | | |
| | | | | Saskatoon serviceberry | | 5 | | |
| | | | | mountain snowberry | | 5 | | |
| **73:** | | | | | | | | |
| Paradox--------- | Semidesert Sandy Loam | Favorable | 1,000 | Indian ricegrass | 20 | | --- | --- |
| | | Normal | 850 | fourwing saltbush | 15 | | | |
| | | Unfavorable | 650 | needleandthread | 15 | | | |
| | | | | Wyoming big sagebrush | 10 | | | |
| | | | | galleta | 10 | | | |
| | | | | sand dropseed | 10 | | | |
| **74:** | | | | | | | | |
| Persayo--------- | Silty Saltdesert | Favorable | 650 | galleta | 35 | | --- | --- |
| | | Normal | 500 | shadscale saltbush | 15 | | | |
| | | Unfavorable | 400 | Indian ricegrass | 5 | | | |
| | | | | blue grama | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | bud sagebrush | 5 | | | |
| | | | | fourwing saltbush | 5 | | | |
| | | | | saline wildrye | 5 | | | |
| | | | | spiny phlox | 5 | | | |
| | | | | western wheatgrass | 5 | | | |
| | | | | yellow rabbitbrush | 5 | | | |
| Chipeta--------- | Clayey Saltdesert | Favorable | 500 | fourwing saltbush | 15 | | --- | --- |
| | | Normal | 350 | Indian ricegrass | 10 | | | |
| | | Unfavorable | 200 | galleta | 10 | | | |
| | | | | mat saltbush | 10 | | | |
| | | | | shadscale saltbush | 10 | | | |
| | | | | western wheatgrass | 5 | | | |
| **75:** | | | | | | | | |
| Pinon------------ | Pinyon-Juniper | Favorable | 650 | Gambel's oak | | 15 | twoneedle pinyon | 75 |
| | | Normal | 500 | muttongrass | | 15 | Utah juniper | --- |
| | | Unfavorable | 350 | twoneedle pinyon | | 15 | | |
| | | | | Indian ricegrass | | 10 | | |
| | | | | elk sedge | | 10 | | |
| | | | | oneseed juniper | | 10 | | |
| | | | | Saskatoon serviceberry | | 5 | | |
| | | | | true mountain mahogany | | 5 | | |

BLM_0060299

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range- land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| 75: | | | | | | | | |
| Bowdish--------- | Pinyon-Juniper | Favorable | 900 | western wheatgrass | | 30 | twoneedle pinyon | 75 |
| | | Normal | 700 | Wyoming big sagebrush | | 15 | Utah juniper | --- |
| | | Unfavorable | 300 | Indian ricegrass | | 10 | | |
| | | | | bottlebrush squirreltail | | 10 | | |
| | | | | blue grama | | 5 | | |
| | | | | muttongrass | | 5 | | |
| | | | | needleandthread | | 5 | | |
| | | | | prairie Junegrass | | 5 | | |
| Progresso------- | Loamy Foothills | Favorable | 1,500 | muttongrass | 30 | | --- | --- |
| | | Normal | 1,100 | western wheatgrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | Indian ricegrass | 5 | | | |
| | | | | Utah serviceberry | 5 | | | |
| | | | | black sagebrush | 5 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | rabbitbrush | 5 | | | |
| 76: | | | | | | | | |
| Pinon----------- | Pinyon-Juniper | Favorable | 500 | oneseed juniper | | 20 | twoneedle pinyon | 75 |
| | | Normal | 300 | galleta | | 15 | Utah juniper | --- |
| | | Unfavorable | 100 | twoneedle pinyon | | 15 | | |
| | | | | Indian ricegrass | | 5 | | |
| | | | | Wyoming big sagebrush | | 5 | | |
| | | | | saline wildrye | | 5 | | |
| Bowdish--------- | Pinyon-Juniper | Favorable | 900 | western wheatgrass | | 30 | twoneedle pinyon | 75 |
| | | Normal | 700 | Wyoming big sagebrush | | 15 | Utah juniper | --- |
| | | Unfavorable | 300 | Indian ricegrass | | 10 | | |
| | | | | bottlebrush squirreltail | | 10 | | |
| | | | | blue grama | | 5 | | |
| | | | | muttongrass | | 5 | | |
| | | | | needleandthread | | 5 | | |
| | | | | prairie Junegrass | | 5 | | |
| Rock outcrop---- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |

BLM_0060300

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **77:** | | | | | | | | |
| Pinon----------- | Pinyon-Juniper | Favorable | 500 | oneseed juniper | | 20 | twoneedle pinyon | 75 |
| | | Normal | 300 | galleta | | 15 | Utah juniper | --- |
| | | Unfavorable | 100 | twoneedle pinyon | | 15 | | |
| | | | | Indian ricegrass | | 5 | | |
| | | | | Wyoming big sagebrush | | 5 | | |
| | | | | saline wildrye | | 5 | | |
| Progresso------- | Semidesert Loam | Favorable | 800 | galleta | 15 | | --- | --- |
| | | Normal | 600 | Indian ricegrass | 10 | | | |
| | | Unfavorable | 400 | Wyoming big sagebrush | 10 | | | |
| | | | | muttongrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | rabbitbrush | 5 | | | |
| **78:** | | | | | | | | |
| Pinon----------- | Pinyon-Juniper | Favorable | 500 | oneseed juniper | | 20 | twoneedle pinyon | 75 |
| | | Normal | 300 | galleta | | 15 | Utah juniper | --- |
| | | Unfavorable | 100 | twoneedle pinyon | | 15 | | |
| | | | | Indian ricegrass | | 5 | | |
| | | | | Wyoming big sagebrush | | 5 | | |
| | | | | saline wildrye | | 5 | | |
| Ustic Torriorthents-- | Pinyon-Juniper | Favorable | 500 | oneseed juniper | | 20 | Utah juniper | --- |
| | | Normal | 300 | Indian ricegrass | | 15 | twoneedle pinyon | --- |
| | | Unfavorable | 100 | twoneedle pinyon | | 15 | | |
| | | | | blue grama | | 10 | | |
| | | | | bottlebrush squirreltail | | 10 | | |
| | | | | Wyoming big sagebrush | | 5 | | |
| **79:** | | | | | | | | |
| Pojoaque-------- | Pinyon-Juniper | Favorable | 500 | Utah serviceberry | | 20 | Utah juniper | 60 |
| | | Normal | 300 | true mountain mahogany | | 20 | twoneedle pinyon | --- |
| | | Unfavorable | 100 | other shrubs | | 10 | | |
| | | | | Indian ricegrass | | 5 | | |
| | | | | New Mexico feathergrass | | 5 | | |
| | | | | blue grama | | 5 | | |
| | | | | galleta | | 5 | | |
| | | | | other perennial forbs | | 5 | | |
| | | | | other perennial grasses | | 5 | | |

BLM_0060301

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range- land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **79:** | | | | | | | | |
| Chilton--------- | Pinyon-Juniper | Favorable | 500 | Utah serviceberry | | 20 | Utah juniper | --- |
| | | Normal | 300 | true mountain mahogany | | 20 | twoneedle pinyon | --- |
| | | Unfavorable | 100 | other shrubs | | 10 | | |
| | | | | Indian ricegrass | | 5 | | |
| | | | | New Mexico feathergrass | | 5 | | |
| | | | | blue grama | | 5 | | |
| | | | | galleta | | 5 | | |
| | | | | other perennial forbs | | 5 | | |
| | | | | other perennial grasses | | 5 | | |
| **80:** | | | | | | | | |
| Progresso------- | Semidesert Loam | Favorable | 800 | galleta | 15 | | --- | --- |
| | | Normal | 600 | Indian ricegrass | 10 | | | |
| | | Unfavorable | 400 | Wyoming big sagebrush | 10 | | | |
| | | | | muttongrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | rabbitbrush | 5 | | | |
| **81:** | | | | | | | | |
| Progresso------- | Semidesert Loam | Favorable | 800 | galleta | 15 | | --- | --- |
| | | Normal | 600 | Indian ricegrass | 10 | | | |
| | | Unfavorable | 400 | Wyoming big sagebrush | 10 | | | |
| | | | | muttongrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | rabbitbrush | 5 | | | |
| **82:** | | | | | | | | |
| Progresso------- | Semidesert Loam | Favorable | 800 | galleta | 15 | | --- | --- |
| | | Normal | 600 | Indian ricegrass | 10 | | | |
| | | Unfavorable | 400 | Wyoming big sagebrush | 10 | | | |
| | | | | muttongrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| | | | | rabbitbrush | 5 | | | |
| **83:** | | | | | | | | |
| Pulpit---------- | Loamy Foothills | Favorable | 1,500 | western wheatgrass | 30 | | --- | --- |
| | | Normal | 1,100 | muttongrass | 20 | | | |
| | | Unfavorable | 800 | Wyoming big sagebrush | 10 | | | |
| | | | | bottlebrush squirreltail | 5 | | | |
| | | | | needleandthread | 5 | | | |

BLM_0060302

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| 83: | | | | | | | | |
| Bond------------ | Pinyon-Juniper | Favorable | 600 | galleta | | 15 | twoneedle pinyon | 40 |
| | | Normal | 400 | Indian ricegrass | | 10 | Utah juniper | --- |
| | | Unfavorable | 200 | Wyoming big sagebrush | | 10 | | |
| | | | | blue grama | | 10 | | |
| | | | | saline wildrye | | 10 | | |
| | | | | true mountain mahogany | | 10 | | |
| | | | | squaw apple | | 5 | | |
| | | | | twoneedle pinyon | | 5 | | |
| 84: | | | | | | | | |
| Radersburg------ | Loamy Slopes | Favorable | 1,200 | antelope bitterbrush | 15 | | --- | --- |
| | | Normal | 900 | true mountain mahogany | 15 | | | |
| | | Unfavorable | 500 | Indian ricegrass | 10 | | | |
| | | | | Saskatoon serviceberry | 10 | | | |
| | | | | bluebunch wheatgrass | 10 | | | |
| | | | | mountain big sagebrush | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| 85: | | | | | | | | |
| Radersburg------ | Loamy Slopes | Favorable | 1,200 | antelope bitterbrush | 15 | | --- | --- |
| | | Normal | 900 | true mountain mahogany | 15 | | | |
| | | Unfavorable | 500 | Indian ricegrass | 10 | | | |
| | | | | Saskatoon serviceberry | 10 | | | |
| | | | | bluebunch wheatgrass | 10 | | | |
| | | | | mountain big sagebrush | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| 86: | | | | | | | | |
| Redlands-------- | Loamy Saltdesert | Favorable | 800 | Indian ricegrass | 20 | | --- | --- |
| | | Normal | 500 | galleta | 20 | | | |
| | | Unfavorable | 300 | other shrubs | 10 | | | |
| | | | | winterfat | 10 | | | |
| | | | | shadscale saltbush | 8 | | | |
| | | | | bottlebrush squirreltail | 3 | | | |
| | | | | fourwing saltbush | 3 | | | |
| | | | | spiny phlox | 3 | | | |
| | | | | longflower rabbitbrush | 2 | | | |
| | | | | mat saltbush | 2 | | | |
| | | | | saline wildrye | 2 | | | |
| | | | | scarlet globemallow | 2 | | | |
| 87: | | | | | | | | |
| Rock outcrop---- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |

BLM_0060303

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **88:** | | | | | | | | |
| Rock outcrop---- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |
| Orthents-------- | Douglas-fir | Favorable | --- | Indian ricegrass | | 15 | Rocky Mountain Douglas-fir | --- |
| | | Normal | --- | saline wildrye | | 15 | Utah juniper | --- |
| | | Unfavorable | --- | Bigelow's sagebrush | | 10 | ponderosa pine | --- |
| | | | | bottlebrush squirreltail | | 10 | twoneedle pinyon | --- |
| | | | | galleta | | 10 | | |
| | | | | blue grama | | 5 | | |
| | | | | bluebunch wheatgrass | | 5 | | |
| **89:** | | | | | | | | |
| Ryman----------- | Subalpine Loam | Favorable | 3,500 | Thurber's fescue | 30 | | --- | --- |
| | | Normal | 2,800 | Parry's danthonia | 15 | | | |
| | | Unfavorable | 2,000 | Arizona fescue | 10 | | | |
| | | | | Columbia needlegrass | 10 | | | |
| | | | | big bluegrass | 10 | | | |
| | | | | nodding brome | 5 | | | |
| | | | | slender wheatgrass | 5 | | | |
| **90:** | | | | | | | | |
| Ryman----------- | Deep Clay Loam | Favorable | 3,000 | western wheatgrass | 30 | | --- | --- |
| | | Normal | 2,500 | Letterman's needlegrass | 15 | | | |
| | | Unfavorable | 2,000 | muttongrass | 10 | | | |
| | | | | slender wheatgrass | 10 | | | |
| | | | | mountain big sagebrush | 5 | | | |
| | | | | mule-ears | 5 | | | |
| | | | | nodding brome | 5 | | | |
| | | | | scarlet Indian paintbrush | 5 | | | |
| | | | | silvery lupine | 5 | | | |
| | | | | sulphur wildbuckwheat | 5 | | | |
| **91:** | | | | | | | | |
| Ryman----------- | Quaking Aspen | Favorable | 4,000 | elk sedge | | 10 | quaking aspen | 67 |
| | | Normal | 3,000 | slender wheatgrass | | 10 | | |
| | | Unfavorable | 2,000 | Arizona fescue | | 5 | | |
| | | | | Thurber's fescue | | 5 | | |
| | | | | blue wildrye | | 5 | | |
| | | | | mountain brome | | 5 | | |
| | | | | mountain snowberry | | 5 | | |
| | | | | nodding brome | | 5 | | |

BLM_0060304

Table 7.--Ecological sites and characteristic native vegetation--continued

| Map symbol and soil name | Ecological site | Total production | | Characteristic native vegetation | Composition | | Common trees | Site index |
|---|---|---|---|---|---|---|---|---|
| | | Kind of year | Dry weight | | Range-land | Forest | | |
| | | | Lb/acre | | Pct | Pct | | |
| **91:** | | | | | | | | |
| Adel------------ | Quaking Aspen | Favorable | 4,000 | elk sedge | | 10 | quaking aspen | 66 |
| | | Normal | 3,000 | slender wheatgrass | | 10 | | |
| | | Unfavorable | 2,000 | Arizona fescue | | 5 | | |
| | | | | Thurber's fescue | | 5 | | |
| | | | | blue wildrye | | 5 | | |
| | | | | mountain brome | | 5 | | |
| | | | | mountain snowberry | | 5 | | |
| | | | | nodding brome | | 5 | | |
| **92:** | | | | | | | | |
| Sagedale-------- | Mountain Clay Loam | Favorable | 1,500 | western wheatgrass | 20 | | --- | --- |
| | | Normal | 1,000 | Arizona fescue | 15 | | | |
| | | Unfavorable | 750 | Gambel's oak | 10 | | | |
| | | | | mountain muhly | 10 | | | |
| | | | | needlegrass | 10 | | | |
| **93:** | | | | | | | | |
| Sapeha---------- | Loamy Slopes | Favorable | 1,200 | antelope bitterbrush | 15 | | --- | --- |
| | | Normal | 900 | true mountain mahogany | 15 | | | |
| | | Unfavorable | 500 | Indian ricegrass | 10 | | | |
| | | | | Saskatoon serviceberry | 10 | | | |
| | | | | bluebunch wheatgrass | 10 | | | |
| | | | | mountain big sagebrush | 10 | | | |
| | | | | prairie Junegrass | 10 | | | |
| | | | | western wheatgrass | 10 | | | |
| **94:** | | | | | | | | |
| Seitz----------- | Spruce-Fir | Favorable | 300 | slender wheatgrass | | 30 | subalpine fir | 72 |
| | | Normal | 250 | elk sedge | | 20 | Engelmann's spruce | 61 |
| | | Unfavorable | 200 | boxleaf myrtle | | 10 | white fir | 35 |
| | | | | common juniper | | 10 | Rocky Mountain Douglas-fir | --- |
| | | | | | | | quaking aspen | --- |
| **95:** | | | | | | | | |
| Skein----------- | Pinyon-Juniper | Favorable | 500 | black sagebrush | | 20 | twoneedle pinyon | 80 |
| | | Normal | 400 | Indian ricegrass | | 15 | Utah juniper | --- |
| | | Unfavorable | 300 | other shrubs | | 10 | | |
| | | | | saline wildrye | | 10 | | |
| | | | | western wheatgrass | | 10 | | |
| | | | | other perennial forbs | | 5 | | |
| | | | | other perennial grasses | | 5 | | |
| Rock outcrop---- | --- | Favorable | --- | | | | --- | --- |
| | | Normal | --- | | | | | |
| | | Unfavorable | --- | | | | | |