Soil Survey

Table 20.--Soil features--continued

| Map symbol and soil name | Restrictive layer | | | Potential for frost action | Risk of corrosion | |
| | Kind | Depth to top | Hardness | | Uncoated steel | Concrete |
| | | In | | | | |
| 17:<br>  Progresso--------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
| 18:<br>  Begay------------------- | --- | --- | --- | Low | High | Moderate |
| 19:<br>  Beje-------------------- | Bedrock (lithic) | 10-20 | Indurated | Moderate | Moderate | Low |
| 20:<br>  Billings---------------- | --- | --- | --- | Low | High | High |
| 21:<br>  Billings, moist--------- | --- | --- | --- | Low | High | High |
| 22:<br>  Bodot, dry-------------- | Bedrock (paralithic) | 20-40 | Weakly cemented | Low | High | Moderate |
| 23:<br>  Bodot, dry-------------- | Bedrock (paralithic) | 20-40 | Weakly cemented | Low | High | Low |
|   Ustic Torriorthents----- | Bedrock (lithic) | 10-80 | Indurated | Low | Moderate | Low |
| 24:<br>  Bodot, dry-------------- | Bedrock (paralithic) | 20-40 | Weakly cemented | Low | High | Moderate |
|   Zyme, dry--------------- | Bedrock (paralithic) | 10-20 | Weakly cemented | Low | High | Low |
| 25:<br>  Bond-------------------- | Bedrock (lithic) | 10-20 | Indurated | Low | Moderate | Low |
|   Progresso--------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
| 26:<br>  Borolls----------------- | Bedrock (paralithic) | 15-80 | Weakly cemented | Low | Moderate | Low |
|   Rock outcrop------------ | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 27:<br>  Burnac------------------ | --- | --- | --- | Moderate | Moderate | Low |
|   Delson------------------ | --- | --- | --- | Low | Moderate | Low |
| 28:<br>  Burnac------------------ | --- | --- | --- | Moderate | Moderate | Low |
|   Delson------------------ | --- | --- | --- | Low | Moderate | Low |
|   Falcon------------------ | Bedrock (lithic) | 10-20 | Indurated | Low | Low | Low |
| 29:<br>  Bushvalley-------------- | Bedrock (lithic) | 10-20 | Indurated | Moderate | Moderate | Moderate |
|   Nordicol Variant-------- | Bedrock (lithic) | 20-40 | Indurated | Moderate | Moderate | Low |
| 30:<br>  Callan------------------ | --- | --- | --- | Moderate | High | Low |

San Miguel Area, Colorado 491

Table 20.--Soil features--continued

| Map symbol and soil name | Restrictive layer | | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|---|
| | Kind | Depth to top | Hardness | | Uncoated steel | Concrete |
| | | In | | | | |
| 31: | | | | | | |
| Callan----------------- | --- | --- | --- | Moderate | High | Low |
| 32: | | | | | | |
| Callan----------------- | --- | --- | --- | Moderate | High | Low |
| 33: | | | | | | |
| Callan----------------- | --- | --- | --- | Moderate | High | Low |
| Gurley----------------- | Bedrock (lithic) | 20-40 | Indurated | Moderate | High | Low |
| 34: | | | | | | |
| Ceek------------------- | --- | --- | --- | Low | High | Low |
| 35: | | | | | | |
| Clapper---------------- | --- | --- | --- | Low | Moderate | Low |
| 36: | | | | | | |
| Clapper---------------- | --- | --- | --- | Low | Moderate | Low |
| Ustic Torriorthents---- | Bedrock (lithic) | 10-80 | Indurated | Low | Moderate | Low |
| 37: | | | | | | |
| Cryaquolls------------- | --- | --- | --- | High | Moderate | Moderate |
| 38: | | | | | | |
| Evanston--------------- | --- | --- | --- | Low | Moderate | Low |
| 39: | | | | | | |
| Falcon----------------- | Bedrock (lithic) | 10-20 | Indurated | Low | Low | Low |
| Burnac----------------- | --- | --- | --- | Moderate | Moderate | Low |
| Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 40: | | | | | | |
| Farb------------------- | Bedrock (lithic) | 8-15 | Indurated | Low | Moderate | Low |
| Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 41: | | | | | | |
| Fivepine--------------- | Bedrock (lithic) | 10-20 | Indurated | Low | Moderate | Low |
| Nortez----------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
| Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 42: | | | | | | |
| Fivepine--------------- | Bedrock (lithic) | 10-20 | Indurated | Low | Moderate | Low |
| Pino------------------- | Bedrock (lithic) | 20-40 | Indurated | Low | High | Low |
| 43: | | | | | | |
| Fluvaquents------------ | --- | --- | --- | High | High | Moderate |
| 44: | | | | | | |
| Fruitland-------------- | --- | --- | --- | Low | High | Low |
| 45: | | | | | | |
| Gladel----------------- | Bedrock (lithic) | 5-15 | Indurated | Low | High | Low |
| Bond------------------- | Bedrock (lithic) | 6-20 | Indurated | Low | Moderate | Low |
| Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |

BLM_0060553

Soil Survey

Table 20.--Soil features--continued

| Map symbol and soil name | Restrictive layer | | | Potential for frost action | Risk of corrosion | |
| --- | --- | --- | --- | --- | --- | --- |
| | Kind | Depth to top | Hardness | | Uncoated steel | Concrete |
| | | In | | | | |
| 46: | | | | | | |
| Gladel, cool----------- | Bedrock (lithic) | 5-15 | Indurated | Low | High | Low |
| Bond, cool------------- | Bedrock (lithic) | 6-20 | Indurated | Low | Moderate | Low |
| Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 47: | | | | | | |
| Gurley----------------- | Bedrock (lithic) | 20-40 | Indurated | Moderate | High | Low |
| 48: | | | | | | |
| Gurley----------------- | Bedrock (lithic) | 20-40 | Indurated | Moderate | High | Low |
| Skein------------------ | Bedrock (lithic) | 10-20 | Indurated | Low | High | Low |
| 49: | | | | | | |
| Gypsiorthids----------- | Bedrock (paralithic) | 20-80 | Weakly cemented | Low | High | High |
| 50: | | | | | | |
| Gypsum land------------ | --- | --- | --- | None | High | High |
| 51: | | | | | | |
| Haplaquolls------------ | Bedrock (lithic) | 20-80 | Indurated | High | Moderate | Low |
| 52: | | | | | | |
| Killpack--------------- | Bedrock (paralithic) | 20-40 | Weakly cemented | High | High | High |
| Deaver----------------- | Bedrock (paralithic) | 20-40 | Weakly cemented | Low | High | High |
| 53: | | | | | | |
| Leaps------------------ | --- | --- | --- | Low | Moderate | Moderate |
| Hofly------------------ | --- | --- | --- | Low | Moderate | Low |
| 54: | | | | | | |
| Leaps------------------ | --- | --- | --- | Low | Moderate | Moderate |
| Tellura---------------- | --- | --- | --- | Moderate | Moderate | Low |
| 55: | | | | | | |
| Lillylands------------- | --- | --- | --- | Low | Moderate | Low |
| 56: | | | | | | |
| Mikim------------------ | --- | --- | --- | Low | High | Low |
| 57: | | | | | | |
| Minchey---------------- | --- | --- | --- | Moderate | High | Moderate |
| 58: | | | | | | |
| Mitch------------------ | --- | --- | --- | Moderate | Moderate | Low |
| 59: | | | | | | |
| Mivida----------------- | --- | --- | --- | Low | High | Moderate |
| 60: | | | | | | |
| Monogram--------------- | --- | --- | --- | Low | High | Low |
| 61: | | | | | | |
| Monticello------------- | --- | --- | --- | Low | Moderate | Low |
| Witt------------------- | --- | --- | --- | Moderate | High | Low |

San Miguel Area, Colorado                                                                                     493

Table 20.--Soil features--continued

| Map symbol and soil name | Restrictive layer | | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|---|
| | Kind | Depth to top | Hardness | | Uncoated steel | Concrete |
| | | _In_ | | | | |
| 62: | | | | | | |
|   Monticello------------- | --- | --- | --- | Low | Moderate | Low |
|   Witt------------------- | --- | --- | --- | Moderate | High | Low |
| 63: | | | | | | |
|   Monticello------------- | --- | --- | --- | Low | Moderate | Low |
|   Witt------------------- | --- | --- | --- | Moderate | High | Low |
| 64: | | | | | | |
|   Narraguinnep, moist---- | --- | --- | --- | Low | High | Low |
| 65: | | | | | | |
|   Narraguinnep----------- | --- | --- | --- | Low | High | Low |
|   Dapoin----------------- | --- | --- | --- | Low | High | Low |
| 66: | | | | | | |
|   Nortez----------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
| 67: | | | | | | |
|   Nortez----------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
| 68: | | | | | | |
|   Nortez----------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
|   Acree------------------ | --- | --- | --- | Low | High | Moderate |
| 69: | | | | | | |
|   Nortez----------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
|   Fivepine--------------- | Bedrock (lithic) | 10-20 | Indurated | Low | Moderate | Low |
| 70: | | | | | | |
|   Nunemaker-------------- | --- | --- | --- | Low | High | Low |
| 71: | | | | | | |
|   Nyswonger-------------- | --- | --- | --- | Low | High | Low |
| 72: | | | | | | |
|   Pagoda----------------- | --- | --- | --- | Low | High | Low |
|   Coulterg--------------- | --- | --- | --- | Moderate | High | High |
|   Cabba------------------ | Bedrock (paralithic) | 10-20 | Weakly cemented | Moderate | High | Low |
| 73: | | | | | | |
|   Paradox---------------- | --- | --- | --- | Low | High | Low |
| 74: | | | | | | |
|   Persayo---------------- | Bedrock (paralithic) | 10-20 | Weakly cemented | Low | High | Moderate |
|   Chipeta---------------- | Bedrock (paralithic) | 10-20 | Weakly cemented | Low | High | High |
| 75: | | | | | | |
|   Pinon, cool------------ | Bedrock (lithic) | 10-20 | Indurated | Low | Moderate | Low |
|   Bowdish, cool---------- | Bedrock (lithic) | 20-40 | Indurated | Low | High | Moderate |
|   Progresso, cool-------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |

Soil Survey

Table 20.--Soil features--continued

| Map symbol and soil name | Restrictive layer | | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|---|
| | Kind | Depth to top | Hardness | | Uncoated steel | Concrete |
| | | _In_ | | | | |
| 76: | | | | | | |
| Pinon----------------- | Bedrock (lithic) | 10-20 | Indurated | Low | Moderate | Low |
| Bowdish--------------- | Bedrock (lithic) | 20-40 | Indurated | Low | High | Moderate |
| Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 77: | | | | | | |
| Pinon----------------- | Bedrock (lithic) | 10-20 | Indurated | Low | Moderate | Low |
| Progresso-------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
| 78: | | | | | | |
| Pinon----------------- | Bedrock (lithic) | 10-20 | Indurated | Low | Moderate | Low |
| Ustic Torriorthents---- | Bedrock (lithic) | 10-80 | Indurated | Low | Moderate | Low |
| 79: | | | | | | |
| Pojoaque--------------- | --- | --- | --- | Low | Moderate | Low |
| Chilton---------------- | --- | --- | --- | Low | Moderate | Low |
| 80: | | | | | | |
| Progresso-------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
| 81: | | | | | | |
| Progresso-------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
| 82: | | | | | | |
| Progresso-------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
| 83: | | | | | | |
| Pulpit---------------- | Bedrock (lithic) | 20-40 | Indurated | Low | Moderate | Low |
| Bond, cool------------- | Bedrock (lithic) | 10-20 | Indurated | Low | Moderate | Low |
| 84: | | | | | | |
| Radersburg------------- | --- | --- | --- | Low | Moderate | Low |
| 85: | | | | | | |
| Radersburg------------- | --- | --- | --- | Low | Moderate | Low |
| 86: | | | | | | |
| Redlands--------------- | --- | --- | --- | Low | High | Low |
| 87: | | | | | | |
| Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 88: | | | | | | |
| Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| Orthents--------------- | Bedrock (paralithic) | 10-80 | Weakly cemented | Low | Moderate | Low |
| 89: | | | | | | |
| Ryman, dry------------- | --- | --- | --- | Low | Moderate | Low |
| 90: | | | | | | |
| Ryman, warm------------ | --- | --- | --- | Low | Moderate | Low |
| 91: | | | | | | |
| Ryman----------------- | --- | --- | --- | Low | Moderate | Low |
| Adel, moist------------ | --- | --- | --- | Moderate | Moderate | Low |

BLM_0060556

San Miguel Area, Colorado                                                                495

Table 20.--Soil features--continued

| Map symbol and soil name | Restrictive layer | | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|---|
| | Kind | Depth to top | Hardness | | Uncoated steel | Concrete |
| | | In | | | | |
| 92:<br>  Sagedale--------------- | --- | --- | --- | Low | High | Low |
| 93:<br>  Sapeha----------------- | --- | --- | --- | Low | Moderate | Low |
| 94:<br>  Seitz------------------ | --- | --- | --- | Moderate | Moderate | Low |
| 95:<br>  Skein------------------ | Bedrock (lithic) | 10-20 | Indurated | Low | High | Low |
|   Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 96:<br>  Skisams---------------- | Bedrock (lithic) | 8-20 | Indurated | Moderate | High | Low |
|   Bushvalley------------- | Bedrock (lithic) | 10-20 | Indurated | Moderate | Moderate | Moderate |
|   Cryoborolls, moderately<br>    deep----------------- | Bedrock (lithic) | 20-40 | Indurated | Moderate | Moderate | Low |
| 97:<br>  Skisams---------------- | Bedrock (lithic) | 8-20 | Indurated | Moderate | High | Low |
|   Cryoborolls----------- | Bedrock (lithic) | 20-40 | Indurated | Moderate | Moderate | Low |
| 98:<br>  Specie----------------- | --- | --- | --- | Moderate | High | Low |
| 99:<br>  Specie, moist---------- | --- | --- | --- | Moderate | High | Low |
|   Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 100:<br>  Spectacle-------------- | --- | --- | --- | Low | Moderate | Low |
|   Kinesava-------------- | --- | --- | --- | Low | Moderate | Low |
| 101:<br>  Tellura---------------- | --- | --- | --- | Moderate | Moderate | Low |
|   Leaps----------------- | --- | --- | --- | Low | Moderate | Moderate |
| 102:<br>  Typic Torriorthents---- | Bedrock (paralithic) | 2-40 | Weakly cemented | Low | Moderate | Low |
| 103:<br>  Ustic Torriorthents---- | --- | --- | --- | Low | Moderate | Low |
|   Ustochreptic<br>    Calciorthids---------- | --- | --- | --- | Low | Moderate | Low |
| 104:<br>  Vananda---------------- | --- | --- | --- | Low | High | High |
| 105:<br>  Winnett---------------- | --- | --- | --- | Low | High | Low |
| 106:<br>  Winz------------------- | --- | --- | --- | Moderate | Moderate | Low |

BLM_0060557

Soil Survey

Table 20.--Soil features--continued

| Map symbol and soil name | Restrictive layer | | | Potential for frost action | Risk of corrosion | |
|---|---|---|---|---|---|---|
| | Kind | Depth to top | Hardness | | Uncoated steel | Concrete |
| | | _In_ | | | | |
| 106: | | | | | | |
| Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 107: | | | | | | |
| Witt, dry------------- | --- | --- | --- | Moderate | High | Low |
| 108: | | | | | | |
| Wrayha---------------- | --- | --- | --- | Low | High | Low |
| 109: | | | | | | |
| Zoltay---------------- | --- | --- | --- | Moderate | High | Low |
| 110: | | | | | | |
| Zoltay---------------- | --- | --- | --- | Moderate | High | Low |
| 111: | | | | | | |
| Zyme------------------ | Bedrock (paralithic) | 10-20 | Weakly cemented | Low | High | Low |
| Bodot----------------- | Bedrock (paralithic) | 20-40 | Weakly cemented | Low | High | Moderate |
| Rock outcrop----------- | Bedrock (lithic) | 0-0 | Indurated | None | --- | --- |
| 112: | | | | | | |
| Water----------------- | --- | --- | --- | --- | --- | --- |

BLM_0060558

Table 21.--Classification of the soils

(An asterisk in the first column indicates a taxadjunct to the series. See text for a description of those characteristics that are outside the range of the series.)

| Soil name | Family or higher taxonomic class |
|-----------|----------------------------------|
| Abra | Fine-loamy, mixed, mesic Ustollic Calciorthids |
| Ackmen | Fine-silty, mixed, mesic Cumulic Haplustolls |
| Acree | Fine, montmorillonitic Typic Argiborolls |
| Adel | Fine-loamy, mixed Pachic Cryoborolls |
| Aquolls | Aquolls |
| Baird Hollow | Clayey-skeletal, montmorillonitic Cryic Paleborolls |
| Barkelew | Loamy-skeletal, mixed Borollic Calciorthids |
| Barx | Fine-loamy, mixed, mesic Ustollic Haplargids |
| Begay | Coarse-loamy, mixed, mesic Ustollic Camborthids |
| Beje | Loamy, mixed Lithic Argiborolls |
| Billings | Fine-silty, mixed (calcareous), mesic Typic Torrifluvents |
| Bodot | Fine, montmorillonitic (calcareous), mesic Ustic Torriorthents |
| Bond | Loamy, mixed, mesic Lithic Ustollic Haplargids |
| Borolls | Borolls |
| Bowdish | Fine-loamy, mixed, mesic Ustollic Calciorthids |
| Burnac | Fine, montmorillonitic Mollic Eutroboralfs |
| Bushvalley | Loamy-skeletal, mixed Argic Lithic Cryoborolls |
| Cabba | Loamy, mixed (calcareous), frigid, shallow Typic Ustorthents |
| Callan | Fine, mixed Aridic Argiborolls |
| Ceek | Clayey-skeletal, montmorillonitic Mollic Eutroboralfs |
| Chilton | Loamy-skeletal, mixed (calcareous), mesic Ustic Torriorthents |
| Chipeta | Clayey, mixed (calcareous), mesic, shallow Typic Torriorthents |
| Clapper | Loamy-skeletal, mixed, mesic Ustollic Calciorthids |
| Coulterg | Fine-loamy, mixed Typic Haploborolls |
| Cryaquolls | Cryaquolls |
| Cryoborolls | Cryoborolls |
| Dapoin | Fine, montmorillonitic Typic Haploborolls |
| Deaver | Fine, montmorillonitic (calcareous), mesic Typic Torriorthents |
| Delson | Fine, montmorillonitic Typic Argiborolls |
| Emmons | Fine-loamy, mixed Aridic Calciborolls |
| *Evanston | Fine-loamy, mixed Aridic Argiborolls |
| Falcon | Loamy, mixed Lithic Haploborolls |
| Farb | Loamy, mixed (calcareous), mesic Lithic Torriorthents |
| Fivepine | Clayey, montmorillonitic Lithic Argiborolls |
| Fluvaquents | Fluvaquents |
| Fruitland | Coarse-loamy, mixed (calcareous), mesic Typic Torriorthents |
| Gladel | Loamy, mixed (calcareous), mesic Lithic Ustic Torriorthents |
| Gurley | Fine, mixed Aridic Argiborolls |
| Gypsiorthids | Gypsiorthids |
| Haplaquolls | Haplaquolls |
| Hofly | Fine, montmorillonitic Pachic Cryoborolls |
| Killpack | Fine-silty, mixed (calcareous), mesic Typic Torriorthents |
| Kinesava | Fine, mixed Pachic Paleborolls |
| Leaps | Fine, montmorillonitic Typic Cryoborolls |
| Lillylands | Fine, mixed Pachic Haploborolls |
| Mikim | Fine-loamy, mixed (calcareous), mesic Ustic Torriorthents |
| Minchey | Fine-loamy, mixed, mesic Typic Calciorthids |
| Mitch | Fine-silty, mixed Cumulic Haploborolls |
| Mivida | Coarse-loamy, mixed, mesic Ustollic Calciorthids |
| Monogram | Fine-silty, mixed, mesic Ustollic Haplargids |
| Monticello | Fine-silty, mixed, mesic Aridic Argiustolls |
| Narraguinnep | Fine, montmorillonitic Pachic Haploborolls |
| Nordicol | Loamy-skeletal, mixed Cryic Paleborolls |
| Nordicol Variant | Fine-loamy, mixed Cryic Pachic Paleborolls |
| Nortez | Fine, montmorillonitic Typic Argiborolls |
| Nunemaker | Fine, montmorillonitic Borollic Camborthids |
| Nyswonger | Fine-loamy, mixed, mesic Torrifluventic Haplustolls |
| Orthents | Orthents |
| Pagoda | Fine, montmorillonitic Pachic Argiborolls |
| Paradox | Fine-loamy, mixed (calcareous), mesic Ustic Calciorthids |
| Persayo | Loamy, mixed (calcareous), mesic, shallow Typic Torriorthents |

BLM_0060559

498

Table 21.--Classification of the soils--continued

| Soil name | Family or higher taxonomic class |
|---|---|
| Pino-------------------- | Fine, mixed Typic Argiborolls |
| *Pinon-------------------- | Loamy, mixed, mesic Lithic Ustollic Calciorthids |
| Pojoaque----------------- | Fine-loamy, mixed (calcareous), mesic Ustic Torriorthents |
| Progresso---------------- | Fine-loamy, mixed, mesic Ustollic Haplargids |
| Pulpit------------------- | Fine-silty, mixed, mesic Ustollic Haplargids |
| Radersburg--------------- | Clayey-skeletal, mixed Aridic Argiborolls |
| Redlands----------------- | Fine-loamy, mixed, mesic Typic Haplargids |
| Ryman-------------------- | Fine, mixed Pachic Cryoborolls |
| Sagedale----------------- | Fine, montmorillonitic, frigid Typic Ustochrepts |
| Sapeha------------------- | Clayey-skeletal, mixed Typic Haploborolls |
| Seitz-------------------- | Clayey-skeletal, montmorillonitic Typic Cryoboralfs |
| Skein-------------------- | Loamy, mixed Borollic Lithic Calciorthids |
| Skisams------------------ | Loamy, mixed Lithic Cryoborolls |
| Specie------------------- | Loamy-skeletal, mixed (calcareous), frigid Typic Ustorthents |
| Spectacle---------------- | Clayey-skeletal, mixed Pachic Argiborolls |
| Tellura------------------ | Clayey-skeletal, montmorillonitic Argic Cryoborolls |
| Typic Torriorthents------ | Typic Torriorthents |
| Ustic Torriorthents------ | Ustic Torriorthents |
| Ustochreptic Calciorthids------------ | Ustochreptic Calciorthids |
| Vananda------------------ | Fine, montmorillonitic (calcareous), mesic Ustic Torriorthents |
| Winnett------------------ | Fine, montmorillonitic, mesic Ustollic Natrargids |
| Winz--------------------- | Clayey-skeletal, montmorillonitic Mollic Cryoboralfs |
| Witt--------------------- | Fine-silty, mixed, mesic Ustollic Haplargids |
| Wrayha------------------- | Fine, montmorillonitic (calcareous), frigid Ustic Torriorthents |
| Zoltay------------------- | Fine, montmorillonitic Pachic Argiborolls |
| Zyme--------------------- | Clayey, montmorillonitic (calcareous), mesic, shallow Ustic Torriorthents |

# NRCS Accessibility Statement

The Natural Resources Conservation Service (NRCS) is committed to making its information accessible to all of its customers and employees. If you are experiencing accessibility issues and need assistance, please contact our Helpdesk by phone at 1-800-457-3642 or by e-mail at ServiceDesk-FTC@ftc.usda.gov. For assistance with publications that include maps, graphs, or similar forms of information, you may also wish to contact our State or local office. You can locate the correct office and phone number at http://offices.sc.egov.usda.gov/locator/app.

BLM_0060561

United States
Department of
Agriculture

**Natural
Resources
Conservation
Service**

**Part 630 Hydrology
National Engineering Handbook**

# Chapter 7    Hydrologic Soil Groups



BLM_0060562

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 12 of 279

Issued January 2009

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250–9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

BLM_0060563

# Acknowledgments

Chapter 7 was originally prepared by **Victor Mockus** (retired) and reprinted with minor revisions in 1972. This version was prepared by the U.S. Department of Agriculture, Natural Resources Conservation Service (NRCS) under guidance of **Jon Werner** (retired), NRCS; with assistance from **Donald E. Woodward** (retired), NRCS; **Robert Nielsen** (retired), NRCS; **Robert Dobos**, soil scientist, NRCS; and **Allen Hjelmfelt** (retired), Agricultural Research Service. It was finalized under the guidance of **Claudia C. Hoeft**, national hydraulic engineer.

BLM_0060564

BLM_0060565

# Preface

This chapter of the National Engineering Handbook (NEH) Part 630, Hydrology, represents a multi-year collaboration between soil scientists at the National Soil Survey Center (NSSC) and engineers in the Conservation Engineering Division (CED) at National Headquarters to develop an agreed upon model for classifying hydrologic soil groups.

This chapter contains the official definitions of the various hydrologic soil groups. The National Soil Survey Handbook (NSSH) references and refers users to NEH630.07 as the official hydrologic soil group (HSG) reference. Updating the hydrologic soil groups was originally planned and developed based on this perspective.

Listing HSGs by soil map unit component and not by soil series is a new concept for the engineers. Past engineering references contained lists of HSGs by soil series. Soil series are continually being defined and re-defined, and the list of soil series names changes so frequently as to make the task of maintaining a single national list virtually impossible. Therefore, no such lists will be maintained. All such references are obsolete and their use should be discontinued.

Instructions for obtaining HSG information can be found in the introduction of this chapter.

BLM_0060566

BLM_0060567

# Chapter 7     Hydrologic Soil Groups

Contents:

**630.0700** **Introduction**    7–1

**630.0701** **Hydrologic soil groups**    7–1

**630.0702** **Disturbed soils**    7–5

**630.0703** **References**    7–5

Tables    **Table 7–1**    Criteria for assignment of hydrologic soil group    7–4
(HSG)

BLM_0060568

BLM_0060569

# Chapter 7 Hydrologic Soil Groups

## 630.0700 Introduction

This chapter defines four hydrologic soil groups, or HSGs, that, along with land use, management practices, and hydrologic conditions, determine a soil's associated runoff curve number (NEH630.09). Runoff curve numbers are used to estimate direct runoff from rainfall (NEH630.10).

A map unit is a collection of areas defined and named the same in terms of their soil components or miscellaneous areas or both (NSSH 627.03). Soil scientists assign map unit components to hydrologic soil groups. Map unit components assigned to a specific hydrologic soil group have similar physical and runoff characteristics. Soils in the United States, its territories, and Puerto Rico have been assigned to hydrologic soil groups. The assigned groups can be found by consulting the Natural Resources Conservation Service's (NRCS) Field Office Technical Guide; published soil survey data bases; the NRCS Soil Data Mart Web site (*http://soildatamart.nrcs.usda.gov/*); and/or the Web Soil Survey Web site (*http://websoilsurvey.nrcs.usda.gov/*).

The NRCS State soil scientist should be contacted if a soil survey does not exist for a given area or where the soils within a watershed have not been assigned to hydrologic groups.

## 630.0701 Hydrologic soil groups

Soils were originally assigned to hydrologic soil groups based on measured rainfall, runoff, and infiltrometer data (Musgrave 1955). Since the initial work was done to establish these groupings, assignment of soils to hydrologic soil groups has been based on the judgment of soil scientists. Assignments are made based on comparison of the characteristics of unclassified soil profiles with profiles of soils already placed into hydrologic soil groups. Most of the groupings are based on the premise that soils found within a climatic region that are similar in depth to a restrictive layer or water table, transmission rate of water, texture, structure, and degree of swelling when saturated, will have similar runoff responses. The classes are based on the following factors:

- intake and transmission of water under the conditions of maximum yearly wetness (thoroughly wet)
- soil not frozen
- bare soil surface
- maximum swelling of expansive clays

The slope of the soil surface is not considered when assigning hydrologic soil groups.

In its simplest form, hydrologic soil group is determined by the water transmitting soil layer with the lowest saturated hydraulic conductivity and depth to any layer that is more or less water impermeable (such as a fragipan or duripan) or depth to a water table (if present). The least transmissive layer can be any soil horizon that transmits water at a slower rate relative to those horizons above or below it. For example, a layer having a saturated hydraulic conductivity of 9.0 micrometers per second (1.3 inches per hour) is the least transmissive layer in a soil if the layers above and below it have a saturated hydraulic conductivity of 23 micrometers per second (3.3 inches per hour).

Water impermeable soil layers are among those types of layers recorded in the component restriction table of the National Soil Information System (NASIS) database. The saturated hydraulic conductivity of an impermeable or nearly impermeable layer may range

BLM_0060570

from essentially 0 micrometers per second (0 inches per hour) to 0.9 micrometers per second (0.1 inches per hour). For simplicity, either case is considered impermeable for hydrologic soil group purposes. In some cases, saturated hydraulic conductivity (a quantitatively measured characteristic) data are not always readily available or obtainable. In these situations, other soil properties such as texture, compaction (bulk density), strength of soil structure, clay mineralogy, and organic matter are used to estimate water movement. Table 7–1 relates saturated hydraulic conductivity to hydrologic soil group.

**The four hydrologic soil groups (HSGs) are described as:**

*Group A*—Soils in this group have low runoff potential when thoroughly wet. Water is transmitted freely through the soil. Group A soils typically have less than 10 percent clay and more than 90 percent sand or gravel and have gravel or sand textures. Some soils having loamy sand, sandy loam, loam or silt loam textures may be placed in this group if they are well aggregated, of low bulk density, or contain greater than 35 percent rock fragments.

The limits on the diagnostic physical characteristics of group A are as follows. The saturated hydraulic conductivity of all soil layers exceeds 40.0 micrometers per second (5.67 inches per hour). The depth to any water impermeable layer is greater than 50 centimeters [20 inches]. The depth to the water table is greater than 60 centimeters [24 inches]. Soils that are deeper than 100 centimeters [40 inches] to a water impermeable layer and a water table are in group A if the saturated hydraulic conductivity of all soil layers within 100 centimeters [40 inches] of the surface exceeds 10 micrometers per second (1.42 inches per hour).

*Group B*—Soils in this group have moderately low runoff potential when thoroughly wet. Water transmission through the soil is unimpeded. Group B soils typically have between 10 percent and 20 percent clay and 50 percent to 90 percent sand and have loamy sand or sandy loam textures. Some soils having loam, silt loam, silt, or sandy clay loam textures may be placed in this group if they are well aggregated, of low bulk density, or contain greater than 35 percent rock fragments.

The limits on the diagnostic physical characteristics of group B are as follows. The saturated hydraulic

conductivity in the least transmissive layer between the surface and 50 centimeters [20 inches] ranges from 10.0 micrometers per second (1.42 inches per hour) to 40.0 micrometers per second (5.67 inches per hour). The depth to any water impermeable layer is greater than 50 centimeters [20 inches]. The depth to the water table is greater than 60 centimeters [24 inches]. Soils that are deeper than 100 centimeters [40 inches] to a water impermeable layer and a water table are in group B if the saturated hydraulic conductivity of all soil layers within 100 centimeters [40 inches] of the surface exceeds 4.0 micrometers per second (0.57 inches per hour) but is less than 10.0 micrometers per second (1.42 inches per hour).

*Group C*—Soils in this group have moderately high runoff potential when thoroughly wet. Water transmission through the soil is somewhat restricted. Group C soils typically have between 20 percent and 40 percent clay and less than 50 percent sand and have loam, silt loam, sandy clay loam, clay loam, and silty clay loam textures. Some soils having clay, silty clay, or sandy clay textures may be placed in this group if they are well aggregated, of low bulk density, or contain greater than 35 percent rock fragments.

The limits on the diagnostic physical characteristics of group C are as follows. The saturated hydraulic conductivity in the least transmissive layer between the surface and 50 centimeters [20 inches] is between 1.0 micrometers per second (0.14 inches per hour) and 10.0 micrometers per second (1.42 inches per hour). The depth to any water impermeable layer is greater than 50 centimeters [20 inches]. The depth to the water table is greater than 60 centimeters [24 inches]. Soils that are deeper than 100 centimeters [40 inches] to a restriction and a water table are in group C if the saturated hydraulic conductivity of all soil layers within 100 centimeters [40 inches] of the surface exceeds 0.40 micrometers per second (0.06 inches per hour) but is less than 4.0 micrometers per second (0.57 inches per hour).

*Group D*—Soils in this group have high runoff potential when thoroughly wet. Water movement through the soil is restricted or very restricted. Group D soils typically have greater than 40 percent clay, less than 50 percent sand, and have clayey textures. In some areas, they also have high shrink-swell potential. All soils with a depth to a water impermeable layer less than 50 centimeters [20 inches] and all soils with a water table

BLM_0060571

within 60 centimeters [24 inches] of the surface are in this group, although some may have a dual classification, as described in the next section, if they can be adequately drained.

The limits on the physical diagnostic characteristics of group D are as follows. For soils with a water impermeable layer at a depth between 50 centimeters and 100 centimeters [20 and 40 inches], the saturated hydraulic conductivity in the least transmissive soil layer is less than or equal to 1.0 micrometers per second (0.14 inches per hour). For soils that are deeper than 100 centimeters [40 inches] to a restriction or water table, the saturated hydraulic conductivity of all soil layers within 100 centimeters [40 inches] of the surface is less than or equal to 0.40 micrometers per second (0.06 inches per hour).

*Dual hydrologic soil groups*—Certain wet soils are placed in group D based solely on the presence of a water table within 60 centimeters [24 inches] of the surface even though the saturated hydraulic conductivity may be favorable for water transmission. If these soils can be adequately drained, then they are assigned to dual hydrologic soil groups (A/D, B/D, and C/D) based on their saturated hydraulic conductivity and the water table depth when drained. The first letter applies to the drained condition and the second to the undrained condition. For the purpose of hydrologic soil group, adequately drained means that the seasonal high water table is kept at least 60 centimeters [24 inches] below the surface in a soil where it would be higher in a natural state.

*Matrix of hydrologic soil group assignment criteria*—The decision matrix in table 7–1 can be used to determine a soil's hydrologic soil group. If saturated hydraulic conductivity data are available and deemed to be reliable, then these data, along with water table depth information, should be used to place the soil into the appropriate hydrologic soil group. If these data are not available, the hydrologic soil group is determined by observing the properties of the soil in the field. Factors such as texture, compaction (bulk density), strength of soil structure, clay mineralogy, and organic matter are considered in estimating the hydraulic conductivity of each layer in the soil profile. The depth and hydraulic conductivity of any water impermeable layer and the depth to any high water table are used to determine correct hydrologic soil group for the soil. The property that is most limiting to water movement generally determines the soil's hydrologic group. In anomalous situations, when adjustments to hydrologic soil group become necessary, they shall be made by the NRCS State soil scientist in consultation with the State conservation engineer.

BLM_0060572

**Table 7–1**   Criteria for assignment of hydrologic soil group (HSG)

| Depth to water impermeable layer [1] | Depth to high water table [2] | K$_{sat}$ of least transmissive layer in depth range | K$_{sat}$ depth range | HSG [3] |
|---|---|---|---|---|
| <50 cm [<20 in] | — | — | — | D |
| 50 to 100 cm [20 to 40 in] | <60 cm [<24 in] | >40.0 µm/s (>5.67 in/h) | 0 to 60 cm [0 to 24 in] | A/D |
| | | >10.0 to ≤40.0 µm/s (>1.42 to ≤5.67 in/h) | 0 to 60 cm [0 to 24 in] | B/D |
| | | >1.0 to ≤10.0 µm/s (>0.14 to ≤1.42 in/h) | 0 to 60 cm [0 to 24 in] | C/D |
| | | ≤1.0 µm/s (≤0.14 in/h) | 0 to 60 cm [0 to 24 in] | D |
| | ≥60 cm [≥24 in] | >40.0 µm/s (>5.67 in/h) | 0 to 50 cm [0 to 20 in] | A |
| | | >10.0 to ≤40.0 µm/s (>1.42 to ≤5.67 in/h) | 0 to 50 cm [0 to 20 in] | B |
| | | >1.0 to ≤10.0 µm/s (>0.14 to ≤1.42 in/h) | 0 to 50 cm [0 to 20 in] | C |
| | | ≤1.0 µm/s (≤0.14 in/h) | 0 to 50 cm [0 to 20 in] | D |
| >100 cm [>40 in] | <60 cm [<24 in] | >10.0 µm/s (>1.42 in/h) | 0 to 100 cm [0 to 40 in] | A/D |
| | | >4.0 to ≤10.0 µm/s (>0.57 to ≤1.42 in/h) | 0 to 100 cm [0 to 40 in] | B/D |
| | | >0.40 to ≤4.0 µm/s (>0.06 to ≤0.57 in/h) | 0 to 100 cm [0 to 40 in] | C/D |
| | | ≤0.40 µm/s (≤0.06 in/h) | 0 to 100 cm [0 to 40 in] | D |
| | 60 to 100 cm [24 to 40 in] | >40.0 µm/s (>5.67 in/h) | 0 to 50 cm [0 to 20 in] | A |
| | | >10.0 to ≤40.0 µm/s (>1.42 to ≤5.67 in/h) | 0 to 50 cm [0 to 20 in] | B |
| | | >1.0 to ≤10.0 µm/s (>0.14 to ≤1.42 in/h) | 0 to 50 cm [0 to 20 in] | C |
| | | ≤1.0 µm/s (≤0.14 in/h) | 0 to 50 cm [0 to 20 in] | D |
| | >100 cm [>40 in] | >10.0 µm/s (>1.42 in/h) | 0 to 100 cm [0 to 40 in] | A |
| | | >4.0 to ≤ 10.0 µm/s (>0.57 to ≤1.42 in/h) | 0 to 100 cm [0 to 40 in] | B |
| | | >0.40 to ≤4.0 µm/s (>0.06 to ≤0.57 in/h) | 0 to 100 cm [0 to 40 in] | C |
| | | ≤0.40 µm/s (≤0.06 in/h) | 0 to 100 cm [0 to 40 in] | D |

1/ An impermeable layer has a K$_{sat}$ less than 0.01 µm/s [0.0014 in/h] or a component restriction of fragipan; duripan; petrocalcic; orstein; petrogypsic; cemented horizon; densic material; placic; bedrock, paralithic; bedrock, lithic; bedrock, densic; or permafrost.

2/ High water table during any month during the year.

3/ Dual HSG classes are applied only for wet soils (water table less than 60 cm [24 in]). If these soils can be drained, a less restrictive HSG can be assigned, depending on the K$_{sat}$.

BLM_0060573

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 23 of 279

# 630.0702  Disturbed soils

As a result of construction and other disturbances, the soil profile can be altered from its natural state and the listed group assignments generally no longer apply, nor can any supposition based on the natural soil be made that will accurately describe the hydrologic properties of the disturbed soil. In these circumstances, an onsite investigation should be made to determine the hydrologic soil group. A general set of guidelines for estimating saturated hydraulic conductivity from field observable characteristics is presented in the Soil Survey Manual (Soil Survey Staff 1993).

# 630.0703  References

Musgrave, G.W. 1955. How much of the rain enters the soil? *In* Water: U.S. Department of Agriculture. Yearbook. Washington, DC. pp. 151–159.

Nielsen, R.D., and A.T. Hjelmfelt. 1998. Hydrologic soil group assessment. Water Resources Engineering 98. *In* Abt, Young-Pezeshk, and Watson (eds.), Proc. of Internat. Water Resources Eng. Conf., Am. Soc. Civil Engr: pp. 1297–1302.

Rawls, W.J., and D.L. Brakensiek. 1983. A procedure to predict Green-Ampt infiltration parameters. In Advances in infiltration. Proc. of the National Conference on Advances in Infiltration. Chicago, IL.

U.S. Department of Agriculture, Natural Resources Conservation Service. 1993. Soil Survey Manual. Agricultural Handbook No. 18, chapter 3. U.S. Government Printing Office, Washington, DC.

U.S. Department of Agriculture, Natural Resources Conservation Service. 1993. National Engineering Handbook, title 210–VI. Part 630, chapters 9 and 10. Washington, DC. Available online at *http://directives.sc.egov.usda.gov/*.

U.S. Department of Agriculture, Natural Resources Conservation Service. 2005. National Soil Survey Handbook, title 430–VI. Washington, DC. Available online at *http://soils.usda.gov/technical/handbook/*.

BLM_0060574

# Motive-Based Tourist Market Segmentation: An Application to Native American Cultural Heritage Sites in Arizona, USA

*Gyan P. Nyaupane, Dave D. White and Megha Budruk*
*School of Community Resources and Development, Arizona State University, 411 N. Central Ave, Ste 550, Phoenix, AZ 85004-0690, USA*

This paper utilises a motive-based segmentation to understand tourists to cultural heritage sites in Arizona, USA. The data for this study were collected through mail survey from a representative sample of 671 tourists to three Native American cultural heritage sites. Using cluster analysis based upon motives for cultural history learning, three distinct segments were found: (1) 'culture-focused,' (2) 'culture-attentive' and (3) 'culture-appreciative' tourists. These groups differed significantly in terms of behaviour, experience and interpretation. The culture-focused segments spent longer at the sites, stayed more nights away from home, considered visiting archeological sites as their primary activity, and placed more importance on interpretation. In addition, the culture-focused groups were more satisfied with their trip, appreciated the preservation of archeological resources and reported more learning experiences. Overall, the study supports the notion that heterogeneity exists within cultural heritage tourist markets. Implications of these findings in conceptualisation, management and marketing cultural heritage tourism are discussed.

*doi: 10.2167/jht010.0*

**Keywords:** market segmentation, Native American sites, National Park Service, cultural heritage tourism, cultural heritage management, motivation

## Introduction

There is increasing recognition of the importance of culture and heritage for tourist motivations, behaviours and experiences. Estimates vary based upon definitions, but statistics indicate the potential significance of cultural tourism in the global market. For instance, the World Tourism Organization (WTO) estimates that cultural tourism accounts for 37% of all tourist trips (McKercher, 2002). According to Travel Industry Association (TIA) statistics, the cultural tourism market increased 10% from 1996 to 2000 and accounted for 14% of all tourism activities in the United States during that period (Advisory Council on Historic Preservation, 2002). TIA statistics also indicate that two-thirds of US adult travellers included culture or heritage on a trip in 2001 and millions of travellers lengthened their trips because of culture or heritage. In a Lou Harris poll by Travel and Leisure Magazine (see Silberberg, 1995), 88% of frequent travellers in the 1990s said that understanding culture was important when planning a trip, up from 48% in the 1980s. Cultural tourism

BLM_0060575

is especially significant for some US states such as Arizona, where according to one estimate more than half of all tourists visit historic sites (Shilling, 2000).

Although these statistics indicate the potential size of the cultural tourism market, such estimates are often based upon the assumption that all tourists visiting at least one cultural attraction, including art galleries, museums, historic sites, arts and crafts festivals, concerts and archaeological ruins, constitute cultural tourism (Advisory Council on Historic Preservation, 2002). Many studies of cultural tourism focus on documenting the size of the market, rather than examining the nuances that may exist (McKercher, 2002), which may limit understanding of important niches (Hughes & Allen, 2005). One reason cultural tourism remains poorly understood is that the early stage of research focused explicitly on the motives of tourists who visit cultural heritage destinations.

To explore heterogeneity within tourism markets, researchers and industry analysts may use several market segmentation approaches. This study utilised motive-based segmentation to understand tourists to three cultural heritage sites in Arizona. It begins with a review of cultural tourism literature, focusing on issues of definition, which is followed by a synopsis of market segmentation, with an emphasis on the motive-based approach. To provide a context for our study, we then review the history of the Sinagua, a Native American tribe that inhabited the Verde Valley of Arizona from about 900–1400 AD. Our study was conducted at three Sinagua cultural heritage sites that were preserved in the early 20th century by the US National Park Service (NPS). We go on to describe the mail survey methods used to collect data from a representative stratified random sample of 671 visitors to three NPS cultural heritage sites associated with the Sinagua: Montezuma Castle National Monument, Montezuma Well and Tuzigoot National Monument. In the results section we present three segments of cultural heritage tourists, classified by their level of motivation for learning about and experiencing cultural heritage. The findings include significant differences between the three groups in terms of recreation behaviours, emotional and learning experiences and interests in educational facilities, programmes and services. In the discussion, we place our findings in the context of cultural heritage tourism and market segmentation research. Finally, we conclude with some recommendations about the implications of our study for marketing efforts and site management.

## Definitions of Cultural Heritage Tourism

Heritage is often linked to the past and associated with an inheritance by one generation from another. Timothy and Boyd (2003: 4) summarise the meaning of heritage by stating that 'heritage is not simply the past, but the modern-day use of elements of the past'. Within the tourism field, heritage has been used in both the natural and cultural contexts (Chhabra *et al.*, 2003; Garrod & Fyall, 2001; Timothy & Boyd, 2003). Natural heritage refers to natural elements such as rivers, mountains, wilderness areas, national parks and other protected areas that are inherited through generations. Cultural heritage refers to tangibles such as historic buildings and structures, monuments and architectural remnants, as well as intangibles such as philosophies, traditions, values, ceremonies and art forms (Nuryanti, 1996; Prentice, 1993).

Research on cultural tourism (of which cultural heritage tourism is a part) remains fairly young (McKercher, 2002). The term cultural tourism still lacks a single accepted definition within the tourism literature (Aluza *et al.*, 1998; Hughes, 2002). Often, the meanings associated with cultural tourism vary based on the backgrounds and perceptions of those employing this term. Heritage managers and others involved with the supply of heritage tourism experiences often define cultural tourism based on a 'curatorial' approach. A study by Garrod and Fyall (2000) indicated that heritage managers consider conservation to be the most important mission of heritage places. Secondary to this were missions such as education and recreation – relating to contemporary use of the site.

On the other hand, definitions of cultural heritage tourism from a demand-side perspective, place more emphasis on visitors. According to this perspective, cultural tourism is defined from the standpoint of those who visit a cultural heritage site regardless of the objectives for visiting (McKercher, 2002; Ryan & Huyton, 2000). This is reflected in a number of studies where activities and visits to heritage sites, arts, music venues, theatres, festivals and fairs, zoos and national parks, and cultural events are all labelled as forms of cultural tourism (McDougall, 1998; McKercher, 2002). Ondimu (2002: 1036) focused on experiencing lifestyles, and defined cultural tourism as 'that which is geared towards seeing a people's lifestyles in the past and present'.

A motivation-based definition, which is derived from a demand-side perspective, has the potential to differentiate between different types of tourists and enable a more precise understanding of cultural tourism (Garrod & Fyall, 2001; Richards, 1999). An increased focus on the motives and experiences of tourists visiting these cultural heritage sites may add to the discussion about the meaning of culture and heritage in tourism contexts. In the next section, we review several key approaches to market segmentation, which is one strategy available for understanding and classifying tourists and thus increasing understanding of cultural heritage tourism.

## Tourist Market Segmentation

Market segmentation is a tool to identify target segments, which aids in understanding tourists' relationship with the attractions (Bloom, 2005). Segmentation provides a basis for product development, promotion and management, and emphasises that the same product can be experienced in different ways (Prentice *et al.*, 1998). Market segmentation can be defined as 'the act of dividing a market into distinct and meaningful groups of buyers who might warrant separate products and/or marketing mixes' (Loker & Perdue, 1992: 30). Tourist markets have been segmented based on psychographics (Chandler & Costello, 2002; Plog, 2001), activities (Jeffrey & Xie, 1995), demographics (Cha *et al.*, 1995), lifestyle (Vyncke, 2002), emotions (Bigne & Andreu, 2004), involvement (Fesenmaier & Johnson, 1989) and benefits or motivations (Cha *et al.*, 1995; Loker & Perdue, 1992; McKercher, 2002; McKercher & du Cros, 2003; Ryan & Huyton, 2000). These approaches are not mutually exclusive, and some studies have multiple indexes (e.g. Kerstetter *et al.*, 2001; McKercher, 2002; McKercher & du Cros, 2003; Prentice

BLM_0060577

*et al.*, 1998). Among these, the most prominent approaches use psychographics, activities and demographics, and motivation.

Psychographic approaches use values, interests, opinions, personality and other individual characteristics and traits for segmentation (Chandler & Costello, 2002). Plog's (2001) psychographic model has had significant impact on the travel and tourism industry and has been widely cited in tourism research (Chandler & Costello, 2002). Plog's model segmented tourists along a spectrum ranging from 'allocentric' (adventure-seeking, preferring the exotic) to 'psychocentric' (safety-seeking, preferring the familiar). Plog's psychographic model, however, has been criticised for downplaying subjective interpretations of the meanings of adventure and safety for individuals.

Demographic and activity-based segmentation has been widely used. For example, Cha *et al.* (1995) used age and education to segment Japanese travellers. Jeffery and Xiao (1995) used holiday activities for segmenting the United Kingdom market to China. There are, however, limitations for profiling tourists using this method. Several authors (e.g. Prentice *et al.*, 1998; Ryan & Huyton, 2000) have found socio-demographic variables and activities to have limited segmentation value because demographics and activities do not distinguish between highly motivated tourists and those who incidentally visit cultural sites (Acott *et al.*, 1998; McKercher, 2002). Motivation may be more effective for understanding and predicting tourist behaviours, experiences and satisfaction (McKercher, 2002; Prentice *et al.*, 1998).

Motive-based segmentation is increasing in popularity because this approach accounts for the reasons tourists visit the site and is more sensitive to subjective experiences (McKercher, 2002; Prentice *et al.*, 1998). Furthermore, understanding tourists' motives aids in predicting behaviours better than personality, lifestyle, demographic and geographic measures (Haley, 1968; Loker & Perdue, 1992; Young *et al.*, 1980). Motive-based segmentation is advantageous because it is consumer-centred and thus embraces the consumers' needs, expectations, and experiences (Apostolakis, 2003).

Silberberg (1995) indicated in his 'concentric model' that cultural heritage tourists to cities can be segmented into four groups based on their level of culture-specific motivation. The first group, tourists 'greatly motivated' by culture, was a small overall percentage with higher education and income. The second group was motivated 'in part' by culture. For the third group, culture was an 'adjunct' to another primary motivation. The fourth group, 'accidental cultural tourists' did not intend to go to cultural attractions, but visited because either their friends and relatives took them or these attractions were close to their accommodation.

In a study of tourists visiting Aboriginal heritage sites in Australia, Ryan and Huyton (2000) identified seven clusters using an abbreviated version of the Leisure Motivation Scale (Beard & Ragheb, 1983) that consisted of 28 items measuring the motivational attributes of intellectual gain, social interaction, physical challenge and relaxation needs. Ryan and Huyton's (2000: 80) study noted distinctions among clusters, highlighting heterogeneity in the market and showing that the information-seeking tourists were interested in broad natural and cultural heritage themes in the territory, and were not 'simply "cultural tourists"'.

McKercher (2002) proposed five market segments of cultural tourists based on two dimensions: the importance of cultural motives (centrality) and depth of experience. The segments included the purposeful cultural tourist (high centrality/deep experience), the sightseeing cultural tourist (high centrality/ shallow experience), the casual cultural tourist (modest centrality/shallow experience), the incidental cultural tourists (low centrality/shallow experience) and the serendipitous cultural tourist (low centrality/deep experience). McKercher's study, however, used a single variable for measuring centrality and single variable for measuring depth, which the author admitted as a limitation and suggested using a more sophisticated set of variables. In a subsequent study, McKercher and du Cros (2003) extended the earlier research and evaluated the five-segment model using multiple semantic differential statements for both motivation and experience/activity, although the paper does not explain the segmentation approach. McKercher and du Cros found significant differences in three statements for motivations (educational/recreation, grow personally/relax, and learning culture/visit friends and relatives) and four statements for experiences (shopping/visiting museums, visiting well known/obscure sites, shopping at local markets/shops selling brand name goods, researching the destination before visit/do not research). Although these items were significant, the pattern does not fully support the model. For example, casual and sightseeing tourists have higher scores than serendipitous tourists for two experience items, visiting local markets and researching the destination in depth before the visit. In addition, unlike the proposed model, education and culture reasons were more important for serendipitous tourists than sightseeing tourists.

Prentice *et al.* (1998) identified five segments of visitors to urban heritage parks using a cluster analysis of multiple experience and benefit items, and found mixed results. Although these segments are different in terms of their benefits and experience, some of the segments had common traits. In terms of benefits, three clusters found their visit to the park beneficial, whereas two clusters found their benefits less positive. The higher end of the segments, who were highly interested in learning the local history, include a greater proportion of lower social class visitors, whereas the lower end of the segments include younger and higher social class visitors.

The literature shows that segmentation of cultural heritage tourists may exist in a continuum from high to low cultural motivation. Cohen (1972) proposed a continuum ranging from mass tourists to drifters, in which the mass tourist has little motivation for the authentic experience, whereas drifters search for the most authentic experiences. Stebbins (1996) described the concept in the cultural tourism context as specialised/casual cultural tourists. Specialised cultural tourists repeatedly visit cultural heritage sites in search of a deep cultural understanding, in contrast to simply a recreational experience. A similar concept is used in other types of tourism experiences (Acott *et al.*, 1998).

The segmentation of cultural heritage tourists, however, varies by the type of the sites they visit. For example, Kerstetter *et al.* (1998) found differences in the number of people in their travel party, decision making and number of previous trips they made across the four types of heritage sites. Visitors to railroad sites, in contrast to flood sites, were more likely to travel alone because

BLM_0060579

*Journal of Heritage Tourism*

they wanted to have 'pure' railroad experience. As opposed to the general assumption that core cultural tourists are wealthy, in a study of visitors to heritage parks, individuals having a strong interest in local history may have a lower socio-economic status (Prentice *et al.*, 1998). Timothy (1997) proposed four levels of heritage experiences to demonstrate the differences in experience at different types of heritage sites: world, national, local and personal. A core cultural tourist visiting an internationally-known cultural site can be different from a core tourist visiting a local heritage site. Therefore, a segmentation based on one type of heritage site may not be applicable to other heritage sites.

In the current study, we employed a motive-based segmentation approach to understand tourists visiting three American Indian heritage sites: Montezuma Castle National Monument, Montezuma Well and Tuzigoot National Monument. The next section provides the context for our study by reviewing the cultural heritage of the Verde Valley, the history of the protection of the cultural resources and the history of tourism to the area.

## The Cultural Heritage of Verde Valley, Arizona

According to the archaeological record, human settlement of the Verde Valley of central Arizona began around 900 AD. A series of cultural groups, including the Hohokam, Hakataya and Sinagua peoples flourished in the area around the Verde River until 1425 AD, when the region was abandoned (Protas, 2006). The cultural sequence of the people known as the Sinagua has been well documented by archaeologists and historians (Colton, 1946; Downum, 1992; Protas, 2006). The Sinagua migrated to the Verde Valley from the Coconino Plateau to the north, where they had been dry-land farmers. Sinagua is a Spanish term meaning literally 'without water'. The Sinagua adapted agricultural practices from Hohokam, hunted small game such as jackrabbits and cottontail rabbits (Quirt-Booth & Curz-Uribe, 1997), and generally prospered in the Verde Valley. They built a series of stone pueblos around the valley, including the three-story, 110-room Tuzigoot site, which was constructed around 1000 AD (Figure 1). Perhaps due to an extended drought that was especially severe in the last quarter of the 13th century, the Sinagua eventually concentrated in the central part of the valley, near Beaver Creek. During this time, many of the pueblos in the north and east portions of the valley were abandoned. Around 1300 AD, the five-story, 20-room cliff dwelling now known as Montezuma Castle was built to its maximum size (Figure 2). Also at this time, a defensive rim pueblo was built at the nearby site of a natural limestone sink (Montezuma Well). Drought, population concentration and resource scarcity probably led to increasing social conflict during this time, and shortly after 1400 AD, the Sinagua abandoned the Verde Valley. Moving north and east, it is thought that the Sinagua may have joined the ancestors of the modern Hopi Indians or other regional groups of the western Anasazi.

Spanish explorers and European-American fur traders were the next people to enter the region. The Spaniard Antonio de Espejo explored the Verde Valley with the assistance of Hopi guides in 1583 in search of mineral wealth (Protas, 2006). The United States federal government gained control of the region through the US–Mexican War (1846–1848) and the Gadsden Purchase (1848)



**Figure 1** Tuzigoot pueblo built by Sinagua culture built around 1000 AD

and began systematically exploring and surveying. Government surveyors, military officials, archaeologists and eventually tourists began to document and publicise the ruins of the Verde Valley. In the earliest written description of the ruins (1854), a member of a railroad survey party described 'some Indian town ... these ruins might be several centuries old, maybe those of some Montezuma town' (Protas, 2006: 10). This account reflects the misperception of early European and American observers that southwestern ruins were associated with the Aztec Emperor Montezuma.

As the nearby settlements of Phoenix and Prescott emerged, photographers and writers began to publicise the cultural and natural heritage of the area and promote the ruins as tourist destinations. Enough tourists visited the ruins at Montezuma Castle in the 1890s and early 1900s that concern began to arise over vandalism, and popular sentiment grew toward preservation. The ruins at Montezuma Castle were designated a National Monument under the authority of the American Antiquities Act on 8th December, 1906. This new federal designation provided a mechanism for the area to be reserved from the public domain, the archaeological resources to be protected from further damage, and infrastructure to be completed to support tourist visitation. Montezuma Castle National Monument initially encompassed 65 hectares, but has since been enlarged to approximately 348 hectares. The Tuzigoot hilltop pueblo was designated a National Monument in 1939. Tuzigoot, which is administered jointly with Montezuma Castle by a single National

*Journal of Heritage Tourism*



**Figure 2** Montezuma Castle cliff dwelling built by Sinagua culture around 1200 AD

Park Superintendent, originally included 17 hectares, but has been expanded to include nearby marshlands and increased to 341 hectares.

Since their establishment, Montezuma Castle (1906) and Tuzigoot National Monuments (1939) have become popular destinations for Arizona residents and out-of-state visitors alike. In 2004, Montezuma Castle (including Montezuma Well) and Tuzigoot reported visitation numbers at 644,000 and 114,000, respectively (National Park Service, 2005). Today, the monuments are part of a cluster of cultural heritage sites in central and north central Arizona, including Fort Verde State Historic Park, Jerome Historic State Park, Wupatki National Monument and Agua Fria National Monument. According to the Arizona Office of Tourism (2004), 14% of all tourists to the central Arizona region visited historic sites in 2003–2004. In the next section, we describe the research method used to survey tourists to the national monuments.

## Methods

The survey population for this study included all adult visitors (18 years and older) to Montezuma Castle, Montezuma Well and Tuzigoot from October 2003 to June 2004. The sample was drawn using a stratified random sampling scheme with three stage selection. The sample was first stratified by the three study sites, proportional to visitation estimates. Next, sample dates were randomly selected within the sample period for each site, stratified by day of week and proportional to visitation estimates (60% weekend versus 40%

BLM_0060582

weekday). Each potential sampling day was then partitioned into two sampling blocks (am/pm) and a block of time within each day was randomly selected. During the sample period, each group encountered was approached, and a random visitor was asked to complete the on-site questionnaire and participate in the mail survey. Individual respondents were selected at random by asking for the member of the group who was 18 years or older who had had the most recent birthday. Visitors who refused to participate after being selected were recorded as non-respondents; interviewers noted the reason for refusal, along with the gender of the non-respondent and the group size.

The mail survey followed a Tailored Design Method (Dillman, 2000) with a total of four contacts over a three week period (on-site contact, mail postcard reminder, mail replacement survey, phone/email contact). The completed sample included 671 respondents, and the final mail survey response rate, excluding ineligible and unreachable respondents, was 63.3%. The margin of sampling error was $\pm 3.8\%$ at the 95% confidence interval. Non-response bias analyses revealed two minor, but statistically significant differences between respondents to the mail survey and non-respondents: (1) respondents were slightly more likely to be women than men (56.8% to 43.2%; $\chi^2 = 3.89$, $p < 0.05$); and (2) respondents were slightly older, on average, than non-respondents (52.9 years to 46.7 years; $F = 65.78$, $p < 0.001$). These differences, while minor, should be noted when making generalisations from the completed sample to the survey population.

## Results

In this section we present results of a factor analysis of motive items, cluster analysis using the cultural motive factor domain as the segmentation variable, and comparisons of the cultural heritage tourist segments to explore distinctions in their demographic profiles, activity preferences and tourist experiences. To understand tourists' reasons for visiting cultural heritage sites and to establish a basis for segmentation, respondents were asked to rate the importance of 16 items on a five-point scale ranging from 1 (not at all important) to 5 (extremely important). The 16 items were selected from recreation experience preference (REP) scales (Driver *et al.*, 1991; Manfredo *et al.*, 1996; Moore & Driver, 2005). The full scales include more than 300 items representing 21 domains. A meta-analysis of 36 studies that used subsets of the REP scales demonstrated overall consistency and construct validity of the factor structure of the REP scales and domains (Manfredo *et al.*, 1996). Manfredo *et al.* suggest that when using REP scales to measure motivation, it is preferable to include all items and scales in the pool; however, if it is impractical to include 300 plus items on a survey, a reasonable alternative is to choose domains and items of relevance to the specific study site and population. Our study focused on items drawn from domains for learning, being with similar people, enjoying nature, introspection, escape and temperature. Thus, the study is limited in that a restricted number of items (16) were used on the survey to capture tourist motives.

To identify underlying dimensions represented by the multiple motive items, we conducted a principal components factor analysis with Varimax rotation, and a three-factor solution emerged that explained 61% of the total variance.

BLM_0060583

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 33 of 279

Domain 1, which explained 34.2% of the total variance, was labelled 'cultural history learning' and included six items: (1) to learn about Native American traditions, (2) to develop my knowledge of history, (3) to learn about prehistoric cultures, (4) to experience a connection with Native American cultures, (5) to learn about archaeology and (6) to have an authentic experience of past cultures (eigen value = 5.14, $\alpha$ = 0.88). Domain 2, which explained 18.1% of the variance, was labelled 'nature contemplation' and included five items: (1) to be close to nature, (2) to develop personal/spiritual values, (3) to think about my personal values, (4) to experience solitude and (5) to learn about nature (eigen value = 2.70, $\alpha$ = 0.85). Domain 3, which explained 8.7% of the total variance was labelled 'escape and socialising' and included four items: (1) to be with family or friends, (2) to experience a different temperature/climate, (3) to get away from the usual demands of life and (4) to be with people who share my values (eigen value = 1.30, $\alpha$ = 0.67).

To segment the tourist market, a cluster analysis was conducted using the Cultural History Learning Domain as the classification variable. Cluster analysis is an established technique in market segmentation (Cha *et al.*, 1995; Ryan & Huyton, 2000) that produces groups based on resemblance of coefficients derived from individual's responses to the questions (Borgen & Barnett, 1987; Romesburg, 1990). Cluster analysis identifies relatively homogeneous groups of cases based on selected characteristics, such as motives.

A three-cluster solution emerged from the analysis, which satisfied both value judgment and statistical criteria. The number of groups was large enough to serve the purpose of comparison but was not too small to possibly obscure the differences between the groups (Ryan & Huyton, 2000). To assess the validity of the cluster groupings, a discriminant analysis was undertaken. Discriminant analysis is a procedure for building a predictive model of group membership based on observed characteristics of each individual case, and thus evaluates whether each individual case was assigned to the correct cluster. Analysis of discriminant validity revealed that 96% of all cases were correctly classified (see Table 1).

To profile the clusters and identify meaningful differences, the segments were compared across demographics, behaviours, experiences and preferences for educational programmes, facilities and services. Based on these comparisons, we labelled the three groups 'culture-focused' ($n$ = 190), 'culture-attentive' ($n$ = 281), and 'culture-appreciative' ($n$ = 104) tourists. To examine the relative

**Table 1** Discriminant analysis of motive-based clustering procedures, with classified and predicted group membership

| Classified group | Predicted group membership | | | |
|---|---|---|---|---|
| | n (%) | Culture-focused | Culture-attentive | Culture-appreciative |
| Culture-focused | (190) 33.0% | (175) 92.1% | (15) 7.9% | (0) 0.0% |
| Culture-attentive | (281) 48.9% | (2) 0.7% | (275) 97.9% | (4) 1.4% |
| Culture-appreciative | (104) 18.1% | (0) 0.0% | (2) 1.9% | (102) 98.1% |

*Note*: Discriminant analysis shows 96.0% of all cases were correctly classified.

BLM_0060584

importance of culture to tourist trip motivation, a summative score was created using cultural history learning factor domain items. The domain included six items using a five-point importance scale ranging from 1 to 5; thus an individual's score could range from a low of 6 to a high of 30. Not surprisingly, the culture-focused tourists placed the highest level of importance on the cultural history learning motives (median = 28.0), followed by the culture-attentive tourists (median = 23.0) and the culture-appreciative tourists (median 16.5). Each of the groups is significantly different from the other according to non-parametric tests on the median; however, it is important to note that cluster analysis procedures are likely to generate groups that differ statistically when compared to each other on the grouping variable, as is the case here, and the differences should interpreted cautiously (Ryan & Huyton, 2000). As will be shown in the following discussion, the motive-based segmentation revealed significant differences in other dimensions such as demographics, on-site and trip behaviour, on-site experiences and preferences for educational programmes, which lends support to the groupings.

Considering the demographic characteristics of the segments, $\chi^2$ tests revealed that the distribution was significant for education ($\chi^2 = 37.626$, $p < 0.001$). Comparison of descriptive statistics reveals that culture-focused and culture-attentive tourists tended to have higher educational attainment (see Table 2). More than two-thirds (70%) of the culture-focused and culture-attentive tourists had technical school or higher level of education, compared with 50% of the culture-appreciative tourists. Gender and income differences were not significant across the groups.

Chi-square tests revealed differences between the groups in terms of overnight stay during the trip away from home when they visited the sites, length of time spent at the sites, primary activities and overall satisfaction. As shown in Table 3, a greater percentage of the culture-focused tourists stayed overnight away from home (87.1%) compared to the culture-attentive (81.9%) or culture-appreciative groups (75.8%). The culture-focused group was also more likely to spend more time at the sites. The groups also differed significantly in terms of the primary activity undertaken at the sites. Although visitors participated in nine activities, only four activities were identified as the most common primary activity. If 20% or more expected frequencies in $\chi^2$ analysis are less than 5, or if any expected frequency is less than 1, the resulting $\chi^2$ is inflated. To overcome this limitation, activities having less than 5 counts

**Table 2** Educational attainment of three groups of cultural heritage tourists

| Educational attainment | Culture-focused (n = 189) | Culture-attentive (n = 101) | Culture-appreciative (n = 262) |
|---|---|---|---|
| High school degree or less | 29.0% | 31.1% | 49.6% |
| Technical school and bachelors degree | 31.9% | 36.2% | 22.6% |
| Masters degree, Ph.D. or equivalent | 39.1% | 32.7% | 27.8% |

*Note:* $\chi^2 = 37.63$, $p < 0.001$.

BLM_0060585

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 35 of 279

**Table 3** Comparison of three groups of cultural heritage tourists with length of stay, primary activity and overall satisfaction

| | *Culture-focused (n = 189)* | *Culture-attentive (n = 101)* | *Culture-appreciative (n = 262)* | $\chi^2$ | p |
|---|---|---|---|---|---|
| Overnight Stay | 87.1% | 81.9% | 75.8% | 6.9 | 0.032 |
| Length of on-site stay | | | | 12.83 | 0.002 |
| <1 hour | 27.1% | 36.7% | 46.6% | | |
| 1–3 hours | 72.9% | 63.3% | 53.4% | | |
| Primary on-site activity | | | | 38.46 | 0.000 |
| Visiting archeological sites | 64.9% | 56.1% | 31.9% | | |
| Walking | 16.8% | 29.2% | 39.4% | | |
| Shopping | 10.8% | 5.5% | 9.6% | | |
| Taking photos | 7.6% | 9.2% | 19.1% | | |
| Overall Satisfaction | | | | 51.93 | 0.000 |
| Not at all satisfied | 0.0% | 0.0% | 1.7% | | |
| Slightly satisfied | 0.5% | 1.7% | 5.0% | | |
| Satisfied | 15.2% | 21.5% | 34.2% | | |
| Very satisfied | 53.3% | 61.1% | 47.5% | | |
| Extremely satisfied | 31.0% | 15.8% | 11.7% | | |

were removed from the analysis. As shown in Table 3, visiting archeological sites was the most common primary activity for the culture-focused group, whereas walking and taking photos were the most popular primary activities for the culture-appreciative group. Although nearly two-thirds (64.9%) of the culture-focused tourists and over one-half (56.1%) of the culture-attentive tourists reported that their primary activity was visiting the archeological sites, this was true for less than one-third (31.9%) of the culture-appreciative group. Conversely, walking was reported as primary activity for nearly two-fifths (39.4%) of the culture-appreciative tourists, but less than one-third (29.2%) of the culture-attentive and less than one-sixth (16.8%) culture-focused groups. The $\chi^2$ distribution was also significant for overall satisfaction (see Table 3), with culture-focused tourists expressing higher satisfaction (83.4% of culture focused tourists were 'very' or 'extremely' satisfied, compared with 76.9% of culture-attentive tourists and 59.2% of culture-appreciative tourists).

The survey included 10 items to measure the significant emotional and cognitive dimensions of tourists' experiences. The items were developed from existing literature (e.g. Prentice *et al.*, 1998) and through input from

BLM_0060586

park managers and community stakeholders. The items used a Likert-type response scale ranging from −3 (strongly disagree) to +3 (strongly agree) (Table 4). The responses were subsequently recoded into three categories: disagree (−3 to −1), neutral (0), and agree (+1 to +3) and $\chi^2$ tests were used to examine differences between the groups on each item. The distribution was significant for five of the 10 items (see Table 4). Culture-focused and culture-attentive tourists were more likely to report learning about prehistoric and modern Native American cultures, learning about biological diversity and scientific value, feeling impressed with the achievements of the Sinagua culture, and feeling proud of the archaeological preservation. Interestingly, more than three quarters (76.5%) of the culture-focused tourists and two-thirds (67.6%) of the culture-attentive tourists agreed with the statement, 'I learned how the prehistoric cultures are related to modern Native American tribes in the area' compared with half (51.75%) of the culture-appreciative tourists. This significance of this finding is discussed in the next section of the paper.

In the final section of the survey, respondents were asked to indicate their level of interest in several educational programmes, facilities and services that might be offered in the future. The responses were recoded into two categories (not interested and interested) and the three tourist clusters were compared using $\chi^2$ tests. The distribution was significant for four of seven items (Table 5). The overall pattern shows greater proportions of culture-focused and culture-attentive tourists expressing interest in new programmes, facilities and services; however, the culture-appreciative tourists also expressed relatively high interest in educational offerings, just not as high as the former two groups. For both the culture-focused and culture-attentive tourists, the three highest rated potential offerings were Native American cultural demonstrations, scheduled ranger-led tours of archaeological sites and living history presentations. The top three items for the culture-appreciative group included the Native American cultural demonstrations, trail access to streams and ranger-led tours of archaeological sites.

## Discussion and Conclusion

This study identified heterogeneity among tourists visiting three cultural heritage sites in Arizona, USA, and found significant differences between groups, supporting the notion that cultural heritage tourism markets can be effectively segmented based on tourists' motives, consistent with previous research (Hughes & Allen, 2005; Kerstetter *et al.*, 2001; McKercher, 2002; McKercher & du Cros, 2003; Ryan & Huyton, 2000). One third of the tourists to the three cultural heritage sites in Arizona were culture-focused, one-half were culture-attentive, and less than one fifth were culture-appreciative. This finding contradicts the contention that most tourists to heritage sites are generalist recreation visitors and these sites are visited because of the convenient locations (Balcar & Pearce, 1996; Prentice, 1993). Although the number of clusters varies from study to study, the commonality between our findings and previous research is that a continuum of cultural tourist segments seems to exist. For instance, our culture-focused group is similar to Kerstetter *et al.*'s specialised cultural tourists, McKercher's (2002) purposeful cultural tourists and Silberg's (1995) greatly motivated tourists. Consistent with Ryan and

**Table 4** Comparison of three types of cultural heritage tourists with experiences

| Experience | Culture-focused (n = 189) | | | Culture-attentive (n = 101) | | | Culture-appreciative (n = 262) | | | $\chi^2$ | p |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | D | N | A | D | N | A | D | N | A | | |
| Learned about human history | 1.0% | 3.0% | 96.0% | 5.2% | 1.4% | 93.5% | 20.0% | 2.6% | 77.4% | 37.13 | 0.000 |
| Impressed with prehistoric cultures | 0.0% | 1.0% | 99.0% | 3.1% | 1.0% | 95.9% | 8.5% | 0.8% | 90.7% | 15.10 | 0.005 |
| Proud of archaeological preservation | 0.5% | 4.4% | 95.1% | 3.8% | 1.4% | 94.9% | 15.4% | 2.6% | 82.1% | 24.18 | 0.000 |
| Nostalgic for simpler life | 24.0% | 38.0% | 38.0% | 38.9% | 27.0% | 34.1% | 41.1% | 30.4 | 28.6% | 3.16 | 0.532 |
| Learned about modern Native Americans | 8.3% | 15.2% | 76.5% | 21.8% | 10.6% | 67.6% | 31.9% | 16.4% | 51.7% | 20.75 | 0.000 |
| Impressed by engineering achievements | 1.4% | 2.9% | 95.7% | 2.7% | 1.4% | 95.9% | 8.5% | 2.5% | 89.0% | 9.32 | 0.053 |
| Appreciate quality of life today | 9.7% | 23.7% | 66.7% | 20.4% | 7.5% | 72.1% | 21.7% | 8.7% | 69.6% | 1.81 | 0.772 |
| Learned about biological diversity | 4.9% | 18.6% | 76.5% | 20.1% | 7.5% | 72.4% | 32.7% | 9.7% | 57.5% | 13.86 | 0.008 |
| Sad to see how the area has changed | 21.2% | 38.9% | 39.9% | 36.7% | 25.5% | 37.8% | 41.6% | 23.9% | 34.5% | 2.03 | 0.730 |
| Learned about the scientific value | 7.0% | 22.0% | 71.0% | 28.1% | 8.5% | 63.4% | 37.5% | 12.5% | 50.0% | 13.74 | 0.008 |

*Note*: D = disagree, N = neutral, A = agree.

BLM_0060588

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 38 of 279

**Table 5** Comparison of three groups of cultural heritage tourists with interest in educational facilities, programmes and services

| Educational facilities, programmes or services | Culture-focused (n = 189) | | Culture-attentive (n = 101) | | Culture-appreciative (n = 262) | | $\chi^2$ | p |
|---|---|---|---|---|---|---|---|---|
| | NI | I | NI | I | NI | I | | |
| Native American cultural demonstrations | 5.60% | 94.40% | 10.10% | 89.90% | 26.90% | 73.10% | 22.84 | 0.000 |
| Ranger tours of archaeological sites | 6.25% | 93.75% | 7.50% | 92.50% | 33.80% | 66.20% | 45.74 | 0.000 |
| Living history presentations | 10.60% | 89.40% | 10.60% | 89.40% | 34.90% | 65.10% | 26.51 | 0.000 |
| Ranger-led nature tours | 20.80% | 79.20% | 21.20% | 78.80% | 40.50% | 59.50% | 12.63 | 0.002 |
| Environmental education centre | 21.10% | 78.90% | 26.10% | 73.90% | 37.10% | 62.90% | 5.64 | 0.060 |
| Trail access to streams | 30.60% | 69.40% | 26.50% | 73.50% | 30.50% | 69.50% | 0.86 | 0.649 |
| Multi-media presentations | 33.30% | 66.70% | 37.00% | 63.00% | 47.00% | 53.00% | 3.54 | 0.170 |
| Portable audio tours | 35.50% | 64.50% | 34.30% | 65.70% | 53.70% | 46.30% | 10.15 | 0.000 |

*Note*: NI = not interested; I = interested.

Huyton (2000) and Prentice *et al.* (1998), socio-demographic variables were not important for explaining the different segments. The only significant difference in our study was education, which is also consistent with Kerstetter *et al.* (2001).

This study reinforces the notion that motivation is related to travel choices, as well as on-site recreation behaviour, as our segments differed significantly in these areas. Compared with other segments, culture-focused tourists spent longer at the sites, stayed more nights away from home during their trip and engaged more frequently in on-site activities focused on the cultural heritage of the area. Culture-focused tourists were significantly more likely to learn not only about the cultural heritage and human history, but also about the area's scientific value and biological diversity. These tourists were more likely to experience feelings of pride in the preservation of archaeological resources, and understand connections between prehistoric cultures like the Sinagua and contemporary Native American tribal communities. This last point is particularly important for cultural awareness and the presentation of heritage as cultural connection between past and present. The NPS administration and interpretive rangers at the three sites studied here place a high priority on interpreting the sites in a way that is sensitive to modern affiliated Native American tribes with cultural ties to the Sinagua.

The results of this study also help to refine the definition of cultural heritage tourism. Not all visitors to Montezuma Castle and Tuzigoot were there because

*Journal of Heritage Tourism*

of the cultural aspect of their visit. About two-thirds of the culture-focused and about a half of the culture-attentive groups reported that visiting archeological sites was their main activity. Less than a third of the culture-appreciative group reported such visits to be their prime activity. Instead, about two-fifths of this group reported walking to be their primary activity. However, the setting of walking and interpretation was important. As we search for a generally acceptable definition of 'cultural heritage tourists,' describing them not by activity, but by the settings they visit and their motivations to visit seems more valuable.

How does market segmentation contribute toward planning, management and marketing of cultural heritage sites? Such information is valuable for site managers, planners, policy makers and marketers. For example, the culture-focused tourists in our study reported visits to archeological sites to be their primary activity, appreciated the preservation of archeological resources and reported the learning experience of the cultural environment. Targeting educational programmes to the needs of this group would enable them to experience a high-quality visit. Conversely, the culture-appreciative tourists reported walking and taking photographs to be their primary activities and unlike the other two groups they rated nature trails providing access to water features at the site as one of their top preferences. Providing ample opportunities for such activities ensures a high quality visit for this group too.

This study may help marketers to identify niche markets and focus their strategies. Existing mass-marketing of cultural heritage tourism needs to be revisited, as not all visitors to these sites have the same level of motivation for cultural experiences. Although this study identified three distinct segments among cultural heritage tourists, the culture-focused and culture-attentive groups share some similarities, whereas these two groups differed more dramatically from the culture-appreciative tourists. Thus, it may be possible to market the attractions with two message mixes: one focused explicitly on the cultural experiences and another with a more generalist cultural tourist focus with a heritage backdrop.

Although this study lends support to the usefulness of motive-based market segmentation, this needs to be extended to a wide variety of cultural heritage sites to see whether the same pattern exists. A limited range of cultural motivations were included in this study and some of them were site-specific; also there were limited variables included for comparison. Further understanding of cultural heritage tourism requires the construction and test of questions applicable to other sites, and more sophisticated analysis. The cultural heritage product goes with a package of other tourism products such as events in urban centres and peripheries and nature-based tourism attractions. Subsequent research should examine how surrounding attractions determine the type of tourists visiting cultural heritage sites.

## Acknowledgements

This research was supported by a cooperative agreement between the USDI National Park Service and Arizona State University, and facilitated by the Colorado Plateau Cooperative Ecosystem Studies Unit (CP CESU).

BLM_0060590

## Correspondence

Any correspondence should be directed to Dr Gyan P. Nyaupane, Arizona State University, 411 N. Central Ave, Ste 550, Phoenix, AZ 85004-0690, USA (gyan@asu.edu).

## References

Acott, T.G., La Trabe, H.L. and Howard, S.H. (1998) An evaluation of deep ecotourism and shallow ecotourism. *Journal of Sustainable Tourism* 6 (3), 238–253.

Advisory Council on Historic Preservation (2002) Heritage Tourism and the Federal Government: Summit I—Report of Proceedings. On WWW at http://www.achp.gov/heritagetourismsummit.pdf. Accessed 12.09.2005.

Aluza, A., O'Leary, J.T. and Morrison, A.M. (1998) Cultural and heritage tourism: Identifying niches for international travelers. *Journal of Tourism Studies* 9 (2), 2–13.

Apostolakis, A. (2003) The convergence process in heritage tourism. *Annals of Tourism Research* 30 (4), 795–812.

Arizona Office of Tourism (2004) AZ Regional Profiles: Central Territory—2004. On WWW at http://www.azot.com/research/data/Central%20Territory-2004.pdf. Accessed November 2005.

Balcar, M.J.O. and Pearce, D.G. (1996) Heritage tourism on the West Coast of New Zealand. *Tourism Management* 17 (3), 203–212.

Beard, J.G. and Ragheb, M.G. (1983) Measuring leisure motivation. *Journal of Leisure Research* 15 (3), 219–228.

Bigne, J.E. and Andreu, L. (2004) Emotions in segmentation: An empirical study. *Annals of Tourism Research* 31 (3), 682–696.

Bloom, J.Z. (2005) Market segmentation: A neural network application. *Annals of Tourism Research* 32 (1), 93–111.

Borgen, F.H. and Barnett, D.C. (1987) Applying cluster-analysis in counseling psychology research. *Journal of Counseling Psychology* 34 (4), 456–468.

Cha, S., McCleary, K.W. and Uysal, M. (1995) Travel motivations of Japanese overseas travelers: A factor-cluster segmentation approach. *Journal of Travel Research* 34 (1), 33–39.

Chandler, J.A. and Costello, C.A. (2002) A profile of visitors at heritage tourism destinations in East Tennessee according to Plog's lifestyle and activity level preferences model. *Journal of Travel Research* 41 (2), 161–166.

Chhabra, D., Healy, R. and Sills, E. (2003) Staged authenticity and heritage tourism. *Annals of Tourism Research* 30 (3), 702–719.

Cohen, E. (1972) Toward a sociology of tourism. *Social Research* 39 (1), 164–182.

Colton, H.S. (1946) *The Sinagua: A Summary of the Archaeology in the Region of Flagstaff, AZ.* Bulletin 22. Flagstaff: Museum of Northern Arizona.

Dillman, D.A. (2000) *Mail and Internet Surveys: The Tailored Design Method* (2nd edn). New York: Wiley.

Downum, C.E. (1992) The Sinagua. *Plateau* 62 (1), 1–32.

Driver, B.L., Tinsley, H.E.A. and Manfredo, M. (1991) The paragraphs about leisure and recreation experience preference scales: Results from two inventories designed to assess the breadth of the perceived psychological benefits of leisure. In B.L. Driver, P.J. Brown and G.L. Peterson (eds) *Benefits of Leisure* (pp. 163–186). State College; PA: Venture Publishing, Inc.

Fesenmaier, D.R. and Johnson, B. (1989) Involvement-based segmentation: Implications for travel marketing in Texas. *Tourism Management* 10 (4), 293.

Garrod, B. and Fyall, A. (2000) Managing heritage tourism. *Annals of Tourism Research* 27 (3), 682–708.

Garrod, B. and Fyall, A. (2001) Heritage tourism: A question of definition. *Annals of Tourism Research* 28 (4), 1049–1052.

Haley, R. (1968) Benefit segmentation: A decision oriented research tool. *Journal of Marketing* 32 (July), 30–35.

*Journal of Heritage Tourism*

Hughes, H.L. (2002) Culture and tourism: A framework for further analysis. *Managing Leisure* 7, 164–175.

Hughes, H.L. and Allen, D. (2005) Cultural tourism in central and eastern Europe: The views of 'induced image formation agents'. *Tourism Management* 26, 175–183.

Jeffrey, D. and Xie, Y.J. (1995) The UK market for tourism in China. *Annals of Tourism Research* 22 (4), 857–876.

Kerstetter, D.L., Confer, J.J. and Bricker, K. (1998) Industrial heritage attractions: Types and tourists. *Journal of Travel and Tourism Marketing* 7 (2), 91–104.

Kerstetter, D.L., Confer, J.J. and Graefe, A.R. (2001) An exploration of the specialization concept within the context of heritage tourism. *Journal of Travel Research* 39 (3), 267.

Loker, L.E. and Perdue, R.R. (1992) A benefit-based segmentation of a nonresident travel market. *Journal of Travel Research* 31 (1), 30–35.

Manfredo, M.J., Driver, B.L. and Tarrant, M.A. (1996) Measuring leisure motivation: A meta-analysis of the recreation experience preference scales. *Journal of Leisure Research* 28 (3), 188–213.

McDougall, L. (1998) A close-up of cultural heritage travel in Canada. On WWW at http://www.statcan.ca/english/ads/87-004-XPB/pdf/fcis1998010002s2.pdf. Accessed 15.10.2005.

McKercher, B. (2002) Towards a classification of cultural tourists. *International Journal of Tourism Research* 4 (1), 29–39.

McKercher, B. and du Cros, H. (2003) Testing a cultural tourism typology. *International Journal of Tourism Research* 5, 45–58.

Moore, R.L. and Driver, B.L. (2005) *Introduction to Outdoor Recreation: Providing and Managing Natural Resource Based Opportunities*. State College, PA: Venture.

National Park Service (2005) Public Use Statistics Office. On WWW at http://www2.nature.nps.gov/stats/. Accessed 12.11.2005.

Nuryanti, W. (1996) Heritage and postmodern tourism. *Annals of Tourism Research* 23 (2), 249–260.

Ondimu, K.I. (2002) Cultural tourism in Kenya. *Annals of Tourism Research* 29 (4), 1036–1047.

Plog, S. (2001) Why destination areas rise and fall in popularity: An update of a Cornell Quarterly classic. *The Cornell Hotel and Restaurant Administration Quarterly* 42 (3), 13–24.

Prentice, R.C. (1993) Motivations of the heritage consumer in the leisure market: An application of the Manning-Haas demand hierarchy. *Leisure Sciences* 15 (4), 273–290.

Prentice, R.C., Witt, S.F. and Hamer, C. (1998) Tourism as experience–The case of heritage parks. *Annals of Tourism Research* 25 (1), 1–24.

Protas, J. (2006) A past preserved in stone: A history of Montezuma Castle National Monument. On WWW at http://www.nps.gov/moca/protas/chap1.htm. Accessed 15.05.2006.

Quirt-Booth, T. and Curz-Uribe, K. (1997) Analysis of leporid remains from prehistoric Sinagua sites, northern Arizona. *Journal of Archaeological Science* 24 (10), 945–960.

Richards, G. (ed.) (1999) *Developing and Marketing Crafts Tourism*. Arnhem, The Netherlands: Atlas.

Romesburg, H.C. (1990) *Cluster Analysis for Researchers*. Malabar, FL: Robert E. Krieger.

Ryan, C. and Huyton, J. (2000) Who is interested in Aboriginal tourism in the Northern Territory, Australia? A cluster analysis. *Journal of Sustainable Tourism* 8 (1), 53–88.

Shilling, D. (ed.) (2000) *Cultural Heritage Tourism: Practical Applications*. Phoenix, AZ: Arizona Humanities Council.

Silberberg, T. (1995) Cultural tourism and business opportunities for museums and heritage sites. *Tourism Management* 16 (5), 361–365.

Stebbins, R.A. (1996) Cultural tourism as serious leisure. *Annals of Tourism Research* 23 (4), 948–950.

Timothy, D.J. (1997) Tourism and the personal heritage experience. *Annals of Tourism Research* 24 (3), 751–754.

Timothy, D.J. and Boyd, S.W. (2003) *Heritage Tourism*. Harlow: Prentice Hall.

BLM_0060592

Vyncke, P. (2002) Lifestyle segmentation: From attitudes, interests and opinions, to values, aesthetic styles, life visions and media preferences. *European Journal of Communication* 17 (4), 445–463.

Young, S., Ott, L. and Feigin, B. (1980) Some practical considerations in market segmentation. In D. Scotton and R. Zallocco (eds) *Readings in Market Segmentation* (pp. 70–77). Chicago, IL: AMA.

BLM_0060593

Wildlife Society Bulletin 38(2):321–331; 2014; DOI: 10.1002/wsb.387



*Original Article*

# Incorporating Foray Behavior Into Models Estimating Contact Risk Between Bighorn Sheep and Areas Occupied by Domestic Sheep

**JOSHUA M. O'BRIEN,**[1] *Center for Animal Diseases Modeling and Surveillance, School of Veterinary Medicine, University of California, 1 Shields Avenue, Davis, CA 95616, USA*

**CHANS S. O'BRIEN,** *Payette National Forest, McCall, ID 83638-3602, USA*

**CLINTON McCARTHY,** *United States Forest Service, Intermountain Region, Ogden, UT 84401, USA*

**TIM E. CARPENTER,**[2] *Center for Animal Diseases Modeling and Surveillance, School of Veterinary Medicine, University of California, 1 Shields Avenue, Davis, CA 95616, USA*

**ABSTRACT** Respiratory disease epidemics are considered a primary factor limiting bighorn sheep (*Ovis canadensis*) populations in most of the western United States. Diverse sources of evidence indicate that domestic sheep harbor pathogens that cause fatal pneumonia in bighorn sheep, and that contact between the species often leads to respiratory disease and mortality in wild bighorn sheep populations. Managers have long argued that maintaining species separation is essential to conserving bighorn sheep. However, few studies have quantified probability of interspecies contact under different separation-based management scenarios. We present an approach to estimating relative risk of interspecies contact that uses telemetry data to characterize bighorn sheep home ranges, habitat selection, and the occasional long-distance exploratory movements (forays) characteristic of the species. We developed this approach to assess probability of bighorn sheep entering domestic sheep allotments on the Payette National Forest in central Idaho, USA, and we present that analysis as a case study. First, a large telemetry data set was used to identify bighorn sheep core herd home ranges and foray characteristics, including frequency, distance traveled, and habitat selection. Observed summer-season foray probabilities for males and females were, respectively, 0.141 and 0.015 forays per animal per summer, with 50% of foraying males traveling at least 8.1 km and 10% of foraying males traveling at least 21.7 km beyond their core herd home range boundary. Risk of bighorn sheep contact with a domestic sheep allotment was then modeled by combining observed bighorn habitat preferences and movement patterns with geographic data, including habitat suitability and distance of core herd home ranges from domestic sheep allotments. For the domestic sheep grazing alternatives analyzed by the Payette National Forest, modeled contact rates between foraying bighorn sheep and domestic sheep allotments ranged from 0 to 1.33 contacts per year. Managers elsewhere can apply this methodology to estimate risk of interspecies contact based on bighorn sheep space use and habitat preferences. © 2014 The Wildlife Society.

**KEY WORDS** bighorn sheep, contact risk, disease transmission, domestic sheep, modeling, *Ovis canadensis*, pneumonia.

Prior to the mid-1800s, bighorn sheep (*Ovis canadensis*) were abundant and widely distributed throughout the western United States. Large declines in both abundance and distribution of bighorn sheep occurred by the late 1800s to early 1900s. Buechner (1960) estimated 1.5–2 million bighorn sheep existed in the conterminous United States at the beginning of the 19th century, but only 15,000–18,200 remained by 1960.

In 2012, despite decades of intensive recovery efforts in the conterminous United States, populations had only recovered

Received: 24 April 2013; Accepted: 25 September 2013
Published: 22 January 2014

[1]*E-mail: jobrien@ucdavis.edu*
[2]*Present address: EpiCentre, Institute for Veterinary, Animal and Biomedical Sciences, Massey University, Palmerston North 4442, New Zealand*

to an estimated 57,000 bighorn sheep, <4% of their numbers at the beginning of the 19th century (WAFWA 2013). The Peninsular bighorn sheep (*O. c. cremnobates*) and Sierra Nevada subspecies (*O. c. sierrae*) are listed as endangered under the Endangered Species Act; and the Intermountain, Rocky Mountain, Southwestern, Pacific Southwest, and Northern Regions of the U.S. Forest Service have designated bighorn sheep as a sensitive species due to their potential to trend toward federal listing.

Whereas habitat loss, unregulated hunting, disease, and competition for forage with domestic ungulates all contributed to the initial decline of bighorn sheep (Goodson 1982, Valdez and Krausman 1999), recent population declines have been primarily associated with outbreaks of fatal pneumonia (Singer et al. 2001, George et al. 2008). Several species of directly transmitted bacteria are commonly associated with

BLM_0060594

bighorn sheep die-offs. Perhaps owing to evolutionary naïveté, bighorn sheep are highly susceptible to pathogenic strains of these bacteria (Miller 2001), while closely related domestic sheep typically carry the same organisms, usually without exhibiting any ill effects (Dassanayake et al. 2009).

Research conducted over the past 35 years strongly indicates that pathogens transmitted through contact with domestic sheep can cause disease and die-offs of bighorn sheep. That research includes inoculation experiments (Foreyt and Silflow 1996, Foreyt et al. 1994, Onderka et al. 1988), pen experiments in which the 2 species commingled or were separated by a simple fence (Foreyt and Jessup 1982; Onderka and Wishart 1984; Foreyt 1989, 1994; Callan et al. 1991), field observations of pneumonia outbreaks that occurred in free-ranging bighorn herds soon after contact with domestic sheep (Foreyt and Jessup 1982, Goodson 1982, Coggins 1988, George et al. 2008), and meta-analyses of bighorn population performance as a function of distance from domestic sheep (Singer et al. 2000b, 2001). Recently, Lawrence et al. (2010) unequivocally demonstrated transmission of genetically tagged *Mannheimia haemolytica* from domestic to bighorn sheep.

Managers have been unable to stop die-offs once they begin. No vaccine or antibiotic treatment is available that protects bighorn sheep (Ward et al. 1999, Cassirer et al. 2001); and even in the event one becomes available, treating wild sheep can be logistically difficult or impossible. To reduce the risk of outbreaks, most wildlife, livestock, and land management professionals recommend physically separating the species using buffers around occupied bighorn habitat (Singer and Gudorf 1999, Schommer and Woolever 2001, Garde et al. 2005, CAST 2008, WAFWA 2012).

Several aspects of bighorn and domestic sheep behavior complicate efforts to keep the species apart. Bighorn sheep and domestic sheep are gregarious and attracted to one another, particularly when females are in estrous. Free-ranging male bighorn sheep have mated with domestic females (Young and Manville 1960) and stray domestic sheep were found associating with groups of bighorn sheep just prior to outbreaks of respiratory disease among the bighorn sheep (Martin et al. 1996, George et al. 2008). In addition, bighorn sheep of both sexes can make infrequent long-distance exploratory movements outside their typical home range. During these excursions (which we term forays), males in particular may travel 50 km from their home range (Festa-Bianchet 1986, DeCesare and Pletscher 2006). Foraying animals risk contact with and infection from domestic sheep and, if infected, may act as vectors, triggering outbreaks on rejoining their home herds or contacting other bighorn sheep populations. This behavior complicates risk of contact analysis because these forays may have disproportionate importance in transmission of disease, but are typically ignored in home range or other analyses that focus on areas with highest probability of use.

The analysis presented here was designed to estimate contact rates between bighorn sheep populations and domestic sheep allotments in and around the Payette

National Forest (NF) in central Idaho, USA. Estimated contact rates were based on a 2-part model of bighorn sheep space use. First, we used standard home-range estimation techniques to delineate core usage areas for each herd. We then incorporated a combination of location, topographical, and land-cover data to model distribution of forays outside core herd home ranges.

Abundant location data were available for some, but not all, herds in the study area. We developed a model that could be applied to both data-rich and data-poor herds. As a result, our model may be useful to managers in other areas, who are likely to have smaller or less complete movement data sets than were available to the Payette NF.

## STUDY AREA

The study area encompassed 51,133 square km² surrounding portions of 2 major river drainages: the Snake River in Hells Canyon; and the lower Salmon River of western Idaho (Fig. 1). Elevations ranged from 245 m to >3,800 m. The majority of land in the study area was publicly owned and managed by federal and state agencies.

Bighorn sheep were extirpated from Hells Canyon by 1945 (Smith 1954, ODFW 2003). Since 1971, reintroductions involving ≥465 animals have established 16 extant herds with a total population of 620 animals in and adjacent to the canyon (HCBSRC 1997, Cassirer 2004). Re-colonization and population expansion have, however, been limited, in large part by recurring epidemics that have impacted adult survival and juvenile recruitment in most of the populations (Cassirer 2004, Cassirer and Sinclair 2007).

Bighorn sheep inhabiting the portion of the Salmon River drainage within the study area belong to a native population into which no outside animals have been translocated (IDFG 2010). Epidemics in Salmon River bighorn sheep populations were documented as early as the 1870s (Smith 1954), and have likely continued to influence both sheep abundance and distribution in the area.

Historically, domestic sheep were grazed year-round within Hells Canyon and the lower Salmon River drainage. Since 2006, all allotments, except for 25% of one public land sheep allotment, in Hells Canyon have been closed to grazing. In the Salmon River Mountains within the study area, 23 public land sheep allotments active in 2010 have since been reduced to 9 active allotments or parts of allotments, partly in response to results of analyses out of which this paper arises (USDA-FS 2010). Domestic sheep also grazed on private land in several locations within the study area.

## METHODS

### Telemetry Data
The Hells Canyon data set consists of 50,642 telemetry and observation-based point locations collected between 1997 and 2009 from 444 radiocollared individuals (159 M and 285 F) in 12 herd groups located in or near Hells Canyon (Fig. 1). Animals were collared with very high frequency (VHF) radios. Attempts to relocate the animals (from the ground,

BLM_0060595



**Figure 1.** Map of core herd home ranges of 12 Hells Canyon bighorn sheep herds (in left half of figure), 3 Salmon River herds (Main Salmon–South Fork, Upper Main Salmon, and Big Creek), and 1 "area of concern" (Little Salmon) in the northwestern United States.

jetboats, helicopters, or fixed-wing aircraft) were made at least once every 2 weeks. Ninety-one percent of telemetry relocations were accompanied by visual observations. The Salmon River data set consists of 3,106 data points collected between 2007 and 2009 from 30 individuals (17 M and 13 F) radiocollared with VHF, store-on-board global positioning system (GPS), or real-time satellite GPS collars.

**Risk of Contact Model**
Our model of the probability that a foray movement will reach each point on the landscape has 4 components: 1) an estimated core herd home range delineating the area typically used by sheep in a herd, 2) sex- and season-specific probabilities of forays beyond the core herd home range, 3) sex- and season-specific distributions of foray distances, and 4) a habitat classification and model of relative preference for each identified habitat class. These 4 components were combined to produce maps of the relative probability that an individual male or female will reach each point in the landscape surrounding its core herd home range. Finally, these maps were combined with herd population estimates to evaluate the annual probability that $\geq 1$ animal in a herd will reach a given area. Here we focus on occupied domestic sheep allotments, but the same strategy can be used to calculate

probability of contacting other bighorn sheep core herd home ranges.

**Delineating Core Herd Home Ranges**
We used kernel density estimation (Worton 1989) to calculate utilization distributions for each individual having $\geq 20$ telemetry observations. Telemetry points were smoothed by bivariate-normal kernels of fixed bandwidths ($h_{ref}$), selected using the reference method described by Worton (1995). These analyses produced pixelated density maps with a grid resolution of 33.3 m, in which each cell's value represents its relative probability of occupancy. Individual-level maps were created using the Home Range Extension version 1.1 for ArcGIS (Rodgers et al. 2007).

To form a core herd home range, we then superimposed individual-level maps, summing values in each pixel. Finally, based on the map of superimposed utilization distributions, we used Hawth's Analysis Tools for ArcGIS (Beyer 2004) to calculate a core herd home range, which was a volume contour (or isopleth) containing 95% of estimated use density.

**Summarizing Foray Characteristics**
Following Singer et al. (2001), we defined a foray movement as any sequence of observations of an animal outside its core

BLM_0060596

herd home range, followed by its return to the core herd home range. Using data from the Hells Canyon animals (which accounted for the great majority of animal-years in our data set), we calculated yearly probabilities that an individual male or female would make an observed foray in either of 2 seasons, summer (May–Oct) or winter (Nov–Apr). Seasonal probabilities were used because characteristic movement patterns differ between seasons (e.g., male forays are most frequent during the Nov–Dec breeding season), and because domestic sheep only occupy allotments during summer. We used Fisher's exact test for count data (Agresti 2002) to test for significant differences between winter and summer foray probabilities of both males and females.

We also estimated sex- and season-specific distributions of foray distances. From each foray, we extracted the maximum distance an animal was observed from the core herd home range. We then calculated the proportion of forays crossing each of a series of 1-km-wide bands surrounding the core herd home range. Because the longest observed summer male foray was 35 km, we calculated crossing probabilities for bands out to 35 km. This procedure yielded an inverse cumulative distribution, in which 100% of foraying animals reached the band 1 km from the core herd home range and progressively fewer reached each subsequent band. Finally, we smoothed the observed distribution using a Gaussian kernel with a bandwidth automatically selected using Silverman's "rule of thumb" (Silverman 1986), as implemented in R (R Core Team 2012). Prior to smoothing, proportions were reflected around 0 to minimize an edge effect.

Given the 2-week sampling interval, maximum observed foray distances likely underestimate actual maximum distances traveled. To test the possibility that animals traveling far from relatively intensively surveyed core herd home ranges are less likely to be observed, we examined time between successive relocations for individuals in each of 3 zones: within the core herd home range; outside the core herd home range but within 10 km of its boundary; and >10 km from the core herd home range. For each zone, we calculated the proportion of observations that were followed

by >28 days without a subsequent relocation of the animal. We took that proportion to be an index of relative observability of animals in each zone.

To test the hypotheses that frequency and typical distance of male forays are greater in recently established herds, we compared 4 herds in which radiocollared translocated animals were released into unoccupied habitat or supplemented herds within 1 year of their initial establishment ($n = 26$ animals) with 8 herds in which supplementation with translocated animals or radiocollaring of resident animals, followed initial reintroduction by 8–22 years ($n = 133$ animals; Table 1). Foray frequencies and median foray distances in the 2 groups were compared using Wilcoxon rank-sum tests.

## Characterizing Habitat Preferences

Bighorn sheep select habitat based on factors such as proximity of steep-sloped escape terrain, forage availability, and horizontal visibility (Bleich et al. 1997, Valdez and Krausman 1999). The Hells Canyon Bighorn Sheep Restoration Committee developed a model that uses topography and vegetation to identify suitable bighorn sheep habitat in and around the Canyon (HCBSRC 1997). Our habitat classification followed theirs, with modifications described below. Habitat was classified using ArcGIS 9.3.

Suitable access to escape terrain was modeled using a 2-step process, by first delineating and then buffering around areas of steep and rough topography. Areas ≥1.6 ha, with slopes between 31° and 85°, and a ruggedness index >310 out of a range of 0–3,455 (Sappington et al. 2007) were deemed suitable as escape terrain (Smith et al. 1991, Gudorf et al. 1996). In addition, areas within 300 m of such slopes (or within 500 m if bounded by slopes on ≥2 sides) were treated as having sufficient access to that escape terrain.

Bighorn sheep typically avoid areas with dense vegetation, which hampers horizontal visibility and leaves them vulnerable to ambush predators (Valdez and Krausman 1999). The Hells Canyon Bighorn Sheep Restoration Committee model followed Schirokauer (1996) in treating

**Table 1.** Attributes of 12 bighorn sheep herds in and near Hells Canyon in the northwestern United States, from which telemetry data (collected 1997–2009) used in this research were drawn. Frequencies are in terms of forays/male-years of observation.

| Herd name | Initial reintroduction | First telemetry | Estimated population[a] | Summer male forays | | | Winter male forays | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Frequency | Distance (km) | | Frequency | Distance (km) | |
| | | | | | Median | Max. | | Median | Max. |
| Asotin | 1990 | 1998 | 84 | 3/37 | 3.0 | 9.1 | 3/39 | 0.5 | 1.0 |
| Big Canyon[b] | 1997 | 1997 | 20 | 12/24 | 8.9 | 19.9 | 10/32 | 18.8 | 20.5 |
| Black Butte | 1976 | 1997 | 47 | 1/38 | 16.0 | 16.0 | 7/46 | 16.0 | 18.4 |
| Imnaha | 1978 | 2000 | 135 | 9/44 | 3.6 | 32.4 | 5/50 | 21.5 | 30.6 |
| McGraw[b,c] | 1998 | 1999 | 0 | 5/11 | 11.1 | 25.4 | 8/15 | 10.4 | 50.5 |
| Mountain View | 1973 | 2005 | 13 | 2/9 | 0.2 | 0.2 | 1/11 | 0.2 | 0.2 |
| Muir Creek[b] | 1997 | 1997 | 30 | 0/18 | | | 0/22 | | |
| Myers Creek[b] | 2002 | 2002 | 10 | 5/14 | 10.7 | 15.9 | 5/19 | 11.2 | 14.7 |
| Redbird | 1984 | 1997 | 115 | 1/46 | 5.2 | 5.2 | 1/52 | 6.0 | 6.0 |
| Sheep Mountain | 1990 | 2006 | 11 | 0/1 | | | 2/2 | 2.4 | 3.4 |
| Wenaha | 1982 | 1997 | 90 | 1/49 | 1.8 | 1.8 | 8/62 | 1.1 | 3.2 |

[a] Most recent population estimate (2007–2009), collected by WA, OR, and ID state wildlife agencies.
[b] Some animals radiocollared within 1 year of initial reintroduction.
[c] Now extirpated, corresponds to the Upper Hells Canyon herd shown in Figure 1.

BLM_0060597

grassland, rock, open shrub, and areas with forest cover <40% as sufficiently open to be used as habitat by bighorn sheep. Vegetation types were based on digital LANDFIRE vegetation maps (Keane et al. 2002, LANDFIRE 2009). However, examination of satellite images of the Payette NF showed that some forest types with nominal canopy cover <40% were actually considerably denser, and forest types with nominal canopy cover <30% typically did have cover of <40%, so 30% nominal canopy cover was considered the maximum cover providing sufficient horizontal visibility for bighorn sheep.

The definition of winter habitat was further restricted based on elevation, aspect, and presence of persistent snow. Above 1,463 m, winter habitat only included areas with southerly aspects that held persistent snow in <2 of the previous 7 years. Areas of persistent snow were identified using Geographic Information Systems layers produced by Copeland et al. (2010).

All areas within 35 km of a core herd home range were assigned to 1 of 3 habitat classes: habitat (described above), connectivity area, and non-habitat. Connectivity areas are those that do not meet all habitat criteria, but are located within 350 m of habitat (or within 525 m if located between 2 patches of habitat). Remaining areas were classified as non-habitat.

Relative preferences of bighorn sheep for each of these 3 habitat classes were calculated using a use–availability-based resource selection function (Manly et al. 1993, Boyce et al. 2002):

$$\text{Pref}_h = \frac{(\text{Use}_h/\text{Area}_h)}{(\text{Use}_\text{habitat}/\text{Area}_\text{habitat})} \quad (1)$$

where $h$ indexes habitat class, $\text{Use}_h$ is the number of telemetry points found in habitat class $h$, and $\text{Area}_h$ is the area of habitat class $h$ available within the region of analysis. Habitat preferences were calculated separately for observations made within core herd home ranges and outside (but within 35 km) of core herd home ranges.

**Estimating Rate of Contact With Allotments**

To estimate a single animal's rate of contact with an allotment, we first calculated its annual probability of intersecting the allotment in each of the 35 1-km-wide bands surrounding the core herd home range:

$$\begin{aligned}
P(\text{Intersect allotment}_{\text{Band}\_k}) &= P(\text{Foray}) \\
&\times P(\text{Animal reaches band}_k|\text{Foray}) \\
&\times P(\text{Intersect allotment}_{\text{Band}\_k}|\text{Animal reaches band}_k)
\end{aligned} \quad (2)$$

The first 2 terms on the right side of Equation (2) refer to foray frequency and the foray distance distributions discussed above. The third term relates the size and habitat composition of the allotment to the size and composition of the band as a whole. Specifically,

$$\begin{aligned}
&P(\text{Intersect allotment}_{\text{Band}\_k}|\text{Animal reaches band}_k) \\
&= \frac{\sum_h (\text{Area}_h \text{ in allotments in band}_k) \times (\text{Pref}_h)}{\sum_h (\text{Area}_h \text{ in band}_k) \times (\text{Pref}_h)}
\end{aligned} \quad (3)$$

Equation (3) implies that within a band of homogeneous habitat, the probability of intersecting an allotment is simply proportional to the allotment's area within the band. This would be expected if each foray from the core herd home range occurs in a random direction. Alternatively, if habitat composition of the allotment is more favorable than the composition of the band as a whole, bighorn sheep will be correspondingly more likely to contact the allotment.

To calculate overall probability of contact with an allotment, we treated forays as if they were linear movements carried out directly away from and back to core herd home range boundaries (Fig. 2). The probability that an animal will reach an allotment is equivalent to the probability that it will reach that band within the allotment that has the greatest probability of being contacted:

$$P(\text{Intersect allotment}) = \max_k P(\text{Intersect allotment}_{\text{Band}\_k}) \quad (4)$$

Finally, we computed herd-level contact rates by summing the contact probabilities of the individual males and females within each herd. This makes the model appropriately density-dependent, with herd-level contact rates that depend



**Figure 2.** Artificial example demonstrating the method used by the risk of contact model to combine risk of contact with different allotments and with different rings within single allotments. In this simplified example, 3 active allotments occupy a landscape composed of a single habitat class. A central core herd home range is surrounded by 1-km-wide bands. Total risk that a bighorn sheep will contact some allotment is equal to the sum of its risks of contact with band $A_3$ and either band $B_7$ or $B_8$. Among foraying animals traveling >2 km from the core herd home range (CHHR), approximately 50% are expected to intersect band $A_3$ of Allotment A while the other 50% are expected to have been traveling south of Allotment A. Although a subset of the animals reaching $A_3$ will also reach bands $A_4$ and $A_5$, they will have already traveled through $A_3$, so probability of contacting Allotment A is the same as the probability of contacting $A_3$. Similarly, the presence of Allotment C does not increase the probability that an animal will contact an allotment. By contrast, the probability of contacting Allotment B may well be driven by the probability of contacting band $B_7$ or $B_8$; although band $B_6$ is closer to the CHHR, it is also relatively small, presenting a smaller cross-section to a bighorn sheep traveling in a random direction.

BLM_0060598

on the number of animals in each herd. We used estimated contact rates to assess impacts on bighorn sheep under 9 scenarios considered by the Payette NF. Scenarios varied in amount and spatial distribution of areas designated for domestic sheep grazing (Fig. 3).

## RESULTS

### Core Herd Home-Range Estimates
The 12 Hells Canyon core herd home ranges included 98.8% (37,619/38,073) of all telemetry points (Fig. 1). For females, 0.2% (29/17,258) of observations in summer and 0.8% (109/12,941) in winter fell outside the mapped core herd home ranges. For males, 4.4% (160/3,674) of summer observations and 3.7% (156/4,200) of winter observations occurred outside the core herd home ranges.

### Foray Characteristics
Radiocollared females were located an average of 29.5 times each year, 29% more frequently than males (22.8 observations/year).

During summer, when investigations of productivity and survival were underway, females were located 48% more frequently than males (17.5 F vs. 11.8 M observations). During winter, frequencies of location were similar for males and females (12.0 vs. 11.0).

Although males were located less frequently overall, they were much more likely to be observed on forays. During an average summer, 14.1% of males (44/311 male-yr) and just 1.5% of females (15/985 female-yr) were seen on forays. During an average winter, 17.9% of males (68/380) and 5.6% of females (60/1,062) were seen on forays. Winter and summer foray probabilities differed significantly for females ($P < 0.001$) but not for males.

Foraying males also tended to travel farther than did foraying females (Fig. 4). In summer, one-half of foraying males traveled ≥8.1 km from the core herd home range, 25% traveled ≥11.1 km, and 10% traveled ≥21.7 km. By contrast, 50% of summer-foraying females traveled <1.7 km, and only 25% traveled ≥5.9 km. In winter, 50% of foraying males



**Figure 3.** Maps of (a) relative bighorn sheep foray probability; and (b–d) 3 management scenarios analyzed by the Payette National Forest. Colors denote relative probability that a bighorn sheep foray from the Upper Hells Canyon herd's core herd home range (the area containing most of observations, shown as orange dots) will reach different areas in the direction of grazing allotments on the Payette National Forest. Habitat located within the first few bands (dark blue) has the highest risk of contact, while non-habitat located in the outer bands (light yellow) has the lowest risk of contact. In (b–d), domestic sheep allotments left open to grazing are outlined with a bold black line. Of the 3 scenarios shown, 7L (b) allows domestic sheep grazing in the most allotments, 7P (c) allows less, and 7O (d) allows the least. The core herd home range was formed by combining utilization distributions derived, using a kernel density estimator, from telemetry observations collected over a 3-year period from 15 radiocollared Upper Hells Canyon bighorn sheep. The foray distance distribution and habitat preferences used to compute relative foray probabilities were derived from a larger telemetry data set which included observations collected between 1997 and 2009 for 444 radiocollared bighorn sheep in 12 herds in or near Hells Canyon in the northwestern United States.

BLM_0060599



**Figure 4.** Distributions of distances (km) traveled on forays by female and male bighorn sheep in summer and winter in Hells Canyon area of the northwestern United States. Distance traveled is measured from the nearest boundary of the core herd home range. The y-axis represents proportion of foraying animals that reach each distance along the x-axis. Core herd home ranges and observed foray distances were based on telemetry data collected between 1997 and 2009 from 444 radiocollared animals in 12 herds in or near Hells Canyon.

traveled $\geq 5.4$ km, 25% traveled $\geq 15.9$ km, and 10% traveled $\geq 20.3$ km. Whereas 50% of winter-foraying females traveled $>5.0$ km, only 10% traveled $>7.8$ km.

Males on forays far from a core herd home range were, as expected, harder to detect than males within a core herd home range. Inside core herd home ranges, males were relocated within 4 weeks 94.4% of the time. Between 1 km and 10 km from core herd home ranges, males were relocated within 4 weeks 92.3% of the time, while those $\geq 10$ km from core herd home ranges were relocated within 4 weeks only 84.4% of the time. In neither season did males from recently established and well-established herds differ in median frequency ($W = 7.5$, $P = 0.174$, summer; $W = 12$, $P = 0.570$, winter) or distance ($W = 3$, $P = 0.117$, summer; $W = 5$, $P = 0.194$, winter) of forays.

**Habitat Selection**

Inside core herd home ranges, 90.2% of bighorn sheep telemetry points fell within the 43% of area mapped as

habitat, 9.6% of observations occurred in connectivity area (36% of mapped area), and 0.2% of observations were in non-habitat (21% of mapped area). Relative to a preference of 1.00 for habitat, bighorn sheep showed a preference of 0.126 for connectivity area and 0.006 for non-habitat. In other words, the probability of observing a bighorn sheep in a hectare of non-habitat was approximately 0.6% of the probability of observing a bighorn sheep in a hectare of habitat.

Within 35 km of core herd home range boundaries, 79.2% of relocations occurred in the 25% of the landscape identified as habitat, 17.3% of observations were in connectivity areas (29% of the area), and 3.5% were in non-habitat (46% of the area). Relative preferences were 1.00 for habitat, 0.18 for connective habitat, and 0.02 for non-habitat.

**Rates of Contact With Allotments**

The 9 scenarios analyzed by the Payette NF varied in amount and distribution of rangelands designated for domestic sheep

BLM_0060600

grazing, amount and distribution of summer bighorn sheep habitat free of authorized domestic sheep grazing, and resulting estimated contact rates (Fig. 3 and Table 2). As expected, contact rates with occupied allotments (which ranged between 0 and 1.33 contacts/year) were generally greater for scenarios that increased the area of rangelands designated for domestic sheep grazing.

Contact rates were sensitive to habitat composition of active allotments and proximity to bighorn sheep core herd home ranges (Table 2). For example, scenarios 7L and 7O (Fig. 3b,d) differ in the area and minimum distance to core herd home ranges of open allotments, as well as in estimated contact rates (0.49 and 0.08). Scenarios 7L and 7G, by contrast, differ greatly in area left open for domestic sheep grazing (260 km$^2$ vs. 156 km$^2$), but not in estimated contact rates (0.49 contacts/yr). Relative to 7G, 7L minimizes contact rates by reducing domestic sheep grazing near core herd home ranges, resulting in greater spatial separation from bighorn sheep summer habitat. Because the contact model incorporates spatial aspects of landscapes, alternative management scenarios can be compared as to their efficacy for minimizing interspecies contact.

## DISCUSSION

Authors of the one previous study to quantify contact rates between bighorn and domestic sheep (Clifford et al. 2009) did so by constructing bighorn sheep home ranges drawn to include 100% of the utilization distribution and then calculating the proportion of each domestic allotment overlapped by the home range. By modeling all bighorn sheep movements with a single line demarcating areas of bighorn sheep presence and absence, they did not distinguish between philopatric and foray behaviors and risked over-estimating contact rates within the home-range boundary and underestimating those rates outside the boundary. We constructed a 2-part model to explicitly account for these quite distinct aspects of bighorn sheep space use, and to quantify the possibility of contact due to relatively infrequent long-distance foray movements.

Our model of foray movements was designed to be robust to small changes in home-range boundaries. Modeling decisions that result in smaller home-range estimates likely leave some additional observations outside core herd home ranges and increase the distance to all excluded observations. These changes in turn increase estimates of foray frequency and distance such that mapped probabilities that forays will reach most points on the landscape change relatively little. Larger core herd home range estimates produce similarly compensatory reductions in estimated foray frequency and distance.

Our analyses almost certainly underestimate frequency of forays and distance traveled by foraying animals. Most monitoring was by aircraft flights, boat trips, or on-ground visits that tended to visit locations where animals had been seen in the past. Animals that strayed from frequently used areas were inevitably less likely to be detected. Long forays are particularly likely to take animals completely outside the surveyed area. In several cases, males last seen >10 km outside their core herd home range were not located again for $\geq$1 month at a time. In addition, males on forays are more likely to travel alone or in small groups. Because not all animals are radiocollared, this adds to the difficulty of detecting them relative to typically larger groups of females and juveniles. There are also indications of a sex-based detection bias, particularly during summer. Radiocollared males were observed 78% as frequently each year as were radiocollared females; during summer, males were observed just 68% as often. Finally, the typical 2-week interval between surveys made it unlikely that any animal would be observed at the farthest extent of its foray.

Despite these biases, foray frequency observed among Hells Canyon bighorn sheep is consistent with reports from other areas using similar field technology. For herds in 10 studies reviewed by Singer et al. (2001), the annual number of forays per radiocollared animal of either sex ranged from 0 to 0.23 ($\bar{x}=0.10$, SD$=0.09$), comparable to the summer rates of 0.14 forays/male and 0.015 forays/female observed in Hells Canyon herds.

Table 2. Expected number of annual contacts between bighorn sheep and active domestic sheep allotments (by herd), area of open domestic sheep allotments (km$^2$), protected bighorn sheep habitat (km$^2$), and rank of contact risk for 9 alternative management scenarios considered and analyzed by the Payette National Forest, Idaho, USA. Contact rates are related to number of animals in a bighorn sheep herd, herd proximity to allotments that are kept open under each scenario, and habitat composition of allotments.

| Variables | Scenario | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 7E | 7O | 7N | 7G | 7M | 7P | 7L | 3 | 1B |
| Management attributes | 0 | | | | | | | | |
| Grazed allotments (km$^2$) | 1,492 | 128 | 155 | 156 | 175 | 187 | 260 | 337 | 406 |
| Protected bighorn summer habitat (km$^2$) | 1 | 1,403 | 1,366 | 1,066 | 1,372 | 1,345 | 1,278 | 137 | 0 |
| Level of contact (1=lowest, 9=highest) | | 2–3 | 2–3 | 6–7 | 5 | 4 | 6–7 | 8–9 | 8–9 |
| Estimated contacts/yr | 0.00 | | | | | | | | |
| Big Canyon | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Little Salmon | 0.00 | 0.01 | 0.01 | 0.04 | 0.03 | 0.03 | 0.04 | 0.07 | 0.07 |
| Main Salmon–South Fork | 0.00 | 0.04 | 0.08 | 0.35 | 0.19 | 0.12 | 0.31 | 1.01 | 1.01 |
| Upper Hells Canyon | 0.00 | 0.03 | 0.03 | 0.09 | 0.05 | 0.05 | 0.13 | 0.15 | 0.15 |
| Muir Creek | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 | 0.03 | 0.06 |
| Myers Creek | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| Sheep Mountain | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.03 |
| Total contacts/yr | 0.00 | 0.08 | 0.12 | 0.49 | 0.27 | 0.20 | 0.49 | 11.28 | 1.33 |

BLM_0060601

The range of foray distances observed in Hells Canyon bighorn sheep (Fig. 4) is also consistent with other published reports. In southwestern Alberta, Canada, Festa-Bianchet (1986) relocated males as far as 48 km from capture sites. In a 17-month study of 3 Montana, USA, bighorn sheep herds, DeCesare and Pletscher (2006) found relatively long (19–33 km) movements by 4 of 5 radiocollared males. Finally, Singer et al. (2000a) examined 31 bighorn sheep populations translocated during the previous 45 years and documented numerous colonizations of nearby habitat patches. Probability of colonization (75%) was highest for patches located 12.3 km from a bighorn sheep population, indicating that such movements occurred with relatively high frequency. In constructing core herd home ranges, we followed most recommendations by Laver and Kelly (2008) in their review of home-range methods, but did not use least-squares cross validation to determine the smoothing kernel's optimal bandwidth. For our data set, least-squares cross validation consistently chose bandwidths that were too small, mapping most animals' home ranges as archipelagos of disconnected patches surrounding observation points. We instead used $h_{ref}$ (Worton 1995) because it provided us with an automatic, data-driven bandwidth selection method that did not visibly underestimate individual animals' home ranges.

A better representation of bighorn sheep movements might account for habitat connectivity as well as habitat type. Foray data, though, were too sparse and infrequently collected to parameterize a cost surface analysis (Gonzales and Gergel 2007) or other model incorporating arrangement and connectivity of preferred habitat across the landscape. Two factors may mitigate this model limitation. First, relative to animals within the core herd home range, foraying animals were twice as likely to be seen outside of habitat (and >15 times as likely to be seen in non-habitat). Thus, foraying animals were clearly more willing to spend time in non-preferred habitat types, allowing them to traverse it on their way to unconnected habitat patches. Second, much of the habitat in the study area (visible as dark blue in Fig. 3a) is located on steep river canyon slopes that are naturally well-connected and can be reached without traversing non-habitat.

A more realistic model might also include the role of interspecies attraction in bighorn forays. For example, an allotment on which estrous domestic females are present is presumably more attractive than one with no estrous females or no domestic sheep at all. Because it does not incorporate this social aspect of forays, however, our model may underestimate risk of contact to such occupied allotments.

Our model estimates rates of bighorn sheep contact with areas occupied by domestic sheep, not with domestic sheep themselves. Estimating the rate of close or adequate contact with domestic sheep was not feasible, and would require either intensive observational studies (Rüttimann et al. 2008) or experiments in which many individuals of both species are fitted with GPS (Woodroffe and Donnelly 2011) or proximity-sensing collars (Hamede et al. 2009).

While predicted allotment contact rates on their own constitute an important data point informing management decisions, they may also be used as inputs to analyses that attempt to more directly estimate rates of interspecies contact, disease transmission, and (ultimately) the risk to bighorn sheep population persistence. The 9 scenarios evaluated by the Payette NF predicted contact rates with occupied allotments of between 0 and 1.33 contacts/year. Payette NF land managers considered these rates directly, and also used them as one input to a "disease model" which aimed to assess disease return intervals and bighorn sheep herd extirpation probabilities over a 100-year period, as described in USDA-FS (2010) and Carpenter et al. (2014).

## MANAGEMENT IMPLICATIONS

Federal lands, primarily administered by the Bureau of Land Management and Forest Service, provide the majority of habitats for remaining bighorn sheep populations. Domestic sheep grazing is also a permitted resource use over much of this area. Given the severity of bighorn sheep respiratory die-offs and the apparent role of domestic sheep as a causal factor in many outbreaks, management for bighorn sheep conservation should maintain separation between the species in order to provide long periods without interspecies contact. Methods developed to date have generally not considered the importance of foraying bighorn sheep, particularly males, and may either underestimate probability of contact or overlook areas where contact is probable. By explicitly distinguishing between foray and non-foray movements and by incorporating habitat selection in its representation of foray behavior, our model aims to provide land managers with a more appropriate tool for assessing effectiveness of interspecies separation. The risk of contact model can be adapted for use elsewhere to assess magnitude of potential conflicts between bighorn sheep and domestic sheep, and as a tool for developing management alternatives that ensure bighorn sheep persistence.

## ACKNOWLEDGMENTS

We thank F. Cassirer and the other field biologists with the Hells Canyon Bighorn Sheep Restoration Committee and Nez Perce Tribe who collected and curated telemetry data used in our analyses; biologists V. Coggins, T. Schommer, D. Martorello, P. Wik, and C. Mack for critical discussions during development of the model; and P. Soucek, M. Woolever, T. Keegan, and F. Cassirer for comments that greatly improved the manuscript. Funding for collecting the data used in these analyses was provided by the state wildlife agencies of Idaho, Oregon, and Washington, the U.S. Forest Service, Bureau of Land Management, the Nez Perce tribe, Wild Sheep Foundation National, Oregon, Washington, and Idaho Chapters, Oregon Hunters Association, Shikar-Safari Club International, and Federal Aid to Wildlife Restoration Project W-160-R administered through Idaho Department of Fish and Game.

## LITERATURE CITED

Agresti, A. 2002. Categorical data analysis. Wiley, New York, New York, USA.

BLM_0060602

Beyer, H. L. 2004. Hawth's analysis tools for ArcGIS, version 3.27. <http://www.spatialecology.com/htools>. Accessed 10 Mar 2013.

Bleich, V. C., R. T. Bowyer, and J. D. Wehausen. 1997. Sexual segregation in mountain sheep: resources or predation? Wildlife Monographs 134.

Boyce, M. S., P. R. Vernier, S. E. Nielsen, and F. K. A. Schmiegelow. 2002. Evaluating resource selection functions. Ecological Modeling 157:281–300.

Buechner, H. K. 1960. The bighorn sheep in the United States, its past, present, and future. Wildlife Monographs 4.

Callan, R. J., T. D. Bunch, G. W. Workman, and R. E. Mock. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic wild and domestic sheep. Journal of the American Veterinary Medical Association 198:1052–1056.

Carpenter, T. E., V. L. Coggins, C. McCarthy, C. S. O'Brien, J. M. O'Brien, T. J. Schommer. 2014. A spatial risk assessment of bighorn sheep extirpation caused by grazing domestic sheep on public lands. Preventive Veterinary Medicine 113:3–10. DOI: 10.1016/j.prevetmed.2014.01.008

Cassirer, E. F. 2004. Hells Canyon bighorn sheep—study I: Hells Canyon bighorn sheep restoration plan. Idaho Department of Fish and Game, Progress report, Project W–160–R–31, Boise, USA.

Cassirer, E. F., K. M. Rudolph, P. Fowler, V. L. Coggins, D. L. Hunter, and M. W. Miller. 2001. Evaluation of ewe vaccination as a tool for increasing bighorn lamb survival following pasteurellosis epizootics. Journal of Wildlife Diseases 37:49–57.

Cassirer, E. F., and A. R. E. Sinclair. 2007. Dynamics of pneumonia in a bighorn sheep metapopulation. Journal of Wildlife Management 71:1080–1088.

Clifford, D. L., B. A. Schumaker, T. R. Stephenson, V. C. Bleich, M. L. Cahn, B. J. Gonzales, W. M. Boyce, and J. A. K. Mazet. 2009. Assessing disease risk at the wildlife–livestock interface: a study of Sierra Nevada bighorn sheep. Biological Conservation 142:2559–2568.

Coggins, V. L. 1988. The Lostine Rocky Mountain bighorn sheep die-off and domestic sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 6:57–64.

Copeland, J. P., K. S. McKelvey, K. B. Aubry, A. Landa, J. Persson, R. M. Inman, J. Krebs, E. Lofroth, H. Golden, J. R. Squires, A. Magoun, M. K. Schwartz, J. Wilmot, C. L. Copeland, R. E. Yates, I. Kojola, and R. May. 2010. The bioclimatic envelope of the wolverine (*Gulo gulo*): do climatic constraints limit its geographic distribution? Canadian Journal of Zoology 88:233–246.

Council for Agricultural Science and Technology [CAST]. 2008. Pasteurellosis transmission risks between domestic and wild sheep. CAST Commentary QTA2008-1. Council for Agricultural Science and Technology, Ames, Iowa, USA.

Dassanayake, R. P., S. Shanthalingam, C. N. Herndon, P. K. Lawrence, E. F. Cassirer, K. A. Potter, W. J. Foreyt, K. D. Clinkenbeard, and S. Srikumaran. 2009. *Mannheimia haemolytica* serotype A1 exhibits differential pathogenicity in two related species, *Ovis canadensis* and *Ovis aries*. Veterinary Microbiology 133:366–371.

DeCesare, N. J., and D. H. Pletscher. 2006. Movements, connectivity, and resource selection of Rocky Mountain bighorn sheep. Journal of Mammalogy 87:531–538.

Festa-Bianchet, M. 1986. Site fidelity and seasonal range use by bighorn rams. Canadian Journal of Zoology 64:2126–2132.

Foreyt, W. J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research 50:341–344.

Foreyt, W. J. 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 9:7–14.

Foreyt, W. J., and D. A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases 18:163–168.

Foreyt, W. J., and R. M. Silflow. 1996. Attempted protection of bighorn sheep (*Ovis canadensis*) from pneumonia using a nonlethal cytotoxic strain of *Pasteurella haemolytica*, biotype A, serotype 11. Journal of Wildlife Diseases 32:315–321.

Foreyt, W. J., K. P. Snipes, and R. W. Kasten. 1994. Fatal pneumonia following inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. Journal of Wildlife Diseases 30:137–145.

Garde, E., S. Kutz, H. Schwantje, A. Veitch, E. Jenkins, and B. Elkin. 2005. Examining the risk of disease transmission between wild Dall's sheep and mountain goats, and introduced domestic sheep, goats, and llamas in the Northwest Territories. The Northwest Territories Agricultural Policy Framework, and Environment and Natural Resources, Government of the Northwest Territories, Canada.

George, J. L., D. J. Martin, P. M. Lukacs, and M. W. Miller. 2008. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. Journal of Wildlife Diseases 44:388–403.

Gonzales, E. K., and S. E. Gergel. 2007. Testing assumptions of cost surface analysis—a tool for invasive species management. Landscape Ecology 22:1155–1168.

Goodson, N. J. 1982. Effects of domestic sheep grazing on bighorn sheep populations: a review. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 3:287–313.

Gudorf, M., P. Sweanor, and F. Singer. 1996. Bighorn sheep habitat assessment of the greater Bighorn Canyon National Recreation Area. U.S. Geological Survey, Fort Collins, Colorado, USA.

Hamede, R. K., J. Bashford, H. McCallum, and M. Jones. 2009. Contact networks in a wild Tasmanian devil (*Sarcophilus harrisii*) population: using social network analysis to reveal seasonal variability in social behaviour and its implications for transmission of devil facial tumour disease. Ecology Letters 12:1147–1157.

Hells Canyon Bighorn Sheep Restoration Committee [HCBSRC]. 1997. The Hells Canyon Initiative: restoration of bighorn sheep to Hells Canyon. Idaho Department of Fish and Game, Oregon Department of Fish and Wildlife, Washington Department of Fish and Wildlife, U.S. Forest Service, Bureau of Land Management, Foundation for North American Wild Sheep. Idaho Department of Fish and Game, Lewiston, Idaho, USA.

Idaho Department of Fish and Game [IDFG]. 2010. Bighorn sheep management plan. Idaho Department of Fish and Game, Boise, Idaho, USA.

Keane, R. E., M. G. Rollins, C. H. McNicoll, and R. A. Parsons. 2002. Integrating ecosystem sampling, gradient modeling, remote sensing, and ecosystem simulation to create spatially explicit landscape inventories. U.S. Department of Agriculture, Forest Service, RMRS-GTR-92, Fort Collins, Colorado, USA.

LANDFIRE. 2009. LANDFIRE Existing Vegetation Type layer. U.S. Department of Interior, Geological Survey. <http://landfire.cr.usgs.gov/viewer/>. Accessed 8 May 2013.

Laver, P. N., and M. J. Kelly. 2008. A critical review of home range studies. Journal of Wildlife Management 72:290–298.

Lawrence, P. K., S. Shanthalingam, R. P. Dassanayake, R. Subramaniam, C. N. Herndon, D. P. Knowles, F. R. Rurangirwa, W. J. Foreyt, G. Wayman, A. M. Marciel, S. K. Highlander, and S. Srikumaran. 2010. Transmission of *Mannheimia haemolytica* from domestic sheep (*Ovis aries*) to bighorn sheep (*Ovis canadensis*): unequivocal demonstration with green fluorescent protein-tagged organisms. Journal of Wildlife Diseases 46:706–717.

Manly, B. F., L. McDonald, and D. L. Thomas. 1993. Resource selection by animals: statistical design and analysis of field studies. Chapman and Hall, London, England, United Kingdom.

Martin, K. D., T. Schommer, and V. L. Coggins. 1996. Literature review regarding the compatibility of bighorn and domestic sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 10:72–77.

Miller, M. W. 2001. Pasteurellosis. Pages 330–339 in E. S. Williams and I. K. Barker, editors. Infectious diseases of wild animals. Iowa State University Press, Ames, USA.

Onderka, D. K., S. A. Rawluk, and W. D. Wishart. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica*. Canadian Journal of Veterinary Research 52:439–444.

Onderka, D. K., and W. D. Wishart. 1984. A major bighorn sheep die-off from pneumonia in southern Alberta. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 4:356–363.

Oregon Department of Fish and Wildlife [ODFW]. 2003. Oregon's bighorn sheep and Rocky Mountain goat plan. Oregon Department of Fish and Wildlife, Salem, Oregon, USA.

BLM_0060603

R Core Team. 2012. R: a language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria: ISBN 3-900051-07-0, http://www.R-project.org. Accessed 10 Mar 2013.

Rodgers, A. R., A. P. Carr, H. L. Beyer, L. Smith, and J. G. Kie. 2007. HRT: home range tools for ArcGIS. Ontario Ministry of Natural Resources, Centre for Northern Forest Ecosystem Research, Thunder Bay, Canada.

Rüttimann, S., M. Giacometti, and A. G. McElligott. 2008. Effect of domestic sheep on chamois activity, distribution and abundance on sub-alpine pastures. European Journal of Wildlife Research 54:110–116.

Sappington, J. M., K. M. Longshore, and D. B. Thompson. 2007. Quantifying landscape ruggedness for animal habitat analysis: a case study using bighorn sheep in the Mojave Desert. Journal of Wildlife Management 71:1419–1426.

Schirokauer, D. 1996. The effects of 55 years of vegetative change on bighorn sheep habitat in the Sun River area of Montana. Thesis, University of Montana, Missoula, USA.

Schommer, T., and M. Woolever. 2001. A process for finding management solutions to the incompatibility between domestic and bighorn sheep. U.S. Department of Agriculture, Forest Service Washington, D.C., USA.

Silverman, B. W. 1986. Density estimation. Chapman and Hall, London, England, United Kingdom.

Singer, F. J., and M. A. Gudorf. 1999. Restoration of bighorn sheep metapopulations in and near 15 national parks: conservation of a severely fragmented species. U.S. Geological Survey, Open File Report 99-102, Midcontinent Ecological Science Center, Fort Collins, Colorado, USA.

Singer, F. J., M. E. Moses, S. Bellew, and W. Sloan. 2000a. Correlates to colonizations of new patches by translocated populations of bighorn sheep. Restoration Ecology 8:66–74.

Singer, F. J., C. M. Papouchis, and K. K. Symonds. 2000b. Translocations as a tool for restoring populations of bighorn sheep. Restoration Ecology 8:6 –13.

Singer, F. J., L. C. Zeigenfuss, and L. Spicer. 2001. Role of patch size, disease, and movement in rapid extinction of bighorn sheep. Conservation Biology 15:1347–1354.

Smith, D. R. 1954. The bighorn sheep in Idaho: its status, life history and management. Idaho Department of Fish and Game, Boise, Idaho, USA.

Smith, T. S., J. T. Flinders, and D. S. Winn. 1991. A habitat evaluation procedure for Rocky Mountain bighorn sheep in the Intermountain West. Great Basin Naturalist 51:205–225.

U.S. Department of Agriculture, Forest Service [USDA-FS]. 2010. Final supplement to the final environmental impact statement for the Southwest Idaho Ecogroup land and resource management plans. U.S. Department of Agriculture, Forest Service, Intermountain Region, Payette National Forest, Ogden, Utah, USA.

Valdez, R., and P. R. Krausman. 1999. Description, distribution, and abundance of mountain sheep in North America. Pages 3–22 in R. Valdez, and P. R. Krausman, editors. Mountain sheep of North America. University of Arizona Press, Tucson, Arizona, USA.

Ward, A. C. S., D. L. Hunter, K. M. Rudolph, W. J. Delong, J. M. Bulgin, L. M. Cowan, H. J. McNeil, and M. W. Miller. 1999. Immunologic responses of domestic and bighorn sheep to multivalent Pasteurella haemolytica vaccine. Journal of Wildlife Diseases 35:285–295.

Western Association of Fish Wildlife Agencies [WAFWA]. 2012. Recommendations for domestic sheep and goat management in wild sheep habitat. Western Association of Fish and Wildlife Agencies, Wild Sheep Working Group, Cheyenne, Wyoming, USA.

Western Association of Fish Wildlife Agencies [WAFWA]. 2013. Jurisdictional wild sheep population estimates, permits, ram harvest. Western Association of Fish and Wildlife Agencies, Wild Sheep Working Group, Cheyenne, Wyoming, USA: http://www.wildsheepworkinggroup.com/maps-data/data. Accessed 14 Aug 2013.

Woodroffe, R., and C. A. Donnelly. 2011. Risk of contact between endangered African wild dogs and domestic dogs—opportunities for pathogen transmission. Journal of Applied Ecology 48:1345–1354.

Worton, B. J. 1989. Kernel methods for estimating the utilization distribution in home-range studies. Ecology 70:164–168.

Worton, B. J. 1995. Using Monte-Carlo simulation to evaluate kernel-based home-range estimators. Journal of Wildlife Management 59:794–800.

Young, S. P., and R. H. Manville. 1960. Records of bighorn hybrids. Journal of Mammalogy 41:523–525.

*Associate Editor: Rominger.*

BLM_0060604



**Promoting the Science of Ecology**

Fire, Soil Heating, and the Formation of Vegetation Patterns in Chaparral
Author(s): Dennis C. Odion and Frank W. Davis
Reviewed work(s):
Source: *Ecological Monographs*, Vol. 70, No. 1 (Feb., 2000), pp. 149-169
Published by: Ecological Society of America
Stable URL: http://www.jstor.org/stable/2657171
Accessed: 22/05/2012 17:56

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Ecological Society of America* is collaborating with JSTOR to digitize, preserve and extend access to
*Ecological Monographs.*

http://www.jstor.org

*Ecological Monographs*, 70(1), 2000, pp. 149–169
© 2000 by the Ecological Society of America

# FIRE, SOIL HEATING, AND THE FORMATION OF VEGETATION PATTERNS IN CHAPARRAL

Dennis C. Odion[1] and Frank W. Davis

[1]*Department of Geography, University of California, Santa Barbara, California 93106 USA*

*Abstract.* We documented patterns of surface heating associated with chaparral fire to characterize fundamental scale variation in the intensity of this stand-replacing disturbance. To test how this variation may influence community structure, we studied its effect on the soil seed bank and the distribution of seedlings and resprouts that emerged after fire. To evaluate the long-term significance of initial patterns, we monitored vegetation development for 4–5 yr, thereby encompassing the dynamic portion of the chaparral fire cycle.

We studied two stands on level uniform terrain before, during, and after fall fires. Stands were dominated by chamise (*Adenostoma fasciculatum*), a postfire seeder/sprouter. Nonsprouting *Arctostaphylos* and *Ceanothus* spp. were also present. Preburn vegetation, seed populations, soil heating, and postburn plant growth were analyzed along transects of contiguous 1-m² plots, so that we could block them together incrementally to identify scale dependence of patterns. In addition, we directly compared heating effects under the fuel array with those just outside by establishing plots in canopy gaps, under the adjacent canopy, and in gaps created and eliminated by reciprocally translocating fuel. Pre- and postburn seed populations were estimated in soil samples collected from all plots. The proportion of seed that survived above and below 2.5 cm in the soil was determined in a subset of plots.

The amount and distribution of canopy fuel that collapsed during fire and smoldered on the ground caused pronounced spatial variation in total surface heating. The strength of relationships among patterns of soil heating, preburn canopy, surviving seeds, and seedlings and herbaceous resprouts was consistently most pronounced in blocks 3–5 m long. At this scale, postburn patterns were strongly negatively associated with the amount of preburn canopy and the pattern of soil heating this fuel created. Seedlings or herbaceous resprouts of numerous species were abundant where soil heating was relatively low, most notably in natural and created canopy gaps. Conversely, areas where dense canopy occurred before fire, especially gaps displaced by fuel addition, were barren except for occasional *Arctostaphylos* and *Ceanothus* seedlings. These obligate postfire seeders, along with the subshrub *Helianthemum scoparium*, had more deeply buried seeds, and some of them were able to survive where soil heating was prolonged. However, *Helianthemum* did not emerge from depth. Seedlings of *Arctostaphylos* and *Ceanothus* nearest *Adenostoma* burls survived significantly better than *Adenostoma* failed to resprout. This was common in one burn where heating was relatively high and burl size was small. Seed mortality prevented *Adenostoma* seedling emergence from occurring where its seeds were most abundant prior to fire, which was in proximity to its burls. *Adenostoma* seedlings did emerge in areas of lower soil heating, but their survival was inversely related to the density of *Helianthemum* seedlings. No shrub seedlings emerged after the first year following fire because their seed banks were exhausted by fire-induced mortality and/or germination. After 4–5 yr, few young *Adenostoma* remained. The combination of seedling and resprout regeneration allowed this shrub to maintain dominance, but to a lesser extent in the older stand.

Our results support a vegetation pattern–process model in which local species distributions after fire in *Adenostoma* chaparral are antecedently linked to the physical and chemical properties of the canopy. These control the nature of combustion, the soil heating that results, and the distribution of seeds and resprout tissues that survive. The vegetation develops entirely from these sources, so fire-induced patterns are manifest in the long-term structure of this vegetation.

*Key words:* Arctostaphylos; Adenostoma fasciculatum; Ceanothus; *chaparral; fire disturbance intensity;* Helianthemum scoparium; *obligate seeder; seed germination, distribution, and mortality; seedbank; shrub canopy; soil heating; vegetation patterns.*

## INTRODUCTION

*I met a great fire, and as fire is the master scourge and controller of the distribution of trees, I stopped to watch it . . . It came racing up the steep chaparral-covered slopes of the East Fork canyon with passionate enthusiasm in a broad cataract of flames, now bending down low to feed on the green bushes, devouring acres of them at a breath, now towering high in the air as if looking abroad to choose a way, then stooping to feed again.*

—*John Muir*

Manuscript received 12 December 1997; revised 17 February 1999; accepted 23 March 1999.
[1] Present address: Marin Municipal Water District, P.O. Box 865, Fairfax, California 94978 USA, and Marine Science Institute, University of California, Santa Barbara, California 93106 USA. E-mail: dodion@sprynet.com

In the dramatic fashion captured by Muir, fire routinely "devours" chaparral. This dense shrubland is dominated by evergreen sclerophylls such as chamise

(*Adenostoma fasciculatum,* hereafter *Adenostoma*) and species of *Arctostaphylos* and *Ceanothus.* Chaparral is the regional vegetation of the Mediterranean climate zone in southwestern North America (reviews by Hanes [1977] and Keeley and Keeley [1988]). Fire intervals in chaparral may average ~40 yr (Byrne et al. 1977, Minnich 1988) depending on ignition sources, climatic variation, and landscape patterns (Keeley 1981, Riggan et al. 1988, Moritz 1997). Though the interval may vary, fires are universally stand replacing, with profound effects ensured by physical and chemical properties of shrubs that favor combustion. Recovery of chaparral after fire is from endogenous sources, and is so pronounced and predictable that it has been termed "autosuccession" (Hanes 1971). The vegetation is maintained by fire-induced seed germination (Sweeney 1956, Keeley 1991, Keeley and Fotheringham 1997, 1998), obligate postfire shrub seedling regeneration (Keeley and Zedler 1978), and resprouting from geophytes and fire resistant lignotubers (Jepson 1916, Anfuso 1982; review by James [1984]).

Although fire is the dominant process affecting chaparral community patterns (Christensen and Muller 1975), little is known about how its effects and intensity vary spatially (Borchert and Odion 1995). Despite fire-dependent regeneration, seeds and resprout tissues occur near the soil surface, where they would appear vulnerable to heating. The intensity of heat impinging on these will be determined by the nature of combustion in the vegetation, a process that may contain inherent pattern as a result of the patchy fuel array provided by individual brush crowns and their nonrandom dispersion (Mutch 1970). Thus, like the autosuccession that follows, the pattern and intensity of the disturbance that chaparral has evolved with for 2 ×10⁶ yr (Axelrod 1958) may be endogenous to the vegetation. Here we investigate the spatial variation in surface heating that occurs with chaparral fire and the resulting ecological consequences.

Although fire is needed for seeds of most chaparral species to be released from dormancy, excessive heating apparently kills much seed (Keeley 1977, Bullock 1982, Zammit and Zedler 1988, Davis et al. 1989, D'Antonio et al. 1993). In addition, Moreno and Oechel (1991a) found that seedlings of several species were less abundant in areas of greater soil heating, especially in fuel addition treatments. What, then, are the seedling patterns that develop after fire in relation to natural variation in soil heating? This is a difficult question to answer, because it is necessary to know the horizontal and vertical distributions of seeds prior to fire, in order to isolate the direct effects of heating (Borchert and Odion 1995). For example, evidence suggests that seeds are more abundant in the locations where soil heating during fire is lower (Davis et al. 1989). Thus, preburn seed distribution could explain the postburn patterns of seedling abundance, which have otherwise been correlated with canopy gaps (Davis et al. 1989),

less fuel (Moreno and Oechel 1991a), lower amounts of postfire ash on the ground (Rice 1993), and the clearing of chaparral patches prior to fire (Tyler 1995). Is the greater density of emerging seedlings found at such locations primarily the result of lower soil heating, or is it determined by the prior spatial distributions of seeds? Conversely, where emergents are lacking, is all seed killed, or are some too deeply buried to receive sufficient heat to break dormancy (e.g., Auld 1986), or to emerge if they do germinate (e.g., Bond and van Wilgen 1995: Fig. 5.12)?

Survival of dormant buds on lignotubers, bulbs, and tubers in the soil will also be determined by soil heating and how insulated these tissues are from it, as has been described for *Adenostoma* (Keeley and Zedler 1978, Anfuso 1982, Rundel et al. 1987, Moreno and Oechel 1991b). Heating effects on other postfire sprouters in chaparral, particularly herbaceous species, have been little studied. While the sensitivity of vascular plant tissue to high temperatures is known (Levitt 1972, Precht et al. 1973), the soil depth where most resprout propagules occur, the heat flux they are exposed to in chaparral fires, and the effects of long-duration heating are not known (Borchert and Odion 1995). Thus, it is uncertain how variable heating associated with chaparral fire affects subsequent resprout patterns.

Understanding of heating effects on seeds and resprout tissues in chaparral is further limited, because most data are from safe-season prescribed burns (e.g., Davis et al. 1989, Moreno and Oechel 1989, 1991a, b), which occur when soils and fuels contain relatively high moisture. Combustion and soil heating will be much different in the high-intensity fires that naturally occur in chaparral (Rothermel and Philpot 1973). In addition, during the wildfire season, seeds are dehydrated as well as metabolically inactive, allowing much greater heat tolerance. Conversely, seeds of a number of chaparral herbs and shrubs such as *Adenostoma* and *Arctostaphylos* spp. have greatly reduced heat tolerance after they seasonally absorb moisture (Sweeney 1956, Parker and Rogers 1988).

In order to determine natural patterns of plant growth produced by soil heating associated with wildfire, and to describe their scale and intensity, we studied two autumn fires that burned vigorously over a dry, eolian sand substratum in nearly pure stands of *Adenostoma.* By studying natural canopy gaps, as well as gaps created or displaced by reciprocally translocating fuel, we investigated the degree to which preburn canopy can control soil heating, as well as seed and resprout tissue mortality. We also related variation in heating under an unmodified fuel array to changes in seed populations using a spatially explicit approach. Finally, to find out how important the initial patterns of shrub establishment would be to long-term community structure, we monitored survival of seedlings, vegetation change, and measured resprout growth for 4–5 yr, thereby en-

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 57 of 279

compassing the dynamic portion of the chaparral fire cycle.

## METHODS

### Study sites

The two burn sites (1988, site 1; 1989, site 2) are 7 km apart, near sea level, within Vandenberg Air Force Base in central, coastal California. Unlike most chaparral areas, these sites are on level terrain. Substratum at both sites is the Orcutt Formation, a Pleistocene eolian sand (Dibblee 1950). At site 1, soil is mapped as Tangair sand, a poorly drained soil of light gray sand that formed in old marine terrace deposits (Shipman 1972). Site 2 is located near a mapped border between the Tangair and the very similar Oceano Soil Series. The Oceano Series consists of soils that formed in old coastal sand dunes.

Climate at the two sites is strongly influenced by the prevailing onshore winds. Because the nearby ocean remains cool all year, the temperature regime is mild, especially for a chaparral environment. The mean annual precipitation is 35.3 cm, which is less than generally required to support chaparral. However, the area is often blanketed in fog that reduces evapotranspiration. Based on precipitation records from Vandenberg Air Field, which is within 6 km of the study sites at the same elevation, 90% of the measurable precipitation falls during November–April. The 1988–1989 precipitation totaled only 19.13 cm; during the season following the 1989 burn it was 32.94 cm.

Analysis of aerial photos indicated that neither site had burned in the prior 50 yr (Hickson 1988). We counted annual rings from obligate-seeding Arctostaphylos and Ceanothus (Keeley 1993) to establish that site 1 had not burned for 75–80 yr, and that stand age at site 2 was 50–53 yr.

Nearly pure stands of Adenostoma are common on the Orcutt formation, as they are in most chaparral areas (Davis et al. 1988). Shrubs associated with Adenostoma in the study area include the local endemics Arctostaphylos purissima (hereafter Arctostaphylos), Ceanothus cuneatus var. fascicularis (hereafter Ceanothus), and C. impressus, all obligate seeders. The 1.5–2 m tall fuel complex these formed at each site was typical for old age class chaparral (Riggan et al. 1988). There was a mixture of small particle size fuels with live-to-dead and surface-to-volume ratios favorable to combustion of most aboveground phytomass. At site 1, fuel consisted of living Adenostoma, with some living and many recently dead Arctostaphylos. There were distinct gaps in shrub cover in portions of the burn area at site 1. These mainly resulted from the past death and nearly complete decomposition of Arctostaphylos and Ceanothus. There was an understory of live but seasonally dry perennial bunchgrasses (Koeleria macrantha and Nassela lepida, ~10% cover). The fuel bed at site 2 consisted predominantly of living Adenostoma,

with some mostly dead individuals of Ceanothus, and occasional live Salvia mellifera and Artemisia californica. The latter are drought-deciduous shrubs that contain high concentrations of volatile terpenes (Muller et al. 1964). Shrubs at both sites supported substantial growth of epiphytic lichens. A complete list of all species found in the field and in seed bank samples is provided in Odion (1995). Nomenclature follows Hickman (1993).

The study site's level topography and sand substratum provide a relatively simple setting for testing heating effects on seeds and seedling establishment. The effects of hill slope processes are negligible. The sand substratum has relatively uniform thermal properties and is much more amenable to seed bank analysis than rocky chaparral substrata.

### Preburn sampling

An L-shaped transect, 24 m on each side, was established before each burn in a nearly pure stand of Adenostoma. The transects were oriented so that one arm pointed in the prevailing wind direction (northwest). The L-shaped design was chosen to obtain more observations of sample pairs separated by short distances than are produced by a linear transect, as well as to account for possible directional effects related to fire behavior. Contiguous plots allow for determination of scale and intensity of patterns in variables measured (Hill 1973, Dale and Blundon 1990).

In each of the 47 contiguous 1-m² plots along each transect, we counted the number and measured the basal area of all Adenostoma stems arising from burls, and all individual trunks of other species. Canopy cover was measured along both outer edges of the transect by the line intercept method (Barbour et al. 1980). Cover for each plot is the amount of the total 200 cm along the outer edge of each plot that was intercepted by the canopy of each species.

Live and dead fuel moisture measurements were taken just before the start of each burn in adjacent chaparral. Ten samples, each consisting of several 1–1.5 cm diameter clippings were gathered from several shrubs. Live and dead material from each sample was separated and immediately placed into airtight containers. Samples were returned to the lab, where live and constant dry masses were obtained.

### Burn characteristics and surface heating measurement

Burn parcels were ~75 ha in size and rectangular in shape. The longer side of each parcel was perpendicular to the prevailing northwest wind. At each site, a fire line was ignited along the windward edge at ~1230 under conditions detailed in Table 1. Site 1 was burned on the afternoon of 27 October 1988, and site 2 on 25 November 1989. Flame lengths of 15 m were observed as the fires swept through the transects located 75–100 m from the windward edge of each parcel. The forward rate of

BLM_0060608

TABLE 1. Weather and fuel conditions at the hour of 1230, when each burn commenced.

| Condition | Site 1 (1988) | Site 2 (1989) |
|---|---|---|
| Air temperature (°C) | 15.6 | 18.3 |
| Relative humidity (%) | 78 | 48 |
| Wind speed (km/h) | 11 | 8 |
| Rainfall previous year (cm) | 32.9 | 19.1 |
| Live *Adenostoma* fuel moisture (% dry mass) | 50.6 | 49.7 |
| Dead *Adenostoma* fuel moisture (% dry mass) | 17.0 | 14.2 |
| Live *Arctostaphylos* fuel moisture (% dry mass) | 58.1 | ... |
| Dead *Arctostaphylos* fuel moisture (% dry mass) | 14.5 | ... |

fire line spread through the transects was 1.2 m/s (4.3 km/h) at site 1 and 1.0 m/s (3.6 km/h) at site 2.

Variation in surface heating was measured using three direct procedures at each site:

1). Twenty-five 30 gauge Chromel Alumel thermocouples (Omega Engineering, Stamford, Connecticut, USA) connected to two underground Campbell CR10 data loggers (Campbell Scientific, North Logan, Utah, USA) were placed horizontally under the litter layer at the mineral soil surface in the first 13 transect plots extending in each direction from the base of the L. Twelve thermocouples were 0.5 m apart in the plot at the base of the L and 2 m in each direction. Thermocouples were 1 m apart in the fourth to seventh plots and 2 m apart in the 7–13th in each direction. When the temperature detected by the northwest thermocouple was >75°C, the data loggers recorded every 5 s, otherwise, they recorded at 30-s intervals. Resolution was 0.1°C. We also established a vertical array of seven thermocouples located at the base of the L. These measured heating at depths of 10, 5, 2, and 1 cm in the soil, and heights of 0, 1, and 3 m above it.

2). Tempilac pyrometers (190–1357°C range, accurate to +55.6°C; Tempil, Plainfield, New Jersey, USA) were placed at 0.5-m intervals along the transect (two per plot) at the soil surface. These consisted of 2 × 5 cm sheet metal copper strips coated with an array of Tempilaq thermal paints applied in a series from lowest to highest melting point across the short axis of the strip. Values for each plot are the mean of two pyrometers.

3). At site 1, we placed 12-cm tall, 300 mL metal cans, having 2 cm diameter openings in their lids, on top of the soil in the center of each of the 47 plots in the L-transect. The cans were filled with 200 mL of water. Cans were similarly placed in the 47 plots at site 2, but we used standard 1.06 L paint cans filled to the top, where a 1 cm opening was drilled. This change was made, because, at site 1, 11 cans were found empty and overturned. All empty cans at site 1 were assigned a value of 200 mL evaporated, because it is unlikely they would have overturned until most or all water was lost. At site 2, five cans were found tilted to the side after fire, due to uneven consumption of organic matter beneath. Because these cans were full, some water may have been lost by spilling. Water loss from these cans was therefore given a mean value determined from the

two adjacent cans (values from three to five adjacent plots were combined at the block sizes where relationships were strongest). Cans were placed in both burn areas immediately before fire. Openings in the cans were sealed with waterproof tape that melted/burned during the fire. The cans were collected the morning following each fire, when they were resealed. The amount of water lost was determined gravimetrically. This procedure provides an estimate of the heat load impinging on each can (Beaufait 1966).

We also measured the minimum diameter of *Adenostoma* branches remaining after fire. This has been shown to be statistically related to fire severity in *Adenostoma* chaparral (Moreno and Oechel 1989). Diameters of all remaining branches (a variable number) were measured within a 1 × 1 m plot centered on each thermocouple. All branches ≤1 m in any direction of each thermocouple, and all branches in the space directly above each of the transect plots, were also measured. In a few plots at each burn, there were fewer than five stems in the space above the plots, so the next closest stems were measured to obtain a minimum sample of five stems (more, if warranted by variance). These stems were within 0.5 m of the plots at site 1, and 0.75 m at site 2. Because minimum branch diameter is a mean variable, sufficient sample sizes are needed to be representative of an area.

At site 1, 16 cm long steel nails were placed in the four corners of all 47 transect plots and 5 cm away from each thermocouple. The distance the head of the nail protruded above the soil after fire was measured to describe litter consumption.

*Effect of fire on seed populations*

Seed survivorship was monitored by comparing preburn and postburn soil seed reserves present in each plot. Nine 5 cm diameter, 7.5 cm deep cores of soil were obtained per plot for preburn seed bank analysis at site 1 (six from along the outside two edges of the plot, and three from the center). At site 2, five cores were taken from around the water cans placed in the center of each plot (i.e., a 25–30 cm diameter circle). At site 1, the preburn samples were collected approximately three weeks prior to the burn, while at site 2 there was a two-week time lag. Six soil cores per plot were collected the day after the fire from site 1 (four from along the outside two edges of the plot, and three

from the center) for analysis of postburn seed banks. At site 2, five samples were collected for postburn analysis. Seed bank cores for each plot were composited, and 350-cm³ subsamples were removed from each homogenized sample.

A greater soil volume was collected at site 1, so that different methods could be compared for effectiveness at inducing germination of refractory seed (Odion, *in press*). A treatment involving heat and addition of ground *Adenostoma* charcoal (charate; Keeley and Pizzorno 1986) was found to induce more germination than controls or samples treated with heat alone, and was therefore used for the site 2 samples. Heat treatment consisted of spreading the soil to a depth of 2–3 mm on thin, pliable, aluminum cooking trays and placing them in a forced-air oven at 100°C for 7 min. Soil subsamples (350 cm³) were then spread on sterile sand in 20 cm diameter plastic pots in which 21.3 ± 0.94 g ($n = 11$) of charate was sprinkled. Because of apparent negative germination response detected for a few species (Odion, *in press*), and since little charate is needed to effect seed germination (Keeley and Pizzorno 1986), only one-half as much charate was added to samples from site 2. Charate was not added to postburn samples, as they already contained charred, woody fragments and other byproducts of plant combustion.

Seed bank sampling was also undertaken at 10 of the experimental gap areas. Cores from gap and adjacent understory areas were separated into 0–2.5 and 2.5–7.5 cm depth fractions. Heat and charate were applied to preburn samples. Due to smaller soil amounts available, 175-cm³ subsamples were spread over sand in 16 cm diameter plastic pots. Finally, we collected seed bank samples from each site just before the second growing season. Twenty samples were collected from transect plots selected randomly. For these, we used the same germination treatments we employed on site 1 preburn samples.

The pots were covered with clear plastic to protect seedlings from herbivory, and they were kept moist out-of-doors at Cal-Orchid Nursery in Santa Barbara, where temperature fluctuations were comparable to the field. During each year, potting was completed in late November, at which time all samples were given their first watering. All the samples were exposed to outdoor temperatures from the time of collection through the subsequent growing season to provide natural temperature stratification to overcome secondary dormancy (Bewley and Black 1985). Seedlings were tallied, identified, and removed upon emergence from the samples to provide pre- and postburn seed bank inventories.

### Canopy gaps and manipulation of fuel patterns

The existence of distinct discontinuities in canopy cover within the burn area at site 1 allowed us to directly assess how shrub canopy may control soil heating and seed and resprout tissue mortality associated

with fire. Gaps were approximately circular and had mean diameters 1.7 + 0.56 m before the burn. There were no gaps located along either transect. Twenty gap sites were studied in detail. We inverted the fuel pattern at five of these sites by removing *Adenostoma* canopy adjacent to the gap and piling it loosely in the gap. A 1 × 0.5 m plot was located in each natural gap ($n = 15$), each created gap ($n = 5$), as well as the area immediately adjacent to these where natural ($n = 15$), or added shrub canopy ($n = 5$) was present before fire. We placed 300-cm³ water cans and pyrometers in the center of five gap and five adjacent understory plots and the five gap and five understory plots created by reciprocal translocation of fuel. Three pre- and three postburn soil cores were taken for seed bank inventory from near the center of plots where soil heating was measured. Soil heating and seed populations were not measured at the remaining 10 gap and 10 adjacent understory plots. Field seedling densities were, however, measured in all plots. Preburn seed bank samples were not affected by fuel treatment, and gap vs. adjacent understory comparisons of these are based on a sample size of 10. Seed populations were much greater in gaps after fire and lower in understory areas, regardless of whether they were natural or created, so postburn seed bank data from all gaps were combined to obtain a sample size of 10. The same was done for understory areas. For data on field abundance, we compare densities at plots in the 15 naturally occurring gap and understory locations with those in the five experimentally created gaps and understories.

### Seedling and resprout patterns in the field

At each site, seedling and resprout growth in the field were censused in all plots during mid-spring (late March to late April) of the first four to five postfire growing seasons. The density of all species was tallied. No recruitment of shrub seedlings occurred after year 1, so subsequent mortality was determined by reduction in density of these seedlings.

At site 2, feral pigs (*Sus scrofa*) overturned the sand in portions of plots 3–18, before postburn field densities were measured. Although relatively few seedlings were affected, this may have diminished correlations between postburn seed bank and plant abundance at site 2.

### Data analysis

Patterns in the initial heat pulse and duration of heating were explored by time-integrating thermocouple data above a range of temperatures, to calculate total heat generated above these thresholds. Semivariogram analysis of heat generation was undertaken to evaluate spatial patterns in thermocouple data based on actual distances among thermocouples. We also performed correlation analysis with these time-integrated data and preburn vegetation attributes.

We chose a contiguous plot layout design, so that

patterns among variables could be studied by evaluating quadrat variance over a range of scales. The quadrat variance analysis method of Hill (1973) combines the quadrats into blocks (say, in this case, increase in size by 1 m² each iteration) to determine the size that maximizes the difference between adjacent blocks (Dale and Zbigniewicz 1995). Where low-density gaps alternate with high-density patches, the scale of pattern is the mean distance between the center of a patch and the center of its neighboring gap. Correlations among parameters measured in each plot along the transect are similarly calculated using two-term covariance analysis (Hill 1973). This method will slightly overestimate scale of maximum correlation among variables for block sizes >4× the smallest, so patterns peaking at block sizes of 4–6 m in our study may actually represent a block size 0.25–0.5 m smaller (Dale and Blundon 1990). Standard significance tests cannot be applied to the correlations because of serial autocorrelation in data collected in contiguous plots (i.e., plots cannot be treated as independent observations).

We adopted the L-shaped design of the transects to efficiently deploy a thermocouple array in a layout that allowed us to examine both distance and directional effects in fire behavior and vegetation. The field data revealed no systematic trends along the transect, nor any directional effects in spatial pattern. Thus, for the block variance and covariance analyses, we treated the two arms of the L as a replicate pair of 24-m transects. The two "subtransects" are not entirely independent samples, but serve well for studying spatial patterns over short (e.g., <8 m) distances.

Individual seedling counts and other comparisons made between gap and adjacent understory plots, etc., were tested for statistical significance using the nonparametric Kruskal-Wallis one-way analysis of variance or a pairwise $t$ test, as appropriate.

The proportion of shrub seedlings surviving over all measured time intervals in each plot was arcsine transformed. Regressions were performed with survival and herb, shrub, subshrub, and total plant density data, as well as the initial density of the surviving species. Multiple regressions were done with subsets of these variables. Output from stepwise multiple regression was used to identify the best multiple regression models. Logarithmic transformation of density data strengthened many relationships. Survival data were also evaluated as a function of percent cover of *Adenostoma* resprouts after five years at the understory plots adjacent to gap plots ($n = 20$) at site 1. *Adenostoma* resprout success along transects was linearly related to soil heating and other parameters, by ranking it on a scale of one to eight (high to low mortality), based on the eight different possible combinations of the number of live and dead shrubs found in 1-m² plots (1, 2 dead; 2, 1 dead; 3, 3 dead and 1 alive; 4, 2 dead and 1 alive; 5, 1 alive and 1 dead; 6, 2 alive and 1 dead; 7, 1 alive; 8, 2 alive).



FIG. 1. Variance in data from adjacent plots and blocks of plots (pattern intensity) at (a) site 1 and (b) site 2. Data from postburn variables were rescaled to fit on the same plot with preburn data.

## RESULTS

### Spatial patterns in preburn vegetation

At site 1, preburn shrub cover was nearly continuous along the transect, ranging 65–193%, with a mean of 104.4% (100% maximum per species). *Adenostoma* dominated, with both live and recently dead *Arctostaphylos* scattered among them. At site 2, preburn canopy cover was less continuous, with a mean per plot of 107% and a range of 18–155%. *Ceanothus*, *Artemisia californica*, and *Salvia mellifera* were present. Areas of especially high cover and fuel loading occurred where shrub canopies intermingled and where *Arctostaphylos* were found. Mean variance in cover between blocks of quadrats <8 m² in size, a measure of relative pattern intensity, peaked at a scale of 4 m at site 1 (Fig. 1a). At site 2, variance in canopy cover was relatively high at the smallest block size, dropped as block size increased from 1 m to 2–3 m, then rose to a distinct peak again at 4 m (Fig. 1b).

### Heating patterns

Temperature–time curves from one arm of the transect at site 2 are representative of the thermocouple data in their entirety and are shown in Fig. 2. With arrival of the flame front, temperatures rose from am-



Fig. 2.   Continuous temperature measurements from along the thermocouple array (z-axis), oriented west (slightly northwest) at site 2.

bient to 775–925°C in 10–15 s. There was a rapid drop to 500–600°C after 3–5 min, as the zone of flaming combustion passed. Like the thermocouples, the Tempilac pyrometers recorded maximum temperatures that were high for a fire in *Adenostoma* chaparral (see DeBano et al. [1979] for comparison). The mean maximum measured at site 1 (mean, 1088°C; SD, 112°C) was higher than at site 2 (mean, 840°C; SD, 65°C). Unlike thermocouples, there was considerable range in maximum temperatures recorded by pyrometers (700–1200°C), suggesting that pyrometers were influenced by temperature duration. This is further evidenced by the positive correlations between maximum pyrometer temperatures and water loss from cans ($r = 0.56$ for site 1; $r = 0.68$ for site 2).

The initial heat pulse was followed by gradual reduction of temperatures to <100°C after ~35–45 min among half of the thermocouples. The remaining thermocouples measured renewed heating for a period of one to several hours (Fig. 2). Temperatures among these rose to levels associated with smoldering combustion (Chandler et al. 1983). Location of secondary heating was not well correlated with depth of litter at site 1 ($r = 0.09$), which ranged 2–40 mm and was completely consumed by fire. Considering this, and how prolonged secondary heating was, smoldering fuel must have been dominated by canopy material that became detached with the burning through of shrub branches and fell to the ground before being consumed, as was observed and photographed (Odion 1995). This fire behavior in chaparral was originally described by Craddock (1929). Distribution of smoldering combustion, and, therefore, patterns in total heating, was marked after fire by the white ash produced (see Odion [1995] for photo). Secondary heating was so prolonged that it accounted for the majority of overall heating where it occurred. The amount of smoldering canopy material on and adjacent to water cans, therefore, predominantly determined wa-

ter loss, which varied substantially with location. This variance peaked at a scale of 2–5 m and exceeded that found in preburn canopy cover (Fig. 1).

Soil heating at depth is illustrated by data collected from the vertical thermocouple array at site 2 (Fig. 3). At 2 cm deep, soils reached a maximum of 150°C and were >100°C for longer than 1 h. Maximum soil temperature diminished rapidly with depth, only reaching 51 and 39°C at 5 and 10 cm, respectively. Temperatures remained near these maxima for several hours. The three surface thermocouples from the same plot where the vertical array was located showed no secondary heat pulse. Water loss, minimum remaining branch diameter, and seed mortality data all suggested that much less surface heat flux occurred at this location, compared to where secondary heating did occur.

Thermocouples measuring secondary heating often occurred within 1 m of those unaffected by smoldering combustion (Fig. 2). With the large discrepancy in heat impinging on thermocouples with and without secondary heating, similarity among temperature–time curves, as a function of proximity of sensors, was not evident. The plot for site 1 does indicate a somewhat regular pattern at a distance of 6–7 m. However, there is no evidence of positive spatial autocorrelation over shorter distances at either site (Fig. 4). Poor fits were obtained for standard forms, such as spherical ($r^2 < 0.01$), exponential ($r^2 < 0.01$), or linear ($r^2 < 0.10$) models.

Considered as independent samples, the time-integrated thermocouple data >100°C were significantly positively correlated with preburn canopy cover for the 1-m² plot in which they were located at site 1 (Table 2). In both burns, the density and/or cross-sectional area of stems arising from lignotubers 0.5–1 m away from thermocouples were significantly correlated with total heat generation >100–500°C (Table 2). No significant correlations were found when stems measured 1–3 m outward were included. Thus, the burning



FIG. 3.  Temperature–time curves for two locations in the site-2 burn. The dotted surface curve illustrates secondary heating from smoldering combustion of collapsed canopy at one point. The other surface curve and depth measures are from a second point at the base of the L-shaped transect.

through of branches and collapse of the fuels producing long-duration combustion occurred mainly between 0.5–1 m horizontally from *Adenostoma* lignotubers. There was also a significant correlation between flaming combustion, i.e., heating above 500°C, and the total basal area of stems within 0.25 m at site 2.

### Relationship between preburn vegetation and heating patterns

Two-term local covariance analysis illustrates how water loss from cans and maximum temperature were strongly associated with the preburn canopy at 3–5-m blocks at both sites (Fig. 5a, b). The strength of these relationships diminished with smaller block sizes and, for water loss from cans, also decreased with larger block sizes. Water loss became negatively associated with canopy at block sizes of 7–12 m, however, 24-m transects are not long enough to effectively evaluate spatial associations at this scale. Water loss from cans at canopy gaps was significantly lower than under the adjacent chaparral canopy ($P < 0.05$, $t$ test, Table 3), as well as along the transect. Water loss was greater at gaps where fuel was added than under natural canopy (Table 3).

Mean minimum branch diameter was well correlated with canopy at block sizes $\geq 2$ m at site 1, but was poorly correlated at site 2, where it did not vary as greatly. Differences in preburn branch diameters and

shrubs intermingling with *Adenostoma,* particularly the volatile mesophyllous species at site 2, could account for the discrepancy in canopy vs. minimum branch diameter relationships.

In summary, preburn canopy, can water loss, maximum temperature pyrometers, and minimum branch diameter, and at site 1 depth of litter consumed, all exhibited the same pattern of variation. Further, this was the pattern of variation that developed in two interrelated biological indicators of heating, seed mortality and seedling recruitment in the field.

### Vegetation response to heating effects

After burning, both sites developed into a mosaic of patches of fairly dense seedling and herbaceous resprout growth, especially in gaps, alternating with near barren patches associated with charred *Adenostoma* skeletons (Figs. 6 and 7, Table 4). Seedling patterns mirrored postburn seed distribution; neither resembled the preburn pattern of seed abundance (Fig. 6). Postburn patterns were strongly correlated with heating, as illustrated in Fig. 6b, d, and results from experiments indicate that they were caused by heating.

*Resprouting in relation to preburn vegetation and heating.*—At gaps where fuel was added, only 3.2 (SD = 2.4) herbaceous resprouts/m² were found, compared to 18.3 (SD = 14.4) in naturally occurring gaps ($P \ll 0.05$, Kruskal–Wallis Test, Table 4). A number of plots



FIG. 4. Variograms of time-integrated thermocouple data for (a) site 1 and (b) site 2. The x-axis shows lag distance between sample observations, and the y-axis shows semivariance, normalized by sample variance, for temperature records >25°, >100°, and >400°C.

along the transect at site 1 (e.g., 4–8, 15–19, and 41–46) lacked resprouts. These plots had high preburn canopy and soil heating (Fig. 7a). The perennial grass *Koeleria macrantha* was a dominant herb at site 1. The density of *Koeleria* ramets per plot became strongly negatively correlated with total preburn canopy cover ($r = -0.58$) and water loss from cans ($r = -0.67$) as block sizes increased to 3 m (Fig. 8a). The strength of these relationships diminished rapidly as block size increased further, becoming positive as block sizes became relatively large. The geophytes *Dichelostemma capitatum, Calochortus albus, Sanicula laciniata,* and *Erigeron sanctarum* had correlations with heating that were similar to those of *Koeleria,* despite the greater depth their perennating tissue occurs in the soil (Fig. 8a).

*Adenostoma* shrubs experienced 50% mortality along the transect at site 1 (Fig. 7b). The mortality produced

openings that lacked resprouting shrubs at 5–9, 15–20, 35–38, and 44–47 m along the transect. These were areas of greatest preburn canopy cover and soil heating. Results from correlation analyses suggested that heating was a factor in shrub mortality (e.g., $r = 0.48$ for correlation with water loss; see *Methods* for calculation). *Adenostoma* shrubs that died were generally much smaller than those that lived; mean total area of basal stems was 44 cm²/plant, compared to 121 cm² ($P \ll 0.05$, $t$ test).

At site 2, herbaceous resprouts were abundant along the entire transect (Fig. 7c), but were again negatively associated with areas of greatest heating ($r = -0.54$ and $r = -0.61$ for correlations with water loss and total seed mortality, respectively). The negative association between geophytes and heating, as well as preburn canopy, was consistent with that found at site 1: strong at 3–5 m block sizes (Fig. 8b). All *Adenostoma*

DENNIS C. ODION AND FRANK W. DAVIS     Ecological Monographs
Vol. 70, No. 1

TABLE 2. Correlations (Pearson's $r$) between integrated thermocouple profiles ($n = 25$) and preburn canopy cover, as well as density and basal area of stems arising from *Adenostoma* lignotubers.

| Feature and site | Temperature threshold (°C) | | | | | |
|---|---|---|---|---|---|---|
| | 100 | 200 | 300 | 400 | 500 | 600 |
| Canopy cover site 1 | 0.40* | 0.33 | 0.29 | 0.23 | 0.27 | 0.26 |
| Canopy cover site 2 | 0.05 | 0.18 | 0.20 | 0.35 | 0.33 | 0.23 |
| Stem density site 1 | | | | | | |
| 0.25-m radius | −0.07 | 0.07 | 0.14 | 0.32 | 0.50 | −0.01 |
| 0.50-m radius | 0.06 | 0.01 | 0.09 | 0.20 | −0.01 | −0.35 |
| 1.00-m radius | 0.37 | 0.29 | 0.42* | 0.39* | −0.08 | −0.22 |
| Stem density site 2 | | | | | | |
| 0.50-m radius | 0.61*** | 0.56*** | 0.44* | 0.08 | 0.09 | 0.04 |
| 1.00-m radius | 0.49*** | 0.40* | 0.28 | −0.11 | −0.06 | −0.04 |
| Stem basal area site 1 | | | | | | |
| 0.25-m radius | −0.10 | 0.00 | 0.07 | 0.25 | 0.51* | 0.05 |
| 0.50-m radius | 0.01 | 0.05 | 0.16 | 0.40* | 0.55*** | −0.07 |
| 1.00-m radius | 0.26 | 0.21 | 0.30 | 0.45* | 0.40* | 0.02 |
| Stem basal area site 2 | | | | | | |
| 0.50-m radius | 0.45* | 0.46* | 0.40* | 0.36 | 0.33 | 0.20 |
| 1.00-m radius | 0.49*** | 0.44* | 0.36 | 0.0 | 0.07 | −0.01 |

*Notes:* Thermocouple data were integrated above increasing temperature thresholds to estimate total heat generation above a particular temperature. Canopy cover values were for the 1-m² plot in which each thermocouple was located. Stem density and basal area were measured within circular plots of increasing radius that were centered on each thermocouple.
* $P < 0.05$; *** $P < 0.001$.

along the transect resprouted at site 2, and few instances of mortality were noted within that burn.

*Reduction in germinable seed and seedling recruitment in relation to preburn vegetation and heat.*—Total seed densities (Table 4) were significantly greater before fire and closer to the surface in gap (88% in top 2.5 cm) compared to understory plots (73% in top 2.5 cm). After fire, there was a bigger disparity in total abundance, but not in depth of burial (61% vs. 58% in top 2.5 cm). Seed density along the site 1 and 2 transects was 11,316 and 18,142 seeds/m² before fire, and 804.9 and 3026 seeds/m² after, so not only was maximum pyrometer temperature greater along the transect at site 1 vs. site 2, so was seed mortality.

Total mean seedling density in gap plots was 209.9 seedlings/m² after fire, but was only 28.6 seedlings/m² in the adjacent understory plots. This is a greater discrepancy than found among seedbank abundance, due, in large part, to failure of *Helianthemum* to germinate at understory plots in the field. Seedling densities were approximately as low after fire where fuel was added to gaps as they were in natural understory plots, even though seed densities were significantly greater in gaps before fire (Table 4). The greater seed mortality with fuel addition is consistent with water loss data, as an indication of greater heating with this treatment vs. what occurred under the natural canopy next to gaps.

The distribution of seed that survived fire along transects was strongly negatively associated with preburn canopy and water loss from cans at both sites (Fig. 9a, b). These correlations had a distinct negative peak at

block sizes of 3–4 m at site 1 and 5 m at site 2. Total density of seedlings in the field was even more strongly negatively correlated with the amount of shrub cover present before fire, and with soil heating, than were postburn seed populations. At site 1, the correlations among cover and can water loss vs. seedling density reached $r = -0.81$ and $r = -0.88$ at block sizes of 3–4 m, respectively, forming a distinct negative peak at this scale (Fig. 9a). At site 2, block size of maximum correlation among these was 5 m, and was equally scale dependent, but not quite as strong ($r = -0.77$ and $r = -0.61$, respectively; Fig. 9b).

*Adenostoma*, with abundant seed close to the soil surface (88% < 2.5 cm in depth) and significantly concentrated under its canopy (Table 4), was the shrub whose seed was most sensitive to heating. Only 2–3% of its seed survived fire along the transects, and its pattern of abundance became negatively associated with preburn canopy (Table 4). Likewise, *Adenostoma* seedlings in the field were four times more abundant in gap vs. understory plots, but the inverse pattern was found where fuel was switched (Table 4). Along transects, *Adenostoma* seedlings were negatively correlated with preburn canopy and water loss. These relationships were strongly scale dependent (4 m) at site 1 (Fig. 10a). At site 2, there was not a distinct peak in the correlations; the relationships were moderately strong at scales spanning 2–5 m block sizes (Fig. 10b).

As a result of having more seed at depth (81% of seeds were from 2.5–7.5-cm depths), *Arctostaphylos* seed had better survival with fire (17%), and 8.7 seed-



FIG. 5. Correlations calculated by two-term covariance analysis among preburn canopy and descriptors of heating as a function of block size along the transects at (a) site 1 and (b) site 2.

lings/m² were recruited in understory plots. Nonetheless, seed of this species was sensitive to high soil heating. The 5.6 seedlings/m² found in fuel addition plots were significantly fewer than the 14.4 seedlings/m² in untreated gap plots. There were strong negative correlations for both postburn seed bank and especially field abundance vs. preburn canopy and water loss from cans. Once again, the strength of these relationships increased with spatial scale ≤4 m (Fig. 11).

*Ceanothus* was unique in having better seedling recruitment at understory vs. adjacent gap plots and no increase in field seedling density with gap creation.

Unfortunately, *Ceanothus* seed densities were not sufficient to determine whether seeds were concentrated under *Adenostoma* canopy and buried relatively deeply, as these data suggest. *Ceanothus* was strongly affected by fuel addition. Only 1.6 seedlings/m² were found where this treatment was undertaken (Table 4). Along transects, *Ceanothus* seedling recruitment was negatively associated with preburn canopy and water loss from cans (Fig. 12a, b). The strength of these associations was much greater at block sizes of 2–4 m at site 1. At site 2, the relationship between preburn canopy and field recruitment strengthened gradually with increasing block size to 5 m, then remained about the same at greater spatial scales.

*Helianthemum scoparium*, a subshrub, was the most abundant plant in the field after fire and had high seed bank densities (6819 seeds/m² at site 2 before fire). At gaps prior to fire, 53% of *Helianthemum* seed was in the 2.5–7.5 cm depth fraction, and 75% was in the deeper fraction at adjacent understories. After fire, 94% of seeds were below 2.5 cm at understory plots. Although shallowly buried seed were killed with fire, there was not a strong negative relationship between postburn seed abundance and water loss from cans. However, seedling recruitment in the field exhibited particularly strong, scale-dependent relationships (3–5 m) with both water loss and preburn canopy (Fig. 13a, b). Furthermore, the density of *Helianthemum* seedlings in gaps was 82.1 seedlings/m², but only 3.1 seedlings/m² at adjacent understory plots, even though postburn seed abundance was only twice as great in gaps (Table 4). Although *Helianthemum* did not flower the first year after fire, samples collected after the first growing season contained germinable seed densities of 41 and 439 seeds/m² in sites 1 and 2, respectively. These densities were approximately one-third as great as those found in postburn samples collected immediately after fire. *Helianthemum* is the only species in which we documented that some surviving seed failed to germinate the first year after fire. Apparently, only the most shallowly buried *Helianthemum* seed, the distribution of which was strongly affected by soil heating, was able to germinate and/or emerge in the field. More deeply buried seed, whose pattern of abundance was not strongly affected by fire, remained dormant and/or

TABLE 3. Measurements taken at natural and artificially created gap and adjacent understory areas.

| Measure | Type | N | Gap Mean (1 SD) | Understory Mean (1 SD) |
|---|---|---|---|---|
| Gap diameter (m) | Natural | 5 | 1.68 (0.56) | ⋯ |
| | Created | 5 | 1.42 (0.56) | ⋯ |
| Can water loss (mL) | Natural | 5 | 84 (10) | 116 (33) |
| | Created | 5 | 111 (20) | 193 (10) |
| Maximum temperature (°C) | Natural | 5 | 1127 (67) | 1116 (152) |
| | Created | 5 | 927 (109) | 1149 (88) |

BLM_0060616

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 66 of 279



FIG. 6.   Total density of readily germinable seed and seedlings in each of 47 contiguous 1-m² plots. (a) Site 1, preburn readily germinable seed (sum of control, heat, and heat and charate treatments; see *Methods*) and postburn readily germinable seed (darker, embedded bars). (b) Site 1, field seedling recruitment during the first growing season following fire. (c) Site 2, preburn readily germinable seed based on heat and charate treatment, and postburn readily germinable seed (darker, embedded bars). (d) Site 2, field seedling recruitment during first growing season following fire. Preburn canopy cover and water loss from cans are shown for each transect by dotted and solid lines, respectively.

failed to emerge (Table 4). As a consequence, fuel addition to gaps reduced average *Helianthemum* density by a factor of seven (Table 4).

The second most abundant species following fire, *Navarretia atractyloides,* an opportunistic annual, had seed concentrated near the soil surface; only 8% of seed was at soil depths >2.5 cm. *Navarretia* seed was found to be concentrated in gaps before and after fire (Table 4), and seedlings in the field were abundant in gap plots (58.3 seedlings/m²). However, where fuel was added to gaps before fire, only 1.6 seedlings/m² were found. *Navarretia* postburn seed bank and field seedling distributions along transects exhibited strong scale-dependent negative relationships with preburn canopy and water loss from cans (Fig. 14a, b).

### Shrub seedling survival

Survival of *Adenostoma* ranged 7–11% over four to five years along transects and in gap plots (Fig. 15a). No seedlings survived in understory plots, but only 13 occurred there initially. Survival in gap plots was found to be significantly negatively affected by the density of *Helianthemum scoparium* ($r = -0.51$, $P = 0.05$).

*Arctostaphylos* survival was 15–16% along the site 1 transect and at understory plots (Fig. 15b), which was significantly greater than the 11% that occurred in gap plots ($t$ test, $P < 0.05$). Survival of *Arctostaphylos*

from year 1 to year 2 in gap plots was negatively related to density of all seedlings occurring there ($r = -0.59$, $P = 0.03$). The data suggested a relationship with seedlings of the most abundant species, *Helianthemum* ($r = 0.50$, $P = 0.07$). The relationship in understory plots was inversely related to the combination of initial *Arctostaphylos* density and *Adenostoma* resprout cover after five years ($r = 0.41$, $P = 0.01$). The relationship between survival and resprout cover alone was fairly strong ($r = -0.44$, $P = 0.06$).

Of the two *Ceanothus* at site 1 that were combined for analyses of soil heating effects, *C. impressus* had only 21% survival, half of that found among *C. cuneatus.* Therefore, the two species were separated for analysis of survival in relation to location, initial density, and abundance of other plants. There were no factors we could identify from our data explaining survival of *C. impressus,* since it was found in few plots. For *C. cuneatus* (Fig. 15c), survival in understory plots was positively associated with *Adenostoma* resprout cover over the first two years ($r = 0.63$, $P = 0.01$), but negatively related to resprout cover from year 2 to year 5 ($r = -0.43$, $P = 0.38$). After five years, survival of these seedlings was inversely related to the combination of its initial density and the cover of *Adenostoma* resprouts ($r = -0.62$, $P = 0.01$). At site 2, initial densities of *C. cuneatus* were much greater than at site

BLM_0060617

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 67 of 279



FIG. 7.  Density of resprouts in each of 47 contiguous 1-m² plots. (a) Site 1, herbaceous resprouts. (b) Site 1, resprouting and dead *Adenostoma fasciculatum*. (c) Site 2, herbaceous resprouts. (d) Site 2, resprouting *Adenostoma* (no mortality occurred). Preburn canopy cover and water loss from cans (a measure of heating) are shown for each transect by dotted and solid lines, respectively (scale for water loss from cans not shown).

1 (Fig. 15c), and survival after four years was only 24%.

Because *Ceanothus* and *Arctostaphylos* were the only shrubs to emerge in areas of more prolonged heating, they selectively replaced *Adenostoma* that were killed with fire at site 1. However, where resprouting by *Adenostoma* was vigorous, seedlings of the two shrubs suffered high mortality. *Arctostaphylos* additionally had high mortality in gaps as a function of total seedling densities. As a result, abundance in gap vs. understory plots after five years was comparable among the obligate seeders. The pattern of seedlings for each shrub species along transects was little changed after 4–5 yr in terms of presence vs. absence, but each species abundance was reduced in areas where they were most common.

## DISCUSSION

It has been well-documented that postburn plant growth from sources in the soil will be strongly influenced by the soil heating that occurs with fire (e.g., Beadle 1940, Wright et al. 1976, Shea et al. 1979, Auld 1986, Bond et al. 1990, Hodgkinson 1991, Moreno and Oechel 1991a, b, Bradstock and Auld 1995, Schimmel and Granström 1996). We have quantified the natural spatial variation in the intensity of this disturbance process and the patterns of plant growth that result. By

relating regeneration to soil heating patterns determined by the fuel array, we evaluate the importance of the predisturbance community in structuring the one that follows. Through this work, we demonstrate a strong mechanistic link between pattern and process in this system, an important but rarely quantified relationship in ecology.

### A model for the establishment of within-stand vegetation patterns in chaparral after fire

Our major finding is that the pattern of heating imprinted into the soil by smoldering combustion effectively determined the spatial arrangement of seeds and resprout tissues that survived, regardless of their preburn distribution. Heat-induced patterns in surviving seed and resprout tissue emerged essentially unchanged in the regenerating vegetation, and were persistent through community regrowth over the time period when most of the vegetation dynamics of the fire cycle occur.

We found that relationships among naturally occurring patterns of canopy, soil heating, and regenerating vegetation consistently grew in strength as a function of block size, becoming strong and peaking at a scale of 3–5 m. Each of these variables exhibited a pronounced pattern of heterogeneity at this scale. Because regrowth following fire is from sources onsite at the

BLM_0060618

Table 4. Seedling and resprout (perennial herb) densities (mean no. individuals/m², with 1 SD in parentheses) measured in pre- and postburn seed bank samples and in the field at experimental gap and adjacent understory plots.

| | Gap plot | | | |
| | Seed bank | | Field | |
| Species | Preburn | Postburn | Untreated | Fuel added |
|---|---|---|---|---|
| Shrubs | | | | |
| *Adenostoma fasciculatum* | 158.1 (360.2)* | 85.5 (225.4) | 8.9 (5.2)* | 0.4 (0.9)† |
| *Arctostaphylos purissima* | 97.0 (210.3) | 55.9 (145.8) | 14.4 (9.6) | 5.6 (5.1)† |
| *Ceanothus* spp. | NA | NA | 4.8 (2.6)* | 1.6 (1.6)† |
| Subshrubs | | | | |
| *Helianthemum scoparium* | 1209.3 (1147.7) | 326.7 (607.6)* | 82.1 (46.5)* | 13.0 (20.3)† |
| Perennial herbs | | | | |
| *Dichelostemma capitatum* | 0 | 0 | 11.2 (15.1)* | 2.8 (5.2)† |
| *Koeleria macrantha* | 0 | 0 | 2.8 (2.2)* | 0.4 (0.8) |
| All geophytes | 0 | 0 | 18.3 (14.4)* | 3.2 (2.4)† |
| Annual herbs | | | | |
| *Lotus strigosus* | 97.1 (182.3)* | 14.7 (46.5)* | 17.2 (17.2)* | 1.6 (2.6)† |
| *Navarretia atractyloides* | 5577.7 (3991.1)* | 582.2 (873.7)* | 58.2 (41.4)* | 1.6 (2.6)† |
| All seedlings | | | | |
| 0–2.5 cm seed bank | 19358.4 (12223.6)* | 2569.7 (1537.5)* | ... | ... |
| 2.5–7 cm seed bank | 3118.6 (1824.8) | 1647.5 (1353.3)* | ... | ... |
| Field | ... | ... | 209.9 (87.3)* | 34.0 (26.6)† |

*Note:* Sample sizes vary because more plots were studied in the field after fire than were included in seed bank sampling, and because fuel was added to five gaps and removed to create five gaps (see *Methods*).
* $P < 0.05$, Kruskal-Wallis test, indicating significant gap vs. understory difference.
† $P < 0.05$, Kruskal-Wallis test, indicating significant treatment effect (within-plot-type comparison).

time of the fire, and because patterns of heating will be controlled by the fuel array provided by dominant shrubs, our results support a model in which local species distributions after fire in *Adenostoma* chaparral are directly linked to the physical and chemical properties of shrub canopies present before fire, through their antecedent effect on patterns in seeds and resprouts.

Through their combustion characteristics, there is much potential for dominant species to structure vegetation patterns that follow fire. In shrub vegetation, the fuel array is inherently heterogeneous (Countyman and Philpot 1970). Variable heating has been consistently measured in relation to this (e.g., Craddock 1929, Sampson 1944, McArthur 1967, DeBano et al. 1979, Tarbes 1980, Anfuso 1982, Hobbs et al. 1984, Hobbs and Atkins 1988, Davis et al. 1989). Effects of this variation will differ depending on where regeneration sources are located and how they are insulated from heating. For example, in Mediterranean-type shrublands in South Africa and Australia, seed of shrubs and small trees that are ant dispersed occur at depths of 5–10 cm, and high soil heating is needed to induce their germination (Auld 1986, Bond et al. 1990, and Hodgkinson 1991). Seedling recruitment is therefore positively associated with fire intensity. Although this is the opposite of what we found, it exemplifies how fine-scale patterns in fire-prone shrublands may be maintained/developed across fire cycles by the same mechanistic processes.

### Soil heating and resprouting

Adding fuel to gaps reduced the abundance of the perennial grass *Koeleria macrantha*. There was a strong negative correlation between water loss from cans and the abundance of its resprouts ($r = -0.67$). Research on lethal temperatures for grasses describes how their resilience to heating increases with decreasing moisture content (Wright 1970). As temperatures approach 90°C, the lethal duration for desiccated *Stipa comata* is 60 s. With regenerative tissue near the soil surface, perennial grasses, even in their most desiccated state, will be vulnerable to heating in chaparral fires.

Unlike *Koeleria*, the bulbs of *Dichelostemma*, and *Calochortus*, and the tubers of *Sanicula laciniata* and *Erigeron sanctarum*, are found at soil depths of 10–20 cm, where they are protected from high temperatures. Nonetheless, their resprouts were reduced in abundance by a factor of six as a result of fuel additions, and their distributions were strongly negatively correlated with heating. In our study, the soil temperature at 10 cm remained at ~39°C for several hours at a location where surface heating was not prolonged (Fig. 3). Geophytes may have been exposed to such temperatures for as much as 10–12 h, where heating was prolonged. Moist vascular tissue would be killed by this length of exposure to temperatures in this range (see Wright and Bailey 1982: Fig. 2.4). Thus, the evidence strongly

BLM_0060619

TABLE 4. Extended.

| | Understory | | |
| --- | --- | --- | --- |
| Seed bank | | Field | |
| Preburn | Postburn | Untreated | Fuel removed |
| 506.3 (614.4)* | 44.1 (99.2) | 0.9 (1.6)* | 5.6 (6.7) |
| 132.5 (139.1) | 70.6 (154.8) | 8.7 (12.9) | 12.8 (16.6) |
| NA | NA | 9.7 (8.7)* | 8.0 (2.8) |
| | | | |
| 806.4 (1096.5) | 200.2 (400.9)* | 3.4 (4.0)* | 33.6 (45.6) |
| | | | |
| 0 | 0 | 1.2 (1.2)* | 3.2 (3.0) |
| 0 | 0 | 24.4 (44.4)* | 6.4 (7.2) |
| 0 | 0 | 4.4 (1.8)* | 4.4 (1.2) |
| | | | |
| 226.5 (225.5)* | 238.5 (440.7)* | 1.3 (2.4)* | 2.4 (2.2) |
| 1111.6 (1763.2)* | 97.1 (182.7)* | 0.7 (0.5)* | 5.2 (17.4) |
| | | | |
| 7981.01 (6327.5)* | 964.2 (1863.9)* | ... | ... |
| 3070.9 (1732.4) | 706.1 (500.1)* | ... | ... |
| ... | ... | 28.6 (28.3)* | 79.2 (86.0) |



FIG. 9. Correlations calculated by two-term covariance analysis for postburn seed bank and field seedling recruitment of all species vs. preburn canopy cover and water loss from cans, as a function of block size, along the transects at (a) site 1 and (b) site 2.



FIG. 8. Correlations calculated by two-term covariance analysis for resprouts vs. preburn canopy cover and water loss from cans, as a function of block size, along the transects at (a) site 1 and (b) site 2.

suggests that the distribution and abundance of canopy material that collapsed during fire is what produced associated patterns in these resprouts.

Resprouting by *Adenostoma* is from a specialized lignotuber (Anfuso 1982). Despite this feature, *Adenostoma* mortality with fire has been observed to be as great as 85% (Barro and Conard 1991). The 50% mortality we found at site 1 was high for an autumn burn. Mortality was correlated with soil heating, and was highest for small individuals. This agrees with previous research by Rundel et al. (1987) and Moreno and Oechel (1991b, 1993), who concluded that, after factoring out seasonal effects, *Adenostoma* develop greater heat tolerance as they become larger. Moreno and Oechel (1993) also report that *Adenostoma* lignotuber size was positively correlated with depth of burial. This has been documented for other shrubs in fire-prone environments (Beadle 1940, Wright et al. 1976). The absence of small *Adenostoma* shrubs at site 2 may explain the lack of mortality there.

*Soil heating and seeds*

Based on laboratory studies (Wright 1931, Sampson 1944, Sweeney 1956, Keeley 1987, etc.), heat tolerance

DENNIS C. ODION AND FRANK W. DAVIS   Ecological Monographs
Vol. 70, No. 1





Fig. 11. Correlations calculated by two-term covariance analysis for *Arctostaphylos purissima* postburn seed bank and field seedling abundance vs. preburn canopy cover and water loss from cans, as a function of block size, along the transect.

Fig. 10. Correlations calculated by two-term covariance analysis for *Adenostoma fasciculatum* field seedling abundance vs. preburn canopy cover and water loss from cans, as a function of block size, along the transects at (a) site 1 and (b) site 2.

of unmoistened seed for a 5-min duration is similar among chaparral species. Seeds appear to be less sensitive to heating duration than to maximum temperature. For example, seeds of many species can tolerate 2–4 hours of 80–100°C (Wright 1931, Keeley et al. 1985). This is 20–40× the total heat produced in 5 min at 170°C, which is generally lethal. The initial flame front in a chaparral fire will induce lethal heating down to a depth that will vary with soil thermal conductivity. Deeper penetration of lethal temperatures will be a function of subsequent combustion of collapsed fuel on the soil surface. The effects of addition of fuel to gaps illustrate this. Survival of seeds was especially low at these locations (none in the 0–2.5 cm depth fraction).

The ability of obligate seeders to maintain sizable seed populations at depth explained their superiority in establishing in areas of greater soil heating. For example, *Arctostaphylos*, with ~80% of its seeds below 2.5 cm, had 17% survival along the site 1 transect. The depth distribution of seeds of *Ceanothus* spp., was unclear in our samples, but they apparently had a high proportion at depth, because, unlike other species, they



Fig. 12. Correlations calculated by two-term covariance analysis for *Ceanothus* field seedling abundance vs. preburn canopy cover and water loss from cans, as a function of block size, along the transects at (a) site 1 and (b) site 2. At site 1, densities of *Ceanothus impressus* and *Ceanothus cuneatus* are combined.

BLM_0060621

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 71 of 279



FIG. 13. Correlations calculated by two-term covariance analysis for *Helianthemum scoparium* postburn seed bank and field abundance vs. preburn canopy cover and water loss from cans, as a function of block size, along the transects at (a) site 1 and (b) site 2.

FIG. 14. Correlations calculated by two-term covariance analysis for *Navarretia atractyloides* postburn seed bank and field abundance vs. preburn canopy cover and water loss from cans, as a function of block size, along the transects at (a) site 1 and (b) site 2.

did not have improved seedling recruitment with fuel removal. In contrast, *Adenostoma,* with only 12% of its seeds in below 2.5 cm, had only 3% of seeds surviving fire. Only 8% of *Navarretia atractyloides* seed was below 2.5 cm in depth, and only 10% survived fire in the areas of lowest soil heating, which were preburn gaps.

Seed bank samples clearly demonstrated that there was also much *Helianthemum* seed below 2.5 cm in depth (~60%). Patterns of germinable seed in postburn samples were not as strongly associated with soil heating as with most species, indicating that seed was able to survive in areas of high heating. The field distribution of *Helianthemum* was, however, as strongly negatively related to soil heating as species with shallowly buried seed, and recruitment was nil with fuel addition. The inability of this species to establish seedlings in areas of greater soil heating was, in large part, because approximately one-third of its seed bank that survived fire remained dormant in the field, based on comparison of samples collected right after the fire and one year later. The most likely reason is that some surviving

seed must have been too deeply buried to receive temperature stratification to overcome secondary dormancy (Brits 1986). Field densities were much lower than the postburn seed bank minus the portion that remained dormant, suggesting there was also seed that germinated but failed to emerge. Emergence of the epicotyl is dependent on endosperm carbohydrate reserves, and the maximum depth from which emergence can occur has been shown to be allometrically related to seed size over a range of families and genera (Bond and van Wilgen 1995: Fig. 5.12). *Helianthemum* seeds are tiny. They are probably unable to emerge from depths much greater than ~2–3 cm.

No seedlings of other woody species emerged from samples collected the second year; their seed banks were apparently exhausted as a result of fire, and there was no new input until two to four years after fire. Thus, unlike counterpart shrublands in Australia and South Africa, it appears that little or no seed of chaparral shrubs is buried too deeply to receive sufficient heat under typical burning to overcome dormancy. Whether annual seed banks are exhausted with fire remains a question. It is possible that the annuals that

BLM_0060622

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 72 of 279



FIG. 15. Survivorship curves for three shrub species in plots along the transects at site 1, site 2, and the gap and understory locations at site 1. No shrub recruitment occurred after year 1; changes in abundance reflect mortality. *Arctostaphylos purissima* did not occur at site 2.

emerged the second year came from seed that remained dormant during the first year. Annuals may also have emerged from seed produced during year 1 that were readily germinable. Both readily germinable and refractory seed have been found in *Helianthemum,* as well as the chaparral annual *Camissonia hirtella* (Keeley 1991).

*Community development following fire*

*Survival of shrub seedlings.*—Sampson (1944), Horton and Kraebel (1955), and Keeley and Zedler (1978), among others, have documented that the highest numbers of chaparral seedlings die during the first year following fire, as we found. The summer drought is the

predominant cause (Frazer and Davis 1988). It has been hypothesized that selection for traits maximizing seedling survival has occurred to a greater extent among obligate-seeding species (Frazer and Davis 1988, Moreno and Oechel 1992), and seedlings of obligate-seeding *Ceanothus* spp. have been shown to be more tolerant of water stress during summer drought compared to *Adenostoma* seedlings (Jacks 1984, Frazer and Davis 1988, Tyler and D'Antonio 1995). Our research provides evidence both supporting and refuting this hypothesis. We found *Ceanothus* survival was relatively high in comparison to *Adenostoma.* Conversely, survival of *Arctostaphylos* (all locations at site 1 combined, survival = 10.7%) during the course of five years was lower.

Moreno and Oechel (1992) found a positive effect of herb cover on *Adenostoma* seedling survival. Unlike in our study, herbs at their site were mainly fire-following annuals, and subshrubs were not important. We found no relationship between herb cover and *Adenostoma* survival, but did find that *Helianthemum* negatively affected the survival of *Adenostoma* seedlings. We also observed that *Arctostaphylos* was negatively affected by total plant density, which was dominated by *Helianthemum. Helianthemum* is one of the most widespread and abundant fire-following shrubs in chaparral. It may influence shrub seedling regeneration over a broad area.

*Changes in shrub relative abundance.*—*Adenostoma* may appropriate space through many fire cycles, whereas the space that obligate seeders occupy will be available for seedling establishment following the next fire. A dominance shift from one regeneration mode to the other with fire will have important long-term consequences. Twenty-five of the original 50 *Adenostoma* shrubs present in transect plots died during the fire at site 1. This mortality created large gaps in resprouting shrubs from 16–20 and 5–10 m from the base of the L-transect in the northwest direction, and from 11–13 and 20–22 m in the northeast direction (Fig. 7b). In the vacated space, there were 10 *Adenostoma,* 23 *Arctostaphylos,* 22 *C. cuneatus,* and 9 *C. impressus* after five years. There was also a decrease in *Adenostoma* at the 15 understory locations adjacent to preburn gaps. Four adult shrubs perished there and were replaced by obligate seeders. However, *Adenostoma* seedlings continued to survive after 5 yr in five of the 15 gaps (mean, 2 seedlings/gap). Thus, there was a decrease in *Adenostoma,* where soil heating was high, and an increase at gaps. This illustrates how local variation in heating associated with fire allows different species and regeneration modes to be favored at different sites within the same burn area. This helps explain the coexistence of shrub regeneration modes that may have evolved in response to different fire regimes (Keeley and Zedler 1978).

At site 2, all *Adenostoma* survived fire, but there were 2.4 *Ceanothus cuneatus*/m² established after four

years. No change in relative abundance of shrubs appears to have occurred there because of fire.

### Management implications

Patterns of variation in heating during fire may be significantly more pronounced in chaparral as a function of length of time since fire. Fuel will accumulate within and under the canopy of long-lived shrubs, and gaps will form where obligate seeders die (Keeley 1992), increasing the heterogeneity of the fuel array. These conditions have been hypothesized to favor obligate seeders (Keeley and Zedler 1978), and we found that gaps clearly provided increased opportunities for obligate seeders. Despite this, *Adenostoma* remained dominant in the stand where gaps were important. This species has been shown to be stable over a range of fire intervals (Minnich and Bahre 1995). Gaps may also be critical to the maintenance of seed populations of opportunistic species (Zammit and Zedler 1994), and seeds of most species may be concentrated in gaps, as we found. We also found that development of canopy gaps was important to regeneration of all species from seed, as well as herbaceous resprouts, regardless of their preburn distribution. Finally, chaparral shrubs that do not establish seedlings after fire (called "fire persisters" because of their high rate of resprout success) require long fire-free periods for seedling establishment (Keeley 1992). Zedler (1995) evaluated risks to shrubland species from a long fire interval and could find no evidence of significant risk. Thus, it appears diversity and equitability in the postfire flora and overall community resilience may be promoted by a relatively long chaparral fire interval.

On the other hand, it has been documented that especially short fire intervals (<5 yr) can destroy chaparral (Zedler et al. 1983, Haidinger and Keeley 1993). The shallow-rooted and quickly curing grass and weed vegetation that replaces chaparral under such type conversion will ignite more easily over a longer portion of the year (Bradshaw et al. 1983), and it will allow for much greater landslide activity and sediment production in chaparral watersheds, where runoff is typically impounded for highly valued water diversions (Rice et al. 1969). In addition, it has also been documented that local extinctions of obligate seeders may occur under a regime of relatively short fire intervals (Nieuwenhius 1987).

Managing chaparral for optimum biodiversity and watershed values appears to be counter to managing it for human safety. With relatively long fire intervals, acutely combustible high heat yield fuel would exist over extensive areas at any given time. In addition, dry season fires are clearly better from a biological standpoint (Parker and Rogers 1988), but it is difficult and dangerous to undertake hazard reduction burning during the dry season. Effectiveness of such burning can also be questioned; analyses indicate that it is not feasible to prevent large fires from occurring in many chaparral landscapes (Zedler 1995, Moritz 1997). At the interface between human development and chaparral vegetation, desirable management from biological and slope stability perspectives argues not for relatively short rotation hazard reduction burning, but for improving characteristics of the built environment (defensible space, structures, landscaping, safe evacuation means, etc.), in efforts to reduce the perils of fire posed by living near chaparral.

### Acknowledgments

This research was funded by National Science Foundation (NSF) grant No. SES-8721494. It was not just the funding that was valuable, but the encouraging comments of the original anonymous reviewers of our proposal. Additional funding was provided by the Nature Conservancy and the Lompoc Botanical and Horticultural Society. This allowed the project to be of greater duration than would have otherwise been possible, and for additional research on conservation of maritime chaparral endemics to be undertaken. The research and approaches to presenting it benefited greatly from critical evaluation by Bruce Mahall and others at Tuesday night UCSB plant ecology seminars, most notably Claudia Tyler, Carla D'Antonio, Ray Callaway, C. H. Muller, Joe Connell, Bob Haller, Nancy Vivrette, Dan Sarr, Josh Schimel, and Max Moritz. Diana Hickson and Mark Borchert provided assistance in many forms throughout the project. Drafts of the manuscript were reviewed and greatly improved by Carla D'Antonio, Diane DeSteven, Julia Jones, Bruce Mahall, Joel Michaelson, Max Moritz, Claudia Tyler, Frank Weirich, Diane Odion, and two anonymous reviewers. The thermocouple apparatus was assembled and programmed by Frank Weirich. Pat Shafroth, Kelly Cayocca, and Joe Mailander assisted with field and seed bank work. We are also grateful to James and Lauris Rose for providing outdoor growing space and supplies at their orchid nursery.

### Literature Cited

Anfuso, R. F. 1982. Fire temperature relationships of *Adenostoma fasciculatum*. Thesis. California State University, Pomona, California, USA.

Auld, T. D. 1986. Population dynamics of the shrub *Acacia suaveolens* (Sm.) Willd.: fire and the transition to seedlings. Australian Journal of Ecology 11:373–385.

Axelrod, D. I. 1958. Evolution of the Madro-Tertiary geoflora. Botanical Review 24:433–509.

Barbour, M. G., J. H. Burk, and W. D. Pitts. 1980. Terrestrial plant ecology. Benjamin Cummings, Menlo Park, California, USA.

Barro, S. C., and S. G. Conard. 1991. Fire effects on California chaparral systems: an overview. Environmental International 17:135–149.

Beadle, N. C. W. 1940. Soil temperatures during forest fires and their effect on the survival of vegetation. Journal of Ecology 28:180–192.

Beaufait, W. R. 1966. An integrating device for evaluating prescribed fire. Forest Science 12:27–29.

Bewley, J. D., and M. Black. 1985. Seeds: physiology, development, and germination. Plenum Press, New York, New York, USA.

Bond, W. J., D. Le Roux, and R. Erntzen. 1990. Fire intensity and regeneration of myrmecochorous Proteaceae. South African Journal of Botany 56:326–330.

Bond, W. J., and B. W. van Wilgen. 1995. Fire and plants. Chapman and Hall, New York, New York, USA.

Borchert, M. I., and D. C. Odion. 1995. Fire intensity and vegetation recovery in chaparral: a review. Pages 91–100 *in* J. E. Keeley and T. Scott, editors. Brushfires in Cali-

fornia: ecology and resource management. International Association of Wildland Fire, Fairfield, Washington, USA.

Bradshaw, L. S., J. E. Deeming, R. E. Burgan, and J. D. Cohen. 1983. The 1978 national fire-danger rating system: technical documentation. U.S. Forest Service General Technical Report **INT-169**.

Bradstock, R. A., and T. D. Auld. 1995. Soil temperatures during experimental bushfires in relation to fire intensity: consequences for legume germination and fire management in southeastern Australia. Journal of Applied Ecology **32**: 76–84.

Brits, G. J. 1986. Influence of fluctuating temperatures and $H_2O_2$ treatment on germination of *Leucospermum cordifolium* and *Serruria florida* (Proteaceae) seeds. South African Journal of Botany **52**:286–290.

Bullock, S. H. 1982. Reproductive ecology of *Ceanothus cordulatus*. Thesis. California State University, Fresno, California, USA.

Byrne, R., J. Michaelson, and A. Soutar. 1977. Fossil charcoal as a measure of wildfire frequency in southern California: a preliminary analysis. Pages 361–367 *in* H. A. Mooney and C. E. Conrad, editors. Proceedings of the symposium on the environmental consequences of fire and fuel management in Mediterranean ecosystems. U.S. Forest Service General Technical Report **WO-3**.

Chandler, C., P. Cheney, P. Thomas, L. Trabaud, and D. Williams. 1983. Fire in forestry, forest fire behavior and effects. Wiley-Interscience, New York, New York, USA.

Christensen, N. L., and C. H. Muller. 1975. Effects of fire on factors controlling plant growth in *Adenostoma* chaparral. Ecological Monographs **45**:29–55.

Countryman, C. M., and C. W. Philpot. 1970. Physical characteristics of chamise as a wildland fuel. U.S. Forest Service Research Paper **PSW-66**.

Craddock, G. W. 1929. The successional influence of fire on the chaparral type. Thesis. University of California, Berkeley, California, USA.

Dale, M. R. T., and D. J. Blundon. 1990. Quadrat variance analysis and pattern development during primary succession. Journal of Vegetation Science **1**:153–162.

Dale, M. R. T., and M. W. Zbigniewicz. 1995. The evaluation of multi-species patterns. Journal of Vegetation Science **6**: 391–398.

D'Antonio, C. M., D. C. Odion, and C. M. Tyler. 1993. Invasion of maritime chaparral by the alien succulent *Carpobrotus edulis*: the roles of fire and herbivory. Oecologia **95**:14–21.

Davis, F. W., D. E. Hickson, and D. C. Odion. 1988. Composition of maritime chaparral related to fire history and soil, Burton Mesa, California. Madroño **35**:169–195.

Davis, F. W., M. I. Borchert, and D. C. Odion. 1989. Establishment of microscale vegetation pattern in maritime chaparral after fire. Vegetatio **84**:53–67.

DeBano, L. F., R. M. Rice, and C. E. Conrad. 1979. Soil heating in chaparral fires: effects on soil properties, plant nutrients, erosion, and runoff. U.S. Forest Service Research Paper **PSW-145**.

Dibblee, T. W. 1950. Geology of southwestern Santa Barbara County. Bulletin **150**. California Division of Mines, Sacramento, USA.

Frazer, J. M., and S. D. Davis. 1988. Differential survival of chaparral seedlings during the first summer drought after wildfire. Oecologia **76**:215–221.

Haidinger, T. L., and J. E. Keeley 1993. Role of high fire frequency in destruction of mixed chaparral. Madroño **40**: 141–147.

Hanes, T. L. 1971. Succession after fire in the chaparral of southern California. Ecological Monographs **41**:27–51.

Hanes, T. L. 1977. California chaparral. Pages 417–469 *in* M. G. Barbour and J. Major, editors. Terrestrial vegetation

of California. John Wiley and Sons, New York, New York, USA.

Hickman, J. C. 1993. The Jepson manual: higher plants of California. University of California Press, Berkeley, California, USA.

Hickson, D. E. 1988. History of wildland fires on Vandenberg Air Force Base, California. The Bionetics Corporation, National Aeronautics and Space Administration Technical Memorandum **100983**, Kennedy Space Center, Florida, USA.

Hill, M. O. 1973. The intensity of spatial pattern in plant communities. Journal of Ecology **61**:225–235.

Hobbs, R. J., and L. Atkins. 1988. Spatial variability of experimental fires in southwest western Australia. Australian Journal of Ecology **13**:295–299.

Hobbs, R. J., J. E. P. Currall, and C. H. Gimingham. 1984. The use of thermocolor pyrometers in the study of heath fire behavior. Journal of Ecology **72**:241–250.

Hodgkinson, K. C. 1991. Shrub recruitment response to intensity and season of fire in a semi-arid woodland. Journal of Applied Ecology **28**:60–70.

Horton, J. S., and C. J. Kraebel. 1955. Development of vegetation after fire in the chamise chaparral of southern California. Ecology **36**:244–262.

Jacks, P. M. 1984. The drought tolerance of *Adenostoma fasciculatum* and *Ceanothus crassifolius* seedlings and vegetation change in the San Gabriel Mountains chaparral. Thesis. San Diego State University, San Diego, California, USA.

James, S. 1984. Lignotubers and burls: their structure, function, and ecological significance in Mediterranean ecosystems. The Botanical Review **50**:225–266.

Jepson, W. L. 1916. Regeneration in manzanita. Madroño **1**: 3–11.

Keeley, J. E. 1977. Seed production, seed populations in soil, and seedling production after fire for two congeneric pairs of sprouting and nonsprouting chaparral shrubs. Ecology **58**:820–829.

Keeley, J. E. 1981. Distribution of lightning- and man-caused wildfires in California. Pages 431–438 *in* C. E. Conrad and W. C. Oechel, editors. Proceedings of the symposium on dynamics and management of Mediterranean-type ecosystems. U.S. Forest Service, Pacific Southwest Range and Experiment Station, Berkeley, California, USA.

Keeley, J. E. 1987. Role of fire in seed germination of woody taxa in California chaparral. Ecology **68**:434–444.

Keeley, J. E. 1991. Seed germination and life history syndromes in the California chaparral. Botanical Review **57**: 81–116.

Keeley, J. E. 1992. Demographic structure of California chaparral in the long-term absence of fire. Journal of Vegetation Science **3**:79–90.

Keeley, J. E. 1993. Utility of growth rings in the age determination of chaparral shrubs. Madroño **40**:1–14.

Keeley, J. E., and C. J. Fotheringham. 1997. Trace gas emissions and smoke-induced seed germination. Science **276**: 1248–1250.

Keeley, J. E., and C. J. Fotheringham. 1998. Smoke-induced seed germination in California chaparral. Ecology **79**: 2320–2336.

Keeley, J. E., and S. Keeley. 1988. Chaparral. Pages 165–207 *in* M. G. Barbour and W. D. Billings, editors. North American terrestrial vegetation. Cambridge University Press, Cambridge, UK.

Keeley, J. E., B. A. Morton, A. Pedrosa, and P. Trotter. 1985. The role of allelopathy, heat and charred wood in the germination of chaparral herbs and suffrutescents. Journal of Ecology **73**:445–458.

Keeley, S. C., and M. Pizzorno. 1986. Charred wood stimulated germination of two fire following herbs of the Cal-

ifornia chaparral and the role of hemicellulose. American Journal of Botany **73**:1289–1297.

Keeley, J. E., and P. H. Zedler. 1978. Reproduction of chaparral shrubs after fire: a comparison of sprouting and seeding strategies. American Midland Naturalist **99**:142–161.

Levitt, J. 1972. Responses of plants to environmental stresses. Academic Press, New York, New York, USA.

McArthur, A. G. 1967. Fire behaviour in Eucalypt forests. Commonwealth of Australia, Department of National Development, Forestry and Timber Bureau, Leaflet No. **107**.

Minnich, R. A. 1988. Chaparral fire history in San Diego County and adjacent northern Baja California. Pages 37–48 *in* S. Keeley, editor. The California chaparral: paradigms re-examined. Natural History Museum of Los Angeles County, Los Angeles, California, USA.

Minnich, R. A., and C. J. Bahre. 1995. Wildland fire and chaparral succession along the California–Baja California boundary. International Journal of Wildland Fire **5**:13–24.

Moreno, J. M., and W. C. Oechel. 1989. A simple method for estimating fire intensity after a burn in California chaparral. Oecologia Plantarum **10**:57–68.

Moreno, J. M., and W. C. Oechel. 1991*a*. Fire intensity effects on germination of shrubs and herbs in southern California chaparral. Ecology **72**:1993–2004.

Moreno, J. M., and W. C. Oechel. 1991*b*. Fire intensity and herbivory effects on postfire resprouting of *Adenostoma fasciculatum* in southern California chaparral. Oecologia **85**:429–433.

Moreno, J. M., and W. C. Oechel. 1992. Factors controlling postfire seedling establishment in southern California chaparral. Oecologia **90**:50–60.

Moreno, J. M., and W. C. Oechel. 1993. Demography of *Adenostoma fasciculatum* after fires of different intensities in southern California chaparral. Oecologia **96**:95–101.

Moritz, M. A. 1997. Analyzing extreme disturbance events: fire in the Los Padres National Forest. Ecological Applications **7**:1252–1262.

Muller, C. H., W. H. Muller, and B. L. Haines. 1964. Volatile growth inhibitors produced by aromatic shrubs. Science **143**:471–473.

Mutch, R. W. 1970. Wildland fires and ecosystems: a hypothesis. Ecology **51**:1046–1051.

Nieuwenhius, A. 1987. The effect of fire frequency on the sclerophyll vegetation of the West Head, New South Wales. Australian Journal of Ecology **12**:373–385.

Odion, D. C. 1995. Effects of variation in soil heating during fire on patterns of plant establishment and regrowth in maritime chaparral. Dissertation. University of California, Santa Barbara, California, USA.

Odion, D. C., *in press*. Germination behavior of seed banks from two long-unburned stands of chamise chaparral. Madroño.

Parker V. T., and C. Rogers 1988. Chaparral burns and management: influence of soil moisture at the time of a prescribed chaparral burn on the response of the native vegetation from the seed bank. California Department of Fish and Game, Sacramento, California, USA.

Precht, H., J. Christophersen, H. Hensel, and W. Larcher. 1973. Temperature and life. Springer-Verlag, Heidelberg, Germany.

Rice, R. M., E. S. Corbett, and R. G. Bailey. 1969. Soil slips related to vegetation, topography, and soil in Southern California. Water Resources Research **5**:637–659.

Rice, S. K. 1993. Vegetation establishment in post-fire *Adenostoma* chaparral in relation to fine-scale pattern in fire

intensity and soil nutrients. Journal of Vegetation Science **4**:115–124.

Riggan, P. J., S. Goode, P. M. Jacks, and R. N. Lockwood. 1988. Interaction of fire and community development in chaparral of southern California. Ecological Monographs **58**:155–176.

Rothermel, R. C., and C. W. Philpot. 1973. Predicting changes in chaparral flammability. Journal of Forestry **71**:640–643.

Rundel, P. W., G. A. Baker, D. J. Parsons, and T. J. Stohlgren. 1987. Postfire demography of resprouting and seedling establishment by *Adenostoma fasciculatum* in the California chaparral. Pages 575–596 *in* J. D. Tenhunen, F. M. Catarino, O. L. Lange, and W. C. Oechel, editors. Plant response to stress. Springer-Verlag, Berlin, Germany.

Sampson, A. W. 1944. Plant succession on burned chaparral lands in northern California. University of California Agricultural Experiment Station Bulletin **685**.

Schimmel, J., and A. Granström. 1996. Fire severity and vegetation response in the boreal Swedish forest. Ecology **77**:1436–1450.

Shea, S. R., J. McCormick, and C. C. Portlock. 1979. The effect of fires on regeneration of leguminous species in the northern jarrah (*Eucalyptus marginata* Sm.) forest of Western Australia. Australian Journal of Ecology **4**:195–205.

Shipman, G. E. 1972. Soil survey of the northern Santa Barbara area. U.S. Department of Agriculture, Soil Conservation Service Report, Washington, D.C., USA.

Sweeney, J. R. 1956. Responses of vegetation to fire. University of California Publications in Botany **28**:143–250.

Tarbes, J. A. 1980. Physical characteristics of chamise (*Adenostoma fasciculatum* H. & A.) in relation to flammability and combustibility. Thesis. San Francisco State University, California, USA.

Tyler, C. M. 1995. Factors contributing to postfire seedling establishment in chaparral: direct and indirect effects of fire. Journal of Ecology **83**:1009–1020.

Tyler, C. M., and C. M. D'Antonio. 1995. The effects of neighbors on the growth and survival of shrub seedlings following fire. Oecologia **102**:255–264.

Wright, E. 1931. The effect of high temperature on seed germination. Journal of Forestry **29**:679–687.

Wright, H. A. 1970. A method to determine heat-caused mortality in bunchgrass. Ecology **51**:582–587.

Wright, H. A., and A. W. Bailey. 1982. Fire ecology—United States and Southern Canada. John Wiley and Sons, New York, New York, USA.

Wright, H. A., S. C. Bunting, and L. F. Neuenschwander. 1976. Effect of fire on honey mesquite. Journal of Range Management **29**:467–471.

Zammit, C. A., and P. H. Zedler. 1988. The influence of dominant shrubs, fire and time since fire on soil seed banks in mixed chaparral. Vegetatio **75**:175–187.

Zammit, C. A., and P. H. Zedler. 1994. Organisation of the soil seed bank in mixed chaparral. Vegetatio **111**:1–16.

Zedler, P. H. 1995. Fire frequency in southern California shrublands: biological effects and management options. Pages 101–112 *in* J. E. Keeley and T. L. Scott, editors. Brushfires in California: ecology and management. International Association of Wildland Fire, Fairfield, Washington, USA.

Zedler, P. H., C. R. Gautier, and G. S. McMaster. 1983. Vegetation change in response to extreme events: the effect of a short interval between fires in California chaparral and coastal scrub. Ecology **64**:809–818.

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                          0_OfficeOfNaturalResourcesRevenue2016.xlsx

BLM_0060627

the same landmarks. Their route, following the Colorado River to Needles, and up the Mojave River to Cajon Pass, was much favored by later travelers. Some trail users chose to trade with the Utes as far north as Salt Lake, and followed a path now labeled the "North Branch," which led to Grand Junction, Colorado before heading south to rejoin the other major route from Santa Fe via Green River, Utah. Several variants of these two routes were also used, but all came together in southern Utah, fanning out once again into separate trails from southern Nevada to southeastern California. They came together again at the Mojave River, which brought travelers to the Cajon Pass portal of southern California. The group of main trails and alternates together form the Old Spanish Trail.

Americans became aware of the trail with the publication of John C. Fremont's Report of his 1844 journey from California to the States, the return leg of his expedition to Oregon for the U.S. Topographical Corps. Fremont's Report created a sensation in Washington, already struck with Manifest Destiny fever. Fremont took the Spanish Trail across to Utah. People called the route by various names, but he called it the "Spanish Trail" in his Report, and that is the name that has been used ever since. Recognizing that a large area of the interior desert had no connection to the sea, Fremont first called it the "Great Basin", another name used ever since – in his report.

The Spanish Trail name and use lapsed after the War with Mexico ended in 1848. There was no longer any need to link Santa Fe with Los Angeles by this difficult mule trail; other, wagon-friendly routes were opened. The Spanish Trail was not a route of major emigration to the West; trails to the north and south of it were preferred for this wagon traffic. Spanish Trail caravans continued to trade with the Mormons in Utah, but by 1853 they were no longer welcome there. The New Mexican caravans were out of business.

Popular and academic interest in the trail was only sporadically evident over the ensuing decades. Interest in the trail began to revive beginning in 1921, with the publication of an article by Joseph J. Hill, the 1930 and 1931 work of Eleanor F. Lawrence, and the publication in 1930 of George Brewerton's Overland with Kit Carson. William R. Palmer of Cedar City, Utah organized the Spanish Trail Association in 1946. This group placed 100 markers along the trail between Santa Fe and Los Angeles, but faded soon after accomplishing this task in 1950. LeRoy and Ann Hafen of Utah published their definitive history of the trail in 1954; this work inspired still other research, and the post WWII jeep made it possible for the general public to explore the desert, stimulating interest in the trail.

Efforts to mark the trail revived. Nevada, in celebration of its centennial, marked the Fremont route in 1964-65. In Utah, the Emery County Historical Society placed markers in the Green River area in the early 1990s, while in the mid-1990s, Iron County Boy Scouts of America marked the trail through their territory. New energy to identify and mark the trail arose among the people of Grand Junction, Colorado in the 1990s as well. This effort focused much attention on the trail's North Branch, energizing discussions about the Spanish Trail and its importance for the region. Beginning in 1992, a strategy for attaining National Historic Trail designation was laid out by individuals connected with the Riverfront Commission in Grand Junction and the Colorado Board of Parks and Outdoor Recreation.

In 1993 these trail aficionados convinced Colorado's Senator Ben Nighthorse Campbell and Representative Scott McInnis to introduce a bill authorizing the NPS to study the feasibility of including the Old Spanish Trail in the National Trails System as a National Historic Trail. In 1994, Colorado supporters founded the present Old Spanish Trail Association (OSTA). This group teamed up with the Colorado delegates and senators from New Mexico, Utah, and California to keep the legislation alive. Senator Campbell and Congressman McInnis succeeded in including the Old Spanish Trail feasibility study in the 1996 Omnibus Parks and Public Lands Management Act.

The first draft of the feasibility study, issued in July 2000, found insufficient information to conclude that the Old Spanish Trail was nationally significant. OSTA mobilized its resources and crafted a response, which tipped the scale in favor of national historic trail designation. The NPS Advisory Board voted to recommend inclusion of the Old Spanish Trail in the national trail system, and in July 2001, the NPS issued a final feasibility study that concluded the Old Spanish Trail is "nationally significant within the theme of the Changing Role of the United States in the World Community and the topics of trade and commerce, during the period of 1829-1848."

Early in 2002, Senator Campbell introduced S 1946, the Old Spanish Trail Recognition Act. In 2002, Congress passed the bill unanimously. Secretary of Interior Gale Norton assigned preparation of a Comprehensive Management Plan to both the Bureau of Land Management and the National Park Service; both agencies are now working on implementing this order, modeled on the approach that produced a plan for managing the Camino Real de Tierra Adentro National Historic Trail in New Mexico. The Old Spanish Trail Association is eager to participate in the preparation of this plan.

*Liz Warren is a past-president of OSTA and is currently serving as President of the OSTA Nevada Chapter.*

## 2001 Feasibility Study

BLM_0060629

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 79 of 279

## Old Spanish Trail Feasibility Study - Historical Research

Read the July 2001 Old Spanish Trail Feasibility Study for a wealth of information.

**Study Cover, Title Page and Summary** *(1.8 MB, PDF file)*

**Study Contents** *(658.8 KB, PDF file)*

**Study Introduction** *(1.4 MB, PDF file)*

**Study Background** *(9.3 MB, PDF file)*

**Eligibility and Feasibility** *(16.2 MB, PDF file)*

**Other Themes Considered with Respect to National Significance** *(6.9 MB, PDF file)*

**Resources** *(17.3 MB, PDF file)*

**Alternatives** *(4.7 MB, PDF file)*

**Environmental Consequences** *(5.7 MB, PDF file)*

**Consultation and Coordination** *(3.0 MB, PDF file)*

**Selected Bibliography** *(5.3 MB, PDF file)*

**Appendix A National Trails System Act** *(9.2 MB, PDF file)*

**Appendix B Expedition Chronology Between New Mexico and California** *(3.6 MB, PDF file)*

**Appendix C Maps 1 - 9** *(3.4 MB, PDF file)*

**Appendix D Selected Wildlife Species** *(1.6 MB, PDF file)*

**Appendix E Existing Public Use Areas** *(996.9 KB, PDF file)*

**Appendix F Agencies and Organizations Contacted** *(1020.9 KB, PDF file)*

**Appendix G National Park Service Study Team and Consultants** *(813.4 KB, PDF file)*

---

© 2006 - 2013 **Old Spanish Trail Association**
Powered by **Terra Photographica Design Services**

BLM_0060630

*European Journal of Sustainable Development* (2014), **3**, 3, 63-72          ISSN: 2239-5938
*Doi: 10.14207/ejsd.2014.v3n3p63*

# The Potential Impacts of Hydraulic Fracturing on Agriculture

Beng Ong[1], Ph.D.

**ABSTRACT**
Hydraulic fracturing (or "fracking") is a method of extracting oil and natural gas trapped in deep rock layers underground by pumping water, sand, and other chemicals/additives at high pressures into a well drilled vertically, and then horizontally into the rocks. Advocates of fracking in U.S. have skillfully positioned domestic natural gas as a sensible alternative energy to the country's goals of reducing carbon emissions and dependence on foreign oil, while simultaneously creating jobs locally. Opponents to fracking, however, alleged that the process pollutes the air, contaminates the soil and water, particularly in farming/rural communities. Due to page limitson this paper, we discussed only the potential impacts of hydraulic fracturing on water, and consequently, agriculture. Any impact on agriculture extends beyond the perimeter of a farm or plot of rural land where fracking operations occur. Fruits, vegetables, dairy, and meats from an impacted farming region may be shipped to other parts of the country, or even internationally. Fracking challenges stakeholders to confront the trade-offs between economic development and public health/safety; thus multiple viewpoints and issues were raised.

Keywords: Hydraulic Fracking; Environmental Sustainability; Water Contamination; Agriculture vs. Energy; Shale Gas.

## 1. Introduction

Hydraulic fracturing, often referred to as "fracking", is a method of extracting oil and natural gas trapped in deep rock layers underground by pumping water, sand, and other chemicals/additives at high pressures into a well drilled vertically, and then horizontally into the rocks. The fluids and pressure combined to create fractures or cracks within the rock (or shale – a common fine-grained sedimentary rock), and the gas/oil is released from the fractures. The sand serves to prevent the fractures from collapsing and re-trapping the natural gas in the shale. The gas is also known as shale gas (http://www.shaletec.org/). With increasing global concerns over climate change and greenhouse gas emissions, natural gas appears to be the timely source of energy as it is a relatively clean-burning fossil fuel compared to petroleum and coal. For example, generating electricity with natural gas leads to approximately 50 percent less carbon dioxide emissions than coal-based power generation, and 30 percent less than oil-based generation (Smith, 2012). Abundant, cheap natural gas in America has benefited consumers in the form of lower utility bills as power plants opted for natural gas instead coal for energy generation (McElroy & Lu, 2013). Perhaps, the benefits stretch further as producers, manufacturers, and just about any business (including farmers) that could

| [1] Dept. of Marketing, Craig School of Business, California State University, Fresno, USA.

BLM_0060631

switch to natural gas enjoy more energy cost savings which may translate to flat or lower prices in their outputs. Apart of using natural gas to generate electricity, city-owned buses/automobiles, and taxis with city permits could be modified to run on domestically produced compressed natural gas to help reduce carbon emissions.

Opponents to fracking, however, alleged that the process/operations led to air pollution, soil and water contaminations, particularly in farming communities. Because of the shale locations, flat lands in rural areas, and farmers tempted by royalties from gas drilling leases on their farms, fracking and farming tend to share the same locales. Proponents of domestic drilling for oil and gas cited the nation's (USA in the context of this paper) energy security priority (i.e., less dependent on oil imports from the Middle-East), and contributions to the local and regional economy (e.g., job creations) as justifications for hydraulic fracturing. An even larger economic opportunity may lie in exports of natural gas to Europe and Asia where prices are much higher than in the U.S. (McElroy & Lu, 2013). Japan needs alternative energy sources to produce electricity in the wake of the Fukushima earthquake and plant shut downs. China wants cleaner burning fuels or cleaner energy to reduce air pollution in its cities. The arguments and counterpoints presented by the various constituents on the fracking issue in U.S. merit discussion as the stakes are high. It is a debate on whether producing food or energy deserves higher priority. Fracking challenges stakeholders to confront the trade-offs between economic development and public health/safety. In this paper, we chose to discuss the potential impacts of hydraulic fracturing on agriculture because any impact on agriculture extends beyond the perimeter of a farm or plot of rural land where fracking operations occur. Fruits, vegetables, dairy, and meats from an impacted farming region may be shipped to other parts of the country, or even internationally.

## 2. Water Contamination

We begin with a discussion of water contamination as the issue draws the most controversy. Public awareness is increasingly heightened by media coverage with anecdotes of people and farm animals that died prematurely or became sick near fracking wells. These incidents allegedly occurred within a few years after fracking operations started in the neighborhood. What garners even more public attention is when environmental groups question the safety of a town's or city's drinking water. Politicians and law makers are more likely to act on wide public fears of unsafe drinking water. Case in point, New York has enforced a statewide fracking moratorium since 2008 while the State's Department of Environmental Conservation studies the impact of fracking on its aquifers and watersheds (McKinley, 2013).

Local water quality may be compromised at several stages of shale gas extraction (Smith, 2012). Fracking fluids injected down the wells under high pressure to fracture the shale consist mainly of water (90+%), sand or other proppant (9%) to keep the fractures open, and additives (less than 1%) which could include lubricants, biocides, rust inhibitors, solvents, foaming agents, and emulsifiers (Royte, 2012; Smith, 2012). These chemicals could be a variety of acids and alcohols, and/or compounds containing benzene, ammonia, and/or sodium (– see http://marcellusdrilling.com/2010/06/list-of-78-chemicals-used-in-hydraulic-fracturing-fluid-in-pennsylvania/). The amounts of additives used vary by drillers and sites, but do not need to be disclosed to state or federal agencies.

BLM_0060632

Beng Ong                              65

Hydraulic     fracturing     is     exempt     from     U.S.     Safe     Drinking     Water     Act
(http://water.epa.gov/type/groundwater/uic/class2/hydraulicfracturing/wells_hydroreg.cfm).
Drilling companies do not want to fully disclose the contents of their fracking fluids for
proprietary reasons. The concoction of chemicals used in fracking is regarded as a trade
secret.

## 3. Underground Contamination

Considering the four to seven million gallons of water needed to frack a single
well, the 0.4 percent to less than 1 percent of chemicals in the fracking fluid could equate
to 40,000 gallons of additives per well (Royte, 2012; Smith, 2012). An article in the
British Columbia Medical Journal noted that an analysis of 353 of these chemicals found
that more than 75 percent could have respiratory, gastrointestinal, dermatological, and
ocular effects; 40 to 50 percent could be neuro-, immune-, and nephrotoxic; 37 percent
could be endocrine disruptors; and 25 percent could be carcinogenic (Benusic, 2013).
Linking illness in humans and animals living near a fracking site to specific chemicals
would be difficult when drillers do not have to fully disclose all the chemicals and
concentrations used. Exemption from disclosure appears to have lowered energy
companies' liability risks. Smith (2012), however, pointed out that many of the chemicals
used in fracking fluids are commonly encountered in household detergents, food
additives, and swimming pool treatments, and that a movement is underway to use
greener fracking fluids, and to use less chemicals.
Contamination of ground water could occur through leaky well casings. The oil
industry's disclosed casing failure rate was averaging 6 to 10 percent (Aiello, 2013). A
published peer-reviewed study by Duke University researchers found measurably high
levels of methane in well drinking water collected near hydraulic fracking sites. In 85
percent of the samples, methane levels were 17 times higher on average in wells located
within one kilometer of active fracking sites (Lafrance, 2011). While methane in the
drinking water is not hazardous to ingest, ignitable tap water can be a safety and fire
hazard (Benusic, 2013). The scientists also found higher concentrations of ethane and
propane in drinking water wells less than six-tenths of a mile from shale gas drilling
(Thompson, 2012).However, the study did not find contamination in the drinking well
water from the fracking fluids. One of the researchers argues that flaws in the concrete
seal would allow gas to migrate while still preventing leakage of fracking fluid. Then
there is the question of whether leaks and contamination (if any) were known or
reported to appropriate government agencies. It is unclear whether groundwater near a
fracking operation is monitored (and for how long after operations have ceased), and
who or which organization would be doing the monitoring. Testing and monitoring
would involve guesswork as to which chemical compounds to look for since the
contents of fracking fluids are not disclosed.
The estimated 30 percent of injected fracking fluids that stayed down in the shale
fractures could, over time, flow upwards through fissures and cracks in the shale and
contaminate the aquifer above. This risk is very minimal as a typical well (in the
Marcellus Shale) is 5,000 feet deep while the aquifers are less than 1,000 feet deep (Smith,
2012). Furthermore, there is no pressure in abandoned wells to force the upward flow
of remaining fracturing fluid into the fissures above. However, a report by researchers at
Duke University, published in the *Proceedings of the National Academy of Sciences*, said a

© 2014 The Authors. Journal Compilation   © 2014 European Center of Sustainable Development.

BLM_0060633

chemical analysis of 426 shallow groundwater samples found matches with brine found in rock more than one mile (1.2 kilometers) deep, suggesting possible natural paths and fissures that could let gas or water flow up into the aquifer after drilling (Drejam, 2012).

## 4. Surface Contamination

Another potential water contamination is when fracking fluids flow back up to the surface (Royte, 2012). To collect the gas and/or oil after fracturing the shale, the pressure in the well is decreased to allow the fracturing fluids and possibly naturally occurring fluids and substances held in the rocks to flow back to the surface (Lafrance, 2011). The liquid could be tainted with naturally occurring deep-earth compounds such as sodium, chloride, bromide, arsenic, barium, uranium, radium, and radon. Radioactive material above background levels has been detected in air, soil, and water at or near gas drilling sites (Royte, 2012).

Spent fracking fluids could contaminate groundwater as a result of surface spills and/or through improper disposal of the wastewater. On the latter case, after being alerted by a farmer and community activist, The Central Valley Regional Water Quality Control Board investigated the discharge of fracking waste to an oilfield sump near almond orchards in Shafter, California. The petroleum subsidiary company had permission to discharge drilling mud and boring waste to the sump, but the Regional Board found the fluid laced with boron, benzene, salts, and a cocktail of notorious chemicals related to gasoline and diesel. The chemicals appeared to have been used in hydraulic fracturing for oil (Grossi, 2013).

Some gas drillers sent the wastewater to municipal sewage plants which are not designed to treat/remove toxic chemicals in the fluids (if the plants knew what to treat/remove in the first place). Removing dissolved salts from the high salt content in the fluids requires expensive distillation or reverse-osmosis (Schmidt, 2013). Partially treated fracking wastewater may have been discharged into rivers which, in turn, could become drinking and irrigation water for communities downstream.

Some wastewater in one State is trucked to another State for disposal by injecting the water underground. However, small earthquakes linked to underground wastewater disposal activities have curtailed this disposal method (Schmidt, 2013). Trucking fracked wastewater to a private or municipal treatment plant, or to an underground injection facility heightens the risks of risk of spills, traffic accidents, and contaminations along the journey.

Due to insatiable global appetite for cheap natural gas, fracking in U.S. is increasing, and the amount of wastewater being generated is going up exponentially. Gas/oil drillers are increasingly re-using some of the spent fluids. But re-use currently involves first storing the fluids in man-made holding ponds, and diluting the fluid with millions of gallons of fresh water (Bullis, 2013). There could be a wait time for the heavier particulates (such as mud, sand, etc.) to settle to the bottom of the pond before the water is reloaded into trucks and transported to the next well. In the process, the risks of spills and leaks are omnipresent. Scientists are working on new technology such as membrane distillation which combines heat and decreased pressure to vaporize water and using membranes to separate pure water vapor from salt water (Bullis, 2013). The technology could remove the need to dilute wastewater, or transport it for treatment or disposal. However, this

Published by ECSDEV, Via dei Fiori, 34, 00172, Rome, Italy                    http://ecsdev.org

BLM_0060634

new technology may not be cost-effective if the wastewater was not too salty, and could be treated with existing technology (Bullis, 2013).

Even re-used water would eventually not be re-usable anymore and has to be disposed, or treated.  A common method of fracking fluid disposal is to hold the wastewater in plastic lined evaporation ponds or isolated pits.  However, the use of pit liners has not been entirely successful in preventing leaks.  The *Denver Post* cited 31 reported spills (in the State of Colorado) of produced water due to pit leaks from January 2008 to mid-June 2010 (Hubbard, 2010).  In that time period, there were 182 reported spills in Colorado that impacted groundwater; 82 reported spills that impacted surface water; and 10 spills that impacted both (see table in Hubbard, 2010 article).

Natural disasters, namely, floods add to the potential for surface water contamination.  In the September 2013 floods in Colorado, floodwaters in Weld County (where there are 20,000 oil and gas wells) surged into drilling centers and overflowed wells, broke pipes, and swept oil tanks off their foundations (Healy, 2013).  The Colorado Oil and Gas Conservation Commission estimated approximately 35,000 gallons, or 882 barrels of oil and condensate (hydrocarbons in a mixture of liquid-gas state) spilled into the rivers and floodwaters.  Proponents of oil/gas argued that the spill was very small compared to Exxon Valdez spill that exceeded 257,000 barrels (Richardson, 2013).  Environmental groups argued that fracking fluids in the evaporation pits would have contaminated the floodwaters and over-flowed rivers.

## 5. Water Consumption

Fracking also consumes millions of gallons of water.  One source stated that four million gallons of water are typically required to fracture-treat a single horizontal well (Smith, 2012).  In drought-prone regions in Texas and California where water is a precious resource for agriculture, vast water use in fracking could deplete water tables, and drive up the price of water.  Agricultural water districts from Modesto to Maricopa, California were alarmed by oil and gas companies' willingness to pay three times the rate these districts expected to pay (Aiello, 2013b).  A study commissioned by Texas Water Development Board found that in a five-county area that includes Dimmit, fracking reduces the amount of water in the Carrizo-Wilcox Aquifer by the equivalent of one-third of the aquifer's recharge (Galbraith, 2013).  As a result some of the land in Carrizo Springs, Texas (which sits above the Eagle Ford Shale) is sometimes too dry to grow crops.  A University of Texas study published in 2013 found that the amount of water used statewide for fracking more than doubled between 2008 and 2011.  The amount is expected to increase before leveling off in the 2020s.  Exacerbating water depletion is the growing number of landowners that construct new water wells to sell groundwater to oil and gas drillers (Galbraith, 2013).

In other parts of the country, operators may draw water from a small stream for fracking.  This would create a strain on plants and wildlife within the immediate ecosystem (Smith, 2012).  Farmers may be forced to reduce their water use, or have some of the intended irrigation water diverted back to the small stream for plants and wildlife.

As noted earlier in this paper, fracking operators have increasingly re-used the produced water; sometimes in the pretext of being green.  Cost maybe the true reason for greater water re-use.  Treating produced water sufficiently to remove contaminants can be very

© 2014 The Authors. Journal Compilation   © 2014 European Center of Sustainable Development.

expensive (Smith, 2012). As indicated on Altela Inc.'s website (http://www.altelainc.com/applications/detail/oil-and-gas-industry-produced-water ), the cost of disposing oil/gas produced water in the U.S. ranges from a low of $0.002 per gallon ($0.08/barrel of wastewater) to a high of $0.30 a gallon ($12.00/barrel). Fresh water for agricultural irrigation can be as low as $0.0001 per gallon ($0.004/barrel) and municipal drinking water costs in the range of $0.001 per gallon ($0.04/barrel). However, in places where municipal water is not available, fracking demands have pushed the price of fresh water sky high. A farm owner in Carrizo Springs, Texas has been offered as much as 70 cents per barrel of water he pumps from an aquifer beneath his land (Carroll, 2011). Thus, the impact of vast water use in fracking on agriculture, in the short run, could be reduced acreage farmed and higher food prices just from the increased cost of water alone. The long run impact could be reduced acreage farmed and farm yields due to the shortage of water, and/or farmers offsetting their reduced farm incomes with sales of water to fracking operators.

To address these price and water shortage challenges, some companies are experimenting with the use of brackish water, an abundant underground resource in Texas. But the water contains more salts than fresh water does, and the reservoirs may be deeper and more expensive to tap (Galbraith, 2013). A few companies are buying treated city sewage water for use in oil fields. Water-free fracking is another option. Gasfrac, a Canadian company that uses propane rather than water in fracking, drilled a well last month in Dimmit County, Texas (Galbraith, 2013). With wastewater hauling fees of $3 to $6 per barrel in the Eagle Ford Shale region (Schaefer, 2012) , the business opportunities are ripe for the right companies with the right technologies to setup on-site facilities to perform fracking fluids treatments, and water recovery for reuse. Whether on-site treatments and re-use of produced water would lessen surface contamination risks remains to be seen. On site wastewater treatment could also lead to air pollution and soil contamination from air-borne dissolved solids after the wastewater has evaporated, or improper/sloppy disposal of waste residue.

## 6. Other Environmental, Economic, and Social Impacts

At almost every stage of developing and operating an oil or gas well, chemicals and compounds can be introduced into the environment. Radioactive material above background levels and volatile organic compounds including benzene, toluene, ethylene and xylene, have been detected in air, soil, and water at or near gas-drilling sites. Fracking a single well may require 800 truck trips if fresh water for fracking has to be hauled to the drill pad from a municipal water supply station (Smith, 2012). Hauling wastewater out to discharge sites or holding ponds could result in additional truck trips. Apart from the dust, noise, and soil compaction that resulted from frequent heavy-duty truck traffic, emissions from these trucks as well as large generators and compressors at well sites form ground-level ozone (Anonymous, *Food & Water Watch*, 2012).

Awareness of potential soil and water contaminations from fracking could trigger consumers' reluctance to buy/consume meat, milk, and other produce that originated from farms near fracking operations. A drill pad on the horizon of a farm could severely erode the marketability of the farm's products whether the farm is supplying to high end or organic restaurants, or operating a "pick-your-own fruit" orchard, or selling farm-work-vacation experience. Park Slope Food Co-op in Brooklyn

BLM_0060636

Beng Ong                                          69

(with 16,200 members) buys $4 million annually in direct sales from local farms (Royte, 2012). The founder of "Chefs for the Marcellus" remarked that she keeps a map of the Marcellus Shale wells and suppliers' farm locations. Abundant natural gas in the U.S. could lead to lower synthetic fertilizer costs. However, organic farmers would not be helped by cheaper synthetic fertilizers.

Preserving brand confidence alone is sufficient to prompt wary farmers to seek land away from the Marcellus Shale. The outward migration of farmers from the region could raise prices of good farmland, and devalue the price of land in the Marcellus. Lower prices entice oil/gas investors to buy up cheaper farmland, take advantage of favorable "farm rate" tax breaks, and drill, if there is no ban on fracking in that town/city, or State (Royte, 2012).

Any environmental degradation to the soil, aquifer, or air due to fracking does not stop at the boundary of a farm. The adjacent farmers that turned down (or did not receive any) frackers' royalties offers may suffer the negative impacts of fracking. Even farmers with gas leases may benefit only for a short term. Perceived or real ecological damage from fracking may not be easily repaired. Ag insurance companies have started to exclude damages related to fracking from the insurance coverage (Royte, 2012).

**Conclusion**

Hydraulic fracturing operations have the potential to adversely impact agriculture, particularly small farms, and the rural communities. Large farms are less likely to be tempted by short term incomes from gas leases, or sale of water because these owners have greater access to capital, and their cash flow management better able to weather the lean years. Large farms have vast water needs themselves, and operate with higher efficiencies where a drill pad or two on the farm coupled with access roads and pipelines would have hampered big farms' supply chain and farming efficiencies.

With growing consumer demand towards organic foods which small, niche, local farms could more creditably and sustainably deliver than mega farms, perceived or real contamination of water or air in the growing region could really hurt small farmers. Without deep pockets for prolonged lawsuits against oil or gas investors, or for environmental clean-ups, these farmers may lose their farms/livelihoods, move elsewhere, or keep quiet on the contamination. The wider impact of fracking will be increased food prices for consumers due to substantial competition for fresh/clean water, and reduced farm yields.

Supporters of fracking could argue that if fracking fluids are so toxic and contaminations are that ubiquitous, then why aren't we reading or hearing more about farm animals dying in large numbers, or high incidence of human illness in fracking communities. Perhaps, oil/gas producers' settlements with farmers and residents affected by fracking have included gag orders (Aiello, 2013) so that additional residents are not alerted to opportunities to proceed with their own lawsuits. Farmers who have gas leases may fear retribution from community members that did not have gas leases; others may fear getting sued under "food disparagement" laws, or sued by an oil/gas company for defamation (Royte, 2012). For these reasons, it is challenging to educate prospective future fracking lessors, and to create public awareness on the risks from fracking.

Without pre-fracking measurements of chemical contents in soil, air, and water, cause-and-effect links of fracking cannot be established scientifically. Furthermore, without

© 2014 The Authors. Journal Compilation    © 2014 European Center of Sustainable Development.

BLM_0060637

mandated disclosure of chemicals, concentrations, and quantities used in fracking, monitoring agencies or parties may not know what contaminants to test for in post-fracking soil, air, and water samples.  It would be easy to blame the toxins found in the soil, groundwater, or air on a landowner's use of pesticides, fertilizers, or farm equipment (Royte, 2012).

Oil and gas investors may be transient corporations and limited liability companies that could dissolve their corporations/companies once they are done with fracking operations in a particular region/state.  Cities may not have the financial ability to pay the huge costs of remediation 5 to 10 years later.  Governments and politicians need to conduct more long-term accurate risk assessments; rather than prioritize economic gains over public health, food safety, and environmental sustainability.  With EU's urgency to explore fracking and reduce its reliance on Russian natural gas due to the Ukraine crisis (Cohen, 2014), the clash over fracking for energy supply versus environmental sustainability will soon attain global prominence.

## References

Aiello, D.  (2013), "CA farmer warns: 'Don't trust oil industry, state or courts' to protect water' ", *Examiner.com*, May 19.  http://www.examiner.com/article/ca-farmer-warns-don-t-trust-oil-industry-state-or-courts-to-protect-water.

*Anonymous.  (2012), "Fracking and the Food System", Food & Water Watch, June.8.  http://www.foodandwaterwatch.org.*

*Benusic, M.  (2013), "Fracking in BC: A public health concern", BC Medical Journal, Vol. 55 No. 5, June, pp. 238-239.*

*Bullis, K.  (2013), "One Way to Solve Fracking's Dirty Problem", MIT Technology Review, September 24.  http://www.technologyreview.com/news/519416/one-way-to-solve-frackings-dirty-problem/*

Carroll, J.  (2011), "Water Is the New Texas Liquid Gold", *BusinessWeek*, 16 June.  http://www.businessweek.com/magazine/content/11_26/b4234028472314.htm

Cohen, T.  (2014), "Fracking must start by end of year, says Cameron: PM wants Britain to reduce dependence on Russian gas," *Daily Mail Online*, 25 March.  http://www.dailymail.co.uk/news/article-2589417/Fracking-start-end-year-says-Cameron-PM-wants-Britain-reduce-dependence-Russian-gas.html

Drejam, M.  (2012), "Pennsylvania Fracking Can Put Water at Risk, Duke Study Finds", *BusinessWeek*, 10 July.     http://www.businessweek.com/news/2012-07-09/pennsylvania-fracking-can-put-water-sources-at-risk-study-finds

Galbraith, K.  (2013), "As Fracking Increases, So Do Fears About Water Supply", *The Texas Tribune*, 7 March.http://www.nytimes.com/2013/03/08/us/as-fracking-in-texas-increases-so-do-water-supply-fears.html

*Grossi, M.  (2013). "Fracking probe extends in Central Valley", Fresno Bee, 2 November.  http://www.fresnobee.com/2013/11/02/3587611/fracking-probe-expands-in-valley.html*

Healy, J.  (2013), "After the Floods in Colorado, a Deluge of Worry About Leaking Oil", *The New York Times*, 27 September, p. 12.

Hubbard, B.  (2010), "Millions of gallons spilled in Colo. over 2½ year period", *The Denver Post*, 28 June.  http://www.denverpost.com/ci_15391192

Lafrance, D.  (2011), "Nothing Should Trump a Clean Water Future", *American Water Works Association Journal*, Vol. 103, No. 9, pp. 6 - 7.

McElroy, M. and Lu, X.  (2013), "Fracking's Future.  Natural gas, the economy, and America's energy prospects", *Harvard Magazine*, January-February, pp. 24 – 27.

McKinley, J.  (2013), "Fracking Fight Focuses on a New York Town's Ban", *The New York Times*, 23 October.  http://www.nytimes.com/2013/10/24/nyregion/court-case-on-fracking-ban-in-dryden-ny-may-have-wide-implications.html

Richardson, V.  (2013), "Pro-frackers try to stem leak claims; Oil spillage from floods small by comparison to Exxon Valdez disaster", *The Washington Times*, 26September, p. 7.

Published by ECSDEV, Via dei Fiori, 34, 00172, Rome, Italy                    http://ecsdev.org

BLM_0060638

Beng Ong                                        71

Royte, E. (2012), "Fracking Our Food Supply", *The Nation*, 17December.
   http://www.thenation.com/article/171504/fracking-our-food-supply

Schaefer, K. (2012), "Fracking and Water: A New Way To Profit from the Industry's Biggest Problem", *The Oil & Gas Investments Bulletin*, 14 February.     http://oilprice.com/Energy/Energy-General/Fracking-and-Water-A-New-Way-To-Profit-from-the-Industrys-Biggest-Problem.html

*Schmidt, C. (2013), "Estimating Wastewater Impacts from Fracking", Environmental Health Perspectives, Vol. 121 No.4, April, pp. A117 - A121.*

*Smith, T. (2012), "Environmental Considerations of Shale Gas Development", Chemical Engineering Progress, Vol. 108 No.8, pp. 53 - 59.*

Thompson, D. (2013), "Contaminated Home Wells Found near Pa. Fracking Site: Study", *US News & World Report*, 24June.http://health.usnews.com/health-news/news/articles/2013/06/24/contaminated-home-wells-found-near-pa-fracking-site-study

© 2014 The Authors. Journal Compilation   © 2014 European Center of Sustainable Development.

Case No. 1:20-cv-02484-MSK   Document 46-7   filed 04/28/21   USDC Colorado   pg 89 of 279

Published by ECSDEV, Via dei Fiori, 34, 00172, Rome, Italy                    http://ecsdev.org

BLM_0060640



**Disbursements**
**FY 2009 through FY 2009**

| Fund | State | Disbursement Type | County or Coastal Political Subdivision (CPS) | 2009 |
|---|---|---|---|---|
| American Indian Tribes & Allottees | | | | $449,462,056.70 |
| Historic Preservation Fund | | | | $150,000,000.00 |
| Land & Water Conservation Fund | | | | $898,999,999.97 |
| Reclamation Fund | | | | $1,454,102,007.00 |
| | Alabama | 8(g) | | $8,829,652.97 |
| | | GOMESA - CPS | Baldwin County | $712,876.87 |
| | | | Mobile County | $831,892.19 |
| | | GOMESA - State | | $6,179,076.25 |
| | Alaska | 8(g) | | $9,943,557.99 |
| | California | 8(g) | | $6,978,830.25 |
| | Florida | 8(g) | | $1,376.54 |

BLM_0060641

| | | | | |
|---|---|---|---|---|
| **State Share: Offshore** | Louisiana | 8(g) | | $22,317,230.37 |
| | | GOMESA - CPS | Assumption Parish | $51,906.72 |
| | | | Calcasieu Parish | $70,168.39 |
| | | | Cameron Parish | $82,446.35 |
| | | | Iberia Parish | $69,563.09 |
| | | | Jefferson Parish | $139,357.71 |
| | | | Lafourche Parish | $79,152.27 |
| | | | Livingston Parish | $66,022.77 |
| | | | Orleans Parish | $145,552.11 |
| | | | Plaquemines Parish | $164,699.67 |
| | | | St. Bernard Parish | $97,611.44 |
| | | | St. Charles Parish | $62,920.89 |
| | | | St. James Parish | $53,198.55 |
| | | | St. John the Baptist Parish | $58,394.56 |
| | | | St. Martin Parish | $55,598.09 |
| | | | St. Mary Parish | $57,445.49 |
| | | | St. Tammany Parish | $92,883.26 |
| | | | Tangipahoa Parish | $69,183.81 |
| | | | Terrebonne Parish | $106,721.76 |
| | | | Vermilion Parish | $64,003.35 |
| | | GOMESA - State | | $6,347,321.13 |
| | Mississippi | 8(g) | | $451,384.35 |
| | | GOMESA - CPS | Hancock County | $248,870.37 |
| | | | Harrison County | $537,558.48 |
| | | | Jackson County | $590,130.10 |
| | | GOMESA - State | | $5,506,235.80 |

BLM_0060642

| | | | | |
|---|---|---|---|---|
| | | 8(g) | | $6,129,935.49 |
| | | | Aransas County | $21,273.54 |
| | | | Brazoria County | $33,378.48 |
| | | | Calhoun County | $27,890.96 |
| | | | Cameron County | $31,982.15 |
| | | | Chambers County | $18,837.01 |
| | | | Galveston County | $45,617.03 |
| | | | Harris County | $104,611.66 |
| | | | Jackson County | $14,713.76 |
| | Texas | GOMESA - CPS | Jefferson County | $37,408.74 |
| | | | Kenedy County | $29,936.17 |
| | | | Kleberg County | $21,766.76 |
| | | | Matagorda County | $39,113.73 |
| | | | Nueces County | $29,024.98 |
| | | | Orange County | $21,207.74 |
| | | | Refugio County | $13,910.08 |
| | | | San Patricio County | $14,923.90 |
| | | | Victoria County | $16,047.67 |
| | | | Willacy County | $18,205.56 |
| | | GOMESA - State | | $2,159,399.65 |
| | Alabama | State | | $2,209,673.31 |
| | Alaska | State | | $32,649,656.14 |
| | Arizona | State | | $252,681.83 |
| | Arkansas | State | | $3,320,709.56 |
| | | | Imperial County | $43,650.39 |
| | | | Inyo County | $149,424.52 |
| | | | Lake County | $824,269.63 |
| | California | Geothermal | Lassen County | $13,629.58 |
| | | | Mendocino County | $106,249.92 |
| | | | Mono County | $46,484.30 |
| | | | Siskiyou County | $53,015.00 |
| | | | Sonoma County | $963,562.60 |
| | | State | | $51,315,146.92 |
| | Colorado | State | | $187,319,102.00 |
| | Florida | State | | $1,896.85 |

BLM_0060643

| | | | | |
|---|---|---|---|---|
| State Share: Onshore | Idaho | Geothermal | Bingham County | $33.41 |
| | | | Bonneville County | $40.09 |
| | | | Caribou County | $425.75 |
| | | | Cassia County | $22,423.70 |
| | | | Washington County | $1,873.66 |
| | | State | | $1,482,326.90 |
| | Illinois | State | | $175,848.97 |
| | Indiana | State | | $14,207.73 |
| | Kansas | State | | $1,596,202.96 |
| | Kentucky | State | | $436,751.40 |
| | Louisiana | State | | $914,420.57 |
| | Michigan | State | | $836,787.02 |
| | Minnesota | State | | $12,996.41 |
| | Mississippi | State | | $583,180.97 |
| | Missouri | State | | $2,060,263.15 |
| | Montana | State | | $46,558,941.78 |
| | Nebraska | State | | $30,556.70 |
| | Nevada | Geothermal | Churchill County | $4,207,832.38 |
| | | | Elko County | $1,045,436.00 |
| | | | Esmeralda County | $1,358,390.25 |
| | | | Eureka County | $74,648.52 |
| | | | Humboldt County | $10,506.47 |
| | | | Lander County | $434,497.40 |
| | | | Lyon County | $31,995.03 |
| | | | Mineral County | $617,458.98 |
| | | | Nye County | $13,496.60 |
| | | | Pershing County | $82,381.08 |
| | | | Washoe County | $21,272.39 |
| | | | White Pine County | $1,091.25 |
| | | State | | $20,845,475.42 |
| | New Mexico | Geothermal | Dona Ana County | $140.00 |
| | | | Hidalgo County | $1,410.50 |
| | | State | | $388,526,527.50 |
| | North Dakota | State | | $61,155,146.06 |
| | Ohio | State | | $452,981.60 |
| | Oklahoma | State | | $3,941,950.47 |

| | | | | |
|---|---|---|---|---|
| | Oregon | Geothermal | Deschutes County | $45,992.89 |
| | | | Lake County | $197,028.75 |
| | | State | | $660,620.50 |
| | Pennsylvania | State | | $43,462.03 |
| | South Carolina | State | | $477.86 |
| | South Dakota | State | | $950,615.99 |
| | Tennessee | State | | $99.00 |
| | Texas | State | | $7,406,691.52 |
| | Utah | Geothermal | Beaver County | $97,471.22 |
| | | | Iron County | $15,867.00 |
| | | | Juab County | $272,867.50 |
| | | | Millard County | $1,924,233.35 |
| | | State | | $128,636,159.80 |
| | Virginia | State | | $142,981.33 |
| | Washington | State | | $345,553.59 |
| | West Virginia | State | | $399,890.57 |
| | Wyoming | State | | $957,232,075.30 |
| U.S. Treasury | | | | $5,737,073,163.98 |
| Total | | | | $10,684,720,396.47 |



- Land & Water Conservation Fund
- U.S. Treasury
- American Indian Tribes & Allottees
- Historic Preservation Fund
- Reclamation Fund
- State Share: Offshore
- State Share: Onshore

4.2 %
13.6 %
0.7 %
17.9 %
8.4 %
53.7 %

Detailed American Indian data is unavailable; as part of ONRR's Indian Trust responsibilities, we do not divulge sensitive or proprietary American Indian data.

BLM_0060645

COLORADO SQUAWFISH AND RAZORBACK SUCKER GROW-OUT POND STUDIES

AS PART OF CONSERVATION MEASURES FOR THE GREEN

MOUNTAIN AND RUEDI RESERVOIR WATER SALES

Final Report

November 1989

Submitted in accordance with provisions of

Agreement No. 6-AA-60-00150 between the

U.S. Fish and Wildlife Service and the

U.S. Bureau of Reclamation

Douglas B. Osmundson
Fishery Biologist

and

Lynn Kaeding
Project Leader

U.S. Fish and Wildlife Service
Colorado River Fishery Project
529 25-1/2 Road, Suite B-110
Grand Junction, Colorado 81505

BLM_0060646

ACKNOWLEDGEMENTS

We thank the Eastern Colorado Projects Office of the U.S. Bureau of Recla-
mation for funding this project. We also express our gratitude to the
USFWS personnel who helped collect field data, maintain equipment, and
perform lab analyses during the course of the study. John Andersen,
Andrew Thompson, Tom Dombroski and Jay Thompson helped seine the ponds and
collect limnological data. Barb C. Osmundson identified and enumerated
food items and counted parasites in squawfish stomachs. Bob Burdick
organized rotenone treatments of the ponds and helped maintain equipment.
Chuck McAda provided invaluable guidance with data management; both he and
B. Burdick also provided occassion help in the field. Cheryl Harris and
Karen Olds provided administrative support. Dennis Anderson and Phyllis
Barney of the Fort Morgan Disease Control Center identified samples of
parasites and performed most-mortem examinations of pond-reared squawfish.
Neal Ward and personnel at Hotchkiss National Fish Hatchery (NFH) provided
assistance, space and equipment for holding wild adult Colorado squawfish.
Buddy Jensen and personnel at Dexter NFH provided squawfish and razorback
sucker fry for pond stocking; Lyle Miller and his crew at Willow Beach NFH
also reared and provided squawfish fingerlings. We also thank those **non-
USFWS** people that provided important assistance in various phases of the
project. We particulary appreciate the cooperation of local landowners
Glen Humphrey and Louise Forster, who allowed our use of their ponds, as
well as Doug Jones at the Tiara Rado Golf Course. Pat Martinez of the
Colorado Division of Wildlife captured adult Colorado squawfish from the
White River for use in artificial spawning activities. Bob Muth of the
Larval Fish Laboratory identified fish remains from squawfish stomachs.
Help from others not named is no less appreciated.

BLM_0060647

TABLE OF CONTENTS

ACKNOWLEDGEMENTS ............................................... ii

LIST OF TABLES ................................................. v

LIST OF FIGURES ............................................... vi

INTRODUCTION ................................................... 1

METHODS ....................................................... 3

RESULTS AND DISCUSSION ........................................ 7

    Artificial Spawning Activities .............................. 7

    Grow-out Pond Investigations ................................ 8

        Fish Chalet Pond ....................................... 8

            Growth .......................................... 8

            Food Habits ..................................... 10

            Survival ........................................ 16

                General ..................................... 16
                Predation ................................... 16
                Disease ..................................... 18
                Water Quality ............................... 18

        West Pond .............................................. 21

            Growth .......................................... 21

            Food Habits ..................................... 22

            Sexual Maturity ................................. 24

            Survival ........................................ 25

                General ..................................... 25
                Predation ................................... 26
                Disease ..................................... 26
                Water Quality ............................... 27

        13th-Hole Pond ......................................... 30

            Growth .......................................... 30

            Survival ........................................ 31

BLM_0060648

TABLE OF CONTENTS (Continued)

Humphrey Pond .......................................... 32

    Colorado Squawfish ................................. 32

        Growth ....................................... 32
        Food Habits .................................. 34
        Survival ..................................... 37

    Razorback Sucker ................................... 39

        Growth ....................................... 39
        Sexual Maturity .............................. 40
        Survival ..................................... 42

SUMMARY .......................................... 43

    Colorado Squawfish ................................. 43

    Razorback Sucker ................................... 44

RECOMMENDATIONS .................................. 44

CONCLUSIONS ...................................... 48

LITERATURE CITED ──────────────── 49

APPENDIX ......................................... 52

BLM_0060649

LIST OF TABLES

Table                                                                    Page

  1.  Frequency of occurrence (%) and mean number per fish
      for items in stomachs of Colorado squawfish from Fish
      Chalet Pond ..............................................  12

  2.  Percent of three prey fishes available to (small enough
      to be consumed) various percentages of all squawfish
      predators on three dates in Fish Chalet Pond ................  15

  3.  Frequency of occurrence and mean number per fish for
      items in stomachs of Colorado squawfish from West Pond .......  23

  4.  Cestodiasis in Colorado squawfish from three grow-out
      ponds ....................................................  28

  5.  Frequency of occurrence (%) and mean number per fish for
      items in stomachs of Colorado squawfish from Humphrey
      Pond, 1987 and 1988 ......................................  35

  6.  Length, weight and condition (K) of Colorado squawfish
      in Fish Chalet Pond stocked on 31 August 1986 ..............  53

  7.  Length, weight and condition (K) of Colorado squawfish
      in West Pond stocked on 31 August 1986 .....................  54

  8.  Length, weight and condition (K) of Colorado squawfish
      in 13th-Hole Pond stocked on 20 May 1987 ...................  55

  9.  Length, weight and condition (K) of Colorado squawfish
      in Humphrey Pond stocked on 11 June 1987 ...................  56

 10.  Length, weight and condition (K) of razorback sucker
      in Humphrey Pond stocked on 17 June 1987 ...................  57

BLM_0060650

LIST OF FIGURES

Figure                                                                    Page

   1.  Growth of Colorado squawfish in Fish Chalet (FC), West
       (WS), 13th Hole (13) and Humphrey (HU) ponds, 1986-89 ........  8

   2.  Mean total length, weight and body condition of Colorado
       squawfish in Fish Chalet Pond stocked on 28 August 1986 ......  9

   3.  Temperature at mid depth in three study ponds, 1986-88 ....... 10

   4.  Dissolved oxygen at three depths in three study ponds,
       1986-88 ..................................................... 19

   5.  Mean total length, weight and condition of Colorado
       squawfish in West Pond stocked on 28 August 1986 ............ 21

   6   Change in mean body condition of Colorado squawfish in
       Fish Chalet (FC), West (WS), 13th Hole (13) and Humphrey
       (HU) ponds, 1986-89 ........................................ 24

   7   Water clarity, as measured by Secchi disk visibility, in
       three study ponds, 1986-88 ................................. 29

   8   Mean total length, weight and condition of Colorado
       squawfish in 13th-Hole Pond stocked on 20 May 1986 .......... 31

   9   Mean total length, weight and condition of Colorado
       squawfish in Humphrey Pond stocked on 11 June 1987 .......... 33

  10   Colorado squawfish captured from Humphrey Pond on
       12 October 1989 ........................................... 34

  11.  Mean total length, weight and condition of razorback
       sucker in Humphrey Pond stocked on 17 June 1987 ............. 39

  12.  Razorback sucker captured from Humphrey Pond on 12
       October 1989 .............................................. 41

〓〓

BLM_0060651

INTRODUCTION

Artificial propagation of fish is a potentially important component of recovery programs for the endangered fishes of the upper Colorado River basin (USFWS 1987). The decline of Colorado squawfish *(Ptychocheilus lucius)* and razorback sucker *(Xyrauchen texanus)* in their remaining upper basin habitats may largely be the result of increased rates of mortality acting on the early life stages (Minckley 1983, Kaeding and Osmundson 1988, Lannigan and Tyus 1989, Marsh and Minckley 1989). If low survival of young is an important factor limiting these species and such early-life mortality cannot be reduced, stocking may be necessary to augment wild subpopulations. Experimental stocking may also be an important means by which we can learn about distribution, population size, survival rates and growth of fish in wild populations. During 1982-84, for example, hatchery-reared Colorado squawfish (35-95 mm long) were experimentally stocked into the upper Colorado and lower Gunnison rivers near Grand Junction, Colorado; growth rates of young squawfish in the natural environment were revealed by the subsequent recapture of known-age stocked fish. In addition, the observation that hatchery-reared fish made up a seemingly large proportion of all 100-200-mm-long Colorado squawfish captured in subsequent years suggested the natural production or early-life survival of wild squawfish is limited in the Colorado River (USFWS, unpublished data).

Concurrent with those preliminary efforts in the upper basin, hatchery-reared Colorado squawfish and razorback sucker were experimentally stocked into unoccupied reaches of former habitat in the lower Colorado River basin. Marsh and Brooks (1989) found that juvenile razorback sucker (45-

BLM_0060652

168 mm TL) released into the Gila River, Arizona were heavily preyed on by flathead catfish *(Pylodictis olivaris)* and channel catfish *(Ictaluras punctatus),* thereby revealing such predation as an important limiting factor for those species in the Gila River system.

Whether for reintroduction, augmentation, or experimental purposes, an important consideration of any future stocking program will be the need to maximize the survival of stocked fish. On the basis of using largemouth bass as potential predators, Osmundson (1987) recommended rearing squaw-fish to a length of 200-250 mm before stocking as a means to insure great-er survival of stocked fish. Similarly, Marsh and Brooks (1989) recom-mended rearing razorbacks to lengths of 300 mm or greater as one means of reducing predation intensity. Osmundson's (1987) study of growth and survival of Colorado squawfish stocked in gravel-pit ponds near Grand Junction, Colorado, demonstrated that growth rate of squawfish in a pond environment (warm water; abundant forage fish) can be more than twice that of fish in either river or hatchery environments. Rearing squawfish in ponds that contain self-sustaining forage fish may be significantly more cost effective than traditional, labor-intensive, raceway or pond fish culture, which rely on the use of artificial feeds. However, results of Osmundson's pond studies indicated that growth of Colorado squawfish is variable, depending largely on season of stocking and availability of appropriate-size foods, and that survival varies greatly among ponds and years and can be very low. However, other than predation, the causes of squawfish mortality in ponds were not made clear and need to be identi-fied.

BLM_0060653

During 1986-1988, we conducted additional studies to further develop
techniques for rearing young Colorado squawfish and razorback sucker in
gravel-pit ponds. In addition, attempts were made to spawn locally caught
Colorado squawfish so that progeny reared in the ponds would be of the
same genotype as the local, wild subpopulation. This report summarizes
our results and provides recommendations for future fish-rearing activi-
ties.

METHODS

In May 1986, two rearing ponds were selected and leased from local land-
owners. These former gravel pits are located between Grand Junction and
Fruita, Colorado. Fish Chalet Pond is 1.62 ha and West Pond is 1.34 ha;
both have a maximum depth of 3.2 m. West Pond was devoid of fish, whereas
Fish Chalet, a pond used during Osmundson's (1987) 1983-85 studies, con-
tained common carp *(Cyprinus carpio)* and channel catfish. To eliminate
predation by non-native fishes as a potential mortality factor, Fish
Chalet Pond was treated with the toxicant rotenone to remove catfish
before squawfish were stocked. Fathead minnow *(Pimephales promelas)*
populations, a forage base for squawfish, were then established by stock-
ing 175 locally-captured, adult fatheads in each pond. To increase pro-
ductivity, ponds were fertilized on two occasions with Triple Super Phos-
phorus (45% available phosphoric acid) at a rate of 2.3 kg/acre ft.

Electrofishing and trammel-netting were used to capture seven adult Colo-
rado squawfish for use as broodstock. These fish were collected during
12-23 May 1986 from the Colorado River between Grand Junction and Clifton,
Colorado (RMI 165.5-175.1) and transferred to a holding pond at the Tiara

3

BLM_0060654

Rado golf course in Grand Junction. This pond was chosen because it was
secure from unauthorized access and it could be easily seined. Each week
we seined the squawfish from the pond, weighed them and made observations
on the external signs of their reproductive development. When the pond
temperatures rose to 20 C and the males were producing milt that could be
easily expressed when external pressure was applied, we anticipated that
the female fish too would be in near-ripe condition. We injected the
females with an extract of carp pituitary on 14-15 July to induce ovula-
tion.

As later discussed in Results, captive female brood fish failed to fully
ripen in the pond; thus we were unable to obtain eggs from wild fish
during this initial attempt. In fall 1986 we made another attempt at
holding wild squawfish for use as brood stock, this time in a controlled
environment. Six adult squawfish were captured from the White River
downstream from Kenney Reservoir by Colorado Division of Wildlife person-
nel, and were transported to Hotchkiss National Fish Hatchery (NFH). They
were held there in three enclosed, circular tanks and fed young rainbow
trout.

Because we were unable to obtain fry from captive squawfish in summer
1986, we stocked hatchery-produced young in the rearing ponds that we had
prepared. These were hatched at Dexter NFH in June 1986 and reared at
Willow Beach NFH. On 28 August, the squawfish were transported from
Willow Beach to the ponds in a distribution tank equipped with bottled
oxygen and a water circulation system. Tank temperature was 16 C upon
arrival, so pond water (24 C) was added until the tank temperature reached
21 C. Approximately 7,000 squawfish (28-61 mm long) were stocked into

4

BLM_0060655

each pond. Subsamples of stocked Colorado squawfish (n = 100) were held
in live-cages in each pond for 62 hr after stocking to quantify stress-
related mortality that may have resulted from hauling and stocking; all of
these fish survived through the holding period and were subsequently
released. To measure growth and body condition, samples of fish were
measured and weighed at the time of stocking and once monthly thereafter
from 1986 through 1988 (except during winter months when ice-up prevented
seining) to monitor growth and body condition. Condition was calculated
using Fulton's coefficient of condition:

$$K = W \times 10^5 / L^3 ,$$

where W is weight (g), L is total length (mm) and $10^5$ is a factor to bring
the value of K near unity (Tesch 1971). When fish were captured, 10-20
individuals were preserved in 10% buffered formalin for later analyses.
In the lab, digestive tracts of preserved fish were dissected and food
items identified and counted; endoparasites were also counted and lengths
of individuals of a representative sample were measured.

Dissolved oxygen, temperature, conductivity, and clarity of the ponds were
measured biweekly throughout the year. More detailed analyses of water
chemistry were performed once during summer, fall, and winter 1986 and
spring 1987 by Grand Junction Laboratories, a certified testing company.

In addition to the **fish** from Willow Beach NFH, a small group of Colorado
squawfish was obtained from Jackson NFH, Wyoming. Researchers there had
completed their laboratory investigations of these fish and made available
for our use those that remained. These fish had originally been provided
to the Jackson facility as swim-up fry by Dexter NFH. The fish were air-

5

BLM_0060656

freighted to Grand Junction on 20 May 1986. Because of airline error, the fish arrived late and about half were dead; 234 survivors (65-135 mm long) were stocked into a small pond (13th-Hole Pond) on the Tiara Rado golf course. The pond had a good population of fathead minnows. Three hauls with a 76 x 2.4-m, 3 x 5-mm-mesh bag seine were used to periodically collect samples of the stocked squawfish for growth measurements and to estimate survival rates. Water temperature was measured at the time of each collection.

In spring 1987, Humphrey Pond was leased from a landowner in Clifton, Colorado, about 15 miles east of the other two ponds. It has a surface area of 5.4 ha, is 1.4-2.0 m deep, and contained an assortment of fish species including common carp, channel catfish, largemouth bass *(Micropt-erus salmoides)*, green sunfish *(Lepomis cyanellus)*, black crappie *(Pomoxis nigromaculatus)*, white and flannelmouth sucker *(Catostomas commersoni* and *C. latipinnis)*, and fathead minnow. In mid May, we treated the pond with rotenone to remove these fish. In early June the pond was fertilized, inoculated with zooplankton, and stocked with 185 fathead minnows that we obtained from West Pond.

On 11 June, approximately 50,000 Colorado squawfish swim-up fry (6-8 mm long) were air-freighted to Grand Junction from Dexter NFH and stocked into Humphrey Pond. On 17 June, 430 fingerling (44-76 mm long) razorback sucker, approximately 16 wk old, were air-freighted from Dexter NFH and stocked into Humphrey Pond. Twenty of these were held in a live-cage for five days to quantify stress-related mortality that might have resulted from shipment and stocking; all survived the 5-day period and were subsequently released.

6

BLM_0060657

As at the other ponds, samples of fish stocked in Humphrey Pond were measured and weighed at the time of stocking and once monthly thereafter during the growing seasons of 1987 and 1988 to monitor growth and condition. Samples of 10-20 squawfish were preserved during each of these efforts for later dietary and parasitological analyses; no razorbacks were preserved. Biweekly limnological data collection was conducted year-round during 1987 and 1988.

At the end of the study, we calculated overall survival rates in three of the ponds on the basis of fish collected after the ponds were treated with rotenone. Our plan was to do this in fall 1988, but delays in the permitting process forced us to hold the fish an additional year. Fish Chalet and West ponds were treated on 12 and 13 September 1989, respectively; Humphrey pond, on 11 October. Dead and dying fish were collected each day after treatment until no more could be found.

RESULTS AND DISCUSSION

Artificial Spawning Activities

We were unsuccessful in our attempts to spawn captive Colorado squawfish during summer 1986. Though held in ponds containing natural fish forage, squawfish apparently became stressed from repeated handling. In 1987, a similar problem was encountered in the Colorado squawfish held at Hotchkiss NFH; these fish were unable to adapt to frequent disturbance and a confined existence. We installed lids on the tanks and set up an automatic brine dispenser to try to minimize stress. However, despite these and other efforts, the fish would not eat and ensuing weight loss and fungal parasitism eventually culminated in the loss of four fish. We terminated

BLM_0060658

our efforts and air-shipped the remaining two individuals to Dexter NFH
for use in the brood stock program.

### Grow-out Pond Investigations

#### Fish Chalet Pond

##### Growth

Colorado squawfish did not grow as fast in Fish Chalet Pond as they did in
the other three ponds (Fig. 1). Growth was also much slower than it was
after squawfish were stocked in Fish Chalet in 1983 (see Osmundson 1987).
Temperature (24 C) was nearly optimal for growth when squawfish were
stocked in 1986, but it dropped rapidly to 15-16 C during the following
month. Mean condition (K) of squawfish dropped from 0.74 when they were
stocked (31 August) to 0.57 on 10 November, and was 0.55 by 3 March 1987
(Fig. 2); the average condition while in the ponds was 0.62 (mean of means
from Appendix Table 6).



Figure 1. Growth of Colorado squawfish in Fish Chalet (FC), West (WS),
13th Hole (13) and Humphrey (HU) ponds, 1986-89.

8

BLM_0060659



Figure 2. Mean total length, weight and body condition of Colorado squaw-
fish in Fish Chalet Pond stocked on 28 August 1986.


Colorado squawfish growth (defined here as an increase in length) com-

mences when water warms above 13 C (Osmundson 1987, Kaeding and Osmundson

1988). Black and Bulkley (1985) found that maximum growth of fingerling

squawfish fed unlimited food occurred around 25 C under laboratory condi-

tions, and growth at 20 C was only 54% that at 25 C; at 15 C, it was 18%.

In Fish Chalet Pond, mid-depth temperatures rose above 13 C in mid April,

and exceeded 20 C from mid May to mid September (Fig. 3). Metabolic

demands should have been greatest between mid June and late August when

temperatures were 22-27 C. If food had been plentiful, this should have

been the period of most rapid growth. In 1987, length and weight began to

increase in April, but growth leveled off in July and August, suggesting

that food had become limiting. This speculation finds support in the mean

condition values, which had been increasing since April but fell from 0.69

9

BLM_0060660



Figure 3. Temperature at mid-depth in three study ponds, 1986-88.


to 0.59 between 10 June and 9 July. Growth increased again during late summer, and condition improved slightly; K was 0.63 by 14 September. Between then and mid May of the following year, mean length increased slightly while mean weight decreased; mean condition declined to 0.57. The last sample of squawfish was collected on 15 June 1988. Length and weight had increased since mid May; K had also increased, but was still low (0.59).

Food Habits.

The retarded growth rate and low condition of squawfish in Fish Chalet Pond may be attributed to their reliance on an insectivorous diet; the need to switch to a more piscivorous diet may have been hampered by a shortage of forage fish of appropriate size.

10

Vanicek and Kramer (1969) analyzed stomach contents of 198 Colorado squaw-
fish collected from the Green River. They found Cladocerans, copepods,
and chironomid larvae to be the most important food items for squawfish up
to 50 mm in length, but these items were not found in larger fish. Utili-
zation of insects increased until squawfish were 100 mm long, after which
fish became the major food item; squawfish over 200 mm long ate only fish.
The smallest squawfish containing fish in their study was 50 mm TL.  Our
stomach analysis of 290 squawfish from Fish Chalet Pond revealed a diet
composed chiefly of Cladocera, copepods and insects; insects were primari-
ly chironomid adults and larvae, corixids and spiders, with mayflies
becoming seasonally important (Table 1).  Most fish (74%) had at least one
item in their stomach at the time of collection. Feeding occurred even in
December, when water temperature was 3 C. Of the 215 squawfish with food,
eight (3.7%) contained fish remains; the smallest of these squawfish was
60 mm long. Fish remains from all but one of these were identifiable by
the Larval Fish Lab; all were fathead minnows.  Piscivory increased during
the second year (1987) as squawfish increased in size; on 9 July, four
(91-149 mm long) of 14 (28.6%) squawfish containing food had eaten fish;
one contained three fathead minnows.  Cladocera remained in the diet of
squawfish as large as 67 mm TL through 10 June 1987, after which this item
dropped from the diet. Though piscivory increased, insects remained the
dominant item in diets of squawfish longer than 100 mm.  During July-
September 1987, fish were found in only five of 30 squawfish (16.7%)
containing food and > 100 mm long; diets consisted primarily of diptera,
mayflies and corixids.

Catch rates in hauls of a large seine (76 m x 1.8 m) indicated that fat-
head minnows were scarce in Fish Chalet Pond. On 10 October 1986, the

BLM_0060662

Table 1.  Frequency of occurrence (%) and mean number per fish for items in stomachs of Colorado squawfish from Fish Chalet Pond. Values are calculated only from fish with food present in the stomach. t = trace (a mean value < 0.05); adt = adult; lar - larvae; aqt = aquatic; ter = terrestrial; UI = unidentified.

| | | 1986 | | | | 1987 | | | | | | | 1988 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 9/26 | 10/10 | 11/10 | 12/12 | 3/10 | 4/15 | 5/8 | 6/10 | 7/9 | 8/12 | 9/29 | 6/15 |
| Sample size (n) | | 39 | 51 | 40 | 22 | 14 | 20 | 22 | 20 | 19 | 20 | 20 | 3 |
| Percent empty | | | | | | | | | | | | | |
| Stomachs only | | 30.8 | 19.6 | 62.5 | 40.9 | 28.6 | 5.0 | 4.5 | 10.0 | 26.3 | 15.0 | 5.0 | 66.7 |
| Stom. and intestine | | 7.7 | 13.7 | 40.0 | 27.3 | 21.4 | 5.0 | 0.0 | 15.8 | 15.8 | 5.0 | 0.0 | 33.3 |
| No. with stom. food | | 27 | 41 | 15 | 13 | 10 | 19 | 21 | 18 | 14 | 17 | 19 | 1 |
| Fish spp. | % | 0.0 | 0.0 | 6.7 | 0.0 | 0.0 | 0.0 | 0.0 | 5.6 | 28.6 | 5.9 | 0.0 | 100.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.3 | 0.1 | 0.0 | 1.0 |
| | (SD) | (-) | (-) | (0.3) | (-) | (-) | (-) | (-) | (0.2) | (0.5) | (0.2) | (-) | (-) |
| Crustacea Cladocera & Copepoda | % | 3.7 | 0.0 | 20.0 | 84.6 | 0.0 | 0.0 | 33.3 | 11.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.1 | 0.0 | 3.7 | 29.7 | 0.0 | 0.0 | 20.5 | 21.9 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (0.6) | (-) | (8.1) | (28.1) | (-) | (-) | (37.5) | (72.9) | (-) | (-) | (-) | (-) |
| Isopoda | % | 0.0 | 0.0 | 0.0 | 0.0 | 10.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (0.3) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Insecta Diptera Chironomidae & Ceratapogonidae adult & imago | % | 96.3 | 92.7 | 40.0 | 0.0 | 100.0 | 94.7 | 52.4 | 88.9 | 46.7 | 47.1 | 21.1 | 0.0 |
| | $\bar{x}$ | 3.6 | 2.4 | 0.8 | 0.0 | 3.0 | 1.9 | 2.9 | 9.3 | 1.7 | 1.1 | 0.3 | 0.0 |
| | (SD) | (2.8) | (2.0) | (1.4) | (-) | (1.8) | (0.9) | (4.1) | (8.1) | (2.8) | (1.7) | (0.6) | (-) |
| Chironomidae lar | % | 18.5 | 2.4 | 0.0 | 30.8 | 50.0 | 26.3 | 9.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 3.2 | t | 0.0 | 1.4 | 4.4 | 1.9 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (11.6) | (0.2) | (-) | (1.9) | (8.3) | (6.9) | (0.3) | (-) | (-) | (-) | (-) | (-) |
| Ceratopogonidae lar | % | 0.0 | 0.0 | 6.7 | 0.0 | 0.0 | 15.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (0.3) | (-) | (-) | (0.5) | (-) | (-) | (-) | (-) | (-) | (-) |
| Dolichipodidae adt | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.5 | 0.0 | 6.7 | 0.0 | 10.5 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (0.5) | (-) | (0.3) | (-) | (0.3) | (-) |
| Dolichipodidae lar | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (0.3) | (-) | (-) | (-) | (-) | (-) | (-) |
| Diptera adt | % | 3.7 | 0.0 | 0.0 | 0.0 | 0.0 | 5.3 | 0.0 | 0.0 | 0.0 | 5.9 | 10.5 | 0.0 |
| | $\bar{x}$ | t | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 |
| | (SD) | (0.2) | (-) | (-) | (-) | (-) | (0.2) | (-) | (-) | (-) | (0.5) | (0.3) | (-) |
| Diptera lar | % | 0.0 | 4.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 21.1 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 |
| | (SD) | (-) | (0.2) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (3.6) | (-) |
| Ephemeroptera adt | % | 0.0 | 7.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.7 | 52.9 | 52.6 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.7 | 1.7 | 0.0 |
| | (SD) | (-) | (0.3) | (-) | (-) | (-) | (-) | (-) | (-) | (0.3) | (0.7) | (2.5) | (-) |
| Hemiptera Corixidae | % | 7.4 | 4.9 | 0.0 | 0.0 | 0.0 | 0.0 | 14.3 | 0.0 | 6.7 | 0.0 | 84.2 | 0.0 |
| | $\bar{x}$ | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | 0.0 | 0.1 | 0.0 | 1.3 | 0.0 |
| | (SD) | (0.3) | (0.2) | (-) | (-) | (-) | (-) | (2.0) | (-) | (0.3) | (-) | (0.9) | (-) |
| Miridae adt | % | 3.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | t | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (0.2) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Hemiptera UI | % | 0.0 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 14.3 | 0.0 | 0.0 | 0.0 | 11.8 | 00† |
| | $\bar{x}$ | 0.0 | t | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 |
| | (SD) | (-) | (0.2) | (-) | (-) | (-) | (-) | (0.4) | (-) | (-) | (-) | (0.5) | (-) |
| Hymenoptera Formicidae adt | % | 0.0 | 17.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11.1 | 0.0 | 11.8 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.1 | 0.0 |
| | (SD) | (-) | (0.5) | (-) | (-) | (-) | (-) | (-) | (-) | (0.5) | (-) | (0.4) | (-) |
| Ichneumonidae adt | % | 3.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | t | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (0.2) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Chalcidae adt | % | 0.0 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | t | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (0.2) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |

BLM_0060663

Table 1.  Continued

| | | 1986 | | | | 1987 | | | | | | | 1988 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 9/26 | 10/10 | 11/10 | 12/12 | 3/10 | 4/15 | 5/8 | 6/10 | 7/9 | 8/12 | 9/29 | 6/15 |
| Platygasteridae adt | % | 0.0 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | x | 0.0 | t | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (0.2) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Hymenoptera UI adt | % | 3.7 | 4.9 | 0.0 | 0.0 | 0.0 | 5.3 | 9.5 | 0.0 | 6.7 | 0.0 | 5.3 | 0.0 |
| | x | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.2 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 |
| | (SD) | (0.4) | (0.2) | (-) | (-) | (-) | (0.7) | (0.3) | (-) | (0.3) | (-) | (0.2) | (-) |
| Homoptera Aphidoidea | % | 0.0 | 0.0 | 20.0 | 0.0 | 0.0 | 0.0 | 14.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | x | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (0.4) | (-) | (-) | (-) | (0.6) | (-) | (-) | (-) | (-) | (-) |
| Cicadellidae | % | 0.0 | 0.0 | 6.7 | 0.0 | 0.0 | 0.0 | 9.5 | 0.0 | 13.3 | 0.0 | 0.0 | 0.0 |
| | x | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (0.3) | (-) | (-) | (-) | (0.3) | (-) | (0.4) | (-) | (-) | (-) |
| Coleoptera Crysomelidae adt | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | x | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (0.2) | (-) | (-) | (-) | (-) | (-) | (-) |
| Cerambycidae adt | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.3 | 0.0 |
| | x | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (0.2) | (-) |
| Staphlinidae adt | % | 0.0 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | x | 0.0 | t | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (0.2) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Coleoptera aqt adt | % | 0.0 | 2.4 | 6.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.3 | 0.0 |
| | x | 0.0 | t | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 |
| | (SD) | (-) | (0.2) | (0.3) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (0.2) | (-) |
| Coleoptera ter adt | % | 0.0 | 2.4 | 0.0 | 0.0 | 0.0 | 15.8 | 4.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | x | 0.0 | t | 0.0 | 0.0 | 0.0 | 0.2 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (0.2) | (-) | (-) | (-) | (0.4) | (0.2) | (-) | (-) | (-) | (-) | (-) |
| Thysanoptera | % | 3.7 | 19.5 | 0.0 | 0.0 | 0.0 | 0.0 | 4.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | x | 0.3 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (1.4) | (1.2) | (-) | (-) | (-) | (-) | (0.2) | (-) | (-) | (-) | (-) | (-) |
| Zygoptera | % | 0.0 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | x | 0.0 | t | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (0.2) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| Embioptera | % | 0.0 | 0.0 | 0.0 | 0.0 | 20.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | x | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (0.7) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |
| UI Insects | % | 0.0 | 0.0 | 13.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.3 | 0.0 |
| | x | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 |
| | (SD) | (-) | (-) | (0.4) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (0.2) | (-) |
| Arachnida Araneae | % | 3.7 | 4.9 | 0.0 | 7.7 | 0.0 | 0.0 | 0.0 | 16.7 | 20.0 | 23.5 | 10.5 | 0.0 |
| | x | t | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.2 | 0.2 | 0.4 | 0.1 | 0.0 |
| | (SD) | (0.2) | (0.2) | (-) | (0.3) | (-) | (-) | (-) | (0.4) | (0.4) | (0.9) | (0.3) | (-) |
| Acarina | % | 0.0 | 0.0 | 6.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.7 | 0.0 | 0.0 |
| | x | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (0.3) | (-) | (-) | (-) | (-) | (-) | (-) | (0.8) | (-) | (-) |
| Nematoda | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 29.4 | 10.5 | 0.0 |
| | x | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.1 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (0.6) | (0.3) | (-) |
| UI Eggs | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.6 | 0.0 | 0.0 | 0.0 | 0.0 |
| | x | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 22.2 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (94.3) | (-) | (-) | (-) | (-) |
| UI Seeds | % | 0.0 | 0.0 | 26.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.3 | 0.0 |
| | x | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 |
| | (SD) | (-) | (-) | (0.6) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (0.2) | (-) |

BLM_0060664

number of fathead minnows in one seine haul was only 7.7% that of squaw-
fish; the number of carp was about double that of squawfish (n = 1739 fish
sampled). However, most of these carp were too large to be available as
food for squawfish. Bulkley and Berry (1985) found that mouth width
limited the size of rainbow trout *(Oncorhynchus mykiss)* that Colorado
squawfish could consume and that mouth width roughly equaled 10% of squaw-
fish body length. Frequencies of body depths of carp collected from Fish
Chalet Pond on 10 November 1986 (n = 25) were compared with frequencies of
mouth widths of squawfish (estimated from total body-length measurements).
Assuming that carp with body depths greater than the mouth width of squaw-
fish were unavailable as food, we estimated that 40% of the squawfish had
no carp available, 55% of squawfish had only 8% of the carp available to
them, and only 5% of squawfish had 28% of the carp available (Table 2).
Thus fish forage was limited for stocked squawfish; the availability of
invertebrates was not estimated.

On 9 July 1987, body-depth frequencies of carp and fathead minnows were
again compared with frequencies of estimated squawfish mouth widths (Table
2). Apparently, the only carp present were yearlings from the 1986 co-
hort; we detected no YOY carp. No forage fish were available for 32% of
the squawfish; 48% of the squawfish had only 7.5% of the carp and no
fatheads available; 5% had 7.5% of the carp and 15% of the fatheads avail-
able; the remaining 16% of the squawfish were capable of preying on vary-
ing proportions of the two forage species. Thus prey fish were probably
scarce for all but the largest squawfish; smaller squawfish may have had
only invertebrate foods available to them.

BLM_0060665

Table 2. Percent of three prey fishes available to (small enough to be consumed) various percentages of all squawfish predators on three dates in Fish Chalet Pond. Availability is based on measurement of prey body depth and estimates of predator mouth widths.

| | | | | | Prey | | | |
|---|---|---|---|---|---|---|---|---|
| All squawfish | | | Carp | | Fatheads | | Squawfish | |
| N | Percent | | N | Percent | N | Percent | N | Percent |
| **10 NOV 1986** | | | | | | | | |
| 20 | 40.0 | | 25 | 0.0 | | | 20 | 0.0 |
| | 55.0 | | | 8.0 | | | | 0.0 |
| | 5.0 | | | 28.0 | | | | 10.0 |
| **9 JUL 1987** | | | | | | | | |
| 19 | 31.7 | | 40 | 0.0 | 20 | 0.0 | 19 | 0.0 |
| | 31.6 | | | 7.5 | | 0.0 | | 0.0 |
| | 15.8 | | | 7.5 | | 0.0 | | 5.3 |
| | 5.3 | | | 7.5 | | 15.0 | | 10.6 |
| | 5.3 | | | 17.5 | | 40.0 | | 21.1 |
| | 5.3 | | | 22.5 | | 70.0 | | 52.7 |
| | 5.3 | | | 77.5 | | 85.0 | | 68.5 |
| **12 AUG 1987** | | | | | | | | |
| 20 | 90.0 | | 20 | 0.0 | 16 | 75.0 | 20 | 0.0 |
| | 5.0 | | | 0.0 | | 87.5 | | 5.0 |
| | 5.0 | | | 5.0 | | 93.8 | | 15.0 |

On 12 August 1987, another prey-to-predator size comparison was made (Table 2). Only the largest 5% of squawfish had carp available to them, and these were only the smallest 5% of the carp. Most fatheads (75%) were available to most (90%) of the squawfish. Although a new cohort of small fatheads had appeared since 9 July, fathead minnows were still not plentiful and occurred in seine hauls in numbers nearly equal to squawfish.

15

BLM_0060666

Thus, squawfish were probably still limited by inadequate forage although temperatures were nearly optimal for growth.

In 1988, no predator vs. prey size comparisons were made. However, it appeared that, though there was a limited number of fathead minnows of suitable size present, all carp were still of the 1986 year-class and were too large to be available to any of the squawfish. The one squawfish with food in its stomach captured on 15 June did contain a fathead minnow. Thus, although availabilty of forage fish might have improved, low squaw-fish condition (K = 0.58) at this time indicated otherwise.

Survival

General. Obtaining samples of squawfish for growth analysis became more difficult over time, indicating an increasing scarcity of squawfish in Fish Chalet Pond. During 14-17 September 1987, we fin-clipped squawfish and conducted a Peterson mark-recapture population estimate, as modified by Chapman (1951), on 29 September. The estimate was 107 remaining squaw-fish (95% confidence interval = 80-135). Thus, of the 7,000 stocked on 31 August 1986, only 1.5% survived to 29 September of the following year. In 1988, we seined the pond monthly from April through July and caught no more than three squawfish during any effort. No squawfish were found in September 1989 when we rotenoned the pond; thus, squawfish in Fish Chalet Pond suffered 100% mortality over the 3-yr period. There were no large predacious fish present, so mortality would have resulted from the follow-ing possible causes: cannibalism, bird predation, disease, starvation, poor water quality, or some combination thereof.

Predation. Other than the squawfish, there were no predacious fish present in Fish Chalet Pond. Great blue herons (Ardea *herodias*) were

16

BLM_0060667

occasionally seen at the pond, but we have no data and can offer no speculation on the predatory impact herons might have had on the stocked squawfish. Cannibalism among squawfish may have been a problem because alternative forage was limited. Personnel at Dexter NFH report severe losses of Colorado squawfish due to cannibalism in concrete raceways when food was withheld (Buddy Jensen, personal communication). Though the incidence of cannibalism is well known for squawfish held under crowded, confined conditions in aquaria or raceways, we doubt cannibalism would be equally severe under pond conditions where squawfish are more dispersed. If cannibalism occurred, it could not account for the complete elimination of the squawfish population in Fish Chalet Pond. However, some cannibalism could have occurred; by 9 July 1987 the difference in size classes in the pond may have allowed the largest squawfish to prey on many of the smaller squawfish size *classes* (Table 2); by 12 August, however, the difference in sizes was less and the largest squawfish would have had very few small ones to prey on. The body-depth limit, predicted by Bulkley and Berry's model (1985) should, however, be treated with caution when dealing with very fusiform prey such as Colorado squawfish. According to the model, squawfish should be able to consume other squawfish up to 67% of their own length. The maximum size of squawfish that another squawfish might actually consume could be much smaller than the model predicts, because the body depth of squawfish is small relative to the fishes overall size (i.e., though the prey's body may theoretically fit between the jaws, its overall size would cause handling problems for the predator). Until controlled feeding experiments are conducted to clarify the prey size limits of Colorado squawfish, we have reservations about applying Bulkley and Berry's (1985) model in estimating the vulnerability of various sizes

17

BLM_0060668

of squawfish to cannibalism. No squawfish were found in the stomachs of the 290 squawfish we examined.

Disease. Asian tapeworm *(Bothriocephalus acheilognathi),* an exotic cestode found infecting squawfish in West and Humphrey ponds, was not detected in Fish Chalet Pond, nor was any other obvious disease noted.

Water Quality. Dissolved oxygen became low in Fish Chalet Pond during July and August 1987, but apparently only in the lower depths (Fig 4). Our data indicate that the upper 1.0 m of water always had at least 10 mg/L. However, night-time dissolved oxygen levels were not measured and thus could have become limiting at some time without our detecting it.

There was no evidence of winter kill at Fish Chalet Pond. No dead fish were seen floating or washed up on the shore in early spring; however, clarity of water was so low that dead fish that may have been on the bottom would not have been observed. After finding dead squawfish at nearby West Pond after ice-out in early 1988, we collected water samples from there and from Fish Chalet ponds to determine concentrations of hydrogen sulfide ($H_2S$), a potentially toxic by-product of decomposition. Four samples were collected from Fish Chalet Pond on 15 March; samples were from the bottom and mid-depth at two locations. Two samples contained high levels of $H_2S$: a mid-depth sample from the north end of the pond had 0.047 mg/L and a bottom sample from the south end had 0.101 mg/L. Smith et al. (1976) experimentally tested the toxicity of $H_2S$ to bluegill and found a 96-hr $LC50$ to be 0.04778 mg/L for juveniles and 0.0448 mg/L for adults. Thus, if toxicity of $H_2S$ for Colorado squawfish is similar to that for bluegill, $H_2S$ reached lethal levels in at least some portions of

18

BLM_0060669



Figure 4. Dissolved oxygen at three depths in three study ponds, 1986-88.

19

BLM_0060670

Fish Chalet Pond. Goede and Gates (1979) said the following about the effect of $H_2S$ on fish:

> Hydrogen sulfide is described by toxicologists as a sec-
> ondary irritant. ...It acts directly upon the nervous
> system resulting in paralysis of the respiratory center
> and has a paralyzing effect on the olfactory system. The
> irritant action contributes to death by asphyxiation...
> Wood (1960) states that hydrogen sulfide causes edema
> under the epithelium of gill lamellae thus inducing thick-
> ening or swelling of lamellae to a non-functioning
> state... It has been suggested that fish would avoid local
> concentrations of hydrogen sulfide but facts contradict
> this suggestion. The paralysis of the olfactory response
> as indicated in the literature would preclude this possi-
> bility. If this mechanism works in fish as it does in
> mammals they would not detect $H_2S$ after initial exposure
> and thus would not move out of contaminated areas.

Given that fish predation and cestode parasitism were apparently not responsible for the complete elimination of Fish Chalet squawfish, mortal-ity there might be attributed to (1) invasion by bacterial or fungal parasites due to poor health (or perhaps outright starvation) resulting from inadequate forage, (2) dissolved oxygen occassionally slipping below critical levels, (3) asphyxiation during late winter or early spring from elevated concentrations of hydrogen sulfide, or (4) an undetected disease. The complete elimination of groups of stocked squawfish from Fish Chalet

BLM_0060671

Pond occurred three times prior to this, during the 1983-85 studies; causes of mortality at that time were also undetermined (Osmundson 1987).

West Pond

<u>Growth</u>

Growth of squawfish in West Pond was more rapid than in Fish Chalet (Fig. 1). Fish probably did not grow during either winter, though no samples were obtained in early spring to confirm this. By early June 1987, approximately 10 months after stocking, mean length had more than doubled and mean weight had increased 10 fold (Fig. 5 and Appendix Table 7). Growth continued through August. There was an apparent reduction in mean length and weight in late September that is not easily explained; sample size was relatively large (n — 25). In 1988, mean length in late September was 258.2 mm, an increase of 218 mm in the 25 months since stocking.



Figure 5. Mean total length, weight and condition of Colorado squawfish in West Pond stocked on 28 August 1986.

21

BLM_0060672

As in late 1987, there was again an apparent decrease in mean length and weight in October 1988. Growth slowed appreciably in 1989; increase in mean total length between late-September 1988 and late-September 1989 was only 7.3 mm.

Food Habits.

We examined the stomachs of 67 West Pond squawfish collected between 26 September 1986 and 3 September 1987, while mean length of squawfish increased from 57 to 163 mm. At least one food item was found in 31 of these fish; 53.7% had empty stomachs. No stomachs contained fish. Diptera adults and larvae were the most commonly occurring food item; chironomid larvae disappeared from the diet after mid 1987. Mayflies and mites were seasonally important (Table 3).

No enumeration or size-frequency analysis was made of fathead minnows in West Pond, so availability of forage there is unknown. However, casual observations of catch rates in seine hauls suggest that fatheads, though always present, were never plentiful. In addition, extremely dense submersed vegetation, primarily beds of muskgrass (Chara sp.), may have provided fatheads cover from squawfish predation. A seasonal abundance of invertebrates or a new brood of fathead minnows might explain increases in condition during late summer. Squawfish were observed rising for mayflies on 29 July and 28 August 1987, and stomach analysis of squawfish collected on 5 August 1987 revealed a high utilization of mayflies. Mean condition (K) was higher (0.70) at this time than during other times when fish were sampled that year (0.63-0.64).

Overall, condition of squawfish, though generally higher than that at Fish Chalet Pond, was low (0.64; mean of means from Appendix Table 7) compared

22

BLM_0060673

Table 3.  Frequency of occurrence and mean number per fish for items in stomachs of Colorado **squawfish** from West Pond.  **adt** = adult; **lar** = larvae.

| | | 1986 | | 1987 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 9/26 | 10/10 | 6/2 | 8/5 | 9/3 |
| Sample size (n) | | 19 | 3 | 19 | 10 | 16 |
| Percent empty | | | | | | |
|   Stomachs only | | 21.1 | 33.3 | 84.2 | 30.0 | 75.0 |
|   Stom. and intest. | | 5.3 | | 31.6 | 20.0 | 37.5 |
| No. with **stom.** food | | 15 | 2 | 3 | 7 | 4 |
| Chironomidae & | % | 93.3 | 100.0 | 66.7 | 14.3 | 75.0 |
|   Ceratopogonidae | x̄ | 4.5 | 2.5 | 0.7 | 0.4 | 0.8 |
|   adt & imago | (SD) | (3.4) | (2.1) | (0.6) | (1.1) | (0.5) |
| | % | 33.3 | 50.0 | 33.3 | 0.0 | 0.0 |
| Chironomidae lar | x̄ | 5.7 | 0.5 | 2.0 | 0.0 | 0.0 |
| | (SD) | (15.3) | (0.7) | (3.5) | (-) | (-) |
| Corixidae adt | % | 13.3 | 0.0 | 0.0 | 14.3 | 0.0 |
|   & nymph | x̄ | 0.1 | 0.0 | 0.0 | 0.3 | 0.0 |
| | (SD) | (0.4) | (-) | (-) | (0.8) | (-) |
| Notonectidae | % | 0.0 | 0.0 | 0.0 | 0.0 | 75.0 |
|   adt & nymph | x̄ | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| | (SD) | (-) | (-) | (-) | (-) | (0.8) |
| | % | 0.0 | 0.0 | 0.0 | 85.7 | 0.0 |
| Ephemeroptera adt | x̄ | 0.0 | 0.0 | 0.0 | 29.6 | 0.0 |
| | (SD) | (-) | (-) | (-) | (24.0) | (-) |
| | % | 0.0 | 0.0 | 0.0 | 14.3 | 0.0 |
| Araneae | x̄ | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 |
| | (SD) | (-) | (-) | (-) | (0.4) | (-) |
| | % | 0.0 | 0.0 | 0.0 | 14.3 | 0.0 |
| Acarina | x̄ | 0.0 | 0.0 | 0.0 | 14.3 | 0.0 |
| | (SD) | (-) | (-) | (-) | (0.4) | (-) |
| | % | 6.7 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cladocera | x̄ | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (0.8) | (-) | (-) | (-) | (-) |

BLM_0060674

with that of squawfish at 13th Hole or Humphrey ponds (Fig. 6). The scarcity of available fish forage, coupled with high endoparasite loads (see below), probably accounts for slow growth and low condition.

<u>Sexual Maturity</u>

Two of 15 squawfish collected on 30 May 1989 were highly tuberculated and had enlarged genital papillae; one fish was 263 mm long and weighed 111 g; the other was 260 mm TL and weighed 131 g. Seethaler (1978) examined 147 preserved Colorado squawfish, 184-652 mm long, for evidence of sexual maturity; all those > 503 mm TL were mature; the smallest mature fish was 428 mm TL. Seethaler concluded that Colorado squawfish do not mature until they exceed 400 mm TL and six years of age. Tyus et al. (1987) captured 160 squawfish in "breeding condition" (i.e., tuberculated) from the Green and Yampa rivers during 1981-85; the smallest male was 465 mm TL; the smallest female, 507 mm TL. Squawfish raised at Dexter NFH ma-



Figure 6. Change in mean body condition of Colorado squawfish in Fish Chalet (FC), West (WS), 13th Hole (13) and Humphrey (HU) ponds, 1986-89.

24

BLM_0060675

tured when approximately 460-510 mm in length; the males, at five years of age; the females, at six years (Roger Hamman, personal communication). Size at maturity in river and hatchery populations thus appears to be in general agreement, though age at maturity may be earlier in the Dexter NFH population, perhaps due to a faster growth rate (Dexter fish were of known age; age of Seethaler's (1978) river fish were calculated by scale-annuli analysis and thus could have been in error). This would suggest a fixed size-at-maturity rather than a fixed age-at-maturity for the species. Results from West Pond are therefore unusual, suggesting a high degree of plasticity for age and size at sexual maturity in Colorado squawfish (see Stearns and Crandall 1984). Under certain conditions, maturation of squawfish may occur at earlier age and smaller size than previously re-ported. Though only 13.3% of the squawfish we sampled showed signs of maturity at age III, we presume that more would have been in breeding condition the following year at age IV; however, our treatment of the pond with rotenone in fall 1989 precluded determination of this. Perhaps future examination of gonads of preserved squawfish from West Pond can provide additional information.

Survival

General. Survival of squawfish in West Pond was difficult to assess until the pond was rotenoned in late 1989. Because of steep banks around the majority of the pond, only one corner of the pond could be effectively seined. In early June 1987, a large school of squawfish was found in a shallow cove (2-15 cm deep) on the north side of the pond. These fish may have been attracted to the warmer water of the cove, which was 2-3 C warmer than the remainder of the pond. We blocked off the cove and seined nearly all the squawfish present. By counting and weighing a subsample

BLM_0060676



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
COLORADO RIVER FISHERY PROJECT
529 25½ ROAD, SUITE B-110
GRAND JUNCTION, COLORADO 81505
(303) 245-9319



IN REPLY REFER TO:
FFA 65332

November 20, 1989

Dear Colleague:

The final report entitled "Colorado Squawfish and Razorback Sucker Grow-out

Pond Studies as Part of Conservation Measures for the Green Mountain and Ruedi

Reservoir Water Sales" is enclosed. We would be pleased to receive any comments that

you may have on this document.

Sincerely,

Lynn R. Kaedin
Project Leader

enclosure

BLM_0060677

and then weighing the entire group, a total of 2,440 fish in the school was estimated. We do not know whether this school represented the majority of the surviving population or not. However, at least 34.9% of the 7,000 squawfish had survived 10 months since stocking. In the corner of the pond that we could routinely seine, catch rates dropped off in late September 1987, perhaps due to the fish redistributing themselves as temperature or food supply changed. In mid April of the following year we were again unable to seine any squawfish from that portion of the pond. However, in mid June the fish reappeared there and we captured 71 with one seine haul. Subsequently, we found angling to be the most efficient method of sampling at West Pond, and through fall of 1987 we could readily catch a sample of 20-30 squawfish in a short time. When the pond was rotenoned in September 1989, 330 squawfish were recovered, representing a survival rate of 4.7% over a 3-yr period.

Predation. There were no predacious fish in West Pond, other than the stocked squawfish themselves. Cannibalism was probably not an important factor affecting squawfish survival. Though forage was limited, size variation among squawfish was probably not great enough to allow the largest squawfish to eat the smallest (Appendix; Table 7).

Disease. Squawfish in West Pond became infected with Asian tapeworm. The pond was inadvertently inoculated with this cestode when fathead minnows were transferred there from neighboring T & F Pond during 1986. Minnows in T & F Pond apparently became infected in 1983 when parasitized squawfish from Dexter NFH were stocked. All the squawfish in T & F Pond eventually died from undetermined causes, but the other species of fish that remained there were sampled and determined to be worm-free by the Fort

26

Morgan Fish Disease Control Center in 1984. Thus the incidence of tape-
worm infection was assumed to be zero among fishes in T & F Pond. In West
Pond, Asian tapeworm was first detected in squawfish on 2 June 1987. The
average number of worms per infected fish was low at that time. However,
infection intensity rapidly became quite high (Table 4). Squawfish col-
lected during 1988 have not yet been examined for Asian tapeworm, but it
can be assumed that infection rates and worm burdens were at least as
great as in 1987.

The effect of Asian tapeworm on Colorado squawfish is not yet known.
However, the literature indicates that this parasite is a dangerous patho-
gen, particularly to underyearling cyprinids. Scott and Grizzle (1979)
report heavily infected golden shiners *(Notemigonus crysoleucas)* killed by
complete intestinal blockage and occasional bursting of the intestine.
Heavy infections may cause blockage, inflammation and perforation of the
intestine, generalized emaciation, reduced growth rate, and even death
(Hoffman 1980, Pool et al. 1984). Infection rates and severe losses of
common carp sometimes reach 100% in German pond hatcheries (Korting 1975).
Given the high infection rates and intensities in Colorado squawfish from
West Pond, *B. acheilognathi* should be considered a serious problem for
squawfish pond culture.

Water Quality. Low dissolved oxygen may have caused some problems for
fish in late August. In the central region of the pond, where limnologi-
cal data were normally collected, DO dropped to 1.0 mg/L on the bottom,
0.5 mg/L at mid depth, and 1.5 mg/L on the surface (Fig 4). However, in
the north corner of the pond, where fish were rising for mayflies, dis-
solved oxygen remained between 3-5 mg/L during this time. Thus, squawfish

BLM_0060679

Table **4. Cestodiasis** in Colorado **squawfish** from three grow-out ponds. Small-medium cestodes: 1-8 mm long; large: > 8mm long. *: samples not yet analyzed.

| Date | Squawfish | | Tapeworm infection rate (%) | Worms/infected fish | | | | |
|------|-----------|--------|-----------|-------|---------|---------|------|--------|
| | | Mean TL | | Range | Small-med | | Large | |
| | | | | | $x$ | (SD) | $x$ | (SD) |

FISH CHALET POND

| Date | | Mean TL | rate (%) | Range | $x$ | (SD) | $x$ | (SD) |
|------|--|---------|----------|-------|-----|------|-----|------|
| 86 SEP 26 | 20 | 42.6 | 0 | | | | | |
| 86 OCT 10 | 51 | 44.5 | 0 | | | | | |
| 86 NOV 10 | 40 | 49.3 | 0 | | | | | |
| 86 DEC 12 | 22 | 48.4 | 0 | | | | | |
| 87 MAR 10 | 14 | 50.9 | 0 | | | | | |
| 87 APR 15 | 20 | 51.2 | 0 | | | | | |
| 87 MAY 8 | 22 | 59.3 | 0 | | | | | |
| 87 JUN 10 | 20 | 67.0 | 0 | | | | | |
| 87 JUL 9 | 18 | 98.7 | 0 | | | | | |
| 87 AUG 12 | 20 | 102.7 | 0 | | | | | |
| 87 SEP 29 | 20 | 126.9 | 0 | | | | | |
| 88 JUN 15 | 3 | 140.0 | 0 | | | | | |

WEST POND

| Date | | Mean TL | rate (%) | Range | $x$ | (SD) | $x$ | (SD) |
|------|--|---------|----------|-------|-----|------|-----|------|
| 86 SEP 26 | 19 | 57.0 | 0 | | | | | |
| 86 OCT 10 | 3 | 46.7 | 0 | | | | | |
| 87 JUN 2 | 19 | 89.0 | 47.4 | 1-2 | 0.1 | (0.3) | 1.2 | (0.4) |
| 87 AUG 5 | 10 | 153.0 | 100.0 | 15-540 | 110.1 | (161.9) | 29.2 | (17.3) |
| 87 SEP 3 | 16 | 163.0 | 87.5 | 9-912 | 147.6 | (225.3) | 17.1 | (12.4) |
| 88 JUN 15 | 15 | 206.9 | | | | | | |
| 88 JUL 27 | 10 | 244.4 | | | | | | |
| 88 SEP 2 | 10 | 247.1 | | | | | | |
| 88 SEP 29 | 10 | 253.2 | | | | | | |
| 88 OCT 28 | 10 | 241.9 | | | | | | |

HUMPHREY POND

| Date | | Mean TL | rate (%) | Range | $x$ | (SD) | $x$ | (SD) |
|------|--|---------|----------|-------|-----|------|-----|------|
| 87 JUL 16 | 7 | 27.4 | 14.3 | 1 | 0 | | 1 | |
| 87 AUG 12 | 19 | 50.4 | 10.5 | 1-2 | 0 | | 1.7 | (0.6) |
| 87 SEP 11 | 9 | 55.8 | 44.4 | 1-8 | 3.0 | (2.7) | 2.7 | (1.5) |
| 87 OCT 16 | 18 | 57.4 | 0 | | | | | |
| 87 NOV 16 | 18 | 67.1 | 0 | | | | | |
| 88 APR 15 | 4 | 68.3 | 25.0 | 1 | 1.0 | (-) | 0 | |
| 88 MAY 20 | 21 | 84.8 | 19.0 | 1 | 0.3 | (0.5) | 0.8 | (0.5) |
| 88 JUN 17 | 20 | 110.2 | 85.0 | 1-250 | 56.6 | (66.3) | 1.6 | (6.3) |
| 88 JUL 22 | 20 | 118.1 | 100.0 | 33-1000+ | 343.8 | (220.0) | 4.1 | (5.8) |
| 88 AUG 26 | 25 | 122.9 | 100.0 | 70-1000+ | 283.1 | (246.8) | 12.4 | (11.6) |
| 88 SEP 29 | 19 | 179.0 | 100.0 | 40-1000 | 273.0 | (255.7) | 23.9 | (25.6) |
| 88 OCT 28 | 10 | 172.6 | 100.0 | 40-712 | 208.4 | (193.6) | 25.1 | (18.8) |

BLM_0060680

may have always had available to them portions of the pond containing adequate levels of dissolved oxygen. Water clarity in West Pond was usually high, allowing us to view the pond bottom during most of the year (Fig. 7). However, after fertilizing the pond in early May 1987, algal growth increased and Secchi disk visibility dropped to 0.8 m. Rapid decomposition of organic matter after cessation of the algae bloom probably caused the depletion of oxygen. Clarity and DO again increased in mid to late September.

Limited winterkill was detected at ice-out in early 1988. We collected a total of 25 dead squawfish from the surface and bottom of the pond during 3-9 March. Water samples collected from the north and south ends of the pond at two depths (mid- and bottom) on 15 March revealed relatively high levels of hydrogen sulfide (0.002-0.014 mg/L). Though the levels we detected in West Pond with our limited sampling effort were lower than the



Figure 7. Water clarity, as measured by Secchi disk visibility, in three study ponds, 1986-88.

29

BLM_0060681

LC50 values (0.04778 mg/L) reported for juvenile bluegill by Smith et al. (1976), pockets of higher levels may have been present in the pond or overall levels may have been higher prior to ice-out. Burdick (1978) extensively sampled Pelican Lake, Utah, for $H_2S$ after previously observing bluegill winterkill there; he found elevated levels of $H_2S$ to be patchy in distribution and significantly higher two weeks prior to ice-out than at ice-out (0.00-2.50 vs 0.00-0.044 mg/L).

We sent samples of dead and dying squawfish collected from West Pond to Fort Morgan Disease Control Center for necropsy. Pathologists there found large numbers of *Aeromonas* and *Pseudomonas* bacteria in the kidneys but suggested that such secondary invaders often cause disease when fish become stressed from other causes. Though they did not look specifically for evidence of $H_2S$ toxicity, and therefore did not rule it out as a possibility, they concluded that the "overload" of Asian tapeworms they found in digestive tracts (36-45 adult, 40-mm-long worms/fish) was no doubt the primary etiologic agent (Phyllis Barney, personal communica-tion).

13th-Hole Pond

Growth

Because Colorado squawfish were stocked into 13th-Hole Pond early in 1986, their growing season that year was at least three months longer than was that of fish stocked in Fish Chalet and West ponds. In addition, mean length of these fish was twice that of those of the other ponds when stocked (Fig. 1). The lower stocking density and larger individual size enabled these fish to better utilize the forage base of fathead minnows present in 13th Hole Pond. Mean length during 1986 increased from 94.2 mm

30

BLM_0060682

when stocked on 20 May to 163 mm on 9 December (Fig. 8 and Appendix Table
8). By the end of October 1987, mean length was 318 mm and mean weight
was 289 g. Mean condition during 1987 was especially high (0.83-0.87),
suggesting an ample supply of forage. We last captured squawfish on 29
June 1988, when mean length was 354 mm, mean weight was 420 g, and mean
condition was 0.94. We did not sacrifice any of the these fish for diet
analysis due to the low number of survivors.

Survival

Survival in 13th-Hole Pond was especially low. Three seine hauls, which
collectively covered the entire surface area of the pond, were used to
periodically sample squawfish. Catch rates per 3-haul effort dropped from
63 to four fish between 18 June and 9 December 1986. During 1987 and
1988, the most squawfish caught on any day was five. Apparently these



Figure 8. Mean total length, weight and condition of Colorado squawfish
in 13th Hole Pond stocked on 20 May 1986.

31

BLM_0060683

five squawfish were the only survivors since early December 1986. Thus of the 234 stocked, only 2.1% survived the first seven months. The five that survived lived at least another 18 months. However, we failed to capture any of these during subsequent efforts in October 1988 and March, May, and August 1989.

In early 1987, five adult roundtail chub *(Gila robusta)* were removed from the pond. Predation by these fish may have been responsible for the high squawfish mortality during 1986. Cannibalism might also have played a role during this time; difference in sizes would have theoretically allowed the largest to prey on the smallest. Asian tapeworm was not introduced at 13th-Hole Pond, so squawfish there never became infected. It is not known whether other diseases were present or if there occurred periods of poor water quality.

Humphrey Pond

<u>Colorado Squawfish</u>

<u>Growth.</u> Fifty-thousand swim-up fry (6-8 mm long) were stocked in Humphrey Pond on 11 June 1987, when water was 26 C. Over the next 28 months, growth was rapid, essentially equalling that in 13th Hole Pond (Fig. 1).

Initial growth rate was rapid; mean length was 27.4 mm after only five weeks and 50.4 mm after two months (Fig. 9 and Appendix Table 9). Growth then slowed, and mean length increased only 7 mm during the next two months. Appreciable intraspecific competition may have resulted from our stocking too many squawfish in a pond with a limited food base. During the month following 16 October, however, mean length increased another 10 mm and was 67.1 mm by the end of the first growing season. Though squaw-

32

BLM_0060684



Figure 9. Mean total length, weight and condition of Colorado squawfish in Humphrey Pond stocked on 11 June 1987.

fish grew during this time, condition declined. Squawfish were not weighed during the first two months, so condition early in the season was not determined. Mean K was relatively high (0.79) on 12 August, after fish had been growing rapidly, but it subsequently dropped as growth slowed, indicating a shortage of food; by mid November, K was 0.60. There was no significant growth between November 1987 and April 1988. Growth during spring was rapid, but slowed from June through August. Concurrently, mean condition dropped from a high in May of 0.72 to a low in late July of 0.61. Also, in late summer the size distribution of squawfish greatly expanded; range in length of our 26 August sample was 80-252 mm. Consequently, mean values began to lose descriptive importance as variances increased. No significant increase in length occurred between late October 1988 and late March 1989; water temperatures were below 12.5

BLM_0060685

during this time. Mean weight had increased, however, resulting in a rise in mean condition from 0.60 to 0.69. Mean condition of squawfish sampled on 21 April had increased again to 0.79. By mid-October 1989, when the pond was rotenoned, mean total length had increased to 317.2 mm; the largest individual was 415 mm long and weighed 556 g (Fig 10).

Food Habits. We analyzed stomach contents of 189 Colorado squawfish collected between 16 July 1987 and 28 October 1988 from Humphrey Pond; 106 of these contained at least one food item (43.9% were empty). Squawfish 24-28 mm long utilized both zooplankton and insects in July 1987; however, zooplankton apparently then dropped from the diet until mid-1988 (Table 5). Until that time, chironomid adults and larvae were the mainstay of



Figure 10. Colorado squawfish captured from Humphrey Pond on 12 October 1989. Age was approximately two years and four months; length, 415 mm.

34

BLM_0060686

Table 5. Frequency of occurrence (%) and mean number per fish for items in stomachs of Colorado squawfish from Humphrey Pond, 1987 and 1988. adt - adult; lar - larvae; UI = unidentified; SD = standard deviation.

| | | 1987 | | | | | 1988 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 7/16 | 8/12 | 9/11 | 10/16 | 11/16 | 4/15 | 5/20 | 6/17 | 7/22 | 8/26 | 9/29 | 10/28 |
| Sample size (O) | | 7 | 19 | 9 | 17 | 18 | 4 | 21 | 20 | 20 | 25 | 19 | 10 |
| Percent empty | | | | | | | | | | | | | |
| Stomachs only | | 0.0 | 15.8 | 44.4 | 41.2 | 100.0 | 50.0 | 14.3 | 20.0 | 85.0 | 20.0 | 73.7 | 60.0 |
| Stom. and intest. | | 0.0 | 10.5 | 33.3 | 35.3 | 94.4 | 25.0 | 0.0 | 15.0 | 80.0 | 4.0 | 68.4 | 40.0 |
| No. with stom. food | | 7 | 16 | 5 | 10 | 0 | 2 | 18 | 16 | 3 | 20 | 5 | 4 |
| Fish spp. | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 33.3 | 10.0 | 20.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.1 | 0.2 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (0.6) | (0.3) | (0.4) | (-) |
| Crustacea Crayfish | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 18.8 | 0.0 | 0.0 | 5.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.2 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (0.6) | (-) | (-) | (0.4) | (-) |
| Cladocera & Copepoda | % | 28.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.6 | 0.0 | 0.0 | 30.0 | 20.0 | 25.0 |
| | $\bar{x}$ | 8.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 116.3 | 35.0 | 11.3 |
| | (SD) | (19.0) | (-) | (-) | (-) | (-) | (-) | (1.2) | (-) | (-) | (191.0) | (78.3) | (22.5) |
| Insecta Diptera Chironomidae & Ceratopogonidae adt & imago | % | 57.1 | 6.3 | 60.0 | 30.0 | 0.0 | 50.0 | 5.6 | 18.8 | 0.0 | 0.0 | 0.0 | 50.0 |
| | $\bar{x}$ | 7.0 | 0.1 | 2.4 | 0.6 | 0.0 | 0.5 | 0.1 | 0.4 | 0.0 | 0.0 | 0.0 | 13.0 |
| | (SD) | (11.3) | (0.3) | (4.3) | (1.3) | (-) | (0.7) | (0.2) | (0.6) | (-) | (-) | (-) | (9.9) |
| Chironomidae lar | % | 57.1 | 43.8 | 100.0 | 80.0 | 0.0 | 50.0 | 88.9 | 81.3 | 0.0 | 0.0 | 0.0 | 25.0 |
| | $\bar{x}$ | 1.0 | 5.3 | 32.8 | 4.6 | 0.0 | 2.5 | 7.1 | 12.6 | 0.0 | 0.0 | 0.0 | 1.5 |
| | (SD) | (1.2) | (7.2) | (27.4) | (5.7) | (-) | (3.5) | (6.0) | (10.9) | (-) | (-) | (-) | (2.5) |
| Tabanidae | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.3 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (0.3) | (-) | (-) | (-) | (-) |
| Ephemeroptera adt & nymph | % | 0.0 | 56.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 45.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 |
| | (SD) | (-) | (0.9) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (1.5) | (-) | (-) |
| Hemiptera Corixidae adt & nymph | % | 0.0 | 12.5 | 20.0 | 10.0 | 0.0 | 0.0 | 0.0 | 12.5 | 66.7 | 35.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.3 | 0.2 | 0.1 | 0.0 | 0.0 | 0.0 | 0.3 | 1.3 | 1.8 | 0.0 | 0.0 |
| | (SD) | (-) | (0.8) | (0.4) | (0.3) | (-) | (-) | (-) | (0.3) | (1.5) | (4.2) | (-) | (-) |
| Zygoptera | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.6 | 12.5 | 0.0 | 10.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (0.2) | (0.3) | (-) | (0.3) | (-) | (-) |
| Anisoptera | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (1.0) | (-) | (-) | (-) | (-) | (-) |
| Plecoptera | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (0.2) | (-) | (-) | (-) | (-) | (-) |
| Hymenoptera | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 25.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (0.5) |
| Aphidoidea | % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 50.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 |
| | (SD) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (0.6) |
| Nematoda | % | 14.3 | 0.0 | 0.0 | 10.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.0 | 0.0 |
| | $\bar{x}$ | 0.1 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 |
| | (SD) | (0.4) | (-) | (-) | (0.3) | (-) | (-) | (-) | (-) | (-) | (-) | (1.3) | (-) |
| UI Seeds | % | 0.0 | 0.0 | 20.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | $\bar{x}$ | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | (SD) | (-) | (-) | (0.4) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) | (-) |

BLM_0060687

the diet. In mid-summer 1988, there was a shift in diet away from chiron-
omids to corixids, fish and zooplankton. Fish first appeared in the diet
in mid-July 1988. The smallest squawfish containing fish was 155 mm in
length. Only two squawfish had fish remains that could be identified: a
fathead minnow and a 75-mm-long white sucker. Zooplankton, normally found
in the diet of smaller squawfish (Vanicek and Kramer 1969), was heavily
utilized in late-summer and fall 1988 by squawfish as large as 253 mm TL,
possibly indicating a shortage of more optimal items. Also of interest
was the occurence of crayfish in the diet during 1988. Though all squaw-
fish were stocked simultaneously as larvae, growth rate was quite varia-
ble. Presumably the most aggressive feeders grew the fastest, and their
resulting larger size enabled them to utilize a wider range of forage
types and sizes. They would have thus been able to continue to grow more
rapidly than the smaller individuals. In 1987, small size-classes of
fathead minnows were present but were never plentiful; no fatheads oc-
curred in the diets of the fish we sampled. They did appear in the diet
in 1988, but not until squawfish were relatively large. A switch to
piscivory in some squawfish and not others might explain the widening
disparity in size range. Mean condition of squawfish > 200 mm in length
was 0.85 on 26 August 1988, in comparison with 0.63 for those < 200 mm
long. On 29 September, mean K was 0.72 for those > 200 mm while only 0.60
for those < 200 mm TL. Fathead minnows sampled on these dates were all
> 65 mm in length and were probably available only to the larger size
classes of squawfish. In 1989, no diet analysis was conducted but results
of our rotenone treatment in fall revealed that adult carp and green
sunfish, having accessed the pond in 1988 when an adjoining pond over-

36

BLM_0060688

flowed, had reproduced in spring and produced an abundant source of for-age-size fish for the now large squawfish.

Survival. Though the initial survival rate of the 50,000 stocked fry is not known, squawfish remained relatively abundant through 1987. On 12 August thousands were caught in three seine hauls along shore. Catch rates later that year dropped off considerably, but this was probably due to seasonal changes in fish distribution. On 20 May 1988, thousands were again caught in one seine haul at a site along shore where they were apparently attracted to an inflow of water from an overflowing adjacent pond. Subsequent catch rates were lower. Because Humphrey Pond is large, no attempt to enumerate or estimate population size or survival rate was made in 1988. One drawback of using such a large pond for grow-out stud-ies is that seining can never sample more than a small fraction of the pond area. Squawfish had become considerably less abundant, though not rare, by the end of 1988; samples for growth analysis continued to be obtained with relative ease. However, in spring 1989 we caught very few squawfish in seine hauls along shore; in addition to seining, we set trammel nets offshore and captured a few large individuals. A total of 131 squawfish was recovered when the pond was rotenoned on 11 October 1989; representing an overall survival rate of approximately 0.3%.

Cannibalism may have been a factor in the high mortality of squawfish in Humphrey Pond. By late August 1988, squawfish size distribution had widened considerably, possibly allowing the largest individuals to prey on the smallest. However, as in the other ponds, we never found direct evidence of cannibalism; none of the fish remains recovered from squawfish stomachs in Humphrey or the other ponds were identified as squawfish.

BLM_0060689

Bird predation was a contributing factor in loss of squawfish, but its importance is unknown. On two separate occassions in spring 1989, a USFWS worker observed an osprey *(Pandion haliaetus)* capture and carry away squawfish from the pond (Andrew Thompson, personal communication).

Asian tapeworm infected squawfish at Humphrey Pond. Infection rates were less than 50% during 1987 and apparently dropped to zero during fall (Table 4); however, our sample sizes were relatively small. Samples of 300 or more are required to provide a 95% chance of detecting a 1% level of infection (Pool et al. 1984). In 1988, infection rates climbed to 100% by late July. The mean number of small (immature) worms per squawfish peaked at this time (344/fish) and subsequently decreased during the next several months. However, the mean number of adult worms concurrently increased. Adult worms have the most serious effect on fish health. Davydov (1979) reports a 26% decrease in condition of fingerling and yearling common carp when densities of Asian tapeworm reached 8 to 10 worms per fish. In late October, the mean adult tapeworm density in infected squawfish was 25/fish; many had much higher densities (range = 1-76 adult worms per fish).

No evidence of winterkill was observed. Dissolved oxygen levels always remained above 7 mg/L (Fig. 4). However, hydrogen sulfide was detected in two of four water samples collected on 15 March 1988. One bottom sample contained 0.025 mg/L $H_2S$. What effect $H_2S$ may have had on overwintering squawfish is unknown. Overwinter survival during 1987-88 was probably high; as mentioned before, thousands of squawfish were captured in one seine haul the following May. However, given the high tapeworm infection densities in late 1988, associated mortalities during the following winter

BLM_0060690

would not be unanticipated. Unfortunately, low water clarity at ice-out
in 1989 prevented us from searching for dead fish.

Razorback Sucker

Growth. Growth of razorback sucker in Humphrey Pond was remarkably fast
(Fig 11 and Appendix Table 10). Mean length of suckers when stocked on 17
June 1987 was 54.8 mm and mean weight was 1.48 g. By mid November, mean
length had increased to 306.5 mm ⧠⧠ mean weight to 332.8 g. Condition
increased from 0.87 to 1.40 betwe n mid June and mid October. However,
mean K then dropped to 1.18 by 16 November; length changed very little
during this time, although weight dropped significantly. Marsh (1987)
analyzed digestive tract contents of razorback sucker collected from Lake
Mohave and reported that the diet consisted predominantly of planktonic
crustaceans, diatoms, filimentous green algae, and detritus. Humphrey



Figure 11. Mean total length, weight and condition of razorback sucker in
Humphrey Pond stocked on 17 June 1987.

39

BLM_0060691

Pond became very productive following fertilization in late May 1987; Secchi transparency fell to 0.6-1.2 m during August, September and October. Razorbacks should have had an abundance of plankton, detritus and filimentous algae to feed upon during this time. This, plus the warm temperatures of the pond, provided good conditions for growth. The low number of suckers stocked probably precluded competition for food resources.

Growth rate of razorbacks continued to be high through 1988 and 1989. Mean length increased at a slower rate during their second year compared to their first, but gain in weight was greater during the second year. Gain in mean length during 1987 was approximately 307 mm; during 1988 an additional 98-115 mm was added. Mean weight was approximately 333 g near the end of 1987; by the end of 1988 mean weight had again increased by approximately 500 g (no actual year-end data; 488 g gain by September 1988 and 572 g gain by March 1989). Mean condition during early June 1988 had increased from the previous November to 1.28. It was 1.24 at the end of September 1988.

In 1989, growth slowed: from 30 March to 12 October, mean length increased another 40 mm; mean weight, another 183 g. Razorbacks were two years and seven months old when the pond was treated with rotenone in mid-October; mean length was then 462 mm, and mean weight, 1088 g. The largest individual was 505 mm long and weighed 1488 g (Fig. 12).

Sexual Maturity

Pronounced tuberculation was noted on one of three two-year-old razorbacks captured on 30 March 1989. Total length of this razorback was 422 mm; weight was 852 g. Mean length for the three captured was 422 mm; mean

BLM_0060692



**Figure 12. Razorback sucker captured from Humphrey Pond on 12 October 1989. Age was approximately two years and seven months; length, 505 mm.**

weight was **904 g (Appendix; Table 10)**. It was not determined whether
spawning occurred at this time. No young razorbacks were later found;
however, carp and green sunfish, species known to prey on early life
stages of razorback sucker (Minckley 1983, Marsh and Langhorst 1988), were
present in the pond. It is likely, however, that the only mature fish at
this time were males (see below). In fall 1989, 34 razorbacks (mean
length of 462 mm; mean weight of 1088 g) were dissected and examined for
sexual development; all had developing gonads. Males made up 65% of the
sample; females, 35%. Thus, all would have been capable of spawning the
following spring at age III. Minckley (1983) reported hatchery-reared
razorbacks sexually maturing at six years of age and 350-390 mm TL. Male

41

BLM_0060693

and female razorbacks reared in earthen ponds at Dexter NFH began to sexually mature at two and three years of age, respectively (Hamman 1985); mean weight of spawning three-year-old females was 1,272 g (lengths were not given). Age- and size-at-maturity results from Humphrey Pond thus are in general agreement with those of Hamman (1985) for razorbacks at Dexter NFH.

Survival. Survival of razorback sucker was surprisingly high. In early June 1988, another investigator, using trammel nets, removed 62 razorbacks for use in another experiment; after that time, eight razorbacks were the most seined during any of the several extensive sampling efforts. Survival rate remained a mystery until the pond was treated with rotenone in October 1989, when 365 razorback suckers were recovered. These, in addition to the 62 razorbacks removed earlier, accounted for all but three of the 430 fish originally stocked. Assuming the 62 razorbacks that were removed would have survived at the same rate as the others, had they remained in the pond, overall survival would have been 99.3%. Squawfish and green sunfish were the only predacious fish present in the pond, but they were too small to feed on the razorbacks. Parasitism by Asian tapeworm is largely restricted to members of the minnow family and thus probably did not affect the suckers.

BLM_0060694

SUMMARY

Colorado Squawfish

Results of this study and of the earlier investigations by Osmundson (1987) indicate that riverside gravel-pit ponds can provide good rearing habitat for Colorado squawfish. Growth rate varies considerably among ponds and can be very rapid. Growth rate is tied to stocking density and the availabilty of forage. Survival rates also vary, but are low in general; the controlling factors involved remain unclear. Survival was low in all ponds during the 1983-85 studies and Osmundson (1987) attributed this to interspecific fish predation and parasitism. Our recent studies eliminated predation by other species of fish as a factor from three of the four study ponds, but failed to eliminate parasitism by Asian tapeworm in two of the ponds.

Some squawfish survived the entire study period in West and Humphrey ponds, but none remained in 13th-Hole and Fish Chalet ponds. Tapeworm infection rates were high at West and Humphrey ponds, but predatory fish were absent. Mortality in 13th-Hole pond was high and may have resulted from predation by a few roundtail chub. After these chubs were removed, the remaining five squawfish persisted in 13th Hole Pond for at least another year. Rapid mortality in Fish Chalet Pond is the most difficult to explain. During the 1983-85 studies, survival was 7-9% through the first year (fall 1983 to late summer 1984) but apparently no fish survived to the following spring. In our recent study, survival was low (1.5%) by the end of the first year despite the absence of predators and Asian tapeworm. Starvation or susceptability to common pathogens due to i ade-

43

BLM_0060695

quate forage, in addition to possible asphyxiation from hydrogen sulfide, are the best explanations we can offer at this time. Cannibalism and bird predation, however, may also have been factors at all the ponds.

### Razorback Sucker

Growth rate and survival was extremely high for the 430 razorbacks stocked in Humphrey Pond. Mean length was 462 mm, mean weight was 1088 g, and all fish apparently had reached sexual maturity by the end of the third growing season. Rapid and uniform growth there can probably be attributed to the pond's high productivity and the low number of razorbacks stocked. Culture of razorback sucker in gravel-pit ponds appears to be much more simple than culture of Colorado squawfish. The problem of maintaining forage fish of appropriate size for Colorado squawfish is not a factor in rearing razorbacks. Because razorbacks feed on phytoplankton, zooplankton, filimentous green algae and detritus, food production can be periodically stimulated by fertilization.

### RECOMMENDATIONS

1) <u>Conduct artificial spawning activities at Dexter NFH or a similar location where facilities and expertise are available.</u> We failed to spawn or maintain Colorado squawfish taken from the wild and held in ponds or in circular tanks; we attribute this to stress from frequent disturbance. Wild adult squawfish apparently need time to adjust to a captive existence before they can be spawned; adults captured in the spring should be held a year before artificial spawning is attempted. Leave captive adult fish undisturbed in ponds; confinement in tanks, particularly with other adults, may be too traumatic for wild adult

44

BLM_0060696

squawfish.  Tank-rearing of wild, **age-0** squawfish to mature size might be feasible, however. Hatchery-produced, swim-up fry of both Colorado squawfish and razorback sucker can be easily shipped at low cost via air freight.

2)  Eliminate all predacious fish prior to stocking squawfish. Young squawfish are apparently very vulnerable to predation. A primary reason for using grow-out ponds is to provide squawfish with a protect-ed environment and to allow them time to reach a size at which they would be less vulnerable to predation when stocked in the river. The need to exclude predators from grow-out ponds needs no elaboration.

3)  Test large samples of **forage** fish for parasites prior to introduction to ponds. Parasitism by tapeworms can reduce growth rates and possibly lead to death in Colorado squawfish. Infection rates and intensities of Asian tapeworm in squawfish under culture conditions can be especially high. By an unfortunate mistake, we introduced Asian tapeworm to two of our study ponds. The importance of screening forage fish populations for parasites prior to their introduction to grow-out ponds cannot be over emphasized.

4)  Allow enough time for an adequate forage base to become well estab-lished before squawfish are stocked. Fathead minnows appear to be a good forage species for young Colorado squawfish. If conditions are right, they can be prolific and produce several broods per year. This is important because various sizes of forage need to be available to squawfish year round. In our recent studies, however, we stocked squawfish before populations of fathead minnows became well estab-lished. Carp may not be a good forage species. Carp worked well in

45

BLM_0060697

Fish Chalet Pond during 1983-84 (Osmundson 1987); however, this was
largely because of the relatively large size of squawfish stocked and
the timing of the first hatch of young carp. Squawfish were 50-90 mm
long when stocked in fall and carp hatched the following spring.
Resulting carp fry were numerous and of a size available for squawfish
to prey upon. Though both squawfish and carp were growing rapidly,
squawfish were able to maintain their lead in size. During the present
studies, carp hatched in spring and squawfish were stocked the follow-
ing fall at a size too small to utilize the growing carp. During the
subsequent two springs, no new cohorts of carp hatched. Thus the 1986
cohort of carp was largely unavailable as food and may have competed
with fathead minnows for limited resources. This example undescores
the importance of timing squawfish stocking to coincide with the avail-
ablity of prey of appropriate size.

5) <u>Tailor stocking densities to the available forage base.</u> The difference
in growth and condition between the few squawfish at 13th-Hole Pond
where forage was abundant, and the many squawfish at Fish Chalet and
West ponds, where forage was limited, underscores the importance of
tailoring stocking densities to the available forage base. Overstock-
ing in hopes of producing high numbers of squawfish per pond acre will
result in reduced growth rates. Managers must determine their produc-
tion goals, in terms of both fish numbers and size, before stocking.
Production of large numbers of small squawfish is probably best accom-
plished in hatchery raceways. Grow-out ponds are recommended if the
goal is to produce a limited number of large squawfish in a short
period of time.

46

BLM_0060698

6) <u>Remove squawfish from ponds for use in the river after they have reached the desired size and before survival begins to significantly decline.</u> Squawfish survival in ponds declines over time. Optimal growing conditions should be provided to minimize the time it takes for squawfish to grow to the desired size. Once the fish have attained 200-250 mm TL, they should be stocked in the river. Additional rearing in the pond may result in larger but subtantially fewer fish.

7) <u>Determine a feasible method for recovering fish from a pond before the pond is selected and fish are stocked.</u> Excellent growth and survival of fish in a grow-out pond will be of little value if there is no efficient way to collect the fish from the pond. Recovering razorback sucker and Colorado squawfish from gravel-pit ponds, particularly those as large as Humphrey Pond, is impractical using standard seining tech- niques alone. Use of trammel nets in June 1988 resulted in the death of most of the 62 razorbacks caught due to rapid predation by crayfish and stress from prolonged entanglement under warm-water conditions.  We were unsuccessful in capturing razorbacks using trammel nets in spring 1988 during cool-water conditions, presumably because the fish were inactive. We recommend drawing pond water levels down using a diesel or electric-powered, six-inch pump, and then using seines to recover fish crowded in shallow water. Two electric pumps operated continuous- ly would take several days to draw down Humphrey Pond; current rental cost for two such pumps is approximately $600/week (associated costs for power, etc., have not been estimated). An alternative approach would be to abandon the use of ground-water-fed, gravel-pit ponds altogether and construct impermeable grow-out ponds above the water

47

BLM_0060699

table such that pond water levels could be controlled and the ponds drained as needed.

8) <u>Determine the best time of year to stock fish in the river.</u> Experimental stocking should be conducted to determine if survival rate varies with time of stocking. For use in reintroduction or experimental augmentation efforts, razorbacks could be stocked in the river after spending only one growing season in a pond. Mean total length of razorbacks in Humphrey Pond at eight months of age was 307 mm. Marsh and Brooks (1989) recommend stocking in late winter when predation by warm-water fishes would be less intense and the stocked razorbacks would have adequate time to acclimate to the river environment. However, predation may not be an important consideration, particularly in the upper Colorado River basin where flathead catfish are absent, if razorbacks are reared to a length of 300 mm before stocking. It may be beneficial to hold razorbacks in the pond over winter and through the following spring before stocking in the river; this would allow the fish more time to adjust to the river environment before winter or run-off occur. Some razorbacks could be held in the grow-out pond until sexual maturity is reached. If natural spawning occurred, resulting young could then be harvested annually for river stocking, when individual lengths of approximately 300 mm are reached.

CONCLUSIONS

Pond culture activities for Colorado squawfish and razorback sucker should be increased during the next few years in preparation of experimental augmentation efforts. Growth of Colorado squawfish to 200-250 mm TL

48

before stocking in the river is desirable to decrease vulnerability to
predation. Under proper pond conditions fish of this size could probably
be produced within two growing seasons. Razorback suckers could be re-
leased after attaining a length of 300 mm after only one growing season.

Pond culture has proven useful in promoting rapid growth of young Colorado
squawfish and razorback sucker. However, determining the causes of low
survival of squawfish in ponds is still a perplexing problem, as is know-
ing how to maximize stocking densities without severely compromising
growth. Therefore, plans for future pond culture, though geared with
production in mind, should continue to focus on answering important ques-
tions relative to improving culture techniques.

LITERATURE CITED

Black, T., and R.V. Bulkley. 1985. Growth rate of yearling Colorado
    squawfish at different water temperatures. The Southwestern Natural-
    ist 30:95-100.

Bulkley, R.V., and C.R. Berry, Jr. 1985. Food selection of Colorado
    squawfish in captivity. U.S. Fish and Wildlife Service, Completion
    Report, Contract 14-16-0009-1501-W04, Utah Cooperative Fishery Re-
    search Unit, Logan, Utah.

Burdick, B.D. 1979. Biology, reproductive potential and the impact of
    fishing pressure on the bluegill fishery of Pelican Lake, Uintah
    County, Utah. Master's thesis. Utah State University, Logan, Utah.

Chapman, D.G. 1951. Some properties of the hypergeometric distribution
    with applications to zoological sample censuses. University of Cali-
    fornia Publications in Statistics 1:131-160.

Davydov, O.N. 1978.  Effect of *Bothriocephalus gowkongensis* on the mor-
    phological statistics of the carp. Hydrobiological Journal 14:50-53.

Goede, R.W., and N.J. Gates. 1979. Pathology associated with bluegill
    mortality in Pelican Lake of Uintah County, Utah. Unpublished agency
    report. Utah Division of Wildlife Resources, Logan, Utah.

Hamman, R.L. 1985.  Induced spawning of hatchery-reared razorback suck-
    er. The Progressive Fish Culturist 47:187-189.

49

Hoffman, G.L. 1980. Asian tapeworm, *Bothriocephalus acheilognathi* Yamaguti, 1934, in North America. Fish and Environment 8:69-75.

Kaeding, L.R., and D.B. Osmundson. 1988. Interaction of slow growth and increased early-life mortality: an hypothesis on the decline of Colorado squawfish in the upstream regions of its historic range. Environmental Biology of Fishes 21:59-67.

Korting, W. 1975. Larval development of *Bothriocephalus sp.* (Cestoda: Pseudophyllidea) from carp *(Cyprinus carpio* L.) in Germany.

Lannigan, S.H., and H.M. Tyus. 1989. Population size and status of the razorback sucker in the Green River Basin, Utah and Colorado. North American Journal of Fisheries Management 9:68-73.

Marsh, P.C. 1987. Digestive tract contents of adult razorback suckers in Lake Mohave, Arizon-Nevada. Transactions of the American Fisheries Society 116:117-119.

Marsh, P.C., and J.E. Brooks. 1989. Predation by Ictalurid catfishes as a deterrent to re-establishment of hatchery-reared razorback suckers. The Southwestern Naturalist 34:188-195.

Marsh, P.C., and D.R. Langhorst. 1988. Feeding and fate of wild larval razorback sucker. Environmental Biology of Fishes 21:59-67.

Marsh, P.C., and W.L. Minckley. 1989. Observations on recruitment and ecology of razorback sucker: lower Colorado River, Arizona-California-Nevada. The Southwestern Naturalist 49:71-78.

Minckley, W.L. 1983. Status of the razorback sucker, *Xyrauchen texanus* (Abbott), in the lower Colorado River basin. The Southwestern Naturalist 28:165-187.

Osmundson, D.B. 1987. Growth and survival of Colorado squawfish *(Ptychocheilus lucius)* stocked in riverside ponds, with reference to largemouth bass *(Micropterus salmoides)* predation. Master's thesis. Utah State University, Logan, Utah, USA.

Pool, D., K. Ryder, and C. Andrews. 1984. The control of *Bothriocephalus acheilognathi* in grass carp, *Ctenopharyngodon idella,* using Praziquantel. Fish Management 15:31-33.

Scott, A.L., and J.M. Grizzle. 1979. Pathology of cyprinid fishes caused by *Bothriocephalus gowkongensis* Yea, 1955 (Cestoda: Pseudophyllidea). Journal of Fish Diseases 2:69-73.

Seethaler, K.H. 1978. Life history and ecology of the Colorado squawfish *(Ptychocheilus luscius)* in the Upper Colorado River Basin. Master's thesis, Utah State University, Logan, Utah, USA.

BLM_0060702

Smith, L.L., Jr., D.M. Oseid, G.L. Kimball, and S.M. El-Kandelgy. 1976.
    Toxicity of hydrogen sulfide to various life history stages of blue
    gill *(Lepomis macrochirus).* Transactions of the American Fisheries
    Society 105:442-449.

Stearns, S.T., and R. E. Crandall. 1984. Plasticity for age and size at
    sexual maturity: a life-history response to unavoidable stress. Pages
    13-33 in G.W. Potts and R.J. Wootton, editors. Fish Reproduction.
    Academic Press, Orlando, Florida, USA.

Tesch, F.-W. 1971. Age and growth. IBP (International Biological Pro-
    gramme) Handbook 3:98-130.

Tyus, H.M., R.L. Jones, and L.A. Trinca. 1987. Green River rare and
    endangered fish studies, 1982-1985. U.S. Fish and Wildlife Service,
    Final Report, Colorado River Fishes Monitoring Project, Vernal, Utah,
    USA.

USFWS (United States Fish and Wildlife Service). 1987. Recovery
    Implementation Program for Endangered Fish Species in the Upper Colo-
    rado River Basin. Region 6, Denver, Colorado.

Vanicek, C.D., and R.H. Kramer. 1969. Life history of the Colorado
    squawfish, *Ptychocheilus lucius,* and the Colorado chub, *Gila robusta,*
    in the Green River in Dinosaur National Monument, 1964-1966. Transac-
    tions of the American Fisheries Society 98:193-208.

Wood, E.M. 1960. Definitve diagnosis of fish mortalities. Jour. Wat.
    Poll. Contr. Fed. 32:994-999.

BLM_0060703

APPENDIX

BLM_0060704

Table 6.  Length, weight and condition (K) of Colorado squawfish in Fish
Chalet Pond stocked on 31 August 1986.

| Date | n | TL (mm) | | | Wt (g) | | Condition K | |
|---|---|---|---|---|---|---|---|---|
| | | x̄ | (SD) | range | x̄ | (SD) | x̄ | (SD) |
| 86/08/31 | 199 | 40.4 | (5.23) | 28-50 | 0.5 | (0.14) | 0.74 | (0.09) |
| 86/09/26 | 42 | 42.6 | (7.67) | 30-56 | 0.5 | (0.23) | 0.65 | (0.10) |
| 86/10/10 | 50 | 44.5 | (6.00) | 34-62 | 0.6 | (0.24) | 0.62 | (0.07) |
| 86/11/10 | 20 | 49.3 | (5.74) | 37-62 | 0.7 | (0.26) | 0.57 | (0.04) |
| 86/12/12 | 23 | 48.4 | (6.36) | 36-60 | 0.7 | (0.29) | 0.57 | (0.07) |
| 87/03/10 | 14 | 50.9 | (4.58) | 42-58 | 0.7 | (0.18) | 0.55 | (0.05) |
| 87/04/15 | 47 | 51.2 | (7.85) | 36-70 | 1.0 | (0.55) | 0.66 | (0.15) |
| 87/05/08 | 51 | 59.3 | (9.12) | 39-80 | 1.5 | (0.64) | 0.67 | (0.06) |
| 87/06/10 | 23 | 67.0 | (9.40) | 48-88 | 2.1 | (0.79) | 0.69 | (0.06) |
| 87/07/09 | 19 | 98.7 | (21.16) | 68-155 | 6.8 | (5.68) | 0.59 | (0.07) |
| 87/08/12 | 20 | 102.7 | (12.28) | 83-135 | 6.8 | (2.54) | 0.60 | (0.02) |
| 87/09/14 | 17 | 126.9 | (12.64) | 113-165 | 13.2 | (4.52) | 0.63 | (0.03) |
| 88/04/15 | 1 | 116 | - | | 9.6 | - | 0.62 | - |
| 88/05/19 | 3 | 128.3 | (4.64) | 122-133 | 12.0 | (0.93) | 0.57 | (0.03) |
| 88/06/15 | 3 | 140.0 | (9.20) | 133-153 | 16.3 | (3.63) | 0.58 | (0.01) |
| 88/07/22 | 1 | 184 | | | 41.3 | | 0.66 | |

53

BLM_0060705

Table 7.  Length, weight and condition (K) of Colorado squawfish in West Pond stocked on 31 August 1986.

| Date | n | TL (mm) | | | Wt (g) | | Condition K | |
|------|---|---------|------|-------|--------|------|-------------|------|
| | | x | (SD) | range | x | (SD) | x | (SD) |
| 86/08/31 | 199 | 40.4 | (5.23) | 28-50 | 0.5 | (0.14) | 0.74 | (0.09) |
| 86/09/26 | 20 | 57.0 | (8.11) | 42-73 | 1.3 | (0.53) | 0.64 | (0.06) |
| 86/10/10 | 3 | 46.7 | (3.30) | 43-51 | 0.7 | (0.08) | 0.69 | (0.06) |
| 86/11/10 | 1 | 80 | - | | 3.3 | - | 0.64 | |
| 86/11/17 | 1 | 58 | - | | 1.2 | - | 0.62 | - |
| 87/06/02 | 20 | 89.0 | (9.57) | 70-103 | 4.8 | (1.46) | 0.66 | (0.02) |
| 87/08/05 | 45 | 153.0 | (14.65) | 130-198 | 26.1 | (8.90) | 0.70 | (0.05) |
| 87/09/03 | 52 | 163.0 | (18.70) | 134-201 | 29.0 | (11.15) | 0.64 | (0.04) |
| 87/09/30 | 25 | 155.2 | (23.78) | 112-197 | 25.8 | (12.45) | 0.63 | (0.06) |
| 88/06/15 | 21 | 206.9 | (23.91) | 163-275 | 61.8 | (26.62) | 0.66 | (0.04) |
| 88/07/27 | 22 | 244.4 | (19.81) | 211-292 | 92.0 | (22.66) | 0.62 | (0.03) |
| 88/09/02 | 21 | 251.9 | (23.24) | 210-305 | 101.3 | (27.88) | 0.62 | (0.03) |
| 88/09/29 | 20 | 258.2 | (14.54) | 222-285 | 111.4 | (19.93) | 0.64 | (0.04) |
| 88/10/28 | 31 | 241.9 | (15.15) | 213-280 | 89.6 | (16.80) | 0.63 | (0.03) |
| 89/05/30 | 15 | 259.1 | (12.16) | 237-280 | 107.9 | (15.43) | 0.62 | (0.03) |
| 89/08/30 | 23 | 265.5 | (17.41) | 225-295 | 116.6 | (22.27) | 0.62 | (0.04) |

BLM_0060706

Table 8.  Length, weight and condition (K) of Colorado squawfish in 13th Hole Pond stocked on 20 May 1987.

| Date | n | TL (mm) | | | Wt (g) | | | Condition K | |
|------|---|---------|------|-------|--------|------|-------|-------------|------|
|      |   | x | (SD) | range | x | (SD) | | x | (SD) |
| 86/05/20 | 64 | 95.9 | (18.62) | 65-135 | | | | | |
| 86/06/18 | 63 | 93.4 | (18.09) | 67-154 | | | | - | |
| 86/08/22 | 22 | 146.3 | (29.01) | 88-204 | | | | | |
| 86/09/26 | 9 | 151.9 | (42.35) | 103-212 | | | | - | |
| 86/10/24 | 8 | 152.3 | (33.41) | 110-212 | 29.8 | (24.90) | | 0.68 | (0.11) |
| 86/12/09 | 4 | 163.0 | (16.93) | 146-191 | 33.5 | (16.58) | | 0.71 | (0.14) |
| 87/04/14 | 2 | 180.0 | (45.00) | 135-225 | 64.6 | (48.40) | | 0.83 | (0.17) |
| 87/08/05 | 5 | 264.4 | (39.87) | 219-317 | 172.7 | (93.10) | | 0.83 | (0.11) |
| 87/10/16 | 4 | 318.0 | (23.31) | 280-339 | 289.3 | (83.88) | | 0.87 | (0.12) |
| 88/05/19 | 2 | 322.5 | (27.50) | 295-350 | 334.0 | (103.00) | | 0.96 | (0.06) |
| 88/06/29 | 5 | 353.8 | (15.11) | 331-370 | 420.0 | (80.99) | | 0.94 | (0.08) |

BLM_0060707

Table 9.  Length, weight and condition (K) of Colorado squawfish in Humphrey Pond stocked on 11 June 1987.

| Date | n | TL (mm) | | | Wt (g) | | Condition K | |
|------|---|---|---|---|---|---|---|---|
| | | x̄ | (SD) | range | x̄ | (SD) | x̄ | (SD) |
| 87/06/11 | - | 8 | | | | | | |
| 87/07/16 | 7 | 27.4 | (1.59) | 25-30 | | | | |
| 87/08/12 | 19 | 50.4 | (5.24) | 38-61 | 1.0 | (0.31) | 0.79 | (0.06) |
| 87/09/11 | 11 | 55.8 | (19.12) | 33-84 | | | | |
| 87/10/16 | 14 | 57.4 | (10.88) | 42-88 | 1.4 | (1.01) | 0.66 | (0.13) |
| 87/11/16 | 18 | 67.1 | (7.94) | 58-86 | 1.9 | (0.82) | 0.60 | (0.03) |
| 88/04/15 | 4 | 68.3 | (6.61) | 61-79 | 2.2 | (0.93) | 0.66 | (0.07) |
| 88/05/20 | 21 | 84.8 | (13.23) | 66-118 | 4.7 | (2.36) | 0.72 | (0.04) |
| 88/06/17 | 20 | 110.2 | (10.27) | 94-137 | 8.8 | (2.59) | 0.64 | (0.04) |
| 88/07/22 | 20 | 118.1 | (17.55) | 81-155 | 10.9 | (5.63) | 0.61 | (0.04) |
| 88/08/26 | 52 | 122.9 | (34.11) | 80-252 | 16.9 | (24.65) | 0.64 | (0.08) |
| 88/09/29 | 19 | 179.0 | (47.12) | 117-264 | 48.0 | (42.41) | 0.64 | (0.07) |
| 88/10/28 | 17 | 172.6 | (39.57) | 100-279 | 37.2 | (34.13) | 0.60 | (0.05) |
| 89/03/30 | 16 | 177.6 | (67.42) | 115-293 | 61.5 | (65.96) | 0.69 | (0.08) |
| 89/04/21 | 8 | 188.3 | (68.47) | 123-282 | 78.7 | (76.70) | 0.79 | (0.05) |
| 89/10/12 | 21 | 317.2 | (47.58) | 247-415 | 258.6 | (131.76) | 0.75 | (0.08) |

BLM_0060708

Table 10. Length, weight and condition (K) of razorback sucker in Humphrey Pond stocked on 17 June 1987.

| Date | n | TL (mm) | | | Wt (g) | | Condition K | |
|------|---|------|------|-------|------|------|------|------|
| | | x | (SD) | range | x | (SD) | x | (SD) |
| 87/06/17 | 40 | 54.8 | (6.07) | 44-66 | 1.5 | (0.51) | 0.87 | (0.09) |
| 87/09/11 | 12 | 241.2 | (16.58) | 216-272 | 190.6 | (37.49) | 1.34 | (0.05) |
| 87/10/16 | 2 | 293.0 | (7.00) | 286-300 | 352.7 | (20.70) | 1.40 | (0.02) |
| 87/11/16 | 4 | 306.5 | (18.77) | 289-338 | 332.8 | (4.27) | 1.18 | (0.18) |
| 88/06/06 | 22 | 333.4 | (18.79) | 275-360 | 479.1 | (87.69) | 1.28 | (0.08) |
| 88/09/29 | 3 | 404.6 | (10.99) | 391-425 | 820.3 | (58.49) | 1.24 | (0.06) |
| 89/03/30 | 3 | 422.0 | (5.72) | 415-429 | 904.7 | (57.09) | 1.20 | (0.05) |
| 89/10/12 | 100 | 461.7 | (22.20) | 405-505 | 1087.6 | (176.08) | 1.10 | (0.06) |

BLM_0060709

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/301202438

# Recommendations for flows in the 15-mile reach during October-June for maintenance and enhancement of endangered fish populations in the upper Colorado River

**Technical Report** · April 1991

DOI: 10.13140/RG.2.1.3171.6243

CITATIONS
6

READS
5

**2 authors**, including:

D. B. Osmundson
U.S. Fish and Wildlife Service
**31** PUBLICATIONS    **355** CITATIONS

SEE PROFILE

All content following this page was uploaded by D. B. Osmundson on 11 April 2016.

The user has requested enhancement of the downloaded file.

# RECOMMENDATIONS FOR FLOWS IN THE 15-MILE REACH DURING

# OCTOBER-JUNE FOR MAINTENANCE AND ENHANCEMENT OF

# ENDANGERED FISH POPULATIONS IN THE

# UPPER COLORADO RIVER

## FINAL REPORT
April 1991

Douglas B. Osmundson
Fishery Biologist

and

Lynn R. Kaeding
Project Leader



# U. S. FISH AND WILDLIFE SERVICE

BLM_0060711

BLM_0060712

RECOMMENDATIONS FOR FLOWS IN THE 15-MILE REACH DURING

OCTOBER-JUNE FOR MAINTENANCE AND ENHANCEMENT OF

ENDANGERED FISH POPULATIONS IN THE

UPPER COLORADO RIVER

FINAL REPORT

April 1991

Douglas B. Osmundson
Fishery Biologist

and

Lynn R. Kaeding
Project Leader

U.S. Fish and Wildlife Service
Colorado River Fishery Project
529 25-1/2 Road, Suite B-110
Grand Junction, Colorado 81505

BLM_0060713



RECOVERY PROGRAM FOR
THE ENDANGERED FISHES
OF THE UPPER COLORADO

U.S. Fish and Wildlife Service • P.O. Box 25486 • Denver Federal Center • Denver, Colorado 80225 • (303) 236-2985

## PROLOGUE

This is the second of two reports that collectively provide recommendations for year-round flows in the 15-mile reach of the upper Colorado River. The conclusions and recommendations presented in the report are based on the best available biological information. A study is currently being conducted that will help refine these recommendations. This study will relate habitat quality, quantity, and diversity to incremental river discharge levels. A third report will be prepared in 1992 that will include the results of the new study, summarize recommendations made in the two preceding reports, and include appropriate modifications to the flow recommendations based on the new information.

Future studies in the upper Colorado River subbasin will no doubt provide additional information and improve our understanding of the relationships between flow and the well-being of endangered fish populations. As a result, there will be a continuing effort to refine the recommendations for flows needed to recover these species. A more riverwide approach will be needed which would include the flow needs of humpback and bonytail chub, species that do not inhabit the Grand Valley and are therefore not considered in these reports.

The Recovery Program's Implementation Committee has the responsibility for implementing the flow recommendations contained in this report. Consequently, the report will be transmitted to the Implementation Committee for their immediate consideration.

Director, Colorado River Recovery
Implementation Program

U.S. Fish and Wildlife Service • U.S. Bureau of Reclamation • Western Area Power Administration
Colorado • Utah • Wyoming • Environmental Groups • Upper Basin Water Users

BLM_0060714

TABLE OF CONTENTS

PROLOGUE ................................................................. ii

LIST OF TABLES .......................................................... v

LIST OF FIGURES ......................................................... vii

ACKNOWLEDGEMENTS ........................................................ ix

INTRODUCTION ............................................................ 1

    Use of the 15-Mile Reach ........................................... 1

    Importance of Flow Regimes ......................................... 2

SPRING FLOWS (APRIL-JUNE) ............................................... 4

    Colorado squawfish ................................................. 4

        General ........................................................ 4

        Spring Flow Effects on Habitat Complexity ..................... 5

        Spring Flow Effects on Young Fishes .......................... 10

            Background ................................................ 10

            New Information ........................................... 15

                Larvae ............................................... 15

                Post-larval Fishes ................................... 21

            Discussion ............................................... 21

        Reduction of Historic Peak Flows ............................. 27

    Razorback Sucker ................................................... 37

    Recommendations .................................................... 42

WINTER FLOWS (NOVEMBER-FEBRUARY) ....................................... 47

    General ............................................................ 47

    Review of Winter Habitat Use ....................................... 48

    Recommendations .................................................... 49

BLM_0060715

TRANSITION MONTH FLOWS (OCTOBER AND MARCH) ............................ 51

    October ........................................................... 51

    March ............................................................. 52

LITERATURE CITED ...................................................... 54

APPENDIX I ............................................................ 58

    Rationale for Methodologies ....................................... 58

APPENDIX II ........................................................... 64

    Tables I-XI ....................................................... 64

    Figure I .......................................................... 77

BLM_0060716

LIST OF TABLES

Table                                                                  Page

1.  Comparison between two channel types in frequency of use
    by Colorado squawfish ........................................  8

2.  Pearson correlation coefficients (r) of larval (0-20 mm
    long) fish abundance (mean number per sample) and yearly
    peak flow for three Grand Valley river reaches ..............  17

3.  Correlation coefficients (r) of fish densities (no. fish
    per 100 m$^2$) in backwaters during fall and yearly peak
    flow for two Grand Valley river reaches ....................  22

4.  Summary of recent and historic mean monthly river
    discharge for the Colorado River at the top of the
    15-mile reach and at the Colorado/Utah State line, and
    for the Gunnison River near Grand Junction (including
    Redlands power canal) ......................................  28

5.  Percent flow contribution to the mainstem Colorado River
    from its two major tributaries, the Gunnison River and
    the upper Colorado River above Grand Junction, April-June,
    1966-1989 and 1917-1923 ....................................  34

6.  Comparison of river discharge at the State-line gage with
    that at Cameo (plus Plateau Creek) and with that at the
    top of the 15-mile reach for the high day of the year ......  34

7.  Peak flows and mean monthly flows in the upper end of the
    15-mile reach during years in which peak flows at the
    State line gage were about 40,000 cfs ......................  44

8.  Peak flows and mean monthly flows in the upper end of the
    15-mile reach during years in which peak flows at the
    State-line gage were about 30,000 cfs ......................  44

9.  Peak flows and mean monthly flows in the upper end of the
    15-mile reach during years in which peak flows at the
    State-line gage were about 22,000 cfs ......................  45

10. Recommendations for spring flows (in cfs) in the 15-mile
    reach ......................................................  46

11. Summary of recent and historic discharge for the Colorado
    River at the top of the 15-mile reach during the months
    of November-March ..........................................  49

12. Summary of recent and historic river discharge for the
    Colorado River at the top of the 15-mile reach during the
    months of July-October .....................................  52

BLM_0060717

Table                                                                                    Page

I.    Peak flows (mean flow of the highest day) in the top end
      of the 15-mile reach, in the Gunnison River near Grand
      Junction, and at the Colorado/Utah State line ................... 64

II.   Mean monthly flows (cfs) for April, May, and June in the
      Colorado River at the top end of the 15-mile reach and
      at the Colorado/Utah State line, and in the Gunnison
      River near Grand Junction, 1897-1989............................ 66

III.  Key to discharge records provided in Tables I and II ............ 68

IV.   Razorback sucker captures from the Colorado River between
      Loma and Palisade, Colorado (RM 152.8-185.1), 1974-1990 ......... 69

V.    Main channel temperature in the Colorado River near Cameo
      on the day of maximum annual discharge .......................... 70

VI.   Mean monthly flows (cfs) in the Colorado River at the top
      of the 15-mile reach for the months of November-March,
      1902-1989 ....................................................... 71

VII.  Calculated mean monthly discharge (cfs) for the Colorado
      River at the top of the 15-mile reach during the months
      of July-October, 1954-1989 ...................................... 73

VIII. Calculated mean monthly discharge (cfs) for the Colorado
      River at the top of the 15-mile reach during the months
      of July-October, 1902-1942 ...................................... 75

IX.   Summary of main channel temperatures $\geq$ 20 C in the upper
      Colorado River in or near the 15-mile reach, 1983-1990 .......... 80

X.    Monthly summary of diversions (mean discharge in cubic
      ft/sec) to the Grand Valley Irrigation Company canal
      (RM 185.1) from the Colorado River during the irrigation
      season, 1950-1988 .............................................. 81

XI.   Persons who provided comments on drafts of this report .......... 82

BLM_0060718

LIST OF FIGURES

Figure                                                                    Page

1.  Frequency of use of simple and complex channel types
    by adult Colorado squawfish ..................................... 8

2.  Relative catch-per-effort for three introduced minnow
    species in the 18-mile reach of the Colorado River
    near Grand Junction, Colorado, 1986-1989 ....................... 14

3.  Plot of geometric-mean catch-per-effort (C/E) versus
    maximum-annual discharge for post-larval Colorado
    squawfish collected during October, Colorado River,
    1982-1988 ...................................................... 15

4.  Peak flows (mean flow on the highest flow day of the
    year) and catch rates of Colorado squawfish larvae
    and young-of-the-year (YOY) in the 18-mile reach
    (Gunnison confluence to Loma) of the upper Colorado
    River, 1986-1989 ............................................... 19

5.  Correlations of peak flow and catch rates of larval
    and young-of-the-year Colorado squawfish in the
    18-mile reach (Gunnison confluence to Loma) of the
    upper Colorado River, 1986-1989 ................................ 20

6.  Recent and historic spring flows in the upper Colorado
    River at the top of the 15-mile reach (15) and near
    the Colorado/Utah State line (STLN), and in the Gunnison
    River (GU) near Grand Junction (including Redlands
    power canal) ................................................... 29

7.  Recent and historic frequencies of peak flows (highest
    flow day of the year) of various magnitudes ................... 30

8.  Time series of peak flows in the upper Colorado River
    at the top of the 15-mile reach and at the Colorado/Utah
    State line, 1897-1989 .......................................... 31

9.  Recent and historic mean monthly flows in the Colorado
    River at the top of the 15-mile reach and in the
    Gunnison River near Grand Junction, Colorado ................. 32

10. Mean monthly discharge at USGS gaging stations on three
    upper Colorado River basin rivers ............................ 36

11. Change in mean peak flow (highest flow day of the year)
    for three upper Colorado River basin rivers .................. 37

12. Razorback sucker captures from the Colorado River
    between Loma and Palisade, Colorado (RM 152.8-185.1),
    1974-1990 .................................................... 38

BLM_0060719

Figure                                                                          Page

13.  Frequency of Colorado River peak flow dates during
     1907-1989 (N = 83 years) and capture dates during
     1975-1988 of razorback suckers (N = 42 fish) in spawning
     condition (expressible sex products present) in the
     Grand Valley, Colorado ........................................ 40

14.  Mean monthly discharge of the Colorado River at the top
     of the 15-mile reach during recent (1954-1989) and
     historic (1902-1942) times .................................... 50

 I.  Daily-mean, main-channel temperatures in the upper
     Colorado River in or near the 15-mile reach, 1983-1990 ......... 77

BLM_0060720

ACKNOWLEDGEMENTS

We thank George Smith and Jim Rinne of U.S. Fish and Wildlife Service,
Dan Collins of U.S. Geological Survey, and Phil Bertran of Grand Valley
Irrigation Company for providing current and historic hydrology records.
Charles McAda provided much valuable assistance with data analyses, and
Cheryl Harris provided administrative support. We also thank the 10
reviewers (Appendix Table XI) who provided comments on earlier drafts of
this report.

ix

BLM_0060721

BLM_0060722

INTRODUCTION

Use of the 15-Mile Reach

The 15-mile reach of the upper Colorado River between Palisade, Colorado
and the confluence of the Colorado and Gunnison rivers at Grand Junction
is habitat for the endangered Colorado squawfish (*Ptychocheilus lucius*)
and the very rare razorback sucker (*Xyrauchen texanus*), a species proposed
for listing as endangered (Fed. Reg. Vol. 55 No. 99). A summary of rare-
fish use of the 15-mile reach was recently provided by Osmundson and
Kaeding (1989). Adult squawfish use the reach year-round; razorback
sucker may also use the reach year-round, but are found there predominate-
ly during their spawning season (April-June). An aggregation of ripe
Colorado squawfish within the reach in 1982 and the subsequent capture
that year of larval squawfish there indicates that the reach can provide
spawning habitat for the species. Main-channel temperatures of 20-22 C,
apparently necessary for Colorado squawfish spawning and important in egg-
hatching success (Hamman 1981, Tyus and McAda 1984, Haynes et al. 1984,
Marsh 1985) consistently occur in the 15-mile reach (Appendix Fig. I and
Table IX). No young razorback sucker have been found in the reach, nor
anywhere within the upper Colorado River in the past 27 years. Such appar-
ent lack of recruitment portends the imminent extirpation of this popula-
tion (Valdez et al. 1982). However, two running-ripe adult razorback
sucker were captured in a flooded gravel pit in the 15-mile reach during
1986 and the movement of others to and from the reach during and after the
presumed spawning period indicate that razorback suckers routinely spawn
or attempt to spawn there. The Grand Valley in general, of which the 15-
mile reach is a part, has been a concentration area for razorback suckers

(Valdez et al. 1982, Osmundson and Kaeding 1989) and thus may be one of the most important stretches of the upper Colorado River for this rapidly declining species.

Attempts to recover the populations of both the Colorado squawfish and razorback sucker will require identification of the causes of their continued decline, followed by management efforts aimed at removing or ameliorating, in whatever manner feasible, those factors identified as detrimental.

## Importance of Flow Regimes

Most variables within the fishes riverine environment are strongly influenced by the timing, duration and magnitude of river flows.  Flow regimes shape the gross physical structure of the river, such as channel morphology and substrate type; this structure in turn determines the quantity and quality of various habitat types available for use by fish. The magnitude of flow also influences the properties of the medium in which the fish live, the water itself: its quality, velocity, depth, temperature, turbidity, etc. In addition, the fishes biotic environment is also greatly influenced by flows. Just as squawfish and razorback sucker have physical habitat preferences and limitations, so do the other species of aquatic life with which they interact, either favorably or unfavorably.  Densities of food items, predators, and competitors of the rare fish increase or decrease depending on how well the flow regime suits their species-specific needs.

Modern man's alteration of natural flow regimes in the Colorado River basin has no doubt had a profound effect on the environment of the indigenous aquatic species there. Though flows in the Colorado have always

2

BLM_0060724

fluctuated widely throughout the year, they do so in a predictable, cyclic manner. Evolution has allowed the native species of fish there to adapt to and flourish under such fluctuating conditions. Unfortunately, the successful specialization for life in the unique environment of the Colorado River has left some species ill-equipped to live or reproduce under the new conditions. Changes in the system have proceeded too rapidly for evolution to allow the species to adjust. However, as manipulation of flow and temperature regimes have acted negatively on the native fish and allowed introduced species to flourish, so too might new, carefully planned manipulations of flow be used to benefit the natives and perhaps aid in controlling the populations of introduced ones.

The U.S. Fish and Wildlife Service (USFWS) is responsible for developing year-round flow recommendations for the aforementioned 15-mile reach of the Colorado River upstream of the confluence of the Gunnison River. Kaeding and Osmundson (1989) recently provided provisional flow recommendations for the months of July, August and September. We now continue with this process and here present recommendations for flows during the remainder of the year (October-June). Methodologies used to arrive at recommendations for these months differed from those used previously for the summer months. The reasoning behind our selection of the methods used is outlined in the section entitled 'Rationale for Methodologies' included as Appendix I. The primary difference is the reliance on empirical data for the spring and winter recommendations rather than on the analytical model used in the development of summer flow recommendations. USFWS is currently developing a new method for relating flow levels to availability of various important habitat types. Recommendations provided in this report and

3

BLM_0060725

the previous one will be refined and summarized after results of this new technique are available.

Colorado squawfish and razorback sucker exhibit seasonal patterns in their selection of various habitat types and characteristics (Osmundson and Kaeding 1989). We can thus partition the water year according to these patterns. Although razorbacks and squawfish may have somewhat different seasonal habitat use patterns, our data on squawfish are more extensive and therefore more reliable. We therefore have chosen to partition the year according to the seasonal use habits of Colorado squawfish. Three major periods and two short transitional periods emerge. Though timing of changes in squawfish behavior varies slightly from year to year according to flow and temperature conditions, a pattern of winter habitat use occurs roughly from November through February; spring habitat use, from April through June; summer habitat use, from July through September. October and March appear to be transition periods for squawfish going into and coming out of winter; patterns of habitat use during these two months are similar, though squawfish use somewhat deeper water during October than during March. As mentioned above, provisional flow recommendations for the summer months have already been provided. Flows for the spring, winter and transition periods are considered here.

SPRING FLOWS (APRIL-JUNE)

Colorado Squawfish

General

Flows in the 15-mile reach start to rise slightly in late March due to the beginning of spring runoff; however, in early April, the irrigation season

4

BLM_0060726

in the Grand Valley begins and flows in the 15-mile reach are reduced.
During late April to early May, flows from spring-runoff increase greatly
and the high-flow period in the 15-mile reach begins and lasts through
early July. Radiotelemetry data indicate that as flows increase in late
April, there is a substantial increase in use of backwaters by Colorado
squawfish (Osmundson and Kaeding 1989). In May and June, flows increase
dramatically and riverside gravel pits become flooded; many squawfish then
move into these protected off-channel habitats. The use of gravel pits and
backwaters reaches a yearly peak at this time. Though this is the period
of highest river flow, deep-water ($\geq$ 4.5 ft.) sites are little used, par-
ticularly during April and May. Off-channel, protected sites are of zero
or low (< 1.0 ft./sec) velocities. The Physical Habitat Simulation Method-
ology (PHABSIM), used to develop summer flow recommendations, cannot be
used in developing flow recommendations for the spring period because
gravel pits, backwaters, and eddies collectively comprised 53.5% of the
habitat used by adult squawfish during this time, habitat types that are
not represented in the current PHABSIM site and which PHABSIM has diffi-
culty modeling. Perhaps most importantly, spring flow recommendations
should not be based solely on the spring habitat needs of adult squawfish.
High flows during spring provide other important benefits to the system,
that is, year-round benefits perhaps of overriding importance to the
overall population.

Spring Flow Effects on Habitat Complexity

High flows during spring create and maintain the braided channel morpholo-
gy that provides a variety of important habitat types, such as side chan-
nels, pools and backwaters. Without these high flows, the channel would
become simplified with a concurrent loss of habitat heterogeneity. Pools

5

BLM_0060727

also need to be routinely scoured or will fill with accumulated sediments (Reiser et al. 1989). The creation and maintenance of backwaters is obviously an important function of high flows; these backwaters provide nursery habitat for early life stages of Colorado squawfish. For adult squawfish, the mosaic of habitat types provided by a braided channel also appears to be important.

We observed during our past radiotelemetry studies that adult Colorado squawfish were often located in multi-channel areas or large, off-channel habitats connected to the river. We hypothesized that adult squawfish were selecting for sites with habitat heterogeneity over relatively homogeneous, single-channel habitats. To test this, we used data from our 1986-1989 studies and mapped the locations of radio-tagged squawfish in the Grand Valley to determine if complex or simple channel types were selected in greater proportion than their relative availability. Using aerial photos taken on 30 April 1986 and aerial video filmed on 2 August 1989, we estimated the amount (percent) of river consisting of simple and complex channel types during the higher flow conditions of spring and base flows of summer and winter (we assumed winter channel conditions were similar to summer conditions). We partitioned the river into 0.4-mile segments, beginning at the Loma boat launch (RM 153.6) and proceeding upstream to the Price Stubb Dam (RM 188.3). Each of the 89 segments was categorized as either complex, if one or more islands, large backwaters, or side channels were present, or simple if the segment consisted of a single channel with no obvious secondary, macrohabitat features. Locations of radio-tagged fish either fell within a complex or simple 0.4-mile segment.

6

BLM_0060728

Results of our analysis indicated that the river consisted of approximately equal proportions of complex and simple channel segments, though during spring there was a slightly higher proportion (53.9%) of complex channel segments and during summer and winter there was a slightly higher proportion (55.1%) of simple channel segments (Table 1). Using a binomial chi-square test (Huntsberger et al. 1975), we found that adult Colorado squawfish were located in the complex channel areas significantly ($P < .001$) more often than would be predicted from the relative availability of those habitats. Of 174 fish locations (21 different squawfish) during the spring period, 84.5% were in complex-channel segments; of 169 summer locations (17 squawfish), 71.0% were in complex segments; of 85 winter locations (eight squawfish), 62.4% were in complex areas (Figure 1). We presume that selection for such sites during spring was due to the use of warmer, sheltered environments (backwaters, flooded gravel pits and side channels) that serve as refuge from the high-velocity flows of the main channel. During summer, braided areas provide a greater diversity of habitats for squawfish to exploit; the downstream end of islands provide slack water areas for resting while allowing close proximity to swifter areas for foraging. This may also be important in winter, though possibly less so due to the fishes lower activity level at the lower temperatures.

A reduction of peak flow allows vegetation to establish itself on areas previously inundated by floods. This vegetation can stabilize the banks and bars, thereby cutting off much of the course sediment which feeds growth of bars and islands. Stabilized islands can become attached to the floodplain resulting in reduction of braiding and simplification of the channel (Schumm and Meyer 1979).

7

BLM_0060729

Table 1. Comparison between two channel types in frequency of use by Colorado squawfish (CS). Sites are 0.4-mile river segments where radio-tagged adult squawfish were located during 1986-1989 (n = number of different Colorado squawfish for which locations were made; SD = standard deviation).

|  | Spring (n = 21) | | Summer (n = 17) | | Winter (n = 8) | |
|---|---|---|---|---|---|---|
|  | Simple | Complex | Simple | Complex | Simple | Complex |
| No. sites | 41 | 48 | 49 | 40 | 49 | 40 |
| % total sites | 46.1 | 53.9 | 55.1 | 44.9 | 55.1 | 44.9 |
| No. CS locations | 27 | 147 | 49 | 120 | 32 | 53 |
| % CS locations | 15.5 | 84.5 | 29.0 | 71.0 | 37.6 | 62.4 |
| No. sites used | 11 | 21 | 16 | 22 | 8 | 3 |
| % sites used | 34.4 | 65.6 | 42.1 | 57.9 | 72.7 | 27.3 |
| Mean No. locations per used site | 2.45 | 7.00 | 3.06 | 5.45 | 4.00 | 17.67 |
| (SD) | (1.69) | (13.45) | (2.62) | (6.60) | (3.25) | (20.31) |
| Mean No. diff fish located per site | 1.27 | 2.90 | 1.75 | 2.32 | 1.00 | 1.67 |
| (SD) | (0.47) | (3.27) | (1.24) | (1.46) | (0.00) | (1.15) |



Figure 1.  Frequency of use of simple and complex channel types by adult Colorado squawfish. Data from Table 1.

BLM_0060730

Thus we view high spring flows as important in shaping and maintaining the river bed, resulting in a complex of braided channels important to adult squawfish; with descending flow, some of these side channels are cut off at their upstream end and backwaters are formed at the mouth, resulting in important potential nursery habitat for young squawfish. In addition, backwaters may provide refugia for young squawfish so they are not entrained in main channel currents and transported long distances downstream.

When storage projects are located in the headwaters above major sources of sediment, such as in the upper Colorado River, they have little effect on reducing sediment recruitment to downstream segments. Coupled with a reduced flow regime, sediment input rates are likely to exceed transport rates and sediment depositional problems (aggradation) are likely to occur with time (Reiser et al. 1989). Vegetation encroaches on stream channels during periods of low flow, thereby stabilizing areas of deposition (Maddock 1978). When such situations persist over a period of years, riparian encroachment into the active channel can occur, resulting in a change in channel size and shape. Flushing flows for channel maintenance are needed when vegetation encroachment begins to affect flow transport capacity and channel shape thus predisposing the reach to further encroachment and sedimentation (Reiser et al. 1989).

Peak flows in the 15-mile reach in 1988 and 1989 were only 10,796 and 6,641 cfs, respectively. During these years, many pools and mouths of backwaters in the Grand Valley silted in and tamarisk and willow seedlings became established on new sand/silt bars. During 1990, maximum daily peak flow was estimated at 9,469 cfs in the 15-mile reach and was insufficient

9

BLM_0060731

to dislodge tamarisk seedlings that had become established during the
previous two low-water years or flush large backwaters of accumulated
sediments (Osmundson, personal observation). Establishment of tamarisk is
viewed as a threat to habitat complexity because of its stabilizing effect
on banks, which in turn leads to further channelization of the bed and
narrowing of the stream channel (Graf 1978, Valdez 1990, U.S. Fish and
Wildlife Service 1990). Flushing flows of some magnitude higher than
11,000 cfs, or perhaps of a longer duration, are evidently needed. At
present, we do not know the precise magnitude or duration of flushing
flows necessary that will prevent channelization and promote habitat
heterogeneity. Such studies are needed. However, it is clear that in the
upper Colorado River where sediment loads are high, flushing flows of
adequate magnitude and duration are needed to occur at a greater frequency
than that observed during recent years.

Spring Flow Effects on Young Fishes

Background

High spring flows also appear to be important in enhancing reproductive
success and/or survival of young of some native species, including Colora-
do squawfish. Haynes et al. (1984) sampled larval Colorado squawfish in
the upper Colorado River (Loma to the Colorado/Utah State line) during
1979-1981 and in the Yampa River during 1980-1981. In the Colorado River,
catch rates of larval Colorado squawfish were highest in 1979 and 1980,
years in which State-line peak flows were approximately 35,000 and 30,000
cfs, respectively. In both rivers, catch rates were lowest in 1981, a year
of low spring flows. In the Colorado River, only one larvae was collected
in 1981 despite the highest sampling effort of the three years. Discharge
on the highest flow day of 1981 averaged 11,200 cfs at the Colorado/Utah

10

BLM_0060732

State line (hereafter referred to as 'State line') gage (Appendix Table I). As discussed below, recent studies have corroborated these earlier observations.

High spring flows also appear to be the only means available to reduce the numbers of some prolific non-native fish species. Several species of introduced minnows predominate in backwater nursery habitats of Colorado squawfish. In addition, predatory centrarchids, though not abundant, are commonly found in backwater habitat in the Grand Valley area (Valdez et al. 1982, Valdez and Wick 1983, Osmundson and Kaeding 1989, Nesler 1990). Many researchers have speculated on the negative effects these introduced species may have on native fishes, particularly competition for food resources and predation (Holden 1973, McAda 1977, Seethaler 1978, Valdez et al. 1982, Wick et al. 1982, Valdez and Wick 1983, McAda and Tyus 1984, Osmundson 1987, Osmundson and Kaeding 1989, Tyus and Karp 1989, Valdez 1990, Karp and Tyus 1990). In laboratory studies, Karp and Tyus (1990) found that green sunfish (*Lepomis cyanellus*), red shiner (*Notropis lutrensis*) and fathead minnow (*Pimephales promelas*) displayed far more interspecific aggressive behavior than young Colorado squawfish, and suggested that squawfish young would be competitively inferior in a resource-limited environment. Current studies conducted by the Colorado State Larval Fishes Laboratory (CSLFL) have revealed the high susceptibility of Colorado squawfish and razorback sucker larvae to predation by red shiner, young green sunfish, and young channel catfish (*Ictaluras punctatus*) under aquaria conditions (Robert Muth, personal communication); predation by other common, non-native species has yet to be tested by CSLFL. Osmundson (1987) documented predation by largemouth bass, green sunfish and black

11

BLM_0060733

bullhead on yearling-size squawfish in riverside ponds. Coon (1965) found young Colorado squawfish in the stomachs of channel catfish collected from the Dolores River and Taba et al. (1965) found young squawfish in the stomachs of black bullhead from the Colorado River near Moab. Marsh and Langhorst (1988) reported that 40% of green sunfish sampled from a backwater in Lake Mohave contained razorback sucker larvae in their stomachs. Mosquitofish (*Gambusia affinis*) typically extirpate native topminnows (*Poeciliopsis occidentalis*) in southwestern streams via predation within 1-3 years after introduction (Meffe 1984); however, their effect on upper Colorado River species is unknown.

Elimination of these predacious species from the river is currently not possible (Valdez 1990). However, data suggests that periodic, high river flows can control numbers of some non-native fishes. Minckley and Meffe (1984) reported that several introduced fishes, particularly predatory sunfishes and catfishes, were reduced in number or eliminated completely by flooding in six unregulated Arizona streams of various size, while native fishes were little affected. Meffe (1984) reported that replacement of native topminnows by introduced mosquitofish is most rapid in areas that rarely flood, while long-term coexistence may occur in frequently flooded habitats.

Without high flows, some introduced species proliferate. Osmundson and Kaeding (1989) noted changes in fish community structure in the Grand Valley (Loma to Palisade) in a three-year study (1986-88) during which spring peak and summer flows progressively declined. There was a marked increase in the three most abundant non-native minnow species, red shiner, fathead minnow and sand shiner (*Notropis stramineus*), a concurrent de-

12

BLM_0060734

crease in young of two common native fishes, bluehead sucker (*Catostomus discobolus*) and speckled dace (*Rhinichthys osculus*), and a decrease in young Colorado squawfish. During 1989, another year of low flows in the Colorado River, abundance of the three common introduced minnows further increased (Fig. 2.) Valdez (1990) noted a similar relationship between flows and abundance of red shiners, fathead minnows and sand shiners in lower reaches of the upper Colorado River (Potash to lower Cataract Canyon) during 1985-1988.

McAda and Kaeding (1989) examined the relationship between peak flows and the relative abundance of post-larval fishes in the upper Colorado River (Green River confluence to Grand Junction). They regressed peak discharge against mean numbers of fish per area seined. Their results indicated differing responses to peak flow among species, and between upper and lower river reaches within species. The overall pattern, however, supported earlier observations that the more common non-native fish species were in greatest abundance in summers following low spring flows and were in lowest densities during periods following high spring flows. Unfortunately, even following extremely high record flows, these non-natives were not eliminated. Nonetheless, the importance of high flows in reducing densities of these species was demonstrated. For Colorado squawfish, however, the trend was reversed: abundance of young-of-the year (YOY) squawfish in the lower reach increased with increased peak flows, although it was reduced following record-high discharges (Fig. 3). When the two record high-flow years were excluded from the analysis, catch rates of YOY were highly correlated with peak flow ($r = 0.98$; $P < .01$). Years of highest squawfish YOY abundance were 1985 and 1986 when peak flows at the State line gage were 38,200 and 32,800 cfs, respectively. McAda and Kaeding,

13

BLM_0060735



Figure 2. Relative catch-per-effort for three introduced minnow species in the 18-mile reach of the Colorado River near Grand Junction, Colorado, 1986-1989. Larval fishes include only specimens < 21 mm long; post-larval fishes are juveniles and adults.

BLM_0060736



Figure 3. Plot of geometric-mean catch-per-effort (C/E) versus maximum-annual discharge for post-larval Colorado squawfish collected during October, Colorado River, 1982-1988. Lines indicate ± 1 standard error. Figure from McAda and Kaeding (1989). Reach 1 includes Colorado river-miles 0-110 (confluence with the Green River to lower end of Westwater Canyon).

rounding to the nearest 10,000 cfs, therefore recommended a peak discharge of 30,000-40,000 cfs (measured at the State line) to maximize production of young Colorado squawfish.

New Information

We similarly analyzed data on larvae collected during July and August and post-larval fish collected during late September from three river reaches in the Grand Valley: the 15-mile reach, the lower 18-mile reach, and the Gunnison River downstream of the Redlands Diversion. Sampling methods were previously described in Osmundson and Kaeding (1989) and U.S. Fish and

15

Wildlife Service (1987a).  The term 'post-larval fishes', as used here, refers only to YOY of large-size species such as Colorado squawfish, and in addition, includes juveniles and adults of small-size species such as fathead minnows, mosquitofish, etc. Correlations were performed on annual peak flow (mean flow of the highest day) versus annual mean number of larvae per sample, and annual peak flow versus annual mean number of post-larval fish per 100 $m^2$ seined. Data for species that mature within the first year of life were first log-transformed because trends indicated that the increase in number of some species was more exponential than linear. We expect that the degree of increase from one year to the next in rapidly maturing species would be related to the number of adults that survived from the previous year. For late-maturing species, year-to-year variation in adult numbers is probably not great, and exponential-like increases in young were not noted. For these species, catch rates were first transformed to geometric means to improve normality of the data (see McAda and Kaeding 1989). The reaches were analyzed separately because each had a different flow regime. Our results indicate a relationship between abundance of larval and post-larval fishes and peak flow exists for certain species but not for others and the strength of these relationships varies among reaches.

<u>Larvae</u>.  Those native species that showed a consistent response to high flows in the three reaches were bluehead sucker and speckled dace; the introduced species were fathead minnow, sand shiner and red shiner (Table 2). Catch rates of larvae of the two native species increased with increased peak flow while those of the three introduced minnows decreased. Abundance of Colorado squawfish larvae increased with increased peak flow

16

BLM_0060738

Table 2. Pearson correlation coefficients (r) of larval (0-20 mm long) fish abundance (mean number per sample) and yearly peak flow for three Grand Valley river reaches. Data collected in 1986, 1987, 1988 and 1989. Means of log-transformed data were used for species maturing within their first year of life and geometric means for late-maturing species.

| | 15-Mile Reach | | 18-Mile Reach | | Lower Gunnison | |
|---|---|---|---|---|---|---|
| | r | P | r | P | r | P |
| **Native species** | | | | | | |
| Colorado squawfish[1] | 0.000 | (-) | 0.931 | (.069)* | 0.644 | (.356) |
| Roundtail chub[1] | 0.288 | (.712)ns | -0.806 | (.194) | 0.751 | (.249) |
| Bluehead sucker[1] | 0.970 | (.030)** | 0.884 | (.116) | 0.683 | (.317) |
| Speckled dace[e] | 0.962 | (.038)** | 0.773 | (.227) | 0.986 | (.014)** |
| Flannelmouth sucker[1] | -0.013 | (.987)ns | 0.165 | (.835)ns | -0.057 | (.943)ns |
| **Introduced Species** | | | | | | |
| White sucker[1] | -0.111 | (.889)ns | 0.861 | (.139) | 0.433 | (.567)ns |
| Common carp[1] | -0.804 | (.196) | -0.676 | (.324) | -0.564 | (.436) |
| Green sunfish[1] | -0.499 | (.501)ns | -0.678 | (.322) | -0.564 | (.436) |
| Mosquitofish[e] | -0.688 | (.312) | -0.831 | (.169) | -0.586 | (.414) |
| Fathead minnow[e] | -0.842 | (.158) | -0.924 | (.076)* | -0.962 | (.038)** |
| Sand shiner[e] | -0.790 | (.210) | -0.843 | (.157) | -0.936 | (.064)* |
| Red shiner[e] | -0.919 | (.081)* | -0.952 | (.048)** | -0.782 | (.218) |
| Black crappie[1] | 0.000 | (-) | 0.861 | (.139) | 0.000 | (-) |

ns  not significant (P > .5)
*   (P < .10)
**  (P < .05)
e   early-maturing
1   late-maturing

BLM_0060739

in the 18-mile reach (Fig. 4), though none were found in the 15-mile reach. Flannelmouth sucker (*C. latipinis*) had consistently low correlations. Correlations for roundtail chub (*Gila robusta*) were inconsistent: larval abundance decreased with increased peak flow in the 18-mile reach but increased in the lower Gunnison, while in the 15-mile reach there was no correlation. For some species, high correlations were not biologically meaningful because values of three of the four data points were zero, thereby falsely producing a high $r$ value when only one or a few individuals were captured. This was the case for white sucker (*Catostomus commersoni*) and black crappie (*Pomoxis nigromaculatus*) in the 18-mile reach.

Because sample size (4 years) was low, few of the correlations were highly significant; $r$ values had to be 0.900 or greater to be significant at the 0.10 level, 0.950 at the 0.05 level, and 0.990 at the 0.01 level. Speckled dace, bluehead sucker, and red shiner in the 15-mile reach, speckled dace, fathead minnow, and sand shiner in the lower Gunnison, and red shiner, fathead minnow, and Colorado squawfish in the 18-mile reach were significant ($P < 0.10$). Larval fish samples were also collected during 1990, but identification of these fishes is not yet complete. Additional data will be collected in 1991. If the correlation coefficients are maintained as more years of data are collected, the number of significant relationships will increase; for instance, for six years of data, $r$ values of 0.729 or greater will be significant at the 0.10 level; $\geq .811$, at the .05 level. However, even with only four years of data, catch rates of larval Colorado squawfish were highly correlated ($r = .931$; $r^2 = .867$; $P = .069$) with annual peak flow (Fig. 5). Thus we conclude with 93% confidence that 87% of the annual variation in abundance of larval Colorado squawfish in the 18-mile reach can be explained by variation in annual peak discharge.

18

BLM_0060740



Figure 4. Peak flows (mean flow on highest flow day of the year) and catch rates of Colorado squawfish larvae and young-of-the-year (YOY) in the 18-mile reach (Gunnison confluence to Loma) of the upper Colorado River, 1986-1989.  Peak flows in the 15-mile reach and at the USGS gage near the Colorado-Utah State line are provided for comparison. Geo-mean = geometric mean (catch data transformed using $\log_e((\text{number}/100 \text{ m}^2)+1)$.

19

BLM_0060741





Figure 5.  Correlations of peak flow and catch rates of larval and young-of-the-year Colorado squawfish in the 18-mile reach (Gunnison confluence to Loma) of the upper Colorado River, 1986-1989. Data from Fig. 4.

BLM_0060742

Post-larval fishes.  Similar trends were evident in fish densities in backwaters during fall. Again, densities of native species were generally positively correlated with peak flows, while introduced species were negatively correlated (Table 3). In general, $r$ values were lower than for the larvae data. This is perhaps not surprising because by the time fall sampling occurs other mortality factors have had time to operate and fish abundance by then is less influenced by reproductive success alone. However, the correlation for Colorado squawfish young-of-the-year (YOY) in the 18-mile reach was very similar to that for larvae; abundance was highly correlated with peak discharge ($r = 0.974$; $r^2 = .925$; $P = .026$; indicating that production of young and/or survival of young until fall was higher during years of increased peak flow (Fig. 5). We can thus conclude with 97.4% confidence that 92.5% of the annual variation in Colorado squawfish YOY densities in the 18-mile reach during fall can be explained by variation in annual peak flow.

Discussion.  Of the four years in which larvae were collected, 1986 was the year of highest catch rates of larval Colorado squawfish and bluehead sucker, and of lowest catch rates of larval red shiner, sand shiner, and fathead minnow. Colorado squawfish YOY abundance was also highest during 1986. Peak flows during this year were 32,800 cfs at the State line gage, an estimated 30,928 cfs in the 18-mile reach, and 22,742 cfs at the top of the 15-mile reach.

Why high spring flows are correlated with reproductive success of various species is not well understood. McAda and Kaeding (1989) cautioned that these correlations do not necessarily establish cause and effect relation-

BLM_0060743

Table 3. Correlation coefficients (r) of fish densities (no. fish per 100 m$^2$) in backwaters during fall and yearly peak flow for two Grand Valley river reaches. Data collected in 1986, 1987, 1988 and 1989. Means of log-transformed data were used for species maturing within their first year of life and geometric means for late-maturing species.

| Species | 15-Mile Reach | | 18-Mile Reach | |
|---|---|---|---|---|
| | r | P | r | P |
| **Native Species** | | | | |
| Colorado Squawfish[1] | 0.000 | (-) | 0.974 | (.026)** |
| Roundtail chub[1] | 0.886 | (.114) | 0.664 | (.336) |
| Bluehead sucker[1] | 0.920 | (.080)* | 0.876 | (.124) |
| Speckled dace[e] | 0.821 | (.179) | 0.930 | (.070)* |
| Flannelmouth sucker[1] | 0.663 | (.367) | 0.749 | (.251) |
| **Introduced Species** | | | | |
| White sucker[1] | -0.557 | (.443)ns | -0.762 | (.238) |
| Common Carp[1] | -0.618 | (.382) | 0.043 | (.957)ns |
| Green sunfish[1] | -0.346 | (.654)ns | 0.237 | (.763)ns |
| Mosquitofish[e] | -0.828 | (.172) | -0.871 | (.129) |
| Fathead minnow[e] | -0.226 | (.774)ns | -0.878 | (.122) |
| Sand shiner[e] | -0.585 | (.415) | -0.822 | (.178) |
| Red shiner[e] | -0.434 | (.566)ns | -0.938 | (.062)* |
| Plains kilifish[e] | -0.606 | (.394) | -0.676 | (.324) |
| Brassy minnow[1] | 0.908 | (.092)* | 0.000 | (-) |
| Channel catfish[1] | 0.000 | (-) | -0.584 | (.416) |
| Black bullhead[1] | -0.687 | (.313) | 0.861 | (.139) |
| Largemouth bass[1] | -0.068 | (.937)ns | 0.178 | (.822)ns |
| Bluegill[1] | 0.000 | (-) | -0.335 | (.665)ns |

ns   not significant ($P > .5$)          e   early-maturing
*    ($P < .10$)                          l   late maturing
**   ($P < .05$)

BLM_0060744

ships. Other important variables, such as magnitude of summer flows and temperature regimes are correlated with peak flows, and these in turn could have a direct effect on larval production of some species or possibly retainment of larvae within the study area (high summer flows might facilitate long-distance transport of young). Thus, peak flows may be more of an index to the type of water year rather than the controlling factor itself. One possible direct-effect scenario for Colorado squawfish is that some magnitude and duration of high flow may be necessary to prepare the spawning substrate (Haynes et al. 1984). Though spawning may occur every year, hatching success could vary depending on the degree to which the cobble substrate is flushed of sediments. Results of studies on other systems have demonstrated inverse relationships between accumulation of fine sediment in fish spawning and rearing habitats versus fish survival and abundance (Reiser et al. 1989). Studies are needed to determine the importance of this variable for Colorado squawfish in the upper Colorado River. Another possibility is that as numbers of non-natives increase in years of low flow, predation-related mortality on squawfish might increase (Valdez 1990).

One might expect that numbers of larval Colorado squawfish transported out of the reach via river currents would be higher in years of relatively high summer flows, thus resulting in fewer YOY squawfish found in the Grand Valley during fall of such years. Though flow effect on percent larvae transported out of the reach is unknown, it is of interest to note that total numbers of larvae and YOY were highest in 1986 despite relatively high summer flows that year (mean flow during August 1986 in the 18-mile reach downstream of the mouth of the Redlands power return canal

23

was an estimated 4,217 cfs compared with mean flows in 1988 of 2,445 cfs in July and 1,634 cfs in August).

For introduced minnows, low flows are probably beneficial because these species may be more adapted to stable environments, such as those provided by unflooded backwaters. We concur with Valdez (1990), who suggested that high flows probably flush these fish from their otherwise protected micro- habitats and into the main channel, and that turbulent conditions and delayed warming of the river during years of high flow may interfere in some way with their ability to reproduce and recruit. Why correlations for a given species were not identical among reaches might be due to differ- ences in reach characteristics such as flow regime and channel morphology (gradient, substrate, degree of channelization, availability of refugia habitats, etc.). Difference in water temperatures between the 15-mile and 18-mile reaches was slight (Osmundson and Kaeding 1989), and probably would not account for differences in fish abundance.

Abundance of ictalurid larvae and YOY was not correlated with peak flow. No larvae of channel catfish or black bullhead were detected during the four-year study, though YOY black bullhead were collected in both the 15- mile and 18-mile reaches. Channel catfish YOY were collected only from the 18-mile reach. Because channel catfish adults are numerous in the Grand Valley (Valdez et al. 1982), the rarity of young in samples may reflect their preference for habitat types other than those that we sampled rather than an actual scarcity in the river. Or, larval drift and later recoloni- zation by adults from downstream reaches might explain discrepancies in age-structure of the local population of this species. In either case, our

BLM_0060746

sampling design may not have been suitable to test for flow effects on channel catfish reproduction.

Larval and post-larval mosquitofish were negatively correlated with peak flow in all reaches, though not significantly so. Their numbers were highest in 1989, the year of lowest flow. Correlations for catch rates in fall (juveniles and adults) were relatively high and might become significant with a greater sample size. Meffe (1984) documented the susceptibility of mosquitofish to mortality from flash-flooding in desert streams. Effects from flushing flows during spring runoff in the upper Colorado River may be less acute due to the gradual rather than sudden increase in flow, and perhaps due to a greater availability of off-channel, refugia habitats.

Numbers of young centrarchids were not correlated with peak flows. Correlations for both larval and YOY green sunfish and YOY largemouth bass, though negative, were generally not significant, regardless of the reach. This, coupled with the apparent rarity of adults in riverine habitats (Nesler 1990), indicates that reproduction occurs in protected off-channel habitats, removed from but connected to the main channel. No larvae of largemouth bass were ever detected in river backwaters during our four years of study. Green sunfish and largemouth bass inhabit ponds throughout the Grand Valley (Osmundson 1987), and green sunfish are abundant in irrigation return canals (USFWS unpublished data). Thus, chronic immigration of young to the river from these ponds and canals probably accounts for their continued presence in backwaters rather than from significant riverine reproduction (Osmundson 1987, Nesler 1990). The abundance of young would therefore not be strongly influenced by high spring flow

25

BLM_0060747

events. However, we speculate that even relatively low spring flows may be influential in preventing most juvenile centrarchids from surviving to adulthood in riverine habitats.

Schlosser (1985) studied flow regime effects on fish community structure in a second-order, warmwater stream in Illinois; his results were similar to ours: low flows there resulted in a large increase in the numbers of two minnow species, the striped shiner (*N. chrysocephalus*) and the blunt-nose minnow (*P. notatus*), species with prolonged breeding seasons. He concluded that stochastic events such as high flows strongly affect the assemblage structure of stream fishes, and the relative influence of flow regime varies among species and age groups within species. He concluded that differences among species in their ability to reproduce under high flow conditions are likely related to differences in their reproductive behavior and reproductive physiology and in the habitat requirements of larval and juvenile fish.

Muth and Nesler (in press) have recently analyzed larval data collected in the early 1980's from the Yampa River in an effort to determine if trends observed in the Colorado River would also apply to another river system containing a similar fish community. Their preliminary analyses are supportive of ours and those of McAda and Kaeding (1989) in that abundance of larvae of non-native minnow species was negatively correlated with magnitude of spring flows.

Despite our poor understanding of the mechanisms involved, data collected to date strongly support our current conclusion that in the upper Colorado River high spring flows are important in enhancing production of some native fishes including Colorado squawfish while evidently not affecting

BLM_0060748

others; at the same time, high flows may be the only available means by which to reduce production of several prolific and potentially detrimental introduced species.

## Reduction of Historic Peak Flows

During recent times, spring flows in the Colorado and Gunnison rivers have been significantly reduced as a result of upstream water development projects, primarily transmountain diversions and reservoir storage. Large changes in the upper Colorado River first began during the 1943-1953 period when various storage and diversion facilities related to the Colorado-Big Thompson Project were being put on line. Closure of the first dam, Green Mountain, was in fall 1942; closure of the last western slope dam associated with the project, Willow Creek, was in spring 1953 (Water and Power Reasources 1981). Though other projects built since this period have further impacted Colorado River flows, we felt this was a reasonable block of years to use for separating historic from recent periods for comparison purposes. When we compared yearly discharge records for the 36 years following this period with the 41 years prior to this period for which records exist, we found that the mean peak flow in the 15-mile reach is now only 56 percent of the pre-development mean (Table 4, Fig. 6 and Appendix Table I). Major changes have also occurred in the Gunnison River basin, which affects flows of the Colorado River downstream of the 15-mile reach. During the 24 years since completion of Blue Mesa and Morrow Point reservoirs in 1966, the mean yearly peak flow at the mouth of the Gunnison River has been reduced to 52 percent of that which occurred prior to completion of the first major water project in the Gunnison River head-waters (Taylor Reservoir in 1937).

27

Table 4. Summary of recent and historic mean monthly river discharge for the Colorado River at the top of the 15-mile reach and at the Colorado/Utah state line, and for the Gunnison River near Grand Junction (including Redlands power canal). Different years of record for historic and recent periods for the three reaches is due to different upstream, water development histories for the Colorado and Gunnison rivers and due to differences in dates of gage installation. Standard deviation in parentheses.

| Years | No. years | Mean | | | |
| | | High day | April | May | June |
| **15-mile reach** | | | | | |
| 1954-1989 | 36 | 16,524 (8,051) | 2,206 (1,575) | 7,571 (3,990) | 10,654 (5,978) |
| 1902-1942 | 41 | 29,554 (9,946) | 3,145 (1,359) | 13,091 (4,245) | 19,379 (7,823) |
| recent/historic | | 55.9 % | 70.1 % | 57.8 % | 55.0 % |
| **Gunnison** | | | | | |
| 1966-1989 | 24 | 8,778 (5,342) | 2,978 (1,792) | 5,351 (3,226) | 4,706 (3,559) |
| 1897-1936 | 28 | 17,021 (7,370) | 3,167 (1,491) | 9,651 (4,225) | 9,580 (4,544) |
| recent/historic | | 51.6 % | 94.0 % | 55.4 % | 49.1 % |
| **State line** | | | | | |
| 1966-1989 | 24 | 25,504 (14,895) | 6,128 (3,317) | 14,115 (8,014) | 17,061 (10,058) |
| 1908-1923 | 16 | 49,100 (17,468) | 7,219 (1,982) | 24,191 (7,522) | 33,384 (12,146) |
| recent/historic | | 51.9 % | 84.9 % | 58.4 % | 51.1 % |

28

BLM_0060750



Figure 6. Recent and historic spring flows in the upper Colorado River at the top of the 15-mile reach (15) and near the Colorado/Utah state line (STLN), and in the Gunnison River (GU) near Grand Junction (including Redlands power canal). The top three bar series are mean monthly flows for April, May, and June for each of the three reaches; the bottom series includes the mean peak flow for each reach. Recent and historic years of record are those listed in Table 4.

BLM_0060751

At the State line gage on the Colorado River, the mean peak flow is now 52 percent of its historic mean. The greatest loss of natural flows occurs during the months of May and June (Table 4). Fortunately, the frequency of years when the peak flow at the State line gage reaches the level at which maximum squawfish production has been recorded (30,000-40,000 cfs) has not changed significantly; as during historic times, peak flows within this 'window' still occur in about one of every four years. What has changed is the loss of the frequent high-volume years, which are important in keeping the abundance of some of the non-native species in check and in maintaining channel complexity. Prior to 1937, the annual peak flow at the State line (16 years of record) exceeded 30,000 cfs 81% of the time, and exceeded 40,000 cfs 56% of the time; in recent years (after 1965), peak flows exceeded 30,000 cfs 33% of the time, and exceeded 40,000 cfs only 8% percent of the time (Fig. 7). During the 16 years of historic record, peak flows at the State line were never less than 26,000 cfs (Fig. 8). During



Figure 7.  Recent and historic frequencies of peak flows (highest flow day of the year) of various magnitudes. Data from Appendix Table I.

BLM_0060752





Figure 8.  Time series of peak flows in the upper Colorado River at the top of the 15-mile reach and at the Colorado/Utah State line, 1897-1989. Data from USGS gage records (see Appendix Table I).

31

BLM_0060753

the past 24 years, peak flows have been less than this 58% of the time. During the low water years of 1988 and 1989, when the abundance of introduced minnows greatly increased, peak flows at the State line were 15,000 and 9,480 cfs, respectively. Peak flows of 15,000 cfs or less at the State line now occur at a rate of about 25%, or an average of once every four years (Fig. 8). We believe the now-common occurrence of these low-flow years has greatly aided the proliferation of these introduced fishes.

In determining optimal flows for the 15-mile reach we need to consider not only the habitat affected within the reach itself but also the contribution that flows there make to the Colorado River downstream. Though the Colorado River picks up substantial inflow from the Gunnison River, the majority of Colorado River flow downstream of the Grand Valley is comprised of upper Colorado and not Gunison River water (Fig. 9 and Appendix



Figure 9. Recent and historic mean monthly flows in the Colorado River at the top of the 15-mile reach and in the Gunnison River near Grand Junction, Colorado. Data from Table 5.

32

Table II), and the date of the yearly peak flow is thus determined by the date of the high flow in the 15-mile reach. Flows at the top of the 15-mile reach comprise an average of 37.2% in April, 54.9% in May, and 65.4% in June of flows at the USGS gage near the Colorado/Utah State line (Table 5). When the return flows from upstream irrigation removal are added back throughout the length of the Grand Valley, flows from the upper Colorado drainage are calculated to comprise 53.3%, 63.3%, and 74.3% of State line flows during April, May, and June, respectively. During historic times, before major upstream dams and transmountain diversions were in place, the relative contributions of the two rivers were not substantially different from their relative contributions today (Table 5 and Fig. 9). To provide peak flows of 30,000 to 40,000 cfs at the State line, the flow of the Colorado River near Cameo, including the contribution of Plateau Creek just downstream, needs to be approximately 21,000 to 26,000 cfs and approximately 19,500 to 25,000 cfs in the upper end of the 15-mile reach (Table 6). However, this assumes that the average input from the Gunnison River and the amount removed for and returned from local irrigation remain at current levels. To maintain the status quo, these flows will have to occur at a frequency averaging one in four years. To improve Colorado squawfish reproduction downstream, and ultimately increase the chances for species recovery, the frequency of peak flows of this magnitude will need to be increased.

Thus, we believe that high spring flows from the Colorado River drainage upstream from the mouth of the Gunnison River are necessary to create and maintain habitat for adult Colorado squawfish both within the 15-mile reach and in the important reaches of the Colorado River downstream. These high flows not only create the diversity of habitat seemingly required by

33

BLM_0060755

Table 5.  Percent flow contribution to the mainstem Colorado River from its two major tributaries, the Gunnison River and the upper Colorado River above Grand Junction, April-June, 1966-1989 and 1917-1923. 15M = upper end of 15-mile reach; GU = Gunnison River including power canal return; STL-GU: amount measured at state-line gage minus the amount contributed by the Gunnison River (assumes Redlands irrigation returns to be negligible), i.e., 15-mile reach plus all returns from Colorado River diversions.

|         | APR    |        |        | MAY    |        |        | JUN    |        |        |
|---------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
|         | 15M    | GU     | STL-GU | 15M    | GU     | STL-GU | 15M    | GU     | STL-GU |
| **1966-1989** |  |  |  |  |  |  |  |  |  |
| N (yr)  | 24     | 24     | 24     | 24     | 24     | 24     | 24     | 24     | 24     |
| Range   | 25-58  | 33-59  | 41-66  | 41-70  | 25-49  | 51-75  | 53-80  | 16-34  | 66-84  |
| Mean    | 37.2   | 46.8   | 53.3   | 54.9   | 36.7   | 63.3   | 65.4   | 25.7   | 74.3   |
| SD      | (7.8)  | (7.9)  | (7.9)  | (8.0)  | (7.1)  | (7.1)  | (6.8)  | (5.6)  | (5.6)  |
| **1917-1923** |  |  |  |  |  |  |  |  |  |
| N (yr)  | 7      | 7      | 7      | 7      | 7      | 7      | 7      | 7      | 7      |
| Range   | 40-58  | 42-49  | 51-58  | 49-65  | 39-47  | 53-63  | 59-82  | 30-39  | 61-70  |
| Mean    | 50.2   | 44.8   | 55.2   | 57.6   | 42.9   | 57.1   | 67.6   | 33.6   | 66.4   |
| SD      | (6.1)  | (2.3)  | (2.3)  | (5.9)  | (3.9)  | (3.9)  | (8.3)  | (3.1)  | (3.1)  |

Table 6.  Comparison of river discharge at the State-line gage with that at Cameo (plus Plateau Creek) and with that at the top of the 15-mile reach for the high day of the year. Records are for those years when the peak flow at the State-line gage was between 30,000 and 40,000 cfs. Discharge at Cameo prior to 1933 was calculated using data from an earlier gage at Palisade and adding diversions immediately upstream.

| Year | Stln   | Cameo  | 15-mile | Year | Stln   | Cameo  | 15-mile |
|------|--------|--------|---------|------|--------|--------|---------|
| 1986 | 32,800 | 24,380 | 22,880  | 1953 | 35,600 | 23,856 | 22,356  |
| 1985 | 38,200 | 26,354 | 24,300  | 1947 | 36,971 | 25,638 | 24,138  |
| 1980 | 30,200 | 21,240 | 19,740  | 1943 | 30,739 | 21,906 | 20,406  |
| 1979 | 35,400 | 22,140 | 19,450  | 1937 | 35,274 | 20,810 | 19,360  |
| 1973 | 33,500 | 25,400 | 23,900  | 1919 | 32,200 | 21,400 | 20,850  |
| 1970 | 32,300 | 24,090 | 22,640  | 1916 | 39,600 | 25,800 | 25,200  |
| 1965 | 35,800 | 22,880 | 21,380  | 1911 | 38,800 | 24,800 | 24,200  |
| 1962 | 39,200 | 25,540 | 24,090  | 1910 | 34,100 | 27,100 | 26,500  |

34

adult fish but also the backwater nursery areas critically important to the young. Perhaps most importantly, production of young is highest in summers following springs with peak flows that result in 30,000 to 40,000 cfs at the State line. There also appears to be a strong relationship between years of reduced peak flows and abundance of non-native minnows, including red shiner, a species believed by many researchers to have a negative effect on the rare native fish.

If recent changes to the natural hydrograph have had a negative impact on populations of Colorado squawfish in the Colorado River as we have concluded, similar changes would be expected to produce similar results in other river systems. Indeed, when we plotted recent and historic mean monthly discharge data for the San Juan River, where populations of Colorado squawfish have also seriously declined (Platania 1990), a similar alteration of the natural hydrograph was revealed (Fig. 10). As in the Colorado River, spring flows have been greatly reduced in the San Juan River; in addition, unlike the Colorado River, average base flows during the remainder of the year have increased. In the Green River, Colorado squawfish populations have not declined as appreciably as they have in the other two river systems; spring electrofishing data from the Interagency Standardized Monitoring Program indicates that catch rates of adult Colorado squawfish in the Green River are about five times as high on average as they are in the Colorado River (U.S. Fish and Wildlife Service 1987b, 1988, 1989, 1990). Plotting recent and historic mean monthly discharge reveals that reduction of spring flows in the Green River has not been nearly as significant as in the other two rivers (Fig. 10). Change in mean peak flow is also much less in the Green River than in the other two

BLM_0060757



Figure 10.  Mean monthly discharge at USGS gaging stations on three upper Colorado River basin rivers. Recent and historic hydrographs are from years during pre- and post-development periods for which records are available. San Juan River periods are pre- and post-Navaho Dam; Green River periods are pre- and post-Flaming Gorge dam.

BLM_0060758



Figure 11.   Change in mean peak flow (highest flow day of the year) for three upper Colorado River basin rivers. Historic and recent periods for each river are given in Figure 10. Percentages describe proportion of historic mean peak flow that recent mean peak flow provides.

rivers (Fig. 11). Although other factors are no doubt associated with the decline of these species, we hypothesize that differences in the present status of endangered fish populations among rivers is in part related to the degree of alteration of the natural hydrograph.

### Razorback Sucker

The razorback sucker, the other rare fish that inhabits the Grand Valley, has repeatedly exhibited spawning behavior within the 15-mile reach (George Kidd personal communication, Valdez et al. 1982, Osmundson and Kaeding 1989). The status of this species is very precarious. Though

37

adults probably spawn, no young have been reported in the upper Colorado River in the past 27 years and captures of adults in the Grand Valley have decreased dramatically in the last 17 years (Fig. 12 and Appendix Table IV). Our evaluation of existing information leads us to believe that the decline of this fish is linked to the reduction in spring flows.

Razorback suckers spawn in spring. It is not known whether gonadal maturation and degree of ripeness is primarily controlled by photoperiod or water temperature. Bulkley and Pimentel (1983) found that the preferred temperature of adults is between 22.9 and 24.8 C. Hamman (1985) suggested that egg incubation temperature was a critical factor in the reproductive cycle of the razorback sucker; his work and that of Inslee (1982) indicated that optimum temperatures for reproduction were 20-22 C. Marsh (1985)



Figure 12.  Razorback sucker captures from the Colorado River between Loma and Palisade, Colorado (RM 152.8-185.1), 1974-1990. Effort among years was not constant. Individuals captured upstream or downstream of the Grand Valley are not included. Missing years are due to either no effort expended (1977-1978), or no fish caught despite minimal effort (1983 and 1989) or extensive effort (1984 and 1990). Data from Appendix Table IV.

BLM_0060760

experimentally controlled temperature to determine effects on percent hatch
of razorback sucker eggs; of six temperatures studied, 20 C resulted in
highest hatch success, followed by 25 C. There was a significantly lower
hatching success at 15 C, and complete mortality of eggs at 5, 10, and 30
C. Results for Colorado squawfish were almost identical. One major differ-
ence between the two species, however, is that upper basin Colorado squaw-
fish spawn in the summer and razorback suckers spawn in the spring.

Though Kidd (1977) did not note whether the razorbacks he captured were
ripe, subsequent researchers did; of 157 captured during studies by McAda
and Wydoski (1980), Valdez et al. (1982), USFWS (unpublished data), and
Osmundson and Kaeding (1989), 42 were in spawning condition (38 from
flooded gravel pits, one from a backwater, and two from a main channel
shoreline). Of the 42 running ripe fish, 40 (95%) were caught between 24
May and 17 June (Fig. 13); the two remaining ripe razorbacks were males
and were captured between 3 and 10 April in the Walker Wildlife Area.
Colorado squawfish spawn when main-channel temperatures reach 19-22 C
after spring flows have decreased; when this occurs varies greatly among
years (late June to early September) depending on river and weather condi-
tions. However, razorback suckers always come into spawning condition in
spring even though main-channel temperatures are far from the optimum
required for maximum egg hatching success. The explanation that we offer
for this is that the razorback sucker has evolved a reproductive strategy
that differs from that of the Colorado squawfish. Both are warmwater
species and spawning is thus timed such that resulting young are hatched
under conditions that favor rapid growth. However, whereas Colorado squaw-
fish wait for main-channel temperatures to rise to the optimum level
before spawning occurs, razorback suckers seek out off-channel habitats

BLM_0060761

containing optimum temperatures earlier in the season. Spawning migrations and gonadal maturation of razorback suckers may largely be initiated by photoperiod, with warm temperatures hastening final gonad maturation. In the Grand Valley, sexual ripeness of razorbacks coincides with the period of peak runoff (Fig. 13). Only during high flow conditions can razorbacks of the upper basin find their optimum spawning temperatures in spring, but they must leave the main channel to do so. The main channel during peak flow averages 13.0 C (USGS gage data at Cameo; Appendix Table V). Razorback suckers can find water warmed to 20 C in off-channel habitats when high spring flows flood low-lying areas adjacent to the river. These still-water sites are warmed by direct sunlight and ambient air temperatures and are generally much warmer than the main channel. Water tempera-



Figure 13.   Frequency of Colorado River peak flow dates during 1907-1989 (N = 83 years) and capture dates during 1975-1988 of razorback suckers (N = 42 fish) in spawning condition (expressible sex products present) in the Grand Valley, Colorado. Two ripe razorback suckers captured in early April 1975 are not represented.  Data from McAda and Wydoski (1980), Valdez et al. (1982), USFWS (unpublished), and Osmundson and Kaeding (1989).

BLM_0060762

ture of the flooded gravel pit in the 15-mile reach from which two running ripe razorbacks were captured in 1986 was 22.5 C, while the main channel temperature was 13-13.5 C.

We believe the razorback sucker evolved to exploit the ephemeral but predictable flooded bottomland habitat type as part of its reproductive strategy. Today, the magnitude of spring flows has been reduced to little more than half of that which occurred historically resulting in much loss of lowland flooding. Those areas in the Grand Valley that might still routinely flood, and thus provide potential spawning habitat for razorback suckers, have been diked by land owners. Razorback suckers must now spawn in suboptimum habitats such as gravel-pit ponds, where carp (*Cyprinus carpio*) and introduced predators are abundant, or in the main channel where temperatures are low and the opportunity for hybridization with flannelmouth suckers is increased.

As mentioned above, the frequency of years in which peak flows of 30,000-40,000 cfs are attained at the State line (or 19,500-25,000 cfs in the 15-mile reach) has not changed significantly from historic times, but the frequency of years with peak flows higher than this has been greatly reduced (Fig. 7 and 8). Spawning requirements of razorback sucker that are uniquely tied to very high flows in spring would greatly help to explain why the population of razorback sucker has collapsed while a small population of Colorado squawfish has managed to persist. Historically, peak flows greater than 40,000 cfs at the State line occurred in 56% of the years; in recent times, they have occurred in only 8% of the years.

To recover razorback sucker in the upper Colorado River, the process of river channelization must be reversed so that suitable spawning habitat is

BLM_0060763

once again available to the population. This will require a combination of higher spring flows and management of the Grand Valley floodplain. The leasing or purchase of key riverfront areas in the Grand Valley where dikes could be removed and the adjacent low-lying lands allowed to flood should be explored. Natural draining of such areas after runoff would prevent the establishment of resident populations of predacious fish.

### Recommendations

Analyses of data collected in the Grand Valley (Osmundson and Kaeding 1989, and new data presented here) and in downstream reaches of the Colorado River (McAda and Kaeding 1989) have revealed a strong relationship between flows and the annual abundance of Colorado squawfish young. The high-flow years of 1983 and 1984 resulted in low catch rates of young Colorado squawfish, as did the low-water years of 1988 and 1989. Peak flows during 1983 and 1984 at the State line gage were 60,200 and 68,300 cfs, respectively; during 1988 and 1989, peak flows there were 15,000 and 9,480 cfs, respectively. Based on data currently available, we feel that flow conditions of 1985 should be viewed as optimal for maximum production of Colorado squawfish young, followed by those of 1986. It is not known whether flows somewhat higher than those provided during these years, but not as high as 1983 and 1984 levels, would result in even greater production of young. It is also possible that physical as well as biotic changes brought about by the high flows of 1983 and 1984 provided the necessary conditions that were conducive to the relatively high reproductive success realized in the succeeding two years. Flow conditions and production of young should never fall below 1987 levels (State line peak of 22,000 cfs); except during years of extreme drought, such flows should be viewed as the minimum acceptable.

BLM_0060764

In light of the above discussion, we recommend the following:

1) to maintain or increase the current 25% frequency rate of peak flows (high day of the year) within the 30,000-40,000 cfs range (at State line) for optimum production of Colorado squawfish young, and for reducing numbers of introduced fishes,

2) to increase the frequency of years with peak flows in excess of 40,000 cfs (at State line) from the current one in 12 years (8%) to one in four years (25%) to improve razorback sucker reproduction, maintain complex habitats for adult Colorado squawfish and backwaters for young, and flush otherwise protected habitats of undesirable, introduced fishes,

3) and the remaining 50% of the years should have peak flows in excess of 22,000 cfs (at State line) to provide minimally acceptable production of Colorado squawfish young, to keep tamarisk from becoming rooted in sand bars so as to prevent further channelization of the river, and to keep in check the yearly abundance of introduced fishes.

Peak flows of sufficient magnitude and frequency are needed in the 15-mile reach to provide benefits there as well as to help provide the target peak flows at the State line. To arrive at corresponding flows for the two reaches, average peak flows in the 15-mile reach were calculated from several years during which the target peak flows at the State line were similar (see Tables 7, 8 and 9). Recommended peak flows in the 15-mile reach are as follows:

1) 20,500 to 23,500 cfs in at least one of four years (25%),

2) peak flows in excess of 23,500 cfs in at least one of four years (25%).

3) and 14,800 to 20,500 cfs to occur at a frequency of no more than two of four years on average (50%),

43

BLM_0060765

Table 7.  Peak flows and mean monthly flows in the upper end of the 15-mile reach during years in which peak flows at the State line gage were about 40,000 cfs. Data from Appendix Tables I and II.

| | | | Mean monthly | | |
|---|---|---|---|---|---|
| Year | Stateline peak | 15-mile peak | April | May | June |
| 1985 | 38,200 | 24,854 | 5,456 | 15,563 | 16,214 |
| 1962 | 39,200 | 24,090 | 7,946 | 13,708 | 13,998 |
| 1958 | 44,200 | 25,420 | 2,063 | 13,766 | 12,617 |
| 1944 | 42,192 | 18,410 | 974 | 8,912 | 14,483 |
| 1916 | 39,600 | 25,200 | 4,294 | 13,160 | 20,570 |
| 1911 | 38,800 | 24,200 | 2,602 | 12,190 | 19,320 |
| Mean | 40,365 | 23,696 | 3,889 | 12,883 | 16,200 |
| SD | 2,329 | 2,643 | 2,552 | 2,235 | 3,145 |

Table 8.  Peak flows and mean monthly flows in the upper end of the 15-mile reach during years in which peak flows at the State line gage were about 30,000 cfs. Data from Appendix Tables I and II.

| | | | Mean monthly | | |
|---|---|---|---|---|---|
| Year | Stateline peak | 15-mile peak | April | May | June |
| 1986 | 32,800 | 22,880 | 6,234 | 12,468 | 16,660 |
| 1980 | 30,200 | 19,740 | 2,297 | 9,623 | 14,119 |
| 1970 | 32,300 | 22,640 | 1,599 | 13,274 | 13,004 |
| 1956 | 27,600 | 18,583 | 2,101 | 10,145 | 9,326 |
| 1951 | 28,800 | 21,040 | 1,469 | 7,680 | 13,174 |
| 1943 | 30,739 | 20,406 | 3,146 | 7,328 | 14,475 |
| 1919 | 32,200 | 19,360 | 4,350 | 12,850 | 9,083 |
| 1913 | 27,300 | 20,250 | 4,802 | 12,740 | 12,550 |
| Mean | 30,242 | 20,612 | 3,250 | 10,764 | 12,799 |
| SD | 2,157 | 1,515 | 1,718 | 2,404 | 2,552 |

BLM_0060766

Table 9.  Peak flows and mean monthly flows in the upper end of the 15-mile reach during years in which peak flows at the State line gage were about 22,000 cfs. Data from Appendix Tables I and II.

| Year | Stateline peak | 15-mile peak | Mean monthly | | |
|------|------|------|------|------|------|
| | | | April | May | June |
| 1987 | 22,000 | 12,950 | 3,039 | 7,847 | 6,668 |
| 1974 | 22,400 | 14,495 | 2,203 | 10,492 | 9,664 |
| 1971 | 20,900 | 17,007 | 4,113 | 7,535 | 13,846 |
| 1959 | 21,800 | 14,232 | 982 | 5,319 | 10,104 |
| 1950 | 22,187 | 15,566 | 2,629 | 5,913 | 12,187 |
| 1940 | 22,782 | 14,320 | 1,420 | 12,860 | 7,512 |
| Mean | 22,012 | 14,762 | 2,398 | 8,328 | 9,997 |
| SD | 641 | 1,259 | 1,132 | 2,862 | 2,720 |

Though we believe peak flows are important, they actually describe the flows of only one day during the year. Obviously, one day of high water would not be enough to maintain channels, flush introduced fish, prepare the spawning substrate, prevent establishment of tamarisk seedlings, or provide enough time for razorback suckers to spawn in flooded bottomlands. In addition to these peak flows, recommendations for monthly flows during April, May and June must be provided and would necessarily be something less than that of the high day. To arrive at these, we employed the method used above in arriving at peak flow recommendations, that is, to average the mean monthly flows for those years used in the peak-flow recommendations. To obtain peak flows at the State line in the 30,000-40,000 cfs range, we would expect mean monthly flows in the 15-mile reach of approximately 3,200-3,900 cfs in April, 10,800-12,900 cfs in May and 12,800-16,200 cfs in June (Tables 7 and 8). Years that have provided the minimally acceptable peak flows of about 22,000 cfs at the State line, or an average of 14,800 at the top of the 15-mile reach, have mean monthly flows

45

BLM_0060767

averaging about 2,400 cfs in April, 8,300 cfs in May, and 10,000 cfs in
June (Table 9). Years with mean monthly flows that have provided peak
flows of around 40,000 cfs at State line (about 23,500 at the top of the
15-mile reach), which we recommend as a minimum peak to occur at a rate of
one in four years, average about 3,900 cfs in April, 12,900 cfs in May,
and 16,200 cfs in June (Table 7). Thus our spring flow recommendations for
the top of the 15-mile reach are summarized in Table 10.

The advantage of recommending a flow 'window', or range of acceptable
flows, rather than one set number, is that it allows flexibility in meet-
ing that recommendation; only in a completely regulated river could one
expect a set flow to be met with any certainty. The danger of recommending
a flow window is that it is commonly interpreted to mean that any flow
within the window is equally beneficial. This, however, is not the case
here. Based on the relationship between peak flow and abundance of squaw-
fish young, a flow of 30,000 cfs at the State line is not as good as a
flow of 38,200 cfs. Thus, the window 'sill', or low end of the range,
should not be interpreted as the recommendation. We therefore recommend

Table 10.  Recommendations for spring flows (in cfs) in the 15-mile reach.

| Frequency (percent years) | Peak day | Mean monthly discharge | | |
|---|---|---|---|---|
| | | April | May | June |
| ≥ 25% | > 23,500 | > 3,900 | > 12,900 | > 16,200 |
| ≥ 25% | 20,500-23,500 | 3,200-3,900 | 10,800-12,900 | 12,800-16,200 |
| ≤ 50% | 14,800-20,500 | 2,400-3,200 | 8,300-10,800 | 10,000-12,800 |

BLM_0060768

that the mean monthly flows fall within the ranges listed above with the
desired frequency such that, over time, the mid-point between the low and
high end of each range is the targeted flow. Thus, during some years, mean
flows would be in the upper end of the range, in other years, the lower
end; the result would be a long-term average in the middle of each range.

Although a return of the spring hydrograph to its historic level would be
the safest recommendation to assure recovery, we do not believe it is
necessary. On the other hand, current spring flows are inadequate: the
squawfish population has apparently declined since historic times and the
razorback sucker population is practically extirpated. Obviously, main-
taining the status quo will not be enough. Based on existing data and our
current state of knowledge, we believe that meeting the above recommenda-
tions will be the minimum necessary to reverse the decline of these popu-
lations and bring about recovery.


### WINTER FLOWS (NOVEMBER-FEBRUARY)


#### General

Optimum winter flows for the Colorado squawfish and razorback sucker in
the 15-mile reach are difficult to estimate. As discussed above, high
flows during spring are critical in shaping the river channel, in deter-
mining substrate composition, and in influencing the abundance of various
species for the remainder of the year. Both spring and summer flows are
critical in influencing quality and quantity of spawning habitat for the
two species. Summer flows are important in providing good feeding and
resting habitat at a time when metabolic demands, activity, and growth are

47

BLM_0060769

at their yearly high. During winter, however, activity is much reduced due to water temperatures near zero. Colorado squawfish and razorback suckers are primarily in a maintenance mode during this time; though not entirely dormant, their movements are localized and probably involve minimal feeding activity and avoidance of moving ice (Wick and Hawkins 1989, Valdez and Masslich 1989).

## Review of Winter Habitat Use

During winter in the Grand Valley, adult Colorado squawfish primarily occupy pools and slow runs; large backwaters are also used but are few in number (Osmundson and Kaeding 1989). Habitats occupied at this time vary in depth, but are generally deeper than habitats occupied at other times of the year. Mean depth by month at the locations of radiotelemetered squawfish during 1986-1989 was 5.1 ft for November, 5.0 ft for December, 4.7 ft for January, and 3.8 ft for February. Data also indicated that squawfish were more likely to use shallow sites if there was ice cover. Most sites (> 50%) were of very low velocity (< 0.35 ft/sec); the mean-column velocity of some sites was relatively high (1.0-1.95 ft/sec), but we suspect that the fish may have been residing on the bottom where velocities would be much lower.

For razorback suckers, pools and eddies were primarily used throughout the winter, though we did note an increased use of runs during February. Sites used were generally deeper than those used by Colorado squawfish. Mean depth of sites where radiotelemetered razorback suckers were located was 6.4 ft during November, 7.2 ft during December, 6.4 ft during January, and 6.8 ft during February.

BLM_0060770

<u>Recommendations</u>

Availability of good winter habitat has probably not been a limiting factor for adult Colorado squawfish or razorback sucker in the upper Colorado River. We believe the decline of these populations is in part related to the reduction of spring flows, as discussed previously. Unlike spring flows, mean monthly flows during winter have actually increased since historic times (Table 11 and Fig. 14). We are not aware of negative effects on the endangered fishes that may have resulted from these increased flows. Though average velocities increase with higher flows, there is probably an adequate number of low-velocity pools, runs, and microhabitats available at present winter discharge levels. Whether the increase in flows has had a beneficial effect on winter habitats of the rare fish in the 15-mile reach is not known. One possible benefit of higher flows would be the increased availability of large backwaters for use by

Table 11. Summary of recent and historic discharge for the Colorado River at the top of the 15-mile reach during the months of November-March. Values are means of monthly means for period of record (data from Appendix Table VI).

| Years | No. years | NOV | DEC | JAN | FEB | MAR |
|---|---|---|---|---|---|---|
| Recent 1954-1989 (SD) | 36 | 2,161 (492) | 1,889 (420) | 1,765 (368) | 1,781 (409) | 2,006 (541) |
| Historic 1902-1942 (SD) | 41 | 1,789 (317) | 1,414 (248) | 1,322 (195) | 1,346 (194) | 1,786 (459) |
| Recent/historic | | 121% | 134% | 134% | 132% | 112% |

49

BLM_0060771



Figure 14.  Mean monthly discharge of the Colorado River at the top of the 15-mile reach during recent (1954-1989) and historic (1902-1942) times. Values are from Tables 4, 11 and 12.

adult squawfish. The amount of deep-water habitats suitable for razorback sucker use has also probably increased as a result of increased flows. How these increased flows may affect nursery habitat both within and down-stream of the reach has not been determined. We are currently using aeri-al/video imagery to quantify backwater habitats as a function of various flow regimes. Whether backwater habitats are important to YOY Colorado squawfish during the winter period has not yet been determined.

At present, we see no cause for concern with the current winter flow conditions in the 15-mile reach. We assume that historic conditions also provided adequate winter habitat for adult fish. We do not know the degree that winter flow levels could be reduced below current or historic levels without having a negative effect on winter habitats. To provide deep-water

BLM_0060772

habitats, particularly for razorback sucker, our tentative recommendation is for winter flows to not fall below historic levels, i.e., between about 1,000 and 2,000 cfs and averaging about 1,470 cfs. If operation of upstream storage facilities allowed, a seasonal redistribution of the surplus winter flows might be beneficial, i.e., store winter flows in excess of historic levels and later release this additional water during spring to help meet the spring flow recommendations.

Though mean flows during November were greater than 1,470 cfs both historically (1,789 cfs) and recently (2,161 cfs), we see no evidence in our Colorado squawfish or razorback sucker habitat-use data to indicate the need for higher flows during November than during the other winter months. Our current habitat studies in the Grand Valley will provide more definitive information on the flows that maximize optimum winter habitat types.

TRANSITION MONTH FLOWS (OCTOBER AND MARCH)

October

Mean monthly flows for October in the 15-mile reach have decreased since historic times: the average mean monthly flow now is approximately 61% of what it was during 1902-1942 (Table 12). Runs and pools comprised 85% of the habitat types used by radiotelemetered Colorado squawfish during October in the 15-mile reach during 1986-1988. October is apparently a transitional period for squawfish in their selection of habitat types. Adult squawfish were located in pools 13-18% of the time during the summer months of July, August and September, but 30% of the time in October; in winter they were located in pools 46-62% of the time depending on the month. Depth of sites was not substantially different from those used

51

BLM_0060773

Table 13. Summary of recent and historic river discharge for the Colorado River at the top of the 15-mile reach during the months of July-October. Values are means of monthly means for period of record (data from Appendix Tables 5 and 6; negative values in Appendix tables were converted to zeros before averages for time periods were calculated).

| Years | No. years | JUL | AUG | SEP | OCT |
|-------|-----------|-----|-----|-----|-----|
| Recent | | | | | |
| 1954-1989 | 36 | 4,341 | 1,311 | 762 | 924 |
| (SD) | | (4,132) | (1,323) | (713) | (759) |
| Historic | | | | | |
| 1902-1942 | 41 | 7,212 | 2,446 | 1,609 | 1,522 |
| (SD) | | (4,200) | (1,540) | (1,139) | (894) |
| Recent/Historic | | 60% | 54% | 47% | 61% |

during the summer months, but velocities were generally reduced. For razorback sucker, there appeared to be no major difference in habitat use between October and the preceding three summer months (Osmundson and Kaeding 1989). We suspect that present flow conditions, or those recommended for the summer months, are satisfactory for maintaining adequate adult habitat during October.

### March

Like October, March appears to be a transitional month for Colorado squawfish; use of pools is decreasing at this time and the use of runs is increasing. During March, water temperature is rising and fish activity levels are increasing from those during the winter period. Use of deep-water habitat is decreasing but, as in winter, sites with low velocity are preferred. Habitat use by razorback suckers is similar to that during winter, though during March, the use of backwaters begins. Deep-water

BLM_0060774

sites are still preferred and average 6.1 ft deep with low velocities (Osmundson and Kaeding 1989).

Flows in the 15-mile reach during March have increased since the early part of the century, much as winter flows have (Table 12). The mean flow in March is now 2,006 cfs. This amounts to an average increase of 220 cfs. For the reasons cited above for winter flows, this increase in March is not deemed detrimental to the native fishes. Based on the apparent need for deep-water habitats by razorback sucker, we recommend maintaining the current March flow regime. Future March flows might be reduced to historic levels or those levels of the historic winter months with little negative effect. However, flows as low as those previously recommended for the summer months (700-1200 cfs) would probably not provide an adequate amount of deep-water habitat. We hope the results of our current flow-vs-habitat studies will allow us to further refine this recommendation.

BLM_0060775

LITERATURE CITED

Bulkley, R. V., and R. Pimentel.  1983.  Temperature preference and avoidance by adult razorback suckers.  Transactions of the American Fisheries Society 112:601-607.

Coon, K. L. Sr.  1965.  Some biological observations on the channel catfish, *Ictalurus punctatus* (Rafinesque), in a polluted wetern river. Master's thesis.  Utah State University, Logan, Utah.

Graf, W. L.  1978.  Fluvial adjustments to the spread of tamarisk in the Colorado Plateau Region.  Geological Society of America Bulletin 89:1491-1501.

Hamman, R. L.  1981.  Spawning and culture of Colorado squawfish in raceways.  Progressive Fish Culturist 43:173-177.

Hamman, R. L.  1985.  Induced spawning of hatchery-reared razorback sucker.  The Progressive Fish Culturist 47:187-189.

Hann, D. R., and K. L. Rose.  1989.  Simulation of physical microhabitat versus streamflow for adult Colorado squawfish (*Ptychocheilus lucius*) in the 15-mile reach of the Colorado River.  Final Report. U.S. Fish and Wildlife Service, Upper Colorado River Instream Flow Team.  Grand Junction, Colorado.  32 pp.

Haynes, C. M., T. A. Lytle, E. J. Wick, and R. T. Muth.  1984.  Larval Colorado squawfish (*Ptychocheilus lucius* Girard) in the upper Colorado River basin, Colorado, 1979-1981.  The Southwestern Naturalist 29:21-33.

Holden, P. B.  1973.  Distribution, abundance and life history of the fishes of the upper Colorado River basin.  Doctoral dissertation. Utah State University, Logan, Utah.

Huntsberger, D. V., P. Billingsley, and D. J. Croft.  1975.  Statistical inference for management and economics.  Allyn and Bacon, Inc., Boston, Massachusetts.

Inslee, T. D.  1982.  Spawning and hatching of razorback sucker *Xyrauchen texanus*.  Proceedings of the Western Association of Fish and Wildlife Agencies, Las Vegas, Nevada, 20-22 July 1982.

Karp, C. A., and H. M. Tyus.  1990.  Behavioral interactions between young Colorado squawfish and six fish species.  Copeia 1:25-34.

Kaeding, L. R., and D. B. Osmundson.  1989.  Biologically defensible flow recommendations for the maintenance and enhancement of Colorado squawfish habitat in the '15-mile reach' of the upper Colorado River during July, August and September.  Final Report.  U.S. Fish and Wildlife Service, Colorado River Fishery Project.  Grand Junction, Colorado. 169 pp.

BLM_0060776

Kidd, G.  1977.  An investigation of endangered and threatened fish spe-
    cies in the upper Colorado River as related to Bureau of Reclamation
    projects.  Final Report.  Northwest Fisheries Research.  Clifton,
    Colorado.  35 pp.

Maddock, T. Jr.  1978.  River channel behavior.  Water Spectrum 10:37-45.

Marsh, P. C.  1985.  Effect of incubation temperature on survival of embry-
    os of native Colorado River fishes.  The Southwestern Naturalist
    30(1):129-140.

Marsh, P. C., and D. R. Langhorst.  1988.  Feeding and fate of wild larval
    razorback sucker.  Environmental Biology of Fishes 21:59-67.

McAda, C. W.  1977.  Aspects of the life history of three Catostomids
    native to the upper Colorado River basin.  Master's thesis.  Utah
    State University, Logan, Utah.

McAda, C. W., and L. R. Kaeding.  1989.  Relations between maximum-annual
    river discharge and the relative abundance of age-0 Colorado squawfish
    and other fishes in the upper Colorado River.  Final Report.  U.S.
    Fish and Wildlife Service, Colorado River Fishery Project.  Grand
    Junction, Colorado.  25 pp.

McAda, C. W., and H. Tyus.  1984.  Resource overlap of age-0 Colorado
    squawfish with other fish species in the Green River, Fall, 1980.
    Transactions of the Bonneville Chapter of the American Fisheries
    Society 1:44-54.

McAda, C. W., and R. S. Wydoski.  1980.  The razorback sucker, *Xyrauchen
    texanus*, in the upper Colorado River basin, 1974-76.  U.S. Fish and
    Wildlife Service Technical Paper 99.

Meffe, G. K.  1984.  Effects of abiotic disturbance on coexistence of
    predator-prey fish species.  Ecology 65:1525-1534.

Minckley, W. L., and G. K. Meffe.  1987.  Differential selection by flood-
    ing in stream-fish communities of the arid American southwest.  Pages
    93-104 in W. J. Matthews and D. C. Heins, editors.  Community and
    evolutionary ecology of North American stream fishes.  University of
    Oklahoma Press, Norman and London.

Muth, R. T., and T. P. Nesler.  In press.  Annual differences in spawning
    period and age-0 abundance of selected fishes in the Yampa River,
    Colorado, 1980-1984.  Draft report.  U.S. Bureau of Reclamation coop-
    erative agreement, Larval Fish Laboratory, Colorado State University,
    Fort Collins, Colorado.

Nesler, T.  1990.  Endangered fishes investigations.  Federal Aid Project
    SE-3.  1988-1989 job progress report.  Colorado Division of Wildlife,
    Fort Collins, Colorado.

BLM_0060777

Orth, D. J.  1987.  Ecological considerations in the development and appli-
cation of instream flow-habitat models.  Regulated Rivers: Research
and Management 1:171-181.

Osmundson, D. B.  1987.  Growth and survival of Colorado squawfish
(*Ptychocheilus lucius*) stocked in riverside ponds, with reference to
largemouth bass (*Micropterus salmoides*) predation.  Master's thesis.
Utah State University, Logan, Utah.

Osmundson, D. B., and L. R. Kaeding.  1989.  Studies of Colorado squawfish
and razorback sucker use of the '15-mile reach' of the upper Colorado
River as part of conservation measures for the Green Mountain and
Ruedi Reservoir water sales.  Final Report.  U.S. Fish and Wildlife
Service, Colorado River Fishery Project.  Grand Junction, Colorado.  85
pp.

Platania, S. P.  1990.  Biological Summary of the 1987 to 1989 New Mexico-
Utah ichthyofaunal study of the San Juan River.  Final Report prepared
for U.S. Bureau of Reclamation, Salt Lake City, Utah.  143 pp.

Reiser, D. W., M. P. Ramey, and T. A. Wesche.  1989.  Flushing flows.
Pages 91-135 *in* J. A. Gore and G. E. Petts, editors. Alternatives in
regulated river management.  CRC Press, Inc., Bacon Raton, Florida.

Schlosser, I. J.  1985.  Flow regime, juvenile abundance, and the assem-
blage structure of stream fishes.  Ecology 66:1484-1490.

Schumm, S. A., and D. E. Meyer.  1979.  Morphology of alluvial rivers of
the Great Plains.  *In* Riparian and wetland habitats of the Great
Plains, proceedings of the 31st Annual Meeting of the Great Plains
Agricultural Council, (June 18-21, 1979).  Rocky Mountain Forest and
Range Experiment Station, Fort Collins. Colorado.

Seethaler, K. H.  1978.  Life history and ecology of the Colorado
squawfish (*Ptychocheilus lucius*) in the upper Colorado River basin.
Master's thesis, Utah State University, Logan, Utah.

Taba, S. S., J. R. Murphy, and H. H. Frost.  1965.  Notes on the fishes of
the Colorado River near Moab, Utah.  Utah Academy of Science, Arts,
and Letters, Proceedings 42:280-283.

Tyus, H. M., and C. W. McAda.  1984.  Migration, movements and habitat
preferences of Colorado squawfish, *Ptychocheilus lucius*, in the Green,
White and Yampa rivers, Colorado and Utah.  The Southwestern Natural-
ist 29:289-299.

Tyus, H. M., and C. A. Karp.  1989.  Habitat and streamflow needs of rare
and endangered fishes, Yampa River, Colorado.  U.S. Fish and Wildlife
Service, Biological Report 89(14).  27 pp.

U.S. Fish and Wildlife Service.  1987a.  Interagency standardized monitoring
program handbook. U.S. Fish and Wildlife Service, Grand Junction, CO.
41 pp.

BLM_0060778

U.S. Fish and Wildlife Service. 1987b. Results of the Interagency Standardized Monitoring Program, 1986. Final Report. Grand Junction, Colorado.

U.S. Fish and Wildlife Service. 1988. Results of the Interagency Standardized Monitoring Program, 1987. Final Report. Grand Junction, Colorado.

U.S. Fish and Wildlife Service. 1989. Results of the Interagency Standardized Monitoring Program, 1988. Final Report. Grand Junction, Colorado.

U.S. Fish and Wildlife Service. 1990. Results of the Interagency Standardized Monitoring Program, 1989. Final Report. Grand Junction, Colorado.

U.S. Fish and Wildlife Service. 1990b. Streamflow needs of rare and endangered fishes: Yampa River Interim flow recommendations. Final Report. Denver, Colorado. 13 pp.

Valdez, R. A. 1990. The endangered fishes of Cataract Canyon. Final Report prepared for U.S. Bureau of Reclamation, Salt Lake City, Utah. Contract No. 6-CS-40-03980, BIO/WEST Report No. 134-3. 94 pp.

Valdez, R. A., P. G. Mangan, R. P. Smith, and B. C. Nilson. 1982. Upper Colorado River investigation (Rifle, Colorado to Lake Powell, Utah). U. S. Fish and Wildlife Service and Bureau of Reclamation, Final Report Part 2, Colorado River Fishery Project, Salt Lake City, Utah.

Valdez, R. A., and E. J. Wick. 1983. Natural vs manmade backwaters as native fish habitat. Pages 519-536 in V. D. Adams and V. A. Lamarra, editors. Aquatic Resources Management of the Colorado River Ecosystem. Ann Arbor Science Publishers, Ann Arbor, Michigan.

Valdez, R. A., and W. J. Masslich. 1989. Winter habitat study of endangered fish - Green River. Final Report prepared for Bureau of Reclamation, Salt Lake City, Utah. BIO/WEST Report No. 136-2. 184 pp.

Water and Power Resources Service. 1981. Project Data. U.S. Department of the Interior, U.S. Government Printing Office, Denver, Colorado.

Wick, E. J., C. W. McAda, and R. V. Bulkley. 1982. Life history and prospects for recovery of the razorback sucker. Pages 120-126 in W. H. Miller, H. M. Tyus, and C. A. Carlson, editors. Fishes of the upper Colorado River system: present and future. Western Division, American Fisheries Society, Bethesda, Maryland.

Wick, E. J., and J. A. Hawkins. 1989. Colorado squawfish winter habitat study, Yampa River, Colorado, 1986-1988. Final Report. Larval Fish Laboratory, Fort Collins, Colorado. 96 pp.

BLM_0060779

APPENDIX I

RATIONALE FOR METHODOLOGIES

Concurrent with our earlier efforts in developing flow recommendations for the summer months, USFWS was also responsible for developing recommendations for flows in the Yampa River (Tyus and Karp 1989, U.S. Fish and Wildlife Service 1990b). Due to the differences in the two river systems and the status of the rare fish in each, a different approach was used for the Yampa River system. The Yampa River currently contains the most viable population of Colorado squawfish left in the basin, widely attributed to the fact that the Yampa River system has the least altered flow regime of any river in the basin historically occupied by Colorado squawfish. Thus, to insure the continued integrity of this important population, USFWS concluded that the appropriate river management plan is to maintain the current, largely undeveloped status of the Yampa River, and that "Major deviations from the current environmental baseline flows will likely eliminate any hope for recovery and maintenance of the rare fishes in the Yampa and Green River basins" (U.S. Fish and Wildlife Service 1990b). Flow regimes within the 15-mile reach of the upper Colorado River, on the other hand, have been highly modified by upstream dams and diversions and it is generally believed that populations of Colorado squawfish and razorback sucker have significantly declined there since historic times. We recognized that the 15-mile reach will continue to be a highly regulated portion of the Colorado River and that the endangered fish would be lost there without the implementation of active management efforts. Thus, unlike the Yampa River, the situation in the 15-mile reach requires habi-

BLM_0060780

tat enhancement rather than maintenance of the status quo. Our task therefore is to improve conditions for the fish in an altered river system.

In developing provisional recommendations for the summer months (Kaeding and Osmundson 1989), we explored various options to help us estimate the magnitudes of flows that would best benefit the fish in the 15-mile reach. We chose to develop our recommendations based on 1) current biological theory about factors limiting Colorado squawfish in the reach, 2) empirical data and observations, and 3) analytical models that relate flow to habitat. The Physical Habitat Simulation Methodology (PHABSIM), a technique often employed within the larger Instream Flow Incremental Methodology (IFIM) was the best model available to estimate a flow window that would optimize adult squawfish habitat during summer.

PHABSIM uses fish microhabitat data to develop suitability index (SI) curves which represent the relative use of various water depths, velocities and substrates for a given life stage of a species of fish (e.g., adult Colorado squawfish in this case). These habitat suitability curves are compared with depth, velocity and substrate data collected along transects across the river channel at a site or sites meant to be representative of the entire reach; this allows the determination of the relative amount of suitable depth, velocity and substrate types available under various flow scenarios (Hann and Rose 1989).

The PHABSIM model calculated that the maximum aggregate amount of pool, run and riffle habitat for adult Colorado squawfish during the summer months in the 15-mile reach occurred at flows of 900-1100 ft3/sec (cfs). We felt that an acceptable flow window would be one that provided at least

BLM_0060781

95% of the maximum amount of pool, run and riffle habitats; this was

estimated to be 700-1200 cfs. We were unable to use PHABSIM in estimating

optimal summer flows for razorback sucker, however, due to an insufficient

amount of habitat use data for that species.

Using PHABSIM was an attractive option because it was capable of utilizing

and basing its output on existing Colorado squawfish, habitat-use data

collected specifically from the 15-mile reach.  However, the method was

originally developed for use in high-gradient trout streams and has some

inherent shortcomings when applied to large turbid rivers like the Colora-

do.  These shortcomings have been outlined by Orth (1987) and discussed in

relation to the 15-mile reach by Kaeding and Osmundson (1989).  We feel it

necessary to review some of these limitations; they include:

1) In a turbid river, radiotelemetry (as opposed to direct observation,

e.g., using SCUBA) is the only practical method for identifying microhabi-

tats used by the fish. Measurements taken at the locations of radioteleme-

tered fish are used to develop the habitat suitability curves. Though

depth and substrate can be adequately measured at these sites, velocity at

the precise location of the fish is unknown. Instead, mean-column velocity

is used in developing the SI curves and it is suspected that the two

variables, nose and mean-column velocities, may often be significantly

different if fish normally reside near the bottom where velocities are

generally reduced.

2) Colorado squawfish probably require a variety of habitat types in close

proximity to one another so that they can minimize time and energy expend-

itures while traveling among feeding and resting sites.  Habitat measure-

ments at locations of radio-telemetered Colorado squawfish were only taken

60

if the fish was stationary for 10 or more minutes.  As a result, we may have inadvertently biased our data by over-representing resting sites; presumably, squawfish are moving when they feed and thus habitat information in feeding areas would be difficult to obtain. Resting areas would likely be of lower velocity than other important habitats nearby. Colorado squawfish apparently use a variety of habitats with a range of depths and velocities. PHABSIM implies that a homogeneous environment (i.e., of uniform depth and velocity) is ideal for the target organism, which is likely not the case.

3) Some important habitats, such as eddies, backwaters and flooded gravel pits could not be included in the analysis because the model software was not designed to simulate shoreline or off-channel habitats with zero or negative (moving in a general upstream direction, as in eddies) velocities. For instance, to maximize the amount of habitats with zero velocity, such as backwaters or gravel pits, the model output recommends a river with no flow.

4) If the 0.6-mile PHABSIM site from which the baseline depth, velocity and substrate data were collected was not representative of the 15-mile reach as a whole, the model outcome would be erroneous to some unknown degree.  An additional site might have provided better representation or perhaps validation of the first site. Also, those habitats used by Colorado squawfish that were not present in the representative site, such as rapids and backwaters, could not be modeled. In addition, it is difficult if not impossible for PHABSIM to work with complex sites (i.e., areas with multiple channels and islands), yet these complex areas were where squawfish were most often located during our summer radiotelemetry studies.

61

BLM_0060783

5) Squawfish use of deep-water sites would not be represented in the SI depth curve because radio receivers are limited in their ability to detect a transmitter in deep (>8-10 ft) water; thus, the depth curves may be slightly biased due to over-representation of the shallower sites.

6) PHABSIM defines fish habitat as depth, velocity, and substrate. Though these three variables are no doubt very important, habitat as a whole is much more complex; it includes other physical variables such as temperature, turbidity, and cover, as well as biotic factors such as the presence of competitors, predators and food organisms.

Thus, in using PHABSIM we had to assume that the transect site was representative and that preferred nose-velocities would be automatically provided if the recommended mean-column velocities were provided. We had to use the model to recommend flows that would maximize pool, run, and riffle habitat while neglecting the need for backwaters, eddies and rapids. The model output may have recommended a flow window that maximized resting habitat and neglected foraging habitat. Also, the flow and habitat needs of important food organisms of Colorado squawfish were not included in our analysis. Despite these limitations, we felt that PHABSIM was still the best method available to objectively provide a recommendation based on existing habitat use data. Although this model is sophisticated, we recognize that it is simplistic in comparison to the complexity of large river systems and how fish utilize the habitats they contain. However, an important caveat is that the recommendations we provided should be considered provisional, and subject to modification as new data become available and model output can be validated.

BLM_0060784

As we begin to develop flow recommendations for the other months of the year, we must first ask ourselves whether PHABSIM can again be used. Though we had reservations about using PHABSIM for developing flow recommendations for the summer months, we felt the model was largely representative of the depths, velocities, and substrates used by adult Colorado squawfish during the summer. In lieu of strong empirical relationships involving summer flow needs of the fish, we felt the model output provided a reasonable basis for a provisional recommendation for summer flows. However, after examination of the winter and spring habitat use data, we have concluded that our reservations in using PHABSIM in the development of flow recommendations for these months are too great. Instead, we decided that estimation of optimal flows for the winter and spring periods would more appropriately be derived using available, empirical relationships rather than model simulation.

BLM_0060785

Table I. Peak flows (mean flow of the highest day) in the top end of the
15-mile reach, in the Gunnison River near Grand Junction, and at the
Colorado/Utah State line.

| | 15-mile reach | | | Gunnison | | | State line | | |
|------|-------|-----|--------|-------|-----|--------|-------|-----|--------|
| Year | Month | Day | cfs    | Month | Day | cfs    | Month | Day | cfs    |
| 1989 | May   | 31  | 6,641  | Apr   | 22  | 3,590  | May   | 31  | 9,480  |
| 1988 | Jun   | 6   | 10,874 | May   | 19  | 3,460  | May   | 19  | 15,000 |
| 1987 | May   | 17  | 12,953 | May   | 2   | 9,070  | May   | 18  | 22,000 |
| 1986 | Jun   | 7   | 22,742 | May   | 5   | 9,780  | Jun   | 8   | 32,800 |
| 1985 | Jun   | 10  | 24,854 | May   | 5   | 15,050 | May   | 6   | 38,200 |
| 1984 | Jun   | 26  | 36,500 | Jun   | 8   | 23,140 | May   | 27  | 68,300 |
| 1983 | Jun   | 26  | 36,000 | Jun   | 27  | 20,140 | Jun   | 27  | 60,200 |
| 1982 | Jun   | 29  | 11,378 | May   | 5   | 7,910  | Jun   | 19  | 18,600 |
| 1981 | Jun   | 10  | 7,969  | May   | 4   | 3,660  | Jun   | 9   | 11,200 |
| 1980 | Jun   | 13  | 19,740 | May   | 24  | 13,050 | May   | 25  | 30,200 |
| 1979 | May   | 29  | 20,690 | May   | 28  | 13,150 | May   | 30  | 35,400 |
| 1978 | Jun   | 16  | 18,242 | May   | 17  | 7,460  | Jun   | 17  | 27,200 |
| 1977 | Jun   | 9   | 3,066  | May   | 11  | 1,020  | Jun   | 10  | 4,720  |
| 1976 | Jun   | 6   | 9,652  | May   | 18  | 5,070  | Jun   | 7   | 13,600 |
| 1975 | Jun   | 9   | 16,195 | May   | 21  | 8,780  | Jun   | 9   | 26,000 |
| 1974 | May   | 10  | 14,495 | May   | 11  | 7,210  | May   | 11  | 22,400 |
| 1973 | Jun   | 15  | 23,900 | May   | 21  | 11,850 | Jun   | 16  | 33,500 |
| 1972 | Jun   | 9   | 14,520 | Jun   | 9   | 3,400  | Jun   | 9   | 17,700 |
| 1971 | Jun   | 25  | 17,007 | Apr   | 15  | 6,230  | Jun   | 23  | 20,900 |
| 1970 | May   | 23  | 22,640 | Jun   | 28  | 11,040 | May   | 24  | 32,300 |
| 1969 | May   | 28  | 11,876 | Apr   | 25  | 9,430  | Jun   | 26  | 18,200 |
| 1968 | Jun   | 6   | 17,100 | Jun   | 4   | 7,390  | Jun   | 7   | 25,200 |
| 1967 | May   | 26  | 12,530 | May   | 27  | 4,470  | May   | 27  | 18,200 |
| 1966 | May   | 10  | 7,824  | May   | 8   | 5,310  | Jun   | 1   | 10,800 |
| 1965 | Jun   | 19  | 21,380 | May   | 23  | 15,250 | Jun   | 20  | 35,800 |
| 1964 | May   | 27  | 13,390 | May   | 10  | 4,680  | May   | 27  | 26,600 |
| 1963 | May   | 20  | 6,387  | May   | 27  | 12,950 | May   | 20  | 11,000 |
| 1962 | May   | 13  | 24,090 | May   | 13  | 16,450 | May   | 13  | 39,200 |
| 1961 | Jun   | 1   | 11,257 | May   | 29  | 7,340  | May   | 31  | 18,700 |
| 1960 | Jun   | 5   | 14,592 | May   | 14  | 8,940  | Jun   | 5   | 23,600 |
| 1959 | Jun   | 10  | 14,232 | Jun   | 16  | 6,420  | Jun   | 10  | 21,800 |
| 1958 | May   | 30  | 25,420 | May   | 24  | 19,750 | May   | 30  | 44,200 |
| 1957 | Jul   | 1   | 30,640 | Jun   | 7   | 27,340 | Jun   | 9   | 56,300 |
| 1956 | Jun   | 3   | 18,583 | Jun   | 4   | 8,270  | Jun   | 4   | 27,600 |
| 1955 | Jun   | 14  | 8,465  | May   | 9   | 7,740  | Jun   | 10  | 16,400 |
| 1954 | May   | 23  | 7,056  | May   | 23  | 3,170  | May   | 23  | 11,200 |
| 1953 | Jun   | 14  | 22,356 | Jun   | 14  | 13,140 | Jun   | 15  | 35,600 |
| 1952 | Jun   | 9   | 31,460 | May   | 6   | 22,250 | Jun   | 9   | 51,400 |
| 1951 | Jun   | 22  | 21,040 | May   | 29  | 9,740  | Jun   | 22  | 28,800 |
| 1950 | Jun   | 17  | 15,566 | Apr   | 24  | 7,890  | Jun   | 4   | 22,187 |
| 1949 | Jun   | 19  | 26,060 | Jun   | 20  | 18,440 | Jun   | 21  | 47,156 |
| 1948 | May   | 23  | 26,520 | May   | 22  | 20,950 | May   | 23  | 46,474 |
| 1947 | Jun   | 22  | 24,138 | Jun   | 22  | 13,440 | Jun   | 22  | 36,971 |
| 1946 | Jun   | 18  | 16,166 | Jun   | 8   | 8,88   | Jun   | 19  | 26,109 |
| 1945 | Jun   | 25  | 16,592 | May   | 12  | 14,750 | May   | 13  | 26,815 |

BLM_0060786

Table I continued.  Peak flows.

|      |     | 15-mile reach |        |     | Gunnison |        |     | State Line |        |
|------|-----|-----|--------|-----|-----|--------|-----|-----|--------|
| 1944 | Jun | 2   | 18,410 | May | 17  | 25,550 | May | 17  | 42,192 |
| 1943 | Jun | 3   | 20,406 | May | 5   | 12,850 | Jun | 4   | 30,739 |
| 1942 | Jun | 8   | 26,330 | May | 27  | 20,550 | May | 28  | 44,716 |
| 1941 | May | 15  | 27,030 | May | 14  | 26,150 | May | 15  | 51,810 |
| 1940 | Jun | 3   | 14,320 | May | 13  | 8,510  | May | 14  | 22,782 |
| 1939 | May | 23  | 18,189 | May | 6   | 7,780  | May | 24  | 24,405 |
| 1938 | Jun | 7   | 30,550 | May | 30  | 17,275 | Jun | 6   | 49,374 |
| 1937 | May | 18  | 19,360 | May | 17  | 15,075 | May | 17  | 35,274 |
| 1936 | Jun | 1   | 24,858 | May | 7   | 14,675 |     |     |        |
| 1935 | Jun | 16  | 34,130 | Jun | 16  | 15,775 |     |     |        |
| 1934 | May | 11  | 13,538 | May | 12  | 4,165  |     |     |        |
| 1933 | Jun | 2   | 36,500 | Jun |     | 17,775 |     |     |        |
| 1932 | May | 23  | 30,250 | May |     | 18,075 |     |     |        |
| 1931 | Jun | 8   | 14,600 | May |     | 3,735  |     |     |        |
| 1930 | Jun | 1   | 26,200 | May |     | 12,375 |     |     |        |
| 1929 | Jun | 10  | 37,600 | May |     | 23,075 |     |     |        |
| 1928 | Jun | 1   | 43,800 | May | 3   | 21,375 |     |     |        |
| 1927 | May | 20  | 29,850 | May | 19  | 17,675 |     |     |        |
| 1926 | Jun | 8   | 32,800 | Jun | 5   | 13,875 |     |     |        |
| 1925 | May | 31  | 18,050 | Apr | 18  | 8,635  |     |     |        |
| 1924 | Jun | 14  | 34,000 | Jun | 7   | 14,975 |     |     |        |
| 1923 | Jun | 17  | 29,800 | May | 28  | 18,075 | May | 29  | 49,600 |
| 1922 | May | 29  | 30,450 | May | 7   | 22,175 | May | 29  | 53,100 |
| 1921 | Jun | 16  | 50,200 | Jun | 15  | 29,775 | Jun | 16  | 81,100 |
| 1920 | Jun | 1   | 41,000 | May | 23  | 35,175 | May | 23  | 77,100 |
| 1919 | May | 30  | 20,850 | May | 22  | 11,175 | May | 29  | 32,200 |
| 1918 | Jun | 14  | 47,400 | Jun | 14  | 16,875 | Jun | 15  | 56,200 |
| 1917 | Jun | 19  | 49,400 | Jun | 18  | 24,775 | Jun | 20  | 62,500 |
| 1916 | Jun | 14  | 25,200 |     |     |        | Jun | 14  | 39,600 |
| 1915 | Jun | 21  | 19,900 |     |     |        | Jun | 21  | 26,900 |
| 1914 | Jun | 3   | 42,200 |     |     |        | Jun | 2   | 58,100 |
| 1913 | May | 31  | 20,250 |     |     |        | May | 28  | 27,300 |
| 1912 | Jun | 9   | 42,800 |     |     |        | Jun | 6   | 58,100 |
| 1911 | Jun | 10  | 24,200 |     |     |        | Jun | 10  | 38,800 |
| 1910 | Jun | 1   | 26,500 |     |     |        | Jun | 4   | 34,100 |
| 1909 | Jun | 20  | 42,400 |     |     |        | Jun | 9   | 63,600 |
| 1908 | Jun | 12  | 19,700 |     |     |        | Jun | 13  | 27,300 |
| 1907 | Jun | 18  | 29,600 |     |     |        |     |     |        |
| 1906 | Jun |     | 36,400 | Jun |     | 21,875 |     |     |        |
| 1905 | Jun |     | 35,300 | Jun |     | 28,075 |     |     |        |
| 1904 | May |     | 24,250 | May |     | 8,605  |     |     |        |
| 1903 | Jun |     | 24,500 | Jun |     | 17,775 |     |     |        |
| 1902 | May |     | 17,450 | May |     | 8,325  |     |     |        |
| 1901 |     |     |        |     |     |        |     |     |        |
| 1900 |     |     |        |     |     |        |     |     |        |
| 1899 | Jun |     | 42,800 | May |     | 15,675 |     |     |        |
| 1898 | Jun |     | 17,300 | Jun |     | 11,375 |     |     |        |
| 1897 | May |     | 37,200 | May |     | 20,675 |     |     |        |

BLM_0060787

Table II.  Mean monthly flows (cfs) for April, May, and June in the Colorado River at the top end of the 15-mile reach and at the Colorado/Utah State Line, and in the Gunnison River near Grand Junction, 1897-1989.

| | APR | | | MAY | | | JUN | | |
|---|---|---|---|---|---|---|---|---|---|
| Yr | Pal | Gun | Stl | Pal | Gun | Stl | Pal | Gun | Stl |
| 89 | 2,411 | 2,512 | 5,731 | 4,036 | 1,828 | 6,651 | 4,060 | 1,332 | 6,234 |
| 88 | 2,134 | 2,504 | 5,788 | 5,136 | 2,247 | 8,551 | 6,412 | 1,727 | 9,108 |
| 87 | 3,039 | 5,225 | 9,163 | 7,847 | 6,270 | 15,520 | 6,668 | 3,301 | 11,080 |
| 86 | 6,234 | 5,587 | 13,070 | 12,468 | 8,308 | 22,370 | 16,660 | 5,529 | 24,070 |
| 85 | 5,456 | 7,907 | 15,600 | 15,563 | 10,650 | 28,570 | 16,214 | 7,691 | 25,280 |
| 84 | 3,227 | 4,318 | 9,017 | 19,413 | 13,750 | 37,960 | 24,884 | 14,520 | 43,120 |
| 83 | 1,287 | 2,482 | 4,574 | 8,521 | 7,909 | 17,540 | 25,255 | 13,520 | 41,400 |
| 82 | 1,363 | 2,544 | 4,836 | 5,944 | 5,056 | 12,340 | 10,663 | 4,137 | 16,370 |
| 81 | 900 | 1,155 | 2,727 | 1,983 | 1,461 | 4,600 | 4,067 | 1,269 | 6,516 |
| 80 | 2,297 | 3,777 | 6,551 | 9,623 | 9,059 | 20,300 | 14,119 | 6,763 | 22,290 |
| 79 | 2,000 | 4,653 | 7,914 | 9,039 | 8,232 | 18,650 | 14,313 | 6,492 | 22,760 |
| 78 | 1,933 | 2,199 | 5,260 | 5,950 | 4,700 | 11,540 | 13,075 | 5,224 | 19,690 |
| 77 | 764 | 550 | 1,631 | 1,120 | 648 | 2,283 | 1,479 | 556 | 2,688 |
| 76 | 1,701 | 1,366 | 3,555 | 5,373 | 3,321 | 8,843 | 6,237 | 2,087 | 8,881 |
| 75 | 1,616 | 2,623 | 5,155 | 5,435 | 6,416 | 13,150 | 11,645 | 5,579 | 18,710 |
| 74 | 2,203 | 2,338 | 5,452 | 10,492 | 4,201 | 15,230 | 9,664 | 1,976 | 12,120 |
| 73 | 1,089 | 1,533 | 3,731 | 9,141 | 7,360 | 17,710 | 13,711 | 6,900 | 21,540 |
| 72 | 1,935 | 1,095 | 3,325 | 5,144 | 1,827 | 7,386 | 9,786 | 1,914 | 12,310 |
| 71 | 4,113 | 4,437 | 9,013 | 7,535 | 3,351 | 11,570 | 13,846 | 3,497 | 18,010 |
| 70 | 1,599 | 2,279 | 4,804 | 13,274 | 6,523 | 19,720 | 13,004 | 6,917 | 21,430 |
| 69 | 3,280 | 5,083 | 8,796 | 8,107 | 5,345 | 13,490 | 7,396 | 3,202 | 11,440 |
| 68 | 1,207 | 1,114 | 3,258 | 4,276 | 4,313 | 8,895 | 11,635 | 4,279 | 16,730 |
| 67 | 1,237 | 1,415 | 3,146 | 4,075 | 2,280 | 6,899 | 7,779 | 2,491 | 11,460 |
| 66 | 1,449 | 2,765 | 4,982 | 5,000 | 3,378 | 8,995 | 3,264 | 2,036 | 6,215 |
| 65 | 1,786 | 3,810 | 6,677 | 6,796 | 9,411 | 16,886 | 14,575 | 11,390 | 26,140 |
| 64 | 778 | 1,689 | 2,981 | 5,690 | 3,009 | 12,520 | 6,483 | 1,490 | 12,600 |
| 63 | 1,083 | 1,277 | 3,259 | 3,903 | 6,744 | 7,579 | 2,683 | 5,244 | 5,226 |
| 62 | 7,946 | 6,608 | 15,010 | 13,708 | 9,295 | 23,650 | 13,998 | 7,951 | 22,990 |
| 61 | 680 | 1,089 | 2,559 | 4,639 | 4,283 | 9,300 | 5,742 | 3,447 | 10,160 |
| 60 | 3,246 | 4,503 | 8,628 | 6,109 | 4,167 | 11,170 | 9,941 | 5,585 | 16,790 |
| 59 | 982 | 897 | 2,425 | 5,319 | 2,670 | 8,337 | 10,104 | 4,241 | 15,300 |
| 58 | 2,063 | 4,245 | 7,379 | 13,766 | 14,150 | 28,820 | 12,617 | 9,517 | 23,960 |
| 57 | 1,559 | 2,247 | 4,878 | 8,755 | 8,954 | 18,710 | 23,989 | 19,570 | 43,830 |
| 56 | 2,101 | 2,355 | 5,056 | 10,145 | 5,216 | 15,640 | 9,326 | 4,335 | 14,270 |
| 55 | 1,379 | 1,781 | 4,265 | 5,447 | 4,210 | 10,130 | 6,272 | 3,616 | 10,760 |
| 54 | 1,351 | 1,141 | 3,013 | 3,778 | 1,746 | 6,256 | 1,983 | 600 | 3,481 |
| 53 | 1,286 | 1,413 | 3,557 | 4,685 | 3,693 | 8,905 | 13,850 | 7,286 | 22,051 |
| 52 | 4,516 | 5,712 | 11,290 | 15,533 | 13,260 | 30,500 | 21,622 | 12,690 | 36,080 |
| 51 | 1,469 | 1,016 | | 7,680 | 4,255 | 12,340 | 13,174 | 5,374 | 19,960 |
| 50 | 2,629 | 3,653 | 7,135 | 5,913 | 4,979 | 11,538 | 12,187 | 5,306 | 18,043 |
| 49 | 2,557 | 3,925 | 7,370 | 8,674 | 7,776 | 17,760 | 17,316 | 10,880 | 29,136 |
| 48 | 3,515 | 5,415 | 10,023 | 14,937 | 13,530 | 28,402 | 13,030 | 9,119 | 23,574 |
| 47 | 2,052 | 1,580 | 4,612 | 12,864 | 7,345 | 21,037 | 16,315 | 8,369 | 25,586 |
| 46 | 3,996 | 3,035 | 7,822 | 6,351 | 3,665 | 11,313 | 10,340 | 5,333 | 16,719 |
| 45 | 971 | 1,495 | 3,362 | 9,343 | 10,160 | 20,166 | 12,585 | 6,781 | 21,110 |
| 44 | 974 | 1,684 | 3,573 | 8,912 | 12,270 | 22,220 | 14,483 | 11,600 | 27,194 |

66

BLM_0060788

Table II continued. Mean monthly flows for April, May, and June.

| | APR | | | MAY | | | JUN | | |
|---|---|---|---|---|---|---|---|---|---|
| Yr | Pal | Gunn | Stl | Pal | Gunn | Stl | Pal | Gunn | Stl |
| 43 | 3,146 | 4,668 | 8,585 | 7,328 | 6,272 | 14,501 | 14,475 | 6,617 | 21,859 |
| 42 | 5,217 | 9,154 | 14,313 | 12,694 | 12,300 | 23,913 | 20,055 | 11,500 | 30,151 |
| 41 | 1,296 | 6,380 | 5,399 | 15,656 | 26,150 | 29,278 | 12,732 | 11,940 | 23,018 |
| 40 | 1,420 | 2,127 | 4,399 | 8,042 | 5,410 | 14,744 | 7,512 | 2,671 | 11,601 |
| 39 | 2,610 | 3,567 | 6,990 | 12,860 | 6,077 | 18,837 | 9,662 | 3,846 | 14,347 |
| 38 | 3,985 | 5,944 | 10,819 | 13,838 | 10,455 | 25,451 | 24,187 | 12,565 | 38,150 |
| 37 | 1,600 | 2,718 | 5,475 | 11,520 | 10,125 | 22,198 | 8,647 | 4,124 | 13,829 |
| 36 | 4,632 | 4,874 | | 18,213 | 10,205 | | 14,488 | 5,049 | |
| 35 | 877 | 968 | | 4,754 | 4,292 | | 20,577 | 9,772 | |
| 34 | 2,277 | 1,221 | | 8,983 | 2,495 | | 2,829 | 552 | |
| 33 | 962 | 1,238 | | 7,392 | 5,822 | | 24,880 | 9,283 | |
| 32 | 3,495 | 5,722 | | 17,730 | 11,415 | | 20,050 | 8,104 | |
| 31 | 1,121 | 1,000 | | 5,033 | 2,085 | | 8,593 | 2,108 | |
| 30 | 6,352 | 6,514 | | 9,480 | 6,563 | | 16,340 | 7,449 | |
| 29 | 3,746 | 3,385 | | 17,860 | 14,435 | | 27,310 | 12,885 | |
| 28 | 2,559 | 3,040 | | 22,300 | 14,145 | | 21,190 | 9,339 | |
| 27 | 2,848 | 3,709 | | 18,910 | 11,835 | | 20,880 | 9,171 | |
| 26 | 4,620 | 4,380 | | 14,900 | 8,818 | | 21,940 | 8,584 | |
| 25 | 4,429 | 4,153 | | 10,480 | 6,101 | | 12,230 | 5,186 | |
| 24 | 3,338 | 3,459 | | 12,920 | 10,265 | | 20,620 | 9,724 | |
| 23 | 2,565 | 2,137 | 4,618 | 14,350 | 11,555 | 25,840 | 24,200 | 11,315 | 36,860 |
| 22 | 2,618 | 2,957 | 6,547 | 15,840 | 14,885 | 32,010 | 19,790 | 10,215 | 30,600 |
| 21 | 2,576 | 2,123 | 4,951 | 17,020 | 10,275 | 28,000 | 32,170 | 17,305 | 52,770 |
| 20 | 1,931 | 1,838 | 4,198 | 21,050 | 18,845 | 41,530 | 27,600 | 15,995 | 46,580 |
| 19 | 4,350 | 4,285 | 8,731 | 12,850 | 8,195 | 20,990 | 9,083 | 4,885 | 13,990 |
| 18 | 3,198 | 2,703 | 6,420 | 14,230 | 9,007 | 21,760 | 30,820 | 11,105 | 37,380 |
| 17 | 4,530 | 3,455 | 7,761 | 13,240 | 10,265 | 21,930 | 35,140 | 18,285 | 46,490 |
| 16 | 4,294 | | 9,272 | 13,160 | | 23,010 | 20,570 | | 32,090 |
| 15 | 2,998 | | 6,966 | 7,072 | | 12,830 | 15,220 | | 21,520 |
| 14 | 3,890 | | 8,485 | 20,280 | | 33,500 | 29,060 | | 41,430 |
| 13 | 4,802 | | 10,420 | 12,740 | | 19,200 | 12,550 | | 17,790 |
| 12 | 2,265 | | 5,662 | 15,030 | | 28,440 | 30,020 | | 42,790 |
| 11 | 2,602 | | 6,000 | 12,190 | | 22,520 | 19,320 | | 28,980 |
| 10 | 5,401 | | 10,810 | 12,580 | | 21,430 | 13,740 | | 19,320 |
| 09 | 2,242 | | 6,532 | 12,540 | | 23,180 | 32,660 | | 45,480 |
| 08 | 3,448 | | 8,128 | 6,173 | | 10,890 | 13,970 | | 20,080 |
| 07 | 4,798 | | | 9,960 | | | 24,200 | | |
| 06 | 4,284 | 4,565 | | 18,030 | 14,785 | | 22,950 | 14,375 | |
| 05 | 2,194 | 2,469 | | 12,530 | 12,695 | | 23,840 | 16,785 | |
| 04 | 3,456 | 2,223 | | 12,250 | 5,598 | | 15,880 | 4,577 | |
| 03 | 1,871 | 2,238 | | 8,430 | 8,141 | | 18,980 | 12,505 | |
| 02 | 1,248 | 2,058 | | 11,640 | 5,903 | | 8,046 | 2,946 | |
| 01 | | | | | | | | | |
| 00 | | | | | | | | | |
| 99 | 3,940 | 3,525 | | 19,380 | 9,645 | | 31,310 | 10,775 | |
| 98 | 4,300 | 2,475 | | 7,130 | 5,292 | | 13,700 | 8,825 | |
| 97 | 3,478 | 5,975 | | 27,480 | 16,675 | | 23,270 | 11,135 | |

67

BLM_0060789

Table III. Key to discharge records provided in Tables I and II. Flows are either direct USGS gage records or gage records with corrections for inflow or irrigation withdrawal.

### 15-Mile Reach

1897-1899   Gage at the 5th St. bridge just above the lower end of the 15-mile reach. Direct records.

1902-1933   Gage at highway bridge in Palisade. Corrected for Grand Valley Diversion withdrawal downstream of gage: 450 cfs subtracted from April records; 550 cfs subtracted for May; 600 cfs subtracted for June.

1934-1989   Gage records at Cameo and Plateau Creek were added, downstream diversions were subtracted, and Orchard Mesa Power Canal return added. Monthly correction used was to subtract 1150 cfs for April records, 1450 cfs for May, and 1500 cfs for June except for the 1986-1988 peak flows when daily withdrawal records were available. In 1934 and 1935, there were no records for Plateau Creek near Cameo, so Plateau Creek at Collbran plus Buzzard Creek at Collbran was used. All Plateau Creek records were unavailable for 1984 and 1985; we substituted with Plateau Creek 30-year average.

### Gunnison Inflow

1897-1899   Gage near mouth of Gunnison. Direct records.

1902-1906   Gage at Whitewater. Direct records.

1917-1938   Gage downstream of Redlands diversion (built in 1917) and on Redlands Power canal; gage data combined in USGS records. An additional 25 cfs was subtracted for Redlands irrigation withdrawal.

1939-1989   Gage at Whitewater minus Redlands irrigation withdrawals:-30 cfs during April, -50 cfs during May, and -60 cfs during June.

### Colorado/Utah State Line

1908-1923   Gage at Fruita. Direct records. Some minor irrigation returns between gage and state line; no corrections made.

1937-1950   Gage at Cisco minus Dolores inflow (Gateway gage) divided by correction factor X; the correction was used to account for inflows between state line and Cisco; X = 0.972 for April, 0.967 for May, and 0.974 for June. Correction factors were derived by averaging differences between reaches during years when records were available (1951-1960) for state line gage, Cisco gage and Dolores at Cisco gage (Colo. at Cisco minus Dolores at Cisco divided by Colo. at state line).

1951-1989   Gage near Colorado/Utah State line. Direct records.

BLM_0060790

Table IV. Razorback sucker captures from the Colorado River between Loma and Palisade, Colorado (RM 152.8-185.1), 1974-1990. Effort among years was not constant. Individuals captured upstream or downstream of the Grand Valley are not included. Missing years are due to either no effort expended (1977-1978), or no fish caught despite minimal effort (1983 and 1989) or extensive effort (1984 and 1990).

| Location | Year | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 74 | 75 | 76 | 79 | 80 | 81 | 82 | 85 | 86 | 87 | 88 |
| **Palisade Labor Camp** | | | | | | | | | | | |
| Kidd 1977 | 4 | 21 | 3 | | | | | | | | |
| **Clifton Pond** | | | | | | | | | | | |
| Kidd 1977 | | 60 | | | | | | | | | |
| Valdez et al. 1982 | | | | | 13 | | | | | | |
| USFWS unpub. data | | | | | | | 9 | | | | |
| **Connected Lakes pit** | | | | | | | | | | | |
| Kidd 1977 | | 3 | | | | | | | | | |
| USFWS unpub. data | | | | | | | 7 | | | | |
| **Walker W A** | | | | | | | | | | | |
| Kidd 1977 | 28 | 75 | 16 | | | | | | | | |
| McAda and Wydoski 1980 | 22 | 47 | 5 | | | | | | | | |
| Valdez et al. 1982 | | | | 17 | 6 | 1 | | | | | |
| USFWS unpub. data | | | | | | 1 | 9 | 2 | | | |
| **Other sites** | | | | | | | | | | | |
| Valdez et al. 1982 | | | | | | 2 | | | | | |
| USFWS unpub. data | | | | | | 1 | 5 | 3 | | | |
| Osmundson and Kaeding 1989 | | | | | | | | | 2 | 3 | 2 |
| **Total** | 54 | 206 | 24 | 17 | 19 | 5 | 30 | 5 | 2 | 3 | 2 |

69

BLM_0060791

Table V. Main channel temperature in the Colorado River near Cameo on the day of maximum annual discharge. Data provided by USGS; table includes all available records. Temperatures for 1983-1989 are means of the daily maximum and minimum; temperatures for earlier years are direct measurements taken once-daily.

| Year | Month | Day | Temp (C) | Year | Month | Day | Temp (C) |
|------|-------|-----|----------|------|-------|-----|----------|
| 1989 | May | 31 | 13.6 | 1969 | May | 28 | 13.0 |
| 1988 | Jun | 06 | 14.1 | 1968 | Jun | 06 | 12.0 |
| 1987 | May | 17 | 13.1 | 1967 | May | 26 | 11.7 |
| 1986 | Jun | 07 | 13.0 | 1966 | May | 10 | 12.2 |
| 1985 | Jun | 10 | 13.8 | 1965 | Jun | 19 | 12.2 |
| 1984 | Jun | 26 | 13.5 | 1964 | May | 27 | - |
| 1983 | Jun | 26 | 12.8 | 1963 | May | 20 | - |
| 1982 | Jun | 29 | 15.0 | 1962 | May | 13 | - |
| 1981 | Jun | 10 | 16.0 | 1961 | Jun | 01 | - |
| 1980 | Jun | 13 | 12.0 | 1960 | Jun | 05 | - |
| 1979 | May | 29 | 11.0 | 1959 | Jun | 10 | - |
| 1978 | Jun | 16 | 11.0 | 1958 | May | 30 | 12.8 |
| 1977 | Jun | 09 | - | 1957 | Jul | 01 | 14.4 |
| 1976 | Jun | 06 | 13.0 | 1956 | Jun | 03 | 13.9 |
| 1975 | Jun | 09 | 10.0 | 1955 | Jun | 14 | - |
| 1974 | May | 10 | 12.0 | 1954 | May | 23 | 14.4 |
| 1973 | Jun | 15 | 12.0 | 1953 | Jun | 14 | 14.4 |
| 1972 | Jun | 09 | 12.0 | 1952 | Jun | 09 | 14.4 |
| 1971 | Jun | 25 | 14.0 | 1951 | Jun | 22 | 13.9 |
| 1970 | May | 25 | 11.5 | | | | |

70

BLM_0060792

Table VI.  Mean monthly flows (cfs) in the Colorado River at the top of
the 15-mile reach for the months of November-March, 1902-1989. Values for
the 1934-1989 period are the sum of records for the Colorado River at
Cameo and Plateau Creek USGS gages; values for the 1902-1933 period are
direct gage records from the USGS gage at Palisade. Values for both peri-
ods assume no downstream diversion withdrawals during these months.

| WATER YEAR | NOV | DEC | JAN | FEB | MAR |
|---|---|---|---|---|---|
| 1989 | 1,812 | 1,616 | 1,554 | 1,557 | 1,964 |
| 1988 | 2,219 | 1,894 | 1,739 | 1,758 | 2,013 |
| 1987 | 3,198 | 2,625 | 2,258 | 2,349 | 2,523 |
| 1986 | 3,063 | 2,529 | 2,482 | 2,900 | 3,567 |
| 1985 | 3,366 | 3,098 | 2,703 | 2,562 | 2,943 |
| 1984 | 2,646 | 2,488 | 2,312 | 2,281 | 2,817 |
| 1983 | 2,632 | 2,016 | 1,806 | 1,806 | 1,942 |
| 1982 | 1,714 | 1,500 | 1,596 | 1,437 | 1,667 |
| 1981 | 1,905 | 1,738 | 1,447 | 1,253 | 1,263 |
| 1980 | 2,233 | 2,059 | 1,891 | 2,037 | 2,130 |
| 1979 | 1,954 | 1,567 | 1,396 | 1,570 | 1,916 |
| 1978 | 1,430 | 1,452 | 1,342 | 1,367 | 1,630 |
| 1977 | 2,037 | 1,862 | 1,767 | 1,604 | 1,360 |
| 1976 | 2,342 | 2,050 | 1,962 | 2,080 | 2,350 |
| 1975 | 2,233 | 1,958 | 1,837 | 1,845 | 2,111 |
| 1974 | 2,499 | 2,165 | 2,094 | 2,042 | 2,626 |
| 1973 | 2,669 | 2,174 | 1,989 | 1,974 | 2,143 |
| 1972 | 2,450 | 2,229 | 2,182 | 2,176 | 2,584 |
| 1971 | 2,737 | 2,387 | 2,355 | 2,100 | 2,580 |
| 1970 | 2,336 | 2,080 | 1,815 | 1,824 | 2,010 |
| 1969 | 2,011 | 1,778 | 1,814 | 1,638 | 1,669 |
| 1968 | 1,847 | 1,717 | 1,539 | 1,617 | 1,637 |
| 1967 | 1,656 | 1,485 | 1,472 | 1,415 | 1,816 |
| 1966 | 2,468 | 2,381 | 1,952 | 1,880 | 2,306 |
| 1965 | 1,657 | 1,588 | 1,565 | 1,478 | 1,481 |
| 1964 | 1,594 | 1,209 | 983 | 1,004 | 1,142 |
| 1963 | 2,587 | 1,974 | 1,662 | 1,670 | 1,718 |
| 1962 | 2,314 | 2,051 | 1,931 | 2,553 | 2,716 |
| 1961 | 1,729 | 1,692 | 1,647 | 1,583 | 1,461 |
| 1960 | 2,027 | 1,670 | 1,670 | 1,646 | 2,297 |
| 1959 | 1,666 | 1,484 | 1,614 | 1,644 | 1,431 |
| 1958 | 2,218 | 1,785 | 1,605 | 1,857 | 2,144 |
| 1957 | 1,449 | 1,227 | 1,343 | 1,459 | 1,412 |
| 1956 | 1,646 | 1,512 | 1,364 | 1,365 | 1,770 |
| 1955 | 1,716 | 1,390 | 1,253 | 1,252 | 1,482 |
| 1954 | 1,751 | 1,564 | 1,606 | 1,530 | 1,598 |
| 1953 | 1,959 | 1,699 | 1,682 | 1,511 | 1,736 |
| 1952 | 1,800 | 1,780 | 1,623 | 1,519 | 1,925 |
| 1951 | 1,711 | 1,656 | 1,615 | 1,653 | 1,671 |
| 1950 | 1,909 | 1,710 | 1,579 | 1,682 | 2,011 |
| 1949 | 1,897 | 1,573 | 1,692 | 1,592 | 1,726 |
| 1948 | 2,383 | 2,005 | 1,956 | 2,014 | 1,998 |

BLM_0060793

Table VI continued. Mean monthly flows (cfs) for November-March.

| YEAR | NOV | DEC | JAN | FEB | MAR |
|------|------|------|------|------|------|
| 1947 | 1,831 | 2,036 | 1,398 | 1,552 | 1,855 |
| 1946 | 2,217 | 1,995 | 1,854 | 1,704 | 1,736 |
| 1945 | 1,786 | 1,674 | 1,346 | 1,382 | 1,646 |
| 1944 | 2,030 | 1,811 | 1,268 | 1,404 | 1,414 |
| 1943 | 1,702 | 1,467 | 1,333 | 1,419 | 1,554 |
| 1942 | 2,267 | 1,832 | 1,562 | 1,664 | 1,792 |
| 1941 | 1,515 | 1,291 | 1,145 | 1,291 | 1,442 |
| 1940 | 1,370 | 1,070 | 1,077 | 1,160 | 1,367 |
| 1939 | 1,856 | 1,786 | 1,573 | 1,423 | 1,947 |
| 1938 | 1,823 | 1,574 | 1,357 | 1,364 | 2,030 |
| 1937 | 1,576 | 1,303 | 1,197 | 1,318 | 1,537 |
| 1936 | 1,658 | 1,282 | 1,279 | 1,258 | 1,322 |
| 1935 | 1,128 | 1,084 | 1,074 | 1,018 | 1,119 |
| 1934 | 1,525 | 1,495 | 1,493 | 1,446 | 1,584 |
| 1933 | 1,819 | 1,046 | 1,080 | 1,030 | 1,473 |
| 1932 | 1,127 | 1,000 | 950 | 1,100 | 1,542 |
| 1931 | 1,606 | 1,250 | 1,100 | 1,080 | 1,159 |
| 1930 | 2,363 | 1,929 | 1,701 | 1,718 | 1,727 |
| 1929 | 2,103 | 1,458 | 1,459 | 1,409 | 2,238 |
| 1928 | 2,283 | 1,732 | 1,711 | 1,729 | 1,942 |
| 1927 | 1,607 | 1,372 | 1,250 | 1,401 | 1,583 |
| 1926 | 2,100 | 1,576 | 1,418 | 1,410 | 1,713 |
| 1925 | 1,869 | 1,502 | 1,500 | 1,500 | 2,367 |
| 1924 | 2,260 | 1,801 | 1,770 | 1,664 | 1,707 |
| 1923 | 1,781 | 1,634 | 1,570 | 1,508 | 1,710 |
| 1922 | 1,959 | 1,900 | 1,300 | 1,320 | 2,143 |
| 1921 | 2,207 | 1,380 | 1,290 | 1,704 | 2,412 |
| 1920 | 1,650 | 1,500 | 1,350 | 1,280 | 1,604 |
| 1919 | 2,063 | 1,550 | 1,400 | 1,350 | 2,077 |
| 1918 | 2,056 | 1,647 | 1,450 | 1,550 | 2,527 |
| 1917 | 2,245 | 1,748 | 1,300 | 1,350 | 1,769 |
| 1916 | 1,573 | 1,357 | 1,380 | 1,300 | 2,640 |
| 1915 | 1,835 | 1,220 | 1,230 | 1,270 | 1,372 |
| 1914 | 1,711 | 1,250 | 1,300 | 1,350 | 1,872 |
| 1913 | 2,015 | 1,350 | 1,340 | 1,300 | 1,858 |
| 1912 | 1,918 | 1,350 | 1,400 | 1,380 | 1,758 |
| 1911 | 1,657 | 1,256 | 1,350 | 1,465 | 1,860 |
| 1910 | 2,082 | 1,450 | 1,500 | 1,400 | 3,475 |
| 1909 | 1,602 | 1,323 | 1,337 | 1,196 | 1,564 |
| 1908 | 1,817 | 1,366 | 1,450 | 1,316 | 1,626 |
| 1907 | 1,820 | 1,450 | 1,320 | 1,550 | 2,235 |
| 1906 | 1,650 | 1,150 | 1,150 | 1,220 | 1,800 |
| 1905 | 1,500 | 1,150 | 1,200 | 1,100 | 1,450 |
| 1904 | 1,650 | 1,100 | 1,100 | 1,150 | 1,500 |
| 1903 | 1,100 | 1,050 | 950 | 950 | 1,200 |
| 1902 | 1,600 | 1,400 | 1,250 | 1,200 | 1,200 |

BLM_0060794

Table VII. Calculated mean monthly discharge (cfs) for the Colorado River
at the top of the 15-mile reach during the months of July-October,
1954-1989. Flows during the irrigation season are calculated using the
following formula: Colorado River at Cameo + Plateau Creek - Grand Valley
Project - Grand Valley Irrigation canal + return flow from Orchard Mesa
Power plant. Orchard Mesa (OM) return flow is calculated as follows: when
Cameo + Plateau Creek > 2140 cfs the OM return is 581 cfs; when Cameo +
Plateau Creek is 1831-2140 cfs the OM return is 270 cfs; when Cameo +
Plateau Creek is 1720-1831 cfs the OM return is 161 cfs; when Cameo +
Plateau Creek < 1720 cfs the OM return is 0 cfs. Records of mean monthly
diversion flows to the Grand Valley Irrigation canal were available for all
years; mean monthly flows to the Grand Valley Project diversion (Govt.
Highline Canal) were available only for years 1975-1989. For years
1954-1974, the mean of the mean monthly flows from the 1975-1989 period
were used. Negative results during the 1975-1989 period are attributed to
inaccurate gauging devices and/or errors in record keeping; negative
results for the 1954-74 period are due to similar error and/or the use of
Govt. Highline Canal means rather than actual flow data, i.e., during years
of very low flow, Govt. Highline probably diverted less than the 1975-1989
mean of monthly means.

| YEAR | JUL | AUG | SEP | OCT |
|------|-----|-----|-----|-----|
| 1989 | 1,247 | 824 | 128 | - |
| 1988 | 1,430 | 588 | 542 | 178 |
| 1987 | 1,768 | 1,214 | 812 | 733 |
| 1986 | 7,036 | 2,040 | 1,868 | 2,223 |
| 1985 | 5,702 | 2,064 | 1,128 | 1,997 |
| 1984 | 13,953 | 5,092 | 2,890 | 2,539 |
| 1983 | 15,454 | 5,292 | 1,441 | 1,519 |
| 1982 | 5,260 | 1,873 | 1,611 | 1,814 |
| 1981 | 831 | -193 | 105 | 268 |
| 1980 | 3,883 | 864 | 638 | 354 |
| 1979 | 6,989 | 1,413 | 426 | 365 |
| 1978 | 4,273 | 651 | 53 | 265 |
| 1977 | -119 | -6 | -89 | -367 |
| 1976 | 1,904 | 871 | 812 | 895 |
| 1975 | 7,707 | 1,677 | 934 | 1,033 |
| 1974 | 3,126 | 1,111 | 700 | 906 |
| 1973 | 7,787 | 1,916 | 988 | 1,198 |
| 1972 | 2,009 | 806 | 1,143 | 1,517 |
| 1971 | 5,810 | 1,425 | 1,499 | 1,251 |
| 1970 | 4,393 | 1,248 | 1,779 | 1,609 |
| 1969 | 4,289 | 995 | 835 | 1,696 |
| 1968 | 2,657 | 2,284 | 687 | 888 |
| 1967 | 3,188 | 752 | 723 | 317 |
| 1966 | 1,040 | 135 | -124 | 233 |
| 1965 | 8,468 | 3,061 | 1,653 | 1,638 |
| 1964 | 2,080 | 1,046 | 238 | -7 |
| 1963 | -65 | 105 | 205 | -262 |
| 1962 | 7,409 | 1,529 | 319 | 1,618 |
| 1961 | 663 | 85 | 1,692 | 2,225 |

BLM_0060795

Table VII. Calculated mean monthly discharge (cfs) for the Colorado River at the top of the 15-mile reach during the months of July-October, 1954-1989. Flows during the irrigation season are calculated using the following formula: Colorado River at Cameo + Plateau Creek - Grand Valley Project - Grand Valley Irrigation canal + return flow from Orchard Mesa Power plant. Orchard Mesa (OM) return flow is calculated as follows: when Cameo + Plateau Creek > 2140 cfs the OM return is 581 cfs; when Cameo + Plateau Creek is 1831-2140 cfs the OM return is 270 cfs; when Cameo + Plateau Creek is 1720-1831 cfs the OM return is 161 cfs; when Cameo + Plateau Creek < 1720 cfs the OM return is 0 cfs. Records of mean monthly diversion flows to the Grand Valley Irrigation canal were available for all years; mean monthly flows to the Grand Valley Project diversion (Govt. Highline Canal) were available only for years 1975-1989. For years 1954-1974, the mean of the mean monthly flows from the 1975-1989 period were used. Negative results during the 1975-1989 period are attributed to inaccurate gauging devices and/or errors in record keeping; negative results for the 1954-74 period are due to similar error and/or the use of Govt. Highline Canal means rather than actual flow data, i.e., during years of very low flow, Govt. Highline probably diverted less than the 1975-1989 mean of monthly means.

| YEAR | JUL | AUG | SEP | OCT |
|------|------|------|------|------|
| 1989 | 1,247 | 824 | 128 | – |
| 1988 | 1,430 | 588 | 542 | 178 |
| 1987 | 1,768 | 1,214 | 812 | 733 |
| 1986 | 7,036 | 2,040 | 1,868 | 2,223 |
| 1985 | 5,702 | 2,064 | 1,128 | 1,997 |
| 1984 | 13,953 | 5,092 | 2,890 | 2,539 |
| 1983 | 15,454 | 5,292 | 1,441 | 1,519 |
| 1982 | 5,260 | 1,873 | 1,611 | 1,814 |
| 1981 | 831 | -193 | 105 | 268 |
| 1980 | 3,883 | 864 | 638 | 354 |
| 1979 | 6,989 | 1,413 | 426 | 365 |
| 1978 | 4,273 | 651 | 53 | 265 |
| 1977 | -119 | -6 | -89 | -367 |
| 1976 | 1,904 | 871 | 812 | 895 |
| 1975 | 7,707 | 1,677 | 934 | 1,033 |
| 1974 | 3,126 | 1,111 | 700 | 906 |
| 1973 | 7,787 | 1,916 | 988 | 1,198 |
| 1972 | 2,009 | 806 | 1,143 | 1,517 |
| 1971 | 5,810 | 1,425 | 1,499 | 1,251 |
| 1970 | 4,393 | 1,248 | 1,779 | 1,609 |
| 1969 | 4,289 | 995 | 835 | 1,696 |
| 1968 | 2,657 | 2,284 | 687 | 888 |
| 1967 | 3,188 | 752 | 723 | 317 |
| 1966 | 1,040 | 135 | -124 | 233 |
| 1965 | 8,468 | 3,061 | 1,653 | 1,638 |
| 1964 | 2,080 | 1,046 | 238 | -7 |
| 1963 | -65 | 105 | 205 | -262 |
| 1962 | 7,409 | 1,529 | 319 | 1,618 |
| 1961 | 663 | 85 | 1,692 | 2,225 |

BLM_0060796

Table VII continued. Calculated mean monthly flows, July-Oct, 1954-1989.

| YEAR | JUL | AUG | SEP | OCT |
|------|------|------|------|------|
| 1960 | 1,967 | 108 | -143 | 98 |
| 1959 | 1,912 | 613 | -94 | 973 |
| 1958 | 1,587 | -140 | -41 | 165 |
| 1957 | 16,387 | 4,180 | 1,351 | 1,184 |
| 1956 | 1,287 | 104 | -523 | -316 |
| 1955 | 1,940 | 1,150 | -337 | -367 |
| 1954 | 851 | -175 | -1 | 610 |

BLM_0060797

Table VIII. Calculated mean monthly discharge (cfs) for the Colorado River at the top of the 15-mile reach during the months of July-October, 1902-1942. Discharge for the 1934-1942 period was calculated using the formula described in legend of Table VII for the 1954-1974 period. For the 1902-1933 period, discharge was calculated by subtracting the Grand Valley diversion withdrawal from the Colorado River discharge as measured at the Palisade gage. Grand Valley records for the period are available in average cfs for the irrigation season and not by month; records of average withdrawal were available for the 1921-1942 period; prior to this, records are scant; one 1916 record indicated the canal accommodated only 300 cfs at the time and 251 cfs was the average discharge for the season; we used 250 cfs for each month for the 1902-1920 period.

| YEAR | JUL | AUG | SEP | OCT |
|---|---|---|---|---|
| 1942 | 5,263 | 907 | -435 | -229 |
| 1941 | 3,739 | 990 | 793 | 1,761 |
| 1940 | 1,146 | -683 | -73 | 475 |
| 1939 | 1,605 | -358 | -56 | -265 |
| 1938 | 6,935 | 1,312 | 1,794 | 394 |
| 1937 | 3,495 | 297 | 230 | 419 |
| 1936 | 4,173 | 2,394 | 348 | 91 |
| 1935 | 6,181 | 995 | 124 | 89 |
| 1934 | -568 | -627 | -756 | -720 |
| 1933 | 5,739 | 155 | -94 | -184 |
| 1932 | 8,784 | 2,626 | 834 | 697 |
| 1931 | 1,529 | 114 | 395 | 737 |
| 1930 | 4,313 | 4,162 | 1,464 | 1,574 |
| 1929 | 9,615 | 4,742 | 5,062 | 2,833 |
| 1928 | 9,900 | 2,222 | 1,367 | 1,622 |
| 1927 | 8,218 | 4,025 | 2,547 | 2,142 |
| 1926 | 8,716 | 2,093 | 830 | 1,151 |
| 1925 | 5,396 | 2,221 | 2,591 | 2,217 |
| 1924 | 5,278 | 870 | 829 | 1,591 |
| 1923 | 11,470 | 4,660 | 2,376 | 2,557 |
| 1922 | 5,002 | 2,288 | 1,407 | 1,143 |
| 1921 | 9,804 | 4,351 | 2,680 | 1,644 |
| 1920 | 10,460 | 3,791 | 2,018 | 1,820 |
| 1919 | 3,423 | 1,767 | 1,280 | 1,134 |
| 1918 | 8,415 | 2,187 | 2,216 | 1,961 |
| 1917 | 17,510 | 3,927 | 2,290 | 1,967 |
| 1916 | 9,267 | 5,325 | 2,574 | 3,559 |
| 1915 | 6,881 | 1,915 | 1,112 | 1,551 |
| 1914 | 10,600 | 4,037 | 2,275 | 3,057 |
| 1913 | 4,676 | 1,601 | 2,004 | 1,866 |
| 1912 | 16,990 | 5,207 | 2,196 | 2,269 |
| 1911 | 8,316 | 2,394 | 1,822 | 3,169 |
| 1910 | 3,461 | 2,082 | 1,987 | 1,584 |
| 1909 | 14,190 | 4,935 | 4,622 | 2,316 |
| 1908 | 5,423 | 3,298 | 1,506 | 1,642 |
| 1907 | 16,730 | 4,643 | 2,351 | 2,389 |
| 1906 | 9,571 | 3,554 | 3,088 | 2,605 |

BLM_0060798

Table VIII continued. Calculated mean monthly flows, July-Oct, 1902-1942.

| | | | |
|---|---|---|---|
| 1905 | 5,834 | 2,277 | 1,580 | 1,497 |
| 1904 | 7,151 | 2,992 | 2,404 | 1,891 |
| 1903 | 8,530 | 1,974 | 2,020 | 1,805 |
| 1902 | 1,949 | 963 | 967 | 1,164 |

BLM_0060799



Figure I.  Daily-mean, main-channel temperatures in the upper Colorado
River in or near the 15-mile reach, 1983-1990. Data for 1983-1985 from
USGS gage near Cameo at RM 197 (12 miles upstream of the 15-mile reach);
daily means are the daily maximum and minimum averaged. Data for 1986-1990
from USFWS thermograph downstream of Palisade at RM 182.0; daily means are
the average of six (1986-1988) or 12 (1989-1990) daily readings.

BLM_0060800



Figure I continued. Main-channel temperatures, 1983-1990.

BLM_0060801



Figure I continued. Main-channel temperatures, 1983-1990.

BLM_0060802

Table IX.  Summary of main channel temperatures $\geq$ 20 C in the upper Colorado River in or near the 15-mile reach, 1983-1990. Data for 1983-1985 from USGS gage at Cameo; daily means are the daily maximum and minimum averaged. Data for 1986-1990 from USFWS thermograph downstream of Palisade (RMI 182.0); daily means are the average of 6 (1986-1988) or 12 (1989-1990) daily readings.

| YR | Earliest Date of >20 C | | Max Annual Temp | | No. days >20 C | |
|---|---|---|---|---|---|---|
| | Daily Max | Daily Mean | Daily Max | Daily Mean | Daily Max | Daily Mean |
| 1983 | JUL 20 | AUG 09 | 22.5 | 21.3 | 46 | 23 |
| 1984* | JUL 17 | JUL 30 | 21.5 | 20.3 | 44 | 9 |
| 1985* | JUL 07 | JUL 17 | 22.5 | 20.8 | 43 | 20 |
| 1986 | AUG 01 | AUG 08 | 23.5 | 22.2 | 23 | 13 |
| 1987* | JUN 27 | JUL 15 | 26.0 | 23.5 | 57 | 29 |
| 1988 | JUN 24 | JUN 24 | 26.0 | 22.0 | 74 | 46 |
| 1989 | JUN 26 | JUN 30 | 28.8 | 23.7 | 77 | 49 |
| 1990 | APR 15 | JUN 25 | 27.4 | 23.0 | 106 | 74 |

* records incomplete

   1984  7 days in SEP missing
   1985  7 days in AUG missing
   1987 11 days in SEP missing

BLM_0060803

Table X.  Monthly summary of diversions (mean discharge in cubic ft/sec)
to the Grand Valley Irrigation Company canal (RM 185.1) from the Colorado
River during the irrigation season, 1950-1988

| YEAR | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 88 |       | 549.8 | 622.2 | 646.7 | 650.1 | 644.3 | 629.2 | 620.9 | 640.5 |
| 87 |       | 505.6 | 620.3 | 648.0 | 652.2 | 645.2 | 636.8 | 601.5 | 622.0 |
| 86 |       | 573.6 | 611.2 | 635.0 | 590.9 | 620.6 | 619.4 | 565.C | 370.0 |
| 85 |       | 479.4 | 580.9 | 638.7 | 638.6 | 644.6 | 618.4 | 575.3 | 563.0 |
| 84 |       | 429.3 | 555.9 | 611.6 | 636.4 | 614.3 | 596.5 | 582.7 | 563.0 |
| 83 |       | 502.6 | 563.0 | 589.4 | 629.8 | 622.0 | 617.3 | 582.9 | 563.0 |
| 82 |       | 539.3 | 609.1 | 629.8 | 647.2 | 679.1 | 704.1 | 641.1 | 648.4 |
| 81 | 498.5 | 562.3 | 627.5 | 640.6 | 645.8 | 637.6 | 623.5 | 639.9 |       |
| 80 |       | 438.8 | 546.1 | 615.5 | 649.8 | 642.9 | 632.1 | 611.6 | 642.0 |
| 79 |       | 441.2 | 576.2 | 620.5 | 630.7 | 635.6 | 633.2 | 612.1 |       |
| 78 |       | 519.2 | 585.7 | 636.0 | 642.0 | 635.2 | 619.1 | 604.0 |       |
| 77 | 394.5 | 560.9 | 617.0 | 640.3 | 592.6 | 587.9 | 575.6 | 553.1 |       |
| 76 |       | 547.4 | 619.8 | 663.3 | 621.1 | 631.2 | 600.5 | 553.8 |       |
| 75 |       | 448.2 | 584.4 | 623.0 | 635.9 | 642.0 | 627.3 | 593.3 |       |
| 74 |       | 503.9 | 632.4 | 642.0 | 625.2 | 639.4 | 618.2 | 599.4 |       |
| 73 |       | 420.3 | 568.1 | 623.0 | 642.0 | 642.0 | 623.7 | 571.9 |       |
| 72 | 336.0 | 600.5 | 632.0 | 635.7 | 642.0 | 639.1 | 569.3 | 487.0 |       |
| 71 | 259.0 | 534.1 | 591.1 | 619.5 | 642.0 | 635.9 | 601.9 | 553.6 |       |
| 70 |       | 533.4 | 604.3 | 623.7 | 644.6 | 632.0 | 587.0 | 552.3 |       |
| 69 |       | 449.7 | 577.5 | 578.9 | 647.9 | 632.1 | 593.8 | 522.0 |       |
| 68 |       | 432.3 | 583.8 | 610.2 | 633.0 | 579.9 | 601.5 | 526.5 |       |
| 67 | 259.0 | 511.7 | 568.7 | 529.9 | 607.5 | 605.1 | 557.6 | 534.0 |       |
| 66 |       | 459.4 | 596.4 | 603.9 | 595.0 | 609.2 | 579.3 | 534.1 |       |
| 65 |       | 380.9 | 550.2 | 585.5 | 599.4 | 562.9 | 548.3 | 476.4 |       |
| 64 |       | 389.5 | 575.9 | 605.8 | 614.5 | 583.4 | 577.8 | 576.4 |       |
| 63 |       | 435.1 | 588.2 | 594.4 | 608.0 | 571.6 | 523.9 | 517.2 |       |
| 62 |       | 475.6 | 577.9 | 594.4 | 612.9 | 611.8 | 580.6 | 511.5 |       |
| 61 |       | 407.4 | 572.4 | 594.7 | 623.8 | 578.4 | 481.5 | 395.9 |       |
| 60 |       | 513.4 | 585.4 | 591.2 | 601.2 | 574.5 | 558.7 | 474.0 |       |
| 59 |       | 408.9 | 546.1 | 582.3 | 615.3 | 608.5 | 562.0 | 537.0 |       |
| 58 |       | 447.5 | 552.1 | 578.1 | 612.5 | 595.9 | 525.0 | 493.0 |       |
| 57 |       | 203.3 | 468.0 | 499.0 | 550.7 | 499.9 | 496.5 | 401.4 |       |
| 56 |       | 312.0 | 535.3 | 574.2 | 572.3 | 531.7 | 526.4 | 478.1 |       |
| 55 |       | 371.7 | 521.5 | 549.6 | 576.5 | 510.8 | 555.6 | 508.1 |       |
| 54 |       | 465.9 | 556.2 | 579.3 | 557.6 | 553.2 | 445.5 | 398.9 |       |
| 53 |       | 397.4 | 578.6 | 605.6 | 636.6 | 554.5 | 537.1 | 465.8 |       |
| 52 |       | 436.1 | 544.2 | 589.6 | 635.2 | 556.6 | 531.8 | 540.4 |       |
| 51 |       | 459.4 | 543.6 | 507.8 | 590.1 | 564.6 | 519.5 | 464.8 | 353.0 |
| 50 |       | 495.2 | 543.2 | 560.9 | 539.4 | 546.2 | 498.4 | 487.4 |       |

* Mean data was derived from daily records on file at the Grand Valley
  Irrigation Co. office in Grand Junction.
* Averages are only of days when water was diverted. For example, if water
  was diverted in March only during the last two days of the month, the
  flow for each of those days was summed and divided by two not by the
  total number of days in the month (31).

BLM_0060804

Table XI.  Persons who provided comments on drafts of this report.

| Name | Affiliation | Date of Response |
|------|-------------|------------------|
| Kieth Rose | USFWS | AUG 10, 1990 |
| Pat Nelson | USFWS | AUG 16, 1990 |
| Larry Shanks | USFWS | SEP 10, 1990 |
| John Hamill | USFWS | AUG    1990 |
| Charles McAda | USFWS | AUG    1990 |
| Kevin Bestgen | CSLFL | OCT    1990 |
| Thomas Nesler | CDOW | NOV 30, 1990 |
| Eddie Kochman | CDOW | DEC  4, 1990 |
| Jim Bennett | CDOW | DEC  4, 1990 |
| Rich Valdez | BIO/WEST | MAR  7, 1991 |
| Tomm Pitts | Water Users | MAR 22, 1991 |
| Gene Jencsok | CWCB | APR 22, 1991 |

BLM_0060805

Arch. Environ. Contam. Toxicol. 38, 479–485 (2000)
DOI: 10.1007/s002449910063



ARCHIVES OF
**Environmental
Contamination
and Toxicology**
© 2000 Springer-Verlag New York Inc.

# Selenium Concentrations in the Colorado Pikeminnow (*Ptychocheilus lucius*): Relationship with Flows in the Upper Colorado River

B. C. Osmundson,[1] T. W. May,[2] D. B. Osmundson[3]

[1] U.S. Fish and Wildlife Service, Ecological Services, 764 Horizon Drive, Bldg B, Grand Junction, Colorado 81506-3946, USA
[2] U.S. Geological Survey, Columbia Environmental Research Center, 4200 New Haven Road, Columbia, Missouri 65201, USA
[3] U.S. Fish and Wildlife Service, Colorado River Fishery Project, 764 Horizon Drive, Bldg B, Grand Junction, Colorado 81506-3946, USA

Received: 21 June 1999/Accepted: 10 November 1999

**Abstract.** A Department of the Interior (DOI) irrigation drain-water study of the Uncompahgre Project area and the Grand Valley in western Colorado revealed high selenium concentrations in water, sediment, and biota samples. The lower Gunnison River and the Colorado River in the study area are designated critical habitat for the endangered Colorado pikeminnow (*Ptychocheilus lucius*) and razorback sucker (*Xyrauchen texanus*). Because of the endangered status of these fish, sacrificing individuals for tissue residue analysis has been avoided; consequently, little information existed regarding selenium tissue residues. In 1994, muscle plugs were collected from a total of 39 Colorado pikeminnow captured at various Colorado River sites in the Grand Valley for selenium residue analysis. The muscle plugs collected from 16 Colorado pikeminnow captured at Walter Walker State Wildlife Area (WWSWA) contained a mean selenium concentration of 17 µg/g dry weight, which was over twice the recommended toxic threshold guideline concentration of 8 µg/g dry weight in muscle tissue for freshwater fish. Because of elevated selenium concentrations in muscle plugs in 1994, a total of 52 muscle plugs were taken during 1995 from Colorado pikeminnow staging at WWSWA. Eleven of these plugs were from fish previously sampled in 1994. Selenium concentrations in 9 of the 11 recaptured fish were significantly lower in 1995 than in 1994. Reduced selenium in fish may in part be attributed to higher instream flows in 1995 and lower water selenium concentrations in the Colorado River in the Grand Valley. In 1996, muscle plugs were taken from 35 Colorado squawfish captured at WWSWA, and no difference in mean selenium concentrations were detected from those sampled in 1995. Colorado River flows during 1996 were intermediate to those measured in 1994 and 1995.

In 1985, the U.S. Department of the Interior initiated a program to assess water-quality problems associated with federal irrigation projects in the western United States (Feltz *et al.*, 1991). Mancos shale, a marine shale, was identified as the primary

source of salinity and selenium problems documented in the western United States (Seiler and Skorupa 1995). A study of contaminant concentrations in fish and wildlife at sites that received irrigation drainwater associated with the Uncompahgre Project area and the Grand Valley in western Colorado was conducted during 1991–1993, because much of the irrigated area consists of Mancos shale. This study revealed high selenium concentrations in water, sediment, and biota samples (Butler *et al.*, 1994, 1996). Selenium concentrations in water samples collected from the lower Gunnison River and the Colorado River near the Colorado–Utah State line often exceeded the U.S. Environmental Protection Agency criterion of 5 µg/L for the protection of aquatic life (US EPA 1987). Selenium concentrations in biota often exceeded toxic threshold guidelines proposed by Lemly (1996), *i.e.*, 8 µg/g in muscle tissue. Because the lower Gunnison and Colorado Rivers were within "critical habitat" designated for the endangered Colorado pikeminnow (*Ptychocheilus lucius*) and razorback sucker (*Xyrauchen texanus*) (USFWS 1994), we were concerned about potential adverse effects to these endangered fish from selenium.

Because of the endangered status of the razorback sucker and Colorado pikeminnow, tissue sampling using lethal procedures has not been conducted, and therefore little information exists regarding tissue residues of selenium. To determine selenium residues in Colorado pikeminnow in the Grand Valley and assess the potential hazard, we selected a nonlethal sampling procedure developed and described by Waddell and May (1995). They took muscle plugs from razorback suckers using a 5-mm biopsy punch, and then analyzed the plugs for selenium residues using neutron activation. They demonstrated that the method was accurate and a good substitute for whole-body sampling when sacrifice of rare fish is prohibited.

## Materials and Methods

### Study Area

The Grand Valley, one of the largest agricultural and urban areas in western Colorado, is located along the Colorado River (Figure 1). Locations along the Colorado River are expressed in river kilometers

*Correspondence to:* B. C. Osmundson

B. C. Osmundson *et al.*



Fig. 1.  Colorado River in the Grand Valley, with designated river kilometers (rkm), including Walter Walker State Wildlife Area (rkm 263.1)

(rkm), where the confluence of the Green and Colorado Rivers is considered rkm 0.0 (converted from river miles as mapped by Belknap and Belknap 1974). In the center of the Grand Valley lies the city of Grand Junction, where the confluence of the Gunnison and Colorado Rivers occurs (rkm 275.1).

*Collection of Muscle Plugs and Selenium Determination*

In 1994, muscle plugs were collected from 39 Colorado pikeminnow inhabiting the Colorado River in the Grand Valley. Because many Colorado pikeminnow in the Grand Valley have been implanted with passive integrated transponder (PIT) tags, individual fish can often be identified. Thirteen Colorado pikeminnow were captured and biopsied in the "15-mile reach" (a specific reach identified for recovery efforts) of the Colorado River between Palisade and the Gunnison River confluence (rkm 297.7 to 275.1) (Figure 1). Twenty-four Colorado pikeminnow were captured and biopsied in the "18-mile reach" (another recovery area) of the Colorado River between the Gunnison River confluence and Loma (rkm 275.1 to 245.5). Of these 24, 16 were captured at Walter Walker State Wildlife Area (WWSWA), a prespawning staging area at rkm 263.1, currently used by Colorado pikeminnow and razorback suckers. Also, two Colorado pikeminnow were captured and biopsied in Horsethief and Ruby Canyons between Loma (rkm 245.5) and Westwater (rkm 205.3).

During 1995, a total of 45 Colorado pikeminnow were captured at WWSWA. Of these, 11 were fish previously biopsied in 1994. Six of the 45 fish were captured multiple times during summer 1995 and had muscle plugs taken each time. In 1996, muscle plugs were taken from a total of 35 Colorado pikeminnow captured at WWSWA. Of these 35 fish, three had been previously biopsied in both 1994 and 1995. Four of the 35 fish were captured and had plugs taken several times during the 1996 summer.

Muscle plugs were taken following procedures specified by Williamson (1992) in which a different 5-mm sterile biopsy punch was used on each fish and discarded after use. Disposable forceps (also used only once) were used to remove the muscle plug from the biopsy punch. Muscle plugs were taken from the dorsal area approximately 1–2 cm

anterior to the origin of the dorsal fin and 1–2 cm to either side of the spine. Samples were placed in chemically cleaned vials, chilled with wet ice in the field, frozen the same day, and kept frozen until preparation for analysis. Muscle plugs were collected by U.S. Fish and Wildlife Service biologists while conducting concurrent Colorado pikeminnow distribution and abundance surveys (see Osmundson and Burnham 1998, Mourning 1995 for capture methods). For fish repeatedly sampled over time, the second or third muscle plug was taken immediately adjacent to the location of previous biopsies (1–2 cm from dorsal fin).

*Determination of Selenium in Fish Muscle Plugs*

All sample preparation prior to neutron activation analysis was conducted by the Environmental and Contaminants Research Center (ECRC) and have been described by Waddell and May (1995). Samples were transported to the University of Missouri Research Reactor (MURR) staff where the determination of the radionuclide Se[7m] was made using procedures of McKown and Morris (1978). Sample transfer, irradiation, and detection parameters for the determination of the radionuclide Se[7m] in fish muscle plugs by neutron activation have been described by Waddell and May (1995).

*Statistical Treatment*

A Wilcoxon signed-rank test was used to determine how selenium concentrations in muscle plugs changed in 11 recaptured Colorado pikeminnow between 1994 and 1995 (Snedecor and Cochran 1972). To calculate sample means of selenium concentrations in Colorado pikeminnow from WWSWA for each year, multiple plugs from the same fish (taken at time spans ranging from 1 day to >2 months) were averaged together to calculate a mean concentration per fish per year. A linear regression was performed to determine how change in body weight affected selenium concentrations in the muscle plugs (Dowdy and Wearden 1983). Percent changes in body weight were transformed by arcsin $(X)$-½ to improve normality (Zar 1974). A linear regression

was performed to determine how change in flow affected water selenium concentrations at 18 different flows in the Colorado River during 1994 and 1995.

## Results and Discussion

### Quality Control—Selenium by Neutron Activation

Accuracy and precision of the irradiation method were estimated in two ways (Table 1). For an independent blind accuracy check, two samples of tissue reference or research material (~30 mg each) were prepared, sealed, and submitted with the 1994 samples to MURR. One sample of a tissue research material (whole-body striped bass, 92 mg) was submitted with the 1995 samples. Secondly, from 1994–1996, MURR conducted its own accuracy and method precision check by the irradiation of samples of National Institute of Standards and Technology (NIST) bovine liver SRM 1577. Results from 1994–1996 for these analyses are given in Table 1. Recoveries of selenium from all of the tissue materials were deemed successful, and results indicated that accuracy and precision were within the recommended or certified range. Method precision, determined from NIST bovine liver tissues analyzed by MURR was 3.1% relative standard deviation (% RSD) for 1994 samples, 2.7% RSD for 1995 samples, and 3.6% RSD for 1996 samples. The limit of detection for the $Se^{77m}$ method, based on a 30-mg sample weight, was 0.015 µg/g selenium.

### Difference Between Grand Valley Locations During 1994

Lemly (1996) recommended the following tissue residues of selenium to be used as levels for concern (*i.e.*, toxic threshold) for the health and reproductive vigor of freshwater fish: whole body = 4 µg/g dry weight (DW); muscle tissue = 8 µg/g DW. Fifteen of 39 total muscle plug samples taken from Colorado pikeminnow captured in the Grand Valley during 1994 contained selenium concentrations that exceeded the toxic threshold of 8 µg/g DW for muscle tissue (Table 2). Of these 15 samples, 12 were taken from fish captured from the backwater area at WWSWA at rkm 263.1 (Table 2; Figure 1). The 16 samples collected from fish at WWSWA during 1994 contained a mean selenium concentration of 16.6 µg/g DW, over twice the recommended guideline concentration (Table 2). The mean selenium concentration of 16.6 µg/g DW at WWSWA was over twice as high as the mean selenium concentration of the other plugs collected in the Gunnison River–to-Loma stretch of the Colorado River, and over three times as high as the mean selenium concentration of those collected in the Colorado River above the Gunnison River confluence (Table 2; Figure 1). Stephens and Waddell (1998) reported a similar situation in the Green River, Utah. Carp collected near Ashley Creek, a high-selenium site with water concentrations ranging from 25 to 73 µg/L, contained higher selenium concentrations than carp collected both upstream and downstream. The riverine backwater at WWSWA comprise a primary staging area for Colorado pikeminnow during spring runoff, 1–2 months prior to their summer spawning season, and may be used as spawning sites by a remnant population of razorback sucker while flooded during spring (McAda 1977; Valdez and Wick 1983). Compari-

sons of these muscle tissue concentrations with toxicological effects from selenium on other fish species (Lemly 1996) suggested that endangered fish staging at WWSWA probably deposit enough selenium in their eggs prior to spawning to adversely affect reproductive success by reducing survival of larvae. Colorado pikeminnow containing high selenium concentrations in muscle tissue were also collected from other Colorado River locations. These fish may have accumulated selenium from WWSWA earlier or accumulated selenium from other high-selenium locations along the Colorado River.

### Other Selenium Studies with Endangered Colorado River Fish

Eggs collected from three female razorback suckers and milt from five male razorback suckers captured in the Green River of northeastern Utah contained selenium concentrations elevated above control fish from other laboratory studies, but were below those of selenium-exposed fish demonstrating reproductive problems (Hamilton and Waddell 1994). Selenium concentrations of 3.7–10.6 µg/g DW in the eggs were believed by Hamilton and Waddell (1994) to be adversely affecting razorback sucker reproduction. Concentrations of selenium in razorback sucker eggs and milt were significantly correlated with selenium concentrations in muscle plugs taken from the same fish. The highest selenium concentrations in muscle plugs of these razorback suckers were within the range of those we found in Colorado pikeminnow at WWSWA in Colorado: ≥20 µg/g selenium DW. Hamilton and Waddell (1994) cited a personal communication from Bruce Haines (U.S. Fish and Wildlife Service, Vernal, UT) who collected a small number of fertilized eggs from three pairings of the wild razorback suckers and attempted to hatch these eggs using techniques that had proved successful in previous years. All three spawns failed to hatch. Although a cause-and-effect conclusion cannot be made, the elevated selenium concentrations in eggs may have played a role in the failure of eggs to hatch.

Another ongoing study (S. Hamilton, USGS, personal communication) is investigating the effects of selenium on razorback sucker reproductive success at WWSWA. Razorback sucker adults were held prior to spawning at three different sites along the Colorado River, each with different water selenium concentrations. Preliminary results indicated that concentrations of 12–17 µg/g DW in muscle of female razorback suckers was associated with adverse effects on larvae produced by that female, even when larvae were maintained in clean water and fed clean diets. Colorado pikeminnow captured from WWSWA contained similar selenium residues, high enough that adverse affects on their offspring might be expected.

### Annual Variation in Selenium Concentrations in Colorado Pikeminnow from WWSWA

The elevated selenium concentrations in Colorado pikeminnow, particularly at WWSWA during 1994, were cause for concern. Therefore, more muscle plugs were taken from Colorado pikeminnow staging at WWSWA during 1995. Of 52 total plugs taken from 45 fish at WWSWA during 1995, 11 were from fish recaptured from 1994 (Tables 3 and 4). Selenium concentra-

482                                                                                                B. C. Osmundson *et al.*

Table 1.  Results from tissue reference and research materials submitted as either ECRC blind samples or as MURR internal quality control samples

| Year | QC Type | MSC ID | MURR ID[a] | Measured Se ($\mu$g/g) | Actual Se ($\mu$g/g) | Mean Se | %RSD |
|------|---------|--------|---------|------------------------|----------------------|---------|------|
| 1994 | NIST RM 50 tuna[b] | 11012 | | 3.900 | 3.6  ± 0.4 | | |
| | NIST bovine liver 1577[b] | 11009 | | 1.200 | 1.1  ± 0.1 | | |
| | NIST bovine liver 1577[c] | | BL-730A | 1.111 | 1.1  ± 0.1 | 1.11 n = 7 | 3.1 |
| | | | BL-731A | 1.097 | | | |
| | | | BL-732A | 1.122 | | | |
| | | | BL-733A | 1.161 | | | |
| | | | BL-734A | 1.079 | | | |
| | | | BL-735A | 1.115 | | | |
| | | | BL-721A | 1.051 | | | |
| 1995 | Striped bass RM[b] | 20002 | | 2.20 | 2.26 ± 0.2 | | 2.7 |
| | NIST bovine liver 1577[c] | | BL-701 | 1.15 | 1.1  ± 0.1 | 1.16 n = 9 | |
| | | | BL-702 | 1.11 | | | |
| | | | BL-703 | 1.15 | | | |
| | | | BL-704 | 1.19 | | | |
| | | | BL-705 | 1.12 | | | |
| | | | BL-706 | 1.18 | | | |
| | | | BL-707 | 1.18 | | | |
| | | | BL-708 | 1.20 | | | |
| | | | BL-709 | 1.14 | | | |
| 1996 | NIST bovine liver 1577 | | BL-726A | 1.06 | 1.1  ± 0.1 | 1.07 n = 6 | 3.6 |
| | | | BL-727A | 1.01 | | | |
| | | | BL-728A | 1.09 | | | |
| | | | BL-729A | 1.12 | | | |
| | | | BL-730A | 1.08 | | | |
| | | | BL-731A | 1.07 | | | |

[a] National Institute of Standards and Technology bovine liver Certified Standard Reference Material 1577
[b] Blind QC submitted from ECRC
[c] Analyzed by MURR as part of internal QC program

Table 2.  Mean selenium concentrations ($\mu$g/g dry weight) in Colorado pikeminnow muscle plugs collected during May and June 1994 in three stretches of the Colorado River, including Walter Walker State Wildlife area (WWSWA) and the Gunnison River

| (rkm[a] of Colo. R.) | Loma to Westwater (200.8–245.5) | Gunn. R. to Loma (minus WWSWA) (245.5–275.1) | WWSWA (263.1) | Palisade to Gunn. R. (275.1–297.7) |
|------|------|------|------|------|
| Mean | 5.3 | 7.8 | 16.6 | 5.4 |
| SD | 1.3 | 4.5 | 8.8 | 1.7 |
| n | 2 | 8 | 16 | 13 |
| Max | 6.2 | 17.8 | 30.7 | 10.0 |
| Min | 4.4 | 4.1 | 4.4 | 3.2 |
| # > TG[b] | 0 | 2 (25%) | 12 (75%) | 1 (8%) |

[a] rkm = river kilometer
[b] TG = Toxic guideline of 8 $\mu$g/g dry weight

Table 3.  Mean selenium concentrations ($\mu$g/g dry weight) in Colorado pikeminnow muscle plugs collected at Walter Walker State Wildlife Area during 1994–1996

| | 1994 | 1995 | 1996 |
|------|------|------|------|
| Mean | 16.6 | 9.4 | 9.4 |
| SD | 8.8 | 4.7 | 5 |
| n | 16 | 45 | 35 |
| Max | 30.7 | 22 | 21.5 |
| Min | 4.4 | 4.1 | 4.4 |
| # > TG[a] | 12 (75%) | 24 (53%) | 13 (37.1%) |

[a] TG = Toxic guideline of 8 $\mu$g/g dry weight

tions in nine of these 11 recaptured fish were significantly less ($p \leq 0.05$) in 1995 than in 1994 (Table 4). Nevertheless, mean values in 1995 still exceeded toxic guidelines proposed by Lemly (1996). There was also a reduction of water selenium concentrations in the Colorado River from 1994 to 1995 (Figure 2), which in turn probably resulted from a dilution effect from much higher spring flows during 1995 (Figure 3) (Ugland *et al.*, 1994; Crowfoot *et al.*, 1995). The correlation between Colorado River flows at the Colorado–Utah state line and water selenium concentrations (n = 21) was significant (p = 0.0004), with a coefficient of determination of 0.49. Thus, about 50% of the selenium concentrations in the water can be attributed to flow.

The relationship between flow in the Colorado River and selenium concentrations in fish muscle plugs was less straightforward. Several factors most likely influence selenium concentrations in muscle plugs, including: (1) selenium concentrations in food items, (2) previous selenium loads in muscle and other tissues, (3) staging and feeding locations of fish prior to capture, (4) feeding rate and weight gain of fish, (5) sex of fish (females can deposit selenium into eggs), and (6) magnitude, duration, and timing of spring runoff and peak flows. Selenium concentrations in water are not necessarily the best indicators of selenium in fish muscle because dietary items are the major pathway of selenium bioaccumulation (Lemly 1995). Muscle plugs in 1994 were collected during peak runoff in May and June, before the selenium concentration in the river at the Colorado–Utah state line raised from 3 to 8 $\mu$g/L between June 22 and July 22. Also,

Se Concentrations in Colorado River *P. lucius*                                                                483

Table 4. Selenium concentrations (µg/g dry weight) in muscle plugs taken from Colorado pikeminnows captured during 1994 and recaptured during 1995 and 1996 at Walter Walker State Wildlife area (rkm 263.1)

| PIT Tag No. | 1994 | | | 1995 | | | 1996 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Collection Date | Fish Weight (g) | Selenium (µg/g) | Collection Date | Fish Weight (g) | Selenium (µg/g) | Collection Date | Fish Weight (g) | Selenium (µg/g) |
| 0666 | May 24 | 2,048 | 4.4 | May 4 | 3,545 | 4.1 | | | |
| 0B16[a] | Jun 13 | 7,936 | 4.4 | Jun 13 | 6,500 | 5.1 | | | |
| 0E65 | May 24 | 2,950 | 6.4 | Aug 4 | 3,500 | 8.3 | May 14 | 3,400 | 8.0 |
| 184E | May 24 | 1,890 | 20.4 | May 25 | 2,025 | 15.0 | | | |
| 1911[b] | Jun 14 | 980 | 17.8 | Jul 10 | 1,150 | 15.0 | May 13 | 1,225 | 17.2 |
| 312F[c] | May 24 | 1,110 | 7.1 | Jul 25 | 1,900 | 5.8 | | | |
| 3B28 | May 24 | 1,840 | 13.7 | Jul 10 | 2,450 | 6.5 | | | |
| 3C6F | May 24 | 1,260 | 29.1 | May 4 | 1,818 | 19.0 | | | |
| 5115 | May 24 | 1,706 | 30.7 | Jun 5 | 1,725 | 22.0 | May 21 | 1,950 | 21.5 |
| 6531 | May 24 | 1,897 | 16.6 | May 4 | 2,545 | 10.0 | | | |
| 6E7F | May 24 | 1,663 | 25.9 | Jul 10 | 2,200 | 18.0 | | | |

[a] Fish captured at rkm 209.5 in 1994
[b] Fish captured at rkm 272.9 in 1994
[c] Fish captured at rkm 263.9 in 1994



Fig. 2. Selenium concentrations (µg/L) in water sampled at six main channel sites on the Colorado River heading from east to west in the Grand Valley, July 1994 and July 1995 (data from Ugland *et al.* 1994; Crowfoot *et al.* 1995). The Cameo and below Grand Valley Canal (below GVC) sites are in the east Grand Valley and above the influence of irrigation return water



Fig. 3. Monthly mean discharge in cubic feet per second (cfs) in the Colorado River at the US Geological Survey gauging station near the Colorado–Utah state line during 1994–1996 (data from Ugland *et al.*, 1994; Crowfoot *et al.*, 1995, 1996)

three muscle plugs in 1995 were collected on May 4, right before the high runoff flows in mid-May 1995. It is possible that higher flows in 1995 than in 1994 played a role in reduced selenium concentrations in muscle plugs of those fish collected in June or later 1995. It should be noted that 10 of the 11 recaptured fish gained weight between 1994 and 1995 (Table 3). To take into account possible dilution of selenium due to weight gain on the nine fish, which had lower selenium concentrations during 1995, a linear regression analysis was performed to assess changes in selenium concentrations in muscle plugs due to increase in body weight from 1994 to 1995. The resulting

correlation coefficient was 0.32, the coefficient of determination was 0.102 (p = 0.12). Thus, had the p value been significant (larger sample size) only 10.2% of the reduction in selenium concentrations in the nine fish could be attributed to increased body weight.

In 1996, muscle plugs were taken from a total of 35 Colorado pikeminnow captured at WWSWA (Table 3). The 1996 mean selenium concentration from these samples was unchanged from that in 1995 (Table 3). The magnitude of spring flows in the Colorado River during 1996 was intermediate of that in 1994 and 1995 (Figure 3) (Crowfoot *et al.*, 1996). As in 1994 and 1995, the mean selenium concentration in Colorado pikeminnow captured at WWSWA in 1996 exceeded the 8 µg/g DW toxic guideline for fish muscle tissue (Table 3).

BLM_0060812

Table 5. Comparison of selenium concentrations (µg/g dry weight) in muscle plugs of Colorado pikeminnow captured and biopsied multiple times at WWSWA during the 1995 and 1996 breeding seasons

| 1995 | | | | 1996 | | | |
|---|---|---|---|---|---|---|---|
| PIT Tag No. | Collection Date | Se (µg/g) | Weight (g) | PIT Tag No. | Collection Date | Se (µg/g) | Weight (g) |
| 2D61 | May 25 | 20 | 1,775 | 2COD | May 14 | 13.4 | 1,250 |
| 2D61 | Jun 13 | 20 | 1,775 | 2COD | May 21 | 14.6 | 1,250 |
| 2E6D | Jun 1 | 17 | 1,600 | 2COD | Jun 6 | 13.5 | 1,350 |
| 2E6D | Jul 10 | 19 | 1,800 | 2D15 | Jun 5 | 4.6 | 4,150 |
| 2F30 | May 25 | 12 | 1,150 | 2D15 | Jun 6 | 5.8 | 4,050 |
| 2F30 | Aug 4 | 16 | 1,400 | 513D | May 13 | 11.6 | 2,025 |
| 3E2E | May 25 | 6.3 | 1,500 | 513D | May 24 | 13.5 | 1,950 |
| 3E2E | Jun 13 | 6.2 | 1,500 | 5A70 | May 13 | 5.7 | 3,450 |
| 7530 | May 25 | 6.3 | 1,200 | 5A70 | Jun 6 | 4.8 | 3,450 |
| 7530 | Jun 12 | 6.6 | 1,350 | | | | |
| 7530 | Jul 10 | 6.7 | 1,400 | | | | |
| 787D | Jun 13 | 7.7 | 2,200 | | | | |
| 787D | Aug 4 | 7.9 | 2,250 | | | | |

McAda and Ryel (1999) found that Colorado pikeminnow larvae and age 0 juveniles were most abundant in Colorado River backwaters in years of moderate peak runoff that were preceded by years with high runoff, including 1996. Even though larval production may be relatively high during high runoff years (such as 1995), Colorado pikeminnow young of the year (YOY) densities in fall were lower during such years, most likely because larvae are carried further downstream. Our studies suggest that high runoff has a "flushing effect" on selenium in Colorado River backwaters. This effect may in turn contribute to increased recruitment of YOY fish in following years.

### Comparison of Selenium Concentrations in Multiple Muscle Plugs

Selenium concentrations in muscle plugs taken from the same fish at varying intervals of the breeding season during 1995 and 1996 are presented in Table 5. Six out of 10 fish accumulated selenium in muscle as the summer progressed. Gains in selenium were accompanied by total body weight gains in four fish (PIT tags 2E6D, 2F30, 7530, and 787D). Two fish accumulated selenium but lost weight (PIT tags 2D61 and 3E2E). One fish (PIT tag 2COD) accumulated selenium and maintained weight from May 14–21, but lost selenium and gained weight from May 21 to June 6. One fish (PIT tag 5A70) lost selenium, but maintained weight from May 13 to June 6. As mentioned previously, several factors probably influence fluctuations in selenium concentrations in muscle.

### Conclusions

Mean selenium concentrations found in the muscle tissue of Colorado pikeminnow staging at WWSWA exceeded the toxic threshold of 8 µg/g DW in all 3 years studied. Some Colorado pikeminnow collected at other Colorado River locations (besides WWSWA) also contained muscle selenium concentrations that exceeded the toxic threshold. Elevated selenium concentrations in the Grand Valley may be contributing to low

reproductive success of this endangered species. Although the period of our study consisted of only 3 years, there was an inverse relationship between the magnitude of spring flows and the concentration of selenium in Colorado River water. High flows likely lower concentrations of selenium in water through a dilution and flushing effect. Depending on timing and duration of high spring flows, the ultimate result may be an inverse relationship between flow and selenium concentrations in fish and dietary items.

*Acknowledgments.* The authors thank Dale Ryden, Bob Burdick, and Toby Mourning of the Colorado River Fishery Project (U.S. Fish and Wildlife Service) for collecting many of the muscle plug samples. Funding for this study was provided by the Department of the Interior National Irrigation Water Quality Program. Steve Hamilton, Rick Krueger, Dave Butler, John Harb, Larry Gamble, and two anonymous reviewers provided valuable comments on drafts of this document.

### References

Belknap B, Belknap B (1974) Canyonlands river guide. Westwater Books, Belknap Photographic Services, Boulder City, NV

Butler DL, Wright WG, Hahn DA, Krueger RP, Osmundson BC (1994) Physical, chemical, and biological data for detailed study of irrigation drainage in the Uncompahgre Project area and in the Grand Valley, west-central Colorado, 1991–92. US Geological Survey Open-File Report 94-110, US Geological Survey, Denver, CO

Butler DL, Wright WG, Stewart KC, Osmundson BC, Krueger RP, Crabtree DW (1996) Detailed study of selenium and other constituents in water, bottom sediment, soil, alfalfa, and biota associated with irrigation drainage in the Uncompahgre Project area and in the Grand Valley, west-central Colorado, 1991–93. US Geological Survey, Water-Resources Investigations Report 96-4138, US Geological Survey, Denver, CO

Crowfoot RM, Ugland RC, Maura WS, Jenkins RA, O'Neill GB (1995) Water resources data Colorado water year 1995, volume 2—Colorado River Basin. US Geological Survey Water-Data Report CO-95-2, US Geological Survey, Lakewood, CO

Crowfoot RM, Paillet AV, Ritz GF, Smith ME, Jenkins RA, O'Neill GB (1996) Water resources data Colorado water year 1996, volume

2—Colorado River Basin. US Geological Survey Water-Data Report CO-96-2, US Geological Survey, Lakewood, CO

Dowdy S, Wearden S (1983) Statistics for research. John Wiley & Sons, New York, NY

Feltz HR, Sylvester MA, Engberg RA (1991) Reconnaissance investigation of the effects of irrigation drainage on water quality, bottom sediment, and biota in the western United States. Water-resources Investigations Rep 91-4034, US Geological Survey, Reston, VA

Hamilton SJ, Waddell B (1994) Selenium in eggs and milt of razorback sucker (*Xyrauchen texanus*) in the middle Green River. Arch Environ Contam Toxicol 27:195–201

Lemly AD (1995) A protocol for aquatic hazard assessment of selenium. Ecotoxicol Environ Safety 32:280–288

Lemly AD (1996) Selenium in aquatic organisms. In: Beyer WN, Heinz GH, Redmon-Norwood A (eds). Environmental contaminants in wildlife: interpreting tissue concentrations. Lewis Publishers, New York, NY, pp 427–445

McAda CW (1977) Aspects of the life history of three catostomids native to the Upper Colorado River Basin. MS thesis, Utah State University, Logan, UT

McAda CW, Ryel RJ (1999) Distribution, relative abundance, and environmental correlates for age-0 Colorado pikeminnow and sympatric fishes in the Colorado River. Recovery Program Project 45 Final Report, US Fish and Wildlife Service, Grand Junction, CO

McKown DM, Morris JS (1978) Rapid measurement of selenium in biological samples using instrumental neutron activation analysis. J Radioanal Chem 43:411–420

Mourning TE (1995) Walter Walker State Wildlife Area ichthyofaunal survey. Final Report, US Fish and Wildlife Service, Grand Junction, CO

Osmundson DB, Burnham KP (1998) Status and trends of the endangered Colorado squawfish in the upper Colorado River. Trans Am Fish Soc 127:957–970

Seiler RL, Skorupa JP (1995) Identification of areas at risk for selenium contamination in the western United States. Water Resources at Risk, American Institute of Hydrology, LL-85-LL-94, Denver, CO

Snedecor GW, Cochran WG (1972) Statistical methods, 6th ed. Iowa State University Press, Ames, IA

Stephens DW, Waddell B (1998) Selenium sources and effects on biota in the Green River basin of Wyoming, Colorado, and Utah. In: Frankenberg WT, Engberg RA (eds). Environmental chemistry of selenium. Marcel Dekker, New York, NY, pp. 183–203

US EPA (1987) Ambient water quality criteria for Selenium—1987. U.S. Environmental Protection Agency, Washington, DC, EPA 440/5-87-006.

USFWS (1994) Endangered and threatened wildlife and plants; determination of critical habitat for the Colorado River endangered fishes: razorback sucker, Colorado squawfish, humpback chub, and bonytail chub. Fed Regist 59:13374–13399

Ugland RC, Maura WS, Wilson EA, O'Neill GB (1994) Water resources data Colorado water year 1994, volume 2—Colorado River Basin. US Geological Survey Water Data Report CO-94-2, US Geological Survey, Lakewood, CO

Valdez RA, Wick EJ (1983) Natural vs manmade backwaters as native fish habitat. In: Adams VD and Lamarra VA (eds) Aquatic resources management of the Colorado River ecosystem. Proceedings of the 1981 Symposium on the Aquatic Resources Management of the Colorado River Ecosystem, Las Vegas, NV

Waddell B, May TS (1995) Selenium concentrations in the razorback sucker (*Xyrauchen texanus*): substitution of non-lethal muscle plugs for muscle tissue in contaminant assessment. Arch Environ Contam Toxicol 28:321–326

Williamson JH (1992) Colorado pikeminnow genetic survey-tissue sampling protocol 1992. US Fish and Wildlife Service, Denver, CO

Zar, JH (1974) Biostatistical analysis. Prentice-Hall Inc, Englewood Cliffs, NJ

BLM_0060814

BLM_0060815



# Fossils from the Middle Jurassic Wanakah Formation near Delta in Western Colorado



Scientific Investigations Report 2006-5105

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0060816

# Fossils from the Middle Jurassic Wanakah Formation near Delta in Western Colorado

By R.B. O'Sullivan, M.A. Carey, and S.C. Good

Scientific Investigations Report 2006-5105

**U.S. Department of the Interior**
**U.S. Geological Survey**

BLM_0060817

**U.S. Department of the Interior**
DIRK KEMPTHORNE, Secretary

**U.S. Geological Survey**
P. Patrick Leahy, Acting Director

U.S. Geological Survey, Reston, Virginia: 2006

Posted online August 2006

This publication is only available online at
http://pubs.usgs.gov/sir/2006/5105/

For more information on the USGS—the Federal source for science about the Earth, its natural and living resources, natural hazards, and the environment:
World Wide Web: http://www.usgs.gov
Telephone: 1-888-ASK-USGS

Any use of trade, product, or firm names is for descriptive purposes only and does not imply endorsement by the U.S. Government.

Although this report is in the public domain, permission must be secured from the individual copyright owners to reproduce any copyrighted materials contained within this report.

*Suggested citation:*
O'Sullivan, R.B., Carey, M.A., Good, S.C., 2006, Fossils from the Middle Jurassic Wanakah Formation near Delta in western Colorado: U.S. Geological Survey Scientific Investigations Report 2006-5105, 6 p.

BLM_0060818

# Contents

Abstract.................................................................................................................................1
Introduction..........................................................................................................................1
Previous Work .....................................................................................................................1
Present Investigation .........................................................................................................2
Conclusion............................................................................................................................4
References Cited.................................................................................................................5

# Figures

1.  Maps showing distribution of Wanakah Formation and the Delta-Bridgeport area.........2
2.  Nomenclature chart of Middle and Upper Jurassic rocks in the San Rafael Swell and
    study area ......................................................................................................................3
3.  Photographs of fossil bed and some fossil forms ................................................................4

BLM_0060819

# Fossils from the Middle Jurassic Wanakah Formation near Delta in Western Colorado

By R.B. O'Sullivan, M.A. Carey, and S.C. Good[1]

## Abstract

The Middle Jurassic Wanakah Formation averages about 30 m in thickness in Colorado. Fossils are sparse and include fish, ostracodes, and trace fossils. A thin (0.03–0.45 m) fossil bed near the middle of the formation extends for some 48 km along the northeast flank of the Uncompahgre Plateau near Delta. The fossil bed at one locality contains one pelecypod identified possibly as *Modiolus* cf. *M. subimbricatus* (Meek), as well as other specimens too poorly preserved for identification. Previously, *Mytilus* was found in the same fossil bed at another locality by C.N. Holmes. The Wanakah Formation is primarily of terrestrial origin, but the fossil bed represents a shallow-marine incursion.

## Introduction

The Middle Jurassic Wanakah Formation is widespread in Colorado and the adjacent States of Utah, Arizona, and New Mexico (fig. 1A). Only a few fossils have been reported from the formation, so its origin is still somewhat speculative. Near Delta in western Colorado, the recovery of a single bivalve mollusk, together with associated fossils, contributes to understanding the local depositional environments of the formation.

The Wanakah Formation was named for strata that overlie the Middle Jurassic Entrada Sandstone and underlie the Upper Jurassic Morrison Formation. The name is derived from the Wanakah base and precious metals mine 1.6 km north of Ouray and 85 km south of Delta (Burbank, 1930). The Wanakah has been mapped in the Grand Junction area, just to the north of the study area (Scott and others, 2001), and has been traced from Bridgeport (fig. 1B) southward to Ouray (fig. 1A; O'Sullivan, 2004). The formation consists of a thin basal limestone member overlain by a thicker and more extensive sequence of sandstone and siltstone. The basal limestone member is termed Pony Express in Colorado and Todilto in New Mexico and Arizona.

Near Ouray, the Wanakah Formation is 27–38 m thick and consists of three units—in ascending order, the Pony Express Limestone Member, the Bilk Creek Sandstone Member, and the beds at Sawpit. The Pony Express Limestone Member is a dark-gray limestone generally 0–6 m thick within Colorado. However, near Ouray, where the upper part locally contains a thick lens of gypsum, the member is about 18 m thick. North of Ouray the Pony Express dips northward beneath younger rocks, and where the Wanakah reappears at the surface along Dry Creek 20 km southeast of Olathe (fig. 1B), the Pony Express Limestone Member is absent (see O'Sullivan, 2004). The Bilk Creek Sandstone Member, 4.5–9 m thick, is a fine-grained, flat-bedded sandstone capped by a distinctive carnelian sandstone marker bed. This marker bed, generally 0.3–0.6 m thick, is a poorly sorted, fine-grained sandstone containing sparse to abundant, rounded, coarse quartz grains. The beds at Sawpit at the top of the formation are mostly interbedded red sandstone and siltstone in units that are generally less than 0.9 m thick.

## Previous Work

Holmes (1960, fig. 30), in his study of Jurassic stratigraphy in Colorado, assigned the strata above the Entrada Sandstone to the Summerville Formation, the type section of which is in Utah about 215 km west of Delta. In our study area (fig. 1), however, we consider the name Wanakah Formation to take precedence, following the definition of Burbank (1930, p. 171–177) for exposures near Ouray (fig. 1A). Furthermore, regional correlations, shown in figure 2, indicate the Summerville—which is separated from the Entrada by the Curtis Formation (a marine sandstone about 61 m thick) at the type locality—to be younger than the Wanakah.

Some of the strata we now recognize as Wanakah Formation were incorrectly assigned to the basal Morrison Formation in the area extending from Bridgeport (fig. 1B) west to Dewey Bridge in Utah by O'Sullivan and Pipiringos (1983). However, the stratigraphic relationships were clarified in a more recent report by O'Sullivan (2004).

The few fossils reported for the Wanakah Formation are mostly from the basal limestone member—the Pony Express in Colorado and the Todilto in New Mexico and Arizona.

[1]Department of Geology and Astronomy, West Chester University, West Chester, Pa., 19383

**2    Fossils from Middle Jurassic Wanakah Formation near Delta, Colorado**




**Figure 1.**   Distribution of Wanakah Formation and the Delta-Bridgeport area. *A,* Distribution of Wanakah Formation, modified from Schaeffer and Patterson (1984, fig. 1); limits of the basal limestone member of the Wanakah Formation from Ridgley (1989, fig. 10). *B,* Map of Delta–Uncompahgre Plateau area. LDF, Little Dominguez fossil locality; HE, Escalante Creek fossil locality of Holmes (1960).

They include fish, ostracodes, and aquatic insects described by Schaeffer and Patterson (1984) and Lucas and others (1985). Lucas and others (1985, p. 220–227) and Kirkland and others (1995, p. 33) concluded that the basal limestone of the Wanakah is of saline lake origin, whereas Harshbarger and others (1957, p. 46) interpreted the Todilto Limestone Member to be of marine origin. Work on sulfur-isotope compositions by Adler (1974, p. 630) and whole-rock carbon-, oxygen-, and sulfur-isotope studies by Ridgley and Goldhaber (1983, p. 414) suggested to them a marine rather than a lacustrine origin for the basal limestone.

The following fossils have been reported above the Pony Express and Todilto Limestone Members of the Wanakah Formation:

1.  Lockley (1991, p. 59–65) documented abundant dinosaur footprints at a locality north of Moab, Utah.

2.  Steele (1985, p. 9, 11) reported ostracodes (no distinction as to marine or freshwater forms) from the Bilk Creek Sandstone Member near Sawpit and Stoner (fig. 1*A*) in southwest Colorado and from the upper part of the Wanakah (beds at Sawpit) at an unspecified locality in the area between Uravan and Stoner (fig. 1*A*).

3.  Trace fossils and the nonmarine mollusk *Vetulonia* were reported from the upper member of the Wanakah, above

the Todilto Limestone Member, near Ghost Ranch in northwestern New Mexico (fig. 1*A*), and were considered to be of shallow-lacustrine origin by Ridgley (1989).

4.  Fish and plants were described by Schultze and Enciso (1983) from strata assigned to the Wanakah Formation by Schaeffer and Patterson (1984, p. 10–12) near Canon City in eastern Colorado. Lucas and others (1985, fig. 7) regarded the strata near Canon City as being part of the lacustrine facies of the Todilto Limestone Member.

## Present Investigation

South and west of Delta (fig. 1*B*), the Wanakah Formation crops out in several places on the northeast side of the Uncompahgre Plateau, where the ground surface rises from an elevation of 1,443 m at a benchmark near Bridgeport to more than 2,987 m at the crest of the plateau. Deep canyons, trending northeast, reveal Cretaceous and Upper Jurassic rocks including the Wanakah Formation as well as underlying formations. These canyons include Little Dominguez, Escalante, Roubideau, and Dry Creeks, which flow into the Gunnison River south and east of Bridgeport (fig. 1*B*).

BLM_0060821



**Figure 2.** Nomenclature of Middle and Upper Jurassic rocks in the San Rafael Swell and study area. Labeled unconformities discussed in Pipiringos and O'Sullivan (1978).

During our study, a fossil locality was found, by O'Sullivan along Little Dominguez Creek about 3.2 km south of Bridgeport in a unit near the middle of the Wanakah referred to as the fossil bed. The fossil collection consisted of a single mollusk with associated poorly preserved and as-yet-unidentified fossils. Another pelecypod locality, described previously by Holmes (1960), is in the same bed along Escalante Creek (fig. 1B). The fossil bed is a thin gray sandstone extending from Bridgeport southeast to Dry Creek; it is overlain by a thin red claystone throughout the area.

The following stratigraphic section shows the thickness and lithologies of the Wanakah Formation at the fossil locality (section measured along Little Dominguez Creek 3.2 km south of Bridgeport, Colo., in NE¼NE¼SE¼ sec. 30, T. 14 S., R. 98 W.; Triangle Mesa 7.5-minute quadrangle, 1969):

*Thickness
(meters)*

Jurassic System:

Upper Jurassic Series:

Morrison Formation:

Tidwell Member (part):

Bed A:

12. Sandstone, yellowish-gray, flat-bedded and ripple-marked; coarse to very coarse grains; forms ledge; base is J-5 unconformity ........................................ 2.16

Thickness of bed A ........................... 2.16

Middle Jurassic Series:

Wanakah Formation:

Beds at Sawpit:

11. Siltstone; forms a slope; poorly exposed beneath a hard layer of rubble; reddish-tan and olive-drab siltstones occur at various levels; a 0.15-m-thick, yellowish-gray, very fine grained sandstone makes a slight ledge at base of unit; sparse, thin, dove-gray limestone nodules are present ........ 7.31

10. Siltstone, reddish-brown; forms a slope; poorly exposed beneath a hard veneer of rubble; red siltstone exposed at several horizons ................................................. 4.02

9. Claystone, reddish-brown; flaky, silty ....0.24

8. Fossil bed; sandstone, gray, fine-grained; forms square-faced ledge ...................... 0.09

7. Siltstone, reddish-brown; forms small slope....................................................... 0.73

6. Sandstone, gray, flat-bedded; forms conspicuous ledge that overhangs underlying units...................................... 0.33

5. Sandstone, reddish-tan, mottled and streaked gray; sparse medium-sized quartz grains; thin reddish-brown siltstone layers make deep reentrants 4.05 m above base and at top of unit ................................... <u>5.57</u>

Thickness of beds at Sawpit.......... 18.29

Bilk Creek Sandstone Member:

4. Carnelian sandstone marker bed; sand-stone, moderate-orange-pink, crossbed-ded; abundant rounded, medium-size quartz grains; forms ledge that overhangs underlying unit......................................... 0.6

3. Siltstone, reddish-brown, mottled gray; sandy; forms conspicuous reentrant beneath unit 4 ......................................... 0.97

2. Sandstone, reddish-tan, mottled gray; sparse medium-size grains; forms gentle slope .................................................... 3.44

1. Sandstone, gray; lower 0.3 m is reddish-tan, flat-bedded; conspicuous nick at base ...................................................... <u>1.52</u>

Thickness Bilk Creek Sandstone Member .......................................... <u>6.53</u>

Total thickness Wanakah Formation ....................................24.82

Entrada Sandstone (not described)

BLM_0060822

**4      Fossils from Middle Jurassic Wanakah Formation near Delta, Colorado**

The single bivalve mollusk collected at the Little Dominguez Creek locality was from the top of the fossil bed (unit 8 of the measured section). Although poorly preserved (fig. 3B–C), it can most reliably be identified, by Good, as *Modiolus* cf. *M. subimbricatus* (Meek). The specimen has a length of 17 mm, a growth axis of 19 mm, and a width of 11 mm. *Modiolus* is common in Jurassic rocks in Utah (Imlay, 1964) and is indicative of a shallow-marine environment. We noted possible sponge spicules at several localities in the fossil bed, and we found other fossils of uncertain classification (fig. 3D–E) at several different places in the fossil bed.

Pelecypod fossils collected near the mouth of Escalante Creek by Holmes (1960, p. 107) were examined by J.B. Reeside, Jr. (U.S. Geological Survey) and identified as an unnamed species of *Mytilus* of marine origin. Small calcareous tubes possibly formed by serpulid worms are also present at the same locality (Holmes, 1960, p. 107). A comparison of the section measured by Holmes (1960, fig. 30) with sections measured by O'Sullivan (2004) along Escalante Creek indicates that the fossil horizon described by Holmes is the fossil bed of the Wanakah Formation.

## Conclusion

The Wanakah Formation is probably mostly of terrestrial origin. The red in the beds at Sawpit suggests a subaerial environment of deposition, but trace fossils at localities in New Mexico indicate that some beds are of lacustrine origin. The flat, thin, uniform bedding and lack of scour surfaces may reflect deposition in quiet waters. Some beds are widely distributed; the fossil bed, for example, is found from Bridgeport to Dry Creek, a distance of some 48 km, and the carnelian sandstone marker bed can be traced from Little Dominguez Creek to Ouray, a distance of 113 km. The various bedding features suggest a deltaic environment of deposition, as was interpreted by Wright (1959, p. 63), and the fossil bed represents a local incursion of the sea. During our investigation, the fossil bed was inspected only in a reconnaissance fashion, so future, more careful examinations of the fossil bed may reveal new forms that will add to a better understanding of the conditions of deposition of the Wanakah Formation.



**Figure 3 (above and following page).**    Fossil bed and some fossil forms. *A,* Fossil bed (FB) on Escalante Creek; arrows indicate top and bottom of fossil bed. Dark band above fossil bed is claystone. View is to northwest in SE¼ sec. 30, T. 15 S., R. 97 W. Length of hammer handle is 28 cm for scale. *B,* Lateral view of right valve of *Modiolus* from the Little Dominguez fossil locality. *C,* Posterior view of *Modiolus. D,* Shell impression from fossil bed on Little Dominguez Creek. *E,* Fragment resembling a bryozoan matrix from fossil bed at Bridgeport. Scales in millimeters.

BLM_0060823



## References Cited

Adler, H.H., 1974, Sulfur-isotope composition of Jurassic and Triassic marine sulfates of the United States: Geological Society of America Abstracts with Programs, v. 6, no. 7, p. 630.

Burbank, W.S., 1930, Revision of geologic structure and stratigraphy in the Ouray district of Colorado and its bearing on ore deposition: Colorado Scientific Society Proceedings, v. 12, p. 151–232.

Harshbarger, J.W., Repenning, C.A., and Irwin, J.H., 1957, Stratigraphy of the uppermost Triassic and Jurassic rocks of the Navajo country: U.S. Geological Survey Professional Paper 291, 74 p.

Holmes, C.N., 1960, Jurassic history and stratigraphy of Colorado: Salt Lake City, Utah, University of Utah Ph. D. thesis, 396 p.

Imlay, R.W., 1964, Marine Jurassic pelecypods from central and southern Utah: U.S. Geological Survey Professional Paper 483-C, p. C1–C40.

Kirkland, D.W., Denison, R.E., and Evans, R., 1995, Middle Jurassic Todilto Formation of northern New Mexico and southwestern Colorado—Marine or nonmarine?: New Mexico Bureau of Mines and Mineral Resources Bulletin 147, 37 p.

Lockley, M.G., 1991, The Moab megatracksite—A preliminary description and discussion of millions of Middle Jurassic tracks in eastern Utah: Grand Junction Geological Society Guidebook for Dinosaur Quarries and Tracksites Tour, western Colorado and eastern Utah, p. 59–65.

Lucas, S.C., Kietzke, K.K., and Hunt, A.P., 1985, The Jurassic System in east-central New Mexico: Socorro, N. Mex., New Mexico Geological Society, Guidebook 36, p. 213–242.

O'Sullivan, R.B., 2004, Correlation of Middle Jurassic San Rafael Group and related rocks from Bridgeport to Ouray in western Colorado: U.S. Geological Survey Scientific Investigations Map 2849, 1 sheet.

O'Sullivan, R.B., and Pipiringos, G.N., 1983, Stratigraphic sections of Middle Jurassic Entrada Sandstone and related rocks from Dewey Bridge, Utah, to Bridgeport, Colorado:

**6      Fossils from Middle Jurassic Wanakah Formation near Delta, Colorado**

U.S. Geological Survey Oil and Gas Investigations Chart OC-122, 1 sheet.

Pipiringos, G.N., and O'Sullivan, R.B., 1978, Principal unconformities in Triassic and Jurassic rocks, Western Interior United States—A preliminary survey: U.S. Geological Survey Professional Paper 1035-A, p. A1–A29.

Ridgley, J.L., 1989, Trace fossils and mollusks from the upper member of the Wanakah Formation, Chama basin, New Mexico—Evidence for a lacustrine origin: U.S. Geological Survey Bulletin 1808, Chapter C, p. C1–C16.

Ridgley, J.L., and Goldhaber, Martin, 1983, Isotopic evidence for a marine origin of the Todilto Limestone, north-central New Mexico: Geological Society of America Abstracts with Programs, v. 15, no. 5, p. 414.

Schaeffer, Bobb, and Patterson, Colin, 1984, Jurassic fishes from the western United States, with comments on Jurassic fish distribution: American Museum of Natural History Novitates Number 2796, 86 p.

Schultze, Hans-Peter, and Enciso, Gonzalo, 1983, Middle Jurassic age of the fish-bearing horizon in the Canon City embayment, Colorado: Journal of Paleontology, v. 57, no. 5, p. 1053–1060.

Scott, R.B., Harding, A.E., Hood, W.C., Cole, R.D., Livaccari, R.F., Johnson, J.B., Shroba, R.R., and Dickerson, R.P., 2001, Geologic map of Colorado National Monument and adjacent areas, Mesa County, Colorado: U.S. Geological Survey Geologic Investigations Series I-2740, scale 1:24,000, 40-p. pamphlet.

Steele, B.A., 1985, Preliminary report on and measured sections of the Middle Jurassic Entrada Sandstone and Wanakah Formation near Placerville, southwestern Colorado: U.S. Geological Survey Open-File Report 85-446, 55 p.

Wright, J.C., 1959, San Rafael (Entrada) studies, *in* Geologic investigations of radioactive deposits—Semiannual progress report for December 1, 1958 to May 31, 1959: U.S. Atomic Energy Commission, Trace Element Investigation TEI-751, p. 61–66.

BLM_0060825

# Visual Resource Inventory






## Bureau of Land Management
## Uncompahgre Field Office



September, 2009

BLM_0060826

# Visual Resource Inventory

Prepared for the

U.S. Department of the Interior

Bureau of Land Management

Uncompahgre Field Office

Montrose, Colorado

September, 2009

Prepared by

Otak, Inc.

BLM_0060827

Mission Statement

It is the mission of the Bureau of Land
Management to sustain the health, diversity, and
productivity of the public lands for the use and
enjoyment of present and future generations.

BLM_0060828

# Table of Contents

1. Introduction ........................................................................................................1
   Visual Resource Inventory Overview .................................................................2
   Visual Resource Inventory Classes ...................................................................2
   Visual Resource Management Classes and Objectives ........................................2
   Inventory Lands ..............................................................................................3
   Map 1-1. Land Ownership ...............................................................................5
   Map 1-2. Special Management Areas ...............................................................6

2. Scenic Quality Evaluation .................................................................................7
   Delineating Scenic Quality Rating Units ..........................................................8
   Scenic Quality Evaluation Process ...................................................................8
   Scenic Quality Inventory and Evaluation Chart ..............................................10
   Scenic Quality Rating Summary .....................................................................11
   Map 2-1. Scenic Quality Rating Units .............................................................15
   Map 2-2. Scenic Quality Rating—Landform ...................................................16
   Map 2-3. Scenic Quality Rating—Vegetation ..................................................17
   Map 2-4. Scenic Quality Rating—Water .........................................................18
   Map 2-5. Scenic Quality Rating—Color ..........................................................19
   Map 2-6. Scenic Quality Rating—Adjacent Scenery ........................................20
   Map 2-7. Scenic Quality Rating—Scarcity .....................................................21
   Map 2-8. Scenic Quality—Cultural Modification ............................................22
   Map 2-9. Scenic Quality Classifications .........................................................23

3. Sensitivity Level Analysis .................................................................................24
   Rating Sheet Instructions Chart .....................................................................25
   Map 3-1. Sensitivity Levels ............................................................................26

4. Distance Zones .................................................................................................27
   Map 4-1. Distance Zones ...............................................................................29
   Map 4-2. Travel Network ...............................................................................30
   Map 4-3. Distance Zones—Dry Creek Canyon ...............................................31
   Map 4-4. Distance Zones—Escalante Canyon .................................................32
   Map 4-5. Distance Zones—Tabeguache Special Management Area ....................33
   Map 4-6. Distance Zones—Highway 50 ..........................................................34

5. Visual Resource Inventory Classes .....................................................................35
   Map 5-1. Visual Resource Inventory Classes ...................................................37

BLM_0060829

## Appendices

**Appendix A. Scenic Quality Field Inventories** ...................................................................................A-1
   Map A-1. Inventory Observation Points....................................................................................A-3
   Scenic Quality Field Observation Sheets ................................................................................A-4

**Appendix B. Sensitivity Level Ratings** ........................................................................................B-1
   Sensitivity Level Rating Sheets..................................................................................................B-2

**Appendix C. Visual Resource Inventory Methodology** ......................................................C-1
   Table C-1. Scenic Quality Inventory Factors ........................................................................C-2

**Appendix D. Community Information Summary** ...................................................................D-1
   Federal Agencies ...........................................................................................................................D-1
   Counties............................................................................................................................................D-7
   Cities and Towns ......................................................................................................................... D-18

## Acknowledgements

**BLM Uncompahgre Field Office**
*2465 South Townsend Avenue*
*Montrose, CO 81401*
*970-240-5300*

Barbara Sharrow
Field Office Manager

Julie Jackson
Outdoor Recreation Planner

Bruce Krickbaum
Planning and Environmental Coordinator

Barney Buria
Environmental and Protection Specialist

David Sinton
GIS Specialist

Dean Stindt
Rangeland Management Specialist

**Otak, Inc.**
*36 North 4th Street*
*Carbondale, CO 81623*
*970-963-1971*

Kate Schwarzler
Project Manager, Landscape Architect

Julie McGrew
Landscape Designer/Environmental Planner

Lindsey Utter
Landscape Designer/Environmental Planner

Gary Long
Recreation Specialist

Linda Schuemaker
Project & Public Involvement Specialist

Jennifer Michaud
Administrative Assistant

BLM_0060830