# Index of Scenic Quality Rating Units by Unit Number

| No. | SLRU Name | Pages | | No. | SLRU Name | Pages | |
|---|---|---|---|---|---|---|---|
| 01 | Bull Mountain | A-4 | B-2 | 42 | Upper San Miguel River | A-146 | B-45 |
| 02 | Stevens Gulch | A-7 | B-3 | 43 | Beaver Mesa Complex | A-149 | B-46 |
| 03 | Somerset | A-11 | B-4 | 44 | Oak Hill | A-152 | B-47 |
| 04 | Paonia Reservoir | A-14 | B-5 | 45 | Hamilton Creek | A-156 | B-48 |
| 05 | Deep Creek | A-17 | B-6 | 46 | Hamilton Mesa | A-159 | B-49 |
| 06 | Thousand Acre Flats | A-20 | B-7 | 47 | Naturita Canyon | A-162 | B-50 |
| 07 | Beebe Gulch | A-23 | B-8 | 48 | Norwood Valley | A-165 | B-51 |
| 08 | North Delta OHV | A-26 | B-9 | 49 | San Miguel – Piñon to Beaver Creek | A-168 | B-52 |
| 09 | Redlands Mesa | A-29 | B-10 | | | | |
| 10 | Paonia Valley | A-33 | B-11 | 50 | Mailbox Park | A-171 | B-53 |
| 11 | Jumbo Mountain | A-37 | B-12 | 51 | Naturita Ridge | A-174 | B-54 |
| 12 | Minnesota Creek Valley | A-40 | B-13 | 52 | Dry Creek Canyon | A-177 | B-55 |
| 13 | Elephant Hill | A-43 | B-14 | 53 | San Miguel – Vancorum to Piñon | A-180 | B-56 |
| 14 | McDonald Mesa | A-46 | B-15 | 54 | Third Park | A-183 | B-57 |
| 15 | Upper Gunnison River | A-49 | B-16 | 55 | First Park/Second Park | A-186 | B-58 |
| 16 | Alkali | A-53 | B-17 | 56 | Sawtooth Ridge | A-189 | B-59 |
| 17 | Adobe Badlands WSA | A-56 | B-18 | 57 | Sawtooth Ridge Face | A-193 | B-60 |
| 18 | Escalante Canyon – Bennett's Basin | A-59 | B-19 | 58 | Davis Mesa | A-196 | B-61 |
| 19 | Escalante Canyon | A-62 | B-20 | 59 | Dolores River Canyon WSA | A-200 | B-62 |
| 20* | Monitor Mesa Complex | A-66 | B-22 | 60 | Wray Mesa | A-203 | B-63 |
| 21 | Cactus Park (Drylands) | A-71 | B-24 | 61 | Paradox Valley | A-206 | B-64 |
| 22 | Greater Delta/Montrose Valley | A-75 | B-25 | 62 | Middle Dolores Canyon | A-211 | B-65 |
| 23 | Grand View Mesa | A-79 | B-26 | 63 | San Miguel/Tabeguache | A-215 | B-66 |
| 24 | Smith Fork | A-82 | B-27 | 64 | Tabeguache SMA | A-218 | B-67 |
| 25 | Fruitland Mesa | A-85 | B-28 | 65 | Atkinson Mesa | A-221 | B-68 |
| 26 | Youngs Peak | A-88 | B-29 | 66 | Lower Dolores River | A-225 | B-69 |
| 27 | Needle Rock | A-91 | B-30 | 67 | Sewemup Mesa WSA | A-229 | B-70 |
| 28 | Crawford Reservoir Valley | A-94 | B-31 | 68 | Roc Creek | A-232 | B-71 |
| 29 | Castle Rock Foreground | A-97 | B-32 | 69 | Carpenter Ridge | A-235 | B-72 |
| 30 | Dry Creek Basin | A-100 | B-33 | 70 | La Sal Creek | A-238 | B-73 |
| 31 | Crystal Valley | A-104 | B-34 | 71 | Maverick Mesa Complex | A-242 | B-74 |
| 32 | Uncompahgre Plateau | A-107 | B-35 | | | | |
| 33 | Southeast Montrose Hills | A-110 | B-36 | | | | |
| 34 | Waterdog Foothills | A-113 | B-37 | | | | |
| 35 | Cimarron Valley | A-117 | B-38 | | | | |
| 36 | Spruce Mountain | A-122 | B-39 | | | | |
| 37 | Ridgway Reservoir | A-126 | B-40 | | | | |
| 38 | Cimarron Ridge Foothills | A-129 | B-41 | | | | |
| 39 | Pleasant Valley | A-133 | B-42 | | | | |
| 40 | Uncompahgre Canyon | A-138 | B-43 | | | | |
| 41 | Mount Sneffels Foothills | A-142 | B-44 | | | | |

*Includes 3 Sensitivity Level Units

## Index of Scenic Quality Rating Units in Alphabetical Order

| No. | SLRU Name | Pages | | No. | SLRU Name | Pages | |
|---|---|---|---|---|---|---|---|
| 17 | Adobe Badlands WSA | A-56 | B-18 | 48 | Norwood Valley | A-165 | B-51 |
| 16 | Alkali | A-53 | B-17 | 44 | Oak Hill | A-152 | B-47 |
| 65 | Atkinson Mesa | A-221 | B-68 | 04 | Paonia Reservoir | A-14 | B-5 |
| 43 | Beaver Mesa Complex | A-149 | B-46 | 10 | Paonia Valley | A-33 | B-11 |
| 07 | Beebe Gulch | A-23 | B-8 | 61 | Paradox Valley | A-206 | B-64 |
| 01 | Bull Mountain | A-4 | B-2 | 39 | Pleasant Valley | A-133 | B-42 |
| 21 | Cactus Park (Drylands) | A-71 | B-24 | 09 | Redlands Mesa | A-29 | B-10 |
| 69 | Carpenter Ridge | A-235 | B-72 | 37 | Ridgway Reservoir | A-126 | B-40 |
| 29 | Castle Rock Foreground | A-97 | B-32 | 68 | Roc Creek | A-232 | B-71 |
| 38 | Cimarron Ridge Foothills | A-129 | B-41 | 49 | San Miguel – Piñon to Beaver Creek | A-168 | B-52 |
| 35 | Cimarron Valley | A-117 | B-38 | 53 | San Miguel – Vancorum to Piñon | A-180 | B-56 |
| 28 | Crawford Reservoir Valley | A-94 | B-31 | 63 | San Miguel/Tabeguache | A-215 | B-66 |
| 31 | Crystal Valley | A-104 | B-34 | 56 | Sawtooth Ridge | A-189 | B-59 |
| 58 | Davis Mesa | A-196 | B-61 | 57 | Sawtooth Ridge Face | A-193 | B-60 |
| 05 | Deep Creek | A-17 | B-6 | 67 | Sewemup Mesa WSA | A-229 | B-70 |
| 59 | Dolores River Canyon WSA | A-200 | B-62 | 24 | Smith Fork | A-82 | B-27 |
| 30 | Dry Creek Basin | A-100 | B-33 | 3 | Somerset | A-11 | B-4 |
| 52 | Dry Creek Canyon | A-177 | B-55 | 33 | Southeast Montrose Hills | A-110 | B-36 |
| 13 | Elephant Hill | A-43 | B-14 | 36 | Spruce Mountain | A-122 | B-39 |
| 19 | Escalante Canyon | A-62 | B-20 | 02 | Stevens Gulch | A-7 | B-3 |
| 18 | Escalante Canyon – Bennett's Basin | A-59 | B-19 | 64 | Tabeguache SMA | A-218 | B-67 |
| 55 | First Park/Second Park | A-186 | B-58 | 54 | Third Park | A-183 | B-57 |
| 25 | Fruitland Mesa | A-85 | B-28 | 06 | Thousand Acre Flats | A-20 | B-7 |
| 23 | Grand View Mesa | A-79 | B-26 | 40 | Uncompahgre Canyon | A-138 | B-43 |
| 22 | Greater Delta/Montrose Valley | A-75 | B-25 | 32 | Uncompahgre Plateau | A-107 | B-35 |
| 45 | Hamilton Creek | A-156 | B-48 | 15 | Upper Gunnison River | A-49 | B-16 |
| 46 | Hamilton Mesa | A-159 | B-49 | 42 | Upper San Miguel River | A-146 | B-45 |
| 11 | Jumbo Mountain | A-37 | B-12 | 34 | Waterdog Foothills | A-113 | B-37 |
| 70 | La Sal Creek | A-238 | B-73 | 60 | Wray Mesa | A-203 | B-63 |
| 66 | Lower Dolores River | A-225 | B-69 | 26 | Youngs Peak | A-88 | B-29 |
| 50 | Mailbox Park | A-171 | B-53 | | | | |
| 71 | Maverick Mesa Complex | A-242 | B-74 | | | | |
| 14 | McDonald Mesa | A-46 | B-15 | | | | |
| 62 | Middle Dolores Canyon | A-211 | B-65 | | *Includes 3 Sensitivity Level Units | | |
| 12 | Minnesota Creek Valley | A-40 | B-13 | | | | |
| 20 | Monitor Mesa Complex | A-66 | B-22 | | | | |
| 41 | Mount Sneffels Foothills | A-142 | B-44 | | | | |
| 47 | Naturita Canyon | A-162 | B-50 | | | | |
| 51 | Naturita Ridge | A-174 | B-54 | | | | |
| 27 | Needle Rock | A-91 | B-30 | | | | |
| 08 | North Delta OHV | A-26 | B-9 | | | | |

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0060832

# 1. Introduction

The Uncompahgre Field Office (UFO) lies in western Colorado and is within parts of Montrose, Delta, Mesa, Gunnison, Ouray, and San Miguel Counties. The planning area encompasses approximately 3,216,600 acres of federal, state, and private lands and includes twenty-five distinct and diverse communities. The UFO is responsible for managing more than 900,000 acres of public lands in southwestern Colorado. Notable areas of the Field Office include the newly designated Dominguez-Escalante National Conservation Area, Gunnison Gorge National Conservation Area and Wilderness, and the Unaweep Tabeguache Scenic and Historic Byway, San Juan Skyway, and West Elk Loop Scenic Byway. Also included in the area are four notable river systems: the Gunnison, San Miguel, Dolores, and Uncompahgre.

The area falls into two physiographic provinces (the Colorado Plateau and Southern Rocky Mountains) and as a result has varied topography, geology, soil, and fauna and flora, including desert scrub, riparian, sagebrush parks, pinyon/juniper woodlands, mountain shrub, ponderosa pine, and spruce/fir forests. The topography within the UFO is varied and ranges from lowland riparian along the Dolores River (4,706 feet) to red rock desert to pinyon/juniper woodland up to sub-alpine forest on Storm King Mountain (11,412 feet). The UFO has extensive areas of rugged terrain, deep canyons, spectacular river valleys, dramatic cliffs and mesas, and other prominent geologic features.

The BLM has basic stewardship responsibilities to identify and protect visual values on all public lands. In order to accomplish this, the BLM is directed to prepare and maintain, on a continuing basis, an inventory of visual values. This document provides complete visual resource inventory information that will be used during the update of the Uncompahgre Resource Management Plan (RMP).



BLM_0060833



## Visual Resource Inventory Overview

The Visual Resource Inventory is a process to determine visual values within the Field Office at a specific point in time. Visual Resource Inventories are conducted according to the guidelines in BLM Manual Handbook H-8410-1 – Visual Resource Inventory.

There are three primary components to a visual resource inventory.

- Scenic Quality Evaluation
- Sensitivity Level Analysis
- Delineation of Distance Zones

Based on these three factors, BLM-administered lands are placed into one of four Visual Resource Inventory Classes which represent the relative value of the visual resources. Classes I and II are the most valued, Class III represents a moderate value, and Class IV represents the least value.

Class I is assigned to areas where a management decision has been made to maintain a natural landscape and is generally assigned to special areas such as national wilderness and other congressionally and administratively designated areas where decisions have been made to preserve a natural landscape. Without the special area designation, it is not possible for lands to rate as Class I through the inventory process.

## Visual Resource Inventory Classes

Visual resource *inventory* classes are assigned through the inventory process. They are informational in nature and provide the basis for considering visual values in the RMP process. They do not establish management direction and should not be used as a basis for constraining or limiting surface-disturbing activities. They are considered the baseline data for existing conditions.

## Visual Resource Management Classes and Objectives

Visual resource *management* classes are assigned for all BLM-administered lands through the RMP process. The assignment of visual management classes is ultimately based on the management decisions made in RMPs, which must take into consideration the value of visual resources. During the RMP process, inventory class boundaries can be adjusted as necessary to reflect resource allocation decisions made in RMPs.

For example, a landscape may be rated as Class III during the inventory process due to degradation of its natural state, but elevated to a Class II landscape as a management decision to allow the landscape to rehabilitate.

BLM_0060834



The following Visual Resource Management Objectives have been established for each class in the BLM Manual Handbook H-8410-1 – Visual Resource Inventory:

- **Class I**—The objective of this class is to preserve the existing character of the landscape. This class provides for natural ecological changes; however, it does not preclude very limited management activity. The level of change to the characteristic landscape should be very low and must not attract attention.

- **Class II**—The objective of this class is to retain the existing character of the landscape. The level of change to the characteristic landscape should be low. Management activities may be seen, but should not attract the attention of the casual observer. Any changes must repeat the basic elements of form, line, color, and texture found in the predominant natural features of the characteristic landscape.

- **Class III**— The objective of this class is to partially retain the existing character of the landscape. The level of change to the characteristic landscape should be moderate. Management activities may attract attention but should not dominate the view of the casual observer. Changes should repeat the basic elements found in the predominant natural features of the characteristic landscape.

- **Class IV**—The objective of this class is to provide for management activities which require major modification of the existing character of the landscape. The level of change to the characteristic landscape can be high. These management activities may dominate the view and be the major focus of viewer attention. However, every attempt should be made to minimize the impact of these activities through careful location, minimal disturbance, and repeating the basic elements.

## Inventory Lands

BLM-administered public lands often occur in areas with mixed land-ownership patterns. The UFO administers areas with mixed ownership that may include BLM, state, private, Forest Service, Bureau of Reclamation, and National Park Service (NPS) lands among others. Split-estate lands that have  private surface ownership and federal subsurface minerals management are included in the inventory because the BLM may administer the mineral rights.

Designated Wilderness Areas are automatically assigned to Class I and were not included in the inventory process. However, Wilderness Study Areas (WSAs) are under consideration for suitability for designation as wilderness areas and are rated because WSA status is temporary and may be changed with Congressional action.  Lands in the Gunnison Gorge National Conservation Area (NCA) were not inventoried because a recent planning effort contains

BLM_0060835

complete inventory and management information. However, the newly designated Dominguez-Escalante National Conservation Area was included since it does not have a current inventory. Future planning efforts will remove this area to a separate stand-alone plan.

While the inventory is done on a landscape basis, the inventory results and the subsequent Visual Resource Management Objectives established in the RMP apply only to BLM-administered lands. Some areas within the UFO were not included in this inventory and are labeled as NR or "Not Rated" on the inventory maps and are shown on Map 1-2.



*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0060836

# 2. Scenic Quality Evaluation

Scenic Quality Evaluation measures the visual appeal of a landscape. Public lands are rated as Class A (High, 19 points or more), Class B (Medium, 12 to 18 points), or Class C (Low, 11 points or less) based on the apparent scenic quality. Lands are reviewed and rated on a 1–5 scale using seven key factors, and the total score determines the rating. BLM Handbook Manual H-8410-1 – Visual Resource Inventory, provides the following information about each of the seven factors:



**Landform**—Topography becomes more interesting as it gets steeper or more massive, or more severely or universally sculptured. Outstanding landforms may be monumental, as the Grand Canyon, the Sawtooth Mountain Range in Idaho, the Wrangell Mountain Range in Alaska, or they may be exceedingly artistic and subtle as certain badlands, pinnacles, arches, and other extraordinary formations.

**Vegetation**—Give primary consideration to the variety of patterns, forms, and textures created by plant life. Consider short-lived displays when they are known to be recurring or spectacular. Consider also smaller-scale vegetational features which add striking and intriguing detail elements to the landscape (e.g., gnarled or wind-beaten trees, and joshua trees).

**Water**—That ingredient which adds movement or serenity to a scene. The degree to which water dominates the scene is the primary consideration in selecting the rating score.

**Color**—Consider the overall color(s) of the basic components of the landscape (e.g., soil, rock, vegetation, etc.) as they appear during seasons or periods of high use. Key factors to use when rating "color" are variety, contrast, and harmony.

**Influence of Adjacent Scenery**—Degree to which scenery outside the scenery unit being rated enhances the overall impression of the scenery within the

rating unit. The distance at which adjacent scenery will influence scenery within the rating unit will normally range from 0–5 miles, depending upon the characteristics of the topography, the vegetative cover, and other such factors. This factor is generally applied to units which would normally rate very low in score, but the influence of the adjacent unit would enhance the visual quality and raise the score.

**Scarcity**—This factor provides an opportunity to give added importance to one or all of the scenic features that appear to be relatively unique or rare within one physiographic region. There may also be cases where a separate evaluation of each of the key factors does not give a true picture of the overall scenic quality of an area. Often it is a number of not-so-spectacular elements in the proper combination that produces the most pleasing and memorable scenery—the scarcity factor can be used to recognize this type of area and give it the added emphasis it needs.

**Cultural Modifications**—Cultural modifications in the landform/water, vegetation, and addition of structures should be considered and may detract from the scenery in the form of a negative intrusion or complement, or improve the scenic quality of a unit.

BLM_0060837

Each factor of the seven factors is rated on a comparative basis against similar features within the physiographic province in which the inventory area is located. For the UFO, the physiographic province is the Colorado Plateau and Southern Rocky Mountains.

The Scenic Quality Field Inventory sheet uses the characteristics of form, line, color, and texture to describe the seven elements of the landscape. These characteristics are briefly defined as follows:

**Form**—The mass or shape of an object or objects which appear unified, such as a vegetative opening in a forest, a cliff formation, or a water tank.

**Line**—The path, real or imagined, that the eye follows when perceiving abrupt differences in form, color, or texture. Within landscapes, lines may be found as ridges, skylines, structures, changes in vegetative types, or individual trees and branches.

**Color**—The property of reflecting light of a particular intensity and wavelength (or mixture of wavelengths), to which the eye is sensitive. It is the major visual property of surfaces.

**Texture**—The visual manifestations of the interplay of light and shadow created by the variations in the surface of an object or landscape.

All public lands have scenic value, but areas with the most variety and harmonious composition have the greatest scenic value. Evaluation of scenic quality is also done in relationship to the natural landscape, which does not mean that man-made features within a landscape necessarily detract from scenic value. Man-made features that complement the natural landscape may enhance the scenic value, and evaluations should avoid bias against man-made modifications to the natural landscape.

Maps 2-2 through 2-8 show the ratings of the seven factors for each unit.

## Delineating Scenic Quality Rating Units

The UFO was divided into preliminary Scenic Quality Rating Units (SQRUs) based on like physiographic characteristics such as geology, vegetation, hydrology, texture, color, variety, and topography (Map 2-1).

Preliminary units were drawn in the field and adjusted as necessary after consulting BLM staff to provide an accurate boundary. High-quality aerial photographs and terrain models available on Google Earth™ and Google Maps™ were also used to verify the boundary locations. In addition, 1:100,000 scale topographic maps and a 25m Digital Elevation Model (DEM) provided by the BLM were used. These maps and photos clearly show the topographic and visual features of the landscape which enabled the inventory team to divide the area into SQRUs.

The size of SQRU varies, but is generally not less than 100 acres in order to maintain managerial significance. The UFO was divided into a total of 71 SQRUs and the sizes of the SQRUs range from 100 acres to 132,978 acres.

## Scenic Quality Evaluation Process

The inventory team drove through each SQRU, stopping at Inventory Observation Points (IOPs) at multiple locations within the unit to evaluate scenic quality from several viewpoints. An IOP is a critical viewpoint that is usually located along commonly traveled routes or at other likely observation points. IOPs are selected as representative views of the landscape character of a SQRU. Photographs and GPS coordinates are recorded at each IOP for further analysis, mapping, and report documentation.

IOPs were selected in the field while touring the unit on existing public roads. Some units did not have legal access through all areas which limited the extent to which the inventory team could cover the unit. However, thorough coverage of every unit was conducted to the extent possible. Notes and photographs were taken at each stop to document the

BLM_0060838

landscape character. A total of 243 stops were made throughout the UFO (Map A-1).

All fieldwork personnel were trained in and familiar with the BLM visual resource inventory system. In addition, UFO personnel familiar with the areas to be evaluated accompanied the inventory team for 8 of the 13 fieldwork days and participated in the rating efforts. The ratings were completed as a team, not by an individual person, and reflect the overall impression of a unit. The rating units were documented in the field using the standardized Scenic Quality Field Inventory Sheet.

Once the inventory was complete, the SQRUs were reviewed by the inventory team for final adjustment before the information was digitized into GIS. Appendix A provides the following information for each SQRU:

- Scenic Quality Field Inventory sheet describing the visual characteristics of the SQRU
- Locator map showing the location of each SQRU within the Field Office and the IOPs within the SQRU
- Photos documenting the views at each IOP



BLM_0060839

# SCENIC QUALITY
# INVENTORY AND EVALUATION CHART

| Key Factors | Rating Criteria and Score | | |
|---|---|---|---|
| **Landform** | High vertical relief as expressed in prominent cliffs, spires, or massive rock outcrops, or severe surface variation or highly eroded formations including major badlands or dune systems; or detail features dominant and exceptionally striking and intriguing such as glaciers. **5** | Steep canyons, mesas, buttes, cinder cones, and drumlins; or interesting erosional patterns or variety in size and shape of landforms; or detail features which are interesting though not dominant or exceptional. **3** | Low rolling hills, foothills, or flat valley bottoms; or few or no interesting landscape features. **1** |
| **Vegetation** | A variety of vegetative types as expressed in interesting forms, textures, and patterns. **5** | Some variety of vegetation, but only one or two major types. **3** | Little or no variety or contrast in vegetation. **1** |
| **Water** | Clear and clean appearing, still, or cascading white water, any of which are a dominant factor in the landscape. **5** | Flowing, or still, but not dominant in the landscape. **3** | Absent, or present, but not noticeable. **0** |
| **Color** | Rich color combinations, variety or vivid color; or pleasing contrasts in the soil, rock, vegetation, water or snow fields. **5** | Some intensity or variety in colors and contrast of the soil, rock and vegetation, but not a dominant scenic element. **3** | Subtle color variations, contrast, or interest; generally mute tones. **1** |
| **Influence of Adjacent Scenery** | Adjacent scenery greatly enhances visual quality. **5** | Adjacent scenery moderately enhances overall visual quality. **3** | Adjacent scenery has little or no influence on overall visual quality. **0** |
| **Scarcity** | One of a kind; or unusually memorable, or very rare within region. Consistent chance for exceptional wildlife or wildflower viewing, etc. **5+ \*** | Distinctive, though somewhat similar to others within the region. **3** | Interesting within its setting, but fairly common within the region. **1** |
| **Cultural Modifications** | Modifications add favorably to visual variety while promoting visual harmony. **2** | Modifications add little or no visual variety to the area, and introduce no discordant elements. **0** | Modifications add variety but are very discordant and promote strong disharmony. **-4** |

**\*  A rating of greater than 5 can be given but must be supported by written justification**
**Source:  Visual Resource Inventory - BLM Manual Handbook 8410-1**

BLM_0060840

# Scenic Quality Rating Summary

| UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT SCENIC QUALITY RATING SUMMARY | | |
|---|---|---|
| Date: | July, 2009 | |
| District: | Southwest District | |
| Field Office: | Uncompahgre Field Office | |

**1. Evaluators:** Otak, Inc.: Gary Long, Julie McGrew, Kate Schwarzler, Lindsey Utter
BLM: Barney Buria, Amanda Rainey, Dean Stindt

| SCENIC QUALITY RATING UNITS (1) | (2)Landform | (3)Vegetation | (4)Water | (5)Color | (6)Adjacent Scenery | (7)Scarcity | (8)Cultural Modification | (9)Total Score | (10)Scenic Quality Rating | EXPLANATION (11) |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 2 | 4 | 3.5 | 4 | 4 | 2 | 0 | 19.5 | A | Scenic and varied; adjacent scenery adds interest |
| 02 | 3 | 3.5 | 1 | 3 | 3.5 | 2 | 0 | 16 | B | Rolling, varied landform, some outcrops; dense aspen, conifer, pinyon/juniper meadow, seasonal color; reservoir, canal and creek occasionally visible |
| 03 | 3 | 4 | 4 | 3 | 0 | 2 | -2 | 14 | B | Steep canyon walls with nice river, some vibrant color; heavy human activity from mining, transportation |
| 04 | 3.5 | 5 | 4 | 4 | 0 | 3 | -0.5 | 19 | A | Deep river canyon with reservoir; distinctive color, varied vegetation; views of snow-caps from Anthracite |
| 05 | 2.5 | 5 | 1 | 4 | 5 | 3 | 0 | 20.5 | A | Rounded ridges, hills, deep drainages; great variety of vegetation and seasonal color; high mountain scenery |
| 06 | 2 | 4 | 0 | 3.5 | 4 | 2 | 0 | 15.5 | B | No major features; variety of vegetation, seasonal color; spectacular surrounding mountains |
| 07 | 3 | 2 | 0 | 2 | 2 | 1 | 0 | 10 | C | Muted colors, interesting landforms, view of Grand Mesa is a minor influence |
| 08 | 3 | 1 | 0 | 1 | 3 | 2 | -2 | 8 | C | Interesting buttes, mesas; human impacts dominant |
| 09 | 2 | 3.5 | 2 | 3 | 3 | 1 | 0 | 14 | B | Low, rolling; native and agricultural vegetation; ditches, stream, reservoir |
| 10 | 2 | 3.5 | 3 | 3 | 4 | 2.5 | 0 | 18 | B | Flat valley with agricultural crops, river/canals; gravel pits and industrial modification; dominant adjacent scenery |
| 11 | 3.5 | 3 | 0 | 3.5 | 4 | 2 | 0 | 16 | B | Dominant visual feature; some diversity of color, vegetation; surrounded by spectacular, varied landscapes |
| 12 | 2 | 4 | 1 | 3 | 3 | 1 | 1 | 15 | B | Beautiful, narrow valley; mature hay meadows |
| 13 | 2 | 3 | 0 | 2 | 4 | 1 | 0 | 12 | C | Low but noticeable hill complex with pinyon/juniper; spectacular adjacent scenery |
| 14 | 2 | 3 | 0 | 2.5 | 4 | 1 | 0 | 12.5 | B | Some ruggedness, few interesting features; sparse vegetation; bold adjacent scenery |
| 15 | 4 | 3.5 | 4 | 4 | 1 | 2 | 1 | 19.5 | A | Dramatic river valley with orchards, vineyards |
| 16 | 2 | 2 | 0 | 2 | 3 | 1 | -0.5 | 9.5 | C | Few interesting features, some color variety; power lines, communication sites |
| 17 | 2 | 1 | 0 | 2 | 1 | 1 | 0 | 7 | C | Open, horizontal panorama with some interesting features; mostly muted colors, minimal vegetation |
| 18 | 1 | 3 | 0 | 2 | 1 | 1 | 0 | 8 | C | Low, rolling hills; some variety in color and vegetation |

# Scenic Quality Rating Summary

| SCENIC QUALITY RATING UNITS (1) | (2)Landform | (3)Vegetation | (4)Water | (5)Color | (6)Adjacent Scenery | (7)Scarcity | (8)Cultural Modification | (9)Total Score | (10)Scenic Quality Rating | EXPLANATION (11) |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 4 | 3.5 | 4 | 4 | 0 | 2 | 0 | 17.5 | B | Steep river canyon; bold contrast of vegetation and red rock banding |
| 20 | 4 | 2.5 | 0.5 | 3 | 2 | 2 | 0 | 14 | B | Numerous highly eroded canyons; sparse vegetation; subtle color; views of Grand Mesa, Gunnison Gorge |
| 21 | 1 | 1.5 | 0 | 1.5 | 3 | 1 | -0.5 | 7.5 | C | Some irrigated valley bottom contrasts with rolling hills, gentle drainages; views of Grand Mesa, Delta Valley, tips of San Juans |
| 22 | 1 | 3 | 2 | 3 | 3.5 | 1 | 0 | 13.5 | B | Agricultural with non-native trees, views of Uncompahgre Plateau and Cimarron Ridge |
| 23 | 2 | 4 | 2 | 3 | 4 | 2 | 1 | 18 | B | Scenic agricultural area surrounded by mountains |
| 24 | 3 | 3.5 | 2 | 2.5 | 0 | 3 | 0 | 14 | B | Deep canyon, irrigated valley create pleasing contrast |
| 25 | 1 | 3 | 0 | 2 | 4 | 1 | 0 | 11 | C | Rolling hills with spectacular adjacent scenery |
| 26 | 2 | 2 | 0 | 2 | 4 | 2 | -1 | 11 | C | Low hills, one prominent ridge; some color variation; adjacent to Needle Rock and national forest |
| 27 | 5 | 2 | 0 | 3 | 2 | 5 | 0 | 17 | A | Prominent, unusual red-rock spire; little species variety, some variety and intensity of color |
| 28 | 1 | 3 | 3 | 3 | 4 | 1 | 1 | 16 | B | Picturesque valley with reservoir, defined by rising foothills and Fruitland Mesa |
| 29 | 3 | 3 | 0 | 3 | 4 | 2 | 0 | 15 | B | Steep slopes, rugged topography, some variety in vegetation, seasonal color; spectacular surroundings |
| 30 | 2.5 | 3.5 | 0 | 3 | 3 | 1 | -0.5 | 12.5 | B | Dry Creek, conifers, mountain shrubs; seasonal color; pipelines, power lines; views of Grand Mesa, San Juans |
| 31 | 2 | 5 | 1 | 5 | 3 | 3 | 0 | 19 | A | Pleasant landforms, diverse vegetation, surrounded by national forest |
| 32 | 1 | 3 | 0 | 2 | 3.5 | 3 | -0.5 | 12 | B | High, flat plateau; sage flats interrupted by home development; views of San Juans and national forest |
| 33 | 3 | 2 | 0 | 2 | 2 | 1 | -0.5 | 9.5 | C | Interesting erosion patterns, sparse vegetation; power lines; adjacent scenery adds interest |
| 34 | 2.5 | 3 | 0 | 3 | 3 | 1 | 0 | 12.5 | B | Juniper and agricultural fields intermingle; some contrast, diverse color; drier area compared to adjacent Cimarron Valley |
| 35 | 3.5 | 4 | 3 | 4 | 5 | 3 | 0 | 22.5 | A | Steep foothills from wide river valley to ridge, rock outcrops; varied vegetation and seasonal color; views of Cimarron Ridge, Uncompahgre wilderness |
| 36 | 2 | 4 | 2 | 3.5 | 5 | 3 | 0 | 19.5 | A | Ponds, small streams on mesa top with meadows, aspen, conifers, scrub oak; San Juans dominant |
| 37 | 3 | 2.5 | 4 | 3.5 | 3 | 3 | 0 | 19 | A | Dominant presence of water; contrasting color with rock, vegetation; San Juans in view |
| 38 | 2 | 4 | 3 | 3 | 4 | 2 | 0 | 18 | B | Diverse vegetation, bold adjacent scenery; foreground for Cimarron Ridge |
| 39 | 1.5 | 3 | 1 | 3 | 5 | 2 | 0 | 15.5 | B | Agriculturally developed valley; San Juans and Cimarron Ridge create pleasant setting |
| 40 | 4 | 3 | 3 | 4 | 2 | 3 | 0 | 19 | A | Dramatic river canyon; bold red banding, dense vegetation; harmonious modifications; view of San Juans |

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0060842

# Scenic Quality Rating Summary

| SCENIC QUALITY RATING UNITS (1) | (2)Landform | (3)Vegetation | (4)Water | (5)Color | (6)Adjacent Scenery | (7)Scarcity | (8)Cultural Modification | (9)Total Score | (10)Scenic Quality Rating | EXPLANATION (11) |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 3 | 4 | 0.5 | 3.5 | 5 | 2 | 0 | 18 | B | Canyon to rolling hills with aspen, meadows, riparian and strong seasonal color; San Juans in view |
| 42 | 4 | 4 | 4.5 | 5 | 0 | 3.5 | -0.5 | 20.5 | A | Rugged, steep outcrops; dense, diverse vegetation dominated by cascading water; contrasting color |
| 43 | 2 | 4 | 1 | 4 | 4 | 3 | 0 | 18 | B | Rolling hills and meadows, seasonal color variation; outstanding adjacent scenery |
| 44 | 2 | 4 | 1 | 4 | 4 | 3 | 0 | 18 | B | Rolling foothills with diverse vegetation, reservoirs; Cone Mountain provides backdrop |
| 45 | 2 | 4 | 0 | 3.5 | 3.5 | 2 | 0 | 15 | B | Low, rolling, minimal rock; varied, colorful vegetation; views of Cone Mountain and La Sals |
| 46 | 1 | 3 | 0 | 2 | 4 | 1 | 0 | 11 | C | Flat mesa top with oak/sage, subtle colors; views of Cone Mountain, San Juans, Dry Creek Basin |
| 47 | 3 | 3 | 1 | 3.5 | 0 | 1.5 | 0 | 12 | B | Riparian vegetation draws attention; water occasionally visible; valley floor relatively free of human impact |
| 48 | 1 | 3 | 0 | 3 | 2 | 1 | 0 | 10 | C | Irrigated farmlands harmonious with rolling fields |
| 49 | 3 | 4 | 5 | 3.5 | 0 | 3.5 | 0 | 19 | A | Steep, narrow, enclosed canyon with dense riparian and mountain shrubs; good fall colors |
| 50 | 2 | 3 | 0 | 2 | 3 | 1 | 0 | 11 | C | Pinyon/juniper and sage on rolling benches; adjacent San Juans and La Sals create setting |
| 51 | 2 | 3 | 0 | 2 | 2 | 1 | -0.5 | 9.5 | C | Subtle colors |
| 52 | 2.5 | 3 | 2 | 2.5 | 0 | 2 | 0 | 12 | B | Small, noticeable stream; modest landforms, color |
| 53 | 2.5 | 3.5 | 3.5 | 3 | 0 | 3.5 | -2 | 14 | B | Riparian vegetation creates nice contrast with fields; gravel pit, junkyard, and power plant discordant |
| 54 | 2 | 3 | 0 | 2 | 3 | 1 | 0 | 11 | C | Rolling hills; open sagebrush parks and pinyon/juniper; some mining activity; moderate adjacent scenery |
| 55 | 3 | 3 | 1 | 3 | 3 | 2 | 0 | 15 | B | SMA shared with Forest Service; interesting formations, riparian and pinyon/juniper; views of La Sals and national forest |
| 56 | 3 | 3 | 0 | 3 | 4 | 2 | -1 | 14 | B | No single outstanding feature; notable views of La Sals and national forest; evidence of mining, many roads |
| 57 | 4 | 2 | 0 | 4 | 2 | 3.5 | 0 | 15.5 | B | Prominent ridge face, dramatic vertical relief, vivid color |
| 58 | 3 | 3 | 0 | 3 | 2 | 2 | 0 | 13 | B | Steep elevation gain; sagebrush and pinyon/juniper contrasts with red rock; noticeable roads |
| 59 | 4.5 | 4 | 4 | 4 | 0 | 3.5 | 0 | 20 | A | Roadless river canyon with dramatic red rock outcrops, varied vegetation |
| 60 | 2 | 3 | 0 | 2 | 3 | 1 | 0 | 11 | C | Low mesa with some Ponderosa, mostly pinyon/juniper and sage; good views of La Sals |
| 61 | 2 | 3 | 2 | 2 | 4 | 1 | 0 | 14 | B | Notable adjacent scenery, variety in features and vegetation; mining and agriculture |
| 62 | 5 | 3.5 | 4 | 4.5 | 0 | 4 | 0 | 21 | A | Dramatic, colorful sandstone canyon dominated by water; some varied vegetation |

BLM_0060843

# Scenic Quality Rating Summary

| SCENIC QUALITY RATING UNITS (1) | (2)Landform | (3)Vegetation | (4)Water | (5)Color | (6)Adjacent Scenery | (7)Scarcity | (8)Cultural Modification | (9)Total Score | (10)Scenic Quality Rating | EXPLANATION (11) |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | 3.5 | 4 | 4 | 3 | 0 | 3 | 0 | 17.5 | B | Long canyon system dominated by water, extensive pinyon/juniper woodlands; reclaimed mining area |
| 64 | 1.5 | 4 | 0 | 3 | 3 | 1 | 0 | 12.5 | B | Diverse, colorful vegetation; irrigated agricultural fields; views of Uncompahgre Plateau and Sawtooths |
| 65 | 2.5 | 3 | 0 | 2.5 | 4 | 2 | 0 | 14 | B | Spectacular views of La Sals and national forest; pinyon/juniper and sagebrush dominate |
| 66 | 4 | 3 | 3.5 | 3.5 | 0 | 3 | -1 | 16 | B | Pleasing canyon complex; notable topography, vegetation, water, and color |
| 67 | 5 | 4 | 0 | 4 | 2 | 2 | 0 | 17 | B | Dramatic vertical relief, rich colors, varied vegetation; some influence from Cone Mountain, Unaweep |
| 68 | 4 | 4 | 1 | 4 | 0 | 3 | 1 | 17 | B | Narrow slickrock canyon with diverse vegetation and spectacular landforms |
| 69 | 2 | 2.5 | 0 | 2.5 | 2.5 | 1 | -1 | 9.5 | C | Sloping terrain with pinyon/juniper and incompatible cultural modification |
| 70 | 4 | 4 | 3 | 4 | 0 | 3 | 1 | 19 | A | Vibrant riparian, massive rock outcrops, notable color |
| 71 | 3 | 3 | 0 | 3 | 2 | 1 | -1 | 11 | C | Mesas, canyons; some variety in color, vegetation (pinyon/juniper); human activity not readily seen |

BLM_0060844

# 3. Sensitivity Level Analysis

Sensitivity Levels (Map 3-1) are a measure of public concern for scenic quality. Public land areas are assigned high, medium, or low sensitivity levels based on consideration of the following factors:

- **Types of Users**—Visual sensitivity will vary with the type of users. Recreation sightseers may be highly sensitive to any changes in visual quality, whereas workers who pass through the area on a regular basis may not be as sensitive to change.

- **Amount of Use**—Areas seen and used by large numbers of people are potentially more sensitive. Protection of visual values usually becomes more important as the number of viewers increases.

- **Public Interest**—The visual quality of an area may be of concern to local, state, or national groups. Indicators of this concern are usually expressed in public meetings, letters, newspaper or magazine articles, newsletters, land-use plans, etc. Public controversy created in response to proposed activities that would change the landscape character should also be considered.

- **Adjacent Land Uses**—The interrelationship with land uses in adjacent lands can affect the visual sensitivity of an area. For example, an area within the viewshed of a residential area may be very sensitive, whereas an area surrounded by commercially developed lands may not be visually sensitive.

- **Special Areas**—Management objectives for special areas such as Natural Areas, Wilderness Areas or Wilderness Study Areas, Wild and Scenic Rivers, Scenic Areas, Scenic Roads or Trails, and Areas of Critical Environmental Concern (ACEC), frequently require special consideration for the protection of visual values. This does not necessarily mean that these areas are scenic, but rather that one of the management objectives may be to preserve the natural landscape setting. The management objectives for these areas may be used as a basis for assigning sensitivity levels.

- **Other Factors** —Consider any other information such as research or studies that includes indicators for visual sensitivity.





BLM_0060845

Sensitivity Level Rating Units (SLRUs) often have the same boundaries as Scenic Quality Rating Units (SQRUs). However, the boundaries may be different as they are subject to the factor(s) that determine visual sensitivity, which differ from the factors that determine scenic quality. For example, a special management area and surrounding lands of similar character may be located within one SQRU. However, the unit may be broken into two separate SLRUs: one unit for the special management area which would have a higher sensitivity level, and a second unit for the surrounding lands which have a lower sensitivity level.

SLRUs may also be delineated by using viewshed analyses from designated IOPs, including overlooks, travel corridors, or viewpoints identified in the field. The area that is visible from the viewshed analyses helps to delineate the boundary for the SLRU.

Examples in the UFO where an SQRU has been split, or SLRU boundaries differ from SQRU boundaries include:

- Monitor Mesa SQRU, which is divided into three SLRUs, including Dominguez-Escalante NCA which is within the Dominguez-Escalante NCA, and Monitor Mesa Complex and Camel Back WSA, which are not.
- Paradox Valley SLRU, where the boundaries were expanded to include the cliff face up to the rim of Davis Mesa because the viewer experience of the area includes the walls that surround the valley floor.

Sensitivity ratings are also completed as a team and reflect the overall impression of a unit. It is especially important to get input from BLM staff familiar with the area being evaluated. User groups and special interest groups are also valuable resources for understanding the sensitivity rating of a unit.

Each SLRU was documented in the field using the standardized Sensitivity Level Rating Sheet. Rating sheets are included in Appendix B.

## Rating Sheet Instructions Chart

1. Divide the inventory area into logical sensitivity rating units.

2. Analyze the factors which indicate visual sensitivity.

3. For each rating, rate each factor as high, moderate, or low using the following outline as a general guide:

a. *Type of Users.* Maintenance of visual quality is:
- a major concern for most users ......... High
- a moderate concern for most users .......................................... Moderate
- a low concern for most users .............. Low

b. *Amount of use.* Maintenance of visual quality becomes more important as the level of use increases (see table below):
- high level of use ................................ High
- moderate level of use ................. Moderate
- low level of use ................................. Low

c. *Public Interest.* Maintenance of visual quality is:
- a major public issue........................... High
- a moderate public issue............... Moderate
- a minor public issue ........................... Low

d. *Adjacent Land Uses.* Maintenance of visual quality to sustain adjacent land use objectives is:
- very important ................................. High
- moderately important ................ Moderate
- slightly important .............................. Low

e. *Special Area.* Maintenance of visual quality to sustain Special Area management objectives is:
- very important ................................. High
- moderately important ................ Moderate
- slightly important .............................. Low

Source: BLM Form 8400-6 Instructions

BLM_0060846

# 4. Distance Zones

The third component of the Visual Resource Inventory process is the delineation of Distance Zones (Map 4-1). Landscapes are subdivided into three distance zones based on relative visibility from travel routes or from IOPs. The three distance zones are defined as follows:

- **Foreground-Middleground**—The area visible from a travel route, use area, or other observation to a distance of 3 to 5 miles. The outer boundary of this zone is defined as the point where the texture and form of individual plants are no longer apparent in the landscape. Vegetation is apparent only in patterns or outline.

- **Background**—The visible area of a landscape which lies beyond the foreground-middleground. Usually from a minimum of 3 to 5 miles to a maximum of about 15 miles from a travel route, use area, or other observer point. Atmospheric conditions in some areas may limit the maximum to about 8 miles or less.

- **Seldom Seen**—Portions of the landscape which are generally not visible from key observation points, or portions which are visible but more than 15 miles distance.



Road and travel networks in the UFO include highways, paved and gravel county roads, dirt roads (two-tracks), foot and equestrian trails, mountain bike trails, OHV trails, railroads, and river corridors (Map 4-2). Analysis points were selected from the IOPs that were defined in the field and new ones were created to represent other potential observation points including roads, trailheads, and adjacent areas within the foreground/middleground zone.

Mineral exploration, mining activities, ranching, and recreational use have been ongoing in the UFO for several decades. Consequently, the Field Office has an extensive road and travel-route network. The result is that very few areas are not within three to five miles of travel routes, and no lands are more than five miles from an established road or trail. Even in the roughest and most topographically diverse parts of the UFO, roads and trails penetrate virtually all areas. In addition, areas that are not easily accessed are still visible.

Therefore, for the purpose of determining final Visual Resource Inventory Classes, only the Foreground-Middleground distance zone was used for the entire UFO. In some cases, in areas where the distance zone was not as straightforward, viewshed analyses were run from multiple locations representing travel routes used by recreational users and other visitors to determine the distance zone. These locations include trails, roads, and IOPs identified in the field. These areas include Escalante Canyon, Dry Creek Canyon, and the Tabeguache Special Management Area. An additional area was selected to show the distance zones from Highway 50 running east from Montrose to the Field Office Boundary. These examples (Maps 4-3 through 4-6) illustrate the dense road/trail network within the UFO and the visibility from each of the Inventory Observation Points (IOPs) used in the analyses.

BLM_0060847

This page intentionally left blank.

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0060848

## Map 4-3. Distance Zones—Dry Creek Canyon





ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060849

## Map 4-4. Distance Zones—Escalante Canyon



**Legend**
- IOP
- SQRU Boundary
- Not Visible
- Visible
- Section
- Road
- Trail

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES.  THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES.  THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY.  NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM

BLM_0060850

## Map 4-5.  Distance Zones—Tabeguache Special Management Area



| | | | |
|---|---|---|---|
| ● | IOP |
| ▭ | SQRU Boundary |
| ■ | Not Visible |
| ■ | Visible |
| ▭ | Section |
| — | Road |
| – – – | Trail |

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES.  THIS INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND ACCURACIES.  THE MAP WAS CREATED FOR DISPLAY AND ASSESSMENT PURPOSES ONLY.  NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM.

BLM_0060851

## Map 4-6. Distance Zones—Highway 50



IOP

Field Office Boundary

Not Visible

Visible

Section

Highway

Road

Trail

Foreground/Middle Ground

Background

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES.  THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES.  THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY.  NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM

BLM_0060852

# 5. Visual Resource Inventory Classes

The following matrix shows how Scenic Quality Evaluation, Sensitivity Level Determination, and Delineation of Distance Zones are combined to develop VRM Inventory Classes (Map 5-1).

As a general rule, lands with high scenic quality, where scenic quality is of concern to the public and are visible from less than five miles, are rated higher than lands with low scenic quality and for which there is little public concern for maintenance of scenic quality.

The final Visual Resource Inventory Class distribution (by acreage) for the UFO is as follows:

|  | **Total Acres** |
|---|---|
| Class I | .......................................................... 44,918 |
| Class II | ...................................................703,766 |
| Class III | ...................................................784,741 |
| Class IV | ...................................................305,524 |
| Not Rated | ...............................................1,377,653 |
| **Total** | ......................................................3,216,604 |

**Basis for Determining
Visual Resource Inventory Classes**

| | | Visual Sensitivity Levels | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | High | | | Medium | | | Low |
| **Special Areas** | | I | I | I | I | I | I | I |
| **Scenic Quality** | A | II | II | II | II | II | II | II |
| | B | II | III | III / IV* | III | IV | IV | IV |
| | C | III | IV | IV | IV | IV | IV | IV |
| | | f/m | b | s/s | f/m | b | s/s | s/s |
| | | Distance Zones | | | | | | |

\* If adjacent area is Class I, II, or III, assign Class III; if Class IV, assign Class IV.

Source: Visual Resource Inventory – BLM Manual Handbook 8410-1

BLM_0060853

This page intentionally left blank.

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0060854

## Scenic Quality Rating Units

| No. | SLRU Name | Page |
|-----|-----------|------|
| 1 | Bull Mountain | A-4 |
| 2 | Stevens Gulch | A-7 |
| 3 | Somerset | A-11 |
| 4 | Paonia Reservoir | A-14 |
| 5 | Deep Creek | A-17 |
| 6 | Thousand Acre Flats | A-20 |
| 7 | Beebe Gulch | A-23 |
| 8 | North Delta OHV | A-26 |
| 9 | Redlands Mesa | A-29 |
| 10 | Paonia Valley | A-33 |
| 11 | Jumbo Mountain | A-37 |
| 12 | Minnesota Creek Valley | A-40 |
| 13 | Elephant Hill | A-43 |
| 14 | McDonald Mesa | A-46 |
| 15 | Upper Gunnison River | A-49 |
| 16 | Alkali | A-53 |
| 17 | Adobe Badlands WSA | A-56 |
| 18 | Escalante Canyon – Bennett's Basin | A-59 |
| 19 | Escalante Canyon | A-62 |
| 20* | Monitor Mesa Complex | A-66 |
| 21 | Cactus Park (Drylands) | A-71 |
| 22 | Greater Delta/Montrose Valley | A-75 |
| 23 | Grand View Mesa | A-79 |
| 24 | Smith Fork | A-82 |
| 25 | Fruitland Mesa | A-85 |
| 26 | Youngs Peak | A-88 |
| 27 | Needle Rock | A-91 |
| 28 | Crawford Reservoir Valley | A-94 |
| 29 | Castle Rock Foreground | A-97 |
| 30 | Dry Creek Basin | A-100 |
| 31 | Crystal Valley | A-104 |
| 32 | Uncompahgre Plateau | A-107 |
| 33 | Southeast Montrose Hills | A-110 |
| 34 | Waterdog Foothills | A-113 |
| 35 | Cimarron Valley | A-117 |
| 36 | Spruce Mountain | A-122 |
| 37 | Ridgway Reservoir | A-126 |
| 38 | Cimarron Ridge Foothills | A-129 |
| 39 | Pleasant Valley | A-133 |
| 40 | Uncompahgre Canyon | A-138 |
| 41 | Mount Sneffels Foothills | A-142 |

| No. | SLRU Name | Page |
|-----|-----------|------|
| 42 | Upper San Miguel River | A-146 |
| 43 | Beaver Mesa Complex | A-149 |
| 44 | Oak Hill | A-152 |
| 45 | Hamilton Creek | A-156 |
| 46 | Hamilton Mesa | A-159 |
| 47 | Naturita Canyon | A-162 |
| 48 | Norwood Valley | A-165 |
| 49 | San Miguel – Piñon to Beaver Creek | A-168 |
| 50 | Mailbox Park | A-171 |
| 51 | Naturita Ridge | A-174 |
| 52 | Dry Creek Canyon | A-177 |
| 53 | San Miguel – Vancorum to Piñon | A-180 |
| 54 | Third Park | A-183 |
| 55 | First Park/Second Park | A-186 |
| 56 | Sawtooth Ridge | A-189 |
| 57 | Sawtooth Ridge Face | A-193 |
| 58 | Davis Mesa | A-196 |
| 59 | Dolores River Canyon WSA | A-200 |
| 60 | Wray Mesa | A-203 |
| 61 | Paradox Valley | A-206 |
| 62 | Middle Dolores Canyon | A-211 |
| 63 | San Miguel/Tabeguache | A-215 |
| 64 | Tabeguache Special Management Area | A-218 |
| 65 | Atkinson Mesa | A-221 |
| 66 | Lower Dolores River | A-225 |
| 67 | Sewemup Mesa | A-229 |
| 68 | Roc Creek | A-232 |
| 69 | Carpenter Ridge | A-235 |
| 70 | La Sal Creek | A-238 |
| 71 | Maverick Mesa Complex | A-242 |

*Includes 3 Sensitivity Level Units

BLM_0060855

This page intentionally left blank.

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0060856

# Appendix C. Visual Resource Inventory Data Collection and Processing Methodology

The BLM Visual Resource Inventory Manual H—8410-1, BLM Technical Note 407, and the BLM Visual Resource Management Course Manual were sources used for the UFO Visual Resource Inventory.

## Inventory

Preliminary units were drawn in the field on copies of 1:100,000 scale topographic maps and adjusted as necessary after consulting BLM staff to provide an accurate boundary. These maps were used in the field for navigational purposes, for ground-truthing the SQRU boundaries, and for recording notes and Inventory Observation Point (IOP) locations. High-quality aerial photographs and terrain models available on Google Earth™ and Google Maps™ were also used to verify the boundary locations, as well as a 25-meter Digital Elevation Model (DEM) provided by the BLM. These maps and photos clearly show the topographic and visual features of the landscape which enabled the inventory team to divide the area into SQRUs.

Field work for the VRI was conducted the weeks of June 8-12 and 22-26, 2009 with subsequent site visits on July 14, 16, and 17, 2009 (a total of 13 days). Each Scenic Quality Rating Unit was accessed by vehicle. The inventory team drove through each SQRU, stopping on multiple occasions to evaluate scenic quality. Notes and photographs were taken at each stop (IOP) to document the landscape character (as discussed in Section 2 – Scenic Quality Inventory Factors). A total of 243 stops were made throughout the UFO (Map A-1). The photographs, latitude/longitude, and heading for each IOP were recorded using a Ricoh Caplio 500SE 8 MP GPS camera. The IOPs were also drawn onto the 1:100,000 scale topographic maps for tracking purposes to ensure that each SQRU was thoroughly documented. A photograph log was used to document the number of photos per SQRU.

All SQRUs were named in the field based on a significant feature, drainage, or area. Numbers were added later when all the SQRUs were finalized to ensure that the reader could easily find specific units.

## GIS

All VRI GIS data was created in ArcView 9.3. The SQRUs drawn on the 1:100,000 scale topographic paper maps were made into a digital vector version by heads-up digitizing. Raster images were used as the background data and include: digital copies of the 1:100,000 scale topographic maps provided by the UFO as well as Digital Raster Graphics (DRGS) and aerial imagery {National Agriculture Imagery Program (NAIP)} downloaded from the USDA Geospatial Data Gateway. Topology was validated by using the following ET GeoWizard functions: Clean Polygons, Clean Gaps, and Eliminate.

## Scenic Quality Rating

The SQRU shape file attribute table was expanded to include the SQRU name and number, the seven Scenic Quality Rating Factors, the Total Scenic Quality Rating Score, and the final Scenic Quality Rating Class (A, B, C). The acreage was also included. (Table C-1).

BLM_0060857

## Table C-1. Scenic Quality Inventory Factors

| SQRU No. | SQRU Name | Rating | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Mod. | Total Score | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | Bull Mountain | 2 | 4 | 3.5 | 4 | 4 | 2 | 0 | 19.5 | A | 20552.54 |
| 02 | Stevens Gulch | 3 | 3.5 | 1 | 3 | 3.5 | 2 | 0 | 16 | B | 94217.27 |
| 03 | Somerset | 3 | 4 | 4 | 3 | 0 | 2 | -2 | 14 | B | 19621.23 |
| 04 | Paonia Reservoir Canyon | 3.5 | 5 | 4 | 4 | 0 | 3 | -0.5 | 19 | A | 10742.63 |
| 05 | Deep Creek | 2.5 | 5 | 1 | 4 | 5 | 3 | 0 | 20.5 | A | 9705.18 |
| 06 | Thousand Acre Flats | 2 | 4 | 0 | 3.5 | 4 | 2 | 0 | 15.5 | B | 2304.61 |
| 07 | Beebe Gulch | 3 | 2 | 0 | 2 | 2 | 1 | 0 | 10 | C | 15526.55 |
| 08 | North Delta OHV | 3 | 1 | 0 | 1 | 3 | 2 | -2 | 8 | C | 21973.94 |
| 09 | Redlands Mesa | 2 | 3.5 | 2 | 3 | 3 | 1 | 0 | 14 | B | 71607.57 |
| 10 | Paonia Valley | 2 | 3.5 | 3 | 3 | 4 | 2.5 | 0 | 18 | B | 34436.19 |
| 11 | Jumbo Mountain | 3.5 | 3 | 0 | 3.5 | 4 | 2 | 0 | 16 | B | 13860.19 |
| 12 | Minnesota Creek Valley | 2 | 4 | 1 | 3 | 3 | 1 | 1 | 15 | B | 1084.83 |
| 13 | Elephant Hill | 2 | 3 | 0 | 2 | 4 | 1 | 0 | 12 | C | 4036.79 |
| 14 | McDonald Mesa | 2 | 3 | 0 | 2.5 | 4 | 1 | 0 | 12.5 | B | 13123.27 |
| 15 | Upper Gunnison River | 4 | 3.5 | 4 | 4 | 1 | 2 | 1 | 19.5 | A | 8016.51 |
| 16 | Alkali | 2 | 2 | 0 | 2 | 3 | 1 | -0.5 | 9.5 | C | 41184.93 |
| 17 | Adobe Badlands WSA | 2 | 1 | 0 | 2 | 1 | 1 | 0 | 7 | C | 8973.82 |
| 18 | Escal Canyon_Bennett's Basin | 1 | 3 | 0 | 2 | 1 | 1 | 0 | 8 | C | 6795.13 |
| 19 | Escalante Canyon | 4 | 3.5 | 4 | 4 | 0 | 2 | 0 | 17.5 | B | 17422.22 |
| 20 | Monitor Mesa Complex | 4 | 2.5 | 0.5 | 3 | 2 | 2 | 0 | 14 | B | 58809.17 |
| 21 | Cactus Park (Drylands) | 1 | 1.5 | 0 | 1.5 | 3 | 1 | -0.5 | 7.5 | C | 38039.89 |
| 22 | Greater Delta/Montrose Valley | 1 | 3 | 2 | 3 | 3.5 | 1 | 0 | 13.5 | B | 132978.19 |
| 23 | Grand View Mesa | 2 | 4 | 2 | 3 | 4 | 2 | 1 | 18 | B | 27761.83 |
| 24 | Smith Fork | 3 | 3.5 | 2 | 2.5 | 0 | 3 | 0 | 14 | B | 3470.57 |
| 25 | Fruitland Mesa | 1 | 3 | 0 | 2 | 4 | 1 | 0 | 11 | C | 10161.95 |
| 26 | Youngs Peak | 2 | 2 | 0 | 2 | 4 | 2 | -1 | 11 | C | 3065.68 |
| 27 | Needle Rock | 5 | 2 | 0 | 3 | 2 | 5 | 0 | 17 | B | 426.68 |
| 28 | Crawford Reservoir Valley | 1 | 3 | 3 | 3 | 4 | 1 | 1 | 16 | B | 11077.03 |
| 29 | Castle Rock Foreground | 3 | 3 | 0 | 3 | 4 | 2 | 0 | 15 | B | 22575.53 |
| 30 | Dry Creek Basin | 2.5 | 3.5 | 0 | 3 | 3 | 1 | -0.5 | 12.5 | B | 101576.20 |
| 31 | Crystal Valley | 2 | 5 | 1 | 5 | 3 | 3 | 0 | 19 | A | 9766.62 |
| 32 | Uncompahgre Plateau | 1 | 3 | 0 | 2 | 3.5 | 3 | -0.5 | 12 | B | 47163.48 |
| 33 | Southeast Montrose Hills | 3 | 2 | 0 | 2 | 2 | 1 | -0.5 | 9.5 | C | 28605.01 |
| 34 | Waterdog Foothills | 2.5 | 3 | 0 | 3 | 3 | 1 | 0 | 12.5 | B | 37953.86 |
| 35 | Cimarron Valley | 3.5 | 4 | 3 | 4 | 5 | 3 | 0 | 22.5 | A | 43676.99 |
| 36 | Spruce Mountain | 2 | 4 | 2 | 3.5 | 5 | 3 | 0 | 19.5 | A | 97210.86 |
| 37 | Ridgway Reservoir | 3 | 2.5 | 4 | 3.5 | 3 | 3 | 0 | 19 | A | 12135.56 |
| 38 | Cimarron Ridge Foothills | 2 | 4 | 3 | 3 | 4 | 2 | 0 | 18 | B | 40529.01 |
| 39 | Pleasant Valley | 1.5 | 3 | 1 | 3 | 5 | 2 | 0 | 15.5 | B | 21194.05 |
| 40 | Uncompahgre Canyon | 4 | 3 | 3 | 4 | 2 | 3 | 0 | 19 | A | 7206.92 |
| 41 | Mount Sneffels Foothills | 3 | 4 | 0.5 | 3.5 | 2 | 2 | 0 | 18 | B | 43405.10 |
| 42 | Upper San Miguel River | 4 | 4 | 4.5 | 5 | 0 | 3.5 | -0.5 | 20.5 | A | 39287.02 |
| 43 | Beaver Mesa Complex | 2 | 4 | 1 | 4 | 4 | 3 | 0 | 18 | B | 48778.16 |
| 44 | Oak Hill | 2 | 4 | 1 | 4 | 4 | 3 | 0 | 18 | B | 30223.32 |
| 45 | Hamilton Creek | 2 | 4 | 0 | 3.5 | 3.5 | 2 | 0 | 15 | B | 29934.27 |

BLM_0060858

| SQRU No. | SQRU Name | Rating | Landform | Vegetation | Water | Color | Adjacent Scenery | Scarcity | Cultural Mod. | Total Score | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Hamilton Mesa | 1 | 3 | 0 | 2 | 4 | 1 | 0 | 11 | C | 5693.81 |
| 47 | Naturita Canyon | 3 | 3 | 1 | 3.5 | 0 | 1.5 | 0 | 12 | B | 6280.52 |
| 48 | Norwood Valley | 1 | 3 | 0 | 3 | 2 | 1 | 0 | 10 | C | 30272.80 |
| 49 | San Miguel - Pinon to Beaver | 3 | 4 | 5 | 3.5 | 0 | 3.5 | 0 | 19 | A | 8513.58 |
| 50 | Mailbox Park | 2 | 3 | 0 | 2 | 3 | 1 | 0 | 11 | C | 19864.81 |
| 51 | Naturita Ridge | 2 | 3 | 0 | 2 | 2 | 1 | -0.5 | 9.5 | C | 32953.64 |
| 52 | Dry Creek Canyon | 2.5 | 3 | 2 | 2.5 | 0 | 2 | 0 | 12 | B | 8629.63 |
| 53 | San Miguel - Vancorum to Pinon | 2.5 | 3.5 | 3.5 | 3 | 0 | 3.5 | -2 | 14 | B | 7985.01 |
| 54 | Third Park | 2 | 3 | 0 | 2 | 3 | 1 | 0 | 11 | C | 30339.76 |
| 55 | First Park/Second Park | 3 | 3 | 1 | 3 | 3 | 2 | 0 | 15 | B | 18017.43 |
| 56 | Sawtooth Ridge | 3 | 3 | 0 | 3 | 4 | 2 | -1 | 14 | B | 33927.74 |
| 57 | Sawtooth Ridge Face | 4 | 2 | 0 | 4 | 2 | 3.5 | 0 | 15.5 | B | 4244.81 |
| 58 | Davis Mesa | 3 | 3 | 0 | 3 | 2 | 2 | 0 | 13 | B | 30447.65 |
| 59 | Dolores River Canyon WSA | 4.5 | 4 | 4 | 4 | 0 | 3.5 | 0 | 20 | A | 13959.13 |
| 60 | Wray Mesa | 2 | 3 | 0 | 2 | 3 | 1 | 0 | 11 | C | 24824.55 |
| 61 | Paradox Valley | 2 | 3 | 2 | 2 | 4 | 1 | 0 | 14 | B | 38854.51 |
| 62 | Middle Dolores Canyon | 5 | 3.5 | 4 | 4.5 | 0 | 4 | 0 | 21 | A | 6995.13 |
| 63 | San Miguel/Tabeguache | 3.5 | 4 | 4 | 3 | 0 | 3 | 0 | 17.5 | B | 13360.50 |
| 64 | Tabeguache SMA | 1.5 | 4 | 0 | 3 | 3 | 1 | 0 | 12.5 | B | 8137.13 |
| 65 | Atkinson Mesa | 2.5 | 3 | 0 | 2.5 | 4 | 2 | 0 | 14 | B | 64438.61 |
| 66 | Lower Dolores River | 4 | 3 | 3.5 | 3.5 | 0 | 3 | -1 | 16 | B | 8884.02 |
| 67 | Sewemup Mesa WSA | 5 | 4 | 0 | 4 | 2 | 2 | 0 | 17 | B | 1802.88 |
| 68 | Roc Creek | 4 | 4 | 1 | 4 | 0 | 3 | 1 | 17 | B | 1954.18 |
| 69 | Carpenter Ridge | 2 | 2.5 | 0 | 2.5 | 2.5 | 1 | -1 | 9.5 | C | 17964.40 |
| 70 | La Sal Creek | 4 | 4 | 3 | 4 | 0 | 3 | 1 | 19 | A | 4326.03 |
| 71 | Maverick Mesa Complex | 3 | 3 | 0 | 3 | 2 | 1 | -1 | 11 | C | 96.62 |
| NR | Dominguez Canyon Wilderness Area | NR | NR | NR | NR | NR | NR | NR | NR | SA | 36776.16 |
| NR | State | NR | NR | NR | NR | NR | NR | NR | NR | NR | 645.13 |
| NR | Curecanti NRA | NR | NR | NR | NR | NR | NR | NR | NR | SA | 8167.81 |
| NR | Black Canyon National Park | NR | NR | NR | NR | NR | NR | NR | NR | NR | 27834.13 |
| NR | USFS | NR | NR | NR | NR | NR | NR | NR | NR | NR | |

BLM_0060859

## Visual Resource Inventory Classes

To determine the final Visual Resource Inventory Classes, the Scenic Quality, Sensitivity Level and Distance Zone GIS layers are combined as per Visual Resource Inventory Manual H—8410-1 BLM Technical Note 407, with some modification. Each Layer is converted into a raster layer and then is reclassified as follows:

| Scenic Quality Rating | Assigned Value |
| --- | --- |
| • A | 500 |
| • B | 300 |
| • C | 100 |
| • NR or Not Rated | 0 |

| Sensitivity Level Analysis | Assigned Value |
| --- | --- |
| • High | 50 |
| • Medium | 30 |
| • Low | 10 |
| • NR or Not Rated | 0 |

| Distance Zone | Assigned Value |
| --- | --- |
| • Foreground/middleground | 5 |
| • NR or Not Rated | 0 |

| Special Areas | Assigned Value |
| --- | --- |
| Wilderness Areas | **1,000** |
| NR or Not Rated | **0** |

The four raster layers are then combined and their values added.

- Values greater than or equal to 1,000 = Class I.
- Values greater than or equal to 355 but less than 1,000 = Class II.
- Values of 155, 355, and 353 = Calss III.
- The value of 351 is Class III if it is adjacent to Class III, II, or I. If adjacent to Class IV, it is Class IV.
- All other values = Class IV.

BLM_0060860

# Appendix D. Community Information Summary

## Introduction

In June of 2009, information requests were sent to federal agencies, counties, and municipalities located within the UFO, on BLM letterhead under signature of Barbara Sharrow, Field Office Manager. (Exhibit D-1). The information request varied slightly depending upon the type of jurisdiction. Responses were logged and follow-up calls and e-mails were made as necessary. (Exhibit D-2).

Many small communities within the UFO do not have GIS data and/or zoning and land-use codes that pertain specifically to visual resources, and some communities did not respond to either the letter request or subsequent follow-up communications. In these cases, every effort was made to locate and download pertinent documents from county and municipal websites, and this information is recorded in the log.

This appendix provides excerpts copied directly from planning and regulatory documents, as well as short summaries of information that pertain specifically to visual resources. All downloaded documents and full-sized maps provided by the various jurisdictions are included on the CD-ROM that accompanies this document.

## Federal Agencies

### ■ BLM Uncompahgre Field Office
***Final Community Assessment of the Uncompahgre Planning Area, February 2009***

#### 2.2 REASONS PEOPLE LIVE IN THEIR COMMUNITIES
*(Page 2-5; also found in the Executive Summary on page ES-3)*

"The reasons most often cited included recreational opportunities, natural and scenic beauty, proximity to public lands…"

#### 3.1 COMMUNITY-DESIRED BENEFITS FROM PUBLIC LANDS
*(Page 3-2 and 3-3; also found in the Executive Summary on pages ES-3 and ES-4)*

*Scenery/Aesthetics/Open Space*

Public lands offer wide open spaces and scenic vistas that many communities consider a substantial benefit. Being surrounded by a natural-looking landscape appeals to current residents and is a reason many choose to stay in these communities. Many residents voiced the dark 'night sky' as an important benefit of the open space public lands offer.

*Open Space and the Natural Landscape*
Public lands managed by the Uncompahgre Field Office are generally open and natural in appearance. This natural-looking landscape was the most commonly identified social (see above) and environmental benefit by communities. Some groups stated their hope that public lands would not change from the way they are now.

BLM_0060861

## 3.2 COMMUNITY VISION FOR PUBLIC LANDS
*(Page 3-5 and 3-8)*

**Physical characteristics** refer to what communities would like public lands near them to look like, including the degree of naturalness and the amount or type of development and infrastructure. Examples would be more or fewer developed recreation facilities, a network of designated travel and transportation routes, or natural-appearing scenery.

**Social Characteristics.** Discussion of social characteristics focused on maintaining the dispersed nature of recreational opportunities on public lands in the area and preserving the natural character of the lands.

## 4.1 GROUP AREAS WITH SIMILAR SOCIOECONOMIC CHARACTERISTICS
*(Page 4-1)*

For example, in the upper San Miguel River watershed, most communities favor resource conservation for urban buffering, viewshed protection, and recreation.

- **Socioeconomic Unit 1 (Bowie, Paonia, and Somerset)**. Residents choose to live here because of the strong sense of community, natural resource-based jobs, good quality of life, access to federal lands (BLM and Forest Service), recreational opportunities, and the scenic beauty of the landscapes.
- **Socioeconomic Unit 2 (Austin, Cedaredge, Crawford, Hotchkiss, and Orchard City)** [value] the scenic beauty of the landscapes. Residents value their access to public lands, the sense of community, good quality of life, recreational opportunities, and the scenic beauty of the landscapes.
- **Socioeconomic Unit 3 (Delta, Montrose, and Olathe)** are more tied to urban economies, agriculture, and recreation. Like the other units, people in this unit live here for the good quality of life, access to public lands, sense of community, recreation opportunities, and scenery.

- **Socioeconomic Unit 4 (Mountain Village, Norwood, Ouray, Placerville, Redvale, Ridgway, Sawpit, and Telluride**) have all experienced some level of transformation from an "old west" to a "new west" economic structure. In general, residents that move into this unit are attracted to the region for scenery, recreation, and the "western feel." Therefore, it is not surprising that recreation, open space, and viewshed and watershed protection are important to local residents, as are non-extractive historic uses, such as livestock grazing.
- **Socioeconomic Unit 5 (Naturita, Nucla, and Paradox)**. Communities are supportive of resource extraction and use of public lands in an environmentally sustainable manner for economic gain (including recreational uses). The isolation and social independence of this part of the planning area is a prime value of the people who live here, as is access to public lands and the scenery.

## 4.2  ADDRESS PLANNING ISSUES AND CONCERNS
*(Page 4-5)*

**Energy Development and the Natural Landscape**
All communities recognize the importance of energy development for the nation; however, the location, intensity, and overall acceptance of energy development varied by community. A number of communities indicated an interest in seeing continued energy development on public lands, especially if there were direct economic benefits to the community (e.g., jobs and spending). Others stated that they believe it will continue, even if they do not have a sense of directly benefiting from it. These same communities, however, stated that the natural landscape, scenic beauty, wildlife, and recreation benefits of public lands are of great importance to residents and visitors, as well as to their economies.

Detailed responses from attendees are found in Appendix C, List of Participants and Summaries of Meetings.

BLM_0060862

■ **National Park Service**

*General Management Plan, Black Canyon of the Gunnison National Monument and Curecanti National Recreation Area, 1977*

Excerpts from this plan that pertain to visual and scenery protection include the following:

**Black Canyon of the Gunnison**
**Park Purpose** *(Page 3)*
- Preservation and protection of the spectacular gorges and scenic values.

**Park Significance** *(Page 4)*
Significance is summarized in statements that capture the essence of Black Canyon's importance to our natural and cultural heritage. Significance statements are not an inventory of significant resources but rather describe the importance or distinctiveness of the aggregate of resources in the park. The following are the significance statements developed for the park through the management assessment process.
- Clean air and panoramic views pale the influence of humans and give a feeling of what once was throughout the west.
- It's the view.

**Curecanti National Recreation Area**
**Park Purpose** *(Page 5)*
- To conserve the scenery, natural, historic, and archeological resources, and wildlife of Curecanti National Recreation Area.

**Specific Objectives; Black Canyon of the Gunnison National Monument; Resource-Specific Objectives**
*Page 13:*

SCENIC VALUES AND SOUND—Maintain a full spectrum of tangible and intangible attributes for which the national monument was established. Park areas contain various tangible natural and cultural features such as animals, plants, waters, geologic features, historic buildings and monuments, and archeological sites. They also have intangible qualities such as natural quiet, solitude, space, scenery, scenic vistas, a sense of history, sounds of nature, and clear night skies that are important components of visitor use and enjoyment.

Conditions to be attained:
1. A strategy has been developed that protects viewsheds, allowing them to remain generally natural and undeveloped as seen from within the monument and Vernal Mesa.
2. Development that will be seen from within the park is done in a sensitive way, minimally impacting the visitor experience of a wild canyon setting and blending with the natural landscape.
3. Management for viewsheds that are critical to providing quality experiences for park visitors is cooperatively coordinated with adjacent land management agencies, county planning entities, private landowners, and transportation agencies.
4. A strategy has been developed to protect the viewshed along the scenic approaches to the monument (Highway 50 to the South Rim entrance and Crawford to North Rim boundary), emphasizing the importance of retaining the rural characteristics of the area along these routes.
5. Outstanding natural sound quality, night lighting, and air pollution are improved over 1993 levels.

**Geographic-Specific Objectives (***Page 16***)**

PANORAMIC VIEWS—Preserve the natural setting that allows the Black Canyon to be seen within the larger regional context.

Conditions to be attained:
1. Visitors are allowed to see and access the area for the larger panoramic views.
2. To support visitor access and a quality visitor experience, minimal development is done.
3. Air quality for a Class I airshed is maintained for long-distance views (to the San Juans, Grand Mesa, West Elks, Uncompahgre Valley, etc.), which are important parts of the Black Canyon geologic and human history stories.

BLM_0060863

**Issue-Specific Objectives** *(Page 17)*

FUTURE DEVELOPMENT SURROUNDING THE PARK—Cooperatively guide the appropriate development of lands surrounding the park so that they do not adversely affect the park environment. Two areas could potentially negatively impact the park environment from inappropriate development of surrounding lands—water quality and aesthetics.

Conditions to be attained:
1. A strategy for a local community baseline information system has been developed to provide a better understanding of the physical and ecological processes that shape and contribute to the evolution of Black Canyon and the Gunnison Basin.
2. Viewsheds remain generally natural as seen from within the park.
3. A cooperative strategy for appropriate private land development adjacent to Black Canyon and on access routes leading into the park has been developed with land management agencies, private landowners, county planning entities, and transportation agencies, so that impacts to water quality and aesthetic quality of the park experience have been reduced.

**Specific Objectives; Curecanti National Recreation Area; Resource-Specific Objectives:** *(Page 20)*

SCENIC—Maintain a full spectrum of tangible and intangible attributes for which the national recreation area was established.

Conditions to be attained:
1. Internal—viewsheds remain generally natural and undeveloped as seen from within the park.
2. External—management for viewsheds that are critical to providing quality recreational experiences for park visitors is cooperatively coordinated with adjacent land management agencies, county planning entities, private landowners, and transportation agencies.
3. Park development and park facilities do not derogate viewsheds or other scenic qualities.

**Issue-Specific Objectives** *(Page 23)*

FUTURE DEVELOPMENT SURROUNDING THE PARK

Conditions to be attained:
1. A strategy for a local community baseline information system has been developed to provide a better understanding of the physical and ecological processes that shape and contribute to the evolution of Curecanti and the Gunnison Basin.
2. Viewsheds remain generally natural and undeveloped as seen from within the park.
3. A cooperative strategy for any appropriate private land development adjacent to Curecanti has been developed with land management agencies, private landowners, county planning entities, and transportation agencies so that water quality and aesthetic quality of the park experience are not adversely impacted.

■ **U. S. Forest Service**

*Grand Mesa, Uncompahgre, and Gunnison National Forests—Proposed Forest Plan, 2007*

**Introduction** *(Page 16)*
The outstanding scenery and outdoor recreation opportunities provided by the GMUG are major contributors to socioeconomic forces currently at work and expected to continue over the Plan period. Forest amenities generate tourism, which is a very important industry for several communities within the sub-region. It is also a major contributing factor to the "amenity migration" phenomenon wherein communities are seeing rapid growth of second home development and new residents permanently re-settling to the area.

**1.A.13. RECREATION** *(Page 77)*

Components of the Recreation Program discussed in this Plan include Scenery – visual quality and scenic integrity.  The Recreation Opportunity Spectrum outlined in section 1.A.13.1 defines scenic integrity objectives for the following categories:

BLM_0060864

**Backcountry Settings**
- SPNM (Semi-Primitive Non-Motorized)—Very High (unaltered) to High (appears unaltered)
- SPM (Semi-Primitive Motorized)—Very High (unaltered) to Moderate (slightly altered)

**Built Environment: Rural Areas**
Rural areas are characterized by substantially modified natural environment. The landscape is often dominated by human-caused geometric patterns; there is also a dominant sense of open, green-space. Scenic byway corridors are also within this setting. Driving for pleasure, viewing scenery, camping, and picnicking are common activities. Scenic integrity objectives are High (unaltered) to Moderate (slightly altered).

- **General Forest Roaded Settings**
- RN (Roaded Natural)—Very High (unaltered) to Low (moderately altered)
- RM (Roaded Modified)—Moderate (slightly altered) to Very Low (heavily altered)
- RN-NM (Roaded Natural Non-Motorized)—High Moderate or Moderate

**Forest-wide Desired Conditions**
Scenery appears natural within and adjacent to developed recreation facilities. Scenic integrity objectives are High (appears unaltered) or Moderate (slightly altered).

## 1.A.14. SKI AREAS *(Page 87)*

Scenery in and around ski areas appears natural. Protection of scenic values is emphasized through basic landscape design principles. The visual impacts of structures, ski lifts, roads, utilities, buildings, signs, and other man-made facilities are minimized. Facilities are architecturally designed to blend and harmonize with the national forest setting as seen from key viewpoints. Facilities that no longer serve a useful purpose are removed. Advertising of services or products is generally non-existent or temporary in conjunction with a special event.

## 1.A.15. SCENERY *(Page 91)*

Scenic resources are a component of natural settings and make up the visual landscape. Scenic resources vary by location and existing natural features including vegetation, water features, landforms, geology, and man-made elements.

**Forest-wide Desired Conditions**
High quality natural appearing scenic landscapes are present throughout the Forest. Scale, color, texture, orientation, and location are evident in facility designs and management activities.

Healthy vegetation provides a variety of successional stages, plant communities, and associated wildlife. A variety of scenic integrity objectives (SIO) are disseminated throughout the Forest.

A range of scenic integrity objectives from low to very high exist with a focus on meeting or exceeding public demand for high quality scenery that benefits regional tourism, economy, community self-image, and recreation opportunities by maintaining existing natural appearing scenic landscapes.

Scenic values and scenic integrity goals are integrated with other resource objectives. Multiple-use activities and facility designs incorporate design features that include such components as scale, color, texture, orientation, and location to achieve scenery integrity objectives for the area or viewshed. Healthy vegetation contributes to sustaining scenic values. Planned vegetation altering activities maintain a variety of successional stages, plant communities, and associated wildlife through a combination of human manipulation and natural processes.

## 1.A.16.2. WILD AND SCENIC RIVERS *(Page 97)*

- Scenic Rivers —Very High
- Recreation Rivers—High

## 1.A.16.3. RESEARCH NATURAL AREAS *(Page 97)*

Scenery appears unaltered by human activity. Deviations may be present but are mostly unobtrusive.

BLM_0060865

The visual effects of natural disturbance events to achieve primary goals are accepted.

### 1.A.16.4 SPECIAL INTEREST AREAS *(Page 98)*

The scenery of the area appears unaltered or as described in the heritage resource management plan.

### 1.A.16.5. Scenic Byways and Scenic Travel Corridors *(Page 99)*

The Forest has identified six additional forest roads to be managed as scenic travel corridors for their high quality scenery and recreation values.

**Forest-wide Desired Conditions**

***Scenic Byways:*** Scenic byway road corridors and adjacent landscapes provide high quality scenery through time. Viewsheds along scenic byways meet the public's desire for attractive natural landscapes and contribute to recreation tourism and the regional economy. The intrinsic qualities for which the byways were designated continue to be emphasized and managed consistent with current Corridor Management Plans.

Vegetation is managed to enhance the scenic quality of recreation opportunities within the immediate foreground of Concern Level 1 travelways and use areas. Timber harvest, prescribed fire, recreation, and livestock use are incorporated to enhance Scenic Integrity Objectives. Interpretation and education are provided through exhibits, signs, programs, along roadways, and in adjacent recreation facilities.

***Scenic Travel Corridors:*** Forest scenic travel corridors maintain their high quality scenery and recreation values characteristic of the region. Forest management activities may be seen, but are visually subordinate to the surrounding landscape.

Viewsheds seen from the road are included as part of the corridor. Scenic integrity objectives are High to Moderate. Vegetation alterations enhance the viewing opportunity and long-term vigor and health of the vegetation. Roads and adjacent facilities are consistent within ROS desired condition settings.

### 2.A.13. SCENERY
1. Rehabilitate project areas that do not meet Scenic Integrity Objectives within 10 years of Plan approval.

### 2.C.3. MA1.3 – PRIMITIVE LANDS
These areas encompass approximately two percent of the GMUG, where natural conditions are protected or restored. There is a range of goals which include providing wildlife habitat areas, research or reference areas, primitive and semi-primitive recreation, natural scenery, and livestock grazing.

### 2.C.9. MA5.1 – GENERAL FOREST WITH ACTIVE MANAGEMENT
MA5.1 is the most prevalent area in the Plan Area, encompassing 40 percent of the Forest. These areas are actively managed to meet a variety of ecological and human needs. They are managed with a strong multiple-use emphasis.... They are often characterized by a substantially modified natural environment. Scenic Integrity Objective is generally Moderate.

Plan Guidelines (Section 3) include provisions for scenery resource enhancement or rehabilitation following timber harvest and use of overhead utility lines. In addition, section 3N, Scenery, provides these guidelines:

1. When constructing facilities and structures, project-level guidance found in Forest Service Built Environment Image Guide should be used to design facilities and structures subordinate and complementary to surrounding landscapes.

2. To the extent possible, large facilities such as power lines, gas wells, appurtenances, and power stations should be screened from Concern Level 1 travel corridors.

Section 3.02, Wild and Scenic Rivers, states that When authorizing projects and activities, the Responsible Official should consider river management guidelines found in FSH 1909.12, sec. 82.5 and 82.51.

BLM_0060866

## Counties

### ■ Delta County
**Delta County Master Plan Final Draft, 1996**

**Part One: Cultural Resources** *(Page 3)*
Delta County has two state designated Scenic and Historic Byways. Both Scenic Byways are developing corridor management plans to provide for the protection and interpretation of the cultural heritage and natural resources of the areas.

**Part Two Goals, Policies and Implementation**
*(Page 6)*
Part B. Inventory and classify the physical features and environmental resources of the County.. Implementation Strategies

1. Collect and analyze the data necessary to map the significant physical features and environmental characteristics of the County. The data base should include, at a minimum; areas of steep or unstable slopes, soils, floodplains, wetlands and riparian areas, critical watersheds, wildlife migration paths and (critical) winter habitat, important scenic viewsheds.

**Delta County Subdivision Regulations 2008**

**N. Scenic Impact Report**

When a development or subdivision may adversely impact the view form a designated Scenic By-Way or impact the views in Significant View Corridors designated in the Delta County Master Plan, the Board may require a Scenic Impact Report which shall consist of the following:

1. The report shall graphically illustrate the impact of the proposed development on the views from Scenic By-Ways or Significant View Corridors.
2. The graphic shall illustrate ground elevations before development and superimpose the proposed buildings against the background on a ground level elevation.
3. The graphic shall take into account the elevation from the roadway and the distance to the view to be preserved.
4. A Scenic Impact Report required by the Board shall include a general narrative which describes:
   - The actions necessary to mitigate the adverse scenic impact
   - The report shall include a graphic which illustrates how the developer or subdivider proposes to mitigate any adverse impacts of the scenic vies that were identified.
5. The report shall be submitted as part of the preliminary plat or before the Final Plat if a preliminary plat is not required.

**Delta County Regulation for Specific Developments, As Amended Effective Date: August 1, 2009**

**P. Scenic Views**
1. Developments within the view shed as defined by the West Elk Scenic Byway Corridor Management Plan for the West Elk Scenic Byway and within the view shed of Grand Mesa Scenic Byway shall be reviewed by the respective scenic byway committee. The comments received from the scenic byway committee shall be advisory only for use by each Advisory Planning Committee and the Planning Commission to incorporate in their findings and/or recommendations.
2. Development (building placement) on ridgelines with a direct effect on the skyline and/or blockage of view sheds from adjoining properties shall be mitigated.

BLM_0060867



Page D-8

BLM Uncompahgre Field Office • Visual Resource Inventory

BLM_0060868

■   **Ouray County**

*Ouray County Master Plan*
*Adopted December 1, 1999*

SECTION I: UTILITIES

2. Visual impacts should be identified and effective mitigation measures employed.

SECTION J. VISUALLY SIGNIFICANT AREAS

Ouray County contains some of the most unique and beautiful scenery in Colorado. The diversity of the landscape ranges from jagged high mountain peaks and mesas to river valleys and irrigated fields. Preservation of this visual beauty is of utmost importance to the citizens of the County. The citizens want to be assured that future development will not hinder, impair or destroy Ouray County's scenic beauty.

**Goal:** To protect and preserve visually significant and sensitive areas of Ouray County that provide the scenic backdrops and vistas that all residents and visitors of Ouray County enjoy.

Policies:

1. Maintain strong visual impact regulations.
2. Develop and implement strategies for the protection and preservation of critical scenic vistas.
3. Evaluate and consider for adoption programs and incentives that encourage the placement of land into conservation easements and other protective status.
4. Evaluate and consider for adoption programs for the protection of open space by Ouray County.
5. Evaluate and consider for adoption incentives for Planned Unit Developments to surpass the minimum open space requirement as set forth in the Land Use Code
6. Adopted by the Ouray County Board of Commissioners December 29, 1997.

*Ouray County Visual Impact Regulations,*
*Section 9 Adopted December 1, 1999*

9.2 COMPLIANCE
A. All land use approvals and all new construction including public or private road and driveway cuts and fills must meet the requirements of this Section 9 except the following:
(1) Accessory structures, private roads and/or driveways used exclusively for agricultural or mining purposes, and not located on any escarpment or ridgeline.
(2) Structures, driveways or roads that can be clearly demonstrated to be not visible from the highways and roads listed in Section 9.3 A.
B. Existing structures, public or private roads and/or driveway cuts and fills shall be allowed to remain in their present state subject to the provisions of Section 4 of this Code.

C. A visual impact mitigation plan and commitments to ensure the plan's completion must be approved by the County prior to issuance of required permits,

including but not limited to: building, access, driveway and road construction permits.

D. Continued compliance with these regulations shall be required in the future, notwithstanding an initial determination by the County that development meets the requirements of this Section 9.

9.3 CRITERIA AND STANDARDS
A. All proposed structures must be at least one hundred (100) feet from the centerline of U.S. Highway 550, Colorado Highway 62, that portion of County Road 1 lying between County Road 24 and the south intersection of County Road 1A and County Road 1, and County Roads 5, 7, 8, 10, 24 and 24A.

B. All structures at or within 1.5 miles of the centerline of the roads or highways listed under Section 9.3 A. (as represented by the Ouray County Visual Impact Corridor Map) shall be subject to the point system described in detail in the document.

C. No structure shall break the skyline as seen from any viewing point within any viewing window as

BLM_0060869

established by Section 9.6 D. of this Code except the following:

(1) Where there is a gap in the existing skyline no greater than ten (10) feet wide, a maximum length of ten (10) feet of the roof and walls of the tructure may be visible as measured along the skyline, but shall not exceed the height of a horizontal line extended from the high point of the lower side;

(2) Where the roofline is not horizontal to the viewing window, an additional maximum length of twenty (20) feet of the roof and walls of the structure may be visible as measured along the skyline. This additional twenty (20) feet must not be connected to the first ten (10) feet and shall ot exceed the height of a horizontal line extended from the high point of the lower side to the high point of the high side.

D. In addition to any requirements imposed by this section, all structures falling within a viewing window and/or located along a ridgeline or escarpment shall be set back a minimum of fifty (50) feet from the ridgeline or edge of escarpment.

E. All public or private road and driveway cuts and fills shall be revegetated and/or reforested utilizing materials native to the disturbed area.

Section 9.7 of the code provides specific requirements for building materials and lighting standards that minimize visual impacts.

BLM_0060870



BLM_0060871

■ **San Miguel County**

*San Miguel County Comprehensive Development Plan Adopted August 3, 1978 Amended through February 13, 2008*

*Article I: Goals and Objectives*

SECTION 5. WEST END (BASIN-DISAPPOINTMENT-SLICK ROCK-EGNAR) *(Page 12)*

The West End (as identified on the adopted map) includes all land west of Range 14 West, and west of Naturita Creek and north of Township 43 North, including Dry Creek Basin, Gypsum Valley, Disappointment Valley, Slick Rock and Egnar.

It is the intent of the above communities to develop goals, objectives and policies that directly relate to our areas and our way of life.....It is our desire to guarantee that our Western Heritage is preserved and that the means by which we make a living be provided for and protected. In doing this we also want to ensure that the very lands that we live and work on are protected, that we preserve the natural beauty of our areas and to provide for the sustainable use of our natural resources, and the preservation of wildlife, historical, archeological and our natural resources and landmarks.

**5.3 More Specific Guidelines for the Siting of Utilities and Utility Lines Throughout the County**

It is the policy of San Miguel County to locate public utilities and utility lines to create the least amount of impact on county residents and the natural environment. To accomplish this in an orderly and equitable manner, the County has established a land classification system.

It is the County's policy to try and locate utility lines and utilities on Class 5 priority lands. Any proposal to utilize other priority lands shall demonstrate a clear need to do so and shall consider the **visual**, environmental, physiographic, and socio-economic

characteristics of the land including evaluation of broad ecosystems, topography, soils hydrology, geology, vegetation, wildlife, climate and unique features so that the siting of utilities and utility lines results in the least possible adverse impact.

**Residential Objective 5:** Ensure that new development does not promote the invasion of noxious weeds or create visual permanent scarring on hillsides.

*Residential Policies:*
(3) Locate houses and driveways to minimize visual impact.
(4) Encourage native, non-reflective materials for residential construction.
(5) Limit light pollution by requiring residential lighting plans and down shielded lighting. Architectural lighting would be prohibited.

SECTION 6. TELLURIDE/OPHIR HIGH COUNTRY AREA *(Page 18)*

It is important to preserve and protect the alpine and other high country areas in the upper San Miguel watershed for their historic, scenic, aesthetic and rural landscapes and recreational amenities. These alpine areas are relatively undeveloped and include backcountry basins and scenic hillsides. The land in these alpine areas is typified by lack of maintained and improved roads, lack of winter plowing, little or no utilities or infrastructure and very limited or sparse development. Characteristics that may be present include sensitive environmental areas (i.e. wetlands, steep slopes, sub alpine forest, wildflowers or tundra), historic mining remnants, high ridges and alpine peaks, and other areas that provide scenic views. Development in many of these areas can be difficult due to elevation, limited access, steep terrain and other site constraints and create undue adverse impacts on visual and recreational resources. Therefore, it is important to discourage development in areas that would result in demand for public services beyond what is currently provided.

BLM_0060872

....As seen from the towns of Telluride, Mountain Village, and Ophir, these areas represent historic landscapes, which are essential to the scenic views that contribute to each town's individual identity and economy. Development in backcountry basins and on scenic hillsides should be limited and/or mitigated and historic access methods should be preserved as a means of maintaining the area's existing historic character.

Limitations on new development and roads help prevent the invasion of noxious weeds and the visual scarring of hillsides thereby preventing pollution of waterways at the headwaters of the San Miguel River and protecting community drinking water supplies.

### 6.1 Overall Goals, Policies
(7) Preserve scenic vistas, historic landscapes, recreational opportunities and the integrity of natural resources.

### 6.2A Natural Resources, Scenery, Tourism and Recreation (Page 19)
Goal:  To protect San Miguel County's natural resources and scenic landscapes upon which the economy is based and which are essential to the quality of life for residents

Objective 1: Preserve recreational and scenic lands of economic, recreational, and cultural importance to the County.

Objective 3: Retain the relatively undeveloped character of backcountry areas:

e). that does not detract from the areas' scenic quality from public use areas

Policies:

1. Create a new zone district that protects undeveloped rural landscapes and recreational areas in the high country.
2. Maintain the rough and present condition of existing mountain passes and roads to protect their recreational functions, including but not limited to such roads as Tomboy Road, Imogene

Pass, Black Bear Pass, Bear Creek Road, Liberty Bell Road, Ophir Pass, and Boomerang Road including that portion of Boomerang above the Valley Floor and below the Alta Lake town site excluding the Mountain Village and Ski Area boundary.
3. Protect the views from the Towns of Telluride, Mountain Village, Ophir, and public use areas by limiting the visibility of roads, driveways, and development.

### 6.2C Residential (Page 21)
Goal: To retain the relatively undeveloped character of backcountry areas while allowing for low impact residential development that is compatible with the environment and does not negatively impact recreational and natural resources.

Objective 5: Ensure that new development does not promote the invasion of noxious weeds or create visual permanent scarring on hillsides.

Policies:

1. Create a new zone district that regulates residential house size and associated development activities on the scenic hillsides and upper basins above the Towns of Telluride and Ophir. The new zone district would be adjacent to and surrounding the town grids of both communities. These communities have preserved their historic character by limiting residential development through house size limits. The new zone district would continue the restriction on residential house size outside these communities and into the surrounding high country.
2. If development occurs, cabins and small-scale single-family residential development consistent with the type of single-family residential development that historically occurred in the area would be appropriate.
3. Locate houses and driveways to minimize visual impact.
4. Encourage native, non-reflective materials for residential construction.
5. Limit light pollution by requiring residential

BLM_0060873

lighting plans and down shielded lighting. Architectural lighting would be prohibited.

### 6.2D Transportation, Communication and Utilities
*(Page 22)*
Goal: To retain the relatively undeveloped character of backcountry areas and maintain the rough and present condition of existing mountain passes and roads to protect their historic character and recreational functions.

Objective 3: Require alternatives to the extension of utility lines, including but not limited to solar, wind or hydropower and fuel cells.

### SECTION 7. REMAINDER OF THE COUNTY
*(Page 24)*

### 7.2A Natural Resources, Agriculture and Recreation
*(Page 24)*
Goal: To develop San Miguel County's natural resources, upon which the economy is based - for mining, agriculture and recreation - in a manner which enhances the living environment of its citizens.

Objective 2: Preserve valuable natural resources, including physical attributes such as scenic vistas as well as economically valuable resource deposits.

### 7.3 More Specific Guidelines for the Siting of Utilities and Utility Lines throughout the County
*(Page 29)*
It is the policy of San Miguel County to try and locate public utilities and utility lines on lands that create the least amount of impact on the residents of the County and the natural environment.

***Class 5 Priority***—All public and government lands, and all other lands not falling within the definition of Class 1, 2, 3, or 4 Priority.

It is the County's policy to try and locate utility lines and utilities on Class 5 Priority lands. Any proposal to utilize other priority lands shall demonstrate a clear need to do so and shall consider the visual, environmental, physiographic, and socio-economic

characteristics of the land including evaluation of broad ecosystems, topography, soils, hydrology, geology, vegetation, wildlife, climate and unique features so that the siting of utilities and utility lines results in the least possible adverse impact.

### Article II: The Land Use Plan

SECTION 2. WRIGHT'S MESA AREA
(Amended February 13, 2008)

### Goal CS 1 – Wright's Mesa Character and Scenic Quality Protected
Protect the scenic quality and historical and cultural features of Wright's Mesa by minimizing the visual impacts of development.

Policies:
**CS 1(a) – Wright's Mesa Image and Appearance.**
The county will encourage and cooperate with the Town of Norwood, other government entities, and landowners, to protect attributes of Wright's Mesa that contribute to its unique character and image, including:
- Small, self-contained town,
- Scenic views of mountains from Highway 145 and county roads,
- Natural, forested setting with low intensity development, and
- Large, intact properties with viable agriculture.

**CS 1(b) – New Development Maintains Scenic Quality and Highway Views**
- New development will be sited to minimize the negative visual impacts on neighboring properties and rights-of-way. New residential development along State Highway 145 should be set back from the road if possible, and landscaped and screened with trees or other vegetation or topography to maintain scenic quality.

**CS 1(e) – Transmission Lines Mitigate Impacts**
- Interstate and trans-country utility transmission lines should be installed in a manner that protects scenic corridors and mitigates adverse impacts on residents.

BLM_0060874

**CS 1 (f) – Maintain Dark Skies**
- Protect dark night skies and maintain ambiance of the night sky through lighting standards. Limit lighting to the amount needed to address safety and security while preventing glare.

CHAPTER 4. THE FUTURE LAND USE PLAN FOR NORWOOD (page 20) designates the Highway 145 corridor to the east of Norwood and north and west of town as Scenic Highway Corridor.

For the Norwood Light Industrial Area (page 26):
- Provide a buffer area along Highway 145 to maintain positive open space and scenic qualities, using techniques such as berms and landscaping.

***Wright's Mesa Rural Development Principles***
*(Page 37)*
Wright's Mesa is made up of a diverse and eclectic variety of homes, horse properties, open fields, and scenic mountain views....Using rural residential development principles, the Mesa will retain its valued traits (such as natural features and scenic views), and new housing will be designed in a manner that conserves open lands, shows variety, protects vistas, and retains and conforms with many of the rural characteristics of the area.

CHAPTER 5. STRATEGIES *(Page 39)*

***Character and Scenic Quality***
The Character and Scenic Quality goals and policies aim to protect the rural qualities and historical and cultural features of Wright's Mesa by minimizing the visual impacts of development and promoting historic sites.

**CS 1.2 – Lighting Standards**
Standards for lighting should minimize spillover and glare by ensuring lighting is of appropriate height, lamp wattage, and is shielded and downward-directed.

**CS 1.3 – Scenic Highway Overlay District**
Establish a Scenic Highway Overlay District for Highway 145 to protect scenic resources. This standard would only apply to property that is proposed to be developed or subdivided; existing development and agricultural uses would not be subject to any requirements. The overlay district would affect lands visible from Highway 145 that contribute to the visual quality of Wright's Mesa. The district should address, building massing and siting with topography, lighting, screening, and natural landscaping for residential development. Section 5-316 of the Land Use Code development standards could be a model to use.

**PS 1.3 – Review Telecommunication Facility Development Standards**
Review county development regulations for telecommunication facilities to ensure that facilities are sited and/or co-located in a manner that does not detract from the Mesa's scenic character.

SECTION 3. TELLURIDE REGIONAL AREA *(Repealed and re-enacted as Telluride Regional Area Master Plan adopted July 12, 1989, amended December 18, 2006)*

**C. Scenic Quality**
Goal: Preserve and enhance the scenic quality along State Highway 145 for the benefit of residents and the continued viability of the Regional Area's recreation-based economy which is primarily dependent upon the quality of the physical setting.

Objective:
Promote the aesthetic improvement and positive visual images of existing developments along State Highway 145 and guide the location of new development so that detrimental impacts upon visual quality are minimized.

1. Establish a scenic foreground along the State Highway 145, within the Telluride Regional Area and steer development away from the foreground.
2. Preserve the outstanding scenic vistas which draw people to Telluride, such as the view of the Town of Telluride from the old Sundance Texaco Station, the view of the San Miguel Mountain range from Highway 145 on Turkey Creek Mesa

BLM_0060875



Montrose County
San Miguel County
Scenic Highway Corridor
145A
CR 42Z S
CR W35
CR Z42
CR Y43
Norwood Master Plan Area
Maverick Draw
SUMMIT ST
GRAND AVE
SAN MIGUEL ST
S ASPEN ST
LUCERN ST
FOREST ST
HAZEL ST
NORWOOD
Future Open Space and trails to be acquired or set aside as future development occurs
Wright's Mesa
San Miguel County
0 0.125 0.25 0.5 0.75 1 Miles
N
Wright's Mesa Master Plan
San Miguel County, Colorado
Figure 4.2
LEGEND
Boundaries
Wright's Mesa Planning Area
County Boundary
Town Limits (Norwood)
Norwood Master Plan Area
Local Road
County Road
Highway
River or Stream
Town of Norwood and Master Plan Area
Norwood Commercial
Light Industrial
Public
Town Residential
Future Park (location to be determined)
Future Trail (Norwood)
Outside Norwood Master Plan Area
Agriculture/ Rural Residential
Source: San Miguel County GIS, Clarion Associates
February 2008
FUTURE LAND USE - NORWOOD MASTER PLAN AREA

BLM_0060876

and the view of the valley floor from Society Turn and the lower airport road (Last Dollar Road).

3. Establish view planes to protect the outstanding scenic vistas and prevent future developments from obstructing the identified view plains.

4. Exterior lighting is a potential source of visual pollution, therefore future development will be required to mitigate the potential adverse visual impacts of such lighting.

5. Establish a County design review board to review the design elements of all projects within the Town of Telluride's Service Area. Encourage development styles that utilize native materials, are compatible with both the architecture of the local area and climate conditions, and are rough and natural as opposed to neat and manicured.

6. Provide consistent, high levels of maintenance for all elements of open space, parks and recreational facilities.

7. Encourage the improvement of the aesthetic appearance of Goldking, the Hillside Subdivision and other existing developments bordering State Highway 145.

8. Avoid the four-laning of State Highway 145 and instead encourage the improvement of the existing two-lane access to the Town of Telluride. The four-laning of the Highway would have a negative impact on the rural setting and historic character of the Town of Telluride and the Regional Area.

9. Encourage the undergrounding of the power lines that will serve future development.

### San Miguel County Land Use Code

SECTION 2-12: SCENIC QUALITY
*(Page 2-3)*

It is the policy of the County to preserve the scenic quality of lands within the County for the benefit of its residents and the continued viability of a resort economy that is dependent upon the quality of its rural and natural setting. To this end, it is the policy of the County to:

**2-1201:** Preserve the natural appearance of the mountain slopes, particularly from major activity areas, public roads, and trails by regulating the location, height, design and screening of development;

**2-1202:** Minimize the adverse scenic effects of roads and facilities by regulating the location and use of future development and the expansion of existing development where new or increased roads and facilities would be required to serve such areas and where the construction of such roads and facilities would impact the scenic quality of areas visible from public roads, trails or major activity centers;

**2-1203:** Minimize any adverse scenic effects of roads and other facilities by regulating their alignment, design, and construction so as to reduce their impact on the visual quality of any areas in the County, particularly public roads, trails and major activity areas;

**2-1204:** Control the use of natural areas to insure that development does not result in scars from fire, erosion or vandalism;

**2-1205:** Preserve and create scenic views of the surrounding mountains from public places within the County;

**2-1206:** Achieve visual quality within areas of existing and future development by prohibiting or mitigating the impacts of unsightly equipment, uses and structures; controlling the design and alignment of electricity and phone lines and similar facilities; and, where feasible, requiring such lines to be underground; specifying design standards such as setbacks, height limits, view corridors, historic zones and material requirements; controlling signs, and ensuring the rehabilitation of areas subject to temporary or discontinuous use, such as mines, pits and quarries; and

**2-1207:** Manage development within the designated view planes and the scenic foreground to preserve the natural appearances within the Telluride Region.

BLM_0060877

## Cities and Towns

### ■ Town of Cedaredge

The Town currently has no regulation regarding visual aesthetics.



*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0060878

■ **City of Delta**

*City of Delta, Colorado Comprhensive Plan Update 2008*

CHAPTER 6.  TRANSPORTATION

Transportation enhancement projects are transportation-related activities that are designed to strengthen the cultural, aesthetic, and environmental aspects of the intermodal transportation system. The enhancement program provides for the implementation of a variety of non-traditional projects. Examples are: the restoration of historic transportation facilities, bike and pedestrian facilities, landscaping and scenic beautification, and mitigation of water pollution from highway runoff. In order for a project to be eligible to receive funding as an enhancement project it must adhere to one of the following project types:

3. Acquisition of scenic easements and scenic or historic sites

4. Scenic or historic highway programs (including the provision of tourist and welcome center facilities)

5. Landscaping and other scenic beautification

CHAPTER 8. PARKS, RECREATION, TRAILS AND ENVIRONMENTAL PROTECTION

The plan makes reference to the BLM Uncompahgre Field Office management objectives and lists Scenic and Backcountry Byways in the region *(Page 8-7)*

• Unaweep-Tabeguache
• San Juan Skyway
• West Elk
• Grand Mesa
• Colorado Scenic and Historic Byways

PARKS, OPEN SPACE AND TRAILS COMPREHENSIVE PLAN

**Section One: Develop Park Amenities**

The following guidelines were carried forward from the 1997 Comprehensive Plan:

• Page 8-17: Utilize appropriate available legal tools (i.e.conservation easements, land dedications) to protect regional riverways and historic vistas as linear parks.

• Page 8-18: Cooperate with conservation organizations and other groups to promote and help ensure the conservation of open space, the protection of view sheds and vistas, waterways and other natural areas

BLM_0060879

This page left blank intentionally

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0060880

■ **Town of Norwood**

*Norwood Major Streets / Future Land Use Plan*
*Adopted October 10, 2007*

*(Also see page D-12, paragraph 2 and the map of*
*Norwood on page D-13 of this document)*

VI. LAND USE POLICIES

5. Norwood will continue to protect its peace and
quiet, preserving the beauty and agricultural character
that surround the town. Norwood values its rural,
agricultural character and its western history.

IX. IMPLEMENTATION

**Parks, Public Lands and Open Space:** *(Page 26)*
3. Work closely with San Miguel County to create
open space standards and zoning and subdivision
regulations to ensure that an open space buffer is
maintained on the edge of the town's growth area.

**Environmental Protection** *(Page 28)*
1. Establish light pollution and screening standards
and incorporate into the Land Use Code and other
town regulations and guidelines.

URBANIZATION POLICIES

**Master Plan Boundary**
Enter into an Intergovernmental Agreements with
San Miguel County for areas to the east and Montrose
County for aras to the est of town to address land
use issues, including maintaining the view corridors
entering and exiting Town.

*Town of Norwood Land Use Code*

**§ 5.05 Landscaping and Screening** *(Page 101)*

(a) Purpose. This section is designed to provide
standards for the installation and maintenance of
landscaping, walls and screening devices so as to
promote the general welfare of the community.

This is accomplished by encouraging the creation
of an attractive appearance along collector streets
and by screening from view those uses that may be
unattractive to the public eye. Landscaping materials,
including ground covers, shrubs, and trees further
facilitate the control of erosion and the reduction
of glare and dust, as well as the visual softening of
building masses.

**§ 5.07 Performance Standards** *(Page 107)*

(a) Applicability. All uses in any district of the Town
of Norwood shall conform in operation, location and
construction to the subjective performance standards
herein specified so that the public health, safety and
welfare will be protected.

(b) General. The location, size, design and operating
characteristics of all uses shall minimize adverse effects,
including visual impacts, on surrounding properties.

BLM_0060881

This page left blank intentionally

BLM_0060882

■ **Town of Paonia**

*Town of Paonia Comprehensive Plan
August 1996*

Among the most pressing items facing the community are: the capacity of existing infrastructure; commercial "stripping" of State Highway 133 (a Scenic Byway); impacts from growth on the area's visual quality and rural character; and, lack of controls on development both within town and on adjacent county parcels. Town Clerk Barbara Peterson noted in the document that this is still true.

OFFICE AND INDUSTRIAL LAND USES *(Page 111-4)*

*C: Highway 133/"P" Road (The Drive-In Site)*
This area includes land east to the "P" Road and west to the Redwood Arms Motel and restaurant, as well as the area currently in use for self-storage, north of State Highway 133. Recommendations include expansion and creation of a buffer around the area, protecting the aesthetic quality of the roadway corridors and natural balance along the river corridor. A high visual quality for east/west traffic and traffic going into downtown Paonia is a priority.

OPEN SPACE/RECREATION LAND USES

Preservation of agricultural lands and wildlife preserves, maintenance and enhancement of the visual quality of the Valley...

*D2:  Visual Preservation of Key Landforms*
Preserve Cedar Hill as a town landmark and visual element at the south end of Grand Avenue. In addition, preserve Stucker, Wakefield, and Garvin Mesas as agricultural and open space resources. Finally, preserve and encourage continued use of agricultural land throughout the Valley.

LAND USE AND DEVELOPMENT GOALS FOR OPEN SPACE AND RECREATION *(Page IV-1)*

LU/D-20: Ensure that new development does not significantly impact views of the mesas.

GOAL: PROVIDE ADEQUATE LEVELS OF INFRASTRUCTURE *(Page IV-2)*

1-4: Areas identified for business and industrial development outside of Town should minimize visual impact and traffic congestion along Highway 133, and on traffic routes into and through Town.

ED-6: Work in cooperation with Delta County and Hotchkiss to recruit and control the character and visual impact of appropriate industry, particularly along major traffic arteries outside the Town.

*Town of Paonia Land Use Code*
The Town's Land Use Code does not provide relevant visual resource regulation.

BLM_0060883

BLM_0060884

■   **Town of Ridgway**

*Town of Ridgway Comprehensive Plan 2000*

CHAPTER III-2: ENVIRONMENTAL CONSTRAINTS AND SENSITIVE AREAS *(Page 31)*

The natural environment in and around Ridgway is an outstanding feature of the area. The mountains, rivers, agricultural lands, wildlife, air quality and vegetation are unique and create unparalleled scenic vistas.

....These environmentally sensitive areas embody many of the characteristics that make Ridgway a desirable community. Environmentally sensitive lands can provide many amenities to both public and private landowners. Attributes such as scenic views, natural vegetation, free-flowing rivers and abundant wildlife are highly valued by both residents and visitors because they contribute to the unique character of the area and support a strong sense of place. Preservation of these natural and scenic resources is critical to maintaining the quality of life and economic vitality of the Ridgway community.

7. VISUAL RESOURCES *(Page 38)*

**A. Views**
Views in and around Ridgway are spectacular. The majestic San Juan Mountains and the Cimarron Peaks are important factors contributing to the quality of life in Ridgway. Views of the open lands and spaces surrounding the town are an important value to the community.

The town should consider road layout, height restrictions and good site design in evaluating development on properties adjacent to developed areas of town, public parks or facilities. Consideration of visual impact mitigation will be made during review of new development proposals in un-platted areas of town. Use of setbacks, building envelopes, cluster development, stringent exterior lighting standards, building heights and road layout are all methods that

can be employed to minimize intrusion on viewsheds. It is unreasonable to think that development will not have any impact on views from adjacent structures. However, good design and input from surrounding neighborhoods can result in minimum impacts.

**B. Air Quality**
In addition to views and view corridors, visual resources include clear air unobstructed by dust, pollutants and other locally induced contaminants. Daytime views of the mountains as well as views of the clear, star-filled night sky are important values the community desires to maintain.

Reduced air quality can adversely affect visual resources and community health.

Excessive combustion emissions, dust from construction sites, other air clarity reducing emissions and light pollution from poorly designed exterior fixtures, streetlights must be avoided. Use of solid fuel burning devices and automobiles are major contributors to increased pollution levels. The Uncompahgre Valley around Ridgway is subject to inversion conditions that trap atmospheric pollution near the ground. Many of these air pollutants, when subject to sunlight, create photochemical smog that further reduces visibility and air quality.

Land-use design that de-emphasizes the automobile, encourages non-motorized access, supports the use of solar designs and non-polluting renewable energies will be necessary to minimize degradation of air quality. Land-use proposals should devote attention to the issues of energy conservation and non-motorized access in their design. Applicants should minimize the use of solid fuel burning devices in new residential structures.

**C. Ridgeline Protection**
Ridgelines are an important part of the visual resource in the Ridgway area. New structures should not be placed on any ridgeline in a manner that silhouettes the structure against the natural skyline when viewed from the central part of town. Ridgway should use

BLM_0060885

the Ouray County ridgeline regulations to evaluate ridgeline impacts in conjunction with regulations developed by the town. Setbacks from ridges should be used to prevent skylining of structures on ridges. The important ridgelines around town include the high ground north and south of Highway 62 west of town, the high ground west of the Solar Ranch subdivision, the hills in the River Park area north of town and the plateau north east of town around and east of the county shop complex. Ridgelines are sometimes located outside of the town boundaries but because of the impact of ridgeline development on town residents, this concern should be incorporated into joint planning agreements or other intergovernmental agreements between the town and Ouray County.

A field investigation should be part of the development review process where lots are proposed in proximity to ridgelines around Ridgway. Applicants for new development should use story poles or other methods to portray roofline and structure impacts near ridges for purposes of assessing visual impacts before development occurs. Setbacks, designation of maximum roofline heights and lot relocation in these areas are some of the tools that should be used to eliminate the visual impact of structures.

## CHAPTER III-3: THE LAND USE MAP *(PAGE 39)*

The town recognizes that the specifics of individual land-use applications may require some flexibility with the designations shown on this map. Those specifics may include considerations of topography, soils and geology, visual impacts, traffic circulation, access to services and infrastructure, and neighborhood compatibility, among other things. However, the overall integrity of the plan should remain intact as it represents the collective community desires and values regarding future development.

### 3. The Urban Influence Zone *(Page 42)*
The Urban Influence Zone extends for a distance of three miles from the existing town boundaries and

has been delineated according to the designation of an urban area of influence as allowed by Colorado Statutes. The town's concerns within this area include, but are not limited to, type and density of development, impacts on the community from surrounding development, preservation of visual and scenic quality, preservation of environmental quality, mitigation of traffic and transportation impacts, maintenance of the town's water supply, preservation of agricultural lands, and efficient provision of services. In general, the town expects this area to remain rural in character and to delineate the boundary of the urban zone.

## CHAPTER III-5: GATEWAYS

Three major access points serve Ridgway: US Highway 550 on the North, State Highway 550 on the South and State Highway 62 on the West. These entry points or "gateways" introduce the public to the community.

### 1. North Gateway
The North Gateway is elevated above the northeastern section of Ridgway. This area is characterized by spectacular views of the San Juan Mountains and showcases 14,154' Mt. Sneffles. There are also excellent views across the northerly portions of Ridgway. The Uncompahgre River parallels Highway 550 on the West... The North Gateway should remain in a natural state with little or no adjoining development.

### 3. West Gateway
The West Gateway drops significantly in elevation from the west entrance to the Colorado Department of Transportation maintenance/storage facility. Steep hillsides adjoin Highway 62 as it drops into Ridgway. There are excellent views to the east of the Cimarron Mountains... The gateway should be preserved in its natural condition up to the existing town limits.

# Town of Ridgway

Comprehensive Plan

Land Use Map    6/29/99

Note: This map is intended to be used in conjunction with the
Town of Ridgway Comprehensive Plan Land Use Element
adopted on 6/29/99 by the Ridgway Planning Commission.

## Legend

- Urban Growth Boundary
- Initial Growth Boundary
- Current Town Limits
- Riparian Protection Zone

**Residential**  Gross Density
- High Density Overlay
- Residential (avg. 4.5 units/acre)
- Low Density (1-3 units/acre)

**Commercial/Industrial**
- Downtown Service
- Historic Business
- General Commercial
- Highway Commercial
- Light Industrial

**Reserved - Future Growth**
- Reserved
- Transition Zone

**Open Space**
- Open Space / Public Use
- Required Park (General Location)

Transition Zone

Current Town Limits

Urban Growth Boundary

Initial Growth Boundary

Transition Zone

1000    2000

0    500    1500

Planning: Town of Ridgway
Western Slope Consulting
Fuller Consulting
Mapping: SouthWest Data Center, Inc.

Appendix D: Community Information Summary • Page D-32

BLM_0060887

BLM_0060888



# Town of Ridgway

Comprehensive Plan

Constraint Map    6/29/99

Note: This map is intended to be used in conjunction with the
Town of Ridgway Comprehensive Plan Land Use Element
adopted on 6/29/99 by the Ridgway Planning Commission.

Legend

- Urban Growth Boundary
- Initial Growth Boundary
- Current Town Limits
- Steep Slopes
- Sewer Lagoon Setback
- Game Movement Corridor
- Riparian Protection Zone

Planning: Town of Ridgway
Western Slope Consulting
Fuller Consulting
Mapping: SouthWest Data Center, Inc.



Town of Ridgway Official Zoning Map

1993 Revised Zoning Map Amended by the Following Ordinances:

Zoning
Town of Ridgway
- DS: Downtown Service
- FD: Future Development
- GC: General Commercial
- HB: Historic Business
- HR: Historic Residential
- I1: Light Industrial
- I2: Light Industrial
- R: Residential
- Uncompahgre River
- Parcels

94-11    03-07
94-12    03-09
95-03    03-13
99-17    04-07
01-01    05-07
01-04    06-04
03-03    06-06
03-04

Mobile Home Overlay areas shall consist
of the following described property:
All of Blocks 4, 9 and 29
Block 28, Lots 11 through 20
Block 32, Lots 1 through 18
Block 33, Lots 6 through 10
Lot 1 of Mitchell Subdivision No. 2

BLM_0060889

### Town of Ridgway Municipal Code and Subdivision Regulations

The Municipal Code does not provide specific regulations for visual protection at the urban boundary / urban interface. The code does limit industrial building size and mass.

Item 7 of the subdivision regulations (page 7-4-5) include the following provisions:

(5) Significant natural and manmade features on the site, such as streams, lakes, natural drainageways; vegetation types including locations of wooded areas; wildlife habitats; scenic corridors; visual impacts; solar access; existing buildings; utility lines and easements;

irrigation ditches; bridges and similar physical features; and existing development on adjacent property.

(6) Demonstrate compatibility with natural features.

### Northwest Area Master Plan November 2008, As Amended

The boundary for the study area was defined based on developed and undeveloped areas of Town and existing natural boundaries.

### 6. Natural Environment

Chapter III-2 of the 2000 Comprehensive Plan addresses Environmental Constraints and Sensitive Areas such as riparian areas and wetlands, steep slopes and geological features, wildlife areas and migration corridors, wildfire, agricultural lands, soils, visual resources. As the specific environmental constraints and sensitive areas in this Northwest Area are not known at this time, the sub-area plan does not directly address these town-wide objectives. However, it is understood that these constraint areas will be identified and analyzed as part of a development plan and commensurate with the goals of the Town.

It is apparent that there will need to be consideration for nearly all of the environmental constraint and sensitive areas defined in the 2000 Master Plan. When planning for open spaces, transportation corridors and variable densities, significant consideration shall be given to these constraint areas.



BLM_0060891

■   **Town of Telluride and Mountain Village**

*Town of Telluride Master Plan*
*2006*

GOAL A: Maintain and enhance the unique sense of community that is present in Telluride today.

**Policy 2:** Give special recognition in the Master Plan to those qualities and features that make Telluride unique and use these elements to protect and cultivate the town's sense of identity. The most basic of these qualities is the town's setting, with a special scale, views, and proximity to mountains.

**Policy 6.** Identify and protect those scenic vistas that make Telluride special, when viewed from within or outside of town.

GOAL H: Develop a coordinated approach to urban design that establishes visual continuity, promotes a sense of community and a "walkable" town.

**Policy 12:** Protect and enhance key public view corridors across the town that highlight special natural features and architectural landmarks. Views to the east end of the valley and to the river are especially important.

**Policy 13:** Preserve special public view corridors and ensure design guidelines preserve significant views.

GOAL M: Protect the aesthetic and visual qualities of the mountain backdrop from degradation by development and growth in the Hillside Area and protect functioning environmental systems.

**Policies/Actions:**

1. Define an "edge" to the town in the Hillside Area, with large open space areas but the edge of the developed town in a distinct and visible way and require protection of open space beyond that edge.

2. No new urban development of any kind shall be permitted above Tomboy Road.

3. Wherever possible, residential development shall be clustered to create a clear distinction between developed and undeveloped areas.

4. New development in the hillside area should be clearly distinct from the historic area of the town to preserve and reinforce the identity of the National and the Telluride Historic Landmark Districts.

5. The Town shall cooperate with private landowners to create public-private mechanisms that facilitate the hillside goals, objectives and actions.

6. The Town shall cooperate with and/or participate in land trades needed to onsolidate open space and/or road right-of-ways as necessary to implement the adopted Hillside Master Plan.

7. The Town shall maintain development review processes for lands in the Hillside Area which recognize the unique development conditions of the area:

a. The Town will interpret, clarify and/or amend its development egulations as they apply in the Hillside Areas as necessary to create flexibility in development, planning and design as long as these changes are in accordance with the Master Plan.

b. Technical review will be required of all development proposals to ensure that Land Use Code requirements are met.

c. Costs for technical analysis shall be borne by the applicants and shall be performed by qualified professionals.

d. Development agreements will be used as a means of establishing joint responsibilities related to development requests.

BLM_0060892



BLM_0060893

Page D-39



BLM Uncompahgre Field Office • Visual Resource Inventory

### Transitional Hillside Treatment Area and Transitional Overlay

The Transitional Hillside Treatment Area is a specially designated portion of land that lies immediately outside of the historic district.

Views of the surrounding mountain and the town are important elements in the Treatment Area and new infill construction will have a major impact on existing buildings and pattern of development. For this reason, special respect should be given to existing views and the solar access of neighbors.

This area is also quite visible from viewpoints lower in the valley floor, and concern should be given to the visual impact of any project upon the overall perception of open space that forms the dramatic background for the historic district. Projects that are subtle in their general appearance and which have minimal visual impacts from below are therefore desired.

The Transitional Hillside Overlay Area encompasses hillside areas south of the San Miguel River and coincides with the Accommodations and the River Park Corridor Treatment Areas. Development and infill in this visually sensitive area will become the town's built edge in the future. Therefore, mitigation of the visual impacts associated with new construction is important. Note that only TH(1)-TH(10) will be used for the Transitional Hillside Overlay.

### 3. Policy: Views

Views down to the core of town, up the canyon, to the mountains and to the Transitional Hillside Treatment Area from town are very important and should be preserved. The impacts that structures and site elements have on these view corridors are great and should be avoided. Careful planning of the proposed project is a must.

A. PRESERVE VIEWS TO SCENIC FEATURES WHEN FEASIBLE.

1) Consider positioning buildings on the site to maintain significant view corridors.

### 8. Policy: Site Lighting

Located mostly above the town, the Transitional Hillside Treatment Area has views of all that goes on below. Conversely, those in the other parts of Telluride can easily see all of the hillside. Any site features added to the hillside stand a chance of being seen and detracting from this view.

Lighting is a special concern to those below this Treatment Area, where too much or unshielded lights may create nighttime glare.

A. POSITION LIGHTING TO MINIMIZE VISUAL IMPACTS AS SEEN FROM LOWER VIEWPOINTS.

1) Buildings located higher on hillsides are more visible at night which may affect the night character of the community.

**BUILDING MASS, SCALE AND FORM**
USE ROOF FORMS SIMILAR TO THOSE FOUND TRADITIONALLY IN THE ESTABLISHED RESIDENTIAL AREAS.

1) Gabled and shed roofs are typical and are appropriate.

2) Roof forms that protect views of significant features and existing view corridors are encouraged.

ROOF SLOPES THAT REPEAT THE SLOPE OF THE HILLSIDE ARE ENCOURAGED.

1) Roof forms that protect views of significant features and existing view corridors are encouraged.
2) Use muted colors that blend with the hillside.
3) As an alternative, consider earth covered roofs.

BLM_0060895

BLM_0060896





BLM_0060897

***Mountain Village Vision for 2025***

6.  OPEN SPACE AND RECREATION

6.1  Mountain Village offers an exceptional setting in which to live, work, invest and visit. Residential neighborhoods are surrounded by scenic alpine landscapes, forested mountain open space, alpine vistas, and wildlife habitat.  A system of open space creates attractive buffers between the built and natural environments, and gives context to the built environment. Together, open space conservation and recreation contribute to the quality of life and a robust economy in Mountain Village.

8.  ENVIRONMENT

8.1  Mountain Village promotes actions that preserve and protect the environment and natural resources, locally and globally.

8.2  Night skies and important mountain vistas are preserved.  Air and water qualities are improved.

***Town of Mountain Village Land Use Ordinance Revised March 29, 2005***

4-312 PASSIVE OPEN SPACE

4-312-1 Passive Open Space shall be preserved as designated in the Official Lot List recorded October 6, 1995 at Reception No. 301133 in the records of the San Miguel County Clerk and Recorder, as amended from time to time. Passive Open space is intended to preserve property within flood plains, Wetlands, riparian areas and wildlife habitats in its natural character.

BLM_0060898

# Exhibit D-1: Sample Information Request Letter



## United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, Colorado 81401
www.blm.gov



IN REPLY REFER TO:
8410 (CO-S05)

Ken Stahlnecker
National Park Service
Black Canyon of the Gunnison National Park
102 Elk Creek
Gunnison, CO 81230

**Re:** *Bureau of Land Management Uncompahgre Field Office Visual Resource Inventory*

Dear Mr. Stahlnecker,

The Uncompahgre Field Office (UFO) of the Bureau of Land Management requests your assistance to better understand the scenic viewshed sensitivities within your jurisdictional region. This information will be used in preparation for revisions to the existing land use plan, also known as the Resource Management Plan (RMP). The assessment will help answer the land use planning question; *"How should BLM manage visual resources"* within the UFO.

Background
The UFO is responsible for managing more than 700,000 acres of public lands within its planning area. The planning area is bordered on the west by the state of Utah; on the north by the BLM Grand Junction Field Office and the Grand Mesa, Uncompahgre and Gunnison National Forest (GMUG); on the east by the BLM Gunnison Field Office and GMUG; and on the south by the BLM Dolores Field Office, San Juan National Forest and GMUG. The planning area encompasses six counties; Montrose, Delta, Mesa, Gunnison, Ouray, and San Miguel. BLM lands within the planning area range from salt-desert shrub (4,701 ft.) to alpine forest (11,449 ft.). The area exhibits varied topography, geology, soil, and flora and fauna includes desert scrub, riparian, sagebrush parks, pinyon-juniper woodlands, mountain shrub, ponderosa pine, and spruce-fir forests. These lands contain a wealth of resources and opportunities for public use and enjoyment.

We are currently updating our Visual Resource Inventory for the UFO, and classes will be assigned through the inventory process. The Inventory classes will provide the baseline data for determining the Visual Resource Management classes in the RMP process. The classes that are finally established through the resource management planning process will guide us in determining allowable types of projects and appropriate stipulations needed to adhere to VRM management objectives.

Information Request
As part of the evaluation we are contacting counties, local communities and agencies to gain an understanding of your current regulations and zoning regarding scenic quality objectives and to identify other areas in your jurisdiction valued for their visual aesthetics. We are asking for assistance in gathering GIS maps, data, and metadata that delineates:

- Jurisdictional boundaries
- Visually sensitive regulated boundaries/overlays
- Zoning districts
- Anticipated growth patterns and density projections

BLM_0060899

*BLM Field Offices Visual Resource Inventory*
*Page 2*

And text descriptions relative to scenic area protection and regulation goals, objectives, policies, ordinances, resolutions and as addressed within:

- Comprehensive plans
- Zoning and development codes
- Subdivision regulations

The BLM has contracted with Otak to assist with information collection and evaluation. We ask that the requested information be forwarded to Otak by June 19. Please forward only the pertinent information regarding visual and scenery protection, rather than entire sets of documents. If available, we would prefer to receive the information in digital format. If the information is available to download from a website or FTP site, please e-mail instructions.

Your assistance is greatly appreciated. Should you have questions specific to the BLM's planning process, please contact Julie Jackson in the Uncompahgre Field Office. For questions about the requested data, please contact either Kate Schwarzler or Julie McGrew at Otak. Contact information is provided below.

- Kate Schwarzler, Otak Project Manager      kate.schwarzler@otak.com
  Julie McGrew, Otak Environmental Planner      julie.mcgrew@otak.com
  36 North 4th Street
  Carbondale, CO 81623
  970.963.1971

- Julie Jackson, BLM Uncompahgre Field Office      julie_jackson@blm.gov
  2465 S. Townsend Avenue
  Montrose, CO 81401
  970.240.5300

Thank you again for your assistance. We look forward to hearing from you.

         Sincerely,

         Barbara L. Sharrow
         Field Office Manager

**Enclosure:  Uncompahgre Field Office Planning Area Map**

BLM_0060900



Map 2-9
Scenic Quality Classifications

Field Office Boundary
A (292,095 Acres*)
B (1,172,498 Acres*)
C (340,374 Acres*)
Not Rated

* Note: Acreage includes
all BLM and non-BLM
administered lands

01 Bull Mountain
02 Stevens Gulch
03 Somerset
04 Paonia Reservoir
05 Deep Creek
06 Thousand Acre Flats
07 Beebe Gulch
08 North Delta OHV
09 Redlands Mesa
10 Paonia Valley
11 Jumbo Mountain
12 Minnesota Creek Valley
13 Elephant Hill
14 McDonald Mesa
15 Upper Gunnison River
16 Alkali
17 Adobe Badlands WSA
18 Escalante Canyon – Bennett's Basin
19 Escalante Canyon
20 Monitor Mesa Complex

21 Cactus Park (Drylands)
22 Greater Delta/ Montrose Valley
23 Grand View Mesa
24 Smith Fork
25 Fruitland Mesa
26 Youngs Peak
27 Needle Rock
28 Crawford Reservoir Valley
29 Castle Rock Foreground
30 Dry Creek Basin
31 Crystal Valley
32 Uncompahgre Plateau
33 Southeast Montrose Hills
34 Waterdog Foothills
35 Cimarron Valley
36 Spruce Mountain
37 Ridgway Reservoir
38 Cimarron Ridge Foothills

39 Pleasant Valley
40 Uncompahgre Canyon
41 Mount Sneffels Foothills
42 Upper San Miguel River
43 Beaver Mesa Complex
44 Oak Hill
45 Hamilton Creek
46 Hamilton Mesa
47 Naturita Canyon
48 Norwood Valley
49 San Miguel – Piñon to Beaver Creek
50 Mailbox Park
51 Naturita Ridge
52 Dry Creek Canyon
53 San Miguel – Vancorum to Piñon
54 Third Park
55 First Park/ Second Park
56 Sawtooth Ridge
57 Sawtooth Ridge Face

58 Davis Mesa
59 Dolores River Canyon WSA
60 Wray Mesa
61 Paradox Valley
62 Middle Dolores Canyon
63 San Miguel/ Tabeguache
64 Tabeguache SMA
65 Atkinson Mesa
66 Lower Dolores River
67 Sewemup Mesa WSA
68 Roc Creek
69 Carpenter Ridge
70 La Sal Creek
71 Maverick Mesa Complex
NR Not Rated (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES.  THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES.  THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY.  NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060901



# Map 1-1
## Land Ownership

Field Office Boundary
Township
Bureau of Land Management
Local
National Park Service
Private
State
US Forest Service

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.



BLM_0060902





Map 1-2
Special Management Areas

☐ Field Office Boundary
☐ Township
■ Tabeguache Area BLM
■ Dominguez Canyon Wilderness (Not Ra
■ Dominguez-Escalante NCA
■ Tabeguache Area USFS (Not Rated)
■ Black Canyon NP (Not Rated)
■ Curecanti NRA (Not Rated)
■ Adobe Badlands WSA
■ Camel Back WSA
■ Dolores River Canyon WSA
■ Sewemup WSA
■ San Miguel SRMA

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060903



## Map A-1
## Inventory Observation Points

**Legend**

▢ Field Office Boundary
▢ Township
▢ Special Management Area
▢ Scenic Quality Rating Unit
● Day 1
● Day 2
● Day 3
● Day 4
● Day 5
● Day 6
● Day 7
● Day 8
● Day 9
● Day 10
● Day 11
● Day 12
● Day 13

01 Bull Mountain
02 Stevens Gulch
03 Somerset
04 Paonia Reservoir
05 Deep Creek
06 Thousand Acre Flats
07 Beebe Gulch
08 North Delta OHV
09 Redlands Mesa
10 Paonia Valley
11 Jumbo Mountain
12 Minnesota Creek Valley
13 Elephant Hill
14 McDonald Mesa
15 Upper Gunnison River
16 Alkali
17 Adobe Badlands WSA
18 Escalante Canyon – Bennett's Basin
19 Escalante Canyon
20 Monitor Mesa Complex

21 Cactus Park (Drylands)
22 Greater Delta/ Montrose Valley
23 Grand View Mesa
24 Smith Fork
25 Fruitland Mesa
26 Youngs Peak
27 Needle Rock
28 Crawford Reservoir Valley
29 Castle Rock Foreground
30 Dry Creek Basin
31 Crystal Valley
32 Uncompahgre Plateau
33 Southeast Montrose Hills
34 Waterdog Foothills
35 Cimarron Valley
36 Spruce Mountain
37 Ridgway Reservoir
38 Cimarron Ridge Foothills

39 Pleasant Valley
40 Uncompahgre Canyon
41 Mount Sneffels Foothills
42 Upper San Miguel River
43 Beaver Mesa Complex
44 Oak Hill
45 Hamilton Creek
46 Hamilton Mesa
47 Naturita Canyon
48 Norwood Valley
49 San Miguel – Piñon to Beaver Creek
50 Mailbox Park
51 Naturita Ridge
52 Dry Creek Canyon
53 San Miguel – Vancorum to Piñon
54 Third Park
55 First Park/ Second Park
56 Sawtooth Ridge
57 Sawtooth Ridge Face

58 Davis Mesa
59 Dolores River Canyon WSA
60 Wray Mesa
61 Paradox Valley
62 Middle Dolores Canyon
63 San Miguel/ Tabeguache
64 Tabeguache SMA
65 Atkinson Mesa
66 Lower Dolores River
67 Sewemup Mesa WSA
68 Roc Creek
69 Carpenter Ridge
70 La Sal Creek
71 Maverick Mesa Complex
NR Not Rated (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM.

BLM_0060904



## Map 2 -1
## Scenic Quality Rating Units

⬜ **Field Office Boundary**

01 Bull Mountain
02 Stevens Gulch
03 Somerset
04 Paonia Reservoir
05 Deep Creek
06 Thousand Acre Flats
07 Beebe Gulch
08 North Delta OHV
09 Redlands Mesa
10 Paonia Valley
11 Jumbo Mountain
12 Minnesota Creek Valley
13 Elephant Hill
14 McDonald Mesa
15 Upper Gunnison River
16 Alkali
17 Adobe Badlands WSA
18 Escalante Canyon –
   Bennett's Basin
19 Escalante Canyon
20 Monitor Mesa Complex
21 Cactus Park (Drylands)
22 Greater Delta/
   Montrose Valley
23 Grand View Mesa
24 Smith Fork
25 Fruitland Mesa
26 Youngs Peak
27 Needle Rock
28 Crawford Reservoir Valley
29 Castle Rock Foreground
30 Dry Creek Basin
31 Crystal Valley
32 Uncompahgre Plateau
33 Southeast Montrose Hills
34 Waterdog Foothills
35 Cimarron Valley
36 Spruce Mountain
37 Ridgway Reservoir

38 Cimarron Ridge Foothills
39 Pleasant Valley
40 Uncompahgre Canyon
41 Mount Sneffels Foothills
42 Upper San Miguel River
43 Beaver Mesa Complex
44 Oak Hill
45 Hamilton Creek
46 Hamilton Mesa
47 Naturita Canyon
48 Norwood Valley
49 San Miguel –
   Piñon to Beaver Creek
50 Mailbox Park
51 Naturita Ridge
52 Dry Creek Canyon
53 San Miguel –
   Vancorum to Piñon
54 Third Park
55 First Park/Second Park
56 Sawtooth Ridge
57 Sawtooth Ridge Face
58 Davis Mesa
59 Dolores River Canyon WSA
60 Wray Mesa
61 Paradox Valley
62 Middle Dolores Canyon
63 San Miguel/Tabeguache
64 Tabeguache SMA
65 Atkinson Mesa
66 Lower Dolores River
67 Sewemup Mesa WSA
68 Roc Creek
69 Carpenter Ridge
70 La Sal Creek
71 Maverick Mesa Complex
NR Not Rated (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES.  THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES.  THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY.  NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060905



Map 2-2
Scenic Quality Rating—Landform

Field Office Boundary

| | |
|---|---|
| 1 | Low |
| 1.5 | |
| 2 | |
| 2.5 | |
| 3 | |
| 3.5 | |
| 4 | |
| 4.5 | |
| 5 | High |
| | Not Rated |

Note: Possible rating score ranges from 1 to 5.

01 Bull Mountain
02 Stevens Gulch
03 Somerset
04 Paonia Reservoir
05 Deep Creek
06 Thousand Acre Flats
07 Beebe Gulch
08 North Delta OHV
09 Redlands Mesa
10 Paonia Valley
11 Jumbo Mountain
12 Minnesota Creek Valley
13 Elephant Hill
14 McDonald Mesa
15 Upper Gunnison River
16 Alkali
17 Adobe Badlands WSA
18 Escalante Canyon – Bennett's Basin
19 Escalante Canyon
20 Monitor Mesa Complex

21 Cactus Park (Drylands)
22 Greater Delta/ Montrose Valley
23 Grand View Mesa
24 Smith Fork
25 Fruitland Mesa
26 Youngs Peak
27 Needle Rock
28 Crawford Reservoir Valley
29 Castle Rock Foreground
30 Dry Creek Basin
31 Crystal Valley
32 Uncompahgre Plateau
33 Southeast Montrose Hills
34 Waterdog Foothills
35 Cimarron Valley
36 Spruce Mountain
37 Ridgway Reservoir
38 Cimarron Ridge Foothills

39 Pleasant Valley
40 Uncompahgre Canyon
41 Mount Sneffels Foothills
42 Upper San Miguel River
43 Beaver Mesa Complex
44 Oak Hill
45 Hamilton Creek
46 Hamilton Mesa
47 Naturita Canyon
48 Norwood Valley
49 San Miguel – Piñon to Beaver Creek
50 Mailbox Park
51 Naturita Ridge
52 Dry Creek Canyon
53 San Miguel – Vancorum to Piñon
54 Third Park
55 First Park/ Second Park
56 Sawtooth Ridge
57 Sawtooth Ridge Face

58 Davis Mesa
59 Dolores River Canyon WSA
60 Wray Mesa
61 Paradox Valley
62 Middle Dolores Canyon
63 San Miguel/ Tabeguache
64 Tabeguache SMA
65 Atkinson Mesa
66 Lower Dolores River
67 Sewemup Mesa WSA
68 Roc Creek
69 Carpenter Ridge
70 La Sal Creek
71 Maverick Mesa Complex
NR Not Rated (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM.

BLM_0060906



Map 2-3
Scenic Quality Rating—Vegetation

Field Office Boundary

1    Low
1.5
2
2.5
3
3.5
4
5    High

Not Rated

Note: Possible rating score ranges from 1 to 5.

01  Bull Mountain
02  Stevens Gulch
03  Somerset
04  Paonia Reservoir
05  Deep Creek
06  Thousand Acre Flats
07  Beebe Gulch
08  North Delta OHV
09  Redlands Mesa
10  Paonia Valley
11  Jumbo Mountain
12  Minnesota Creek Valley
13  Elephant Hill
14  McDonald Mesa
15  Upper Gunnison River
16  Alkali
17  Adobe Badlands WSA
18  Escalante Canyon – Bennett's Basin
19  Escalante Canyon
20  Monitor Mesa Complex

21  Cactus Park (Drylands)
22  Greater Delta/ Montrose Valley
23  Grand View Mesa
24  Smith Fork
25  Fruitland Mesa
26  Youngs Peak
27  Needle Rock
28  Crawford Reservoir Valley
29  Castle Rock Foreground
30  Dry Creek Basin
31  Crystal Valley
32  Uncompahgre Plateau
33  Southeast Montrose Hills
34  Waterdog Foothills
35  Cimarron Valley
36  Spruce Mountain
37  Ridgway Reservoir
38  Cimarron Ridge Foothills

39  Pleasant Valley
40  Uncompahgre Canyon
41  Mount Sneffels Foothills
42  Upper San Miguel River
43  Beaver Mesa Complex
44  Oak Hill
45  Hamilton Creek
46  Hamilton Mesa
47  Naturita Canyon
48  Norwood Valley
49  San Miguel – Piñon to Beaver Creek
50  Mailbox Park
51  Naturita Ridge
52  Dry Creek Canyon
53  San Miguel – Vancorum to Piñon
54  Third Park
55  First Park/ Second Park
56  Sawtooth Ridge
57  Sawtooth Ridge Face

58  Davis Mesa
59  Dolores River Canyon WSA
60  Wray Mesa
61  Paradox Valley
62  Middle Dolores Canyon
63  San Miguel/ Tabeguache
64  Tabeguache SMA
65  Atkinson Mesa
66  Lower Dolores River
67  Sewemup Mesa WSA
68  Roc Creek
69  Carpenter Ridge
70  La Sal Creek
71  Maverick Mesa Complex
NR  Not Rated (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060907



Map 2-4
Scenic Quality Rating—Water

Field Office Boundary

| | Rating | |
|---|---|---|
| | 0 | Low |
| | 0.5 | |
| | 1 | |
| | 2 | |
| | 3 | |
| | 3.5 | |
| | 4 | |
| | 4.5 | |
| | 5 | High |
| | Not Rated | |

Note: Possible rating score ranges from 0 to 5.

01 Bull Mountain
02 Stevens Gulch
03 Somerset
04 Paonia Reservoir
05 Deep Creek
06 Thousand Acre Flats
07 Beebe Gulch
08 North Delta OHV
09 Redlands Mesa
10 Paonia Valley
11 Jumbo Mountain
12 Minnesota Creek Valley
13 Elephant Hill
14 McDonald Mesa
15 Upper Gunnison River
16 Alkali
17 Adobe Badlands WSA
18 Escalante Canyon – Bennett's Basin
19 Escalante Canyon
20 Monitor Mesa Complex

21 Cactus Park (Drylands)
22 Greater Delta/ Montrose Valley
23 Grand View Mesa
24 Smith Fork
25 Fruitland Mesa
26 Youngs Peak
27 Needle Rock
28 Crawford Reservoir Valley
29 Castle Rock Foreground
30 Dry Creek Basin
31 Crystal Valley
32 Uncompahgre Plateau
33 Southeast Montrose Hills
34 Waterdog Foothills
35 Cimarron Valley
36 Spruce Mountain
37 Ridgway Reservoir
38 Cimarron Ridge Foothills

39 Pleasant Valley
40 Uncompahgre Canyon
41 Mount Sneffels Foothills
42 Upper San Miguel River
43 Beaver Mesa Complex
44 Oak Hill
45 Hamilton Creek
46 Hamilton Mesa
47 Naturita Canyon
48 Norwood Valley
49 San Miguel – Piñon to Beaver Creek
50 Mailbox Park
51 Naturita Ridge
52 Dry Creek Canyon
53 San Miguel – Vancorum to Piñon
54 Third Park
55 First Park/ Second Park
56 Sawtooth Ridge
57 Sawtooth Ridge Face

58 Davis Mesa
59 Dolores River Canyon WSA
60 Wray Mesa
61 Paradox Valley
62 Middle Dolores Canyon
63 San Miguel/ Tabeguache
64 Tabeguache SMA
65 Atkinson Mesa
66 Lower Dolores River
67 Sewemup Mesa WSA
68 Roc Creek
69 Carpenter Ridge
70 La Sal Creek
71 Maverick Mesa Complex
NR Not Rated (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM.

BLM_0060908



Map 2-5
Scenic Quality Rating—Color

Field Office Boundary

| | Rating | |
|---|---|---|
| | 1 | Low |
| | 1.5 | |
| | 2 | |
| | 2.5 | |
| | 3 | |
| | 3.5 | |
| | 4 | |
| | 4.5 | |
| | 5 | High |
| | Not Rated | |

Note: Possible rating score ranges
from 1 to 5.

01  Bull Mountain
02  Stevens Gulch
03  Somerset
04  Paonia Reservoir
05  Deep Creek
06  Thousand Acre Flats
07  Beebe Gulch
08  North Delta OHV
09  Redlands Mesa
10  Paonia Valley
11  Jumbo Mountain
12  Minnesota Creek
    Valley
13  Elephant Hill
14  McDonald Mesa
15  Upper Gunnison River
16  Alkali
17  Adobe Badlands WSA
18  Escalante Canyon –
    Bennett's Basin
19  Escalante Canyon
20  Monitor Mesa
    Complex

21  Cactus Park
    (Drylands)
22  Greater Delta/
    Montrose Valley
23  Grand View Mesa
24  Smith Fork
25  Fruitland Mesa
26  Youngs Peak
27  Needle Rock
28  Crawford Reservoir
    Valley
29  Castle Rock
    Foreground
30  Dry Creek Basin
31  Crystal Valley
32  Uncompahgre Plateau
33  Southeast Montrose
    Hills
34  Waterdog Foothills
35  Cimarron Valley
36  Spruce Mountain
37  Ridgway Reservoir
38  Cimarron Ridge
    Foothills

39  Pleasant Valley
40  Uncompahgre Canyon
41  Mount Sneffels
    Foothills
42  Upper San Miguel
    River
43  Beaver Mesa Complex
44  Oak Hill
45  Hamilton Creek
46  Hamilton Mesa
47  Naturita Canyon
48  Norwood Valley
49  San Miguel –
    Piñon to Beaver Creek
50  Mailbox Park
51  Naturita Ridge
52  Dry Creek Canyon
53  San Miguel –
    Vancorum to Piñon
54  Third Park
55  First Park/
    Second Park
56  Sawtooth Ridge
57  Sawtooth Ridge Face

58  Davis Mesa
59  Dolores River Canyon
    WSA
60  Wray Mesa
61  Paradox Valley
62  Middle Dolores
    Canyon
63  San Miguel/
    Tabeguache
64  Tabeguache SMA
65  Atkinson Mesa
66  Lower Dolores River
67  Sewemup Mesa WSA
68  Roc Creek
69  Carpenter Ridge
70  La Sal Creek
71  Maverick Mesa
    Complex
NR  Not Rated
    (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES.  THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES.  THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY.  NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060909



# Map 2-6
## Scenic Quality Rating—Adjacent Scenery

Field Office Boundary
0 Low
1
2
2.5
3
3.5
4
5 High
Not Rated

Note: Possible rating score ranges from 0 to 5.

01 Bull Mountain
02 Stevens Gulch
03 Somerset
04 Paonia Reservoir
05 Deep Creek
06 Thousand Acre Flats
07 Beebe Gulch
08 North Delta OHV
09 Redlands Mesa
10 Paonia Valley
11 Jumbo Mountain
12 Minnesota Creek Valley
13 Elephant Hill
14 McDonald Mesa
15 Upper Gunnison River
16 Alkali
17 Adobe Badlands WSA
18 Escalante Canyon – Bennett's Basin
19 Escalante Canyon
20 Monitor Mesa Complex
21 Cactus Park (Drylands)
22 Greater Delta/ Montrose Valley
23 Grand View Mesa
24 Smith Fork
25 Fruitland Mesa
26 Youngs Peak
27 Needle Rock
28 Crawford Reservoir Valley
29 Castle Rock Foreground
30 Dry Creek Basin
31 Crystal Valley
32 Uncompahgre Plateau
33 Southeast Montrose Hills
34 Waterdog Foothills
35 Cimarron Valley
36 Spruce Mountain
37 Ridgway Reservoir
38 Cimarron Ridge Foothills
39 Pleasant Valley
40 Uncompahgre Canyon
41 Mount Sneffels Foothills
42 Upper San Miguel River
43 Beaver Mesa Complex
44 Oak Hill
45 Hamilton Creek
46 Hamilton Mesa
47 Naturita Canyon
48 Norwood Valley
49 San Miguel – Piñon to Beaver Creek
50 Mailbox Park
51 Naturita Ridge
52 Dry Creek Canyon
53 San Miguel – Vancorum to Piñon
54 Third Park
55 First Park/ Second Park
56 Sawtooth Ridge
57 Sawtooth Ridge Face
58 Davis Mesa
59 Dolores River Canyon WSA
60 Wray Mesa
61 Paradox Valley
62 Middle Dolores Canyon
63 San Miguel/ Tabeguache
64 Tabeguache SMA
65 Atkinson Mesa
66 Lower Dolores River
67 Sewemup Mesa WSA
68 Roc Creek
69 Carpenter Ridge
70 La Sal Creek
71 Maverick Mesa Complex
NR Not Rated (all dark-gray areas)

*ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM.*