

Map 2-7
Scenic Quality Rating—Scarcity

Field Office Boundary

1   Low
1.5
2
2.5
3
3.5
4
5   High
Not Rated

Note: Possible rating score ranges from 1 to 5.

01 Bull Mountain
02 Stevens Gulch
03 Somerset
04 Paonia Reservoir
05 Deep Creek
06 Thousand Acre Flats
07 Beebe Gulch
08 North Delta OHV
09 Redlands Mesa
10 Paonia Valley
11 Jumbo Mountain
12 Minnesota Creek Valley
13 Elephant Hill
14 McDonald Mesa
15 Upper Gunnison River
16 Alkali
17 Adobe Badlands WSA
18 Escalante Canyon – Bennett's Basin
19 Escalante Canyon
20 Monitor Mesa Complex

21 Cactus Park (Drylands)
22 Greater Delta/ Montrose Valley
23 Grand View Mesa
24 Smith Fork
25 Fruitland Mesa
26 Youngs Peak
27 Needle Rock
28 Crawford Reservoir Valley
29 Castle Rock Foreground
30 Dry Creek Basin
31 Crystal Valley
32 Uncompahgre Plateau
33 Southeast Montrose Hills
34 Waterdog Foothills
35 Cimarron Valley
36 Spruce Mountain
37 Ridgway Reservoir
38 Cimarron Ridge Foothills

39 Pleasant Valley
40 Uncompahgre Canyon
41 Mount Sneffels Foothills
42 Upper San Miguel River
43 Beaver Mesa Complex
44 Oak Hill
45 Hamilton Creek
46 Hamilton Mesa
47 Naturita Canyon
48 Norwood Valley
49 San Miguel – Piñon to Beaver Creek
50 Mailbox Park
51 Naturita Ridge
52 Dry Creek Canyon
53 San Miguel – Vancorum to Piñon
54 Third Park
55 First Park/ Second Park
56 Sawtooth Ridge
57 Sawtooth Ridge Face

58 Davis Mesa
59 Dolores River Canyon WSA
60 Wray Mesa
61 Paradox Valley
62 Middle Dolores Canyon
63 San Miguel/ Tabeguache
64 Tabeguache SMA
65 Atkinson Mesa
66 Lower Dolores River
67 Sewemup Mesa WSA
68 Roc Creek
69 Carpenter Ridge
70 La Sal Creek
71 Maverick Mesa Complex
NR Not Rated (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060911



## Map 2-8
## Scenic Quality Rating—
## Cultural Modification

Field Office Boundary

| | | |
|---|---|---|
| -2 | Low | |
| -1 | | |
| -0.5 | | |
| 0 | | |
| 1 | High | |
| Not Rated | | |

Note: Possible rating score ranges from -4 to 2.

01 Bull Mountain
02 Stevens Gulch
03 Somerset
04 Paonia Reservoir
05 Deep Creek
06 Thousand Acre Flats
07 Beebe Gulch
08 North Delta OHV
09 Redlands Mesa
10 Paonia Valley
11 Jumbo Mountain
12 Minnesota Creek Valley
13 Elephant Hill
14 McDonald Mesa
15 Upper Gunnison River
16 Alkali
17 Adobe Badlands WSA
18 Escalante Canyon – Bennett's Basin
19 Escalante Canyon
20 Monitor Mesa Complex

21 Cactus Park (Drylands)
22 Greater Delta/ Montrose Valley
23 Grand View Mesa
24 Smith Fork
25 Fruitland Mesa
26 Youngs Peak
27 Needle Rock
28 Crawford Reservoir Valley
29 Castle Rock Foreground
30 Dry Creek Basin
31 Crystal Valley
32 Uncompahgre Plateau
33 Southeast Montrose Hills
34 Waterdog Foothills
35 Cimarron Valley
36 Spruce Mountain
37 Ridgway Reservoir
38 Cimarron Ridge Foothills

39 Pleasant Valley
40 Uncompahgre Canyon
41 Mount Sneffels Foothills
42 Upper San Miguel River
43 Beaver Mesa Complex
44 Oak Hill
45 Hamilton Creek
46 Hamilton Mesa
47 Naturita Canyon
48 Norwood Valley
49 San Miguel – Piñon to Beaver Creek
50 Mailbox Park
51 Naturita Ridge
52 Dry Creek Canyon
53 San Miguel – Vancorum to Piñon
54 Third Park
55 First Park/ Second Park
56 Sawtooth Ridge
57 Sawtooth Ridge Face

58 Davis Mesa
59 Dolores River Canyon WSA
60 Wray Mesa
61 Paradox Valley
62 Middle Dolores Canyon
63 San Miguel/ Tabeguache
64 Tabeguache SMA
65 Atkinson Mesa
66 Lower Dolores River
67 Sewemup Mesa WSA
68 Roc Creek
69 Carpenter Ridge
70 La Sal Creek
71 Maverick Mesa Complex
NR Not Rated (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM.

BLM_0060912



## Map 2-9
## Scenic Quality Classifications

Field Office Boundary
Class I        (44,918 Acres)
Class II       (703,766 Acres)
Class III      (784,741 Acres)
Class IV       (305,524 Acres)
Not Rated

Note: Acreage includes all BLM and
non-BLM administered lands.

01 Bull Mountain
02 Stevens Gulch
03 Somerset
04 Paonia Reservoir
05 Deep Creek
06 Thousand Acre Flats
07 Beebe Gulch
08 North Delta OHV
09 Redlands Mesa
10 Paonia Valley
11 Jumbo Mountain
12 Minnesota Creek
   Valley
13 Elephant Hill
14 McDonald Mesa
15 Upper Gunnison River
16 Alkali
17 Adobe Badlands WSA
18 Escalante Canyon –
   Bennett's Basin
19 Escalante Canyon
20 Monitor Mesa
   Complex

21 Cactus Park
   (Drylands)
22 Greater Delta/
   Montrose Valley
23 Grand View Mesa
24 Smith Fork
25 Fruitland Mesa
26 Youngs Peak
27 Needle Rock
28 Crawford Reservoir
   Valley
29 Castle Rock
   Foreground
30 Dry Creek Basin
31 Crystal Valley
32 Uncompahgre Plateau
33 Southeast Montrose
   Hills
34 Waterdog Foothills
35 Cimarron Valley
36 Spruce Mountain
37 Ridgway Reservoir
38 Cimarron Ridge
   Foothills

39 Pleasant Valley
40 Uncompahgre Canyon
41 Mount Sneffels
   Foothills
42 Upper San Miguel
   River
43 Beaver Mesa Complex
44 Oak Hill
45 Hamilton Creek
46 Hamilton Mesa
47 Naturita Canyon
48 Norwood Valley
49 San Miguel –
   Piñon to Beaver Creek
50 Mailbox Park
51 Naturita Ridge
52 Dry Creek Canyon
53 San Miguel –
   Vancorum to Piñon
54 Third Park
55 First Park/
   Second Park
56 Sawtooth Ridge
57 Sawtooth Ridge Face

58 Davis Mesa
59 Dolores River Canyon
   WSA
60 Wray Mesa
61 Paradox Valley
62 Middle Dolores
   Canyon
63 San Miguel/
   Tabeguache
64 Tabeguache SMA
65 Atkinson Mesa
66 Lower Dolores River
67 Sewemup Mesa WSA
68 Roc Creek
69 Carpenter Ridge
70 La Sal Creek
71 Maverick Mesa
   Complex
NR Not Rated
   (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060913



## Map 3-1
## Sensitivity Levels

**Field Office Boundary**
Low        (343,231 Acres)
Medium     (721,202 Acres)
High       (740,546 Acres)
Wilderness Area
Not Rated

Note: Acreages include all BLM and non-BLM administered lands.

01  Bull Mountain
02  Stevens Gulch
03  Somerset
04  Paonia Reservoir
05  Deep Creek
06  Thousand Acre Flats
07  Beebe Gulch
08  North Delta OHV
09  Redlands Mesa
10  Paonia Valley
11  Jumbo Mountain
12  Minnesota Creek Valley
13  Elephant Hill
14  McDonald Mesa
15  Upper Gunnison River
16  Alkali
17  Adobe Badlands WSA
18  Escalante Canyon – Bennett's Basin
19  Escalante Canyon
20a Dominguez-Escalante NCA
20b Monitor Mesa Complex

20c Camel Back WSA
21  Cactus Park (Drylands)
22  Greater Delta/ Montrose Valley
23  Grand View Mesa
24  Smith Fork
25  Fruitland Mesa
26  Youngs Peak
27  Needle Rock
28  Crawford Reservoir Valley
29  Castle Rock Foreground
30  Dry Creek Basin
31  Crystal Valley
32  Uncompahgre Plateau
33  Southeast Montrose Hills
34  Waterdog Foothills
35  Cimarron Valley
36  Spruce Mountain
37  Ridgway Reservoir

38  Cimarron Ridge Foothills
39  Pleasant Valley
40  Uncompahgre Canyon
41  Mount Sneffels Foothills
42  Upper San Miguel River
43  Beaver Mesa Complex
44  Oak Hill
45  Hamilton Creek
46  Hamilton Mesa
47  Naturita Canyon
48  Norwood Valley
49  San Miguel – Piñon to Beaver Creek
50  Mailbox Park
51  Naturita Ridge
52  Dry Creek Canyon
53  San Miguel – Vancorum to Piñon
54  Third Park
55  First Park/ Second Park

56  Sawtooth Ridge
57  Sawtooth Ridge Face
58  Davis Mesa
59  Dolores River Canyon WSA
60  Wray Mesa
61  Paradox Valley
62  Middle Dolores Canyon
63  San Miguel/ Tabeguache
64  Tabeguache SMA
65  Atkinson Mesa
66  Lower Dolores River
67  Sewemup Mesa WSA
68  Roc Creek
69  Carpenter Ridge
70  La Sal Creek
71  Maverick Mesa Complex
NR  Not Rated (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM.

BLM_0060914



Map 4-1
Distance Zones

Field Office Boundary
Township
Foreground/Middle Ground
Not Rated
Wilderness Area

01 Bull Mountain
02 Stevens Gulch
03 Somerset
04 Paonia Reservoir
05 Deep Creek
06 Thousand Acre Flats
07 Beebe Gulch
08 North Delta OHV
09 Redlands Mesa
10 Paonia Valley
11 Jumbo Mountain
12 Minnesota Creek Valley
13 Elephant Hill
14 McDonald Mesa
15 Upper Gunnison River
16 Alkali
17 Adobe Badlands WSA
18 Escalante Canyon – Bennett's Basin
19 Escalante Canyon
20 Monitor Mesa Complex

21 Cactus Park (Drylands)
22 Greater Delta/ Montrose Valley
23 Grand View Mesa
24 Smith Fork
25 Fruitland Mesa
26 Youngs Peak
27 Needle Rock
28 Crawford Reservoir Valley
29 Castle Rock Foreground
30 Dry Creek Basin
31 Crystal Valley
32 Uncompahgre Plateau
33 Southeast Montrose Hills
34 Waterdog Foothills
35 Cimarron Valley
36 Spruce Mountain
37 Ridgway Reservoir
38 Cimarron Ridge Foothills

39 Pleasant Valley
40 Uncompahgre Canyon
41 Mount Sneffels Foothills
42 Upper San Miguel River
43 Beaver Mesa Complex
44 Oak Hill
45 Hamilton Creek
46 Hamilton Mesa
47 Naturita Canyon
48 Norwood Valley
49 San Miguel – Piñon to Beaver Creek
50 Mailbox Park
51 Naturita Ridge
52 Dry Creek Canyon
53 San Miguel – Vancorum to Piñon
54 Third Park
55 First Park/ Second Park
56 Sawtooth Ridge
57 Sawtooth Ridge Face

58 Davis Mesa
59 Dolores River Canyon WSA
60 Wray Mesa
61 Paradox Valley
62 Middle Dolores Canyon
63 San Miguel/ Tabeguache
64 Tabeguache SMA
65 Atkinson Mesa
66 Lower Dolores River
67 Sewemup Mesa WSA
68 Roc Creek
69 Carpenter Ridge
70 La Sal Creek
71 Maverick Mesa Complex
NR Not Rated (all dark-gray areas)

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES.  THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES.  THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY.  NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060915



## Map 4-2
## Travel Network



Field Office Boundary
Special Management Area
US Forest Service
Township
Highway
Road
Trail

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES.  THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES.  THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY.  NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060916



## Map 5-1
## Visual Resource Inventory
## Classes



| | | |
|---|---|---|
| ▢ | **Field Office Boundary** | |
| ▢ | **Class I** | (44,918 Acres) |
| ▢ | **Class II** | (703,766 Acres) |
| ▢ | **Class III** | (784,741 Acres) |
| ▢ | **Class IV** | (305,524 Acres) |
| ▢ | **Not Rated** | |

Note: Acreage includes all BLM and
non-BLM administered lands.

ALL DATA ON THIS MAP IS DERIVED FROM BLM UFO AND
ALL ITS JURISDICTIONS WITHIN THEIR BOUNDARIES. THIS
INFORMATION WAS DEVELOPED AT MULTIPLE SCALES AND
ACCURACIES. THE MAP WAS CREATED FOR DISPLAY AND
ASSESSMENT PURPOSES ONLY. NO WARRANTY IS MADE
BY THE BUREAU OF LAND MANAGEMENT
FOR USE OF THE DATA FOR PURPOSES NOT
INTENDED BY BLM.

BLM_0060917



IOP 1



IOP 2



IOP 3

BLM_0060918



IOP 1



IOP 2



IOP 3



IOP 4

BLM_0060919



IOP 5



IOP 6



IOP 7

BLM_0060920



IOP 1



IOP 2

BLM_0060921

SQRU 04—Paonia Reservoir



IOP 1

IOP 2

IOP 3

IOP 4

BLM_0060922



IOP 1

BLM_0060923

# SQRU 06—Thousand Acre Flats



IOP I



Detail

BLM_0060924



IOP 1

BLM_0060925

SQRU 08—North Delta OHV



IOP 1



IOP 2



IOP 3



IOP 4

BLM_0060926



IOP 1

IOP 2

IOP 3

BLM_0060927



IOP 4

IOP 7

IOP 5

IOP 8

IOP 6

BLM_0060928



IOP 1



IOP 2

BLM_0060929



IOP 3



IOP 4

BLM_0060930

SQRU 11—Jumbo Mountain



IOP 1

BLM_0060931



IOP 1



IOP 2

BLM_0060932



IOP 1

BLM_0060933

SQRU 14—McDonald Mesa



IOP 1



IOP 2



IOP 3

BLM_0060934



IOP 1

IOP 2a

IOP 2b

BLM_0060935

SQRU 15—Upper Gunnison River



IOP 3



IOP 4

BLM_0060936



IOP 1

IOP 2

IOP 3

IOP 4

BLM_0060937



IOP 1



IOP 2

BLM_0060938



IOP 1

IOP 3

IOP 2

BLM_0060939

SQRU 19—Escalante Canyon



IOP 1



IOP 2



IOP 3

BLM_0060940



IOP 4

IOP 5

IOP 6

IOP 7

BLM_0060941



IOP 1

IOP 2

IOP 3

IOP 4

BLM_0060942

SQRU 20—Monitor Mesa Complex



IOP 5



IOP 6



IOP 7

BLM_0060943



IOP 8



IOP 9

BLM_0060944

## SQRU 21—Cactus Park (Drylands)



IOP 1

IOP 2

IOP 3

BLM_0060945

SQRU 21—Cactus Park (Drylands)



IOP 4



IOP 5



IOP 6

BLM_0060946

SQRU 22—Greater Delta/
Montrose Valley



IOP 1



IOP 2



IOP 3



IOP 4

BLM_0060947



IOP 5



IOP 6a



IOP 6b



IOP 7

BLM_0060948



IOP 1



IOP 2

BLM_0060949



IOP 1



IOP 2

BLM_0060950



IOP 1



IOP 2

BLM_0060951

SQRU 26—Youngs Peak



IOP 1



IOP 2



IOP 3

BLM_0060952



IOP 1



IOP 2

IOP 3

BLM_0060953

SQRU 28—Crawford Reservoir
Valley



IOP 1



IOP 2



IOP 3



IOP 4

BLM_0060954



IOP 1



IOP 2

BLM_0060955



IOP 1



IOP 2



IOP 3



IOP 4



IOP 5

BLM_0060956



IOP 6

IOP 7

IOP 8

IOP 9

BLM_0060957



IOP 1



IOP 2

BLM_0060958



IOP 1



IOP 2



IOP 3



IOP 4

BLM_0060959



IOP 1

BLM_0060960



IOP 1



IOP 2



IOP 3

IOP 4

BLM_0060961

SQRU 34—Waterdog Foothills



IOP 5



IOP 6a



IOP 6b

BLM_0060962



IOP 1a



IOP 1b



IOP 2a

BLM_0060963

SQRU 35—Cimarron Valley



IOP 2b



IOP 3



IOP 4

BLM_0060964

## SQRU 35—Cimarron Valley



IOP 5



IOP 6



IOP 7

BLM_0060965



IOP 1



IOP 2

IOP 3

BLM_0060966

SQRU 36—Spruce Mountain



IOP 4



IOP 5



IOP 6

BLM_0060967

## SQRU 37—Ridgway Reservoir



IOP 1

IOP 2



IOP 3



IOP 4

BLM_0060968



IOP 1

IOP 2

IOP 3

BLM_0060969



IOP 4

BLM_0060970



IOP 1



IOP 2



IOP 3

BLM_0060971



IOP 4



IOP 5

BLM_0060972