

IOP 6

BLM_0060973

SQRU 40—Uncompahgre Canyon



IOP 1



IOP 2



IOP 3



IOP 4

BLM_0060974

SQRU 40—Uncompahgre Canyon



IOP 5



IOP 6a



IOP 6b



IOP 7

BLM_0060975

SQRU 41—Mount Sneffels Foothills



IOP 1



IOP 2



IOP 3



IOP 4

BLM_0060976

SQRU 41—Mount Sneffels Foothills



IOP 5

BLM_0060977

## SQRU 42—Upper San Miguel River



IOP 1

IOP 2

IOP 3

IOP 4

IOP 5

BLM_0060978

SQRU 43—Beaver Mesa Complex

IOP 1



IOP 2

IOP 3

BLM_0060979



IOP 1



IOP 3



IOP 2

BLM_0060980



IOP 4



IOP 5

BLM_0060981

SQRU 45—Hamilton Creek



IOP 1



IOP 2



IOP 3

BLM_0060982

SQRU 46—Hamilton Mesa



IOP 1

BLM_0060983



IOP 1

IOP 2a

IOP 2b

BLM_0060984

SQRU 48—Norwood Valley



IOP 1



IOP 2



IOP 3



IOP 4

BLM_0060985



IOP 1a



IOP 1b

BLM_0060986



IOP 1



IOP 2



IOP 3

BLM_0060987

SQRU 51—Naturita Ridge



IOP 1



IOP 2

BLM_0060988

SQRU 52—Dry Creek Canyon



IOP 1

BLM_0060989



IOP 1



IOP 2

BLM_0060990



IOP 1



IOP 3



IOP 2

BLM_0060991

SQRU 55—First Park/Second Park



IOP 1



IOP 2



IOP 3

BLM_0060992

## SQRU 56—Sawtooth Ridge



IOP 1



IOP 2



IOP 3

BLM_0060993

SQRU 56—Sawtooth Ridge



IOP 4



IOP 5



IOP 6

BLM_0060994

SQRU 57—Sawtooth Ridge Face



IOP 1



IOP 4



IOP 2



IOP 3

BLM_0060995



IOP 1

IOP 2

IOP 3

IOP 4

BLM_0060996

SQRU 58—Davis Mesa



IOP 5

IOP 6

IOP 7

IOP 8

IOP 9

BLM_0060997



IOP 1

IOP 2

IOP 3

IOP 4

BLM_0060998

SQRU 60—Wray Mesa



IOP 1



IOP 2

IOP 3

BLM_0060999



IOP 1



IOP 2



IOP 3

BLM_0061000



IOP 4

IOP 5

IOP 6

BLM_0061001



IOP 7



IOP 9



IOP 8

BLM_0061002



IOP 1

IOP 2

IOP 3

IOP 4

BLM_0061003



IOP 5

IOP 6

BLM_0061004

SQRU 63—San Miguel River
Tabeguache



IOP 1



IOP 2

BLM_0061005



IOP 1



IOP 2

BLM_0061006

SQRU 65—Atkinson Mesa



IOP 1

IOP 2

BLM_0061007

SQRU 65—Atkinson Mesa



IOP 3

IOP 4

IOP 5

IOP 6

BLM_0061008



IOP 1

BLM_0061009

SQRU 66—Lower Dolores River



IOP 2

IOP 3

IOP 4

BLM_0061010



IOP 1

BLM_0061011



IOP 1

BLM_0061012



IOP 1

IOP 2

IOP 3

BLM_0061013



IOP 1

IOP 3

IOP 2

BLM_0061014



IOP 4



IOP 5

SQRU 71—Maverick Mesa Complex



IOP 1

BLM_0061016

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                                        Date:    June 2009

Scenic Quality Rating Unit:    01 – Bull Mountain

**1. Evaluators:**    Julie McGrew, Lindsey Utter

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat valley bottoms with rolling foothills rising up; gentle, rolling wider/open valleys | Low, rounded, diverse patches; agricultural fields have a long, linear form dictated by valley bottom | Geometrical, vertical |
| **Line** | Horizontal, diagonal drainage and slopes; undulating, simple lines | Curvilinear riparian zone, undulating/organic ridge between vegetation types | Vertical/horizontal, linear fence and roads |
| **Color** | Browns, grays, reds | Bright green, dark green, sage green; variety of greens harmonious; grays. Fall colors: yellows, reds, oranges | Red, whites, browns, green; agricultural structures |
| **Texture** | Medium | Patchy; smooth to medium | Smooth surfaces, but coarse in the landscape |

**3. Narrative**
Riparian valleys with agricultural fields. Very diverse, vibrant vegetative community: hillsides of sage meadow, scrub oak, aspens, and conifers following drainages. Unit also exhibits considerable visual variety in terms of color.

BLM_0061017

Scenic Quality Rating Unit:   Bull Mountain

| 4. SCORE (Circle Appropriate Level) | | | | |
|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE |
| **a. Landform** | | | 2 | Rolling landscape |
| **b. Vegetation** | 4 | | | Great variety |
| **c. Water** | | 3.5 | | Flowing, visible |
| **d. Color** | 4 | | | Vegetation would have great seasonal variations |
| **e. Adjacent Scenery** | 4 | | | Raggeds add wonderful backdrop |
| **f. Scarcity** | | | 2 | Other similar features in region |
| **g. Cultural Modification** | | 0 | | Agriculture does not detract or make better than natural |
| **TOTALS** | 12 | 3.5 | 4 | 19.5 |

**SCENIC QUALITY CLASSIFICATION**
(check one)

X  **A – 19 or more**

  **B – 12 – 18**

  **C – 11 or less**

**Comments:**
Very scenic landscape with great visual variety. Adjacent scenery adds great interest.



SQRU Locator



● IOP Location

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                          Date:   June 2009

Scenic Quality Rating Unit:   02 – Stevens Gulch

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Undulating landform, prominent/large-scale hills with moderate to steep slopes | Rough, dense form with some irregular meadow openings | Geometrical forms, curvilinear |
| **Line** | Weak, overlapping diagonals; lines of drainages rounded, irregular | Complex, weak, overlapping; diagonals as vegetation follows drainages, curving | Straight, curvilinear |
| **Color** | Grays, tans, browns, few tannish outcrops, generally lighter tones | Dark green, Yuma and Juniper Green, warm colors; autumn would include gray, brown | Gray, white, brown |
| **Texture** | Medium | Patchiness, smooth meadows to medium-dense vegetation | Smooth surface, although rough in landscape |

### 3. Narrative

Foothills above the Paonia Valley are covered in dense vegetation with meadow breaks. The landform is rolling and varied with a few rock formations poking out, and drainages leading through and down to the valley below. Vegetation is dense with meadow opening: aspens, pinyon/juniper, conifers, and sage. A reservoir, canal, and creeks are occasionally visible. Adjacent scenery is not always in view, but is usually quite eye-catching when visible. A large burn area from a few years back is starting to revegetate. There are also portions of a mine with revegetation occurring. The far west edge of the unit has prominent rock banding.Foothills above the Paonia Valley covered in dense vegetation with meadow breaks. There is a large mine with portions currently under reclamation, and a large burn area.

BLM_0061019

Scenic Quality Rating Unit:     Stevens Gulch

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | 3 | | Rolling landform with a few outcrops | **A – 19 or more** |
| **b. Vegetation** | | 3.5 | | Aspens, conifers, pinyon/juniper, meadows | X    **B – 12 – 18** |
| **c. Water** | | | 1 | Canal, some drainages | **C – 11 or less** |
| **d. Color** | | 3 | | Seasonal variation | |
| **e. Adjacent Scenery** | | 3.5 | | Some views across valley | |
| **f. Scarcity** | | | 2 | Common, but notable | |
| **g. Cultural Modification** | | 0 | | Mine, but other positives with meadows | |
| **TOTALS** | | 13 | 3 | 16 | |

**Comments:**
Medium ratings for landform, vegetation, and color, coupled with a medium rating for adjacent scenery, place this unit in the Class B category.



SQRU Locator



● IOP Location

BLM_0061020

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:   Uncompahgre                                    Date:   June 2009

Scenic Quality Rating Unit:   03 – Somerset

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Canyon and river; steep canyon walls, some rock outcrops, big river | Heavy vegetative cover, mixed conifer and oak; continuous and patchy | Two highways, houses, mines, town power lines, railroads, poles; rectangular, cylindrical |
| **Line** | Diagonal canyon walls | Vertical conifers; indistinct line otherwise | Geometric lines, vertical silos, sinuous railroads and roads |
| **Color** | Brown, gray, beige | Yuma Green to Juniper Green | Gray, white, brown, various |
| **Texture** | Medium, with some coarse | Medium to coarse | Smooth surfaces |

**3. Narrative**
Canyon broadens, human activity more intensive. Heavy vegetative cover on canyon walls.

BLM_0061021

Scenic Quality Rating Unit:     Somerset

| 4. SCORE (Circle Appropriate Level) | | | | | |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | **SCENIC QUALITY CLASSIFICATION** (check one) |
| **a. Landform** | | 3 | | Steep canyon walls | **A – 19 or more** |
| **b. Vegetation** | 4 | | | Variety in vegetation | X    **B – 12 – 18** |
| **c. Water** | 4 | | | Nice river, white water | **C – 11 or less** |
| **d. Color** | | 3 | | Some vibrant color | |
| **e. Adjacent Scenery** | | | 0 | None of significance visible | |
| **f. Scarcity** | | | 2 | Interesting and verging on distinctive | |
| **g. Cultural Modification** | | | -2 | Negative influence, mining and roads | |
| **TOTALS** | 8 | 6 | 0 | 14 | |

**Comments:**
A diverse landscape with more human activity such as mining and transportation. These activities are only locally dominant from a visual viewpoint. Vegetation and water are dominant visual features of the area.



SQRU Locator

• IOP Location



Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:     Uncompahgre                                    Date:     June 2009

Scenic Quality Rating Unit:     04 – Paonia Reservoir

**1. Evaluators:**     Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Narrow canyon with steep slopes; banded rock outcrops, rough river and broad, muddy reservoir | Conical, clumpy, patchy, scattered conifers; very diverse species | Dam, road, houses |
| **Line** | Strongly diagonal canyon walls | Vertical trees, indistinct | Geometric |
| **Color** | Brown, beige, gray | Yuma and Juniper Green, white | Various |
| **Texture** | Medium to coarse | Medium to coarse | Smooth |

**3. Narrative**
An enclosed landscape. Narrow canyon, very diverse vegetation. The combination of vegetation, water, and color add significantly to visual interest and variety.

BLM_0061023

Scenic Quality Rating Unit:     Paonia Reservoir

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | 3.5 | | Deep canyon | X    **A – 19 or more** |
| **b. Vegetation** | 5 | | | High visual (species) variety | |
| **c. Water** | 4 | | | Reservoir river | **B – 12 – 18** |
| **d. Color** | 4 | | | Distinctive | |
| **e. Adjacent Scenery** | | | 0 | | **C – 11 or less** |
| **f. Scarcity** | | 3 | | Distinctive but similar to others in region | |
| **g. Cultural Modification** | | | -0.5 | | |
| **TOTALS** | 13 | 6.5 | -0.5 | 19 | |

**Comments:**
A river canyon with a reservoir and modest whitewater river. The Anthracite Canyon portion of this unit has a great view of spectacular snow-capped mountain scenery. The visual variety of the area is one of the reasons it rated as class A.



SQRU Locator



• IOP Locations

BLM_0061024

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:   Uncompahgre                                   Date:   June 2009

Scenic Quality Rating Unit:   05 – Deep Creek

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | High, rounded ridges incised by deep drainages; rounded, open, rolling hill tops; open meadows | Indistinct form somewhat defined by topographic features; some rounded, patchy, continuous vegetation cover | Ranch houses, road, buildings |
| **Line** | Overlapping, rounded, irregular, horizontal, elongated; broad ridges | Accentuated by rounded topographic features, undulating | Geometric |
| **Color** | Brown, soil, no rock overcrops of note, some grays, beiges | Vibrant, Yuma Green to light green, seasonal variation | Beiges, browns, red, white, various |
| **Texture** | Smooth to medium | Smooth to coarse | Smooth |

**3. Narrative**
A diverse landscape with a great deal of visual variety. Vegetation and adjacent scenery are dominant features. A high complex ridge/mesa system bewteen two major drainages. Ranch buildings and structures are in harmony with the setting of the area.

BLM_0061025

Scenic Quality Rating Unit:     Deep Creek

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2.5 | Rounded ridges, hills, deep drainages | X    **A – 19 or more** |
| **b. Vegetation** | 5 | | | Wildly diverse, great variety | |
| **c. Water** | | | 1 | Some visible, Deep Creek | **B – 12 – 18** |
| **d. Color** | 4 | | | Significant variety and seasonal variation | **C – 11 or less** |
| **e. Adjacent Scenery** | 5 | | | Spectacular high-mountain scenery | |
| **f. Scarcity** | | 3 | | Somewhat | |
| **g. Cultural Modification** | | | 0 | None of major importance | |
| **TOTALS** | 14 | 3 | 3.5 | 20.5 | |

**Comments:**
A beautiful, high-elevation area of oak/aspen/conifer/meadow surrounded by spectacular high-mountain scenery. Adjacent scenery adds significantly to the scenic quality of the area.



SQRU Locator



• IOP Locations

BLM_0061026

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:     Uncompahgre                                          Date:     June 2009

Scenic Quality Rating Unit:     06 – Thousand Acre Flats

**1. Evaluators:**     Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Large-scale, rounded, broad ridge-tops; open, rolling | Patchy, irregular pattern, non-directional | Roads and trails, very indistinct |
| **Line** | Rounded, undulating | Irregular, complex without distinct pattern | n/a |
| **Color** | Brown, light brown, beige to gray soils | Variable, vibrant, Yuma Green to Juniper Green, some sage | n/a |
| **Texture** | Smooth to medium | Smooth, medium, coarse, depends on species | n/a |

**3. Narrative**
A broad ridge with open, gently sloping areas and diverse, heavy vegetative cover. This small rating unit lies between the canyon complex (Paonia Reservoir) and the national forest. It was designated as a separate rating unit because the visual character is different from Paonia Reservoir.

BLM_0061027

Scenic Quality Rating Unit:     Thousand Acre Flats

| 4. SCORE (Circle Appropriate Level) | | | | | |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2 | No major noticeable features | |
| **b. Vegetation** | 4 | | | Diverse; great visual variety | |
| **c. Water** | | | 0 | None noted | |
| **d. Color** | | 3.5 | | Seasonal variation | |
| **e. Adjacent Scenery** | 4 | | | Spectacular surrounding mountain scenery | |
| **f. Scarcity** | | | 2 | Fairly common | |
| **g. Cultural Modification** | | | 0 | None noted | |
| **TOTALS** | 8 | 3.5 | 4 | 15.5 | |

**SCENIC QUALITY CLASSIFICATION**
(check one)

A – 19 or more

X   **B – 12 – 18**

C – 11 or less

**Comments:**
Very scenic. A natural-appearing landscape adjacent to the national forest.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061028

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:     Uncompahgre                                    Date:     June 2009

Scenic Quality Rating Unit:     07 – Beebe Gulch

**1. Evaluators:**     Gary Long, Kate Schwarzler, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Mesas, pyramid-shaped hills, rounded forms | Low, small, sparse; also juniper | Roads pipelines |
| **Line** | Horizontal, diagonal, rounded | Horizontal; complements landforms | Vertical, horizontal |
| **Color** | Gray with buff/tan accents | Gray, Yuma Green | White, silver |
| **Texture** | Medium to coarse and smooth surfaces | Stippled | Smooth |

**3. Narrative**
The Beebe Gulch Unit is defined by Forest Service lands to the north, OHV area to the south, a Wilderness Study Area to the west, and the Cedaredge Valley to the east. It is characterized by distinctive landforms but otherwise lacks notable visual features.

BLM_0061029

Scenic Quality Rating Unit:      Beebe Gulch

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | 3 | | Interesting | **A – 19 or more** |
| **b. Vegetation** | | | 2 | Mute tones | **B – 12 – 18** |
| **c. Water** | | | 0 | None present | X    **C – 11 or less** |
| **d. Color** | | | 2 | Mute tones | |
| **e. Adjacent Scenery** | | | 2 | Grand Mesa minor influence | |
| **f. Scarcity** | | | 1 | Fairly common landscape | |
| **g. Cultural Modification** | | | 0 | | |
| **TOTALS** | | 3 | 7 | 10 | |

**Comments:**
A broken, eroded landscape with mesas, pyramid-shaped hills, and characterized by sparse but mixed vegetation.



SQRU Locator



● IOP Location

BLM_0061030

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:  Uncompahgre                                    Date:   June 2009

Scenic Quality Rating Unit:   08 – North Delta OHV

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat landscape with numerous rounded, pyramid-shaped buttes; low, flat mesas, valleys, and drainages | Rounded clumps, linear alignments along drainages; low, scattered ground cover | Roads and OHV trails create the impression of a substantial human imprint on the landscape |
| **Line** | Horizontal landscape with many rounded, diagonal, curvilinear lines | Horizontal, irregular | Diverse, curvilinear |
| **Color** | Gray, buff, light brown, yellow | Gray to Juniper Green, tamarisk and cottonwood are most dominant visually | Same as landform colors |
| **Texture** | Smooth surfaces with medium to coarse features | Coarse in drainages, stippled elsewhere | Smooth |

**3. Narrative**
A dry, highly eroded landscape, mostly devoid of vegetative cover. Heavy impacts from OHV activity.

BLM_0061031

Scenic Quality Rating Unit:      North Delta OHV

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | 3 | | Interesting landforms, buttes, mesas | A – 19 or more |
| b. Vegetation | | | 1 | Little or no variety, not a dominant element | B – 12 – 18 |
| c. Water | | | 0 | None of consequence (canal, reservoir on boundary) | X    C – 11 or less |
| d. Color | | | 1 | Subtle color, generally mute tones | |
| e. Adjacent Scenery | | 3 | | Grand Mesa National Forest | |
| f. Scarcity | | | 2 | Distinctive but not an unusual landscape | |
| g. Cultural Modification | | | -2 | Noticeable OHV impacts | |
| TOTALS | | 6 | 2 | 8 | |

**Comments:**
A landscape that, with the exception of interesting landforms, lacks any significant visual interest in terms of vegetation, water, and color. Human impacts in part of the unit are dominant.



SQRU Locator

• IOP Locations

BLM_0061032

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:     Uncompahgre                                    Date:     June 2009

Scenic Quality Rating Unit:     09 – Redlands Mesa

**1. Evaluators:**     Gary Long, Kate Schwarzler, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rolling valley floor with few, more prominent features; edges of unit start to rise up with benches | Low fields, stands of native upright ornamental and wind-break trees | Geometric |
| **Line** | Horizontal | Distinct edge of cultivated fields | Geometric |
| **Color** | Grays, tans, browns | Greens, dark greens, grays, browns | Whites, reds, grays, many structure colors |
| **Texture** | Smooth to medium | Smooth to medium; patches of rough | Smooth sides, medium to rough in the landscape |

**3. Narrative**
This unit represents the valley and a mixture of agricultural lands around Cedaredge, south to Highway 82 and east to Hotchkiss. The northern edges of the unit are bounded by the lands rising to the Grand Mesa.

BLM_0061033

Scenic Quality Rating Unit:      Redlands Mesa

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 1.5 | Low, rolling | **A – 19 or more** |
| **b. Vegetation** | | 3.5 | | Native as well as agricultural | X    **B – 12 – 18** |
| **c. Water** | | | 2 | Ditches, stream, reservoir | **C – 11 or less** |
| **d. Color** | | 3 | | Seasonal change | |
| **e. Adjacent Scenery** | | 3 | | Grand Mesa, Black Canyon area | |
| **f. Scarcity** | | | 1 | Common | |
| **g. Cultural Modification** | | | 0 | None | |
| **TOTALS** | | 9.5 | 4.5 | 14 | |

**Comments:**
The adjacent scenery encompasses the agricultural valley setting.



SQRU Locator



• IOP Locations

BLM_0061034

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                      Date:     June 2009

Scenic Quality Rating Unit:      10 – Paonia Valley

**1. Evaluators:**     Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Horizontal/flat valley with hills rising up in a few locations | Geometrical fields; rounded trees following field edges and drainages | Geometric, linear |
| **Line** | Horizontal, diagonal drainages, rounded | Regular lines of field edges; straight, patchy in native areas; clusters around residential | Geometrical, straight, hard |
| **Color** | Gray, tan, yellowish-orange, brown | Bright green, gray, dark green, yellowish | White, gray, black; residential and related areas come in a variety of colors |
| **Texture** | Smooth to medium | Smooth to medium striped | Smooth surfaces but coarse in the landscape |

## 3. Narrative

Agricultural, residential, community and other development occurs around hills with mostly native appearance. Vegetation is generally agriculture-related with riparian down the center. Residential plantings occur in town and around homes in rural areas. Native vegetation blankets the rolling hills. The north fork of the Gunnison River runs through the unit but generally is not visible.

BLM_0061035

Scenic Quality Rating Unit:     Paonia Valley

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2 | Some variety but mostly flat to rolling | **A – 19 or more** |
| **b. Vegetation** | | 3.5 | | Crops add some variety | X   **B – 12 – 18** |
| **c. Water** | | 3 | | North fork of the Gunnison River, canals | **C – 11 or less** |
| **d. Color** | | 3 | | Variety with vegetation | |
| **e. Adjacent Scenery** | 4 | | | Mountain backdrop | |
| **f. Scarcity** | | | 2.5 | Occurs elsewhere but this valley is more beautiful | |
| **g. Cultural Modification** | | 0 | | Balance between farms a plus; gravel pits and industrial a negative | |
| **TOTALS** | 4 | 9.5 | 4.5 | 18 | |

**Comments:**
The valley is flat with some rolling hills rising up in some locations. The area retains scenic quality and



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                      Date:   June 2009

Scenic Quality Rating Unit:   11 – Jumbo Mountain

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Overlapping pyramids; rounded, steep hills; exposed rock outcrops; long ridges trailing out from main ridge complex | Irregular, patchy, broken space to continuous cover | Power line, communications site |
| **Line** | Complex, diagonal; banded/horizontal cliffs | Curving; follows landforms, diagonals | Vertical |
| **Color** | Gray, browns, beige, faded reds; salmon to yellow | Yuma Green, gray, bright green, Covert Green | Light brown, silver |
| **Texture** | Coarse | Smooth, medium, coarse in foreground | Smooth |

**3. Narrative**
A massive landform that defines the eastern edge of the Minnesota Creek and the north fork of the Gunnison River. A dominant visual feature from Paonia.

BLM_0061037

Scenic Quality Rating Unit:     Jumbo Mountain

| 4. SCORE (Circle Appropriate Level) | | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | | |
| **a. Landform** | | 3.5 | | Dominant visual feature | | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Some diversity | X | **B – 12 – 18** |
| **c. Water** | | | 0 | None present | | **C – 11 or less** |
| **d. Color** | | 3.5 | | Some variety and intensity | | |
| **e. Adjacent Scenery** | 4 | | | Surrounded by spectacular scenery | | |
| **f. Scarcity** | | | 2 | Nice but not unusual | | |
| **g. Cultural Modification** | | | 0 | Communications site and power lines | | |
| **TOTALS** | 4 | 10 | 2 | 16 | | |

**Comments:**
Prominent landscape feature surrounded by spectacular, highly variable landscapes.



SQRU Locator



• IOP Locations

BLM_0061038

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                              Date:   June 2009

Scenic Quality Rating Unit:   12 – Minnesota Creek Valley

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Narrow valley bottom, sloping sides, undulating, rolling | Continuous, clumpy, patchy, smooth, mixed | Fences, roads, buildings, residences; scattered geometric shapes and forms |
| **Line** | Undulating, rounded, rolling | Indistinct | Geometric |
| **Color** | Light-brown soils | Vibrant shades of green, seasonal variation | Various; white, brown |
| **Texture** | Smooth | Smooth to coarse | Smooth |

**3. Narrative**
A narrow valley with scattered farmsteads and residences. Vibrant vegetation; surrounded by spectacular scenery.

BLM_0061039

Scenic Quality Rating Unit:   Minnesota Creek Valley

| 4. SCORE (Circle Appropriate Level) | | | | |
|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |
| **a. Landform** | | | 2 | Valley bottom, rolling slopes |
| **b. Vegetation** | 4 | | | Vibrant vegetation and visual variety |
| **c. Water** | | | 1 | None very visible |
| **d. Color** | | 3 | | Vegetation |
| **e. Adjacent Scenery** | | 3 | | National forest, Jumbo Mountain |
| **f. Scarcity** | | | 1 | Not unusual or scarce |
| **g. Cultural Modification** | | | 1 | Hay meadows |
| **TOTALS** | 4 | 6 | 5 | 15 |

**SCENIC QUALITY CLASSIFICATION**
**(check one)**

**A – 19 or more**

X   **B – 12 – 18**

**C – 11 or less**

**Comments:**
A beautiful, narrow valley with mature hay meadows and a variety of vegetation. A very attractive, pastoral setting.



SQRU Locator



• IOP Locations

BLM_0061040

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                                    Date:    June 2009

Scenic Quality Rating Unit:    13 – Elephant Hill

**1. Evaluators:**    Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| **2. LANDSCAPE CHARACTER (Features)** | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rounded, low pyramids; rounded, prominent hills with moderately steep slopes; some rock outcrops due to landslides | Pinyon/juniper and scrub oak | None noted |
| **Line** | Rounded, curved lines, diagonals | Vegetation breaks on topographic features; overall indistinct, continuous vegetation cover | n/a |
| **Color** | Light salmon/red | Yuma Green to Juniper Green | n/a |
| **Texture** | Medium | Smooth to medium | n/a |

**3. Narrative**
The Elephant Hill Unit is defined by the Minnesota Creek Valley and Forest Service lands. It is a fairly low hill complex with pinyon/juniper and scrub oak vegetative cover.

BLM_0061041

Scenic Quality Rating Unit:     Elephant Hill

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) | |
|---|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | | |
| **a. Landform** | | | 2 | Low but noticeable hill complex | **A – 19 or more** | |
| **b. Vegetation** | | 3 | | Pinyon/juniper | X | **B – 12 – 18** |
| **c. Water** | | | 0 | None seen | **C – 11 or less** | |
| **d. Color** | | | 2 | Mostly Yuma Green | | |
| **e. Adjacent Scenery** | 4 | | | Spectacular | | |
| **f. Scarcity** | | | 1 | Common landform and vegetation | | |
| **g. Cultural Modification** | | | 0 | None of any consequence | | |
| **TOTALS** | 4 | 3 | 5 | 12 | | |

**Comments:**

A prominent hill/low mountain complex with mixed oak/juniper vegetation; devoid of visible human impact. A very subordinate landscape relative to surroundings.



SQRU Locator



 IOP Location

BLM_0061042

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:   Uncompahgre                                          Date:   June 2009

Scenic Quality Rating Unit:   14 – McDonald Mesa

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Mountain slopes; long, gently sloping ridge, rolling; overlapping pyramids; eroded ridges | Heavy landscape cover (pinyon/juniper, oak) at higher elevations, some irregular openings; patchy, spotty, scattered, dispersed at lower elevations | Power lines, roads |
| **Line** | Horizontal landscape with diagonal, irregular lines | Indistinct; some diagonal, overall horizontal distribution; vegetation accentuates drainages (diagonal and horizontal) | Sinuous roads, vertical power lines |
| **Color** | Buff to gray, brown, beige | Juniper and Yuma Green, gray-green (Covert Green to Shadow Gray) | Brown and assorted light colors |
| **Texture** | Smooth to medium to coarse | Smooth to medium | Smooth |

**3. Narrative**

Lower portion of a major feature landscape. Bounded by Forest Service land to the east and southeast, irrigated Paonia Valley to the west and northwest, and Grand View Mesa to the southwest. A dramatic part of the Paonia viewshed.

BLM_0061043

Scenic Quality Rating Unit:     McDonald Mesa

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2 | Few interesting landscape features/ some ruggedness | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Pinyon/juiner, oak; sparse low vegetation | X   **B – 12 – 18** |
| **c. Water** | | | 0 | None visible | **C – 11 or less** |
| **d. Color** | | | 2.5 | Greens, grays, subtle fall color | |
| **e. Adjacent Scenery** | 4 | | | Notable adjacent scenery | |
| **f. Scarcity** | | | 1 | Fairly common | |
| **g. Cultural Modification** | | | 0 | Neutral | |
| **TOTALS** | 4 | 3 | 5.5 | 12.5 | |

**Comments:**
Provides nice foreground for bold adjacent scenery, which dramatically changes how the landscape is perceived.



SQRU Locator



• IOP Location

BLM_0061044

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:   Uncompahgre                                         Date:   June 2009

Scenic Quality Rating Unit:   15 – Upper Gunnison River

**1. Evaluators:**   Gary Long, Julie McGrew, Lindsey Utter

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Steep, rugged canyon walls; flat river bottom; rounded | Linear agricultural plantings, sinuous riparian area, dispersed native vegetation on steep slopes | Geometric agricultural facilities |
| **Line** | Sinuous valley, horizontal banding, vertical rock faces | Bold edge to irrigated fields; serpentine edge of riparian vegetation; diagonal line of vegetation following drainages | Geometric |
| **Color** | Reds, tans, purples, gray (badlands colors); white, orange/yellows | Dark green, light green, grays, brown | White, reds, browns, grays |
| **Texture** | Smooth valley floors, coarse walls | Smooth to medium | Smooth sides, coarse in landscape |

**3. Narrative**
Part of the Dominguez-Escalante NCA; does not include Dominguez Canyon. Gunnison River Valley as it goes north out of Delta edged by Dominguez Canyon Wilderness Area to the west.

BLM_0061045

Scenic Quality Rating Unit:     Upper Gunnison River

| 4. SCORE (Circle Appropriate Level) | | | | | |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | 4 | | | Dramatic valley | |
| b. Vegetation | | 3.5 | | Orchards and vineyards add to diversity | |
| c. Water | 4 | | | River very noticeable | |
| d. Color | 4 | | | Valley walls have a variety of colors: reds, tans, yellows; contrast nicely with green vegetation | |
| e. Adjacent Scenery | | | 1 | Wilderness area frames west edge intermittently | |
| f. Scarcity | | | 2 | Others like it are not as large | |
| g. Cultural Modification | | | 1 | Irrigated landscape adds nice color variety | |
| TOTALS | 12 | 3.5 | 4 | 19.5 | |

**SCENIC QUALITY CLASSIFICATION** (check one)

X   **A – 19 or more**

    **B – 12 – 18**

    **C – 11 or less**

**Comments:**
The river combined with canyon walls creates a very scenic valley.



SQRU Locator



 IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061046

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                        Date:     June 2009

Scenic Quality Rating Unit:     16 – Alkali

**1. Evaluators:**     Gary Long, Kate Schwarzler, Lindsey Utter

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Broad, gently sloping plain with low mesas that have exposed, eroded faces | Low, continuous grass/shrub cover; even; juniper in some drainages; rounded, patchy | Power lines, lattice towers, poles, roads |
| **Line** | Horizontal with diagonal lines on exposed mesa faces | Low, horizontal | Vertical |
| **Color** | Gray, beige to tan/yellow, black rock (scattered) | Gray to Covert Green, some Yuma Geen (juniper) | Silver/gray, brown poles |
| **Texture** | Smooth with some medium textured surfaces | Smooth except for juniper, which is medium to coarse | Smooth |

**3. Narrative**
The unit is edged by the rising vegetated hillsides of the Grand Mesa to the North, Upper Gunnison River Valley and the community of Delta to the south, and the Adobe Badlands to the east. The west side of the unit is defined by the Field Office boundary.

BLM_0061047

Scenic Quality Rating Unit:      Alkali

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2 | Few interesting features | **A – 19 or more** |
| **b. Vegetation** | | | 2 | Very minimal visual variety | **B – 12 – 18** |
| **c. Water** | | | 0 | No water | X    **C – 11 or less** |
| **d. Color** | | | 2 | Some variety | |
| **e. Adjacent Scenery** | | 3 | | Grand Mesa | |
| **f. Scarcity** | | | 1 | Common landscape in western Colorado | |
| **g. Cultural Modification** | | | -0.5 | Power lines, communications site | |
| **TOTALS** | | 3 | 6.5 | 9.5 | |

**Comments:**
An open, panoramic landscape with some interesting erosional features.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061048