Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                      Date:     June 2009

Scenic Quality Rating Unit:     17 – Adobe Badlands Wilderness Study Area

**1. Evaluators:**     Gary Long, Kate Schwarzler, Lindsey Utter

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Mesas, pyramid-shaped hills, low ridges, flats | Sparse, low, scattered, irregular juniper at higher elevations near national forest | n/a |
| **Line** | Horizontal, diagonal lines | Indistinct | n/a |
| **Color** | Gray, yellow | Gray, Covert Green, juniper | n/a |
| **Texture** | Medium, some coarse; smooth surfaces, stippled with volcanic rock | Smooth to coarse | n/a |

**3. Narrative**
A nondescript landscape with eroded faces. Mostly muted tones (color); very interesting erosional features. The rating unit boundary follows the WSA boundary.

BLM_0061049

Scenic Quality Rating Unit:     Adobe Badlands WSA

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | | 2 | Some interesting features | A – 19 or more |
| b. Vegetation | | | 1 | Low, sparse, very minimal juniper | B – 12 – 18 |
| c. Water | | | 0 | None present | X    C – 11 or less |
| d. Color | | | 2 | Mostly muted tones | |
| e. Adjacent Scenery | | | 1 | Grand Mesa | |
| f. Scarcity | | | 1 | Fairly common landscape | |
| g. Cultural Modification | | | 0 | No human influence | |
| TOTALS | | | 7 | | |

**Comments:**
A natural landscape, part of a mostly panoramic landscape; open, horizontal for the most part with some interesting eroded landform features.



SQRU Locator



● IOP Locations

*BLM Uncompahgre Field Office ● Visual Resource Inventory*

BLM_0061050

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:    Uncompahgre                                    Date:    June 2009

Scenic Quality Rating Unit:    18 – Escalante Canyon – Bennett's Basin

**1. Evaluators:**    Julie McGrew, Lindsey Utter

| | 2. LANDSCAPE CHARACTER (Features) | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat with sharp slopes; steep valley | Dense pinyon/juniper with sage meadow; uniform | n/a |
| **Line** | Horizontal rock banding, horizontal plateau | Indisctinct | Horizontal and vertical fences |
| **Color** | Reds, oranges, desert varnish, tans | Greens, grays | Grays, browns |
| **Texture** | Smooth | Smooth to medium | Smooth |

**3. Narrative**
Mesa top, bounded by wilderness area and national forest, and is part of the Dominguez-Escalante NCA.
Delineated as a unit because of distinctive visual characteristics relative to the adjacent unit.

BLM_0061051

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                      Date:     June 2009

Scenic Quality Rating Unit:     18 – Escalante Canyon – Bennett's Basin

**1. Evaluators:**   Julie McGrew, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat with sharp slopes; steep valley | Dense pinyon/juniper with sage meadow; uniform | n/a |
| **Line** | Horizontal rock banding, horizontal plateau | Indistinct | Horizontal and vertical fences |



SQRU Locator



• IOP Locations

BLM_0061052

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                    Date:     June 2009

Scenic Quality Rating Unit:     19 – Escalante Canyon

**1. Evaluators:**     Julie McGrew, Lindsey Utter

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Bold/prominent canyon walls; steep and deep canyon; long, sinuous canyon | Asymmetrical native vegetation, defined agricultural fields | Geometrical agricultural structures, BLM kiosks, day-use facilities |
| **Line** | Continuous horizontal banding on rock formation along canyon walls; vertical desert varnish and fracture lines along bands | Horizontal along rock band edges, diagonal following drainages; simple, bold field edges | Horizontal, vertical, angular |
| **Color** | Red, salmon, gray, desert varnish, tan, beige | Greens, grays, sage green, browns | Red, brown, yellow, black |
| **Texture** | Coarse, rough | Dense pinyon/juniper stands higher in the canyon, transition to a more sparse distribution; ordered agricultural fields | Coarse with smooth surfaces |

**3. Narrative**
Enclosed landscape bounded by the canyon walls. Dramatic canyon with steep walls. Colorful rock formations, pinyon/junipers, sage, and other shrubs with irrigated fields on private lands.

BLM_0061053

Scenic Quality Rating Unit:       Escalante Canyon

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | 4 | | | Steep canyon, cliffs | A – 19 or more |
| b. Vegetation | | 3.5 | | Native and agricultural | X    B – 12 – 18 |
| c. Water | 4 | | | Flowing, visible | C – 11 or less |
| d. Color | 4 | | | Rock and vegetation provide bold contrast | |
| e. Adjacent Scenery | | | 0 | Enclosed landscape | |
| f. Scarcity | | | 2 | Others in region | |
| g. Cultural Modification | | | 0 | Agriculture does not add or detract | |
| TOTALS | 12 | 3.5 | 2 | 17.5 | |

**Comments:**
Valleys very pronounced, with bold red rock banding and creek below.



SQRU Locator



● IOP Locations

BLM_0061054

Form 8400-1
(September 1985)
Format Modified 2008)

### UNITED STATES
### DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                    Date:   July 2009

Scenic Quality Rating Unit:   20 – Monitor Mesa Complex

**1. Evaluators:**   Julie McGrew, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat mesa top incised by deep, rugged canyons | Clumps of sage and grass understory interrupted by rock banding; rounded juniper in sparse to slightly more dense stands; canyon bottoms have sinuous riparian vegetation form | n/a |
| **Line** | Horizontal, steep, diagonal, vertical rock faces | Simple; sinuous riparian edge, indistinct | n/a |
| **Color** | Reds, browns, tans, grays | Dark green, Covert Green, grays, golds | n/a |
| **Texture** | Smooth tops, rough canyons | Medium, patchy, scattered | n/a |

**3. Narrative**
Rugged canyons incise the mesa top. Bounded by Forest Service lands to the south and west and Escalante Canyon to the north with drier, more barren rolling hills to the east.

BLM_0061055

Scenic Quality Rating Unit:     Monitor Mesa Complex

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | 4 | | | Numerous highly eroded canyons | A – 19 or more |
| b. Vegetation | | | 2.5 | Sparse pinyon/juniper and grass, simple riparian vegetation | X     B – 12 – 18 |
| c. Water | | | 0.5 | Roubideau | C – 11 or less |
| d. Color | | 3 | | Subtle contrast between soil and land | |
| e. Adjacent Scenery | | | 2 | Grand Mesa, Gunnison Gorge National Conservation Area, faint San Juans | |
| f. Scarcity | | | 2 | Deep canyons are found in region | |
| g. Cultural Modification | | | 0 | n/a | |
| TOTALS | 4 | 3 | 7 | 14 | |

**Comments:**
Landform is the visually dominant characteristic. Cultural modifications are minimal. The density of dramatic canyons located in close proximity is unusual.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                                    Date:     July 2009

Scenic Quality Rating Unit:      21 – Cactus Park (Drylands)

**1. Evaluators:**    Julie McGrew, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rolling, rounded, flat | Low, continuous, with occasional interruptions by rocks and rock ledges | Geometric: lattice, power line, correctional facility, pipeline |
| **Line** | Some occasional horizontal rock banding; undulating; mostly horizontal | Indistinct, horizontal (same) | Geometric |
| **Color** | Muted reds, tans, browns, gray | Golden, dark green, tan, brown, bright green in spring | Grays, tans |
| **Texture** | Medium | Sparse, scattered, smooth | Medium |

**3. Narrative**
Defined by canyon complex to west and south, Gunnison to north, and Delta/Montrose valley to the east.
A strongly horizontal landscape.

BLM_0061057

Scenic Quality Rating Unit:     Cactus Park (Drylands)

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | | 1 | Rolling hills with gentle drainages | A – 19 or more |
| b. Vegetation | | | 1.5 | Minimal irrigated valley bottoms add contrast | B – 12 – 18 |
| c. Water | | | 0 | Not present | X    C – 11 or less |
| d. Color | | | 1.5 | Occasional bright vegetation in valley bottom | |
| e. Adjacent Scenery | | 3 | | Adjacent scenery creates setting | |
| f. Scarcity | | | 1 | Common | |
| g. Cultural Modification | | | -0.5 | Correctional facility, power lines, pipeline | |
| TOTALS | | 3 | 4.5 | 7.5 | |

**Comments:**
Adjacent scenery is the dominant visual element. Views of Grand Mesa, Delta Valley, Gunnison Gorge National Conservation Area, and tips of San Juans create backdrop. Unit itself lacks contrast and variety.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061058

Form 8400-1
(September 1985)
Format Modified 2008)

## UNITED STATES
## DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                                    Date:    July 2009

Scenic Quality Rating Unit:    22 – Greater Delta/Montrose Valley

**1. Evaluators:**    Julie McGrew, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat with minimal, gentle hills | Horizontal patchwork of fields, vertical shelter, and shade trees | Geometric |
| **Line** | Horizontal | Horizontal rows of agricultural and cultivated versus native; vertical individual trees | Geometric |
| **Color** | Browns, tans, grays | Greens, browns, grays, gold, seasonal change | Wide variety |
| **Texture** | Smooth | Smooth to medium | Medium to coarse |

**3. Narrative**
Unit encompasses the greater valley floor surrounding the communities of Delta and Montrose. East edge of unit is defined by the Gunnison Gorge National Conservation Area. Much of unit is developed for urban, industrial, and agricultural uses. A broad, vast-appearing landscape.

BLM_0061059

Scenic Quality Rating Unit:      Greater Delta/Montrose Valley

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 1 | Flat valley bottom | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Agriculture, domestic trees, few natives | X    **B – 12 – 18** |
| **c. Water** | | | 2 | Rivers are present | **C – 11 or less** |
| **d. Color** | | 3 | | Seasonal variation in vegetation | |
| **e. Adjacent Scenery** | | 3.5 | | Valley is edged by bold features | |
| **f. Scarcity** | | | 1 | Common | |
| **g. Cultural Modification** | | 0 | | Unit defined by modification, although modifications seem compatible with setting | |
| **TOTALS** | | 9.5 | 4 | 13.5 | |

**Comments:**
Without adjacent scenery the unit would be ordinary and would be rated lower.



SQRU Locator                      • IOP Locations

BLM_0061060

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                                    Date:   June 2009

Scenic Quality Rating Unit:   23 – Grand View Mesa

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Gently sloping to gently rolling; broadly sloping; some knobby, eroded landforms | Dotted, patchy, discontinuous, rounded, clumpy, low | Residential, agricultural; barns, roads, power lines, pastoral setting |
| **Line** | Horizontal landscape dissected by sinuous drainages | Horizontal; vertical trees | Geometric |
| **Color** | Tan/brown/gray soils and rock | Dark greens, beiges, yellows, grays, light brown | Generally light-colored |
| **Texture** | Smooth, knobby | Very smooth to coarse | Coarse with smooth surfaces |

**3. Narrative**
A pastoral setting with cultivated fields; introduced non-native vegetation. Rural residences dominate the landscape.

BLM_0061061

Scenic Quality Rating Unit:     Grand View Mesa

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | | 2 | Low, rolling hills | A – 19 or more |
| b. Vegetation | 4 | | | High variety | X   B – 12 – 18 |
| c. Water | | | 2 | North fork of the Gunnison River | C – 11 or less |
| d. Color | | 3 | | Seasonal variety | |
| e. Adjacent Scenery | 4 | | | Spectacular adjacent scenery | |
| f. Scarcity | | | 2 | Typical; area surrounded by mountains | |
| g. Cultural Modification | | | 1 | Agricultural valley adds visual variety | |
| TOTALS | 8 | 3 | 7 | 18 | |

**Comments:**
A scenic agricultural area surrounded by spectacular mountain landscapes. Vegetative diversity and adjacent scenery add to rating.



SQRU Locator



 IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:    Uncompahgre                                    Date:    June 2009

Scenic Quality Rating Unit:    24 – Smith Fork

**1. Evaluators:**    Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Narrow canyon; steep slopes; sinuous valley bottom; some bold rock outcrops | Clumpy, rounded; some regular pattern due to orchards | Houses, roads, barn, poles |
| **Line** | Diagonal, horizontal banding | Diagonal alignment with landforms; flat, level bottoms | Various |
| **Color** | Grays, brown and tan with salmon accents; reds, purple, green | Yuma Green juniper, bright green riparian/field, gray sage | Beige/white |
| **Texture** | Medium to coarse with smooth areas | Coarse on slopes, smooth on bottom; riparian coarse to smooth | Coarse with smooth surfaces |

**3. Narrative**
A fairly dramatic canyon with steep slopes, banded walls, and some rock outcrops; developed for hobby farms, rural residences, cultivated fields, and access roads.

BLM_0061063

Scenic Quality Rating Unit:     Smith Fork

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | 3 | | Steep canyon walls | **A – 19 or more** |
| **b. Vegetation** | | 3.5 | | Additional variety | X   **B – 12 – 18** |
| **c. Water** | | | 2 | Visible but not dominant | **C – 11 or less** |
| **d. Color** | | | 2.5 | Some color variety but not dominant | |
| **e. Adjacent Scenery** | | | 0 | None generally visible | |
| **f. Scarcity** | | 3 | | Distinctive canyon | |
| **g. Cultural Modification** | | | 0 | Neutral | |
| **TOTALS** | | 9.5 | 4.5 | 14 | |

**Comments:**
The deep canyon landform and irrigated valley bottom create a visually pleasing contrast.



SQRU Locator



• IOP Locations

BLM_0061064

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                                    Date:    June 2009

Scenic Quality Rating Unit:    25 – Fruitland Mesa

**1. Evaluators:**    Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
|---|---|---|---|
| **2. LANDSCAPE CHARACTER (Features)** | | | |
| **Form** | Rolling hills sloping to the north | Pinyon/juniper woodlands interspersed with clear, irrigated meadows; clumpy and flat/level | Rural buildings, roads, fences, power lines, rectangular |
| **Line** | Generally a horizontal landscape | Horizontal | Vertical/horizontal |
| **Color** | Light-brown soil | Yuma Green (juniper) and vibrant green to beige-colored meadows | Various: white, green, brown, beige |
| **Texture** | Smooth | Medium (pinyon/juniper) and smooth meadows | Coarse with smooth surfaces |

**3. Narrative**
A partially cleared pinyon/juniper woodland; rural farms, buildings, roads, etc. A pastoral setting.

BLM_0061065

Scenic Quality Rating Unit:     Fruitland Mesa

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | | 1 | Low, rolling hills | A – 19 or more |
| b. Vegetation | | 3 | | Some variety but only two types | B – 12 – 18 |
| c. Water | | | 0 | Not noticeable | X    C – 11 or less |
| d. Color | | | 2 | Some variety | |
| e. Adjacent Scenery | 4 | | | Spectacular adjacent scenery | |
| f. Scarcity | | | 1 | Not scarce | |
| g. Cultural Modification | | | 0 | | |
| TOTALS | 4 | 3 | 4 | 11 | |

**Comments:**
Common features; lacking notable features and characteristics.



SQRU Locator



• IOP Locations



BLM_0061066

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:   Uncompahgre                                    Date:   June 2009

Scenic Quality Rating Unit:   26 – Youngs Peak

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Low peak with long, trailing drainages | Pinyon/juniper woodland; rounded, clumpy | Power lines |
| **Line** | Horizontal overall with rounded forms overlapping | Indistinct | Vertical |
| **Color** | Gray, light brown | Yuma and Shale Green | Gray, silver |
| **Texture** | Medium | Medium | Medium |

**3. Narrative**
A low mountain with rounded forms, fairly rough terrain. Continuous pinyon/juniper vegetative cover.

BLM_0061067

Scenic Quality Rating Unit:     Youngs Peak

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
|  | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |  |
| **a. Landform** |  |  | 2 |  | **A – 19 or more** |
| **b. Vegetation** |  |  | 2 |  | **B – 12 – 18** |
| **c. Water** |  |  | 0 |  | X   **C – 11 or less** |
| **d. Color** |  |  | 2 |  |  |
| **e. Adjacent Scenery** | 4 |  |  |  |  |
| **f. Scarcity** |  |  | 2 |  |  |
| **g. Cultural Modification** |  |  | -1 |  |  |
| **TOTALS** | 4 |  | 7 | 11 |  |

**Comments:**
A typical pinyon/juniper woodland. Overall, the unit lacks notable visual features and variety.



SQRU Locator



• IOP Locations

BLM_0061068

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:    Uncompahgre                                    Date:    June 2009

Scenic Quality Rating Unit:    27 – Needle Rock

**1. Evaluators:**    Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Massive volcanic tower, vertical cliffs (outcrops) sitting on a pyramid-shaped base; bold landform | Rounded, clumpy, contiuous (except for tower) | Power lines, road, house; blocky, slender |
| **Line** | Vertical, steeply diagonal, lines at base | Irregular, indistinct | Geometric, vertical |
| **Color** | Grays, light browns, orange (rusty) | Shale and Yuma Green | Brown with silver (light-colored) roof |
| **Texture** | Coarse to medium (the base) | Medium to coarse | Smooth |

**3. Narrative**
A very prominent, narrow volcanic neck (tower) sitting on an elongated pyramid-shaped base. A feature landscape.

BLM_0061069

Scenic Quality Rating Unit:    Needle Rock

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
|  | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |  |
| **a. Landform** | 5 | | | Prominent spire | **A – 19 or more** |
| **b. Vegetation** | | | 2 | Minimal species variety | X    **B – 12 – 18** |
| **c. Water** | | | 0 | None present | **C – 11 or less** |
| **d. Color** | | 3 | | Some variety and intensity | |
| **e. Adjacent Scenery** | | | 2 | National forests, valleys | |
| **f. Scarcity** | 5 | | | Unusual visually and geologically | |
| **g. Cultural Modification** | | | 0 | None of note | |
| **TOTALS** | 10 | 3 | 4 | 17 | |

**Comments:**
Prominent spire; somewhat a "little brother" of Devil's Tower. A dominant visual presence that attracts attention; unusual in the region.



SQRU Locator

• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                    Date:   June 2009

Scenic Quality Rating Unit:   28 – Crawford Reservoir Valley

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Low, rolling hills; valleys, gentle slopes | Low, continuous; some patchy pinyon/juniper woodland | Roads, fences, buildings, power lines, corrals |
| **Line** | Horizontal with weakly rounded forms | Horizontal, undulating; some weak diagonals | Vertical, geometric |
| **Color** | Gray, beige, light brown | Vibrant green, gray-green, high degree of seasonal variation | Beige, silver, red, brown, not very dominant |
| **Texture** | Smooth | Smooth to medium | Coarse feature with smooth surfaces |

**3. Narrative**
Unit is picturesque valley, defined by rising foothills to the east and Fruitland Mesa to the west.

BLM_0061071

Scenic Quality Rating Unit:     Crawford Reservoir Valley

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 1 | Low valleys and low hills/reservoir | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Several types of vegetation | X    **B – 12 – 18** |
| **c. Water** | | 3 | | Overall rating Crawford Reservoir | **C – 11 or less** |
| **d. Color** | | 3 | | Some variety; "middle of the road" | |
| **e. Adjacent Scenery** | 4 | | | Adjacent scenery national forest | |
| **f. Scarcity** | | | 1 | Not unusual or uncommon | |
| **g. Cultural Modification** | | | 1 | | |
| **TOTALS** | 4 | 9 | 3 | 16 | |

**Comments:**
A lovely manicured valley with small farms, cultivated fields, surrounded by rugged landscapes.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                    Date:     June 2009

Scenic Quality Rating Unit:     29 – Castle Rock Foreground

**1. Evaluators:**     Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rugged foothills; ridges extending from national forest | Mostly pinyon/juniper woodland | Tanks, fences, roads |
| **Line** | Diagonals of hills | Irregular, some diagonals when vegetation patterns follow landforms | Few noted |
| **Color** | Light brown to beige and gray | Yuma Green, shale green, juniper green; autumn colors yellow/gold, red, orange | Few noted |
| **Texture** | Medium | Medium, smooth, coarse | Smooth |

**3. Narrative**
A foothill area for Gunnison National Forest; a pinyon/juniper woodland with some scrub oak and aspen. Landscape has fairly strong horizontal character with weak diagonal lines and fairly notable hills and ridges.

BLM_0061073

Scenic Quality Rating Unit:   Castle Rock Foreground

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | 3 | | Steep slopes, rugged topography | A – 19 or more |
| b. Vegetation | | 3 | | Some variety | X    B – 12 – 18 |
| c. Water | | | 0 | | C – 11 or less |
| d. Color | | 3 | | Seasonal variation | |
| e. Adjacent Scenery | 4 | | | Spectacular surroundings | |
| f. Scarcity | | | 2 | Not a very unusual landscape | |
| g. Cultural Modification | | | 0 | | |
| TOTALS | 4 | 9 | 2 | 15 | |

Comments:
Scenic backdrop for adjacent valleys. Adjacent scenery contributes to the scenic quality of the unit.





SQRU Locator

• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                    Date:   July 2009

Scenic Quality Rating Unit:   30 – Dry Creek Basin

**1. Evaluators:**   Julie McGrew, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rolling, rounded, continuous slope to the east; wide | Continuous; diversity of rounded forms and sizes | Geometric: power lines, pipelines, houses |
| **Line** | Horizontal, gradual diagonal drainages; regular pattern of drainages running east to west | Indistinct | Geometric |
| **Color** | Brown, gray, tans | Greens (light and dark), grays, browns, seasonal diversity | Browns, gray |
| **Texture** | Smooth to medium | Medium | Coarse |

**3. Narrative**
Vegetation becomes more dense heading west and with the gain in elevation; more scrub oak and serviceberry. Conifers become more prominent in the upper drainages. Two major drainages contained within this unit: Dry Creek and Spring Creek. A mostly panoramic landscape.

BLM_0061075

Scenic Quality Rating Unit:     Dry Creek Basin

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2.5 | Dry Creek adds interest | **A – 19 or more** |
| **b. Vegetation** | | 3.5 | | Conifers, mountain scrub community, sage, juniper | X   **B – 12 – 18** |
| **c. Water** | | | 0 | None noted | **C – 11 or less** |
| **d. Color** | | 3 | | Seasonal variation; vegetation is dominant color/contrast | |
| **e. Adjacent Scenery** | | 3 | | San Juans, Grand Mesa views | |
| **f. Scarcity** | | | 1 | Common | |
| **g. Cultural Modification** | | | -0.5 | Pipelines, powerlines | |
| **TOTALS** | | 9.5 | 3 | 12.5 | |

**Comments:**
More vegetative diversity than mesas to the north.



SQRU Locator



● IOP Locations



BLM_0061076

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                        Date:   June 2009

Scenic Quality Rating Unit:   31 – Crystal Valley

**1. Evaluators:**   Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Broad valley with rolling hills, gentle slopes; major stream bisects valley | Patchy, discontinuous, irregular, clumpy complex; low, intermingled | Few houses, corrals, roads |
| **Line** | Horizontal landscape with gently rounded hills and weak diagonal lines | Irregular, organic horizontal alignment; vertical and diagonal breaks between species | Horizontal and vertical lines |
| **Color** | Grayish, light brown; very little visible due to heavy vegetative cover | Orange, vibrant green, Yuma Green, many shades of green and gray; aspen spectacular in fall | Brown, red, and white |
| **Texture** | Smooth | Very smooth to coarse; complex, intermingled | Smooth surfaces |

**3. Narrative**
An open, panoramic landscape dominated by diverse vegetation, surrounded by notable scenery.

BLM_0061077

Scenic Quality Rating Unit:       Crystal Valley

| 4. SCORE (Circle Appropriate Level) | | | | | |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2 | Pleasant landform features | |
| **b. Vegetation** | 5 | | | Very diverse | |
| **c. Water** | | | 1 | Not readily noticeable | |
| **d. Color** | 5 | | | Seasonal change | |
| **e. Adjacent Scenery** | | 3 | | National forests | |
| **f. Scarcity** | | 3 | | Natural landscape | |
| **g. Cultural Modification** | | | 0 | None of note | |
| **TOTALS** | 10 | 6 | 3 | 19 | |

**SCENIC QUALITY CLASSIFICATION**
(check one)

X    **A – 19 or more**

     **B – 12 – 18**

     **C – 11 or less**

**Comments:**
A notable landscape with highly diverse vegetation and spectacular adjacent scenery.



SQRU Locator



● IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061078

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                      Date:   July 2009

Scenic Quality Rating Unit:     32 – Uncompahgre Plateau

**1. Evaluators:**     Julie McGrew, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat, gently sloping to the northeast; a few scattered hills rising up | Continuous, dense understory of grass and low shrubs with pinyon/juniper stands, occasionally interrupted by vegetation removed for construction | Geometric: homes, power lines, agricultural structures, roads |
| **Line** | Horizontal | Horizontal, vertical pinyon/juniper, organic edge between flats and pinyon/juniper stands | Geometric |
| **Color** | Tans, browns, grays | Shadow Gray, Shale and Yuma Green, grays, dark green | Whites, grays, browns |
| **Texture** | Smooth | Smooth to medium | Scattered |

**3. Narrative**
National forest, the higher Spruce Mountain area, and the Montrose Valley delineate the lower Uncompahgre Plateau unit. Surface area is equally divided between public lands and private property. A mostly horizontal landscape with panoramic views. Mountain landscapes seen at a distance.

BLM_0061079

Scenic Quality Rating Unit:       Uncompahgre Plateau

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | | 1 | High, flat plateau top | A – 19 or more |
| b. Vegetation | | 3 | | Sage flats, pinyon/junipers, agricultural lands | X   B – 12 – 18 |
| c. Water | | | 0 | Not present | C – 11 or less |
| d. Color | | | 2 | No noticeable variety | |
| e. Adjacent Scenery | | 3.5 | | San Juans, national forest | |
| f. Scarcity | | 3 | | Large-scale landform | |
| g. Cultural Modification | | | -0.5 | Home development is not always harmonious | |
| TOTALS | | 9.5 | 2.5 | 12 | |

**Comments:**
Adjacent scenery and large scale of the unit creates a moderately interesting landscape; private development interrupts viewsheds.



SQRU Locator



• IOP Locations

BLM_0061080

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:    Uncompahgre                                    Date:    July 2009

Scenic Quality Rating Unit:    33 – Southeast Montrose Hills

**1. Evaluators:**    Lindsey Utter, Julie McGrew

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rolling, smaller pyramidal forms; lumpy | Sparse, rounded, woody vegetation on hillsides; dense greasewood and sage on flats | Geometric, linear; power lines |
| **Line** | Horizontal, gradual diagonals | Weak, broken line between greasewood and drier hillsides | Geometric |
| **Color** | Beige, muted tones, tans, grays | Goldens, dark greens, grays, browns, Shadow Gray | Browns, grays |
| **Texture** | Medium | Smooth to medium | Medium in landscape |

**3. Narrative**
Unit encompasses drier, adobe-like hills to the southeast of Montrose. The irrigated valley floor to the west and the foothills to the east create the unit boundaries.

BLM_0061081

Scenic Quality Rating Unit:     Southeast Montrose Hills

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) | |
|---|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | | |
| **a. Landform** | | 3 | | Intersecting, erosional patterns, rolling hills | | **A – 19 or more** |
| **b. Vegetation** | | | 2 | Low shrubs and sparse, woody vegetation | | **B – 12 – 18** |
| **c. Water** | | | 0 | n/a | X | **C – 11 or less** |
| **d. Color** | | | 2 | Juniper and exposed earth contrast | | |
| **e. Adjacent Scenery** | | | 2 | Green of valley floor; Uncompahgre Plateau and Cimarron Ridge peaks | | |
| **f. Scarcity** | | | 1 | East side of valley and north of Delta | | |
| **g. Cultural Modification** | | | -0.5 | Power lines draw attention | | |
| **TOTALS** | | 3 | 6.5 | 9.5 | | |

**Comments:**
Landform is interesting but lack of vegetation and visual variety creates a lower overall rating for the unit. Landscape exhibits muted tones and subtle visual variety but lacks dominant features.



SQRU Locator



• IOP Locations

BLM_0061082

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                              Date:    July 2009

Scenic Quality Rating Unit:    34 – Waterdog Foothills

**1. Evaluators:**    Lindsey Utter, Julie McGrew

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Prominent, rolling hills and foothills rising from the valley bottom; horizontal form | Continuous, upright vegetation interrupted by low agricultural fields | Geometric; agricultural facilities, few homes |
| **Line** | Moderate diagonals of drainages; horizontal benches | Bold edge between fields and native vegetation | Geometric |
| **Color** | Faint reds, grays, tans, browns | Yuma and Shale Green, Shadow Gray, greens, grays, browns | Browns, whites, tans, grays |
| **Texture** | Medium | Smooth to medium | Rough in landscape |

**3. Narrative**
The unit is the foothills between Gunnison Gorge National Conservation Area, Black Canyon of the Gunnison National Park, and the northwest side of Cimarron Ridge. A mostly panoramic landscape.

BLM_0061083

Scenic Quality Rating Unit:     Waterdog Foothills

| 4. SCORE (Circle Appropriate Level) | | | | | |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | | 2.5 | Large feature, rolling, gentle forms | |
| b. Vegetation | | 3 | | Agricultural fields mixed with juniper/sage woods | |
| c. Water | | | 0 | None noted | |
| d. Color | | 3 | | Some contrast and diversity | |
| e. Adjacent Scenery | | 3 | | Some influence from from Uncompahgre Plateau and Cimarron Ridge | |
| f. Scarcity | | | 1 | Similar to other areas in region | |
| g. Cultural Modification | | | 0 | Agricultural, power lines; do not detract | |
| TOTALS | | 9 | 3.5 | 12.5 | |

SCENIC QUALITY CLASSIFICATION (check one)

A – 19 or more

X    B – 12 – 18

C – 11 or less

**Comments:**
A drier area compared to Cimarron Ridge Foothills, more juniper and agricultural fields intermingled in unit.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                                              Date:    June 2009

Scenic Quality Rating Unit:    35 – Cimarron Valley

**1. Evaluators:**    Julie McGrew, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rolling to steep foothills that rise to the Cimarron Ridge as the high point; and Cimarron River as the base | Patchy stands of scrub oak with low shrub/grass understory | Geometric: campgrounds, cabins, fences |
| **Line** | Prominent diagonals, some horizontal | Organic edge between shrub/grass meadows and upright vegetation | Geometric |
| **Color** | Exposed gray rock, tans, beiges | Greens, gray, Yuma and Shale Green, seasonal variation | Browns, harmonious |
| **Texture** | Medium to coarse | Smooth to medium | Medium |

**3. Narrative**
Defined by the Cimarron River to the east, Cimarron Ridge to the west, and Black Canyon of the Gunnison National Park to the North.

BLM_0061085

Scenic Quality Rating Unit:     Cimarron Valley

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | 3.5 | | Steep foothills from the river valley to the ridge | X   A – 19 or more |
| b. Vegetation | 4 | | | Scrub oak, sage flats, conifers; visual variety | B – 12 – 18 |
| c. Water | | 3 | | Ponds, river, irrigation ditch | C – 11 or less |
| d. Color | 4 | | | Seasonal variation; rock outcrops, water | |
| e. Adjacent Scenery | 5 | | | Cimarron Ridge, Uncompahgre wilderness | |
| f. Scarcity | | 3 | | Wide valley with river in bottom, without a highway running next to it | |
| g. Cultural Modification | | | 0 | No influence | |
| TOTALS | 13 | 9.5 | 22.5 | | |

**Comments:**
A mountain valley/foothills area that appeared more intact than some of the other mountains/valleys in the Field Office. Adjacent scenery (Cimarron Ridge and wilderness areas) are major influences in creating the setting of this unit. A great deal of visual variety and interest is represented, and is consistently spread across the seven landscape characteristics.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061086

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                           Date:     July 2009

Scenic Quality Rating Unit:     36 – Spruce Mountain

**1. Evaluators:**     Julie McGrew, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rolling hills; open, wide; gentle slopes | Taller, dense stands of deciduous, conifer trees | Hobby ranches, power lines, fences; geometric |
| **Line** | Horizontal; some diagonal slopes | Line between meadow and deciduous/conifer stands; vertical, deciduous trunks | Geometric |
| **Color** | Brown, grays, tan | Sage green, dark green, white bark, seasonal variation | Browns, red |
| **Texture** | Smooth | Smooth to medium | Medium |

**3. Narrative**
Rolling, open meadows surrounded by aspen and scrub (mountain shrub community). A lot of private land and hobby ranches.

BLM_0061087

Scenic Quality Rating Unit:       Spruce Mountain

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
|  | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |  |
| **a. Landform** |  |  | 2 | Rolling hills, mesa top | X   **A – 19 or more** |
| **b. Vegetation** | 4 |  |  | Meadows, aspen, conifers, scrub oak, pleasing patterns |  |
| **c. Water** |  |  | 2 | Ponds, small streams | **B – 12 – 18** |
| **d. Color** |  | 3.5 |  | Vegetation is the main source of color |  |
| **e. Adjacent Scenery** | 5 |  |  | San Juans are dominant | **C – 11 or less** |
| **f. Scarcity** |  | 3 |  | Distinct but similar to others in the region |  |
| **g. Cultural Modification** |  | 0 |  | Modifications are harmonious |  |
| **TOTALS** | 9 | 6.5 | 4 | 19.5 |  |

**Comments:**
All characteristics work together to create a beautiful setting. San Juan views and vegetative diversity are key components.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061088

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:    Uncompahgre                                    Date:    July 2009

Scenic Quality Rating Unit:    37 – Ridgway Reservoir

**1. Evaluators:**    Julie McGrew, Lindsey Utter

| | 2. LANDSCAPE CHARACTER (Features) | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rolling to rugged hillsides and canyons, leading down to flat reservoir | Rounded, clumpy juniper stands; sparse, low vegetation | Geometric State Park facilities, trail, roads |
| **Line** | Steep, diagonal, horizontal hilltops, horizontal lake | Horizontal line where water meets edge, and from trail horizontal due to landform | Geometric |
| **Color** | Tans, browns, grays, blue water | Dark green, grays, gold, browns, sages | Harmonious browns |
| **Texture** | Smooth to coarse | Smooth to medium; dotted juniper | Medium |

**3. Narrative**
Ridgway State Park and Reservoir are located on leased BLM land. The unit is defined by the Uncompahgre Plateau to the west, and Pleasant Valley and foothills to the east.

BLM_0061089

Scenic Quality Rating Unit:      Ridgway Reservoir

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | 3 | | Reservoir canyon is prominent | X    A – 19 or more |
| b. Vegetation | | | 2.5 | Mainly pinyon/juniper; minimal understory | B – 12 – 18 |
| c. Water | | 4 | | Dominant, though not visible on top of unit | C – 11 or less |
| d. Color | | 3.5 | | Rock, vegetation, and water contrast | |
| e. Adjacent Scenery | | 3 | | San Juans | |
| f. Scarcity | | 3 | | Larger bodies of water are more rare | |
| g. Cultural Modification | | | 0 | Harmonious | |
| TOTALS | | 16.5 | 2.5 | 19 | |

**Comments:**
Presence of water elevates unit and makes the area distinct. Adjacent scenery provides a nice setting. Scale and presence of water also creates a strong contrast in color.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                                          Date:    July 2009

Scenic Quality Rating Unit:    38 – Cimarron Ridge Foothills

**1. Evaluators:**    Julie McGrew, Lindsey Utter

| | 2. LANDSCAPE CHARACTER (Features) | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rising, moderate rolling hills with gradual drainages | Dense, continuous, upright forms | Narrow, linear: power lines, roads |
| **Line** | Horizontal, gradual diagonal drainages and slopes | Indistinct | Horizontal, vertical |
| **Color** | Tans, beige, gray | Yuma Green, Shadow Gray, dark green, sage greens | Brown, gray |
| **Texture** | Medium | Medium, dense | Smooth |

**3. Narrative**
The unit is delineated by the Pleasant Valley, National Forest (Cimarron Ridge), and the southeast Montrose hills. Change in vegetation and topography sets the unit apart.

BLM_0061091

Scenic Quality Rating Unit:    Cimarron Ridge Foothills

| 4. SCORE (Circle Appropriate Level) | | | | |
|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |
| **a. Landform** | | | 2 | Larger, rolling foothills |
| **b. Vegetation** | 4 | | | Aspen, scrub oak, conifers, riparian |
| **c. Water** | | 3 | | Mountain streams |
| **d. Color** | | 3 | | Vegetation, rock, seasonal variety |
| **e. Adjacent Scenery** | 4 | | | Cimarron Ridge, views of San Juans |
| **f. Scarcity** | | | 2 | Common, views are noteworthy |
| **g. Cultural Modification** | | 0 | | None of note |
| **TOTALS** | 8 | 6 | 4 | 18 |

**SCENIC QUALITY CLASSIFICATION (check one)**

A – 19 or more

X    B – 12 – 18

C – 11 or less

**Comments:**
Diverse vegetation and bold adjacent scenery provide a beautiful setting. Viewshed foreground for unique Cimarron Ridge.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:    Uncompahgre                                    Date:    July 2009

Scenic Quality Rating Unit:    39 – Pleasant Valley

**1. Evaluators:**    Julie McGrew, Lindsey Utter

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flatter, slightly rolling valley bottom; a few isolated, prominent rolling hills | Low, continuous agricultural fields; occasional rounded, upright vegetation | Geometric |
| **Line** | Gentle, undulating | Horizontal, defined edge of fields; vertical trees | Geometric |
| **Color** | Browns and grays | Light green, sage green, gold, grays, browns | Wide variety of harmonious colors |
| **Texture** | Smooth | Smooth | Smooth sides, medium in landscape |

**3. Narrative**
Bound by the Mount Sneffels Foothills to the south, Hill Mesa/Dallas to the north, and Baldy Peak to the east. An overall flat to gently rounding valley surrounded by rounding to steep vertical relief.

BLM_0061093

Scenic Quality Rating Unit:     Pleasant Valley

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | | 1.5 | Flat valley bottom with a few prominent hills | A – 19 or more |
| b. Vegetation | | 3 | | Agricultural fields, riparian and native, shelter/shade trees | X    B – 12 – 18 |
| c. Water | | | 1 | Few rivers and ponds | C – 11 or less |
| d. Color | | 3 | | Fields, ponds, riparian, native vegetation create pleasing contrast | |
| e. Adjacent Scenery | 5 | | | San Juans, Cimarron Ridge, Uncompahgre Plateau provide beautiful backdrop | |
| f. Scarcity | | | 2 | Common, although adjacent scenery creates a unique setting | |
| g. Cultural Modification | | | 0 | Harmonious development | |
| TOTALS | 5 | 6 | 4.5 | 15.5 | |

**Comments:**
Agriculturally developed valley, with a pleasing setting created by the San Juans and Cimarron Ridge.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061094

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:  Uncompahgre                          Date:   July 2009

Scenic Quality Rating Unit:   40 – Uncompahgre Canyon

**1. Evaluators:**   Julie McGrew, Lindsey Utter

| **2. LANDSCAPE CHARACTER (Features)** | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Narrow, steep canyon with vertical, terracing rock faces; flat floodplain | Continuous, interrupted by rock banding; low, dense understory with dense stands of conifer and aspen | Geometric: homes |
| **Line** | Horizontal banding, vertical faces, steep diagonals | Irregular, horizontal line created by interrupting rock ledges | Geometric |
| **Color** | Red, gray, dark browns | Dark green, white trunks, seasonal variation, dark browns and greens | Browns, greens |
| **Texture** | Rough | Medium to rough | Fit within landscape texture and character |

**3. Narrative**
Boundary defined by steep canyon walls, Forest Service lands, and wider Pleasant Valley.

BLM_0061095

Scenic Quality Rating Unit:     Uncompahgre Canyon

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | 4 | | | Very steep canyon | X   A – 19 or more |
| b. Vegetation | | 3 | | Aspen, conifer, mountain shrub | B – 12 – 18 |
| c. Water | | 3 | | Uncompahgre River flows through bottom | C – 11 or less |
| d. Color | 4 | | | Bold red cliffs set off by vegetation | |
| e. Adjacent Scenery | | | 2 | San Juans | |
| f. Scarcity | | 3 | | Steep, deep, reds, heavy vegetation | |
| g. Cultural Modification | | | 0 | Construction is mostly harmonious | |
| TOTALS | 8 | 9 | 2 | 19 | |

**Comments:**
River flows through dramatic canyon with bold red-rock banding, dense vegetation, harmonious modifications, and striking adjacent peaks.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

## UNITED STATES
## DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                                    Date:    July 2009

Scenic Quality Rating Unit:    41 – Mount Sneffels Foothills

**1. Evaluators:**    Lindsey Utter, Julie McGrew

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Gradually rolling to steeper foothills; deep canyon | Low meadows interrupting tall, upright vegetation | Agricultural structures, fences, roads, houses, yurts; geometric |
| **Line** | Undulating, steep diagonals | Curvilinear edge between meadows and stands | Geometric |
| **Color** | Grays, red, brown | Dark green, light green, sage green, white, gray, brown | Browns, reds, whites, greens |
| **Texture** | Medium to rough | Smooth to medium | Medium |

**3. Narrative**
Bound on the north by Leopard Creek Canyon rim and Ridgway Valley, and to the south by the Field Office boundary. Predominantly private lands with the San Juans as the backdrop to the south.

BLM_0061097

Scenic Quality Rating Unit:     Mount Sneffels Foothills

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | 3 | | Canyon to rolling hills | **A – 19 or more** |
| **b. Vegetation** | 4 | | | Aspens, ponderosa, mountain shrub, oaks, wetlands, meadows, sage | X    **B – 12 – 18** |
| **c. Water** | | | 0.5 | Ponds, small streams | **C – 11 or less** |
| **d. Color** | | 3.5 | | Diverse vegetation with strong seasonal variation | |
| **e. Adjacent Scenery** | 5 | | | San Juans immediately rising | |
| **f. Scarcity** | | | 2 | Rolling hills and meadows are common | |
| **g. Cultural Modification** | | | 0 | Do not detract from setting | |
| **TOTALS** | 9 | 6.5 | 2.5 | 18 | |

**Comments:**
Very diverse vegetation and landform, set off by amazing adjacent scenery.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:    Uncompahgre                                    Date:    June 2009

Scenic Quality Rating Unit:    42 – Upper San Miguel River

**1. Evaluators:**    Gary Long, Julie McGrew, Lindsey Utter

| **2. LANDSCAPE CHARACTER (Features)** | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Steep canyon walls with rugged outcrops; complex | Dense, continuous, conical/rounded, diverse, lush | Geometric |
| **Line** | Vertical, horizontal banding; diagonal drainages | Sinuous riparian in bottom, otherwise indistinct | Geometric |
| **Color** | Deep red, brown and gray down below | All values of greens, browns; nice fall colors | Brown, white, yellow, blue, green |
| **Texture** | Coarse | Smooth to coarse | Coarse |

**3. Narrative**
Upper San Miguel River extends from the national forest boundary, Mailbox Park, and private lands to the north and from the national forest boundary, Field Office boundary, and private lands to the south. This section of the Gunnison River and its tributaries encompasses the river and its canyon walls to the rim of Beaver Canyon, Saltado Creek, Specie Creek, Fall Creek, Big Bear Creek, and Muddy Creek.

BLM_0061099

Scenic Quality Rating Unit:     Upper San Miguel River

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | 4 | | | Rugged, steep rock outcrops | X   A – 19 or more |
| b. Vegetation | 4 | | | Diverse/dense, lush | B – 12 – 18 |
| c. Water | 4.5 | | | Dominates; white, cascading | C – 11 or less |
| d. Color | 5 | | | Diversity and contrast in soil and vegetation | |
| e. Adjacent Scenery | | | 0 | No influence, enclosed landscape | |
| f. Scarcity | | 3.5 | | Distinctive | |
| g. Cultural Modification | | | -0.5 | Construction yards (localized) | |
| TOTALS | 17.5 | 3.5 | -0.5 | 20.5 | |

**Comments:**
The San Miguel River is a dominant element with the colorful, rugged landform and diverse vegetation contributing strongly to the unit's overall scenic quality.



SQRU Locator

• IOP Locations

BLM_0061100

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:     Uncompahgre                                        Date:     June 2009

Scenic Quality Rating Unit:     43 – Beaver Mesa Complex

**1. Evaluators:**     Gary Long, Julie McGrew, Lindsey Utter

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Gently rolling mesas incised by canyons/creeks flowing into the San Miguel River | Patchwork of open meadows, interspersed with aspens; scrub oak community | Geometric |
| **Line** | Horizontal, undulating | Horizontal line created by meadow/aspen forest edge; vertical element created by aspen | Geometric |
| **Color** | Beiges, grays | Values of greens, white (aspen trunks) | Browns |
| **Texture** | Smooth to medium | Medium | Coarse |

**3. Narrative**
Gently rolling mesas incised by Beaver Canyon, Specie Creek, and Big Bear Creek. Adjacent scenery is striking with all the mountains surrounding the unit.

BLM_0061101

Scenic Quality Rating Unit:     Beaver Mesa Complex

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2 | Rolling hills | **A – 19 or more** |
| **b. Vegetation** | 4 | | | Aspen, scrub oak; open, rolling meadows | X   **B – 12 – 18** |
| **c. Water** | | | 1 | Small creeks but not a dominant element | **C – 11 or less** |
| **d. Color** | 4 | | | Seasonal variation; vibrant, dominant | |
| **e. Adjacent Scenery** | 4 | | | Mountain ranges add value | |
| **f. Scarcity** | | 3 | | Distinctive but similar to others in the region | |
| **g. Cultural Modification** | | | 0 | Presence of development | |
| **TOTALS** | 12 | 3 | 3 | 18 | |

**Comments:**
Outstanding adjacent scenery, seasonal color variation in vegetation and diversity in vegetation.



SQRU Locator

● IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office: Uncompahgre                                    Date: June 2009

Scenic Quality Rating Unit: 44 – Oak Hill

**1. Evaluators:** Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Low, rolling, gentle with prominent hills rising up and flat, open fields | Pinyon/juniper, ponderosa; mosaic, patchy, clumpy, mottled | Geometric |
| **Line** | Horizontal landscape | Horizontally distributed with vertical element of conifers | Geometric |
| **Color** | Light brown to beige, grays | Different values of greens; good fall colors | Browns, earth tones |
| **Texture** | Smooth to medium (Baldys) | Smooth to coarse | Coarse |

**3. Narrative**
Area with high-end homes, fencing, and a 40-acre subdivision. Segregated by a drainage on the east, national forest on the west, and the Norwood Valley to the north. A mostly panoramic, scenic landscape.

BLM_0061103

Scenic Quality Rating Unit:     Oak Hill

| 4. SCORE (Circle Appropriate Level) | | | | |
|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |
| **a. Landform** | | | 2 | Rolling foothills |
| **b. Vegetation** | 4 | | | Very diverse plant material |
| **c. Water** | | | 1 | Reservoirs |
| **d. Color** | 4 | | | Vegetation holds many shades of green; fall color |
| **e. Adjacent Scenery** | 4 | | | Cone mountain is very visible |
| **f. Scarcity** | | 3 | | Other areas like it, but beautiful |
| **g. Cultural Modification** | | | 0 | Neither adds or detracts |
| **TOTALS** | 12 | 3 | 3 | 18 |

**SCENIC QUALITY CLASSIFICATION**
(check one)

    **A – 19 or more**

X    **B – 12 – 18**

    **C – 11 or less**

**Comments:**
A beautiful setting with Cone Mountain as an amazing backdrop. The reservoirs, Baldys, and vegetation also add visual interest and variety to this unit. Only one reservoir is visible from the highway and is a small part of the whole visual experience.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061104

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                                    Date:    June 2009

Scenic Quality Rating Unit:    45 – Hamilton Creek

**1. Evaluators:**    Gary Long, Lindsey Utter, Julie McGrew, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Sloping hillside to the north and west; flat to rolling | Burnt vertical trunks, low shrub/ grass understory | Geometric |
| **Line** | Undulating diagonals; mostly horizontal | Vertical, undulating edge between scrub oak and sage | Geometric |
| **Color** | Browns, tans, reds | Black, green, gray, brown | Light cream |
| **Texture** | Smooth to medium | Fine to medium | Smooth sides, rough in landscape |

**3. Narrative**
A large wildfire in 2002 left black skeletons of trees, and bright-green and sage-green undergrowth now cover the hillsides. Ponderosas survived at higher elevations. Very diverse vegetation includes ponderosa, scrub oak, aspen, sage, and pinyon/juniper. An open, mostly panoramic landscape.

BLM_0061105

Scenic Quality Rating Unit:     Hamilton Creek

| 4. SCORE (Circle Appropriate Level) | | | | |
|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |
| **a. Landform** | | | 2 | Low, rolling; minimal rock |
| **b. Vegetation** | 4 | | | Wide variety |
| **c. Water** | | | 0 | Not noticeable |
| **d. Color** | | 3.5 | | Vegetation holds great color |
| **e. Adjacent Scenery** | | 3.5 | | Cone Mountain, La Sals |
| **f. Scarcity** | | | 2 | Beautiful, typical western Colorado |
| **g. Cultural Modification** | | | 0 | Cultural modifications fit in with landscape |
| **TOTALS** | 4 | 7 | 4 | 15 |

**SCENIC QUALITY CLASSIFICATION**
(check one)

**A – 19 or more**

X     **B – 12 – 18**

**C – 11 or less**

**Comments:**
Nice, rolling.



SQRU Locator



● IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061106

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office: Uncompahgre                                        Date: June 2009

Scenic Quality Rating Unit: 46 – Hamilton Mesa

**1. Evaluators:** Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat mesa top | Patchy scrub oak; flat, open sage parks; modeled form | Simple geometric |
| **Line** | Horizontal | Horizontal, organic edge between sage and scrub oak | Geometric |
| **Color** | Light brown, beige, buff | Juniper Green | Brown, gray |
| **Texture** | Smooth | Medium | Smooth sides |

**3. Narrative**
Mesa top which lacks distinctive topographic features. Due to limited access, the unit was rated by interviewing BLM staff and no photos were taken.

BLM_0061107

Scenic Quality Rating Unit:   Hamilton Mesa

| 4. SCORE (Circle Appropriate Level) | | | | | |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| **a. Landform** | | | 1 | Flat mesa top | |
| **b. Vegetation** | | 3 | | Oaks and sage | |
| **c. Water** | | | 0 | n/a | |
| **d. Color** | | | 2 | Soil subtle, vegetation understated | |
| **e. Adjacent Scenery** | 4 | | | Cone Mountain, San Juans, Dry Creek Basin | |
| **f. Scarcity** | | | 1 | Common in Colorado | |
| **g. Cultural Modification** | | | 0 | Does not detract | |
| **TOTALS** | 4 | 3 | 4 | 11 | |

**SCENIC QUALITY CLASSIFICATION**
(check one)

A – 19 or more

B – 12 – 18

X   C – 11 or less

**Comments:**
Flat landscape with amazing adjacent scenery.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061108

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                    Date:     June 2009

Scenic Quality Rating Unit:     47 – Naturita Canyon

**1. Evaluators:**     Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Deeper Canyon | Continuous, rounded, dense | Geometric |
| **Line** | Diagonal drainages, sinuous stream | Sinuous riparian vegetation | Geometric |
| **Color** | Muted browns, grays, tans | Bright greens, dark greens | White, brown |
| **Texture** | Coarse | Stippled canyon side, leading down to dense valley floor vegetation | Smooth to medium |

**3. Narrative**
Smaller, narrow, valley relative to others in region. Diverse vegetation with nice riparian bottom. SQRU boundaries defined by canyon rims; an enclosed landscape.

BLM_0061109

Scenic Quality Rating Unit:     Naturita Canyon

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | 3 | | Canyon | A – 19 or more |
| b. Vegetation | | 3 | | Pinyon/juniper, riparian, sage | X   B – 12 – 18 |
| c. Water | | | 1 | Visible occasionally | C – 11 or less |
| d. Color | | 3.5 | | Vibrant, riparian, vegetation, rocks | |
| e. Adjacent Scenery | | | 0 | n/a | |
| f. Scarcity | | | 1.5 | Many canyons like this | |
| g. Cultural Modification | | 0 | | Road, pipeline | |
| TOTALS | | 9.5 | 2.5 | 12 | |

**Comments:**
Vegetation in valley draws attention; minimal access. Valley floor is relatively free from human impact.



SQRU Locator



• IOP Locations

BLM_0061110

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                    Date:     June 2009

Scenic Quality Rating Unit:     48 – Norwood Valley

**1. Evaluators:**     Gary Long, Julie McGrew, Lindsey Utter, Amanda Rainey, Dean Stindt

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat to gently rolling | Low, continuous, horizontal, regular | Geometric |
| **Line** | Horizontal, simple | Distinct edge of fields; horizontal | Geometric |
| **Color** | Light brown | Deep green to light green, seasonal variation | Red, white, browns, grays, blacks |
| **Texture** | Smooth | Smooth to medium, patchy native vegetation stands | Smooth sides, rough in landscape |

**3. Narrative**
Typical agricultural, rural town setting. The unit is defined by adjacent canyons and changes in land use/vegetation in the adjacent unit.

BLM_0061111

Scenic Quality Rating Unit:     Norwood Valley

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 1 | Low, rolling fields | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Agriculture-related and trees | **B – 12 – 18** |
| **c. Water** | | | 0 | n/a | X   **C – 11 or less** |
| **d. Color** | | 3 | | Greens of vegetation | |
| **e. Adjacent Scenery** | | | 2 | The landscape is what draws the eye | |
| **f. Scarcity** | | | 1 | Many like it | |
| **g. Cultural Modification** | | | 0 | Modifications fit the landscape | |
| **TOTALS** | | 6 | 4 | 10 | |

**Comments:**
Irrigated farmlands; cultural modifications are harmonious. An attractive, pastoral landscape.



SQRU Locator



• IOP Locations

BLM_0061112

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                    Date:     June 2009

Scenic Quality Rating Unit:     49 – San Miguel – Piñon to Beaver Creek

**1. Evaluators:**     Gary Long, Julie McGrew, Lindsey Utter

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Bold rock outcrops, horizontal banding, tight river valley; rough water | Dense, continuous | Geometric |
| **Line** | Horizontal bands, diagonal drainages, sinuous river | Sinuous along the water | Geometric |
| **Color** | Tans, grays, white; occasional whitewater | Dark, light, and sage greens; strong fall colors including yellows, orange | Earth tones |
| **Texture** | Coarse landform, medium water | Medium to coarse | Smooth |

**3. Narrative**
Enclosed landscape; there is a pipeline cutting across the valley. There are a few campgrounds and historical structures. The area is mostly natural in appearance, with diverse riparian vegetation. Rapid current of river with occasional whitewater.

BLM_0061113

Scenic Quality Rating Unit:     San Miguel – Piñon to Beaver Creek

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | 3 | | Steep canyon, narrow | X    A – 19 or more |
| b. Vegetation | 4 | | | Dense riparian, mountain shrub | B – 12 – 18 |
| c. Water | 5 | | | Dominant feature | C – 11 or less |
| d. Color | | 3.5 | | Good fall colors | |
| e. Adjacent Scenery | | | 0 | No influence; enclosed landscape | |
| f. Scarcity | | 3.5 | | Narrow; water is close to road and is dominant | |
| g. Cultural Modification | | | 0 | None noted | |
| TOTALS | 9 | 10 | 0 | 19 | |

**Comments:**
Dense riparian community, mountain shrub community, pinyon/juniper, occasional spruce. Water and vegetation are the dominant features in this unit.



SQRU Locator

• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061114

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:     Uncompahgre                                          Date:     June 2009

Scenic Quality Rating Unit:     50 – Mailbox Park

**1. Evaluators:**     Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat mesas sloping to the south, with gradual diagonal drainages leading down to deeper maverick drainages | Patchy, rolling pinyon/juniper stands; low, uniform sage meadows | Vertical poles, horizontal wires |
| **Line** | Horizontal, diagonal | Undulating edge between sage meadow and pinyon/junipr | Vertical, horizontal |
| **Color** | Browns, grays, tans, orangish | Sage Green, dark greens, grays, browns | Brown |
| **Texture** | Smooth tops to medium to rough valley walls | Smooth to medium | Features are smooth, coarse in the landscape |

**3. Narrative**
Pinyon/juniper woodland in sage meadows; power lines are not terribly noticeable; adjacent scenery creates the setting focal point. An open, mostly panoramic landscape mainly dominated by pinyon/juniper woodlands an dopen sagebrush parks.

BLM_0061115

Scenic Quality Rating Unit:     Mailbox Park

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) | |
|---|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | | |
| a. Landform | | | 2 | Rolling tops of mesas | | A – 19 or more |
| b. Vegetation | | 3 | | Pinyon/juniper and sage | | B – 12 – 18 |
| c. Water | | | 0 | n/a | X | C – 11 or less |
| d. Color | | | 2 | Not a lot of variety but not muted | | |
| e. Adjacent Scenery | | 3 | | San Juans, La Sals Uncompahgre Plateau | | |
| f. Scarcity | | | 1 | Others like it | | |
| g. Cultural Modification | | | 0 | n/a | | |
| TOTALS | | 6 | 5 | 11 | | |

**Comments:**
Common pinyon/juniper and sage on rolling benches; adjacent scenery creates a beautiful setting.
Vegetation is the dominant visual characteristic; otherwise the area is lacking in notable visual variety.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061116

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:     Uncompahgre                                          Date:     June 2009

Scenic Quality Rating Unit:     51 – Naturita Ridge

**1. Evaluators:**     Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt, Amanda Rainey

| **2. LANDSCAPE CHARACTER (Features)** | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Broad, rounded ridge – more hill-like; ridge slopes gently to the north | Rounded, clumpy, mottled; sage, meadow plane | Mine tailings, dome-like, geometric |
| **Line** | Rounded, horizontal ridge from most views; diagonals with drainages to the north | Line created by fire; organic edge between sage flats and upper vegetation | Vertical, horizontal, diagonal (pipeline, seismic roads), fencing |
| **Color** | Beige, grays, subtle reds | Green to gray | Browns, beige |
| **Texture** | Medium to coarse | Medium | Smooth surfaces, coarse |

**3. Narrative**
A broad, rounded ridge that gently slopes to the north and is incised with drainages that cut to the north. Mostly dominated by pinyon/juniper; othewise the area lacks notable visual variety. Segregated from surrounding units by changes in landform character.

BLM_0061117

Scenic Quality Rating Unit:      Naturita Ridge

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2 | Rounded ridge with gentle slope | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Some variety and contrast | **B – 12 – 18** |
| **c. Water** | | | 0 | None noted | X    **C – 11 or less** |
| **d. Color** | | | 2 | Subtle colors, little variety | |
| **e. Adjacent Scenery** | | | 2 | Has little or no effect | |
| **f. Scarcity** | | | 1 | Interesting, but common in region | |
| **g. Cultural Modification** | | | -0.5 | Roads, vegetative modifications, pipeline, seismic roads | |
| **TOTALS** | | 3 | 6.5 | 9.5 | |

**Comments:**
An interesting feature but common in region; vegetation is the dominant scenic quality element.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061118

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                                    Date:    June 2009

Scenic Quality Rating Unit:    52 – Dry Creek Canyon

**1. Evaluators:**    Gary Long, Lindsey Utter, Julie McGrew, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Canyon complex, rock outcrops, steep slopes | Juniper woodlands with narrow riparian bottom, cottonwood shrub bottom, mottled form | None noted except minor road/trail |
| **Line** | Diagonal, vertical, rounded, ridges | Sinuous riparian vegetation | n/a |
| **Color** | Brown, buff, beige | Yuma and Juniper Green, gray | n/a |
| **Texture** | Coarse to medium | Coarse to medium | n/a |

**3. Narrative**
Steep canyon unit defined by Field Office boundary, Naturita Ridge Rim, and lower sage flats to the north. Pinyon/juniper and sage are the dominant vegetation with cottonwood and other shrubs along the stream.

BLM_0061119

Scenic Quality Rating Unit:　　Dry Creek Canyon

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2.5 | Modest landforms | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Upland and riparian vegetation | X　**B – 12 – 18** |
| **c. Water** | | | 2 | Small stream but noticeable | **C – 11 or less** |
| **d. Color** | | | 2.5 | Modest color variation | |
| **e. Adjacent Scenery** | | | 0 | None visible | |
| **f. Scarcity** | | | 2 | Similar to others in area | |
| **g. Cultural Modification** | | | 0 | None | |
| **TOTALS** | | 3 | 9 | 12 | |

**Comments:**
Narrow canyon complex with steep walls, some rock outcrops. Narrow canyon is a dominant feature.



SQRU Locator



• IOP Locations

BLM_0061120

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:  Uncompahgre                                    Date:   June 2009

Scenic Quality Rating Unit:    53 – San Miguel – Vancorum to Piñon

**1. Evaluators:**   Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
|  | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Irregular, rugged wall canyon with occasional benching; steep sloped; valley floor has a flat floodplain | Clumpy, rounded, flat fields | Geometric |
| **Line** | Diagonal lines on walls (drainages), curving valley floor | Curvilinear vegetation line along river and irrigation ditch | Regular, straight, vertical, horizontal |
| **Color** | Tans, browns, whites, grays, weak reds | Yuma and Juniper Green, lighter greens, grays; fields are harmonious | A large variety of colors on structures |
| **Texture** | Coarse | Smooth | Smooth sides, rough in landscape |

**3. Narrative**
Valley is full of structures, including houses, power plant, and junk yards. Parts of this portion of the San Miguel broaden and with agricultural development, exhibit a pastoral appearance. The river in this portion of the valley is less dominant; it is also slower and somewhat flatter than in other units.

BLM_0061121

Scenic Quality Rating Unit:     San Miguel – Vancorum to Piñon

| 4. SCORE (Circle Appropriate Level) | | | | |
|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |
| **a. Landform** | | | 2.5 | Not as steep as other locations |
| **b. Vegetation** | | 3.5 | | Variety provided by areas with water |
| **c. Water** | | 3.5 | | Visible, not totally dominant |
| **d. Color** | | 3 | | Riparian vegetation and fields create nice contrast |
| **e. Adjacent Scenery** | | | 0 | Little is visible out of the valley |
| **f. Scarcity** | | 3.5 | | Not many valleys like this |
| **g. Cultural Modification** | | | -2 | Gravel pit, junkyards, power plant, sense of a modified landscape; discordant with a natural landscape |
| **TOTALS** | | 13.5 | 0.5 | 14 |

**SCENIC QUALITY CLASSIFICATION**
(check one)

A – 19 or more

X     B – 12 – 18

C – 11 or less

**Comments:**
Valley contains this unit. There are nice, natural features, but human impacts catch the eye.



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061122

Form 8400-1
(September 1985)
Format Modified 2008)

### UNITED STATES
### DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:    Uncompahgre                                                           Date:    June 2009

Scenic Quality Rating Unit:    54 – Third Park

**1. Evaluators:**    Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat to gentle rolling; wide open; a few steep drainages or washes | Low shrubs with grass/forb understory; patchy to dense pinyon/juniper stands | Geometric |
| **Line** | Simple, horizontal | Weak, indistinct | Geometric fencing, horizontal roads |
| **Color** | Beige to reddish orange | Grays, greens, browns | Browns, red |
| **Texture** | Smooth | Smooth to medium | Medium |

**3. Narrative**
Sagebrush flats with pinyon/juniper stands; cultural modifications include fencing and corrals (stockyard). This is a mostly horizontal and panoramic landscape. Vegetation is the dominant element.

BLM_0061123

Scenic Quality Rating Unit:     Third Park

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2 | Rolling hills | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Open sagebrush parks and pinyon/juniper | **B – 12 – 18** |
| **c. Water** | | | 0 | None noted | X    **C – 11 or less** |
| **d. Color** | | | 2 | Some contrast | |
| **e. Adjacent Scenery** | | 3 | | Moderate influence | |
| **f. Scarcity** | | | 1 | Common in region | |
| **g. Cultural Modification** | | | 0 | Some mining activity but it does not detract | |
| **TOTALS** | | 6 | 5 | 11 | |

**Comments:**
Adjacent scenery and vegetation have the most influence in this unit.



SQRU Locator



• IOP Locations

BLM_0061124

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                               Date:     June 2009

Scenic Quality Rating Unit:     55 – First Park/Second Park

**1. Evaluators:**     Gary Long, Lindsey Utter, Julie McGrew

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat/rolling | Low, flat; irrigated fields; clumpy, patchy, and some stipple; natural vegetation | Geometric |
| **Line** | Horizontal | Line created by irrigated fields and natural vegetation | Geometric |
| **Color** | Grays, beiges | Bright green (irrigated fields), dark greens and grays; natural vegetation | White, green, brown, tan, blue |
| **Texture** | Smooth | Smooth to medium | Rough |

**3. Narrative**
A more developed area with private residences and irrigated fields mixed with areas of more natural vegetation. Includes a reclaimed strip mine and the town of Nucla, airport, gravel pits, power plant, dumped junk along roadside. The unit is defined by the San Miguel River and drainage, which separate it from the Third Park unit.

BLM_0061125

Scenic Quality Rating Unit:      First Park/Second Park

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 1.5 | Irrigated fields, minor drainages | **A – 19 or more** |
| **b. Vegetation** | 4 | | | Pinyon/juniper, Russian olive, irrigated fields, cottonwoods | X    **B – 12 – 18** |
| **c. Water** | | | 0 | None noted | **C – 11 or less** |
| **d. Color** | | 3 | | Different colors of green | |
| **e. Adjacent Scenery** | | 3 | | Uncompahgre Plateau, Sawtooths | |
| **f. Scarcity** | | | 1 | Common | |
| **g. Cultural Modification** | | | 0 | Agricultural, community | |
| **TOTALS** | 4 | 6 | 2.5 | 12.5 | |

**Comments:**
Vegetation is very diverse and colorful; otherwise this is a common landscape in the region.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:　Uncompahgre　　　　　　　　　Date:　June 2009

Scenic Quality Rating Unit:　56 – Sawtooth Ridge

**1. Evaluators:**　Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Rounded, linear; elongated ridge slopes to north; dissected with numerous drainages, canyons | Pinyon/juniper and open sagebrush parks; pinyon/juniper is the more dominant; clumpy, rounded, continuous ponderosa | Road network mines |
| **Line** | Horizontal and diagonal, rounded | Horizontal, overall aligned with form of landscape | Sinuous, diagonal, horizontal |
| **Color** | Gray, light brown, red (light) | Yuma and Covert Green, gray | Light brown overall, some gray and some light red |
| **Texture** | Medium to coarse | Medium; appears coarse in foreground | Smooth |

**3. Narrative**
An open, extensive landscape. Begins at Sawtooth Ridge and slopes to the north. Dissected by numerous south to north drainages. Heavy pinyon/juniper and sagebrush vegetative cover. Fairly high visual variety in the landscape.

BLM_0061127

Scenic Quality Rating Unit:     Sawtooth Ridge

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | 3 | | Interesting, exposed rock faces | A – 19 or more |
| b. Vegetation | | 3 | | Sage, pinyon/juniper, ponderosa | X  B – 12 – 18 |
| c. Water | | | 0 | n/a | |
| d. Color | | 3 | | Gray background, vegetation and red rock pops out | C – 11 or less |
| e. Adjacent Scenery | 4 | | | La Sals, Uncompahgre Plateau, San Juans: all create setting | |
| f. Scarcity | | | 2 | Similar yet unique | |
| g. Cultural Modification | | | -1 | | |
| TOTALS | 4 | 9 | 1 | 14 | |

**Comments:**
The area has no single outstanding feature, although it does have scenic values. The adjacent scenery is notable (the La Sal Mountains and other national forest landscapes), which is clearly an enhancement. There are a few red slickrock faces on top; evidence of mining activity and many roads. The landscape does have a great ability to absorb impacts; there is a large mine reclamation site on the north side of unit.



SQRU Locator                    • IOP Locations

BLM_0061128

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:     Uncompahgre                                    Date:     June 2009

Scenic Quality Rating Unit:     57 – Sawtooth Ridge Face

**1. Evaluators:**     Gary Long, Lindsey Utter, Julie McGrew, Dean Stindt, Amanda Rainey

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Bold, linear feature on edge of Paradox Valley; horizontal banding | Sparse pinyon/juniper; scattered, continuous | Communications towers |
| **Line** | Horizontal banding; curve/wave-like banding | Indistinct; accentuates horizontal banding | Vertical |
| **Color** | Reds, grays, salmon | Yuma Green | Gray/silver |
| **Texture** | Medium to coarse | Medium | n/a |

**3. Narrative**
Steep cliff face defined by valley bottom and rim of Sawtooth Ridge above. The ridge face was delineated as a Scenic Quality Rating Unit because it is distinctive and a dominant visual element in the region. It is substantially different from the valley to the north and the rolling hills to the south.

BLM_0061129

Scenic Quality Rating Unit:     Sawtooth Ridge Face

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | 4 | | | Steep, near vertical face | **A – 19 or more** |
| **b. Vegetation** | | | 2 | Minimal, not dominant feature | X   **B – 12 – 18** |
| **c. Water** | | | 0 | None noted | **C – 11 or less** |
| **d. Color** | 4 | | | Deep reds, gray, vivid | |
| **e. Adjacent Scenery** | | | 2 | Paradox Valley, La Sals | |
| **f. Scarcity** | | 3.5 | | Follows length of linear valley | |
| **g. Cultural Modification** | | | 0 | Compatable | |
| **TOTALS** | 8 | 3.5 | 4 | 15.5 | |

**Comments:**
A bold, dramatic, elongated ridge with dramatic rock outcrops and consistent red color; rock art, petroglyphs; an impressive and prominent ridge face with dramatic vertical felief that rises from the paradox valley floor.



SQRU Locator



• IOP Locations

BLM_0061130

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                      Date:   June 2009

Scenic Quality Rating Unit:      58 – Davis Mesa

**1. Evaluators:**   Gary Long, Lindsey Utter, Julie McGrew, Dean Stindt, Amanda Rainey

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat, minimal elevation change on top; steep face | Dense, continuous | Geometric |
| **Line** | Horizontal, vertical | Indistinct; vegetation voids for roads create lines | Vertical/horizontal mining headframe, geometric, horizontal/curvilinear roads, weather vane |
| **Color** | Reds, tans, grays, gray to white | Greens, grays | Rusty, brown |
| **Texture** | Medium | Medium | Medium to coarse |

**3. Narrative**
The mesa rises to the south of Paradox Valley, and is defined by the Field Office boundary on the south. Dramatic elevation going from Paradox Valley floor; primary vantage point for most viewers as they travel on Highway 90. Vegetation is primarily pinyon/juniper with rabbit brush. Rock pilings/exposed rock, flat top; can absorb visual impact.

BLM_0061131

Scenic Quality Rating Unit:     Davis Mesa

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | 3 | | Steep elevation gain from Paradox Valley | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Sagebrush, pinyon/juniper | X    **B – 12 – 18** |
| **c. Water** | | | 0 | None noted | **C – 11 or less** |
| **d. Color** | | 3 | | Good contrast between soil and vegetation (red/green) | |
| **e. Adjacent Scenery** | | | 2 | La Sals, Dolores | |
| **f. Scarcity** | | | 2 | Interesting but common in region | |
| **g. Cultural Modification** | | | 0 | Mining activity, roads | |
| **TOTALS** | | 9 | 4 | 13 | |

**Comments:**
Mining activity is not as noticeable; roads are more noticeable. No single characteristic is rated high, but the cumulative total of landform, vegetation, and color results in a Class B rating.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office: Uncompahgre Date: June 2009

Scenic Quality Rating Unit: 59 – Dolores River Canyon Wilderness Study Area

**1. Evaluators:** Gary Long, Julie McGrew, Lindsey Utter

**2. LANDSCAPE CHARACTER (Features)**

| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
|---|---|---|---|
| **Form** | Prominent, blocky, massive rock outcrops, banding | Scattered, continuous, rounded, conical | Camping shelters |
| **Line** | Horizontal banding creates terracing effect; vertical walls, lines in cliffs | Line seen at breaks in landforms | Vertical |
| **Color** | Reds, grays, beiges, dark gray, almost black (desert varnish) | Yuma and Juniper Green, gray | Brown, Carlsbad Canyon |
| **Texture** | Coarse with medium, lower slopes | Smooth to coarse | Smooth |

**3. Narrative**
A deep canyon with steep slopes characterized by vertical cliffs and massive, complex rock outcrops. Vegetation is pinyon/juniper with a willow/tamarask riparian area. Some scattered cottonwood found throughout. Cliffs are banded with sandstone formation. A dramatic landscape, distinctly different from surrounding units. Substantially natural area lacking human intrusion.

Scenic Quality Rating Unit:      Dolores River Canyon WSA

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | 4.5 | | | Dramatic outcrops | X   A – 19 or more |
| b. Vegetation | 4 | | | Variety | B – 12 – 18 |
| c. Water | 4 | | | Dominant feature | C – 11 or less |
| d. Color | 4 | | | Red color, lots of contrast | |
| e. Adjacent Scenery | | | 0 | None of note seen from canyon | |
| f. Scarcity | | 3.5 | | Distinctive canyon | |
| g. Cultural Modification | | | 0 | Compatible | |
| TOTALS | 16.5 | 3.5 | 0 | 20 | |

**Comments:**
A roadless canyon. The combination of dramatic landforms, distinctive vegetation, vibrant color, and a notable river result in superlative scenic quality.



SQRU Locator



• IOP Locations



*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061134

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:     Uncompahgre                                    Date:     June 2009

Scenic Quality Rating Unit:     60 – Wray Mesa

**1. Evaluators:**     Gary Long, Lindsey Utter, Julie McGrew

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Mesa complex; gentle, rolling terrain; flat | Pinyon/juniper, dense, continuous | Roads |
| **Line** | Horizontal with gentle diagonals | Horizontal | Horizontal |
| **Color** | Red, beige, buff, gray | Yuma Green | Tan, beige |
| **Texture** | Smooth to medium | Medium | Smooth |

**3. Narrative**
High esa defined by the Dolores River Canyon WSA, Coyote Wash, La Sal Creek, and the Field Office boundary. The combination of rolling terrain and pinyon/juniper vegetation results in a landscape common to much of southwest Colorado and parts of Utah.

BLM_0061135

Scenic Quality Rating Unit:     Wray Mesa

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) | |
|---|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | | |
| a. Landform | | | 2 | Low, rolling mesa | | A – 19 or more |
| b. Vegetation | | 3 | | A little ponderosa, mostly pinyon/juniper and sage | | B – 12 – 18 |
| c. Water | | | 0 | None noted | X | C – 11 or less |
| d. Color | | | 2 | Some variation and contrast | | |
| e. Adjacent Scenery | | 3 | | La Sals | | |
| f. Scarcity | | | 1 | Common in region | | |
| g. Cultural Modification | | | 0 | Does not detract | | |
| TOTALS | | 6 | 5 | 11 | | |

**Comments:**
This unit's characteristics are common in the region, but it does have some variety and contrast in vegetation and good visuals of the La Sals from on top. Dominant vegetation and great views of adjacent scenery.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:                                                    Date:    June 2009

Scenic Quality Rating Unit:        61 – Paradox Valley

**1. Evaluators:**    Gary Long, Julie McGrew, Lindsey Utter, Amanda Rainey, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Flat to gently sloping valley | Agricultural valley, irrigated vegetation, low shrub/grass, clumpy and patchy along Dolores River | Houses, roads, fences, power lines; geometric |
| **Line** | Horizontal | Low, horizontal | Vertical, horizontal, geometric |
| **Color** | Beige, red | Shades of green | Various |
| **Texture** | Smooth | Smooth | Smooth |

**3. Narrative**
A wide-open, enclosed valley surrounded by prominent cliff faces. Monitoring wells at dead-end roads; private uranium processing mill going through permitting.

BLM_0061137

Scenic Quality Rating Unit:     Paradox Valley

| 4. SCORE (Circle Appropriate Level) | | | | | |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | | 2 | Some interesting features | |
| **b. Vegetation** | | 3 | | Some variety of vegetation types | |
| **c. Water** | | | 2 | Dolores River and West Paradox Creek | |
| **d. Color** | | | 2 | Some color but not a dominant feature | |
| **e. Adjacent Scenery** | 4 | | | Noticeable adjacent scenery | |
| **f. Scarcity** | | | 1 | Not uncommon | |
| **g. Cultural Modification** | | | 0 | Mines, agriculture | |
| **TOTALS** | 4 | 3 | 7 | 14 | |

**SCENIC QUALITY CLASSIFICATION**
(check one)

**A – 19 or more**

X    **B – 12 – 18**

**C – 11 or less**

**Comments:**
Adjacent scenery makes this unit unique. It is a picturesque, enclosed valley with a paradox (river runs perpendicular to valley).



SQRU Locator



• IOP Locations

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061138

Form 8400-1
(September 1985)
Format Modified 2008)

## UNITED STATES
## DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                      Date:   June 2009

Scenic Quality Rating Unit:   62 – Middle Dolores Canyon

**1. Evaluators:**   Gary Long, Lindsey Utter, Julie McGrew, Dean Stindt

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Steep vertical walls, lower diagonal slopes | Juniper slopes and tamarisk willow, riparian shrubs, sage | Road |
| **Line** | Vertical, diagonal, horizontal banding | Horizontal and diagonal with landforms | Sinuous |
| **Color** | Deep red (carob brown) with salmon (light) colored formation above | Yuma and Juniper Green, gray | Beige, buff |
| **Texture** | Smooth to coarse | Coarse to medium | Smooth |

**3. Narrative**
Includes confluence of the Dolores and San Miguel rivers. A deep, dramatic, red-rock canyon.

BLM_0061139

Scenic Quality Rating Unit:      Middle Dolores Canyon

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | 5 | | | Dramatic sandstone | X    A – 19 or more |
| b. Vegetation | | 3.5 | | Some variety of vegetation | B – 12 – 18 |
| c. Water | 4 | | | Dominates landscape | C – 11 or less |
| d. Color | 4.5 | | | Dramatic colors | |
| e. Adjacent Scenery | | | 0 | None visible | |
| f. Scarcity | 4 | | | Uncommon but not unique | |
| g. Cultural Modification | | | 0 | None of note | |
| TOTALS | 17.5 | 3.5 | 0 | 21 | |

Comments:
One of the most dramatic canyons in Western Colorado. Spectacular landforms, color, water, and vegetation combine to create Class A scenic quality.



SQRU Locator



● IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                   Date:     June 2009

Scenic Quality Rating Unit:     63 – San Miguel/Tabeguache

**1. Evaluators:**     Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Broad valley, rock outcrops, steep slopes | Continuous pinyon/juniper, cottonwood, riparian | Roads, highways, fences |
| **Line** | Complex: horizontal, diagonal, rounded | Indistinct | Geometric |
| **Color** | Brown, salmon, red | Yuma and Juniper Green, gray | White |
| **Texture** | Coarse | Coarse to medium to fine | Smooth |

**3. Narrative**
Human activity noticeable; water noticeable. Well-developed riparian zone. Canyon exhibits a high degree of visual variety; landforms are dominant but not spectacular. Vegetation is diverse with riparian vegetation well developed and dominant. Color is pleasing but not outstanding. The unit is defined by rims of canyons.

BLM_0061141

Scenic Quality Rating Unit:     San Miguel/Tabeguache

| 4. SCORE (Circle Appropriate Level) | | | | |
|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |
| **a. Landform** | | 3.5 | | Moderate |
| **b. Vegetation** | 4 | | | A dominant feature |
| **c. Water** | 4 | | | River is dominant |
| **d. Color** | | 3 | | Pleasant but not outstanding |
| **e. Adjacent Scenery** | | | 0 | None noticeable |
| **f. Scarcity** | | 3 | | Distinctive but similar to others |
| **g. Cultural Modification** | | | 0 | Some positive, some negative |
| **TOTALS** | 8 | 9.5 | 0 | 17.5 |

**SCENIC QUALITY CLASSIFICATION**
(check one)

**A – 19 or more**

X     **B – 12 – 18**

**C – 11 or less**

**Comments:**
A long canyon system with interesting but not spectacular topography. The scene of former uranium mining and milling, where reclamation has significantly reduced visual evidence of human impact. The area has a high capacity to absorb visual impact due to high visual variety and the existence of extensive pinyon/juniper woodlands.



SQRU Locator

• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:   Uncompahgre                                   Date:   June 2009

Scenic Quality Rating Unit:   64 – Tabeguache Special Management Area

**1. Evaluators:**   Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Steep, rugged; long, linear; rock benches diagonal | Rounded, mottled, patchy, continuous | n/a |
| **Line** | Horizontal, vertical | Indistinct | n/a |
| **Color** | Tans, brown, oranges, blue shale | Dark green, sage green | n/a |
| **Texture** | Rough | Medium | n/a |

**3. Narrative**
Special management area with limited human access; potential seldom-seen areas in valleys.

BLM_0061143

Scenic Quality Rating Unit:     Tabeguache Special Management Area

| 4. SCORE (Circle Appropriate Level) | | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | | |
| **a. Landform** | | 3 | | Interesting erosion exposed area | | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Pinyon/juniper and riparian | X | **B – 12 – 18** |
| **c. Water** | | | 1 | Small, barely noticeable stream | | **C – 11 or less** |
| **d. Color** | | 3 | | Blue shale, slickrock, dark-green vegetation | | |
| **e. Adjacent Scenery** | | 3 | | La Sals, Uncompahgre Plateau | | |
| **f. Scarcity** | | | 2 | Overall landscape character is common for region | | |
| **g. Cultural Modification** | | | 0 | None noted | | |
| **TOTALS** | | 12 | 3 | 15 | | |

**Comments:**
A Special Management Area shared by the USFS with limited human access. Landform, vegetation, color, and adjacent scenery are the predominant elements that contribute to the landscape character of this unit.



SQRU Locator



• IOP Locations



BLM_0061144

Form 8400-1
(September 1985)
Format Modified 2008)

### UNITED STATES
### DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT

## SCENIC QUALITY FIELD INVENTORY

Field Office:     Uncompahgre                                   Date:     June 2009

Scenic Quality Rating Unit:     65 – Atkinson Mesa

**1. Evaluators:**     Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Open, gently rolling hills | Pinyon/juniper woodland, sagebrush parks | Roads, power lines, mines |
| **Line** | Mostly horizontal landscape | Horizontal | Geometric |
| **Color** | Red/salmon soil | Yuma and Covert Green | Brown, gray, salmon, red |
| **Texture** | Smooth to medium | Medium to coarse, smooth | Smooth |

**3. Narrative**
An open, rolling landscape with low hills, gentle drainages. An open, panoramic landscape. Bounded by Forest Service land on the northeast and by San Miguel/Tabeguache on the south.

BLM_0061145

Case No. 1:20-cv-02484-MSK    Document 46-11    filed 04/28/21    USDC Colorado    pg 98 of 108


Scenic Quality Rating Unit:    Atkinson Mesa

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | | | 2.5 | Not a notable feature | A – 19 or more |
| b. Vegetation | | 3 | | Pinyon/juniper and sagebrush are dominant | X    B – 12 – 18 |
| c. Water | | | 0 | None noted | C – 11 or less |
| d. Color | | | 2.5 | Gray and Yuma Green | |
| e. Adjacent Scenery | 4 | | | Notable in all directions | |
| f. Scarcity | | | 2 | Not unusual or scarce | |
| g. Cultural Modification | | | 0 | Neutral | |
| TOTALS | 4 | 3 | 7 | 14 | |

**Comments:**
Views towards the La Sal mountains and other national forest units are spectacular in all directions and positively influence the Atkinson Mesa landscape.



SQRU Locator



• IOP Locations

Page A-222

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061146

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                   Date:   June 2009

Scenic Quality Rating Unit:   66 – Lower Dolores River

**1. Evaluators:**   Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Canyons, steep slopes, rock outcrops; narrow | Pinyon/juniper; lumpy; continuous riparian in bottom | Mines, gravel pits, roads; geometric |
| **Line** | Diagonal canyon walls | Indistinct | Geometric |
| **Color** | Mixed: red, gray, salmon, beige, light brown | Yuma Green, gray, juniper green | Various: white, brown, gray |
| **Texture** | Medium to coarse | Coarse to medium | Smooth |

**3. Narrative**
A canyon complex with deep canyons, diagonal slopes, exposed rock faces. The unit is defined by canyon rims and the Field Office boundary.

BLM_0061147

Scenic Quality Rating Unit:     Lower Dolores River

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | 4 | | | Notable landforms | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Average vegetation | X    **B – 12 – 18** |
| **c. Water** | | 3.5 | | River notable but not overly dominant | **C – 11 or less** |
| **d. Color** | | 3.5 | | Notable but not spectacular | |
| **e. Adjacent Scenery** | | | 0 | None visible | |
| **f. Scarcity** | | 3 | | Distinctive but not unusual | |
| **g. Cultural Modification** | | | -1 | Significant human presence | |
| **TOTALS** | 4 | 13 | -1 | 16 | |

**Comments:**
A very pleasing canyon complex. Notable topography, vegetation, water, and color combine to provide high visual variety.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

**Field Office:**   Uncompahgre                                    **Date:**   July, 2009

**Scenic Quality Rating Unit:**   67 – Sewemup Mesa Wilderness Study Area

**1. Evaluators:**   Gary Long, Julie McGrew, Kate Schwarzler

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Large mesa with massive vertical cliffs all around; rugged, rolling hilltop, spires, outcrops | Clumping, patchy | None noted |
| **Line** | Vertical, horizontal, banding, diagonal | Indistinct | n/a |
| **Color** | Reds, grays, rust, buff | Juniper and Covert Green | n/a |
| **Texture** | Coarse | Medium | n/a |

**3. Narrative**
A large mesa completely ringed by a dramatic vertical cliff band. Base of cliffs is a steep, diagonal slope. Deep-red sandstone color (carob brown). Lower slopes covered with scattered juniper. Summit plateau is a rolling hill complex. Most of the WSA is in the Grand Junction Field Office.

BLM_0061149

Scenic Quality Rating Unit:        Sewemup Mesa Wilderness Study Area

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | HIGH | MEDIUM | LOW | EXPLANATION OR RATIONALE | |
| a. Landform | 5 | | | Dramatic vertical relief | A – 19 or more |
| b. Vegetation | 4 | | | Some variety in forms, textures, patterns | X    B – 12 – 18 |
| c. Water | | | 0 | None noted | C – 11 or less |
| d. Color | 4 | | | Rich color, pleasing contrast between soil and vegetation | |
| e. Adjacent Scenery | | | 2 | Some influence; Cone Mountain, Unaweep Canyon | |
| f. Scarcity | | | 2 | Interesting but common in region | |
| g. Cultural Modification | | | 0 | None noted | |
| TOTALS | 13 | | 4 | 17 | |

Comments:
The landform, vegetation, and color are the most expressive elements for this unit.



SQRU Locator



• IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:     Uncompahgre                                              Date:     June 2009

Scenic Quality Rating Unit:     68 – Roc Creek

**1. Evaluators:**     Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Bold rock outcrops, narrow canyon, steep slopes, rounded shapes | Diverse, rounded, patchy; mostly continuous | Road, power lines |
| **Line** | Vertical, horizonatal, diagonal | Indistinct overall but sinuous in canyon bottom | Sinuous roads |
| **Color** | Red soils and rock, banded colors on slickrock outcrops | Yuma and Juniper Green; more vibrant in canyon bottom | Road, shows as light red |
| **Texture** | Coarse overall but smooth surfaces on rock outcrops | Coarse, smooth, medium | Smooth |

**3. Narrative**
A lovely, scenic valley with steep canyon walls, massive rock outcrops, colorful features. High amount of scenic/visual variety. The area is defined by canyon rims.

BLM_0061151

Scenic Quality Rating Unit:     Roc Creek

| 4. SCORE (Circle Appropriate Level) | | | | |
|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |
| **a. Landform** | 4 | | | Spectacular slickrock walls |
| **b. Vegetation** | 4 | | | Diverse vegetation, adds greatly to visual variety |
| **c. Water** | | | 1 | Stream; not readily visible |
| **d. Color** | 4 | | | Diverse, spectacular color and contrast |
| **e. Adjacent Scenery** | | | 0 | More visible |
| **f. Scarcity** | | 3 | | Not unique but very distinctive |
| **g. Cultural Modification** | | | 1 | Add to visual variety and are harmonious |
| **TOTALS** | 12 | 3 | 2 | 17 |

**SCENIC QUALITY CLASSIFICATION**
(check one)

A – 19 or more

X     B – 12 – 18

C – 11 or less

**Comments:**
A narrow canyon that exhibits a high degree of visual variety, spectacular landforms, lush, diverse
vegetation, and exceptional color.



SQRU Locator



 IOP Locations

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

Field Office:   Uncompahgre                                       Date:    June 2009

Scenic Quality Rating Unit:     69 – Carpenter Ridge

**1. Evaluators:**   Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| | **2. LANDSCAPE CHARACTER (Features)** | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Sloping, dissected ridge; rough terrain, south to north drainage | Pinyon/juniper woodland with minimal ponderosa, shrubs, blotchy patches; noticeable vegetation treatments | Dense road network; uranium mines |
| **Line** | Diagonal lines radiating from horizontal ridge | Horizontal, diagonal, indistinct | Sinuous |
| **Color** | Mixed buff, gray | Yuma Green | Gray, buff colored roads |
| **Texture** | Medium to coarse | Medium to coarse | Smooth |

**3. Narrative**
A modified landscape with dense road network; pinyon/juniper woodland has significant capacity to absorb visual impact; slopes south to north from mostly horizontal ridge; extensive vegetation treatments to encourage grass production. The unit is defined by rims and river canyons.

BLM_0061153

Scenic Quality Rating Unit:     Carpenter Ridge

| 4. SCORE (Circle Appropriate Level) | | | | | |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | **SCENIC QUALITY CLASSIFICATION** (check one) |
| **a. Landform** | | | 2 | Sloping terrain | **A – 19 or more** |
| **b. Vegetation** | | | 2.5 | Mostly pinyon/juniper | **B – 12 – 18** |
| **c. Water** | | | 0 | None noted | X    **C – 11 or less** |
| **d. Color** | | | 2.5 | Juniper is dominant | |
| **e. Adjacent Scenery** | | | 2.5 | Uncompahgre Plateau, Paradox Valley | |
| **f. Scarcity** | | | 1 | Common | |
| **g. Cultural Modification** | | | -1 | Not compatible | |
| **TOTALS** | | | 9.5 | | |

**Comments:**
A somewhat modified landscape th atlacks visual variety or any notable visual characteristic.



SQRU Locator



• IOP Locations

BLM_0061154

Form 8400-1
(September 1985)
Format Modified 2008)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SCENIC QUALITY FIELD INVENTORY**

Field Office:    Uncompahgre                              Date:    June 2009

Scenic Quality Rating Unit:    70 – La Sal Creek

**1. Evaluators:**    Gary Long, Julie McGrew, Lindsey Utter, Amanda Rainey, Dean Stindt

| 2. LANDSCAPE CHARACTER (Features) | | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Bold, narrow canyon with steep slopes, massive rock outcrops | Continuous, rounded, lumpy | Roads and power lines, buildings, fences |
| **Line** | Horizontal banded cliffs, diagonal slopes | Sinuous, heavy riparian vegetation | Geometric forms and lines |
| **Color** | White, light gray, red, buff, salmon | Yuma and Juniper Green, spring green | Brown, white, gray, red |
| **Texture** | Coarse to medium | Medium, mostly due to juniper woodland | Smooth |

**3. Narrative**
A narrow canyon with steep walls, massive rock outcrops, high contrast between rock, soil, and vegetation. Vibrant riparian corridor and live streams. The unit is defined by canyon rims.

BLM_0061155

Scenic Quality Rating Unit:    La Sal Creek

| 4. SCORE (Circle Appropriate Level) | | | | |
|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** |
| **a. Landform** | 4 | | | Massive rock outcrops |
| **b. Vegetation** | 4 | | | Vibrant riparian and lots of variety |
| **c. Water** | | 3 | | A continuous presence |
| **d. Color** | 4 | | | Dominant feature |
| **e. Adjacent Scenery** | | | 0 | |
| **f. Scarcity** | | 3 | | Distinctive but similar to others in region |
| **g. Cultural Modification** | | | 1 | Fields |
| **TOTALS** | 12 | 6 | 1 | 19 |

**SCENIC QUALITY CLASSIFICATION (check one)**

X   **A – 19 or more**

**B – 12 – 18**

**C – 11 or less**

**Comments:**
High visual variety, vegetative diversity; notable landforms, vegetation, and color.



SQRU Locator

• IOP Locations

BLM_0061156