Form 8400-1
(September 1985)
Format Modified 2008)

### UNITED STATES
### DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT

### SCENIC QUALITY FIELD INVENTORY

**Field Office:**   Uncompahgre                                    **Date:**   July 2009

**Scenic Quality Rating Unit:**   71 – Maverick Mesa Complex

**1. Evaluators:**   Gary Long, Julie McGrew, Kate Schwarzler

| | 2. LANDSCAPE CHARACTER (Features) | | |
|---|---|---|---|
| | **A. Landform/Water** | **B. Vegetation** | **C. Structures** |
| **Form** | Mesas, flat-tops, angled slopes, banded cliffs | Heavy, continuous pinyon/juniper woodland: clumpy, continuous blanket | Lots of roads and a few power lines |
| **Line** | Horizontal, diagonal; horizontal is dominant | Weak, indistinct | Sinuous, meandering, lots of roads |
| **Color** | Brown, buff, light tan | Yuma and Shale Green; very uniform color of vegetation | Same as soil; light brown to tan, some gray |
| **Texture** | Medium to smooth mesa tops | Medium texture | Smooth to medium |

**3. Narrative**
A much more horizontal landscape. Huge capacity of the landscape to absorb visual impact. Generally a panoramic landscape.

BLM_0061157

Scenic Quality Rating Unit:       Maverick Mesa Complex

| 4. SCORE (Circle Appropriate Level) | | | | | SCENIC QUALITY CLASSIFICATION (check one) |
|---|---|---|---|---|---|
| | **HIGH** | **MEDIUM** | **LOW** | **EXPLANATION OR RATIONALE** | |
| **a. Landform** | | 3 | | Mesas, canyons | **A – 19 or more** |
| **b. Vegetation** | | 3 | | Some variety in vegetation | **B – 12 – 18** |
| **c. Water** | | | 0 | Not seen | X  **C – 11 or less** |
| **d. Color** | | 3 | | Some variation and contrast | |
| **e. Adjacent Scenery** | | | 2 | Minor enhancement | |
| **f. Scarcity** | | | 1 | Common in region | |
| **g. Cultural Modification** | | | -1 | Mining, roads | |
| **TOTALS** | | 9 | 2 | 11 | |

**Comments:**
Lots of human impact but it is not readily seen. Many roads. Pinyon/juniper is the most dominant visual element.



SQRU Locator



• IOP Locations

BLM_0061158

## Sensitivity Level Rating Units

| No. | SLRU Name | Page | No. | SLRU Name | Page |
|-----|-----------|------|-----|-----------|------|
| 01 | Bull Mountain | B-2 | 40 | Uncompahgre Canyon | B-43 |
| 02 | Stevens Gulch | B-3 | 41 | Mount Sneffels Foothills | B-44 |
| 03 | Somerset | B-4 | 42 | Upper San Miguel River | B-45 |
| 04 | Paonia Reservoir | B-5 | 43 | Beaver Mesa Complex | B-46 |
| 05 | Deep Creek | B-6 | 44 | Oak Hill | B-47 |
| 06 | Thousand Acre Flats | B-7 | 45 | Hamilton Creek | B-48 |
| 07 | Beebe Gulch | B-8 | 46 | Hamilton Mesa | B-49 |
| 08 | North Delta OHV | B-9 | 47 | Naturita Canyon | B-50 |
| 09 | Redlands Mesa | B-10 | 48 | Norwood Valley | B-51 |
| 10 | Paonia Valley | B-11 | 49 | San Miguel – Piñon to Beaver Creek | B-52 |
| 11 | Jumbo Mountain | B-12 | 50 | Mailbox Park | B-53 |
| 12 | Minnesota Creek Valley | B-13 | 51 | Naturita Ridge | B-54 |
| 13 | Elephant Hill | B-14 | 52 | Dry Creek Canyon | B-55 |
| 14 | McDonald Mesa | B-15 | 53 | San Miguel – Vancorum to Piñon | B-56 |
| 15 | Upper Gunnison River | B-16 | 54 | Third Park | B-57 |
| 16 | Alkali | B-17 | 55 | First Park/Second Park | B-58 |
| 17 | Adobe Badlands WSA | B-18 | 56 | Sawtooth Ridge | B-59 |
| 18 | Escalante Canyon – Bennett's Basin | B-19 | 57 | Sawtooth Ridge Face | B-60 |
| 19 | Escalante Canyon | B-20 | 58 | Davis Mesa | B-61 |
| 20a | Dominguez-Escalante NCA | B-21 | 59 | Dolores River Canyon WSA | B-62 |
| 20b | Monitor Mesa Complex | B-22 | 60 | Wray Mesa | B-63 |
| 20c | Camel Back WSA | B-23 | 61 | Paradox Valley | B-64 |
| 21 | Cactus Park (Drylands) | B-24 | 62 | Middle Dolores Canyon | B-65 |
| 22 | Greater Delta/Montrose Valley | B-25 | 63 | San Miguel/Tabeguache | B-66 |
| 23 | Grand View Mesa | B-26 | 64 | Tabeguache Special Management Area | B-67 |
| 24 | Smith Fork | B-27 | 65 | Atkinson Mesa | B-68 |
| 25 | Fruitland Mesa | B-28 | 66 | Lower Dolores River | B-69 |
| 26 | Youngs Peak | B-29 | 67 | Sewemup Mesa WSA | B-70 |
| 27 | Needle Rock | B-30 | 68 | Roc Creek | B-71 |
| 28 | Crawford Reservoir Valley | B-31 | 69 | Carpenter Ridge | B-72 |
| 29 | Castle Rock Foreground | B-32 | 70 | La Sal Creek | B-73 |
| 30 | Dry Creek Basin | B-33 | 71 | Maverick Mesa Complex | B-74 |
| 31 | Crystal Valley | B-34 | | | |
| 32 | Uncompahgre Plateau | B-35 | | | |
| 33 | Southeast Montrose Hills | B-36 | | | |
| 34 | Waterdog Foothills | B-37 | | | |
| 35 | Cimarron Valley | B-38 | | | |
| 36 | Spruce Mountain | B-39 | | | |
| 37 | Ridgway Reservoir | B-40 | | | |
| 38 | Cimarron Ridge Foothills | B-41 | | | |
| 39 | Pleasant Valley | B-42 | | | |

BLM_0061159

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                      Date:  June 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **01 – Bull Mountain** | H | H | H | H | n/a | n/a | H | Scenic quality is a main attraction. |

**Narrative:**
High public interest, especially with elevated oil and gas activity. The West Elk Scenic Byway runs
through the unit.

BLM_0061160

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                       Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 2 – Stevens Gulch | M | H | L | M | n/a | n/a | M | Residential and agriculture-related properties |

**Narrative:**
Users would mainly be those living in the area.

BLM_0061161

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 3 – Somerset | M | M | L | L | L | n/a | M | Existing industrial disturbance |

**Narrative:**
This is a heavily traveled corridor for commercial/industrial and local/non-local traffic. Recreational traffic is from the West Elk Scenic Loop. While the volume of use is high, suggesting a moderate level of visual sensitivity, the human imprint on the landscape is significant. This is seen more as a working landscape. However, it is still part of a scenic byway and as such, carries a significant volume of leisure-time traffic. Accordingly, a moderate sensitivity rating is warranted.

BLM_0061162

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **04 – Paonia Reservoir** | H | H | H | L | n/a | H | H | Located on the Unaweep Tabeguache Scenic and Historic Byway. |

**Narrative:**
Travelers in the area are quite aware of the high scenic quality, and the route is marketed for its high scenic quality.

BLM_0061163

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **05 – Deep Creek** | H | M | L | L | n/a | n/a | M | Property value is based on the high scenic quality of the area |

**Narrative:**
The unit contains mostly private land used by ranching interests.

BLM_0061164

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                    Date: June 2009

Evaluators: Gary Long, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **06 – Thousand Acre Flats** | M | L | L | L | n/a | n/a | M | High landscape adjacent to national forest; recreation and ranching uses |

**Narrative:**
The unit is adjacent to the Gunnison National Forest. Use is limited to recreation (hunting) and livestock grazing.

BLM_0061165

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                     Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 07 – Beebe Gulch | L | L | L | L | n/a | n/a | L | Not much use |

**Narrative:**
The area seems to be tucked away. Users are minimal wit low concern for scenic quality.

BLM_0061166

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **08 – North Delta OHV** | L | L | L | L | n/a | n/a | L | Use is not compatible with maintaining scenic quality |

**Narrative:**
Scenic quality is not part of the management direction for the area. Public interest seems to be directed toward maintaining OHV use.

BLM_0061167

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **09 – Redlands Mesa** | M | H | M | L | n/a | H | M | Many users who are moderately sensitive to visual change |

**Narrative:**
Grand Mesa Scenic Byway travels through the center of the unit.

BLM_0061168

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                          Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **10 – Paonia Valley** | M | H | M | H | H | n/a | H | Users would be moderately concerned about preserving visual values; public interest would be moderate. |

**Narrative:**
Highway 133 is part of the West Elk Scenic Loop as it travels through the unit. Paonia residents are conscious of the town's scenic location and changes around it that may adversely affect its scenic appeal.

BLM_0061169

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **11 – Jumbo Mountain** | M | M | L | H | n/a | n/a | H | Located in the viewshed from Paonia |

**Narrative:**
The landscape is visible from Paonia and from Highway 133.

BLM_0061170

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                              Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 12 – Minnesota Creek Valley | H | M | M | M | n/a | n/a | H | Users are there for scenic quality |

**Narrative:**
The valley contains scattered residences and is a recreation corridor to the national forest.

BLM_0061171

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                      Date: June 2009

Evaluators: Gary Long, Barney Buria

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **13 – Elephant Hill** | M | M | L | M | n/a | n/a | M | Landform complex visible from Paonia |

**Narrative:**
The landform complex as seen from Paonia is not nearly as dramatic or as noticeable as other surrounding landforms.

BLM_0061172

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Barney Buria

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 14 – McDonald Mesa | M | H | M | H | n/a | n/a | H | Views from Paonia |

**Narrative:**
The landscape is at the base of spectacular peaks and is seen from Paonia and Highway 133.

BLM_0061173

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                      Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 15 – Upper Gunnison River | H | L | H | H | H | n/a | H | Part of the Dominguez-Escalante NCA |

**Narrative:**
Rafters go through the corridor; however, there is not a lot of recreation access. The Gunnison River is high profile. Dominguez Canyon wilderness area borders the west edge.

BLM_0061174

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                   Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 16 – Alkali | L | L | L | L | n/a | n/a | L | A simple landscape with a few visible modifications |

**Narrative:**
The unit consists of a broad, open landscape generally lacking interesting features. Colors and features are mostly subtle, with little visual variety.

BLM_0061175

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                                        Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 17 – Adobe Badlands | M | L | L | L | H | n/a | H | Wilderness Study Area |

**Narrative:**
The unit is considered to have high visual sensitivity due to its status as a Wilderness Study Area.

BLM_0061176

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 18 – Escalante Canyon – Bennett's Basin | L | L | H | H | H | n/a | H | Part of the Dominguez-Escalante NCA |

**Narrative:**
This unit is adjacent to a wilderness area and Escalante Canyon. There is some national forest access, but visitors probably access the forest from other locations. The McCarty Trail also runs through this unit.

BLM_0061177

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **19 – Escalante Canyon** | H | H | H | H | H | n/a | H | A scenic destination; recreational opportunities and historical sites |

**Narrative:**
A variety of users frequent the canyon. The public seems interested and protective of it. Adjacent lands include a wilderness area and national forest, and the unit is located in the Dominguez-Escalante National Conservation Area which includes state wildlife areas. Swimming is allowed in designated areas.

BLM_0061178

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                     Date: July 2009

Evaluators: Gary Long, Kate Schwarzler, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **20a – Dominguez-Escalante NCA** | H | M | H | H | H | n/a | H | Part of the National Conservation Area |

**Narrative:**
This unit is located between Escalante Canyon and Camel Back Wilderness Study Area.

BLM_0061179

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                      Date: July 2009

Evaluators: Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **20b – Monitor Mesa Complex** | M | M | M | M | H | n/a | H | Contains portions of the Dominguez-Escalante National Conservation Area |

**Narrative:**
Interesting landforms with moderate recreation and forest service access.

BLM_0061180

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                        Date:  July 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **20c – Camel Back WSA** | M | M | M | M | H | n/a | M | Wilderness Study Area |

**Narrative:**
Users in the unit must make an effort to gain access as there are no roads through it.

BLM_0061181

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                      Date:  July 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 21 – Cactus Park (Drylands) | M | M | L | M | H | n/a | M | Backdrop for the Delta valley |

**Narrative:**
Recreationists and users accessing national forest and wilderness study areas would travel through this unit, which currently has harmonious modifications.

BLM_0061182

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SENSITIVITY LEVEL RATING SHEET

Field Office: Uncompahgre                              Date: July 2009

Evaluators: Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 22 – Greater Delta/ Montrose Valley | L | H | L | L | n/a | n/a | L | High-use area with users who are moderately sensitive to visual values |

**Narrative:**
Modifications occur throughout the unit, but users would be sensitive to a use which did not fit the setting. Developed area with high traffic volume on a day-to-day basis, but does not relate to scenic quality.

BLM_0061183

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:   Uncompahgre                                      Date:   June 2009

Evaluators:   Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **23 – Grand View Mesa** | M | M | M | L | n/a | n/a | M | Substantial rural residences, agricultural, subdivisions |

**Narrative:**
Extensive rural residences where the landscape is an important part of the lifestyle.

BLM_0061184

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SENSITIVITY LEVEL RATING SHEET

Field Office:   Uncompahgre                                             Date:   June 2009

Evaluators:   Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **24 – Smith Fork** | H | L | L | L | n/a | n/a | H | Not many users , but they would be sensitive to visual changes |

**Narrative:**
Rural residential use in the canyon.

BLM_0061185

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **25 – Fruitland Mesa** | M | L | L | L | n/a | n/a | M | Those who live on the Mesa would be most concerned with any potential visual impacts. |

**Narrative:**
The unit contains mostly private land and small, rural farmsteads and residences.

BLM_0061186

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                      Date: June 2009

Evaluators: Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 26 – Youngs Peak | M | L | M | L | n/a | n/a | M | Adjacent to the town of Crawford |

**Narrative:**
Youngs Peak is the northeast backdrop for the town of Crawford. A trail from town provides access to the peak.

BLM_0061187

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                      Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 27 – Needle Rock | H | H | H | L | H | n/a | H | A unique, prominent feature |

**Narrative:**
A signature feature for the town of Crawford, Needle Rock is identified as an outstanding natural feature due to its interesting and unique formation.

BLM_0061188

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                              Date: June 2009

Evaluators: Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 28 – Crawford Reservoir Valley | M | M | M | L | n/a | n/a | M | Rural residences |

**Narrative:**
The valley includes a State Recreation Area but is mainly comprised of agricultural development.

BLM_0061189

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                            Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **29 – Castle Rock Foreground** | M | M | M | L | n/a | n/a | M | Many users travel through the valley to access national parks, Forest Service, or other federal recreational lands |

**Narrative:**
The unit provides a visual backdrop for the surrounding valley.

BLM_0061190

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                    Date:  July 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **30 – Dry Creek Basin** | M | M | M | L | n/a | n/a | M | Proximity to urban areas, access to national forest |

**Narrative:**
Recreational use/access is evident and includes jeep trails and Tabeguache Mountain Bike Trail.

BLM_0061191

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                      Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 31 – Crystal Valley | H | H | M | L | n/a | n/a | H | Users visit the area to view the scenery. |

**Narrative:**
The Crystal Valley is located along a major highway which provides access to the Black Canyon of the Gunnison National Park as well as Curecanti National Recreation Area. The Gunnison National Forest is also accessed through the unit.

BLM_0061192

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                      Date:  July 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 32 – Uncompahgre Plateau | M | H | M | M | n/a | n/a | M | Users are not as sensitive to changes within the unit as they would be in other units in the area. |

**Narrative:**
The unit has many users because it is a bedroom community and is located en route to a national forest.

BLM_0061193

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                              Date: July 2009

Evaluators: Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **33 – Southeast Montrose Hills** | L | M | L | M | n/a | n/a | M | Users may have low sensitivity but adjacent land uses would be moderately sensitive to change. |

**Narrative:**
Users within the unit would have a low visual sensitivity; adjacent land uses would be moderately sensitive due to the unit being located in the visual foreground. The unit is the backyard of adjacent communities.

BLM_0061194

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  July 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **34 – Waterdog Foothills** | M | H | M | H | n/a | n/a | H | The highway running through the unit is the only route from the west to Gunnison and a major route to the Black Canyon of the Gunnison National Park. |

**Narrative:**
The unit contains a lot of private land. A highway goes through the unit, and there are access points to the Black Canyon of the Gunnison National Park and Gunnison Gorge NCA.

BLM_0061195

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                    Date: July 2009

Evaluators: Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 35 – Cimarron Valley | H | H | M | H | n/a | n/a | H | Within view of travel corridor Highway 50, en route to Gunnison and Montrose; a hidden gem |

**Narrative:**
Uses include day use recreation, photography, hunting, camping, forest access, private residences, and cabins. The unit is bordered by special areas including a State wildlife area, national forest, Black Canyon of the Gunnison National Park, and wilderness area.

BLM_0061196

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  July 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 36 – Spruce Mountain | H | M | L | M | n/a | n/a | H | Users in the unit would be very aware of and sensitive to scenic quality. |

**Narrative:**
High-end real estate is evidence of people's appreciation for scenic quality.

BLM_0061197

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                    Date:  July 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 37 – Ridgway Reservoir | H | H | H | H | H | n/a | H | State Park |

**Narrative:**
Ridgway State Park and Reservoir is a destination adjacent to Ridgway and along a highway. Users would go to enjoy the water as well as the setting.

BLM_0061198

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                      Date:  July 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **38 – Cimarron Ridge Foothills** | H | M | M | M | n/a | n/a | M | Moderate amount of use and public interest |

**Narrative:**
Users include outfitters, anglers, recreationists, sightseers, and high-end homeowners. Adjacent land uses would be moderately sensitive to change as it provides a backdrop for their setting.

BLM_0061199

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                      Date: July 2009

Evaluators: Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 39 – Pleasant Valley | H | H | H | H | n/a | n/a | H | Many users with high sensitivity to visual values |

**Narrative:**
The location on the San Juan Skyway, homes, community, and the fact that people live here to enjoy the beauty of the outdoors contribute to high visual sensitivity.

BLM_0061200

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                    Date:  July 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **40 – Uncompahgre Canyon** | H | H | H | H | n/a | n/a | H | Located on the Unaweep Tabeguache Scenic and Historic Byway |

**Narrative:**
The area is well-known for its scenic beauty and is a popular location for recreationists and second homes.

BLM_0061201

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  July 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 41 – Mount Sneffels Foothills | H | H | H | H | n/a | n/a | H | Unit would have many users who are highly sensitive to visual values. |

**Narrative:**
High-end properties, Forest Service access, San Juan Skyway, town of Ridgway, and being the foreground for spectacular adjacent scenery makes sensitivity for the unit high.

BLM_0061202

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                    Date: June 2009

Evaluators: Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 42 – Upper San Miguel River | H | H | H | n/a | H | n/a | H | "The" route to Telluride |

**Narrative:**
The northwestern portion of the unit includes the Unaweep Tabeguache Scenic and Historic Byway and the San Miguel Area of Critical Environmental Concern; the southeastern portion includes the San Juan Skyway.

BLM_0061203

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 43 – Beaver Mesa Complex | H | M | M | L | n/a | n/a | H | Travel corridor to National Forest and private residences (high-end real estate) |

**Narrative:**
The unit contains recreational corridors to national forest and private residences/ranches.

BLM_0061204

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                              Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 44 – Oak Hill | H | H | M | M | n/a | n/a | H | Travel corridor and residential area |

**Narrative:**
The unit is located on a travel route to national forest as well as Lone Cone Mountain and lands to the south. Current residents may have moved to this area because of high scenic quality.

BLM_0061205

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                        Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **45 – Hamilton Creek** | H | M | M | L | n/a | n/a | M | Area does not receive a lot of use; users would be moderately sensitive |

**Narrative:**
National forest access and Miramonte Reservoir access; private high-end real estate/ranches.

BLM_0061206

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 46 – Hamilton Mesa | M | L | L | L | n/a | n/a | L | Private land; top not visible from valley floor |

**Narrative:**
The mesa top is mostly private land with one section of State land. Development would be at the owner's discretion and not visible from the valley floor.

BLM_0061207

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter,

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **47 – Naturita Canyon** | M | M | M | L | n/a | n/a | M | Undeveloped canyon close to community in the urban/wildland interface |

**Narrative:**
Major national forest road access passes through the unit. It is not visible from the Norwood valley but is visible from the Unaweep Tabeguache Scenic and Historic Byway when traveling east from Naturita.

BLM_0061208

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                   Date:  June 2009

Evaluators:  Gary Long, Kate Schwarzler, Lindsey Utter, Julie Jackson

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **48 – Norwood Valley** | | M | M | L | n/a | n/a | M | Rural valley; primary residence for most of the valley population |

**Narrative:**
The unit comprises a small, agriculture-based area and a bedroom community for Telluride.

BLM_0061209

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                      Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 49 – San Miguel—Piñon to Beaver Creek | H | M | H | M | H | n/a | H | Part of the San Miguel Area of Critical Environmental Concern |

**Narrative:**
Uses include placer mining and recreation (rafting). This is a dead-end canyon that attracts visitors for a specific purpose.

BLM_0061210

Form 8400-6
(September 1985)
(Format Modified 2008)

## UNITED STATED
## DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

### SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                   Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 50 – Mailbox Park | M | L | L | L | n/a | n/a | L | Off the beaten path and not anyone's immediate viewshed |

**Narrative:**
The unit is a high spot between Norwood Valley and First Park/Second Park. It does not appear to be a destination where scenic quality is valued.

BLM_0061211

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                        Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **51 – Naturita Ridge** | M | L | M | M | n/a | n/a | M | In viewshed of a scenic byway and communities nearby |

**Narrative:**

In addition to the Unaweep Tabeguache Scenic and Historic Byway, the unit is in view of First Park and Second Park, Wright's Mesa, and Mailbox Park.

BLM_0061212

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                    Date: June 2009

Evaluators: Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **52 – Dry Creek Canyon** | L | L | M | L | L | n/a | M | More intact because of limited access |

**Narrative:**

Poor access limits use. The area is of local interest.

BLM_0061213

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                 Date: June 2009

Evaluators: Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **53 – San Miguel— Vancorum to Piñon** | L | H | M | L | n/a | n/a | M | Portions are located on a scenic byway. |

**Narrative:**
This stretch of the river has more impact from development (power plant) than other stretches of the river and is within view of the Unaweep Tabeguache Scenic and Historic Byway.

BLM_0061214

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SENSITIVITY LEVEL RATING SHEET

Field Office: Uncompahgre                                    Date: June 2009

Evaluators: Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 54 – Third Park | M | M | M | H | n/a | n/a | M | Close to town, easy to access, with a variety of uses |

**Narrative:**
Uses of this unit include some recreation, ranching, mining, and hunting (a lot of game). The Paradox Trail goes through the unit. Third Park provides a backdrop for the town of Nucla and is adjacent to the Tabeguache Special Management Area.

BLM_0061215

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **55 – First Park/ Second Park** | H | H | H | L | n/a | n/a | H | This unit is a community with private residences. |

**Narrative:**
A residential and agricultural area.

BLM_0061216

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 56 – Sawtooth Ridge | L | M | M | H | n/a | n/a | M | Out of sight from the Unaweep Tabeguache Scenic and Historic Byway and Highway 90. Unless one is working there it may not be a destination. |

**Narrative:**

Mostly mining/oil and gas with some recreation. Beautiful canyons and scenic byway surround the unit.

BLM_0061217

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                      Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 57 – Sawtooth Ridge Face | L | M | H | L | n/a | H | H | A prominent feature that is within view when traveling east to west on Highway 90 |

**Narrative:**
The unit is located along a highway. There is local appreciation for the scenic quality of the area, and new residents often move here because of scenic quality of the landscape. The wall is visible and the angle of observation is direct; views are unobstructed.

BLM_0061218

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

### SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter, Amanda Rainey, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 58 – Davis Mesa | L | L | L | H | n/a | n/a | L | Industrial use is a priority. |

**Narrative:**

Davis Mesa does not catch the eye as much as the Sawtooth Ridge Face when traveling on Highway 90. A lot of uranium mining and grazing activity.

BLM_0061219

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter, Amanda Rainey, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 59 – Dolores River Canyon WSA | H | M | H | L | H | n/a | H | A Wilderness Study Area and distinctive river corridor |

**Narrative:**

The river has an active float season during the spring.

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                          Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **60 – Wray Mesa** | L | L | L | M | n/a | n/a | L | Not really seen or a scenic destination |

**Narrative:**

Not highly accessible or a destination. Fuel treatments, bordered by WSA.

BLM_0061221

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                          Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter, Amanda Rainey, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 61 – Paradox Valley | H | H | H | H | n/a | n/a | H | Tourist route between Telluride and Utah |

**Narrative:**

Agriculture and a history of irrigated fields; that is why people moved into the area.

BLM_0061222

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                                  Date: June 2009

Evaluators: Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 62 – Middle Dolores Canyon | H | M | H | L | L | n/a | H | Hanging flume, scenic byway |

**Narrative:**

This section is the most scenic and historic section of the Unaweep Tabeguache Scenic and Historic Byway within the Field Office.

BLM_0061223

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office: Uncompahgre                          Date: June 2009

Evaluators: Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **63 – San Miguel/ Tabeguache** | H | M | H | L | M | n/a | H | Part of the Unaweep Tabeguache Scenic and Historic Byway. Canyon begins to narrow and all views are within the foreground/ middleground. |

**Narrative:**

The unit receives a high volume of visitation through highway travel and river floating, and is the object of significant local interest.

BLM_0061224

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **64 – Tabeguache SMA** | H | L | L | M | H | n/a | H | Special Management designation |

**Narrative:**
The Special Management Area extends into the Forest Service land where there are special archeological sites. Access is extremely limited and local people do not seem to have a heightened visual sensitivity to it.

BLM_0061225

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 65 – Atkinson Mesa | L | L | L | L | n/a | n/a | L | Out of the way for most people; no easy access to national forest |

**Narrative:**

Past resource management decisions regarding minerals and vegetation suggest that scenic quality is not a high priority in the area. The unit is not visible from the Unaweep Tabeguache Scenic and Historic Byway and can only be seen from on top or from Carpenter Mesa, Sawtooth Ridge, or Third Park.

BLM_0061226

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 66 – Lower Dolores River | M | M | M | L | L | n/a | M | Portions are within view from the Unaweep/Tabeguache Scenic Byway |

**Narrative:**

Landscape has noticeable human presence. No on-the-ground evidence that maintaining visual quality is a priority.

BLM_0061227

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Kate Schwarzler

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 67 – Sewemup Mesa Wilderness Study Area | H | M | H | L | H | n/a | H | Wilderness Study Area |

**Narrative:**
Management goal includes protecting scenic quality.

Appendix B: Sensitivity Level Ratings • Page B-70

*BLM Uncompahgre Field Office • Visual Resource Inventory*

BLM_0061228

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter, Dean Stindt

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **68 – Roc Creek** | H | L | M | L | n/a | n/a | H | Adjacent to the Dolores River Canyon WSA and the Unaweep Tabeguache Scenic and Historic Byway |

**Narrative:**

Local adjacent landowners exhibit a high degree of care and compassion for the area. A remote area with extraordinary scenic beauty.

BLM_0061229

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                             Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 69 – Carpenter Ridge | M | L | L | L | L | H | H | Identified in the San Juan/San Miguel RMP as an outstanding scenic area |

**Narrative:**

The Paradox mountain bike trail runs through the unit; OHV activity.

BLM_0061230

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**SENSITIVITY LEVEL RATING SHEET**

Field Office:  Uncompahgre                    Date:  June 2009

Evaluators:  Gary Long, Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| **70 – La Sal Creek** | M | M | H | H | H | n/a | H | Only major route between west/central Colorado and Utah |

**Narrative:**

Historic mine is within the unit. The major paved highway from Telluride/Moab passes through the unit. Borders Wilderness Study Area.

BLM_0061231

Form 8400-6
(September 1985)
(Format Modified 2008)

UNITED STATED
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## SENSITIVITY LEVEL RATING SHEET

Field Office:  Uncompahgre                                Date:  July 2009

Evaluators:  Julie McGrew, Lindsey Utter

| SENSITIVITY LEVEL RATING UNIT | TYPE OF USE | AMOUNT OF USE | PUBLIC INTEREST | ADJACENT LAND USES | SPECIAL AREAS | OTHER FACTORS | OVERALL RATING | EXPLANATION |
|---|---|---|---|---|---|---|---|---|
| 71 – Maverick Mesa Complex | L | L | L | M | n/a | n/a | L | Extensive road systems and mineral exploration/development |

**Narrative:**
Largely a pinyon/juniper woodland with extensive mineral exploration and development. Has capacity to absorb visual impact but roads and development are seen throughout the area.

BLM_0061232



City of Delta Comprehensive Plan
Existing Land Use – Plan Area

Legend

- Delta City Limits
- PlanArea
- Residence on Ag Land
- Vacant
- Single Family Residential
- Mobile Home Park
- Multi-family Residential
- Community Facility
- Parks
- Public Land
- Irrigated Agricultural
- Unirrigated Agricultural
- Commercial
- Intensive Commercial
- Multiple Commercial
- Industrial

1:22,000

BLM_0061233



City of Delta Comprehensive Plan
Existing Land Use - Core Area

Legend

Delta City Limits
100 Year Flood Plain
Residence on Ag Land

Existing Land Use

Vacant
Single Family Residential
Mobile Home Park
Multi-family Residential
Community Facility
Parks
Public Land
Irrigated Agricultural
Unirrigated Agricultural
Commercial
Intensive Commercial
Multiple Commercial
Industrial

1:5,000

BLM_0061234



City of Delta
Downtown Streetscape
and
Highway Beautification Plan
2008

**Legend**

- ᴍ  Conservation Easements
- Railroad
- Proposed Truck Route
- Highway Beautification
- Downtown Streetscape
- Delta City Limits
- Water
- Delta Roads

0   0.5   1
Miles

BLM_0061235



Norwood Master Plan
Future Land Use Plan
Park included (location to be decided)
Park included (location to be decided)
COUNTY RD W35
COUNTY RD AA42
W HOMESTEAD RD
PIONEER RD
E HOMESTEAD RD
COUNTY RD 42Z N
COUNTY RD 43Z N
COUNTY RD 43.5AA
COUNTY RD Z42
COUNTY RD 41.1Z
COUNTY RD Z44
COUNTY RD 44Z N
WOODSTOCK RD
HWY 145
MONTICELLO ST
NORTH ST
SUMMIT ST
GRAND AVE
NATURITA ST
SAN MIGUEL ST
KIWI ST
PARADOX ST
LONE CONE ST
CORTEZ ST
PEARL ST
ASPEN ST
LINCOLN ST
SPRUCE ST
CEDAR ST
PINE ST
LUCERNE ST
MARKET ST
MESA ST
FOREST ST
PONDEROSA ST
JUNIPER ST
HAZEL ST
COUNTY RD Y43
COUNTY RD 42Z S
COUNTY RD 43Z S
COUNTY RD 44Z S
THUNDER RD
LA MESA VISTA DR
FITTS VIEW DR
SPRUCE DR
Geographic Information Systems
SAN MIGUEL COUNTY COLORADO
www.sanmiguelcountymaps.org
San Miguel County GIS Department
333 W Colorado Ave, 2nd Floor
PO Box 1170, Telluride, CO 81435
970-369-5470 gis@sanmiguelcounty.org
DISCLAIMER: This information is a product of the San Miguel County GIS Department and is intended for the display of relative positions and locations only. Users of this information agree that no assertion or warranty of any kind has been made by San Miguel County as to its accuracy.
Legend
Ditch
Town
Trails
Norwood Master Plan Area
Streets
Future Streets
Parcels
Future Land Use
NAME
COMMERCIAL
LIGHT INDUSTRIAL
PUBLIC
RESIDENTIAL
N
NOT TO SCALE
PREPARED BY: San Miguel County GIS (HW), 20080225
(/GISProjects/NON_COUNTY/GOVT AGENCIES/NORWOOD/20080225_NORWOOD_FLU_D.mxd)

BLM_0061236



TOWN OF PAONIA
2007
TOWN OF PAONIA
ZONING LEGEND
C-1
C-2
C-2 PUD
I-1
P
R-1
R-1 PUD
R-2
R-2 PUD
R-3
DR
"Y" LAND SPLIT
EAGLE'S ADDITION
COLORADO HIGHWAY 187
FLAGER ADDITION
RIVER PROPERTY
C.C.E. ADDITION
HUFF 2ND ADD.
DEL RIO
SCHOOL
FIFTH STREET
LEE'S HOME PARK
NORTH FORK
WILCOX
DRAKE
CITY PARK
PARK
UNION PACIFIC RAILROAD
APPLE VALLEY PARK
PAN AMERICAN 2ND
PANAMERICAN 1ST
CREEK VISTA CROSSING
RV
TWIN LAKES
ORIGINAL TOWN
HALEY
HAWKINS & MOLLER
HAMMOND
MINNESOTA
KRAUL
DORRIS
DORRIS 2ND
FOOTE & WILLIAMSON
ROVAART
ROVAART 2ND
GOODENOW
MATHEWS
JAQUISS
FREE
JACOBSON
LIVINGSTON
ACHZIGER
B. R.
TOWN OF PAONIA
DELTA COUNTY, COLORADO
SCALE: 1"=300'
Wilmore and Company
Professional Land Surveying Inc.

# PERSPECTIVES ON UTE ETHNOHISTORY IN WEST CENTRAL COLORADO

PREPARED FOR

Ute Indian Tribe of the Uintah and Ouray Reservation,
Ute Mountain Ute Tribe, and Southern Ute Indian Tribe



AND

Bureau of Land Management Colorado State Office
Glenwood Springs, Grand Junction and Uncompahgre Field Offices





DOMINQUEZ ARCHAEOLOGICAL RESEARCH GROUP

BLM_0061238

# PERSPECTIVES ON UTE ETHNOHISTORY
# IN WEST CENTRAL COLORADO

Prepared for

Ute Indian Tribe of the Uintah and Ouray Reservation,
Ute Mountain Ute Tribe, and Southern Ute Indian Tribe

and
Bureau of Land Management Colorado State Office
Glenwood Springs, Grand Junction and Uncompahgre Field Offices

Purchase Order No. L07PX00794

Prepared by
Richard Ott, Project Coordinator, DARG

With contributions by

Betsy Chapoose, Director of Cultural Rights and Protection Department,
Ute Indian Tribe of the Uintah & Ouray Reservation,

Clifford Duncan, NAGPRA Consultant,
Ute Indian Tribe of the Uintah & Ouray Reservation

Terry G. Knight Sr., NAGPRA Liaison,
Ute Mountain Ute Tribe
and
Lynn Albers, Research Associate, DARG
Carol Patterson, Research Associate, DARG

Dominquez Archaeological Research Group, Inc. (DARG)

December 6, 2010

FINAL REPORT
(Edited for general release June, 2011)

BLM_0061239

*Front Cover:* Detail of a map of North America published in 1823 by James Wyld. Compiled from early nineteenth century surveys by Humboldt, Pike, Lewis and Clarke, MacKenzie, and other explorers, the map serves to illustrate then current Euroamerican perspectives on the Utes and their homelands in central and northwestern Colorado. (Wyld 1823).

BLM_0061240

# TABLE OF CONTENTS

Acknowledgements ............................................................................v

Preface.........................................................................................vi

Executive Summary ..........................................................................1

Introduction ..................................................................................4

    Project Background ......................................................................4

    Project Area ..............................................................................5

    Project Objectives .......................................................................6

    Participants ...............................................................................6

    Project Milestones.......................................................................7

    Archival Research .....................................................................15

Literature Review and Research Context...........................................17

    Ute Perspectives .......................................................................18

    Archaeological, Anthropological and Ethnohistorical Perspectives..21

    Cultural Resource Management Perspectives.............................33

Overview of Ute Ethnohistorical Themes...........................................47

Ute Sites in the Project Area ..............................................................64

Summary and Management Recommendations .................................65

References Cited .............................................................................73

Selected Appendices

    Appendix E: Ethnobotanical Field Notes .................................E-1

    Appendix F: Notes on Colorado Wickiup Project ....................F-1

    Appendix G: Online Archival Sources........................................G-1

BLM_0061241

**Figure 1:** These scenes of Ute people in daily life reflect the time span on which this project was focused — that is, from the earliest written Euroamerican records of the study area to the present day.



(Top)  Utes traveling west on the White River ca. 1900, at the place where Dominguez and Escalante, guided by a Ute, turned west on the same trail in 1776. Their pack horses were probably carrying deer hides harvested upriver, perhaps on Yellow Creek. The photograph was taken at the place where present Rangely Airport is located.



(Middle) A Ute couple, somewhere in eastern Utah, probably on Uintah and Ouray Reservations lands, early 1900s. (Uintah County Library Regional History Center)

(Bottom)  Scene at the first Smoking River Pow Wow in Meeker, Colorado, July 2008.



iv  *Perspectives on Ute Ethnohistory in West Central Colorado*

BLM_0061242

# ACKNOWLEDGEMENTS

From its outset this project was a collaborative effort of people engaged, so to speak, on the "front lines" in on-going efforts to preserve, study and understand Ute cultural connections that run deep in the lands of western Colorado. Many of the participants have dedicated years of professional endeavor toward this end, and they have experienced first-hand the ubiquitous and seemingly intractable difficulties of bridging cultural differences which can be traced back through nearly five hundred years of shared Ute and Euroamerican history. Nevertheless, those who joined this effort acknowledged the importance of helping to bridge these differences by working together on a more fundamental, personal level; recognizing that the land, and the future, connects us all.

Ute tribe representatives, Bureau of Land Management staff, and DARG support staff participating in the project included:

**Representatives of the Ute tribes:**
Betsy Chapoose, Director of Cultural Rights and Protection Department for the Ute Indian Tribe of the Uintah & Ouray Reservation; Clifford Duncan, Ute Elder and NAGPRA Consultant, Ute Indian Tribe of the Uintah & Ouray Reservation; Terry Knight, NAGPRA Representative, Ute Mountain Ute Tribe; Lynn Hartman, Assistant to Terry Knight; and Neil Cloud, NAGPRA Representative, Southern Ute Tribe.

**BLM Field Office Archaeologists:**
Aline LaForge, GJFO; Cheryl Harrison, GSFO; and Glade Hadden, UFO.

**BLM Field Office Managers:**
Jamie Connell, GSFO; Catherine Robertson, GJFO; and Barbara Sharrow, UFO.

**DARG Research Associates:**
Richard Ott, Project Coordinator; Lynn Albers, Ethnobotany Studies; Carol Patterson, Rock Art Studies and Archival Research; Curtis Martin, Colorado Wickiup Project; and Carl Conner, President.

We gratefully acknowledge the helpful advice and shared experience of USFS archaeologist Sally Crum, who has worked diligently for years on building bridges with the Utes. We also extend our deep appreciation to Western Sky Investments LLC for their generous support in providing accommodations and facilities for the project's general planning meeting at Gateway Canyons Resort.

*"When people try to do something together, their attitude is the most important thing."*
— Clifford Duncan (2008)

## PREFACE

*We have crossed many bridges already. And the last bridge is this: that we are in same house, wearing the same clothes, talking the same language. We can't go back over the bridge. That's gone. But we can look back.*

*But then let's talk about something that we're trying to save today, that's going to make it to that next bridge. If we don't, we are going to destroy that too. So we're both going to be walking separate paths to that same bridge. Cause when that bridge collapses, we're both going to lose.*

— Clifford Duncan (2003b)

In the Ute language there is no word for ethhnohistory, archaeology, or anthropology.

In the English language countless reports, articles, books, government policies and even laws have been written about those things, with diverse and often conflicting ideas about what they mean, why they matter, and how they should inform our relationships with one another.

This project tried to operate in the middle ground of these strikingly different perspectives, seeking to identify mutual interests and shared values attached to the land and life of west central Colorado. Our hope was and is to participate in a meaningful and effective way in decisions that will shape those lands in the future

In our first planning meeting discussions Ute participants asked: Who are you? What are you trying to do? and Why are you doing this?

BLM participants asked: What are your "cultural heritage needs"? What areas should we work to protect from other uses? Why are those areas important to the Utes? How can we work together more effectively?

This report is a beginning attempt to answer those questions.

BLM_0061244

 

 

**Figure 2:** Members of the Ute treaty delegation in Washington, D.C. March 2, 1868 (Shindler 1868). These images are among the earliest photographs taken of Utes.

It was customary for Indians visiting Washington, invariably for the purpose of treaty negotiations and land cessation agreements, to be photographed for the Smithsonian Institution. Such images were often reproduced commercially and were widely popular in Europe and America, helping to reinforce stereotypic White attitudes towards Indians. Both imaginary and ideological, these attitudes in turn fed the polemics of America's nineteenth century "manifest destiny" to colonize, and Christianize, the West (Berkhofer 1978, Stedman 1986).

Left to right, top to bottom: Chippin (Always Riding); Nick-a-a-god (Green Leaf), White River (Yampa) Ute; Suriap, White River (Yampa) Ute, and Pe-ah (Black Tail Deer), Grand River Ute.

BLM_0061245



Uintah and Ouray Reservation

Ute Mountain Ute Reservation

Southern Ute Reservation

Historic Ute homelands*

Ute hunting, raiding and trading territory*

Project study area and BLM field office boundaries

0    50    100    Miles

\* Approximate extent of core territory and areas of economic forays generalized from Simmons (2000), Callaway et al. (1986), Jorgensen (1972), and Stewart (1971).

**Figure 3:** The project study area included BLM's Glenwood Springs, Grand Junction and Uncompahgre (Montrose) Field Offices. These administrative units are located entirely within the Utes' historical homelands.

The Glenwood Springs Field Office (GSFO) manages 559,849 surface acres in Garfield, Mesa, Eagle, Pitkin, Routt and Rio Blanco Counties. The Grand Junction Field Office (GJFO) manages 1,346,832 million surface acres in Mesa, Garfield, Montrose and Delta Counties, and the Uncompahgre Field Office (UFO), headquartered in Montrose, manages 926,655 surface acres in Montrose, Ouray, Delta, Gunnison, San Miguel and Mesa Counties (BLM 2009).

BLM_0061246

# EXECUTIVE SUMMARY

During 2008 the Bureau of Land Management's (BLM) Glenwood Springs (GSFO), Grand Junction (GJFO), and Uncompahgre (UFO) Field Offices in Colorado conducted a Ute Ethnohistory Project in collaboration with the three Ute Tribes that traditionally lived on lands within the field offices' administrative boundaries. The project brought together representatives of the Ute Indian Tribe of the Uintah and Ouray Reservation (Northern Utes), the Ute Mountain Ute Tribe, and the Southern Ute Indian Tribe with BLM field office cultural resource staff and managers.

The project was intended to support agency plans for future cultural resource management in the three participating BLM field offices by documenting current Ute heritage needs. Project activities included site visits by Ute tribal representatives and BLM staff on public lands managed by the BLM in each of the three field offices, and a review and synthesis of existing historical, ethnographic and archaeological data pertaining to Ute heritage in the study area. Dominquez Archaeological Research Group (DARG), a non-profit cultural resources research consortium headquartered in Grand Junction, provided research support, project coordination, and report preparation.

The project area, which comprises the three participating BLM field office administrative areas (Figure 3), has experienced rapidly increasing energy development and recreational impacts in the past decade. Although only approximately 15% of BLM-managed public land within the field offices' administrative boundaries has been inventoried for cultural resources, hundreds of archaeological sites have been recorded in the project area, a significant number of which are thought to be of Ute cultural affiliation (Figure 4). Most of the previous cultural program work in the project area was completed in compliance-driven response to potential direct impacts from identified projects. Systematic Native American consultation in the project area, on both a programmatic and project-specific basis, began only within the past decade. As a consequence, archaeological and ethnohistorical databases for the project area, though improving, lack sufficient depth and reliability to fully inform BLM planners regarding Ute cultural heritage concerns.

The Ute Ethnohistory Project was conceived as a long-term partnership and research project among the Ute Tribes, BLM, and professional cultural heritage specialists. The broad goals of the project are to identify areas and sites of cultural and religious importance to the Ute people, to preserve and protect Ute cultural heritage values that are embedded in public lands, and to encourage and support the Utes' traditional use of those lands.

A number of key themes relevant to the project goals were identified in the course of the project:

- Legal, social, scientific and religious points of view attach to cultural resources on public lands. Each of those perspectives must be considered, in good faith, in land management planning, policy and programs.
- The Utes' traditional and historical culture is based in nature and places deeply-held values on the living landscapes that were home to their ancestors. Their spiritual and emotional connections to their Colorado homelands remain strong, and are growing.

BLM_0061247

BLM_0061248

- Consultation and partnership with the Utes is vitally important to BLM's planning and cultural resources management decisions in its efforts to keep pace with increasing development and population pressures on public lands in the project area.

- Cultural programs that provide opportunities for Ute people — including elders, families and young people — to widely participate in and contribute to cultural resources research and preservation efforts are of immense benefit to all heritage stakeholders.

- Partnership and collaboration requires information parity. Much work is needed to improve information flow between tribal and agency cultural resources departments.

- Meaningful and effective tribal consultation, as well as informed land management decision-making, requires more than narrowly focused archaeological site information. Landscape-scale inventories, including environmental, ethnohistorical and ethnographic contexts, are generally lacking in the project area.

- Consultation processes are inconsistent across both tribal and agency cultural programs. Past efforts to clarify and improve communication and procedural protocols, including those undertaken in the course of this project, should be continued and expanded.

- A number of recent trends in cultural heritage preservation and cultural resources management, and within the disciplines of archaeology, anthropology and history, are beginning to address past short-comings in regard to Native American cultural and history. This project is a good beginning toward integrating and applying these new ways of understanding to the challenges of preserving and protecting Ute heritage on the public lands of Colorado.

This report examines these themes in some detail, looks at how they may apply to BLM's current and future planning activities, and recommends future actions that BLM can take to more fully integrate Ute heritage concerns into their cultural programs.

BLM_0061249

## INTRODUCTION

### Project background

The concept for a regional ethnohistoric overview began in early 2005 when archaeologists from the United States Forest Service (USFS), Bureau of Land Management (BLM), and National Park Service (NPS) met in a series of meetings to discuss the possibility of completing an interagency ethnohistory overview of the Ute in Western Colorado, expanding on a draft ethnohistory completed for the USFS-Grand Mesa, Uncompahgre, Gunnison Forest Plan Revision to include the NPS Colorado National Monument and two adjacent BLM Field Offices where upcoming landscape level plans were scheduled. The BLM submitted a funding proposal to the Washington Office in May 2005 based on a partnership proposal but by 2006 the NPS had decided to move forward on their ethnographic overview separately and the overview plans were put on hold. At the same time the USFS Grand Mesa Ranger District and BLM Grand Junction Field Office archaeologists were working locally to create a more meaningful relationship with the Ute Tribes and in June 2006 the first Ute Ethnobotany Project field workshop was held, bringing elders and students from the Northern Ute Tribe to visit heritage sites on federal and private land around the Grand Junction area. This hands-on project, first conceived of by the Northern Ute Cultural Rights and Protection Department Director, Mrs. Betsy Chapoose, continues to this day, holding two field workshops a year and the project was expanded in 2009 to include the creation of the Ute Learning Garden in partnership with the Northern Ute and Colorado State University Cooperative Extension Service.



**Figure 5:** Many historic Ute ███████ s have been found throughout the study area. BLM and the Colorado Historical Fund have supported recent efforts by the Colorado Wickiup Project to record such sites before they disappear.

The ethnohistory overview covering three BLM Field Offices was approved for funding in 2007. BLM managers and staff went before the three Ute Councils to present the project and ask for their commitment to the project by designating a project participant from their cultural staff who would come to meetings and field trips. Early on the challenge of travel distance, Colorado's terrain and unpredictable weather were recognized as

4  *Perspectives on Ute Ethnohistory in West Central Colorado*

BLM_0061250

potential barriers to having all participants attend all meetings. A quorum was not met by the Northern Ute Business Committee February 26, 2007 but the results of the Ethnobotany project were presented and a comment by Mr. Arrowchis, Vice-Chairman present at that consultation, is very pertinent to the project. He said that projects like this "could create ties that were lost" and "bring closer involvement with our sister tribes". Because the quorum was not met follow-up letters were sent to the Business Committee later in 2007.   Mr. Clifford Duncan discussed he and Mrs. Chapoose's participation in the project with the Chairman in September 2007 and  Mr. Cesspooch approved their participation. The project was presented to the Southern Ute Council May 30, 2007. Although the Chairman at the time, Mr. Clement Frost was present, a quorum was not met by the Council. Again follow-up letters were sent in the summer resulting in the commitment of Mr. Neil Cloud and Vice-Chairman Matthew Box to attend at least the initial planning meetings. The final Council meeting was with the Ute Mountain Ute Tribe on August 20, 2007, where a quorum was met. Mr. Terry Knight and Mrs. Lynn Hartman were designated as the representatives.



**Figure 6:** Members of the project workgroup walking ███████████████ GJFO field visits. The project study area encompasses hundreds of ██████████ used by the Utes' ancestors.

### Project Area

The three participating BLM field offices are located entirely within Ute ancestral homelands (Figure 3), and contain significant numbers of prehistoric and historic archaeological sites (Figure 4). Many of these sites contain a wealth of information and are eligible for the National Register of Historic Places, and many extant landscapes hold the potential for recognition as Ute traditional religious and cultural heritage areas.

The Glenwood Springs Field Office (GSFO) manages 559,849 surface acres in Garfield, Mesa, Eagle, Pitkin, Routt and Rio Blanco Counties. The Grand Junction Field Office (GJFO) manages 1,346,832 million surface acres in Mesa, Garfield, Montrose and Delta Counties, and the Uncompahgre Field Office (UFO), headquartered in Montrose, manages 926,655 surface

BLM_0061251

acres in Montrose, Ouray, Delta, Gunnison, San Miguel and Mesa Counties.

### Project Objectives

The Ute Ethnohistory project was intended to meet data gathering and management action development for Resource Management Plans now in development in each of the three BLM field offices. The project was tasked with creating documentary materials, as well as synthesizing existing ethnographic and archaeological data, using a combination of historical and anthropological approaches, to study and describe Ute cultural processes in the study area.



Project goals included bringing Ute tribal members to lands managed by the BLM in the three field offices, to document the current heritage needs of the tribes in both narrative reports and maps, and to synthesize information that can be brought forward into the agency plans for future heritage resource management.

**Figure 7:** McInnis Canyons National Conservation Area and Black Ridge Wilderness, located within GJFO boundaries on the northern flanks of the Uncompahgre Plateau, include numerous Ute cultural resources, including ethnographic landscapes. The NCA lies immediately west of Colorado National Monument.

The project was also charged with providing management recommendations for addressing Native American Religious Concerns; proposing approaches for future agency-tribal projects; identifying opportunities for developing management strategies with Ute participants for managing for traditional uses, suggesting ways for conducting more meaningful consultation to protect Ute Heritage on BLM lands, and identifying other issues or concerns revealed in the course of the project.

### Participants

The project variously included participation by BLM cultural resources staff, RMP staff and Field Office mangers, along with cultural affairs representatives from each of the three Ute tribes. Additionally, research associates from Dominquez Archaeological Research Group (DARG) participated as appropriate at several levels including project coordination and logistics, research support, and report preparation. Individual participants are identified in the Acknowledgments section of the report (page v) and in the participant details listed in Appendix A.

BLM_0061252

## Project Milestones

BLM staff began the project in late summer/fall 2007 with presentations to each of the three Ute Tribal Councils, explaining the goals and objectives of the project and requesting support for the project. On completion of these initial meetings, scheduling began for the first general planning meeting to discuss broad issues and set a specific agenda for the project.

### Gateway Planning Meeting

The first general meeting was held in Gateway, Colorado on November 28, 2007. Representatives of all invited organizations were in attendance, with the exception of Southern Ute Tribe representatives who were unable to attend due to weather concerns. A complete list of attendees appears in Appendix A.



Discussions were wide-ranging and productive and addressed all of the main goals of the meeting. Areas of discussion included: review and clarification of the project scope of work; general discussion of Ute issues and concerns related to the project; information and procedural needs required by the Ute Tribes to participate in a meaningful way; BLM field office needs and goals for the project; goals and sources for archival literature research; preliminary scoping and planning for BLM field office visits during early Spring 2008, and identification of tasks necessary to prepare for and schedule field office visits and subsequent site visits.

**Figure 8:** A late spring snow, as seen on the way up ██████████ Glenwood Springs, greeted the project workgroup during site visits in GSFO in June, 2008. A portion of the itinerary included Ute heritage areas not previously visited by Ute consultants.

General consensus was expressed by all participants regarding several broad goals and objectives for the project: 1) the project should be for the benefit of all Utes, not just certain tribes or bands; 2) the project should recognize that Ute culture is a living heritage, and cultural resource protection and preservation is a way to connect past and future; 3) the project should recognize that Ute cultural resources include not just archaeological sites, but also their relationship to land and natural resources; 4) the project should seek ways to include Ute young people working on the land together with Ute elders and families; and 5) the project should consider and fully explore all appropriate resource

BLM_0061253

management designations in developing management recommendations for the project report.

It was recognized that the Ute Ethnohistory Project is primarily focused on the Resource Management Plan needs of the BLM field offices, which are largely concerned in fulfilling legal, government to government obligations and responsibilities in the revision of these land use planning level documents. All participants expressed their commitment in their professional capacity to the protection and preservation of cultural resources, and further acknowledged the importance of also trying to work together on a more fundamental, personal level that might bridge differences between organizations and individual viewpoints.



Participants generally agreed that the project scope of work met the goals of the group and no new issues were identified that would require any major deviations from the planned work. Specific tasks and actions were agreed upon in order to move the project forward.

**Figure 9:** During site visits in GSFO, project members toured areas in Garfield County which are experiencing dramatic impacts from natural gas development activities.

Since 1999, drilling permits issued in the state have increased sixfold, and the Bureau of Land Management (BLM) has leased 5.2 million acres of federal land in Colorado for new energy exploration (NYT 2009).

Ute representatives identified several specific, practical information needs required for their meaningful participation in the project, beginning with the need for clear, simple maps showing project study areas and focused cultural resource data points. DARG support staff was tasked with production coordination for such materials by BLM GIS and cultural resources staff.

A workgroup session focusing on archive and bibliographic research was tentatively scheduled with Ute Mountain Ute representatives and DARG support staff. Goals included scoping and planning for integrating meaningful archive research into the project, and to avoid duplication of past efforts.

DARG support staff was also tasked with budgeting, scheduling and other planning activities in support of field office visits. Consensus of the group was to arrange for visits to all three

8  *Perspectives on Ute Ethnohistory in West Central Colorado*

BLM_0061254

field offices in a consolidated schedule to include Glenwood Springs, Grand Junction and Montrose over a two day period during early Spring 2008.

## Field Office Meetings

Field Office Meetings for the Project were held at Glenwood Springs, Grand Junction and Uncompahgre Field Offices March 11-13, 2008. Representatives from the Ute Mountain Ute Tribe, the Ute Tribe of the Uintah & Ouray Reservation, and the Southern Ute Tribe attended all three meetings with Bureau of Land Management personnel and project support staff from Dominquez Archaeological Research Group. A complete attendance list is attached in Appendix A.

Discussions at the meetings were productive and achieved targeted planning tasks. Ute heritage locations were reviewed using maps and documentary materials compiled by BLM and DARG staff. Discussions included summary overviews by DARG research associates in the fields of Ute ethnobotany, Ute wickiup studies, and Ute rock art.



**Figure 10:** Site visits in the GSFO included a distant view

A number of sites in the GSFO are located near rapidly growing population centers and BLM faces a difficult challenge managing sites near urban interfaces.

Ute heritage sites and general areas of Ute cultural interest were identified in each field office. Scope and quality of maps and documentation prepared for the meetings were reviewed and standards for future information sharing were identified. Information gaps were identified and tasks were assigned for compiling and distributing documentation for follow-on planning tasks. Scheduling and logistics issues for subsequent field visits were discussed.

Scheduling windows were identified in Summer and early Fall 2008 for reconnaissance field trips in each field office for Ute and BLM representatives and support staff. Field trips were planned to tour specific areas and sites and to share information in context.

During field office reviews of Ute heritage locations, Neil Cloud, representative for the Southern Ute Tribe, expressed his

BLM_0061255

view that Ute heritage resources in the project area are not of direct cultural interest to members of the Southern Ute Tribe. Pending consultation with his tribal council and other tribal members, he felt that the Southern Utes were unlikely to participate in subsequent site visits. BLM staff were to consult with the Southern Ute Tribal Council in this regard.

At the conclusion of the meetings, Ute representatives suggested that a presentation on the results of the project to date be made to the Tri-Ute Meeting scheduled for June 2008 in Towaoc, CO. BLM staff and Ute representatives planned to follow-up with their respective organizations in that regard.

### Site Visits—Glenwood Springs Field Office (GSFO)

A field visit to Ute heritage areas in the GSFO was conducted for the Project June 10-12, 2008. Representatives from the Ute Tribe of the Uintah & Ouray Reservation participated with Bureau of Land Management staff and support staff from Dominquez Archaeological Research Group (DARG). Representatives from the Ute Mountain Ute Tribe were scheduled to participate, but late-breaking schedule conflicts prevented their travel. The Southern Ute Tribe declined to participate. A complete participant list is attached in Appendix A.



**Figure 11:** Site visits in the UFO included this view of the south flanks of the Uncompahgre Plateau, above the ▮▮▮▮▮▮▮▮ Dominguez and Escalante's 1776 route led them through this area, where they encountered several groups of Utes.

A number of Ute seasonal camps, some with wickiups present, have been found near San Miguel Canyon near Norwood, where this scene was photographed. A wildfire burned about 800 acres in this same area in July 2009.

Tribal representatives were provided with maps and other documentation of cultural resources within the GSFO, with supporting materials that provided context relevant to special BLM management areas of concern and areas of Native American concern.

Participants toured field office areas for two full days, June 10 and 11, traveling over 500 miles through the Lower Colorado, Roaring Fork, and Eagle sub-areas of the GSFO. A portion of the itinerary covered areas of Native American concern not previously visited by Ute representatives. BLM mitigation approaches were reviewed at sites, and broad mitigation strategies for preserving traditional cultural landscape values were discussed. The itinerary

10   *Perspectives on Ute Ethnohistory in West Central Colorado*

BLM_0061256

provided numerous opportunities for participants to observe and discuss ethnographically important plants in spring bloom. Future, follow-up programs for harvesting traditional plants by Ute tribal members were also discussed. The tour route primarily ranged from urban interface areas in river valleys, through riparian areas, pinyon-juniper woodlands, and Gambel Oak and mountain shrub lands. Plans for visiting higher elevation montane and aspen woodlands were canceled due to impassable roads resulting from persistent snowpack and spring melt.

On June 12 participants met at BLM offices in Glenwood Springs with the GSFO RMP project leader and the field office manager to discuss scheduling and process issues for incorporating concerns of the Ute Tribes into the GSFO and Kremmling Field Office (KFO) RMP/EIS. Ute participants expressed interest in including traditional Native American cultural landscape values in the subheadings and other structural language in the RMP. Also discussed was the possibility of using a risk-analysis model for cultural resource and Native American RMP/EIS alternative analysis.



**Figure 12:** Workgroup participants discuss rock art interpretation and protection in the UFO with Field Office Manager Barbara Sharrow during site visits in ▮▮▮▮ ▮▮▮▮ scene of intense uranium activities in recent years.

The relationship of the Kremmling Field Office (KFO) RMP to the BLM Ute Ethnohistory project was discussed. Ute participants expressed concerns regarding tribal input and consultation for the Kremmling portion of the RMP without the opportunity to visit KFO areas of Native American concern, and the need to consult with other Native American tribes who may have cultural interests in the KFO.

The following action items were agreed upon:

• GSFO staff were to continue to work with Ute representatives to develop recommendations for including traditional Native American cultural landscape values in the draft RMP. Due to RMP scheduling, specific recommendations needed to be submitted by late July 2008 to be included in the draft document.

BLM reported 10,730 new filings for uranium mining claims on the Western Slope in 2007. In 2006, 5,205 claims were filed for the uranium rich region (mostly in Montrose and Mesa counties). These numbers are up dramatically from the 120 claims filed in 2003 (Chakrabarty 2008).

BLM_0061257

• It was recommended that KFO staff explore possibilities for scheduling a field office visit for tribal representatives. Representatives from the Uintah & Ouray Ute Tribe indicated their availability for a KFO field visit September 15-19, 2008. That suggested activity was beyond the scope of the current BLM Ute Ethnohistory Project and would need to be conducted independently.



• Maps and documentation prepared for this visit and a report of activities and discussions were to be delivered to Ute Mountain Ute tribal representatives who were unable to attend. A field visit to the GSFO by Ute Mountain Ute representatives was tentatively scheduled during the week of August 11-15, 2008, if needed.

• The next field visits were scheduled for August 19-20, 2008 in the Uncompahgre Field Office and September 8-10, 2008 in the Grand Junction Field Office.

**Figure 13:** Site visits in the GJFO included a tour of areas near Gateway where a major tourist resort is being developed on private land. The scenic and recreational values present on surrounding public lands are attracting increasing numbers of visitors, and the need for cultural resource conservation and interpretation is growing as well.

### Site Visits—Uncompahgre Field Office (UFO)

UFO staff arranged an extra-curricular site visit for members of the project workgroup during April 29-30, 2008. Funding for the event was not charged to the Ute Ethnohistory Project budget. Betsy Chapoose and Clifford Duncan from the Northern Utes participated, along with Terry Knight from Ute Mountain Utes. A number of BLM staff, including Barbara Sharrow, Field Office Manager, and several fire management staff members not directly affiliated with the Ethnohistory Project also participated. The itinerary for the visit included Ute heritage areas in the Norwood vicinity to observe Ute sites within a natural gas development and fuels reduction zone, as well as the ███████ area which is experiencing dramatically increased uranium activity, including a proposed uranium mill.

The scheduled project field visit in the UFO was conducted August 19-20, 2008. Representatives from the Ute Tribe of the Uintah & Ouray Reservation participated with Bureau of Land Management staff and support staff from Dominquez Archaeological Research Group (DARG). Mr. Terry Knight, representative from the Ute Mountain Ute Tribe was scheduled to

BLM_0061258

attend, but an unexpected loss of a family member prevented his participation. The Southern Ute Tribe did not participate. A complete participant list is attached in Appendix A.

Participants toured field office areas for two full days viewing areas not previously visited by Ute representatives. On August 19 the group travelled via ███████████ n the eastern flanks of the Uncompahgre Plateau to areas with ██████████ s and other Ute heritage resources. The ████████████████████████████ e boundaries of the proposed Dominguez-Escalante National Conservation Area and Dominguez Canyon Wilderness Area. Current archaeological and ethnohistorical research on ██████████ n western Colorado was discussed during the visit to the ████████████ Bad road conditions on ██████████████████████ of the area was obtained. On August 20 participants travelled to the Dry Creek area and visited ██████████ and locales with plant species of Ute traditional use. The area is of special travel management concern and participants were given an overview of conditions and shown examples of impacts in locales containing archaeological resources.



**Figure 14:** During the GJFO ████████████████ project members spotted a bear-scratched juniper adjacent to an early Ute site. Clifford Duncan remarked that it reminded him of the Ute story of the coyote's wig.

At the conclusion of field travel on August 20, participants met at BLM offices in Montrose for general discussion of the RMP process and topics of concern and interest to the Utes. Upcoming activities for the Ethnohistory Project were reviewed, and long-range ideas for continuing more meaningful consultation were discussed. The next field visit for the project was scheduled for September, 2008 in the Grand Junction Field Office.

<u>Site Visits—Grand Junction Field Office (GJFO)</u>

Ute heritage areas in the GSFO were conducted during September 9-11, 2008. Representatives from the Ute Indian Tribe of the Uintah & Ouray Reservation and the Ute Mountain Ute Tribe participated with Bureau of Land Management staff and support staff from Dominquez Archaeological Research Group

BLM_0061259

(DARG). The Southern Ute Tribe did not participate. A complete participant list is attached in Appendix A.

Participants toured field office areas for two full days viewing areas not previously visited by Ute representatives. During the afternoon of September 9 the group visited █████████████ and Ute heritage areas located along ████████████ in the Bookcliffs near ██████████ The challenges of mitigating human disturbances on cultural resources located in proximity to roads and highways was discussed, as well as the inevitability of natural deterioration of ████████████

On September 10, during the morning, the group travelled to the █████████ area for an overview of the McInnis Canyons National Conservation Area and to view the ████████████ ████████████████████ which passes through the NCA. Participants then visited the ███████████████ and discussed its relationship in proximity to Colorado National Monument areas the Utes had previously visited as part of an earlier ethnobotany project. During the afternoon participants travelled to the southern field office boundary on the Dolores River to view ████████ sites, then on to Sinbad Valley to view ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ the importance of maintaining these heritage resources to keep them accessible and usable. Participants also noted the relative abundance in Sinbad Valley of plant resources which are used for traditional basketry, and discussed the challenges of private land access in areas such as Sinbad Valley.

During the morning on September 11 the group drove to the ███████████████████████████████████████ to view a wickiup site and other sites of interest along the ████████████████ project, and discussed the relationship of modern roads and historic trails. Participants met at BLM offices in Grand Junction during the afternoon for a brief close-out meeting with the GJFO field office manager and RMP project manager to discuss the RMP process and topics of concern and interest to the Utes. Forthcoming activities for the Ethnohistory Project were reviewed, and long-range possibilities for improving the tribal consultation process were discussed. The importance of conducting consultation meetings, on location in the field, was emphasized by the Utes.

No further field visits were conducted during the Ethnohistory Project.

14   *Perspectives on Ute Ethnohistory in West Central Colorado*

BLM_0061260

## Archival Research

This project attempted to extend the archival research conducted and reported in previous Ute ethnohistorical studies. Discussion at the general planning meeting in Gateway, and subsequently, centered primarily on the collections held by the Ute Mountain Ute tribe and new research data from DARG's Colorado Wickiup Project. A workgroup meeting with DARG associates and Ute Mountain Ute representatives was tentatively scheduled for early 2008, but weather and later on-going scheduling problems prevented that activity from occurring.

During the project, DARG research associate Carol Patterson began assisting Clifford Duncan with cataloging for his private archives, which include a wide variety of materials collected over many years. That work is continuing.

DARG is also currently preparing a complete set of results from the Colorado Wickiup Project, comprising five volumes to date, for distribution this fall to all the Ute Tribes as well as the BLM field offices. Future results will be similarly shared.

During the early stages of work on this project, DARG also reviewed and compared catalogs of archival materials held at the Denver Public Library's Western History Collections and the Colorado Historical Society in Denver, the Center of Southwest Studies at Fort Lewis College in Durango, and the Ute Indian Museum in Montrose.

The project also focused on digital historical archives, which have proliferated online in recent years as a multitude of public and university libraries, museums, historical societies, and other organizations — in this country and abroad — have launched on-going digitization programs for collections including historical government records, photographs, maps, scholarly books and journals, newspapers and other materials. Repeated surveys of a number of these online repositories indicated that many of them are regularly adding new materials. Opportunities for online research in both primary and secondary sources are likely to continue to expand in the future. A bibliography of online digital sources identified during research for this project, selected for particular relevance to Ute studies, is presented in Appendix E.

*"In order to have a future, we have to have a past."*

— Terry Knight (2007)

BLM_0061261



**Figure 15:** Detail of Alexander von Humboldt's *Map of the Kingdom of New Spain* first published in 1809 (Humboldt 1811). The area shown includes the project area. The Great Basin was the "least explored and most poorly understood" region of Spain's northern frontier (Francaviglia 2005:41), and Humboldt's map includes numerous geographic errors. Nevertheless, in this detail, Humboldt identifies the "Yamparica" and "Tabeguachi" Ute bands, which can be traced forward to the present day White River and Uncompahgre Bands of the Northern Utes, respectively. The "Raguapui" may be antecedent to the "Mowataviwatsiu" (Figure 33) or "Sabuagana" (Figures 35-36) bands, who also merged with one or both of the northern Colorado Ute bands (Baker et al., 2007 and Simmons, 2000).

BLM_0061262

## LITERATURE REVIEW AND RESEARCH CONTEXT

A primary goal of this project was to integrate Ute perspectives into the land management planning activities of the three BLM field offices comprising the study area, insofar as they relate to cultural resources management (CRM) and Ute heritage needs. Identifying a meaningful context within which to place those points of view was the chief objective of the project's literature review. This process required consideration not only of Ute perspectives, but also how and to what degree those perspectives variously contrast and conform to the legal, regulatory and policy frameworks under which BLM conducts its cultural resource management responsibilities.

Further, a significant majority of the cultural resources on BLM lands — over 90% nationally — are prehistoric Native American or archeological sites according to estimates by the National Trust for Historic Preservation (NTHP 2006). In many respects, "cultural resources" and "archaeological sites" have come to be virtually synonymous in practice, at least on the western public lands that BLM manages, including those in our project study area. As one long-time CRM practitioner phrased it, "most people involved in Section 106 review are archeologists, who tend to mean 'archeological site' when they say 'cultural resource,' and who think of CRM as an endeavor in applied archeological research" (King 2004). There is rather more to say about this later.

Given these factors, the literature review for the project was approached from three angles of view: 1) Ute perspectives; 2) the social science perspectives of archaeology, anthropology, ethnohistory, and history; and 3) the cultural resources management perspectives of BLM and other public land management agencies, and historic preservation and cultural heritage communities.

One of our specific tasks stated in the scope of work (BLM 2007) was to "synthesize existing ethnographic or archaeological data (relevant to the study area), using a combination of historical



**Figure 16:** Unidentified Ute woman, ca. 1870-1890, posing for a studio portrait (DPL).

BLM_0061263

*"Indian history is no mere curiosity or sideshow in the drama of the American past. The two remain interwoven."*

— Ned Blackhawk (2006:3)

and anthropological approaches". In our review we included a look at some of the theoretical underpinnings of these disciplines in order to identify themes and issues of relevance to the broader integrative objectives of the project. Along the way we also attempted to historicize these themes to the degree necessary to point out relevant relationships to the other perspectives we discuss.

Discussions in this section focus on the broad contextual issues and themes outlined above. Discussion of specific ethnohistorical and archaeological information relevant to the study area and the objectives of this project follow later.

**Ute perspectives**

During the past decade or so a variety of materials have been published which explicitly approach Ute history and culture from a *Ute* perspective. Notable examples of such work include Forrest S. Cuch's (2000) *A History of Utah's American Indians*, William Wroth's (2000) *Ute Indian Arts & Culture: From Prehistory to the New Millennium*, Fred Conetah's (1982) *A History of the Northern Ute People*, and Clifford Duncan's (n.d.) online essay, *The Northern Utes of Utah*. A recent television documentary, part of *A Native History of Utah,* produced in conjunction with the national PBS series *We Shall Remain* (Green 2009), features Northern Utes sharing some of their personal and tribal stories, and describing their deep emotional and spiritual connections to ancestral Colorado homelands.

Several recent ethnographic and ethnohistorical studies, conducted mainly for federal agencies responsible for public lands in Colorado, have also focused strongly on Ute perspectives. These include: *The Ute relationships to the lands of West Central Colorado: An ethnographic overview prepared for the U.S. Forest Service* (Burns 2004); *Native American Oral History and Cultural Interpretation in Rocky Mountain National Park* (McBeth 2007); *Ethnographic Assessment and Documentation of Rocky Mountain National Park* (Brett 2003); *Traditional Plant Use Study: Bent's Old Fort National Historic Site and Sand Creek Massacre National Historic Site* (Campbell 2007); and *The Ute Ethnobotany Project (2007).*

The compilations edited by Cuch (2000) and Wroth (2000) include contributions by two of the Ute consultants who participated in this project. Clifford Duncan, Elder and NAGPRA Representative for the Ute Indian Tribe of the Uintah and Ouray Reservation, tells the story of "The Northern Utes of Utah" in Cuch (pp. 167-224). (He also appears in the PBS documentary video,

BLM_0061264

previously noted.) Terry G. Knight, Sr., Animas-LaPlata Project Cultural Resources and NAGPRA Liaison for the Ute Mountain Ute Tribe, contributed his views on "Ute Leaders of the Past" in Wroth (pp. 21-25). Both volumes also include contributions from other writers — Indian and White — who point out ways of looking at Ute history that challenge a variety of "mainstream" concepts of who the Utes are and what their role has been in American history.

A consistent theme is evident in all these examples. Forrest Cuch (2000:xii), executive director of the Utah Division of Indian Affairs, summed it up this way:

> For the most part, the histories of Utah's American Indian tribes have not been considered a viable and integral part of the history of the state of Utah (and Colorado). They have been treated as addenda or commentary rather than official textbook documentary. To quote Will Numkena (Cuch's predecessor as director of the Utah Division of Indian Affairs), 'Non-Indian authors have traditionally been the writers of Indian history. Therefore, it is their perceptions, understandings and views reflected in those writings. The reader is given a one-sided perspective without presentation of the Indian experience.' In other words, until this time, Indian history has been written by the conqueror, with little or no regard for those conquered.

The Utes are not alone in their call for a more balanced perspective on their tribal history. During the past several decades an "exponential expansion of Native American history offerings" has occurred in the history curriculums of American universities (Wunder 2007:603), and Indigenous challenges have stirred the waters within the domains of anthropology and archeology as well. One of the more notable examples of scholars working from this perspective is Ned Blackhawk, a Western Shoshone and Associate Professor of History and American Indian Studies at the University of Wisconsin. His (2006) *Violence Over the Land: Indians and*

**Figure 17:** Ute horsemen, photographed by H.S. Poley in 1899, as they crossed the Los Pinos River in LaPlata County. (Poley 1899).

BLM_0061265

*Empires in the Early American West* has won a number of ethnohistorical and historical literature awards, and in that work, as well as in several recent essays (2007a, 2007b), he has significantly raised the bar for anthropologists, ethnohistorians, archeologists and others who purport to know and understand Ute culture history.  His perspective on the Utes, and their complex and adaptive relationships with Euroamericans during four hundred years of shared history, will undoubtedly make an important contribution to "reconciling the dispossession of millions (of Indigenous people) and the making of America (Blackhawk 2006:3)."



**Figure 18:**  Utes in the Uintah Valley, photographed by J.K. Hillers of the Powell Expedition in 1873 or 1874. (Hillers 1873).

BLM_0061266

## Archaeological, anthropological and ethnohistorical perspectives

Europeans first became aware of Ute territory when Spanish explorers pushed their frontier northward into New Mexico in the sixteenth century. The Utes were "apparently engaged in trade with the sedentary Indians of New Mexico long before the arrival of the Spanish" (Tyler, 1954:345). "Yutas," as the Spanish came to call them, are mentioned repeatedly in early Spanish expedition and administrative records beginning as early as 1626 (Blackhawk, 2006:22), although such early references may have also included Southern Paiute and Chemehuevi groups because of their close language affiliation with the Utes (Tyler, 1954:345). It is clear, nevertheless, that Spanish explorers and colonists had knowledge of the Utes from the outset, and the Utes, in turn, had knowledge of the Spaniards' presence in New Mexico.



In 1765 Juan María Antonio Rivera led the first two recorded expeditions into western Colorado. Journals from these forays, however, remain unpublished. In earlier years other New Mexicans had travelled as "far north as the Gunnison River and as far west as the Colorado River" (Sanchez, 1997:x) seeking trade with the Utes, but they left no known records. Following Rivera, in 1776, Fathers Dominguez and Escalante led an expedition from New Mexico that circumnavigated the Utes' Colorado and Utah territories, retracing much of Rivera's earlier western Colorado route (Figures 19, 20 and 32). The Dominguez and Escalante expedition produced the first known map of Colorado Ute territory and the expedition's journal has provided a widely referenced documentary baseline of the Utes' presence in eighteenth century western Colorado (Chavez and Warner, 1976; Bolton 1950).

The Spaniards who went north from Santa Fe to western Colorado were "generally unconcerned with the cultural landscapes through which they traveled." Their agendas depended largely on their particular mission: "Missionaries proselytized; traders searched for hides, horses, and slaves; and armies and colonial authorities attempted to enforce imperial decrees." The documentary records they created along the way, as a consequence, offer only a fragmented and partial beginning to Ute ethnohistory — although they are "littered" with "narrow but critical" details about the Utes and other Great Basin people they encountered. (Blackhawk 2006:19).

**Figure 19:** First page from the Dominguez-Escalante Journal and one of several manuscript map copies showing a portion of the expedition's route (Library of Congress 2009).

BLM_0061267



**Figure 20:** Detail of one of the earliest known maps of western Colorado and the project study area, drawn by Miera y Pacheco who traveled through the area with the Dominguez and Escalante expedition in 1776 (Bolton, 1950). Several Colorado Ute bands are located on the map, and along with the written descriptions of Ute encounters in the expedition's journal, provide the earliest baseline picture of historic Ute territory.

BLM_0061268



**Figure 21:** (Above) Location of Numic tribes and linguistic groups as depicted by Fowler and Fowler (1971:6)

(Right) Numic is a member of the Uto-Aztecan language family that extends from the Great Basin to Central America (Wroth 2000:53). Pre-contact distribution map from Mithun (1999).



*Perspectives on Ute Ethnohistory in West Central Colorado*   23

BLM_0061269