U.S. Forest Service, 1990, Umatilla National Forest land and resource management plan, Oregon and Washington: U.S. Forest Service, Report no. 900237.

U.S. Forest Service, 1992, Rangeland ecosystem management in the Uinta National Forest, Provo, Utah: U.S. Forest Service, Report no. 920322, 189 p.

U.S. Forest Service, 1993, Six Rivers National Forest plan, Humboldt, Del Norte, Siskiyou, and Trinity Counties, California: U.S. Forest Service, Report no. 930340.

U.S. Forest Service, 1994, Revised land and resource management plan for the National Forests and Grasslands in Texas—Angelina, Fannin, Houston, Jasper, Montague, Montgomery, Nacogdoches, Newton, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Walker, and Wise Counties, Texas: U.S. Forest Service, Report no. 940385.

U.S. Forest Service, 1995, Draft environmental impact statement, Fish Bate analysis area—North Fork Ranger District, Clearwater National Forest, Clearwater County, Idaho: U.S. Forest Service, Technical Report.

U.S. Forest Service, 1995, Snowy Trail re-route, Ventura County, California: U.S. Forest Service, Report no. 950117, 109 p.

U.S. Forest Service, 1996, Snowy Trail re-route, Los Padres National Forest, Ventura County, California: U.S. Forest Service, Report no. 960524.

U.S. Forest Service, 2000, Silver Creek integrated resource project, Emmett Ranger District, Boise National Forest, Boise and Valley Counties, Idaho: U.S. Forest Service, Report no. 000241, 264 p.

U.S. Forest Service, 2001, Land and resource management plan, Uinta National Forest—Juab, Sanpete, Toole, Utah, and Wasatch Counties, Utah: U.S. Forest Service, Report no. 010142.

U.S. Forest Service, 2001, Starbucky restoration project, Red River Ranger District, Nez Perce National Forest, Idaho County, Idaho: U.S. Forest Service, Report no. 010274.

U.S. Forest Service, 2002, Sixshooter project, Emmett Ranger District, Boise National Forest, Gem County, Idaho: U.S. Forest Service, Report no. 020238, 201 p.

U.S. Forest Service, 2002, Uncompahgre National Forest travel plan revision, Gunnison, Hinsdale, Mesa, Montrose, Ouray, San Juan, and San Miguel Counties, Colorado (final supplement to the final environmental impact statement of April 2000): U.S. Forest Service, Report no. 020131, 92 p.

U.S. Forest Service, 2002, West Gold project, Sandpoint Ranger District, Idaho Panhandle National Forests, Bonner County, Idaho: U.S. Forest Service, Report no. 020484.

U.S. Forest Service, 2003, Big Bend Ridge vegetation management project and timber sale, Ashton/Island Park Ranger District, Caribou-Targhee National Forest, Freemont County, Idaho: U.S. Forest Service, Report no. 030225.

U.S. Forest Service, 2003, Cross-country travel by off-highway vehicles, Apache-Sitgreaves, Coconino, Kaibab, Prescott, and Tonto National Forests, Arizona: U.S. Forest Service, Report no. 030184, 235 p.

U.S. Forest Service, 2003, Duck Creek-Swains access management project, Cedar City Ranger District, Dixie National Forest, Iron, Garfield, and Kane Counties, Utah: U.S. Forest Service, Report no. 030343, 49 p.

U.S. Forest Service, 2003, Upper Bear timber sale, Council Ranger District, Payette National Forest, Adams County, Idaho: U.S. Forest Service, Report no. 030319, 478 p.

U.S. Forest Service, 2004, Duck Creek fuels treatment analysis, Cedar City Ranger District, Dixie National Forest, Kane County, Utah: U.S. Forest Service, Report no. 040535, 240 p.

U.S. Forest Service, 2004, French Face ecosystem restoration, Ninemile Ranger District, Lolo National Forest, Montana: U.S. Forest Service, Report no. 040336, 184 p.

U.S. Forest Service, 2005, Dean project area, Bearlodge Ranger District, Black Hills National Forest, Crook County, Wyoming: U.S. Forest Service, Report no. 050212, 192 p.

U.S. Forest Service, 2005, Final environmental impact statement for the access designation on the Ocala National Forest, Lake, Marion, and Putnam Counties, Florida: U.S. Forest Service, Technical Report.

U.S. Forest Service, 2005, Gallatin National Forest travel management plan, Gallatin, Madison, Park, Meagher, Sweetgrass, and Carbon Counties, Montana: U.S. Forest Service, Report no. 050231.

U.S. Forest Service, 2005, Rocky Mountain Ranger District travel management plan, Rocky Mountain Ranger District, Lewis and Clark National Forest, Glacier, Pondera, Teton, and Lewis and Clark Counties, Montana: U.S. Forest Service, Report no. 050236, 386 p.

U.S. Forest Service, 2006, Hoosier National Forest land and resource management plan—Final environmental impact statement: U.S. Forest Service, Technical Report.

U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service, 1997, George Washington National Forest land and resource management plan, Virginia and West Virginia (final supplement to the Final environmental impact statement of January 1993): U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service, Report no. 970046.

U.S. National Park Service, 1979, Proceedings of the conference on scientific research in the National Parks, San Francisco, California, November 26–30, 1979: Washington D.C., U.S. Forest Service.

U.S. National Park Service, 1998, Redwood National and State Parks general management plan, Del Norte and Humboldt Counties, California: U.S. National Park Service, Report no. 980290, 474 p.

U.S. Naval Facilities Engineering Command, 2003, Advanced amphibious assault vehicle, Marine Corps Base Camp Pendleton and San Clemente Range Complex, San Diego County, California: U.S. Naval Facilities Engineering Command, Report no. 030201.

U.S. Soil Conservation Service, 1990, Erosion, Grand Traverse County, Michigan: U.S. Soil Conservation Service, Technical Report.

Valentin, C., Poesen, J., and Li, Y., 2005, Gully erosion—Impacts, factors and control: Catena, v. 63, no. 2–3, p. 132–153.

van Der Puy, M.E., 1986, Rating erosion susceptibility, Proceedings of the fourth federal interagency sedimentation conference, Las Vegas, Nevada: Minneapolis, Minnesota, Federal Interagency Sedimentation Project, p. 2–1 to 2–7.

Walker, D.A., Webber, P.J., Everett, K.R., and Brown, J., 1977, The effects of low-pressure wheeled vehicles on plant communities and soils at Prudhoe Bay, Alaska: Hanover, New Hampshire, Cold Regions Research and Engineering Lab, Report no. CRREL–SR–77–17, 50 p.

Watson, J.J., Kerley, G.I.H., and McLachlan, A., 1996, Human activity and potential impacts on dune breeding birds in the Alexandria Coastal Dunefield: Landscape and Urban Planning, v. 34, no. 3–4, p. 315–322.

Webb, R.H., 1982, Off-road motorcycle effects on a desert soil: Environmental Conservation, v. 9, no. 3, p. 197–208.

Webb, R.H., 1983, Compaction of desert soils by off-road vehicles, *in* Webb, R.H., and Wilshire, H.G., eds., Environmental effects of off-road vehicles—Impacts and management in arid regions: New York, Springer-Verlag, p. 50–79.

Webb, R.H., 2002, Recovery of severely compacted soils in the Mojave Desert, California, USA: Arid Land Research and Management, v. 16, no. 3, p. 291–305.

Webb, R.H., Ragland, H.C., Godwin, W.H., and Jenkins, D., 1978, Environmental effects of soil property changes with off road vehicle use: Environmental Management, v. 2, no. 3, p. 219–233.

Webb, R.H., and Wilshire, H.G., 1983, Environmental effects of off-road vehicles—Impacts and management in arid regions: New York, Springer-Verlag, 534 p.

Webb, R.H., Wilshire, H.G., and Henry, M.A., 1983, Natural recovery of soils and vegetation following human disturbance, Environmental effects of off-road vehicles-impacts and management in arid regions: New York, Springer-Verlag, p. 279–302.

Wemple, B.C., Jones, J., and Grant, G., 1996, Channel network extension by logging roads in two basins, western Cascades, Oregon: Water Resources Bulletin, v. 32, no. 6, p. 1195–1207.

Wester, L., 1994, Weed management and the habitat protection of rare species—A case study of the endemic Hawaiian fern *Marsilea villosa*: Biological Conservation, v. 68, no. 1, p. 1–9.

Wiedemann, A.M., 1984, Ecology of Pacific Northwest coastal sand dunes—A community profile: Evergreen State College, Olympia, Washington, Report no. FWSOBS8404, 146 p.

Wilshire, H.G., 1977, Study results of 9 sites used by off-road vehicles that illustrate land modifications: U.S. Geological Survey, Technical Report, 22 p.

Wilshire, H.G., 1980, Human causes of accelerated wind erosion in California's deserts, *in* Coates, D.R., and Vitek, J.D., eds., Thresholds in geomorphology: London, George Allen and Unwin, p. 415–433.

Wilshire, H.G., 1983, Off-road vehicle recreation management policy for public lands in the United States—A case history: Environmental Management, v. 7, no. 6, p. 489–499.

Wilshire, H.G., 1983, The impact of vehicles on desert soil stabilizers, *in* Webb, R.H., and Wilshire, H.G., eds., Environmental effects of off-road vehicles-impacts and management in arid regions: New York, Springer-Verlag, p. 31–50.

Wilshire, H.G., and Nakata, J.K., 1976, Off-road vehicle effects on California's Mojave Desert: California Geology, June 1976, p. 123–132.

Wilshire, H.G., Nakata, J.K., Shipley, Susan, and Prestegaard, Karen, 1978, Impacts of vehicles on natural terrain at seven sites in the San Francisco Bay area: Environmental Geology, v. 2, no. 5, p. 295–319.

Wilshire, H.G., Shipley, Susan, and Nakata, J.K., 1978, Impacts of off-road vehicles on vegetation: Transactions of the North American Wildlife and Natural Resources Conference, v. 43, p. 131–139.

Wilson, J.P., and Seney, J.P., 1994, Erosional impact of hikers, horses, motorcycles, and off-road bicycles on mountain trails in Montana: Mountain Research and Development, v. 14, no. 1, p. 77–88.

Wolcott, T.G., and Wolcott, D.L., 1984, Impact of off-road vehicles on macroinvertebrates of a mid-Atlantic beach: Biological Conservation, v. 29, no. 3, p. 217–240.

Wright, R.C., and Burns, J.R., 1968, Mobility environmental research study—A quantitative method for describing terrain for ground mobility. Volume 2. Surface compound: Vicksburg, Mississippi, U.S. Army Engineer Waterways Experiment Station, Report no. AWES–TR–3–726–2, 99 p.

Zander, J., Ammer, U., and Breitsameter, J., 1988, Experimental studies on the effect of off-road traffic on topsoil compaction: Forstwissenschaftliches Centralblatt, v. 107, no. 2, p. 112–122.

Ziani, F., and Biarez, J., 1990, Pressure sinkage relationship for tyres on very loose sand: Journal of Terramechanics, v. 27, no. 3, p. 167–177.

## 1.2 OHV Effects on Vegetation

Agrawal, Y.K., Patel, M.P., and Merh, S.S., 1981, Lead in soils and plants—Its relationship to traffic volume and proximity to highway (Lalbag, Baroda City): International Journal of Environmental Studies, v. 16, no. 3–4, p. 222–224.

Ahlstrand, G.M., and Racine, C.H., 1993, Response of an Alaska, U.S.A., shrub-tussock community to selected all-terrain vehicle use: Arctic and Alpine Research v. 25, no. 2, p. 142–149.

Al-Awadhi, J.I., 2001, Impact of gravel quarrying on the desert environment of Kuwait: Environmental Geology, v. 41, no. 3–4, p. 365–371.

Albrecht, J., and Knopp, T.B., 1985, Off road vehicles—Environmental impact—Management response—A bibliography: Rosemount, Minnesota, Agricultural Experiment Station, University of Minnesota, Miscellaneous Publication, 50 p.

Anders, F.J., and Leatherman, S.P., 1987, Effects of off-road vehicles on coastal foredunes at Fire Island, New York, USA: Environmental Management, v. 11, no. 1, p. 45–52.

Angold, P.G., 1997, The impact of a road upon adjacent heathland vegetation—Effects on plants species composition: Journal of Applied Ecology, v. 34, no. 2, p. 409–417.

Assistant Secretary of Defense (Health and Environment), 1973, Proposed Department of Defense regulation on use of off-road vehicles: U.S. Department of Defense, Report no. ELR0511, 20 p.

Bazzaz, F.A., and Garbutt, K., 1988, The response of annuals in competitive neighborhoods—Effects of elevated $CO_2$: Ecology, v. 69, no. 4, p. 937–946.

Beije, H.M., 1986, Effects of military-training activities on soil, vegetation, and fauna: Leersum, Netherlands, Research Institute for Nature Management, p. 95–111.

Belnap, Jayne, 1995, Surface disturbances—Their role in accelerating desertification: Environmental Monitoring and Assessment, v. 37, no. 1–3, p. 39–57.

Ben Brooks and Associates, Ironhorse Investors Inc, Santa Fe Pacific Railroad Company and U.S. Department of the Interior, Bureau of Land Management, 1998, Hualapai Mountain Land Exchange, Mohave County, Arizona, Report no. 980482, 175 p.

Benninger-Traux, M., Vankat, J.L., and Schaefer, R.L., 1992, Trail corridors as habitat and conduits for movement of plant species in Rocky Mountain National Park, Colorado, USA: Landscape Ecology, v. 6, no. 4, p. 269–278.

Berry, K.H, 1980, A review of the effects of off-road vehicles on birds and other vertebrates, *in* DeGraaf, R.M., and Tilghman, N.G., eds., Management of western forests and grasslands for

nongame birds—Workshop proceedings: Ogden Utah, U.S. Forest Service, Intermountain Forest and Range Experiment Station, p. 451–467.

Berry, K.H., 1980, The effects of four-wheel vehicles on biological resources—Soils, vegetation, small animals, management problems, Southwestern United States, *in* Andrews, R.N.L., and Nowak, P.F., eds., Off-road vehicle use—A management challenge: Washington D.C., U.S. Office of Environmental Quality, p. 231–233.

Boer, B., 1998, Anthropogenic factors and their potential impacts on the sustainable development of Abu Dhabi's terrestrial biological resources: International Journal of Sustainable Development and World Ecology, v. 5, no. 2, p. 125–135.

Bolling, J.D., and Walker, L.R., 2000, Plant and soil recovery along a series of abandoned desert roads: Journal of Arid Environments, v. 46, no. 11, p. 1–24.

Brainard, J., 1998, Patton Tank marks suggest long recovery: Science News, v. 154, no. 6, p. 87.

Brattstrom, B.H., 2000, The range, habitat requirements, and abundance of the orange-throated whiptail, *Cnemidophorus hyperythrus beldingi*: Bulletin of the Southern California Academy of Sciences, v. 99, no. 1, p. 1–24.

Braunack, M.V., 1986, The residual effects of tracked vehicles on soil surface properties: Journal of Terramechanics, v. 23, no. 1, p. 37–50.

Brodhead, J.M.B., and Godfrey, P.J., 1977, Off road vehicle impact in Cape Cod National Seashore—Disruption and recovery of dune vegetation: International Journal of Biometeorology, v. 21, no. 3, p. 299–306.

Brodhead, J.M.B., 1978, Monitoring of Province Lands off-road vehicle impact sites: Amherst, Massachusetts, Massachusetts University and National Park Service Cooperative Research Unit, Report no. UM–NPSCRU–40, 21 p.

Brodhead, J.M.B., 1979, Remonitoring of province lands off-road vehicle impact sites: Amherst, Massachusetts, Massachusetts University and National Park Service Cooperative Research Unit, Report no. UM–NPSCRU–43, 10 p.

Brooks, M.L., 1995, Benefits of protective fencing to plant and rodent communities of the western Mojave Desert, California: Environmental Management, v. 19, no. 1, p. 65–74.

Broughton, J.D., and Adder, E.E., 1968, Mobility environmental research study—A quantitative method for describing terrain for ground mobility. Volume IV. Vegetation: Vicksburg, Mississippi, U.S. Army Engineer Waterways Experiment Station, Report no. AEWES–TR–3–726–4, 159 p.

Brown, G., and Porembski, S., 2000, Phytogenic hillocks and blow-outs as 'safe sites' for plants in an oil-contaminated area of northern Kuwait: Environmental Conservation, v. 27, no. 3, p. 242–249.

Brown, G., and Schoknecht, N., 2001, Off-road vehicles and vegetation patterning in a degraded desert ecosystem in Kuwait: Journal of Arid Environments, v. 49, no. 2, p. 413–427.

Charman, D.J., and Pollard, A.J., 1995, Long-term vegetation recovery after vehicle track abandonment on Dartmoor, SW England, U.K.: Journal of Environmental Management, v. 45, no. 1, p. 73–85.

Clampitt, C.A., 1993, Effects of human disturbances on prairies and the regional endemic *Aster curtus* in western Washington: Northwest Science, v. 67, no. 3, p. 163–169.

Collins, E., O'Farrell, T.P., and Rhoads, W., 1982, Annotated bibliography for biologic overview for the Nevada nuclear waste storage investigations, Nevada Test Site, Nye County, Nevada: Goleta, California, EG and G, Inc., Report no. EGG11832419, 48 p.

Collins, E., O'Farrell, T.P., and Rhoads, W., 1982, Biologic overview for the Nevada nuclear waste storage investigations, Nevada Test Site, Nye County, Nevada: Goleta, California, EG and G, Inc., Report no. EGG11832460, 55 p.

Davidson, E.D., and Fox, M., 1974, Effects of off-road motorcycle activity on Mojave Desert vegetation and soil: Madroño, v. 22, no. 8, p. 381–390.

Duever, M.J., Riopelle, L.A., and McCollom, J.M., 1986, Long term recovery of experimental off-road vehicle impacts and abandoned old trails in the Big Cypress National Preserve: Naples, Florida, National Audubon Society, Technical Report, 56 p.

Dyke, L.D., 1985, Terrain disturbance due to summer off-road vehicle use in central Keewatin, Northwest Territories, Canada: Ottawa, Ontario, Department of Indian Affairs and Northern Development, Report no. SSC–R71–19/36–1985F, 53 p.

Everett, K.R., Murray, B.M., Murray, D.F., Johnson, A.W., and Linkins, A.E., 1985, Reconnaissance observations of long-term natural vegetation recovery in the Cape Thompson region, Alaska, and additions to the checklist of flora: Hanover, New Hampshire, Cold Regions Research and Engineering Lab, Report no. CRREL–85–11, 85 p.

Falkengren-Grerup, U., 1986, Soil acidification and its impact on ground vegetation: Oecologia, v. 70, p. 339–347.

Fang, S., Wente, S., Gertner, G.Z., Wang, G., and Anderson, A., 2002, Uncertainty analysis of predicted disturbance from off-road vehicular traffic in complex landscapes at Fort Hood: Environmental Management, v. 30, no. 2, p. 199–208.

Fatoki, O.S., 2000, Trace zinc and copper concentrations in roadside vegetation and surface soils—A measurement of local atmospheric pollution in Alice, South Africa: International Journal of Environmental Studies (UK), v. 57, no. 5, p. 501–513.

Felix, N.A., Raynolds, M.K., Jorgenson, J.C., and Dubois, K.E., 1992, Resistance and resilience of tundra plant communities to disturbance by winter seismic vehicles: Arctic and Alpine Research, v. 24, no. 1, p. 69–77.

Ferris, R., and Taylor, G., 1995, Contrasting effects of elevated $CO_2$ and water deficit on two native herbs: New Phytologist, v. 131, no. 4, p. 491–501.

Frodigh, R.J., 1967, Seasonal change revealed by time-lapse photography: Natick, Massachusetts, Army Natick Labs Earth Sciences Division, Report no. USANLABS–TR–67–34–ES, 61 p.

Fuchs, E.H., Wood, M.K., Jones, T.L., and Racher, B., 2003, Impacts of tracked vehicles on sediment from a desert soil: Journal of Range Management, v. 56, no. 4, p. 342–352.

Godfrey, P.J., Leatherman, S.P., and Buckley, P.A., 1978, Impact of off-road vehicles on coastal ecosystems, Coastal zone '78—Proceedings of the symposium on technical, environmental, socioeconomic and regulatory aspects of coastal zone management, San Francisco, California, March 14–16, 1978.

Griggs, G.B., and Walsh, B.L., 1981, The impact, control, and mitigation of off-road vehicle activity in Hungry Valley, California: Environmental Geology, v. 3, no. 4, p. 229–243.

Grimes, D.W., Miller, R.J., and Wiley, P.L., 1975, Cotton and corn root development in two field soils of different strength characteristics: Agronomy Journal, v. 67, p. 519–523.

Grimes, D.W., Sheesley, W.R., and Wiley, P.L., 1978, Alfalfa root development and shoot regrowth in compact soil of wheel traffic patterns: Agronomy Journal, v. 70, p. 955–958.

Griswold, T.L., 1996, A new *Microbembex* endemic to the Algodones Dunes, California (Hymenoptera: Sphecidae): Pan-Pacific Entomologist, v. 72, no. 3, p. 142–144.

Hall, C., and Dearden, P., eds., 1984, The impact of "non-consumptive" recreation on wildlife—An annotated bibliography: Monticello, Illinois, Vance Bibliographies, 45 p.

Hansen, D.J., and Ostler, W.K., 2001, Plant-damage assessment technique for evaluating military vehicular impacts to vegetation in the Mojave Desert: Las Vegas, Nevada, Bechtel Nevada, Inc., Las Vegas, NV, Report no. DOE/NV /1178613.

Hillel, D., and Tadmor, N., 1962, Water regime and vegetation in central Negev Highlands of Israel: Ecology, v. 43, no. 1, p. 33–41.

BLM_0061778

Hirst, R.A., Pywell, R.F., Marrs, R.H., and Putwains, P.D., 2003, The resistance of a chalk grassland to disturbance: Journal of Applied Ecology, v. 40, no. 2, p. 368–379.

Holzapfel, C., and Schmidt, W., 1990, Roadside vegetation along transects in the Judean Desert: Israel Journal of Botany, v. 39, p. 263–270.

Hosier, P.E., and Eaton, T.E., 1980, The impact of vehicles on dune and grassland vegetation on a south-eastern North Carolina barrier beach: Wilmington, North Carolina, North Carolina University at Wilmington, Report no. UNC–SG–R–164, 13 p.

Hunt, A., Dickens, H.J., and Whelan, R.J., 1987, Movement of mammals through tunnels under railway lines: Australian Zoologist, v. 24, no. 2, p. 89–93.

Iverson, R.M., Hinckley, B.S., and Webb, R.M., 1981, Physical effects of vehicular disturbances on arid landscapes: Science, v. 212, no. 4497, p. 915–917.

Johnson, R.R., Mills, G.S., and Carothers, S.W., 1990, Creation and restoration of riparian habitat in southwestern arid and semi-arid regions, *in* Kusler, J.A., and Kentula, M.E., eds., Wetland creation and restoration—The status of the science: Covelo, California, Island Press, p. 351–366.

Johnson, R.R., and Simpson, J.M., 1988, Desertification of wet riparian ecosystems in arid regions of the North American southwest, *in* Whitehead, E.E., Hutchinson, C.F., Timmermann, B.N., and Varady, R.G., eds., Arid lands—Today and tomorrow: Tuscon, Arizona, October 20–25, 1985: Boulder, Colorado, Westview Press, p. 1383–1393.

Johnston, F.M., and Johnston, S.W., 2004, Impacts of road disturbance on soil properties and on exotic plant occurrence in subalpine areas of the Australian Alps: Arctic, Antarctic, and Alpine Research, v. 36, no. 2, p. 201–207.

Kay, B.L., and Graves, W.L., 1983, Revegetation and stabilization techniques for disturbed desert vegetation, *in* Webb, R.H., and Wilshire, H.G., eds., Environmental effects of off-road vehicles—Impacts and management in arid regions: New York, Springer-Verlag, p. 325–340.

Kay, J., 1981, Evaluating environmental impacts of off-road vehicles: Journal of Geography, v. 80, no. 1, p. 10–18.

Kert, J., 1992, Remote sensing of off-road vehicle emissions, Proceedings of the optical remote sensing and applications to environmental and industrial safety problems conference, Houston, Texas, April 6–8, 1992.

Knisley, C.B., and Hill, J.M., 2001, Biology and conservation of the Coral Pink Sand Dunes tiger beetle, *Cicindela limbata albissima* Rumpp: Western North American Naturalist, v. 61, no. 4, p. 381–394.

Kondolf, G.M., Piegay, H., and Landon, N., 2002, Channel response to increased and decreased bedload supply from land use change—Contrasts between two catchments: Geomorphology, v. 45, no. 1–2, p. 35–51.

Krzysik, A.J., 1994, Desert tortoise at Fort Irwin, California—A federal threatened species: Champaign, Illinois, Construction Engineering Research Lab, Report no. CERLEN9410, 102 p.

Kurczewski, F.E., 1998, Distribution, status, evaluation, and recommendations for the protection of *Tachysphex pechumani* Krombein, the antennal-waving wasp: Natural Areas Journal, v. 18, no. 3, p. 242–254.

Kurczerski, F.E., 2000, History of white pine (*Pinus strobus*)/oak (*Quercus* spp.) savanna in southern Ontario, with particular reference to the biogeography and status of the antenna-waving wasp, *Tachysphex pechumani* (Hymenoptera: Sphecidae): Canadian Field-Naturalist, v. 114, no. 1, p. 1–20.

Kutiel, P., Eden, E., and Zhevelev, Y., 2000, Effect of experimental trampling and off-road motorcycle traffic on soil and vegetation of stabilized coastal dunes, Israel: Environmental Conservation, v. 27, no. 1, p. 14–23.

Kutiel, P., Eden, Z., and Zhevelev, H., 2001, The impact of motorcycle traffic on soil and vegetation of stabilized coastal dunes, Israel: Journal of Coastal Conservation, v. 7, no. 1, p. 81–89.

Langdon, A.M., 2000, Mojave Desert soils, plants, and ants—Developing a monitoring strategy for off-highway-vehicles: Pomona, California, California State Polytechnic University, Pomona, 114 p.

Lathrop, E.W., 1983, The effect of vehicle use on desert vegetation, *in* Webb, R.H., and Wilshire, H.G., eds., Environmental effects of off-road vehicles—Impacts and management in arid regions: New York, Springer-Verlag, p. 153–166.

Leis, S.A., Engle, D.M., Leslie, D.M., and Fehmi, J.S., 2005, Effects of short- and long-term disturbance resulting from military maneuvers on vegetation and soils in a mixed prairie area: Environmental Management, v. 36, no. 6, p. 849–861.

Lightfoot, D.C., and Whitford, W.G., 1991, Productivity of creosotebush foliage and associated canopy arthropods along a desert roadside: American Midland Naturalist, v. 125, no. 2, p. 310–322.

Lovich, J.E., and Bainbridge, D., 1999, Anthropogenic degradation of the southern California desert ecosystem and prospects for natural recovery and restoration: Environmental Management, v. 24, no. 3, p. 309–326.

Luckenbach, R.A., 1982, Ecology and management of the desert tortoise (*Gopherus agassizii*) in California: U.S. Fish and Wildlife Service, Technical Report, 37 p.

Meffe, G.K., and Carroll, R.C., 1997, Principles of conservation biology: Sunderland, Massachusetts, Sinauer Associates, Inc., 729 p.

Misak, R.F., Al-Awadhi, J.M., Omar, S.A., and Shahid, S.A., 2002, Soil degradation in Kabd area, southwestern Kuwait City: Land Degradation and Development, v. 13, no. 5, p. 403–415.

Mize, R., Evans, R.E., Macroberts, B.R., Macroberts, M.H., and Rudolph, D.C., 2005, Restoration of pitcher plant bogs in eastern Texas, USA: Natural Areas Journal, v. 25, no. 2, p. 197–201.

Mooney, H.A., Kueppers, M., Koch, G., Gorham, J., Chu, C., and Winner, W.E., 1988, Compensating effects to growth of carbon partitioning changes in response to $SO_2$-induced photosynthetic reduction in radish: Oecologia, v. 75, no. 4, p. 502–506.

Motto, H.L., Daines, R.H., Chilko, D.M., and Motto, C.K., 1970, Lead in soils and plants—Its relationship to traffic volume and proximity to highways: Environmental Science and Technology, v. 4, p. 231–237.

Munger, J.C., Barnett, B.R., Novak, S.J., and Ames, A.A., 2003, Impacts of off-highway motorized vehicle trails on the reptiles and vegetation of the Owyhee Front: Idaho, U.S. Bureau of Land Management Technical Bulletin No. 03-3, *http://www.id.blm.gov/techbuls/03_03/doc.pdf*.

Noren, O., Danfors, B., and Stambeck, A., 1984, Technical systems in energy forestry: Stockholm, Sweden, Statens Energiverk, Report no. STEV–EO–84–4, 145 p.

O'Farrell, T.P., 1984, Conservation of the endangered San Joaquin kit fox *Vulpes macrotis mutica* in the Naval Petroleum Reserves, California: Acta Zoologica Fennica, v. 172, p. 207–208.

Onyeanusi, A.E., 1986, Measurements of impact of tourist off-road driving on grasslands in Masai Mara National Reserve, Kenya—A simulation approach: Environmental Conservation, v. 13, no. 4, p. 325–329.

Parendes, L.A., and Jones, J.A., 2000, Role of light availability and dispersal in exotic plant invasion along roads and streams in the H. J. Andrews Experimental Forest, Oregon: Conservation Biology, v. 14, no. 1, p. 64–75.

Persico, L.P., Nichols, K.K., and Bierman, P.R., 2005, Tracking painted pebbles—Short-term rates of sediment movement on four Mojave Desert piedmont surfaces: Water Resources Research, v. 41, no. 7, p. W07004.07001–W07004.07015.

Pinard, M.A., Barker, M.G., and Tay, J., 2000, Soil disturbance and post-logging forest recovery on bulldozer paths in Sabah, Malaysia: Forest Ecology and Management, v. 130, no. 1–3, p. 213–225.

Prose, D.V., Metzger, S.K., and Wilshire, H.G., 1987, Effects of substrate disturbance on secondary plant succession—Mojave Desert, California: Journal of Applied Ecology, v. 24, no. 1, p. 305–313.

Quarles, H.D., Hanawalt, R.B., and Odum, W.E., 1974, Lead in small mammals, plants, and soil at varying distances from a highway: Journal of Applied Ecology, v. 11, no. 3, p. 937–949.

Rickard, C.A., McLachlan, A., and Kerley, G.I.H., 1994, The effects of vehicular and pedestrian traffic on dune vegetation in South Africa: Ocean and Coastal Management, v. 23, no. 3, p. 225–247.

Rickard, W.H., 1988, Natural vegetation at the proposed reference repository location in southeastern Washington: Richland, Washington, Battelle Pacific Northwest Labs, Report no. PNL–6402, 27 p.

Schemnitz, S.D., and Schortemeyer, J.D., 1972, The influence of vehicles on Florida Everglades vegetation: Tallahassee, Florida, Florida State Game and Fresh Water Fish Commission, Report no. DISFEP–74–31, 65 p.

Schreiner, B.G., 1963, Speed tests conducted in Canada during Muskeg Trafficability Test Program, August 1962: Vicksburg, Mississippi, U.S. Army Engineer Waterways Experiment Station, Report no. AEWES–MISC–PAPER–4–621, 26 p.

Schultink, G., 1977, Impact analysis of off-road-vehicle use on vegetation in the Grand Mere Dune environment: East Lansing, Michigan, Michigan State University, Report no. NASACR155764, 10 p.

Shay, R., 1979, Management problems in off-road-vehicle recreation, *in* Ittner, R., Potter, D.R., Agee, J.K., and Anschell, S., eds., Recreational impact on wildlands—Conference proceedings, Seattle, Washington, October 27–29, 1978, U.S. Forest Service, Pacific Northwest Forest and Range Experiment Station and U.S. National Park Service, p. 314–317.

Sheridan, D., 1979, Off-road vehicles on public land: Washington, D.C., Council on Environmental Quality, Report no. PB86211158, 94 p.

Shoop, S.A., 1993, Terrain characterization for trafficability: Hanover, New Hampshire, Cold Regions Research and Engineering Lab, Report no. CRREL–93–6, 29 p.

Smith, W.H., 1976, Lead contamination of the roadside ecosystem: Journal of the Air Pollution Control Association, v. 26, p. 753–766.

Snyder, C.T., Frickel, D.G., Hadley, R.F., and Miller, R.F., 1976, Effects of off-road vehicle use on the hydrology and landscape of arid environments in central and southern California: U.S. Geological Survey, Water Resources Investigations Report USGS/WRI–76–99, 52 p.

Sparrow, S.D., Wooding, F.J., and Whiting, E.H., 1978, Effects of off-road vehicle traffic on soils and vegetation in the Denali Highway region of Alaska: Journal of Soil and Water Conservation, v. 33, no. 1, p. 20–27.

Spellerburg, I.F., and Morrison, T., 1998, The ecological effects of new roads—A literature review: Wellington, New Zealand, New Zealand Department of Conservation, Technical Report, 55 p.

Spencer, H.J., and Port, G.R., 1988, Effects of roadside conditions on plants and insects: II. Soil conditions: Journal of Applied Ecology, v. 25, no. 22, p. 709–715.

Stanton, E.J., and Kurczewski, F.E., 1999, Notes on the distribution of *Cicindela lepida* Dejean (Coleoptera: Cicindelidae) in New York, Ontario and Quebec: Coleopterists Bulletin, v. 53, no. 3, p. 275–279.

Steiner, A.J., and Leatherman, S.P., 1979, An annotated bibliography of the effects of off-road vehicle and pedestrian traffic on coastal ecosystems: U.S. Department of Agriculture, U.S. National Park Service Cooperative Research Unit, and University of Massachusetts Amherst, Report no. UMNPSCRU45, 88 p.

Stinson, B., 1971, An analytical model for predicting cross-country vehicle performance. Appendix E-Quantification of the screening effects of vegetation on driver's vision and vehicle speed: Vicksburg, Mississippi, U.S. Army Engineer Waterways Experiment Station, Report no. AEWESTR3783, 33 p.

Thompson, C.R., Olszyk, D.M., Kats, G., Bytnerowicz, A., Dawson, P.J., and Wolf, J.W., 1984, Effects of ozone or sulfur dioxide on annual plants of the Mojave Desert: Journal of the Air Pollution Control Association, v. 34, no. 10, p. 1017–1022.

Tunstall, B.R., and Reece, P.H., 1989, Environmental assessment of the Sunset and Big Desert lands, northwest Victoria, Australia: Clayton South, Australia, Australia Commonwealth Scientific and Industrial Research Organization, Division of Water Resources Divisional Report, Technical Report, p. 1–85.

Turton, S.M., 2005, Managing environmental impacts of recreation and tourism in rainforests of the wet tropics of Queensland World Heritage Area: Geographical Research, v. 43, no. 2, p. 140–151.

Tuttle, M., and Griggs, G., 1987, Soil erosion and management recommendations at three State Vehicular Recreation Areas, California: Environmental Geology and Water Sciences, v. 10, no. 2, p. 111–123.

Tyser, R.W., and Worley, C.A., 1992, Alien flora in grasslands adjacent to road and trail corridors in Glacier National Park, Montana (U.S.A.). Conservation Biology, v. 6, no. 2, p. 253-262.

U.S. Army Corps of Engineers, 1994, Stationing of mechanized or armored combat forces at Fort Lewis, Thurston and Pierce Counties, Washington: U.S. Army Corps of Engineers, Report no. 940045.

U.S. Army Corps of Engineers, 1998, McGregor range land withdrawal, Fort Bliss, Otera County, New Mexico: U.S. Army Corps of Engineers, Report no. 980439, 586 p.

U.S. Army Corps of Engineers, 2001, Fort Bliss mission and master plan—Dona Ana and Otero Counties, New Mexico, and El Paso County, Texas: U.S. Army Corps of Engineers, Report no. 010081.

U.S. Army Corps of Engineers, and Oklahoma Department of Wildlife Conservation, 1986, Candy Lake, Candy Creek, Osage County, Oklahoma (supplemental information report to the final environmental impact statement of January 1975): U.S. Army Corps of Engineers, Report no. 860246, 4 p.

U.S. Bureau of Land Management, 1985, Box Elder resource management plan, Utah: U.S. Bureau of Land Management, Report no. 850448.

U.S. Bureau of Land Management, 1985, Lower Gila South resource management plan, La Paz, Maricopa, Pima, Pinal, and Yuma Counties, Arizona: U.S. Bureau of Land Management, Report no. 850347, 909 p.

U.S. Bureau of Land Management, 1985, Proposed Two Rivers resource management plan, Oregon: U.S. Bureau of Land Management, Report no. 850409.

U.S. Bureau of Land Management, 1985, Resource management plan for the Kemmerer resource area, Lincoln, Sublette, Sweetwater, and Uinta Counties, Wyoming: U.S. Bureau of Land Management, Report no. 850532.

U.S. Bureau of Land Management, 1985, Resource management plan for the Walker Planning Area, Nevada: U.S. Bureau of Land Management, Report no. 850274.

U.S. Bureau of Land Management, 1985, Rio Puerco resource management plan, New Mexico: U.S. Bureau of Land Management, Report no. 850417.

U.S. Bureau of Land Management, 1985, Two Rivers resource management plan, Oregon: U.S. Bureau of Land Management, Report no. 850137, 163 p.

U.S. Bureau of Land Management, 1985, White Sands resource area management plan, New Mexico: U.S. Bureau of Land Management, Report no. 850387.

U.S. Bureau of Land Management, 1985, Yuma District resource management plan, Yuma, La Paz, and Mohave Counties, Arizona, and San Bernardino, Riverside, and Imperial Counties, California: U.S. Bureau of Land Management, Report no. 850358, 310 p.

U.S. Bureau of Land Management, 1986, Baker resource management plan, Baker County, Oregon: U.S. Bureau of Land Management, Report no. 860150, 129 p.

U.S. Bureau of Land Management, 1986, Lander resource management plan, Lander, Wyoming: U.S. Bureau of Land Management, Report no. 860449.

U.S. Bureau of Land Management, 1986, Proposed 1985 amendments to the California desert conservation area plan and the Eastern San Diego County Master Framework Plan, California: U.S. Bureau of Land Management, Report no. 860432, 138 p.

U.S. Bureau of Land Management, 1986, Proposed 1985 amendments to the California desert conservation area plan, California: U.S. Bureau of Land Management, Report no. 860077.

U.S. Bureau of Land Management, 1986, Proposed Baker resource management plan, Vale District, Oregon: U.S. Bureau of Land Management, Report no. 860396.

U.S. Bureau of Land Management, 1986, resource management plan for the Carlsbad resource area, Eddy, Lea, and Chaves Counties, New Mexico: U.S. Bureau of Land Management, Report no. 860101, 390 p.

U.S. Bureau of Land Management, 1986, resource management plan for the House Range resource area, Juab and Millard Counties, Utah: U.S. Bureau of Land Management, Report no. 860377.

U.S. Bureau of Land Management, 1986, resource management plan for the Warm Springs resource area, Millard County, Utah: U.S. Bureau of Land Management, Report no. 860395.

U.S. Bureau of Land Management, 1986, Shoshone/Sun Valley Wilderness Study, Blaine, Butte, Cama, Custer, Gooding, and Lincoln Counties, Idaho: U.S. Bureau of Land Management, Report no. 860148, 225 p.

U.S. Bureau of Land Management, 1987, Cascade resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 870281, 432 p.

U.S. Bureau of Land Management, 1987, North Dakota resource management plan, Dunn and Bowman Counties, North Dakota: U.S. Bureau of Land Management, Report no. 870236, 199 p.

U.S. Bureau of Land Management, 1987, Pinedale resource area resource management plan, Sublette and Lincoln Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870077, 347 p.

U.S. Bureau of Land Management, 1987, Pinedale resource area resource management plan, Sublette, Teton, Lincoln, and Fremont Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870428, 232 p.

U.S. Bureau of Land Management, 1987, Pocatello resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 870333, 132 p.

U.S. Bureau of Land Management, 1987, Preliminary wilderness recommendations for the Arcata resource area, Eden Valley and Thatcher Ridge Wilderness Study Areas, Ukiah District, Mendocino County, California: U.S. Bureau of Land Management, Report no. 870348, 111 p.

U.S. Bureau of Land Management, 1987, Proposed Monument resource management plan and Wilderness Study, Idaho: U.S. Bureau of Land Management, Report no. 870248, 162 p.

U.S. Bureau of Land Management, 1987, Proposed resource management plan for the San Juan resource area, Moab District, Utah: U.S. Bureau of Land Management, Report no. 870440.

U.S. Bureau of Land Management, 1987, Proposed resource management plan and wilderness recommendations for the Lahontan resource area, Nevada: U.S. Bureau of Land Management, Report no. 870293, 282 p.

U.S. Bureau of Land Management, 1987, Proposed utility corridor resource management plan, Alaska: U.S. Bureau of Land Management, Report no. 870291, 281 p.

U.S. Bureau of Land Management, 1987, resource management plan for the Shoshone—Eureka resource area, Nevada—Wilderness recommendations: U.S. Bureau of Land Management, Report no. 870403, 101 p.

U.S. Bureau of Land Management, 1987, Taos resource management plan, New Mexico: U.S. Bureau of Land Management, Report no. 870331.

U.S. Bureau of Land Management, 1987, Washakie resource area resource management plan, portions of Big Horn, Hot Springs, and Washakie Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870395.

U.S. Bureau of Land Management, 1987, Winnemucca District wilderness recommendations, Nevada and California: U.S. Bureau of Land Management, Report no. 870342, 581 p.

U.S. Bureau of Land Management, 1988, Challis resource area proposed resource management plan, upper Columbia-Salmon Clearwater Districts, Custer and Lemhi Counties, Idaho: U.S. Bureau of Land Management, Report no. 980508.

U.S. Bureau of Land Management, 1988, Cody resource area resource management plan, Big Horn and Park Counties, Wyoming: U.S. Bureau of Land Management, Report no. 880315.

U.S. Bureau of Land Management, 1988, Fort Greely national maneuver area and Fort Greely air drop zone, Alaska—Resource management plan: U.S. Bureau of Land Management, Report no. 880276, 138 p.

U.S. Bureau of Land Management, 1988, Fort Wainwright maneuver area, Fairbanks North Star Borough, Alaska: U.S. Bureau of Land Management, Report no. 880277, 138 p.

U.S. Bureau of Land Management, 1988, Medicine Bow-Divide resource areas (now Great Divide resource area) resource management plan, Rawlins District, Wyoming: U.S. Bureau of Land Management, Report no. 880325.

U.S. Bureau of Land Management, 1988, Proposed Las Vegas resource management plan and final environmental impact statement, Clark and Nye Counties, Nevada: U.S. Bureau of Land Management, Report no. 980207.

U.S. Bureau of Land Management, 1988, Uncompahgre Basin resource management plan, Colorado: U.S. Bureau of Land Management, Report no. 880345.

U.S. Bureau of Land Management, 1988, Wilderness recommendations for the Red Mountain Wilderness study area in the Arcata resource area, California: U.S. Bureau of Land Management, Report no. 880033, 120 p.

U.S. Bureau of Land Management, 1989, Dixie resource area management plan, Washington County, Utah: U.S. Bureau of Land Management, Report no. 890290, 250 p.

U.S. Bureau of Land Management, 1989, Phoenix resource management plan, Arizona: U.S. Bureau of Land Management, Report no. 890012, 240 p.

U.S. Bureau of Land Management, 1989, Powder River Wilderness suitability study for the Powder River resource area resource management plan, Miles City District, Montana: U.S. Bureau of Land Management, Report no. 890301, 73 p.

U.S. Bureau of Land Management, 1989, San Pedro River riparian management plan for the San Pedro River EIS Area, Cochise County, Arizona: U.S. Bureau of Land Management, Report no. 890152, 381 p.

U.S. Bureau of Land Management, 1989, San Rafael resource management plan, Emery County, Utah: U.S. Bureau of Land Management, Report no. 890240.

U.S. Bureau of Land Management, 1989, Utility corridor proposed resource management plan, Alaska: U.S. Bureau of Land Management, Report no. 890326, 281 p.

U.S. Bureau of Land Management, 1989, White Sands resource management plan amendment for McGregor Range, Otero County, New Mexico: U.S. Bureau of Land Management, Report no. 890127.

U.S. Bureau of Land Management, 1990, Bishop resource management plan and environmental impact statement: U.S. Bureau of Land Management, Report no. BLMCAES900011610, 273 p.

U.S. Bureau of Land Management, 1991, Arizona Strip District resource management plan, Mohave and Coconino Counties, Arizona: U.S. Bureau of Land Management, Report no. 910055, 617 p.

U.S. Bureau of Land Management, 1991, Safford District resource management plan, Arizona: U.S. Bureau of Land Management, Report no. 910314, 511 p.

U.S. Bureau of Land Management, 1991, Spokane resource management plan, Washington: U.S. Bureau of Land Management, Report no. 910374, 169 p.

U.S. Bureau of Land Management, 1992, Proposed Spokane resource management plan amendment and final environmental impact statement: U.S. Bureau of Land Management, Report no. 920286, 181 p.

U.S. Bureau of Land Management, 1994, Fort Wainwright, Yukon maneuver area, proposed resource management plan and final environmental impact statement, Fairbanks North Star Borough, Alaska: U.S. Bureau of Land Management, Report no. 940001, 124 p.

U.S. Bureau of Land Management, 1994, resource management plan and environmental impact statement for the Grass Creek resource area, Worland District, Wyoming: U.S. Bureau of Land Management, Technical Report, 299 p.

U.S. Bureau of Land Management, 1994, Stateline resource management plan, Clark and Nye Counties, Nevada (draft environmental impact statement and Draft Supplement): U.S. Bureau of Land Management, Report no. 940177.

U.S. Bureau of Land Management, 1996, resource management plan for the Green River resource area, Rock Springs, Wyoming: U.S. Bureau of Land Management, Report no. 960148.

U.S. Bureau of Land Management, 1997, Proposed resource management plan/final environmental impact statement for the Roswell resource area, Roswell, New Mexico and proposed resource management plan Amendment/Final environmental impact statement for the Carlsbad resource area, Carlsbad, New Mexico. Volume 1: U.S. Bureau of Land Management, Report no. BLMNMPT970031610V1, 379 p.

U.S. Bureau of Land Management, 1997, Proposed resource management plan/final environmental impact statement for the Roswell resource area, Roswell, New Mexico and proposed resource management plan Amendment/Final environmental impact statement for the Carlsbad resource area, Carlsbad, New Mexico. Volume 2: U.S. Bureau of Land Management, Report no. BLMNMPT970031610V2, 535 p.

U.S. Bureau of Land Management, 1998, Draft Caliente management framework plan amendment and environmental impact statement for management of desert tortoise habitat, Lincoln County, Nevada: U.S. Bureau of Land Management, Report no. 980190, 322 p.

U.S. Bureau of Land Management, 1998, Judith-Valley-Phillips resource management plan—Chouteau, Fergus, Judith Basin, Petroleum, Phillips, and Valley Counties, Montana (draft supplement to the final environmental impact statement of September 1997): U.S. Bureau of Land Management, Report no. 980149, 51 p.

U.S. Bureau of Land Management, 1999, Final environmental impact statement for management of desert tortoise habitat, Lincoln County, Nevada: U.S. Bureau of Land Management, Report no. 990201, 442 p.

U.S. Bureau of Land Management, 2000, Federal fluid minerals leasing and development, Otero and Sierra Counties, New Mexico: U.S. Bureau of Land Management, Report no. 000383, 521 p.

U.S. Bureau of Land Management, 2000, Pinedale anticline oil and gas exploration and development project, Sublette County, Wyoming: U.S. Bureau of Land Management, Report no. 000159, 301 p.

U.S. Bureau of Land Management, 2001, National management strategy for motorized off-highway vehicle use on public lands: U.S. Bureau of Land Management, Report no. PB2001103162, 58 p.

U.S. Bureau of Land Management, 2003, Farmington resource management plan, San Juan, McKinley, Rio Arriba, and Sandoval Counties, New Mexico: U.S. Bureau of Land Management, Report no. 030143.

U.S. Bureau of Land Management, 2004, Dillon resource management plan, Beaverhead and Madison Counties, Montana: U.S. Bureau of Land Management, Report no. 040153, 626 p.

U.S. Bureau of Land Management, 2004, Jack Morrow Hills coordinated activity plan, Sweetwater, Fremont, and Sublette Counties, Wyoming: U.S. Bureau of Land Management, Technical Report.

U.S. Bureau of Land Management, 2005, Newmont Mining Company, emigrant project, Elko County, Nevada: U.S. Bureau of Land Management, Report no. 050117, 269 p.

U.S. Bureau of Land Management, 2006, Coeur d'Alene resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 060002, 347 p.

U.S. Bureau of Reclamation, 2001, Pothole Reservoir resource management plan, Grant County, Washington: U.S. Bureau of Reclamation, Report no. 010518, 567 p.

U.S. Department of Defense, 1999, Military training in the Marianas, Guam and the Commonwealth of the Northern Marianas: U.S. Department of Defense, Report no. 990187, 478 p.

U.S. Department of the Navy, 1973, Off-road vehicle use of Mirror Lake Naval Weapons Center, China Lake, California: U.S. Department of the Navy, Report no. ELR73–1411, 67 p.

U.S. Federal Highway Administration, 2005, US 33 Nelsonville bypass, city of Nelsonville, Hocking and Athens Counties, Ohio: U.S. Federal Highway Administration, Report no. 050282, 828 p.

U.S. Fish and Wildlife Service, 1985, Alaska Peninsula National Wildlife Refuge final comprehensive conservation plan, environmental impact statement, and wilderness review: U.S. Fish and Wildlife Service, Technical Report, 426 p.

U.S. Fish and Wildlife Service, 1986, Great Dismal Swamp National Wildlife Refuge Master Plan, Virginia and North Carolina: U.S. Fish and Wildlife Service, Report no. 860501, 245 p.

U.S. Forest Service, 1973, Off-road vehicle policy, Hoosier National Forest, Indiana: U.S. Forest Service, Report no. USDAFS–DES(ADM)–73–51, 110 p.

U.S. Forest Service, 1973, Proposed off-road vehicle regulations and administrative instructions: U.S. Forest Service, Report no. USDAFS–FES(ADM)–73–49, 110 p.

U.S. Forest Service, 1973, Proposed regulations and administrative instructions relating to use of off-road vehicles on National Forest lands: U.S. Forest Service, Report no. USDAFS–DES(ADM)–73–49, 22 p.

U.S. Forest Service, 1973, Unit plan for management of the South Holston unit: U.S. Forest Service, Report no. USDAFS–DES(ADM)–73–50, 80 p.

U.S. Forest Service, 1985, Caribou National Forest and Curlew National Grassland land and resource management plan, Idaho, Utah, and Wyoming: U.S. Forest Service, Report no. 850437.

U.S. Forest Service, 1985, Kisatchie National Forest land and resource management plan, Louisiana: U.S. Forest Service, Report no. 850414.

U.S. Forest Service, 1985, Proposed land and resource management plan for the Medicine Bow National Forest and Thunder Basin National Grassland, Wyoming: U.S. Forest Service, Report no. 850523.

U.S. Forest Service, 1986, Chequamegon National Forest, Wisconsin land and resource management plan: U.S. Forest Service, Report no. 860325.

U.S. Forest Service, 1986, Cleveland National Forest land and resource management plan, Orange, Riverside, and San Diego Counties, California: U.S. Forest Service, Report no. 860209.

U.S. Forest Service, 1986, Croatan and Uwharrie National Forests land and resource management plan, North Carolina: U.S. Forest Service, Report no. 860218.

U.S. Forest Service, 1986, Proposed Land and resource management plan for Wayne National Forest, Ohio: U.S. Forest Service, Report no. 860426.

U.S. Forest Service, 1987, Angeles National Forest land and resource management plan, Los Angeles, Ventura, and San Bernardino Counties, California: U.S. Forest Service, Report no. 870394.

U.S. Forest Service, 1987, Proposed Apache-Sitgreaves National Forests Land and resource management plan, Apache, Coconino, Greenlee, and Navajo Counties, Arizona: U.S. Forest Service, Report no. 870387.

U.S. Forest Service, 1988, Proposed Kaibab National Forest land and resource management plan, Coconino, Yavapai, and Mohave Counties, Arizona: U.S. Forest Service, Report no. 880109.

U.S. Forest Service, 1989, San Bernardino National Forest land and resource management plan, San Bernardino and Riverside Counties, California: U.S. Forest Service, Report no. 890023.

U.S. Forest Service, 1991, Corral Mountain timber sale, San Juan National Forest, Archuleta County, Colorado: U.S. Forest Service, Report no. 910124, 59 p.

U.S. Forest Service, 1992, Norbeck Wildlife Preserve land management plan, Black Hills National Forest, Custer and Pennington Counties, South Dakota (final supplement to the environmental impact statement of July 1989): U.S. Forest Service, Report no. 920352, 92 p.

U.S. Forest Service, 1992, Rangeland ecosystem management in the Uinta National Forest, Provo, Utah: U.S. Forest Service, Report no. 920322, 189 p.

U.S. Forest Service, 1992, Sierra National Forest land and resource management plan, Fresno, Madera, and Mariposa Counties, California: U.S. Forest Service, Report no. 920105.

U.S. Forest Service, 1993, Six Rivers National Forest plan, Humboldt, Del Norte, Siskiyou, and Trinity Counties, California: U.S. Forest Service, Report no. 930340.

U.S. Forest Service, 1994, Oregon Dunes National Recreation Area management plan, Siuslaw National Forest—Coos, Douglas, and Lane Counties, Oregon: U.S. Forest Service, Report no. 940292.

U.S. Forest Service, 1994, Revised land and resource management plan for the national forests and grasslands in Texas—Angelina, Fannin, Houston, Jasper, Montague, Montgomery,

Nacogdoches, Newton, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Walker, and Wise Counties, Texas: U.S. Forest Service, Report no. 940385.

U.S. Forest Service, 1995, Draft environmental impact statement, Fish Bate analysis area—North Fork Ranger District, Clearwater National Forest, Clearwater County, Idaho: U.S. Forest Service, Technical Report.

U.S. Forest Service, 1995, East Fork Blacks Fork analysis area, Wasatch-Cache National Forest, Summit County, Utah (final supplement to the final environmental impact statement of July 1992): U.S. Forest Service, Report no. 950294, 49 p.

U.S. Forest Service, 1995, Mendocino National Forest land and resource management plan—Colusa, Glenn, Lake, Mendocino, Tehama, and Trinity Counties, California: U.S. Forest Service, Report no. 950337.

U.S. Forest Service, 1995, Snowy Trail re-route, Ventura County, California: U.S. Forest Service, Report no. 950117, 109 p.

U.S. Forest Service, 1996, Mendenhall Glacier Recreation Area management plan Revision, Chatham area, Juneau Ranger District, Tongass National Forest, Alaska: U.S. Forest Service, Report no. 960205, 279 p.

U.S. Forest Service, 1996, Proposed Revised Land and resource management plan for Francis Marion National Forest, Berkeley and Charleston Counties, South Carolina: U.S. Forest Service, Report no. 960158.

U.S. Forest Service, 1996, Snowy Trail re-route, Los Padres National Forest, Ventura County, California: U.S. Forest Service, Report no. 960524.

U.S. Forest Service, 2001, Land and resource management plan, Uinta National Forest—Juab, Sanpete, Toole, Utah, and Wasatch Counties, Utah: U.S. Forest Service, Report no. 010142.

U.S. Forest Service, 2001, Starbucky restoration project, Red River Ranger District, Nez Perce National Forest, Idaho County, Idaho: U.S. Forest Service, Report no. 010274.

U.S. Forest Service, 2002, Final environmental impact statement amendment to the Land and resource management plan—Management direction for acquired lands in southeastern Oklahoma, Ouachita National Forest, McCurtain County, Oklahoma: U.S. Forest Service, Technical Report.

U.S. Forest Service, 2002, Uncompahgre National Forest travel plan revision, Gunnison, Hinsdale, Mesa, Montrose, Ouray, San Juan, and San Miguel Counties, Colorado (final supplement to the final environmental impact statement of April 2000): U.S. Forest Service, Report no. 020131, 92 p.

U.S. Forest Service, 2002, West gold project, Sandpoint Ranger District, Idaho Panhandle National Forests, Bonner County, Idaho: U.S. Forest Service, Report no. 020484.

U.S. Forest Service, 2002, Whiskey Campo resource management project, Mountain Home Ranger District, Boise National Forest, Elmore County, Idaho: U.S. Forest Service, Report no. 020299, 151 p.

U.S. Forest Service, 2003, Big Bend Ridge vegetation management project and timber Sale, Ashton/Island Park Ranger District, Caribou-Targhee National Forest, Freemont County, Idaho: U.S. Forest Service, Report no. 030225.

U.S. Forest Service, 2003, Duck Creek–Swains access management project, Cedar City Ranger District, Dixie National Forest, Iron, Garfield, and Kane Counties, Utah: U.S. Forest Service, Report no. 030343, 49 p.

U.S. Forest Service, 2003, Upper Bear timber sale, Council Ranger District, Payette National Forest, Adams County, Idaho: U.S. Forest Service, Report no. 030319, 478 p.

U.S. Forest Service, 2004, Duck Creek fuels treatment analysis, Cedar City Ranger District, Dixie National Forest, Kane County, Utah: U.S. Forest Service, Report no. 040535, 240 p.

U.S. Forest Service, 2004, French Face ecosystem restoration, Ninemile Ranger District, Lolo National Forest, Montana: U.S. Forest Service, Report no. 040336, 184 p.

U.S. Forest Service, 2005, Dean Project Area, Bearlodge Ranger District, Black Hills National Forest, Crook County, Wyoming: U.S. Forest Service, Report no. 050212, 192 p.

U.S. Forest Service, 2005, Final environmental impact statement for the access designation on the Ocala National Forest, Lake, Marion, and Putnam Counties, Florida: U.S. Forest Service, Technical Report.

U.S. Forest Service, 2005, Gallatin National Forest travel management plan, Gallatin, Madison, Park, Meagher, Sweetgrass, and Carbon Counties, Montana: U.S. Forest Service, Report no. 050231.

U.S. Forest Service, 2005, Rocky Mountain Ranger District travel management plan, Rocky Mountain Ranger District, Lewis and Clark National Forest, Glacier, Pondera, Teton, and Lewis and Clark Counties, Montana: U.S. Forest Service, Report no. 050236, 386 p.

U.S. Forest Service, 2005, Woodrock project, Tongue Ranger District, Bighorn National Forest, Sheridan County, Wyoming: U.S. Forest Service, Report no. 050112, 201 p.

U.S. Forest Service, 2006, Hoosier National Forest land and resource management plan—Final environmental impact statement: U.S. Forest Service, Technical Report.

U.S. Immigration and Naturalization Service, 2004, U.S. Border Patrol activities within the border areas of the Tuscon and Yuma Sectors, Arizona (Revision of the Draft environmental impact statement of November 2002): U.S. Immigration and Naturalization Service, Report no. 040479, 487 p.

U.S. National Park Service, 1979, Proceedings of the conference on scientific research in the National Parks, San Francisco, California, November 26–30, 1979, U.S. Forest Service, Washington D.C.

U.S. National Park Service, 1991, Big Cypress National Preserve, Collier, Monroe, and Dade Counties, Florida: U.S. National Park Service, Report no. 910386.

U.S. National Park Service, 1998, Redwood National and State Parks general management plan, Del Norte and Humboldt Counties, California: U.S. National Park Service, Report no. 980290, 474 p.

U.S. National Park Service, 1999, Big Cypress National Preserve, recreational off-road vehicle management plan—Collier, Dade, and Monroe Counties, Florida (draft supplement to the environmental impact statement of October 1991): U.S. National Park Service, Report no. 990285, 171 p.

U.S. National Park Service, 2000, Recreational Off-road Vehicle management plan, Big Cypress National Preserve—Collier, Miami-Dade, and Monroe Counties, Florida (final supplement to the final environmental impact statement of October 1991): U.S. National Park Service, Report no. 000275, 619 p.

Valentin, C., Poesen, J., and Li, Y., 2005, Gully erosion—Impacts, factors and control: Catena, v. 63, no. 2–3, p. 132–153.

Walker, D.A., and Everett, K.R., 1987, Road dust and its environmental impact on Alaskan taiga and tundra: Arctic and Alpine Research, v. 19, no. 4, p. 479–489.

Walker, D.A., Webber, P.J., Everett, K.R., and Brown, J., 1977, The effects of low-pressure wheeled vehicles on plant communities and soils at Prudhoe Bay, Alaska: Hanover, New Hampshire, Cold Regions Research and Engineering Lab, Report no. CRREL–SR–77–17, 50 p.

Watson, J.J., Kerley, G.I.H., and McLachlan, A., 1996, Human activity and potential impacts on dune breeding birds in the Alexandria Coastal Dunefield: Landscape and Urban Planning, v. 34, no. 3–4, p. 315–322.

Webb, R.H., Wilshire, H.G., and Henry, M.A., 1983, Natural recovery of soils and vegetation following human disturbance, Environmental effects of off-road vehicles—Impacts and management in arid regions: New York, Springer-Verlag, p. 279–302.

Welch, R., Madden, M., and Doren, R.F., 1999, Mapping the Everglades: Photogrammetric Engineering and Remote Sensing, v. 65, no. 2, p. 163–170.

Wester, L., 1994, Weed management and the habitat protection of rare species—A case study of the endemic Hawaiian fern *Marsilea villosa*: Biological Conservation, v. 68, no. 1, p. 1–9.

Whitten, K.R., and Cameron, R.D., 1983, Movements of collared caribou, *Rangifer tarandus*, in relation to petroleum development on the Arctic slope of Alaska: Canadian Field-Naturalist, v. 97, no. 2, p. 143–146.

Wiedemann, A.M., 1984, Ecology of Pacific Northwest coastal sand dunes—A community profile: Evergreen State College, Olympia, Washington, Report no. FWSOBS8404, 146 p.

Wilcox, D.A., 1989, Migration and control of purple loosestrife (*Lythrum salicaria* L.) along highway corridors: Environmental Management, v. 13, no. 3, p. 365–370.

Wilshire, H.G., 1983, Off-road vehicle recreation management policy for public lands in the United States—A case history: Environmental Management, v. 7, no. 6, p. 489–499.

Wilshire, H.G., and Nakata, J.K., 1976, Off-road vehicle effects on California's Mojave Desert: California Geology, June 1976, p. 123–132.

Wilshire, H.G., Nakata, J.K., Shipley, Susan, and Prestegaard, Karen, 1978, Impacts of vehicles on natural terrain at seven sites in the San Francisco Bay area: Environmental Geology, v. 2, no. 5, p. 295–319.

Wilshire, H.G., Shipley, Susan, and Nakata, J.K., 1978, Impacts of off-road vehicles on vegetation: Transactions of the North American Wildlife and Natural Resources Conference, v. 43, p. 131–139.

Winner, W.E., and Atkinson, C.J., 1986, Absorption of air pollutants by plants and consequences: Trends in Ecology and Evolution, v. 1, p. 15–18.

## 1.3 OHV Effects on Wildlife and Habitats: Native, Threatened, and Endangered Species

Adams, E.S., 1975, Effects of lead and hydrocarbons from snowmobile exhaust on brook trout (*Salvelinus fontanlis*): Transactions of the American Fisheries Society, v. 104, no. 2, p. 363–373.

Adams, J.A., Stolzy, L.H., Endo, A.S., Rowlands, P.G., and Johnson, H.B., 1982, Desert soil compaction reduces annual plant cover: California Agriculture, v. 36, no. 9–10, p. 6–7.

Adams, L.W., and Dove, L.E., 1989, Wildlife reserves and corridors in the urban environment—A guide to ecological landscape planning and resource conservation: Columbia, Maryland, National Institute for Urban Wildlife, 91 p.

Adams, L.W., and Geis, A.D., 1983, Effects of roads on small mammals: Journal of Applied Ecology, v. 20, no. 2, p. 403–415.

Alaska Pulp Corporation, U.S. Forest Service, and U.S. Army Corps of Engineers, 1994, Ushk Bay timber sale, Alaska Pulp Corporation long-term timber sale Contract, Chatnam Area, Tongass National Forest, Alaska: U.S. Forest Service and U.S. Army Corps of Engineers, Report no. 940408.

Albrecht, J., and Knopp, T.B., 1985, Off road vehicles—Environmental impact—Management response—A bibliography: Rosemount, Minnesota, Agricultural Experiment Station, University of Minnesota, Miscellaneous Publication, 50 p.

Algers, B., Ekesbo, I., and Strömberg, S., 1978, The impact of continuous noise on animal health: Acta Veterinaria Scandinavica (Supplementum), v. 67, p. 1–26.

Andersen, D.E., Rongstad, O.J., and Mytton, W.R., 1986, The behavioral response of red-tailed hawk to military training activity: Journal of Raptor Research, v. 20, p. 65–68.

Andrews, A., 1990, Fragmentation of habitat by roads and utility corridors—A review: Australian Zoologist, v. 26, p. 130–141.

Ashley, E.P., and Robinson, J.T., 1996, Road mortality of amphibians, reptiles, and other wildlife on the Long Point Causeway, Lake Erie, Ontario: The Canadian Field-Naturalist, v. 110, p. 403–412.

Assistant Secretary of Defense (Health and Environment), 1973, Proposed Department of Defense regulation on use of off-road vehicles: U.S. Department of Defense, Report no. ELR0511, 20 p.

Awbrey, F.T., Hunsaker, D., and Church, R., 1995, Acoustical responses of California gnatcatchers to traffic noise: Inter-noise, v. 65, p. 971–974.

Bakowski, C., and Kozakiewicz, M., 1988, The effect of forest road on bank vole and yellow-necked mouse populations: Acta Theriologica, v. 33, no. 12–25, p. 345–353.

Baur, A., and Baur, B., 1990, Are roads barriers to dispersal in the land snail *Arianta arbustorum*?: Canadian Journal of Zoology, v. 68, no. 33, p. 613–617.

Becking, R.W., and Hayes, G.L., 1970, Public land policy and the environment—Volume 3, part II (cont'd)—Environmental problems on the public lands—Case studies 9 through 17: Denver, Colorado, Rocky Mountain Center on Environment, Report no. PLLRC29–3, 436 p.

Beier, P., 1993, Determining minimum habitat areas and habitat corridors for cougars: Conservation Biology, v. 7, no. 11, p. 94–108.

Beier, P., 1996, Metapopulation models, tenacious tracking, and cougar conservation, *in* McCullough, D.R., ed., Metapopulations and wildlife conservation: Washington, D.C., Island Press, p. 293–323.

Belnap, Jayne, 1995, Surface disturbances—Their role in accelerating desertification: Environmental Monitoring and Assessment, v. 37, no. 1–3, p. 39–57.

Belnap, Jayne, 2003, The world at your feet—Desert biological soil crusts: Frontiers in Ecology and the Environment, v. 1, no. 4, p. 181–189.

Ben Brooks and Associates, Ironhorse Investors, Inc., Santa Fe Pacific Railroad Company, and U.S. Bureau of Land Management, 1998, Hualapai Mountain Land Exchange, Mohave County, Arizona: Report no. 980482, 175 p.

Berry, K.H., 1980, A review of the effects of off-road vehicles on birds and other vertebrates, *in* DeGraaf, R.M., and Tilghman, N.G., eds., Management of western forests and grasslands for nongame birds—Workshop proceedings, Salt Lake City, Utah, February 11–14, 1980: Ogden Utah, U.S. Forest Service, Intermountain Forest and Range Experiment Station, General Technical Report INT–86, p. 451–467.

Berry, K.H., 1980, The effects of four-wheel vehicles on biological resources, *in* Andrews, R.N.L., and Nowak, P., eds., Off-road vehicle use: a management challenge: Washington, D.C., U.S. Office of Environmental Quality, p. 231-233.

Berry, K.H., Shields, T., Woodman, A.P., Campbell, T., Roberson, J., Bohuski, K., and Karl, A., 1986, Changes in desert tortoise populations at the Desert Tortoise Research Natural Area between 1979 and 1985, Desert Tortoise Council proceedings of symposium 10 1986, Palmdale, California, March 22-24, 1986: Desert Tortoise Council, p. 100–123.

Benson, P.E., Nokes, W.A., Cramer, R.L., O`Connor, J., Lindeman, W., 1986, Air-quality and noise issues in environmental planning: Washington, D.C., Transportation Research Board and National Research Council Technical Report, 72 p., *http://www.osti.gov/energycitations/product.biblio.jsp?osti_id=7172765*.

Bjornlie, D.D., and Garrott, R.A., 2001, Effects of winter road grooming on bison in Yellowstone National Park: Journal of Wildlife Management, v. 65, no. 3, p. 560–572.

Boarman, W.I., Beigel, M.L., Goodlett, G.C., and Sazaki, M., 1998, A passive integrated transponder system for tracking animal movements: Wildlife Society Bulletin, v. 26, no. 4, p. 886–891.

Boarman, W.I., and Sazaki, M., 1996, Highway mortality in desert tortoises and small vertebrates—Success of barrier fences and culverts, *in* Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., eds., Trends in addressing transportation related wildlife mortality—Proceedings of the transportation related wildlife mortality seminar, Orlando, Florida, April 30–May 2, 1996: Tallahassee, Florida, State Department of Transportation, Report no. FL-ER-58-96, *http://www.icoet.net/ICOWET/96proceedings.asp*.

Boarman, W.I., and Sazaki, M., 2006, A highway's road-effect zone for desert tortoises (*Gopherus agassizii*): Journal of Arid Environments, v. 65, no. 1, p. 94–101.

Boarman, W.I., Sazaki, M., Berry, K.H., Goodlett, G.O., Jennings, W.B., and Woodman, A.P., 1992, Measuring the effectiveness of a tortoise-proof fence and culverts—Status report from first field season, Proceedings of the Desert Tortoise Council: Desert Tortoise Council, p. 126–142.

Boarman, W.I., Sazaki, M., and Jennings, W.B., 1997, The effects of roads, barrier fences, and culverts on desert tortoise populations in California, USA, *in* Abbeema, J.V., ed., Proceedings—Conservation, restoration, and management of tortoises and turtles—An international conference, State University of New York, Purchase, New York, July 1993: Orange, New Jersey, New York Turtle and Tortoise Society, p. 54–58.

Boer, B., 1998, Anthropogenic factors and their potential impacts on the sustainable development of Abu Dhabi's terrestrial biological resources: International Journal of Sustainable Development and World Ecology, v. 5, no. 2, p. 125–135.

Bolling, J.D., and Walker, L.R., 2000, Plant and soil recovery along a series of abandoned desert roads: Journal of Arid Environments, v. 46, no. 11, p. 1–24.

Bond, J., 1971, Noise—Its effect on the physiology and behavior of animals: Agricultural Science Review, v. 9, no. 4, p. 1–10.

Bowles, A.E., 1995, Responses of wildlife to noise, *in* Knight, R.L., and Gutzwiller, K.J., eds., Wildlife and recreationists—Coexistence through management and research: Washington, D.C., Island Press, p. 109–156.

Boyle, S.A., and Samson, F.B., 1985, Effects of nonconsumptive recreation on wildlife—A review: Wildlife Society Bulletin, v. 13, p. 110–116.

Braby, R.J., Shapira, A., and Simmons, R.E., 2001, Successful conservation measures and new breeding records for Damara Terns Sterna balaenarum in Namibia: Marine Ornithology, v. 29, no. 2, p. 81–84.

Brattstrom, B.H., 2000, The range, habitat requirements, and abundance of the orange-throated whiptail, *Cnemidophorus hyperythrus beldingi*: Bulletin of the Southern California Academy of Sciences, v. 99, no. 1, p. 1–24.

Brattstrom, B.H., and Bondello, M.C., 1983, Effects of off-road vehicle noise on desert vertebrates, *in* Webb, R.H., and Wilshire, H.G., eds., Environmental effects of off-road vehicles—Impacts and management in arid regions: New York, Springer-Verlag, p. 167–206.

Brezonick, M., 1996, Designing for the sound of silence: Diesel Progress Engines and Drives, v. 62, no. 8, p. 4.

Brillinger, D.R., Preisler, H.K., Ager, A.A., and Wisdom, M.J., 2004, Stochastic differential equations in the analysis of wildlife motion, 2004 Proceedings of the American Statistical Association, section on statistics and the environment, Toronto, Ontario, Canada, August 8–12, 2004: Alexandria, Virginia, American Statistical Association.

Brody, A.J., and Pelton, M.R., 1989, Effects of roads on black bear movements in western North Carolina: Wildlife Society Bulletin, v. 17, p. 5–10.

Brooks, M.L., 1995, Benefits of protective fencing to plant and rodent communities of the western Mojave Desert, California: Environmental Management, v. 19, no. 1, p. 65–74.

Brooks, M.L., 1999, Effects of protective fencing on birds, lizards, and black-tailed hares in the western Mojave Desert: Environmental Management, v. 23, no. 3, p. 387–400.

Brown, G., and Porembski, S., 2000, Phytogenic hillocks and blow-outs as 'safe sites' for plants in an oil-contaminated area of northern Kuwait: Environmental Conservation, v. 27, no. 3, p. 242–249.

Bruinderink, G.W.T.A., and Hazebroek, E., 1986, Ungulate traffic collisions in Europe: Conservation Biology, v. 10, no. 4, p. 1059–1067.

Buckley, R., and King, N., 2003, Visitor-impact data in a land-management context, *in* Buckley, R.C., Pickering, D., and Weaver, D.B., eds., Nature-based tourism, environment and land management: Wallingford, England, CABI Publishing, p. 89-99.

Buick, A.M., and Paton, D.C., 1989, Impact of off-road vehicles on the nesting success of hooded plovers *Charadrius rubricollis* in the Coorong region of South Australia: Emu, v. 89, no. 3, p. 159–172.

Bury, R.B., 1980, What we know and do not know about off-road vehicle impacts on wildlife, *in* Andrews, R.N.L., and Nowak, P., eds., Off-road vehicle use—A management challenge: Washington, D.C., U.S. Office of Environmental Quality, p. 110-122.

Bury, R.B., and Luckenbach, R.A., 2002, Comparison of desert tortoise (*Gopherus agassizii*) populations in an unused and off-road vehicle area in the Mojave Desert: Chelonian Conservation and Biology, v. 4, no. 2, p. 457–463.

Bury, R.B., Luckenbach, R.A., and Busack, S.D., 1977, Effects of off-road vehicles on vertebrates in the California desert USA: Washington, D.C., U.S. Fish and Wildlife Service, Report, Wildlife Research Reports No. 8, p. 1–23.

Busack, S.D., and Bury, R.B., 1974, Some effects of off-road vehicles and sheep grazing on lizard populations in the Mojave Desert: Biological Conservation, v. 6, no. 3, p. 179–183.

Butcher, J., Majer, J.D., and Unsworth, P., 1989, Bibliography of fauna studies in reclaimed lands, *in* Majer, J.D., ed., Animals in primary succession—The role of fauna in reclaimed lands: New York, Cambridge University Press, p. 451-516.

Cimon, N.J., and Wisdom, M.J., 2004, Accurate velocity estimates from inaccurate GPS data, Remote sensing for field users—Proceedings of the tenth Forest Service remote sensing applications conference, Salt Lake City, Utah, April 5–9, 2004.

Clark, W.D., and Karr, J.R., 1979, Effects of highways on red-winged blackbird and horned lark populations: The Wilson Bulletin, v. 91, p. 143–145.

Collins, E., O'Farrell, T.P., and Rhoads, W., 1982, Annotated bibliography for biologic overview for the Nevada nuclear waste storage investigations, Nevada Test Site, Nye County, Nevada: Goleta, California, EG and G, Inc., Report no. EGG11832419, 48 p.

Collins, E., O'Farrell, T.P., and Rhoads, W., 1982, Biologic overview for the Nevada Nuclear Waste Storage investigations, Nevada Test Site, Nye County, Nevada: Goleta, California, EG and G, Inc., Report no. EGG11832460, 55 p.

Dahle, J.L., 1983, Research study on the technology for control of environmental noise from off-road haul trucks: San Diego, California, Woodward Associates, Inc., Report no. BUMINESOFR–100–84, 94 p.

Delaney, D.K., Grubb, T.G., Beiber, P., Pater, L.L., and Reiser, M.H., 1999, Effects of helicopter noise on Mexican spotted owls: Journal of Wildlife Management, v. 63, no. 1, p. 60–76.

Delforce, R.J., Sinden, J.A., and Young, M.D., 1986, Policy preferences and social economic values to resolve pastoralism—Tourism conflicts: Landscape Planning, v. 12, no. 4, p. 387–401.

Dennis, D.F., 1998, Analyzing public inputs to multiple objective decisions on national forests using conjoint analysis: Forest Science, v. 44, no. 3, p. 421–428.

Dhindsa, M.S., Sandhu, J.S., Sandhu, P.S., and Toor, H.S., 1988, Roadside birds in Punjab (India)—Relation to mortality from vehicles: Environmental Conservation, v. 15, no. 4, p. 303–310.

Doak, D., Kareiva, P., and Klepetka, B., 1994, Modeling population viability for the desert tortoise in the western Mojave Desert: Ecological Applications, v. 4, no. 3, p. 446–460.

Dobson, A., Ralls, K., Foster, M., Soulé, M.E., Simberloff, D., Doak, D., Estes, J.A., Mills, L.S., Mattson, D., Dizro, R., Arita, H., Ryan, S., Norse, E.A., Noss, R.F., and Johns, D., 1999, Connectivity—Maintaining flows in fragmented landscapes, *in* Soulé, M.E., and Terborgh, J., eds., Continental Conservation—Scientific foundations of regional reserve networks: Washington, D.C., Island Press, p. 129–170.

Dunn, J.P., Summerfield, C.J., and Johnson, M., 2003, Distribution, seasonal cycle, host plant records, and habitat evaluation of a Michigan threatened insect—The Great Plains spittlebug, *Lepyronia gibbosa* (Homoptera: Cercopidae): Great Lakes Entomologist, v. 35, no. 2, p. 121–129.

Ehrenfeld, J.G., and Schneider, J.P., 1991, *Chamaecyparis thyoides* wetlands and suburbanization—Effects on hydrology, water quality and plant community composition: Journal of Applied Ecology, v. 28, no. 2, p. 467–490.

Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., 1996, Trends in addressing transportation related wildlife mortality—Proceedings of the transportation related wildlife mortality seminar, Orlando, Florida, April 30–May 2, 1996: Tallahassee, Florida, State Department of Transportation, Report no. FL-ER-58-96, *http://www.icoet.net/ICOWET/96proceedings.asp*.

Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., eds., 1998, Proceedings of the International Conference on Wildlife Ecology and Transportation, Fort Myers, Florida, February 10–12, 1998: Tallahassee, Florida, Florida Department of Transportation, Environmental Management Office Report no. FL DOT FL-ER 69-98.

Fatoki, O.S., 2000, Trace zinc and copper concentrations in roadside vegetation and surface soils—A measurement of local atmospheric pollution in Alice, South Africa: International Journal of Environmental Studies (UK), v. 57, no. 5, p. 501–513.

Feldhammer, G.A., Gates, J.E., Harman, D.M., Loranger, A.J., and Dixon, K.R., 1986, Effects of interstate highway fencing on white-tailed deer activity: Journal of Wildlife Management, v. 50, no. 497–503.

Felix, N.A., Raynolds, M.K., Jorgenson, J.C., and Dubois, K.E., 1992, Resistance and resilience of tundra plant communities to disturbance by winter seismic vehicles: Arctic and Alpine Research, v. 24, no. 1, p. 69–77.

Forman, R.T.T., and Alexander, L.E., 1998, Roads and their major ecological effects: Annual Review of Ecology and Systematics, v. 29, p. 207–231.

Foster, M.L., and Humphrey, S.R., 1995, Use of highway underpasses by Florida panthers and other wildlife: Wildlife Society Bulletin, v. 23, no. 1, p. 95–100.

Furniss, M.J., Flanagan, S.A., and McFadin, B.A., 2000, Hydrologically connected roads—An indicator of the influence of roads on chronic sedimentation, surface water hydrology, and exposure to toxic chemicals: U.S. Forest Service, Stream Systems Technology Center, Rocky Mountain Research Station, Technical Report, 4 p.

Garland, T., and Bradley, W.G., 1984, Effects of a highway on Mojave Desert rodent populations: American Midland Naturalist, v. 111, p. 47–56.

Gibbs, J.P., 1998, Amphibian movements in response to forest edges, roads, and streambeds in southern New England: Journal of Wildlife Management, v. 62, no. 2, p. 584–589.

Gibeau, M.L., and Herrero, S., 1998, Roads, rails, and grizzly bears in the Bow River Valley, Alberta, *in* Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., eds., Proceedings of the International Conference on Wildlife Ecology and Transportation, Fort Myers, Florida, February 10–12, 1998: Tallahassee, Florida, Florida Department of Transportation, Environmental Management Office Report no. FL DOT FL-ER 69-98, p. 104–108.

Gish, C.D., and Christensen, R.E., 1973, Cadmium, nickel, lead, and zinc in earthworms from roadside soil: Environmental Science and Technology, v. 7, p. 1060–1062.

Glass, R.L., 1986, Hydrologic conditions in Connors Bog area, Anchorage, Alaska: U.S. Geological Survey, Technical Report, 23 p.

Godfrey, P.J., and Godfrey, M.M., 1981, Ecological effects of off-road vehicles on Cape Cod: Oceanus, v. 23, no. 4, p. 56–57.

Grant, T.J., 2005, Flat-tailed horned lizards (*Phrynosoma mcallii*)—Population size estimation, effects of off-highway vehicles, and natural history: Fort Collins, Colorado, M.S. thesis, Department of Wildlife Biology, Colorado State University, 84 p., *http://www.warnercnr.colostate.edu/~doherty/Tyler%20Grant%20M.S.%20Thesis_FINAL.pdf*

Greene, A.F.C., 1975, The need for cooperative approaches to fish and wildlife management: Transactions of the North American Wildlife and Natural Resources Conference, v. 40, p. 133–141.

Grue, C.E., O'Shea, T.J., and Hoffman, D.J., 1984, Lead concentrations and reproduction in highway-nesting barn swallows [*Hirundo rustica*]: Condor, v. 86, no. 4, p. 383–389.

Gutzwiller, K.J., and Barrow, W.C., 2003, Influences of roads and development on bird communities in protected Chihuahuan desert landscapes: Biological Conservation, v. 113, no. 2, p. 225–237.

Hall, C., and Dearden, P., eds., 1984, The impact of "non-consumptive" recreation on wildlife—An annotated bibliography: Monticello, Illinois, Vance Bibliographies, 45 p.

Hansen, R.P., Hillhouse, W.A., Willard, B.E., and Burke, H.D., 1970, Public land policy and the environment. Volume 2. Part II—Environmental problems on the public lands. Summary statement and case studies 1 through 8: Denver, Colorado, Rocky Mountain Center on Environment, Report no. PLLRC29–2, 409 p.

Hanski, I., 1999, Metapopulation ecology: New York, Oxford University Press, 324 p.

Hanski, I., and Simberloff, D., 1997, The metapopulation approach, its history, conceptual domain, and application to conservation, *in* Hanski, L., Gilpin, M., and Hanski, I., eds., Metapopulation biology—Ecology, genetics, and evolution: San Diego, California, Academic Press, p. 5–26.

Harris, L.D., and Gallagher, P.B., 1989, New initiatives for wildlife conservation—The need for movement corridors, *in* Mackintosh, G., ed., Preserving communities and corridors: Washington, D.C., Defenders of Wildlife, p. 11–34.

Hastings, M.C., 1995, Physical effects of noise on fishes, Inter-noise 95, the 1995 International Congress on Noise Control, July 10, 1995, p. 979–984.

Haupt, H.F., 1959, Road and slope characteristics affecting sediment movement from logging roads: Journal of Forestry, v. 57, no. 5, p. 329–339.

Hayes, D.L., 1991, The all-American canal lining project—A catalyst for rational and comprehensive groundwater management on the United States-Mexico border: Natural Resources Journal, v. 31, no. 4, p. 803–827.

Hendriks, R.W., 1989, Traffic noise attenuation as a function of ground vegetation: California Department of Transportation, Report no. FHWA/CA/TL–89/09, 99 p.

Hockey, P.A.R., 1983, The distribution, population size, movements and conservation of the African black oystercatcher *Haematopus moquini*: Biological Conservation, v. 25, no. 3, p. 233–262.

Holsman, R.H., 2005, Management opportunities and obligations for mitigating off-road vehicle impacts to wildlife and their habitats: Transactions of the North American Wildlife and Natural Resources Conference, v. 70, p. 399–417.

Holzapfel, C., and Schmidt, W., 1990, Roadside vegetation along transects in the Judean Desert: Israel Journal of Botany, v. 39, p. 263–270.

Hornby, N., and Sheate, W.R., 2001, Sustainable management of recreational off-road vehicles in National Parks in the UK: Environmental and Waste Management, v. 4, no. 2, p. 95–106.

Hosier, P.E., Kochlar, M., and Thayer, V., 1981, Off-road vehicle and pedestrian track effects on the sea-approach of hatchling loggerhead turtles: Environmental Conservation, v. 8, no. 2, p. 158–161.

Huey, L.M., 1941, Mammalian invasion via the highway: Journal of Mammalogy, v. 22, p. 383–385.

Hunt, A., Dickens, H.J., and Whelan, R.J., 1987, Movement of mammals through tunnels under railway lines: Australian Zoologist, v. 24, no. 2, p. 89–93.

Hyers, A.D., and Marcus, M.G., 1981, Land use and desert dust hazards in central Arizona, *in* Pewe, T., ed., Desert dust—Origin, characteristics, and effect on man: Boulder, Colorado, Geological Society of America, Inc., p. 267–280.

Irwin, C.L., Garrett, P., and McDermott, K.P., 2003 Proceedings of the International Conference on Ecology And Transportation, Lake Placid, New York, August 24–29, 2003: Raleigh, North Carolina, Center for Transportation and the Environment, North Carolina State University.

Irwin, C.L., Garrett, P., and McDermott, K.P., 2005, Proceedings of the 2005 International Conference On Ecology And Transportation, San Diego, California, August 29–September 2, 1995: Raleigh, North Carolina, Center for Transportation and the Environment, North Carolina State University.

Jensen, O., 1997, Adaptive strategies in a mountain valley—A case study from Baltistan: Copenhagen, Institute of Geography, University of Copenhagen, 88 p.

Johnson, R.R., and Simpson, J.M., 1988, Desertification of wet riparian ecosystems in arid regions of the North American southwest, *in* Whitehead, E.E., Hutchinson, C.F., Timmermann, B.N., and Varady, R.G., eds., Arid lands—Today and tomorrow, Tuscon, Arizona, October 20–25, 1985: Boulder, Colorado, Westview Press, p. 1383–1393.

Karanja, G., 2003, Tourism impacts in Masai Mara National Reserve: IIED Wildlife and Development Series, v. 14, p. 5–16.

Kaseloo, P.A., and Tyson, K.O., 2004, Synthesis of noise effects on wildlife populations: U.S. Federal Highway Administration, Office of Research and Technology Services, Report no. FHWA–HEP–06–016, 67 p.

Kato, T.T., and O'Farrell, T.P., 1986, Biological assessment of the effects of petroleum production at maximum efficient rate, Naval Petroleum Reserve No. 1 (Elk Hills), Kern County, California, on the endangered blunt-nosed leopard lizard, *Gambelia silus*: Goleta, California, EG and G Energy Measurements, Inc., Report no. EGG102822108, 72 p.

Katz, M., Legore, R.S., Weitkamp, D., Cummins, J.M., and Anderson, D., 1972, Effects on freshwater fish: Journal of the Water Pollution Control Federation, v. 44, no. 6, p. 1226–1250.

Kay, B.L., and Graves, W.L., 1983, Revegetation and stabilization techniques for disturbed desert vegetation, *in* Webb, R.H., and Wilshire, H.G., eds., Environmental effects of off-road vehicles—Impacts and management in arid regions: New York, Springer-Verlag, p. 325–340.

Kellert, S.R., 1980, Activities of the American public relating to animals. Phase II: U.S. Department of Interior Fish and Wildlife Service, Technical Report.

Khalaf, F.I., 1989, Desertification and aeolian processes in the Kuwait Desert: Journal of Arid Environments, v. 16, no. 2, p. 125–145.

Kline, N.C., and Swann, D.E., 1998, Quantifying wildlife road mortality in Saguaro National Park, *in* Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., eds., Proceedings of the International Conference on Wildlife Ecology and Transportation, Fort Myers, Florida, February 10–12, 1998: Tallahassee, Florida, Florida Department of Transportation, Environmental Management Office Report no. FL DOT FL-ER 69-98, p. 23–31.

Knight, R.L., and Gutzwiller, K.J., 1995, Wildlife and recreationists—Coexistence through management and research: Washington, D.C, Island Press, 372 p.

Knight, R.L., and Kawashima, J.Y., 1993, Responses of raven and red-tailed hawk populations to linear right-of-ways: Journal of Wildlife Management, v. 57, no. 2, p. 265–271.

Kurczerski, F.E., 2000, History of white pine (*Pinus strobus*)/oak (*Quercus* spp.) savanna in southern Ontario, with particular reference to the biogeography and status of the antenna-waving wasp, *Tachysphex pechumani* (Hymenoptera: Sphecidae): Canadian Field-Naturalist, v. 114, no. 1, p. 1–20.

Kurczewski, F.E., 1998, Distribution, status, evaluation, and recommendations for the protection of *Tachysphex pechumani* Krombein, the antennal-waving wasp: Natural Areas Journal, v. 18, no. 3, p. 242–254.

Lacey, R.M., Goettel, R.G., Balbach, H.E., and Severinghaus, W.D., 1982, Planning for off-road recreational vehicle use on Army installations: Champaign, Illinois, Construction Engineering Research Lab, Technical Report, 98 p.

Lacey, R.M., and Severinghaus, W.D., 1982, Evaluation of lands for off-road recreational four-wheel drive vehicle use: U.S. Department of Commerce Government Reports Announcements and Index National Technical Information Service (NTIS), Technical Report, 1755 p.

Land, D., and Lotz, M., 1996, Wildlife crossing designs and use by Florida panthers and other wildlife in southwest Florida, *in* Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., eds.,

Trends in addressing transportation related wildlife mortality—Proceedings of the transportation related wildlife mortality seminar, Orlando, Florida, April 30–May 2, 1996: Tallahassee, Florida, State Department of Transportation, Report no. FL-ER-58-96, *http://www.icoet.net/ICOWET/96proceedings.asp*.

Langdon, A.M., 2000, Mojave Desert soils, plants, and ants—Developing a monitoring strategy for off-highway-vehicles: Pomona, California, California State Polytechnic University, Pomona, 114 p.

Lehnert, M.E., and Bissonette, J.A., 1997, Effectiveness of highway crosswalk structures at reducing deer-vehicle collisions: Wildlife Society Bulletin, v. 25, no. 4, p. 809–818.

Lightfoot, D.C., and Whitford, W.G., 1991, Productivity of creosotebush foliage and associated canopy arthropods along a desert roadside: American Midland Naturalist, v. 125, no. 2, p. 310–322.

Lodico, N.J., 1973, Environmental effects of off-road vehicles—A review of the literature: U.S. Office of Library Services, Research Services Branch, Technical Report, 109 p.

Lopez, J.J., and West, N., 1994, Management issues concerning the piping plover and off-road vehicles at Cape Cod National Seashore, Coastal Zone Canada '94—Cooperation in the coastal zone, Halifax, Nova Scotia, Canada, September 1994: Halifax, Nova Scotia, Canada, Ocean Studies, Office of Research Services, A&A, and Dalhousie University.

Lovallo, M.J., and Anderson, E.M., 1996, Bobcat (*Lynx rufus*) home range size and habitat use in northwest Wisconsin: American Midland Naturalist, v. 135, no. 2, p. 241–252.

Lovallo, M.J., and Anderson, E.M., 1996, Bobcat movements and home ranges relative to roads in Wisconsin: Wildlife Society Bulletin, v. 24, no. 1, p. 71–76.

Lovich, J.E., and Bainbridge, D., 1999, Anthropogenic degradation of the southern California desert ecosystem and prospects for natural recovery and restoration: Environmental Management, v. 24, no. 3, p. 309–326.

Luckenbach, R.A., 1978, An analysis of off-road vehicle use on desert avifaunas: Transactions of the North American Wildlife and Natural Resources Conference, v. 43, p. 157–162.

Luckenbach, R.A., 1982, Ecology and management of the desert tortoise (*Gopherus agassizii*) in California: U.S. Fish and Wildlife Service, Technical Report, 37 p.

Luckenbach, R.A., and Bury, R.B., 1983, Effects of off-road vehicles on the biota of the Algodones Dunes, Imperial County, California, USA: Journal of Applied Ecology, v. 20, no. 1, p. 265–286.

Lyren, L., 2001, Movement patterns of coyotes and bobcats relative to roads and underpasses in the Chino Hills area of southern California: Pomona, California, California State Polytechnic University, Pomona, 127 p.

Mader, H.J., 1984, Animal habitat isolation by roads and agricultural fields: Biological Conservation, v. 29, no. 1, p. 81–96.

McDonald, P.M., and Plumb, G.E., 1996, Black-footed ferret reintroduction in the Conata Basin/Badlands of southwestern South Dakota: Rangelands, v. 18, no. 6, p. 222–224.

Meffe, G.K., and Carroll, R.C., 1997, Principles of conservation biology: Sunderland, Massachusetts, Sinauer Associates, Inc., 729 p.

Melvin, S.M., Griffin, C.R., and MacIvor, L.H., 1991, Recovery strategies for piping plovers in managed coastal landscapes: Coastal Management, v. 19, no. 1, p. 21–34.

Melvin, S.M., Hecht, A., and Griffin, C.R., 1994, Piping plover mortalities caused by off-road vehicles on Atlantic coast beaches: Wildlife Society Bulletin, v. 22, no. 3, p. 409–414.

Memphis State University, 1971, Effects of noise on wildlife and other animals: U.S. Environmental Protection Agency, Office of Noise Abatement and Control, Report no. NTID300.5, 77 p.

Mize, R., Evans, R.E., MacRoberts, B.R., MacRoberts, M.H., and Rudolph, D.C., 2005, Restoration of pitcher plant bogs in eastern Texas, USA: Natural Areas Journal, v. 25, no. 2, p. 197–201.

Morgan, M.T., 1993, Nutrition is the key to plight of an ancient survivor, the desert tortoise: Smithsonian Institution Research Reports, v. 74, p. 4.

Mumme, R.L., Schoech, S.J., Woolfenden, G.W., and Fitzpatrick, J.W., 2000, Life and death in the fast lane—Demographic consequences of road mortality in the Florida scrub-jay: Conservation Biology, v. 14, no. 2, p. 501–512.

Munguira, M.L., and Thomas, J.A., 1992, Use of road verges by butterfly and burnet populations, and the effect of roads on adult dispersal and mortality: Journal of Applied Ecology, v. 29, p. 316–329.

Naylor, L.M., 2006, Behavioral responses of Rocky Mountain elk (*Cervus elaphus*) to recreational disturbance: Corvallis, OR, Oregon State University, 103 p.

Noor, M., and Shah, B.H., 1995, Infiltration capacity and soil bulk density differences between grazed area and off-road track at Paya (Kaghan Valley): Pakistan Journal of Forestry, v. 45, no. 1, p. 13–18.

Noss, R.F., and Cooperrider, A.Y., 1994, Saving nature's legacy—Protecting and restoring biodiversity: Washington, D.C., Island Press, 417 p.

Noss, R.F., and Csuti, B., 1997, Habitat fragmentation, *in* Meffe, G.K., and Carroll, C.R., eds., Principles of conservation biology: Sunderland, Massachusetts, Sinauer Associates, Inc., p. 269–304.

O'Farrell, T.P., 1984, Conservation of the endangered San Joaquin kit fox *Vulpes macrotis mutica* in the Naval Petroleum Reserves, California: Acta Zoologica Fennica, v. 172, p. 207–208.

O'Farrell, T.P., and Gilbertson, L., 1986, Ecology of the desert kit fox *Vulpes macrotis arsipus* in the Mojave Desert of southern California USA: Bulletin of the Southern California Academy of Sciences, v. 85, no. 1, p. 1–15.

O'Farrell, T.P., Harris, C.E., Kato, T.T., and McCue, P.M., 1986, Biological assessment of the effects of petroleum production at maximum efficient rate, Naval Petroleum Reserve No. 1 (Elk Hills), Kern County, California, on the endangered San Joaquin kit fox, *Vulpes macrotis mutica*: Goleta, California, EG and G Energy Measurements, Inc., Report no. EGG102822107, 84 p.

O'Farrell, T.P., and Kato, T.T., 1987, Biological assessment of the effects of petroleum production activities, Naval Petroleum Reserves in California, on the endangered giant kangaroo rat, *Dipodomys ingens*: Goleta, California, EG and G Energy Measurements, Inc., Report no. EGG102822183, 34 p.

Oxley, D.J., Fenton, M.B., and Carmody, G.R., 1974, Effects of roads on populations of small mammals: Journal of Applied Ecology, v. 11, no. 1, p. 51–59.

Paquet, P., and Callahan, C., 1996, Effects of linear developments of winter movement of gray wolves in the Bow River Valley of Banff National Park, Alberta, *in* Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., eds., Trends in addressing transportation related wildlife mortality——Proceedings of the transportation related wildlife mortality seminar, Orlando, Florida, April 30–May 2, 1996: Tallahassee, Florida, State Department of Transportation, Report no. FL-ER-58-96, *http://www.icoet.net/ICOWET/96proceedings.asp*.

Parendes, L.A., and Jones, J.A., 2000, Role of light availability and dispersal in exotic plant invasion along roads and streams in the H. J. Andrews Experimental Forest, Oregon: Conservation Biology, v. 14, no. 1, p. 64–75.

Piehl, B.T., Beschta, R.L., and Pyles, M.R., 1988, Ditch-relief culverts and low-volume forest roads in the Oregon Coast Range: Northwest Science, v. 62, no. 3, p. 91–98.

Power, J.A., and Schuster, E.G., 1975, Off-road vehicle law and Idaho—An ORV planning aid: Moscow, Idaho, University of Idaho, Technical Report, 65 p.

Preisler, H.K., Ager, A.A., and Wisdom, M.J., 2006, Statistical methods for analysing responses of wildlife to human disturbance: Journal of Applied Ecology, v. 43, no. 1, p. 164–172.

Propst, D.B., Shomaker, J.H., and Mitchekkm, J.E., 1977, Attitudes of Idaho off-road vehicle users and mangers: Moscow, Idaho, College of Forestry, Wildlife and Range Sciences, University of Idaho, Technical Report, 30 p.

Quarles, H.D., Hanawalt, R.B., and Odum, W.E., 1974, Lead in small mammals, plants, and soil at varying distances from a highway: Journal of Applied Ecology, v. 11, no. 3, p. 937–949.

Rafique, S.A., 1994, Effect of grazing management and fertilizer application on vegetation and soil properties of a moist temperate forest range in Siran Valley (Mansehra), NWFP: Pakistan Journal of Forestry, v. 44, no. 1, p. 20–29.

Reed, R.A., Johnson-Barnard, J., and Baker, W.L., 1996, Contribution of roads to forest fragmentation in the Rocky Mountains: Conservation Biology, v. 10, no. 4, p. 1098–1106.

Reijnen, R., and Foppen, R., 1995, The effects of car traffic on breeding bird populations in woodland. IV. Influence of population size on the reduction of density close to a highway: Journal of Applied Ecology, v. 32, no. 3, p. 481–491.

Reijnen, R., Foppen, R., Braak, C.T., and Thissen, J., 1995, The effects of car traffic on breeding bird populations in woodland. III. Reduction of density in relation to the proximity of main roads: Journal of Applied Ecology, v. 32, no. 1, p. 187–202.

Reijnen, R., Foppen, R., and Veenbaas, G., 1997, Disturbance by traffic of breeding birds—Evaluation of the effect and considerations in planning and managing road corridors: Biodiversity and Conservation, v. 6, no. 4, p. 567–581.

Rhoads, W.A., Cochrane, S.A., and Williams, M.P., 1979, Status of endangered and threatened plant species on Tonopah Test Range—A survey: Goleta, California, Santa Barbara Research Center, Report no. SAND807035, 126 p.

Rickard, W.H., 1988, Natural vegetation at the proposed reference repository location in southeastern Washington: Richland, Washington, Battelle Pacific Northwest Labs, Report no. PNL–6402, 27 p.

Rinne, J.N., Rickel, B., and Hendrickson, D., 1980, A new Gila topminnow locality in southern Arizona: Fort Collins, Colorado, U.S. Forest Service, Rocky Mountain Forest and Range Experiment Station, Report no. RM-382, 4 p.

Romin, L.A., and Bissonette, J.A., 1996, Temporal and spatial distribution of highway mortality of mule deer on newly constructed roads at Jordanelle Reservoir, Utah: Great Basin Naturalist, v. 56, no. 1, p. 1–11.

Roni, P., Beechie, T.J., Bilby, R.E., Leonetti, F.E., Pollock, M.M., and Pess, G.R., 2002, A review of stream restoration techniques and a hierarchical strategy for prioritizing restoration in Pacific Northwest watersheds: North American Journal of Fisheries Management, v. 22, no. 1, p. 1–20.

Rosen, P.C., and Lowe, C.H., 1994, Highway mortality of snakes in the Sonoran Desert of southern Arizona: Biological Conservation, v. 68, no. 22, p. 143–148.

Rowland, M.M., Wisdom, M.J., Johnson, B.K., and Penninger, M.A., 2005, Effects of roads on elk—Implications for management in forested ecosystems, *in* Wisdom, M.J., ed., The Starkey Project—A synthesis of long-term studies of elk and mule deer: Lawrence, Kansas, Alliance Communications Group, p. 42–52.

Roy, A.H., Rosemond, A.D., Leigh, D.S., Paul, M.J., and Wallace, J.B., 2003, Habitat-specific responses of stream insects to land cover disturbance—Biological consequences and monitoring implications: Journal of the North American Benthological Society, v. 22, no. 2, p. 292–307.

Rudolph, D.C., Burgdorf, S.J., Conner, R.N., and Dickson, J.G., 1998, The impact of roads on the timber rattlesnake, (*Crotalus horridus*), in eastern Texas, *in* Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., eds., Proceedings of the International Conference on Wildlife Ecology and Transportation, Fort Myers, Florida, February 10–12, 1998: Tallahassee, Florida, Florida Department of Transportation, Environmental Management Office Report no. FL DOT FL-ER 69-98, p. 236–240.

Ruediger, B., 1998, Rare carnivores and highways—Moving into the 21st century, *in* Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., eds., Proceedings of the International Conference on Wildlife Ecology and Transportation, Fort Myers, Florida, February 10–12, 1998: Tallahassee, Florida, Florida Department of Transportation, Environmental Management Office Report no. FL DOT FL-ER 69-98, p. 10–16.

Samways, M.J., 1989, Insect conservation and landscape ecology—A case-history of bush crickets (Tettigoniidae) in southern France: Environmental Conservation, v. 16, no. 3, p. 217–226.

Saunders, D.A., Hobbs, R.J., and Margules, C.R., 1991, Biological consequences of ecosystem fragmentation—A review: Conservation Biology, v. 5, no. 1, p. 18–32.

Schipani, S.P., Bruno, R.S., Lattin, M.A., King, B.M., and Patton, D.J., 1998, Quantification of cognitive process degradation while mobile, attributable to the environmental stressors endurance, vibration, and noise: Aberdeen Proving Ground, Maryland, U.S. Army Research Lab, Report no. ARL–TR–1603, 96 p.

Seibert, H.C., and Conover, J.H., 1991, Mortality of vertebrates and invertebrates on an Athens County, Ohio [USA], highway: Ohio Journal of Science, v. 91, no. 4, p. 163–166.

Servheen, C., Walker, J., and Kasworm, W., 1998, Fragmentation effects of high-speed highways on grizzly bear populations shared between the United States and Canada, *in* Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., eds., Proceedings of the International Conference on Wildlife Ecology and Transportation, Fort Myers, Florida, February 10–12, 1998: Tallahassee, Florida, Florida Department of Transportation, Environmental Management Office Report no. FL DOT FL-ER 69-98, p. 97–103.

Sheridan, D., 1979, Off-road vehicles on public land: Washington, D.C., Council on Environmental Quality, Report no. PB86211158, 94 p.

Singer, F.J., 1978, Behavior of mountain goats in relation to US Highway 2, Glacier Park, Montana: Journal of Wildlife Management, v. 42, p. 591–597.

Smith, W.H., 1976, Lead contamination of the roadside ecosystem: Journal of the Air Pollution Control Association, v. 26, p. 753–766.

Spellerburg, I.F., 1998, Ecological effects of roads and traffic—A literature review: Global Ecology and Biogeography Letters, v. 7, no. 5, p. 317–333.

Spellerburg, I.F., and Morrison, T., 1998, The ecological effects of new roads—A literature review: Wellington, New Zealand, New Zealand Department of Conservation, Technical Report, 55 p.

Spencer, H.J., and Port, G.R., 1988, Effects of roadside conditions on plants and insects: II. Soil conditions: Journal of Applied Ecology, v. 25, no. 22, p. 709–715.

Steiner, A.J., and Leatherman, S.P., 1979, An annotated bibliography of the effects of off-road vehicle and pedestrian traffic on coastal ecosystems: U.S. National Park Service Cooperative Research unit and University of Massachusetts Amherst, Report no. UMNPSCRU45, 88 p.

Steiner, A.J., and Leatherman, S.P., 1981, Recreational impacts on the distribution of ghost crabs *Ocypode quadrata* Fab: Biological Conservation, v. 20, no. 2, p. 111–122.

Stroh, T., 2001, Proposed Collbran rock and soil source project—Wildlife report: U.S. Bureau of Reclamation, Report no. PB2006101846, 28 p.

Sullivan, B.K., 2000, Long-term shifts in snake populations—A California site revisited: Biological Conservation, v. 94, no. 3, p. 321–325.

Swihart, R.K., and Slade, N.A., 1984, Road crossing in *Sigmodon hispidus* and *Microtus ochrogaster*: Journal of Mammalogy, v. 65, no. 2, p. 357–360.

Tewes, M.E., and Blanton, D.R., 1998, Potential impacts of international bridges on ocelots and jaguarundis along the Rio Grande wildlife corridor, *in* Evink, G.L., Garrett, P., Zeigler, D., and Berry, J., eds., Proceedings of the International Conference on Wildlife Ecology and Transportation, Fort Myers, Florida, February 10–12, 1998: Tallahassee, Florida, Florida

Department of Transportation, Environmental Management Office Report no. FL DOT FL-ER 69-98, p. 135–139.

Trombulak, S.C., and Frissell, C.A., 2000, Review of ecological effects of roads on terrestrial and aquatic communities: Conservation Biology, v. 14, no. 1, p. 18–30.

Tshiguvho, T.E., Dean, W.R.J., and Robertson, H.G., 1999, Conservation value of road verges in the semi-arid Karoo, South Africa—Ants (Hymenoptera: Formicidae) as bio-indicators: Biodiversity and Conservation, v. 8, no. 12, p. 1683–1695.

Twiss, R., Sidener, J., Bingham, G., Burke, J.E., and Hall, C.H., 1980, Potential impacts of geothermal development on outdoor recreational use of the Salton Sea: Livermore, California, University of California, Livermore, Technical Report, 61 p.

Tyser, R.W., and Worley, C.A., 1992, Alien flora in grasslands adjacent to road and trail corridors in Glacier National Park, Montana (U.S.A.). Conservation Biology, v. 6, no. 2, p. 253-262.

U.S. Army Corps of Engineers, 1994, Stationing of mechanized or armored combat forces at Fort Lewis, Thurston and Pierce Counties, Washington: U.S. Army Corps of Engineers, Report no. 940045.

U.S. Army Corps of Engineers, 1998, McGregor range land withdrawal, Fort Bliss, Otera County, New Mexico: U.S. Army Corps of Engineers, Report no. 980439, 586 p.

U.S. Army Corps of Engineers, 2001, Fort Bliss mission and master plan—Dona Ana and Otero Counties, New Mexico, and El Paso County, Texas: U.S. Army Corps of Engineers, Report no. 010081.

U.S. Army Corps of Engineers, and Oklahoma Department of Wildlife Conservation, 1986, Candy Lake, Candy Creek, Osage County, Oklahoma (supplemental information report to the final environmental impact statement of January 1975): U.S. Army Corps of Engineers, Report no. 860246, 4 p.

U.S. Bureau of Land Management, 1984, Book Cliffs resource management plan, Utah: U.S. Bureau of Land Management, Report no. 840541, 534 p.

U.S. Bureau of Land Management, 1984, Proposed Monument resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 840584, 419 p.

U.S. Bureau of Land Management, 1985, Box Elder resource management plan, Utah: U.S. Bureau of Land Management, Report no. 850448.

U.S. Bureau of Land Management, 1985, Grand Junction resource area—resource management plan and environmental impact statement: U.S. Bureau of Land Management, Report, 171 p.

U.S. Bureau of Land Management, 1985, Lemhi resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 850426.

U.S. Bureau of Land Management, 1985, Lower Gila South resource management plan, La Paz, Maricopa, Pima, Pinal, and Yuma Counties, Arizona: U.S. Bureau of Land Management, Report no. 850347, 909 p.

U.S. Bureau of Land Management, 1985, Medicine Lodge Proposed resource management plan, Bingham, Bonneville, Butte, Clark, Fremont, Jefferson, Madison, and Teton Counties, Idaho: U.S. Bureau of Land Management, Report no. 850237.

U.S. Bureau of Land Management, 1985, Proposed Two Rivers resource management plan, Oregon: U.S. Bureau of Land Management, Report no. 850409.

U.S. Bureau of Land Management, 1985, resource management plan for the Kemmerer resource area, Lincoln, Sublette, Sweetwater, and Uinta Counties, Wyoming: U.S. Bureau of Land Management, Report no. 850532.

U.S. Bureau of Land Management, 1985, resource management plan for the Walker Planning Area, Nevada: U.S. Bureau of Land Management, Report no. 850274.

U.S. Bureau of Land Management, 1985, Rio Puerco resource management plan, New Mexico: U.S. Bureau of Land Management, Report no. 850417.

U.S. Bureau of Land Management, 1985, Two Rivers resource management plan, Oregon: U.S. Bureau of Land Management, Report no. 850137, 163 p.

U.S. Bureau of Land Management, 1985, White Sands resource area resource management plan, New Mexico: U.S. Bureau of Land Management, Report no. 850387.

U.S. Bureau of Land Management, 1985, Yuma District resource management plan, Yuma, La Paz, and Mohave Counties, Arizona, and San Bernardino, Riverside, and Imperial Counties, California: U.S. Bureau of Land Management, Report no. 850358, 310 p.

U.S. Bureau of Land Management, 1986, Baker resource management plan, Baker County, Oregon: U.S. Bureau of Land Management, Report no. 860150, 129 p.

U.S. Bureau of Land Management, 1986, Big Lost/Pahsimeroi Wilderness, Idaho: U.S. Bureau of Land Management, Report no. 860399, 125 p.

U.S. Bureau of Land Management, 1986, Eastern San Diego County planning unit, California—Preliminary wilderness recommendations: U.S. Bureau of Land Management, Report no. 860388, 195 p.

U.S. Bureau of Land Management, 1986, Lander resource management plan, Lander, Wyoming: U.S. Bureau of Land Management, Report no. 860449.

U.S. Bureau of Land Management, 1986, Little Snake resource management plan, Moffat, Rio Blanco, and Routt Counties, Colorado: U.S. Bureau of Land Management, Report no. 860029.

U.S. Bureau of Land Management, 1986, Proposed 1985 amendments to the California desert conservation area plan and the Eastern San Diego County Master Framework Plan, California: U.S. Bureau of Land Management, Report no. 860432, 138 p.

U.S. Bureau of Land Management, 1986, Proposed 1985 amendments to the California desert conservation area plan, California: U.S. Bureau of Land Management, Report no. 860077.

U.S. Bureau of Land Management, 1986, Proposed Baker resource management plan, Vale District, Oregon: U.S. Bureau of Land Management, Report no. 860396.

U.S. Bureau of Land Management, 1986, resource management plan for the Carlsbad resource area, Eddy, Lea, and Chaves Counties, New Mexico: U.S. Bureau of Land Management, Report no. 860101, 390 p.

U.S. Bureau of Land Management, 1986, resource management plan for the House Range resource area, Juab and Millard Counties, Utah: U.S. Bureau of Land Management, Report no. 860377.

U.S. Bureau of Land Management, 1986, resource management plan for the Warm Springs resource area, Millard County, Utah: U.S. Bureau of Land Management, Report no. 860395.

U.S. Bureau of Land Management, 1986, Utah statewide wilderness environmental impact statement: U.S. Bureau of Land Management, Report no. 860036.

U.S. Bureau of Land Management, 1986, Wilderness Suitability EIS—Grass Creek and Cody resource areas, Bighorn Basin, Wyoming (draft supplement for the Owl Creek Wilderness study area): U.S. Bureau of Land Management, Report no. 860168, 40 p.

U.S. Bureau of Land Management, 1987, Canon City District wilderness study, Colorado: U.S. Bureau of Land Management, Report no. 870444, 238 p.

U.S. Bureau of Land Management, 1987, Cascade resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 870281, 432 p.

U.S. Bureau of Land Management, 1987, Glenwood Springs resource area resource management plan, Colorado—Wilderness recommendations: U.S. Bureau of Land Management, Report no. 870421, 168 p.

U.S. Bureau of Land Management, 1987, Medicine Bow-Divide resource areas resource management plan, Rawlins District, Wyoming: U.S. Bureau of Land Management, Report no. 870212.

U.S. Bureau of Land Management, 1987, North Dakota resource management plan, Dunn and Bowman Counties, North Dakota: U.S. Bureau of Land Management, Report no. 870236, 199 p.

U.S. Bureau of Land Management, 1987, Pinedale resource area resource management plan, Sublette and Lincoln Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870077, 347 p.

U.S. Bureau of Land Management, 1987, Pinedale resource area resource management plan, Sublette, Teton, Lincoln, and Fremont Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870428, 232 p.

U.S. Bureau of Land Management, 1987, Pocatello resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 870333, 132 p.

U.S. Bureau of Land Management, 1987, Preliminary wilderness recommendations for the Arcata resource area, Eden Valley and Thatcher Ridge Wilderness Study Areas, Ukiah District, Mendocino County, California: U.S. Bureau of Land Management, Report no. 870348, 111 p.

U.S. Bureau of Land Management, 1987, Proposed Lemhi resource management plan, Lemhi County, Idaho—Eighteenmile Wilderness: U.S. Bureau of Land Management, Report no. 870437, 178 p.

U.S. Bureau of Land Management, 1987, Proposed Medicine Lodge, Idaho resource management plan—Wilderness recommendations: U.S. Bureau of Land Management, Report no. 870436, 92 p.

U.S. Bureau of Land Management, 1987, Proposed Monument resource management plan and Wilderness Study, Idaho: U.S. Bureau of Land Management, Report no. 870248, 162 p.

U.S. Bureau of Land Management, 1987, Proposed resource management plan and wilderness recommendations for the Lahontan resource area, Nevada: U.S. Bureau of Land Management, Report no. 870293, 282 p.

U.S. Bureau of Land Management, 1987, Proposed resource management plan for the San Juan resource area, Moab District, Utah: U.S. Bureau of Land Management, Report no. 870440.

U.S. Bureau of Land Management, 1987, Proposed Utility Corridor resource management plan, Alaska: U.S. Bureau of Land Management, Report no. 870291, 281 p.

U.S. Bureau of Land Management, 1987, Proposed Wilderness Program for the Stafford District Wilderness EIS Area, Cochise, Gila, Graham, and Greenlee Counties, Arizona and Hidalgo County, New Mexico: U.S. Bureau of Land Management, Report no. 870156, 502 p.

U.S. Bureau of Land Management, 1987, Proposed wilderness program for the Upper Sonoran Wilderness EIS Area, Maricopa, Mohave, Yavapai, and Yuma Counties, Arizona: U.S. Bureau of Land Management, Report no. 870292, 394 p.

U.S. Bureau of Land Management, 1987, resource management plan for the Elko resource area, Nevada—Wilderness Plan: U.S. Bureau of Land Management, Report no. 870400, 172 p.

U.S. Bureau of Land Management, 1987, Taos resource management plan, New Mexico: U.S. Bureau of Land Management, Report no. 870331.

U.S. Bureau of Land Management, 1987, Washakie resource area resource management plan, portions of Big Horn, Hot Springs, and Washakie Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870395.

U.S. Bureau of Land Management, 1987, Wilderness recommendations for the north-central California Wilderness Study Areas: U.S. Bureau of Land Management, Report no. 870058, 115 p.

U.S. Bureau of Land Management, 1987, Winnemucca District wilderness recommendations, Nevada and California: U.S. Bureau of Land Management, Report no. 870342, 581 p.

U.S. Bureau of Land Management, 1988, Brothers/Lapine resource management plan, Oregon: U.S. Bureau of Land Management, Report no. 880365.

U.S. Bureau of Land Management, 1988, Central California Section 202 wilderness study areas wilderness recommendations—Sheep Ridge, Milk Ranch/Case Mountain, and Ventana contiguous wilderness study areas: U.S. Bureau of Land Management, Report no. 880020, 110 p.

U.S. Bureau of Land Management, 1988, Challis resource area proposed resource management plan, upper Columbia-Salmon Clearwater Districts, Custer and Lemhi Counties, Idaho: U.S. Bureau of Land Management, Report no. 980508.

U.S. Bureau of Land Management, 1988, Cody resource area resource management plan, Big Horn and Park Counties, Wyoming: U.S. Bureau of Land Management, Report no. 880315.

U.S. Bureau of Land Management, 1988, Fort Greely National maneuver area and Fort Greely Air Drop Zone, Alaska—Resource management plan: U.S. Bureau of Land Management, Report no. 880276, 138 p.

U.S. Bureau of Land Management, 1988, Fort Wainwright maneuver area, Fairbanks North Star Borough, Alaska: U.S. Bureau of Land Management, Report no. 880277, 138 p.

U.S. Bureau of Land Management, 1988, Medicine Bow-Divide resource areas (now Great Divide resource area) resource management plan, Rawlins District, Wyoming: U.S. Bureau of Land Management, Report no. 880325.

U.S. Bureau of Land Management, 1988, Pony Express resource management plan, Toole, Utah, and Salt Lake Counties, Utah: U.S. Bureau of Land Management, Report no. 880310, 147 p.

U.S. Bureau of Land Management, 1988, Proposed Las Vegas resource management plan and final environmental impact statement, Clark and Nye Counties, Nevada: U.S. Bureau of Land Management, Report no. 980207.

U.S. Bureau of Land Management, 1988, Uncompahgre Basin resource management plan, Colorado: U.S. Bureau of Land Management, Report no. 880345.

U.S. Bureau of Land Management, 1988, West Hiline resource management plan, northcentral Montana: U.S. Bureau of Land Management, Report no. 880200, 306 p.

U.S. Bureau of Land Management, 1988, Wilderness recommendations for the Red Mountain Wilderness Study Area in the Arcata resource area, California: U.S. Bureau of Land Management, Report no. 880033, 120 p.

U.S. Bureau of Land Management, 1988, Wilderness Study Areas in the Rock Springs District, Fremont, Lincoln, Sublette, and Sweetwater Counties, Wyoming (revised draft environmental impact statement): U.S. Bureau of Land Management, Report no. 880359, 175 p.

U.S. Bureau of Land Management, 1989, Arcata resource management plan, California: U.S. Bureau of Land Management, Report no. 890306, 354 p.

U.S. Bureau of Land Management, 1989, Dixie resource area management plan, Washington County, Utah: U.S. Bureau of Land Management, Report no. 890290, 250 p.

U.S. Bureau of Land Management, 1989, Phoenix resource management plan, Arizona: U.S. Bureau of Land Management, Report no. 890012, 240 p.

U.S. Bureau of Land Management, 1989, Powder River wilderness suitability study for the Powder River resource area resource management plan, Miles City District, Montana: U.S. Bureau of Land Management, Report no. 890301, 73 p.

U.S. Bureau of Land Management, 1989, San Pedro River riparian management plan for the San Pedro River EIS Area, Cochise County, Arizona: U.S. Bureau of Land Management, Report no. 890152, 381 p.

U.S. Bureau of Land Management, 1989, San Rafael resource management plan, Emery County, Utah: U.S. Bureau of Land Management, Report no. 890240.

U.S. Bureau of Land Management, 1989, Utility Corridor Proposed resource management plan, Alaska: U.S. Bureau of Land Management, Report no. 890326, 281 p.

U.S. Bureau of Land Management, 1989, White Sands resource management plan amendment for McGregor Range, Otero County, New Mexico: U.S. Bureau of Land Management, Report no. 890127.

U.S. Bureau of Land Management, 1990, Bishop resource management plan and environmental impact statement: U.S. Bureau of Land Management, Report no. BLMCAES900011610, 273 p.

U.S. Bureau of Land Management, 1990, Rock Springs District wilderness study areas, Fremont, Lincoln, Sublette, and Sweetwater Counties, Wyoming: U.S. Bureau of Land Management, Report no. 900439, 324 p.

U.S. Bureau of Land Management, 1990, Uncompahgre Basin resource area, Montrose District, Colorado—Wilderness plan: U.S. Bureau of Land Management, Report no. 900175, 175 p.

U.S. Bureau of Land Management, 1991, Arizona Strip District resource management plan, Mohave and Coconino Counties, Arizona: U.S. Bureau of Land Management, Report no. 910055, 617 p.

U.S. Bureau of Land Management, 1991, resource management plan for public lands in the state of Nebraska: U.S. Bureau of Land Management, Report no. 910385, 144 p.

U.S. Bureau of Land Management, 1991, Safford District resource management plan, Arizona: U.S. Bureau of Land Management, Report no. 910314, 511 p.

U.S. Bureau of Land Management, 1991, Spokane resource management plan, Washington: U.S. Bureau of Land Management, Report no. 910374, 169 p.

U.S. Bureau of Land Management, 1991, Three Rivers resource management plan, Harney, Grant, Lake, and Malheur Counties, Oregon: U.S. Bureau of Land Management, Report no. 910335.

U.S. Bureau of Land Management, 1992, Proposed Spokane resource management plan amendment and final environmental impact statement: U.S. Bureau of Land Management, Report no. 920286, 181 p.

U.S. Bureau of Land Management, 1993, resource management plan and environmental impact statement for the Big Dry resource area, Miles City District, Montana: U.S. Bureau of Land Management, Report no. 930076, 382 p.

U.S. Bureau of Land Management, 1994, Burley District tiger beetle inventory: U.S. Bureau of Land Management, Report no. BLMTB942, 27 p.

U.S. Bureau of Land Management, 1994, Fort Wainwright, Yukon maneuver area, proposed resource management plan and final environmental impact statement, Fairbanks North Star Borough, Alaska: U.S. Bureau of Land Management, Report no. 940001, 124 p.

U.S. Bureau of Land Management, 1994, resource management plan and environmental impact statement for the Grass Creek resource area, Worland District, Wyoming: U.S. Bureau of Land Management, Report, 299 p.

U.S. Bureau of Land Management, 1994, Salem District resource management plan and environmental impact statement—Benton, Clackamas, Clatsop, Columbia, Lane, Lincoln, Linn, Marion, Multnomah, Polk, Tillamook, Washington, and Yamhill Counties, Oregon: U.S. Bureau of Land Management, Report no. 940461.

U.S. Bureau of Land Management, 1994, Stateline resource management plan, Clark and Nye Counties, Nevada (draft environmental impact statement and draft supplement): U.S. Bureau of Land Management, Report no. 940177.

U.S. Bureau of Land Management, 1996, resource management plan for the Green River resource area, Rock Springs, Wyoming: U.S. Bureau of Land Management, Report no. 960148.

U.S. Bureau of Land Management, 1996, Sweet Grass Hills resource management plan amendment, Liberty and Toole Counties, Montana: U.S. Bureau of Land Management, Report no. 960243, 179 p.

U.S. Bureau of Land Management, 1997, Proposed resource management plan/final environmental impact statement for the Roswell resource area, Roswell, New Mexico and proposed resource management plan amendment/final environmental impact statement for the Carlsbad resource area, Carlsbad, New Mexico. Volume 1: U.S. Bureau of Land Management, Report no. BLMNMPT970031610V1, 379 p.

U.S. Bureau of Land Management, 1997, Proposed resource management plan/Final environmental impact statement for the Roswell resource area, Roswell, New Mexico and proposed resource management plan amendment/final environmental impact statement for the Carlsbad resource area, Carlsbad, New Mexico. Volume 2: U.S. Bureau of Land Management, Report no. BLMNMPT970031610V2, 535 p.

U.S. Bureau of Land Management, 1997, Roswell and Carlsbad resource areas—Chaves, Curry, Debaca, Eddy, Guadalupe, Lea, Lincoln, Quay, and Roosevelt Counties, New Mexico: U.S. Bureau of Land Management, Report no. 970072.

U.S. Bureau of Land Management, 1998, Draft Caliente management framework plan amendment and environmental impact statement for management of desert tortoise habitat, Lincoln County, Nevada: U.S. Bureau of Land Management, Report no. 980190, 322 p.

U.S. Bureau of Land Management, 1998, Judith-Valley-Phillips resource management plan—Chouteau, Fergus, Judith Basin, Petroleum, Phillips, and Valley Counties, Montana (draft supplement to the Final environmental impact statement of September 1997): U.S. Bureau of Land Management, Report no. 980149, 51 p.

U.S. Bureau of Land Management, 1998, Socorro resource area resource management plan, New Mexico: U.S. Bureau of Land Management, Report no. 880397, 266 p.

U.S. Bureau of Land Management, 1999, Final environmental impact statement for management of desert tortoise habitat, Lincoln County, Nevada: U.S. Bureau of Land Management, Report no. 990201, 442 p.

U.S. Bureau of Land Management, 2000, Federal fluid minerals leasing and development, Otero and Sierra Counties, New Mexico: U.S. Bureau of Land Management, Report no. 000383, 521 p.

U.S. Bureau of Land Management, 2000, Riparian and aquatic habitat management in the Albuquerque Field Office—Bernalillo, Cibola, McKinley, Rio Arriba, Sandoval, Santa Fe, and Valencia Counties, New Mexico: U.S. Bureau of Land Management, Report no. 000304.

U.S. Bureau of Land Management, 2000, Riparian and aquatic habitat management in the Farmington Field Office—McKinley, Rio Arriba, San Juan, and Sandoval Counties, New Mexico: U.S. Bureau of Land Management, Report no. 000302.

U.S. Bureau of Land Management, 2000, Riparian and aquatic habitat management in the Las Cruces Field Office—Dona Ana, Grant, Hidaglo, and Luna Counties, New Mexico: U.S. Bureau of Land Management, Report no. 000303.

U.S. Bureau of Land Management, 2000, Riparian and aquatic habitat management in the Taos Field Office—Colfax, Harding, Los Alamos, Mora, Rio Arriba, San Miguel, Santa Fe, Taos, and Unison Counties, New Mexico: U.S. Bureau of Land Management, Report no. 00305.

U.S. Bureau of Land Management, 2001, National management strategy for motorized off-highway vehicle use on public lands: U.S. Bureau of Land Management, Report no. PB2001103162, 58 p.

U.S. Bureau of Land Management, 2003, Farmington resource management plan, San Juan, McKinley, Rio Arriba, and Sandoval Counties, New Mexico: U.S. Bureau of Land Management, Report no. 030143.

U.S. Bureau of Land Management, 2004, Dillon resource management plan, Beaverhead and Madison Counties, Montana: U.S. Bureau of Land Management, Report no. 040153, 626 p.

U.S. Bureau of Land Management, 2004, Jack Morrow Hills coordinated activity plan, Sweetwater, Fremont, and Sublette Counties, Wyoming: U.S. Bureau of Land Management, Technical Report.

U.S. Bureau of Land Management, 2005, Newmont Mining Company, Emigrant project, Elko County, Nevada: U.S. Bureau of Land Management, Report no. 050117, 269 p.

U.S. Bureau of Land Management, 2006, Coeur d'Alene resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 060002, 347 p.

U.S. Bureau of Land Management and U.S. Fish and Wildlife Service, 1992, Cokeville Meadows National Wildlife Refuge Proposal, Lincoln County, Wyoming: U.S. Bureau of Land Management and U.S. Fish and Wildlife Service, Report no. 920230, 123 p.

U.S. Bureau of Land Management and U.S. Forest Service, 1986, Proposed Coronado National Forest land and resource management plan, Arizona and New Mexico: U.S. Bureau of Land Management and U.S. Forest Service, Report no. 860307.

U.S. Bureau of Land Management and U.S. Forest Service, 1990, Proposed Cokeville Meadows National Wildlife Refuge, Lincoln County, Wyoming: U.S. Bureau of Land Management and U.S. Forest Service, Report no. 900388, 197 p.

U.S. Bureau of Land Management and U.S. Forest Service, 2004, North Fork of the South Platte and the South Platte Rivers wild and scenic river study report, Pike and San Isabel National Forests and Comanche and Cimarron National Grasslands, Douglas, Jefferson, Park, and Teller Counties, Colorado: U.S. Bureau of Land Management and U.S. Forest Service, Report no. 040037, 301 p.

U.S. Bureau of Reclamation, 2001, Pothole Reservoir resource management plan, Grant County, Washington: U.S. Bureau of Reclamation, Report no. 010518, 567 p.

U.S. Department of Defense, 1999, Military training in the Marianas, Guam and the Commonwealth of the Northern Marianas: U.S. Department of Defense, Report no. 990187, 478 p.

U.S. Department of the Navy, 1973, Off-road vehicle use of Mirror Lake Naval Weapons Center, China Lake, California: U.S. Department of the Navy, Report no. ELR73–1411, 67 p.

U.S. Department of the Air Force, 1992, Defense evaluation support activity testing and evaluation program, Kirtland Air Force Base, New Mexico: U.S. Department of the Air Force, Report no. 920325, 487 p.

U.S. Department of the Air Force Tactical Air Command and U.S. Bureau of Land Management, 1986, Renewed withdrawal of Groom Mountain Range addition to Nellis Air Force bombing and gunnery range, Lincoln County, Nevada: U.S. Department of the Air Force, Tactical Air Command and U.S. Bureau of Land Management, Report no. 860476.

U.S. Federal Highway Administration, 1965, Design of roadside drainage channels: U.S. Federal Highway Administration, Report no. FHWAEPD86103, 64 p.

U.S. Federal Highway Administration, 2005, US 33 Nelsonville bypass, city of Nelsonville, Hocking and Athens Counties, Ohio: U.S. Federal Highway Administration, Report no. 050282, 828 p.

U.S. Fish and Wildlife Service, 1985, Alaska Peninsula National Wildlife Refuge final comprehensive conservation plan, environmental impact statement, and wilderness review: U.S. Fish and Wildlife Service, Technical Report, 426 p.

U.S. Fish and Wildlife Service, 1985, Becharof National Wildlife Refuge comprehensive conservation plan and wilderness review, Alaska: U.S. Fish and Wildlife Service, Report no. 850193, 268 p.

U.S. Fish and Wildlife Service, 1986, Great Dismal Swamp National Wildlife Refuge master plan, Virginia and North Carolina: U.S. Fish and Wildlife Service, Report no. 860501, 245 p.

U.S. Forest Service, 1973, Aquarius Land Use Plan: U.S. Forest Service, Report no. USDAFSFESADM7411, 253 p.

U.S. Forest Service, 1973, Management of South Holston unit: U.S. Forest Service, Report no. USDAFSFESADM7350, 121 p.

U.S. Forest Service, 1973, Off-road vehicle policy, Hoosier National Forest, Indiana: U.S. Forest Service, Report no. USDAFS–DES(ADM)–73–51, 110 p.

U.S. Forest Service, 1973, Proposed off-road vehicle regulations and administrative instructions: U.S. Forest Service, Report no. USDAFS–FES(ADM)–73–49, 110 p.

U.S. Forest Service, 1973, Proposed regulations and administrative instructions relating to use of off-road vehicles on National Forest lands: U.S. Forest Service, Report no. USDAFS–DES(ADM)–73–49, 22 p.

U.S. Forest Service, 1973, Unit plan for management of the South Holston unit: U.S. Forest Service, Report no. USDAFS–DES(ADM)–73–50, 80 p.

U.S. Forest Service, 1985, Caribou National Forest and Curlew National Grassland land and resource management plan, Idaho, Utah, and Wyoming: U.S. Forest Service, Report no. 850437.

U.S. Forest Service, 1985, Forest land and resource management plan, Mark Twain National Forest, Missouri: U.S. Forest Service, Report no. 850118.

U.S. Forest Service, 1985, Kisatchie National Forest land and resource management plan, Louisiana: U.S. Forest Service, Report no. 850414.

U.S. Forest Service, 1985, Proposed land and resource management plan for the Medicine Bow National Forest and Thunder Basin National Grassland, Wyoming: U.S. Forest Service, Report no. 850523.

U.S. Forest Service, 1986, Chequamegon National Forest, Wisconsin land and resource management plan: U.S. Forest Service, Report no. 860325.

U.S. Forest Service, 1986, Cleveland National Forest land and resource management plan, Orange, Riverside, and San Diego Counties, California: U.S. Forest Service, Report no. 860209.

U.S. Forest Service, 1986, Croatan and Uwharrie National Forests land and resource management plan, North Carolina: U.S. Department of Agriculture Forest Service, Report no. 860218.

U.S. Forest Service, 1986, Land and resource management plan, Chippewa National Forest, Beltrami, Cass, and Itasca Counties, Minnesota: U.S. Forest Service, Report no. 860208.

U.S. Forest Service, 1986, Mark Twain National Forest land and resource management plan, Missouri: U.S. Forest Service, Report no. 860260.

U.S. Forest Service, 1986, National Forests in Alabama land and resource management plan: U.S. Forest Service, Report no. 860095.

U.S. Forest Service, 1986, Proposed Carson National Forest plan, Rio Arriba, Taos, Colfax, and Mora Counties, New Mexico: U.S. Forest Service, Report no. 860447.

U.S. Forest Service, 1986, Proposed land and resource management plan for Wayne National Forest, Ohio: U.S. Forest Service, Report no. 860426.

U.S. Forest Service, 1986, Proposed Santa Fe National Forest land and resource management plan, Mora, San Miguel, Santa Fe, Sandoval, Los Alamos, and Rio Arriba Counties, New Mexico: U.S. Forest Service, Report no. 860013.

U.S. Forest Service, 1987, Angeles National Forest land and resource management plan, Los Angeles, Ventura, and San Bernardino Counties, California: U.S. Forest Service, Report no. 870394.

U.S. Forest Service, 1987, Proposed Apache-Sitgreaves National Forests land and resource management plan, Apache, Coconino, Greenlee, and Navajo Counties, Arizona: U.S. Forest Service, Report no. 870387.

U.S. Forest Service, 1987, Proposed land and resource management plan for the Coconino Forest, Coconino, Gila, and Yavapai Counties, Arizona: U.S. Forest Service, Report no. 870288.

U.S. Forest Service, 1987, Santa Fe National Forest land management plan, Mora, San Miguel, Santa Fe, Sandoval, Los Alamos, and Rio Arriba Counties, New Mexico: U.S. Forest Service, Report no. 870299.

U.S. Forest Service, 1988, Proposed Kaibab National Forest land and resource management plan, Coconino, Yavapai, and Mohave Counties, Arizona: U.S. Forest Service, Report no. 880109.

U.S. Forest Service, 1988, Record of decision for USDA, Forest Service—Final environmental impact statement, Allegheny National Forest, land and resource management plan—Elk, Forest, McKean, and Warren Counties, Pennsylvania: U.S. Forest Service, Technical Report, 41 p.

U.S. Forest Service, 1989, San Bernardino National Forest land and resource management plan, San Bernardino and Riverside Counties, California: U.S. Forest Service, Report no. 890023.

U.S. Forest Service, 1990, Cherokee National Forest land and resource management plan, Tennessee, North Carolina, and Virginia (final supplement to the final environmental impact statement of April 1986): U.S. Forest Service, Report no. 900062, 62 p.

U.S. Forest Service, 1990, Umatilla National Forest land and resource management plan, Oregon and Washington: U.S. Forest Service, Report no. 900237.

U.S. Forest Service, 1991, Corral Mountain timber sale, San Juan National Forest, Archuleta County, Colorado: U.S. Forest Service, Report no. 910124, 59 p.

U.S. Forest Service, 1992, Martinez Creek timber sale, San Juan National Forest, Colorado: U.S. Forest Service, Report no. 920275, 75 p.

U.S. Forest Service, 1992, Norbeck Wildlife Preserve land management plan, Black Hills National Forest, Custer and Pennington Counties, South Dakota (final supplement to the environmental impact statement of July 1989): U.S. Forest Service, Report no. 920352, 92 p.

U.S. Forest Service, 1992, Rangeland ecosystem management in the Uinta National Forest, Provo, Utah: U.S. Forest Service, Report no. 920322, 189 p.

U.S. Forest Service, 1992, Sierra National Forest land and resource management plan, Fresno, Madera, and Mariposa Counties, California: U.S. Forest Service, Report no. 920105.

U.S. Forest Service, 1993, Six Rivers National Forest plan, Humboldt, Del Norte, Siskiyou, and Trinity Counties, California: U.S. Forest Service, Report no. 930340.

U.S. Forest Service, 1994, Oregon Dunes National Recreation Area management plan, Siuslaw National Forest—Coos, Douglas, and Lane Counties, Oregon: U.S. Forest Service, Report no. 940292.

U.S. Forest Service, 1994, Revised land and resource management plan for the national forests and grasslands in Texas—Angelina, Fannin, Houston, Jasper, Montague, Montgomery, Nacogdoches, Newton, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Walker, and Wise Counties, Texas: U.S. Forest Service, Report no. 940385.

U.S. Forest Service, 1995, Draft environmental impact statement, Fish Bate analysis area—North Fork Ranger District, Clearwater National Forest, Clearwater County, Idaho: U.S. Forest Service, Technical Report.

U.S. Forest Service, 1995, East Fork Blacks Fork analysis area, Wasatch-Cache National Forest, Summit County, Utah (final supplement to the final environmental impact statement of July 1992): U.S. Forest Service, Report no. 950294, 49 p.

U.S. Forest Service, 1995, Mendocino National Forest land and resource management plan—Colusa, Glenn, Lake, Mendocino, Tehama, and Trinity Counties, California: U.S. Forest Service, Report no. 950337.

U.S. Forest Service, 1995, Snowy Trail re-route, Ventura County, California: U.S. Forest Service, Report no. 950117, 109 p.

U.S. Forest Service, 1996, Mendenhall Glacier Recreation Area management plan Revision, Chatham area, Juneau Ranger District, Tongass National Forest, Alaska: U.S. Forest Service, Report no. 960205, 279 p.

U.S. Forest Service, 1996, Proposed revised land and resource management plan for Francis Marion National Forest, Berkeley and Charleston Counties, South Carolina: U.S. Forest Service, Report no. 960158.

U.S. Forest Service, 1996, Snowy Trail re-route, Los Padres National Forest, Ventura County, California: U.S. Forest Service, Report no. 960524.

U.S. Forest Service, 2000, Silver Creek integrated resource project, Emmett Ranger District, Boise National Forest, Boise and Valley Counties, Idaho: U.S. Forest Service, Report no. 000241, 264 p.

U.S. Forest Service, 2001, Land and resource management plan, Uinta National Forest—Juab, Sanpete, Toole, Utah, and Wasatch Counties, Utah: U.S. Forest Service, Report no. 010142.

U.S. Forest Service, 2001, Starbucky restoration project, Red River Ranger District, Nez Perce National Forest, Idaho County, Idaho: U.S. Forest Service, Report no. 010274.

U.S. Forest Service, 2002, Final environmental impact statement amendment to the land and resource management plan—Management direction for acquired lands in southeastern Oklahoma, Ouachita National Forest, McCurtain County, Oklahoma: U.S. Forest Service, Technical Report.

U.S. Forest Service, 2002, Uncompahgre National Forest travel plan revision, Gunnison, Hinsdale, Mesa, Montrose, Ouray, San Juan, and San Miguel Counties, Colorado (final supplement to the final environmental impact statement of April 2000): U.S. Forest Service, Report no. 020131, 92 p.

U.S. Forest Service, 2002, West Gold Project, Sandpoint Ranger District, Idaho Panhandle National Forests, Bonner County, Idaho: U.S. Forest Service, Report no. 020484.

U.S. Forest Service, 2002, Whiskey Campo resource management project, Mountain Home Ranger District, Boise National Forest, Elmore County, Idaho: U.S. Forest Service, Report no. 020299, 151 p.

U.S. Forest Service, 2003, Big Bend Ridge vegetation management project and timber Sale, Ashton/Island Park Ranger District, Caribou-Targhee National Forest, Freemont County, Idaho: U.S. Forest Service, Report no. 030225.

U.S. Forest Service, 2003, Duck Creek–Swains access management project, Cedar City Ranger District, Dixie National Forest, Iron, Garfield, and Kane Counties, Utah: U.S. Forest Service, Report no. 030343, 49 p.

U.S. Forest Service, 2003, Upper Bear timber sale, Council Ranger District, Payette National Forest, Adams County, Idaho: U.S. Forest Service, Report no. 030319, 478 p.

U.S. Forest Service, 2004, Duck Creek fuels treatment analysis, Cedar City Ranger District, Dixie National Forest, Kane County, Utah: U.S. Forest Service, Report no. 040535, 240 p.

U.S. Forest Service, 2004, French Face ecosystem restoration, Ninemile Ranger District, Lolo National Forest, Montana: U.S. Forest Service, Report no. 040336, 184 p.

U.S. Forest Service, 2005, Dean project area, Bearlodge Ranger District, Black Hills National Forest, Crook County, Wyoming: U.S. Forest Service, Report no. 050212, 192 p.

U.S. Forest Service, 2005, Final environmental impact statement for the access designation on the Ocala National Forest, Lake, Marion, and Putnam Counties, Florida: U.S. Forest Service, Technical Report.

U.S. Forest Service, 2005, Gallatin National Forest travel management plan, Gallatin, Madison, Park, Meagher, Sweetgrass, and Carbon Counties, Montana: U.S. Forest Service, Report no. 050231.

U.S. Forest Service, 2005, Rocky Mountain Ranger District travel management plan, Rocky Mountain Ranger District, Lewis and Clark National Forest, Glacier, Pondera, Teton, and Lewis and Clark Counties, Montana: U.S. Forest Service, Report no. 050236, 386 p.

U.S. Forest Service, 2005, Woodrock project, Tongue Ranger District, Bighorn National Forest, Sheridan County, Wyoming: U.S. Forest Service, Report no. 050112, 201 p.

U.S. Forest Service, 2006, Hoosier National Forest land and resource management plan—Final environmental impact statement: U.S. Forest Service, Technical Report.

U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service, 1997, George Washington National Forest land and resource management plan, Virginia and West Virginia (final supplement to the final environmental impact statement of January 1993): U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service, Report no. 970046.

U.S. Immigration and Naturalization Service, 2004, U.S. Border Patrol activities within the border areas of the Tuscon and Yuma Sectors, Arizona (revision of the draft environmental impact statement of November 2002): U.S. Immigration and Naturalization Service, Report no. 040479, 487 p.

U.S. National Park Service, 1991, Big Cypress National Preserve, Collier, Monroe, and Dade Counties, Florida: U.S. National Park Service, Report no. 910386.

U.S. National Park Service, 1998, Redwood National and State Parks general management plan, Del Norte and Humboldt Counties, California: U.S. National Park Service, Report no. 980290, 474 p.

U.S. National Park Service, 1999, Big Cypress National Preserve, recreational off-road vehicle management plan—Collier, Dade, and Monroe Counties, Florida (draft supplement to the environmental impact statement of October 1991): U.S. National Park Service, Report no. 990285, 171 p.

U.S. National Park Service, 2000, Recreational Off-road vehicle management plan, Big Cypress National Preserve—Collier, Miami-Dade, and Monroe Counties, Florida (final supplement to the Final environmental impact statement of October 1991): U.S. National Park Service, Report no. 000275, 619 p.

U.S. Naval Facilities Engineering Command, 2003, Advanced amphibious assault vehicle, Marine Corps Base Camp Pendleton and San Clemente Range Complex, San Diego County, California: U.S. Naval Facilities Engineering Command, Report no. 030201.

Udevitz, M.S., Howard, C.A., Robel, R.J., and Curnutte, B., 1980, Lead contamination in insects and birds near an interstate highway, Kansas: Environmental Entomology, v. 9, no. 1, p. 35–36.

van der Zande, A.N., Keurs, W.J., and Van Der Weijden, W.J., 1980, The impact of roads on the densities of four bird species in an open field habitat—Evidence of a long-distance effect: Biological Conservation, v. 18, no. 4, p. 299–321.

Vos, C.C., and Chardon, J.P., 1998, Effects of habitat fragmentation and road density on the distribution pattern of the moor frog *Rana arvalis*: Journal of Applied Ecology, v. 35, no. 1, p. 44–56.

Warburton, M., Fisher, R., and Hathaway, S., 2004, Anza-Borrego Desert State Park amphibian survey, 2000-2002: U.S. Geological Survey, Report no. PB2005105820, 44 p.

Ward, A.L., 1982, Mule deer behavior in relation to fencing and underpass on Interstate 80 in Wyoming: Transportation Research Record, v. 859, no. 8–13.

Watson, J.J., Kerley, G.I.H., and McLachlan, A., 1996, Human activity and potential impacts on dune breeding birds in the Alexandria Coastal Dunefield: Landscape and Urban Planning, v. 34, no. 3–4, p. 315–322.

Welch, R., Madden, M., and Doren, R.F., 1999, Mapping the Everglades: Photogrammetric Engineering and Remote Sensing, v. 65, no. 2, p. 163–170.

Wemple, B.C., Jones, J., and Grant, G., 1996, Channel network extension by logging roads in two basins, western Cascades, Oregon: Water Resources Bulletin, v. 32, no. 6, p. 1195–1207.

Wester, L., 1994, Weed management and the habitat protection of rare species—A case study of the endemic Hawaiian fern *Marsilea villosa*: Biological Conservation, v. 68, no. 1, p. 1–9.

Wheeler, A.P., Angermeier, P.L., and Rosenberger, A.E., 2005, Impacts of new highways and subsequent landscape urbanization on stream habitat and biota: Reviews in Fisheries Science, v. 13, no. 3, p. 141–164.

Whitten, K.R., and Cameron, R.D., 1983, Movements of collared caribou, *Rangifer tarandus*, in relation to petroleum development on the Arctic slope of Alaska: Canadian Field-Naturalist, v. 97, no. 2, p. 143–146.

Wiedemann, A.M., 1984, Ecology of Pacific Northwest coastal sand dunes—A community profile: Evergreen State College, Olympia, Washington, Report no. FWSOBS8404, 146 p.

Wilcox, B., and Murphy, D., 1985, Conservation strategy—The effects of fragmentation on extinction: The American Naturalist, v. 125, no. 6, p. 879–997.

Wild Utah Project, 1999, A literature review of the effects of off-road vehicles on desert biota, with emphasis on Utah BLM lands: Wild Utah Project, Salt Lake City, Utah, Report, 24 p.

Wilkins, K.T., 1982, Highways as barriers to rodent dispersal: Southwestern Naturalist, v. 27, no. 44, p. 459–460.

Williams, D.C., and Campbell, F., 1988, How the Bureau of Land Management designates and protects areas of critical environment concern—A status report, with a critical review by the Natural Resources Defense Council: Natural Areas Journal, v. 8, no. 4, p. 231–237.

Wilshire, H.G., 1983, Off-road vehicle recreation management policy for public lands in the United States—A case history: Environmental Management, v. 7, no. 6, p. 489–499.

Wilshire, H.G., Shipley, Susan, and Nakata, J.K., 1978, Impacts of off-road vehicles on vegetation: Transactions of the North American Wildlife and Natural Resources Conference, v. 43, p. 131–139.

Wisdom, M.J., Ager, A.A., Preisler, H.K., Cimon, N.J., and B.K. Johnson, 2005, Effects of off-road recreation on mule deer and elk, *in* Wisdom, M.J., ed., The Starkey project—A synthesis of long-term studies of elk and mule deer: Lawrence, Kansas, Alliance Communications Group, p. 67–80.

Wisdom, M.J., Cimon, N.J., Johnson, B.K., Garton, E.O., and Thomas, J.W., 2005, Spatial partitioning by mule deer and elk in relation to traffic, *in* Wisdom, M.J., ed., The Starkey project—A synthesis of long-term studies of elk and mule deer: Lawrence, Kansas, Alliance Communications Group, p. 53–66.

Wisdom, M.J., Rowland, M.M., Johnson, B.K., and Dick, B.L., 2005, Overview of the Starkey Project—Mule deer and elk research for management benefits, *in* Wisdom, M.J., ed., The Starkey Project—A synthesis of long-term studies of elk and mule deer: Lawrence, Kansas, Alliance Communications Group, p. 17–28.

Wolcott, T.G., and Wolcott, D.L., 1984, Impact of off-road vehicles on macroinvertebrates of a mid-Atlantic beach: Biological Conservation, v. 29, no. 3, p. 217–240.

Wyatt, R.L., 1988, Implications of illegal off-road vehicle activity on the Cherokee Wildlife Management Area, Unicoi County, Tennessee: Proceedings of the Annual Conference Southeastern Association of Fish and Wildlife Agencies, v. 42, p. 533–539.

Yahner, R.H., 1988, Changes in wildlife communities near edges: Conservation Biology, v. 2, no. 4, p. 333–339.

Yahner, R.H., Morrell, T.E., and Rachael, J.S., 1989, Effects of edge contrast on depredation of artificial avian nests: Journal of Wildlife Management, v. 53, no. 4, p. 1135–1138.

Yanes, M., Velasco, J.M., and Suárez, F., 1995, Permeability of roads and railways to vertebrates—the importance of culverts: Biological Conservation, v. 71, no. 33, p. 217–222.

### 1.4 OHV Effects on Water Quality

Adams, E.S., 1975, Effects of lead and hydrocarbons from snowmobile exhaust on brook trout (*Salvelinus fontanlis*): Transactions of the American Fisheries Society, v. 104, no. 2, p. 363–373.

Al Awadhi, J.I., 2001, Impact of gravel quarrying on the desert environment of Kuwait: Environmental Geology, v. 41, no. 3–4, p. 365–371.

Anders, F.J., and Leatherman, S.P., 1987, Disturbance of beach sediment by off-road vehicles: Environmental Geology and Water Sciences, v. 9, no. 3, p. 183–189.

Assistant Secretary of Defense (Health and Environment), 1973, Proposed Department of Defense regulation on use of off-road vehicles: U.S. Department of Defense, Report no. ELR0511, 20 p.

Balades, J.D., Legret, M., and Madiec, H., 1995, Permeable pavements—Pollution management tools: Water Science and Technology, v. 32, no. 1, p. 49–56.

Bannister, E.N., 1979, Impact of road networks on southeastern Michigan lakeshore drainage: Water Resources Research, v. 15, no. 6, p. 1515–1520.

Barrett, H., Cagney, J., Clark, R., Fogg, J., Gebhardt, K., Hansen, P.L., Mitchell, B., Prichard, D., and Tippy, D., 1995, Riparian area management—Process for assessing proper functioning condition: Denver, Colorado, U.S. Bureau of Land Management, Technical Reference 1737-9, BLM/SC/ST-93/003 + 1737 +REV95.

Beasley, G., and Kneale, P.E., 2003, Investigating the influence of heavy metals on macro-invertebrate assemblages using Partial Canonical Correspondence Analysis (pCCA): Hydrology and Earth System Sciences, v. 7, no. 2, p. 221–233.

Becking, R.W., and Hayes, G.L., 1970, Public land policy and the environment—Volume 3, part II (cont'd)—Environmental problems on the public lands—Case studies 9 through 17: Rocky Mountain Center on Environment, Denver, CO, Report no. PLLRC29–3, 436 p.

Belnap, Jayne, 1995, Surface disturbances—Their role in accelerating desertification: Environmental Monitoring and Assessment, v. 37, no. 1–3, p. 39–57.

Ben Brooks and Associates, Ironhorse Investors, Inc., Santa Fe Pacific Railroad Company, and U.S. Bureau of Land Management, 1998, Hualapai Mountain Land Exchange, Mohave County, Arizona: Report no. 980482, 175 p.

Bjornlie, D.D., and Garrott, R.A., 2001, Effects of winter road grooming on bison in Yellowstone National Park: Journal of Wildlife Management, v. 65, no. 3, p. 560–572.

Brabec, E., Schulte, S., and Richards, P.L., 2002, Impervious surfaces and water quality—A review of current literature and its implications for watershed planning: Journal of Planning Literature, v. 16, no. 4, p. 499–514.

Brodbeck, C.J., McDonald, T., Baier, J., and Taylor, S., 2004, Background water quality analysis from the Kentuck off-road vehicle trails, *in Proceedings,* 2004 annual international meeting of the Society for Engineering in Agricultural, Food and Biological Systems, Ottawa, Canada, August 1–4, 2004: St. Joseph, Michigan, American Society of Agricultural and Biological Engineers.

Brown, A.C., and McLachlan, A., 2002, Sandy shore ecosystems and the threats facing them—Some predictions for the year 2025: Environmental Conservation, v. 29, no. 1, p. 62–77.

Brown, G., and Porembski, S., 2000, Phytogenic hillocks and blow-outs as 'safe sites' for plants in an oil-contaminated area of northern Kuwait: Environmental Conservation, v. 27, no. 3, p. 242–249.

Brown, G., and Schoknecht, N., 2001, Off-road vehicles and vegetation patterning in a degraded desert ecosystem in Kuwait: Journal of Arid Environments, v. 49, no. 2, p. 413–427.

Brown, K.J., 1994, River-bed sedimentation caused by off-road vehicles at river fords in the Victorian Highlands, Australia: Water Resources Bulletin, v. 30, no. 2, p. 239–250.

Buckley, R., and King, N., 2003, Visitor-impact data in a land-management context, *in* Buckley, R.C., Pickering, D., and Weaver, D.B., eds., Nature-based tourism, environment and land management: Wallingford, England, CABI Publishing, p. 89-99.

California State Water Resources Control Board, 1980, Lake Tahoe Basin water quality plan, final plan: Sacramento, California, California State Water Resources Control Board, Technical Report.

Coats, R.N., and Miller, T.O., 1981, Cumulative silvicultural impacts on watersheds—A hydrologic and regulatory dilemma: Environmental Management, v. 5, no. 2, p. 147–160.

Collins, E., O'Farrell, T.P., and Rhoads, W., 1982, Annotated bibliography for biologic overview for the Nevada Nuclear Waste Storage investigations, Nevada Test Site, Nye County, Nevada: Goleta, California, EG and G, Inc., Report no. EGG11832419, 48 p.

Collins, E., O'Farrell, T.P., and Rhoads, W., 1982, Biologic overview for the Nevada nuclear waste storage investigations, Nevada Test Site, Nye County, Nevada: Goleta, California, EG and G, Inc., Report no. EGG11832460, 55 p.

Colwill, D.M., Peters, C.J., and Perry, R., 1984, Water quality of motorway runoff: Crowthorne, England, Transport and Road Research Laboratory, Report no. TRRL/SR–823, 28 p.

Davidson, E.D., and Fox, M., 1974, Effects of off-road motorcycle activity on Mojave Desert vegetation and soil: Madroño, v. 22, no. 8, p. 381–390.

Dawson, K.J., 1985, Natural area planning for recreational use transition: Landscape Planning, v. 12, no. 2, p. 111–123.

Deletic, A., Ashley, R., and Rest, D., 2000, Modelling input of fine granular sediment into drainage systems via gully-pots: Water Research, v. 34, no. 15, p. 3836–3844.

Eckert, R.E.J., Wood, M.K., Blackburn, W.H., and Peterson, F.F., 1979, Impacts of off-road vehicles on infiltration and sediment production of two desert soils: Journal of Range Management, v. 32, no. 5, p. 394–397.

Fang, S., Wente, S., Gertner, G.Z., Wang, G., and Anderson, A., 2002, Uncertainty analysis of predicted disturbance from off-road vehicular traffic in complex landscapes at Fort Hood: Environmental Management, v. 30, no. 2, p. 199–208.

Furniss, M.J., Flanagan, S.A., and McFadin, B.A., 2000, Hydrologically connected roads—An indicator of the influence of roads on chronic sedimentation, surface water hydrology, and exposure to toxic chemicals: U.S. Forest Service, Stream Systems Technology Center, Rocky Mountain Research Station, Technical Report, 4 p.

Glass, R.L., 1986, Hydrologic conditions in Connors Bog area, Anchorage, Alaska: U.S. Geological Survey, Technical Report, 23 p.

Greene, A.F.C., 1975, The need for cooperative approaches to fish and wildlife management: Transactions of the North American Wildlife and Natural Resources Conference, v. 40, p. 133–141.

Hairsine, P.B., Croke, J.C., Mathews, H., Fogarty, P., and Mockler, S.P., 2002, Modelling plumes of overland flow from logging tracks: Hydrological Processes, v. 16, no. 12, p. 2311–2327.

Hamilton, L.J., 2002, A study of the effects of ORV stream crossings on water quality of two streams located in the Angelina National Forest, Texas—A physicochemical and benthic macroinvertebrate analysis: Masters Abstracts International, v. 40, no. 3, p. 668.

Hansen, R.P., Hillhouse, W.A., Willard, B.E., and Burke, H.D., 1970, Public land policy and the environment. Volume 2. Part II—Environmental problems on the public lands—Summary statement and case studies 1 through 8: Denver, Colorado, Rocky Mountain Center on Environment, Report no. PLLRC29–2, 409 p.

Haupt, H.F., 1959, Road and slope characteristics affecting sediment movement from logging roads: Journal of Forestry, v. 57, no. 5, p. 329–339.

Hayes, D.L., 1991, The all-American canal lining project—A catalyst for rational and comprehensive groundwater management on the United States-Mexico border: Natural Resources Journal, v. 31, no. 4, p. 803–827.

Hillel, D., and Tadmor, N., 1962, Water regime and vegetation in central Negev Highlands of Israel: Ecology, v. 43, no. 1, p. 33–41.

Hinckley, B.S., Iverson, R.M., and Hallet, B., 1983, Accelerated water erosion in ORV off-road vehicle-use areas, *in* Webb, R.H., and Wilshire, H.G., eds., Environmental effects of off-road vehicles—Impacts and management in arid regions: New York, Springer-Verlag, p. 81–96.

Hutton, M., and Symon, C., 1986, The quantities of cadmium, lead, mercury and arsenic entering the U.K. environment from human activities: Science of the Total Environment, v. 57, p. 129–150.

Iverson, R.M., 1980, Processes of accelerated pluvial erosion on desert hillslopes modified by vehicular traffic: Earth Surface Processes, v. 5, p. 369-388.

Johnson, R.R., Mills, G.S., and Carothers, S.W., 1990, Creation and restoration of riparian habitat in southwestern arid and semi-arid regions, *in* Kusler, J.A., and Kentula, M.E., eds., Wetland creation and restoration—The status of the science: Covelo, California, Island Press, p. 351–366.

Johnston, F.M., and Johnston, S.W., 2004, Impacts of road disturbance on soil properties and on exotic plant occurrence in subalpine areas of the Australian Alps: Arctic, Antarctic, and Alpine Research, v. 36, no. 2, p. 201–207.

Katz, M., Legore, R.S., Weitkamp, D., Cummins, J.M., and Anderson, D., 1972, Effects on freshwater fish: Journal of the Water Pollution Control Federation, v. 44, no. 6, p. 1226–1250.

Knott, J.M., 1978, Reconnaissance assessment of erosion and sedimentation in the Canada De Los Alamos Basin, Los Angeles and Ventura Counties, California: U.S. Geological Survey, Open File Report no. 78–873, 49 p.

Kondolf, G.M., Piegay, H., and Landon, N., 2002, Channel response to increased and decreased bedload supply from land use change—Contrasts between two catchments: Geomorphology, v. 45, no. 1–2, p. 35–51.

Koppel, W., 1988, Dynamic impact on soil structure due to traffic of off-road vehicles, *in* Drescher, J., Horn, R., and Boodt, M.D., eds., Impact of water and external forces on soil structure—Selected papers of the 1st Workshop on Soilphysics and Soilmechanics: Cremlingen-Destedt, Germany, Catena Verlag, p. 113–122.

Kurczerski, F.E., 2000, History of white pine (*Pinus strobus*)/oak (*Quercus* spp.) savanna in southern Ontario, with particular reference to the biogeography and status of the antenna-

waving wasp, *Tachysphex pechumani* (Hymenoptera: Sphecidae): Canadian Field-Naturalist, v. 114, no. 1, p. 1–20.

Lewis, O., 1969, Arid lands and their future, *in* Bender, G.L., ed., Future environments of arid regions of the southwest, contribution no. 12, American Association for the Advancement of Science Committee on Desert and Arid Zone Research symposium, Colorado Springs, Colorado, May 7-10, 1969: Washington, D.C., American Association for the Advancement of Science, Committee on Desert and Arid Zone Research, p. 33–38.

Lovich, J.E., and Bainbridge, D., 1999, Anthropogenic degradation of the southern California desert ecosystem and prospects for natural recovery and restoration: Environmental Management, v. 24, no. 3, p. 309–326.

Melvin, S.M., Griffin, C.R., and MacIvor, L.H., 1991, Recovery strategies for piping plovers in managed coastal landscapes: Coastal Management, v. 19, no. 1, p. 21–34.

Mize, R., Evans, R.E., MacRoberts, B.R., MacRoberts, M.H., and Rudolph, D.C., 2005, Restoration of pitcher plant bogs in eastern Texas, USA: Natural Areas Journal, v. 25, no. 2, p. 197–201.

Morgan, M.T., 1993, Nutrition is the key to plight of an ancient survivor, the desert tortoise: Smithsonian Institution Research Reports, v. 74, p. 4.

Nicola, N.C., and Lovich, J.E., 2000, Preliminary observations of the behavior of male, flat-tailed horned lizards before and after an off-highway vehicle race in California: California Fish and Game, v. 86, p. 208–212.

O'Farrell, T.P., and Kato, T.T., 1987, Biological assessment of the effects of petroleum production activities, Naval Petroleum Reserves in California, on the endangered giant kangaroo rat, *Dipodomys ingens*: Goleta, California, EG and G Energy Measurements, Inc., Report no. EGG102822183, 34 p.

Okello, J.A., 1991, A review of soil strength measurement techniques for prediction of terrain vehicle performance: Journal of Agricultural Engineering Research, v. 50, no. 2, p. 129–155.

Paschka, M.G., Ghosh, R.S., and Dzombak, D.A., 1999, Potential water-quality effects from iron cyanide anticaking agents in road salt: Water Environment Research, v. 71, no. 6, p. 1235–1239.

Perdikaki, K., and Mason, C.F., 1999, Impact of road run-off on receiving streams in eastern England: Water Research, v. 33, no. 7, p. 1627–1633.

Persico, L.P., Nichols, K.K., and Bierman, P.R., 2005, Tracking painted pebbles—Short-term rates of sediment movement on four Mojave Desert piedmont surfaces: Water Resources Research, v. 41, no. 7, p. W07004.07001–W07004.07015.

Piehl, B.T., Beschta, R.L., and Pyles, M.R., 1988, Ditch-relief culverts and low-volume forest roads in the Oregon Coast Range: Northwest Science, v. 62, no. 3, p. 91–98.

Rickard, W.H., 1988, Natural vegetation at the proposed reference repository location in southeastern Washington: Richland, Washington, Battelle Pacific Northwest Labs, Report no. PNL–6402, 27 p.

Rinne, J.N., Rickel, B., and Hendrickson, D., 1980, A new Gila topminnow locality in southern Arizona: Fort Collins, Colorado, U.S. Forest Service, Rocky Mountain Forest and Range Experiment Station, Report no. RM-382, 4 p.

Robinson, E., 1999, A geology of the road: Geology Today, v. 15, no. 3, p. 110–113.

Roy, A.H., Rosemond, A.D., Leigh, D.S., Paul, M.J., and Wallace, J.B., 2003, Habitat-specific responses of stream insects to land cover disturbance—Biological consequences and monitoring implications: Journal of the North American Benthological Society, v. 22, no. 2, p. 292–307.

Samaras, Z., and Zierock, K.H., 1995, Off-road vehicles—A comparison of emissions with those from road transport: Science of the Total Environment, v. 169, p. 249–253.

Schemnitz, S.D., and Schortemeyer, J.D., 1972, The influence of vehicles on Florida Everglades vegetation: Tallahassee, Florida, Florida State Game and Fresh Water Fish Commission, Report no. DISFEP–74–31, 65 p.

Schultink, G., 1977, Impact analysis of off-road-vehicle use on vegetation in the Grand Mere Dune environment: East Lansing, Michigan, Michigan State University, Report no. NASACR155764, 10 p.

Severinghaus, W.D., Riggins, R.E., and Goran, W.D., 1979, Effects of tracked vehicle activity on terrestrial mammals and birds at Fort Knox, KY (special report): Transactions of the Kentucky Academy of Science, v. 41, no. 1–2, p. 15–26.

Snyder, C.T., Frickel, D.G., Hadley, R.F., and Miller, R.F., 1976, Effects of off-road vehicle use on the hydrology and landscape of arid environments in central and southern California: U.S. Geological Survey, Water Resources Investigations Report no. 76–99, 52 p.

Sparrow, S.D., Wooding, F.J., and Whiting, E.H., 1978, Effects of off-road vehicle traffic on soils and vegetation in the Denali Highway region of Alaska: Journal of Soil and Water Conservation, v. 33, no. 1, p. 20–27.

Steiner, A.J., and Leatherman, S.P., 1981, Recreational impacts on the distribution of ghost crabs *Ocypode quadrata* Fab: Biological Conservation, v. 20, no. 2, p. 111–122.

Tunstall, B.R., and Reece, P.H., 1989, Environmental assessment of the Sunset and Big Desert lands, northwest Victoria, Australia: Clayton South, Australia, Australia Commonwealth

Scientific and Industrial Research Organization, Division of Water Resources Divisional Report, Report, 1–85 p.

Turton, S.M., 2005, Managing environmental impacts of recreation and tourism in rainforests of the wet tropics of Queensland World Heritage Area: Geographical Research, v. 43, no. 2, p. 140–151.

Tuttle, M., and Griggs, G., 1985, Accelerated soil erosion at three state vehicular recreation Areas, central and southern California, Erosion control— A challenge in our time, proceedings of the 16th annual International Erosion Control Association, February 21–22, 1985, San Francisco, California: San Francisco, California, International Erosion Control Association, p. 105-115.

Tuttle, M., and Griggs, G., 1987, Soil erosion and management recommendations at three state vehicular recreation Areas, California: Environmental Geology and Water Sciences, v. 10, no. 2, p. 111–123.

Twiss, R., Sidener, J., Bingham, G., Burke, J.E., and Hall, C.H., 1980, Potential impacts of geothermal development on outdoor recreational use of the Salton Sea: Livermore, California, University of California at Livermore, Technical Report, 61 p.

U.S. Air Force, 1992, Defense evaluation support activity testing and evaluation program, Kirtland Air Force Base, New Mexico: U.S. Air Force, Report no. 920325, 487 p.

U.S. Air Force Tactical Air Command and U.S. Bureau of Land Management, 1986, Renewed withdrawal of Groom Mountain Range addition to Nellis Air Force bombing and gunnery range, Lincoln County, Nevada: U.S. Department of the Air Force, Tactical Air Command and U.S. Bureau of Land Management, Report no. 860476.

U.S. Army Corps of Engineers, 1994, Stationing of mechanized or armored combat forces at Fort Lewis, Thurston and Pierce Counties, Washington: U.S. Army Corps of Engineers, Report no. 940045.

U.S. Army Corps of Engineers, 2001, Fort Bliss mission and master plan—Dona Ana and Otero Counties, New Mexico, and El Paso County, Texas: U.S. Army Corps of Engineers, Report no. 010081.

U.S. Army Corps of Engineers, and Oklahoma Department of Wildlife Conservation, 1986, Candy Lake, Candy Creek, Osage County, Oklahoma (supplemental information report to the final environmental impact statement of January 1975): U.S. Army Corps of Engineers, Report no. 860246, 4 p.

U.S. Bureau of Land Management, 1984, Book Cliffs resource management plan, Utah: U.S. Bureau of Land Management, Report no. 840541, 534 p.

U.S. Bureau of Land Management, 1984, Camping on the public lands: U.S. Bureau of Land Management, Report no. PB85204907, 5 p.

U.S. Bureau of Land Management, 1984, Proposed Monument resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 840584, 419 p.

U.S. Bureau of Land Management, 1985, Grand Junction resource area—Resource management plan and environmental impact statement: U.S. Bureau of Land Management, Report, 171 p.

U.S. Bureau of Land Management, 1985, Lower Gila South resource management plan, La Paz, Maricopa, Pima, Pinal, and Yuma Counties, Arizona: U.S. Bureau of Land Management, Report no. 850347, 909 p.

U.S. Bureau of Land Management, 1985, Medicine Lodge proposed resource management plan, Bingham, Bonneville, Butte, Clark, Fremont, Jefferson, Madison, and Teton Counties, Idaho: U.S. Bureau of Land Management, Report no. 850237.

U.S. Bureau of Land Management, 1985, resource management plan for the Kemmerer resource area, Lincoln, Sublette, Sweetwater, and Uinta Counties, Wyoming: U.S. Bureau of Land Management, Report no. 850532.

U.S. Bureau of Land Management, 1985, resource management plan for the Walker planning Area, Nevada: U.S. Bureau of Land Management, Report no. 850274.

U.S. Bureau of Land Management, 1985, White Sands resource area resource management plan, New Mexico: U.S. Bureau of Land Management, Report no. 850387.

U.S. Bureau of Land Management, 1986, Baker resource management plan, Baker County, Oregon: U.S. Bureau of Land Management, Report no. 860150, 129 p.

U.S. Bureau of Land Management, 1986, Big Lost/Pahsimeroi Wilderness, Idaho: U.S. Bureau of Land Management, Report no. 860399, 125 p.

U.S. Bureau of Land Management, 1986, Eastern San Diego County planning unit, California—Preliminary wilderness recommendations: U.S. Bureau of Land Management, Report no. 860388, 195 p.

U.S. Bureau of Land Management, 1986, Lander resource management plan, Lander, Wyoming: U.S. Bureau of Land Management, Report no. 860449.

U.S. Bureau of Land Management, 1986, Little Snake resource management plan, Moffat, Rio Blanco, and Routt Counties, Colorado: U.S. Bureau of Land Management, Report no. 860029.

U.S. Bureau of Land Management, 1986, Proposed Baker resource management plan, Vale District, Oregon: U.S. Bureau of Land Management, Report no. 860396.

U.S. Bureau of Land Management, 1986, resource management plan for the Carlsbad resource area, Eddy, Lea, and Chaves Counties, New Mexico: U.S. Bureau of Land Management, Report no. 860101, 390 p.

U.S. Bureau of Land Management, 1986, Utah statewide wilderness environmental impact statement: U.S. Bureau of Land Management, Report no. 860036.

U.S. Bureau of Land Management, 1986, Wilderness Suitability EIS—Grass Creek and Cody resource areas, Bighorn Basin, Wyoming (draft supplement for the Owl Creek Wilderness Study Area): U.S. Bureau of Land Management, Report no. 860168, 40 p.

U.S. Bureau of Land Management, 1987, Medicine Bow-Divide resource areas resource management plan, Rawlins District, Wyoming: U.S. Bureau of Land Management, Report no. 870212.

U.S. Bureau of Land Management, 1987, North Dakota resource management plan, Dunn and Bowman Counties, North Dakota: U.S. Bureau of Land Management, Report no. 870236, 199 p.

U.S. Bureau of Land Management, 1987, Pinedale resource area resource management plan, Sublette and Lincoln Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870077, 347 p.

U.S. Bureau of Land Management, 1987, Pocatello resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 870333, 132 p.

U.S. Bureau of Land Management, 1987, Proposed Lemhi resource management plan, Lemhi County, Idaho—Eighteenmile Wilderness: U.S. Bureau of Land Management, Report no. 870437, 178 p.

U.S. Bureau of Land Management, 1987, Proposed Medicine Lodge, Idaho resource management plan—Wilderness recommendations: U.S. Bureau of Land Management, Report no. 870436, 92 p.

U.S. Bureau of Land Management, 1987, Proposed resource management plan for the San Juan resource area, Moab District, Utah: U.S. Bureau of Land Management, Report no. 870440.

U.S. Bureau of Land Management, 1987, Proposed utility corridor resource management plan, Alaska: U.S. Bureau of Land Management, Report no. 870291, 281 p.

U.S. Bureau of Land Management, 1987, Washakie resource area resource management plan, portions of Big Horn, Hot Springs, and Washakie Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870395.

U.S. Bureau of Land Management, 1988, Brothers/Lapine resource management plan, Oregon: U.S. Bureau of Land Management, Report no. 880365.

U.S. Bureau of Land Management, 1988, Challis resource area proposed resource management plan, upper Columbia-Salmon Clearwater Districts, Custer and Lemhi Counties, Idaho: U.S. Bureau of Land Management, Report no. 980508.

U.S. Bureau of Land Management, 1988, Cody resource area resource management plan, Big Horn and Park Counties, Wyoming: U.S. Bureau of Land Management, Report no. 880315.

U.S. Bureau of Land Management, 1988, Fort Greely national maneuver area and Fort Greely air drop done, Alaska—Resource management plan: U.S. Bureau of Land Management, Report no. 880276, 138 p.

U.S. Bureau of Land Management, 1988, Fort Wainwright maneuver area, Fairbanks North Star Borough, Alaska: U.S. Bureau of Land Management, Report no. 880277, 138 p.

U.S. Bureau of Land Management, 1988, Medicine Bow-Divide resource areas (now Great Divide resource area) resource management plan, Rawlins District, Wyoming: U.S. Bureau of Land Management, Report no. 880325.

U.S. Bureau of Land Management, 1988, Pony Express resource management plan, Toole, Utah, and Salt Lake Counties, Utah: U.S. Bureau of Land Management, Report no. 880310, 147 p.

U.S. Bureau of Land Management, 1988, Proposed Las Vegas resource management plan and final environmental impact statement, Clark and Nye Counties, Nevada: U.S. Bureau of Land Management, Report no. 980207.

U.S. Bureau of Land Management, 1988, Uncompahgre Basin resource management plan, Colorado: U.S. Bureau of Land Management, Report no. 880345.

U.S. Bureau of Land Management, 1988, West Hiline resource management plan, northcentral Montana: U.S. Bureau of Land Management, Report no. 880200, 306 p.

U.S. Bureau of Land Management, 1988, Wilderness study areas in the Rock Springs District, Fremont, Lincoln, Sublette, and Sweetwater Counties, Wyoming (revised Draft environmental impact statement): U.S. Bureau of Land Management, Report no. 880359, 175 p.

U.S. Bureau of Land Management, 1989, Dixie resource area management plan, Washington County, Utah: U.S. Bureau of Land Management, Report no. 890290, 250 p.

U.S. Bureau of Land Management, 1989, Phoenix resource management plan, Arizona: U.S. Bureau of Land Management, Report no. 890012, 240 p.

U.S. Bureau of Land Management, 1989, San Pedro River riparian management plan for the San Pedro River EIS Area, Cochise County, Arizona: U.S. Bureau of Land Management, Report no. 890152, 381 p.

U.S. Bureau of Land Management, 1989, San Rafael resource management plan, Emery County, Utah: U.S. Bureau of Land Management, Report no. 890240.

U.S. Bureau of Land Management, 1989, Utility corridor proposed resource management plan, Alaska: U.S. Bureau of Land Management, Report no. 890326, 281 p.

U.S. Bureau of Land Management, 1990, Bishop resource management plan and environmental impact statement: U.S. Bureau of Land Management, Report no. BLMCAES900011610, 273 p.

U.S. Bureau of Land Management, 1990, Rock Springs District wilderness study areas, Fremont, Lincoln, Sublette, and Sweetwater Counties, Wyoming: U.S. Bureau of Land Management, Report no. 900439, 324 p.

U.S. Bureau of Land Management, 1991, Arizona Strip District resource management plan, Mohave and Coconino Counties, Arizona: U.S. Bureau of Land Management, Report no. 910055, 617 p.

U.S. Bureau of Land Management, 1991, resource management plan for public lands in the state of Nebraska: U.S. Bureau of Land Management, Report no. 910385, 144 p.

U.S. Bureau of Land Management, 1991, Safford District resource management plan, Arizona: U.S. Bureau of Land Management, Report no. 910314, 511 p.

U.S. Bureau of Land Management, 1991, Three Rivers resource management plan, Harney, Grant, Lake, and Malheur Counties, Oregon: U.S. Bureau of Land Management, Report no. 910335.

U.S. Bureau of Land Management, 1994, Fort Wainwright, Yukon maneuver area, proposed resource management plan and final environmental impact statement, Fairbanks North Star Borough, Alaska: U.S. Bureau of Land Management, Report no. 940001, 124 p.

U.S. Bureau of Land Management, 1994, resource management plan and environmental impact statement for the Grass Creek resource area, Worland District, Wyoming: U.S. Bureau of Land Management, Report, 299 p.

U.S. Bureau of Land Management, 1994, Salem District resource management plan and environmental impact statement—Benton, Clackamas, Clatsop, Columbia, Lane, Lincoln, Linn, Marion, Multnomah, Polk, Tillamook, Washington, and Yamhill Counties, Oregon: U.S. Bureau of Land Management, Report no. 940461.

U.S. Bureau of Land Management, 1996, resource management plan for the Green River resource area, Rock Springs, Wyoming: U.S. Bureau of Land Management, Report no. 960148.

U.S. Bureau of Land Management, 1996, Sweet Grass Hills resource management plan amendment, Liberty and Toole Counties, Montana: U.S. Bureau of Land Management, Report no. 960243, 179 p.

U.S. Bureau of Land Management, 1997, Proposed resource management plan/final environmental impact statement for the Roswell resource area, Roswell, New Mexico and proposed resource management plan Amendment/final environmental impact statement for the Carlsbad resource area, Carlsbad, New Mexico. Volume 1: U.S. Bureau of Land Management, Report no. BLMNMPT970031610V1, 379 p.

U.S. Bureau of Land Management, 1997, Proposed resource management plan/final environmental impact statement for the Roswell resource area, Roswell, New Mexico and proposed resource management plan amendment/final environmental impact statement for the Carlsbad resource area, Carlsbad, New Mexico. Volume 2: U.S. Bureau of Land Management, Report no. BLMNMPT970031610V2, 535 p.

U.S. Bureau of Land Management, 1998, Judith-Valley-Phillips resource management plan—Chouteau, Fergus, Judith Basin, Petroleum, Phillips, and Valley Counties, Montana (draft supplement to the final environmental impact statement of September 1997): U.S. Department of Interior Bureau of Land Management, Report no. 980149, 51 p.

U.S. Bureau of Land Management, 1998, Socorro resource area resource management plan, New Mexico: U.S. Department of Interior Bureau of Land Management, Report no. 880397, 266 p.

U.S. Bureau of Land Management, 2000, Federal fluid minerals leasing and development, Otero and Sierra Counties, New Mexico: U.S. Department of Interior Bureau of Land Management, Report no. 000383, 521 p.

U.S. Bureau of Land Management, 2000, Pinedale Anticline Oil and Gas Exploration and Development Project, Sublette County, Wyoming: U.S. Department of Interior Bureau of Land Management, Report no. 000159, 301 p.

U.S. Bureau of Land Management, 2000, Riparian and aquatic habitat management in the Albuquerque Field Office—Bernalillo, Cibola, McKinley, Rio Arriba, Sandoval, Santa Fe, and Valencia Counties, New Mexico: U.S. Bureau of Land Management, Report no. 000304.

U.S. Bureau of Land Management, 2000, Riparian and aquatic habitat management in the Farmington Field Office—McKinley, Rio Arriba, San Juan, and Sandoval Counties, New Mexico: U.S. Bureau of Land Management, Report no. 000302.

U.S. Bureau of Land Management, 2000, Riparian and aquatic habitat management in the Las Cruces Field Office—Dona Ana, Grant, Hidaglo, and Luna Counties, New Mexico: U.S. Bureau of Land Management, Report no. 000303.

U.S. Bureau of Land Management, 2000, Riparian and aquatic habitat management in the Taos Field Office—Colfax, Harding, Los Alamos, Mora, Rio Arriba, San Miguel, Santa Fe, Taos, and Unison Counties, New Mexico: U.S. Bureau of Land Management, Report no. 00305.

U.S. Bureau of Land Management, 2001, National management strategy for motorized off-highway vehicle use on public lands: U.S. Bureau of Land Management, Report no. PB2001103162, 58 p.

U.S. Bureau of Land Management, 2004, Dillon resource management plan, Beaverhead and Madison Counties, Montana: U.S. Bureau of Land Management, Report no. 040153, 626 p.

U.S. Bureau of Land Management, 2005, Newmont Mining Company, Emigrant project, Elko County, Nevada: U.S. Bureau of Land Management, Report no. 050117, 269 p.

U.S. Bureau of Land Management and U.S. Fish and Wildlife Service, 1992, Cokeville Meadows National Wildlife Refuge proposal, Lincoln County, Wyoming: U.S. Bureau of Land Management and U.S. Fish and Wildlife Service, Report no. 920230, 123 p.

U.S. Bureau of Land Management and U.S. Forest Service, 1986, Proposed Coronado National Forest land and resource management plan, Arizona and New Mexico: U.S. Bureau of Land Management and U.S. Forest Service, Report no. 860307.

U.S. Bureau of Land Management and U.S. Forest Service, 1990, Proposed Cokeville Meadows National Wildlife Refuge, Lincoln County, Wyoming: U.S. Bureau of Land Management and U.S. Forest Service, Report no. 900388, 197 p.

U.S. Bureau of Land Management and U.S. Forest Service, 2004, North Fork of the South Platte and the South Platte Rivers wild and scenic river study report, Pike and San Isabel National Forests and Comanche and Cimarron National Grasslands, Douglas, Jefferson, Park, and Teller Counties, Colorado: U.S. Bureau of Land Management and U.S. Forest Service, Report no. 040037, 301 p.

U.S. Bureau of Reclamation, 2001, Pothole Reservoir resource management plan, Grant County, Washington: U.S. Bureau of Reclamation, Report no. 010518, 567 p.

U.S. Federal Highway Administration, 2005, US 33 Nelsonville bypass, city of Nelsonville, Hocking and Athens Counties, Ohio: U.S. Department of Transportation, Federal Highway Administration, Report no. 050282, 828 p.

U.S. Fish and Wildlife Service, 1986, Great Dismal Swamp National Wildlife Refuge master plan, Virginia and North Carolina: U.S. Fish and Wildlife Service, Report no. 860501, 245 p.

U.S. Forest Service, 1973, Off-road vehicle policy, Hoosier National Forest, Indiana: U.S. Forest Service, Report no. USDAFS–DES(ADM)–73–51, 110 p.

U.S. Forest Service, 1973, Proposed off-road vehicle regulations and administrative instructions: U.S. Forest Service, Report no. USDAFS–FES(ADM)–73–49, 110 p.

U.S. Forest Service, 1973, Proposed regulations and administrative instructions relating to use of off-road vehicles on National Forest lands: U.S. Forest Service, Report no. USDAFS–DES(ADM)–73–49, 22 p.

U.S. Forest Service, 1985, Caribou National Forest and Curlew National Grassland land and resource management plan, Idaho, Utah, and Wyoming: U.S. Forest Service, Report no. 850437.

U.S. Forest Service, 1985, Kisatchie National Forest land and resource management plan, Louisiana: U.S. Forest Service, Report no. 850414.

U.S. Forest Service, 1985, Proposed land and resource management plan for the Medicine Bow National Forest and Thunder Basin National Grassland, Wyoming: U.S. Forest Service, Report no. 850523.

U.S. Forest Service, 1986, Cleveland National Forest land and resource management plan, Orange, Riverside, and San Diego Counties, California: U.S. Forest Service, Report no. 860209.

U.S. Forest Service, 1986, Croatan and Uwharrie National Forests land and resource management plan, North Carolina: U.S. Forest Service, Report no. 860218.

U.S. Forest Service, 1986, National Forests in Alabama Land and resource management plan: U.S. Forest Service, Report no. 860095.

U.S. Forest Service, 1986, Proposed Carson National Forest plan, Rio Arriba, Taos, Colfax, and Mora Counties, New Mexico: U.S. Forest Service, Report no. 860447.

U.S. Forest Service, 1986, Proposed Santa Fe National Forest land and resource management plan, Mora, San Miguel, Santa Fe, Sandoval, Los Alamos, and Rio Arriba Counties, New Mexico: U.S. Forest Service, Report no. 860013.

U.S. Forest Service, 1987, Angeles National Forest land and resource management plan, Los Angeles, Ventura, and San Bernardino Counties, California: U.S. Forest Service, Report no. 870394.

U.S. Forest Service, 1987, Environmental impact statement for the Apache-Sitgreaves National Forests Plan: U.S. Forest Service, Report, 392 p.

U.S. Forest Service, 1987, Santa Fe National Forest land management plan, Mora, San Miguel, Santa Fe, Sandoval, Los Alamos, and Rio Arriba Counties, New Mexico: U.S. Forest Service, Report no. 870299.

U.S. Forest Service, 1988, Proposed Kaibab National Forest land and resource management plan, Coconino, Yavapai, and Mohave Counties, Arizona: U.S. Forest Service, Report no. 880109.

U.S. Forest Service, 1988, Record of decision for USDA, Forest Service—Final environmental impact statement, Allegheny National Forest, land and resource management plan—Elk, Forest, McKean, and Warren Counties, Pennsylvania: U.S. Forest Service, Technical Report, 41 p.

U.S. Forest Service, 1989, San Bernardino National Forest land and resource management plan, San Bernardino and Riverside Counties, California: U.S. Forest Service, Report no. 890023.

U.S. Forest Service, 1990, Cherokee National Forest land and resource management plan, Tennessee, North Carolina, and Virginia (final supplement to the final environmental impact statement of April 1986): U.S. Forest Service, Report no. 900062, 62 p.

U.S. Forest Service, 1990, Umatilla National Forest land and resource management plan, Oregon and Washington: U.S. Forest Service, Report no. 900237.

U.S. Forest Service, 1991, Corral Mountain timber sale, San Juan National Forest, Archuleta County, Colorado: U.S. Forest Service, Report no. 910124, 59 p.

U.S. Forest Service, 1992, Martinez Creek timber sale, San Juan National Forest, Colorado: U.S. Forest Service, Report no. 920275, 75 p.

U.S. Forest Service, 1992, Norbeck Wildlife Preserve land management plan, Black Hills National Forest, Custer and Pennington Counties, South Dakota (final supplement to the environmental impact statement of July 1989): U.S. Forest Service, Report no. 920352, 92 p.

U.S. Forest Service, 1992, Rangeland ecosystem management in the Uinta National Forest, Provo, Utah: U.S. Forest Service, Report no. 920322, 189 p.

U.S. Forest Service, 1993, Six Rivers National Forest plan, Humboldt, Del Norte, Siskiyou, and Trinity Counties, California: U.S. Forest Service, Report no. 930340.

U.S. Forest Service, 1994, Oregon Dunes National Recreation Area management plan, Siuslaw National Forest—Coos, Douglas, and Lane Counties, Oregon: U.S. Forest Service, Report no. 940292.

U.S. Forest Service, 1994, Revised Land and resource management plan for the national forests and grasslands in Texas—Angelina, Fannin, Houston, Jasper, Montague, Montgomery, Nacogdoches, Newton, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Walker, and Wise Counties, Texas: U.S. Forest Service, Report no. 940385.

U.S. Forest Service, 1995, Draft environmental impact statement, Fish Bate analysis area—North Fork Ranger District, Clearwater National Forest, Clearwater County, Idaho: U.S. Forest Service, Technical Report.

U.S. Forest Service, 1995, Mendocino National Forest land and resource management plan—Colusa, Glenn, Lake, Mendocino, Tehama, and Trinity Counties, California: U.S. Forest Service, Report no. 950337.

U.S. Forest Service, 1995, Snowy Trail re-route, Ventura County, California: U.S. Forest Service, Report no. 950117, 109 p.

U.S. Forest Service, 1996, Snowy Trail re-route, Los Padres National Forest, Ventura County, California: U.S. Forest Service, Report no. 960524.

U.S. Forest Service, 2000, Silver Creek integrated resource project, Emmett Ranger District, Boise National Forest, Boise and Valley Counties, Idaho: U.S. Forest Service, Report no. 000241, 264 p.

U.S. Forest Service, 2001, Land and resource management plan, Uinta National Forest—Juab, Sanpete, Toole, Utah, and Wasatch Counties, Utah: U.S. Forest Service, Report no. 010142.

U.S. Forest Service, 2001, Starbucky restoration project, Red River Ranger District, Nez Perce National Forest, Idaho County, Idaho: U.S. Forest Service, Report no. 010274.

U.S. Forest Service, 2002, Final environmental impact statement Amendment to the Land and resource management plan—Management direction for acquired lands in southeastern Oklahoma, Ouachita National Forest, McCurtain County, Oklahoma: U.S. Forest Service, Technical Report.

U.S. Forest Service, 2002, Sixshooter project, Emmett Ranger District, Boise National Forest, Gem County, Idaho: U.S. Forest Service, Report no. 020238, 201 p.

U.S. Forest Service, 2002, Uncompahgre National Forest travel plan revision, Gunnison, Hinsdale, Mesa, Montrose, Ouray, San Juan, and San Miguel Counties, Colorado (final supplement to the final environmental impact statement of April 2000): U.S. Forest Service, Report no. 020131, 92 p.

U.S. Forest Service, 2002, West Gold project, Sandpoint Ranger District, Idaho Panhandle National Forests, Bonner County, Idaho: U.S. Forest Service, Report no. 020484.

U.S. Forest Service, 2002, Whiskey Campo resource management project, Mountain Home Ranger District, Boise National Forest, Elmore County, Idaho: U.S. Forest Service, Report no. 020299, 151 p.

U.S. Forest Service, 2003, Big Bend Ridge vegetation management project and timber sale, Ashton/Island Park Ranger District, Caribou—Targhee National Forest, Freemont County, Idaho: U.S. Forest Service, Report no. 030225.

U.S. Forest Service, 2003, Upper Bear timber sale, Council Ranger District, Payette National Forest, Adams County, Idaho: U.S. Forest Service, Report no. 030319, 478 p.

U.S. Forest Service, 2004, French Face ecosystem restoration, Ninemile Ranger District, Lolo National Forest, Montana: U.S. Forest Service, Report no. 040336, 184 p.

U.S. Forest Service, 2005, Dean Project Area, Bearlodge Ranger District, Black Hills National Forest, Crook County, Wyoming: U.S. Forest Service, Report no. 050212, 192 p.

U.S. Forest Service, 2005, Rocky Mountain Ranger District travel management plan, Rocky Mountain Ranger District, Lewis and Clark National Forest, Glacier, Pondera, Teton, and Lewis and Clark Counties, Montana: U.S. Forest Service, Report no. 050236, 386 p.

U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service, 1997, George Washington National Forest land and resource management plan, Virginia and West Virginia (final supplement to the final environmental impact statement of January 1993): U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service, Report no. 970046.

U.S. National Park Service, 1991, Big Cypress National Preserve, Collier, Monroe, and Dade Counties, Florida: U.S. National Park Service, Report no. 910386.

U.S. National Park Service, 1998, Redwood national and state parks general management plan, Del Norte and Humboldt Counties, California: U.S. National Park Service, Report no. 980290, 474 p.

U.S. National Park Service, 1999, Big Cypress National Preserve, recreational off-road vehicle management plan—Collier, Dade, and Monroe Counties, Florida (draft supplement to the environmental impact statement of October 1991): U.S. National Park Service, Report no. 990285, 171 p.

U.S. National Park Service, 2000, Recreational Off-road Vehicle management plan, Big Cypress National Preserve—Collier, Miami-Dade, and Monroe Counties, Florida (final supplement to the final environmental impact statement of October 1991): U.S. National Park Service, Report no. 000275, 619 p.

U.S. Soil Conservation Service, 1990, Erosion, Grand Traverse County, Michigan: U.S. Soil Conservation Service, Technical Report.

Vogt, G., 1979, Adverse effects of recreation on sand dunes—A problem for coastal zone management: Coastal Zone Management Journal New York, v. 6, no. 1, p. 37–68.

Warburton, M., Fisher, R., and Hathaway, S., 2004, Anza-Borrego Desert State Park amphibian survey, 2000-2002: U.S. Geological Survey, Report no. PB2005105820, 44 p.

Watson, J.J., Kerley, G.I.H., and McLachlan, A., 1996, Human activity and potential impacts on dune breeding birds in the Alexandria Coastal Dunefield: Landscape and Urban Planning, v. 34, no. 3–4, p. 315–322.

Welch, R., Madden, M., and Doren, R.F., 1999, Mapping the Everglades: Photogrammetric Engineering and Remote Sensing, v. 65, no. 2, p. 163–170.

Wemple, B.C., Jones, J., and Grant, G., 1996, Channel network extension by logging roads in two basins, western Cascades, Oregon: Water Resources Bulletin, v. 32, no. 6, p. 1195–1207.

Wester, L., 1994, Weed management and the habitat protection of rare species—A case study of the endemic Hawaiian fern *Marsilea villosa*: Biological Conservation, v. 68, no. 1, p. 1–9.

Wheeler, A.P., Angermeier, P.L., and Rosenberger, A.E., 2005, Impacts of new highways and subsequent landscape urbanization on stream habitat and biota: Reviews in Fisheries Science, v. 13, no. 3, p. 141–164.

Wilson, J.P., and Seney, J.P., 1994, Erosional impact of hikers, horses, motorcycles, and off-road bicycles on mountain trails in Montana: Mountain Research and Development, v. 14, no. 1, p. 77–88.

Wolcott, T.G., and Wolcott, D.L., 1984, Impact of off-road vehicles on macroinvertebrates of a mid-Atlantic beach: Biological Conservation, v. 29, no. 3, p. 217–240.

Zamora, D., and Porter, M.D., 2000, Improved equipment for sampling dissolved oxygen at levee-pond commercial aquaculture facilities: North American Journal of Aquaculture, v. 62, no. 4, p. 311–315.

## 1.5 OHV Effects on Air Quality

Adams, E.S., 1975, Effects of lead and hydrocarbons from snowmobile exhaust on brook trout (*Salvelinus fontanlis*): Transactions of the American Fisheries Society, v. 104, no. 2, p. 363–373.

Agrawal, Y.K., Patel, M.P., and Merh, S.S., 1981, Lead in soils and plants—Its relationship to traffic volume and proximity to highway (Lalbag, Baroda City): International Journal of Environmental Studies, v. 16, no. 3–4, p. 222–224.

Al-Awadhi, J.I., 2001, Impact of gravel quarrying on the desert environment of Kuwait: Environmental Geology, v. 41, no. 3–4, p. 365–371.

Andrews, A., 1990, Fragmentation of habitat by roads and utility corridors—A review: Australian Zoologist, v. 26, p. 130–141.

Angold, P.G., 1997, The impact of a road upon adjacent heathland vegetation—Effects on plants species composition: Journal of Applied Ecology, v. 34, no. 2, p. 409–417.

Bazzaz, F.A., and Garbutt, K., 1988, The response of annuals in competitive neighborhoods—Effects of elevated $CO_2$: Ecology, v. 69, no. 4, p. 937–946.

Benson, P.E., Nokes, W.A., Cramer, R.L., O`Connor, J., Lindeman, W., 1986, Air-quality and noise issues in environmental planning: Washington, D.C., Transportation Research Board and National Research Council Technical Report, 72 p., *http://www.osti.gov/energycitations/product.biblio.jsp?osti_id=7172765*.

Berry, K.H., 1980, The effects of four-wheel vehicles on biological resources—Soils, vegetation, small animals, management problems, Southwestern United States, *in* Andrews, R.N.L., and Nowak, P.F., eds., Off-road vehicle use—A management challenge: Washington D.C., U.S. Office of Environmental Quality, p. 231–233.

Bishop, G.A., Morris, J.A., and Stedman, D.H., 2001, Snowmobile contributions to mobile source emissions in Yellowstone National Park: Environmental Science and Technology, v. 35, no. 14, p. 2874–2881.

Boer, B., 1998, Anthropogenic factors and their potential impacts on the sustainable development of Abu Dhabi's terrestrial biological resources: International Journal of Sustainable Development and World Ecology, v. 5, no. 2, p. 125–135.

Brown, G., and Porembski, S., 2000, Phytogenic hillocks and blow-outs as 'safe sites' for plants in an oil-contaminated area of northern Kuwait: Environmental Conservation, v. 27, no. 3, p. 242–249.

Byrd, D.S., Gilmore, J.T., and Lea, R.H., 1983, Effect of decreased use of lead in gasoline on the soil of a highway: Environmental Science and Technology, v. 17, p. 121–123.

Cadle, S.H., Belian, T.C., Black, K.N., Minassian, F., Natarajan, M., Tierney, E.J., and Lawson, D.R., 2005, Real-world vehicle emissions—A summary of the 14th Coordinating Research Council on Road Vehicle Emissions Workshop: Journal of the Air and Waste Management Association, v. 55, no. 2, p. 130–146.

Cadle, S.H., Croes, B.E., Minassian, F., Natarajan, M., Tierney, E.J., and Lawson, D.R., 2004, Real-world vehicle emissions—A summary of the 13th Coordinating Research Council on Road Vehicle Emissions Workshop: Journal of the Air and Waste Management Association v. 54, no. 1, p. 8–23.

Dennis, D.F., 1998, Analyzing public inputs to multiple objective decisions on national forests using conjoint analysis: Forest Science, v. 44, no. 3, p. 421–428.

Dolfay, M.F., 1980, Methods of improving the management of four-wheel vehicles Wenatchee National Forest, *in* Andrews, R.N.L., and Nowak, P.F., eds., Off-road vehicle use—A management challenge: Washington, D.C., U.S. Office of Environmental Quality, p. 259–261.

Dunnell, C.W., 1980, Protecting and rehabilitating ORV off-road recreational vehicles use areas—Erosion control and management, Wenatchee National Forest, *in* Andrews, R.N.L., and Nowak, P.F., eds., Off-road vehicle use—A management challenge: Washington, D.C., U.S. Office of Environmental Quality, p. 100–102.

Falkengren-Grerup, U., 1986, Soil acidification and its impact on ground vegetation: Oecologia, v. 70, p. 339–347.

Ferris, R., and Taylor, G., 1995, Contrasting effects of elevated $CO^2$ and water deficit on two native herbs: New Phytologist, v. 131, no. 4, p. 491–501.

Fox, D.G., 1986, Establishing a baseline/protocols for measuring air quality effects in wilderness: U.S. Forest Service, Rocky Mountain Forest and Range Experimental Station, Technical Report, 85–91 p.

Gish, C.D., and Christensen, R.E., 1973, Cadmium, nickel, lead, and zinc in earthworms from roadside soil: Environmental Science and Technology, v. 7, p. 1060–1062.

Grue, C.E., O'Shea, T.J., and Hoffman, D.J., 1984, Lead concentrations and reproduction in highway-nesting barn swallows [*Hirundo rustica*]: Condor, v. 86, no. 4, p. 383–389.

Harrison, R.T., 1980, Environmental impact of off-road motorcycles, *in* Andrews, R.N.L., and Nowak, P.F., eds., Off-road vehicle use—A management challenge: Washington, D.C., U.S. Office of Environmental Quality, p. 266–269.

Holzapfel, C., and Schmidt, W., 1990, Roadside vegetation along transects in the Judean Desert: Israel Journal of Botany, v. 39, p. 263–270.

BLM_0061849

Hunt, A., Dickens, H.J., and Whelan, R.J., 1987, Movement of mammals through tunnels under railway lines: Australian Zoologist, v. 24, no. 2, p. 89–93.

Kay, J., 1981, Evaluating environmental impacts of off-road vehicles: Journal of Geography, v. 80, no. 1, p. 10–18.

Kean, A.J., Sawyer, R.F., and Harley, R.A., 2000, A fuel-based assessment of off-road diesel engine emissions (1995): Journal of the Air and Waste Management Association, v. 50, no. 11, p. 1929–1939.

Khalaf, F.I., 1989, Desertification and aeolian processes in the Kuwait Desert: Journal of Arid Environments, v. 16, no. 2, p. 125–145.

Larney, F.J., Leys, J.F., Mueller, J.F., and McTainsh, G.H., 1999, Dust and endosulfan deposition in a cotton-growing area of northern New South Wales, Australia: Journal of Environmental Quality, v. 28, no. 2, p. 692–701.

Lovich, J.E., and Bainbridge, D., 1999, Anthropogenic degradation of the southern California desert ecosystem and prospects for natural recovery and restoration: Environmental Management, v. 24, no. 3, p. 309–326.

Mitchell, G., 2005, Forecasting environmental equity—Air quality responses to road user charging in Leeds, UK.: Journal of Environmental Management, v. 77, no. 3, p. 212–226.

Mooney, H.A., Kueppers, M., Koch, G., Gorham, J., Chu, C., and Winner, W.E., 1988, Compensating effects to growth of carbon partitioning changes in response to $SO_2$-induced photosynthetic reduction in radish: Oecologia, v. 75, no. 4, p. 502–506.

Motto, H.L., Daines, R.H., Chilko, D.M., and Motto, C.K., 1970, Lead in soils and plants—Its relationship to traffic volume and proximity to highways: Environmental Science and Technology, v. 4, p. 231–237.

Nash, A.E.K., 1980, Nature aesthetics, the public interest, and ORV off-road recreational vehicles users' perspectives, *in* Andrews, R.N.L., and Nowak, P.F., eds., Off-road vehicle use—A management challenge: Washington, D.C., U.S. Office of Environmental Quality, p. 12–77.

Nicholes, G.E., 1980, A foundation for problem solutions—Off-road recreational vehicles, user attitudes, management problems, *in* Andrews, R.N.L., and Nowak, P.F., eds., Off-road vehicle use—A management challenge: Washington, D.C., U.S. Office of Environmental Quality, p. 103–109.

Payne, G.F., Leininger, W.D., and Foster, J., 1979, How off-road vehicles affect range quality. When driving across rangelands, it's better to blaze a new trail: Bozeman, Montana, Montana Agricultural Experiment Station, Technical Report, 2 p.

Quarles, H.D., Hanawalt, R.B., and Odum, W.E., 1974, Lead in small mammals, plants, and soil at varying distances from a highway: Journal of Applied Ecology, v. 11, no. 3, p. 937–949.

Samaras, Z., and Zierock, K.H., 1995, Off-road vehicles—A comparison of emissions with those from road transport: Science of the Total Environment, v. 169, p. 249–253.

Schade, G.A.J., 1980, Four-wheel vehicle user's perspective, *in* Andrews, R.N.L., and Nowak, P.F., eds., Off-road vehicle use—A management challenge: Washington, D.C., U.S. Office of Environmental Quality.

Smith, W.H., 1976, Lead contamination of the roadside ecosystem: Journal of the Air Pollution Control Association, v. 26, p. 753–766.

Spencer, H.J., and Port, G.R., 1988, Effects of roadside conditions on plants and insects: II. Soil conditions: Journal of Applied Ecology, v. 25, no. 22, p. 709–715.

Thompson, C.R., Olszyk, D.M., Kats, G., Bytnerowicz, A., Dawson, P.J., and Wolf, J.W., 1984, Effects of ozone or sulfur dioxide on annual plants of the Mojave Desert: Journal of the Air Pollution Control Association, v. 34, no. 10, p. 1017–1022.

Tocher, S.R., 1980, Four-wheel vehicles—Summary management on public lands, *in* Andrews, R.N.L., and Nowak, P.F., eds., Off-road vehicle use—A management challenge: Washington, D.C., U.S. Office of Environmental Quality, p. 286–289.

U.S. Army Corps of Engineers, 1994, Stationing of mechanized or armored combat forces at Fort Lewis, Thurston and Pierce Counties, Washington: U.S. Army Corps of Engineers, Report no. 940045.

U.S. Army Corps of Engineers, 2001, Fort Bliss mission and master plan—Dona Ana and Otero Counties, New Mexico, and El Paso County, Texas: U.S. Army Corps of Engineers, Report no. 010081.

U.S. Bureau of Land Management, 1985, Grand Junction resource area—Resource management plan and environmental impact statement: U.S. Bureau of Land Management, Report, 171 p.

U.S. Bureau of Land Management, 1986, Baker resource management plan, Baker County, Oregon: U.S. Bureau of Land Management, Report no. 860150, 129 p.

U.S. Bureau of Land Management, 1986, Lander resource management plan, Lander, Wyoming: U.S. Bureau of Land Management, Report no. 860449.

U.S. Bureau of Land Management, 1986, Proposed Baker resource management plan, Vale District, Oregon: U.S. Bureau of Land Management, Report no. 860396.

U.S. Bureau of Land Management, 1986, Utah statewide wilderness environmental impact statement: U.S. Bureau of Land Management, Report no. 860036.

U.S. Bureau of Land Management, 1987, North Dakota resource management plan, Dunn and Bowman Counties, North Dakota: U.S. Bureau of Land Management, Report no. 870236, 199 p.

U.S. Bureau of Land Management, 1987, Pinedale resource area resource management plan, Sublette and Lincoln Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870077, 347 p.

U.S. Bureau of Land Management, 1987, Pinedale resource area resource management plan, Sublette, Teton, Lincoln, and Fremont Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870428, 232 p.

U.S. Bureau of Land Management, 1988, Challis resource area proposed resource management plan, upper Columbia-Salmon Clearwater Districts, Custer and Lemhi Counties, Idaho: U.S. Bureau of Land Management, Report no. 980508.

U.S. Bureau of Land Management, 1988, Cody resource area resource management plan, Big Horn and Park Counties, Wyoming: U.S. Bureau of Land Management, Report no. 880315.

U.S. Bureau of Land Management, 1988, Pony Express resource management plan, Toole, Utah, and Salt Lake Counties, Utah: U.S. Bureau of Land Management, Report no. 880310, 147 p.

U.S. Bureau of Land Management, 1988, Proposed Las Vegas resource management plan and final environmental impact statement, Clark and Nye Counties, Nevada: U.S. Bureau of Land Management, Report no. 980207.

U.S. Bureau of Land Management, 1988, Uncompahgre Basin resource management plan, Colorado: U.S. Bureau of Land Management, Report no. 880345.

U.S. Bureau of Land Management, 1988, Wilderness study areas in the Rock Springs District, Fremont, Lincoln, Sublette, and Sweetwater Counties, Wyoming (revised Draft environmental impact statement): U.S. Bureau of Land Management, Report no. 880359, 175 p.

U.S. Bureau of Land Management, 1989, Dixie resource area management plan, Washington County, Utah: U.S. Bureau of Land Management, Report no. 890290, 250 p.

U.S. Bureau of Land Management, 1989, San Rafael resource management plan, Emery County, Utah: U.S. Bureau of Land Management, Report no. 890240.

U.S. Bureau of Land Management, 1989, White Sands resource management plan Amendment for McGregor Range, Otero County, New Mexico: U.S. Bureau of Land Management, Report no. 890127.

U.S. Bureau of Land Management, 1990, Rock Springs District wilderness study areas, Fremont, Lincoln, Sublette, and Sweetwater Counties, Wyoming: U.S. Bureau of Land Management, Report no. 900439, 324 p.

U.S. Bureau of Land Management, 1991, Safford District resource management plan, Arizona: U.S. Bureau of Land Management, Report no. 910314, 511 p.

U.S. Bureau of Land Management, 1994, Stateline resource management plan, Clark and Nye Counties, Nevada (draft environmental impact statement and draft supplement): U.S. Bureau of Land Management, Report no. 940177.

U.S. Bureau of Land Management, 1998, Socorro resource area resource management plan, New Mexico: U.S. Bureau of Land Management, Report no. 880397, 266 p.

U.S. Bureau of Land Management, 2000, Pinedale anticline oil and gas exploration and development project, Sublette County, Wyoming: U.S. Bureau of Land Management, Report no. 000159, 301 p.

U.S. Bureau of Land Management, 2001, National management strategy for motorized off-highway vehicle use on public lands: U.S. Bureau of Land Management, Report no. PB2001103162, 58 p.

U.S. Bureau of Land Management, 2004, Dillon resource management plan, Beaverhead and Madison Counties, Montana: U.S. Bureau of Land Management, Report no. 040153, 626 p.

U.S. Bureau of Land Management, 2004, Jack Morrow Hills coordinated activity plan, Sweetwater, Fremont, and Sublette Counties, Wyoming: U.S. Bureau of Land Management, Technical Report.

U.S. Bureau of Land Management, 2005, Newmont Mining Company, Emigrant project, Elko County, Nevada: U.S. Bureau of Land Management, Report no. 050117, 269 p.

U.S. Bureau of Reclamation, 2001, Pothole Reservoir resource management plan, Grant County, Washington: U.S. Bureau of Reclamation, Report no. 010518, 567 p.

U.S. Fish and Wildlife Service, 1986, Great Dismal Swamp National Wildlife Refuge master plan, Virginia and North Carolina: U.S. Fish and Wildlife Service, Report no. 860501, 245 p.

U.S. Forest Service, 1973, Proposed off-road vehicle regulations and administrative instructions: U.S. Forest Service, Report no. USDAFS–FES(ADM)–73–49, 110 p.

U.S. Forest Service, 1973, Proposed regulations and administrative instructions relating to use of off-road vehicles on national forest lands: U.S. Forest Service, Report no. USDAFS–DES(ADM)–73–49, 22 p.

U.S. Forest Service, 1985, Kisatchie National Forest land and resource management plan, Louisiana: U.S. Forest Service, Report no. 850414.

U.S. Forest Service, 1985, Proposed land and resource management plan for the Medicine Bow National Forest and Thunder Basin National Grassland, Wyoming: U.S. Forest Service, Report no. 850523.

U.S. Forest Service, 1986, Land and resource management plan, Chippewa National Forest, Beltrami, Cass, and Itasca Counties, Minnesota: U.S. Forest Service, Report no. 860208.

U.S. Forest Service, 1986, Proposed Santa Fe National Forest land and resource management plan, Mora, San Miguel, Santa Fe, Sandoval, Los Alamos, and Rio Arriba Counties, New Mexico: U.S. Forest Service, Report no. 860013.

U.S. Forest Service, 1987, Proposed Apache-Sitgreaves National Forests land and resource management plan, Apache, Coconino, Greenlee, and Navajo Counties, Arizona: U.S. Forest Service, Report no. 870387.

U.S. Forest Service, 1987, Proposed land and resource management plan for the Coconino Forest, Coconino, Gila, and Yavapai Counties, Arizona: U.S. Forest Service, Report no. 870288.

U.S. Forest Service, 1987, Santa Fe National Forest land management plan, Mora, San Miguel, Santa Fe, Sandoval, Los Alamos, and Rio Arriba Counties, New Mexico: U.S. Forest Service, Report no. 870299.

U.S. Forest Service, 1989, San Bernardino National Forest land and resource management plan, San Bernardino and Riverside Counties, California: U.S. Forest Service, Report no. 890023.

U.S. Forest Service, 1993, Six Rivers National Forest plan, Humboldt, Del Norte, Siskiyou, and Trinity Counties, California: U.S. Forest Service, Report no. 930340.

U.S. Forest Service, 1994, Revised land and resource management plan for the national forests and grasslands in Texas—Angelina, Fannin, Houston, Jasper, Montague, Montgomery, Nacogdoches, Newton, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Walker, and Wise Counties, Texas: U.S. Forest Service, Report no. 940385.

U.S. Forest Service, 1995, Mendocino National Forest land and resource management plan—Colusa, Glenn, Lake, Mendocino, Tehama, and Trinity Counties, California: U.S. Forest Service, Report no. 950337.

U.S. Forest Service, 1995, Snowy Trail re-route, Ventura County, California: U.S. Forest Service, Report no. 950117, 109 p.

U.S. Forest Service, 1996, Snowy Trail re-route, Los Padres National Forest, Ventura County, California: U.S. Forest Service, Report no. 960524.

U.S. Forest Service, 2001, Land and resource management plan, Uinta National Forest—Juab, Sanpete, Toole, Utah, and Wasatch Counties, Utah: U.S. Forest Service, Report no. 010142.

U.S. Forest Service, 2001, Starbucky restoration project, Red River Ranger District, Nez Perce National Forest, Idaho County, Idaho: U.S. Forest Service, Report no. 010274.

U.S. Forest Service, 2002, Sixshooter project, Emmett Ranger District, Boise National Forest, Gem County, Idaho: U.S. Forest Service, Report no. 020238, 201 p.

U.S. Forest Service, 2002, West Gold project, Sandpoint Ranger District, Idaho Panhandle National Forests, Bonner County, Idaho: U.S. Forest Service, Report no. 020484.

U.S. Forest Service, 2002, Whiskey Campo resource management project, Mountain Home Ranger District, Boise National Forest, Elmore County, Idaho: U.S. Forest Service, Report no. 020299, 151 p.

U.S. Forest Service, 2003, Big Bend Ridge vegetation management project and timber sale, Ashton/Island Park Ranger District, Caribou-Targhee National Forest, Freemont County, Idaho: U.S. Forest Service, Report no. 030225.

U.S. Forest Service, 2003, Upper Bear timber sale, Council Ranger District, Payette National Forest, Adams County, Idaho: U.S. Forest Service, Report no. 030319, 478 p.

U.S. Forest Service, 2004, French Face ecosystem restoration, Ninemile Ranger District, Lolo National Forest, Montana: U.S. Forest Service, Report no. 040336, 184 p.

U.S. Forest Service, 2005, Dean project area, Bearlodge Ranger District, Black Hills National Forest, Crook County, Wyoming: U.S. Forest Service, Report no. 050212, 192 p.

U.S. Forest Service, 2005, Woodrock project, Tongue Ranger District, Bighorn National Forest, Sheridan County, Wyoming: U.S. Forest Service, Report no. 050112, 201 p.

U.S. Forest Service, 2006, Hoosier National Forest land and resource management plan—Final environmental impact statement: U.S. Forest Service, Technical Report.

U.S. Naval Facilities Engineering Command, 2003, Advanced amphibious assault vehicle, Marine Corps Base Camp Pendleton and San Clemente Range Complex, San Diego County, California: U.S. Naval Facilities Engineering Command, Report no. 030201.

Udevitz, M.S., Howard, C.A., Robel, R.J., and Curnutte, B., 1980, Lead contamination in insects and birds near an interstate highway, Kansas: Environmental Entomology, v. 9, no. 1, p. 35–36.

Walker, D.A., and Everett, K.R., 1987, Road dust and its environmental impact on Alaskan taiga and tundra: Arctic and Alpine Research, v. 19, no. 4, p. 479–489.

Westec Services Inc., 1979, Fugitive dust impacts during off-road vehicle (ORV) events in the California desert: Tustin, California, WESTEC Services, Inc., Technical Report, 40 p.

Winner, W.E., and Atkinson, C.J., 1986, Absorption of air pollutants by plants and consequences: Trends in Ecology and Evolution, v. 1, p. 15–18.

### 1.6 Socioeconomic Implications of OHV Use

Absher, J.D., and Bright, A.D., 2004, Communication research in outdoor recreation and natural resources management, *in* Manfredo, M.J., Vaske, J.J., Bruyere, B.L., Field, D.R., and Brown, P.J., eds., Society and Natural Resources—A summary of knowledge: Jefferson, Missouri, Modern Litho, p.117–126.

Achana, F., 2005, 2005 ATV/motorbike user survey: Idaho Department of Parks and Recreation, Technical Report, 37 p.

Alaska Pulp Corporation, U.S. Forest Service, and U.S. Army Corps of Engineers, 1994, Ushk Bay timber sale, Alaska Pulp Corporation long-term timber sale Contract, Chatnam Area, Tongass National Forest, Alaska: U.S. Forest Service and U.S. Army Corps of Engineers, Report no. 940408.

American Motorcyclist Association, 1979, The economic impact of off-highway motorcycling in southern California and Mexico: Westerville, Ohio, Department of Government Relations, Technical Report, 14 p.

Bannister, E.N., 1979, Impact of road networks on southeastern Michigan lakeshore drainage: Water Resources Research, v. 15, no. 6, p. 1515–1520.

Bight, A.D., Coredell, H.K., Hoover, A.P., and Tarranr, M.A., 2003, A human dimensions framework—Guidelines for conducting social assessments: Asheville, North Carolina, U.S. Forest Service, Southern Research Station, 83 p.

Bjornlie, D.D., and Garrott, R.A., 2001, Effects of winter road grooming on bison in Yellowstone National Park: Journal of Wildlife Management, v. 65, no. 3, p. 560–572.

Boyle, S.A., and Samson, F.B., 1985, Effects of nonconsumptive recreation on wildlife—A review: Wildlife Society Bulletin, v. 13, p. 110–116.

Brooks, J.J., and Champ, P.A., 2006, Understanding the wicked nature of "unmanaged recreation" in Colorado's Front Range: Environmental Management, v. 38, no. 5, p. 784–798, *http://www.springerlink.com/content/ek62272u626u6074/fulltext.pdf.*

Brown, A.C., and McLachlan, A., 2002, Sandy shore ecosystems and the threats facing them—Some predictions for the year 2025: Environmental Conservation, v. 29, no. 1, p. 62–77.

Buckley, R., 2004, Environmental impacts of ecotourism: Wallingford, England, CABI Publishing, 389 p.

Buckley, R., 2004, Environmental impacts of motorized off-highway vehicles, *in* Buckley, R., ed., Environmental impacts of ecotourism: Wallingford, England, CABI Publishing, p. 83–97.

Buckley, R., and King, N., 2003, Visitor-impact data in a land-management context, *in* Buckley, R.C., Pickering, D., and Weaver, D.B., eds., Nature-based tourism, environment and land management: Wallingford, England, CABI Publishing, p. 89-99.

Burger, J., 1986, The effect of human activity on shorebirds in two coastal bays in northeastern United States: Environmental Conservation, v. 13, no. 2, p. 123–130.

Bury, R.L., and Fillmore, E.R., 1974, Design of motorcycle areas near campgrounds—Effects on riders and non riders: College Station, Texas, Department of Recreation and Parks, Texas A & M University, Technical Report, 72 p.

Bury, R.L., Holland, S.M., and McEwen, D.N., 1983, Analyzing recreational conflict—Understanding why conflict occurs is requisite to managing that conflict: Journal of Soil and Water Conservation, v. 3, no. 5, p. 401–403.

Bury, R.L., Wendling, R.C., and McCool, S.F., 1976, Off-road recreation vehicles—A research summary, 1969–1975: College Station, Texas, Texas Agricultural Experiment Station, Technical Report.

Call, C.A., Barker, J.R., and McKell, C.M., 1981, Visitor impact assessment of scenic view areas at Bryce Canyon National Park: Journal of Soil and Water Conservation, v. 36, no. 1, p. 50–53.

Cole, D.N., 2004, Environmental impacts of outdoor recreation in wildlands, *in* Manfredo, M.J., Vaske, J.J., Bruyere, B.L., Field, D.R., and Brown, P.J., eds., Society and natural resources—A summary of knowledge: Jefferson, Missouri, Modern Litho, p. 107–116.

Cole, D.N. and Landres, P.B., 1995, Indirect effects of recreation on wildlife, *in* Knight, R.L., and Gutzwiller, K.J., eds., Wildlife and recreationists—Coexistence through management and research: Washington, D.C., Island Press, p. 183–202.

Collins, E., O'Farrell, T.P., and Rhoads, W., 1982, Annotated bibliography for biologic overview for the Nevada nuclear waste storage investigations, Nevada Test Site, Nye County, Nevada: Goleta, California, EG and G, Inc., Report no. EGG11832419, 48 p.

Collins, E., O’Farrell, T.P., and Rhoads, W., 1982, Biologic overview for the Nevada Nuclear Waste Storage investigations, Nevada Test Site, Nye County, Nevada: Goleta, California, EG and G, Inc., Report no. EGG11832460, 55 p.

Cordell, H.K., Betz, C.J., Green, G., and Owens, M., 2005, Off-highway vehicle recreation in the United States, regions, and states—A national report from the national survey on recreation and the environment (NSRE): U.S. Forest Service, Southern Research Station, Technical Report, 90 p.

Council on Environmental Quality, 1997, Considering cumulative effects under the National Environmental Policy Act: Washington, D.C., Council on Environmental Quality, Technical Report, *http://www.nepa.gov/nepa/ccenepa/ccenepa.htm*.

Crimmins, T., 1999, Colorado off-highway vehicle user survey—Summary of results: Denver, Colorado, Colorado State Parks, Technical Report.

Dave Miller Associates, 1981, An economic/social assessment of snowmobiling in Maine: Windham, Maine, Dave Miller Associates, Technical Report, 52 p.

Dawson, K.J., 1985, Natural area planning for recreational use transition: Landscape Planning, v. 12, no. 2, p. 111–123.

Dean Runyan Associates, 2000, Campers in California travel patterns and economic impacts: Portland, Oregon, Dean Runyan Associates, Technical Report, 76 p.

Duever, M.J., Riopelle, L.A., and McCollom, J.M., 1986, Long term recovery of experimental off-road vehicle impacts and abandoned old trails in the Big Cypress National Preserve: Naples, Florida, National Audubon Society, Technical Report, 56 p.

Ewert, A., and Shultis, J., 1999, Technology and backcountry recreation—Boon to recreation or bust for management?: Technology and Leisure, v. 70, no. 8, p. 23–31.

Fisher, A.L., Blahna, D.J., and Bahr, R., 2001, Off-highway vehicle uses and owner preferences in Utah: Logan, Utah, Institute for Outdoor Recreation and Tourism, Department of Forest Resources, Utah State University, Report no. IORT PR2001–02, 80 p.

Graefe, A.R., and Thapa, B., 2004, Conflict in natural resource recreation, *in* Manfredo, M.J., Vaske, J.J., Bruyere, B.L., Field, D.R., and Brown, P.J., eds., Society and natural resources—A summary of knowledge: Jefferson, Missouri, Modern Litho, p. 209–224.

Gray, J.R., 1977, Kinds and costs of recreational pollution in the Sandia Mountains: New Mexico Agricultural Experiment Station Bulletin, Technical Report, 57 p.

Gutzwiller, K.J., 1995, Recreational disturbances and wildlife communities *in* Knight, R.L., and Gutzwiller, K.J., eds., Wildlife and recreationists—Coexistence through management and research: Washington, D.C., Island Press, p. 169–181.

Hall, C., and Dearden, P., eds., 1984, The impact of "non-consumptive" recreation on wildlife—An annotated bibliography: Monticello, Illinois, Vance Bibliographies, 45 p.

Heede, B.H., 1983, Control of rills and gullies in off-road vehicle traffic areas, *in* Webb, R.H., and Wilshire, H.G., eds., Environmental effects of off-road vehicles—Impacts and management in arid regions: New York, Springer-Verlag, p. 245–264.

Hendon, W.C., 1991, The wilderness as a source of recreation and renewal—Who uses it? what are their characteristics? their other interests? their preferences?: American Journal of Economics and Sociology, v. 50, no. 1, p. 105–112.

Hosier, P.E., and Eaton, T.E., 1980, The impact of vehicles on dune and grassland vegetation on a southeastern North Carolina barrier beach: Wilmington, North Carolina, North Carolina University at Wilmington, Report no. UNC–SG–R–164, 13 p.

Hosier, P.E., Kochlar, M., and Thayer, V., 1981, Off-road vehicle and pedestrian track effects on the sea-approach of hatchling loggerhead turtles: Environmental Conservation, v. 8, no. 2, p. 158–161.

Iverson, R.M., Hinckley, B.S., and Webb, R.M., 1981, Physical effects of vehicular disturbances on arid landscapes: Science, v. 212, no. 4497, p. 915–917.

Jim, C., 1989, Visitor management in recreation areas: Environmental Conservation, v. 16, no. 1, p. 19–32.

Jim, C.Y., 1987, Trampling impacts of recreationists on picnic sites in a Hong Kong county park: Environmental Conservation, v. 14, no. 2, p. 117–127.

Kant, H., and Sood, K.G., 1974, A study on off-road transportation by tractors: Indian Forester, v. 100, no. 5, p. 327–341.

Karanja, G., 2003, Tourism impacts in Masai Mara National Reserve: IIED Wildlife and Development Series, v. 14, p. 5–16.

Kato, T.T., and O'Farrell, T.P., 1986, Biological assessment of the effects of petroleum production at maximum efficient rate, Naval Petroleum Reserve No. 1 (Elk Hills), Kern County, California, on the endangered blunt-nosed leopard lizard, *Gambelia silus*: Goleta, California, EG and G Energy Measurements, Inc., Report no. EGG102822108, 72 p.

Kay, J., 1981, Evaluating environmental impacts of off-road vehicles: Journal of Geography, v. 80, no. 1, p. 10–18.

Kirkpatrick, J.B., 2001, Ecotourism, local and indigenous people, and the conservation of the Tasmanian Wilderness World Heritage Area: Journal of the Royal Society of New Zealand, v. 31, no. 4, p. 819–829.

Knight, R.L., and Cole, D.N., 1995, Wildlife response to recreationists, *in* Knight, R.L., and Gutzwiller, K.J., eds., Wildlife and recreationists—Coexistence through management and research: Washington, D.C., Island Press, p. 51–69.

Koeppel, W., and Strauss, C., 1984, Areal evaluation of vehicle mobility: Frankfurt, Germany, Battelle Institute, Technical Report, 20 p.

Landsberg, J., Logan, B., and Shorthouse, D., 2001, Horse riding in urban conservation areas—Reviewing scientific evidence to guide management: Ecological Management and Restoration, v. 2, no. 1, p. 36–46.

Lewis, O., 1969, Arid lands and their future, *in* Bender, G.L., ed., Future environments of arid regions of the southwest, contribution no. 12, American Association for the Advancement of Science Committee on Desert and Arid Zone Research symposium, Colorado Springs, Colorado, May 7-10, 1969: Washington, D.C., American Association for the Advancement of Science, Committee on Desert and Arid Zone Research, p. 33–38.

Losos, E., Hayes, J., Phillips, A., Alkire, C., and Wilcove, D., 1993, Taxpayers double burden—Federal resource subsidies and endangered species: Missoula, Montana, The Wilderness Society's Bolle Center for Ecosystem Management, Technical Report, 95 p.

Lovich, J.E., and Bainbridge, D., 1999, Anthropogenic degradation of the southern California desert ecosystem and prospects for natural recovery and restoration: Environmental Management, v. 24, no. 3, p. 309–326.

Lucas, R.C., 1978, Impact of human pressure on parks, wilderness, and other recreation lands, Sourcebook on the environment—A guide to the literature: Chicago, University of Chicago Press, p. 221–239.

Luckenbach, R.A., 1978, An analysis of off-road vehicle use on desert avifaunas: Transactions of the North American Wildlife and Natural Resources Conference, v. 43, p. 157–162.

Major, M.J., 1987, Managing off-the-road vehicles—A recurring round of events: Journal of Forestry, v. 85, no. 11, p. 37-41.

Matchett, J.R., Gass, L., Brooks, M.L., Mathie, A.M., Vitales, R.D., Campagna, M.W., Miller, D.M., and Weigand, J.F., 2004, Spatial and temporal patterns of off-highway vehicle use at the Dove Springs OHV open area, California: U.S. Geological Survey, Report, 17 p.

Meyer, K.G., 2002, Managing degraded off-highway vehicle trails in wet, unstable, and sensitive environments: U.S. Department of Interior, National Park Service, Report no. PB2005105502, 88 p.

Meyer, K.G., 2002, Proposed best management practices for OHV/ATV trail management in Alaska: U.S. National Park Service Rivers Trails and Conservation Assistance Program, Technical Report, 19 p.

Mitchell, G., 2005, Forecasting environmental equity—Air quality responses to road user charging in Leeds, UK.: Journal of Environmental Management, v. 77, no. 3, p. 212–226.

Moorhead, D.L., Linkins, A.E., and Everett, K.R., 1996, Road dust alters extracellular enzyme activities in tussock tundra soils, Alaska, U.S.A.: Arctic and Alpine Research, v. 28, no. 3, p. 346-351.

Mortensen, C.O., 1989, Visitor use impacts within the Knobstone Trail corridor: Journal of Soil and Water Conservation, v. 44, no. 2, p. 156–159.

Muleski, G.E., Garmen, G., and Cowherd, C., 1994, Surface coal mine emission factor field study: Kansas City, Missouri, Midwest Research Institute, Report no. EPA/454/R95/010, 167 p.

Nelson, C.M., and Lynch, J.A., 2001, A usable pilot off-road vehicle project evaluation: East Lansing, Michigan, Department of Park, Recreation and Tourism Resources, Michigan State University, Technical Report, 50 p.

Nelson, C.M., Lynch, J.A., and Stynes, D.J., 2000, Michigan licensed off-road vehicle use and users—1998–99: East Lansing, Michigan, Department of Park, Recreation and Tourism Resources, Michigan State University, Technical Report, 49 p.

Noake, D.W., 1967, Camping as a factor in the ecological impact of tourism and recreation: International Union Conservation, p. 224–229.

Noe, F.P., Hammitt, W.E., and Bixler, R.D., 1995, Park user perceptions of resource and use impacts under varied situations in three National Parks: Journal of Environmental Management, v. 49, no. 3, p. 323–336.

Nova Scotia Voluntary Planning Task Force on Off-Highway Vehicles, 2003, Off-highway vehicles in Nova Scotia: Nova Scotia Voluntary Planning Task Force on Off-Highway Vehicles, Technical Report, 12 p.

O'Farrell, T.P., 1984, Conservation of the endangered San Joaquin kit fox *Vulpes macrotis mutica* in the Naval Petroleum Reserves, California: Acta Zoologica Fennica, v. 172, p. 207–208.

O'Farrell, T.P., Harris, C.E., Kato, T.T., and McCue, P.M., 1986, Biological assessment of the effects of petroleum production at maximum efficient rate, Naval Petroleum Reserve No. 1 (Elk Hills), Kern County, California, on the endangered San Joaquin kit fox, *Vulpes macrotis mutica*: Goleta, California, EG and G Energy Measurements, Inc., Report no. EGG102822107, 84 p.

O'Farrell, T.P., and Kato, T.T., 1987, Biological assessment of the effects of petroleum production activities, Naval Petroleum Reserves in California, on the endangered giant kangaroo rat, *Dipodomys ingens*: Goleta, California, EG and G Energy Measurements, Inc., Report no. EGG102822183, 34 p.

Pelton, C., 1987, A computer program for hill-shading digital topographic data sets: Computers and Geosciences, v. 13, no. 5, p. 545–548.

Propst, D.B., Shomaker, J.H., and Mitchekkm, J.E., 1977, Attitudes of Idaho off-road vehicle users and mangers: Moscow, Idaho, College of Forestry, Wildlife and Range Sciences, University of Idaho, Technical Report, 30 p.

Radforth, J.R., 1978, Higher travel speeds for off-road logging vehicles: Pointe-Claire, Quebec, Forest Engineering Research Institute of Canada, Report no. TR–22, 23 p.

Reed, P.C., and Haas, G.E., 1989, Off highway vehicles in Colorado—Estimated recreational use and expenditures: Fort Collins, Colorado, Colorado State University, Department of Recreation Resources and Landscape Architecture, Technical Report, 15 p.

Rhoads, W.A., Cochrane, S.A., and Williams, M.P., 1979, Status of endangered and threatened plant species on Tonopah Test Range—A survey: Goleta, California, Santa Barbara Research Center, Report no. SAND807035, 126 p.

Rickard, C.A., McLachlan, A., and Kerley, G.I.H., 1994, The effects of vehicular and pedestrian traffic on dune vegetation in South Africa: Ocean and Coastal Management, v. 23, no. 3, p. 225–247.

Rocky Mountain Research Initiative, 2002, Off-road vehicles in Colorado—Facts, trends, recommendations: Nederland, Colorado, Rocky Mountain Research Initiative, *http://www.rmri.org/rmri_full_report.pdf*.

Ross, J.B., and Willison, J.H.M., 1991, Impacts of all-terrain vehicles on bogs of the Cape Breton Highlands, Nova Scotia, Canada, Science and the management of protected areas—proceedings of an international conference held at Acadia University, Nova Scotia, Canada, 14-19 May 1991: Woldville, Nova Scotia, Canada, Acadia University, p. 533–534.

Schuett, M.A, and Ostergren, D., 2003, Environmental concern and involvement of individuals in selected voluntary associations: Journal of Environmental Education, v. 34, no. 4., p. 30–38.

Sheridan, D., 1979, Off-road vehicles on public land: Council on Environmental Quality, Report no. PB86211158, 94 p.

Shields, F.D., Cooper, C.M., Knight, S.S., Jr., and Moore, M.T., 2003, Stream corridor restoration research—A long and winding road: Ecological Engineering, v. 20, no. 5, p. 441–454.

Shindler, B., Brunson, M.W., and Cheek, K.A., 2004, Social acceptability in forest and range management, *in* Manfredo, M.J., Vaske, J.J., Bruyere, B.L., Field, D.R., and Brown, P.J., eds., Society and natural resources—A summary of knowledge: Jefferson, Missouri, Modern Litho, p. 146–157.

Siddharthan, R.V., Sebaaly, P.E., El-Desouky, M., Strand, D., and Huft, D., 2005, Heavy off-road vehicle tire–pavement interactions and response: Journal of Transportation Engineering, v. 131, no. 3, p. 239–247.

Sorenson, S., Kalivoda, M., Vacarro, R., Trozzi, C., and Samaras, Z., 1997, Data structure for estimating emissions from non-road sources: Lyngby, Denmark, Technical University of Denmark, Lyngby Institute, Report no. DTUETEO9702, 73 p.

Steiner, A.J., and Leatherman, S.P., 1981, Recreational impacts on the distribution of ghost crabs *Ocypode quadrata* Fab: Biological Conservation, v. 20, no. 2, p. 111–122.

Stephenson, G., 1999, Vehicle impacts on the biota of sandy beaches and coastal dunes—A review from a New Zealand perspective: Science for Conservation, v. 121, p. 1–14.

Stohlgren, T.J., and Parsons, D.J., 1992, Evaluating wilderness recreational opportunities—Application of an impact matrix: Environmental Management, v. 16, no. 3, p. 397–403.

Stokowski, P.A., and LaPointe, C.B., 2000, Environmental and social effects of ATVs and ORVs—An annotated bibliography and research assessment: Burlington, Vermont, University of Vermont, School of Natural Resources, 32 p.

Stynes, D.J., Nelson, C.M., and Lynch, J.A., 1988, State and regional economic impacts of snowmobiling in Michigan: East Lansing, Michigan, Department of Park, Recreation and Tourism Resources, Michigan State University, Technical Report, 31 p.

Swim, F.F., 1971, Bicycling and bicycle trails. A trails and trail based activities bibliography: U.S. Office of Library Services, Report no. BIB24, 38 p.

Turton, S.M., 2005, Managing environmental impacts of recreation and tourism in rainforests of the wet tropics of Queensland World Heritage Area: Geographical Research, v. 43, no. 2, p. 140–151.

Twiss, R., Sidener, J., Bingham, G., Burke, J.E., and Hall, C.H., 1980, Potential impacts of geothermal development on outdoor recreational use of the Salton Sea: Livermore, California, University of California, Livermore, Technical Report, 61 p.

U.S. Army Corps of Engineers, 1998, McGregor range land withdrawal, Fort Bliss, Otera County, New Mexico: U.S. Army Corps of Engineers, Report no. 980439, 586 p.

U.S. Army Corps of Engineers, 2001, Fort Bliss mission and master plan—Dona Ana and Otero Counties, New Mexico, and El Paso County, Texas: U.S. Army Corps of Engineers, Report no. 010081.

U.S. Bureau of Land Management, 1984, Proposed Monument resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 840584, 419 p.

U.S. Bureau of Land Management, 1985, Box Elder resource management plan, Utah: U.S. Bureau of Land Management, Report no. 850448.

U.S. Bureau of Land Management, 1985, Grand Junction resource area—Resource management plan and environmental impact statement: U.S. Bureau of Land Management, Technical Report, 171 p.

U.S. Bureau of Land Management, 1985, Medicine Lodge Proposed resource management plan, Bingham, Bonneville, Butte, Clark, Fremont, Jefferson, Madison, and Teton Counties, Idaho: U.S. Bureau of Land Management, Report no. 850237.

U.S. Bureau of Land Management, 1985, Proposed Two Rivers resource management plan, Oregon: U.S. Bureau of Land Management, Report no. 850409.

U.S. Bureau of Land Management, 1985, Two Rivers resource management plan, Oregon: U.S. Bureau of Land Management, Report no. 850137, 163 p.

U.S. Bureau of Land Management, 1985, Yuma District resource management plan, Yuma, La Paz, and Mohave Counties, Arizona, and San Bernardino, Riverside, and Imperial Counties, California: U.S. Bureau of Land Management, Report no. 850358, 310 p.

U.S. Bureau of Land Management, 1986, Baker resource management plan, Baker County, Oregon: U.S. Bureau of Land Management, Report no. 860150, 129 p.

U.S. Bureau of Land Management, 1986, Lander resource management plan, Lander, Wyoming: U.S. Bureau of Land Management, Report no. 860449.

U.S. Bureau of Land Management, 1986, Proposed 1985 amendments to the California desert conservation area plan and the Eastern San Diego County master framework plan, California: U.S. Bureau of Land Management, Report no. 860432, 138 p.

U.S. Bureau of Land Management, 1986, Proposed 1985 amendments to the California desert conservation area plan, California: U.S. Bureau of Land Management, Report no. 860077.

U.S. Bureau of Land Management, 1986, Proposed Baker resource management plan, Vale District, Oregon: U.S. Bureau of Land Management, Report no. 860396.

U.S. Bureau of Land Management, 1986, resource management plan for the House Range resource area, Juab and Millard Counties, Utah: U.S. Bureau of Land Management, Report no. 860377.

U.S. Bureau of Land Management, 1986, Utah statewide wilderness environmental impact statement: U.S. Bureau of Land Management, Report no. 860036.

U.S. Bureau of Land Management, 1986, Wilderness suitability EIS—Grass Creek and Cody resource areas, Bighorn Basin, Wyoming (draft supplement for the Owl Creek wilderness study area): U.S. Bureau of Land Management, Report no. 860168, 40 p.

U.S. Bureau of Land Management, 1987, Glenwood Springs resource area resource management plan, Colorado—Wilderness recommendations: U.S. Bureau of Land Management, Report no. 870421, 168 p.

U.S. Bureau of Land Management, 1987, Medicine Bow-Divide resource areas resource management plan, Rawlins District, Wyoming: U.S. Bureau of Land Management, Report no. 870212.

U.S. Bureau of Land Management, 1987, North Dakota resource management plan, Dunn and Bowman Counties, North Dakota: U.S. Bureau of Land Management, Report no. 870236, 199 p.

U.S. Bureau of Land Management, 1987, Pinedale resource area resource management plan, Sublette and Lincoln Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870077, 347 p.

U.S. Bureau of Land Management, 1987, Pinedale resource area resource management plan, Sublette, Teton, Lincoln, and Fremont Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870428, 232 p.

U.S. Bureau of Land Management, 1987, Preliminary wilderness recommendations for the Arcata resource area, Eden Valley and Thatcher Ridge wilderness study areas, Ukiah District, Mendocino County, California: U.S. Bureau of Land Management, Report no. 870348, 111 p.

U.S. Bureau of Land Management, 1987, Proposed Monument resource management plan and Wilderness Study, Idaho: U.S. Bureau of Land Management, Report no. 870248, 162 p.

U.S. Bureau of Land Management, 1987, Proposed resource management plan and wilderness recommendations for the Lahontan resource area, Nevada: U.S. Bureau of Land Management, Report no. 870293, 282 p.

U.S. Bureau of Land Management, 1987, Proposed utility corridor resource management plan, Alaska: U.S. Bureau of Land Management, Report no. 870291, 281 p.

U.S. Bureau of Land Management, 1987, Proposed wilderness program for the Stafford District wilderness EIS Area, Cochise, Gila, Graham, and Greenlee Counties, Arizona and Hidalgo County, New Mexico: U.S. Bureau of Land Management, Report no. 870156, 502 p.

U.S. Bureau of Land Management, 1987, Proposed wilderness program for the Upper Sonoran wilderness EIS Area, Maricopa, Mohave, Yavapai, and Yuma Counties, Arizona: U.S. Bureau of Land Management, Report no. 870292, 394 p.

U.S. Bureau of Land Management, 1987, resource management plan for the Shoshone-Eureka resource area, Nevada—Wilderness recommendations: U.S. Bureau of Land Management, Report no. 870403, 101 p.

U.S. Bureau of Land Management, 1987, Taos resource management plan, New Mexico: U.S. Bureau of Land Management, Report no. 870331.

U.S. Bureau of Land Management, 1987, Washakie resource area resource management plan, portions of Big Horn, Hot Springs, and Washakie Counties, Wyoming: U.S. Bureau of Land Management, Report no. 870395.

U.S. Bureau of Land Management, 1987, Wells resource area wilderness recommendations, Bluebell, Goshute Peak, South Pequop, and Bad Lands Wilderness Study Areas, Elko County, Nevada: U.S. Bureau of Land Management, Report no. 870267, 224 p.

U.S. Bureau of Land Management, 1987, Wilderness recommendations for Clark County, Nevada: U.S. Bureau of Land Management, Report no. 870108, 346 p.

U.S. Bureau of Land Management, 1987, Wilderness recommendations for the northcentral California wilderness study areas: U.S. Bureau of Land Management, Report no. 870058, 115 p.

U.S. Bureau of Land Management, 1988, Brothers/Lapine resource management plan, Oregon: U.S. Bureau of Land Management, Report no. 880365.

U.S. Bureau of Land Management, 1988, Central California section 202 wilderness study areas wilderness recommendations—Sheep Ridge, Milk Ranch/Case Mountain, and Ventana contiguous WSA'S: U.S. Bureau of Land Management, Report no. 880020, 110 p.

U.S. Bureau of Land Management, 1988, Challis resource area proposed resource management plan, upper Columbia-Salmon Clearwater Districts, Custer and Lemhi Counties, Idaho: U.S. Bureau of Land Management, Report no. 980508.

U.S. Bureau of Land Management, 1988, Cody resource area resource management plan, Big Horn and Park Counties, Wyoming: U.S. Bureau of Land Management, Report no. 880315.

U.S. Bureau of Land Management, 1988, Fort Greely national maneuver area and Fort Greely air drop zone, Alaska—resource management plan: U.S. Bureau of Land Management, Report no. 880276, 138 p.

U.S. Bureau of Land Management, 1988, Fort Wainwright maneuver area, Fairbanks North Star Borough, Alaska: U.S. Bureau of Land Management, Report no. 880277, 138 p.

U.S. Bureau of Land Management, 1988, Pony Express resource management plan, Toole, Utah, and Salt Lake Counties, Utah: U.S. Bureau of Land Management, Report no. 880310, 147 p.

U.S. Bureau of Land Management, 1988, Proposed Las Vegas resource management plan and final environmental impact statement, Clark and Nye Counties, Nevada: U.S. Bureau of Land Management, Report no. 980207.

U.S. Bureau of Land Management, 1988, Uncompahgre Basin resource management plan, Colorado: U.S. Bureau of Land Management, Report no. 880345.

U.S. Bureau of Land Management, 1988, Wilderness study areas in the Rock Springs District, Fremont, Lincoln, Sublette, and Sweetwater Counties, Wyoming (revised Draft environmental impact statement): U.S. Bureau of Land Management, Report no. 880359, 175 p.

U.S. Bureau of Land Management, 1989, Arcata resource management plan, California: U.S. Bureau of Land Management, Report no. 890306, 354 p.

U.S. Bureau of Land Management, 1989, Dixie resource area management plan, Washington County, Utah: U.S. Bureau of Land Management, Report no. 890290, 250 p.

U.S. Bureau of Land Management, 1989, San Pedro River riparian management plan for the San Pedro River EIS area, Cochise County, Arizona: U.S. Bureau of Land Management, Report no. 890152, 381 p.

U.S. Bureau of Land Management, 1989, San Rafael resource management plan, Emery County, Utah: U.S. Bureau of Land Management, Report no. 890240.

U.S. Bureau of Land Management, 1989, Utility corridor proposed resource management plan, Alaska: U.S. Bureau of Land Management, Report no. 890326, 281 p.

U.S. Bureau of Land Management, 1989, White Sands resource management plan amendment for McGregor Range, Otero County, New Mexico: U.S. Bureau of Land Management, Report no. 890127.

U.S. Bureau of Land Management, 1990, Bishop resource management plan and environmental impact statement: U.S. Bureau of Land Management, Report no. BLMCAES900011610, 273 p.

U.S. Bureau of Land Management, 1990, Rock Springs District wilderness study areas, Fremont, Lincoln, Sublette, and Sweetwater Counties, Wyoming: U.S. Bureau of Land Management, Report no. 900439, 324 p.

U.S. Bureau of Land Management, 1991, Arizona Strip District resource management plan, Mohave and Coconino Counties, Arizona: U.S. Bureau of Land Management, Report no. 910055, 617 p.

U.S. Bureau of Land Management, 1991, Safford District resource management plan, Arizona: U.S. Bureau of Land Management, Report no. 910314, 511 p.

U.S. Bureau of Land Management, 1991, Spokane resource management plan, Washington: U.S. Bureau of Land Management, Report no. 910374, 169 p.

U.S. Bureau of Land Management, 1991, Three Rivers resource management plan, Harney, Grant, Lake, and Malheur Counties, Oregon: U.S. Bureau of Land Management, Report no. 910335.

U.S. Bureau of Land Management, 1992, Proposed Spokane resource management plan amendment and final environmental impact statement: U.S. Bureau of Land Management, Report no. 920286, 181 p.

U.S. Bureau of Land Management, 1994, Fort Wainwright, Yukon maneuver area, proposed resource management plan and final environmental impact statement, Fairbanks North Star Borough, Alaska: U.S. Bureau of Land Management, Report no. 940001, 124 p.

U.S. Bureau of Land Management, 1994, resource management plan and environmental impact statement for the Grass Creek resource area, Worland District, Wyoming: U.S. Bureau of Land Management, Technical Report, 299 p.

U.S. Bureau of Land Management, 1994, Salem District resource management plan and environmental impact statement—Benton, Clackamas, Clatsop, Columbia, Lane, Lincoln, Linn, Marion, Multnomah, Polk, Tillamook, Washington, and Yamhill Counties, Oregon: U.S. Bureau of Land Management, Report no. 940461.

U.S. Bureau of Land Management, 1994, Stateline resource management plan, Clark and Nye Counties, Nevada (draft environmental impact statement and draft supplement): U.S. Bureau of Land Management, Report no. 940177.

U.S. Bureau of Land Management, 1997, Roswell and Carlsbad resource areas—Chaves, Curry, Debaca, Eddy, Guadalupe, Lea, Lincoln, Quay, and Roosevelt Counties, New Mexico: U.S. Bureau of Land Management, Report no. 970072.

U.S. Bureau of Land Management, 1998, Judith-Valley-Phillips resource management plan—Chouteau, Fergus, Judith Basin, Petroleum, Phillips, and Valley Counties, Montana (draft supplement to the final environmental impact statement of September 1997): U.S. Bureau of Land Management, Report no. 980149, 51 p.

U.S. Bureau of Land Management, 1998, Socorro resource area resource management plan, New Mexico: U.S. Bureau of Land Management, Report no. 880397, 266 p.

U.S. Bureau of Land Management, 2000, Federal fluid minerals leasing and development, Otero and Sierra Counties, New Mexico: U.S. Bureau of Land Management, Report no. 000383, 521 p.

U.S. Bureau of Land Management, 2003, Farmington resource management plan, San Juan, McKinley, Rio Arriba, and Sandoval Counties, New Mexico: U.S. Bureau of Land Management, Report no. 030143.

U.S. Bureau of Land Management, 2004, Dillon resource management plan, Beaverhead and Madison Counties, Montana: U.S. Bureau of Land Management, Report no. 040153, 626 p.

U.S. Bureau of Land Management, 2005, Newmont Mining Company, Emigrant project, Elko County, Nevada: U.S. Bureau of Land Management, Report no. 050117, 269 p.

U.S. Bureau of Land Management, 2006, Coeur d'Alene resource management plan, Idaho: U.S. Bureau of Land Management, Report no. 060002, 347 p.

U.S. Bureau of Land Management and U.S. Forest Service, 1986, Proposed Coronado National Forest land and resource management plan, Arizona and New Mexico: U.S. Bureau of Land Management and U.S. Forest Service, Report no. 860307.

U.S. Bureau of Land Management and U.S. Forest Service, 2004, North Fork of the South Platte and the South Platte Rivers wild and scenic river study report, Pike and San Isabel National Forests and Comanche and Cimarron National Grasslands, Douglas, Jefferson, Park, and Teller Counties, Colorado: U.S. Bureau of Land Management and U.S. Forest Service, Report no. 040037, 301 p.

U.S. Bureau of Reclamation, 2001, Pothole Reservoir resource management plan, Grant County, Washington: U.S. Bureau of Reclamation, Report no. 010518, 567 p.

U.S. Department of the Air Force, 1992, Defense evaluation support activity testing and evaluation program, Kirtland Air Force Base, New Mexico: U.S. Air Force, Report no. 920325, 487 p.

U.S. Federal Highway Administration, 2005, US 33 Nelsonville bypass, city of Nelsonville, Hocking and Athens Counties, Ohio: U.S. Federal Highway Administration, Report no. 050282, 828 p.

U.S. Fish and Wildlife Service, 1985, Alaska Peninsula National Wildlife Refuge final comprehensive conservation plan, environmental impact statement, and wilderness review: U.S. Fish and Wildlife Service, Technical Report, 426 p.

U.S. Fish and Wildlife Service, 1986, Great Dismal Swamp National Wildlife Refuge master plan, Virginia and North Carolina: U.S. Fish and Wildlife Service, Report no. 860501, 245 p.

U.S. Forest Service, 1973, Management of South Holston unit: U.S. Forest Service, Report no. USDAFSFESADM7350, 121 p.

U.S. Forest Service, 1985, Kisatchie National Forest land and resource management plan, Louisiana: U.S. Forest Service, Report no. 850414.

U.S. Forest Service, 1985, Proposed Land and resource management plan for the Medicine Bow National Forest and Thunder Basin National Grassland, Wyoming: U.S. Forest Service, Report no. 850523.

U.S. Forest Service, 1986, Chequamegon National Forest, Wisconsin land and resource management plan: U.S. Forest Service, Report no. 860325.

U.S. Forest Service, 1986, Cleveland National Forest land and resource management plan, Orange, Riverside, and San Diego Counties, California: U.S. Forest Service, Report no. 860209.

U.S. Forest Service, 1986, Croatan and Uwharrie National Forests land and resource management plan, North Carolina: U.S. Forest Service, Report no. 860218.

U.S. Forest Service, 1986, Environmental impact statement for the Coronado National Forest plan: U.S. Forest Service, Technical Report, 275 p.

U.S. Forest Service, 1986, Environmental impact statement, Gila National Forest plan: U.S. Forest Service, Technical Report, 347 p.

U.S. Forest Service, 1986, Land and resource management plan, Chippewa National Forest, Beltrami, Cass, and Itasca Counties, Minnesota: U.S. Forest Service, Report no. 860208.

U.S. Forest Service, 1986, National Forests in Alabama land and resource management plan: U.S. Forest Service, Report no. 860095.

U.S. Forest Service, 1986, Proposed land and resource management plan for Wayne National Forest, Ohio: U.S. Forest Service, Report no. 860426.

U.S. Forest Service, 1986, Proposed Santa Fe National Forest land and resource management plan, Mora, San Miguel, Santa Fe, Sandoval, Los Alamos, and Rio Arriba Counties, New Mexico: U.S. Forest Service, Report no. 860013.

U.S. Forest Service, 1987, Environmental impact statement for the Apache-Sitgreaves National Forests Plan: U.S. Forest Service, Technical Report, 392 p.

U.S. Forest Service, 1987, Environmental impact statement, Santa Fe National Forest plan: U.S. Forest Service, Technical Report, 366 p.

U.S. Forest Service, 1987, Proposed Apache-Sitgreaves National Forests land and resource management plan, Apache, Coconino, Greenlee, and Navajo Counties, Arizona: U.S. Forest Service, Report no. 870387.

U.S. Forest Service, 1987, Proposed land and resource management plan for the Coconino Forest, Coconino, Gila, and Yavapai Counties, Arizona: U.S. Forest Service, Report no. 870288.

U.S. Forest Service, 1987, Santa Fe National Forest land management plan, Mora, San Miguel, Santa Fe, Sandoval, Los Alamos, and Rio Arriba Counties, New Mexico: U.S. Forest Service, Report no. 870299.

U.S. Forest Service, 1988, Proposed Kaibab National Forest land and resource management plan, Coconino, Yavapai, and Mohave Counties, Arizona: U.S. Forest Service, Report no. 880109.

U.S. Forest Service, 1988, Record of decision for USDA, Forest Service—Final environmental impact statement, Allegheny National Forest, Land and resource management plan—Elk, Forest, McKean, and Warren Counties, Pennsylvania: U.S. Forest Service, Technical Report, 41 p.

U.S. Forest Service, 1989, San Bernardino National Forest land and resource management plan, San Bernardino and Riverside Counties, California: U.S. Forest Service, Report no. 890023.

U.S. Forest Service, 1990, Cherokee National Forest land and resource management plan, Tennessee, North Carolina, and Virginia (final supplement to the final environmental impact statement of April 1986): U.S. Forest Service, Report no. 900062, 62 p.

U.S. Forest Service, 1990, Umatilla National Forest land and resource management plan, Oregon and Washington: U.S. Forest Service, Report no. 900237.

U.S. Forest Service, 1991, Corral Mountain timber sale, San Juan National Forest, Archuleta County, Colorado: U.S. Forest Service, Report no. 910124, 59 p.

U.S. Forest Service, 1992, Martinez Creek timber sale, San Juan National Forest, Colorado: U.S. Forest Service, Report no. 920275, 75 p.

U.S. Forest Service, 1992, Sierra National Forest land and resource management plan, Fresno, Madera, and Mariposa Counties, California: U.S. Forest Service, Report no. 920105.

U.S. Forest Service, 1993, Six Rivers National Forest plan, Humboldt, Del Norte, Siskiyou, and Trinity Counties, California: U.S. Forest Service, Report no. 930340.

U.S. Forest Service, 1994, Oregon Dunes National Recreation Area management plan, Siuslaw National Forest—Coos, Douglas, and Lane Counties, Oregon: U.S. Forest Service, Report no. 940292.

U.S. Forest Service, 1994, Revised land and resource management plan for the national forests and grasslands in Texas—Angelina, Fannin, Houston, Jasper, Montague, Montgomery, Nacogdoches, Newton, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Walker, and Wise Counties, Texas: U.S. Forest Service, Report no. 940385.

U.S. Forest Service, 1995, Draft environmental impact statement, Fish Bate analysis area—North Fork Ranger District, Clearwater National Forest, Clearwater County, Idaho: U.S. Forest Service, Technical Report.

U.S. Forest Service, 1995, East Fork Blacks Fork analysis area, Wasatch-Cache National Forest, Summit County, Utah (final supplement to the final environmental impact statement of July 1992): U.S. Forest Service, Report no. 950294, 49 p.

U.S. Forest Service, 1995, Mendocino National Forest land and resource management plan—Colusa, Glenn, Lake, Mendocino, Tehama, and Trinity Counties, California: U.S. Forest Service, Report no. 950337.

U.S. Forest Service, 1996, Proposed revised land and resource management plan for Francis Marion National Forest, Berkeley and Charleston Counties, South Carolina: U.S. Forest Service, Report no. 960158.

U.S. Forest Service, 2000, Silver Creek integrated resource project, Emmett Ranger District, Boise National Forest, Boise and Valley Counties, Idaho: U.S. Forest Service, Report no. 000241, 264 p.

U.S. Forest Service, 2002, Sixshooter project, Emmett Ranger District, Boise National Forest, Gem County, Idaho: U.S. Forest Service, Report no. 020238, 201 p.

U.S. Forest Service, 2002, Uncompahgre National Forest Travel Plan Revision, Gunnison, Hinsdale, Mesa, Montrose, Ouray, San Juan, and San Miguel Counties, Colorado (final supplement to the final environmental impact statement of April 2000): U.S. Forest Service, Report no. 020131, 92 p.

U.S. Forest Service, 2002, Whiskey Campo Resource Management Project, Mountain Home Ranger District, Boise National Forest, Elmore County, Idaho: U.S. Forest Service, Report no. 020299, 151 p.

U.S. Forest Service, 2003, Big Bend Ridge vegetation management project and timber sale, Ashton/Island Park Ranger District, Caribou-Targhee National Forest, Freemont County, Idaho: U.S. Forest Service, Report no. 030225.

U.S. Forest Service, 2003, Cross-country travel by off-highway vehicles, Apache-Sitgreaves, Coconino, Kaibab, Prescott, and Tonto National Forests, Arizona: U.S. Forest Service, Report no. 030184, 235 p.

U.S. Forest Service, 2003, Duck Creek–Swains access management project, Cedar City Ranger District, Dixie National Forest, Iron, Garfield, and Kane Counties, Utah: U.S. Forest Service, Report no. 030343, 49 p.

U.S. Forest Service, 2004, Duck Creek fuels treatment analysis, Cedar City Ranger District, Dixie National Forest, Kane County, Utah: U.S. Forest Service, Report no. 040535, 240 p.

U.S. Forest Service, 2004, French Face ecosystem restoration, Ninemile Ranger District, Lolo National Forest, Montana: U.S. Forest Service, Report no. 040336, 184 p.

U.S. Forest Service, 2005, Dean project area, Bearlodge Ranger District, Black Hills National Forest, Crook County, Wyoming: U.S. Forest Service, Report no. 050212, 192 p.

U.S. Forest Service, 2005, Final environmental impact statement for the access designation on the Ocala National Forest, Lake, Marion, and Putnam Counties, Florida: U.S. Forest Service, Technical Report.

U.S. Forest Service, 2005, Gallatin National Forest travel management plan, Gallatin, Madison, Park, Meagher, Sweetgrass, and Carbon Counties, Montana: U.S. Forest Service, Report no. 050231.

U.S. Forest Service, 2005, Rocky Mountain Ranger District travel management plan, Rocky Mountain Ranger District, Lewis and Clark National Forest, Glacier, Pondera, Teton, and Lewis and Clark Counties, Montana: U.S. Forest Service, Report no. 050236, 386 p.

U.S. Forest Service, 2005, Woodrock project, Tongue Ranger District, Bighorn National Forest, Sheridan County, Wyoming: U.S. Forest Service, Report no. 050112, 201 p.

U.S. Forest Service, 2006, Hoosier National Forest land and resource management plan—Final environmental impact statement: U.S. Forest Service, Technical Report.

U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service, 1997, George Washington National Forest land and resource management plan, Virginia and West Virginia (final supplement to the final environmental impact statement of January 1993): U.S. Forest Service, U.S. Bureau of Land Management, and U.S. Fish and Wildlife Service, Report no. 970046.

U.S. National Park Service, 1998, Redwood National and State Parks general management plan, Del Norte and Humboldt Counties, California: U.S. National Park Service, Report no. 980290, 474 p.

U.S. National Park Service, 1999, Big Cypress National Preserve, recreational off-road vehicle management plan—Collier, Miami-Dade, and Monroe Counties, Florida (draft supplement to the environmental impact statement of October 1991): U.S. National Park Service, Report no. 990285, 171 p.

U.S. National Park Service, 2000, Recreational off-road vehicle management plan, Big Cypress National Preserve—Collier, Miami-Dade, and Monroe Counties, Florida (final supplement to the final environmental impact statement of October 1991): U.S. National Park Service, Report no. 000275, 619 p.

Vancini, F.W., 1989, Policy and management considerations for off-road vehicles—Environmental and social impacts: Ithaca, New York, Cornell University, 19 p.

Watson, A., Asp, C., Walsh, J. and Kulla, A., 1997, The contribution of research to managing conflict among national forest users: Trends, v. 34, no. 3, p. 29–35.

Webb, R.H., and Wilshire, H.G., 1983, Environmental effects of off-road vehicles—Impacts and management in arid regions: New York, Springer-Verlag, 534 p.

Weeden, R., 1976, On consumptive users—A myth: Alaska Conservation Review, v. 17, no. 3, p. 15.

Wilshire, H.G., Nakata, J.K., Shipley, Susan, and Prestegaard, Karen, 1978, Impacts of vehicles on natural terrain at seven sites in the San Francisco Bay area: Environmental Geology, v. 2, no. 5, p. 295–319.

Wilshire, H.G., Shipley, Susan, and Nakata, J.K., 1978, Impacts of off-road vehicles on vegetation: Transactions of the North American Wildlife and Natural Resources Conference, v. 43, p. 131–139.

Wolcott, T.G., and Wolcott, D.L., 1984, Impact of off-road vehicles on macroinvertebrates of a mid-Atlantic beach: Biological Conservation, v. 29, no. 3, p. 217–240.

# Appendix 2. Search Methods and Results of Off-Highway Vehicle Effects Literature and Internet Resources

## 2.1 Methods

### 2.1.1 Literature Search

From May 10–26, 2006, a comprehensive literature search was conducted to encapsulate the current knowledge on effects of off-highway vehicle (OHV) activities as it pertains to natural resource attributes addressed by the Bureau of Land Management's (BLM) land health standards (U.S. Bureau of Land Management, 2001; Pellant and others, 2005). The search was conducted through 33 electronic literature databases available at Colorado State University's (CSU) library (table 2.1) and search engines available on the Internet. The databases searched encompassed all major, and some minor, sources of relevant literature, including professional, peer-reviewed journal papers and technical reports/articles published in magazines representing the industrial sector and non-governmental conservation organizations.

Search terms used included "OHV," "off-highway vehicle," "ORV," or "off-road vehicle" combined with terms representing the BLM's land health standards, including soil health and watershed condition, nutrient cycling, wildlife health and habitat quality for native plants and animals (especially for species of special status), water quality, and air quality (table 2.1). In addition, searches were conducted on the socioeconomics of OHV use. Within each database searched, all search terms were applied to the 26 topic areas (see footnote 1 associated with table 2.1) listed in CSU's library database subject list. Relevant citations also were gleaned from highly relevant reports and journal articles. All relevant citations identified were grouped by land-health categories to build extensive bibliographies for each land-health category. If a given citation was relevant to more than one land-health category, it was listed in each of the related bibliographies.

### 2.1.2 Internet Search

Specific goals of the Internet search were to (1) identify websites and other Internet resources provided by the BLM and U.S. Forest Service (FS) regions 2 (time constraints limited this search to Colorado), 3, and 4; (2) classify OHV-related Internet websites by focus/intent and resource type; and (3) report on highly relevant websites. Two primary products were subsequently developed: (1) a thesaurus (table 2.2) of search topics and terms related to OHV effects, and (2) a list of significant BLM and FS resources and corresponding Internet websites. The thesaurus was developed to identify Internet-based resources regarding OHVs and the types of OHV effects. All possible combinations of search terms were used, but any one search string depended on the search engine used. Although *FirstGov* is a good search engine for finding government publications and reports, it limits search results to 100. In contrast, *Google* returns up to 1000 results, and its filter may be used to constrain searches to a specific type of website (for example, ".gov"); however, *Google* is unable to employ multiple exclusion criteria to exclude irrelevant websites (for example, it cannot specify "NOT FS" and NOT BLM") whereas *FirstGov* does handle multiple exclusion criteria. In other words, *Google* was searched with an OHV term combined with an impact term while limiting any one search to "BLM," "EPA" (U.S. Environmental Protection Agency), "FS" (U.S. Forest Service), "NPS" (U.S. National Park Service), or "USGS" (U.S. Geological Survey) sites. Then *FirstGov* was searched with the same

**Table 2.1.** Search terms used and publication years included when using search engines and 33 electronic literature databases at Colorado State University's library to assemble an extensive bibliography of literature on effects of off-highway vehicles.

| Database searched (for publications years)[1] | Search term | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Air quality | Benefits | Domestic livestock grazing | Erosion | Noise | Soil impacts | Travel and transportation management | Visual impacts | Vegetation impacts | Water quality | Wildlife impacts |
| AGRICOLA EBSCO (1970-2006) | X | | X | X | | X | | | X | X | X |
| AGRICOLA National Agricultural Library (1970-2006) | X | | X | X | | X | | | X | X | X |
| Agricultural and Environmental Biotechnology Abstracts (1993-2006) | X | | | X | X | X | X | | X | X | X |
| Agricultural Sciences (in Cambridge Scientific Abstracts) (compilation of multiple databases[2]) | X | | X | X | | X | | | X | X | X |
| Animal Behavior Abstracts (1982-2006) | | X | X | | X | | | | | | X |
| Applied Science and Technology Abstracts (1983-2006) | X | | | X | X | X | X | X | | X | |
| ASFA 1: Biological Sciences and Living Resources (1971-2006) | | | | | X | | | | X | | X |

| Database searched (for publications years)[1] | Search term | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Air quality | Benefits | Domestic livestock grazing | Erosion | Noise | Soil impacts | Travel and transportation management | Visual impacts | Vegetation impacts | Water quality | Wildlife impacts |
| ASFA 2: Ocean Technology, Policy & Non-Living Resources (1971-2006) | X | | | X | | X | X | X | | | |
| ASFA 3: Aquatic Pollution and Environmental Quality (1990-2006) | X | | | X | X | X | X | X | | X | |
| BioEngineering Abstracts (1993-2006) | | | | X | | X | X | | | | |
| Biological Abstracts (1969-2006) | | | X | | | | | | X | | X |
| Biological Sciences (1982-2006) | | | X | | | | | | X | | X |
| Biological Sciences (in Cambridge Scientific Abstracts) (compilation of multiple databases[2]) | | | X | | | | | | X | | X |
| Biology Digest (1989-2006) | | | | | | | | | X | | X |
| Biotechnology and Bioengineering Abstracts (1982-2006) | | | | X | | X | X | | | | |
| CAB Abstracts Archive (1900-1973) | | | | | | | | | | | X |
| Ecology Abstracts (1969-2006) | | X | X | | | | | | X | X | X |

| Database searched (for publications years)[1] | Search term: Air quality | Benefits | Domestic livestock grazing | Erosion | Noise | Soil impacts | Travel and transportation management | Visual impacts | Vegetation impacts | Water quality | Wildlife impacts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EIS: Digests of environmental impact statements (1985-2006) | | | | | | | X | | | | |
| Engineering Index (1884-2006) | | | | X | | X | X | | | | |
| Environmental Engineering Abstracts (1990-2006) | | | | X | | X | X | | | | |
| Environmental Sciences & Pollution Management (compilation of multiple databases[2]) | X | | | X | X | X | X | | | | |
| Forest Service database (dates not indicated) | | | X | X | | X | X | | X | X | X |
| Geobase (1980-2006) | | | | X | | X | | | | | |
| Human Population & Natural Resource Management (1995-2006) | | | X | | | | X | | | | |
| Plant Management Network (compilation of multiple databases[2]) | | | | | | | | | X | | |
| Plant Science (1994-2006) | | | | | | | | | X | | |
| Pollution Abstracts (1981-2006) | X | | | | X | | X | | | | |

| Database searched (for publications years)[1] | Search term | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Air quality | Benefits | Domestic livestock grazing | Erosion | Noise | Soil impacts | Travel and transportation management | Visual impacts | Vegetation impacts | Water quality | Wildlife impacts |
| Pollution Management & Environmental Sciences (in Cambridge Scientific Abstracts) (compilation of multiple databases[2]) | X | | | | X | | X | | | | |
| Threatened and Endangered Species System (dates not indicated) | | | | | | | | | X | X | X |
| Toxicology Abstracts (1981-2006) | X | | | | | X | | | | | |
| Water Resources Abstracts (1967-2006) | | | | | | | | | | X | |
| Wildlife & Ecology Studies Worldwide (1935-2006) | | | | | | | | | | | X |
| Zoological Record (1978-2006) | | | | | | | | | | | X |

[1]Topic areas searched in databases included biology, botany, civil engineering, construction management, earth resources, ecology, engineering, environment, environmental health, fishery, fisheries, forestry, forest science, geology, hydrology, life sciences, natural resource recreation, tourism, natural sciences, physical sciences, plant science, plant pathology, rangeland ecosystem science, soil and crop sciences, toxicology, water resources, weed science, wildlife, wildlife biology, zoology.

[2]Dates vary by database.

**Table 2.2.** Search topics and their associated search terms used in searching the Internet for publications and documents pertaining to off-highway vehicle effects and policies.

| Search topic | Search term(s) |
|---|---|
| Off-highway vehicle | OHV<br>Off-road vehicle<br>Off-road vehicles |
| Air quality | Air quality |
| Benefits | Benefits |
| Domestic livestock grazing | Domestic livestock grazing |
| Erosion | Erosion |
| Human dimension | Human dimension<br>Human dimensions |
| Noise | Noise |
| Soil impact | Soil impact<br>Soil impacts |
| Transportation management | Transportation management |
| Travel | Travel |
| Vegetation impact | Vegetation impact<br>Vegetation impacts |
| Visual impact | Visual impact<br>Visual impacts |
| Water quality | Water quality |
| Wildlife impact | Wildlife impact<br>Wildlife impacts |

terms while excluding "BLM," "EPA," "FS," "NPS," "USGS," and ".com" domains, which captured websites representing individual States, military agencies, and other non-commercial entities.

After the Internet searches were conducted, each website identified were reviewed (limited to 2 minutes per website) and assigned a relevance-class code (relevance to OHV effects and policies; table 2.3). Websites classified as H (highly relevant), R (relevant), or S (slightly relevant) were further categorized by focus area (table 2.4). All BLM and FS regions 2 (Colorado only), 3, and 4 websites were included in the results tallies; websites containing news releases, specific flora assessments, and BLM Resource Advisory Council meetings were omitted. Highly relevant websites were selected for presentation.

## 2.2 Results

### 2.2.1 Literature Resources

The literature search, and additional sources uncovered outside of the formal search, yielded approximately 700 citations, a number of which overlap in terms of their relevance to categories of land health (table 2.5).

**Table 2.3.** Relevance class codes and definitions pertaining to Internet websites found to contain information regarding off-highway vehicle effects and policies.

| Relevance class | Definition |
|---|---|
| H | Highly relevant—high-quality resources related directly to OHV impacts; generally included number of OHV trail miles and visitor days, or reasons why OHVs excluded from specific locations; includes OHV strategy/plan documents or public communication sites on OHV recreation areas |
| R | Relevant—targeted mention of OHV but not as specific or detailed as a highly relevant site |
| S | Slightly relevant—mention of OHV but with few supporting statements or details |
| U | Unrelated—no or minimal OHV content |
| Z | Unable to access, page would not load, URL has changed, page loads but is empty of content |
| ZDup | Content duplicate of previous entry |

**Table 2.4.** Focus areas and definitions of Internet websites found to contain information regarding off-highway vehicle effects and policies.

| Focus area | Definition |
|---|---|
| Administration | Information sourced from the Federal level |
| Citizen input | Site contains or informs about public comments on OHV use |
| EIS | Site contains a draft or final environmental impact statement (EIS) or environmental assessment (EA)—attempt was to keep this category to sites related to actions up through completion of a management plan although there is some overlap with the next category due to title ambiguity |
| Impact | Site focus was measurement of impact |
| Legal | Response to appeals regarding travel management plans or EIS documents |
| Manual | Site containing a handbook or manual |
| Management plan | Sites with completed management plans or actions stemming from implementation of a management plan; includes monitoring, revision of plans, assessment for roadless areas, and road analyses |
| Monitoring | Usually annual reports of monitoring activity prescribed by a management plan |
| Press | Site with information in the form of a press release or media announcement |
| Road guide | Sites intended to provide public information about OHV and recreation site use; includes descriptions, trail maps, event calendars, safety, licensing and regulation, and closure information |

**Table 2.5.** Number of relevant publications found, and publication dates included, in a literature search on effects of off-highway vehicle activity as they pertain to the U.S. Bureau of Land Management's land health standards.

| Land health category | No. citations | Years included |
| --- | --- | --- |
| Soils | 314 | 1959-2006 |
| Air quality | 104 | 1970-2006 |
| Water quality | 218 | 1959-2005 |
| Vegetation | 326 | 1962-2006 |
| Wildlife | 387 | 1970-2006 |
| Land users | 211 | 1967-2006 |

### 2.2.2 Internet Resources

The Internet search yielded nearly 30,000 State and Federal government websites, of which 8,693 were unique (a single HTML page or .pdf file); 23 percent (*n* = 1,998) were BLM websites, 55 percent (*n* = 4,817) were FS websites, and 7 percent (*n* = 568) were NPS websites (table 2.6). FS regions 2 (Colorado only), 3, and 4 together represented 12 percent of the websites. Of the 8,693 unique sites, 2,495 were visited and reviewed (29 percent) using the methods described above. All search term combinations returned at least 100 results, and some returned as many as 3,700 (table 2.6).

Of the unique websites identified, only 13% (*n* = 335) were classified as highly relevant; 15 percent were relevant, 22 percent were slightly relevant, and 50 percent were unrelated/not available (figure 2.1). Forty-seven percent of those classified as highly relevant were BLM sites, and 53 percent were FS sites. The majority of highly relevant sites (68 percent) were dedicated to environmental impact statements (EIS) or management plans (figure 2.2). Only two percent of the highly relevant sites focused on measuring or monitoring the effects of OHV activities. When all sites were considered, a slightly higher percentage of sites (approximately 5 percent) included monitoring or impact assessment (figure 2.3).

Key similarities between highly relevant BLM and FS websites (figures 2.4 and 2.5) included equal emphasis on road guides (about 12 percent of sites) and little emphasis on monitoring and impacts (0 and 1 percent for BLM, respectively; 1 and 1 percent for FS, respectively). The BLM sites had slightly greater emphasis on EISs and management plans (73 percent) than did FS sites (65 percent). Interestingly, 10 percent of the FS sites concerned legal issues—primarily appeals to decisions—whereas no material of this type was found on BLM websites. This may be due to an agency decision of what type of material is posted to the Internet or it may be a result of a difference in EIS/management plan implementation status between the two agencies. Table 2.8 presents examples of five highly ranked web sites (if available) from BLM and/or FS Region 2 for each of the focus areas.

**Table 2.6.** Search results, by topic, for all Internet websites pertaining to off-highway vehicle effects and policies (n = 22,990).

| Search topic | Results |
|---|---|
| Air quality | 3,040 |
| Benefits | 3,081 |
| Domestic livestock grazing | 373 |
| Erosion | 3,228 |
| Human dimension(s) | 241 |
| Noise | 2,650 |
| Soil impact(s) | 461 |
| Transportation management | 453 |
| Travel | 3,726 |
| Vegetation impact(s) | 155 |
| Visual impact(s) | 1,392 |

**Figure 2.1.** Breakdown of unique Internet websites (n = 2,495) classified as "highly relevant" (H), "relevant" (R), "slightly relevant" (S), and "unrelated/unavailable" (U, Z) to off-highway vehicle effects and policies.



**Figure 2.2.** Focus areas of Internet websites (n = 333) classified as highly relevant to off-highway vehicle effects and policies.

**Figure 2.3.** Focus areas for all Internet websites (n = 1,230) classified as highly relevant, relevant, and somewhat relevant to off-highway vehicle effects and policies.



**Figure 2.4.** Focus areas of U.S. Bureau of Land Management Internet websites (n = 155) classified as highly relevant, relevant to off-highway vehicle effects and policies.



**Figure 2.5.** Focus areas of U.S. Forest Service (regions 2 [Colorado only], 3, and 4 only) Internet websites (n = 176) classified as highly relevant to off-highway vehicle effects and policies.

The large percentage of highly relevant websites assigned to the EIS and management plan categories indicate that OHV impact is an important topic to both the BLM and FS. The relatively small number of agency sites that address assessment or monitoring of OHV effects suggests that assessment or monitoring of OHV effects may be important topics for future website development. EISs and management plans do not focus on providing quantitative measures for determining the suitability of OHV trails (aside from the problem of trail redundancy for a given area); a trail-management plan of "fewer but better" seemed to be the approach in most plans, although a few plans specified that areas with a high degree of slope are unsuitable for trails. Almost no plans addressed OHV-related dust or noise problems, although some addressed areas of significant erosion by moving trails.

Overall, there appear to be more FS than BLM websites dealing with OHV management and related issues, including monitoring and the legal response to approved plans. Although road management plans are being developed for many land units by both the BLM and FS, only a few of these plans include OHV travel as an aspect of road management. The BLM, however, has produced a nation-wide OHV strategy, and Montana, Wyoming, and Idaho also have prepared state OHV management strategies. In general, policy appears to be taking the form of management plan implementation (such as closing areas due to muddy conditions or fire risk rather than making specific policy statements).

**Table 2.7.** Internet websites classified as highly relevant, by focus area and source, pertaining to off-highway vehicle effects and policies.

| Focus/ source[1] | Title and URL |
|---|---|
| **Administration** | |
| BLM | BLM National Management Strategy for Motorized Off-Highway Vehicle Use *http://www.fs.fed.us/recreation/programs/ohv/blm_strategies.pdf* |
| FS-R2 | Recreation, Wilderness, and Related Resource Management WO Amendment 2300-94-3 *http://www.fs.fed.us/cdt/admin.htm* |
| **Environmental impact statement** | |
| BLM | Environmental Assessment EA No.: AZ-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 for the Arizona Association of Four-Wheel Drive Clubs 2004 4x4 Jamboree *http://www.blm.gov/ca/publish/etc/medialib/blm/az/pdfs/nepa/library/4wd.Par.7790.File.dat/ASA4WDC-Jamboree-EA.pdf* |
| BLM | Environmental Assessment: DARPA Grand Challenge *http://www.blm.gov/ca/pdfs/barstow_pdfs/darpa/chapter_3_affected_environment.pdf* |
| BLM | Final environmental impact statement for the Imperial Sand Dunes Recreation Area Management Plan and Proposed Amendment to the California Desert Conservation Plan 1980 *http://www.blm.gov/ca/pdfs/elcentro_pdfs/FinalEISandRAMP/FinalEIS.pdf* |
| BLM | Red Rock 4-Wheelers Jeep Safari and Fall Campout 5-Year Permit Renewal *http://www.blm.gov/ut/st/en/info/newsroom/2006/01/blm_renews_jeep_safari.html* |
| FS-R2 | Decision Notice and Finding of No Significant Impact for the Clear/Crazy Designated Motorized Trail System, Powder River Ranger District, Bighorn National Forest *http://www.fs.fed.us/r2/bighorn/projects/projectfiles/clearcrazy/clear_crazy_fonsi_032005.pdf* |
| FS-R2 | Scoping Document for the Hunt Mountain Travel Management Plan, Medicine Wheel/Paintrock Ranger District, Bighorn National Forest *http://www.fs.fed.us/r2/bighorn/projects/projectfiles/hunt_mtn_carea/scoping_carea.pdf* |
| FS-R3 | Munds Park Roads and Trails Project: Environmental Assessment *http://www.fs.fed.us/r3/coconino/nepa/2004/munds-drft-ea-final-9_24_04.pdf* |

| Focus/ source[1] | Title and URL |
|---|---|
| **Impact** | |
| BLM | Air Quality Baseline and Analysis Report, Price Field Office, Price, Utah *http://www.blm.gov/utah/price/pricermp/documents/Baseline_and_Analysis_Report.pdf* |
| FS-R2 | Anthropogenic Influences Used in Conducting Multiple Scale Aquatic, Riparian, and Wetland Ecological Assessments for the USDA Forest Service – Rocky Mountain Region, Report 2 *http://www.fs.fed.us/r2/projects/scp/arw/protocols/anthropogenicinfluencesusedinconductingmultiplescale.pdf* |
| Wildlands | Resource website that provides publications on PHV effects, restoration, enforcement, policy, and other related issues and materials *http://www.wildlandscpr.org/resources* |
| **Legal** | |
| FS-R2 | Recommendation Memorandum for Uncompagre Travel Management Plan, July 13, 2000 *http://www.fs.fed.us/r2/projects/nepa/appeal-decisions/2000/gmug/uncompahgre_travel_39.htm* |
| FS-R2 | Recommendation Memorandum for Gunnison Interim Travel Restrictions, July 13, 2001 *http://www.fs.fed.us/r2/projects/nepa/appeal-decisions/2001/gmug/gunntrvl_16.htm* |
| FS-R2 | Recommendation Memorandum for Uncompahgre Travel Management Plan, June 18, 2002 *http://www.fs.fed.us/r2/projects/nepa/appeal-decisions/2002/gmug/tvl_mgmt_23.htm* |
| FS-R2 | Recommendation Memorandum for Uncompahgre Travel Management Plan, June 19, 2002 *http://www.fs.fed.us/r2/projects/nepa/appeal-decisions/2002/gmug/tvl_mgmt_24.htm* |
| FS-R2 | Recommendation Memorandum for Radial Mountain Travel Management Environmental Assessment, Sept. 13, 2001 *http://www.fs.fed.us/r2/projects/nepa/appeal-decisions/2001/mbr/radial_mtn_25.htm* |
| **Manual** | |
| BLM | Western Oregon Plan Revisions: Proposed Planning Criteria and State Director Guidance *http://www.blm.gov/or/plans/wopr/files/PlanningCriteriaDocument.pdf* |
| BLM | Interpreting Indicators of Rangeland Health *http://www.blm.gov/nstc/library/pdf/1734-6rev05.pdf* |
| BLM | Biological Soil Crusts: Ecology and Management *http://www.blm.gov/nstc/library/pdf/CrustManual.pdf* |
| **Management plan** | |
| FS-R2 | U.S. Forest Service, Travel Management: New Rule *http://www.fs.fed.us/r2/recreation/travel_mgmt/* |

| Focus/ source[1] | Title and URL |
|---|---|
| FS-R2 | Decision Notice & Finding of No Significant Impact, Grand Mesa Travel Management, December 1, 2003, Delta And Mesa Counties, Colorado *http://www.fs.fed.us/r2/gmug/policy/gm_travel/fonsi_dec2003.pdf* |
| FS-R2 | Roads Analysis Report: Medicine Bow National Forest *http://www.fs.fed.us/r2/mbr/projects/roads/adobepdf/medbow/mbnf_rds_analysis_final.pdf* |
| FS-R2 | Roads Analysis Report: Routt National Forest *http://www.fs.fed.us/r2/mbr/projects/roads/adobepdf/routt/routt_rap_final.pdf* |
| FS-R2 | Travel Management Rule, Implementation Safety, Rocky Mountain Region *http://www.fs.fed.us/r2/recreation/travel_mgmt/references/Final_TravelMgmtStrategy.pdf* |
| **Monitoring** | |
| FS-R2 | Forest Plan Monitoring and Evaluation Reports, Arapaho and Roosevelt National Forests and Pawnee National Grassland *http://www.fs.fed.us/r2/arnf/projects/forest-planning/monitoring/* |
| **OHV road guide** | |
| BLM | Killpecker Sand Dunes Open Play Area, BLM Wyoming Rock Springs Field Office, Wyoming *http://www.wy.blm.gov/rsfo/rec/dunes.htm* |
| BLM | Dunes OHV Area, Farmington Field Office, New Mexico *http://www.nm.blm.gov/recreation/farmington/dunes_ohv_area.htm* |
| BLM | Lark Canyon, El Centro Field Office, California *http://www.ca.blm.gov/elcentro/larkcany.html* |
| FS-R2 | OHV, Pike & San Isabel National Forests, Cimarron & Comanche National Grasslands, South Park Ranger District, Colorado *http://www.fs.fed.us/r2/psicc/sopa/roads.shtml* |
| FS-R2 | Rampart Range Motorized Recreation Area, Pike & San Isabel National Forests, Cimarron & Comanche National Grasslands, South Platte Ranger District, Colorado *http://www.fs.fed.us/r2/psicc/spl/spl_ohv.shtml* |
| FS-R2 | OHV, Arapaho & Roosevelt National Forests, Sulphur Ranger District, Colorado *http://www.fs.fed.us/r2/arnf/recreation/ohv/srd/stillwaterpass-grandlake.shtml* |

[1] BLM = U.S. Bureau of Land Management; FS = U.S. Forest Service; R = region (Region 2 limited to Colorado)

GEOPHYSICAL RESEARCH LETTERS, VOL. 34, L12502, doi:10.1029/2007GL030284, 2007

# Impact of disturbed desert soils on duration of mountain snow cover

Thomas H. Painter,[1,2] Andrew P. Barrett,[1] Christopher C. Landry,[3] Jason C. Neff,[4] Maureen P. Cassidy,[1] Corey R. Lawrence,[4] Kathleen E. McBride,[5] and G. Lang Farmer[4]

Received 7 April 2007; revised 4 May 2007; accepted 22 May 2007; published 23 June 2007.

[1] Snow cover duration in a seasonally snow covered mountain range (San Juan Mountains, USA) was found to be shortened by 18 to 35 days during ablation through surface shortwave radiative forcing by deposition of disturbed desert dust. Frequency of dust deposition and radiative forcing doubled when the Colorado Plateau, the dust source region, experienced intense drought (8 events and 39–59 Watts per square meter in 2006) versus a year with near normal precipitation (4 events and 17–34 Watts per square meter in 2005). It is likely that the current duration of snow cover and surface radiation budget represent a dramatic change from those before the widespread soil disturbance of the western US in the late 1800s that resulted in enhanced dust emission. Moreover, the projected increases in drought intensity and frequency and associated increases in dust emission from the desert southwest US may further reduce snow cover duration.
**Citation:** Painter, T. H., A. P. Barrett, C. C. Landry, J. C. Neff, M. P. Cassidy, C. R. Lawrence, K. E. McBride, and G. L. Farmer (2007), Impact of disturbed desert soils on duration of mountain snow cover, *Geophys. Res. Lett.*, *34*, L12502, doi:10.1029/2007GL030284.

## 1. Introduction

[2] Dust is commonly found in the surface layer of late season snow and on glacier surfaces in the world's mountain ranges [*Franzén et al.*, 1994; *Schwikowski et al.*, 1995; *Wake and Mayewski*, 1994]. Dust deposition on mountain snow cover has occurred throughout much of recent history as demonstrated by annual dust layers in high elevation ice cores [*Thompson et al.*, 2000], increasing with prolonged or intense drought and land disturbance in source regions. It is well known that dust in snow enhances absorbed solar radiation and melt rates [*Conway et al.*, 1996; *Warren and Wiscombe*, 1980], but the degree to which dust influences radiative forcing and snow cover duration in a natural system is not quantified. Early studies [*de Quervain*, 1947; *Jones*, 1913] suggested from simple observations that dust may shorten snow cover duration by as much as a month. However, unlike soot, which has received much attention as a potential climate forcing in snow cover [*Hansen and Nazarenko*, 2004; *Hansen et al.*, 2005], the influence of dust on surface shortwave radiative forcing and snow cover duration in mountain regions has been relatively ignored [*Hansen and Nazarenko*, 2004]. Until now, the detailed radiation and energy balance measurements needed to partition dust's influence on radiation and snow cover duration have not been available.

[3] Snow has the highest albedo of any naturally occurring surface on Earth. However, when impurities such as dust or soot are present, snow albedo decreases (particularly in visible wavelengths) [*Conway et al.*, 1996; *Warren and Wiscombe*, 1980] (Figure 1). With enhanced absorption by dust, grain growth rates increase and further depress snow albedo. Dust has high potential to sustain shortwave radiative forcing after deposition because particles tend to accumulate near the snow surface as ablation advances [*Conway et al.*, 1996]. Deposition in mountain ranges comes primarily in the spring when frontal systems entrain dust particles from disturbed and loose soils [*Wake and Mayewski*, 1994], coinciding with solar irradiance approaching its annual maximum.

[4] Mountain snow cover is a critical resource as these high elevation mountain regions provide the majority of fresh water supply in arid and semi-arid environments to more than a billion of the Earth's population [*Bales et al.*, 2006]. The duration of snow pack in mountain regions critically controls the timing and magnitude of water supplies, power generation, agriculture timing, and forest fire regimes [*Westerling et al.*, 2006], as well as the duration over which glacial ice is exposed to absorption and enhanced ablation. Some studies already suggest that climate change has induced earlier snowmelt-fed runoff [*Mote*, 2003; *Stewart et al.*, 2005].

[5] The radiative forcing of dust in snow is considered in terms of its direct effect (absorption by dust, Figure 1a), 1st indirect effect (enhanced absorption by larger grain size due to accelerated grain growth from direct effect), and the 2nd indirect effect (enhanced absorption by darker substrate exposed earlier due to direct and 1st indirect effect) [*Hansen and Nazarenko*, 2004]. In this work, we use the term 'radiative forcing' to mean the instantaneous surface enhanced absorption due to dust through these effects. Here we perform the first coupled determination of the radiative forcing of dust in mountain snow and its impact on snow cover duration through detailed radiation measurements that isolate the effects of dust from other controls.

[6] The simulations show that radiative forcing by desert dust deposits shorten snow cover duration by order 1 month in the San Juan Mountains. That the dust originates in disturbed desert sources rather than locally suggests that this mechanism of increasing radiative forcing and shortened snow cover duration is widely active where the world's mountains receive dust from disturbed lands. Moreover,

[1]National Snow and Ice Data Center, University of Colorado, Boulder, Colorado, USA.
[2]Now at Department of Geography, University of Utah, Salt Lake City, Utah, USA.
[3]Center for Snow and Avalanche Studies, Silverton, Colorado, USA.
[4]Department of Geological Sciences, University of Colorado, Boulder, Colorado, USA.
[5]Department of Geography, Planning, and Recreation, Northern Arizona University, Flagstaff, Arizona, USA.

Copyright 2007 by the American Geophysical Union.
0094-8276/07/2007GL030284$05.00





**Figure 1.** Spectral albedo of dust-laden snow and Colorado Plateau/San Juan Mountains. (a) Spectral albedo of pure snow (modeled with same grain size as that measured in the field) and snow with concentrated dust in surface layer (0.37 mg dust per g snow water equivalent) measured with an Analytical Spectral Devices FieldSpec FR spectroradiometer. (b) Colorado Plateau in southwestern US and Senator Beck study site (SBB) indicated in San Juan Mountains of southwest Colorado.

under global warming and associated desertification, the process could threaten snowmelt-fed water resources to arid and semi-arid regions.

## 2. Site and Methods

[7] We estimate radiative effects of dust and changes in snow cover duration in the San Juan Mountains, Colorado (Figure 1b) in two dramatically different dust deposition years, 2005 (4 dust events) and 2006 (8 dust events). The San Juan Mountains cover 32,000 km$^2$ (6900 km$^2$ above tree line at ~3400 m) and have a strong continental climatic regime. Headwaters for major western US rivers including the Rio Grande and the Colorado lie in the range. According to anecdotal evidence, historical research, and recent observations presented here, the San Juan Mountains receive multiple dust deposition events annually in February through May, arriving before and during the snowmelt period (Auxiliary Material Table S1).

### 2.1. Radiative Forcing

[8] Incident and reflected broadband shortwave and near-infrared/shortwave infrared (NIR/SWIR) radiation, along with standard meteorological variables, were measured at two towers, one in the alpine zone at 3719 m and one in the subalpine zone at 3368 m of the Senator Beck Basin. From these measurements, we determine the range of potential radiative forcings due only to dust. Minimum surface radiative forcing $F_{d\min}$ (W m$^{-2}$) is calculated as

$$F_{d\min} = E_{VIS}\Delta_{VIS} \qquad (1)$$

where $E_{VIS}$ is the visible irradiance (W m$^{-2}$) determined from the difference between the broadband and NIR/SWIR irradiances, $\Delta_{VIS} = 0.92 - \alpha_{VIS}$, $\alpha_{VIS}$ is calculated visible albedo and 0.92 is the mean visible albedo for dust-event-free snow.

[9] Maximum surface radiative forcing $F_{d\max+i1}$ is calculated as

$$F_{d\max+i1} = 0.5\left(E_{VIS}\Delta_{VIS} + E_{NIR}\alpha_{NIR}\left(\frac{1}{\xi} - 1\right)\right) \qquad (2)$$

where

$$\xi = 1 - 1.689\Delta_{VIS}; \quad \Delta_{VIS} \in [0, 0.17]$$
$$\xi = 0.67; \quad \Delta_{VIS} > 0.17 \quad ,$$

$E_{NIR}$ is the NIR/SWIR net shortwave flux, and $\alpha_{NIR}$ is NIR/SWIR albedo. The latter relationship gives the proportion of the change in NIR/SWIR albedo due to presence of dust versus grain coarsening in the absence of dust (see Auxiliary Material).[1]

### 2.2. Snowmelt Modeling

[10] Snow cover duration was simulated for observed net surface shortwave fluxes ($K^*$) and for the observed net surface shortwave fluxes minus $F_{d\min}$ ($K^*_{d\min} = K^* - F_{d\min}$) and $F_{d\max+i1}$ ($K^*_{d\max+i1} = K^* - F_{d\max+i1}$), respectively, using the snow energy balance model SNOBAL [*Marks et al.*, 1998]. SNOBAL uses a two-layer snowmelt approach with an active 25 cm surface layer and the remainder of the snow pack as a second layer. Initial conditions for snow pack properties came from detailed weekly measurements in the field at each site. SNOBAL is driven with hourly averages of observed and estimated dust-free net shortwave, and

[1]Auxiliary material data sets are available at ftp://ftp.agu.org/apend/gl/2007gl030284. Other auxiliary material files are in the HTML.



Case No. 1:20-cv-02484-MSK Document 46-14 filed 04/28/21 USDC Colorado pg 124 of 184

**Figure 2.** Cumulative surface radiative forcing by dust (MJ $m^{-2}$) for subalpine and alpine. The full-length vertical lines indicate observed date of disappearance of snow whereas the shorter vertical lines indicate the modeled date of disappearance of snow in the minimum and maximum forcing cases, with differences from observed date in number of days indicated. Dashed lines show the ratios of daily mean forcing in 2006 with respect to 2005.

observed incident longwave radiation, and air temperature, relative humidity, and wind speed measured at known heights above the snow surface at the respective meteorological towers.

[11] The difference between observed and simulated snow melt out-date for the measured scenario provides a measure of the accuracy of SNOBAL. In all simulations, complete snow ablation occurred within 1 day of observed ablation except in the 2005 subalpine case (2 days), due to discrimination between rain and snow near the end of snow cover.

[12] The second indirect effect for the minimum and maximum cases is the difference between simulated net shortwave radiation for snow free conditions (post ablation) and the net shortwave radiation for snow cover for minimum and maximum forcing scenarios. We add the respective 2nd indirect effect to the minimum and maximum radiative forcings after observed melt-out to obtain total forcings.

### 2.3. Isotopic Analysis

[13] Each dust event was collected from the mountain snow pack by excavating dust layers of snow, melting the snow into HDPE collection vessels and then refreezing the sample until analysis. The samples were freeze-dried to a powder. Resulting solids were dissolved in concentrated HF and $HClO_4$. Rb and Sr were separated from the solution using SrSpec® resins, while Sm and Nd were obtained using conventional reverse phase chromatographic techniques [*Farmer et al.*, 1991]. Isotope dilution concentration and Sr and Nd isotopic determinations were obtained using a Finnigan-MAT thermal ionization mass spectrometer. $\varepsilon_{Nd}$ represents a comparison of the $^{143/144}$Nd of the measured sample to a ratio for CHUR (chrondritic uniform reservoir) where

$$\varepsilon_{Nd}(0) = \left[\left(\left({}^{143/144}\mathrm{Nd}\right)\mathrm{Sample}\left({}^{143/144}\mathrm{Nd}\right)\mathrm{CHUR}\right)/\left({}^{143/144}\mathrm{Nd}\right)\mathrm{CHUR}\right] \quad (3)$$

all at the present time (t = 0).

## 3. Results

[14] Between 2003 and 2005, three to four significant dust deposition events occurred in winter and spring of each year, whereas in 2006, eight significant deposition events occurred (Auxiliary Material Table S1). Broadband albedo ($\alpha_{BB}$) of new, dust-free snow was 0.85 ± 0.01 but declined between snow events through grain size increase when dust was not exposed (Auxiliary Material Figure S1). Once dust emerged near or at the surface, $\alpha_{BB}$ decreased more rapidly due to the additional decrease in $\alpha_{VIS}$ from its dust event-free value of 0.92 ± 0.01.Dust events led to large increases in the daily averaged absorption of incident radiation at the surface in 2005 and 2006 (Figure 2 and Auxiliary Material Figures S2–S3).

BLM_0061893

**Figure 3.** Time series of snow water equivalent scenarios with number of days difference from observed indicated: snowmelt model results for subalpine 2005 in measured case (black), dust free $K^*_{d\min}$ (thin), and dust free $K^*_{d\max+i1}$ (thick), where differences in snow cover duration are indicated for respective cases above the horizontal arrows; subalpine snowmelt in 2006; alpine snowmelt in 2005; and alpine snowmelt in 2006.

[15] During the winter/spring 2005, $\alpha_{BB}$ dropped in two periods from 0.85 (subalpine and alpine) to 0.45 (subalpine) and 0.51 (alpine), respectively, and $\alpha_{VIS}$ dropped in the same periods from 0.92 to 0.50 and 0.61, respectively, due to the accumulation of dust at the snow surface (Auxiliary Material Figure S1). In 2006, $\alpha_{BB}$ dropped quasi-monotonically from 0.85 to 0.40 and 0.46, respectively, and $\alpha_{VIS}$ dropped likewise from 0.92 to 0.45 and 0.58, respectively (Auxiliary Material Figure S1).

[16] In 2005, the radiative forcing had two periods of mean forcings of 30–50 (subalpine) and 20–40 (alpine) W m$^{-2}$ as dust layers were exposed at the surface, covered by snowfall and exposed again through melt (Auxiliary Material Figure S2). In 2006, the radiative forcing increased steadily from early April to maxima of 80 (subalpine) and 60 (alpine) W m$^{-2}$ later in ablation despite frequent but small snowfalls (Auxiliary Material Figure S3). For the period March 21 to June 21 (spring), mean daily radiative forcing in 2005 ranged from 31 to 37 W m$^{-2}$ (subalpine) and 14 to 19 W m$^{-2}$ (alpine), respectively, and in 2006 ranged from 56 to 64 W m$^{-2}$ and 36 to 42 W m$^{-2}$, respectively. Radiative forcings in the alpine are generally lower than those in the subalpine because dust concentrations were consistently lower at the wind-exposed alpine tower. However, other slopes and aspects in the alpine collect scoured dust and have higher concentrations.

[17] The combination of more frequent and heavy dust events, less post-event snowfall and thus greater exposure, and clearer skies in 2006 compared with in 2005 resulted in distinctly larger radiative forcing and shorter snow cover duration in 2006 than in 2005. Figure 2 presents the cumulative radiative forcings and the time series of the ratios of daily mean forcings for year 2006 to 2005 for both sites. The ratio generally increased at both sites lying between 1.5 and 2.5 for most of the ablation season, indicating that the net shortwave energy made available by dust for melting was approximately doubled in 2006. Ratios less than 1 result from small but non-zero dust forcing before late April 2005.

[18] SNOBAL snowmelt simulations indicate that in 2005 the subalpine melted out 22 to 32 days earlier relative to the dust free cases and the alpine snow cover melted out 23 to 33 days earlier (Figure 3). In 2006, the subalpine melted out completely 24 to 35 days earlier and the alpine melted out 18 to 27 days earlier. Far smaller peak snow water equivalents in 2006 relative to 2005 (67% in alpine, 85% in subalpine) resulted in the small differences between 2005 and 2006 with respect to snow cover duration despite

the doubling in shortwave radiative forcing. This gave less snow cover duration over which the differences in melt rates could be manifested. Therefore, the associated melt rates were greater in 2006 by up to 40%. In the period after snow cover disappears, the 2nd indirect radiative forcing from enhanced absorption was relatively constant between the two years and sites at 147 ± 8 W $m^{-2}$ in 2006.

[19] Dust is generated by several processes and can originate from a spatial range of sources. We determined provenance of deposited dust through a combination of isotopic analysis, back-trajectory analyses, and remote sensing. For dust from the snow pack, strontium isotope ratios, $^{87/86}$Sr, and a comparison of the neodymium isotope ratios with a ratio for chrondritic uniform reservoir, $\varepsilon_{Nd}(0)$, were compared with the isotopic compositions of exposed surface rocks within the Senator Beck Basin. Sr and Nd isotopic values for the deposited dust were significantly different from the surrounding surface rocks (Auxiliary Material Table S2) and therefore a local, volcanic rock origin for the dust samples taken from the snow pack was highly unlikely.

[20] Precambrian basement rocks in western North America, and sedimentary rocks derived thereof, have geographic variations in their Nd isotopic compositions that constrain the sources of dust found in the San Juan Mountains snow cover. The dust samples have Nd isotopic compositions that overlap those of Paleoproterozoic intermediate to silicic compositions rocks that comprise much of the Mazatzal Province in Arizona and New Mexico (Province 3 of *Bennett and Depaolo* [1987] which lies to the west and south of Senator Beck Basin), indicating that dust deposited in the San Juan Mountains originated in the SW US.

[21] Backtrajectory analysis of atmospheric transport and remotely sensed imagery further narrowed the likely source of the dust. The Stochastic Time-Integrated Lagrangian Transport model (STILT) [*Lin et al.*, 2003] with archived data from the Eta Data Assimilation System (EDAS) 40 km weather analysis produces ensembles of 48-hour back-trajectories from the time of dust deposition. Auxiliary Material Figure S4 shows the mean back-trajectories for the 18 dust events that we have documented since 2003. With the exception of a single event with northwesterly flow (February 22, 2003) across southeast Utah, the remaining events had southwesterly flow across northeastern Arizona and northwestern New Mexico. Clear-sky data from the Geostationary Operational Environmental Satellite 10 (GOES-10) consistently show rising dust plumes from northeastern Arizona and northwestern New Mexico close to the time of dust deposition (Auxiliary Material Figure S5, April 2–3, 2003, as example).

[22] These data are consistent with the combination of trajectories determined by the STILT analyses and isotopic data in showing that dust deposited in the San Juan Mountains comes primarily from the Colorado Plateau. Precipitation in the fall 2005/winter 2006 on the Colorado Plateau was the lowest on record and contributed to the doubling of the number of deposition events over those in 2003–2005. We conclude then that snow cover duration across the San Juan Mountains is reduced by 18–35 days due to the deposition of dust from the disturbed deserts of the Colorado Plateau and not from sources local to the mountain basins.

## 4. Discussion

[23] Expansion and intensification of grazing, recreational use and agriculture over the past ~140 years has increased the dust emission from the Colorado Plateau and other desert regions of the western US [*Belnap and Gillette*, 1997; *Neff et al.*, 2005; *Reynolds et al.*, 2001]. Therefore it is likely that the above changes in snow cover duration and surface radiative forcing increased significantly with human activity in the late-1800s, as desert surface crusts were disturbed and dust was more freely emitted to the Rocky Mountains and other mountain ranges of the western US that are downwind of disturbed soils. Analyses similar to those performed for the San Juan Mountains and an analysis of time series of dust deposition from mountain lake sediments across the western US will provide a clearer understanding of the spatial and temporal extent of this shortening of snow cover duration.

[24] The phenomenon of increasing dust emission exists beyond the western US and is global in nature with the potential to continue to perturb resource-critical mountain snowmelt systems. Dust emission frequency in China from the Taklimakan and Gobi deserts (proximal to the Tien Shan and Altai ranges) has increased from one event in ~35 years for the period AD85-1949 to annual since 1990 [*Liu and Diamond*, 2005]. A four-fold increase in dust deposition over the previous two centuries was found in the Dasuopu glacier ice core at elevation 7200 m in Tibet [*Thompson et al.*, 2000], with the continuum increase attributed to increased land usage whereas the interannual variability attributed to interannual changes in precipitation. The drying of the Aral Sea has affected enormous increases in dust emission that frequently deposits in the Tien Shan, Pamir, Himalaya, and Altai Mountains [*Waltham and Sholji*, 2001]. Dust deposition to the Antarctic Peninsula has doubled in the 20th Century due to the coupled effects of changing climate and land degradation [*McConnell et al.*, 2007].

[25] Under global warming, increased drought is projected for the southwest US, Middle East, and the expanding Sahel [*Cook et al.*, 2004; *Hansen et al.*, 2005; *Intergovernmental Panel on Climate Change*, 2007]. All of these deserts are known dust sources for winter and spring deposition to mountain snow cover in the Rocky Mountains (this work), Central Asia (Pamir Mountains, Hindu Kush, Karakoram) [*Wake and Mayewski*, 1994], and the Alps [*Franzén et al.*, 1994; *Schwikowski et al.*, 1995], respectively. Future drying in desert regions [*Cook et al.*, 2004; *Hansen et al.*, 2005] and projected expansion and intensification of use of arid and semi-arid lands [*Asner et al.*, 2004] could cause regional dust emission to increase in frequency and magnitude. Therefore, earlier snowmelt and its effects on mountain water resources and glacial extent is a likely scenario in many of the world's mountain ranges under enhanced dust deposition.

[26] **Acknowledgments.** This research was funded by the National Science Foundation Atmospheric Sciences grants ATM-0432327 and ATM-0431955 and support to JCN from the A.W. Mellon Foundation. Many thanks to Adam Winstral (USDA) for the SNOBAL modeling runs and Max Bleiweiss (New Mexico State University) for use of the GOES-10

BLM_0061895

Case No. 1:20-cv-02484-MSK Document 46-14 filed 04/28/21 USDC Colorado pg 127 of 184

data. We thank Michael Barton, Jon Carrasco, Jeffrey Deems, Koren Nydick, Tania Painter, and Richard Painter for their hard work.

## References

Asner, G. P., et al. (2004), Grazing systems, ecosystem responses, and global change, *Annu. Rev. Environ. Resour.*, *29*, 261–299.

Bales, R. C., N. P. Molotch, T. H. Painter, M. D. Dettinger, R. Rice, and J. Dozier (2006), Mountain hydrology of the western United States, *Water Resour. Res.*, *42*, W08432, doi:10.1029/2005WR004387.

Belnap, J., and D. A. Gillette (1997), Disturbance of biological soil crusts: Impacts on potential wind erodibility of sandy desert soils in southeastern Utah, *Land Degrad. Dev.*, *8*, 355–362.

Bennett, V. C., and D. J. Depaolo (1987), Proterozoic crustal history of the western United States as determined by neodymium isotopic mapping, *Geol. Soc. Am. Bull.*, *99*, 674–685.

Conway, H., et al. (1996), Albedo of dirty snow during conditions of melt, *Water Resour. Res.*, *32*, 1713–1718.

Cook, E. R., et al. (2004), Long-term aridity changes in the western United States, *Science*, *306*, 1015–1018.

de Quervain, M. (1947), Der Staubfall vom 29 Marz 1947 und seine Beziehung sum Abbau der Schneedecke, *Verh. Schweiz. Naturforsch. Ges.*, *127*, 69–71.

Farmer, G. L., et al. (1991), Nd, Sr, and O isotopic variations in metaluminous ash-flow tuffs and related volcanic rocks at the Timber Mountain/Oasis Valley Caldera, Complex, SW Nevada: Implications for the origin and evolution of large-volume silicic magma bodies, *Contrib. Mineral. Petrol.*, *109*, 53–68.

Franzén, L. G., et al. (1994), Yellow snow over the Alps and subarctic from dust storm in Africa, March 1991, *Ambio*, *23*, 233–235.

Hansen, J., and L. Nazarenko (2004), Soot climate forcing via snow and ice albedos, *Proc. Natl. Acad. Sci. U. S. A.*, *101*, 423–428.

Hansen, J., et al. (2005), Efficacy of climate forcings, *J. Geophys. Res.*, *110*, D18104, doi:10.1029/2005JD005776.

Intergovernmental Panel on Climate Change (2007), *Climate Change 2007: The Scientific Basis: Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, Cambridge Univ. Press, U. K., in press.

Jones, H. A. (1913), Effect of dust on the melting of snow, *Mon. Weather Rev.*, *41*, 599.

Liu, J., and J. Diamond (2005), China's environment in a globalizing world, *Nature*, *435*, 1179–1186.

Lin, J. C., C. Gerbig, S. C. Wofsy, A. E. Andrews, B. C. Daube, K. J. Davis, and C. A. Grainger (2003), A near-field tool for simulating the upstream influence of atmospheric observations: The Stochastic Time-Inverted Lagrangian Transport (STILT) model, *J. Geophys. Res.*, *108*(D16), 4493, doi:10.1029/2002JD003161.

Marks, D. (1998), The sensitivity of snowmelt processes to climate conditions and forest cover during rain-on-snow: A case study of the 1996 Pacific Northwest flood, *Hydrol. Processes*, *12*, 1569–1587.

McConnell, J. R., et al. (2007), 20th-Century doubling in dust archived in an Antarctic Peninsula ice core parallels climate change and desertification in South America, *Proc. Natl. Acad. Sci. U. S. A.*, *104*, 5743–5748.

Mote, P. W. (2003), Trends in snow water equivalent in the Pacific Northwest and their climatic causes, *Geophys. Res. Lett.*, *30*(12), 1601, doi:10.1029/2003GL017258.

Neff, J., et al. (2005), Multi-decadal impacts of grazing on soil physical and biogeochemical properties in Southeast Utah, *Ecol. Appl.*, *15*, 87–95.

Reynolds, R., et al. (2001), Aeolian dust in Colorado Plateau soils: Nutrient inputs and recent change in source, *Proc. Natl. Acad. Sci. U. S. A.*, *98*, 7123–7127.

Schwikowski, M., et al. (1995), A study of an outstanding saharan dust event at the high-alpine site Jungfraujochm, Switerland, *Atmos. Environ.*, *29*, 1829–1842.

Stewart, I. T., et al. (2005), Changes toward earlier streamflow timing across western North America, *J. Clim.*, *18*, 1136–1155.

Thompson, L. G., et al. (2000), A high-resolution millennial record o the south Asian monsoon from Himalayan ice cores, *Science*, *289*, 1916–1919.

Wake, C. P., and P. A. Mayewski (1994), Modern eolian dust deposition in central Asia, *Tellus, Ser. B*, *46*, 220–233.

Waltham, T., and I. Sholji (2001), The demise of the Aral Sea—An environmental disaster, *Geology Today*, *17*, 218–228.

Warren, S. G., and W. J. Wiscombe (1980), A model for the spectral albedo of snow. II: Snow containing atmospheric aerosols, *J. Atmos. Sci.*, *37*, 2734–2745.

Westerling, A. L., et al. (2006), Warming and earlier spring increase western U.S. forest wildfire activity, *Science*, *313*, 940–943.

A. P. Barrett and M. P. Cassidy, National Snow and Ice Data Center, University of Colorado, Boulder, CO 80309, USA.

G. L. Farmer, C. R. Lawrence, and J. C. Neff, Department of Geological Sciences, University of Colorado, Boulder, CO 80309, USA.

C. C. Landry, Center for Snow and Avalanche Studies, P.O. Box 190, Silverton, CO 81433, USA.

K. E. McBride, Department of Geography, Planning, and Recreation, Northern Arizona University, Flagstaff, AZ 86011, USA.

T. H. Painter, Department of Geography, University of Utah, Salt Lake City, UT 84112, USA. (tpainter@nsidc.org)

BLM_0061896

PNAS

# Response of Colorado River runoff to dust radiative forcing in snow

**Thomas H. Painter[a,b,1], Jeffrey S. Deems[c,d], Jayne Belnap[e], Alan F. Hamlet[f], Christopher C. Landry[g], and Bradley Udall[d]**

[a]Jet Propulsion Laboratory, California Institute of Technology, Pasadena, CA 91109; [b]Joint Institute for Regional Earth System Science and Engineering, University of California, Los Angeles, CA 90095; [c]National Snow and Ice Data Center, Boulder, CO 80309; [d]National Oceanic and Atmospheric Administration Western Water Assessment, Boulder, CO 80309; [e]United States Geological Survey, Southwest Biological Center, Moab, UT 84532; [f]University of Washington, Department of Civil and Environmental Engineering, Seattle, WA 98195; and [g]Center for Snow and Avalanche Studies, Silverton, CO 81433

Edited by Peter H. Gleick, Pacific Institute for Studies in Development, Environment, and Security, Oakland, CA, and approved August 3, 2010 (received for review November 12, 2009)

**The waters of the Colorado River serve 27 million people in seven states and two countries but are overallocated by more than 10% of the river's historical mean. Climate models project runoff losses of 7–20% from the basin in this century due to human-induced climate change. Recent work has shown however that by the late 1800s, decades prior to allocation of the river's runoff in the 1920s, a fivefold increase in dust loading from anthropogenically disturbed soils in the southwest United States was already decreasing snow albedo and shortening the duration of snow cover by several weeks. The degree to which this increase in radiative forcing by dust in snow has affected timing and magnitude of runoff from the Upper Colorado River Basin (UCRB) is unknown. Here we use the Variable Infiltration Capacity model with postdisturbance and predisturbance impacts of dust on albedo to estimate the impact on runoff from the UCRB across 1916–2003. We find that peak runoff at Lees Ferry, Arizona has occurred on average 3 wk earlier under heavier dust loading and that increases in evapotranspiration from earlier exposure of vegetation and soils decreases annual runoff by more than 1.0 billion cubic meters or ~5% of the annual average. The potential to reduce dust loading through surface stabilization in the deserts and restore more persistent snow cover, slow runoff, and increase water resources in the UCRB may represent an important mitigation opportunity to reduce system management tensions and regional impacts of climate change.**

aerosols | land use change | reflectivity | snow melt

Simulations of future runoff from the Colorado River Basin project that flow will decrease by 7–20% in response to anthropogenically driven climate change by 2050 (1–4). However, these simulations have focused on changes in temperature and precipitation without consideration of the influence of radiative forcing by changes in dust and soot in mountain snow. Desert dust is a strong forcing of earlier snowmelt in the Upper Colorado River Basin (UCRB) through its enhancement of absorption of solar radiation (5), and the present levels of dust loading are markedly greater than existed prior to the mid-1800s (6). Ensemble backtrajectories, geostationary remote sensing, and isotopic analysis show that the dust loading in the UCRB comes from the disturbed soils in the Colorado Plateau and Great Basin (5).

Dramatic growth in grazing, agriculture, and resource exploration that accompanied the expanded settlement of the western United States and the political and economic marginalization of Native Americans beginning in the mid-1800s contributed to disturbance of soil surfaces in the Colorado Plateau and Great Basin (6–10). The disturbance of fragile physical and biological crusts left these surfaces more vulnerable to wind-driven dust emission. Lake core records indicate that dust accumulation in the eastern UCRB increased sixfold by the early 20th century, followed by a relaxation to fivefold over predisturbance accumulation coincident with a reduction in numbers of grazing animals (6).

Here, "radiative forcing" refers to the enhanced absorption of solar radiation at the surface by the lowering of snow albedo through dust's direct absorption and increased grain size from accelerated snow metamorphism. Present day dust concentrations cause an average March/April/May radiative forcing in snow of 25–50 W/m$^2$ in the east central UCRB, with instantaneous radiative forcings reaching more than 400 W/m$^2$ (5). For perspective, this radiative forcing at the snow surface dwarfs the global average anthropogenic greenhouse gas forcing of ~2 W/m$^2$ but only on the snow surfaces where dust can have its impact. This additional absorbed radiation shortens the duration of snow cover by 27–35 d relative to clean snow, and drives more rapid runoff (5). However, the degree to which this modern radiative and hydrologic forcing has changed timing and magnitude of runoff from the UCRB has been unknown.

We now realize that increased dust forcing of earlier melt and the impact on runoff in the UCRB is embedded in what we have considered "normal." Stream and river runoff records in the UCRB headwaters and main stem began decades after dust deposition had already increased to peak levels and was impacting runoff. Likewise, the *Colorado River Compact* of 1922 and subsequent legal agreements, known collectively as the *Law of the River* (11, 12), have long implicitly incorporated a misunderstanding of the river's "normal conditions" because the core gauging of the river came during a period of abnormally high runoff.

Under the *Compact* and subsequent agreements, allocation of the river runoff among the Upper Basin states (9.3 bcm/y to Colorado, New Mexico, Utah, and Wyoming), the Lower Basin states (9.3 bcm/y to Arizona, California, and Nevada), and Mexico (1.9 bcm/y) is overcommitted by approximately 2.0 bcm/y relative to the historical (1916–2003) mean runoff of 18.3 bcm/y (13) and relative to the dendrochronological estimates of 17.7–18.1 bcm/y (14). The direct impacts of dust radiative forcing in snow of the UCRB are constrained to the Upper Basin where snow accumulation is greatest. However, the hydrologic impacts have socioeconomic relevance for the entire Colorado River system, due to overallocation, increases in water demand, and potential future climate impacts on availability and demand.

Radiative forcing by dust in snow shortens the snow cover duration in the UCRB by about 1 mo (5), but those results were derived from plot measurements. Here we extend the radiative forcing by dust in snow from the plot scale to the entire UCRB, using a physically based hydrology model that includes the effects of decreasing snow albedo. The extension of the process understanding to the basin scale will improve our knowledge of the

ENVIRONMENTAL SCIENCES

Author contributions: T.H.P. and J.S.D. designed research; T.H.P., J.S.D., and A.F.H. performed research; T.H.P. and J.S.D. analyzed data; and T.H.P., J.S.D., J.B., A.F.H., C.C.L., and B.U. wrote the paper.

The authors declare no conflict of interest.

This article is a PNAS Direct Submission.

[1]To whom correspondence should be addressed. E-mail: Thomas.Painter@jpl.nasa.gov.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.0913139107/-/DCSupplemental.

BLM_0061897

PNAS PNAS PNAS PNAS

regional hydrologic cycle, inform regional water and land management in the UCRB, and offer better insights as to what constitutes normal in the Colorado River Basin.

## Model

We use the Variable Infiltration Capacity (VIC) hydrologic model (15) to simulate the naturalized discharge and annual runoff from the UCRB at Lees Ferry, Arizona (Fig. 1 and Figs. S1 and S2) under postdisturbance dust loading and predisturbance dust loading but with identical meteorological inputs. VIC has been applied in numerous hydroclimate studies in the western United States (2, 16–19) and globally (20, 21). For this application, we ran VIC at 1/8° resolution at a daily time step for the period 1915–2003 (18). The model state variables were allowed to stabilize over 1915 and we analyze the outputs from 1916–2003.

We refer to the control run results from ref. 18 as after disturbance dust loading (ADL), because the snow albedo parameterizations for dry and wet snow used in this run are consistent with those that we observe under current dust loading at energy balance towers in the Senator Beck Basin Study Area (SBBSA) in the east central UCRB (5) (Fig. S3). Although the parameterization was not developed in the Colorado River Basin, its resultant albedos differ from the measurements in the SBBSA only by $-1 \pm 2\%$ for the accumulation season and by $-1 \pm 3\%$ for the melt season (Fig. S3 *B* and *C*). These differences in terms of daily clear-sky, net solar radiation are respectively $-2.0 \pm 3.9$ W/m$^2$ in mid-February and $-4.0 \pm 12.1$ W/m$^2$ in mid-May.

The experiment run represents the cleaner snow environment that existed prior to disturbance [before disturbance dust loading (BDL); i.e., prior to ~1850]. Lake sediments show low background levels of dust deposition pre-1850 (6), indicating a baseline level of emission in the desert regions prior to the five- to sixfold increase in loading. No model is available that treats the dynamic, coupled effects of dust concentrations and snow metamorphism to determine aging of snow albedo. Therefore, we developed the albedo parameterization for BDL from a fit of the linear combination of albedo measurement time series from the Morteratschgletscher, Switzerland (22) and the Storglaciären Glacier, Sweden (23), regions that currently receive less dust loading than the UCRB and have slower albedo decay (5, 22, 23). This parameterization has 2.5 (accumulation season) to 3 times (ablation season) less dust-related absorption than does the ADL parameterization (Fig. S3). Snow albedo exhibits a nonlinear response to increases in impurities and grain size (24), with the greatest albedo reductions resulting from initial changes in impurity content or grain size. Therefore, the BDL parameterization, which represents the 5 times lower dust concentration, shows less than a fivefold decrease in solar absorption. The parameterization is conservative in its approximation of the cleaner snow surface predisturbance and therefore provides a minimum estimate of the impact of dust radiative forcing on runoff.

We evaluated the appropriateness of the albedo perturbation by comparing snow cover duration changes in the San Juan Mountains as modeled by VIC and inferred from detailed radiation and energy balance modeling (5). Fig. 1 shows the mean difference per cell in date of 90% snow depletion ($\Delta SD_{90\%}$, i.e., the change in the date at which 10% of the peak snowpack remains) between BDL and ADL scenarios for 1916–2003. We use this metric to avoid the problem of comparing dates of complete snow ablation; otherwise snowfall events after the ablation of the main snowpack introduce artifacts into the analysis. In the VIC model cell that contains the SBBSA energy balance towers, the mean $\Delta SD_{90\%}$ over 1916–2003 was 21 d. By comparison, the point model comparison of observed dusty snow to hypothetical pure snow in the SBBSA predicted a $\Delta SD_{90\%}$ of 28 d (5). The residual 7 d of $\Delta SD_{90\%}$ between the point model and the full basin simulation is caused by the background levels of dust loading under BDL (6).

The $\Delta SD_{90\%}$ is greatest in areas with the greatest snow accumulation (Fig. S4), because with more snow, the period over which dust affects melt rate is greater. $\Delta SD_{90\%}$ varies inversely with vegetation cover because the canopy controls the transmission of shortwave radiation (Fig. S5). Therefore, VIC reduces irradiance at the snowpack surface as canopy density increases. The sensitivity to vegetation cover in the simulations also indicates that projected future loss of vegetation cover because of fire, prolonged drought, or bark beetle infestation may increase the impacts of current and future dust loading.

**Fig. 1.** Overview of Upper Colorado River Basin, and the Colorado Plateau and Great Basin physiographic provinces, overlain with change in date of $\Delta SD_{90\%}$ for elevations above 1,800 m. Star indicates Lees Ferry, AZ and flag indicates SBBSA.

## Results

Fig. 2*A* shows modeled hydrographs of full natural flow (effects of water management removed from observations) at Lees Ferry averaged over 1916–2003 for ADL and BDL. The ADL mean

**Fig. 2.** Differences in runoff timing and volume between ADL and BDL dust scenarios. (*A*) Mean discharge at Lees Ferry, AZ on the Colorado River for ADL and BDL scenarios across the period 1916–2003. (*B*) Time series of BDL versus ADL Δ runoff in billion cubic meters across 1916–2003. (*C*) Time series of BDL versus ADL Δ runoff in percent of ADL runoff.

peak of 0.19 bcm/d occurs on May 29, over 3 wk earlier than the BDL mean peak of 0.22 bcm/d on June 21. The ADL mean center of mass (date of half of the annual flow) occurs on May 31, whereas the BDL center of mass occurred on average 2 wk later on June 14, with a range of differences of 9–21 d over the 88-y period (Fig. 2*B*). This change in flow has rendered water management operations more vulnerable to mistakes, and reduced the late-summer flows that are crucial for Upper Basin water delivery, riparian vegetation health, and fish survival. Fig. 2*C* shows the difference in total annual runoff between BDL and ADL (Δ runoff). The mean Δ runoff across 1916–2003 was 1.0 bcm, with a range of 0.3–1.8 bcm. In terms of percent of annual runoff under ADL, Δ runoff has a mean of 4.9% with a range of 2.3–7.6% (Fig. 2*C*).

The time series of spatial distributions of monthly average Δ runoff between BDL and ADL illustrates the spatial pattern of the hydrograph shift. The change in snowmelt generation across the mountain regions occurs primarily in April–July (Fig. 3*A*). Under ADL, runoff from snowmelt increases in April and peaks in May, whereas under BDL the mountain snowpack remains relatively intact. By June, however, the ADL runoff has dropped and the runoff under BDL reaches its peak. Even in July, the higher mountains continue to produce substantial runoff under BDL compared to ADL. By August, runoff equilibrates between the scenarios with the nearly complete removal of snow cover. The largest changes in runoff timing occur in cells with the greatest snow accumulation, as a longer melt season allows for greater temporal divergence between ADL and BDL.

The time series of change in evapotranspiration (ET) shows a seasonal asymmetry not evident in the change in runoff, increasing in magnitude from March–June (Fig. 3*B*). Only in July and August do some of the higher elevations begin to see slightly greater ET under the BDL case from a brief period of greater moisture availability. ET changes at lower monthly intensities than does runoff, but with greater duration. This asymmetry in ET losses, which is not balanced by a later positive difference, results in the decrease in total annual runoff between BDL and ADL (Fig. 2*C*).

Although the change in ET is a relatively small proportion of the total annual ET flux when averaged over the entire UCRB (1.3%, a 4.2-mm increase over the ADL ET of 323.1 mm), the change in ET as a proportion of annual runoff is much more substantial (5.1%, a 4.2-mm decrease from the ADL runoff of 81.6 mm). It is important to note that the majority of UCRB runoff is generated by a relatively small fraction of the basin area (Fig. S4*A*), because these regions receive most of cool-season precipitation (Fig. S4*C*). Although changes in ET over the full upper basin are relatively small, in the primary areas of runoff generation the ET differences represent as much as 20% of their total annual ET flux (Fig. S4*B*).

Two processes contribute to the decrease in total runoff with dust radiative forcing: (*i*) Earlier warming and wetting of the snowpack enhances snow sublimation (included in ET), and (*ii*) earlier increase in potential and actual evapotranspiration when snow cover is lost earlier (Fig. 4). A minor contribution to Δ ET comes from liquid water reaching the root system before snow cover retreats, consistent with observations in montane forests (25).

Saturation vapor pressure (SVP) over ice increases with temperature most at the highest temperatures. For example, an increase in temperature from −5 °C to 0 °C increases SVP by ~50%. Therefore, the increases in snow temperature and earlier wetting of the snow surface under ADL results in greater mass loss through sublimation (included in ET) before snow-covered area (SCA) begins to decrease (Fig. 4*A*). The majority of Δ ET however comes from the increase in ET that accompanies the additional snow-free period under ADL. This greater ET comes from the dramatic increase in potential evapotranspiration when the surface changes from snow to vegetation and soil. Fig. 4*B* illustrates this tight coupling of declining SCA and increasing ET. After both scenarios have lost snow cover, moisture provided by summer rain ensures that late-summer ET is identical under both scenarios (Fig. 4 *A* and *B*); therefore, the Δ ET is driven primarily by changes in snowmelt timing. In 10 of the 88 y, the earlier retreat occurs before mean daily temperature exceeds 0 °C. In these cases, the start of the growing season is the same for both scenarios and the differences in ET, and subsequently Δ runoff, are relatively small (Fig. 2*C*).

As mentioned above, in the UCRB, summer rains represent roughly one-third of annual precipitation, by which soil moisture equilibrates in the rooting zone in both ADL and BDL scenarios during the snow-free season. In turn, ET equilibrates after both

**Fig. 3.** Simulated spatial changes in runoff and ET in the UCRB. (*A*) Spatial change in monthly average runoff (BDL–ADL) for March–August. (*B*) Spatial change in monthly average ET (BDL–ADL) for March–August. Note the difference in scales. Representation of runoff and ET in terms of depth (mm) is traditional for these studies and can be thought of as the depth of water across the entire grid cell. Each cell's volume of runoff or ET comes from multiplying this depth by the area of the cell.

ENVIRONMENTAL SCIENCES



**Fig. 4.** Relative timing of snow cover disappearance and rapid increase in ET. (*A*) Mean time series (1916–2003) of total ET and SCA for the VIC cell containing the SBBSA. (*B*) Time series of SBBSA total cell ET and SCA for ADL and BDL scenarios for an individual year (1970), showing the acute sensitivity of ET to changes in snow-covered area.

scenarios have lost snow cover and no period occurs in which ET is significantly greater under BDL than ADL that can compensate for the earlier ET losses. However, for regions where summer rainfall is considerably lower than in the UCRB, such as the Sierra Nevada of California, early snowmelt could reduce summer ET because the water would be available when potential ET is lower, and the direction of Δ runoff could be the opposite, with less runoff under cleaner conditions. At what threshold precipitation and soil moisture the ET offset might come, as well as the role of total soil depth, is left for a work of broader scope than the present result for the UCRB. Moreover, there are no measured time series in basins other than the SBBSA of radiative forcing and changes in albedo related to dust and other light-absorbing impurities that can constrain the VIC model.

The magnitude of Δ runoff increases with the magnitude of the annual runoff (Fig. S6). Greater snow water equivalent accumulation in wet years results in a longer snowmelt season, increasing $\Delta SD_{90\%}$ and thus increasing differences in ET fluxes. Though wetter years still produce higher runoff, they do not reach their full runoff potential under the influence of dust. Hence, the potential for recovery of system storage in wet years following dry periods may be reduced.

## Discussion

Although the model assumptions are relatively simple, this sensitivity study gives an initial understanding of the response of runoff timing and magnitude in the UCRB to increased radiative forcing by dust in snow and its chain of processes, constrained by detailed observations (5). If these results ultimately prove robust through modeling with more refined descriptions, a reduction of dust loading to mountain snow would then become an attractive means to prolong snow cover, reduce runoff rates, and possibly increase total runoff. Again, it is important to note that the effect on timing can be easily extrapolated to other basins globally—a darker snow surface absorbs more solar radiation and warms and melts sooner. By contrast, the direction of change in magnitude of runoff is a more complex function of timing of melt, precipitation climate, and vegetation and soil properties. In the case of the UCRB, however, these results suggest that the impact of dust radiative forcing is toward loss of runoff.

Uncertainties in the VIC modeling come from the driving datasets (air temperatures, precipitation, and wind speed), the calibration step based on modeled naturalized flows, and the static representation of vegetation cover (17, 18, 26). Moreover, the VIC model does not dynamically model the interaction between surface and atmosphere. In June and July, dynamic land–atmosphere interaction would allow the more persistent snow cover under BDL to cool the overlying atmosphere, resulting in a cooler boundary layer and lower ET in the BDL scenario. Because the lower air temperatures would further reduce snow-melt rates, reduce atmospheric PET, and increase basin runoff, the simulations of the associated change in runoff timing and magnitude are conservative.

The ADL and BDL albedo decay functions are applied uniformly across the model domain, and no attempt is made here to represent any spatial variation in dust accumulation and radiative forcing due to preferential dust emission pathways in any given year. No current field dataset or quantitative remote sensing retrieval exists that could inform this distribution, but the Colorado Dust on Snow monitoring program (http://www.snowstudies.org/codos1.html) will establish this important dataset. Planned future spaceborne instruments such as the NASA Hyperspectral Infrared Imager (27) will allow quantitative retrievals of radiative forcing by dust and other absorbing impurities in the Colorado River Basin and other critical snow- and glacier-melt hydrologic systems that are affected by dust or soot, such as the Himalaya (28), Karakoram (29), and Tien Shan (30).

The greatest uncertainty due to not treating transience in vegetation cover would come from the rates of reestablishment of mountain forests altered substantially by logging in the late 1800s (31). Further, we do not treat transience in stomatal resistance related to plant response to the observed global rise in $CO_2$ in the last 150 y. Plants tend to respond to high $CO_2$ environments by increasing their stomatal resistance, thus reducing their transpiration losses by increasing their water use efficiency. Studies have used this concept of a direct $CO_2$ effect to infer that river runoff should increase with increasing $CO_2$ (32–34), yet others suggest that leaf adaptations balance the reduced conductance to keep canopy level evapotranspiration relatively unchanged (35–37).

The stomatal resistance parameters used in the present study come from measurements made in the 1970s and 1980s (38, 39). Therefore, if the direct $CO_2$ effect indeed impacts ET across the landscape, the flux of water vapor from vegetation in the current study is appropriate for the latter half of the study period and should underestimate the flux that would have occurred in the former half.

This investigation of the response of runoff in the UCRB to radiative forcing by dust in snow has implications for the calibration of dendrochronological reconstructions of runoff in the UCRB (14, 40). The calibration period for the dendrochronological reconstructions of runoff from the UCRB are 1906–1995 (14) and 1906–2004 (40). The present study suggests that runoff during both periods may have been reduced by dust-accelerated melt. Given the bias in runoff affected by dust during the historical record, runoff inferred for the paleorecord (BDL) may require recalibration.

Industrial black carbon (BC) in the atmosphere and surface layers has been suggested as a forcing of accelerated snowmelt and ice melt with implications for global climate (41–44), regional hydrology (45), and glacier hydrology (28, 45). A recent modeling study of BC impact on hydrology in the western United States suggests that the regions impacted by BC lie proximal to urban areas and they conclude that BC's impact in the UCRB is much smaller than that of dust loading (45). Likewise, the global inventory of BC emissions shows nearly negligible BC in the UCRB (46). The UCRB does lie downwind of several coal-fired power plants in the Four Corners region of the Colorado Plateau, but measurements of BC are sparse and more frequent measurements are needed.

Validation of these results by comparison with stream records is not presently possible because we lack annual dust accumulation data across 1916–2003. Our knowledge of interannual variability of dust deposition in the SBBSA is limited to the period 2004–2010. The Interagency Monitoring of Protected Visual Environments monitoring network has sites in the UCRB that date back to 1989 with sampling every 3–4 d. Although useful for general visibility monitoring, this sampling frequency may

BLM_0061900

not adequately resolve the episodic dust deposition events to the UCRB.

Multiple lines of evidence demonstrate that disturbance of most dryland soil surfaces increases dust production both locally and regionally (7). A decline in the cover of natural soil stabilizers (including physical and biological soil crusts, rocks, and plants), caused by grazing, drought, fire, plowing, or vehicles, can increase sediment movement by up to several orders of magnitude (8, 47). Such surface disturbance also enhances the invasion of exotic annual plants that do not generally germinate in drought years and leave soils exposed to wind erosion (48).

Cessation of disturbance generally results in stabilization of soil surfaces within days to years, depending on the type of stabilizers available. Physical soil crusts can reform with intense rains, and thus can stabilize surfaces quickly. Cyanobacterial crusts can reform within a few years after disturbance (49, 50). As mentioned above, dust input into high-elevation lakes increased more than 6 times coincident with the arrival of large livestock herds and intensive agriculture in low-elevation lands of the western United States in the mid- to late-1800s (6). When livestock numbers were decreased in the region as a result of the Taylor Grazing Act in the 1930s, dust deposition into these lakes declined as well (6). Importantly, though paleoclimate records show multiple examples of regional droughts and megadroughts during A.D. 900–1300, consistent with the Medieval Warm Period (51), lake sediment analysis does not indicate increased dust accumulation during these periods, emphasizing the importance of soil disturbance to dust emission (6).

Although the present study is historical in focus, it lays the foundation for studies of impacts of future climate change on dust emission and radiative forcing in snow. Predicted future increases in temperature (52) will likely result in a decline of soil moisture and overall plant cover in the dust source regions (53), whereas expected increases in energy and mineral exploration/development and recreation would further disturb soils. Drier conditions are also expected to substantially increase fire potential, which would leave soils exposed to wind erosion. Therefore, the frequency and magnitude of wind erosion events could increase, absent a shift in storm tracks or active management for dust.

Restoration of the river flow to near BDL conditions of timing and total runoff through reduced dust radiative forcing would have substantial policy and operational ramifications. Currently, earlier and faster runoff due to dust impacts presents a substantial forecasting challenge to operational runoff models, and reduces the margin for error for water managers when balancing flood control, storage, and deliveries. We reiterate that these results are a first estimate and that further work is needed before management decisions are based on the Δ runoff results. However, the change in timing is unambiguous and has deep implications for management and climate-change mitigation.

To the Upper Basin states, a greater future impact of dust on runoff timing would likely be as disruptive as runoff losses. The snowpack represents a critical storage reservoir in the Upper Basin, which does not enjoy substantial main-stem storage capacity like the Lower Basin. At present, as allowed by the *Colorado River Compact*, the Lower Basin uses some of the Upper Basin's allocated but unused water to meet their demands. During normal periods, this surplus water has been reliably, although irregularly, released from Lake Powell and delivered to Lake Mead for use by the Lower Basin. In the future, under full Upper Basin use of the river, the potential additional runoff provided by dust mitigation represents water that would be used by the Upper Basin states under their compact entitlements.

In the Lower Basin states, the change in timing is largely mitigated by Lake Powell and Lake Mead, but the possibility of recovery of additional runoff has long-term implications. During the recent drought (2000–2009), only normal deliveries to the Lower Basin were made from Lake Powell, resulting in decreases in Lake Mead storage from nearly full (30.8 bcm) in 2000 to about 42% full (12.8 bcm) in mid-2010, an annual overdraft of almost 1.9 bcm/y (54). Our estimated loss of inflow to Lake Powell because of dust represents over half of this overdraft. Hence, restoration to BDL conditions could significantly lessen the overdraft and reduce the probability of future Lower Basin delivery shortages under the 2007 agreement (55).

Climate-change studies suggest that earlier runoff and a reduction in flow will cause management challenges including uncertainty in timing of reservoir release, large reservoir fluctuations, and regular shortages (1, 55). Even partial restoration of BDL runoff conditions would help counter potential climate-change-induced change in timing and reductions in flow with concomitant reductions in reservoir oscillations and future delivery shortages (1, 55). Unlike the challenging, international efforts to reduce global carbon emissions, mitigation of soil disturbance and stabilization of soils in dust source regions is achievable through local, regional, and national efforts, and could have a near-term impact on dust emission and thereby the runoff response of the UCRB.

**ACKNOWLEDGMENTS.** We thank J. Sparks, T. Belote, S. Munson, and D. S. Schimel for comments on the manuscript. We express special thanks to Jeff Dozier for a tough, thorough, and constructive exchange on the full range of the paper. T.H.P. was funded by National Science Foundation Grant ATM0432327 and NASA Cooperative Agreement NNG04GC52A. Part of this work was performed at the Jet Propulsion Laboratory, California Institute of Technology, under a contract with the National Aeronautics and Space Administration.

ENVIRONMENTAL SCIENCES

1. Barnett TP, Pierce DW (2009) Sustainable water deliveries from the Colorado River in a changing climate. *Proc Natl Acad Sci USA* 106:7334–7338 10.1073/pnas.0812762106.
2. Christensen NS, Lettenmaier DP (2007) A multimodel ensemble approach to assessment of climate change impacts on the hydrology and water resources of the Colorado River Basin. *Hydrol Earth Syst Sci* 11:1417–1434 10.5194/hess-11-1417-2007.
3. Nash LL, Gleick PH (1993) *The Colorado Basin and Climate Change* (US Environmental Protection Agency) Publ No 230-R-93-009.
4. McCabe GJ, Wolock DM (2007) Warming may create substantial water supply shortages in the Colorado River basin. *Geophys Res Lett* 34:L22708 10.1029/2007GL031764.
5. Painter TH, et al. (2007) Impact of disturbed desert soils on duration of mountain snow cover. *Geophys Res Lett* 34:L12502 10.1029/2007GL030284.
6. Neff JC, et al. (2008) Increasing eolian dust deposition in the western United States linked to human activity. *Nat Geosci* 1:189–195 10.1038/ngeo133.
7. Belnap J, Gillette DA (1998) Vulnerability of desert biological soil crusts to wind erosion: The influences of crust development, soil texture, and disturbance. *J Arid Environ* 39:133–142 10.1006/jare.1998.0388.
8. Belnap J, et al. (2009) Sediment losses and gains across a gradient of livestock grazing and plant invasion in a cool, semi-arid grassland, Colorado Plateau, USA. *Aeolian Res* 1:27–43 10.1016/j.aeolia.2009.03.001.
9. Neff JC, Reynolds RL, Belnap J, Lamothe P (2005) Multi-decadal impacts of grazing on soil physical and biogeochemical properties in southeast Utah. *Ecol Appl* 15:87–95 10.1890/04-0268.
10. Reynolds R, Belnap J, Reheis M, Lamothe P, Luiszer F (2001) Aeolian dust in Colorado Plateau soils: Nutrient inputs and recent change in source. *Proc Natl Acad Sci USA* 98:7123–7127 10.1073/pnas.121094298.
11. Sparks FL (2000) Synopsis of major documents and events relating to the Colorado River. *Univ Denver Water Law Rev,* 3 pp:339–356.
12. Hundley N (1975) *Water and the West: The Colorado River Compact and the Politics of Water in the American West* (Univ of California Press, Berkeley, CA), pp 1–433.
13. Bureau of Reclamation (2010) *Colorado River Basin Natural Flow and Salt Data* (US Dept of the Interior) http://www.usbr.gov/lc/region/g4000/NaturalFlow/current.html.
14. Woodhouse CA, Gray ST, Meko DM (2006) Updated streamflow reconstructions for the Upper Colorado River Basin. *Water Resour Res* 42:W05415 10.1029/2005WR004455.
15. Liang X, Lettenmaier DP, Wood EF, Burges SJ (1994) A simple hydrologically based model of land-surface water and energy fluxes for general-circulation models. *J Geophys Res* 99:14415–14428 10.1029/94JD00483.
16. Barnett TP, Adam JC, Lettenmaier DP (2005) Potential impacts of a warming climate on water availability in snow-dominated regions. *Nature* 438:303–309 10.1038/nature04141.
17. Hamlet AF, Mote PW, Clark MP, Lettenmaier DP (2005) Effects of temperature and precipitation variability on snowpack trends in the western United States. *J Climate* 18:4545–4561 10.1175/JCLI3538.1.
18. Hamlet AF , Mote PW, Clark MP, Lettenmaier DP (2007) Twentieth-century trends in runoff, evapotranspiration, and soil moisture in the western United States. *J Climate* 20:1468–1486 10.1175/JCLI4051.1.

BLM_0061901

19. Mote PW, Hamlet AF, Clark MP, Lettenmaier DP (2005) Declining mountain snowpack in western North America. *B Am Meteorol Soc* 86:39–49 10.1175/BAMS-86-1-39.
20. Nijssen B, O'Donnell GM, Lettenmaier DP, Lohmann D, Wood EF (2001) Predicting the discharge of global rivers. *J Climate* 14:3307–3323 10.1175/1520-0442(2001)014.
21. Su F, Adam JC, Trenberth KE, Lettenmaier DP (2006) Evaluation of surface water fluxes of the pan-Arctic land region with a land surface model and ERA-40 reanalysis. *J Geophys Res* 111:D05110 10.1029/2005JD006387.
22. Oerlemans J (2000) Analysis of a 3 year meteorological record from the ablation zone of Morteratschgletscher, Switzerland: Energy and mass balance. *J Glaciol* 46:571–579.
23. Hock R, Holmgren B (2005) A distributed surface energy-balance model for complex topography and its application to Storglaciären, Sweden. *J Glaciol* 51:25–36 10.3189/172756505781829566.
24. Warren SG (1982) Optical properties of snow. *Rev Geophys* 20:67–89 10.1029/RG020i001p00067.
25. Moore DJP, Hu J, Sacks WJ, Schimel DS, Monson RK (2008) Estimating transpiration and the sensitivity of carbon uptake to water availability in a subalpine forest using a simple ecosystem process model informed by measured net $CO_2$ and $H_2O$ fluxes. *Agr Forest Meteorol* 148:1467–1477 10.1016/j.agrformet.2008.04.013.
26. Maurer EP, Wood AW, Adam JC, Lettenmaier DP, Nijssen B (2002) A long-term hydrologically based dataset of land surface fluxes and states for the conterminous United States. *J Climate* 15:3237–3251 10.1175/1520-0442(2002)015<3237:ALTHBD>2.0.CO;2.
27. National Research Council (2007) *Earth Science and Applications from Space: National Imperatives for the Next Decade and Beyond* (National Academies Press, Washington, DC).
28. Ramanathan V, Carmichael G (2008) Global and regional climate changes due to black carbon. *Nat Geosci* 1:221–227 10.1038/ngeo156.
29. Wake CP, Mayewski PA, Li Z, Han J, Qin D (1994) Modern eolian dust deposition in central Asia. *Tellus B* 46:220–233 10.1034/j.1600-0889.1994.t01-2-00005.x.
30. Takeuchi N, Li ZQ (2008) Characteristics of surface dust on Ürümqi Glacier No. 1 in the Tien Shan Mountains, China. *Arct Antarct Alp Res* 40:744–750 10.1657/1523-0430(07-094)[TAKEUCHI]2.0.CO;2.
31. Schimel DS, et al. (2002) Carbon sequestration studied in western US mountains. *Eos Trans Am Geophys Un* 83:445–449.
32. Betts RA, et al. (2007) Projected increase in continental runoff due to plant responses to increasing carbon dioxide. *Nature* 448:1037–1041 10.1038/nature06045.
33. Gedney N, et al. (2006) Detection of a direct carbon dioxide effect in continental river runoff records. *Nature* 439:835–838 10.1038/nature04504.
34. Wigley TML, Jones PD (1985) Influences of precipitation changes and direct $CO_2$ effects on streamflow. *Nature* 314:149–152 10.1038/314149a0.
35. Field CB, Lobell DB, Peters HA, Chiariello NR (2007) Feedbacks of terrestrial ecosystems to climate change. *Annu Rev Env Resour* 32:1–29 10.1146/annurev.energy.32.053006.141119.
36. Bala G, et al. (2006) Biogeophysical effects of $CO_2$ fertilization on global climate. *Tellus B* 58:620–627 10.1111/j.1600-0889.2006.00210.x.
37. Miller-Rushing AJ, Primack RB, Templer PH, Rathbone S, Mukunda S (2009) Long-term relationships among atmospheric $CO_2$, stomata, and intrinsic water use efficiency in individual trees. *Am J Bot* 96:1779–1786 10.3732/ajb.0800410.
38. Sellers PJ, et al. (1994) A global 1° by 1° NDVI data set for climate studies. Part 2: The generation of global fields of terrestrial biophysical parameters from the NDVI. *Int J Remote Sens* 15:3519–3545 10.1080/01431169408954343.
39. Dorman JL, Sellers PJ (1989) A global climatology of albedo, roughness length, and stomatal resistance for atmospheric general circulation models as represented by the Simple Biosphere Model (SiB). *J Appl Meteorol* 28:833–855.
40. Meko DM, et al. (2007) Medieval drought in the upper Colorado River Basin. *Geophys Res Lett* 34:L10705 10.1029/2007GL029988.
41. Flanner MG, et al. (2009) Springtime warming and reduced snow cover from carbonaceous particles. *Atmos Chem Phys* 9:2481–2497.
42. Flanner MG, Zender CS, Randerson JT, Rasch PJ (2007) Present-day climate forcing and response from black carbon in snow. *J Geophys Res* 112:D11202 10.1029/2006JD008003.
43. Hansen J, Nazarenko L (2004) Soot climate forcing via snow and ice albedos. *Proc Natl Acad Sci USA* 101:423–428 10.1073/pnas.2237157100.
44. Hansen J, et al. (2005) Efficacy of climate forcings. *J Geophys Res* 110:D18104 10.1029/2005JD005776.
45. Qian Y, Gustafson WI, Leung LR, Ghan SJ (2009) Effects of soot-induced snow albedo change on snowpack and hydrological cycle in western United States based on weather research and forecasting chemistry and regional climate simulations. *J Geophys Res* 114:D03108 10.1029/2008JD011039.
46. Bond TC, et al. (2007) Historical emissions of black and organic carbon aerosols from energy-related combustion, 1850–2000. *Global Biogeochem Cy* 21:GB2018 10.1029/2006GB002840.
47. Field JP, et al. (2009) The ecology of dust. *Front Ecol Environ*, 8 10.1890/090050.
48. D'Antonio CM, Vitousek PM (1992) Biological invasions by exotic grasses, the grass/fire cycle, and global change. *Annu Rev Ecol Syst* 23:63–87.
49. Zaady E, Karnieli A, Shachak M (2007) Applying a field spectroscopy technique for assessing successional trends of biological soil crusts in a semi-arid environment. *J Arid Environ* 70:463–477 10.1016/j.jaridenv.2007.01.004.
50. Belnap J, Eldridge D (2003) Disturbance and recovery of biological soil crusts. *Biological Soil Crusts: Structure, Function, and Management*, ed J Belnap (Springer, Berlin), pp 363–383.
51. Cook ER, Woodhouse CA, Eakin CM, Meko DM, Stahle DW (2004) Long-term aridity changes in the western United States. *Science* 306:1015–1018 10.1126/science.1102586.
52. Christensen JH, et al. (2007) Regional climate projections. *Climate Change 2007: The Physical Science Basis Contributionof Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, eds S Solomon et al. (Cambridge Univ Press, Cambridge, UK), pp 848–940.
53. Pulwarty R, Jacobs K, Dole R (2005) The hardest working river: Drought and critical water problems in the Colorado River Basin. *Drought and Water Crises: Science, Technology, and Management*, ed D Wilhite (CRC, Boca Raton, FL), pp 249–285.
54. Upper Colorado River Commission (2008) *Sixtieth Annual Report* (Upper Colorado River Commission, Salt Lake City, UT).
55. Rajagopalan B, et al. (2009) Water supply risk on the Colorado River: Can management mitigate? *Water Resour Res* 45:W08201 10.1029/2008WR007652.

BLM_0061902



Case No. 1:20-cv-02484-MSK Document 46-14 filed 04/28/21 USDC Colorado pg 134 of 184

United States Department of Agriculture

Forest Service

**Northern Research Station**

General Technical Report NRS-80

# Assessment of Nitrogen Deposition Effects and Empirical Critical Loads of Nitrogen for Ecoregions of the United States

**L.H. Pardo, M.J. Robin-Abbott, C.T. Driscoll, editors**

BLM_0061903

## Abstract

Human activity in the last century has led to a substantial increase in nitrogen (N) emissions and deposition. This N deposition has reached a level that has caused or is likely to cause alterations to the structure and function of many ecosystems across the United States. One approach for quantifying the level of pollution that would be harmful to ecosystems is the critical loads approach. The critical load is defined as the level of a pollutant below which no detrimental ecological effect occurs over the long term according to present knowledge.

The objective of this project was to synthesize current research relating atmospheric N deposition to effects on terrestrial and aquatic ecosystems in the United States and to identify empirical critical loads for atmospheric N deposition. The receptors that we evaluated included freshwater diatoms, mycorrhizal fungi and other soil microbes, lichens, herbaceous plants, shrubs, and trees. The main responses reported fell into two categories: (1) biogeochemical, and (2) individual species, population, and community responses.

The range of critical loads for nutrient N reported for U.S. ecoregions, inland surface waters, and freshwater wetlands is 1 to 39 kg N $ha^{-1}$ $y^{-1}$. This broad range spans the range of N deposition observed over most of the country. The empirical critical loads for N tend to increase in the following sequence for different life forms: diatoms, lichens and bryophytes, mycorrhizal fungi, herbaceous plants and shrubs, trees.

The critical loads approach is an ecosystem assessment tool with great potential to simplify complex scientific information and effectively communicate with the policy community and the public. This synthesis represents the first comprehensive assessment of empirical critical loads of N for ecoregions across the United States.

## Cover Photos

Front, left to right, top: elevated nitrogen inputs to a prairie grassland in Minnesota (control) resulted in a decrease in species richness and an increase in invasive grasses (N addition). Photos by David Tilman, University of Minnesota, used with permission.

Front, left to right, bottom: elevated nitrogen inputs to a high elevation spruce fir forest (control) in Vermont resulted in decreased growth and increased mortality (high treatment). Photos by Linda Pardo, U.S. Forest Service.

Back top: The endangered checkerspot butterfly (*Euphydryas editha bayensis*). Photo by Stuart Weiss, used with permission.

Back bottom: The threatened purple pitcher plant (*Sarracenia purpurea* L.). Photo by Lingli Liu, used with permission.

Manuscript received for publication 25 February 2010

Published by:

U.S. FOREST SERVICE
11 CAMPUS BLVD SUITE 200
NEWTOWN SQUARE PA 19073

May 2011

For additional copies:

U.S. Forest Service
Publications Distribution
359 Main Road
Delaware, OH 43015-8640
Fax: (740)368-0152
Email: nrspubs@fs.fed.us

Visit our homepage at: **http://www.nrs.fs.fed.us/**

# Assessment of Nitrogen Deposition Effects and Empirical Critical Loads of Nitrogen for Ecoregions of the United States

**Editors**

**L.H. Pardo**

**M.J. Robin-Abbott**

**C.T. Driscoll**

LINDA H. PARDO, environmental engineer, U.S. Forest Service, Northern Research Station, 705 Spear St., South Burlington, VT 05403; lpardo@fs.fed.us

MOLLY J. ROBIN-ABBOTT, research assistant, Syracuse University, located at U.S. Forest Service, Northern Research Station, 705 S. Spear St., South Burlington, VT 05403

CHARLES T. DRISCOLL, professor, Syracuse University, Department of Civil and Environmental Engineering, 151 Link Hall, Syracuse, NY 13244.

## Acknowledgments

This project was funded, in part, by the U.S. Environmental Protection Agency's Clean Air Markets Division. Initial work on this project was funded by the U.S. Forest Service Air Resource Management program. Funding was provided by the UCR Center for Conservation Biology and NSF grant DEB 04-21530. We appreciate the reviews of Suraj Ahuja, Allison Aldous, Mary Arthur, Jayne Belnap, John Blair, Tamara Blett, Matthew Brooks, Andrew Burton, William Currie, Daniela Cusack, Robert Edmonds, Heather Erickson, Ilka Feller, Benjamín Sánchez Gimeno, Rick Graw, Rick Haeuber, Cindy Huber, Randy Kolka, Steven Lindberg, Kathleen Lohse, Michelle Mack, Bill McDowell, Steve McNulty, Anne Mebane, Tom Meixner, John Melack, Kristi Morris, Bengt Nihlgård, Annika Nordin, Rock Ouimet, Michael Pace, Gareth Phoenix, Cindy Prescott, James Sickman, Jack Triepke, David Wedin, Trent Wickman, and Mark Williams. We would also like to thank Scott Collins, Robin Dennis, Amanda Elliot Lindsey, Ray Gomez, Robert Johnson, Duan Lei, and Bethany Zinni.

## CONTRIBUTING AUTHORS

EDITH B. ALLEN, professor of plant ecology, Department of Botany and Plant Sciences and Center for Conservation Biology, University of California, Riverside, CA

JILL S. BARON, research ecologist, U.S. Geological Survey, Natural Resource Ecology Laboratory, Colorado State University, Fort Collins, CO

ROLAND BOBBINK, director/ senior consultant, B-WARE Research Centre B.V., Radboud Universiteit, Nijmegen, NL

WILLIAM D. BOWMAN, professor, Department of Ecology and Evolutionary Biology and Institute of Arctic and Alpine Research, University of Colorado, Boulder, CO

CHRISTOPHER M. CLARK, AAAS science and technology policy fellow, Office of Research and Development, National Center for Environmental Assessment, Global Change Research Program, U.S. Environmental Protection Agency, Washington, D.C.

CHARLES T. DRISCOLL, professor, Syracuse University, Department of Civil and Environmental Engineering, Syracuse, NY

BRIDGET EMMETT, head of site, Centre for Ecology and Hydrology, Environment Centre Wales, Bangor, Gwynedd, UK

MARK E. FENN, research plant pathologist, U.S. Forest Service, Pacific Southwest Research Station, Forest Fire Laboratory, Riverside, CA

LINDA H. GEISER, ecologist, U.S. Forest Service, Pacific Northwest Region Air Program, Corvallis, OR

FRANK S. GILLIAM, professor, Department of Biological Sciences, Marshall University, Huntington, WV

CHRISTINE L. GOODALE, associate professor, Department of Ecology and Evolutionary Biology, Cornell University, Ithaca, NY

TARA GREAVER, ecologist, Environmental Media Assessment Group, National Center for Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

SHARON J. HALL, assistant professor, Ecology, Evolution, and Environmental Science, School of Life Sciences, Arizona State University, Tempe, AZ

ERIK LILLESKOV, research ecologist, U.S. Forest Service, Northern Research Station, Forestry Sciences Laboratory, Houghton, MI

LINGLI LIU, ORISE post-doctoral fellow, Environmental Media Assessment Group, National Center for Environmental Assessment, Office of Research and Development, U.S. Environmental Protection Agency, Research Triangle Park, NC

JASON A. LYNCH, ecologist, Clean Air Markets Division, U.S. Environmental Protection Agency, Washington, D.C.

KNUTE NADELHOFFER, professor, Department of Ecology and Evolutionary Biology, University of Michigan, Ann Arbor, MI

LINDA H. PARDO, environmental engineer, U.S. Forest Service, South Burlington, VT

STEVEN S. PERAKIS, research ecologist, U.S. Geological Survey, Forest and Rangeland Ecosystem Science Center, Corvallis, OR

MOLLY J. ROBIN-ABBOTT, research assistant, Syracuse University, located at U.S. Forest Service, South Burlington, VT

JOHN L. STODDARD, research life scientist, U.S. Environmental Protection Agency, Western Ecology Division, Corvallis, OR

KATHLEEN C. WEATHERS, senior scientist, ecosystem ecologist, Cary Institute of Ecosystem Studies, Millbrook, NY

## CONTENTS

**1 Introduction** .......... 1
L.H. Pardo, C.T. Driscoll, C.L. Goodale

**2 Ecosystem Classification** .......... 9
M.J. Robin-Abbott, L.H. Pardo

**3 Deposition** .......... 15
K.C. Weathers, J.A. Lynch

**4 Methods** .......... 25
L.H. Pardo, E.A. Lilleskov, L.H. Geiser, M.J. Robin-Abbott

**5 Tundra** .......... 37
K. Nadelhoffer, L.H. Geiser

**6 Taiga** .......... 49
L.H. Geiser, K. Nadelhoffer

**7 Northern Forest** .......... 61
L.H. Pardo, C.L. Goodale, E.A. Lilleskov, L.H. Geiser

**8 Northwestern Forested Mountains** .......... 75
W.D. Bowman, J.S. Baron, L.H. Geiser, M.E. Fenn, E.A. Lilleskov

**9 Marine West Coast Forest** .......... 89
S.S. Perakis, L.H. Geiser, E.A. Lilleskov

**10 Eastern Temperate Forest** .......... 99
F.S. Gilliam, C.L. Goodale, L.H. Pardo, L.H. Geiser, E.A. Lilleskov

**11 Great Plains** .......... 117
C.M. Clark

**12 North American Deserts** .......... 133
E.B. Allen, L.H. Geiser

**13 Mediterranean California** .......... 143
M.E. Fenn, E.B. Allen, L.H. Geiser

**14 Southern Semi-Arid Highlands** .......... 171
M.E. Fenn, E.B. Allen

**15 Temperate Sierra** .......... 175
M.E. Fenn, L.H. Geiser

**16 Tropical and Subtropical Humid Forests** .......... 181
S.J. Hall

**17 Wetlands** .......... 193
T. Greaver, L. Liu, R. Bobbink

**18 Inland Surface Water** ........ 209
J.S. Baron, C.T. Driscoll, J.L. Stoddard

**19 Synthesis** ........ 229
L.H. Pardo, L.H. Geiser, M.E. Fenn, C.T. Driscoll, C.L. Goodale, E.B. Allen, J.S. Baron, R. Bobbink, W.D. Bowman, C.M. Clark, B. Emmett, F.S. Gilliam, T. Greaver, S.J. Hall, E.A. Lilleskov, L. Liu, J.A. Lynch, K. Nadelhoffer, S.S. Perakis, M.J. Robin-Abbott, J.L. Stoddard, K.C. Weathers.

**Appendix 1 Plant Species Common and Scientific Names** ........ 285

**Appendix 2 Chemical Appendix** ........ 291

BLM_0061910

# 1 INTRODUCTION

L.H. Pardo, C.T. Driscoll, C.L. Goodale

## 1.1 Objectives

This publication provides a scientific synthesis of the current state of research and knowledge about the response of terrestrial and aquatic ecosystems to nitrogen (N) inputs (N deposition or N additions), and, where possible, identifies critical loads for atmospheric N deposition. It also targets policy makers and resource managers who are seeking a scientific basis for making decisions about the potential broad ecological impacts of air pollution, as well as the impact of specific pollution sources on particular ecosystems.

## 1.2 Background

### 1.2.1 Historical N Deposition

Human activity in the past century has led to an exponential increase in N emissions (Galloway et al. 2003). Primary sources of anthropogenic N emissions are high temperature combustion of fossil fuels (i.e., electric power plants, motor vehicles), and the production and use of fertilizers and animal manure (Galloway et al. 2003). Deposition of N has paralleled emissions (Butler et al. 2003; US EPA 2009a, 2009b) so that, in most areas, current rates of N deposition are an order of magnitude higher than pre-industrial levels (Dentener et al. 2006, Holland et al. 1999). Pre-industrial atmospheric N deposition is thought to have been 0.4 to 0.7 kg $ha^{-1}$ $y^{-1}$ (Holland et al. 1999). Contemporary N deposition levels in the United States are on average one-fifth of those observed in Europe (Holland et al. 2005). Wet N deposition reported by the National Atmospheric Deposition Program (NADP) ranges from <1 to >7 kg $ha^{-1}$ $y^{-1}$ for 2008 (NADP 2008), and dry deposition can supply large quantities of additional N, but is far more difficult to quantify (e.g., Dentener et al. 2006). Regional maximum values can be substantially higher than the wet deposition reported by NADP. In the Northeast, maximum N deposition of 30 kg $ha^{-1}$ $y^{-1}$ has been reported for high elevation sites (Miller 2000); in the Southeast, deposition was modeled as high as 31 kg N $ha^{-1}$ $y^{-1}$ (Weathers et al. 2006); and in the Pacific Southwest, where dry deposition and fog events can represent the bulk of N deposition, mean annual N deposition of 71 kg $ha^{-1}$ $y^{-1}$ was reported (Fenn et al. 2008). Nitrogen deposition has increased significantly in the last decade in some regions of the United States and is projected to increase further in certain regions of the country (Lehmann et al. 2005, Nilles and Conley 2001). Estimates of N deposition are discussed in more detail in Chapter 3.

### 1.2.2 Effects of N deposition

The increases in atmospheric N deposition after the middle of the 20th century initially raised few concerns about detrimental ecosystem impacts. Many terrestrial ecosystems are N limited. Hence, additional N inputs could have a fertilizing effect, which was perceived as beneficial for some ecosystems. Increased tree growth due to N deposition has been demonstrated in northeastern U.S. forests (Thomas et al. 2010). However, substantial debate continues over the existence and magnitude of deposition-induced growth enhancement in forests globally (DeVries et al. 2008, Magnani et al. 2007, Nadelhoffer et al. 1999, Sutton et al. 2008). Furthermore, elevated N inputs can lead to detrimental effects on ecosystems (Nihlgård 1985), including soil and surface water acidification, plant nutrient imbalances, declines in plant health, changes in species composition, increases in invasive species, increased susceptibility to secondary stresses such as freezing, drought, and insect outbreaks, as well as eutrophication of fresh and coastal waters (Galloway et al. 2003). High concentrations of ammonia ($NH_3$) can be directly toxic to plants (Krupa 2003).

Nitrogen saturation can be defined as the condition when available N exceeds plant and microbial demand. Aber et al. (1989, 1998) described four stages of N saturation in forest ecosystems (Fig. 1.1): background conditions (stage 0), an initial fertilization response (stage 1), flattened response of N mineralization but increased net nitrification (stage 2), and detrimental effects on plant health and growth and general decrease

BLM_0061911



Figure 1.1—Stages of N saturation for forest ecosystems (reprinted with permission in modified format from Aber et al. 1998).

in N retention (stage 3). When vegetation is no longer N limited, but before damage is incurred, nitrate ($NO_3^-$) immobilization will be reduced and $NO_3^-$ export is likely to increase gradually. The increase in $NO_3^-$ export may occur earlier in this progression of N saturation than initially thought (Emmett 2007). Adverse consequences on plant health and growth occur in the last stage of N saturation, resulting from some combination of insufficient allocation of plant carbon to roots and mycorrhizae and soil acidification induced by $NO_3^-$ leaching. Nutrient imbalances (e.g., elevated N:Ca or N:Mg) may also affect plant health. In addition, alterations in an ecosystem's N status may lead to increased susceptibility to secondary stresses, including freezing injury (Schaberg et al. 2002), pest outbreak, and drought (Bailey et al. 2004).

At the catchment level, N saturation is indicated by increased $NO_3^-$ leaching, especially during the growing season (Aber et al. 2003, Stoddard 1994). Stoddard (1994) described the stages of surface water response to N saturation (Fig. 1.2).

At Stage 1, seasonal losses of $NO_3^-$ occur during periods of hydrologic flushing (e.g., snowmelt); in stage 2, episodic $NO_3^-$ losses remain high, and growing season losses increase as biotic demand for N is depressed; in stage 3, the base flow $NO_3^-$ concentration becomes elevated to such an extent that seasonal patterns are no longer significant (Stoddard 1994).

Among the most significant indicators of N saturation are changes in species composition or community structure in terrestrial and aquatic ecosystems. Alterations in species composition may result from shifts in dominance of species present, for epiphytic lichens, for example (Geiser and Neitlich 2007, Jovan 2008, McCune and Geiser 2009), or increased dominance of invasive species, and may lead to significant changes in vegetation. Nitrogen deposition may affect species richness and has been implicated in dramatic declines in species richness, for example, in coastal sage scrub[1], grasslands (Stevens et al. 2004).

### 1.2.3 Critical Loads of N Deposition

A critical load is the level of input of a pollutant below which no harmful ecological effect occurs over the long

[1]Allen, E.B. Unpublished data. Professor and natural resources extension specialist, Department of Botany and Plant Sciences and Center for Conservation Biology, University of California, Riverside, CA 92521.






Figure 1.2—Stages of N saturation for surface water (reprinted with permission in modified format from Stoddard 1994, as published by the American Chemical Society).

term (UBA 2004). Critical loads have been defined for Europe (Posch et al. 1995, Posch et al. 2001) and have been used as a tool in the process of negotiating air pollution emission reductions in Europe. In the United States, critical loads have been calculated for specific regions (Dupont et al. 2005, Fenn et al. 2008, NEG ECP 2003, Williams and Tonnessen 2000), and are of interest to policy makers for assessing emission reduction programs and to resource managers as a tool to evaluate the potential impact of new pollution sources (Burns et al. 2008, Porter et al. 2005).

There are three main approaches for calculating critical loads: empirical, simple mass balance, and dynamic modeling approaches (Pardo 2010). Empirical approaches are based on observations of the response of an ecosystem or ecosystem component (e.g., foliage, lichens, soil) to a given, observed deposition level. Empirical critical loads are calculated using data obtained from a single site or multiple sites; generally, they are applied to similar sites where such data are not available.

Simple mass balance approaches are based on estimating the net loss or accumulation of N based on inputs and outputs. Simple mass balance methods are steady-state models that calculate the critical load of deposition to an ecosystem over the long term (i.e., one rotation in land managed for timber, 100+ years in wilderness). They are based on defining acceptable values for fluxes into and out of the ecosystem (soil N accumulation, N leaching, or acceptable/critical $NO_3^-$ concentration in leachate).

Dynamic models use a mass balance approach expanded by incorporating internal feedbacks, such as accumulation of N in the system. Dynamic models can predict the amount of time it takes for N deposition to damage an ecosystem, as well as the amount of time necessary for recovery. Dynamic models that capture the complexity of the N cycle are currently unavailable for broad-scale use across multiple ecosystems in the United States. This review focuses on the data available to identify empirical critical loads for ecoregions of the United States.

## 1.3 Report Organization

This document is organized by ecoregion. The ecoregions are described in detail in Chapter 2. Issues and challenges in estimating total N deposition are described in Chapter 3. The methods are described in Chapter 4 for mycorrhizal fungi, lichens, herbaceous plants and shrubs, and forest ecosystems. For other receptors or ecosystem types, the methods are described in the individual chapters. Explanation of the response parameters and details of how the critical load was set are given in each ecoregion chapter. For each ecoregion, the ranges of responses reported are presented, and estimates for critical loads are made, where possible; the critical load values are compared to values presented for similar ecosystems types outside the United States (when possible); and the steps necessary to identify or improve critical loads estimates are described.

## LITERATURE CITED

Aber, J.D.; Goodale, C.L.; Ollinger, S.V.; Smith, M.-L., Magill, A.H.; Martin, M.E.; Hallett, R.A.; Stoddard, J.L. 2003. **Is nitrogen deposition altering the nitrogen status of northeastern forests?** BioScience. 53(4): 375-389.

Aber, J.; McDowell, W.; Nadelhoffer, K.; Magill, A.; Berntson, G.; Kamakea, M.; McNulty, S.; Currie, W.; Rustad, L.; Fernandez, I. 1998. **Nitrogen saturation in temperate forest ecosystems.** BioScience. 48: 921-934.

Aber, J.D.; Nadelhoffer, K.J.; Steudler, P.; Melillo, J.M. 1989. **Nitrogen saturation in northern forest ecosystems.** BioScience. 39: 378-386.

Bailey, S.W.; Horsley, S.B.; Long, R.P.; Hallett, R.A. 2004. **Influence of edaphic factors on sugar maple nutrition and health on the Allegheny Plateau.** Soil Science Society of American Journal. 68: 243-252.

Burns, D.A.; Blett, T.; Haeuber, R.; Pardo, L.H. 2008. **Critical loads as a policy tool for protecting ecosystems from the effects of air pollutants.** Frontiers in Ecology and the Environment. 6(3): 156-159.

Butler, T.J.; Likens, G.E.; Vermeylen, F.M.; Stunder, B.J.B. 2003. **The relation between NOx emissions and precipitation $NO_3$- in the eastern USA. Atmospheric Environment.** 37: 2093-2104.

Dentener, F.; Drevet, J.; Stevenson, D.S.; Ellingsen, K.; Van Noije, T.; Schultz, M.g.; Atherton, C.; Bell, N.; Butler, T.; Eickhout, B.; Fiore, A.; Galloway, J.N.; Galy-Lacaux, C.; Kulshestha, U.C.; Lamarque, J.F.; Montanaro, V.; Muller, J.-F.; Rodriguez, J.; Sanderson, M.; Savage, N.; Szopa, S.; Sudo, K.; Wild, O.; Zeng, G. 2006. **Nitrogen and sulphur deposition on regional and global scales: a multi-model evaluation.** Global Biogeochemistry Cycles. 20: GB4003.

DeVries, W.; Solberg, S.; Dobbertin, M.; Sterba, H.; Laubhahn, D.; Reinds, G.J.; Nabuurs, G.-J.; Gundersen, P.; Sutton, M. 2008. **Ecologically implausible carbon response?** Nature. 451: E26-E28.

Dupont, J.; Clair, T.A.; Gagnon, C.; Jeffries, D.S.; Kahl, J.S.; Nelson, S.; Peckenham, J. 2005. **Estimation of critical loads of acidity for lakes in northeastern United States and eastern Canada.** Environmental Monitoring Assessment. 109: 275-292.

Emmett, B.A. 2007. **Nitrogen saturation of terrestrial ecosystems: some recent findings and their implications for our conceptual framework.** Water, Air, and Soil Pollution: Focus. 7: 99-109.

Fenn, M.E.; Baron, J.S.; Allen, E.B.; Rueth, H.M.; Nydick, K.R.; Geiser, L.; Bowman, W.D.; Sickman, J.O.; Meixner, T.; Johnson, D.W.; Neitlich, P. 2003. **Ecological effects of nitrogen deposition in the western United States.** BioScience. 53(4): 404-420.

Fenn, M.E.; Jovan, S.; Yuan, F.; Geiser, L.; Meixner, T.; Gimeno, B.S. 2008. **Empirical and simulated critical loads for nitrogen deposition in California mixed conifer forests.** Environmental Pollution. 155: 492-511.

Galloway, J.N.; Aber, J.D.; Erisman, J.W.; Seitzinger, S.P.; Howarth, R.W.; Cowling, E.B.; Cosby, B.J. 2003. **The nitrogen cascade.** BioScience. 53: 341-356.

Geiser, L.H.; Neitlich, P.N. 2007. **Air pollution and climate gradients in western Oregon and Washington indicated by epiphytic macrolichens.** Environmental Pollution. 145: 203-218.

Holland, E.A.; Braswell, B.H.; Sulzman, J.M.; Lamarque, J.-F. 2005. **Nitrogen deposition onto the United States and Western Europe: synthesis of observation and models.** Ecological Applications. 15: 38-57.

Holland, E.A.; Dentener, F.J.; Braswell, B.H.; Sulzman, J.M. 1999. **Contemporary and pre-industrial global reactive nitrogen budgets.** Biogeochemistry. 46: 7-43.

Jovan, S. 2008. **Lichen bioindication of biodiversity, air quality, and climate: baseline results from monitoring in Washington, Oregon, and California.** Gen.Tech. Rep. PNW- 737. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 115 p.

Krupa, S.V. 2003. **Effects of atmospheric ammonia ($NH_3$) on terrestrial vegetation: a review.** Environmental Pollution. 124: 179-221.

Lehmann, C.M.B.; Bowersox, V.C. ; Larson, S.M. 2005. **Spatial and temporal trends of precipitation chemistry in the United States, 1985-2002.** Environmental Pollution. 135: 347-361.

Magnani, F.; Mencuccini, M.; Borghetti, M.; Berbigier, P.; Berninger, F.; Delzon, S.; Grelle, A.; Hari, P.; Jarvis, P.G.; Kolari, P.; Kowalski, A.S.; Lankreijer, H.; Law, B.E.; Lindroth, A.; Loustau, D.; Manca, G.; Moncrieff, J.B.; Rayment, M.; Tedeschi, V.; Valentini, R.; Grace, J. 2007. **The human footprint in the carbon cycle of temperate and boreal forests.** Nature. 447: 848-850.

McCune, B.M.; Geiser, L.H. 2009. **Macrolichens of the Pacific Northwest.** 2nd Edition. Corvallis, OR: Oregon State University Press. 448 p.

Miller, E.K. 2000. **Atmospheric Deposition to Complex Landscapes: HRDM – a strategy for coupling deposition models to a high-resolution GIS.** In: Arts, R., ed. NADP 2000: Ten years after the Clean Air Act amendments: Adirondacks in the balance. Proceedings of the NADP technical meeting; 2000 October 17-20. Champaign, IL: Illinois State Water Survey: 74.

Nadelhoffer, K.J.; Emmett, B.A.; Gundersen, P.; Kjønaas, O.J.; Koopmans, C.J.; Schleppi, P.; Tietema, A.; Wright, R. 1999. **Nitrogen deposition makes a minor contribution to carbon sequestration in temperate forests.** Nature. 398: 145-148.

NADP (National Atmospheric Deposition Program). 2008. **National Atmospheric Deposition Program.** Available at http://nadp.sws.uiuc.edu/ (Accessed May 12, 2010.)

NEG ECP (New England Governors and Eastern Canadian Premiers). 2003. **Assessment of forest sensitivity to nitrogen and sulfur deposition in New England and Eastern Canada - pilot phase report.** Boston: Conference of the New England Governors and Eastern Canadian Premiers.16 p. Available at http://www.ecosystems-research.com/fmi/reports.htm (Accessed May 12, 2010).

Nihlgård, B. 1985. **The ammonium hypothesis - an additional explanation to the forest dieback in Europe.** Ambio. 14(1): 2-8.

Nilles, M.A.; Conley, B.E. 2001. **Changes in the chemistry of precipitation in the United States, 1981-1998.** Water, Air and Soil Pollution. 130: 409-414.

Pardo, L. H. 2010. **Approaches for estimating Critical Loads of N and S Deposition for Forest Ecosystems on U.S. Federal Lands.** Gen. Tech. Rep. NRS-71. Newtown Square, PA: U.S. Department of Agriculture Forest Service, Northern Research Station. 25 p.

Porter, E.; Blett, T.; Potter, D.; Huber, C. 2005. **Protecting resources on federal lands: Implications of critical loads for atmospheric deposition of nitrogen and sulfur.** BioScience. 55: 603-612.

Posch, M.; de Smet, P.A.M.; Hettelingh, J.-P.; Downing, R.J., eds. 1995. **Calculation and mapping of critical thresholds in Europe. Status Report 1995.** RIVM Rep. No. 259101004. Bilthoven, Netherlands: Coordination Center for Effects, National Institute for Public Health and the Environment. Available at http://www.rivm.nl/bibliotheek/digitaaldepot/PBL_CCE_SR95.pdf (Accessed May 12, 2010).

Posch, M.; de Smet, P.A.M.; Hettelingh, J.-P.; Downing, R.J., eds. 2001. **Modelling and mapping of critical thresholds in Europe. Status report 2001.** RIVM Rep. No. 259101010. Bilthoven, The Netherlands: Coordination Center for Effects, National Institute for Public Health and the Environment. Available at http://www.rivm.nl/bibliotheek/digitaaldepot/PBL_CCE_SR01.pdf. (Accessed May 12, 2010).

Schaberg, P.G.; DeHayes, D.H.; Hawley, G.J.; Murakami, P.F.; Strimbeck, G.R.; McNulty, S.G. 2002. **Effects of chronic N fertilization on foliar membranes, cold tolerance, and carbon storage in montane red spruce.** Canadian Journal of Forest Research. 32:1351-1359.

Stevens, C.J.; Dise, N.B.; Mountford, J.O.; Gowing, D.J. 2004. **Impact of nitrogen deposition on the species richness of grasslands.** Science. 303: 1876-1879.

Stoddard, J. 1994. **Long-term changes in watershed retention of nitrogen: its causes and aquatic consequences.** In: Baker, L.A., ed. Environmental chemistry of lakes and reservoirs. Washington, DC: American Chemical Society: 223-284.

Sutton, M.A.; Simpson, D.; Levy, P.E.; Smith, R.I.; Reis, S.; van Oijen, M.; deVries, W. 2008. **Uncertainties in the relationship between atmospheric nitrogen deposition and forest carbon sequestration.** Global Change Biology. 14: 1-7.

Thomas, R.Q.; Canham, C.D.; Weathers, K.C.; Goodale, C.L. 2010. **Increased tree carbon storage in response to nitrogen deposition in the US.** Nature Geoscience. 3: 13-17.

UBA (UmweltBundesAmt). 2004. **Manual on methodologies and criteria for modeling and mapping critical loads and levels and air pollution effects, risks, and trends.** Berlin: Federal Environmental Agency (UmweltBundesAmt). Available at http://icpmapping.org/cms/zeigeBereich/11/manual-english.html (Accessed May 12, 2010).

US EPA (U.S. Environmental Protection Agency). 2009a. **Clean air markets - data and maps.** Washington, DC: U.S. Environmental Protection Agency. Available at http://camddataandmaps.epa.gov/gdm (Accessed May 12, 2010).

US EPA (U.S. Environmental Protection Agency). 2009b. **Clean air markets - progress reports.** Washington, DC: U.S. Environmental Protection Agency. Available at http://www.epa.gov/airmarkets/progress/progress-reports.html (Accessed May 12, 2010).

Weathers, K.C.; Simkin, S.M.; Lovett, G.M.; Lindberg, S.E. 2006. **Empirical modeling of atmospheric deposition in mountainous landscapes.** Ecological Applications. 16(4): 1590-1607

Williams, M.W.; Tonnessen, K.A. 2000. **Critical loads for inorganic nitrogen deposition in the Colorado Front Range, USA.** Ecological Applications. 10(6): 1648-1665.

8

BLM_0061918

# 2 ECOSYSTEM CLASSIFICATION

M.J. Robin-Abbott and L.H. Pardo

The ecosystem classification in this report is based on the ecoregions developed through the Commission for Environmental Cooperation (CEC) for North America (CEC 1997). Only ecosystems that occur in the United States are included. CEC ecoregions are described, with slight modifications, below (CEC 1997) and shown in Figures 2.1 and 2.2. We chose this ecosystem classification system because it is easily accessible, hierarchical, and based on biological, rather than purely climatic characteristics. An ecoregion is a geographically defined area that contains distinct physical features and biological communities. The descriptions include the whole ecoregion as it occurs in North America. Descriptions in the individual chapters reflect the ecoregion as represented in the United States.

Within the ecoregions, where data are available, we present the results by subcategory (e.g., for forest, chaparral and coastal sage scrub ecosystems within the Mediterranean California ecoregion). Certain life forms that occur across many ecosystem types, such as lichens and mycorrhizal fungi, are presented within each ecosystem for which data are available, and also, in some detail, in Chapter 19. Common names for species are used throughout this report; scientific names are given at first mention in each chapter, and are also provided in Appendix 1. Wetlands and inland surface waters occur across most ecoregions in the United States and are addressed extensively in Chapters 17 and 18. Ecoregion chapters include a cursory discussion of wetlands and surface water where data are available.

## 2.1 Ecosystem Descriptions

### Tundra

This ecoregion is a mosaic of alpine meadows, foothills, mesas, low-lying coastal plains, river corridors, and deltas. A key feature is that soils are frozen in permafrost and contain large stores of organic carbon. Vegetation is characterized by dwarf shrubs that decrease in size moving north, with very low and flattened plants being most characteristic of the northern and central locales. Major river valleys support scattered clumps of stunted spruce trees. Typical shrubs include dwarf birch (*Betula nana*), willows (*Salix* spp.), and heath species commonly mixed with various herbs and lichens. Wetlands are common in the low-lying areas, mainly supporting sedge and moss covers.

### Taiga

The Taiga ecoregion contains elements of both Tundra and Northern Forests ecoregions. It is characterized by innumerable lakes, bogs, other wetlands, and northern boreal forests, interwoven with open shrublands and sedge meadows more typical of the tundra. From south to north, forests become open and form woodlands with a characteristic groundcover of lichens, which merge into areas of tundra. Along the northern edge of this ecological region the latitudinal limits of tree growth are reached and dwarf birch, Labrador tea (*Ledum* spp.), willow, bearberry (*Arctostaphylos alpina*), mosses, and sedges are dominant. Further south, the region contains open stands of stunted black spruce (*Picea mariana)* and jack pine (*Pinus banksiana)* accompanied by alder (*Alnus* spp.), willow, and tamarack (*Larix larcinia)* in the fens and bogs. Mixed wood associations of white (*Picea glauca)* and black spruce, lodgepole pine (*Pinus contorta)*, quaking aspen (*Populus tremuloides*), balsam poplar (*Populus balsamifera)*, and white birch (*Betula papyrifera*) are found on well drained and warm upland sites, as well as along rivers and streams. Along the nutrient-rich alluvial flats of the larger rivers, white spruce and balsam poplar grow to sizes comparable to the largest in the boreal forests to the south.

### Northern Forests

Over 80 percent forested, the ecoregion is dominated by conifers, largely white and black spruce, jack pine, balsam fir (*Abies balsamea*), and tamarack. Toward the south and the Canadian Maritimes provinces, there is a wider distribution of white birch, quaking aspen, balsam poplar, eastern white pine (*Pinus strobus*), red pine (*Pinus resinosa*), sugar maple (*Acer saccharum*),

BLM_0061919



Figure 2.1—Ecological Regions of North America, Level I. From the Commission for Environmental Cooperation (1997).



Figure 2.2—Ecological Regions of North America, Level II. From the Commission for Environmental Cooperation (1997).

beech (*Fagus* spp.), red spruce (*Picea rubens*), and various species of oak (*Quercus* spp.). Areas of shallow soils and exposed bedrock are common and tend to be covered with a range of plant communities, dominated by lichens, shrubs and forbs. It is underlain by ancient Canadian Shield bedrock interspersed with glacial moraine deposits, creating a hilly terrain dotted with numerous lakes. Soils derived from the bedrock are generally coarse textured and nutrient-poor. Peatlands are extensive in northern Minnesota. The climate is characterized by long, cold winters (means of -20.5 °C in the west to -1 °C in the east) and short, warm summers (means of 11 to 18 °C). Annual precipitation ranges from 400 to 1,000 mm.

**Northwestern Forested Mountains**

Vegetative cover is extremely diverse, with distinct elevational bands: alpine environments contain various herb, lichen, and shrub associations; whereas the subalpine forest has species such as lodgepole pine (*Pinus contorta*), subalpine fir (*Abies lasiocarpa*), and Engelmann spruce (*Picea engelmannii*) in interior assemblages; and Pacific silver fir (*Abies amabilis*), grand fir (*Abies grandis*), lodgepole pine, and Engelmann spruce in the west. Mid-elevation forests are characterized by ponderosa pine (*Pinus ponderosa*), Rocky Mountain Douglas-fir (*Pseudotsuga menziesii* var. *glauca*), lodgepole pine, and quaking aspen in much of the southeast and central portions; and western hemlock (*Tsuga heterophylla*), western red cedar (*Thuja plicata*), Douglas-fir (*Pseudotsuga menziesii* ) and western white pine (*Pinus monticola*) in the west and southwest. White and black spruce dominate the plateaus of the north. Shrub vegetation found in the dry southern interior includes big sagebrush (*Artemisia tridentata*), rabbit brush (*Chrysothamnus* spp.), and antelope bitterbrush (*Purshia tridentata*). Most of the natural grasslands that existed in the dry south have been replaced by agriculture.

**Marine West Coast Forests**

Variations in altitude create widely contrasting ecological zones within the region. They range from mild, humid coastal rain forest to cool boreal forests and alpine conditions at higher elevations. The maritime influence of the Pacific Ocean causes high precipitation (600 to 5000 mm), a long growing season, and moderate mean annual temperatures (5 to 9 °C). The temperate coastal forests are composed of mixtures of western red cedar, Nootka Cypress (Alaska yellow cedar; *Callitropsis nootkatensis*), western hemlock, Douglas-fir, Pacific silver fir, white spruce, Sitka spruce (*Picea sitchensis*), California redwood (*Sequoia sempervirens*), and red alder (*Alnus rubra*). Many of these trees reach very large dimensions and live to great age, forming ancient or old growth. In the drier rain-shadow areas, Oregon white oak (Garry oak; *Quercus garryana*) and Pacific madrone (*Arbutus menziesii*) occur with Douglas-fir. Sub-alpine forests are characterized by mountain hemlock (*Tsuga mertensiana*) and Pacific silver fir. Alpine tundra conditions are too severe for growth of most woody plants except in dwarf form. This zone is dominated by shrubs, herbs, mosses, and lichens.

**Eastern Temperate Forests**

The Eastern Temperate Forests form a dense forest canopy consisting mostly of tall, broadleaf, deciduous trees and needle-leaf conifers. Beech-maple (*Fagus-Acer*) and maple-basswood (*Acer-Tilia*) forest types occur widely, especially in the eastern reaches of this region; mixed oak-hickory (*Quercus-Carya*) associations are common in the Upper Midwest, changing into oak-hickory-pine (*Quercus-Carya-Pinus*) mixed forests in the south and the Appalachians. These forests have a diversity of tree, shrub, vine, and herb layers. While various species of oaks, hickories (*Carya* spp.), maples (*Acer* spp.), and pines (*Pinus* spp.) are common, other wide-ranging tree species include ashes (*Fraxinus* spp.), elms (*Ulmus* spp.), black cherry (*Prunus serotina*), yellow-poplar (*Liriodendron tulipifera*), sweet gum (*Liquidambar styraciflua*), basswood (*Tila* spp.), hackberry (*Celtis occidentalis*), persimmon (*Diospyros virginiana*), eastern red cedar (*Juniperus virginiana*), and flowering dogwood (*Cornus florida*). A key tree species, the American chestnut (*Castanea dentata*), was virtually eliminated from the Eastern Temperate Forests in the first half of the 20th century by an introduced fungus.

**Great Plains**

The Great Plains ecoregion was once covered with natural grasslands that supported rich and highly

specialized plant and animal communities. The interaction of climate, fire, and grazing influenced the development and maintenance of the Great Plains. Rainfall increases from west to east, defining different types of native prairies. Short-grass prairie occurs in the west, in the rain shadow of the Rocky Mountains, with mixed-grass prairie in the central Great Plains and tall-grass prairie in the wetter eastern region. Because of the suitability of the Great Plains for agricultural production, many native prairie vegetation types have been radically altered. The short-, mixed-, and tallgrass prairies now correspond to the western rangelands, the wheat belt, and the corn/soybean regions, respectively. Drier sites are home to prickly pear (*Opuntia* spp.), with sagebrush (*Artemisia* spp.) also abundant.

The Aspen Parkland, the northern transition zone to the boreal forest, has expanded south into former grasslands since settlement effectively stopped prairie fires. In the United States, native prairie vegetation ranges from grama grass (*Bouteloua* spp.), wheatgrass (*Agropyron* spp.), and bluestem (*Andropogon* spp.) prairie in the north to different shrub and grassland combinations (e.g., mesquite-acacia (*Prosopis-Acacia*) savanna and mesquite-Texas live oak (*Prosopis-Quercus fusiformis*) savanna) and grassland and forest combinations (e.g., juniper-oak [*Juniperus-Quercus*] savanna and mesquite-buffalo grass [*Prosopis-Buchloe dactyloides*]) in the south. There are also patches of blackland prairie, bluestem-sacahuista (*Andropogon-Nolina*) and southern cordgrass (*Spartina*) prairie in the southern United States. The eastern border of the region, stretching from central Iowa to Texas, shows patterns of grassland and forest combinations mixed with oak-hickory forest. Throughout the remainder of the Great Plains there are few native deciduous trees that occur, except in the eastern regions or in very sheltered locations along waterways or at upper elevations.

**North American Deserts**

In this ecological region of altitudinal, latitudinal, and landform diversity, there are a variety of vegetation types, but low-growing shrubs and grasses predominate. In the northern Palouse and Snake River Basin areas, grasslands and sagebrush steppes were once common. However, most of these northern grasslands have been converted to agriculture, and in some areas, the sagebrush steppe is being invaded by western juniper (*Juniperus occidentalis*) and cheatgrass (*Bromus tectorum*). The Great Basin and greater Colorado Plateau are characterized by sagebrush (*Artemisia* spp.), with saltbush (*Atriplex* spp.) and greasewood (*Sarcobatus* spp.) on more alkaline soils.

In the warmer southern deserts, creosote bush (*Larrea tridentata)* is common; the Mojave Desert also contains areas of the distinctive Joshua tree (*Yucca brevifolia*). The Sonoran Desert has greater structural diversity in its vegetation than the other North American deserts. Its paloverde (*Parkinsonia* spp.), cactus, and shrub vegetation includes various types of succulents, such as saguaro (*Cereus gigantea*), cholla (*Cylindropuntia* spp.), and agave (*Agave* spp.). The Chihuahuan Desert is characterized by smaller leaved, shorter statured vegetation such as American tarwort (*Flourensia cernua*), creosote bush, and intermixed grasses.

**Mediterranean California**

The Mediterranean California region is characterized by a mostly evergreen shrub vegetation called chaparral, plus patches of oak woodland, grassland, and coniferous forest on upper mountain slopes. The chaparral has thickened, hardened foliage resistant to water loss, and forms a cover of closely spaced shrubs 1 to 4 m tall. Common shrubs include chamise (*Adenostoma fasciculatum*), buckbrush (*Ceanothus cuneatus*), and manzanita (*Arctostaphylos* spp.). Coastal sagebrush (*Artemisia californica)*, summer-deciduous plants that tolerate more xeric, or dry, conditions than the evergreen chaparral, are found at lower elevations. About 80 percent of the presettlement coastal sage scrub in southern California has been displaced, primarily by residential development and agriculture. Several dozen threatened and endangered species occur in the coastal sage scrub community. To the north, the chaparral is less continuous, occurring in a mosaic with grassland, as well as broadleaf and coniferous forests. A blue oak-California foothills pine (*Quercus douglasii –Pinus sabiniana*) woodland community forms a ring around the Central Valley, which itself once had extensive grasslands and riparian forests. The southern oak woodland extends into the transverse and peninsular

ranges and includes California walnut (*Juglans californica*) and Engelmann oak (*Quercus englemannii*). The high elevation mixed pine forests are dominated by Jeffrey pine (*Pinus jeffreyi*) and ponderosa pine, with incense cedar (*Calocedrus decurrens*), black oak (*Quercus velutina*), white fir (*Abies concolor*), and others.

### Southern Semi-Arid Highlands

The characteristic natural vegetation, which presently is very diminished or altered, consists of grasslands and combinations of grasslands with scrublands, and woodlands and forests in the higher elevations. Certain species of grasses are dominant, particularly bluestem, threeawn (*Aristida* spp.), galleta (*Hilaria jamesii*), and muhly (*Muhlenbergia* spp.) grasses. Among the shortgrasses, blue grama (*Bouteloua gracilis*) is important in Arizona, New Mexico, and in the northern Mexican states at the foot of the Western Sierra Madre. On deep clay soils, mesquite groves are the most conspicuous plant community, and mesquite occurs with acacia in some sites, especially in Mexico. Oak and western juniper are common at the foot of the Sierras. Where the climate is warmer in Mexico, one finds subtropical scrublands with a diversity of shrub species.

### Temperate Sierras

Vegetation can be evergreen or deciduous, composed primarily of conifers and oaks. They grow from 10 to 30 m, sometimes reaching 50 m. This vegetative cover may comprise from one to three tree layers, one or two shrub layers, and an herbaceous stratum. This forest community is characterized by about 3,000 vascular plant species, 30 percent of which are endemic to Mexico. Overall most of this vegetation type occurs in Mexico, where there is a high diversity of oaks, pine and other species, and includes mountain cloud forests that do not occur in the United States.

### Tropical and Subtropical Humid Forests

This ecoregion includes tropical humid forests at the southern tip of the Florida Peninsula in the United States, as well as subtropical humid forests in coastal, low-elevation, and lower montane regions on the Hawaiian Islands and in Puerto Rico. The region spans from sea level to approximately 1,800 m of altitude. For subtropical and tropical humid forests, including those in the lower montane regions, average annual precipitation typically exceeds 1,000 mm and year round temperatures average between 16 °C and 26 °C. Evergreen and semi-deciduous forests are the most characteristic plant communities of this region, which is one of the most biodiverse zones in the world. Forest stands are typically of mixed ages with a great abundance of air plants (epiphytes), including bromeliads, ferns, and orchids. The mature tree layer may attain heights up to 30 m or more. In the tropical humid forest of the Florida peninsula, flooded marshes and swamps (both saltwater and freshwater) are widespread, with characteristic mangrove vegetation and tropical tree islands. Native subtropical humid forests in Hawaii include the common dominant trees Ohi'a lehua (*Metrosideros polymorpha)* and Koa (*Acacia koa*), as well as tree ferns and a diverse understory of epiphytes and shrubs. Puerto Rican forests on volcanic soils include Tabonuco, Colorado, and dwarf cloud forests; sclerophyllous, evergreen vegetation is found on serpentine and limestone derived soils.

## LITERATURE CITED

CEC (Commission for Environmental Cooperation). 1997. Ecological regions of North America. **Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/files/pdf/BIODIVERSITY/eco-eng_EN.pdf (Accessed May 24, 2010).

# 3 DEPOSITION

K.C. Weathers and J.A. Lynch

## 3.1 OVERVIEW

To determine the effects of air pollution on ecological systems using the critical load approach, accurate estimates of total nitrogen (N) deposition are essential. Empirical critical loads are set by relating observed ecosystem responses to N deposition (measured, experimentally manipulated, or modeled). Because many manipulation studies are done under natural conditions where the total N deposition is not known, the empirical critical load is often crudely estimated. However, making accurate measurements or models of N deposition is difficult, and such estimates are not available at the fine spatial resolution required for determining empirical critical loads.

The purposes of this chapter are threefold. First, it presents an overview of atmospheric deposition to ecosystems and provides a brief summary of the processes and challenges of measuring and estimating total (wet, dry, cloud, or fog) atmospheric deposition. Second, we present a map (Fig. 3.1) of wet plus dry deposition for the more than 3200 U.S. locations for which we report ecological responses to N deposition in subsequent chapters. Third, we compare two methods of estimating deposition at the national scale (Weathers and Lynch 2008).



Figure 3.1—Estimates of wet plus dry N deposition (including, as N, wet ammonium ($NH_4^+$) and nitrate ($NO_3^-$), and dry nitric acid ($HNO_3$), ammonia ($NH_3$), $NH_4^+$, and $NO_3^-$) generated by the CMAQ 2001 model for more than 3200 locations across the United States for which we report ecological responses to N deposition in subsequent chapters.

BLM_0061925

## 3.2 Background on total N deposition

The primary forms of inorganic N deposition that have been measured routinely are secondary products of nitrogen oxide ($NO_x$) emissions—nitrate ($NO_3^-$; particulate and aqueous) and nitric acid vapor ($HNO_3$) —and ammonium ($NH_4^+$; particulate and aqueous). The primary anthropogenic source of $NO_x$ is fossil fuel combustion. Transportation accounted for more than 50 percent of the total $NO_x$ emissions in 2002 (Driscoll et al. 2003, Weathers et al. 2007), while the primary sources of ammonia ($NH_3$) and $NH_4^+$ are agricultural activities (Driscoll et al. 2003, Weathers et al. 2007). (Chemical formulas and common names for elements and compounds are provided in Appendix 2.)

Nitrogen is deposited from the atmosphere to the Earth's surface in the form of wet (rain and snow), dry (gases and particles), and cloud and/or fog deposition (Fenn et al. 2009; Lovett 1994; Weathers et al. 1988, 2000a, 2000b, 2006). Wet N deposition can be measured directly, but often only some of the components are measured. Dry deposition cannot be measured directly. Moreover, the estimates that exist are either site specific, or are modeled (e.g., dry deposition) assuming flat, homogeneous terrain, e.g. Clean Air Status and Trends (CASTNET) sites (US EPA 2010). For this reason, a combination of monitoring data, deposition models (e.g., the Multi-Layer Model [MLM] for estimating dry deposition), empirical measures of atmospheric deposition (e.g., throughfall), and emissions-based modeling outputs, are often necessary to estimate total N deposition. In the ecoregion chapters that follow, we consider total deposition to include wet (rain and snow) plus dry and, in some cases, cloud/fog.

There are several factors that reduce the accuracy of total N deposition estimates:

- Not all forms (wet, dry, and cloud) of atmospheric deposition are measured or modeled routinely. Thus, estimates that are based on wet deposition only, for example, result in an underestimation of the total N delivered to an ecosystem (Lovett 1994, Weathers et al. 2007). Dry and cloud N deposition can contribute from 50 to 80 percent of total N deposition (Johnson and Lindberg 1993); these forms of deposition are not often estimated.
- Not all of the chemical species of N that are deposited to ecosystems (e.g., $NH_3$ and organic N) are currently measured and/or modeled, which also leads to an underestimate of N deposition.
- Estimates of dry and cloud deposition depend upon measured air chemistry and modeled deposition. These estimates are therefore likely to be imprecise. For example, the influences of local meteorology, complex terrain (elevation and slope), as well as canopy architecture all affect rates of dry deposition, yet these characteristics of landscapes and canopies are extremely difficult to represent in models, and thus represent serious limitations to accurate estimates of dry N deposition (Lovett 1994; Weathers et al. 1992, 1995, 2000a, 2000b, 2006). Total deposition is therefore often underestimated for high elevation regions and/or for complex terrain (Anderson et al. 1999; Johnson and Lindberg 1993; Weathers et al. 1992, 2000a, 2000b, 2006).
- Estimates of deposition are also highly uncertain for regions with high snowfall, such as the montane west, and regions with a high proportion of dry deposition, such as the arid south and west (see Fenn et al. 2009 for a complete description of issues and potential solutions for these regions).
- Finally, inadequate number and spatial extent of monitoring stations is a crucial issue that adversely impacts deposition estimates across space, particularly in complex terrain. This is a significant problem in the western United States (Fenn et al. 2009), where few monitoring stations exist.

Inorganic species of N most commonly measured or modeled in the field (Fig. 3.2) include: $NO_3^-$, $NH_4^+$, and nitric acid ($HNO_3$). In recent years, dissolved organic nitrogen (DON) has also been shown to be prevalent in precipitation (e.g., Neff et al. 2002) and in clouds



Figure 3.2—Total (wet plus dry, including wet $NH_4^+$ and $NO_3^-$, dry $HNO_3$, particulate $NO_3^-$, and $NH_4^+$) mean N deposition for 85 CASTNET site locations for 2004 to 2008. Size of circle indicates relative total deposition. Proportion of wet and dry species for each are shown within circle. Note that $HNO_3$-N is the largest proportion of dry deposition.

(Weathers et al. 2000a). Other potentially important N species not addressed here, primarily because they are not measured at National Atmospheric Deposition Program (NADP) or CASTNET monitoring stations (see descriptions, Chapter 4), are wet and dry $NH_3$, NO, $NO_2$, $N_2O_5$, peroxyacetal nitrate (PAN) (US EPA 2001). We note that fluxes of these species are estimated by the Community Multiscale Air Quality (CMAQ) model, however (see description, Chapter 4). One of the most important species that is not measured at CASTNET and NADP monitoring stations is $NH_3$. This form of N is currently increasing in the atmosphere and will be critically important to measure in both the short and long term (Driscoll et al. 2001, 2003).

In sum, estimates of total N deposition are still highly uncertain for several reasons, including the facts that (1) deposition models cannot accommodate complex terrain; (2) important N species are not often measured; (3) snow, dry, fog, or cloud deposition are not often considered, yet represent potentially important vectors for N deposition in some locations; and (4) there is inadequate monitoring (e.g., Driscoll et al. 2001, Lovett 1994, Weathers et al. 2000b, 2006).

## 3.3 Measurements and Estimates of N Deposition

### 3.3.1 Wet Inorganic N Deposition

Wet deposition is measured at approximately 250 monitoring stations across the United States as part of the NADP network. Wet deposition is the sum of $NO_3^-$-N and $NH_4^+$-N delivered via rain and snow. Wet deposition is also estimated at various resolutions (e.g., 36 km x 36 km; 12 km x 12 km) via versions of the CMAQ model (Byun and Ching 1999, Byun and Schere 2006, US EPA 2009; Fig 3.1). The CMAQ model derives estimates of deposition from emissions, atmospheric chemistry, meteorology, and deposition velocities as influenced by land cover (US EPA 2009).

The chemical species we consider here from the CMAQ model are wet $NH_4^+$ and $NO_3^-$.

### 3.3.2 Cloud Deposition Monitoring

There exists only one cloud deposition monitoring network, the Mountain Atmospheric Deposition Program (MADPro), where cloud water samples are collected and measured for chemistry ($NO_3^-$ and $NH_4^+$). These data are subsequently used to model cloud deposition for a few sites in the eastern United States (Anderson et al. 2006, Baumgartner et al. 2003). Cloud deposition estimates are not routinely extrapolated beyond the mountain tops where they are measured, such as Clingman's Dome, North Carolina, Whitetop Mountain, Virginia, and Whiteface Mountain, New York. Obtaining accurate estimates of cloud/fog deposition across the landscape is a significant problem (Fenn et al. 2009; Johnson and Lindberg 1993; Lovett 1994; Weathers et al. 1988, 2000a, 2000b, 2006). Where it is frequent, cloud/fog deposition can represent up to 80 percent of total N deposition (Anderson et al. 1999, Fenn et al. 2009, Johnson and Lindberg 1993).

### 3.3.3 Dry Deposition

Dry deposition is estimated at approximately 80 monitoring locations across the United States (US EPA 2010; Fig 3.2). For the ground-based CASTNET and AIRMoN (Atmospheric Integrated Research Monitoring Network) programs, air N chemistry is measured ($HNO_3$, particulate $NO_3^-$, and particulate $NH_4^+$), and dry deposition is modeled based on meteorologic conditions and multiple resistances of the receptor surfaces (CASTNET and AIRMoN; NADP 2009, US EPA 2010). Because protocols differ between the CASTNET and AIRMoN programs and there are fewer than 10 AIRMoN sites, we restrict our analysis to CASTNET data. Researchers have used CASTNET air concentration data to estimate deposition across the landscape (e.g., Fenn et al. 2009, Ollinger et al. 1993, NEG/ECP 2003, Weathers and Lynch 2008). The Environmental Protection Agency's CMAQ model also estimates dry deposition based on emissions, combined with air chemistry, meteorology and land cover-based deposition velocities. The chemical species we consider here from the CMAQ model are $NH_4^+$-N, $NO_3^-$-N, and $HNO_3$-N.

### 3.3.4 Total Deposition

Total (wet plus dry plus cloud) inorganic N deposition has rarely been estimated across the U.S. landscape. In cases in which it has, indices of deposition or estimated air chemistry and meteorologic conditions have been used in combination with statistical and spatial tools (e.g., geographic information systems; NEG/ECP 2003; Weathers et al. 2000b, 2006). Wet plus dry (not cloud) deposition has been estimated across the country via the CMAQ modeling effort (Fig 3.1) as well as through statistical techniques (Ollinger et al. 1993), and for CASTNET locations using CASTNET and NADP data (Fig 3.2). Total flux to the forest floor (including cloud; throughfall) has been measured directly in many locations using bulk precipitation samplers (e.g. Simkin et al. 2004, Fenn et al. 2004). By comparing throughfall to wet-only deposition, estimates of dry (plus cloud, where relevant) deposition can be made (e.g., Ewing et al. 2009, Lovett 1994). However, often it is difficult to interpret these data vis-à-vis atmospheric deposition since canopy processing (uptake, leaching, and transformation) of N is common (Lovett 1994, Weathers et al. 2006).

As noted above, organic N has been identified as an important component of total N deposition for some ecosystems (Neff et al. 2002, Weathers et al. 2000a). However, few data are available to assess its temporal or spatial extent or importance in contributing to total deposition across the United States. Thus, throughout this document, unless otherwise noted, we will refer to total inorganic N deposition (or total N deposition) as the sum of $NO_3^-$-N, $NH_4^+$-N, and $HNO_3$-N for dry deposition, deposited via wet and dry deposition (cloud deposition only when noted).

### 3.3.5 Temporal Trends in Wet plus Dry N Deposition Across the United States

Figure 3.3 shows wet plus dry N concentration and deposition across the United States for the 18-year period from 1990 through 2007, based on data from 34 CASTNET and NADP locations (US EPA 2007). While no trend lines are reported for these data, a 17 percent decrease in total inorganic N deposition over the period was reported. The proportion of wet to dry



Figure 3.3—Total (solid black line), wet (gray area), dry (black area) deposition (kg N $ha^{-1}$ $yr^{-1}$) and wet concentration (dotted line in mg $L^{-1}$) for 34 sites from 1990 to 2007 as estimated and measured by the NADP and CASTNET programs. Figure from US EPA 2007.

deposition also varies commensurate with changes in annual precipitation; when there is more precipitation, wet:dry ratios are greater (US EPA 2007).

## 3.4 Atmospheric N Deposition Across the Landscape

In this report, we have used the EPA's 2001 CMAQ model v. 4.3 (which use 2001 reported data and is hereafter referred to as CMAQ 2001 model) to provide comparative estimates of wet plus dry deposition to the more than 3200 locations included in this assessment of critical loads. We chose to use the CMAQ 2001 model (using the 36 km x 36 km resolution version) so that we could make comparisons across the country using the same method. For some regions, a 12 km x 12 km resolution version of CMAQ is available, but since it is not available for the whole country, we have not used it here. It is not possible to extrapolate either CASTNET or AIRMoN estimates of dry deposition beyond a 1 km x 1 km region surrounding the stations because the parameters required for the model are site-specific (US EPA 2010). It is also well known that estimates of total deposition that do not sufficiently consider landscape heterogeneity are likely to underestimate total deposition (Driscoll et al. 2001; Fenn and Bytnerowicz 1997; Fenn et al. 1998, 2000, 2009; Holland et al. 2005; Ito et al. 2002; Lovett 1994; Miller et al. 1993; Nanus et al. 2003; Ollinger et al. 1993; Weathers et al. 1992, 1995, 2000a, 2006). These issues notwithstanding, the CMAQ 2001 model represents a current state-of-the-art model to create cross-site deposition comparisons.

## 3.5 CMAQ Deposition Across Critical Loads Sites/Comparison Between CMAQ and Monitoring Stations

Average annual deposition across the more than 3200 critical load sites varied more than 30-fold, from 0.5 to 17 kg N $ha^{-1}$ $yr^{-1}$ (Fig 3.1). Total N deposition estimates based on the CMAQ 2001 model for CASTNET site locations compared well to those generated using CASTNET dry plus NADP wet data (Fig. 3.4, $R^2$=0.75). Note that in order to compare these two estimates, total N deposition included wet $NO_3^-$ and $NH_4^+$ and dry $HNO_3$ and $NH_4^+$ as N, only since $NH_3$ data were not available for CASTNET sites.) However, air concentrations of $HNO_3$-N, the largest proportion of dry deposition, show a consistent difference (CMAQ < CASTNET), with a positive linear relationship (Fig 3.5; $R^2$=0.68). This is in contrast to estimates of dry deposition of $HNO_3$-N, which are also positively correlated (Fig 3.6; $R^2$=0.45), but with



Figure 3.4—Comparison between wet plus dry deposition estimates for 2001 (includes wet $NH_4^+$ and $NO_3^-$, dry $HNO_3$, particulate $NO_3^-$ and $NH_4^+$) from CASTNET and NADP (NADP site nearest to CASTNET locations) and CMAQ 2001 model for 77 CASTNET site locations. y = 0.9281x + 0.6818, $R^2$ = 0.75. 1:1 line is shown (from Weathers and Lynch 2008).

Figure 3.5—Mean air concentration (µg $m^{-3}$) of $HNO_3$-N during 2001 measured at 77 CASTNET sites vs. the mean air concentrations generated by the CMAQ 2001 model for those sites during 2001. y = 0.3324x + 0.034, $R^2$ = 0.6832. The 1:1 line is shown (from Weathers and Lynch 2008).

Figure 3.6—N dry deposition (kg N $ha^{-1}$ $yr^{-1}$) during 2001 modeled at 77 CASTNET sites vs. the N dry deposition generated by the CMAQ 2001 model for those sites during 2001. y = 1.008x + 0.869, $R^2$ = 0.45. The 1:1 line is shown (from Weathers and Lynch 2008).



Figure 3.7—Total (wet, dry, and cloud) inorganic N (and S) deposition estimated for Great Smoky Mountain National Park for the year 2000 (from Weathers et al. 2006).

CMAQ estimates greater than CASTNET estimates, suggesting that dry deposition velocities applied to air concentration data for the two different methods vary (these analyses based on Weathers and Lynch 2008).

We note, however, that the CMAQ 2001 model that was available to us at the time of this analysis could not resolve deposition levels below 36 km x 36 km grids compared to deposition that has been measured in the field. For example, Fenn et al. (2000, 2008) have measured 71 kg N $ha^{-1}$ $yr^{-1}$ deposition in the San Bernardino Mountains, an area that, according to the CMAQ 2001 model, would receive only 3 to 5 kg N $ha^{-1}$ $yr^{-1}$. Similarly, Weathers et al. (2006) have estimated N deposition to be as high as 31 kg N $ha^{-1}$ $yr^{-1}$ at Clingman's Dome, North Carolina (Fig. 3.7), whereas both CMAQ and NADP plus CASTNET deposition for that same location and year would be less than 10 kg N $ha^{-1}yr^{-1}$. In these cases, the CMAQ estimates are several times lower than on-site measures of deposition that include wet plus dry plus cloud deposition.

In summary, the comparison of N deposition estimates from the CMAQ model to CASTNET plus NADP suggest that either method could be used to generate a comparative estimate of wet plus dry deposition to flat, homogenous terrain (Fig. 3.4). The differences between CMAQ and other estimates of N deposition (Fenn et al. 2003, Weathers et al. 2006) are not surprising, given the inadequacy of dry deposition models in handling complex terrain and the lack of cloud deposition estimates (Weathers et al. 2006), as well as the coarse scale (36 km x 36 km) over which the CMAQ model predicts deposition (Weathers and Lynch 2008).

## 3.6 Future Research Directions and Gaps in Data

Despite decades of research, accurate estimates of total N deposition are lacking. While various methods for estimating deposition (see above) exist, almost all methods estimate only portions of total N inputs to ecosystems. Not all chemical species of N are measured or monitored, nor are all forms of deposition estimated. Priorities for future deposition research include: expanding monitoring station spatial coverage (especially in high elevation and arid sites and in the West); measuring more chemical species of N; generating better estimates of dry (and, where it is an important component of atmospheric deposition, cloud/fog) inputs; creation of models and maps of deposition across heterogeneous landscapes that incorporate or reference existing modeling and/or monitoring data (e.g., Ollinger et al. 1993, Holland et al. 2005, Weathers et al. 2006); expanding the use of passive sampling devices for chemical species such as $NH_3$ (e.g., Fenn et al. 2009); coupling empirical measurements (such as throughfall) with monitoring data (e.g., Weathers et al. 2006); and comparing estimates of deposition using different methods.

## LITERATURE CITED

Anderson, J.B.; Baumgardner, R.E.; Grenville, S.E. 2006. **Trends in cloud water sulfate and nitrate as measured at two mountain sites in the Eastern United States: Regional contributions and temporal changes compared with changes in emissions, 1986-1999.** Atmospheric Environment. 40(23): 4423-4427.

Anderson, J.B.; Baumgardner, R.E.; Mohnen, V.A.; Bowser, J.J. 1999. **Cloud chemistry in the eastern United States, as sampled from three high-elevation sites along the Appalachian Mountains.** Atmospheric Environment. 33(30): 5105-5114.

Baumgardner, R.E.; Isil, S.S.; Lavery, T.F.; Rogers, C.M.; Mohnen, V.A. 2003. **Estimates of cloud water deposition at mountain acid deposition program sites in the Appalachian Mountains.** Journal of the Air and Waste Management Association. 53(3): 291-308.

Byun, D.W.; Ching, J.K.S., eds. 1999. **Science algorithms of the EPA models-3 Community Multiscale Air Quality model (CMAQ) modeling system.** EPA/600/R-99/030. Washington, DC: U.S. Environmental Protection Agency. Available at http://www.epa.gov/asmdnerl/CMAQ/CMAQscienceDoc.html. (Accessed May 12, 2010).

Byun, D.; Schere, K.L. 2006. **Review of the governing equations, computational algorithms, and other components of the Models-3 Community Multiscale Air Quality (CMAQ) modeling system.** Applied Mechanics Reviews. 59: 51-77.

Driscoll, C.T.; Lawrence, G.; Bulger, A.; Butler, T.; Cronan, C.; Eagar, C.; Lambert, K.; Likens, G.; Stoddard, J.; Weathers; K. 2001. **Acidic deposition in the northeastern US: Sources, inputs, ecosystem effects, and management strategies.** BioScience. 51(3): 180-198.

Driscoll, C.T.; Whitall, D.; Aber, J.; Boyer, E.; Castro, M.; Cronan, C.; Goodale, C.; Groffman, P.; Lambert, K.; Lawrence, G.; Ollinger, S. 2003. **Nitrogen pollution in the northeastern United States: Sources, effects, and management options.** BioScience. 53(4): 357-374.

Ewing, H.A.; Weathers, K.C.; Templer, P.H.; Dawson, T.E.; Firestone, M.K.; Elliott, A.; Boukili, V. 2009. **Fog water and ecosystem function: Heterogeneity in a California redwood forest.** Ecosystems.12: 417-433.

Fenn, M.E.; Bytnerowicz, A. 1997. **Summer throughfall and winter deposition in the San Bernardino Mountains in southern California.** Atmospheric Environment. 31(5): 673-683.

Fenn, M.E.; Poth, M.A. 2004. **Monitoring nitrogen deposition in throughfall using ion exchange resin columns: A field test in the San Bernardino**

BLM_0061932

**Mountains.** Journal of Environmental Quality. 33: 2007-2014.

Fenn, M.E.; Haeuber, R.; Tonnesen, G.S.; Baron, J.S.; Grossman-Clarke, S.; Hope, D.; Jaffe, D.A.; Copeland, S.; Geiser, L.; Rueth, H.M.; Sickman, J.O. 2003. **Nitrogen emissions, deposition, and monitoring in the western United States.** BioScience. 53(4): 391-403.

Fenn, M.E.; Jovan, S.; Yuan, F.; Geiser, L.; Meixner, T.; Gimeno, B.S. 2008. **Empirical and simulated critical loads for nitrogen deposition in California mixed conifer forests.** Environmental Pollution. 155(3): 492-511.

Fenn, M.E.; Poth, M.A.; Aber, J.D.; Baron, J.S.; Bormann, B.T.; Johnson, D.W.; Lemly, A.D.; McNulty, S.G.; Ryan, D.E.; Stottlemyer, R. 1998. **Nitrogen excess in North American ecosystems: Predisposing factors, ecosystem responses, and management strategies.** Ecological Applications. 8(3): 706-733.

Fenn, M.E.; Poth, M.A.; Schilling, S.L.; Grainger, D.B. 2000. **Throughfall and fog deposition of nitrogen and sulfur at an N-limited and N-saturated site in the San Bernardino Mountains, southern California.** Canadian Journal of Forest Research. 30(9): 1476-1488.

Fenn, M.E.; Sickman, J.O.; Bytnerowicz, A.; Clow, D.W.; Polotch, N.P.; Pleim, J.E.; Tonnesen, G.S.; Weathers, K.C.; Padgett, P.E.; Campbell, D.H. 2009. **Methods for measuring atmospheric nitrogen deposition inputs in arid and montane ecosystems of western North America.** In: Legge, A.H., ed. Developments in environmental science, Volume 9. Amsterdam, The Netherlands: Elsevier: 177-227.

Holland, E.A.; Braswell, B.H.; Selzman, J.; Lamarque, J-F. 2005. **Nitrogen deposition onto the United States and western Europe: Synthesis of observations and models.** Ecological Applications. 15(1): 38-57.

Ito, M.; Mitchell, M.J.; Driscoll, C.T. 2002. **Spatial patterns of precipitation quantity and chemistry and air temperature in the Adirondack region of New York.** Atmospheric Environment. 36(6): 1051-1062.

Johnson, D.W.; Lindberg, S.E., eds. 1993. **Atmospheric deposition and forest nutrient cycling: A synthesis of the integrated forest study.** New York, NY: Springer Verlag. 707p.

Lovett, G.M. 1994. **Atmospheric deposition of nutrients and pollutants in North America: an ecological perspective.** Ecological Applications. 4(4): 629-650.

Miller, E.K.; Friedland, A.J.; Arons, E.A.; Mohnen, V.A.; Battles, J.J.; Panek, J.A.; Kadlecek, J.; Johnson, A.H. 1993. **Atmospheric deposition to forests along an elevational gradient at Whiteface Mountain, NY, USA.** Atmospheric Environment Part A-General Topics. 27(14): 2121-2136.

NADP (National Atmospheric Deposition Program). 2009. **Atmospheric integrated research monitoring network.** Available at http://nadp.sws.uiuc.edu/airmon/. (Accessed May 17, 2010).

Nanus, L.; Campbell, D.H.; Ingersoll, G.P.; Clow, D.W.; Mast, M.A. 2003. **Atmospheric nitrogen deposition maps for the Rocky Mountains.** Atmospheric Environment. 37(35): 4881-4892.

NEG/ECP (New England Governors and Eastern Canadian Premiers). Forest Mapping Group. 2003. **Assessment of forest sensitivity to nitrogen and sulfur deposition in New England and eastern Canada.** Conference of New England Governors'/Eastern Canadian Premiers' Forest Mapping Group pilot phase report. http://www.ecosystems-research.com/fmi/VT-NF-Forest-Sensitivity-Report-Executive-Summary.pdf (Accessed April 12, 2011).

Neff, J.C.; Holland, E.A.; Dentener, F.J.; McDowell, W.H.; Russel, K.M. 2002. **The origin, composition and rates of organic nitrogen deposition: A missing**

**piece of the nitrogen cycle?** Biogeochemistry. 57(1): 99-136.

Ollinger, S.V.; Aber, J.D.; Lovett, G.M.; Millham, S.E.; Lathrop, R.G.; Ellis, J.M. 1993. **A spatial model of atmospheric deposition for the northeastern U.S. Ecological Applications.** 3(3): 459-472.

Simkin, S.M.; Lewis, D.N.; Weathers, K.C.; Lovett, G.M.; Schwarz, K. 2004. **Determination of sulfate, nitrate and chloride in throughfall using ion-exchange resins.** Water, Air and Soil Pollution. 153: 343-354.

US EPA (U.S. Environmental Protection Agency). 2001. **CMAQ Model performance evaluation.** Research Triangle Park, NC: U.S. Environmental Protection Agency.

US EPA (U.S. Environmental Protection Agency). 2007. **CASTNET 2007 Annual Report.** Available at http://epa.gov/castnet/javaweb/docs/annual_report_2007.pdf (Accessed March 18, 2011).

US EPA (U.S. Environmental Protection Agency). 2009. **Community multiscale air quality.** Washington, DC: U.S. Environmental Protection Agency. Available at http://www.epa.gov/amad/CMAQ/index.html. (Accessed May 17, 2010).

US EPA (U.S. Environmental Protection Agency). 2010. **Clean air status and trends.** Washington, DC: U.S. EPA. Available at http://www.epa.gov/castnet. (Accessed May 17, 2010).

Weathers, K.C.; Likens, G.E.; Bormann, F.H.; Bicknell, S.H.; Bormann, B.T.; Daube, B.C. Jr.; Eaton, J.S.; Galloway, J.N.; Keene, W.C.; Kimball, K.D.; McDowell, W.H.; Siccama, T.G.; Smiley, D.; Tarrant, R. 1988. **Cloud water chemistry from ten sites in North America.** Environmental Science and Technology. 22(9): 1018-1026.

Weathers, K.C.; Likens, G.E.; Butler, T.J. 2007. **Acid rain.** In: Rom, W.N., ed. Environmental and occupational medicine. Philadelphia, PA: Lippincott Williams & Wilkins: 1507-1520.

Weathers, K.C.; Lovett, G.M.; Likens, G.E. 1992. **The influence of a forest edge on cloud deposition.** In: Schwartz, S.E.; Slinn, W.G.N., eds. Proceedings of the fifth international conference on precipitation scavenging and resuspension. Washington, DC: Hemisphere Publishing Corp: 1415-1423.

Weathers, K.C.; Lovett, G.M.; Likens, G.E. 1995. **Cloud deposition to a spruce forest edge.** Atmospheric Environment. 29(6): 665-672.

Weathers, K.C.; Lovett, G.M.; Likens, G.E.; Caraco, N.F.M. 2000a. **Cloudwater inputs of nitrogen to forest ecosystems in southern Chile: Forms, fluxes and sources.** Ecosystems. 3: 590-595.

Weathers, K.C.; Lovett, G.M.; Likens, G.E.; Lathrop, R. 2000b. **The effect of landscape features on deposition to Hunter Mountain, Catskill Mountains, New York.** Ecological Applications. 10(2): 528-540

Weathers, K.C.; Lynch, J.A. 2008. **How much atmospheric deposition across the US: Comparison of N and S deposition estimates.** Eos, Transactions, American Geophysical Union. 89(53) Supplement, abstract B42A-01.

Weathers, K.C.; Simkin, S.M.; Lovett, G.M.; Lindberg, S.E. 2006. **Empirical modeling of atmospheric deposition in mountainous landscapes.** Ecological Applications. 16(4): 1590-1607.

# 4 METHODS

L.H. Pardo, E.A. Lilleskov, L.H. Geiser, M.J. Robin-Abbott

## 4.1 Approach

We present an up-to-date review of current knowledge relating nitrogen (N) inputs to ecological effects, from published literature, reports, and some recent unpublished studies. Our goal is to summarize research on ecosystems across the United States. We include N gradient, long-term, and fertilizer studies; for fertilizer studies, we focus on those with low N additions (i.e., close to ambient deposition). We include both publications that report a response and those that report the lack of response.

Empirical critical loads are determined by recording the deposition level at which detrimental ecological effects have occurred in the field. The lowest deposition level at which a detrimental response occurs is considered the critical load. In cases where there is a variation in the level of N input that causes a given response, a range for the critical load is often reported (e.g., Bobbink et al. 2003). Empirical critical loads are useful because they can be used to determine the critical load based on the best available information for an ecosystem type when data are not available at a given site. Under the best circumstances, empirical critical loads link observed ecosystem response to deposition.

Disadvantages of empirical critical loads stem from their reliance on observed cause-and-effect responses rather than an understanding of a process or mechanism. Because the observed responses to a given deposition level are based on past deposition scenarios, they may not be indicative of the response that might occur in the future. For example, if a response is observed to a given rate of deposition (or fertilization) after a certain number of years, it is possible that a lower deposition over a longer time period would cause the same detrimental effect. For critical loads derived from gradient studies, generally, the assumption is that the N deposition rate is the major factor contributing to changes in a particular response (e.g., foliar N concentrations, species richness) along the gradient, even though soil, climate, and biogeochemical factors may also influence the response. For lichens (see section 4.3), these factors were taken into account. For critical loads derived from fertilization studies, the effects of added N are isolated through controlled experimentation; however, the scale of these experiments is often fairly small and their numbers are limited, making extrapolation to the ecoregion level difficult. Another pitfall of the empirical approach is that the observed response may be unique to the site at which it was measured (because of location-specific disturbance history or site characteristics such as soil thickness) and may not be truly representative of the ecosystem type. Observations used to determine or estimate empirical critical loads are generally made over a relatively short term. In contrast, the residence time of N within major ecosystem compartments (e.g., soil, sediment, forest biomass) is generally on the order of decades to centuries. As a result, empirical critical loads provide a limited understanding of true ecosystem response to sustained elevated N inputs or their response to changes in these inputs. Critical loads dynamic modeling addresses some of the disadvantages of the empirical critical loads approach. However, current modeling capabilities do not enable large scale mechanistic modeling of critical loads for ecoregions across the United States. Thus we utilize multiple sources of current empirical information (multiple gradient and fertilization studies) to determine critical loads. To address these uncertainties, we present the ranges of responses observed. Where we have estimated an empirical critical load for N, we have made some assessment of the reliability of that estimate. We used the same categories for reliability as those used in European assessments (Bobbink et al. 2003, UBA 2004):

- reliable ##: when a number of published papers of various studies show comparable results
- fairly reliable #: when the results of some studies are comparable
- expert judgment (#): when very few or no empirical data are available for this type of ecosystem. The N critical load is then based

upon expert judgment and knowledge of ecosystems, which are likely to be more or less comparable with this ecosystem.

In all cases, accurate estimates of N deposition are essential for developing useful empirical critical loads of N.

In presenting the ecosystem responses and critical loads, we identify the response parameter and the threshold. Within an ecosystem, there could be very different types of response parameters; hence the critical load or input which induces each response may vary considerably. This poses a challenge in setting a critical load for the ecosystem. In some cases, it may be appropriate simply to choose the lowest critical load value, while in other cases, there may be some responses more characteristic or of greater concern which should be considered the primary indicator for that ecosystem. Furthermore, comparing critical loads that were set using different critical responses presents a challenge.

Several criteria should be determined before assigning empirical critical loads to an ecosystem type. There are four key criteria to consider: what response variables are relevant, what types of studies are acceptable, how to choose the value for the critical load, and if and when we can extrapolate conclusions beyond the study area.

Approaches for setting empirical critical loads for N for specific ecosystem components are discussed below. Approaches for setting critical loads for aquatic ecosystem components are presented in Chapters 17 and 18.

## 4.2 Mycorrhizal Fungi

### 4.2.1 Response Variables

The impacts of N deposition on arbuscular mycorrhizal fungi (AMF) and ectomycorrhizal fungi (EMF) have been determined primarily by examining the changes in percent root colonization, soil spore density (AMF) or sporocarp production (EMF), spore or sporocarp species composition, DNA or immunologic assays of species composition and structure on root tips or of hyphae in soils, and functional analysis of fungal communities.

Data from naturally occurring, anthropogenic N deposition gradients have been particularly useful in determining critical loads because of the ability to fit response curves. In deciding if N inputs are affecting mycorrhizal fungi, we focused mostly on community response (species richness and community structure changes) and functional responses. However, where these are lacking, we considered biomass responses, giving them less weight than the other factors.

### 4.2.2 Acceptable Studies

For information sources, we put more weight on results of long-term (>10 yr) fertilizations and gradient studies rather than short-term fertilizations, as the latter are unlikely to represent a steady-state response to N. Gradients have the advantage over typical two-level experiments in that response curves and threshold responses can be derived. However, even a two-level study with only a control and treatment can put an upper bound on critical loads if there is a response and lower bound if there is no response. Therefore we have included some data from experimental sources, recognizing their limitations.

### 4.2.3 How the Critical Load Value was Chosen

For our purposes, any detectable deviation in mycorrhizal community structure or composition from the baseline state is considered to have crossed a critical load threshold. For example, if the best-fit response curve in an N deposition gradient indicates a linear response starting from the baseline, then any addition above the baseline would exceed the critical load. If, in contrast, the data suggest a nonlinear response with a threshold below which no directional community change can be detected, then the critical load is set at this threshold. The criterion of any detectable directional change is a very strict criterion that could be open to debate, but it has the merit of being relatively easy to define.

One justification for using the community change criterion is that there appear to be functional consequences for host plants arising from N-driven community change. This has been determined by growing plants using inoculum that has been subject to elevated N. Nitrogen-affected inoculum not only has lower spore density, but also has lower diversity and

shifts in species composition (Egerton-Warburton and Allen 2000, Egerton-Warburton et al. 2007, Sigüenza et al. 2006). Growth response studies showed that native late successional plants had reduced biomass with N-affected inoculum, while early successional plants were unaffected or sometimes had increased biomass. This indicates that long-term trends in losses of late seral (successional) vegetation and replacement by early seral or invasive species were in part promoted by shifts in mycorrhizal fungal species composition due to elevated N deposition (Corkidi et al. 2002, Sigüenza et al. 2006).

### 4.2.4 Extrapolation

For ecological regions for which there are no data, we have cautiously extrapolated our critical load values to regions that have similar biota, climate, and soils. For example, we have suggested that ectomycorrhizal community response to N in an Engelmann spruce forest in the Rockies (Northwestern Forested Mountains ecoregion), for which there are no data of which we are aware, would be similar to that of communities in Alaskan white spruce (Marine West Coast Forest ecoregion) and northeastern red spruce-balsam fir (Northern Forest ecoregion) forests, for which we do have data. Thus we have used, with qualification, the critical loads for the latter two as the basis for a provisional estimate for the critical load for the former.

## 4.3 Lichens and Bryophytes

Lichens and bryophytes are among the most sensitive bioindicators of N in terrestrial ecosystems (Blett et al. 2003, Bobbink et al. 2003, Fenn et al. 2003, Vitt et al. 2003). Consequently, the implementation of critical loads protective of the most sensitive lichens and bryophytes is likely to prevent undesired impacts to the broader terrestrial ecosystem by also protecting less N-sensitive vegetation. Protecting the integrity of lichen and bryophyte communities, moreover, ensures preservation of their contribution to biological diversity and their varied ecological roles in nutrient cycling, hydrological flux, and supply of wildlife forage and nesting materials (McCune et al. 2007).

Lichens, especially forest epiphytes, have been systematically surveyed for air quality monitoring purposes by the U.S. Forest Service Forest Inventory Analysis (FIA) program and other U.S. Forest Service and National Park Service efforts, and many of these data are available electronically: the NPLichen database (Bennett and Wetmore 2005a, 2005b; U.S. Geologic Survey 2010), the NPElement database (U.S. Geologic Survey 2009), the U.S. Forest Service Forestry Inventory and Analysis Program (U.S. Forest Service 2005, 2007), and the U.S. Forest Service National Lichens and Air Quality Database (U.S. Forest Service n.d.). No equivalent efforts exist for bryophytes in the United States. Therefore, apart from the Tundra and Taiga chapters (Chapters 5 and 6) (which extrapolate some critical loads from European and Canadian studies) and the Desert chapter (Chapter 12) (in which bryophytes are integral components of cryptogamic crusts), we primarily reference lichen studies.

### 4.3.1 Terminology

Lichens are adapted to different levels of N availability and most species can be sorted into one of three N indicator groups: *oligotrophs* are more or less restricted to nutrient-poor environments; *mesotrophs* have an intermediate nutrient requirement; and *eutrophs* thrive in nutrient-enhanced environments. A few lichens have broad ecological amplitudes and tolerate a large range of N availability. As anthropogenic N is added to background N levels, the excess N favors the small, cosmopolitan eutrophs at the expense of native oligotrophic and mesotrophic forage and $N_2$-fixing lichens (McCune and Geiser 2009).

To avoid possible confusion from variable terminology in the literature, we consistently used the broad terms 'oligotroph', 'mesotroph' and 'eutroph' in lieu of the more classic lichenological terms, 'acidophyte', 'neutrophyte', and 'nitrophyte or nitrophile', respectively. This is necessary because most North American studies of N deposition effects have not considered substrate pH, deposition pH, or N source when classifying lichens to N indicator groups. Because low-fertility environments are frequently dominated by acidic conifer substrates, and moderate- to high-fertility environments generally include more hardwoods with more neutral bark and more nutrient-enriched canopy

drip, the classic and broad terms usually correspond to similar lichen lists (Jovan 2008, Geiser et al. 2010)

Common names for lichens follow the Natural Resources Conservation Service PLANTS database (NRCS 2011). Because many lichen common names in PLANTS are not unique, the scientific name and authority are specified when a common name is used for the first time within a chapter. Scientific nomenclature follows Esslinger (2010).

### 4.3.2 Response Variables

To identify critical loads for the Marine West Coast Forests, Northwest Forested Mountains, and Mediterranean California ecoregions, we used two epiphytic lichen responses that are closely linked to ecological impact: N concentration in lichen thalli, and composition of lichen communities. Changes in thallus N concentrations and physiology usually precede measurable changes in lichen community composition. Local N deposition is correlated with N concentrations of lichen thalli, which passively accumulate N in excess of nutritional requirements (Bruteig 1993, Søchting 1995). This response is typically linear at low N deposition levels (Glavich and Geiser 2008). The upper limit of thallus N concentrations among clean sites is typically used as the response threshold. Increasing N deposition, likewise, causes changes in lichen community composition—such as a decrease in the number of oligotrophic species and an increase in the number of eutrophic species.

For the Taiga, Tundra, and North American Desert ecoregions, we included physiological and morphological measures of lichen status, such as changes in photosynthetic capacity (e.g., chlorophyll pigment ratios, carbon dioxide ($CO_2$) uptake), membrane integrity, amounts of characteristic protective chemicals (e.g., usnic acid), apportionment of resources to algal vs. fungal partners, ultrastructural integrity, or growth rates.

### 4.3.3 Acceptable Studies

As with the mycorrhizal fungi, we primarily relied on gradient studies as information sources rather than short-term fertilizations. In addition, studies of epiphytes are considered superior to studies of ground-dwelling species due to epiphytes' greater independence from soil nutrients. For the Rocky Mountain, Marine West Coast Forests, and Mediterranean California eco-regions, we were fortunate to obtain community data from regional, systematic surveys of epiphytic lichens, primarily conducted by the FIA program. Most of the physiological studies were N-addition studies. Since they were short-term additions or added N to already elevated background deposition levels, we feel they do not adequately predict long-term effects. However, they do prescribe upper limits for critical loads.

### 4.3.4 How the Critical Load Value was Chosen

We determined the critical load by identifying the level of N deposition which led to specific ecological impacts (changes in community composition and increased thallus N concentration) using the datasets described above. The ecological impact at any N deposition level was quantified by doing a regression on N deposition against proportions of oligotrophic, mesotrophic, and eutrophic species, or an index called the "air score" (Geiser and Neitlich 2007, Jovan 2008). The value of N deposition at the ecological threshold is the critical load. The ecological thresholds were community shift toward a higher proportion of eutrophic species and elevated thallus N concentration. The exact value for the threshold thallus N concentration was typically set based on the 97.5 percent quantile for clean sites. The 97.5 percent quantile is the thallus N concentration below which 97.5 percent of clean site thallus N concentrations fall. The exact threshold for species composition varied because the baseline (species composition at an unpolluted site) varied in different ecosystems (see Table 4.1 and section 4.3.5). Because all the lichen response measures were linear with respect to deposition, we favor response thresholds high enough to allow for natural variability across clean sites, but low enough to protect communities from a shift in dominance of indicator groups. We used the 95 percent confidence interval as the range for the critical load.

Forest Inventory and Analysis (FIA) Program lichen-community based "air scores" are a measure of air quality generated from lichen community data and

BLM_0061938

**Table 4.1—The input variables, assumptions, and rationale behind the calculation of lichen critical loads for U.S. ecoregions, derived from the Marine West Coast Forest model: Critical load *kg N ha$^{-1}$ yr$^{-1}$*= (0.0918 + 0.0024 [mean annual precipitation] + threshold air score)/0.1493. Precipitation is estimated from PRISM 1961-1990 annual average precipitation maps; lichen response thresholds are based on expert opinion (Geiser et al. 2010).**

| Ecoregion | Mean ann. precip. (cm) | | Air score | Biological response threshold | | Rationale/Assumptions |
|---|---|---|---|---|---|---|
| | Min | Max | | Minimum % oligotrophs | Maximum % eutrophs | |
| Taiga (US) | 20 | 80 | 0.02-0.21 | 41 | 27 | Acidic coniferous substrates, cold temperatures favor oligotrophs. Therefore, community response threshold set with comparatively high oligotroph and low eutroph composition. |
| Northern Forests (US) | 100 | 240 | 0.21 | 30-41 | 27-34 | Climate and forest type similar to Marine West Coast Forest. Therefore, use same threshold. Synergistic or confounding effects of acid deposition of S and N, which is much greater here than Marine West Coast Forest, is not considered in this analysis. |
| Northwestern Forested Mountains: Alaska | 30 | 80 | 0.02-0.21 | 41 | 27 | Lower thresholds needed for Alaska because of cooler temperatures (see Taiga rationale). |
| Marine West Coast Forests | 44 | 451 | 0.21 | 30-41 | 27-34 | Model was developed for this region by Geiser et al. (2010) |
| Northwestern Forested Mountains: non-Alaska | 30 | 203 | 0.21-0.49 | 25-40 | 27-47 | Lower and upper thresholds calculated by Fenn et al. 2008. Low humidity and high temperatures favorable to eutrophs and unfavorable to oligotrophs except in high elevation fog zones. |
| Eastern Temperate Forest: eastern hardwoods | 71 | 305 | 0.33 | 25-30 | 34-47 | Humid climate favors oligotrophs but hardwood dominance favors mesotrophs and eutrophs, so response threshold allows comparatively more eutrophs. Synergistic or confounding effects of acid deposition of S and N are not considered in this analysis. |
| Eastern Temperate Forest: southeast Coastal Plain | 102 | 178 | 0.21-0.33 | 30 | 34 | Humid climate and acidic conifer substrates favor oligotrophs. Warm summer temperatures limiting to oligotrophs? Synergistic or confounding effects of acid deposition of S and N are not considered in this analysis. |
| Mediterranean CA: mixed Conifer Forest | 41 | 127 | 0.33-0.49 | 25 | 47 | Climate and forest type closest to Northwestern Forested Mountains--used Fenn et al. 2008 upper threshold to account for comparatively warmer, drier conditions compared to the Sierras. |
| Mediterranean CA: Chaparral and Central Valley | 17 | 156 | 0.33-0.49 | 25 | 47 | Threshold (50% eutrophs) selected from overlay of CMAQ data on Jovan and McCune 2006 analysis of this ecoregion. Hot dry summers, hardwood dominance favors mesotrophs and eutrophs. |
| Temperate Sierras | 30 | 178 | 0.49 | 21-25 | 47-57 | Natural contribution of eutrophs to lichen community composition presumed relatively high due to dry, hot climate. |

region-specific interpretive models separating air pollution effects on community composition from climate, elevation and other site effects (Jovan 2008). Models are typically developed from a calibration subset of regional FIA lichen community data using nonmetric multidimensional scaling and Sorenson's distance measure (McCune and Mefford 1999) to ordinate sites in N-dimensional space. With the aid of overlays, regression, scatter plots and other tools, at least two strong gradients can usually be extracted from the ordination: one relating to air quality and a second relating to macroclimate. Air quality and climate are then scored as the distance of the community (site) along the respective gradient. Repeat or additional surveys can be fitted and scored at any time to assess spatial and temporal trends. Finished models are available for the southeastern United States (McCune et al. 1997), California's greater Sacramento Valley (Jovan and McCune 2005) and Sierra Nevada (Jovan and McCune 2006), and western Oregon and Washington (Geiser and Neitlich 2007). In the western United States, nutrient N deposition is considered the dominant air pollutant affecting lichen communities (Jovan 2008, Geiser et al. 2010); in the southeastern United States, N- and S-containing acidifying and fertilizing compounds are considered most influential (McCune et al. 1997).

Lichen community and thallus N concentration appear to correlate better with N concentration (mg $L^{-1}$) in deposition as opposed to N load (kg $ha^{-1}$ $yr^{-1}$) (Geiser et al. 2010). Because lichen thalli accumulate and leach N in dynamic equilibrium with concentrations of pollutants in precipitation, precipitation can have a diluting effect on the concentrations of pollutants to which lichens are exposed. Thus, the same load of N deposited in a higher volume of precipitation will have a smaller impact. Therefore, we accounted for precipitation volume when developing lichen critical loads based on measurements of bulk (NADP-style) or modeled N deposition.

In the Marine West Coast Forests, Northwest Forested Mountains, and Mediterranean California ecoregions, lichen-based critical loads were derived by correlating lichen responses (described above) to Interagency Monitoring of Protected Visual Environments (IMPROVE[2]; fine particulate ammonium nitrates ($NH_4NO_3$) and sulfates ($(NH_4)_2SO_4$) in air) and NADP[3] monitoring networks (wet deposition of inorganic N), 10 year total annual average deposition of 16 N-species modeled by CMAQ[4], or *in-situ* deposition measurements of ammonium ($NH_4^+$) and nitrate ($NO_3^-$) in bulk and canopy throughfall.

### 4.3.5 Extrapolation

To make initial estimates of lichen-based critical loads for N in forested ecological regions where existing analyses were lacking, (i.e., Taiga, Northern Forests, Eastern Forests, and the Temperate Sierras), and to encompass more of the Northwest Forested Mountains ecoregion, we applied a model that was developed in western Oregon and Washington for the Marine West Coast Forests ecoregion (Geiser et al. 2010). This model has been shown to replicate previously published critical loads for wet oak woods of Scotland,

---

[2] IMPROVE (Interagency Monitoring of Protected Visual Environments) monitors include an aerosol sampler that measures total fine particulate (<2.5 µm diameter) $NO_3^-$ and sulfate ($SO_4^-$) concentrations over 24 hours every third day. These anions are presumed balanced by $NH_4^+$ and best correlations between fine particulate N and lichen-based air scores were observed when mean annual averages included N from both sources (IMPROVE 2010; University of California, Davis 1995).

[3] NADP (National Atmospheric Deposition Program); weekly samples of precipitation captured in buckets designed to open during rain and snow events are analyzed for concentrations (mg $L^{-1}$) and total wet deposition (kg $ha^{-1}$ $y^{-1}$) of $NH_4^+$ and $NO_3^-$ and total inorganic N (from $NH_4^+$ and $NO_3^-$). Data that meet quality control criteria can be downloaded from the website (NADP 2009).

[4] CMAQ (Community Multiscale Air Quality model). The CMAQ model forecasts wet and dry deposition of 16 primary and secondary N-containing air pollutants: $HNO_3$, $NH_3$, $NO_2$, PAN, NO, $RNO_3$, PAN2, $N_2O_5$, HONO, $ANH_4I$, MA-PAN, $ANO_3I$, PBZN, $ANO_3J$, and $ANH_4J$. Model output accounts for complex interactions among many variables (e.g., landscape, vegetation density, atmospheric chemistry, and climate). Mean annual deposition, based on 1990-1999 emissions data, was calculated on a 36 km grid as described in Porter (2007). For model details, see the online CMAQ science documentation (US EPA 2009). Lichen response was related to the total sum of wet and dry deposition of all 16 air pollutants.

mesic conifer forests of the California Sierras, and dry mixed hardwood-conifer forests of California's Greater Sacramento Valley (Geiser et al. 2010). Input variables required are minimum and maximum mean annual precipitation and a lichen community response threshold (e.g., maximum acceptable percent eutrophs). Mean annual minimum and maximum precipitation within each ecoregion was estimated from Parameter-elevation Regressions on Independent Slopes Model (PRISM) national map of 1971-2000 normals (Daly et al. 2002, PRISM 2010). Expert judgment was used to choose reasonable community response thresholds (Table 4.1). The thresholds are a minimum allowable oligotroph or maximum allowable eutroph percentage of the community composition. Input variables and response threshold justifications are presented in Table 4.1. Basically, forests with hardwood components were assigned a higher response threshold than western Oregon and Washington coniferous forests because the more alkaline bark and richer canopy exudates of hardwoods favor eutrophs. Colder forests were assigned lower response thresholds than warmer forests because native epiphytes are typically oligotrophs adapted to cold- and low-nutrient environments—eutrophs are better adapted to nutrient-concentrated, heat and drought-stressed environments typical of warmer climates. The most problematic areas were the Eastern Forest ecoregion, for which systematically sampled lichen community data exist but are confounded by current or historic levels of N and sulfur (S) deposition and atmospheric concentrations of sulfur dioxide. Because the synergistic effects of multiple pollutants on epiphytic lichens are not well understood, our critical load estimate for eastern forests, based on a western model that accounts for nutrient N deposition alone, are clearly provisional.

## 4.4 Herbaceous species and shrubs

### 4.4.1 Response Variables

Responses of herbaceous species to N deposition included changes in species abundances and composition, particularly increases in nitrophilic and invasive species, increases in productivity, and changes in foliar chemistry. In some herbaceous-dominated communities, changes in N cycling and inorganic N leaching below the rooting zone were also used. Typically, the critical loads for these variables were about 10 kg $ha^{-1}$ $yr^{-1}$ above the value estimated from changes in plant composition.

In more impacted ecoregions such as the forested areas of the eastern United States using herbaceous species for critical loads may be problematic, because, as previously stated, N deposition (in combination with S deposition) over the last half century has probably already significantly altered community composition. The critical loads obtained using herbaceous species in these more impacted regions will therefore potentially overestimate the level associated with the initial changes in plant diversity.

### 4.4.2 Acceptable Studies

We included studies across N deposition gradients and low level N fertilization experiments to evaluate herbaceous species and shrub responses to N deposition. We excluded fertilization studies when single input rates of more than double the current ambient level were used. As noted above, an implicit assumption was made that the primary factor influencing variation in herbaceous species composition in gradient studies was N deposition. We considered studies that included a range of N experimental inputs to be more reliable (##) than those which used single fertilization values or gradient studies.

### 4.4.3 How the Critical Load Value was Chosen

The critical load value was estimated as the range between the input level at which no response was observed and the lowest level at which an alteration in species abundance or changes in N cycling occurred. In some cases, the input level where a response occurred could be quantitatively assessed by fitting the response data to simple mathematical functions (Bowman et al. 2006). Quantitative changes in species composition for both gradient and N fertilization studies are best determined using point-intercept or frequency estimates. Subtle changes may be missed or misinterpreted using more subjective estimates (e.g., visual estimates of cover). An increase in nitrophilic species cover was used to determine critical loads

BLM_0061941

in tallgrass prairies, Mediterranean shrublands and deserts, and alpine tundra. Changes in community structure, using ordination analysis, was also used in alpine vegetation. In fire-prone western ecosystems, the increased productivity of invasive grasses has promoted increased fire risk, and the productivity threshold under N deposition that promotes fire has been set as the critical load (Rao et al. 2010). Decreases in the diversity of understory herbaceous species were used in eastern forests, again indicating that the initial increase in nitrophilic species has already occurred in these more impacted ecosystems.

Gradient studies were used for only a few ecoregions (e.g., coastal sage scrub). Critical loads were estimated as a range below the deposition rate where significant increases in nitrophilic species occurred. In general, this approach has not been widely used for herbaceous species composition due in large part to the multitude of factors, other than N deposition, that influence herbaceous species composition and chemistry.

Critical loads based on changes in N cycling in an alpine ecosystem were estimated as below the N inputs where significant changes in net N mineralization, nitrification, and inorganic N leaching below the rooting zone were observed

## 4.5 Forests

### 4.5.1 Response Variables

The variables considered for forests include changes in percent N in trees and soils, alterations in soil N cycling, which lead to elevated $NO_3^-$ losses, increased susceptibility to secondary stressors (freezing, drought, pests), declines in tree health, changes in tree growth, and increased mortality. We elected to include increases in tree growth as a response, because it is an indication of alteration by N inputs. In Europe, in contrast, growth responses were not considered in setting empirical critical loads for forest ecosystems (Bobbink et al. 2003). In setting the critical load, we only included declines in growth and survivorship and increases in mortality. There is considerable variation in N concentration in tissue by species and site and over time. Thus, setting a threshold value for tissue N concentration as was done

for lichens is difficult. Because repeated surveys at the same site are not often available, establishing a value for acceptable percentage increase typically is not feasible.

Changes in species composition, such as those reported for communities of shorter-lived organisms, are infrequently observed for trees. We included some studies that reported decreased tree health and growth and increased mortality, which is observed only rarely. Therefore, even more for trees than other organisms, it is important to understand the mechanisms leading to catastrophic changes to be able to identify early indicators of change.

### 4.5.2 Acceptable Studies

We included N gradient, fertilization, and long-term studies. Results from long-term, low-level fertilization and gradient studies are considered the most reliable. The additions of N in most forest fertilization studies are much greater than ambient deposition. While we note these high N fertilization studies in our discussion of biomass responses to N deposition, they are typically not relevant for calculating the critical load. Gradient studies have the advantage of demonstrating changes in real time. When a single gradient study was used, the results could not be considered more than fairly reliable, #. When many gradient studies were included (e.g., Aber et al. 2003), the results could be considered reliable, ##.

### 4.5.3 How the Critical Load Value was Chosen

In some cases (Eastern Temperate and Northern Forest ecoregions) with extensive datasets, we were able to identify an inflection point on the response curve, the point at which the response begins, and thereby identify the critical load with high certainty. We used this approach for $NO_3^-$ losses from forest ecosystems which have been shown to increase above a threshold N deposition (Aber et al. 2003, Wright et al. 2001). In regions with sparser $NO_3^-$ loss data (Northwestern Forested Mountains ecoregion), we were able to identify only the range within which the critical load is most likely to lie. For gradient studies without a clear inflection point, for example, the tree growth and mortality studies in eastern and northern forests, we set the critical load to be greater than the low end of the range of deposition over which the response was

BLM_0061942

observed. For fertilization studies, we identified the critical load as lying in the range between the highest N input for which we observed no response and the lowest N input for which we observed a response.

#### 4.5.4 Extrapolation

For the Tropical and Subtropical Humid Forests ecoregion for which there are no data, we have cautiously extrapolated our critical load values from regions that have similar biota, climate, and soils. Thus we have used, with qualification, the critical loads for the Southeastern Coastal Plain forests as the basis for a provisional estimate for the critical load for the Tropical and Subtropical Humid Forests. We did not extrapolate critical loads for forests to other ecoregions.

### 4.6 Other Ecosystems

Methods for the Great Plains, North American Deserts, Tropical and Subtropical Humid Forests, Wetlands and Inland surface waters are described in those chapters.

## LITERATURE CITED

Aber, J.D.; Goodale, C.L.; Ollinger, S.V.; Smith, M.L.; Magill, A.H.; Martin, M.E.; Hallett, R.A.; Stoddard, J.L. 2003. **Is nitrogen deposition altering the nitrogen status of northeastern forests?** BioScience. 53: 375-389.

Bennett, J.P.; Wetmore, C.M. 2005a. **Lichens of the U.S. National Parks.** The Bryologist. 108(4): 544-553.

Bennett, J.P.; Wetmore, C.M. 2005b. **NPLichen: A database of lichens in the US National Parks. 2005 Final Report.** Available at http://www.nbii.gov/files/nplichen/npl_report.pdf (Accessed May 12, 2010).

Blett, T.; Geiser, L.; Porter, E. 2003. **Air pollution-related lichen monitoring in national parks, forests, and refuges; guidelines for studies intended for regulatory and management purposes.** Tech. Rep. NPS-D2292. Denver, CO: U.S. Department of the Interior, National Park Service, Air Resources Division and U.S. Fish and Wildlife Service, Air Quality Branch; Portland, OR: U.S. Department of Agriculture, Forest Service. 26 p.

Bobbink, R.; Ashmore, M.; Braun, S.; Flückinger, W.; van den Wyngaert, I.J.J. 2003. **Empirical nitrogen critical loads for natural and semi-natural ecosystems: 2002 update.** In: Achermann, B.; Bobbick, R., eds. Empirical critical loads for nitrogen. Environmental Documentation No. 164. Berne, Switzerland: Swiss Agency for the Environment, Forests, and Landscape: 43-170.

Bowman, W.D.; Larson, J.R.; Holland, K.; Wiedermann, M.; Nieves, J. 2006. **Nitrogen critical loads for alpine vegetations and ecosystem response- are we there yet?** Ecological Applications. 16(3): 1183-1193.

Bruteig, I.E. 1993. **The epiphytic lichen *Hypogymnia physodes* as a biomonitor of atmospheric nitrogen and sulphur deposition in Norway.** Environmental Monitoring and Assessment. 26: 27-47.

Corkidi, L.; Rowland, D.L.; Johnson, N.C.; Allen, E.B. 2002. **Nitrogen fertilization alters the functioning of arbuscular mycorrhizas at two semiarid grasslands.** Plant and Soil. 240: 299-310.

Daly, C.; Gibson, W.P.; Taylor, G.H.; Johnson, G.L.; Pasteris, P. 2002. **A knowledge-based approach to the statistical mapping of climate.** Climate Research. 22: 99-113.

Egerton-Warburton, L.M.; Allen, E.B. 2000. **Shifts in arbuscular mycorrhizal communities along an anthropogenic nitrogen deposition gradient.** Ecological Applications. 10: 484-496.

Egerton-Warburton, L.M.; Johnson, N.C.; Allen, E.B. 2007. **Mycorrhizal community dynamics following nitrogen fertilization: a cross-site test in five grasslands.** Ecological Monographs. 77: 527-544.

Esslinger, T.L. 2010. **A cumulative checklist for the lichen-forming, lichenicolous and allied fungi of the continental United States and Canada.** Fargo,

ND: North Dakota State University. Available at http://www.ndsu.edu/pubweb/~esslinge/chcklst/chcklst7.htm. (Accessed June 18, 2010).

Fenn, M.E.; Baron, J.S.; Allen, E.B.; Rueth, H.M.; Nydick, K.R.; Geiser, L.; Bowman, W.D.; Sickman, J.O.; Meixner, T.; Johnson, D.W.; Neitlich, P. 2003. **Ecological effects of nitrogen deposition in the western United States.** BioScience. 53: 404-420.

Fenn, M.E.; Jovan, S.; Yuan, F.; Geiser, L.; Meixner, T.; Gimeno, B.S. 2008. **Empirical and simulated critical loads for nitrogen deposition in California mixed conifer forests.** Environmental Pollution. 155: 492-511.

Glavich, D.A.; Geiser, L.H. 2008. **Potential approaches to developing lichen-based critical loads and levels for nitrogen, sulfur and metal-containing atmospheric pollutants in North America.** The Bryologist. 111: 638–649.

Geiser, L.H.; Jovan, S.E.; Glavich, D.A.; Porter, M. 2010. **Lichen-based critical loads for atmospheric nitrogen deposition in western Oregon and Washington Forests, USA.** Environmental Pollution. 158: 2412-2421.

Geiser, L.H.; Neitlich, P.N. 2007. **Air pollution and climate gradients in western Oregon and Washington indicated by epiphytic macrolichens.** Environmental Pollution. 145: 203-218.

Jovan, S. 2008. **Lichen bioindication of biodiversity, air quality, and climate: baseline results from monitoring in Washington, Oregon, and California.** Gen. Tech. Rep. PNW-737. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 115 p.

Jovan, S.; McCune, B. 2005. **Air-quality bioindication in the greater Central Valley of California, with epiphytic macrolichen communities.** Ecological Applications 15: 1712-1726.

Jovan, S.; McCune, B. 2006. **Using epiphytic macrolichen communities for biomonitoring ammonia in forests of the greater Sierra Nevada, California.** Water, Air and Soil Pollution. 170: 69-93.

IMPROVE (Interagency Monitoring of Protected Visual Environments). N.d. **Data resources.** Available at http://vista.cira.colostate.edu/Improve/Data/IMPROVE/improve_data.htm. (Accessed May 5, 2010).

McCune, B.; Dey, J.; Peck, J.; Heiman, K.; Will-Wolf, S. 1997. **Regional gradients in lichen communities of the southeast United States.** The Bryologist. 100: 145-158.

McCune, B.M.; Geiser, L.H. 2009. **Macrolichens of the Pacific Northwest.** 2nd Edition. Corvallis, OR: Oregon State University Press. 448 p.

McCune, B.; Grenon, J.; Mutch, L.S.; Martin, E.P. 2007. **Lichens in relation to management issues in the Sierra Nevada national parks.** Pacific Northwest Fungi. 2: 1-39.

McCune, B; Mefford, M.J. 1999. **PC-ORD. Multivariate analysis of ecological communities, Version 4.24.** MJM Software: Gleneden Beach, OR.

NADP (National Atmospheric Deposition Program). 2009. **NADP maps and data.** Available at http://nadp.sws.uiuc.edu/data/. (Accessed May 5, 2010).

NRCS (Natural Resources Conservation Service). 2011. **The PLANTS database.** Baton Rouge, LA: U.S. Department of Agriculture, Natural Resources Conservation Service, National Plant Data Center. Available at http://plants.usda.gov. (Accessed Feb. 9, 2011).

Porter, M.K. 2007. **Regional modeling of nitrogen, sulfur, and mercury atmospheric deposition in the Pacific Northwest.** Pullman, WA: Washington State University. 127 p. M.S. thesis.

PRISM (Parameter-elevation Regressions on Independent Slopes Model). 2010. **PRISM climate group.** Available at http://www.prism.oregonstate.edu/. (Accessed December 3, 2010)

Rao, L.E.; Allen, E.B.; Meixner, T. 2010. **Risk-based determination of critical nitrogen deposition loads for fire spread in southern California deserts.** Ecological Applications. 20: 1320-1335.

Sigüenza, C.; Crowley, D.E.; Allen, E.B. 2006. **Soil microorganisms and fatty acid methyl ester profiles along a N deposition gradient.** Applied Soil Ecology. 32: 13-26.

Söchting, U. 1995. **Lichens as monitors of nitrogen deposition.** Cryptogamic Botany. 5 (3): 264-269.

University of California Davis. 1995. **IMROVE data guide.** Available at http://vista.cira.colostate.edu/Improve/Publications/OtherDocs/IMPROVEDataGuide/IMPROVEDataGuide.htm (Accessed May 5, 2010).

UBA (UmweltBundesAmt). 2004. **Manual on methodologies and criteria for modeling and mapping critical loads and levels and air pollution effects, risks, and trends.** Berlin: Federal Environmental Agency (UmweltBundesAmt). Available at http://icpmapping.org/cms/zeigeBereich/11/manual-english.html. (Accessed May 12, 2010).

US EPA (U.S. Environmental Protection Agency). 2009. **CMAQ science documentation.** Available at http://www.epa.gov/asmdnerl/CMAQ/CMAQscienceDoc.html. (Accessed May 5, 2010).

U.S. Forest Service. N.d. **National lichens and air quality database and clearinghouse.** Available at http://gis.nacse.org/lichenair/. (Accessed May 5, 2010).

U.S. Forest Service. 2005. **Forest Inventory and Analysis National Program.** Lichen communities. Monitoring air quality and biodiversity. Available at http://fia.fs.fed.us/lichen (Accessed May 5, 2010).

U.S. Forest Service. 2007. **Forest Inventory and Analysis Program.** Phase 3 Field Guide - Section 10. Lichen Communities, Version 4.0. Available at http://fia.fs.fed.us/library/field-guides-methods-proc/docs/2007/p3_4-0_sec10_10_2007.pdf. (Accessed May 5, 2010).

U.S. Geologic Survey. 2009. **NPElement, a database of lichen elemental concentrations in the U. S. National Parks.** Version 1.0. Available at http://www.nwhc.usgs.gov/our_research/np_element.jsp (Accessed May 5, 2010).

U.S. Geologic Survey. 2010. **NPLichen, a database of lichens in the U. S. National Parks.** 2010. Version 4.5. Available at http://www.nbii.gov/nplichen. (Accessed May 5, 2010).

Vitt, D.H.; Wider, K.; Halsey, L.A.; Turetsky, M. 2003. **Response of *Sphagnum fuscum* to nitrogen deposition: A case study of ombrogenous peatlands in Alberta, Canada.** The Bryologist. 106(2): 235-245.

Wright, R.F.; Alewell, C.; Cullen, J.M.; Evans, C.D.; Marchetto, A.; Moldan, F.; Prechtel, A.; Rogora, M. 2001. **Trends in nitrogen deposition and leaching in acid-sensitive streams in Europe.** Hydrology and Earth System Sciences. 5: 299-310.

36

BLM_0061946

# 5 TUNDRA

K. Nadelhoffer and L.H. Geiser

## 5.1 Ecoregion Description

The North American Arctic, comprising the Tundra and Arctic Cordillera ecoregions (CEC 1997, Chapter 2), covers more than 3 million km$^2$ (300 million ha), and accounts for nearly 14 percent of the North American land mass. The North American Arctic also constitutes about 20 percent of the much larger circumpolar Arctic shared by Canada, the United States, and six European and Asian countries. The ecoregion description is adapted from CEC (1997). The Tundra ecoregion (CEC 1997, Figure 2.2) is a mosaic of alpine meadows, foothills, mesas, low-lying coastal plains, river corridors, and deltas encompassing northern and western Alaska, the arctic islands of Canada, northern portions of the Yukon and Northwest Territories, and far northern Quebec. Coastal plains are typically wet with high densities of shallow lakes which are covered by ice for 9 months or more. Uplands have fewer, deeper lakes, most of which are connected to river networks draining into the Arctic Ocean or Bering Sea. A key feature is that soils are frozen in spatially contiguous permafrost and often contain large stores of organic carbon (or "peat"). Soil surface layers thaw in summers, usually to a depth of <1 m. The climate is characterized by long, dark, cold winters and short, cool summers with up to several months of daylight. Annual precipitation varies from 10 to 50 cm; snow may fall any month and snow pack usually persists for at least 9 months. Snowfall and its redistribution by winds both influence and are partly determined by plant community structure. The vegetation is characterized by combinations of sedges, grasses, shrubs, bryophytes, lichens, and forbs. Shrubs include dwarf birch (*Betula nana*), willows (*Salix spp.*), and heath species. Moving from south to north, shrub densities typically decrease, and sedges, mosses, and lichens increasingly dominate. River valleys are often lined with tall birch or willow shrubs, and occasionally with small balsam poplar (*Populus balsamifera*) or stunted white and black spruce (*Picea glauca* and *P. mariana*) trees. Wetlands are common in low-lying areas and support sedges and bryophytes.

## 5.2 Ecosystem Responses to N Deposition

A growing body of literature shows that plant growth, litter and soil organic matter decomposition, primary productivity, ecosystem carbon (C) storage, and plant community composition in arctic tundra ecosystems are at least partly controlled by nitrogen (N) availability and N deposition rates. This is because low N availability limits both microbial decomposition and plant growth in arctic tundra (Robinson and Wookey 1997, Shaver et al. 1992). For example, high rates of N addition can lead to large losses of organic C from tundra peat as well as to increases in vascular plant growth (Mack et al. 2004). Experimental N additions typically increase plant growth in tundra and responses are moderated by environmental factors. Graminoids and shrubs become dominant in dry heath tundra in well drained uplands, shrubs become dominant in moist tundra on gentle slopes, graminoid biomass increases in low-lying wet tundra, and bryophyte (mosses, hornworts, and liverworts) and lichen biomass increases with increasing moisture availability (Shaver et al. 1998, van Wijk et al. 2004). Even though N deposition may increase plant growth and net primary production, increases in peat and soil organic matter decomposition resulting from N deposition could be large enough to offset C accumulation by vegetation, resulting in net C losses from tundra ecosystems (Nowinski et al. 2008).

Bryophytes and lichens (referred to collectively as cryptogams) are of particular concern in the arctic because they regulate tundra water balances and energy balances. Cryptogams, especially sphagnum mosses, can dominate the top layer of tundra; the accumulated necrotic biomass can be a major component of peat, which is highly hygroscopic. In addition, acids and phenolic compounds in cryptogams inhibit decay. The growth and abundances of bryophytes and lichens can be diminished by the direct effects of moderate to high N inputs. In addition, increased growth of competing graminoid and shrub species in response to N inputs can

result in shading of low-lying bryophytes and lichens, thereby decreasing cryptogam biomass indirectly, even when cryptogam growth is N limited (Berendse et al. 2001, Bubier et al. 2007, van der Wal et al. 2005). Shifts in cryptogam cover, biomass, morphology, and chemistry; changes in the composition of vegetative communities; and shifts in vegetation growth forms to greater dominance by vascular plants (graminoids and shrubs in particular) are indicators of tundra ecosystem responses to N deposition, as well as to other climate change drivers. Also, changes in cryptogam communities and bryophyte-lichen layer thickness, whether derived from N toxicity, shading from vascular plants, or other factors, can alter tundra soil moisture balances, temperature, and nutrient cycling rates (Gornall et al. 2007).

Aquatic ecosystems are often "first responders" to changes in environmental conditions, as their structure and functionality can be altered by changes in exports of nutrients and organic materials from terrestrial ecosystems within drainage basins. This sensitivity is particularly true in arctic tundra, where shallow depth of soil thaw and short residence times of soil solutions can lead to rapid changes in drainage water chemistry in response to biogeochemical changes in terrestrial ecosystems (Hobbie et al. 1999a, Keller et al. 2007), such as could result from elevated N deposition. Arctic streams are sensitive to N inputs, whether from increased N deposition or from increased decomposition in drainage basins due to warming and deeper soil thaw (Benstead et al. 2005). Evidence is emerging from Canada that diatom communities, nutrient cycling, and sediment formation in arctic lakes are being altered by elevated N deposition (Wolfe et al. 2006). Such studies indicate that N deposition may be altering the functioning of terrestrial as well as aquatic ecosystems in arctic tundra regions over broad scales, even when the effects of N deposition on individual terrestrial communities and ecosystems are undetectable.

## 5.3 Range of Responses Observed

Similarities among Northern Hemisphere arctic ecosystems in climate, soils, marine influences, hydrology, and vegetation justify the application of Eurasian research to assessments of the North American tundra response to N deposition. The definition of tundra employed by Bobbink et al. (2003) and the UNECE (2007) for Europe is based on the European University Information Systems (EUNIS) system of classification (Davies et al. 2004). 'Tundra' ecosystems share similarities with 'arctic, alpine and subalpine scrub habitats' ecosystems in that the growing season is short, temperatures are low, winds are frequent and strong, and the distribution of plant communities depends on the distribution of snow during winter and spring. Both ecosystem types are influenced by frost activity or solifluction, slow rates of organic matter decomposition and nutrient cycling, and limitation of primary production due to low nutrient availability (Robinson and Wookey 1997). As with North American tundra, the key feature that distinguishes tundra from other ecological regions in both the CEC and EUNIS systems is the presence of permafrost, which restricts deep root penetration and often keeps the overlying thawed soil layer waterlogged in summer. Responses to N deposition are summarized in Table 5.1.

### 5.3.1 Community Level Responses of Tundra Vegetation

Long-term N addition experiments typically add N at high rates, e.g., 10 to100 kg $ha^{-1}$ $yr^{-1}$. These rates are one to two orders of magnitude greater than background N deposition rates and well in excess of tundra plant N uptake requirements. Such experiments provide insights into mechanisms of vascular plant responses to atmospheric N deposition but are of limited use in quantifying ecosystem response levels. Growth rates of vascular plant species typically increase in response to experimental N additions in dry, moist, and wet tundra ecosystems in both low and high latitude arctic regions. Because vascular plant species differ in sensitivity to N deposition and N availability, plant community composition typically shifts after several years or decades of experimental N additions. For example, primary productivity increased dramatically in dry heath tundra near Toolik Lake, Alaska, after 8 years of fertilization at 100 kg N $ha^{-1}$ $yr^{-1}$ (Gough et al. 2002). Species richness decreased in this study as dwarf birch, a low-lying shrub, became dominant and various graminoids, shrubs, forbs, and cryptogams declined. Species shifts and primary

productivity may increase with N additions in high arctic systems as well. For example, Madan et al. (2007) reported increases in growth and biomass of shrubs (willows and purple mountain saxifrage (*Saxifraga oppositofolia*)) as well as increases in cryptogam cover in Greenland polar deserts (ambient deposition 1 kg N $ha^{-1}$ $yr^{-1}$) in response to relatively low levels (5 kg N $ha^{-1}$ $yr^{-1}$) of experimental N addition.

A recent 3-year study in northwest Greenland (Arens et al. 2008) suggests that N addition rates as low as 1 to 5 kg $ha^{-1}$ $yr^{-1}$ (ambient deposition of 0.1 to 5 kg N $ha^{-1}$ $yr^{-1}$) can dramatically increase photosynthesis and growth of grass species, and significantly alter the structure and function of high arctic systems, particularly with increases in phosphorus (P) availability. The target high arctic ecosystem encompassed dwarf shrubs, graminoids, forbs, bryophytes, and lichens. Measuring carbon dioxide ($CO_2$) fluxes in a portable field chamber, the authors demonstrated a near doubling of gross ecosystem photosynthesis at plots with 0.5 and 1 kg added N $ha^{-1}$ $yr^{-1}$ after both 1 and 2 years of treatment. The photosynthesis response saturated between 1 and 5 kg added N $ha^{-1}$ $yr^{-1}$, presumably because P became limiting. Total plant cover followed the same pattern, increasing up to the addition of 1.0 kg N $ha^{-1}$ $yr^{-1}$, then decreasing or not changing through 5 kg added N $ha^{-1}$ $yr^{-1}$; grasses invaded much of the bare ground. Cover of deciduous shrubs increased 41 percent in the 0.5 kg N $ha^{-1}$ $yr^{-1}$ treatment, graminoids cover increased 97 percent with the 1 kg N $ha^{-1}$ $yr^{-1}$ treatment, and forb cover increased 296 percent and 740 percent with 1 and 5 kg N $ha^{-1}$ $yr^{-1}$ treatments. Bryophyte and lichen cover appeared to increase to 1 kg N $ha^{-1}$ $yr^{-1}$ and then decrease, but significance was not noted. The N+P treatment (5 kg N $ha^{-1}$ $yr^{-1}$ plus 2.5 kg P $ha^{-1}$ $yr^{-1}$)—produced the greatest responses, including significant increases in cover of alpine fescue (*Festuca brachyphylla*) grass (from 1.3 percent to 43.8 percent), arctic willow (*Salix arctica*) (4.5 percent to 13.8 percent), bryophytes (3 percent to 10.7 percent), alpine chickweed (*Cerastium alpinum*) (0.2 percent to 4.8 percent), the establishment of arctic bluegrass (*Poa arctica*) (from 0 percent to 6.5 percent), significant decreases in total lichen cover (from 8.2 percent to 2.3 percent), and the eradication of purple mountain saxifrage (from 0.8 to 0 percent). Among the three dominant plants (curly sedge [*Carex rupestris*], entireleaf mountain-avens [*Dryas integrifolia*], and arctic willow), foliar N increased linearly through 5 kg $ha^{-1}$ $yr^{-1}$ of added N. These results provide striking evidence of ecologically important increases in ecosystem productivity, vegetative cover, and altered community composition after just 1 to 2 years of very low N additions.

A meta-analysis by van Wijk et al. (2004) showed that vascular plant growth, primary productivity, and biomass of wet and moist tundra ecosystems in mid-arctic regions of Alaska and Scandinavia increased dramatically in experimental nutrient addition plots (N alone and in combination with P and other nutrients). However, increases in shrub growth in moist tundra were greater in Alaska than in Europe and were greater in moist than in wet tundra. Shrub and graminoid growth increased in both regions, but at the expense of forbs and cryptogams. Also, recent work in mid-arctic Alaska suggests that N deposition on non-acidic tundra (with base-rich soils), unlike the more extensive acidic tundra, may not lead to shrub dominance (Gough and Hobbie 2003). In non-acidic tundra types, enhanced graminoid growth will likely diminish the importance of forbs and cryptogam species.

Bryophytes, particularly mosses, can have positive growth responses to atmospheric N deposition because they lack roots and assimilate N and other nutrients almost exclusively via foliar uptake (Salemaa et al. 2008, Solga and Frahm 2006). Thus, where graminoid and shrub species do not overtop mosses and other bryophytes, N deposition could increase plant growth, primary productivity, and moss mat thickness. However, N deposition can also increase tissue turnover and mortality in some arctic mosses (Koranda et al. 2007), and thereby diminish moss cover in some tundra ecosystems. Also, competition by more erect vascular plants can lead to competitive suppression of moss growth and decreases in moss cover even when moss growth is N limited (Klanderud 2008). Positive growth responses of vascular plants to increased N availability can lead to declines in lichen biomass in low- and mid-arctic regions (van Wijk et al. 2004), but probably not in the high arctic (Cornelissen et al. 2001, Madan et

al. 2007), where plant cover is typically less than 100 percent of soil surface area.

A seminal, long-term experiment in the high arctic of the Svalbard Islands, Norway, by Gordon et al. (2001) has been used to identify plant responses observed at different N input levels. The experiment involved three common tundra communities dominated by dwarf shrubs (mountain-avens, mountain heather (*Cassiope*), and willow species) and also characterized by lichens and bryophytes. Background deposition was very low (<1 kg N $ha^{-1}$ $yr^{-1}$) with N treatments of 0, 10 and 50 kg $ha^{-1}$ $yr^{-1}$ as ammonium nitrate ($NH_4NO_3$) solution and 0 and 5 kg P $ha^{-1}$ $yr^{-1}$ as potassium dihydrogen phosphate ($KH_2PO_4$) in five applications per growing season over 8 years. They reported the following:

- Responses were rapid and persistent. Both N and P concentrations in a dicranum moss (*Dicranum scoparium*) and the juniper polytrichum moss (*Polytrichum juniperinum*) increased with each level of nutrient application. Nitrate ($NO_3^-$) reductase activity decreased in juniper polytrichum at the low N treatment, suggesting N saturation and the potential for nitrate to pass through the bryophyte layer to become available to microbes and higher plants. Composition of the vegetation communities shifted significantly with a notable decrease in lichen cover. Bryophyte productivity increased and persisted 5 years after N additions ceased, suggesting that N (mainly $NH_4^+$) was strictly conserved in the bryophyte layer and that any reversal of the effect would be slow.
- The P treatment provided unequivocal evidence of partial limitation by P in this ecosystem, with greater response to N when P was applied. Therefore, in tundra systems, critical loads are expected to be lower in ecosystems that are not P-limited. This is especially notable because global warming is expected to increase both N and P availability (currently wet tundra sites are more likely to be P-limited than moist sites with a thinner peat layer, while dry tundra sites are primarily N-limited [Shaver et al. 1998]).

A circumpolar comparison of effects of N deposition and temperature-warming treatments on lichen cover by Cornelissen et al. (2001) included three studies from North America: Chapin et al. (1995), Hik (as reported in Cornelissen et al. 2001), and Hobbie et al. (1999b), and 11 studies from Sweden and Norway. The Cornelissen meta-analysis demonstrated consistent marked decreases in lichen cover with increased N availability and increasing temperature; all N application rates were relatively high, between 40 and 100 kg $ha^{-1}$ $yr^{-1}$ for a minimum of 3 years. In the low arctic and subarctic, this response was attributed to increased shading of lichens by shrubs, which generally reached a taller stature and were more responsive to N fertilization at lower latitudes compared to the high arctic. Although lichens can achieve a net positive photosynthesis rate very rapidly after hydration, they are often light-limited in the Arctic due to low incident radiation (Hahn et al. 1993). Shading, whether from shrubs or fog and cloud cover, significantly reduces lichen growth rates. Lichen cover responses in the high arctic were more ambiguous, with some studies showing slight increases and others small decreases. Cornelissen (2001) concluded that tundra lichens in climatically milder arctic ecosystems may decline with global climate change because higher temperatures are associated with greater availability of N and P, all of which favor vascular plants.

In addition to the above three North American studies, a study was conducted by Weiss et al. (2005) at the Toolik Lake Tundra LTER site (Alaska), in the northern foothills of the Brooks Range. They documented an essential absence of lichens after 10+ years of fertilization at 100 kg N $ha^{-1}$ $yr^{-1}$. Phosphorus fertilization at 50 and 100 kg $ha^{-1}$ $yr^{-1}$ improved $N_2$ fixation rates of the felt lichens, *Peltigera apthosa* and *P. polydactylon*, but the effect was unimportant compared to the reduction in lichen cover.

Since the Bobbink et al. (2003) assessment, a number of studies have provided further insight regarding the effects of N and P availability on tundra vegetation. During a 10-year experiment, Fremstad et al. (2005) tested species cover in low alpine and middle alpine vegetation communities in the Dover Mountains of south-central Norway. Nitrogen was added at 7, 35, and

BLM_0061950

70 kg ha$^{-1}$ yr$^{-1}$; background N deposition was 2 to 4 kg ha$^{-1}$ yr$^{-1}$. The most sensitive species at the warmer, low-alpine site were a witch's hair lichen (*Alectoria nigricans*) and a cetraria lichen (*Cetraria ericetorum*). These species exhibited significant decreases in cover at the lowest N application rate of 7 kg ha$^{-1}$ yr$^{-1}$. Cover of other witch's hair (*Alectoria ochroleuca*), cetraria (*Flavocetraria cucullata, F. nivalis*), and reindeer (*Cladonia mitis, C. rangiferina, C. stellaris*) lichens decreased at the application rate of 35 kg N ha$^{-1}$ yr$^{-1}$. The only lichen unaffected by any level of N application was the $N_2$-fixing snow lichen, *Stereocaulon paschale*. In contrast, fertilization had no significant effect on the bryophytes or vascular plants (dwarf shrubs and graminoids) except for sheep fescue (*Festuca ovina*), a grass, which increased slightly. At the colder, mid-alpine site, a cetraria lichen (*Cetrariella delisei*), was the only species in which cover changed over 10 years due to N application, and then only at the addition rate of 70 kg ha$^{-1}$ yr$^{-1}$, implying a slower response time in colder climates.

### 5.3.2 Physiological and Chemical Responses of Vegetation

The adaptation of arctic vegetation, especially lichens and bryophytes, to N-limited ecosystems through extreme conservation has been well illustrated recently by two studies employing $^{15}N$ as a tracer. Tye et al. (2005) conducted one-time additions of 1 or 5 kg $^{15}N$ ha$^{-1}$, using separate applications of $^{15}N$-labeled sodium nitrate ($NaNO_3$) and ammonium chloride ($NH_4Cl$) at both levels of N addition, in addition to the background deposition rate of 1 kg N ha$^{-1}$ yr$^{-1}$ at two sites in the high arctic tundra of Svalbard, Norway. They observed a highly conservative retention by soil, litter, and vegetation of ~60 percent of both N ions of the initial application across all 3 years. On a unit weight basis, the lichens and graminoids were especially good scavengers of $^{15}N$ and exhibited a high capacity to immobilize additional N released compared to other sinks (microbes, vascular plants, mosses, willows, litter, humus, mineral soils), although the bulk of $^{15}N$ was stored in humic and mineral fractions of the soil and in bryophytes. Kytöviita and Crittenden (2007), in a study of lichen mats dominated by reindeer and snow lichens (*Cladonia* and *Stereocaulon*) in a dry boreal forest of Finland, demonstrated that a significant portion of $^{15}N$ fed to the lower parts of lichens is translocated towards growing apices. They concluded that internal recycling of N improves N use efficiency in lichens and is likely ecologically important in N-limited environments typical of the undisturbed arctic. These and other studies have repeatedly shown a direct correlation between N application or N availability and concentrations of N in lichen thalli (Hahn et al. 1993; Hyvärinen and Crittenden 1998a, 1998b; Hyvarinen et al. 2003; Walker et al. 2003; Weiss et al. 2005).

In addition to decreases in lichen cover with increasing N availability, mostly at relatively high application rates, new evidence points to clear but more subtle effects of low rates of N application (3 to 10 kg ha$^{-1}$ yr$^{-1}$) on lichen physiology. Makkonen et al. (2007) showed the vulnerability of normally N- and P-limited lichens to nutrient enrichment. Lichen cushions of the star reindeer lichen (*Cladonia stellaris*) were treated with 3 and 10 kg N ha$^{-1}$ yr$^{-1}$ and 10 kg P ha$^{-1}$ yr$^{-1}$, alone and in combination, over 14 weeks. Nitrogen, P, and N:P ratios influenced the proportion of the medullary layer volume occupied by the algal cells, the thallus volume occupied by the internal lumen, and the algal cell-wall area covered by fungal hyphae, indicating that ecologically realistic changes in the availability of key macronutrients can alter the growth of symbionts. Hyvärinen et al. (2003) showed that a moderate N treatment (3 kg ha$^{-1}$ against a background of 0.5 kg ha$^{-1}$ wet deposition in 3 months) lowered usnic acid ($C_{18}H_{16}O_7$) concentrations in the star reindeer lichen with and without P application; P alone increased usnic acid, and higher N (10 kg ha$^{-1}$) had no effect on usnic acid. None of the treatments increased growth rate. Usnic acid in lichens has well established anti-microbial and UV-β protection properties (Rikkinen 1995) relating to lichen fitness. By inhibiting catalysis of urea to carbon dioxide ($CO_2$) and ammonia ($NH_3$), usnic acid likely moderates metabolic imbalances in lichens created by excess C and insufficient N (Rikkinen 1995).

Sundberg et al. (2001), in an elegant study of lichen transplants, demonstrated the highly regulated, species-specific balance of C and N for coordinated development of lichen thalli. Nitrogen availability to transplants of the arctic kidney lichen (*Nephroma*

*arcticum*) and a felt lichen (*Peltigera aphthosa*) was manipulated during 4 summer months by removing cyanobacterial $N_2$-fixing structures to cause N starvation, or by weekly irrigation with $NH_4NO_3$ at a rate of 9 kg N $ha^{-1}$ $yr^{-1}$ plus background deposition of 5 kg $ha^{-1}$ $yr^{-1}$. N-starved lichens continued to gain weight, but did not increase in cover, demonstrating that C-fixation can proceed under N-limited conditions, although N is required for hyphal growth. Cover of lichens with added N increased more slowly than nonfertilized controls. For all treatments, weight gain was dependent on the proportion of N invested in algal photosynthetic tissue and there was a positive correlation between light use efficiency and thallus N. Intra-specific ratios of chlorophyll *a*:chitin (an N-containing polysaccharide in cell walls) and chlorophyll *a*:ergosterol (an N-containing component of cell membranes in fungi and algae) were relatively constant across a two- to threefold variation in thallus N, suggesting that lichens regulate N distribution within the thallus.

## 5.4 Critical Loads Estimate

We have few experiments assessing the effects of N additions at our proposed critical load for the North American Tundra ecoregion. There is only one published study specific to the North American Tundra ecoregion (Arens et al. 2008) that has used ecologically realistic N input rates to suggest vascular plant, bryophyte, or lichen-based critical loads (see Table 5.1). Critical loads are summarized in Table 5.2.

In 2003, the empirically derived critical load for tundra ecosystems in Europe proposed by Bobbink et al. (2003) and adopted by the UNECE (2007) was 5 to 10 kg N $ha^{-1}$ $yr^{-1}$. This range was considered reliable, even though it is based primarily on one long-term experiment in the high arctic of the Svalbard Islands, Norway, by Gordon et al. (2001). This study is compelling because it included the critical load range, involved controlled additions of N, and looked at responses over an 8-year period (Table 5.1). Data from Fremstad et al. (2005) and Madan et al. (2007), which demonstrated vegetation community responses at 9 to 11 and 6 kg N $ha^{-1}$ $yr^{-1}$, respectively, corroborate the research by Gordon et al. (2001) and point to the important mediating role of other environmental and genetic factors in cryptogam and vascular plant responses to N deposition. In particular, harsher climates and intrinsic properties of individual species may slow the rate of, or override, responses.

European analyses suggest critical loads not exceed 5 to 10 kg N $ha^{-1}$ $yr^{-1}$, but the long-term effects of deposition rates lower than 5 kg N $ha^{-1}$ $yr^{-1}$ on tundra ecosystems have not yet been adequately assessed. Recent work, however, suggests arctic systems may respond to rates of N deposition between 1 and 5 kg $ha^{-1}$ $yr^{-1}$ with altered gross photosynthetic productivity, structure, and function of plant communities (Arens et al. 2008). Background N deposition rates in European tundra are higher than N deposition in relatively less polluted regions of the North American Arctic. For example, precipitation chemistry measurements at the Toolik Lake Arctic Tundra LTER site in northern Alaska (Hobara et al. 2006, Shaver[5]) and at NADP sites elsewhere in Alaska (See Chapter 6, and data from Ambler, Alaska, at http://nadp.sws.uiuc.edu/ads/2004/AK99.pdf) show that inorganic N inputs from the atmosphere are <0.5 kg N $ha^{-1}$ $yr^{-1}$.

Given the multiple lines of evidence from Arens et al. (2008) that deposition as low as 1 kg N $ha^{-1}$ $yr^{-1}$ can impact tundra ecosystems, setting critical loads at 10 to 20 times current N deposition rates measured at relatively pristine tundra sites would be unwise. Aquatic systems in arctic drainages (Wolfe et al. 2006) and indicator species among the shrubs, grasses, lichens, and mosses appear to be responding to N deposition at low levels of ambient atmospheric or experimental N inputs. Cellular ultrastructure and pigment production are sensitive to deposition loading of ≤3 kg N $ha^{-1}$ $yr^{-1}$ (Hyvärinen et al. 2003, Makkonen et al. 2007). Moreover, vegetation in tundra ecosystems is highly efficient with respect to N cycling (Chapin et al. 1980), with plant N uptake from soil ranging between 1 to 6 kg $ha^{-1}$ $yr^{-1}$, or 20 to 25 percent of the 5 to 20 kg N used to supply annual primary productivity (Shaver et al. 1991,

[5] Shaver, G.R. Unpublished data. Senior scientist of Marine Biological Laboratory, Ecosystems Center, Woods Hole, MA 02543.

BLM_0061952

**Table 5.1—Responses to N deposition for the Tundra ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Site | N input *kg ha⁻¹ yr⁻¹* | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| NW Greenland | 1-5 | ## | Increased net $CO_2$ uptake by combined vegetation saturating at 1.5 kg N $ha^{-1}$ $yr^{-1}$; changes in shrub, graminoid, forb, bryophyte, and lichen diversity and cover; increased grass cover, increased foliar N | Response is greater if P availability increases | Arens et al. 2008 |
| Hailuota Island, northern Finland, 65° N | <3 | (#) | Decreased usnic acid concentrations in lichens at 3 kg; no effect at 10 kg (concave response) | 3 kg $ha^{-1}$ on background of 0.5 kg $ha^{-1}$ for 3 months. P increased usnic acid | Hyvärinen et al. 2003 |
| Hailuota Island, northern Finland, 65° N | 3 to 10 | (#) | Increase in lichen N concentrations, reduction in medullary volume, increase in internal lumen volume | 14 week addition of 3 and 10 Kg N (total) and 10 kg P to lichen cushion transplants; P moderated N response | Makkonen et al. 2007 |
| Greenland polar deserts | 6 | ## | Increases in shrub and cryptogam growth and biomass | N addition of 5 kg $ha^{-1}$ $yr^{-1}$, plus 1 kg $ha^{-1}$ $yr^{-1}$ deposition | Madan et al. 2007 |
| Dover Mtns, south-central Norway 60 ° N | <9-11 | ## | Decreased lichen cover and increased grass cover at warmer but not colder site | 10 yr experimental addition of N at 7, 35 and 70 kg $ha^{-1}$ $yr^{-1}$ to low and mid alpine vegetation, plus 2 to 4 kg N $ha^{-1}$ $yr^{-1}$ deposition | Fremstad et al. 2005 |
| Svalbard Islands, Norway 78 ° N | <10 | ## | Increased N and P concentrations in cryptogams, reduced nitrate reductase activity in bryophytes, N saturation of cryptogam layer, decrease in lichen cover, and increase in bryophyte cover | 8 yr addition of 0, 10 and 50 kg N $ha^{-1}$ $yr^{-1}$; 0 and 5 kg P $ha^{-1}$ $yr^{-1}$ to three high arctic vegetation types. Adding P exacerbated adverse N effects. Wet tundra (P limited) may have higher critical loads than dry tundra (N limited) | Gordon et al. 2001 |
| Västerbotten, Sweden 66.2° N (collected); Ulterviken, Sweden 63.5° N (transplanted) | <14 | # | Increased lichen N concentrations; slightly slowed growth in cover area; increase in chlorophyll a, ergosterol, and chitin | Comparison of N starved (cephalodia removed), control and 10 kg $ha^{-1}$ $yr^{-1}$ N to $N_2$-fixing lichens. After 4 months fertilization appeared to mostly benefit lichens, which were N-limited | Sundberg et al. 2001 |
| Circumpolar arctic | <40 | # | Increased growth of shrubs, decrease in lichen cover (attributed to shading by shrubs) | Meta-analysis of 14 arctic studies. Responses diminish with latitude due to colder temps and poorer N and P mobilization | Cornelissen et al. 2001 |
| Toolik Lake tundra LTER, Brooks Range, Alaska 66° N | <50 | ## | Decreased cover and species diversity of lichens | Lichens disappeared after 10 years fertilization at 100 kg $ha^{-1}$ $yr^{-1}$ | Weiss et al. 2005 |

BLM_0061953