**Table 5.2—Empirical critical loads of nutrient N for the Tundra ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Ecosystem component | Critical Load for N deposition $kg\ ha^{-1}\ yr^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Tundra: herbs | 1-3 | ## | Changes in $CO_2$ exchange, cover, foliar N, and community composition of vascular plants | N addition study, Greenland high arctic, P enhanced N effects | Arens et al. 2008 |
| Tundra: cryptogams | 1-3 | (#) | Changes in lichen pigment production and ultrastructure, changes in lichen and bryophyte cover | N addition studies, high and low arctic, P enhanced or moderated N effects | Arens et al. 2008, Hyvärinen et al. 2003, Makkonen et al. 2007 |

Shaver and Chapin 1991). Nitrogen deposition rates equal to or in excess of annual plant N uptake would likely alter competitive interactions among plant species, dominant growth forms, biogeochemical exports, and energy balances of tundra ecosystems. Given the high degree of N limitation of plant growth in the North American Tundra ecoregion, low background levels of N deposition in historic and geological time, low levels of N cycling between tundra plants and soils, and the apparent sensitivity of freshwater ecosystems in the Arctic to changes in landscape biogeochemistry, the North American Tundra ecoregion critical load for N deposition should considerably lower than the European tundra critical load. We recommend that the critical load for the North American Tundra ecoregion be 1 to 3 kg N ha$^{-1}$ yr$^{-1}$; the lower value is two times estimates for inorganic N deposition in Alaskan tundra monitoring sites. We consider this critical load to be reliable, but note that it is primarily supported by work in a single high arctic location in North America (Arens 2008).

## 5.5 Future Research Directions and Gaps in Data

A more extensive network of atmospheric deposition monitoring stations is clearly needed in the North American Tundra ecoregion. These monitoring stations should focus on acquiring high quality, year-round measurements of inorganic, particulate, and organic N forms as well as other biologically active elements including S, mercury (Hg), calcium (Ca), magnesium (Mg), and potassium (K). Further research is needed, specifically in North American tundra locations outside of Greenland, in both high and low arctic

environments. This research should compare ecologically realistic applied, measured, or modeled N deposition with biogeochemical responses to N deposition, with physiological/morphological/distribution data for various indicator vascular plant, bryophyte and lichen species, and with foliar or thallus N concentrations. Until then, critical loads based on responses from Nordic countries will remain our best estimates.

## LITERATURE CITED

Arens, S.J.T.; Sullivan, P.F.; Welker, J.M. 2008. **Nonlinear responses to nitrogen and strong interactions with nitrogen and phosphorus additions drastically alter the structure and function of a high arctic ecosystem.** Journal of Geophysical Research-Biogeosciences. 113: G03509.

Benstead, J.P.; Deegan, L.A.; Peterson, B.J.; Huryn, A.D.; Bowden, W.B.; Suberkropp, K.; Buzby, K.M.; Green, A.C.; Vacca, J.A. 2005. **Responses of a beaded arctic stream to short-term N and P fertilisation.** Freshwater Biology. 50: 277-290.

Berendse, F.; Van Breemen, N.; Rydin, H.; Buttler, A.; Heijmans, M.; Hoosbeek, M.R.; Lee, J.A.; Mitchell, E.; Saarinen, T.; Vasander, H.; Wallen, B. 2001. **Raised atmospheric $CO_2$ levels and increased N deposition cause shifts in plant species composition and production in *Sphagnum* bogs.** Global Change Biology. 7: 591-598.

Bobbink, R.; Ashmore, M.R.; Braun, S.; Fluckiger, W.; van der Wyngaert, I.J.J. 2003. **Empirical**

BLM_0061954

nitrogen critical loads for natural and semi-natural ecosystems: 2002 update. In: Achermann, B.; Bobbink, R., eds. Empirical critical loads for nitrogen. Environmental Documentation 164. Berne, Switzerland: Swiss Agency for the Environment, Forests and Landscape: 143-170.

Bubier, J.L.; Moore, T.R.; Bledzki, L.A. 2007. Effects of nutrient addition on vegetation and carbon cycling in an ombrotrophic bog. Global Change Biology. 13: 1168-1186.

CEC (Commission for Environmental Cooperation). 1997. Ecological regions of North America: Toward a common perspective. Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/files/pdf/BIODIVERSITY/eco-eng_EN.pdf. (Accessed May 24, 2010).

Chapin, F.S., III; Miller, P.C.; Billings, W.D.; Coyne, P.I. 1980. Carbon and nutrient budgets and their control in coastal tundra. In: Brown, J.; Miller, P.C.; Tieszen, L.L.; Bunnell, F.L., eds. An arctic ecosystem: The coastal tundra at Barrow, Alaska. Stroudsburg, PA: Dowden, Hutchinson, and Ross: 458-483.

Chapin, F.S.; Shaver, G.R.; Giblin, A.E.; Nadelhoffer, K.J.; Laundre, J.A. 1995. Responses of arctic tundra to experimental and observed changes in climate. Ecology. 76: 694-711.

Cornelissen, J.H.C.; Callaghan, T.V.; Alatalo, J.M.; Michelsen, A.; Graglia, E.; Hartley, A.E.; Hik, D.S.; Hobbie, S.E.; Press, M.C.; Robinson, C.H.; Henry, G.H.R.; Shaver, G.R.; Phoenix, G.K.; Jones, D.G.; Jonasson, S.; Chapin, F.S.; Molau, U.; Neill, C.; Lee, J.A.; Melillo, J.M.; Sveinbjornsson, B.; Aerts, R. 2001. Global change and arctic ecosystems: is lichen decline a function of increases in vascular plant biomass? Journal of Ecology. 89: 984-994.

Davies, C.E.; Moss, D.; Hill, M.O. 2004. EUNIS habitat classification revised 2004. Copenhagen, Denmark: European Environment Agency, and Paris, France: European Topic Centre of Nature Protection and Biodiversity. 310 p. Available at http://eunis.eea.europa.eu/upload/EUNIS_2004_report.pdf (Accessed May 24, 2010).

Fremstad, E.; Paal, J; Mols, T. 2005. Impacts of increased nitrogen supply on Norwegian lichen-rich alpine communities: a 10-year experiment. Journal of Ecology. 93: 471-481.

Gordon, C.; Wynn, J.M.; Woodin, S.J. 2001. Impacts of increased nitrogen supply on high Arctic heath: the importance of bryophytes and phosphorus availability. New Phytologist. 149: 461-471.

Gornall, J.L.; Jonsdottir, I.S.; Woodin, S.J.; Van der Wal, R. 2007. Arctic mosses govern below-ground environment and ecosystem processes. Oecologia. 153: 931-941.

Gough, L.; Hobbie, S.E. 2003. Responses of moist non-acidic arctic tundra to altered environment: productivity, biomass, and species richness. Oikos. 103: 204-216.

Gough, L.; Wookey, P.A.; Shaver, G.R. 2002. Dry heath arctic tundra responses to long-term nutrient and light manipulation. Arctic Antarctic and Alpine Research. 34: 211-218.

Hahn, S.C.; Tenhunen, J.D.; Popp, P.W.; Meyer, A.; Lange, O.L. 1993. Upland tundra in the foothills of the Brooks Range, Alaska - diurnal $CO_2$ exchange patterns of characteristic lichen species. Flora. 188: 125-143.

Hobara, S.; McCalley, C.; Koba, K.; Giblin, A.E.; Weiss, M.S.; Gettel, G.M.; Shaver, G.S. 2006. Nitrogen fixation in surface soils and vegetation in an arctic tundra watershed: A key source of atmospheric nitrogen. Arctic, Antarctic, and Alpine Research. 38: 363-372.

Hobbie, J.E.; Peterson, B.J.; Bettez, N.; Deegan, L.; O'Brien, W.J.; Kling, G.W.; Kipphut, G.W.; Bowden, W.B.; Hershey, A.E. 1999a. Impact of

BLM_0061955

global change on the biogeochemistry and ecology of an Arctic freshwater system. Polar Research. 18: 207-214.

Hobbie, S.E.; Shevtsova, A.; Chapin; F.S. 1999b. Plant responses to species removal and experimental warming in Alaskan tussock tundra. Oikos. 84: 417-434.

Hyvärinen, M.; Crittenden, P.D. 1998a. Growth of the cushion-forming lichen, *Cladonia portentosa*, at nitrogen-polluted and unpolluted heathland sites. Environmental and Experimental Botany. 40: 67-76.

Hyvärinen, M.; Crittenden, P.D. 1998b. Relationships between atmospheric nitrogen inputs and the vertical nitrogen and phosphorus concentration gradients in the lichen *Cladonia portentosa*. New Phytologist. 140: 519-530.

Hyvärinen, M.; Walter, B.; Koopmann, R. 2003. Impact of fertilisation on phenol content and growth rate of Cladina stellaris: a test of the carbon-nutrient balance hypothesis. Oecologia. 134:176-181.

Keller, K.; Blum, J.D.; Kling, G.W. 2007. Geochemistry of soils and streams on surfaces of varying ages in arctic Alaska. Arctic Antarctic and Alpine Research. 39: 84-98.

Klanderud, K. 2008. Species-specific responses of an alpine plant community under simulated environmental change. Journal of Vegetation Science. 19: 363-U109.

Koranda, M.; Kerschbaum, S.; Wanek, W.; Zechmeister, H.; Richter, A. 2007. Physiological responses of bryophytes *Thuidium tamariscinum* and *Hylocomium splendens* to increased nitrogen deposition. Annals of Botany. 99: 161-169.

Kytöviita, M.M.; Crittenden, P.D. 2007. Growth and nitrogen relations in the mat-forming lichens *Stereocaulon paschale* and *Cladonia stellaris*. Annals of Botany. 100: 1537-1545.

Mack, M.C.; Schuur, E.A.G.; Bret-Harte, M.S.; Shaver, G.R.; Chapin, F.S. 2004. Ecosystem carbon storage in arctic tundra reduced by long-term nutrient fertilization. Nature. 431: 440-443.

Madan, N.J.; Deacon, L.J.; Robinson, C.H. 2007. Greater nitrogen and/or phosphorus availability increase plant species' cover and diversity at a High Arctic polar semidesert. Polar Biology. 30: 559-570.

Makkonen, S.; Hurri, R.S.K.; Hyvärinen,M. 2007. Differential responses of lichen symbionts to enhanced nitrogen and phosphorus availability: An experiment with Cladina stellaris. Annals of Botany. 99: 877-884.

Nowinski, N.S.; Trumbore, S.E.; Schuur, E.A.G.; Mack, M.C.; Shaver, G.R. 2008. Nutrient addition prompts rapid destabilization of organic matter in an arctic tundra ecosystem. Ecosystems. 11: 16-25.

Rikkinen, J. 1995. What's behind the pretty colours? A study on the photobiology of lichens. Bryobrothera. 4: 1-239.

Robinson, C.H.; Wookey, P.A. 1997. Microbial ecology, decomposition and nutrient cycling in arctic environments. In: Woodin, S.J.; Marquiss, M., eds. The ecology of arctic environments. 13th special symposium of the British Ecological Society. Cambridge, UK: Cambridge University Press: 41-68.

Salemaa, M.; Makipaa, R.; Oksanen, J. 2008. Differences in the growth response of three bryophyte species to nitrogen. Environmental Pollution. 152: 82-91.

Shaver, G.R.; Billings, W.D.; Chapin, F.S.; Giblin, A.E.; Nadelhoffer, K.J.; Oechel, W.C.; Rastetter, E.B. 1992. Global change and the carbon balance of arctic ecosystems. BioScience. 42:433-441.

Shaver, G.R.; Chapin, F.S., III. 1991. Production:biomass relationships and element

BLM_0061956

cycling in contrasting arctic vegetation types. Ecological Monographs. 61: 1-31.

Shaver, G.R.; Johnson, L.C.; Cades, D.H.; Murray, G.; Laundre, J.A.; Rastetter, E.B.; Nadelhoffer, K.J.; Giblin, A.E. 1998. **Biomass and CO$_2$ flux in wet sedge tundras: Responses to nutrients, temperature, and light.** Ecological Monographs. 68: 75-97.

Shaver, G.R.; Nadelhoffer, K.J.; Giblin, A.E. 1991. **Biogeochemical diversity and element transport in a heterogeneous landscape, the North Slope of Alaska.** In: Turner, M.; Gardner, R., eds. Quantitative methods in landscape ecology. New York NY: Springer-Verlag: 105-125.

Solga, A.; Frahm, J.P. 2006. **Nitrogen accumulation by six pleurocarpous moss species and their suitability for monitoring nitrogen deposition.** Journal of Bryology. 28: 46-52.

Sundberg, B.; Nasholm, T.; Palmqvist, K. 2001. **The effect of nitrogen on growth and key thallus components in the two tripartite lichens, *Nephroma arcticum* and *Peltigera aphthosa*.** Plant, Cell and Environment. 24: 517-527.

Tye, A.M.; Young, S.D.; Crout, N.M.J.; West, H.M.; Stapleton, L.M.; Poulton, P.R.; Laybourn-Parry, J. 2005. **The fate of N-15 added to high Arctic tundra to mimic increased inputs of atmospheric nitrogen released from a melting snowpack.** Global Change Biology. 11: 1640-1654.

UNECE (United Nations Economic Commission for Europe). 2007. **1979 Convention on long-range transboundary air pollution.** Geneva, Switzerland: United Nations Economic Commission for Europe. Available at http://www.unece.org/env/lrtap/ (Accessed May 24, 2010).

van der Wal, R.; Pearce, I.S.K.; Brooker, R.W. 2005. **Mosses and the struggle for light in a nitrogen-polluted world.** Ecophysiology. 142: 159-168.

van Wijk, M.T.; Clemmensen, K.E.; Shaver, G.R.; Williams, M.; Callaghan, T.V.; Chapin, F.S.; Cornelissen, J.H.C.; Gough, L.; Hobbie, S.E.; Jonasson, S.; Lee, J.A.; Michelsen, A.; Press, M.C.; Richardson, S.J.; Rueth, H. 2004. **Long-term ecosystem level experiments at Toolik Lake, Alaska, and at Abisko, Northern Sweden: generalizations and differences in ecosystem and plant type responses to global change.** Global Change Biology. 10: 105-123.

Walker, T. R.; Crittenden, P.D.; Young, S.D. 2003. **Regional variation in the chemical composition of winter snow pack and terricolous lichens in relation to sources of acid emissions in the Usa river basin, northeast European Russia.** Environmental Pollution. 125: 401-412.

Weiss, M.; Hobbie, S.E.; Gettel, G.M. 2005. **Contrasting responses of nitrogen-fixation in arctic lichens to experimental and ambient nitrogen and phosphorus availability.** Arctic, Antarctic, and Alpine Research. 37: 396-401.

Wolfe, A.P.; Cooke, C.A.; Hobbs, W.O. 2006. **Are current rates of atmospheric nitrogen deposition influencing lakes in the Eastern Canadian Arctic?** Arctic Antarctic and Alpine Research. 38: 465-476.

BLM_0061957

48

BLM_0061958

# 6 TAIGA

L.H. Geiser and K. Nadelhoffer

## 6.1 Ecoregion Description

The Taiga ecoregion (CEC 1997; Figure 2.1) includes most of interior Alaska and much of Canada's northern boreal forest. The ecoregion description is adapted from CEC (1997). The Alaskan portion is underlain by horizontal limestone, shale, and sandstones, creating a flat to gently rolling plain covered with organic deposits, hummocky moraines, and lacustrine deposits; the eastern portion is underlain by the Canadian Shield. Lowlands are mostly peatlands and permafrost is widespread. Nutrient-poor soils dominate southern portions and permafrost soils occur in the north. The climate is subarctic: the short summers have long daylight and cool temperatures; winters are long and very cold. Snow and freshwater ice persist for 6 to 8 months annually. Mean annual temperatures are -10 to 0 °C; mean annual precipitation is 200 to 500 mm. Innumerable lakes, bogs, other wetlands, and forests are interspersed with tundra-like shrublands and sedge meadows. In the north, forests transition to woodlands with a lichen groundcover and finally merge into tundra at the climatic limits of tree growth. Mid-zone, dwarf birch (*Betula nana*), Labrador tea (*Ledum* spp.), willow (*Salix* spp.), bearberry (*Arctostaphylos alpina*), mosses, and sedges dominate. In the south, open stands of stunted black spruce (*Picea mariana*) and jack pine (*Pinus banksiana*) are accompanied by alder (*Alnus* spp.), willow, and tamarack (*Larix larcinia*) in fens and bogs. White spruce (*Picea glauca*), black spruce, lodgepole pine (*Pinus contorta*), quaking aspen (*Populus tremuloides*), balsam polar (*Populus balsamifera*), and paper birch (*Betula papyrifera*) grow on well drained, warm upland sites, rivers, and streams. Mat-forming lichens can constitute in excess of 60 percent of the winter food intake of caribou and reindeer (Longton 1997). The abundant wetlands attract hundreds of thousands of birds (e.g., ducks, geese, loons, and swans) which come to nest, or rest and feed on their way to arctic breeding grounds.

## 6.2 Ecosystem Responses

Responses to increased nitrogen (N) deposition in boreal regions (which include Taiga and Northern Forests ecoregions) include increased productivity, foliar N concentration, and N leaching from soils, plant community changes (including vascular plants, bryophytes, lichens, and algae), and physiological changes. In boreal ecosystems and other largely oligotrophic environments, N is growth-limiting, and most plant species are adapted to low available N. As N availability increases, faster growing, but less N-use efficient species (more N taken up per unit growth) typically out-compete slower growing species (Aerts and Chapin 2000). Increasing N deposition alters plant community structure, often leading to a short-term "positive" response of increased productivity and vigor, followed by long-term changes in species composition and richness (Gough et al. 2000). Such community-level responses occur at low deposition rates and have been used to mark the low end of ecosystem N response (Bobbink et al. 2003, de Vries et al. 2007). In boreal forests, overall ground flora species number may not be affected by N enrichment, despite a drastic change in species composition, due to reciprocal increases in nitrophilous species with declines in typical species (Bobbink 2004). However, in peatland bogs, where high water levels and low pH prevent nitrophyte invasions (Allen 2004), decline in species richness is a more characteristic response.

Increased N supply is often accompanied by increased foliar N concentration, which in turn may increase susceptibility of vegetation to frost or diseases. This effect is documented for boreal forest trees (e.g., Aronson 1980, Balsberg-Påhlsson 1992, Kallio et al. 1985, Schaberg et al. 2002), for their common understory ericaceous species (e.g., Strengbom et al. 2002, 2003), and for bogs (e.g., Wiedermann et al. 2007). At higher deposition levels, as N is no longer completely taken up by vegetation or immobilized in soils, N saturation and leaching may occur (Lamontagne 1998; Lamontagne and Schiff 1999, 2000; Tamm et al. 1999).

BLM_0061959

The severity of N deposition impacts depends on: duration and amount of N deposition, the form(s) of atmospheric N, the sensitivity of the ecosystem components; other environmental conditions; and management history (Bobbink et al. 2003). As a result, ecosystem response to N loading varies temporally, spatially, and by habitat type. Change or loss of habitats can have direct implications on the animals using these habitats.

## 6.3 Range of Responses Observed

Like the Tundra ecoregion, the paucity of North American studies and the many similarities in climate, topography, and vegetation communities across the circumboreal environment support consideration of European findings to predict ecosystem N responses for North America. Therefore, we include European data in this discussion of the range of observed responses. European analyses considered Taiga and Northern Forest ecoregions (CEC 1997) as a single boreal biogeographic region under the European University Information System (EUNIS) classification system; hence the frequent use of the term 'boreal' in the following sections. Responses to N inputs are summarized in Table 6.1.

### 6.3.1 Deposition

Our knowledge of current N deposition and deposition effects in the North American taiga is limited. Wet deposition of inorganic N at the National Atmospheric Deposition Program (NADP) monitors at Denali National Park and Preserve and Fairbanks, Alaska, has been low and stable, averaging 0.23 kg ha$^{-1}$ yr$^{-1}$ (std. dev. = 0.129) from 1981 to 2007 (NADP 2008). Total nitrate (NO$_3^-$) deposition in snow at two interior Alaska sites north of Fairbanks in 1988 was consistent with this range and averaged 0.32 kg N ha$^{-1}$ (Jaffe and Zukowski 1993). Recent measurements of N from ammonium (NH$_4^+$) and NO$_3^-$ ions in throughfall deposition at remote sites in northeastern Alberta, Canada (Berryman and Straker 2008) ranged from 0.6 to 2.0 kg N ha$^{-1}$ yr$^{-1}$.

### 6.3.2 Forests and Woodlands

*Plant community composition changes.* A large number of studies, summarized by Bobbink et al. (2003), have demonstrated increases in abundance of nitrophilous species with increased N deposition over time and along N gradients. In Swedish boreal forests, changes in ground vegetation, e.g., decreasing whortleberry (*Vaccinium myrtillus*), occurred at deposition rates ≥ 6 kg N ha$^{-1}$ yr$^{-1}$ (Nordin et al. 2005, Strengbom et al. 2003) and increased growth of wavy hairgrass (*Deschampsia flexuosa*) at ≥ 5 kg N ha$^{-1}$ yr$^{-1}$ (Kellner and Redbo-Torstensson 1995, Nordin et al. 2005).

In an N fertilization experiment with 0, 12.5, and 50 kg N ha$^{-1}$ yr$^{-1}$ (background atmospheric deposition 2 to 3 kg N ha$^{-1}$ yr$^{-1}$), the abundance of wavy hairgrass increased significantly after 3 years with 12.5 kg N ha$^{-1}$ yr$^{-1}$ while the abundance of whortleberry decreased (Strengbom et al. 2002). Bryophyte species are also responsive; the biomass of Schreber's big red stem moss (*Pleurozium schreberi*) and a dicranum moss (*Dicranum polysetum*) fertilized with 25 and 30 kg N ha$^{-1}$ yr$^{-1}$ was reduced by 60 percent and 78 percent, respectively, after 4 years (Mäkipää 1998).

*Pest and disease resistance.* In a large-scale field study of 557 coniferous stands in Sweden, the occurrences of whortleberry, lingonberry (*Vaccinium vitis-idaea*) and wavy hairgrass, were investigated (Strengbom et al. 2003). Where N deposition was ≥ 6 kg ha$^{-1}$ yr$^{-1}$, whortleberry was less frequent and more susceptible to the fungal leaf pathogen *Valdensia heterodoxa*. Frequency of lingonberry was also strongly negatively correlated with increasing N deposition (Strengbom et al. 2003).

Whortleberry showed increased parasite burdens at N fertilization ≥ 12.5 kg ha$^{-1}$ yr$^{-1}$ (Nordin et al. 1998, 2005; Strengbom et al. 2002). Disease incidence by the fungus *Valdensia heterodoxa* was more than twice as high in plots receiving 12.5 kg N ha$^{-1}$ yr$^{-1}$ and more than three times as high in plots receiving 50 kg N ha$^{-1}$ yr$^{-1}$ compared to controls. The abundance of the fungus *V. heterodoxa* on whortleberry was increased tenfold by 25 kg N ha$^{-1}$ yr$^{-1}$ compared to 0.5 kg N ha$^{-1}$ yr$^{-1}$. As a consequence, whortleberry density decreased, and wavy hairgrass cover increased (Strengbom et al. 2002). In addition, shoots of whortleberry were significantly more damaged by moth larvae such as the rusty tussock moth (*Orgyia antique*) after addition of 12.5 kg N ha$^{-1}$ yr$^{-1}$ in

BLM_0061960

the first year of treatment (Nordin et al. 1998). Cover of wavy hairgrass continued to increase over 5 years of N additions between 8 and 12 kg ha$^{-1}$ yr$^{-1}$, induced by increased light penetration resulting from disease damage to whortleberry (Nordin et al. 2005).

*Cold tolerance.* Frost hardiness and plant tissue cold hardiness can be reduced by N additions. For example, after 12 years of fertilization with ammonium chloride (NH$_4$Cl) at 15 kg N ha$^{-1}$ yr$^{-1}$, first-year foliage in red spruce (*Picea rubens*) at a high elevation forest in New England (with ambient wet + dry deposition of ~10 kg N ha$^{-1}$ yr$^{-1}$) showed diminished cold tolerance, greater electrolyte leakage, and increased susceptibility to frost damage (Schaberg et al. 2002). Nutrient imbalances created by N and sulfur (S) fertilization and low potassium (K), phosphorus (P), and magnesium (Mg) status in southern Sweden and Denmark have been shown to increase the risk for development of cold temperature-related bark lesions in beech (*Fagus* spp.); advance bud burst of needles, putting young needles at risk for frost damage by a temperature backlash; and increase the frost-sensitivity of the inner bark and needles of Norway spruce (*Picea abies*) (Jönsson et al. 2000, 2001, 2004a, 2004b).

*N storage in cryptogam mats.* Woodlands or tree-islands of pine with ground vegetation of mat-forming lichens are a common taiga vegetation type. In general, when inorganic N is received in low concentrations, either from natural rainfall (Hyvärinen and Crittenden 1998b) or applied in solution (Crittenden 1998), the estimated uptake efficiency of (non-N$_2$-fixing) mat-forming lichens has ranged from 90 to 100 percent. Internal recycling of N and P in mat-forming lichens improves nutrient-use efficiency and is likely ecologically important in N- and P-limited environments typical of the taiga (Crittenden et al. 1994, Kytöviita and Crittenden 2007). Much of the eastern portion of the Taiga ecoregion is underlain by the Canadian Shield and soils can be shallow and acidic. During a short-term experimental addition of 40 kg N ha$^{-1}$ yr$^{-1}$ to a small catchment of boreal pine-reindeer lichen (*Pinus-Cladonia*) forest in Ontario, Canada, the higher export of mineral N from lichen-dominated bedrock surfaces compared to treed soil islands was attributed to the lower retention of N

deposition in combination with leaching of mineralized N from lichen and moss patches (Lamontagne 1998). Net nitrification increased or remained similar to reference sites in lichen patches, while N-amended forest islands had a strong tendency to consume NO$_3^-$ and produce NH$_4^+$ (Lamontagne and Schiff 2000). By the second year, lichen-covered bedrock surfaces no longer retained N additions. In contrast, N-amended and reference forest islands retained a similar proportion of N inputs, indicating that forest islands did not become N saturated in this time frame. However, because the components of the boreal shield landscape are hydrologically connected, there is concern that long-term N deposition to such a heterogeneous landscape will ultimately lead to N saturation of habitats with relatively high N retention capacities (Lamontagne and Schiff 1999). Finally, organic forms of N (e.g., free amino acids) serve as important plant N sources, and N deposition can disrupt the ratio between organic and mineral N supply in boreal soils (Näsholm et al. 1998, Nordin et al. 2001).

*Epiphytic lichens and algae.* Jack pine and black spruce boreal forests of northeastern Alberta were sampled at 5, 10, 15, 20, 25, 30, 50, 60, 80, 100, and 120 km along cardinal directions from the Athabasca Oil Sands operations, a major source of nitrogen oxide (NO$_x$) and sulfur dioxide (SO$_2$) emissions for Canada. Nitrogen and S in the mat-forming gray-green reindeer lichen (*Cladina rangiferina*) and in two epiphytes, a tube (*Hypogymnia physodes*) and ring (*Evernia mesomorpha*) lichen, decreased with distance and were elevated within 30 km of the operations. Lichen community composition was weakly correlated with distance: sensitive shrubby beard and horsehair lichens were less abundant and showed dwarfing, hyper-growth of asexual structures, discoloration of the lichen, and increased parasitism by fungi at sites close to the Athabasca Oil Sands (Berryman et al. 2004). Preliminary data indicate that N deposition in canopy throughfall under jack pine forests at clean sites ranges from 0.6 to 2.0 kg ha$^{-1}$ yr$^{-1}$, increasing to 3.0 kg ha$^{-1}$ yr$^{-1}$ at sites near the mines. A new study is under way to relate deposition measures and modeled estimates of N and S to lichen response and to elucidate the relative roles of SO$_2$, NO$_x$, metals, and alkaline dust from mining operations in observed

BLM_0061961

community responses (Berryman and Straker 2008). The correlation of N accumulated by lichen thalli with measures of deposition or distance from a point source is consistent with other studies in boreal forests in Eurasia (Bruteig 1993, Crittenden 2000, Crittenden et al. 1994, Hyvärinen and Crittenden 1998a, Walker et al. 2003). Information on lichen research methodology and terminology can be found in Chapter 4 of this report.

During a 10-year monitoring period in Sweden, patterns for sensitive epiphytic lichens were opposite to those observed for algae (Bråkenhielm and Quinghong 1995). The number of individuals, total cover, and proportion of sensitive lichens decreased with growing season length and with increasing N and S deposition; the first marked decrease occurred as N deposition exceeded 5 to 8 kg N ha$^{-1}$ yr$^{-1}$. In contrast, colonization rate and colony thickness of epiphytic green algae (mainly *Protococcus viridis*) increased with increases in deposition and growing season length, especially as N deposition exceeded 12 kg ha$^{-1}$ yr$^{-1}$. Poikolainen et al. (1998) observed increases in the abundance of green algae on conifers at lower deposition levels than did the Swedish researchers. Based on observations from 3009 permanent Finnish forest plots between 1985 and 1995, increased algal cover was associated with N deposition levels as low as 3 kg ha$^{-1}$ yr$^{-1}$. Nitrogen concentration in the epiphytic tube lichen, *Hypogymnia physodes*, the splendid feather moss (*Hylocomium splendens*), Schreber's big red stem moss, and bark of Scots pine (*Pinus sylvestris*) were also correlated with N deposition. Temperature was confounded with N and S deposition in both studies, as both temperature and deposition decrease in more northerly latitudes.

Additions of N can cause changes in physiology and ultrastructure in common lichens of taiga ecosystems. In an electron microscopy study of the epiphytic horsehair (*Bryoria capillaris*) and tube (*Hypogymnia physodes*) lichens, treatments of 560 μg m$^{-3}$ nitrogen dioxide (NO$_2$) or 10 mM sodium nitrate (NaNO$_3$), ammonium chloride (NH$_4$Cl), and ammonium nitrate (NH$_4$NO$_3$) induced accumulation of electron-opaque substances in the vacuoles of both the algal and fungal cells and general degeneration of the fungal cells (Holopainen and Karenlampi 1985). This demonstrates that N

additions can influence cellular structure and metabolic processes in lichens—an important functional group in both boreal and arctic regions. See Chapter 5 (Tundra) for descriptions of effects on mat-forming and other terricolous lichens.

*Ectomycorrhizal fungi.* There is no information on ectomycorrhizal community responses to N in the Taiga ecoregion. We postulate that, given the climate, species composition and soils, white and black spruce dominated ecosystems may have similar deposition thresholds to those seen in spruce forests of the same species in coastal Alaska (see Chapter 9, West Coast Marine Forests) and to those of the spruce-fir forests of the northeastern United States (see Chapter 7, Northern Forests).

### 6.3.3 Ericaceous Shrublands (Heaths)

Heathlands are dwarf shrub communities that form on shallow peat or drained soils. Nitrogen-enrichment responses of heathland plant communities are characterized by increased growth of grasses and decreased growth of dwarf shrubs, lichens, and bryophytes (Allen 2004). Initially, shrubs respond to N additions with increased growth and tissue N concentrations, and the first adverse effects are shade-induced declines in lichen and bryophyte cover (Cornelissen et al. 2001). However, long-term N enrichment decreases root biomass and increases the susceptibility of shrubs to insect attack and frost. These effects, together with increased competition from grasses, cause a deterioration of the dominant shrub community. During a 5-year fertilization study (10.8 kg ha$^{-1}$ yr$^{-1}$ modeled ambient total deposition plus a 10 kg N ha$^{-1}$ yr$^{-1}$ application) of low-alpine heather (*Calluna vulgaris*) heaths in the Cairngorm Mountains of Scotland, species richness was reduced by exposure to added N deposition (Britton and Fisher 2007). The lichen component of the vegetation was most sensitive to N additions, although vascular plants were also affected via interactions with climate (Britton and Fisher 2007). Curtis et al. (2005) used isotope tracers in other European heaths and moorlands to demonstrate that bryophytes and lichens were important sinks for N deposition, reducing the amount of inorganic N available to both higher plants and soil microbes in

BLM_0061962

grassland and ericoid shrub-dominated catchments. However, as N deposition increased from 2 to 30 kg ha$^{-1}$ yr$^{-1}$, these sinks became saturated and cryptogam biomass decline was accompanied by increased NO$_3^-$ leaching (see also Emmett 2007).

### 6.3.4 Peatlands

Peatlands are moss-dominated bogs and fens that are prevalent in the Taiga ecoregion. About 43 percent of Alaska can be classified as wetlands, much of that peatlands, contrasting strongly with the contiguous 48 states where wetlands comprise barely 5 percent of the total land area (Hall et al. 1994). The sensitivity of peatlands to N deposition decreases along a poor-to-rich productivity gradient from ombrotrophic bogs, which receive nearly all nutrient inputs from the atmosphere, to poor and rich fens, which receive additional nutrients from slow moving ground water and mineral sources (Vitt et al. 2003). The general progression of N deposition effects is:

1) At 0.7 to 8.1 kg N ha$^{-1}$ yr$^{-1}$ peat accumulation increases with N deposition due to increases in net photosynthesis and growth of previously N-limited mosses (Moore et al. 2004, Vitt et al. 2003). With average bulk deposition of 0.81 kg N ha$^{-1}$ yr$^{-1}$ and 1.14 kg S ha$^{-1}$ yr$^{-1}$ from 2005 to 2008, a dominant sphagnum moss (*Sphagnum fuscum*) in 10 remote bogs across northeastern Alberta was N-limited, and no differences in moss growth or net primary productivity were observed compared to previously published values for this area (Wieder et al. 2010).There are some indications that net photosynthesis in this sphagnum species may peak as early as 3 kg N ha$^{-1}$ yr$^{-1}$ in some Canadian peatlands (Vitt et al. 2003). (Oligotrophic mosses are the predominant N-sink and biomass in peatlands).

2) At 12 to 18 kg N ha$^{-1}$ yr$^{-1}$, growth rates do not increase further and mosses begin to accumulate foliar N (Lamers et al. 2000, Moore et al. 2004, Vitt et al. 2003).

3) At >18 kg N ha$^{-1}$ yr$^{-1}$, the natural moss N filter fails and N begins to leach from the saturated moss layer, altering competitive relationships

(Lamers et al. 2000). Vegetation changes are characterized by decreases in cover of oligotrophic mosses and carnivorous plants and increases in graminoids, especially cotton grass and certain ericaceous shrubs (Allen 2004).

Chapter 17 (Wetlands) contains a more detailed discussion of these and interrelated responses, especially in relation to P availability, water availability, and climate.

### 6.3.5 Tundra

Areas of tundra are included in the Taiga ecoregion, notably at the northern boundaries. See Chapter 5 (Tundra) for descriptions of the range of responses.

## 6.4 Critical Loads Estimates

There are many indications that low levels of N deposition can affect community composition, abundance, net photosynthesis, N accumulation, physiology, and ultrastructure of lichens, mosses, and algae (see Table 6.1). These taxa, especially peatland sphagnum mosses and reindeer lichens, are dominant components of taiga ecosystems. Application here of a model relating epiphytic lichen community composition of Oregon and Washington coniferous forests to N deposition (Chapter 4, Geiser et al. 2010) yields a critical load estimate of 1 to 3 kg ha$^{-1}$ yr$^{-1}$ for Taiga ecoregion forests and woodlands. This value was calculated by substituting a realistic precipitation range of 20 to 80 cm and applying a conservative community-composition response threshold allowing no less than 41 percent oligotrophs or more than 27 percent eutrophs. For perspective, about 85 percent of sites in the western Oregon and Washington study area did not exceed this response threshold (Geiser et al. 2010). Considering this result and those of Moore et al. (2004), Vitt et al. (2003), Strengbom et al. (2003), Berryman et al. (2004), Berryman and Straker (2008), and Poikolainen et al. (1998), we recommend that the critical load for lichen, moss, and algae of the North American Taiga ecoregion be no more than 1 to 3 kg ha$^{-1}$ yr$^{-1}$. This estimate can be considered fairly reliable, pending results from more definitive work currently in progress in North America. Critical loads are summarized in Table 6.2.

BLM_0061963

BLM_0061964

**Table 6.1—Responses to N input relevant to the North American taiga. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Site | Critical load for N dep. $kg\ N\ ha^{-1}\ yr^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Epiphytic lichens | 1-3 | (#) | Community composition shift | Application of model developed for Marine West Coast Forests ecoregion to the Taiga ecoregion | Geiser et al. 2010, Chapter 4 |
| Peatlands, NE Canada | 2.7-8.1 | # | Increase in peat accumulation | N addition and gradient studies | Moore et al. 2004 |
| Boreal forest, Sweden | <3 | (#) | Decreased frequency of the shrub lingonberry, especially in spruce (as opposed to pine) stands | Possible interactions with other biotic and abiotic factors | Strengbom et al. 2003 |
| Black spruce and jack pine forests, NE Alberta | 3 | (#) | Increased lichen N concentrations, morphological damage to and decreased abundance of sensitive epiphytic lichens | N effects likely confounded and/or amplified by elevated $SO_2$, alkaline dust and/or metal deposition | Berryman et al. 2004; Berryman and Straker 2008 |
| Boreal forest, Finland | 3 | (#) | Increased cover of green algae on conifers | Increasing temperature, decreasing S may also be contributing to increased algal cover | Poikolainen et al. 1998 |
| Peatlands, NE Alberta | >3 | # | Gradual decrease in net primary photosynthesis of *Sphagnum fuscum* | Combined multiple N- addition studies | Vitt et al. 2003 |
| Boreal forest, Sweden | 5-8 | (#) | Decreases in the proportion of N-sensitive epiphytic lichens | Confounding temperature effect | Bräkenhielm and Quinghong 1995 |
| Boreal forest, Sweden | 6 | ## | Increase in grass cover, esp. wavy hairgrass; decreased growth of shrubs whortleberry and lingonberry | Long term experiment in area with low background deposition using low N addition rates | Nordin et al. 2005 |
| Boreal forest, Sweden | 6 | # | Decreased frequency of the shrub, whortleberry, concurrent with rates of parasitism by *Valdensia heterodoxa* | Possible interactions with other biotic and abiotic factors | Strengbom et al. 2003 |
| Low-alpine heather heaths, Cairngorm Mtns, Scotland | 5-15 | # | Reduced species richness of lichens; also higher plants via interactions with climate | | Britton and Fisher 2007 |
| Northern Europe | 10-15; 10-20 | # | Increased mineralization, nitrification and N leaching of soils | | Bobbink et al. 2003, de Vries et al. 2007 |

| | | | | | |
|---|---|---|---|---|---|
| Northern Europe | 10-15 | # | Changes in composition and cover of understory vascular plants, bryophytes, lichens, and free-living algae | | Bobbink et al. 2003, de Vries et al. 2007 |
| Northern Europe | 10-20 | (#) | Reduced sporocarp production, changed/reduced below-ground mycorrhizal species composition | | Bobbink 2003, de Vries et al. 2007 |
| Boreal forest, Sweden | <12 | # | Increased fungal parasitism of whortleberry by *Valdensia heterodoxa*; enhanced growth of wavy hairgrass from defoliation of parasitized whortleberry and from N addition | | Strengbom et al. 2002 |
| Boreal forest, Sweden | 12 | (#) | Increased abundance of the green alga, *Scoliciosporum chlorococcum*, on conifers | Confounding temperature effect | Bråkenhielm and Quinghong 1995 |
| Red spruce High elevation New Hampshire spruce fir forest | <16 | # | First year foliage showed lower membrane instability, increased electrolyte losses, greater susceptibility to frost damage | Similar effects were observed after 12 years of fertilization at 15.7 and 31.4 kg N ha$^{-1}$ yr$^{-1}$, suggesting that the CL is well below 15.7 | Schaberg et al. 2002 |
| Norway spruce stand, southern Finland | 25 | (#) | Decreased biomass of dominant oligotrophic mosses *Pleurozium schreberi* and *Dicranum polysetum* | 4 yr study. 30 kg S also added therefore effect not due to N alone | Mäkipää 1998 |
| Pinus-Cladina boreal forest, Ontario, Canada | <40 | ## | Increase in nitrification (lichen-dominated bedrock) leading to N leaching; increased production of $NH_4^+$ in tree islands with deeper soils | Hydrological connectivity in taiga ecosystems may permit cascading N saturation in boreal shield landscapes | Lamontagne 1998, Lamontagne and Schiff 1999 |

**Table 6.2—Empirical critical loads of nutrient N for the Taiga ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Ecosystem component | Critical load for N deposition kg ha$^{-1}$ yr$^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Lichen, moss, and algae | 1-3 | # | Changes in alga, bryophyte, and lichen community composition, cover, tissue N or growth rates | | Berryman et al. 2004, Berryman and Straker 2008, Geiser et al. 2010, Moore et al. 2004, Poikolainen et al. 1998, Strengbom et al. 2003, Vitt et al. 2003 |
| Mycorrhizal fungi, spruce-fir forests | 5-7 | (#) | Change in ectomycorrhizal fungi community structure | Expert judgment extrapolated from Marine West Coast spruce and northern spruce-fir forest | Lilleskov 1999; Lilleskov et al. 2001, 2002, 2008 |
| Shrublands | 6 | ## | Alterations in shrub and grass cover; increased parasitism of shrubs | Long term, low N addition study: shrub cover decreased, grass cover increased | Nordin et al. 2005, Strengbom et al. 2003 |

Provisional N critical loads using ectomycorrhizal fungal abundance and diversity as indicators ranged from 5 to 7 kg ha$^{-1}$ yr$^{-1}$, based on critical loads determined using the same indicators in similar forest types in the Marine West Coast Forests and Northern Forests ecoregions (Chapters 9 and 7; Lilleskov 1999; Lilleskov et al. 2001, 2002, 2008).

Based on reliable estimates from European work described previously and in section 6.5, critical loads for alterations in shrub and grass community composition in the Taiga ecoregion could be set at 6 kg ha$^{-1}$ yr$^{-1}$ (Nordin et al. 2005, Strengbom et al. 2003; Table 6.1). However, the higher European critical loads estimates correspond to the levels of N added in experimental manipulations, which may far exceed the level of N input that would eventually induce a response. As deposition levels exceed 5 to 15 kg N ha$^{-1}$ yr$^{-1}$, the following become evident: changes in woodland, heath, and peatland communities of vascular plant (especially shrubs and grasses) and mycorrhizal communities; increased foliar nutrient imbalances; and increased susceptibility of vegetation to frost, drought, pathogens and pests. At deposition levels exceeding 15 kg N ha$^{-1}$, changes in nitrification rates, soil saturation and N leaching can be documented, especially when the N-holding capacity of moss and lichen mats are exceeded.

## 6.5 Critical Load Data from Europe or from Other Ecoregions

European critical loads for boreal forest ecosystems (Bobbink et al. 2003) as updated by the Alterra Rapport 1382 (de Vries et al. 2007) are 10 to 15 kg N ha$^{-1}$ yr$^{-1}$ for soil processes (increased mineralization, nitrification and N leaching); 10 to 20 kg N ha$^{-1}$ yr$^{-1}$ for increased risk of foliar nutrient imbalances (decreased P, K and Mg to N ratios in foliar tissue) in coniferous and deciduous trees and changes in community composition and of ground vegetation, lichens, and mycorrhizae; and 15 to 25 kg N ha$^{-1}$ yr$^{-1}$ for increased susceptibility to frost, drought, pathogens, and pests, and increases in free algae. Based largely on biodiversity changes documented by Nordin et al. 2005 (see section 6.3), de Vries et al. (2007) recommended decreasing the overall critical load for boreal forests from 10 to 20 (Bobbink et al. 2003) to 5 to 10 kg N ha$^{-1}$ yr$^{-1}$.

European critical loads (Bobbink et al. 2003) for other taiga ecosystem components are 5 to 10 kg ha$^{-1}$ yr$^{-1}$ for tundra with permafrost, 10 to 15 kg ha$^{-1}$ yr$^{-1}$ for alpine and subalpine scrub without permafrost, and 10 to 20 kg ha$^{-1}$ yr$^{-1}$ for wet and dry heaths. Critical loads for Tundra and Northern Forests ecoregions are especially relevant to tundra-covered areas and large river valley areas of the Taiga ecoregion, respectively. All three ecoregions share some floral and faunal species.

BLM_0061966

## 6.6 Future Research Directions and Gaps in Data

Research is needed to confirm that European critical loads and study results are applicable to North America. Long-term studies at low levels of experimentally applied N (i.e., 1 to 5 kg ha$^{-1}$ yr$^{-1}$) are most needed. Although local Alaskan population and emissions sources are relatively small, regional and trans-Pacific sources of N are increasing with massive energy development projects, industrial expansion, and high latitude population growth. Fire frequency and intensity in boreal ecosystems are increasing with global climate change; fire will continue to be a major regional source of NO$_x$. Because temperature increases are predicted to be greater in northern latitudes, North American studies are needed to elucidate the interplay between climate change, N volatilization, and N deposition on dry- and wet-land biota, communities, and ecosystems. Indeed, climate change may be the most important driver of vegetation changes in most of the Alaskan portion of the ecoregion, considering the low current background levels of N deposition.

Finally, a greater understanding is needed regarding the underlying mechanisms responsible for N-affected changes, in addition to quantification of the functional relationships between N deposition and specific ecological responses. Such a mechanistic understanding of how N addition alters low N ecosystems could be used to inform modeled predictions.

## LITERATURE CITED

Aerts, R.; Chapin, F.S. 2000. **The mineral nutrition of wild plants revisited: A re-evaluation of processes and patterns.** Advances in Ecological Research. 30: 1-67.

Allen, E. 2004. **Effects of nitrogen deposition on forests and peatlands: A literature review and discussion of the potential impacts of nitrogen deposition in the Alberta Oil Sands region.** Report to the Wood Buffalo Association. Fort McMurray, AB, Canada: Wood Buffalo Assoc. Available at http://wbea.org/index2.php?option=com_ docman&task=doc_view&gid=299&Itemid=104 (Accessed May 10, 2010).

Aronsson, A. 1980. **Frost hardiness in Scots pine. II. Hardiness during winter and spring in young trees of different mineral status.** Studia Forestalia Suecica. 155: 1-27.

Balsberg-Påhlsson, A. 1992. **Influence of nitrogen fertilization on minerals, carbohydrates, amino acids and phenolic compounds in beech (*Fagus sylvatica*) leaves.** Tree Physiology. 10: 93-100.

Berryman, S.; Geiser, L.; Brenner, G. 2004. **Depositional gradients of atmospheric pollutants in the Athabasca Oil Sands region, Alberta, Canada: an analysis of lichen tissue and lichen communities.** Lichen Indicator Pilot Program 2002-2003. Final report to the Terrestrial Environmental Effects Monitoring Science Sub-committee of the Wood Buffalo Environmental Association. Available at http://wbea.org/component/option,com_docman/ task,cat_view/gid,29/dir,DESC/order,date/ Itemid,104/limit,10/limitstart,0/ (Accessed April 20, 2011).

Berryman , S.; Straker, J. 2008. **Nitrogen loading and terrestrial vegetation—Assessment of existing regional vegetation data and recommendations for future monitoring.** Report to the Cumulative Environmental Management Association (CEMA) NO$_x$-SO$_2$ Management Working Group (NSMWG) and Eutrophication Task Group. Sydney, BC, Canada: CE Jones and Associates.

Bobbink, R. 2004. **Plant species richness and the exceedance of empirical nitrogen critical loads: an inventory.** Bilthoven, Utrecht University/RIVM. Report Landscape Ecology.

Bobbink, R.; Ashmore, M.R.; Braun, S.; Fluckiger, W.; van der Wyngaert, I.J.J. 2003. **Empirical nitrogen critical loads for natural and semi-natural ecosystems: 2002 update.** In: Achermann, B.; Bobbink, R., eds. Empirical critical loads for nitrogen. Environmental Documentation 164. Background document for expert workshop on empirical critical loads for nitrogen on semi-natural ecosystems; 2002 November 11-13; Berne,

BLM_0061967

Switzerland: Swiss Agency for the Environment, Forests and Landscape: 143-170.

Bråkenhielm, S.; Quinghong, L. 1995. **Spatial and temporal variability of algal and lichen epiphytes on trees in relation to pollutant deposition in Sweden.** Water, Air and Soil Pollution. 79: 61-74.

Britton, A.J.; Fisher, J.M. 2007. **Interactive effects of nitrogen deposition, fire and grazing on diversity and composition of low-alpine prostrate *Calluna vulgaris* heathland.** Journal of Applied Ecology. 44: 125-135.

Bruteig, I.E. 1993. **The epiphytic lichen *Hypogymnia physodes* as a biomonitor of atmospheric nitrogen and sulphur deposition in Norway.** Environmental Monitoring and Assessment. 26: 27-47.

CEC (Commision for Environmental Cooperation). 1997. **Ecological regions of North America: Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/files/pdf/BIODIVERSITY/eco-eng_EN.pdf (Accessed May 24, 2010).

Cornelissen, J. H. C.; Callaghan, T.V.; Alatalo, J.M.; Michelsen, A.; Graglia, E.; Hartley, A.E.; Hik, D.S.; Hobbie, S.E.; Press, M.C.; Robinson, C.H.; Henry, G.H.R.; Shaver, G.R.; Phoenix, G.K.; Jones, D.G.; Jonasson, S.; Chapin, F.S.; Molau, U.; Neill, C.; Lee, J.A.; Melillo, J.M.; Sveinbjornsson, B.; Aerts, R. 2001. **Global change and arctic ecosystems: is lichen decline a function of increases in vascular plant biomass?** Journal of Ecology. 89: 984-994.

Crittenden, P.D. 1998. **Nutrient exchange in an Antarctic macrolichen during summer snowfall-snow melt events.** New Phytologist. 139(4): 697-707.

Crittenden, P.D. 2000. **Aspects of the ecology of mat-forming lichens.** Rangifer. 20(2-3): 127-139.

Crittenden, P.D.; Kalucka, I.; Oliver, E. 1994. **Does nitrogen supply limit the growth of lichens?** Cryptogamic Botany. 4: 143-155.

Curtis, C.J.; Emmett, B.A.; Grant, H.; Kernan, M.; Reynolds, B.; Shilland, E. 2005. **Nitrogen saturation in UK moorlands: the critical role of bryophytes and lichens in determining retention of atmospheric N deposition.** Journal of Applied Ecology. 42: 507-517.

de Vries, W.; Kros, H.; Reinds, G.; Wamelink, W.; Mol, J.; van Dobben, H.; Bobbink, R.; Emmett, B.; Smart, S.; Evans, C.; Schlutow, A.; Kraft,P.; Belyazid, S.; Sverdrup, H.; van Hinsberg, A.; Posch, M.; Hettelingh, J.-P. 2007. **Developments in deriving critical limits and modeling critical loads of nitrogen for terrestrial ecosystems in Europe.** Alterra Report 1382 [Alterra-rapport 1382]. Wageningen, The Netherlands: Wageningen University, Alterra. 206 p.

Emmett, B.A. 2007. **Nitrogen saturation of terrestrial ecosystems: some recent findings and their implications for our conceptual framework.** Water, Air and Soil Pollution. 7: 99-109.

Geiser, L.H.; Jovan, S.E.; Glavich, D.A.; Porter, M. 2010. **Lichen-based critical loads for atmospheric nitrogen deposition in western Oregon and Washington forests, USA.** Environmental Pollution. 158: 2412-2421.

Gough, L.; Osenberg, C.W.; Gross, K.L.; Collins, S.L. 2000. **Fertilization effects on species density and primary productivity in herbaceous plant communities.** Oikos. 89: 428-439.

Hall, J. V.; Frayer, W.E.; Wilen, B.O. 1994. **Status of Alaska wetlands.** Anchorage, AK: U.S. Department of the Interior, U.S. Fish and Wildlife Service. 32 p. Available at www.fws.gov/wetlands/_documents/gSandT/StateRegionalReports/Status/AlaskaWetlands.pdf (Accessed March 14, 2011).

Holopainen, T.; Karenlampi, L. 1985. **Characteristic ultrastructural symptoms caused in lichens by experimental exposure to nitrogen compounds and fluorides.** Annales Botanici Fennici. 22: 333-342.

BLM_0061968

Hyvärinen, M.; Crittenden, P.D. 1998a. **Growth of the cushion-forming lichen, *Cladonia portentosa*, at nitrogen-polluted and unpolluted heathland sites.** Environmental and Experimental Botany. 40: 67-76.

Hyvärinen, M.; Crittenden, P.D. 1998b. **Relationships between atmospheric nitrogen inputs and the vertical nitrogen and phosphorus concentration gradients in the lichen *Cladonia portentosa*.** New Phytologist. 140 (3): 519-530.

Jaffe, D; Zukowski, M.D. 1993. **Nitrate deposition to the Alaskan snowpack.** Atmospheric Environment. 27A: 2935-2941.

Jönsson, A.M. 2000. **Soil treatment effects on bark lesions and frost sensitivity of beech (*Fagus sylvatica*) in southern Sweden.** Forest Ecology and Management. 129:167-175.

Jönsson, A.M.; Ingerslev, M.; Raulund-Rasmussen, K. 2004a. **Frost sensitivity and nutrient status in a fertilized Norway spruce stand in Denmark.** Forest Ecology and Management. 201:199-209.

Jönsson, A.M.; Kivimäenpää, M.; Stjernquist, I.; Sutinen, S. 2001. **Frost hardiness in bark and needles of Norway spruce in southern Sweden.** Trees. 15:171-176.

Jönsson, A.M.; Rosengren-Brinck, U.; Nihlgård, B. 2004b. **Excess nitrogen affects the frost sensitivity of the inner bark of Norway spruce.** Annals of Forestry Science. 61: 293-298.

Kallio, T.K.; Häkkinen, R.; Heinonen, J. 1985. **An outbreak of *Gremmeniella abietina* in central Finland.** European Journal of Forest Pathology. 15: 216-223.

Kellner, P.S.; Redbo-Torstensson, P. 1995. **Effects of elevated nitrogen deposition on the field-layer vegetation in coniferous forests.** Ecological Bulletins. 44: 227-237.

Kytöviita, M.-M.; Crittenden, P.D. 2007. **Growth and nitrogen relations in the mat-forming lichens *Stereocaulon paschale* and *Cladonia stellaris*.** Annals of Botany. 100: 1537-1545.

Lamers, L.P.M.; Bobbink, R.; Roelofs, J.G.M. 2000. **Natural nitrogen filter fails in polluted raised bogs.** Global Change Biology. 6: 583-586.

Lamontagne, S. 1998. **Nitrogen mineralization in upland Precambrian Shield catchments: contrasting the role of lichen-covered bedrock and forested areas.** Biogeochemistry. 41: 53-69.

Lamontagne, S.; Schiff, S.L. 1999. **The response of a heterogeneous upland boreal shield catchment to a short term $NO_3^-$ addition.** Ecosystems. 2: 460-473.

Lamontagne, S.; Schiff, S.L. 2000. **Response of soil microorganisms to an elevated nitrate input in an open *Pinus banksiana-Cladina* forest.** Forest Ecology and Management. 137: 13-22.

Lilleskov, E.A. 1999. **Decline of above- and belowground ectomycorrhizal fungal diversity over an atmospheric nitrogen deposition gradient near Kenai, Alaska.** Ithaca, NY: Cornell University.198 p. Ph.D. dissertation.

Lilleskov, E.A.; Fahey, T.J.; Horton, T.R; Lovett, G.M. 2002. **Belowground ectomycorrhizal fungal community change over a nitrogen deposition gradient in Alaska.** Ecology. 83: 104-115.

Lilleskov, E.A.; Fahey, T.J.; Lovett, G.M. 2001. **Ectomycorrhizal fungal aboveground community change over an atmospheric nitrogen deposition gradient.** Ecological Applications. 11: 397-410.

Lilleskov, E.A.; Wargo, P.M.; Vogt, K.A.; Vogt, D.J. 2008. **Mycorrhizal fungal community relationship to root nitrogen concentration over a regional atmospheric nitrogen deposition gradient in the northeastern US.** Canadian Journal of Forest Research. 38: 1260-1266.

BLM_0061969

Longton, R.E. 1997. **The role of bryophytes and lichens in polar ecosystems.** In: Woodin, S.J.; Marquiss, M., eds. Ecology of Arctic environments. Oxford, UK: Blackwell Science: 69-96.

Mäkipää, R. 1998. **Sensitivity of understory vegetation to nitrogen and sulfur deposition in a spruce stand.** Ecological Engineering. 10: 87-95.

Moore, T.; Blodau, C.; Turunen, J.; Roulet, N.; Richard, P.J.H. 2004. **Patterns of nitrogen and sulfur accumulation and retention in ombrotrophic bogs, eastern Canada.** Global Change Biology. 11: 356-367.

NADP (National Atmospheric Deposition Program). 2008. **National Atmospheric Deposition Program/ National Trends Network.** Available at http://nadp. sws.uiuc.edu/ (Accessed April 27, 2008).

Näsholm, T.; Ekblad, A.; Nordin, A.; Giesler, R.; Högberg, M; Högberg, P. 1998. **Boreal forest plants take up organic nitrogen.** Nature. 392: 914-916.

Nordin, A.; Näsholm, T.; Ericson, L. 1998. **Effects of simulated N deposition on understorey vegetation of a boreal coniferous forest.** Functional Ecology. 12: 691-699.

Nordin, A.; Högberg, P.; Näsholm, T. 2001. **Soil nitrogen form and plant nitrogen uptake along a boreal forest productivity gradient.** Oecologia. 129: 125-132.

Nordin, A.; Strengbom, J.; Witzell, J.; Näsholm, T.; Ericson, L. 2005. **Nitrogen deposition and the biodiversity of boreal forests: Implications for the nitrogen critical load.** Ambio. 34:20-24.

Poikolainen, J.; Lippo, H.; Hongisto, M.; Kubin, E.; Mikkola, K.; Lindgren, M. 1998. **On the abundance of epiphytic green algae in relation to the nitrogen concentrations of biomonitors and nitrogen deposition in Finland.** Environmental Pollution. 102: 85-92.

Schaberg, P.G.; DeHayes, D.H.; Hawley, G.J.; Murakami, P.F.; Strimbeck, G.R.; McNulty, S.G. 2002. **Effects of chronic N fertilization on foliar membranes, cold tolerance, and carbon storage in montane red spruce.** Canadian Journal of Forest Research. 32: 1351-1359.

Strengbom, J.; Nordin, A.; Näsholm, T.; Ericson, L. 2002. **Parasitic fungus mediates change in nitrogen-exposed boreal forest vegetation.** Journal of Ecology. 90: 61-67.

Strengbom, J.; Walheim, M.; Näsholm, T.; Ericson, L. 2003. **Regional differences in the occurrence of understory species reflect nitrogen deposition in Swedish forests.** Ambio. 32: 91-97.

Tamm, C.O.; Aronsson, A.; Popovic, B.; Flower-Ellis, J. 1999. **Optimum nutrition and nitrogen saturation in Scots pine stands.** Studia Forestalia Suecica. 209: 1-126.

Vitt, D.H.; Wider, K.; Halsey, L.A.; Turetsky, M. 2003. **Response of *Sphagnum fuscum* to nitrogen deposition: A case study of ombrogenous peatlands in Alberta, Canada.** The Bryologist. 106(2): 235-245.

Walker, T.R.; Crittenden, P.D.; Young, S.D. 2003. **Regional variation in the chemical composition of winter snow pack and terricolous lichens in relation to sources of acid emissions in the Usa River basin, northeast European Russia.** Environmental Pollution. 125: 401-412.

Wieder, R.K.; Vitt, D.H.; Burke-scoll, M.; Scott, K.D.; House, M.; Vile, M.A. 2010. **Nitrogen and sulphur deposition and the growth of *Sphagnum fuscum* in bogs of the Athabasca Oil Sands Region, Alberta.** In: Aherne, J.; Shaw, D.P., guest eds. Impacts of sulphur and nitrogen deposition in western Canada. Journal of Limnology. 69 (Suppl. 1): 161-170.

Wiedermann, M.M.; Nordin, A.; Gunnarsson, U.; Nilsson, M.B.; Ericson, L. 2007. **Global change shifts vegetation and plant-parasite interactions in a boreal mire.** Ecology. 88: 454-464.

BLM_0061970

# 7 NORTHERN FORESTS

L.H. Pardo, C.L. Goodale, E.A. Lilleskov, L.H. Geiser

## 7.1 Ecoregion Description

The Northern Forests ecological region spans much of Canada, from Saskatchewan to Newfoundland; its southern portion extends into the northern United States (CEC 1997). The U.S. component includes the northern hardwood and spruce-fir forest types and encompasses parts of the Northeast (mountainous regions in Pennsylvania, New York, New Jersey, Connecticut, Massachusetts, Maine, and most of Vermont and New Hampshire) and the northernmost parts of the upper Midwest (Minnesota, Wisconsin, Michigan; CEC 1997; see Chapter 2, Figure 2.2). The ecoregion description is adapted from CEC (1997). In Canada, the ecoregion is underlain by ancient Canadian Shield bedrock interspersed with glacial moraine deposits, creating a hilly terrain dotted with numerous lakes. Soils are generally coarse-textured and nutrient-poor, characterized typically by thick organic accumulations in the forest floor and leached layers in the mineral soil below. Shallow soils and exposed bedrock are covered with various plant communities dominated by shrubs, forbs, and lichens. Peatlands are extensive in northern Minnesota. The climate is characterized by long, cold winters (means of -20.5 °C in the west to -1 °C in the east) and short, warm summers (means of 11 to 18 °C). Annual precipitation varies from 400 to 1,000 mm. The ecoregion is more than 80 percent forested, and dominated by conifers, mostly white and black spruce (*Picea glauca* and *P. mariana*), jack pine (*Pinus banksiana*), balsam fir (*Abies balsamea*), and tamarack (*Larix laricina*) (CEC 1997). Toward its southern and eastern extremes in the upper midwest and northeastern United States, the ecoregion includes more paper birch (*Betula papyrifera*), yellow birch (*Betula alleghaniensis*), quaking aspen (*Populus tremuloides*), balsam poplar (*Populus balsamifera*), eastern white pine (*Pinus strobus*), red pine (*Pinus resinosa*), sugar maple (*Acer saccharum*), red maple (*Acer rubrum*), beech (*Fagus* spp.), red spruce (*Picea rubens*), and various species of oak (*Quercus* spp.).

## 7.2 Ecosystem Responses to N Deposition

Most northern forests are naturally nitrogen (N) limited; cold temperatures limit rates of decomposition and slow rates of release of N from decomposing organic matter. These low rates of N mineralization limit the supply of N to plants and microbes. There is strong competition for N between plants and microbes and most of the N entering the ecosystem is tightly retained in soils and in vegetation, with little loss of inorganic N to drainage waters. When air pollution increases the supply of N to these ecosystems through N deposition, a range of ecosystem responses, described below, are anticipated. Some of these responses occur as gradual changes, others as cumulative threshold responses in progressive stages of N saturation (cf. Aber et al. 1998). See Chapter 1 for a more detailed explanation of the stages. Briefly, early stages (especially stage 1) are marked by increased supply of N to plants and to microbes, indicated by increasing plant foliar N concentration, growth rate, and soil N mineralization rate. Cumulative N inputs may decrease the carbon:nitrogen (C:N) ratio of soils and change rates of decomposition. Responding to increased N supply and low soil C:N ratios, net nitrification marks a next stage of ecosystem response (stage 2). Nitrification can acidify the soil and produce high levels of nitrate ($NO_3^-$), a form of N that readily leaches with runoff. This phase of response is marked by increased $NO_3^-$ concentrations in surface water and leaching of N from catchments. When $NO_3^-$ leaches, it removes base cations from the soil and leads to soil and drainage water acidification. Collectively, acidification and nutrient imbalances may cause growth declines or increased mortality rates (stage 3). These direct effects of N deposition may also lead to increased susceptibility to secondary stresses such as winter injury, drought damage, pest outbreak, and diseases, and may reduce cold tolerance (Schaberg et al. 2002). Declining vegetation is likely to take up less N than healthy vegetation, and so losses of $NO_3^-$ are expected to accelerate as N saturation

BLM_0061971

proceeds. In addition to these ecosystem-level responses, N deposition can affect the competitive balance of different species, leading to changes in composition of mycorrhizal fungi, lichen, bryophyte, understory shrub and herb, and tree species composition. In this chapter, we review the evidence for impacts of N deposition on overstory trees, herbaceous vegetation, mycorrhizal fungi, and lichens in the Northern Forests ecoregion.

## 7.3 Range of Responses Observed

Three types of studies provide empirical information on the effects of N on ecosystem properties: (1) long-term observations at sites receiving increasing or chronically elevated N deposition; (2) long-term, low- to moderate-level N fertilization studies; and (3) observational studies along gradients of N deposition. All three study types are discussed below, and each approach has its strengths and limitations. Long-term observations can reveal trends through time, but also can be influenced by a great many factors in addition to N deposition, factors which are difficult to disentangle. Fertilization studies may provide some additional insight about the timing and nature of responses of forests to elevated N inputs. Often, fertilization studies utilize such high N inputs that they do not help define the actual threshold when a response is induced. Gradient studies examine ecosystem responses along gradients of N deposition, but can also suffer from difficulty in separating out effects of N from effects of other covariates.

### 7.3.1 Foliar N, Growth, and Mortality

Foliar N concentrations increased in most N fertilization experiments in the Northern Forests ecoregion (Table 7.1). This increase in foliar N might be expected to increase plant growth, since photosynthesis typically increases with foliar N concentration within and across most natural ecosystems. Increased foliar N was accompanied by increased tree growth in fertilized sugar maple stands in Michigan (Pregitzer et al. 2008) and Maine (Elvir et al. 2003). However, fertilized red spruce trees in Maine (Elvir et al. 2003) and black spruce and balsam fir stands in northern Quebec (Houle and Moore 2008) showed no change in growth rates. At a subalpine spruce-fir forest at Mt. Ascutney, Vermont, long-term fertilization with ammonium chloride ($NH_4Cl$) at 15.7

kg N $ha^{-1}$ $yr^{-1}$ (in addition to ambient wet plus dry N deposition of approximately 10 kg $ha^{-1}$ $yr^{-1}$) increased foliar N concentration and decreased growth and increased mortality, leading to an approximately 20 percent decline in live basal area after 14 years (McNulty et al. 2005). Other effects observed at this fertilization rate were reductions in foliar membrane-associated Ca, reduced cold tolerance, and increased winter freezing injury (Schaberg et al. 2002). The responses observed at the high treatment plot, where 31 kg N $ha^{-1}$ $yr^{-1}$ above ambient deposition were added, are far more striking. In these plots, mortality is high (40 percent decline in live basal area) and species composition changes were induced after only 14 years of N addition (McNulty et al. 2005).

Overall, these fertilization experiments show modest growth enhancement by some, but not all, species. Sometimes the initial growth enhancement is followed by growth declines or increased mortality in the long-term studies, especially at the highest rates of N inputs or sites with soils containing few base cations. It is unclear precisely where this threshold for detrimental effects occurs, although the experimental work at Mt. Ascutney demonstrated substantial mortality by red spruce in response to just 15.7 kg N $ha^{-1}$ $yr^{-1}$ above the ambient deposition of approximately 10 kg N $ha^{-1}$ $yr^{-1}$. While Mt. Ascutney clearly represents the sensitive end-member of forest ecosystems in the Northeast, it is instructive because the nonlinear path that the high treatment plots followed may also occur over time at the low treatment plot. It is possible, then, that inputs even lower than 26 kg N $ha^{-1}$ $yr^{-1}$ would lead to N saturation over an extended period of time (e.g., 50 to 100 years).

Gradient studies have shown mixed evidence for foliar N response to atmospheric deposition to northern forest ecosystems. In a broad synthesis of data from 354 plots in upland forests across the Northeast, Aber et al. (2003) did not find patterns of increasing foliar N concentration with deposition, even when controlling for tree species; variation in foliar N was most strongly associated with elevation and climatic variables. In red spruce, foliar lignin:N ratio was related to N deposition, but deposition covaried with elevation

BLM_0061972

**Table 7.1—Response of Northern Forest ecosystems to experimental N fertilization (≤ 50 kg N ha⁻¹ yr⁻¹)**

| Site Location | Michigan (4 sites) | Mt. Ascutney, Vermont | ---- Bear Brook, Maine ---- | | Adirondacks, NY (3 sites) | Northwest Ontario | ---- Northern Quebec ---- | |
|---|---|---|---|---|---|---|---|---|
| | | | Northern hardwoods | Red spruce | | | Black spruce | Balsam fir |
| Forest type | Sugar maple | Montane spruce-fir | Northern hardwoods | Red spruce | Northern hardwoods | Rock, Jack pine / spruce | Black spruce | Balsam fir |
| Type of N deposition | Wet + dry | Wet + dry | Wet + dry | | Throughfall | Bulk | Wet only | |
| N Deposition ($kg\ ha^{-1}\ yr^{-1}$) | 6.8-11.8 | 10 | 8.4 | | 4.6-12.0 | 3.4-6.5 | 3 | 5.7 |
| N fertilization rate ($kg\ ha^{-1}\ yr^{-1}$) | +30 | +15.7, +31.4 | +25 | | +14, +28 | +36-40 | +9, +30 | +18, +60 |
| Form of N fertilizer | $NaNO_3$ | $NH_4Cl$ | $(NH_4)_2SO_4$ | | $HNO_3$, $(NH_4)_2SO_4$ | $NaNO_3$ | $NH_4NO_3$ | |
| Start year | 1994 | 1988 | 1989 | | 1991 | 1995 | 2001 | |
| Duration (years) | 10 | 14 | 13 | | 3 | 2 | 3 | 3 |
| Tree growth | + | − | + | 0 | ND | ND | 0 | 0 |
| Mortality | + | + | ND | ND | ND | ND | ND | ND |
| Foliar %N | + | + | + | + | ND | ND | + | 0 |
| Foliar %Ca | ND | − | 0, − | − | ND | ND | + | 0 |
| $NO_3^-$ leaching | + | ND | + | | 0, 0, + | + | + | + |
| Cation loss | ND | ND | + | | ND | ND | ND | ND |
| Soil C/N | 0 | 0 | 0 | − | ND | ND | ND | ND |
| N mineralization | 0 | 0, − | + | + | ND | ND | ND | ND |
| Nitrification | + | + | + | + | ND | ND | ND | ND |
| Soil respiration | − | − | 0 | ND | ND | ND | ND | ND |
| Microbial biomass | 0 | − | 0 | ND | ND | ND | ND | ND |
| References | 1-5 | 6-7 | 7-11 | | 12 | 13 | 14 | 14 |

(rows "Tree growth" through "Microbial biomass" grouped under: Response relative to Control[a])

[a]Responses are indicated as positive (+), negative (−) or no response (0) in fertilized relative to control plots, or no data (ND) in indicated references.

References: 1) Burton et al. 2004; 2) Pregitzer et al. 2004; 3) Pregitzer et al. 2008; 4) Zak et al. 2004; 5) Zak et al. 2006; 6) McNulty et al. 2005; 7) Wallenstein et al. 2006; 8) Elvir et al. 2003; 9) Elvir et al. 2006; 10) Fernandez et al. 2003; 11) Jefts et al. 2004; 12) Mitchell et al. 2001; 13) Lamontagne and Schiff 1999; 14) Houle and Moore 2008.

and climatic variables within this dataset (Aber et al. 2003). However, other studies have shown that foliar N concentration increases with increasing N deposition. McNeil et al. (2007) saw an increase in foliar N concentration for eight of nine canopy tree species across 73 plots spanning an N deposition gradient (3.5 to >7 kg ha⁻¹ yr⁻¹ of wet-only N deposition) in the Adirondack Park, New York. American beech *(Fagus grandifolia)* did not respond, but yellow birch *(Betula alleghaniensis),* paper birch, red maple *(Acer rubrum),* sugar maple, eastern white pine, eastern hemlock *(Tsuga canadensis),* balsam fir, and red spruce did. Another regional foliar analysis, which included 2702 foliar samples from 434

plots in the Northeast, found significant correlations between N deposition (5 to 12 kg ha⁻¹ yr⁻¹ of wet plus dry deposition) and foliar N concentration for both hardwoods and conifers (Pardo et al. 2006). This study also examined foliar $\delta^{15}N$, another measure used to assess the N status of ecosystems because it provides an integrated measure of past N cycling and often increases in response to disturbance (Emmett et al. 1998, Nadelhoffer and Fry 1994). Foliar $\delta^{15}N$ increased with deposition, although correlations were stronger for conifers than for hardwoods (Pardo et al. 2006); in all cases the correlation between N deposition and foliar N concentration was stronger than with foliar

BLM_0061973

$\delta^{15}$N. In another gradient study evaluating N cycling in red spruce stands from Maine to New York, sampling in 1987 and 1988 (McNulty et al. 1991) and again in 1999 (Boggs et al. 2007) showed an increase in foliar N concentration both over time and with deposition along the gradient from 5 to 11 kg N ha$^{-1}$ yr$^{-1}$ (Pardo et al. 2007). Hardwood foliar N concentration was measured only in 1999 and increased with deposition along the gradient. These relationships were weaker than for spruce, but were statistically significant (Pardo et al. 2007). These studies broadly demonstrate that foliar N concentration in Northern Forests tends to increase with increasing N inputs. Nonetheless, because of the variability in response and the lack of a threshold above which the rate of change is altered, it is difficult to use foliar N concentration alone as an indicator of N saturation.

Until recently, there has been little evidence outside of fertilization experiments for either enhanced growth or mortality in U.S. forests attributable to elevated N deposition. This lack of evidence is largely due to the difficulty of detecting such a signal against the large background variation due to factors that affect growth in natural ecosystems and the relative paucity of such studies. Caspersen et al. (2000) discerned a 2.0 percent enhancement of forest biomass in several states (Minnesota, Michigan, Virginia, North Carolina, and Florida) over the last century, but could not identify which mechanism (e.g., rising atmospheric $CO_2$ concentrations, climate changes, N deposition) might be responsible for this growth increase. Similarly, Hicke et al. (2002) reported changes in forest growth across North America over the last two decades derived from satellite observations of canopy properties, but saw no trends that were easily attributable to N deposition. In Europe, regional patterns of forest growth are largely driven by forest management decisions, but growth enhancement from N deposition has long been speculated (e.g., Kauppi et al. 1992, Nabuurs et al. 2003). Recently, Magnani et al. (2007) reported a strong correlation between wet N deposition and estimates of net ecosystem production derived from chronosequences and eddy flux towers at 20 temperate forest sites. This correlation implied a very large stimulation of C sequestration with increasing N

deposition of approximately 180 to 480 kg C ha$^{-1}$ yr$^{-1}$ per 1 kg ha$^{-1}$ yr$^{-1}$ received in N deposition (Magnani et al. 2007). Several researchers have questioned the plausibility of so large an effect (de Vries et al. 2008, Högberg 2007, Sutton et al. 2008).

In a recent gradient analysis, Thomas et al. (2010) used forest inventory data from plots spanning the northern and eastern forests in the northeastern United States to discern a N deposition-induced tree-growth enhancement in plot-level biomass increment amounting to 5.5 percent per kg N ha$^{-1}$ yr$^{-1}$, or 61 kg C ha$^{-1}$ yr$^{-1}$ per 1 kg ha$^{-1}$ yr$^{-1}$ received in N deposition. Overall, this plot-level growth enhancement did not saturate or decline within the range of wet + dry deposition experienced in the region (3 to 11 kg N ha$^{-1}$ yr$^{-1}$). However, different tree species responded in different ways: some species had no response, some showed steady growth increases across the range of N deposition (e.g., yellow-poplar [*Liriodendron tulipifera*], black cherry [*Prunus serotina*], white ash [*Fraxinus americana*]), some showed growth rate peaks at mid-levels of N deposition (quaking aspen, scarlet oak [*Quercus coccinea*]), and one showed growth declines with increasing deposition (red pine). Tree survivorship increased with N deposition for some species (black cherry, red maple) and decreased for others (e.g., quaking and bigtooth aspen [*Populus grandidentata*], yellow birch, basswood [*Tilia* spp.], chestnut oak [*Quercus prinus*], and scarlet oak). Overall, this analysis indicates that current rates of N deposition enhance carbon sequestration in northeastern forests, but that N deposition can have negative impacts on growth and survivorship for some sensitive species.

### 7.3.2 Nitrate Leaching and Soil N

Conceptual models of N saturation indicate that $NO_3^-$ leaching should increase in response to long-term increases in or chronic exposure to atmospheric N deposition (Aber et al. 1998, Stoddard 1994). In fact, long-term $NO_3^-$ leaching trends in the northeastern United States have been inconsistent. Some sites have shown increases in $NO_3^-$ loss over the last 20 to 30 years, particularly in regions with the highest deposition (10 to 15 kg N ha$^{-1}$ yr$^{-1}$) such as the Catskill Mountains, New York (Burns et al. 2006) or Fernow Experimental

BLM_0061974



Figure 7.1—Surface water $NO_3^-$ concentrations increase with estimates of N deposition at the base of study watersheds in both summer and spring. N deposition to the entire watershed may be approximately 1 kg ha$^{-1}$ yr$^{-1}$ greater than at the base (From Aber et al. 2003).

Forest, West Virginia (Peterjohn et al. 1996, Adams et al. 2006); however, there is considerable temporal variability within these records. At other sites in the Adirondacks (Driscoll et al. 2003, 2007) and at the Hubbard Brook Experimental Forest (Dittman et al. 2007) and other sites in the White Mountains, New Hampshire (Goodale et al. 2003), surface water $NO_3^-$ concentrations have decreased over the last 20 to 30 years despite near-constant deposition.

The absence of a straightforward relationship between N deposition and surface water $NO_3^-$ leaching over time highlights the value of other approaches for assessing N effects on leaching, such as gradient studies and fertilization experiments. In a synthesis of $NO_3^-$ data across a northeastern N deposition gradient, Aber et al. (2003) report that surface water $NO_3^-$ concentrations in catchments receiving less than ~8 kg N ha$^{-1}$ yr$^{-1}$ rarely exceed 1 μmol L$^{-1}$ (Fig. 7.1). Nitrate concentrations increase on average above this threshold, though with substantial site-to-site variation. The wide range of $NO_3^-$ concentrations observed likely reflect the many factors other than N deposition that impact $NO_3^-$ leaching, such as tree species composition, soil and stand characteristics, land-use history, and hydrology. For example, a high abundance of sugar maple has

been associated with elevated nitrification and $NO_3^-$ leaching (Lovett and Rueth 1999, Lovett et al. 2004). Shallow soils at Mt. Ascutney in southern Vermont may be implicated in the site's sensitivity to N inputs and rapid increases in nitrification rates (McNulty and Aber 1993, McNulty et al. 1996, 2005). Old-growth stands have been shown to have higher nitrification rates and $NO_3^-$ leaching than second-growth historically logged or burned stands in the White Mountains of New Hampshire (Goodale and Aber 2001). However, elevated $NO_3^-$ losses at some sites, including the old-growth Bowl Research Natural Area, New Hampshire, may reflect hydrologic flow paths more than biological controls on N saturation (Martin et al. 2000, Pardo et al. 2004). Because so many factors can affect stream $NO_3^-$ losses, determining thresholds for $NO_3^-$ leaching in response to N deposition requires information from a very large number of catchments to discern the leaching signal over variation driven by other factors.

The Aber et al. (2003) N gradient study included a synthesis of soil data from 250 plots in the northeastern United States, yet detected only weak relationships between N deposition and soil N cycling measures (e.g., forest floor C:N, nitrification), due to the great number of additional factors that affect N cycling

BLM_0061975

beyond just N deposition. Stronger relationships were found between forest floor C:N ratio and nitrification, which presumably should lead to increased N availability for $NO_3^-$ leaching. The study evaluating N cycling in red spruce stands across an N deposition gradient from Maine to New York found significant increases in net nitrification potential with increasing deposition in 1987 (McNulty et al. 1991). When the same sites were evaluated in 1999, the relationship between N deposition and net nitrification potential was still observed, although the rate of nitrification had decreased significantly over time (Boggs et al. 2007). Decreasing patterns in stream water $NO_3^-$ and nitrification rate contradict the expectation that an ecosystem exposed to elevated N deposition over an extended period would move toward N saturation. Instead, these data suggest that the other factors beyond N deposition, such as climate, contribute to the observed patterns of ecosystem N cycling and loss.

### 7.3.3 Herbaceous Layer

There are few studies of N deposition effects on the herb layer in northern forests. In a low-level fertilization study, Hurd et al. (1998) added N in two forms at varying rates at three sites in the Adirondack Mountains of New York: (1) biweekly as dissolved nitric acid ($HNO_3$) spray at the rate of 14 kg N $ha^{-1}$ $yr^{-1}$ (two times the ambient of 7 kg N $ha^{-1}$ $yr^{-1}$ at the lowest deposition site); and (2) single applications of ammonium sulfate at 14 and 28 kg N $ha^{-1}$ $yr^{-1}$ (two and four times ambient). They found that cover of prominent herbaceous species declined significantly after only 3 years of treatment, particularly in response to ammonium sulfate (($NH_4)_2SO_4$). This decline resulted from increased shading by ferns, which can substantially reduce light levels to the forest floor. The response to N additions was more pronounced at sites experiencing lower ambient inputs of atmospheric N.

### 7.3.4 Mycorrhizal Fungi

*Ectomycorrhizal fungi.* Lilleskov et al. (2008) found that community structure of ectomycorrhizal fungi changed over a regional N deposition gradient from northeastern New York to Maine. Frequency of the different morphotypes varied continuously with increasing root N, and root N was positively related to

N deposition. Wet deposition at the low N end of this gradient was estimated at approximately 3 kg N $ha^{-1}$ $yr^{-1}$; total N deposition would be approximately 4 kg N $ha^{-1}$ $yr^{-1}$ (Ollinger et al. 1993). The estimated level of N deposition resulting in community change is 5 to 7 kg N $ha^{-1}$ $yr^{-1}$. This is quite similar to patterns found in white spruce forests in Alaska (Lilleskov et al. 2001, 2002) and pitch pine forests in the Pine Barrens of New Jersey (Dighton et al. 2004).

If elevated soil $NO_3^-$ availability is a good indicator of ectomycorrhizal fungal community change in oligotrophic N-limited conifer forests (Lilleskov et al. 2002, Lilleskov 2005), then N deposition thresholds that minimize excess $NO_3^-$ availability should be sufficient to protect ectomycorrhizal fungal diversity in these forest types.

*Arbuscular mycorrhizal fungi.* We have less empirical data on arbuscular mycorrhizal community response to N in northern forests. One study in sugar-maple-dominated forests in Michigan has found declines of arbuscular mycorrhizal fungal biomass (van Diepen et al. 2007, 2010) and changes in community structure (van Diepen 2008) in response to N addition of 30 kg $ha^{-1}$ $yr^{-1}$ above background deposition of approximately 5 to 12 kg $ha^{-1}$ $yr^{-1}$ wet deposition, but the lower threshold of response to N is not yet known. There is some indication that arbuscular mycorrhizal biomass has declined and community composition has shifted over the N deposition gradient (van Diepen 2008), suggesting a threshold of <12 kg $ha^{-1}$ $yr^{-1}$ of wet deposition, but it is likely that there are interactions with within-site factors, and definitive determination of a response threshold awaits further analysis.

### 7.3.5 Lichens and Bryophytes

Lichen and bryophyte responses documented in the Taiga and Eastern Temperate Forests ecoregions sections can also be expected in the U.S. portion of the Northern Forests ecoregion (see Chapters 6 and 10). Nearly all northern forest lichens belong either to the boreal or to the eastern flora (Brodo et al. 2001). However, air quality in this ecoregion is much more similar to the densely populated Eastern Forests ecoregion than it is to the relatively pristine Taiga ecoregion (see Chapter 3,

BLM_0061976

**Table 7.2—Critical loads of nutrient N for the Northern Forests ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Ecosystem component | Critical load for N deposition $kg\ ha^{-1}\ yr^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Trees | >3 | # | Decreased growth of red pine, and decreased survivorship of yellow birch, scarlet and chestnut oak, quaking aspen, and basswood | | Thomas et al. 2010 |
| Lichens | 4-6 | (#) | Community composition shift | Application of model developed for Marine West Coast Forests to Northern Forests | Geiser et al. 2010 |
| Ectomycorrhizal fungi | 5-7 | # | Change in fungal community structure | | Lilleskov et al. 2008 |
| Herbaceous species cover | >7 and <21 | # | Loss of prominent species | Response observed in low-level fertilization experiment | Hurd et al. 1998 |
| Northern Hardwood and Coniferous Forests | 8 | ## | increased surface water nitrate leaching | | Aber et al. 2003 |
| Tree growth and mortality | >10 and <26 | # | Decreased growth and/or induced mortality | Response observed in low-level fertilization experiment in old-growth montane red spruce | McNulty et al. 2005 |
| Arbuscular mycorrhizal fungi | <12 | (#) | biomass decline and community composition change | Observed along a Michigan N gradient | van Diepen 2008 |

air quality for the Taiga ecoregion). Responses to combined sulfur dioxide ($SO_2$), acidity, and enhanced N deposition in western Pennsylvania (Showman and Long 1992) and New York (Smiley and George 1974) have included dramatic declines in species diversity and a shifting of community composition favoring acid- and N-tolerant species. Information on lichen research methodology and terminology can be found in Chapter 4 of this report.

## 7.4 Critical Loads Estimates

Empirical critical loads for both hardwood and coniferous ecosystems within the Northern Forest ecoregion can be set at 8 kg ha$^{-1}$ yr$^{-1}$ (Table 7.2), the observed threshold for surface water $NO_3^-$ leaching from these forests (Aber et al. 2003). This estimate is very reliable because it is based on 354 data points from

sites around the northeastern United States (Aber et al. 2003). Rather than threshold responses, foliar N concentration and forest growth and survivorship all tend to show gradual responses with variation in N deposition received in the northern United States, with responses that often vary by species. Some sensitive tree species show declines in growth (red pine) or survivorship (yellow birch, scarlet and chestnut oak, quaking aspen, and basswood) as deposition increases across the Northeast from 3 to 11 kg N ha$^{-1}$ yr$^{-1}$ (Thomas et al. 2010); the critical load for negative tree growth response to N deposition is >3 kg ha$^{-1}$ yr$^{-1}$. This value is fairly reliable, based on measurements from thousands of trees of each species. Based on the N-addition study in montane spruce-fir systems at Mt. Ascutney, adverse growth and mortality responses are likely to occur at deposition > 10 but <26 kg N ha$^{-1}$ yr$^{-1}$

BLM_0061977

(McNulty et al. 2005). Although it only occurred at a single site, this striking and clear response of induced mortality is considered fairly reliable. Similarly, based on an N addition study in the Adirondacks, understory herbaceous composition is likely to be altered at deposition >7 kg N ha$^{-1}$ yr$^{-1}$ but < 21 kg N ha$^{-1}$ yr$^{-1}$ (Hurd et al. 1998). Because this response was observed at a single site, this value is considered fairly reliable. Ectomycorrhizal fungal-based critical loads appear to be about 5 to 7 kg N ha$^{-1}$ yr$^{-1}$ (Lilleskov et al. 2008); the upper end of this range converges with the critical load based on surface water $NO_3^-$ leaching reported above. Arbuscular mycorrhizal fungal critical loads are tentatively set at <12 kg N ha$^{-1}$ yr$^{-1}$ (van Diepen 2008). The value for ectomycorrhizal fungi can be considered fairly reliable, as it is based on the convergence of several studies in this and ecologically similar regions. The value for arbuscular mycorrhizal fungi is considered expert judgment as it is based on one gradient with only four sites.

Application of a model relating epiphytic lichen community composition of Oregon and Washington coniferous forests to N deposition, accounting for precipitation (Chapter 4; Geiser et al. 2010), to the Northern Forests ecoregion yields a critical load estimate of 4 to 6 kg ha$^{-1}$ yr$^{-1}$. This value was calculated using a precipitation range of 100 to 240 cm modeled by PRISM for the U.S. portion of northern forests, and a lichen community-composition response threshold that allows as few as 30 percent oligotrophs and no more than 34 percent eutrophs. This is the same threshold that was used for western Oregon and Washington coniferous forests by Geiser et al. (2010). Because it relies on data from other ecoregions, the value for lichens is considered expert judgment.

## 7.5 Comparison to European Critical Loads

Critical loads for comparable forest ecosystems in Europe are reported to range from 10 to 15 kg N ha$^{-1}$ yr$^{-1}$ for boreal and temperate forest, based largely on changes in soil processes and $NO_3^-$ leaching (Bobbink et al. 2003). Critical loads for expected changes in foliar N:P and N:Mg ratios were set at 15 to 20 kg N

ha$^{-1}$ yr$^{-1}$; no critical load was set for growth (Bobbink et al. 2003). For herbaceous species in boreal forests, the critical load may be as low as 7 kg N ha$^{-1}$ yr$^{-1}$. For ectomycorrhizal fungi, Bobbink et al. (2003) stated an expert judgment for critical loads of 10 to 20 kg N ha$^{-1}$ yr$^{-1}$. For lichens and epiphytic algae, the critical load is likely not higher than 10 to 15 kg N ha$^{-1}$ yr$^{-1}$ (Bobbink et al. 2003).

## 7.6 Future Research Directions and Gaps in Data

Fundamental gaps in understanding the regulation of N availability in forest ecosystems remain. Hence, simple relationships between inputs and ecosystem outputs and damage have been difficult to determine. Other factors that may be important include climate events (disturbance and variation), prior land use, species composition, site characteristics, and hydrology. Interactions between different stressors add complexity to the input/output relationship. Low-level fertilization induced substantial mortality in a montane spruce-fir ecosystem at Mt. Ascutney (McNulty et al. 2005), but it is not clear to what extent that research can be extrapolated to the rest of the region, especially to lowland forests. Determining whether this site is unique would be useful to understanding the potential consequences of elevated N deposition in the Northern Forest ecoregion.

Far less research exists for herbaceous vegetation than for trees. Future research might include additional low-level fertilizations with an emphasis on examining the responses of herbaceous species, mycorrhizal fungi, bryophytes (especially in bog ecosystems), and lichens. In addition, diversity and community structure could be included in the parameters measured. Better quantification of N deposition at high elevations would also help improve understanding of the susceptibility of the ecosystems and the thresholds when responses occur.

Finally, the results of this analysis may be useful in improving understanding of the value chosen for critical N concentrations or leaching values in the steady-state mass balance method for calculating critical loads.

BLM_0061978

## LITERATURE CITED

Aber, J.D.; Goodale, C.L.; Ollinger, S.V.; Smith, M.-L.; Magill, A.H.; Martin, M.E.; Hallet, R.A.; Stoddard, J.L. 2003. **Is nitrogen deposition altering the nitrogen status of Northeastern forests?** BioScience. 53(4): 375-389.

Aber, J.; McDowell, W.; Nadelhoffer, K.; Magill, A.; Berntson, G.; Kamakea, M.; McNulty, S.; Currie, W.; Rustad, L.; Fernandez, I. 1998. **Nitrogen saturation in temperate forest ecosystems.** BioScience. 48(11): 921-934.

Adams, M.B; DeWalle, D.R.; Hom, J.L., eds. 2006. **The Fernow watershed acidification study.** Dordrecht, Netherlands: Springer. 279 p.

Bobbink, R.; Ashmore, M.R.; Braun, S.; Fluckiger, W.; van der Wyngaert, I.J.J. 2003. **Empirical nitrogen critical loads for natural and semi-natural ecosystems: 2002 update.** In: Achermann, B.; Bobbink, R., eds. Empirical critical loads for nitrogen. Environmental Documentation 164. Background document for expert workshop on empirical critical loads for nitrogen on semi-natural ecosystems; 2002 November 11-13; Berne, Switzerland: Swiss Agency for the Environment, Forests and Landscape: 143-170.

Boggs, J.L.; McNulty, S.G.; Pardo, L.H. 2007. **Changes in conifer and deciduous forest foliar and forest floor chemistry and basal area tree growth across a nitrogen (N) deposition gradient in the northeastern US.** Environmental Pollution. 149: 303-314.

Brodo, I.M.; Duran Sharnoff, S.; Sharnoff, S. 2001. **Lichens of North America.** New Haven, CT: Yale University Press. 795 p.

Burns, D.A.; McHale, M.R.; Driscoll, C.T., Roy, K.M. 2006. **Response of surface water chemistry to reduced levels of acid precipitation: comparison of trends in two regions of New York, USA.** Hydrological Processes. 20: 1611-1627.

Burton A.J.; Pregitzer K.S.; Crawford J.N.; Zogg G.P.; Zak D.R. 2004. **Chronic additions reduce soil respiration in northern hardwood forests.** Global Change Biology. 10: 1080-1091.

Caspersen, J.P.; Pacala, S.W.; Jenkins, J.C.; Hurtt, G.C.; Moorcroft, P.R.; Birdsey, R.A. 2000. **Contributions of land-use history to carbon accumulation in U.S. forests.** Science. 290: 1148-1151.

Commision for Environmental Cooperation (CEC). 1997. **Ecological regions of North America: Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/files/pdf/BIODIVERSITY/eco-eng_EN.pdf. (Accessed May 24, 2010).

de Vries, W.; Solberg, S.; Dobbertin, M.; Sterba, H.; Laubhahn, D.; Reinds, G.J.; Nabuurs, G.J.; Gundersen, P.; Sutton, M.A. 2008. **Ecologically implausible carbon response?** Nature. 451 (7180): 1-3.

Dighton, J.; Tuininga, A.R.; Gray, D.M.; Huskins, R.E.; Belton, T. 2004. **Impacts of atmospheric deposition on New Jersey pine barrens forest soils and communities of ectomycorrhizae.** Forest Ecology and Management. 201: 131-144.

Dittman, J.A.; Driscoll, C.T.; Groffman, P.M.; Fahey, T.M. 2007. **Dynamics of nitrogen and dissolved carbon at the Hubbard Brook Experimental Forest.** Ecology. 88: 1153-166.

Driscoll, C.T.; Driscoll, K.M.; Roy, K.M.; Dukett; J. 2007. **Changes in the chemistry of lakes in the Adirondack region of New York following declines in acidic deposition.** Applied Geochemistry. 22: 1181-1188.

Driscoll, C.T.; Driscoll, K.M.; Roy, K.M.; Mitchell, M.J. 2003. **Chemical response of lakes in the Adirondack region of New York to declines in acidic deposition.** Environmental Science and Technology. 37: 2036-2042.

Elvir, J.A.; Wiersma, G.B.; Day, M.E.; Greenwood, M.S.; Fernandez, I.J. 2006. **Effects of enhanced nitrogen deposition on foliar chemistry and physiological processes of forest trees at the Bear Brook Watershed in Maine.** Forest Ecology and Management. 221: 207-214.

Elvir, J.A.; Wiersma, G.B.; White, A.; Fernandez, I. 2003. **Effects of chronic ammonium sulfate treatment on basal area increment in red spruce and sugar maple at the Bear Brook Watershed in Maine.** Canadian Journal of Forest Research. 33: 862-869.

Emmett, B.A.; Kjønaas, O.J.; Gundersen, P.; Koopmans, C.; Tietema, A.; Sleep, D. 1998. **Natural abundance of $^{15}$N in forests across a nitrogen deposition gradient.** Forest Ecology and Management. 101: 9-18.

Fernandez, I.J.; Rustad, L.E.; Norton, S.A.; Kahl, J.S.; Cosby, B.J. 2003. **Experimental acidification causes soil base-cation depletion at the Bear Brook Watershed in Maine.** Soil Science Society of America Journal. 67: 1909-1919.

Geiser, L.H.; Glavich, D.A.; Jovan, S.; Porter, M. 2010. **Lichen-based critical loads for atmospheric nitrogen deposition in Western Oregon and Washington Forests, USA.** Environmental Pollution. 158: 2412-2421.

Goodale, C.L.; Aber, J.D. 2001. **The long-term effects of land-use history on nitrogen cycling in northern hardwood forests.** Ecological Applications. 11: 253-267.

Goodale, C.L; Aber, J.D.; Vitousek, P.M. 2003. **An unexpected nitrate decline in New Hampshire streams.** Ecosystems. 6: 75-86.

Hicke, J.A.; Asner, G.P.; Randerson, J.T.; Tucker, C.; Los, S.; Birdsey, R.; Jenkins, J.C.; Field, C.; Holland. E. 2002. **Satellite-derived increases in net primary productivity across North America, 1982-1998.** Geophysical Research Letters. 29 (10): 10.1029/2001GL013578.

Högberg, P. 2007. **Nitrogen impact on forest carbon.** Nature. 447: 781-782.

Houle, D.; Moore, J.D. 2008. **Soil solution, foliar concentrations and tree growth response to 3-year of ammonium-nitrate addition in two boreal forests of Québec, Canada.** Forest Ecology and Management. 255 (7): 2049-2060.

Hurd, T.M.; Brach, A.R.; Raynal, D.J. 1998. **Response of understory vegetation of Adirondack forests to nitrogen additions.** Canadian Journal of Forest Research. 28: 799-807.

Jefts, S.; Fernandez, I.J.; Rustad, L.E.; Dail, D.B. 2004. **Decadal responses in soil N dynamics at the Bear Brook Watershed in Maine, USA.** Forest Ecology and Management. 189: 189-205.

Kauppi, P.; Mielikainen, K.; Kuusela, K. 1992. **Biomass and carbon budgets of European forests, 1971-1990.** Science. 256: 70-74.

Lamontagne, S.; Schiff, S.L. 1999. **The response of a heterogeneous upland boreal shield catchment to a short term NO$_3^-$ addition.** Ecosystems. 2: 460-473.

Lilleskov, E.A. 2005. **How do composition, structure, and function of mycorrhizal fungal communities respond to nitrogen deposition and ozone exposure?** In: Dighton, J.; White, J.F;. Oudemans, P., eds. The fungal community: its organization and role in the ecosystem. Boca Raton, FL: Taylor and Francis: 769-801.

Lilleskov, E.A.; Fahey, T.J.; Horton, T.R; Lovett, G.M. 2002. **Belowground ectomycorrhizal fungal community change over a nitrogen deposition gradient in Alaska.** Ecology. 83: 104-115.

Lilleskov, E.A.; Fahey, T.J.; Lovett, G.M. 2001. **Ectomycorrhizal fungal aboveground community**

BLM_0061980

**change over an atmospheric nitrogen deposition gradient.** Ecological Applications. 11: 397-410.

Lilleskov, E.A.; Wargo, P.M.; Vogt, K.A.; Vogt, D.J. 2008. **Mycorrhizal fungal community relationship to root nitrogen concentration over a regional atmospheric nitrogen deposition gradient in the northeastern US.** Canadian Journal of Forest Research. 38: 1260-1266.

Lovett, G.M.; Rueth, H. 1999. **Soil nitrogen transformations in beech and maple stands along a nitrogen deposition gradient.** Ecological Applications. 9(4): 1330-1344.

Lovett, G.M.; Weathers, K.C.; Arthur, M.A.; Schultz, J.C. 2004. **Nitrogen cycling in a northern hardwood forest: Do species matter?** Biogeochemistry. 67: 289-308.

Magill, A.H.; Aber, J.D.; Currie, W.S.; Nadelhoffer, K.J.; Martin, M.E.; McDowell, W.H.; Melillo, J.M.; Steudler, P. 2004. **Ecosystem response to 15 years of chronic nitrogen additions at the Harvard Forest LTER, Massachusetts, USA.** Forest Ecology and Management. 196: 7-28.

Magnani F.; Mencuccini, M.; Borghetti, M.; Berbigier, P.; Berninger, F.; Delzon, S.; Grelle, A.; Hari, P.; Jarvis, P.G.; Kolari, P.; Kowalski, A.S.; Lankreijer, H.; Law, B.E.; Lindroth, A.; Loustau, D.; Manca, G.; Moncrieff, J.B.; Rayment, M.; Tedeschi, V; Valentini, R.; Grace, J. 2007. **The human footprint in the carbon cycle of temperate and boreal forests.** Nature. 447: 848-851.

Martin, C.W.; Driscoll, C.T.; Fahey, T.J. 2000. **Changes in streamwater chemistry after 20 years from forested watersheds in New Hampshire, USA.** Canadian Journal of Forest Research. 30: 1206-1213.

McNeil B.E.; Read, J.M.; Driscoll, C.T. 2007. **Foliar nitrogen responses to elevated nitrogen deposition in nine temperate forest canopy species.** Environmental Science and Technology. 41: 5191-5197.

McNulty, S.G.; Aber, J.D. 1993. **Effects of chronic nitrogen additions on nitrogen cycling in a high-elevation red spruce-fir stand.** Canadian Journal of Forest Research. 23: 1252-1263.

McNulty, S.G.; Aber, J.D.; Boone, R.D. 1991. **Spatial changes in forest floor and foliar chemistry of spruce-fir forests across New England.** Biogeochemistry. 14: 13-29.

McNulty, S.G.; Aber, J.D.; Newman, S. D. 1996. **Nitrogen saturation in a high elevation New England red spruce-fir stand.** Forest Ecology and Management. 84: 109-121.

McNulty, S.G.; Boggs, J.; Aber, J.D.; Rustad, L.; Magill, A. 2005. **Red spruce ecosystem level changes following 14 years of chronic N fertilization.** Forest Ecology and Management. 219: 279-291.

Mitchell, M.J.; Driscoll, C.T.; Owen, J.S.; Schaefer, D.; Michener, R.; Raynal, D.J. 2001. **Nitrogen biogeochemistry of three hardwood ecosystems in the Adirondack Region of New York.** Biogeochemistry. 56 (2): 93-133.

Nabuurs, G.-J.; Schelhaas, M.-J.; Mohren, G.M.J.; Field, C.B. 2003. **Temporal evolution of the European forest sector carbon sink from 1950-1999.** Global Change Biology. 9: 152-160.

Nadelhoffer, K.J.; Fry, B. 1994. **Nitrogen isotope studies in forest ecosystems.** In: Lajtha, K.; Michener, R.H., eds. Stable isotopes in ecology and environmental science. Cambridge, U.K.: Blackwell Scientific Publishers: 22-44.

Ollinger, S.V.; Aber, J.D.; Lovett, G.M.; Millham, S.E.; Lathrop, R.G.; Ellis, J.M. 1993. **A spatial model of atmospheric deposition for the northeastern U.S.** Ecological Applications. 3: 459-472.

Pardo, L.H.; Kendall, C.; Pett-Ridge, J.; Chang, C.C.YR. 2004. **Evaluating the source of streamwater nitrate using $\delta^{15}N$ and $\delta^{18}O$ in nitrate**

BLM_0061981

in two watersheds in New Hampshire, USA. Hydrological Processes. 18: 2699-2712.

Pardo, L.H.; McNulty, S.G.; Boggs, J.L.; Duke, S. 2007. **Regional pattern in foliar $^{15}$N across a gradient of nitrogen deposition in the northeastern U.S.** Environmental Pollution. 149(3): 293-302.

Pardo, L.; Templer, P.; Goodale, C.; Duke, S.; Groffman, P.; Adams, M.; Boeckx, P.; Boggs, J.; Campbell, J.; Colman, B.; Compton, J.; Emmett, B.; Gundersen, P.; Kjønaas, J.; Lovett, G.; Mack, M.; Magill, A.; Mbila, M.; Mitchell, M.; McGee, G.; McNulty, S.; Nadelhoffer, K.; Ollinger, S.; Ross, D.; Rueth, H.; Rustad, L.; Schaberg, P.; Schiff, S.; Schleppi, P.; Spoelstra, J.; Wessel, W. 2006. **Regional assessment of N saturation using foliar and root $\delta^{15}$N.** Biogeochemistry. 80 (2): 143-171.

Peterjohn, W.T.; Adams, M.B.; Gilliam, F.S. 1996. **Symptoms of nitrogen saturation in two central Appalachian hardwood forest ecosystems.** Biogeochemistry. 35: 507-522.

Pregitzer, K.S.; Burton, A.J.; King, J.S.; Zak, D.R. 2008. **Soil respiration, root biomass, and root turnover following long-term exposure of northern forests to elevated atmospheric $CO_2$ and tropospheric $O_3$.** New Phytologist.180 (1): 153-161.

Pregitzer, K.S.; Zak, D.R.; Burton, A.J.; Ashby, J.A.; MacDonald, N.W. 2004. **Chronic nitrate additions dramatically increase the export of carbon and nitrogen from northern hardwood ecosystems.** Biogeochemistry. 68 (2): 179-197.

Schaberg, P.G.; DeHayes, D.H.; Hawley, G.J.; Murakami, P.F.; Strimbeck, G.R.; McNulty, S.G. 2002. **Effects of chronic N fertilization on foliar membranes, cold tolerance, and carbon storage in montane red spruce.** Canadian Journal of Forest Research. 32: 1351-1359.

Showman, R.E.; Long, R.P. 1992. **Lichen studies along a wet sulfate deposition gradient in Pennsylvania.** The Bryologist. 95 (2): 166-170.

Smiley, D.; George, C.J. 1974. **Photographic documentation of lichen decline in the Shawangunk Mountains of New York.** The Bryologist. 77: 179-187.

Stoddard, J.L. 1994. **Long-term changes in watershed retention of nitrogen.** In: Baker, L.A., ed. Environmental chemistry of lakes and reservoirs, advances in chemistry series, Vol. 237. Washington, DC: American Chemical Society: 223-284.

Sutton, M.A.; Simpson, D.; Levy, P.E.; Smith, R.I.; Reis, S.; van Oijen, M.; deVries, W. 2008. **Uncertainties in the relationship between atmospheric nitrogen deposition and forest carbon sequestration.** Global Change Biology. 14: 1-7.

Thomas, R.Q.; Canham, C.D.; Weathers, K.C.; Goodale, C.L. 2010. **Increased tree carbon storage in response to nitrogen deposition in the US.** Nature Geoscience. 3: 13-17.

van Diepen, L.T.A. 2008. **The role and diversity of arbuscular mycorrhizal fungi in *Acer saccharum* dominated forest ecosystems under natural and N-amended conditions.** Houghton, MI: Michigan Technological University. 99 p. PhD dissertation.

van Diepen, L.T.A.; Lilleskov, E.A.; Pregitzer, K.S.; Miller, R.M. 2007. **Decline of arbuscular mycorrhizal fungi in northern hardwood forests exposed to chronic nitrogen additions.** New Phytologist. 176: 175-183.

van Diepen, L.T.A.; Lilleskov, E.A.; Pregitzer, K.S.; Miller R.M. 2010. **Simulated nitrogen deposition causes a decline of intra- and extraradical abundance of arbuscular mycorrhizal fungi and changes in microbial community structure in northern hardwood forests.** Ecosystems. 13: 683-695.

Wallace, Z.P.; Lovett, G.M.; Hart, J.E.; Machona, B. 2007. **Effects of nitrogen saturation on tree growth and death in a mixed-oak forest.** Forest Ecology and Management. 243: 210-218.

BLM_0061982

Wallenstein, M.D.; McNulty, S.; Fernandez, I.J.; Boggs, J.; Schlesinger, W.H. 2006. **Nitrogen fertilization decreases forest soil fungal and bacterial biomass in three long-term experiments.** Forest Ecology and Management. 222(1-3): 459-468.

Zak, D.R.; Holmes, W.E.; Tomlinson, M.J.; Pregitzer, K.S.; Burton, A.J. 2006. **Microbial cycling of C and N in northern hardwood forests receiving chronic atmospheric NO$_3^-$.** Ecosystems. 9(2): 242-253.

Zak, D.R.; Pregitzer, K.S.; Holmes, W.E.; Burton, A.J.; Zogg, G.P. 2004. **Anthropogenic N deposition and the fate of $^{15}$NO$_3^-$ in a northern hardwood ecosystem.** Biogeochemistry. 69(2): 143-157.

BLM_0061983

74

BLM_0061984

# 8 NORTHWESTERN FORESTED MOUNTAINS

W.D. Bowman, J.S. Baron, L.H. Geiser, M.E. Fenn, E.A. Lilleskov

## 8.1 Ecoregion Description

The Northwestern Forested Mountains are ecologically diverse and geographically widespread, encompassing the mountain ecosystems of central and northwestern North America (CEC 1997; Figure 2.2). The ecoregion description is adapted from CEC (1997). Geographically, they extend from the Rocky Mountains and the Sierra Nevada north through the Siskiyous, the east side of the Cascade Range, and then east of the Coast Ranges to interior Alaska. Climatically, the region is characterized by a transition from a moist, maritime climate in the northwest, to a continental and drier climate in the Rockies in the southeast. Orographically generated rainfall creates both rain shadows and wet belts, often in close proximity.

The vegetation of the ecoregion is extremely diverse, with distinct community zonation occurring along elevation gradients. Alpine communities at the highest elevations contain various forb, lichen, and shrub associations. Subalpine communities include lodgepole pine (*Pinus contorta*), subalpine fir (*Abies lasiocarpa*), Pacific silver fir (*Abies amabilis*), grand fir (*Abies grandis*), and Engelmann spruce (*Picea engelmannii*). Mid-elevation forests are characterized by ponderosa pine (*Pinus ponderosa)*, Rocky Mountain Douglas-fir (*Pseudotsuga menziesii* var. *glauca*), lodgepole pine, and quaking aspen (*Populus tremuloides*) in the east, and by western hemlock (*Tsuga heterophylla*), western red cedar (*Thuja plicata*), Douglas-fir (*Pseudotsuga menziesii*), and western white pine (*Pinus monticola*) in the west and southwest. White and black spruce (*Picea glauca and P. mariana*) dominate the Alaskan portion of the ecoregion. Vegetation of the interior valleys in the southern portion of the region includes big sagebrush (*Artemisia tridentata*), rabbitbrush (*Chrysothamnus* spp.), and antelope bitterbrush (*Purshia tridentata*).

## 8.2 Ecosystem Responses to N Deposition

The wide diversity of communities and climates, along with diverse bedrock geologies, results in substantial variation in ecological responses to nitrogen (N) deposition. Unfortunately, little information exists on the response of many areas in the region. Documented responses to elevated N deposition within this bioregion include alteration of soils (carbon:nitrogen (C:N) ratios, base cation composition, and N cycling rates, including mineralization and nitrification), plant, lichen, and algal chemistry (N concentration and nitrogen:calcium (N:Ca), nitrogen:magnesium (N:Mg), nitrogen:phosphorus (N:P), and C:N ratios; lichen thallus N concentrations), surface water N concentration and acid-neutralizing capacity, catchment N leaching rate, and changes in the community composition of plants, lichens, and phytoplankton. The region provides several important ecosystem services that may be compromised by N deposition, including water supply for much of western North America, timber, forage for livestock, and recreation.

## 8.3 Range of Responses Observed

### 8.3.1 Forest

Much of the research on ecological responses to N deposition in this ecoregion has been conducted in the Colorado Front Range of the Rocky Mountains, where a strong connection between regional urban and agricultural emissions and adjacent wildlands responses has been documented (e.g., Rocky Mountain National Park; Baron et al. 2000, Gebhart et al. 2011). Responses to N deposition are shown in Table 8.1. Rueth and Baron (2002) evaluated characteristics of subalpine Engelmann spruce stands spanning the Continental Divide across a N deposition gradient from 1-2 to 3-5 kg ha$^{-1}$ yr$^{-1}$. Deposition reported is total (wet + dry) at the eastern end of the deposition

BLM_0061985

BLM_0061986

Table 8.1—Observed and modeled responses to N inputs for the Northwestern Forested Mountains ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment

| Ecosystem | Site | N deposition $kg\ ha^{-1}\ yr^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|---|
| Coniferous forest | Alaska | 1.2-3.7 | (#) | Lichen community composition | Application of western Oregon and Washington model | Geiser et al. 2010 |
| Alpine lake | S. Rockies/Loch Vale RMNP | 1.5 | ## | Diatom assemblages | Wet deposition estimate | Baron 2006 |
| Coniferous forest | Northwestern Forested Mountains, non-Alaska | 2.5-7.1 | ## | Lichen community composition | Application of western Oregon and Washington model, Sierra thresholds | Geiser et al. 2010 |
| Alpine | S. Rockies/ Rocky Mountain National Park | 3-4 | (#) | Soil chemistry | | Baron et al. 1994 |
| Coniferous forest | Sierra Nevada | 3.1-5.2 | ## | Lichen community composition | N measured as canopy throughfall | Fenn et al. 2008 |
| Subalpine Forest | S.Rockies/12 stands of paired high and low N deposition | <4 | ## | Foliar chemistry, mineralization, nitrification, initial increases in N leaching below the organic layer | Effects are cumulative over time | Rueth and Baron 2002 |
| Subalpine Forest | S. Rockies/fertilized plots in Fraser and Loch Vale | <4 | ## | Foliar chemistry, mineralization, nitrification | Effects are cumulative over time | Rueth et al. 2003 |
| Alpine vegetation | S. Rockies/ Niwot Ridge | 4 | ## | Species composition ; individual species responses | | Bowman et al. 2006 |
| Alpine lake | S. Rockies/Niwot | 4.0 | # | Episodic freshwater acidification | | Williams and Tonnesson 2000 |
| Hardwood and coniferous forests | Columbia River Gorge | 4-5 | # | Lichen community composition | N measured as canopy throughfall | Geiser et al. in 2010 |
| Alpine stream | S. Rockies/Loch Vale RMNP | 5 | (#) | Episodic freshwater acidification | | Baron and Hartman[o], model results |
| Alpine and subalpine lakes and streams | Sierra Nevada | > 5 | ## | $NO_3^-$ leaching | Increased $NO_3^-$ leaching not observed at the highest deposition (5 kg ha$^{-1}$ yr$^{-1}$) | Sickman et al. 2001 |

| Alpine stream | S. Rockies/Loch Vale RMNP | 7.3 | (#) | Chronic freshwater acidification | | Baron and Hartman[a], model results |
|---|---|---|---|---|---|---|
| Alpine stream | S. Rockies/Loch Vale RMNP | 8 | (#) | Freshwater acidification | ANC=20 µeq/L | Sullivan et al. 2005 (modeled) |
| Alpine vegetation | S. Rockies/ Niwot Ridge | 10 | ## | Species composition; whole community | | Bowman et al. 2006 |
| Subalpine stream/lake | S. Rockies/Loch Vale RMNP | 12 | (#) | Freshwater acidification | ANC=20 µeq/L | Sullivan et al. 2005 (modeled) |
| Alpine stream | S. Rockies/Loch Vale RMNP | 14 | (#) | Freshwater acidification | ANC=0 µ/L | Sullivan et al. 2005 (modeled) |
| Mixed conifer forest | Sierra Nevada | 17 | ## | $NO_3^-$ leaching; reduced fine root biomass | Critical load not exceeded in NW forests; critical load based on SW Sierra Nevada and San Bernardino Mts | Fenn et al. 2008 |
| Alpine terrestrial | S. Rockies / Niwot Ridge | >20 | # | $NO_3^-$ leaching, soil nitrogen fluxes | | Bowman et al. 2006 |
| Subalpine stream/lake | S. Rockies/Loch Vale RMNP | 21 | (#) | Freshwater acidification | ANC=0 µeq/L | Sullivan et al. 2005 (modeled) |

[a]Baron, J.S.; Hartman, M.D. Unpublished data. On file with Jill Baron, Research ecologist, U.S. Geological Survey, Natural Resource Ecology Laboratory, Colorado State University, Fort Collins CO 80523-1499

gradient; wet deposition only is reported in the west where dry deposition was assumed to be insignificant (Rueth and Baron 2002). At the eastern, high end of the deposition gradient, forest stands had significantly lower organic soil horizon C:N, higher N mineralization rates, higher potential net nitrification rates and foliar N concentration, and higher N:P, N:Ca, and N:Mg ratios. Nitrate ($NO_3^-$) leaching was elevated at the eastern, high end of the deposition gradient (Baron[6], Rueth and Baron 2002). An earlier study reported elevated foliar N:P ratios in high elevation bristlecone pine (*Pinus aristata*) stands receiving N deposition of 6 kg N ha$^{-1}$ yr$^{-1}$ (Williams et al. 1996).

Four years of low-level (25 kg ha$^{-1}$ yr$^{-1}$) ammonium nitrate ($NH_4NO_3$) fertilization to old-growth coniferous forests with different initial levels of atmospheric N deposition showed different responses based on initial conditions (Rueth et al. 2003). The low deposition site with initial organic horizon C:N of 36 and N pool of 605 kg N ha$^{-1}$ showed no significant increase in N mineralization rates. At this low deposition site, foliar and soil organic horizon C:N decreased significantly with fertilization. In contrast, N mineralization rates and extractable inorganic N in soil increased significantly at the higher N deposition site with greater initial soil N (C:N of 24, N pool of 991 kg N ha$^{-1}$). At this higher N deposition site, foliar and soil organic horizon percentages of N did not change (Rueth et al. 2003).

In mixed conifer forests of the southwestern Sierra Nevada (See Chapter 13, Mediterranean California), $NO_3^-$ leaching increases at a deposition of 17 kg N ha$^{-1}$ yr$^{-1}$, as determined from empirical data and from biogeochemical modeling (Fenn et al. 2008). At this level of N deposition, fine root biomass was reduced by 26 percent. The highest throughfall N deposition inputs reported for the northern and eastern regions of the Sierra Nevada range are 7 kg ha$^{-1}$ yr$^{-1}$ (Fenn et al. 2008). Mixed conifer forests in California with these levels of N deposition are highly conservative of N, with no appreciable hydrologic $NO_3^-$ leaching or

gaseous N losses from soil (Fenn et al. 2008). Effects on soils and vegetation could be occurring in the most polluted northern and eastern regions, but are likely to be subtle and may not have been observed for lack of in-depth study. However, Community Multi-scale Air Quality (CMAQ) simulations of N deposition indicate that N inputs may be as high as 11 to 17 kg ha$^{-1}$ yr$^{-1}$ along portions of the western edge of the central and northern Sierra Nevada range (Fenn et al. 2010). If deposition actually occurs at these levels in some sites, N enrichment of soil and plants are expected. Increased $NO_3^-$ leaching and gaseous N loss may also occur at the upper end of this deposition range (Fenn et al. 2008). Effects of N deposition on biodiversity of understory or shrub communities in the Sierra Nevada range have not been studied, although plant community composition of many nutrient-poor low biomass ecosystems in California are likely impacted by deposition levels ≤10 kg ha$^{-1}$ yr$^{-1}$ (Weiss 2006). Weiss (2006) estimated that 10,000 km$^2$ in California are vulnerable to plant community impacts from N deposition >10 kg ha$^{-1}$ yr$^{-1}$.

The most notable effect of N deposition in the low to moderately polluted forested regions of the Sierra Nevada range (N deposition of 3 to 7 kg ha$^{-1}$ yr$^{-1}$) is the highly significant alteration of lichen communities (Fenn et al. 2008).

*Ectomycorrhizal fungi.* There is no information on ectomycorrhizal community responses to N in the Northwestern Forested Mountains ecoregion. We postulate that, given the climate, species composition and soils, white and black spruce dominated ecosystems may have similar deposition thresholds to those seen in spruce forests of the same species in coastal Alaska (see Chapter 9, West Coast Marine Forests). Similarly, deposition thresholds for Engelmann spruce-subalpine fir dominated ecosystems may be similar to those of the spruce-fir forests of the northeastern United States (see Chapter 7, Northern Forests).

*Forest Lichen Communities.* In the California Sierra Nevada range, a strong ammonia ($NH_3$) deposition gradient was positively correlated with $NH_3$ indicator lichen species, or eutrophs (r = 0.93). The greatest lichen

---

[6]Baron, J.S. Unpublished data. Research ecologist, U.S. Geological Survey, Natural Resource Ecology Laboratory, Colorado State University, Fort Collins CO 80523-1499

BLM_0061988

community impacts were observed in the portions of the Sierra Nevada range in the southwest and near the Tahoe Basin, and the Modoc Plateau, near urban areas and at popular recreation areas in Sequoia and Yosemite National Parks (Jovan and McCune 2006). Increased N content of the lichen epiphyte *Letharia vulpina*, as defined by a threshold concentration of 1.0 percent, was also observed in these areas (Jovan and Carlberg 2006). Thallus N concentrations above this threshold are correlated with decreasing representation of oligotrophic species relative to mesotrophic and eutrophic species within epiphytic macrolichen communities of the Sierra Nevada (Fenn et al. 2008). Thallus N concentrations below the threshold represent the clean site range; at these sites no community shifts are detected. Information on lichen research methodology and terminology can be found in Chapter 4 of this volume.

Within the mixed conifer forests in California, which extend from the west side of the California Sierra Nevada from Tahoe National Forest south through Sequoia-Kings Canyon National Park, simple indices of three N-indicator groups—the oligotrophs (adapted to low nutrient availability), the mesotrophs (requiring moderate nutrient levels and tolerating some anthropogenic enhancement but not extreme levels of N deposition) and the eutrophs (nitrophilous species that respond favorably to enhanced N deposition)—were used to identify N loads that correspond with major shifts in Sierra Nevada lichen communities. At 3.1 kg N ha$^{-1}$ yr$^{-1}$ (95 percent confidence interval: 0.70 to 5.5 kg ha$^{-1}$ yr$^{-1}$; Fenn et al. 2008; see also Table 8.2), the N concentration threshold in the lichen *Letharia vulpina* was exceeded, and the lichen community composition was already shifting from oligotrophic to more N-tolerant mesotrophic and eutrophic species. At an estimated N deposition of 5.7 kg ha$^{-1}$ yr$^{-1}$ the lichen community had shifted from the natural state of oligotroph dominance. This change is of particular concern because oligotrophic species are important components of winter food webs, hydrologic and nutrient cycles, and wildlife habitat (McCune et al. 2007, McCune and Geiser 2009). The data from this study predict a complete extirpation of oligotrophs from the lichen community at an N load of about 10.2

kg N ha$^{-1}$ yr$^{-1}$. This work demonstrates that known biological impacts are occurring at N deposition levels as low as 3 to 5 kg ha$^{-1}$ yr$^{-1}$, levels which are exceeded over large areas of the forests of California: most of the forested region of the San Bernardino and San Gabriel Mountains, the western portions of the Sierra Nevada, and large portions of other mountain ranges in southern California (Fenn et al. 2003a, b; Fenn et al. 2008, Fenn et al. 2010).

Geiser et al. (2010) applied a model developed for Oregon and Washington forests to Sierra Nevada lichen communities, using the same response thresholds as Fenn et al. (2008) and median site precipitation (111 cm). At 2.5 to 3.8 kg N ha$^{-1}$ yr$^{-1}$, some sensitive oligotrophic species were modeled to be absent; at 4.6 to 5.7 kg N ha$^{-1}$ yr$^{-1}$, the lichen community would shift away from oligotroph dominance. These results are very close to the results obtained by Fenn et al. (2008). Fenn et al. (2008) did not account for precipitation in the Sierra Nevada study, as recommended by Geiser et al. (2010) for Oregon and Washington forests. Because mean annual precipitation across Sierra Nevada study sites varied only twofold (79 to 165 cm), it was probably less influential there than in Oregon and Washington, where precipitation varied tenfold. If the entire precipitation range in the ecoregion were considered, the Geiser et al. 2010 model predicts a lichen response threshold of 2.5 to 7.1 kg N ha$^{-1}$ yr$^{-1}$ for the Northwestern Forested Mountains ecoregion in the contiguous United States(30 to 203 cm), and 1.2 to 3.7 kg N ha$^{-1}$ yr$^{-1}$ (30 to 80 cm) for Alaska (See Table 4.1 for details).

Along the Snake River and its tributaries in Idaho and Oregon, within Hells Canyon National Recreation Area, comparatively high $NH_4NO_3$ in fine particulates originating from the agriculturally intensive Snake River basin accounted for increased lichen N throughout the Recreation Area relative to other remote sites in Oregon, Washington, Wyoming, and Colorado. Average seasonal $NH_3$ concentrations between 4.2 and 7.7 parts per billion (ppb), with 2-week averages peaking at 9 to 18 ppb, were associated with significantly higher cover of the nitrophilous lichens *Xanthomendoza* and *Xanthoria*,

BLM_0061989

**Table 8.2—Responses to N input for lichens of the Northwestern Forested Mountains ecoregion.**

| Ecosystem | Site | N levels generating observed response | Measured response | Comments | Study |
|---|---|---|---|---|---|
| Coniferous forest | Central-southern Sierra Nevada | 3.1 kg N ha$^{-1}$ yr$^{-1}$ | Some sensitive lichen species absent | Critical load based on exceedance of a N concentration threshold in the lichen *Letharia vulpina* | Fenn et al. 2008 |
| Coniferous forest | Central-southern Sierra Nevada | 2.5-3.8 kg N ha$^{-1}$ yr$^{-1}$ | Some sensitive lichen species absent | Application of Oregon/ Washington model using Fenn et al. 2008 response threshold and median precipitation | Geiser et al. 2010 |
| Coniferous forests | Sierra Nevada (Tahoe) | 4-5 kg N ha$^{-1}$ yr$^{-1}$ | Lichen N >1.03% (*Letharia vulpina*). | In the SW Sierras, Tahoe and Modoc Plateau | Jovan and Carlberg 2006, Jovan and McCune 2006 |
| Coniferous forest | Central-southern Sierra Nevada | 5.7 kg N ha$^{-1}$ yr$^{-1}$ | 50 % sensitive lichen species absent | Critical load based on exceedance of a N concentration threshold in the lichen *Letharia vulpina* | Fenn et al. 2008 |
| Coniferous forest | Central-southern Sierra Nevada | 4.6-5.7 kg N ha$^{-1}$ yr$^{-1}$ | 50 % sensitive lichen species absent | Application of Oregon/ Washington model using Fenn et al. 2008 response threshold and median precipitation | Geiser et al. 2010 |
| Coniferous forests | Sierra Nevada (Sequoia NP) | 6-15 kg N ha$^{-1}$ yr$^{-1}$ | Lichen N > 1.03% (*Letharia vulpina*). | N was mostly NH3; N content was elevated in the SW Sierras, Tahoe and Modoc Plateau | Jovan and Carlberg 2006, Jovan and McCune 2006 |
| Coniferous forest | Central-southern Sierra Nevada | 10.2 kg N ha$^{-1}$ yr$^{-1}$ | Extirpation of all sensitive lichen species | Critical load based on exceedance of a N concentration threshold in the lichen *Letharia vulpina* | Fenn et al. 2008 |
| Coniferous forest | Columbia River Gorge OR/WA | <11.5 kg ha$^{-1}$ in 4.5 months | Loss of sensitive species; lichen N >1.5% (*Xanthoparmelia cumberlandia*). | Lichen N and measured N in throughfall were correlated. Lichen N concentration exceeded the threshold at all sites | Fenn et al. 2007 |
| Deciduous riparian forests | Hells Canyon NRA, Snake River OR/ID | 4.2-7.7 µg NH$_3$ m$^{-3}$ annual mean; 5-20 µg NH$_3$ m$^{-3}$ summer biweekly peaks | Increased cover of eutrophs; lichen N >1.5% (*Xanthoparmelia cumberlandia*) | 4.2-7.7 µg NH$_3$ m$^{-3}$ annual mean; 5-20 µg NH$_3$ m$^{-3}$ summer biweekly peaks | Geiser et al. 2008 |

and higher lichen N concentrations in *Xanthoparmelia cumberlandia* (Geiser et al. 2008). Similarly, abundance of the lichen epiphyte, *Xanthomendoza fallax,* in northern Utah and southern Idaho, increased with proximity to peak urban (Logan, Utah) and agricultural $NH_3$ emission centers, where summertime $NH_3$ ranged from 7.3 to 92.2 µg m$^{-3}$. Much of the effect was attributed to long distance transport and deposition of $NH_4^+$ (Rogers et al. 2009).

Topographic and meteorological conditions make the Columbia River Gorge a conduit for N-containing pollutants generated by the Portland, Oregon to Vancouver, Washington metropolis to the west and the agriculturally intensive Columbia Basin to the east. Nitrogen pollution contributes to decreased visibility and highly acidic fog events and potentially impacts valuable historic petroglyphs (Fenn et al. 2007, Geiser et al. 2008). Lichen N and measured N in throughfall were correlated throughout the Columbia River Gorge, and elevated levels were measured, especially at eastern- and western-most sites. Lichens indicating N-enriched environments were more abundant and lichen N concentrations were two to three times higher in the Columbia River Gorge than surrounding national forests; throughfall N deposition ranged from 11.5 to 25.4 kg ha$^{-1}$ over 4.5 months (Fenn et al. 2007). Lichen N concentrations exceeded regional background ranges.

### 8.3.2 Alpine Terrestrial

Alpine ecosystems are particularly sensitive to increased availability of N due to inherently low rates of N cycling, low rates of primary production, and thin, poorly weathered soils (Fenn et al. 1998). Most of the studies examining the responses of alpine ecosystems come from the Colorado Front Range of the Rocky Mountains. Baron et al. (1994) used the CENTURY model to estimate N uptake by plants and soils. They estimated that increases in the export of $NO_3^-$ began at lower inputs (3 to 4 kg ha$^{-1}$ yr$^{-1}$) in the alpine than adjacent subalpine ecosystems, which had larger biological sinks for N.

Bowman et al. (2006) used an experimental approach to examine N impacts on alpine vegetation. Noting that previous studies using high N inputs resulted in

modest increases in production and large changes in species composition, they established experimental plots in dry meadow tundra with an ambient control of 6 kg ha$^{-1}$ yr$^{-1}$ and experimental N additions of 20, 40, and 60 kg ha$^{-1}$ yr$^{-1}$. Diversity increased at all levels of N treatment relative to the control, while changes in net N mineralization, nitrification, and leaching occurred at inputs greater than 20 kg N ha$^{-1}$ yr$^{-1}$ (Bowman et al. 2006). Nearly identical results were obtained from a similar study in Rocky Mountain National Park (Bowman and Murgel[7]). Changes in plant species composition associated with N deposition have the potential to enhance rates of N cycling, leading to a nonlinear increase in N leaching and acidification of soils (Bowman and Steltzer 1998).

### 8.3.3 Alpine Freshwater Lakes and Streams

Because many alpine freshwaters are strongly N-limited, they are highly responsive to even slight changes in nutrient availability (Elser et al. 2009a, b). Nutrient data collected from regional lake surveys and analyzed as part of the Surface Water Chapter (18) of this monograph indicate that 45 percent of Rocky Mountain lakes and 35 percent of Sierra Nevada/Cascade lakes were N limited in 1985 (see Table 18.1). Slight amounts of additional N from deposition or experiments have elicited an increase in algal biomass and changes in the composition of Rocky Mountain and Sierra Nevada lake species assemblages (Bergström and Jansson 2006; Goldman 1988; Interlandi and Kilham 1998; Lafrancois et al. 2003a, 2003b; Michel et al. 2006; Morris and Lewis 1988; Nydick et al. 2004). Lake sediment records, including algal diatoms, organic compounds, and stable isotopes, indicated that the onset of change due to N fertilization from atmospheric deposition occurred in the decade 1950-1960 (Das et al. 2005; Enders et al. 2008; Wolfe et al. 2001, 2003).

Two species of diatom that are favored by high N availability, *Asterionella formosa* and *Fragilaria crotonensis,* now dominate the flora of at least several

---

[7]Bowman, W.D.; Murgel, J. Unpublished data on file with William Bowman, Professor, Department of Ecology and Evolutionary Biology, University of Colorado, Boulder, CO 80309-0334

BLM_0061991

alpine and montane Rocky Mountain lakes (Baron et al. 2000, Interlandi and Kilham 1998, Saros et al. 2003, Saros et al. 2005, Wolfe et al. 2001, Wolfe et al. 2003). Other species have shown negative growth responses to increased N; two of these, *Tetracyclus glans* and *Staurosirella pinnata*, were reported by Michel et al. (2006). In studies of remains of diatoms in lake sediment, typical oligotrophic species such as *Aulacoseria perglabra*, *Cyclotella steligera*, and *Achnanthes spp.* declined coincident with the rise in dominance of *A. formosa* and *F. crotonensis* (Wolfe et al. 2001, 2003).

Several studies have noted higher surface water $NO_3^-$ concentrations in the Colorado Front Range compared with other lakes of the Southern Rocky Mountains, especially lakes east of the Continental Divide (Baron et al. 2000, Elser et al. 2009b, Musselman et al. 2004). Another study reported acid neutralizing capacity (ANC) in surface water < 0 μmol/L as a result of acidifying inputs of N deposition, suggesting that current deposition levels are having an observable impact on catchments in the Front Range (Williams and Tonnesson 2000).

In contrast to the elevated $NO_3^-$ leaching observed with relatively low N deposition inputs in the Colorado Front Range, similar N deposition levels (2 to 5 kg ha$^{-1}$ yr$^{-1}$) in Sierra Nevada high elevation catchments have not been reported to increase $NO_3^-$ leaching or $NO_3^-$ levels in lakes. Even when atmospheric deposition is low, high elevation watersheds in the Sierra Nevada appear to naturally export low levels of $NO_3^-$ during early snowmelt, particularly in catchments with low amounts of soil cover (Fenn et al. 2003b, Sickman et al. 2001). The greater response of Rocky Mountain catchments to atmospheric deposition may be due to climatic differences. For example, the greater extent of soil freezing in the Rockies likely reduces the N retention capacity of these watersheds (Sickman et al. 2002). However, the combination of a snowmelt $NO_3^-$ pulse, coupled with a short growing season and limited soils and vegetation, results in temporal asynchrony between N availability and N demand, suggesting that high elevation ecosystems in the Sierra Nevada will respond quickly to increased N deposition (Fenn et al. 2003b).

## 8.4 Critical Load Estimates

### 8.4.1 Forest

The empirical N critical load for subalpine forests of the Rocky Mountains is ≤ 4 kg N ha$^{-1}$ yr$^{-1}$, based on the incipient effects of N saturation (organic horizon and foliar N enrichment, higher potential net N mineralization rates, and $NO_3^-$ leaching; more information about N saturation can be found in Chapter 7) reported by Rueth and Baron (2002) and Baron.[6] We expect that more productive forest types with deeper soils in the Pacific Northwest, e.g., Douglas-fir, would have higher critical load thresholds. A modeling study conducted for subalpine forests of the Colorado Front Range projected an increase in forest soil N leachate to streams at N deposition values > 4 kg ha$^{-1}$ yr$^{-1}$ (Baron et al. 1994). In mixed conifer forests of the Sierra Nevada, the empirical critical load for incipient $NO_3^-$ leaching is 17 kg ha$^{-1}$ yr$^{-1}$ (Fenn et al. 2008). Critical loads are summarized in Table 8.3.

Critical loads for lichens ranged from 1.2 to 7.1 kg N ha$^{-1}$ yr$^{-1}$. The western Sierra Nevada critical loads range, 3.1 to 5.2 kg N ha$^{-1}$ yr$^{-1}$ (Fenn et al. 2008), is considered reliable. The most protective response threshold was based on N concentrations above the threshold value in the lichen, *Letharia vulpina*, in mixed conifer forests of California (Fenn et al. 2008). At this level of N deposition, community composition of epiphytic macrolichens was already shifting from oligotrophic to more N-tolerant species. The higher threshold marked a shift to domination by eutrophic species. Using the Sierra Nevada (Fenn et al. 2008) response thresholds, a more conservative response threshold for Alaska (justified in Table 4.1), and relevant precipitation ranges, the western Oregon and Washington model (Geiser et al. 2010) predicted critical loads of 2.5 to 7.1 for the Northwestern Forested Mountains ecoregion in the contiguous United States and 1.2 to 3.7 kg N ha$^{-1}$ yr$^{-1}$ for Alaska.

Provisional N critical loads using ectomycorrhizal fungal abundance and diversity as indicators ranged from 5 to 10 kg ha$^{-1}$ yr$^{-1}$, based on critical loads determined using the same indicators in similar forest types in the marine west coast forests and northern forests ecoregions

BLM_0061992

**Table 8.3—Empirical critical loads of nutrient N for the Northwestern Forested Mountains ecoregion.**
**Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Ecosystem component | Critical load for N deposition kg ha$^{-1}$ yr$^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Alpine lakes | 1.5 | ## | Changes in diatom assemblages | Wet deposition estimate | Baron 2006 |
| Lichens | 1.2-3.7 | (#) | Community change in mixed-conifer forests in Alaska | Application of western Oregon and Washington model | Geiser et al. 2010 |
| | 2.5-7.1 | ## | Community change in mixed-conifer forests | | Fenn et al. 2008, Geiser et al. 2010 |
| Subalpine forest | 4 | ## | Increase in organic horizon N, foliar N, potential net N mineralization, and soil solution N, initial increases in N leaching below the organic layer | | Baron et al. 1994, Rueth and Baron 2002 |
| Alpine lakes | 4.0 | # | Episodic freshwater acidification | | Williams and Tonnesson 2000 |
| Alpine vegetation | 4-10 | ## | Plant species composition | | Bowman et al. 2006 |
| Ectomycorrhizal fungi | 5-10 | (#) | Ectomycorrhizal fungi community structure in white, black, and Engelmann spruce forests | Expert judgment extrapolated from Marine West coast spruce and northern spruce-fir forest | Lilleskov 1999; Lilleskov et al. 2001, 2002, 2008 |
| Mixed conifer forest | 17 | ## | $NO_3^-$ leaching | Critical load based on SW Sierra Nevada and San Bernardino Mts | Fenn et al. 2008 |
| | 17 | # | Reduced fine root biomass | Critical load based on SW Sierra Nevada and San Bernardino Mts | Fenn et al. 2008 |

(Chapters 9 and 7; Lilleskov 1999; Lilleskov et al. 2001, 2002, 2008).

### 8.4.2 Alpine Terrestrial

Using the rates of changes in species abundances, Bowman et al. (2006) estimated individual plant species responded to inputs at 4 kg ha$^{-1}$ yr$^{-1}$, while whole community responses were detectable at 10 kg N ha$^{-1}$ yr$^{-1}$. Estimates of critical load based on changes in net N mineralization, nitrification, and $NO_3^-$ leaching were above 20 kg N ha$^{-1}$ yr$^{-1}$ (Bowman et al. 2006), higher than the 3 to 4 kg N ha$^{-1}$ yr$^{-1}$ predicted by Baron et al. (1994) using a modeling approach.

### 8.4.3 Alpine Freshwater Lakes and Streams

A hindcasting technique suggested the tipping point for change for aquatic diatoms occurred at about 1.5 kg N

ha$^{-1}$ yr$^{-1}$ as wet deposition (Baron 2006). A meta-analysis of lakes across the northern hemisphere, including alpine lakes of the western United States, suggests lake productivity increases at deposition values of 2.5 kg N ha$^{-1}$ yr$^{-1}$ (Bergström and Jansson 2006). Williams and Tonnessen (2000) compared catchment yields of N with deposition in the Green Lakes Valley, and estimated a N critical load for acidification of 4 kg ha$^{-1}$ yr$^{-1}$ wet deposition. Aquatic critical loads for alpine and other lakes are discussed in greater detail in Chapter 18.

## 8.5 Comparison to European Critical Loads

### 8.5.1 Forest

Northwestern forests can most easily be compared to the Scandinavian forests, which were the subject of a recent workshop (Nordin 2007). Using empirical results from

BLM_0061993

N fertilization experiments, a critical load for changes in understory plant species composition of less than 10 kg N ha$^{-1}$ yr$^{-1}$ was suggested for forest ecosystems, while for more sensitive parts of the ecosystem, such as bogs and poor minerotrophic mires, a critical load of less than 8 kg ha$^{-1}$ yr$^{-1}$ was suggested (Nordin 2007). Bobbink et al. (2003) recommended a critical load of 10 to 15 kg N ha$^{-1}$ yr$^{-1}$ for forests based on increased N mineralization and nitrification.

### 8.5.2 Alpine Terrestrial

The synthesis by Bobbink et al. (2003) included estimates of critical loads for alpine ecosystems based on vegetation responses in fertilization experiments. For ecosystems on soils derived from granitic parent material, an estimated critical load of 10 kg N ha$^{-1}$ yr$^{-1}$ was reported, while for soils on basic parent material, a critical load of 15 to 20 kg N ha$^{-1}$ yr$^{-1}$ was estimated. These estimates are 2 to 5 times higher than those estimated for alpine sites in the southern Rockies discussed above.

## 8.6 Future Research Directions and Gaps in Data

Improved methods for quantifying N deposition and increased efforts to monitor trends over time are critically important for the Northwestern Forested Mountains ecoregion (Fenn et al. 2009), especially considering the projected increase in atmospheric N deposition to the region. Given the highly variable terrain, orographic effects, difficulties of measuring winter deposition in alpine sites, potentially high inputs of dry deposition (particularly to coniferous stands), and isolated or concentrated emission source areas, deposition rates are often underestimated. As a result, it is difficult to extrapolate deposition rates, even to areas that are physically close to each other but different in climate, elevation, or vegetation. Using wet-only estimates for deposition, and the problems associated with underestimating current deposition rates, may result in setting critical loads too low. In contrast, empirical critical loads are often based on linking observed responses with shorter-term N additions and the time lag in ecological responses to N deposition could lead us to set critical loads too high. The results

of long-term fertilization studies would improve understanding of the rate of change possible in these high elevation ecosystems. Effects of N deposition on plant biodiversity and mycorrhizae have not been studied over most of the Northwestern Forested Mountains ecoregion. Plant biodiversity often responds to low to moderate levels of chronic N deposition. Such sensitive indicators will be most valuable, considering the low to moderate N deposition levels that occur over most of this region.

Far more is known for the more heavily impacted Colorado Front Range than for other parts of the Rocky Mountains. Additional studies are needed to better understand the sensitivity of alpine ecosystems in other parts of the west, particularly in the Teton and Wind River Ranges, which may have elevated N deposition due to agricultural activities and oil and gas extraction. Existing plant and lichen data collected systematically by the U.S. Forest Service Forest Inventory and Analysis program in California, Oregon, Washington, Idaho, Montana, Wyoming, Utah, Colorado, and New Mexico can potentially provide further insights into regional critical loads if community composition responses can be correlated with N deposition estimates.

Fire is an essential component of western forests, and many stands have suffered severe dieback due to bark beetle irruptions. More research is needed on the interactions between fire, bark beetle attack, and atmospheric deposition (Grulke et al. 2009). For freshwaters, surveys and experiments are needed to determine the effects of N deposition on algal biodiversity in N-limited lakes. No studies to date have adequately addressed this question. Finally, climate change will affect every aspect of the N cycle, from emissions and agricultural practices to climate-mediated ecological and biogeochemical N response rates. Modeling and empirical studies should be used to address whether the already low estimates of critical loads for the Northwestern Forested Mountains ecoregion will need to be adjusted to changes in temperature and precipitation regimes.

BLM_0061994

## LITERATURE CITED

Baron, J.S. 2006. **Hindcasting nitrogen deposition to determine ecological critical load.** Ecological Applications. 16(2): 433-439.

Baron, J.S.; Ojima, D.S.; Holland, E.A.; Parton, W.J. 1994. **Analysis of nitrogen saturation potential in Rocky Mountain tundra and forest: Implications for aquatic systems.** Biogeochemistry. 27: 61-82.

Baron, J.S.; Rueth, H.M.; Wolfe, A.M.; Nydick, K.R.; Allstott, E.J.; Minear, J.T.; Moraska, B. 2000. **Ecosystem responses to nitrogen deposition in the Colorado Front Range.** Ecosystems. 3: 352-368.

Bergström, A.; Jansson, M. 2006. **Atmospheric nitrogen deposition has caused nitrogen enrichment and eutrophication of lakes in the northern hemisphere.** Global Change Biology. 12: 635-643.

Bobbink, R.; Ashmore, M.R.; Braun, S.; Fluckiger, W.; van der Wyngaert, I.J.J. 2003. **Empirical nitrogen critical loads for natural and semi-natural ecosystems: 2002 update.** In: Achermann, B.; Bobbink, R., eds. Empirical critical loads for nitrogen. Environmental Documentation 164. Berne, Switzerland: Swiss Agency for the Environment, Forests and Landscape: 143-170.

Bowman, W.D.; Larson, J.R.; Holland, K.; Wiedermann, M.; Nieves, J. 2006. **Nitrogen critical loads for alpine vegetations and ecosystem response: are we there yet?** Ecological Applications. 16(3): 1183-1193.

Bowman, W.D.; Steltzer, H. 1998. **Positive feedbacks to anthropogenic nitrogen deposition in Rocky mountain alpine tundra.** Ambio 27: 514-517.

CEC (Commision for Environmental Cooperation). 1997. **Ecological regions of North America: Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/fi les/pdf/BIODIVERSITY/eco-eng_EN.pdf. (Accessed May 24, 2010).

Das, B.; Vinebrooke, R.D.; Sanchez-Azofeifa, A.; Rivard, B.; Wolfe, A.P. 2005. **Inferring sedimentary chlorophyll concentrations with reflectance spectroscopy: a novel approach to reconstructing historical changes in the trophic status of mountain lakes.** Canadian Journal of Fisheries and Aquatic Science. 62: 1067-1078.

Elser, J.J.; Anderson, T.; Baron, J.S.; Bergström, A-K; Kyle, M.; Nydick, K.R.; Steger, L.; Hessen, D.O. 2009a. **Shifts in lake N:P stoichiometry and nutrient limitation driven by atmospheric nitrogen deposition.** Science. 326: 835-837.

Elser, J.J.; Kyle, M.; Steger, L.; Nydick, K.R.; Baron, J.S. 2009b. **Nutrient availability and phytoplankton nutrient limitation across a gradient of atmospheric nitrogen deposition.** Ecology. 90: 3062-3072.

Enders, S.K.; Pagani, M.; Pantoja, S.; Baron, J.S.; Wolfe, A.P.; Pedentchouk, N.; Nuñez, L. 2008. **Compound-specific stable isotopes of organic compounds from lake sediments track recent environmental changes in an alpine ecosystem, Rocky Mountain National Park (United States of America).** Limnology and Oceanography. 53(4): 1468-1478.

Fenn, M.E.; Allen, E.B.; Weiss, S.B.; Jovan, S.; Geiser, L.; Tonnesen, G.S.; Johnson, R.F.; Rao, L.E.; Gimeno, B.S.; Yuan, F.; Meixner, T.; Bytnerowicz, A. 2010. **Nitrogen critical loads and management alternatives for N-impacted ecosystems in California.** Journal of Environmental Management. 91(12): 2404-2423.

Fenn, M.E.; Geiser, L.; Bachman, R.; Blubaugh, T.J.; Bytnerowicz, A. 2007. **Atmospheric deposition inputs and effects on lichen chemistry and indicator species in the Columbia River Gorge, USA.** Environmental Pollution. 146(1): 77-91.

Fenn, M.E.; Haeuber, R.; Tonnesen, G.S.; Baron, J.S.; Grossman-Clarke, S.; Hope, D.; Jaffe, D.A.;

BLM_0061995

Copeland, S.; Geiser, L.; Rueth, H.M.; Sickman, J.O. 2003a. **Nitrogen emissions, deposition, and monitoring in the western United States.** BioScience. 53: 391-403.

Fenn, M.E.; Jovan, S.; Yuan, F.; Geiser, L.; Meixner, T.; Gimeno, B.S. 2008. **Empirical and simulated critical loads for nitrogen deposition in California mixed conifer forests.** Environmental Pollution. 155: 492-511.

Fenn, M.E.; Poth, M.A.; Aber, J.D.; Baron, J.S.; Bormann, B.T.; Johnson, D.W.; Lemly, A.D.; McNulty, S.G.; Ryan, D.F.; Stottlemyer, R. 1998. **Nitrogen excess in North American ecosystems: Predisposing factors, ecosystem responses, and management strategies.** Ecological Applications. 8: 706-733.

Fenn, M.E.; Poth, M.A.; Bytnerowicz, A.; Sickman, J.O.; Takemoto, B.K. 2003b. **Effects of ozone, nitrogen deposition, and other stressors on montane ecosystems in the Sierra Nevada.** In: Bytnerowicz, A.; Arbaugh, M.J.; Alonso, R., eds. Developments in environmental science, volume 2: Ozone air pollution in the Sierra Nevada: distribution and effects on forests. Amsterdam, The Netherlands: Elsevier: 111-155.

Fenn, M.E.; Sickman, J.O.; Bytnerowicz, A.; Clow, D.W.; Molotch, N.P.; Pleim, J.E.; Tonnesen, G.S.; Weathers, K.C.; Padgett, P.E.; Campbell., D.H. 2009. **Methods for measuring atmospheric nitrogen deposition inputs in arid and montane ecosystems of western North America.** In: Legge, A.H. ed. Developments in environmental science, Vol. 9: Relating atmospheric source apportionment to vegetation effects: establishing cause effect relationships. Amsterdam, The Netherlands: Elsevier: 179-228.

Gebhart, K.A.; Schichtel, B.A.; Malm, C.W.; Barna, M.G.; Rodriguez,M.A.; Collett, J.L., Jr. 2011. **Back-trajectory-based source apportionment of airborne sulfur and nitrogen concentrations at Rocky Mountain National Park, Colorado, USA.** Atmospheric Environment. 45(3): 621-633

Geiser, L.H.; Ingersoll, A.R.; Bytnerowicz, A.; Copeland, S.A. 2008. **Evidence of enhanced atmospheric ammoniacal nitrogen in Hell's Canyon National Recreation Area: Implications for natural and cultural resources.** Journal of the Air and Waste Management Association. 58: 1223-1234.

Geiser, L.H.; Glavich, D.A.; Jovan, S.; Porter, M. 2010. **Lichen-based critical loads for atmospheric nitrogen deposition in Western Oregon and Washington Forests, USA.** Environmental Pollution. 158: 2412-2421.

Goldman, C.R. 1988. **Primary productivity, nutrients, and transparency during the early onset of eutrophication in ultra-oligotrophic Lake Tahoe, California-Nevada.** Limnology and Oceanography. 33(6): 1321-1333.

Grulke, N.E.; Minnich, R.A.; Paine, T.D.; Seybold, S.J.; Chavez, D.J.; Fenn, M.E.; Riggan, P.J.; Dunn, A. 2009. **Air pollution increases forest susceptibility to wildfires: A case study in the San Bernardino Mountains in southern California.** In: Bytnerowicz, A.; Arbaugh, M.J.; Riebau, A.R.; Andersen, C., eds. Developments in environmental science, volume 8: Wildland fires and air pollution. Amsterdam, The Netherlands: Elsevier: 365-403.

Interlandi, S. J.; Kilham, S.S. 1998. **Assessing the effects of nitrogen deposition on mountain waters: A study of phytoplankton community dynamics.** Water Science and Technology. 38: 139-146.

Jovan, S; Carlberg, T. 2006. **Nitrogen content of *Letharia vulpina* tissue from forests of the Sierra Nevada, California: Geographic patterns and relationships to ammonia estimates and climate.** Environmental Monitoring and Assessment. 129: 243-251.

BLM_0061996

Jovan, S; McCune, B. 2006. **Using epiphytic macrolichen communities for biomonitoring ammonia in forests of the greater Sierra Nevada, California.** Water, Air and Soil Pollution. 170: 69-93.

Lafrancois, B.M.; Carlisle, D.M.; Nydick, K.R.; Johnson, B.M.; Baron, J.S. 2003a. **Environmental characteristics and benthic invertebrate assemblages in Colorado mountain lakes.** Western North American Naturalist. 63(2): 137-154.

Lafrancois, B.M.; Nydick, K.R.; Caruso, B. 2003b. **Influence of nitrogen on phytoplankton biomass and community composition in fifteen Snowy Range Lakes (Wyoming, USA).** Arctic Antarctic Alpine Research. 35: 499-508.

Lilleskov, E.A. 1999. **Decline of above- and belowground ectomycorrhizal fungal diversity over an atmospheric nitrogen deposition gradient near Kenai, Alaska.** Ithaca, NY: Cornell University. 198 p. Ph.D. dissertation.

Lilleskov, E.A.; Fahey, T.J.; Horton, T.R.; Lovett, G.M. 2002. **Belowground ectomycorrhizal fungal community change over a nitrogen deposition gradient in Alaska.** Ecology. 83: 104-115.

Lilleskov, E.A.; Fahey, T.J.; Lovett, G.M. 2001. **Ectomycorrhizal fungal aboveground community change over an atmospheric nitrogen deposition gradient.** Ecological Applications. 11: 397-410.

Lilleskov, E.A.; Wargo, P.M.; Vogt, K.A.; Vogt, D.J. 2008. **Mycorrhizal fungal community relationship to root nitrogen concentration over a regional atmospheric nitrogen deposition gradient in the northeastern US.** Canadian Journal of Forest Research. 38: 1260-1266.

McCune, B.; Geiser, L. 2009. **Macrolichens of the Pacific Northwest. 2nd edition.** Corvallis, OR: Oregon State University Press. 448 p.

McCune, B.; Grenon, J.; Mutch, L.S.; Martin, E.P. 2007. **Lichens in relation to management issues in the Sierra Nevada national parks.** Pacific Northwest Fungi. 2: 1-39.

Michel, T.J.; Saros, J.E.; Interlandi, S.J.; Wolfe, A.P. 2006. **Resource requirements of four freshwater diatom taxa determined by in situ growth bioassays using natural populations from alpine lakes.** Hydrobiologia. 568: 235-243.

Morris, D. P.; W. M. Lewis, Jr. 1988. **Phytoplankton nutrient limitation in Colorado mountain lakes.** Freshwater Biology. 20: 315-327.

Musselman, R.C.; Hudnell, L.; Williams, M.W.; Sommerfeld, R.A. 2004. **Water chemistry of Rocky Mountain Front Range aquatic ecosystems.** RM-RP-325. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Research. 13 p.

Nordin, A. 2007. **Nitrogen critical loads for terrestrial ecosystems in low deposition areas.** Background document for an expert workshop of the Convention on Long-range Transboundary Air Pollution. 2007 March 29-30: Stockholm, Sweden: Swedish Environmental Protection Agency. Available at http://www.scarp.se/workshopsandmeetings/workshopsandmeetings/workshop.4.4a4d22a411 28e56161b800014617.html (Accessed on July 15, 2010).

Nydick, K.R.; Lafrancois, B.M.; Baron, J.S.; Johnson, B.M. 2004. **Nitrogen regulation of algal biomass, productivity, and composition in shallow mountain lakes, Snowy Range, Wyoming, USA.** Canadian Journal of Fisheries and Aquatic Science. 61: 1256-1268.

Rogers, P.C.; Moore, K.D.; Ryel, R.J. 2009. **Aspen succession and nitrogen loading: a case for epiphytic lichens as bioindicators in the Rocky Mountains, USA.** Journal of Vegetation Science. 20: 498-510.

BLM_0061997

Rueth, H.M.; Baron, J.S. 2002. **Differences in Englemann spruce forest biogeochemistry east and west of the Continental Divide in Colorado, USA.** Ecosystems. 5: 45-57.

Rueth, H.M.; Baron, J.S.; Allstott, E.J. 2003. **Responses of Engelmann spruce forests to nitrogen fertilization in the Colorado Rocky Mountains.** Ecological Applications. 13(30): 664-673.

Saros, J.E.; Interlandi, S.J.; Wolfe, A.P.; Engstrom, D.R. 2003. **Recent changes in the diatom community structure of lakes in the Beartooth Mountain Range, USA.** Arctic Antarctic and Alpine Research. 35: 18-23.

Saros, J.E.; Michel, T.J.; Interlandi, S.J.; Wolfe, A.P. 2005. **Resource requirements of *Asterionella formosa* and *Fragilaria crotonensis* in oligotrophic alpine lakes: implications for recent phytoplankton community reorganizations.** Canadian Journal of Fisheries and Aquatic Science. 62: 1681-1689.

Sickman, J.O.; Melack, J.M.; Stoddard, J.L. 2002. **Regional analysis of nitrogen yield and retention in high-elevation ecosystems of the Sierra Nevada and Rocky Mountains.** Biogeochemistry. 57: 341-374.

Sickman, J.O.; Leydecker, A.; Melack, J.M. 2001. **Nitrogen mass balances and abiotic controls on N retention and yield in high-elevation catchments of the Sierra Nevada, California, United States.** Water Resources Research. 337: 1445-1461.

Sullivan, T.J.; Cosby, B.J.; Tonnessen, K.A; Clow, D.W. 2005. **Surface water acidification responses and critical loads of sulfur and nitrogen deposition in Loch Vale watershed, Colorado.** Water Resources Research. 41: WO1021.

Weiss, S.B. 2006. **Impacts of nitrogen deposition on California ecosystems and biodiversity.** California Energy Commission, PIER Energy-Related Environmental Research. CEC-500-2005-165. Santa Barbara, CA: University of California. 91 p.

Williams, M.W.; Baron, J.S.; Caine, N.; Sommerfeld, R.; Sanford, R., Jr. 1996. **Nitrogen saturation in the Rocky Mountains.** Environmental Science and Technology. 30(2): 640-646.

Williams, M. W.; Tonnessen, K.A. 2000. **Critical loads for inorganic nitrogen deposition in the Colorado Front Range, USA.** Ecological Applications. 10: 1648-1665.

Wolfe, A.P.; Baron, J.S.; Cornett, R.J. 2001. **Anthropogenic nitrogen deposition induces rapid ecological changes in alpine lakes of the Colorado Front Range (USA).** Journal of Paleolimnology. 25: 1-7.

Wolfe, A.P.; Van Gorp, A.C.; Baron, J.S. 2003. **Recent ecological and biogeochemical changes in alpine lakes of Rocky Mountain National Park (Colorado, USA): a response to anthropogenic nitrogen deposition.** Geobiology. 1(2): 153-168.

BLM_0061998

# 9 MARINE WEST COAST FORESTS

S.S. Perakis, L.H. Geiser, E.A. Lilleskov

## 9.1 Ecoregion Description

The Marine West Coast Forests ecoregion encompasses the Pacific Coast from central Alaska and the Aleutian Islands south through northern California (CEC 1997; Fig. 2.2). The ecoregion description is adapted from CEC (1997). Topography is mountainous bordered by coastal plains. Soils range from very nutrient rich to nutrient poor; nitrogen (N) is the nutrient most commonly limiting to plant productivity, although some areas are naturally very rich in N. The maritime influence of the Pacific Ocean results in high precipitation (600 to 5000 mm yr$^{-1}$), a long growing season, and moderate mean annual temperatures (5 to 9 °C). Within North America, all of the wettest climates, many of the most productive forests, and all temperate rain forests occur in this ecoregion. Many lowland aquatic ecosystems in this region sustain a diversity of anadromous salmonids that can be a significant source of marine-derived N to rivers and lakes, whereas upland aquatic ecosystems are often nutrient poor. Terrestrial ecosystems range from mild, humid coastal rain forest to boreal forests, to cool sub-alpine forests and alpine conditions at higher elevations. Tree species composition of the temperate coastal forests varies by latitude, and from north to south, and includes white spruce (*Picea glauca*), Sitka spruce (*Picea sitchensis*), western hemlock (*Tsuga heterophylla*), Nootka cypress (Alaska yellow cedar; *Callitropsis nootkatensis*), red alder (*Alnus rubra*), western red cedar (*Thuja plicata*), Douglas-fir (*Pseudotsuga menziesii*), and California redwood (*Sequoia sempervirens*). Many of these trees can reach large size and live to great age. In the drier rain-shadow areas, Oregon white oak (Garry oak; *Quercus garryana*) and Pacific madrone (*Arbutus menziesii*) occur with Douglas-fir. Mountain hemlock (*Tsuga mertensiana*) and Pacific silver fir (*Abies amabilis*) dominate subalpine forests; alpine tundra is dominated by shrubs, herbs, mosses, and lichens.

## 9.2 Ecosystem Responses to N Deposition

Data are sparse on Marine West Coast Forests ecosystem responses to N deposition, with information available on lichen responses in Oregon, Washington, and southeastern Alaska, and for plant, soil and mycorrhizal responses in white spruce dominated ecosystems in south-central Alaska. Two of the best understood lichen responses to N deposition across the Marine West Coast Forests ecoregion are changes in lichen community composition and accumulation of N in lichen thalli. Declines in the growth and photosynthesis of rare aquatic lichens have also been associated with elevated streamwater nitrate ($NO_3^-$) concentrations.

Responses to N emissions from an industrial fertilizer facility by coastal white spruce forests in south-central Alaska include declines in tree health (thinning crowns, chlorotic foliage), changes in forest understory composition, foliar nutritional imbalances (elevated nitrogen:magnesium and nitrogen:calcium), elevated $NO_3^-$ in forest floor and mineral soil, and declines in ectomycorrhizal fungal diversity and ectomycorrhizal fungal community change (sporocarp and root-tip level; Lilleskov et al. 2001, 2002; Whytemare et al. 1997). A suite of other responses typical of forested regions (see Chapters 7, 8, and 10) are also likely to be important in the Marine West Coast Forests ecoregion, including: increases in plant foliar N, soil N cycling and $NO_3^-$ leaching; decreases in soil carbon:nitrogen; changes in species composition; and increased likelihood of pest outbreak (Brozek 1990, Compton et al. 2003, Perakis et al. 2006, Perakis and Sinkhorn in press, Prescott et al. 1993, 1995).

## 9.3 Range of Responses Observed

### 9.3.1 Forest Lichens

Lichen community composition and chemistry are currently the best indicators for assessing ecosystem

BLM_0061999

responses to N deposition across the Marine West Coast Forests ecoregion (Fenn et al. 2003, 2007; Geiser and Neitlich 2007; Glavich and Geiser 2008; Geiser et al. 2010; Jovan 2008); information on lichen research methodology and terminology can be found in Chapter 4 of this report.

A recent analysis by Geiser and Neitlich (2007) of 1470 epiphytic lichen surveys in western Oregon and Washington shows that lichen community composition and thallus N concentrations shift continuously across the regional N deposition gradient of 0.8 to 8 kg N ha$^{-1}$ yr$^{-1}$ (Porter 2007). Oligotrophs and mesotrophs, encompassing nearly all of the larger bodied, endemic, and ecologically important species, comprised more than 90 percent of species richness at 865 of the sites (Geiser et al. 2010). Oligotroph detections peak at N deposition ranges up to 2.5 kg N ha$^{-1}$ yr$^{-1}$ (McCune and Geiser 2009). As N deposition increases, the relative proportion of mesotrophic species increases, peaking at deposition rates between 2.5 and 4.0 kg N ha$^{-1}$ yr$^{-1}$. At deposition rates of 4.5 kg N ha$^{-1}$ yr$^{-1}$, smaller, eutrophic species dominate and oligotrophs and mesotrophs decline to less than 12 percent of species. Oligotrophs play important ecological roles as forage, nesting material, habitat for mollusks and invertebrates, and contribute to N$_2$-fixation, nutrient cycling, and moderation of humidity; these roles are not filled by eutrophs (McCune and Geiser 2009). Therefore, shifts in lichen community composition, particularly in old-growth forests where lichen biomass is highest, can have broader effects on forest ecosystems and food webs. Responses to N inputs are summarized in Table 9.1.

Lichen community-based air quality scores have been linearly correlated with N deposition estimates from Interagency Monitoring of Protected Visual Environments (IMPROVE), National Atmospheric Deposition Program (NADP), and Community Multiscale Air Quality (CMAQ; see Chapter 4 for descriptions). Geiser and Neitlich (2007) used a nonmetric multi-dimensional scaling ordination technique to separate climate from pollution effects on lichen communities and score air quality at each of the western Oregon and Washington survey sites. In this analysis, air score increased as air quality worsened. Air

scores were directly and positively correlated with N concentrations in ammonium ion (NH$_4^+$) wet deposition at eight NADP sites (mg L$^{-1}$ yr$^{-1}$; r$^2$ = 0.55, p < 0.0001; Geiser and Neitlich 2007), and with ammonium sulfate ((NH$_4$)$_2$SO$_4$) and ammonium nitrate (NH$_4$NO$_3$) concentrations in fine particulates at 12 IMPROVE sites in the study area (µg m$^{-3}$ yr$^{-1}$; r$^2$ = 0.93, p < 0.0001; Geiser et al. 2010). After accounting for precipitation, lichen air scores were also positively correlated with total kg N ha$^{-1}$ yr$^{-1}$ in wet deposition measured by NADP (r$^2$ = 0.64, p = 0.006) and modeled by CMAQ (r$^2$ = 0.23, p < 0.005). CMAQ deposition estimates were matched to each of 1470 air scores by overlaying lichen survey coordinates on 36 x 36 km CMAQ grid cell modeled output. When dry deposition was included to estimate total deposition, still accounting for precipitation volume, the strength of correlations between air scores and CMAQ output improved (r$^2$ = 0.35, p<0.005).[8] Responses of lichens to N concentrations are summarized in Table 9.2.

Field exposure of the air-pollution tolerant epiphytic lichens *Parmelia sulcata* and *Platismatia glauca* to 2 kg wet N ha$^{-1}$ yr$^{-1}$ in the western Oregon and Washington Cascades resulted in mainly beneficial effects (shifts in carbon balance between cellular compartments, stimulation of carbon uptake, and improved protection from chlorophyll degradation), though some sensitive lichens were sparse at these sites (Ra et al. 2004, 2005). This deposition rate, while relatively low in comparison to polluted areas, is more than double the estimated background deposition of 0.8 kg N ha$^{-1}$ yr$^{-1}$ for Oregon and Washington (Porter 2007).

The sensitive and conspicuous epiphytic macrolichen, Menzies' cartilage (*Ramalina menziesii*), is distributed throughout the Coast Ranges and inland valleys from southern California to southeastern Alaska. Fumigation with nitric acid (HNO$_3$) at levels from 7 to 25 µg

---

[8]The 36 x 36 km resolution for deposition estimates is low. Point measurements, especially in grid cells that include urban areas or steep deposition gradients, can be very different than the grid cell mean. Therefore correlations of 0.35 seem reasonable, and, because of statistical power generated by 1470 measurements, the equation for the linear relationship is expected to be reliable. Uncertainty lies primarily in the accuracy of the model output.

BLM_0062000

**Table 9.1—Responses to N input for Marine West Coast Forests ecoregion.**

| Ecosystem | Site | N input kg N ha$^{-1}$ yr$^{-1}$ | Indicator | Response | Study |
|---|---|---|---|---|---|
| Coniferous forest | Western OR; WA | ~1-8 | Lichens | Defined regional indicator oligotroph, mesotroph, and eutroph species response to N deposition range | Jovan 2008 |
| Coniferous forest | Western OR; WA | <1.5->4.5 | Lichens | Defined regional indicator oligotroph, mesotroph, and eutroph species response to N deposition range | McCune and Geiser 2009 |
| Coniferous forest | Western OR; WA | 2.7-9.2 CMAQ 0-7.0 NADP (wet) 0.4-4.4 CMAQ (wet) | Lichens | Regional scale lichen community composition shifts from oligotroph dominance to mesotroph and eutroph dominance with increasing lichen thallus N; N input increases with precipitation | Geiser et al. 2010 |
| Coniferous forest | Western OR; WA Cascades | 2 (wet) | Lichens | N tolerant lichens *Parmelia sulcata* and *Platismatia glauca* from moderately polluted sites had increased chlorophyll and lipid content, cytoplasmic lipid droplets, and algal cell wall thickness, indicating altered storage allocation among cellular compartments | Ra et al. 2004 |
| Coniferous forest | Western OR; WA Cascades | 2 (wet) | Lichens | Positive physiological effect on tolerant lichens but some sensitive lichens were sparse. *Platismatia glauca* exposed to moderate levels of fertilizing air pollutants had increased N, S, K, Na; increased chlorophyll and carotenoids; increased OD435/415 ratios; and, in summer, increased $CO_2$ uptake and decreased thallus density | Ra et al. 2005 |
| Coniferous forest | S. Central Alaska | 5 | Tree | Crown thinning, chlorotic foliage | Lilleskov et al. 2001, 2002; Whytemare et al. 1997 |
| Coniferous forest | S. Central Alaska | 5 | Tree foliar chemistry | Elevated N:Mg and N:Ca ratios | Lilleskov et al. 2002, Whytemare et al. 1997 |
| Coniferous forest | S. Central Alaska | 5 | Understory and ground cover | Compositional shifts | Lilleskov et al. 2001, Whytemare et al. 1997 |
| Coniferous forest | S. Central Alaska | 5 | Ectomycorrhizal fungi | Loss of diversity | Lilleskov et al. 2001, 2002 |
| Coniferous forest | S. Central Alaska | 5 | Ectomycorrhizal fungi | Compositional shifts towards nitrophilic taxa | Lilleskov et al. 2001, 2002 |
| Coniferous forest | S. Central Alaska | 5 | Soils | Elevated available $NO_3^-$ | Lilleskov et al. 2001, 2002; Whytemare et al. 1997 |

**Table 9.2—Range of responses to N concentrations for lichen in Marine West Coast Forests ecoregion.**

| Ecosystem component | Site | N input | Indicator | Response | Study |
|---|---|---|---|---|---|
| Coniferous forest | Western OR; WA | >0.06 mg wet $NH_4^+$ $L^{-1}$ from NADP | Lichens | Declines in sensitive and increases in tolerant and eutrophic epiphytic lichens, increases in lichen thallus N. Lichen N thresholds for *Platismatia glauca* (0.59% N dry weight) | Geiser and Neitlich 2007 |
| Mountain streams | Coast, Cascade, and Siskiyou Ranges of w OR WA and n CA | Up to 0.1 to 0.33 mg $L^{-1}$ during summer field visits | Lichens | Presence of the aquatic lichens *Peltigera hydrotheria* and *Leptogium rivale* | Glavich 2009 |
| Mountain streams | Western Cascades, OR | 6.3-12.6 mg $L^{-1}$ annual mean as $NO_3^-$ | Lichens | Declines in rate of photosynthesis of *Peltigera hydrotheria* after 1 year exposure | Davis et al. 2000 |
| Coniferous forest | Western OR and WA | 0.51 µg $m^{-3}$ or 0.26-0.33 kg N $ha^{-1}$ $yr^{-1}$ in fine particulate N from $(NH_4)_2SO_4$ and $NH_4NO_3$ (IMPROVE) | Lichens | Shifts in lichen community composition dominance from oligotrophs to eutrophs | Geiser et al. 2010; Glavich and Geiser 2008 |
| Deciduous forest | CA Coast Range | 7-25 µg $HNO_3$ $m^{-3}$ fumigation | Lichens | Increased membrane permeability, decomposition of photosynthetic pigments, and decreased carbon exchange capacity in *Ramalina menziesii* | Riddell et al. 2008 |

$m^{-3}$ (equivalent to concentrations observed in the Los Angeles basin) were unequivocally damaging and associated with increased membrane permeability, decomposition of photosynthetic pigments, and decreased carbon exchange capacity (Riddell et al. 2008).

In southeastern Alaska, response thresholds for N concentration in the epiphytic macrolichens witch's hair (*Alectoria sarmentosa*, 0.56 percent), tube lichen (*Hypogymnia enteromorpha*, 0.75 to 0.89 percent), inactive tube lichen (*Hypogymnia inactiva*, 0.76 percent), and ragged lichen (*Platismatia glauca*, 0.59 to 0.80 percent) have been used to detect hotspots of N deposition in forests near cruise ship docks in Juneau and Skagway's Klondike Goldrush National Historic Park, near popular anchorages for marine fishing vessels at Warren and Coronation Island Wildernesses, and at Greens Creek Gold mine (Dillman et al. 2007, Furbish et al. 2000). Increasing N concentrations in lichens during the past 15 years were attributed to additional N deposition from transpacific sources and increased regional marine traffic (Dillman et al. 2007).

### 9.3.2 Other Forest Responses

General information on the response of the Marine West Coast Forests to N deposition, beyond information derived from lichens, is relatively sparse. Adverse effects of excess N resulting from industrial $NH_3$ emissions have been observed in plants, soils, and mycorrhizae along a gradient of N deposition (range: 0.7 to 21.0 kg N $ha^{-1}$ $yr^{-1}$) in coastal white spruce forests of south-central Alaska. Although estimates of N deposition along this gradient are not well constrained, and likely varied over ~30 years of industrial emissions, strong gradients in forest response to N were observed. Bulk N deposition of approximately 5 kg $ha^{-1}$ $yr^{-1}$ at the time of sampling was associated with declines in tree health (thinning crowns, chlorotic foliage), changes in forest understory composition, foliar nutritional imbalances (elevated N:Mg and N:Ca), elevated $NO_3^-$ in forest floor and mineral soil, and declines in ectomycorrhizal fungal diversity and ectomycorrhizal fungal community change (sporocarp and root-tip level; Lilleskov et al. 2001, 2002; Whytemare et al. 1997). Most changes were correlated with increased soil $NO_3^-$

BLM_0062002

availability, which appears to be a useful indicator of long-term response to N inputs in this ecosystem.

Other pathways of N input to forests of the Marine West Coast Forests ecoregion provide insight into forest responses to added N. High rates of biological $N_2$-fixation by alder and ceanothus (*Ceanothus* spp.) are a distinguishing feature of many forested ecosystems in the region, and commercial forest fertilization with N is also widely practiced. While such N inputs differ from atmospheric deposition in their mode, timing, and rates, they can nevertheless be useful for developing a qualitative understanding of the impacts of elevated N. Forest N fertilization usually occurs as a large dose of urea exceeding 200 kg N ha$^{-1}$, typically applied once or twice over 40 to 80 years of plantation growth (Stegemoeller et al. 1990). Pure stands of red alder can sustain $N_2$-fixation rates of 100 to 300 kg N ha$^{-1}$ yr$^{-1}$ over 50 to 75 years of growth, adding fixed N to ecosystems primarily in organic forms via above- and belowground tissue turnover, as well as some leakage of $NH_4^+$ from nodules (Binkley et al. 1994). Many of the observed effects of N addition by fertilization and biological fixation qualitatively resemble those associated with atmospheric N deposition, including: elevated tissue N content (Brozek 1990), increased nitrification and $NO_3^-$ leaching to soils and streams (Compton et al. 2003), loss of divalent base cations from soil and increased soil acidification (Van Miegroet and Cole 1984), and changes in forest understory composition (Prescott et al. 1993, 1995). However, it remains difficult to assess how high rates of N input from biological $N_2$-fixation and N fertilization translate quantitatively into response thresholds under chronic N deposition.

Responses to atmospheric N inputs in Marine West Coast Forests are likely to be shaped by wide variation in N status across the region. Site N status in the region ranges from ultra N-poor soils developed on young volcanic ash and glacial outwash to extremely N-rich soils that escaped the last glaciation and which rank among the most N-rich areas on Earth. Sites with high N status, particularly in coastal regions, often show negative or no response to N fertilization (Hopmans and Chappell 1994, Peterson and Hazard 1990).

Responses to N fertilization can also vary depending on the dominant tree species considered, for example, with Douglas-fir being more N responsive than western hemlock (Edmonds and Chappell 1993). Variation in N status influences ecosystem response to $N_2$-fixation and forest fertilization (Binkley et al. 1992, Edmonds and Hsiang 1987), and is therefore likely to shape response to atmospheric N deposition as well. Previous site occupancy by woody $N_2$-fixers, fire history, and climate all contribute to variations in site N status across the region. Legacy effects of $N_2$-fixing red alder are particularly significant and can result in addition of >10,000 kg N ha$^{-1}$ during the 75-year lifespan of a pure stand of red alder. In the moist Oregon Coast Range, historic $N_2$-fixation by red alder is a proximate cause of exceptionally high soil N accumulation (~30 Mg ha$^{-1}$), and ultimately yields coniferous forests that exhibit elevated nitrification (80 kg N ha$^{-1}$ yr$^{-1}$), $NO_3^-$ leaching (25 kg N ha$^{-1}$ yr$^{-1}$), soil acidification, base cation depletion, and aluminum (Al) mobilization (Perakis et al. 2006, Perakis and Sinkhorn in press). High foliar N also predisposes large areas of Douglas-fir plantation forests to outbreaks of pathogenic Swiss needle cast fungi (*Phaeocryptopus gaeumannii*) (El Hajj et al. 2004). Further N additions to such areas may have the potential to rapidly intensify symptoms of N saturation; the stages of N saturation in forested ecosystems are described in Chapter 7. Disturbances such as fire and forest harvest can remove ~1,000 kg N ha$^{-1}$ from a site and may ameliorate some effects of excess N, although N losses may be reversed within several decades where alder or ceanothus dominate early succession.

### 9.3.3 Aquatic Systems

Currently there is limited information on how atmospheric N deposition shapes aquatic ecosystem N status across the Marine West Coast Forests ecoregion. Transpacific transport of pollutants from Asia to western North America is an issue of increasing concern in the region (Jaffe et al. 1999, Wilkening et al. 2000). Short-lived spikes in N deposition have been associated with increased streamwater $NO_3^-$ in old-growth forested watersheds of Olympic National Park, raising concentrations from baseline values < 5 μg N L$^{-1}$ up to 40 μg N L$^{-1}$, and illustrating the potential sensitivity of

BLM_0062003

old-growth forests in the region to added N (Edmonds et al. 1998). The infrequent and highly pulsed nature of these inputs, however, makes it difficult to understand long-term ecological effects and develop watershed N input-output relationships.

Variation in the cover of $N_2$-fixing red alder across watersheds of the Oregon coast range is related positively to streamwater fluxes of $NO_3^-$ and major base cations. Assuming an $N_2$-fixation rate of 150 kg ha$^{-1}$ yr$^{-1}$ for pure alder stands (Binkley et al. 1994), approximately 25 to 30 percent of fixed N is lost as streamwater N export (Compton et al. 2003). These losses correspond to maximum flow-weighted streamwater N concentrations of 2.5 mg L$^{-1}$, mostly (>90 percent) as $NO_3^-$. Studies of $N_2$-fixing red alder forests in Oregon and Washington (Binkley et al. 1992) and of conifer forests in Oregon (Perakis and Sinkhorn in press) further suggest that the susceptibility of sites to $NO_3^-$ leaching increases with soil N status and nitrification rates. Collectively, these results suggest a high potential for atmospheric N deposition to increase $NO_3^-$ leaching across some N-rich coastal areas of the Marine West Coast Forests ecoregion, and that some streams are already exposed to naturally elevated $NO_3^-$. In colder and more inland areas that support less active $N_2$-fixation, however, streamwater fluxes of $NO_3^-$ remain low, with unknown sensitivity to atmospheric N inputs.

A lichen-indicated critical level for stream-water $NO_3^-$ would appear to be between 6.3 and 12.6 mg N L$^{-1}$. The critical level is the concentration above which adverse effects to sensitive vegetation may occur (UBA 2004). This estimate is based on a year-long laboratory study of the growth and photosynthetic responses of the submerged aquatic hydrothyria lichen (*Peltigera hydrothyria*) collected from the Oregon Cascades and exposed to $NO_3^-$ concentrations between 1.6 and 94.5 mg N L$^{-1}$ (Davis et al. 2000). These levels greatly exceed typical summer $NO_3^-$ levels (< 0.05 mg L$^{-1}$) in the native habitat of this lichen; however stream N could be higher during fall flushes. During a 2-year field study of randomly selected watersheds in western Oregon, western Washington, and northern California, the highest summer stream total N concentrations

associated with occurrence of the aquatic skin (*Leptogium rivale*) and hydrothyria lichens were 0.1 and 0.33 mg N L$^{-1}$, respectively (Glavich 2009). Gilbert et al. (1997) observed a lower biological diversity in aquatic lichen communities in waters of England where total inorganic N concentrations were just above 0.6 mg L$^{-1}$.

## 9.4 Critical Loads Estimates

The onset of elevated soil nitrification and $NO_3^-$ availability, conifer nutrient imbalance and decline, declines in ectomycorrhizal fungal diversity, and ectomycorrhizal fungal community change are expected at bulk N deposition of approximately 5 kg ha$^{-1}$ yr$^{-1}$ in the northern forests of this region (Lilleskov et al. 2001, 2002; Whytemare et al. 1997). This critical load must be considered expert opinion because historic unrecorded N inputs were likely to have been higher than inputs recorded at the time of study. In addition, it is based on only one study system in southeast Alaska that is almost certainly not representative of all forest types, soils, and climates across the region.

Geiser et al. (2010) created regression models relating lichen-based air scores to NADP and CMAQ measures of N deposition, accounting for precipitation. At an air score response threshold of 0.21, oligotrophs comprised as little as 30 percent, and eutrophs up to 34 percent, of species richness (see Table 4.1). The resulting critical loads were 2.7 to 9.2 kg N ha$^{-1}$ yr$^{-1}$ for total deposition (and 0.7 to 4.4 kg N ha$^{-1}$ yr$^{-1}$ for wet-only deposition). Because hardwood forests growing on valley floors favor eutrophs by providing a more nutrient-rich canopy drip and higher pH bark substrates compared to the dominant coniferous forests, the response threshold was selected to allow for a natural range in N-availability among clean sites. Critical loads increased with precipitation, which varied approximately tenfold across the study area, because high precipitation volumes dilute the impact of N loading on lichens. The 95 percent confidence interval for the 2.7 to 9.2 kg N ha$^{-1}$ yr$^{-1}$ critical load range was 0 to 13.5 kg N ha$^{-1}$ yr$^{-1}$. The critical load range can be considered reliable because the systematic sampling design yielded high quality, spatially extensive data. However, while the data for

BLM_0062004

**Table 9.3—Empirical critical loads of nutrient N for the Marine West Coast Forests ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Ecosystem component | Critical load for N deposition $kg\ ha^{-1}\ yr^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Western OR and WA forests | 2.7-9.2 | ## | Lichen community composition | Critical load increases with regional range in mean annual precipitation from 45-450 cm | Geiser et al. 2010 |
| SE Alaska forests | 5 | (#) | Fungal community change; declines in ectomycorrhizal fungal diversity | | Lilleskov 1999; Lilleskov et al. 2001, 2002; Whytemare et al. 1997 |

total deposition are also extensive, they are based on a fairly coarse grid (36 km) with some uncertainties regarding accuracy of the modeled data. Critical loads are summarized in Table 9.3.

## 9.5 Comparison to Critical Loads from Europe and Other Ecoregions

Many vascular plants and cryptogams of the Tundra, Taiga, and Northern Forests ecoregions also occur in the Marine West Coast Forests ecoregion. For example, extensive peatlands in the Alaskan portion of the Marine West Coast Forests ecoregion support mat-forming lichens and bryophytes and ericaceous shrubs (heaths) typical of boreal ecoregions; alpine areas, especially in Alaska, support tundra species. Therefore, references to Eurasian vegetation responses in these three preceding chapters are potentially relevant to parts of the Marine West Coast Forests. The estimated critical load range for Marine West Coast Forests (2.7 to 9.2 kg N ha$^{-1}$ yr$^{-1}$) is consistent with all other U.S. lichen-based estimates reported in this document. The upper-end estimate is consistent with European values, and the lower-end estimate is more than threefold greater than background deposition in the region. For mycorrhizal fungi, the results for this region correspond well with those expected for spruce-fir forests for the northeastern United States (5 to 7 kg N ha$^{-1}$ yr$^{-1}$) and are lower than those reported for European forests (10 to 20 kg N ha$^{-1}$ yr$^{-1}$).

## 9.6 Future Research Directions and Gaps in Data

There is a need to understand how the response of forest soils, streams, and their biota will be mediated by underlying variations in site N status in the region. Generally, lowland coastal Oregon and Washington forests and streams possess the highest N status in the region, yet may escape significant elevated N inputs in the near-term due to the lack of significant population and industrial activity along upwind coastal areas. Potential increases in N transport from Asia, however, could make these areas susceptible. On the other hand, naturally N-poor areas of the Oregon and Washington Cascades and glaciated montane forests of the Olympic Peninsula may be sensitive to added N originating from anthropogenic sources in the Willamette Valley and Puget Sound. The wide range in forest ages and in natural and anthropogenic disturbances (e.g., fire, logging) across the region is likely to interact with N status in unknown ways to shape ecosystem responses to N deposition. A better understanding of the relative sensitivity of lichens and other ecosystem response indicators to different forms of atmospheric N deposition would allow more accurate apportionment and prediction of the effects from different emissions sources. Analysis of existing Forest Inventory and Analysis and other U.S. Forest Service lichen community data from southeastern and south-central Alaska will test their application to the northern parts of the ecoregion.

BLM_0062005

# LITERATURE CITED

Binkley, D.; Cromack K., Jr.; Baker, D.D. 1994. **Nitrogen fixation by red alder: biology, rates, and controls.** In: Hibbs, D.E.; DeBell, D.S.; Tarrant, R.F., eds. The biology and management of red alder. Corvallis, OR: Oregon State University Press: 57-72.

Binkley, D.; Sollins, P.; Bell, R.; Sachs, D.; Myrold,D. 1992. **Biogeochemistry of adjacent conifer and alder-conifer stands.** Ecology. 73: 2022-2033.

Brozek, S. 1990. **Effect of soil changes caused by red alder (*Alnus rubra*) on biomass and nutrient status of Douglas-fir (*Pseudotsuga menziesii*) seedlings.** Canadian Journal of Forest Research. 20: 1320-1325.

CEC (Commision for Environmental Cooperation). 1997. **Ecological regions of North America: Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/fi les/pdf/ BIODIVERSITY/eco-eng_EN.pdf. (Accessed May 24, 2010).

Compton, J.E.; Church, M.R.; Larned, S.T.; Hogsett, W.E. 2003. **Nitrogen saturation in forested watersheds of the Oregon Coast Range: The landscape role of N$_2$-fixing red alder.** Ecosystems. 6: 773-785.

Davis, W.C.; Gries, C.; Nash, T.H. III. 2000. **The ecophysiological response of the aquatic lichen, *Hydrothyria venosa* to nitrates in terms of weight and photosynthesis over long periods of time.** Bibliotheca Lichenologica. 75: 201-208.

Dillman, K.; Geiser, L.; Brenner, G. 2007. **Air quality biomonitoring with lichens on the Tongass National Forest.** Final Report. Petersburg, AK: Tongass National Forest, Air Resource Management Program. Available at http://gis.nacse.org/ lichenair/?page=reports#R10 (Accessed August 4, 2010).

Edmonds, R.L.; Chappell, H.N. 1993. **Relationships between soil organic matter and forest productivity in western Oregon and Washington.** Canadian Journal of Forest Research. 24: 1101-1106.

Edmonds, R.L.; Hsiang, T. 1987. **Influence of forest floor and soil properties on response of Douglas-fir to urea.** Soil Science Society of America Journal. 57: 1332-1337.

Edmonds, R.L.; Blew, R.D.; Marra, J.L.; Blew, J.; Barg, A.K.; Murray, G.; Thomas, T.B. 1998. **Vegetation patterns, hydrology, and water chemistry in small watersheds in the Hoh River Valley, Olympic National Park.** NPS Scientific Monograph NPSD/ NRUSGS/NRSM-98/02. Washington, D.C.: U.S. Department of Interior, National Park Service. 131 p.

El-Hajj, Z.; Kavanaugh, K.; Rose, C.; Kanaan-Atallah, Z. 2004. **Nitrogen and carbon dynamics of a foliar biotrophic fungal parasite in fertilized Douglas-fir.** New Phytologist. 163: 139-147.

Fenn, M.E.; Baron, J.S.; Allen, E.B.; Rueth, H.M.; Nydick, K.R.; Geiser, L.; Bowman, W.D.; Sickman, J.O.; Meixner, T.; Johnson, D.W.; Neitlich, P. 2003. **Ecological effects of nitrogen deposition in the Western United States.** BioScience. 53(4): 404-420.

Fenn, M.E.; Geiser, L.; Bachman, R.; Blubaugh, T.J.; Bytnerowicz, A. 2007. **Atmospheric deposition inputs and effects on lichen chemistry and indicator species in the Columbia River Gorge, USA.** Environmental Pollution. 146: 77-91.

Furbish, C.E.; Geiser, L.; Rector, C. 2000. **Lichen-air quality pilot study for Klondike Gold Rush National Historical Park and the city of Skagway, Alaska.** Final Report. Skagway, AK: U.S. Department of Interior: National Park Service, Klondike Goldrush National Historic Park. 47 p. Available at http://gis. nacse.org/lichenair/?page=reports#R10 (Accessed May 12, 2010)

BLM_0062006

Geiser, L.H.; Jovan, S.E.; Glavich, D.A.; Porter, M. 2010. **Lichen-based critical loads for atmospheric nitrogen deposition in Western Oregon and Washington Forests, USA.** Environmental Pollution. 158: 2412-2421.

Geiser, L.H.; Neitlich, P.N. 2007. **Air pollution and climate gradients in western Oregon and Washington indicated by epiphytic macrolichens.** Environmental Pollution. 145: 203-218.

Gilbert, O.L.; Giavarini, V.J. 1997. **The lichen vegetation of acid watercourses in England.** The Lichenologist. 29: 347-367.

Glavich, D.A. 2009. **The distribution, rarity, and habitats of three aquatic lichens in the US Pacific Northwest.** The Bryologist. 112: 54-72.

Glavich, D.A.; Geiser, L.H. 2008. **Potential approaches to developing lichen-based critical loads and levels for nitrogen, sulfur and metal-containing atmospheric pollutants in North America.** The Bryologist. 111: 638-649.

Hopmans, P.; Chappell, H.N. 1994. **Growth response of young, thinned Douglas-fir stand to nitrogen fertilizer in relation to soil properties and tree nutrition.** Canadian Journal of Forest Research. 24: 1684-1688.

Jaffe, D.; Anderson, T.; Covert, D.; Kotchenruther, R.; Trost, B.; Danielson, J.; Simpson, W.; Berntsen, T.; Karlsdottir, S.; Blake, D.; Harris, J.; Carmichael, G.; Uno, I. 1999. **Transport of Asian air pollution to North America.** Geophysical Research Letters. 26(6): 711-714.

Jovan, S. 2008. **Lichen bioindication of biodiversity, air quality, and climate: baseline results from monitoring in Washington, Oregon, and California.** Gen. Tech. Rep. PNW-GTR-737. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 115 p.

Lilleskov, E.A. 1999. **Decline of above- and belowground ectomycorrhizal fungal diversity over an atmospheric nitrogen deposition gradient near Kenai, Alaska.** Ithaca, NY: Cornell University. 198 p. Ph.D. dissertation.

Lilleskov, E.A.; Fahey, T.J.; Lovett, G.M. 2001. **Ectomycorrhizal fungal aboveground community change over an atmospheric nitrogen deposition gradient.** Ecological Applications. 11: 397-410.

Lilleskov, E.A.; Fahey, T.J.; Horton, T.R.; Lovett, G.M. 2002. **Belowground ectomycorrhizal fungal community change over a nitrogen deposition gradient in Alaska.** Ecology. 83: 104-115.

McCune, B.M.; Geiser, L.H. 2009. **Macrolichens of the Pacific Northwest. 2nd edtion.** Corvallis, OR: Oregon State University Press. 400 p.

Perakis, S.S.; Maguire, D.A.; Bullen, T.D.; Cromack, K.; Waring, R.H.; Boyle, J.R. 2006. **Coupled nitrogen and calcium cycles in forests of the Oregon Coast Range.** Ecosystems. 9: 63-74.

Perakis, S.S.; Sinkhorn, E.R. In press. **Biogeochemistry of a temperate forest nitrogen gradient.** Ecology.

Peterson, C.E.; Hazard, J.W. 1990. **Regional variation in growth response of coastal Douglas-fir to nitrogen fertilizer in the Pacific Northwest.** Forest Science. 36: 625-640.

Porter, M.K. 2007. **Regional modeling of nitrogen, sulfur, and mercury atmospheric deposition in the Pacific Northwest.** Pullman, WA: Washington State University. 127 p. M.S. thesis.

Prescott, C.E.; Coward, L.P.; Weetman, G.F.; Gessel, S.P. 1993. **Effects of repeated nitrogen fertilization on the ericaceous shrub, salal (*Gaultheria shallon*) in two coastal Douglas-fir forests.** Forest Ecology and Management. 61: 45-60.

BLM_0062007

Prescott, C.E.; Kumi, J.W.; Weetman, G.F. 1995. **Long-term effects of repeated N fertilization and straw application in a jack pine forest. 2. Changes in the ericaceous ground vegetation.** Canadian Journal of Forest Research. 25: 1984-1990.

Ra, H.S.Y.; Geiser, L.H.; Crang, R.F.E. 2005. **Effects of season and low-level air pollution on physiology and element content of lichens from the U.S. Pacific Northwest.** Science of the Total Environment. 343: 155-167.

Ra, H.-S.Y.; Rubin, L.; Crang, R.F.E. 2004. **Structural impacts on thallus and algal cell components of two lichen species in response to low-level air pollution in Pacific Northwest forests.** Microscopy and Microanalysis. 10(2): 270-279.

Riddell, J.; Nash, T.H. III; Padgett, P. 2008. **The effect of HNO$_3$ gas on the lichen *Ramalina menziesii*.** Flora. 203: 47-54.

Stegemoeller, K.A.; Chappell, H.N.; Bennett, W.S. 1990. **Regional forest nutrition research project analysis history: objectives and achievements.**

RFNRP Rep. No. 12. Seattle, WA: University of Washington, College of Forest Resources. 33 p.

UBA (UmweltBundesAmt). 2004. **Manual on methodologies and criteria for modeling and mapping critical loads and levels and air pollution effects, risks, and trends.** Berlin: Federal Environmental Agency (UmweltBundesAmt). Available at http://icpmapping.org/cms/zeigeBereich/11/manual-english.html (Accessed May 12, 2010).

Van Miegroet, H.; Cole, D.W. 1984. **Impact of nitrification on soil acidification and cation leaching in a red alder ecosystem.** Journal of Environmental Quality. 13: 586-590.

Whytemare, A.B.; Edmonds, R.L.; Aber, J.D.; Lajtha, K. 1997. **Influence of excess nitrogen deposition on a white spruce (*Picea glauca*) stand in southern Alaska.** Biogeochemistry. 38: 173-187.

Wilkening, K.E.; Barrie, L.A.; Engle, M. 2000. **Trans-Pacific air pollution.** Science. 290: 65-67.

BLM_0062008

# 10 EASTERN TEMPERATE FORESTS

F.S. Gilliam, C.L. Goodale, L.H. Pardo, L.H. Geiser, E.A. Lilleskov

## 10.1 Ecoregion Description

The Eastern Temperate Forests ecoregion extends
from the Atlantic Coast westward into eastern Texas,
Oklahoma, Missouri, Iowa, and Minnesota. The
ecoregion description is adapted from CEC (1997).
Eastern Temperate Forests are comprised of two fairly
distinct ecosystems: eastern hardwood forests and the
Southeastern Coastal Plain. The former includes mixed
wood plains and central plains, as well as Ozark and
Ouachita-Appalachian forests of the northeastern and
midwestern states and Appalachian Mountains. The
latter is composed of the southeastern and coastal plains
extending from Cape Cod and Long Island to Florida,
inland to and around the Appalachian mountains (Fig.
2.2; CEC 1997).

The Eastern Temperate Forests ecoregion is
distinguished by its temperate, humid climate; dense,
diverse forest cover; and dense human population
(>160 million). Coastal plains underlain by sedimentary
bedrock in the southeast abut older sedimentary,
metamorphic, and igneous bedrock of the Appalachian
Mountains (peaking at > 2,000 m). Mixed limestone-
dolomite plains and hills dominate the west central
parts, sedimentary rock dominates the northwest
plains and plateaus, and glacial activity shaped
northern landscapes. Soils are mostly leached, being
nutrient-poor to calcium-rich. Surface waters include
abundant perennial streams, areas of high lake density,
diverse wetlands, and rich maritime ecosystems. The
climate grades latitudinally from cool, continental to
subtropical. Summers are hot and humid (27 °C to 32
°C daily maxima); winters are mild to cool (-12 °C to 4
°C). Precipitation (100 to 150 cm yr$^{-1}$) is relatively even
throughout the year, with summer or spring peaks.

## 10.2 Eastern Hardwood Forest

### 10.2.1 Ecosystem Description

Eastern hardwood forests, as originally described by
Braun (1950) and further characterized by Greller
(1988), are among the most diverse forests of North

America, particularly those of the mixed mesophytic
forest region (Hinkle et al. 1993). Forest types range
from beech-maple and maple-basswood in the east to
mixed oak-hickory in the upper Midwest, and oak-
hickory-pine in the Appalachians southward. Ashes
(*Fraxinus* spp.), elms (*Ulmus* spp.), black cherry (*Prunus
serotina*), yellow-poplar (*Liriodendron tulipifera*), sweet
gum (*Liquidambar styraciflua*), basswood (*Tilia* spp.),
hackberry(*Celtis occidentalis*), persimmon (*Diospyros
virginiana*), eastern red cedar (*Juniperus virginiana*),
and dogwood (*Cornus* spp.) are also wide ranging.
The complex and diverse forest regions include: (1)
the mixed mesophytic forest region; (2) the western
mesophytic forest region; (3) the oak-hickory forest
region; (4) the former oak-chestnut forest region; and
(4) the oak-pine forest region (Braun 1950). Each of
these regions displays an impressive number of canopy
co-dominant species, and occupies widely ranging
topography on numerous soil types derived from
sharply contrasting parent materials. The herbaceous
layer, most often defined as the stratum of vascular
plants ≤1 m in height (Gilliam and Roberts 2003), can
represent >90 percent of vascular plant species richness
of temperate deciduous forest ecosystems in this
ecoregion (Gilliam 2007).

### 10.2.2 Ecosystem Responses to N Deposition

Responses of eastern hardwood forests to excess
nitrogen (N) deposition include increases in tissue N,
soil N cycling, nitrate (NO$_3^-$) leaching, decreases in soil
carbon:nitrogen (C:N) ratio, and shifts in community
composition, including declines in species richness and
abundance. The stages of N saturation are described
in Chapter 7. Some ecosystem responses occur as
a result of acidification and therefore are caused by
sulfate (SO$_4^-$) as well as NO$_3^-$. These responses include
soil nutrient cation imbalances (particularly calcium
(Ca) and magnesium (Mg)) from enhanced leaching
of NO$_3^-$, especially in soils derived from intermediate
to acidic classes of parent material (Bailey et al. 2005).
As the result of decreases in soil nutrient cation

BLM_0062009

availability, decreases in net primary productivity of forest ecosystems (i.e., forest decline) can occur. At the interface between terrestrial and aquatic habitats, excess N can cause increases in $NO_3^-$ in streams and lakes and, particularly in extreme cases, increases in the mobilization of aluminum ($Al^{3+}$) in freshwater ecosystems (Driscoll et al. 2003).

Excess N deposition can also cause a loss of biodiversity. Gilliam (2006) identified five mechanisms to explain such loss: (1) alteration of interspecific competition; (2) increases in herbivory; (3) decreases in mycorrhizal infection; (4) increases in pathogenic fungal infection; and (5) enhanced likelihood of invasions by nonnative species. Herbaceous, epiphytic lichen, and bryophyte layers are generally most sensitive to a variety of disturbances, including chronically elevated N deposition.

*Herbaceous species.* Gilliam (2006) reported that the response of the forest herbaceous layer to increasing N may include the following: (1) initial increases in cover of the herb layer; (2) decreases in species richness resulting from loss of numerous N-efficient species; (3) decreases in species evenness resulting from increasing dominance of a few high N-requiring species; and (4) declines in forest biodiversity as a result of decreases in both richness and evenness. In addition, these studies suggest that the response time of herb layer species to increases in N availability is more rapid when ambient N deposition is low. Thus, a rapid response should occur in areas receiving low levels of atmospheric deposition of N, such as that found for Hurd et al. (1998) in the Adirondacks, whereas a delayed response would be expected in areas receiving high N deposition, such as that found by Gilliam et al. (2006a). This response pattern has been reported for other sites in eastern hardwood forests (Fraterrigo et al. 2009, Royo et al. 2010). The relationship between plant response time to added N and ambient N deposition could arise because the effect is ultimately a function of relative amounts of N added. For a given amount of N added, the relative addition would be higher for a site receiving lower amounts of ambient N deposition.

Still other work has focused on the importance of the herb layer in mediating N cycling (Gilliam 2007). Recent work (Moore et al. 2007, Muller 2003, Welch et al. 2007) has demonstrated that plants of the herb layer facilitate N cycling in a disproportionately large way compared to their minimal biomass. This is primarily because herb layer foliage is generally higher in nutrient content and more decomposable than tree foliage.

*Lichens.* Lichen community-level responses to changing sulfur dioxide ($SO_2$), acidity, and nutrient N deposition regimes vary. Increased deposition in low deposition areas results in species composition shifts to tolerant species, while in high deposition areas species richness, abundance, and total landscape diversity decline dramatically. Lichen thallus concentrations of N and sulfur (S) also increase or decrease, corresponding to changes in deposition.

**10.2.3 Range of Responses Observed**

Eastern hardwood forest regions with higher levels of N deposition (US EPA 2002; Table 10.1) exhibit some of the ecosystem responses previously described in this chapter. For example, the long-term reference watershed at the Fernow Experimental Forest, West Virginia, exhibited a 20-year pattern of increasing $NO_3^-$, $Ca^{2+}$, and $Mg^{2+}$ export in streamwater; throughfall deposition was 17.5 kg N ha$^{-1}$ yr$^{-1}$ (Peterjohn et al. 1996). At the Great Smoky Mountains National Park, export of streamwater N is elevated (Garten 2000, Van Miegroet et al. 2001) at sites within the park receiving deposition of about 32 kg N ha$^{-1}$ yr$^{-1}$ (Pardo and Duarte 2007, Weathers et al. 2006). In a broad synthesis of data from 354 upland forest catchments across the Northeast, Aber et al. (2003) reported that for catchments receiving less than 8 kg N ha$^{-1}$ yr$^{-1}$, surface water $NO_3^-$ concentration rarely exceeded 1 µmol L$^{-1}$; above that threshold $NO_3^-$ concentrations in surface water increased. The cross-catchment analysis covered both Eastern Temperate Forests and Northern Forests (Chapter 7). Tree growth response from Wisconsin to Maine and south to Virginia show general increases in net growth and carbon storage as N deposition increases from 3 to 11 kg N ha$^{-1}$ yr$^{-1}$, reflecting an overall fertilization effect of N deposition on eastern and northern forests (Thomas

BLM_0062010

**Table 10.1—Responses to N input for the Eastern Temperate Forests ecoregion**

| Site | N inputs kg ha$^{-1}$ yr$^{-1}$ | Response | Comments | Study |
|---|---|---|---|---|
| New Jersey Pine Barrens | <8 | Decreasing ectomycorrhizal fungi morphotype richness | | Dighton et al. 2004 |
| North Carolina and West Virginia deposition gradient | >7 | Stream NO$_3^-$ > DON | | Brookshire et al. 2007 |
| Northeastern Forest catchments | 8 | Surface water NO$_3^-$ ≥ 1 μmol L$^{-1}$ | | Aber et al. 2003 |
| Southeastern deposition gradient | 9-15 | Increasing foliar N concentration | | Boggs et al. 2005 |
| North Carolina and West Virginia deposition gradient | <10 | Soil C:N <20 | | Brookshire et al. 2007 |
| Michigan deposition gradient | <12 | Arbuscular mycorrhizal fungal biomass decline and community composition change | | van Diepen et al. 2008, 2010 |
| Fernow Experimental Forest, WV | <17.5 | Herb layer changes | | Gilliam et al. 2006a |
| Fernow Experimental Forest, WV | 17.5 | Increasing streamwater Ca$^{2+}$, Mg$^{2+}$, NO$_3^-$ | Deposition as ambient throughfall | Peterjohn et al. 1996 |
| Cedar Creek LTER, MN | <28 | Ectomycorrhizal fungi community response | | Avis et al. 2008 |
| Great Smoky Mountains National Park | 32 | Export of streamwater N | | Garten 2000, Pardo and Duarte 2007, Van Miegroet et al. 2001, Weathers et al. 2006 |
| Michigan deposition gradient | <35 | Declines in fungal biomass | | van Diepen et al. 2007, 2010 |
| Cedar Creek LTER, MN | <50 | Ectomycorrhizal fungi community response | | Avis et al. 2003 |

et al. 2010). However, responses vary considerably by species. All hardwood tree species with arbuscular mycorrhizal associations (red maple [*Acer rubrum*], sugar maple, white ash [*Fraxinus americana*], yellow-poplar, and black cherry) as well as six tree species with ectomycorrhizal associations (balsam fir [*Abies balsamea*], pignut hickory [*Carya glabra*], eastern white pine [*Pinus strobus*], quaking aspen [*Populus tremuloides*], northern red and scarlet oak [*Quercus rubra* and *Q. coccinea*]) had marked increases in growth with increasing deposition. In contrast, red pine (*Pinus resinosa*), red spruce (*Picea rubens*), and northern white cedar (*Thuja occidentalis*) all had statistically significant decreases in growth with increasing deposition, and

eight tree species (yellow birch [*Betula alleghaniensis*], eastern white pine, basswood, quaking aspen, bigtooth aspen [*Populus grandidentata*], scarlet oak, chestnut oak [*Quercus prinus*], and northern red oak; all ectomycorrhizal) all had decreased survivorship with increasing deposition. These declines in survivorship could be due to multiple factors, including: direct effects of N itself, spatial covariation between N deposition and exposure to other pollutants (e.g., O$_3$, SO$_4^{2-}$), N-induced nutrient imbalances, interactions between N loading and secondary stressors such as drought or insect outbreaks, or suppression by competition from other tree species (Thomas et al. 2010).

BLM_0062011

**Table 10.2—Response of Eastern Temperate Forests ecosystems to experimental N fertilization (≤ 50 kg ha$^{-1}$ yr$^{-1}$)**

| Site Location | Harvard Forest, Massachusetts | | Millbrook, New York | Fernow Forest, West Virginia |
|---|---|---|---|---|
| Forest Type | Red pine plantation | Black oak & red maple | Chestnut & northern red oak | Mixed central hardwoods |
| Type of N Deposition | Wet + dry | | Wet + dry | Wet + dry |
| N Deposition kg ha$^{-1}$ yr$^{-1}$ | 9 | | 10 | 15 |
| N fertilization rate kg ha$^{-1}$ yr$^{-1}$ | +50 | | +50[b] | +35 |
| Form of N Fertilizer | $NH_4NO_3$ | | $NH_4NO_3$ | $(NH_4)_2SO_4$ |
| Start year | 1988 | | 1996 | 1989 |
| Duration (years) | 14 | | 9 | 11 |
| Tree growth | 0/– | 0/+ | + | – |
| Mortality | + | 0 | + | 0,+ |
| Foliar %N | + | + | ND | +, 0 |
| Foliar %Ca | 0 | 0 | ND | –, 0 |
| $NO_3^-$ leaching | + | 0 | + | + |
| Cation loss | + | 0 | + | + |
| Soil C/N | 0 | 0 | ND | 0 |
| N mineralization | 0 | 0 | ND | 0 |
| Nitrification | + | 0 | ND | 0 |
| Soil respiration | – | 0 | ND | ND |
| Microbial biomass | – | – | ND | ND |
| References | 1-6 | 1-6 | 7 | 8-11 |

(Row label at left spanning growth-to-microbial biomass rows: —Response relative to Control$^a$—)

[a]Responses are indicated as increase (+), decrease (–), or no response (0) in fertilized relative to control plots, or no data (ND) in indicated references.

[b]Started at 100 kg ha$^{-1}$ yr$^{-1}$ for 1996-1999, then reduced to 50 kg ha$^{-1}$ yr$^{-1}$ thereafter.

References: 1) Maglll et al. 2000; 2) Maglll et al. 2004; 3) Frey et al. 2004; 4) Bowden et al. 2004; 5) MInocha et al. 2000; 6) Venterea et al. 2004; 7) Wallace et al. 2007; 8) May et al. 2005; 9) Adams et al. 2006; 10) Edwards et al. 2006; 11) DeWalle et al. 2006; 12) Gllllam and Adams 1996.

Experimental N additions indicate broadly similar responses to the gradient studies above (Table 10.2). At the Fernow Experimental Forest, experimental additions of N (35 kg ha$^{-1}$ yr$^{-1}$) increased $NO_3^-$ leaching (Edwards et al. 2006), decreased soil nutrient cation availability (Gilliam et al. 1996), and decreased tree growth by some species but not others (May et al. 2005, DeWalle et al. 2006). These results resemble those from fertilization experiments at an oak stand at Millbrook, New York (Wallace et al. 2007), and at a red pine stand and an oak-maple stand at Harvard Forest, Massachusetts (Table 10.1; Bowden et al. 2004, Frey et al. 2004, Magill et al. 2000, Magill et al. 2004, Minocha et al. 2000, Venterea et al. 2004). In all but

the oak-maple stand at Harvard Forest, moderate rates of long-term fertilization induced $NO_3^-$ leaching, which led to losses of soil base cations. Foliar N content increased at both the red pine and oak-maple stands at Harvard Forest for the duration of that experiment (Magill et al. 2004), whereas the increase in foliar N concentration at the Fernow Experimental Forest was transient in some species (black cherry, red maple) and persistent in others (yellow-poplar; DeWalle et al. 2006, May et al. 2005). These changes in foliar N have had mixed consequences for tree growth. At Harvard Forest, fertilization enhanced growth in the oak-maple stand, but stimulated mortality in the mature red pine stand following a drought in 1995 (Magill et al. 2004). At

BLM_0062012

Millbrook, New York, chronic N fertilization induced significant mortality in a 60- to 100-year-old chestnut oak/northern red oak stand, but also increased the relative growth rate of the remaining trees, for a net effect of an overall decrease in live basal area in five of six treatment plots after 8 years (Wallace et al. 2007). The most oak mortality occurred at fertilized sites that also had low Ca:Al ratios in surface organic layers (Wallace et al. 2007). At the Fernow Experimental Forest, some tree species (red maple, river birch [*Betula nigra*]) had no response to fertilization, whereas others (black cherry, yellow-poplar) increased growth during the first 7 years, then had decreased growth relative to control trees in years 9 - 12 (DeWalle et al. 2006). Soil processes also often respond to chronic fertilization. Although none of these studies had detectable changes in soil C:N ratio (Magill et al. 2004, Adams et al. 2006), fertilization resulted in higher net nitrification rates at Fernow Forest (Gilliam et al. 2001) and at the Harvard Forest red pine plots (Magill et al. 2000, Venterea et al. 2004). After more than a decade of N addition, both the red pine and the oak-maple stands at the Harvard Forest had decreases in microbial biomass (Frey et al. 2004) and depressed rates of soil respiration relative to the control plot (Bowden et al. 2004).

In a gradient study spanning a range of N deposition rates across North Carolina and Virginia, Boggs et al. (2005) found an increase in foliar N concentration in American beech, sugar maple, and yellow birch as wet N deposition increased from 9 to 15 kg N ha$^{-1}$ yr$^{-1}$. Foliar Ca:Al ratios were not affected. Forest floor pH and C:N ratios decreased and rates of net N mineralization and nitrification increased with increasing deposition. In an independent gradient study spanning N deposition rates from 5 to 32 kg N ha$^{-1}$ yr$^{-1}$ in North Carolina and West Virginia, Brookshire et al. (2007) found that stream NO$_3$ and dissolved organic N (DON) concentrations both increased with increasing N deposition, although NO$_3^-$ increased most dramatically. Nitrate concentrations exceeded DON concentrations with >7 kg N ha$^{-1}$ yr$^{-1}$ of deposition. They also observed a steep decrease in surface soil C:N ratio from 30 to 17 as deposition increased from 5 to 10 kg N ha$^{-1}$ yr$^{-1}$, after which soil C:N ratio did not decrease further with increasing deposition.

The impact of excess N via acidification was assessed by both Fox et al. (1989) and Adams et al. (1991) using a "Green-Yellow-Red" screening model to determine levels of acid deposition (N and S) that would impact Class 1 wilderness areas. At the green line value, vegetation health and vigor would be protected; at the red line value, changes in N cycling, species composition, or other ecosystem features could occur (Fox et al. 1989). For Joyce Kilmer, North Carolina, and Slick Rock, Tennessee, the green line value for total N deposition was 7 to 10 kg N ha$^{-1}$ yr$^{-1}$; damage would occur at 15 kg N ha$^{-1}$ yr$^{-1}$ (red line). In Otter Creek, West Virginia, the green line value was 7 kg N ha$^{-1}$ yr$^{-1}$; the red line value was 10 to 15 kg N ha$^{-1}$ yr$^{-1}$ (Fox et al. 1989). Adams et al. (1991) used the same approach to determine N and S deposition levels that would prevent foliar injury and fish species shifts. They set green line values of 5 to 8 kg N ha$^{-1}$ yr$^{-1}$ for Dolly Sods, West Virginia; Hercules Glade, Missouri; and Otter Creek, West Virginia. Significant ecosystem damage could be expected at total N deposition level >20 kg N ha$^{-1}$ yr$^{-1}$ (Adams et al. 1991).

*Herbaceous layer.* Responses of the herb layer to excess N vary among temperate deciduous forest sites. A northern forest (Adirondack) ecosystem had large shifts in herb cover in response to modest N additions (Hurd et al. 1998). At the Watershed Acidification Study at Fernow Experimental Forest, West Virginia, which has ambient deposition of approximately 17.5 kg N ha$^{-1}$ yr$^{-1}$ in throughfall (Adams et al. 1993), addition of 35 kg N ha$^{-1}$ yr$^{-1}$ via aerial application has led to changes in herbaceous species composition. Recently, similar changes in herbaceous species composition have been observed over time on the adjacent reference (control) watershed, which receives only atmospheric deposition[9]. Previous research (Gilliam et al. 2006a) at the same watershed had shown no significant differences in herb cover, composition, or several diversity indicators between treatment and control watersheds for any of the years sampled (1991, 1992, and 1994). Gilliam et al. (2006a) suggested that the initial lack of observed

---

[9]Gilliam, F.S. Unpublished data. Professor, Department of Biological Sciences, Marshall University, Huntington, WV 25755-2510.

BLM_0062013

response to N addition was due to high background levels of N deposition that had already saturated watershed soils. Because the ecosystem had already been altered by N inputs, changes in the herb layer had already occurred. This is consistent with the conclusion of Hurd et al. (1998) that sensitivity of the herb layer to N additions was largely a function of ambient N deposition.

*Ectomycorrhizal fungi.* Ectomycorrhizal fungi form associations with many of the dominant trees of drier or nutrient-poor sites in the region, including oak, hickory, beech, birch, and basswood (*Quercus, Carya, Fagus, Betula, Tilia*). There has been less research on ectomycorrhizal response to N deposition in hardwood than in conifer forests. We expect hardwood forest types that have a strong ecological overlap with conifer forest types of this region (e.g., oligotrophic beech-dominated northern hardwoods and oligotrophic oak forests) to have similar community responses to N deposition, but at this time, this supposition is unsupported by data. In an oak savannah forest in east-central Minnesota, ectomycorrhizal fungal community response (reduced species richness of sporocarps, changes in communities seen on root tips and sporocarps) was seen with addition of 50 and 170 kg ha$^{-1}$ yr$^{-1}$ over 18 to 20 years (Avis et al. 2003). The treatments also involved fertilization with other nutrients, so are not strictly equivalent to N deposition. In an N-only fertilization experiment Avis et al. (2008) also found a change in oak forest ectomycorrhizal fungal communities with deposition plus additions of N of approximately 28 kg N ha$^{-1}$ yr$^{-1}$. However, we do not know the lower threshold for this response. Studies of other ectomycorrhizal community types (e.g., *Betulaceae, Salicaceae*) are lacking.

*Arbuscular mycorrhizal fungi.* Arbuscular mycorrhizal fungi form associations with many tree taxa dominant in this forest type, including maple, ash, yellow-poplar, sweet gum, and cherry (*Acer, Fraxinus, Liriodendron, Liquidambar,* and *Prunus)*. We have very little empirical data on arbuscular mycorrhizal community response to N in forests. One study in sugar maple dominated forests in Michigan has found declines of arbuscular mycorrhizal fungal biomass and change in community composition in response to addition of 30 kg$^{-1}$ ha$^{-1}$

yr$^{-1}$ over and above background deposition across a gradient ranging from approximately 5 to 12 kg ha$^{-1}$ yr$^{-1}$ wet deposition (van Diepen et al. 2007, 2010; van Diepen 2008). There is some indication that arbuscular mycorrhizal biomass has declined and community composition has shifted over the N deposition gradient (van Diepen et al. 2007, 2010; van Diepen 2008), suggesting a threshold of <12 kg ha$^{-1}$ yr$^{-1}$ of wet deposition, but it is likely that there are interactions with within-site factors, and definitive determination of a response threshold awaits further analysis.

*Lichens.* Air pollution has been a major factor in the depauperization of the lichen flora in the eastern hardwoods region during the past 100 years (e.g., see Murphy et al. (1999; Massachusetts), Smiley and George (1974; New York), Showman and Long (1992; Pennsylvania); Wetmore (1989) and Showman (1975; Ohio); Wetmore (1988) and McCune (1988; Indiana and Michigan); or Lawrey and Hale (1988; Virginia)). Historically, the most damaging pollutants have been $SO_2$, sulfuric acid ($H_2SO_4$), nitrogen oxides ($NO_x$), and nitric acid ($HNO_3$). As an example, declines in lichen species diversity exceeding 80 percent in Cuyahoga National Park (Ohio) and Indiana Dunes National Lake Shore, between 1895 and 1988, were attributed to $SO_2$ (Wetmore 1988,1989). Nutrient N, especially in the form of ammonium ($NH_4^+$), is a newly recognized concern.

It is entirely possible that a widespread modification of native lichen flora has taken place across the eastern forests due to air pollution and habitat loss. In 2007, after substantial, regionwide decreases in $SO_2$ and $NO_x$ emissions, total wet N deposition was still 2 to 5 times higher throughout the eastern hardwoods ecoregion compared to background western U.S. localities. In some regions, $NH_4^+$ is a significant portion of deposition (NADP 2009). Although species richness remains high in parts of the southern Appalachians and southeastern Georgia (McCune et al. 1997), north central Florida (DeBolt et al. 2007), and Maine (Hinds and Hinds 1998), the paucity of historical records complicates confirmation of intact lichen community composition, species richness, cover, and/or landscape-level diversity in most locations.

BLM_0062014

**Table 10.3—Previously determined critical loads of nutrient N for the Eastern Temperate Forests ecoregion**

| Site | Critical load for nutrient N $kg\ N\ ha^{-1}\ yr^{-1}$ | Comments | Study |
|---|---|---|---|
| Great Smoky Mountains National Park | 3-7 | Determined using steady state mass balance method | Pardo and Duarte 2007 |
| Great Smoky Mountains National Park | 2.5-9 | Determined using steady state mass balance method | Oja and Arp 1998 |

Declines in $SO_2$ and $NO_x$ emissions in response to the Clean Air Act have been linked to improvements in epiphytic lichen diversity and cover in the upper Ohio Valley (Showman 1981, 1990, 1998) and south central Pennsylvania (McClenahen et al. 2007) and lower tissue S concentrations in Virginia (Lawrey and Hale 1988). For the Ohio and Pennsylvania study areas, 2007 total wet N deposition was still between 6.2 and 7.2 kg N ha$^{-1}$ yr$^{-1}$ in 2007 (NADP 2009). As a result, the returning species are moderately acid- and $SO_2$-sensitive, but N tolerant (Geiser et al. 2010). This response is consistent with substantial regional decreases in acidity but increasing N in wet deposition between 1980 and 2007 (NADP 2009).

More information on lichen research methodology and terminology can be found in Chapter 4 of this volume.

### 10.2.4 Critical Loads Estimates

The critical load for decreased tree growth and survivorship in response to N deposition is >3 kg N ha$^{-1}$ yr$^{-1}$, while the critical load for herbaceous species is <17.5 kg N ha$^{-1}$ yr$^{-1}$. Empirical critical loads for nutrient N in eastern hardwood forest ecosystems can be set at 8 kg N ha$^{-1}$ yr$^{-1}$ for $NO_3^-$ leaching (Table 10.5). This threshold applies for surface water $NO_3$ leaching in the northeastern United States (Aber et al. 2003), as well as for select forests in the southeastern United States, where Brookshire et al. (2007) observed stream $NO_3^-$ concentrations to exceed those of dissolved organic N above 7 kg N ha$^{-1}$ yr$^{-1}$. Similarly, Lewis (2002) used 10 kg N ha$^{-1}$ yr$^{-1}$ as a deposition criterion for "minimally disturbed" watersheds in a compilation of N yield from watersheds across the United States.

Critical loads for nutrient N calculated using the steady-state mass balance method (Pardo 2010, UBA 2004) were reported (Table 10.3) for Great Smoky Mountains National Park as ranging from 3 to 7 kg ha$^{-1}$ yr$^{-1}$ (Pardo and Duarte 2007). Earlier calculations of critical loads for N nutrient within Great Smoky Mountains National Park made using data from the Integrated Forest Study (Johnson and Lindberg 1992) ranged from 2.5 to 9 kg N ha$^{-1}$ yr$^{-1}$ (Oja and Arp 1998).

Critical loads for ectomycorrhizal fungi, arbuscular mycorrhizal fungi, and lichens have not been reported previously. The critical load for ectomycorrhizal fungi is expected to be much less than the N input level of 28 kg ha$^{-1}$ yr$^{-1}$ reported by Avis et al. (2008); the critical load for arbuscular mycorrhizal fungi is also expected to be less than the 35 kg ha$^{-1}$ yr$^{-1}$ that caused a mycorrhizal response in research by van Diepen et al. (2007), and may be less than 12 kg N ha$^{-1}$ yr$^{-1}$ (van Diepen 2008). Arbuscular mycorrhizal fungal critical loads are tentatively set at <12 kg N ha$^{-1}$ yr$^{-1}$ (van Diepen 2008). The value for arbuscular mycorrhizal fungi is considered expert judgment, as it is based on one gradient with only four sites.

Lichen community-based critical loads are difficult to pinpoint in the eastern hardwoods region due to the confounding effect of acidity from sulfur-containing pollutants, habitat alterations, and changing climate. However, N critical loads are probably similar to those proposed for epiphytic macrolichens in other temperate forests of the United States (northwest forested mountains (3.1 to 5.2 kg N ha$^{-1}$ yr$^{-1}$), west coast marine forests (2.7 to 9.2 kg N ha$^{-1}$ yr$^{-1}$), Mediterranean

BLM_0062015

**Table 10.4—Previously determined critical loads of acidity for the Eastern Temperate Forests ecoregion**

| Site | Critical load for N acidity $kg\ N\ ha^{-1}\ yr^{-1}$ | Response | Study |
|---|---|---|---|
| Joyce Kilmer, NC; Slick Rock, TN | 7-10 | Vegetation health and vigor | Fox et al. 1989 |
| Otter Creek, WV | 7 | Vegetation health and vigor | Fox et al. 1989 |
| Otter Creek, WV; Hercules Glade, MO; Dolly Sods, WV | 5-8 | ANC = 25 | Adams et al. 1991 |

California (3.3 to 5.5 kg N ha$^{-1}$ yr$^{-1}$)), due to species overlap and physiological/ecological similarities among epiphytic macrolichens. Application of the western Oregon and Washington model relating epiphytic lichen community composition to N deposition (Chapter 4, Geiser et al. 2010), to eastern hardwoods yields a critical load estimate of 4 to 8 kg N ha$^{-1}$ yr$^{-1}$. This value was calculated using a precipitation range of 71 to 305 cm, and a lichen community-composition response threshold that allows as few as 25 percent oligotrophs and no more than 47 percent eutrophs. This response threshold is higher than that used for Oregon and Washington to allow for the higher nutrient content of leaf exudates and more neutral bark substrates in hardwood forests, which favor eutrophs. (Coniferous forests predominate in western Oregon and Washington.)

A number of estimates of critical loads for acidity have also been set for the region and are summarized in Table 10.4. Critical loads for N associated with acidity often tend to be higher than those for nutrient N; for this ecoregion, they were of similar magnitude. The red line/green line approach of Fox et al. (1989) has been used to establish critical loads for acidity for eastern forests. Using the green line value determined for Joyce Kilmer, North Carolina, the critical load for acidity for the overstory and herb layer was 7 kg N ha$^{-1}$ yr$^{-1}$. This is consistent with calculations made for this region by McNulty et al. (2007), who made coarse estimates for critical loads for total acidity across the United States. Based on those calculations, the contribution of N to those critical loads for acidity is ~10 kg ha$^{-1}$ yr$^{-1}$. Earlier

assessments in this region suggest that the critical load for acidity has been exceeded for both terrestrial and aquatic ecosystems (Fox et al. 1989, Sullivan and Cosby 2002, Sullivan and Cosby 2004, Sullivan et al. 2003).

### 10.2.5 Comparison to European Critical Loads

These estimates for critical loads are somewhat lower than for comparable ecosystems in Europe. Critical loads for European deciduous forests are set at 10 to 15 kg N ha$^{-1}$ yr$^{-1}$ for increased $NO_3^-$ leaching and increased N mineralization and nitrification; at 15 to 20 kg N ha$^{-1}$ yr$^{-1}$ for alterations in tissue chemistry and increased susceptibility to pest outbreak; and at 10 to 20 kg N ha$^{-1}$ yr$^{-1}$ for alterations in mycorrhizal community composition (UBA 2004). In a review and synthesis on effects of atmospheric ammonia (NH$_3$) on terrestrial vegetation that included critical load estimates, Krupa (2003) reported a critical load range of 15 to 20 kg N ha$^{-1}$ yr$^{-1}$ for deciduous forests of Europe.

*Herbaceous layer.* Critical loads for ground vegetation in temperate forests are set at 10 to 15 kg N ha$^{-1}$ yr$^{-1}$ in Europe (UBA 2004). Critical loads research in Europe often employs gradients in N deposition (Brunet et al. 1998, Strengbom et al. 2003). Most such work is done in conifer forests of Europe, limiting direct comparisons to the herb layer of temperate deciduous forests in the eastern United States. Brunet et al. (1998) employed multivariate methods to assess potential effects of N deposition on herb layer species of oak forests by sampling along a gradient of N deposition in southern Sweden. Species that increased in cover with increased N deposition were generally both nitrophilous and acid

BLM_0062016

**Table 10.5—Empirical critical loads of nutrient N for the Eastern Temperate Forests ecoregion.
Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Ecosystem | Ecosystem component | Critical load for nutrient N kg N ha$^{-1}$ yr$^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|---|
| Eastern hardwood forests | Trees | >3 | # | Decreased growth of northern white cedar, and decreased survivorship of yellow birch, scarlet and chestnut oak, quaking aspen, and basswood | | Thomas et al. 2010 |
| Eastern hardwood forests | Lichens | 4-8 | (#) | Changes in epiphytic lichen community composition | | Geiser et al. 2010 |
| Eastern hardwood forests | Forests | 8 | ## | Increased surface water loading of NO$_3^-$ | | Aber et al. 2003 |
| Eastern hardwood forests | Arbuscular mycorrhizal fungi | <12 | (#) | Arbuscular mycorrhizal fungal biomass decline and community composition change | Observed along a Michigan N gradient | van Diepen 2008 |
| Eastern hardwood forests | Herbs | <17.5 | (#) | Herb layer changes | Observed at Fernow Experimental Forest, WV | Gilliam 2006, 2007, Gilliam et al. 2006a |
| Southeastern Coastal Plain | Lichens | 4-6 | (#) | Changes in epiphytic lichen community composition | | Appliation of Geiser et al. 2010 |
| Southeastern Coastal Plain | Ectomycorrhizal fungi | 5-10 | (#) | Ectomycorrhizal fungi community response | | Dighton et al. 2004; Lilleskov et al. 2001, 2002, 2008 |

tolerant. They concluded that N deposition influenced vegetation directly by increasing N availability and indirectly by increasing soil acidity.

### 10.2.6 Future Research Directions and Gaps in Data

Research on critical loads for eastern hardwood forests of the United States lags far behind research for similar forests in Europe. Particularly lacking are empirical data on community responses to gradients of ambient N deposition. Plot-scale fertilizer studies have been conducted, but these are not as numerous as similar studies in Europe, and carry with them the inherent difficulty of scaling up from the plot to the landscape scale. Studies that employ whole-watershed treatment with N, such as that at Fernow Experimental Forest, are extremely rare. Additional complexities affecting responses to N loading include interactions between N addition and climate events (disturbance and variation), prior land use, species composition, site characteristics, and hydrology. For example, the coincidence of increased N availability, drought, and soil nutrient cation depletion appear to have led to significant tree mortality at sites in Massachusetts (Magill et al. 2004) and eastern New York (Wallace et al. 2007), suggesting that the incipient N saturation at the site made the trees more susceptible to secondary stresses. Multi-factor experimental manipulations that addressed N interactions with climate and other stressors could help address some of these uncertainties.

Also useful would be more studies focusing on gradients in N deposition (e.g., Boggs et al. 2005, Brookshire et al. 2007) and on forests of varying stand age (Castro et al. 2007). Gradient studies would be especially useful in filling the large data gaps that exist on the response of mycorrhizal fungal communities to realistic levels of N deposition in this region, especially in the development of response functions to N deposition that would permit establishment of critical loads.

A framework grid system has been systematically surveyed for lichens in New England and Mid-Atlantic states (Maine through Virginia) by the U.S. Forest Service Forest Inventory and Analysis/Forest Health Monitoring (FIA/FHM) program (McCune 2000, Will-

Wolf et al. 2006); matching deposition estimates and supplementary sites are needed to interpret these data to estimate critical loads. Despite major reductions in $SO_2$ and $NO_x$, critical loads for nutrient N for epiphytic lichens are probably still exceeded in much of the region. Lichen floras dating back to about 1900, where available, would help elucidate the changes that have already taken place. Research is also needed to separate $H_2SO_4$ and $HNO_3$ acidification effects from fertilizing N effects on lichen community composition, diversity, and physiology, with consideration to the influences of habitat alteration and climatic changes. Forests of Minnesota and Wisconsin, where hydrogen ion ($H^+$) and $SO_4^-$ deposition are close to background levels but $NO_3^-$ and $NH_4^+$ deposition are elevated, may offer an opportunity for such studies when compared to forests of Ohio, Pennsylvania, West Virginia, and New York with high acidity, S deposition, and N deposition.

## 10.3 Southeastern Coastal Plain

### 10.3.1 Ecosystem Description

Forest ecosystems of the Southeastern Coastal Plain have evolved under conditions of relatively high frequency of fire and hurricanes (Gilliam et al. 2006b). The forests of the coastal plain contrast with other forest types in the Eastern Temperate Forests ecoregion in that: (1) coastal plain forests tend to comprise pine-dominated overstories of low biodiversity and herb-dominated understories often of very high biodiversity (Gilliam 2007, Platt et al. 2006); and (2) coastal plain forests experience lower levels of atmospheric deposition of N.

### 10.3.2 Ecosystem Responses to N Deposition

Coastal Plain forest responses to N deposition are not well studied. Generally, we would expect the same responses to excess N as seen in eastern hardwood forests: increases in tissue N concentration, declines in biodiversity, shifts in soil N cycling and $NO_3^-$ leaching, decreases in soil C:N ratio, and shifts in community composition (section 10.2.2). Interactions of N deposition with ecosystem processes in the Southeastern Coastal Plain are complicated by a changing N deposition regime, spatially variable fire dynamics, and disturbances caused by large tropical storms. Historically, many pine-dominated forests of the Coastal

BLM_0062018

Plain have been fire maintained. Fire varies in frequency throughout the region and alters the N status of the ecosystem (Boerner et al. 2004). In a meta-analysis, Wan et al. (2001) found that fire invariably caused substantial loss of N from fuels (i.e., forest litter). For example, as much as 50 percent of litter N was lost in a single fire for conifer forests.

Tropical storms are an important disturbance regime in forest ecosystems of the coastal plain (Gilliam et al. 2006b). These disturbances can have a substantial impact of nutrient cycling in these ecosystems. It is possible that the frequency/intensity of tropical storms is increasing as a result of global warming.

### 10.3.3 Range of Responses Observed

Although the effect of S deposition on coastal plain ecosystems has been studied (Janicki et al. 1995), little research has been done on responses of the coastal plain ecosystem to excess N deposition.

*Ectomycorrhizal fungi.* One study in the Pine Barrens region of New Jersey found a trend of decreasing morphotype richness with increasing N deposition (Dighton et al. 2004). There was significantly lower mycorrhizal morphotype richness at a site with bulk deposition of 8 kg N ha$^{-1}$ yr$^{-1}$ than at a site with approximately 4 kg N ha$^{-1}$ yr$^{-1}$ (Dighton et al. 2004). Low number of sample points in the gradient weakens the evidence for causal linkages, but this evidence is consistent with that from other oligotrophic conifer-dominated ecosystems that suggest thresholds of somewhere between 5 and 10 kg ha$^{-1}$ yr$^{-1}$ for community response (Lilleskov et al. 2001, 2002, 2008). More productive pine or deciduous ecosystems in the southern part of this ecosystem type, on richer soils or with significant N removals via harvest and/or fire, might have a higher deposition threshold. However, no data are available from the region with which to test this hypothesis.

*Lichens.* Acidifying and fertilizing pollutants in deposition (N and S), primarily from urban/industrial emissions, have strongly influenced lichen communities in the Southeastern Coastal Plain. The characteristic response has been loss of sensitive species resulting in sharply reduced species richness and reduced lichen cover. For example, even by 1966, epiphytic lichen diversity was low (14 species per plot) on the north shore of Long Island, up to 62 km from Brooklyn (New York City; Brodo 1966). There was complete extirpation of all lichens within 19 km of Brooklyn's industrial center, even though Brooklyn and the north shore of Long Island shared the same flora historically (Brodo 1966). Of 70 species detected around 1900 on Plummer's Island, a protected habitat 15 km south of Washington, D.C., only 20 could be found in the early 1990s (Lawrey 1993). Such extreme de-pauperization of the lichen flora is less pervasive in the southeastern states. In an analysis of FIA/FHM epiphytic macrolichen data from forests of Georgia, the Carolinas, eastern Tennessee, and Virginia, McCune et al. (1997) observed pollution-tolerant species and lower species richness in urban and industrial areas, but pollution-sensitive and 'luxuriant and diverse' lichens (up to 40 species per plot) in many rural areas. The richer flora is consistent with generally lower deposition of S and N in states of the southeastern compared to the northeastern United States. However, lacking historic flora, it is not possible to confirm whether species are missing from communities in the southeast that are experiencing lower S and N deposition. Some aspects of the flora hint at a widespread loss of species due to air pollution: only one fruticose genus was detected and cyanolichens were rare.

Fire has less influence on the N regimes of forest lichens compared to soil-rooted plants in the Southeastern Coastal Plain. Lichens that are not consumed or heat-killed during forest fire become a propagule source for recolonization without long term shifts in community composition (Johansson et al. 2006, Sillet and Goslin 1997). However, increased fire frequency and short timber harvest cycles favors faster growing species over those with greater dispersal or growth rate limitations, shifting community composition and reducing diversity (DeBolt et al. 2007).

More information on lichen research methodology and terminology can be found in Chapter 4 of this volume.

BLM_0062019

**10.3.4 Critical Loads Estimates**

Until more research has been done in Southeastern Coastal Plain forests, we can only offer provisional critical loads. Our best estimate of the critical load for ectomycorrhizal community integrity is 5 to 10 kg N ha$^{-1}$ yr$^{-1}$, and even this must be regarded as highly uncertain and only applicable to low productivity pine barrens forests (Table 10.5). In other ecosystem types, critical loads for mycorrhizal fungi appear to be roughly equivalent to those for other receptors, but definitive characterization of critical loads for other receptors and responses awaits further research.

 Application of the western Oregon and Washington model relating epiphytic lichen community composition to N deposition (Chapter 4, Geiser et al. 2010) to Southeastern Coastal Plains yields a critical load estimate of 4 to 6 kg ha$^{-1}$ yr$^{-1}$. This value was calculated using a precipitation range of 102 to 178 cm, and a lichen community-composition response threshold that allows as few as 30 percent oligotrophs and no more than 34 percent eutrophs. This response threshold represents the upper end of the response threshold range used for Oregon and Washington to allow for potential favoring of the mesotrophs and eutrophs by warmer temperature. These species are generally more drought resistant than oligotrophs.

**10.3.5 Comparison to European Critical Loads**

The concept of critical loads for N was originally developed for forest ecosystems of Europe (Nilsson and Grennfelt 1988). Whereas most of these forests have long been altered by human use (Dambrine et al. 2007), they generally do not experience frequent natural disturbances, such as fire and extreme wind events. Thus, it is difficult to compare Southeastern Coastal Plain ecosystems to European ecosystems.

**10.3.6 Future Research Directions and Gaps in Data**

More research is needed on the effects of N deposition to ecosystems of the Southeastern Coastal Plain. Potential research areas include watershed and plot scale fertilization studies and deposition gradient studies. In addition, research should be conducted to examine how the interaction of frequent disturbance and N

deposition affect the N status of the Coastal Plain. Research is also needed to separate H$_2$SO$_4$ and HNO$_3$ acidification effects from fertilizing N effects on lichen community composition, diversity, and physiology, with consideration to the influences of habitat alteration, climatic changes and changes in fire frequency. Southern Georgia and north-central Florida, with the lowest N and S deposition, may be good locations for field-based N addition studies.

## LITERATURE CITED

Aber, J.D.; Goodale, C.L.; Ollinger, S.V.; Smith, M-L.; Magill, A.H.; Martin, M.E.; Hallet, R.A.; Stoddard, J.L. 2003. **Is nitrogen deposition altering the nitrogen status of Northeastern forests?** BioScience. 53(4): 375-389.

Adams, M.B.; Nichols, D.S.; Federer, C.A.; Jensen, K.F.; Parrott, H. 1991. **Screening procedure to evaluate effects of air pollution on eastern region wildernesses cited as class I air quality areas.** Gen. Tech. Rep. NE-151. Radnor, PA: U.S. Department of Agriculture, Forest Service, Northeastern Forest Experiment Station. 33 p.

Adams, M.B.; Edwards, P.J.; Wood, F.; Kochenderfer, J.N. 1993. **Artificial watershed acidification on the Fernow Experimental Forest, USA.** Journal of Hydrology. 150: 505-509.

Adams, M.B.; DeWalle, D.R.; Peterjohn, W.T.; Gilliam, F.S.; Sharpe, W.E.; Williard, K.W.J. 2006. **Soil chemical responses to experimental acidification treatments.** In: Adams, M.B.; DeWalle, D.R.; Hom, J.L., eds. The Fernow Watershed acidification study. Dordrecht, The Netherlands: Springer: 41-69.

Avis, P.G.; McLaughlin, D.J.; Dentinger, B.C.; Reich, P.B. 2003. **Long-term increase in nitrogen supply alters above- and below-ground ectomycorrhizal communities and increases the dominance of *Russula* spp. in a temperate oak savanna.** New Phytologist. 160: 239-253.

BLM_0062020

Avis, P.G.; Mueller, G.M. ; Lussenhop, J. 2008. **Ectomycorrhizal fungal communities in two North American oak forests respond to nitrogen addition.** New Phytologist.179: 472-483.

Bailey, S.W.; Horsley, S.B.; Long, R.P. 2005. **Thirty years of change in forest soils of the Allegheny Plateau, Pennsylvania.** Soil Science Society of America Journal. 69: 681-690.

Boerner, R.E.J.; Brinkman, J.A.; Sutherland, E.K. 2004. **Effects of fire at two frequencies on nitrogen transformations and soil chemistry in a nitrogen-enriched forest landscape.** Canadian Journal of Forest Research. 34: 609-618.

Boggs, J.L.; McNulty, S.G.; Gavazzi, M.J.; Moore, J. 2005. **Tree growth, foliar chemistry, and nitrogen cycling across a nitrogen deposition gradient in southern Appalachian deciduous forests.** Canadian Journal of Forest Research. 35: 1901-1913.

Bowden, R.D.; Davidson, E.; Savage, K.; Arabia, C.; Steudler, P. 2004. **Chronic nitrogen additions reduce total soil respiration and microbial respiration in temperate forest soils at the Harvard Forest.** Forest Ecology and Management. 196: 43-56.

Braun, E.L. 1950. **Deciduous forests of eastern North America.** New York: Hafner Press.

Brodo, I.M. 1966. **Lichen growth and cities: A study on Long Island, New York.** The Bryologist. 69(4): 427-449.

Brookshire, E.N.J.; Valett, H.M.; Thomas, S.A.; Webster, J.R. 2007. **Atmospheric N deposition increases organic N loss from temperate forests.** Ecosystems. 10: 252-262.

Brunet, J.; Diekmann, M.; Falkengren-Grerup, U. 1998. **Effects of nitrogen deposition on field layer vegetation in south Swedish forests.** Environmental Pollution. 102: 35-40.

Castro, M.S.; Eshleman, K.N.; Pitelka, L.F.; Frech, G.; Ramsey, M.; Currie, W.S.; Kuers, K.; Simmons, J.A.; Pohlad, B.R.; Thomas, C.L.; Johnson, D.M. 2007. **Symptoms of nitrogen saturation in an aggrading forested watershed in western Maryland.** Biogeochemistry. 84: 333-348.

CEC (Commision for Environmental Cooperation). 1997. **Ecological regions of North America: Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/fi les/pdf/BIODIVERSITY/eco-eng_EN.pdf. (Accessed May 24, 2010).

Dambrine, E.; Dupouey, J.-L.; Laüt, L.; Humbert, L.; Thinon, M.; Beaufils, T.; Richard, H. 2007. **Present forest biodiversity patterns in France related to former Roman agriculture.** Ecology. 88: 1430-1439.

DeBolt, A.M.; Rosentreter, R.; Martin, E.P. 2007. **Macrolichen diversity in subtropical forests of north-central Florida.** The Bryologist. 110(2): 254-265.

DeWalle, D.R.; Kochenderfer, J.N.; Adams, M.B.; Miller, G.W.; Gilliam, F.S.; Wood, F.; Odenwald-Clemens, S.S.; Sharpe, W.E. 2006. **Vegetation and acidification.** In: Adams, M.B.; DeWalle, D.R.; Hom, J.L., eds. The Fernow Watershed Acidification Study. Dordrecht, The Netherlands: Springer: 137-188.

Dighton, J.; Tuininga, A.R.; Gray, D.M.; Huskins, R.E.; Belton, T. 2004. **Impacts of atmospheric deposition on New Jersey pine barrens forest soils and communities of ectomycorrhizae.** Forest Ecology and Management. 201: 131-144.

Driscoll, C.T.; Whitall, D.; Aber, J.D.; Boyer, E.W.; Castro, M.S.; Cronan, C.; Goodale, C.L.; Groffman, P.M.; Hopkinson, C.; Lambert, K.; Lawrence, G.; Ollinger, S.V. 2003. **Nitrogen pollution in the northeastern United States: Sources, effects, and management options.** BioScience. 53: 357-374.

BLM_0062021

Edwards, P.J.; Williard, K.W.J.; Wood, F.; Sharpe, W.E. 2006. **Soil water and stream water chemical responses.** In: Adams, M.B.; DeWalle, D.R.; Hom, J.L., eds. The Fernow Watershed Acidification Study. Dordrecht, The Netherlands: Springer: 71-136.

Fox, D.G.; Bartuska, A.M.; Byrne, J.G.; Cowling, E.; Fisher, R.; Likens, G.E.; Lindberg, S.E.; Linthurst, R.A.; Messer, J.; Nichols, D.S. 1989. **A screening procedure to evaluate air pollution effects on Class I wilderness areas.** Gen. Tech. Rep. RM-168. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 36 p.

Fraterrigo, J.M.; Pearson, S.M.; Turner, M.G. 2009. **The response of understory herbaceous plants to nitrogen fertilization in forests of different land-use history.** Forest Ecology and Management. 257: 2182-2188.

Frey, S.D., Knorr, M., Parrent, J.L., Simpson, R.T. 2004. **Chronic nitrogen enrichment affects the structure and function of the soil microbial community in temperate hardwood and pine forests.** Forest Ecology and Management. 196: 159-171.

Garten, C.T. 2000. **Nitrogen saturation and soil N availability in a high-elevation spruce and fir forest.** Water, Air, and Soil Pollution. 120: 295-313.

Geiser, L.H.; Jovan, S.E.; Glavich, D.; Porter, M. 2010. **Lichen-based critical loads for atmospheric nitrogen deposition in Western Oregon and Washington Forests, USA.** Environmental Pollution. 158: 2412-2421.

Gilliam, F.S. 2006. **Response of the herbaceous layer of forest ecosystems to excess nitrogen deposition.** Journal of Ecology. 94: 1176-1191.

Gilliam, F.S. 2007. **The ecological significance of the herbaceous layer in forest ecosystems.** BioScience. 57: 845-858.

Gilliam, F.S.; Adams, M.B. 1996. **Wetfall deposition and precipitation chemistry for a central Appalachian forest.** Journal of Air and Waste Management Association. 46: 978-984.

Gilliam, F.S.; Adams, M.B.; Yurish, B.M. 1996. **Ecosystem nutrient responses to chronic nitrogen inputs at Fernow Experimental Forest, West Virginia.** Canadian Journal of Forest Research. 26: 196-205.

Gilliam, F.S.; Hockenberry, A.W.; Adams, M.B. 2006a. **Effects of atmospheric nitrogen deposition on the herbaceous layer of a central Appalachian hardwood forest.** Journal of the Torrey Botanical Society. 133: 240-254.

Gilliam, F.S.; Platt, W.J.; Peet, R.K. 2006b. **Natural disturbances and the physiognomy of pine savannas: a phenomenological model.** Applied Vegetation Science. 9: 83-96.

Gilliam, F.S.; Roberts M.R. 2003. **The herbaceous layer in forests of eastern North America.** New York: Oxford University Press. 408 p.

Gilliam, F.S.; Yurish, B.M.; Adams, M.B. 2001. **Temporal and spatial variation of nitrogen transformations in nitrogen-saturated soils of a Central Appalachian hardwood forest.** Canadian Journal of Forest Research. 31: 1768-1785.

Greller, A.M. 1988. **Deciduous forest. Chapter 10.** In: Barbour, M.G.; Billings, W.D., eds. North American vegetation. Cambridge, UK: Cambridge University Press: 288-316.

Hinds, J.W.; Hinds, P.L. 1998. **An annotated checklist of Maine macrolichens.** In: Glenn, M.G.; Harris, R.C.; Dirig, R.; Cole, M.S., eds. Lichenographia Thomsoniana: North American Lichenology in Honor of John W. Thomson. Ithaca, NY: Mycotaxon Ltd.: 345-376.

BLM_0062022

Hinkle, C.R.; McComb, W.C.; Safley Jr., J.M.; Schmalzer, P.A. 1993. **Mixed mesophytic forests. Chapter 5.** In: Martin, W.H.; Boyce, S.G.; Echternacht, A.C., eds. Biodiversity of the southeastern United States: Upland terrestrial communities. New York, NY: John Wiley and Sons: 203-254.

Hurd, T.M.; Brach, A.R.; Raynal, D.J. 1998. **Response of understory vegetation of Adirondack forests to nitrogen additions.** Canadian Journal of Forest Research. 28: 799-807.

Janicki, A.; Wade, D.; Wilson, H.; Heimbuch, D. 1995. **Maryland critical loads study: Critical loads assessment for Maryland streams; Volume 1.** Report CBRM-AD-95-9. Annapolis, MD: Maryland Dept. of Natural Resources, Chesapeake Bay Research and Monitoring Division.

Johansson, P.; Wetmore, C.M.; Carlson, D.J.; Reich, P.B.; Thor, G. 2006. **Habitat preference, growth form, vegetative dispersal and population size of lichens along a wildfire severity gradient.** The Bryologist. 109(4): 527-540.

Johnson, D.W.; Lindberg, S.E., eds. 1992. **Atmospheric deposition and forest nutrient cycling—A synthesis of the integrated forest study.** New York: Springer-Verlag. 707 p.

Krupa, S.V. 2003. **Effects of atmospheric ammonia (NH₃) on terrestrial vegetation: a review.** Environmental Pollution. 124: 179-221.

Lawrey, J.D. 1993. **Lichens as monitors of pollutant elements at permanent sites in Maryland and Virginia.** The Bryologist. 96(3): 339-341.

Lawrey, J.D.; Hale, M.E., Jr. 1988. **Lichen evidence for changes in atmospheric pollution in Shenandoah National Park, Virginia.** The Bryologist. 91(1): 21-23.

Lewis, W.M. 2002. **Yield of nitrogen from minimally disturbed watersheds of the United States.** Biogeochemistry. 57/58: 375-385

Lilleskov, E.A.; Fahey, T.J.; Horton, T.R.; Lovett, G.M. 2002. **Belowground ectomycorrhizal fungal community change over a nitrogen deposition gradient in Alaska.** Ecology. 83: 104-115.

Lilleskov, E.A.; Fahey, T.J.; Lovett, G.M. 2001. **Ectomycorrhizal fungal aboveground community change over an atmospheric nitrogen deposition gradient.** Ecological Applications. 11: 397-410.

Lilleskov, E.A.; Wargo, P.M.; Vogt, K.A.; Vogt, D.J. 2008. **Mycorrhizal fungal community relationship to root nitrogen concentration over a regional atmospheric nitrogen deposition gradient in the northeastern US.** Canadian Journal of Forest Research. 38: 1260-1266.

Magill, A.H.; Aber, J.D.; Berntson, G.M.; McDowell, W.H.; Nadelhoffer, K.J.; Melillo, J.M.; Steudler, P. 2000. **Long term nitrogen additions and nitrogen saturation in two temperate forests.** Ecosystems. 3: 238-253.

Magill, A.H.; Aber, J.D.; Currie, W.S.; Nadelhoffer, K.J.; Martin, M.E.; McDowell, W.H.; Melillo, J.M.; Steudler, P. 2004. **Ecosystem response to 15 years of chronic nitrogen additions at the Harvard Forest LTER, Massachusetts, USA.** Forest Ecology and Management. 196: 7-28.

May, J.D.; Burdette, E.; Gilliam, F.S.; Adams M.B. 2005. **Interspecific divergence in foliar nutrient dynamics and stem growth in a temperate forest in response to chronic nitrogen inputs.** Canadian Journal of Forest Research. 35: 1023-1030.

McClenahen, J.R.; Davis, D.D.; Hutnik, R.J. 2007. **Macrolichens as biomonitors of air-quality change in western Pennsylvania.** Northeastern Naturalist. 14(1): 15-26.

BLM_0062023

McCune, B. 2000. **Lichen communities as indicators of forest health.** The Bryologist. 103(2): 353-356.

McCune, B. 1988. **Lichen Communities along O$_3$ and SO$_2$ Gradients in Indianapolis.** The Bryologist. 91(3): 223-228.

McCune, B.; Dey, J.; Peck, J.; Heiman, K.; Will-Wolf, S. 1997. **Regional gradients in lichen communities of the southeast United States.** The Bryologist. 100(2): 145-158.

McNulty, S.G.; Cohen, E.C.; Moore Myers, J.A.; Sullivan, T.J.; Harbin, L. 2007. **Estimates of critical acid loads and exceedances for forest soils across the conterminous United States.** Environmental Pollution. 149: 281-292.

Minocha, R.; Long, S.; Magill, A.H.; Aber, J.; McDowell, W.H. 2000. **Foliar free polyamine and inorganic ion content in relation to soil and soil solution chemistry in two fertilized forest stands at the Harvard Forest, Massachusetts.** Plant and Soil. 222: 119-137.

Moore, P.T.; Van Miegroet, H.; Nicholas. 2007. **Relative role of understory and overstory carbon and nitrogen cycling in a southern Appalachian spruce-fir forest.** Canadian Journal of Forest Research. 37: 2689-2700.

Muller, R.N. 2003. **Nutrient relations of the herbaceous layer in deciduous forest ecosystems.** In: Gilliam, F.S.; Roberts, M.R., eds. The herbaceous layer in forests of eastern North America. New York: Oxford University Press: 15-37.

Murphy, K.J.; Alpert, P.; Cosentino, D. 1999. **Local impacts of a rural coal-burning generating station on lichen abundance in a New England forest.** Environmental Pollution. 105: 349-354.

NADP (National Atmospheric Deposition Program). 2009. **NADP maps and data.** Available at http://nadp.sws.uiuc.edu/data/. (Accessed February 9, 2009.)

Nilsson, J.; Grennfelt, P., eds. 1988. **Critical loads for sulphur and nitrogen.** Miljorapport 1988:15. Copenhagen, Denmark: Nordic Council of Ministers.

Oja, T.; Arp, P.A. 1998. **Assessing atmospheric sulfur and nitrogen loads critical to the maintenance of upland forest soils.** In: Maynard, D., ed. Sulfur in the environment. New York, NY: Marcel Dekker: 337-363.

Pardo, L. H. 2010. **Approaches for estimating critical loads of N and S deposition for forest ecosystems on U.S. federal lands.** Gen. Tech. Rep. NRS-71. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 25 p.

Pardo, L.H.; Duarte, N. 2007. **Assessment of effects of acidic deposition on forested ecosystems in Great Smoky Mountains National Park using critical loads for sulfur and nitrogen.** A report prepared for Tennessee Valley Authority, Knoxville, TN and Great Smoky Mountains National Park, Gatlinburg, TN. 141 p.

Peterjohn, W.T.; Adams, M.B.; Gilliam, F.S. 1996. **Symptoms of nitrogen saturation in two central Appalachian hardwood forest ecosystems.** Biogeochemistry. 35: 507-522.

Platt, W.J.; Carr, S.M.; Reilly, M.; Fahr, J. 2006. **Pine savanna overstorey influences on ground-cover biodiversity.** Applied Vegetation Science. 9: 37-50.

Royo, A.A.; Collins, R.; Adams, M.B.; Kirschbaum, C.; Carson, W.P. 2010. **Pervasive interactions between ungulate browsers and disturbance regimes promote temperate forest herbaceous diversity.** Ecology. 91(1): 93-105.

Showman, R.E. 1975. **Lichens as indicators of air quality around a coal-fired power generating plant.** The Bryologist. 78: 1-6.

BLM_0062024

Showman, R.E. 1981. **Lichen recolonization following air quality improvement.** The Bryologist. 84: 492-497.

Showman, R.E. 1990. **Lichen recolonization in the upper Ohio River valley.** The Bryologist. 93(4): 427-428.

Showman, R.E. 1998. **Continuing lichen recolonization in the upper Ohio River Valley.** The Bryologist. 100(4): 478-481.

Showman, R.E.; Long, R.P. 1992. **Lichen studies along a wet sulfate deposition gradient in Pennsylvania.** The Bryologist. 95(2): 166-170.

Sillet, S.C.; Goselin, M.N. 1999. **Distribution of epiphytic macrolichens in relation to remnant trees in a multiple-age Douglas-fir forest.** Canadian Journal of Forest Research. 29: 1204-1215.

Smiley, D.; George, C.J. 1974. **Photographic documentation of lichen decline in the Shawangunk Mountains of New York.** The Bryologist. 77: 179-187.

Strengbom, J.; Walheim, M.; Näsholm, T.; Ericson, L. 2003. **Regional differences in occurrences of understorey forest species reflect differences in N deposition.** Ambio. 32: 91-97.

Sullivan, T.J.; Cosby, B.J. 2002. **Critical loads of sulfur deposition to protect streams within Joyce Kilmer and Shining Rock Wilderness Areas from future acidification.** Report prepared for the USDA Forest Service, Ashville, NC. Corvallis, OR: E&S Environmental Chemistry, Inc.

Sullivan, T.J.; Cosby, B.J. 2004. **Aquatic critical load development for the Monongahela National Forest, West Virginia.** Report for the USDA Forest Service, Monongahela National Forest. Corvallis, OR: E&S Environmental Chemistry, Inc.

Sullivan, T.J.; Cosby, B.J.; Laurence, J.A.; Dennis, R.L.; Savig, K.; Webb, J.R.; Bulger, A.J.; Scruggs, M.; Gordon, C.; Ray, J.; Lee, H.; Hogsett, W.E.; Wayne, H.; Miller, D.; Kern, J.S. 2003. **Assessment of air quality and related values in Shenandoah National Park.** Tech. Rep. NPS/NERCHAL/NRTR-03/090. Philadelphia, PA: U.S. Department of Interior, National Park Service, Eastern Region. 66 p. Available at www.nps.gov/nero/science/FINAL/shen_air_quality/shen_airquality.html (Accessed May 12, 2010).

Thomas, R.Q.; Canham, C.D.; Weathers, K.C.; Goodale, C.L. 2010. **Increased tree carbon storage in response to nitrogen deposition in the US.** Nature Geoscience. 3: 13-17.

UBA (UmweltBundesAmt). 2004. **Manual on methodologies and criteria for modeling and mapping critical loads and levels and air pollution effects, risks, and trends.** Berlin: Federal Environmental Agency (UmweltBundesAmt). Available at http://icpmapping.org/cms/zeigeBereich/11/manual-english.html (Accessed May 12, 2010).

US EPA (U.S. Environmental Protection Agency). 2002. **Nitrogen: multiple and regional impacts.** EPA-430-R-01-006. Washington, D.C.: U.S. Environmental Protection Agency, Clean Air Markets Division. 39 p.

van Diepen, L.T.A. 2008. **The role and diversity of arbuscular mycorrhizal fungi in *Acer saccharum* dominated forest ecosystems under natural and N-amended conditions.** Houghton, MI: Michigan Technological University. 99 p. Ph.D. dissertation.

van Diepen, L.T.A.; Lilleskov, E.A.; Pregitzer, K.S. Miller, R.M. 2007. **Decline of arbuscular mycorrhizal fungi in northern hardwood forests exposed to chronic nitrogen additions.** New Phytologist. 176: 175-183.

BLM_0062025

van Diepen, L.T.A.; Lilleskov, E.A., Pregitzer, K.S.; Miller, R.M. 2010. **Simulated nitrogen deposition causes a decline of intra- and extraradical abundance of arbuscular mycorrhizal fungi and changes in microbial community structure in northern hardwood forests.** Ecosystems. 13: 683-695.

Van Miegroet, H.; Creed, I.F.; Nicholas, N.S.; Tarboton, D.G.; Webster, K.L.; Shubzda, J.; Robinson, B.; Smoot, J.; Johnson, D.W.; Lindberg, S.E.; Lovett, G.; Nodvin, S.; Moore, S. 2001. **Is there synchronicity in nitrogen input and output fluxes at the Noland Divide Watershed, a small N-saturated forested catchment in Great Smoky Mountains National Park?** The Scientific World. 1: 480-492.

Venterea, R.T.; Groffman, P.M.; Verchot, L.V.; Magill, A.H.; Aber, J.D. 2004. **Gross nitrogen process rates in temperate forest soils exhibiting symptoms of nitrogen saturation.** Forest Ecology and Management. 196: 129-142.

Wallace, Z.P.; Lovett, G.M.; Hart, J.E.; Machona, B. 2007. **Effects of nitrogen saturation on tree growth and death in mixed-oak forest.** Forest Ecology and Management. 243: 210-218.

Wan, S.; Hui, D.; Luo, YR. 2001. **Fire effects on nitrogen pools and dynamics in terrestrial ecosystems: a meta-analysis.** Ecological Applications. 11: 1349-1365.

Weathers, K.C.; Simkin, S.M.; Lovett, G.M.; Lindberg, S.E. 2006. **Empirical modeling of atmospheric deposition in mountainous landscapes.** Ecological Applications. 16(4): 1590-1607.

Welch, N.T.; Belmont, J.M.; Randolph, J.C. 2007. **Summer ground layer biomass and nutrient contribution to aboveground litter in an Indiana temperate deciduous forest.** American Midland Naturalist. 157: 11-26.

Wetmore, C.M. 1988. **Lichens and air quality in Indian Dunes National Lakeshore.** Mycotaxon. 33: 25-39.

Wetmore, C.M. 1989. **Lichens and air quality in Cuyahoga Valley National Recreation Area, Ohio.** The Bryologist. 92(3): 273-281.

Will-Wolf, S.; Geiser, L.H.; Neitlich, P.; Reis, A.H. 2006. **Forest lichen communities and environment—how consistent are relationships across scales?** Journal of Vegetation Science. 17: 171-184.

BLM_0062026

# 11 GREAT PLAINS

C.M. Clark

## 11.1 Ecoregion Description

The North American Great Plains are the largest contiguous ecoregion in North America, covering 3.5 million square km$^2$, or 16 percent of the continental area (CEC 1997).  In the United States, the Great Plains ecoregion encompasses a roughly triangular region (Figure 2.2), bordered on the west by the Rocky Mountains and the southwestern deserts in Texas and northern Mexico, on the east by the Eastern Temperate and Northern Forests ecoregions, and extending well into Canada to the north. Precipitation decreases from east to west, and the dry climate, combined with historical fire and grazing regimes, generally limits tree expansion except in localized riparian areas (Briggs and Knapp 1995, Wells 1965). Savannas and local forest cover are also possible in the wetter eastern Great Plains, though periodic fire and grazers play an important role in determining the balance of herbaceous and woody vegetation across the Great Plains (Briggs and Knapp 1995). Precipitation ranges from 320 to 1020 mm per year, and temperatures range from -5 to 30 °C; both peak during the summer growing season (Bailey 1998). Topography is generally flat, with some plateaus and slightly rolling plains. Soils are generally deep and fertile, with little leaching of minerals and strong buffering potential.

Due to the dry climate, Great Plains ecoregion vegetation is primarily composed of herbaceous species, with grasses dominant, and forbs, sedges, and shrubs subdominant. However, in the drier areas to the west and south, shrubs can codominate; in the east and north, as well as along riverbanks and depressions, trees can dominate. The Great Plains usually are subdivided into three subregions based on precipitation. From west to east (drier to wetter), these are the shortgrass prairie, mixed-grass prairie, and tallgrass prairie (CEC 1997, Samson and Knopf 1994). Shortgrass prairie is primarily dominated by the C$_4$ (warm season)[10] grasses blue grama (*Bouteloua gracilis*) and buffalo grass (*Buchloe dactyloides*), interspersed with succulents and

dwarf shrubs. Tallgrass prairie is primarily dominated by the taller C$_4$ grasses: big bluestem (*Andropogon gerardii*), indiangrass (*Sorghastrum nutans*), switchgrass (*Panicum virgatum*), and little bluestem (*Schizachyrium scoparium*), interspersed with C$_3$ (cool season)[11] grasses, forbs, and shrubs. Mixed-grass prairie is a mixture of the two and can shift dramatically in composition with variation in climate (Samson and Knopf 1994). The historical combination of low precipitation, frequent fires, and coevolution with native herbivores (e.g., North American bison, *Bison bison*) maintains the persistence of this generally grass-dominated ecoregion (CEC 1997, Knapp et al. 1999, Samson and Knopf 1994). More recently, reductions in fire frequency and grazing have contributed to encroachment by more woody vegetation across the Great Plains (Briggs et al. 2005).

Human activity has greatly modified the structure and function of the Great Plains. Because of its fertile soil, the Great Plains have been and continue to be heavily used for agriculture and rangelands. It is estimated that of the approximately 120 million ha of historical U. S. prairie, nearly 96 percent, 59 percent, and 50 percent, respectively, of the tallgrass, mixed-grass, and shortgrass prairie, have been lost as a result of human activity (Samson and Knopf 1994). The remaining areas exist mostly as a patchwork of prairie remnants. Many of the species on these remnants are still considered at risk due to long-term fire suppression, alteration of grazing regimes, and isolation, leading to unfavorable conditions for persistence (Briggs et al. 2005, Leach and Givnish 1996). In the Great Plains States, 61 plant species are

---

[10] C$_4$ grass: Any species of grass that uses the C$_4$ photosynthetic pathway, which initially produces a 4-carbon intermediary during fixation of carbon dioxide. This process is more energetically expensive but enables more efficient water usage and less degradation of photosynthetic enzymes.

[11] C$_3$ grass: Any species of grass that uses the C$_3$ photosynthetic pathway, which initially produces a 3-carbon intermediary during fixation of carbon dioxide. This process is less energetically expensive but is also less efficient at using water and leads to more degradation of photosynthetic enzymes.

BLM_0062027

listed as Federally protected (threatened, endangered, or extirpated), and 1029 are listed as state protected (NRCS 2009). The short-, mixed-, and tallgrass prairie generally correspond to the western rangelands, the wheat belt, and the corn/soybean regions (CEC 1997). Wet N deposition generally ranges from 1 to 7 kg N $ha^{-1}$ $yr^{-1}$, increasing from west to east in roughly equal proportions of ammonium ($NH_4^+$) and nitrate ($NO_3^-$): 1.3:1 ratio of $NH_4^+$: $NO_3^-$ (NADP 2009[12]). Dry deposition is poorly defined for the area, but site-specific studies indicate that dry deposition can account for at least half of total deposition (Gilliam 1987, Knapp et al. 1998). Consequently, we estimate total N deposition over the Great Plains at 2 to 14 kg N $ha^{-1}$ $yr^{-1}$.

## 11.2 Ecosystem Responses to N Deposition

Grasslands characteristic of the Great Plains are commonly N-limited or co-limited by N and other resources (e.g., water, phosphorus (P)), and are dominated by plants capable of rapid response to changing conditions (Hooper and Johnson 1999, Knapp and Smith 2001, Vitousek and Howarth 1991). As such, the Great Plains are expected to be sensitive to elevated N input. Following N deposition, there is a complex cascade of potential ecosystem responses which fall into three broad categories: biogeochemical and soil microbial responses, plant population and community responses, and responses at higher trophic levels (Galloway et al. 2003).

Biogeochemical and soil microbial responses:

- Increase in N availability in the soil for microbial immobilization and plant growth
- Change in microbial community structure and activity (often more bacteria)
- Increase or decrease in decomposition based on litter chemistry and other factors
- Increase in $NH_3$ volatilization (depending on soil pH)

- Increase in N leaching
- Increase soil acidification

Plant individual, population, and community responses:

- Increase in plant growth and allocation to aboveground structures
- Increase in tissue N content
- Decrease in light levels and alteration of germination conditions
- Shifts in competitive interactions and community composition
- Loss of species; often of rare, short, long-lived, native, and N-fixing species

Higher trophic level responses:

- Short-term increase in production at higher trophic levels due to consumption of more aboveground structures that are more nutritionally rich
- Long-term increase or decrease depending on whether plant community shifts toward or away from herbivore-preferred plant species

The above responses are general, and likely to be affected by several factors important in the Great Plains. Indeed, the structure and function of the Great Plains ecosystem is co-regulated by a complex interaction among multiple-resources, co-evolution with large populations of herbivores, and frequent punctuated disturbances, such as wildfire, that have effects on (and are affected by) responses at multiple hierarchical levels (Knapp et al.1998, Risser et al. 1981, Seastedt and Knapp 1993). As such, analysis of the effects of N deposition on the Great Plains is incomplete without incorporation of disturbance, especially from fire, herbivory, and climatic vulnerability. Unfortunately, the paucity of studies examining the effects of N addition at levels comparable to N deposition (discussed in the next section) means that little can be concluded about potential interactions with these important regulatory factors. One might expect that the removal of N via fire and/or herbivores would enhance N-limitation and therefore sensitivity to N deposition, though this likely depends on regional climatic factors, the intensity of

---

[12]Data from Great Plains sites were averaged over all available years to estimate N deposition and the average ratio of $NH_4^+$: $NO_3^-$.

BLM_0062028

herbivory, and the dominant mechanism regulating ecosystem structure and function (Knapp et al. 1998). Because of these uncertainties, we focus our analysis on known effects of relatively low input rates of N comparable to deposition, with some extrapolation to higher levels.

## 11.3 Range of Responses Observed

Few studies in the Great Plains have explicitly examined the impact of rates of N input similar to ambient N deposition rates. Indeed, of the 108 papers reviewed for this chapter that examined the effects of N enrichment on the Great Plains, only 17 included treatments ≤30 kg N ha$^{-1}$ yr$^{-1}$, relevant for direct assessment of critical loads (range: 10 to 25 kg N ha$^{-1}$ yr$^{-1}$). Furthermore, 9 of these 17 included other nutrient amendments in addition to N (e.g., Tilman 1987), and 12 of these 17 are from only two geographic locations (Cedar Creek Ecosystem Science Reserve, Minnesota, and the Center for Subsurface and Ecological Assessment Research, Oklahoma). These limitations warrant caution when drawing conclusions. It is unclear whether studies that also add non-N resources would underestimate the effect of N deposition (because other effects such as soil acidification and cation loss might not occur) or overestimate effects of N deposition (because co-limiting nutrients were also added). However, because (1) studies that add only N but at higher rates show qualitatively similar patterns; and (2) the site that added non-N resources is not co-limited and is largely unresponsive to addition of non-N resources (Tilman 1984, 1987), we are confident in using these studies in this review. The sections that follow in this chapter are structured by ecosystem responses, with all three prairie types grouped, owing to the small number of studies. The first few paragraphs describe the effects from low-N studies (≤30 kg N ha$^{-1}$ yr$^{-1}$) and the last paragraph in each section extends the review to include notable high-N studies (>30 kg N ha$^{-1}$ yr$^{-1}$).

### 11.3.1 Biogeochemical and Soil Microbial Responses in the Great Plains

Jorgensen et al. (2005) added N at 16.3 kg ha$^{-1}$ yr$^{-1}$ to a mixed-grass prairie with a background total deposition of 11 kg N ha$^{-1}$ yr$^{-1}$ in Oklahoma for 5 years and

measured several key ecosystem responses. Soil NO$_3^-$ increased within 1 year and remained elevated by an average of 250 percent over the next 5 years. This N was not efficiently retained in the system. Indeed, leaching of N increased nearly twelvefold, and the dominant form of N-loss shifted from dissolved organic N (DON) (75 percent of N-losses in control plots) to NO$_3^-$ (85 percent of N-losses in fertilized plots). Although litter decomposition was not strongly affected by N addition, there was a tendency for litter N loss to be inhibited after 180 days in fertilized plots. Denitrification was not generally stimulated by added N except after large rain events or with supplemental carbon (C), thus this process appeared to be C-limited and oxygen-inhibited more than N-limited. Gross N transformation rates were not sampled within fertilized plots.

Tilman (1987) added N at a range of rates (0, 10, 20, 34, 54, 95, 170, and 270 kg N ha$^{-1}$ yr$^{-1}$) to four Minnesota sites near the ecotone of mesic prairie and mixed woodland (background wet deposition 6 kg N ha$^{-1}$ yr$^{-1}$). We focus our assessment on the two old fields (fields abandoned from agriculture) that most closely represent native prairie of the Great Plains, though patterns exhibited following N addition to all four fields were qualitatively similar. This experiment also included addition of non-N mineral nutrients (P, potassium (K), calcium (Ca), magnesium (Mg), sulfur (S), and trace metals), and was resampled several times in its 28-year history to assess the impacts of eutrophication. Nitrogen addition at 10 and 20 kg N ha$^{-1}$ yr$^{-1}$ for 12 years did not generally increase soil NO$_3^-$ or net N mineralization rates except in the more N-poor field, though both were elevated at higher treatment rates in both fields (Wedin and Tilman 1996). After 22 years, low rates of N addition (10 and 20 kg N ha$^{-1}$ yr$^{-1}$) in the previously unresponsive old-field increased net N mineralization rates and soil extractable NO$_3^-$ tended to increase at all treatment rates (Clark et al. 2009). The other field was not examined in this later study. Finally, although much of the added N at low rates was retained after 12 years in both fields (Wedin and Tilman 1996), this retention efficiency was diminished after 22 years, as N sinks became saturated and species composition shifted at lower treatment rates (Clark and Tilman 2008, Clark et al. 2009).

BLM_0062029

Percentage (%) Initial 15N Retained
100
90
80
70
60
50
40
30
20
10
0
a
b
ab
c
d
cd
C3
Mixed
C4
1995 1997
Soil - Filled Plant - Hashed

Figure 11.1—Percentage initial $^{15}N$ retained in soil (solid) and plant compartments (hatched) for three different plant communities (C3, mixed, C4) in 1995 (1 month after addition) and in 1997 (three growing seasons after addition). Bars are +1 SE. Difference letters represent statistically significant differences (P<0.05) (Epstein et al. 2001, reprinted with kind permission of Springer Science+Business Media).

The bulk of the nutrients and C in prairie ecosystems are found in the soil, suggesting the ultimate fate of deposited N is likely in complex organic matter stored in the soil. To explore this, Epstein et al. (2001) added 10 kg N ha$^{-1}$ yr$^{-1}$ of $^{15}N$ to three shortgrass steppe communities ($C_3$, $C_4$, and mixed communities) in northeastern Colorado, and sampled various pools over 3 years (background wet deposition not reported). They found that, although the $C_3$ community initially retained more $^{15}N$ after the first year (especially in plant material, Fig. 11.1), after the third year retention efficiencies were fairly low (range: 20 to 35 percent). In addition, after 3 years, more $^{15}N$ was retained in the $C_4$ and mixed $C_3$-$C_4$ communities primarily in the fine particulate organic matter fraction of the soil (Epstein et al. 2001). Another study added 25 kg N ha$^{-1}$ yr$^{-1}$ to five sites across the Great Plains (Table 11.1), and found after 3 years that 46 to 84 percent of the added N was retained primarily in the fine particulate organic matter of the top 20 cm of the soil, with increasing retention in soils with higher soil organic C and finer texture (Barret and Burke 2002). The lower retention efficiencies found in Epstein et al. (2001) compared with Barrett and Burke (2002; as well as others) was explained by higher losses to grazing in Epstein et al. (2001), though it is unknown whether higher herbivory led to a redistribution of $^{15}N$ or actual losses (i.e., increased volatilization, denitrification). Numerous tracer studies from forests corroborate the evidence that added N often resides in the soil organic or mineral layer rather than in plant tissue (Aber et al. 1998, Currie et al. 2004, Nadelhoffer et al. 2004).

Studies using higher rates of N addition than those already discussed generally confirm the above dynamics and further elucidate responses following N addition. Nitrogen addition (40 kg ha$^{-1}$ yr$^{-1}$) to monocultures of prairie grassland species in Minnesota increased net N mineralization (46 percent), and respiration rates of the labile (21 percent) and recalcitrant (10 percent) soil C, and significantly decreased soil labile C (31 percent) and microbial N (20 percent) (Dijkstra et al. 2006, Reich et al. 2001). The same experiment demonstrated that although N addition also increased gross N mineralization rates (West et al. 2006) and plant tissue quantity and quality (discussed in next section), there was not an observed increase in the rate of decomposition (Knops et al. 2007). Meta-analyses have found few general relationships between N addition and decomposition, though decomposition is often inhibited in low quality tissue (high lignin:N) and when N addition rates are low compared with ambient N deposition (Knorr et al. 2005). Detailed decomposition studies using higher rates of N addition (100 kg ha$^{-1}$ yr$^{-1}$) have found that fine-scale soil-substrate interactions, for example from possible shifts in microbial community composition and activity, likely determine whether N addition will generally

**Table 11.1—Site characteristics and percentage of N retained 3 years after adding $^{15}$N (25 kg N ha$^{-1}$ yr$^{-1}$) to five prairie communities across the Great Plains. The bulk of the retention was in fine-textured soil with greater organic C content, with less N retention in plant biomass (average of 25 percent in plants across sites) (Barret and Burke 2002, reprinted with permission).**

| Site | State | System | MAP (cm)[a] | MAT (°C)[b] | Total N retention (%) |
|---|---|---|---|---|---|
| Comanche National Grassland | Colorado | shortgrass | 41 | 11.9 | 84 |
| Thunder Basin National Grasslands | Wyoming | mixed-grass | 32 | 7.9 | 76 |
| Pawnee National Grasslands | Colorado | shortgrass | 37 | 9.1 | 64 |
| Fort Keogh Livestock and Range Research Laboratory | Montana | mixed-grass | 35 | 7.1 | 61 |
| Muleshoe National Wildlife Refuge | Texas | shortgrass | 45 | 14.3 | 46 |

[a]MAP – mean annual precipitation
[b]MAT – mean annual temperature

increase or decrease decomposition (Hobbie 2005, 2008; Keeler et al. 2009). In tallgrass prairie where N addition (100 kg ha$^{-1}$ yr$^{-1}$) was studied in combination with fire and simulated grazing (mowing), N availability was unaffected by burning, was elevated with burning plus N addition, and was not decreased with additional mowing (Collins et al. 1998).

Mycorrhizal responses to N deposition in the Great Plains ecoregion have been documented in gradient studies and fertilization experiments. Using grassland soil data from an N gradient in the Chicago area, Egerton-Warburton[13] reported a decline in both mycorrhizal colonization and spore density as total extractable N increased. There was a steep decline in arbuscular mycorrhizal fungal activity between 5-10 µg g$^{-1}$ extractable soil inorganic N. While N deposition values were not available for all of these sites, National Atmospheric Deposition Program (NADP) values of 9.7 kg ha$^{-1}$ yr$^{-1}$ were reported from the site with highest arbuscular mycorrhizal fungal activity, and 12.4 kg ha$^{-1}$ yr$^{-1}$ from a site with reduced activity. Other studies using higher rates of N inputs (≥40 kg N ha$^{-1}$ yr$^{-1}$) generally confirm the effects of N on microbial populations,

reporting shifts in microbial communities from fungal to bacterial dominance (Bradley et al. 2006, Chung et al. 2007), increased activity for several key soil enzymes (phosphatase, β-glucosidase, and peroxidase) (Chung et al. 2007), and decreased symbiotic microbial populations (Johnson 1993, Johnson et al. 2003). These effects appear to be especially pronounced when soils are more P-rich (Egerton-Warburton et al. 2007, Johnson et al. 2003).

### 11.3.2 Plant Community Responses in the Great Plains

Nitrogen addition for 4 years at 16.3 kg ha$^{-1}$ yr$^{-1}$ to a mixed-grass prairie in Oklahoma (background total deposition of 11 kg N ha$^{-1}$ yr$^{-1}$) increased total plant biomass and led to a fivefold increase in tall fescue (*Festuca arundinacea*) cover, although total cover was relatively unaffected (Clark et al. 2003, Jorgensen et al. 2005). Tall fescue cover was weakly, and often not significantly, correlated with cover of other plant functional groups (negatively with native C$_4$ grasses and positively with non-leguminous forbs). Species richness decreased with increased tall fescue cover in the second and third years of the study (this effect was not seen in year 1, and was not examined in later years), and was unrelated to litter biomass.

[13]Egerton-Warburton, L.M. Unpublished data. Chicago Botanic Garden, 1000 Lake Cook Road, Glencoe, IL, 60022

BLM_0062031



Figure 11.2—Shown are the species numbers (relative to controls) for plots receiving N at three difference rates averaged over three Minnesota fields from 1982-2004. Dashed lines correspond to annual standard errors in control plots and arrows indicate the year of first significant (P < 0.01) detection of species loss for that treatment rate (Clark and Tilman 2008).

Wedin and Tilman (1996) examined the impacts of 12 years of N addition at a range of rates (0 to 270 kg N ha⁻¹ yr⁻¹, background wet deposition of 6 kg N ha⁻¹ yr⁻¹) to two Minnesota old fields dominated by a diverse mixture of prairie grasses and forbs near the ecotone of prairie and mixed woodland. Even low rates of N addition (10 and 20 kg N ha⁻¹ yr⁻¹) decreased the percent abundance of $C_4$ grasses (dominated by the native bunchgrass little bluestem) by nearly 20 percent, and increased the abundance of $C_3$ grasses (primarily the invasive rhizomatous grasses Kentucky bluegrass [*Poa pratensis*] and quackgrass [*Agropyron repens*]) (Wedin and Tilman 1996). Knops and Reinhard (2000) found that the specific leaf area for all three of these grasses tended to increase with N across the N addition gradient. However, quackgrass specific leaf area increased the most at the lowest N addition rate (10 kg N ha⁻¹ yr⁻¹ plus 6 kg N ha⁻¹ yr⁻¹ background wet deposition) and demonstrated the largest proportional increase on average (86 percent for quackgrass as opposed to 40 percent and 28 percent for little bluestem and Kentucky bluegrass respectively) (Knops and Reinhart 2000). This pattern suggests plasticity as a key factor influencing compositional changes. Compositional shifts toward more productive N-rich species decreased root and litter C:N ratios, increased litter mass, decreased light penetration, and decreased species richness (Tilman 1993, Wedin and Tilman 1996). Though these changes

were not readily apparent after the first few years (Clark and Tilman 2008, Tilman 1987), the losses of species and shifts in community structure increased through time, especially at lower N input levels, with a 17 percent reduction in species number at the 10 kg N ha⁻¹ yr⁻¹ rate after 22 years (Fig. 11.2, Clark and Tilman 2008). Tilman (1993) suggested that the loss of species was driven primarily by increased litter mass, reducing light and germination rates—a hypothesis supported by the weaker response found in the annually burned field at the same research site (Tilman 1993) and from other related studies (Foster and Gross 1998). Other research suggests light limitation from competing neighbors drives the reduction in species (Hautier et al. 2009).

Studies using high rates of N addition generally confirm the dynamics discussed above. Nitrogen addition (> 50 kg ha⁻¹ yr⁻¹) to a newly restored tallgrass prairie (Baer et al. 2003) increased productivity and decreased species richness, purportedly through the same mechanism of reduced light and increased aboveground biomass and litter. Nitrogen addition at 40 kg ha⁻¹ yr⁻¹ to assembled prairie communities in Minnesota led to similar responses as in natural communities (increased biomass, increased plant N concentration, increased aboveground:belowground biomass ratios), and also led to decreased lignin:N ratios, increased root cellulose concentration, and short-term increases in

BLM_0062032

photosynthesis (Dijkstra et al. 2006, Knops et al. 2007, Lee et al. 2001, Reich et al. 2001). Lee et al. (2001) reported that the small increases in rates of net photosynthesis for 13 prairie species in the first year of treatment did not generally continue, even though leaf N content remained elevated. Nitrogen addition for 8 years at 50 kg ha$^{-1}$ yr$^{-1}$ to a restored tallgrass prairie community increased annual net primary productivity, root N, and root tissue quality, but root C:N ratios remained high enough to prevent net mineralization of N (Baer and Blair 2008). Similar to the long-term studies in Minnesota (Clark et al. 2009), there was little evidence that N enrichment increased root biomass, soil C or N accrual rates, or storage of C in total, microbial, or mineralizable pools within this time frame (Baer and Blair 2008).

Higher rates of N addition (100 kg ha-1 yr-1) have been studied extensively in many sites, with qualitatively similar results. One notable study is from the tallgrass prairie, that added high rates of N addition in combination with burning and mowing. They found that N addition greatly reduces species richness in combination with burning (especially of the diverse C$_3$ forb group), a decline that is mitigated with additional mowing (Collins et al. 1998).

### 11.3.3 Other trophic responses in the Great Plains

Nitrogen addition for 2 years (16.3 kg ha$^{-1}$ yr$^{-1}$, background total deposition of 11 kg N ha$^{-1}$ yr$^{-1}$) to a mixed-grass prairie in Oklahoma had variable effects on mammalian herbivores (Clark et al. 2003, Clark et al. 2005, Jorgensen et al. 2005). Nitrogen addition increased the abundance of one species of harvest mouse (*Reithrodontomys montanus*) primarily during the winter, had no effect on a second species of harvest mouse (*Reithrodontomys fulvescens*), and increased the abundance of cotton rats (*Sigmodon hispidus*) only in combination with reduced predation (i.e., fencing) (Clark et al. 2003, Jorgensen et al. 2005).

Haddad et al. (2000) examined the impacts on insect communities from fertilizer addition at a range of rates to a Minnesota old-field (0 to 270 kg N ha$^{-1}$ yr$^{-1}$; background wet deposition 6 kg N ha$^{-1}$ yr$^{-1}$). Nitrogen addition at low rates (≤20 kg ha$^{-1}$ yr$^{-1}$) for 14 years

decreased insect species diversity and increased insect numbers and biovolume. This resulted from a decrease in the diversity of food sources and oviposition sites as plant species richness declined and two species (quackgrass and Kentucky bluegrass) came to dominate. Changes in the number of insect individuals at low N addition rates (≤20 kg ha$^{-1}$ yr$^{-1}$) also varied by functional type, with decreases in parasitoids and increases in herbivores (esp. dominant herbivores) (Haddad et al. 2000). Another study used a detailed biogeochemical process model to examine the effect of N deposition (1 to 5 kg N ha$^{-1}$ yr$^{-1}$) and insect herbivory on ecosystem level C and N dynamics (Throop et al. 2004). Researchers found that although total C storage was less sensitive to herbivory than to N deposition, herbivory reduced production and soil organic C more as N deposition increased, influencing whether ecosystem C sequestration saturated at lower or higher N deposition rates (Fig. 11.3) (Throop et al. 2004). Short-term and long-term trophic responses to N deposition are likely to differ, and they remain understudied (Throop and Lerdau 2004). Over the short term, N addition increases plant quantity and quality without large changes in composition, which should increase insect populations. But over longer periods, compositional changes can increase or decrease herbivore activity, depending on whether there is a shift toward or away from a community dominated by herbivore-preferred species (Throop and Lerdau 2004).

Studies using higher rates of N addition than those discussed above generally confirm the aforementioned dynamics, with some notable exceptions. In particular, Lau et al. (2008) found no effect of N addition (40 kg ha$^{-1}$ yr$^{-1}$) on herbivory of a common N-fixing prairie legume (roundhead lespedeza [*Lespedeza capitata*]). This suggests that higher trophic responses to N deposition are likely to depend on specific plant-herbivore interactions. Nonetheless, a review of studies on the effect of high rates of N addition on insect herbivory found a generally stimulatory effect through increased foliar N and decreased secondary compounds (Throop and Lerdau 2004). Macroinvertebrates in the tallgrass prairie of Kansas yielded complex treatment responses between N addition (100 kg ha$^{-1}$ yr$^{-1}$) and other treatments (burning, mowing, and P addition).

BLM_0062033



Figure 11.3—Influences of N deposition and the four herbivore functions on C dynamics. The four functions describe whether the intensity of herbivory is independent of the rate of N deposition (constant), increases linearly with N deposition (positive), decreases linearly with N deposition (negative), increases multiplicatively with N deposition (population), or whether herbivory is absent (no herbivory). Values are from the final year of a simulation run that included a 2500-year climate stabilization, 30 years of N deposition, and 30 years of herbivory and N deposition. (a) Total annual biomass production (sum of above-and belowground production) in terms of C accumulation in g m$^{-2}$ yr$^{-1}$; (b) Total pools of soil organic C (Throop et al. 2004, reprinted with permission of John Wiley and Sons).

Generally, exotic earthworms and herbivorous beetle larvae tended to increase with fertilization, while cicadas were relatively unresponsive (Callaham et al. 2002, 2003). Nitrogen addition (80 kg ha$^{-1}$ yr$^{-1}$) to a tallgrass prairie in Texas led to a decrease in arthropod richness as a result of an increase in nonpreferred woody species (Hartley et al. 2007). One of the few long-term studies to date of small mammal responses found a long-term decrease in the population of voles after 9 years of high-N treatment (336 kg ha$^{-1}$ yr$^{-1}$) to an Ohio old-field (Hall et al. 1991). The decrease in the vole population was attributed to a shift in the plant population from edible species (70 percent edible species such as Canada goldenrod [*Solidago canadensis*] and clover [*Trifolium* spp.] in control plots) to inedible species (63 to 99 percent inedible species such as annual ragweed [*Ambrosia artemisiifolia*] and great ragweed [*Ambrosia trifida*] in fertilized plots).

## 11.4 Critical Loads Estimates

We estimate the critical loads for shifts in ecosystem structure and function at 10 to 25 kg N ha$^{-1}$ yr$^{-1}$ for mixed- and shortgrass prairie and 5 to 15 kg N ha$^{-1}$ yr$^{-1}$ for tallgrass prairie. These overall estimates are based on observed shifts in several key biogeochemical, plant, and trophic indicators following N inputs just above these levels (Table 11.2, 11.3). Total N input at 27.3 kg ha$^{-1}$ yr$^{-1}$ (16.3 kg N ha$^{-1}$ yr$^{-1}$ treated and 11.0 kg N ha$^{-1}$ yr$^{-1}$ of ambient N deposition) to a mixed-grass prairie site increased plant community biomass, increased NO$_3^-$ leaching, and had variable effects on higher trophic levels, suggesting that the N critical load must be below this level. Thus, we set the critical load at 10 to 25 kg N ha$^{-1}$ yr$^{-1}$. It is difficult to assign a lower value to this range, as we do not have a treatment level for which there was no negative effect, nor do we know whether ambient N deposition has caused alterations in the ecosystem from a prior unimpacted condition. We regard this estimate as fairly reliable rather than reliable because of this uncertainty and because it is based on the only known empirical study examining the response of mixed-grass prairie to such low levels of N. We use the same estimate for the shortgrass prairie (10 to 25 kg N ha$^{-1}$ yr$^{-1}$) because we expect these ecosystems to respond similarly and we have no other empirical studies to consult. This reduces the reliability for the shortgrass prairie critical loads to expert judgment. The critical load for shortgrass prairie may be slightly higher or co-dependent on water availability, as this system is less sensitive to high rates of N addition (100 kg ha$^{-1}$ yr$^{-1}$) than the tallgrass prairie (Clark et al. 2007), and likely has a greater tendency for water limitation or co-limitation of water and N (Hooper and Johnson 1999, Lauenroth et al. 1978). However, we urge caution due to the lack of studies and suggest using the 10 to 25 kg

BLM_0062034