Table 11.2—Responses to low rates of N addition (N-add; ≤25 kg N ha[-1] yr[-1]) for the Great Plains ecoregion. Rates of N deposition (N-dep) are shown for comparison.

| Ecosystem component | Site | N input kg N ha[-1] yr[-1] N-add/N-dep | Indicator | Measured Response | Study |
|---|---|---|---|---|---|
| Ecotone (tallgrass prairie and oak woodland) | Cedar Creek Ecosystem Science Reserve LTER, MN | 10-20/6[a] | Biogeochemical and microbial | Elevated net N mineralization rates after 22 years, not after 12 years | Clark et al. 2009, Wedin and Tilman 1996 |
| Ecotone (tallgrass prairie and oak woodland) | Cedar Creek Ecosystem Science Reserve LTER, MN | 10-20/6[a] | Plant community | Increased biomass, $C_3$ (cool season grass) abundance, litter mass, decreased $C_4$ (warm season grass) biomass, light penetration, tissue C:N, and species richness | Clark and Tilman 2008, Wedin and Tilman 1996, Tilman 1993, Tilman 1987 |
| Ecotone (tallgrass prairie and oak woodland) | Cedar Creek Ecosystem Science Reserve LTER, MN | 10-20/6[a] | Higher trophic levels | Decreased insect diversity, and number of parasitoids, increase in total numbers of insects and number of herbivorous insects | Haddad et al. 2000 |
| Shortgrass prairie (3) | Short-grass steppe LTER, CO | 10/3[a] | Biogeochemical | Retention of [15]N in organic soil layers more than in plants after 3 years | Epstein et al. 2001 |
| Arbuscular mycorrhizal fungi | Chicago, IL area N gradient | 12[a] | microbial | Decline in both mycorrhizal colonization and spore density | Egerton-Warburton[c] |
| Mixed-grass prairie | Center for Ecological Assessment Research, OK | 16.3/11[b] | Biogeochemical and microbial | Increased soil $NO_3^-$ and leaching, inconclusive effects on decomposition, no effect on denitrification | Jorgensen et. al. 2005 |
| Mixed-grass prairie | Center for Ecological Assessment Research, OK | 16.3/11[b] | Plant community | Increased plant biomass and tall fescue cover, decreased richness, weaker effects on cover of other species | Jorgensen et. al. 2005 |
| Mixed-grass prairie | Center for Ecological Assessment Research, OK | 16.3/11[b] | Higher trophic levels | Increases of harvest mouse (*Reithrodontomys montanus*) in winter, no effects on other mammals | Jorgensen et. al. 2005 |
| Mixed-grass (2) and shortgrass (3) prairies | Various (Table 11.1) | 25/1-4[a] | Biogeochemical | Retention of [15]N in organic soil layers more than in plants | Barret and Burke 2002 |

[a]Locally measured wet deposition
[b]Total (wet+dry) N deposition
[c]See footnote 13 on page 121

**Table 11.3—Critical loads for nutrient N for the Great Plains ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Ecosystem component | Critical load for N deposition $kg\ N\ ha^{-1}\ yr^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Tallgrass prairie | 5-15 | # | Biogeochemical N cycling, plant and insect community shifts | Need more low-N studies without other nutrients | Clark et al. 2009, Clark and Tilman 2008, Tilman 1993, Tilman 1987, Wedin and Tilman 1996 |
| Mixed-grass prairie | 10-25 | # | Soil $NO_3$ pools, leaching, plant community shifts | More studies needed | Clark et al. 2003, 2005; Jorgenson et al. 2005 |
| Shortgrass prairie | 10-25 | (#) | | Inferred from mixed grass | Barret and Burke 2002, Epstein et al. 2001 |
| Mycorrhizal fungi | 12 | (#) | Decline in arbuscular mycorrhizal fungal activity | | Egerton-Warburton[a] |

[a]See footnote 13 on page 121

N $ha^{-1}$ $yr^{-1}$ level as the critical load. Total N input at 16 kg N $ha^{-1}$ $yr^{-1}$ (10 kg N $ha^{-1}$ $yr^{-1}$ treated and 6 kg N $ha^{-1}$ $yr^{-1}$ ambient N deposition) to a northeastern tallgrass prairie site led to reductions in plant richness, shifts in biogeochemical cycling, and changes in the insect community, suggesting that the N critical load must be below this level. Researchers at this site estimated the critical threshold to these old fields at 5.3 kg N $ha^{-1}$ $yr^{-1}$. However, due to the extremely low N status of this site, resulting from its geomorphology and past use for agriculture, we think this estimate is likely low for the tallgrass prairie as a whole. Thus, we estimate the critical load for tallgrass prairie at 5 to 15 kg N $ha^{-1}$ $yr^{-1}$. We regard this estimate as fairly reliable rather than reliable because the only available study also added non-N resources, and because the site is nutrient poor compared to other tallgrass prairie sites (Grigal et al. 1974).

Based on research by Egerton-Warburton[13] and NADP wet deposition, we suggest a provisional N critical load of 12 kg $ha^{-1}$ $yr^{-1}$ for mycorrhizal effects in this ecoregion. However, the lack of sites with lower N deposition in the gradient studied may give us an unrealistically high value for the critical load, as communities in the low deposition sites may have already been altered. Clearly, additional factors such as soil type, fire history, and agricultural and other land-use history will have a large influence on the N status of the

Great Plains grassland ecosystem types, and thus on the responsiveness of mycorrhizal fungi to N deposition.

## 11.5 Comparison to Critical Loads for Other Regions

The European ecosystems most comparable to the U.S. Great Plains are the EUNIS (European Nature Information System) coded habitats E1.2 (perennial calcareous grassland and basic steppes) and E1.7 (non-Mediterranean dry acid and neutral grassland) (European Environmental Agency 2010). Bobbink et al. (2003) estimated a moderately reliable critical load for perennial calcareous grassland and basic steppes at 15 to 25 kg N $ha^{-1}$ $yr^{-1}$, and a reliable critical load for non-Mediterranean dry acid and neutral grassland at 10 to 20 kg N $ha^{-1}$ $yr^{-1}$ (Bobbink et al. 2003). Other ecosystems comparable to the U.S. Great Plains (especially short- and mixed-grass prairie) include the Eurasian steppe that stretches from Asia into Eastern Europe. Nitrogen addition at 17.5 kg N $ha^{-1}$ $yr^{-1}$ to a representative site in rural China led to increases in plant biomass and reductions in species richness (critical load less than 20 kg N $ha^{-1}$ $yr^{-1}$) (Bai et al. 2010). Our estimates for the Great Plains are similar to those from China and slightly lower than those from Europe, as we have long-term field experiments in these lower ranges, and it is likely that responses in Europe may be somewhat attenuated due to higher historical levels of N deposition (Galloway et al. 2004). Indeed, several observational studies across

BLM_0062036

current N deposition gradients (Stevens et al. 2004) and at different time periods (Bennie et al. 2006, Smart et al. 2005) suggest that current and historical N deposition may lower species richness across European systems, though more research is sorely needed.

## 11.6 Future Research Directions and Gaps in Data

Currently, native communities of the Great Plains are highly fragmented as a result of extensive agricultural activity across this large region and are threatened by several global-change factors in addition to N deposition, including continued land-use change, alterations of historic fire and grazing regimes, and regional climate change. Although fire and grazing are expected to alter ecosystem sensitivity to N deposition, no studies to date have examined these critical interactions at rates comparable to deposition levels. The few high N addition studies suggest that ecosystems may be maximally sensitive if fire regimes alone are restored, suggesting effective conservation likely requires the re-establishment of multiple regulating factors (Collins et al. 1998, Suding et al. 2004). Elevated carbon dioxide ($CO_2$) under future global change has been hypothesized to both favor and disfavor the currently subordinate $C_3$ grasses in this ecoregion, depending on the dominant ecological response. On one hand, $C_3$ grasses may be favored if the fertilization effect of $CO_2$ predominates and water does not become limiting, resulting in dramatic reductions of ecosystem C-sequestration (Knapp et al. 1998). However, several other lines of research suggest that elevated $CO_2$ may actually favor the continued dominance of the $C_4$ grasses of this system through their elevated water use efficiency during dry years (Ham et al. 1995; Knapp et al.1993, 1996), an effect that is likely dependent on future climate patterns (Knapp et al. 1998). Each of these dynamics requires further investigation, but is beyond the scope of this report. Nevertheless, there are several future research directions that will improve our ability to predict the impacts of N deposition. Most importantly, we stress the need for more empirical studies in more geographic locations examining the long term (≥10 years) impacts from low rates of N input (<20 kg N ha$^{-1}$ yr$^{-1}$) comparable to N deposition over this

region. This should be pursued both in isolation and in combination with the multiple factors that regulate ecosystem structure and function across the Great Plains. This experimental work, however, is not enough, and should be coordinated with dynamic ecosystem-vegetation models to direct limited resources towards areas of greater sensitivity. The wide range of ecosystem responses to high rates of N addition observed (Clark et al. 2007) demonstrate that not all ecosystems are equally N sensitive. Prior research suggests that fine-scale as well as regional-scale factors likely moderate ecosystem responses (Gough et al. 2000). Nonetheless, there are several specific areas that would benefit from additional study as they relate to N deposition:

- Shifts in phenology: A few studies in other systems have examined changes in the timing of ecological interactions with added N which can greatly influence ecosystem functioning (Cleland et al. 2006).

- Decomposition: The impact of N addition on decomposition is still unresolved and largely unstudied at low input rates (Hobbie 2008, Keeler 2010, Knorr et al. 2005).

- Shifts in belowground communities and processes: Although fungal:bacterial population ratios often decrease with N addition (e.g., Bradley et al. 2006), no studies to date have addressed these dynamics at low rates.

- Modulating responses to N deposition: Historical and altered regimes of fire and herbivory are likely to modulate ecosystem sensitivity to N deposition. In addition, grasslands are known to often be co-limited by other resources in addition to N (primarily water), though it is unknown whether critical thresholds for N deposition will decrease or increase under changing climatic regimes (Bobbink et al. 1998).

- Higher-order responses to N deposition: Most of the research to date has focused on plant and soil responses to N deposition. However, higher order responses, such as N-induced shifts in herbivory, pathogens, and drought stress, as well as modulating influences from fire,

BLM_0062037

herbivory, and climatic variability, are likely to greatly modify the total ecosystem response to N deposition (Bobbink et al. 1998, Knapp et al. 1998, Throop and Lerdau 2004).

- Predictive modeling: As briefly mentioned above, more effort directed to predictive modeling of ecosystem sensitivity to N addition needs to be pursued across ecosystem types and indicators (Heil and Bobbink 1993).

## LITERATURE CITED

Aber, J.; McDowell, W.; Nadelhoffer, K.; Magill, A.; Berntson, G.; Kamakea, M.; McNulty, S.; Currie, W.; Rustad, L.; Fernandez, I. 1998. **Nitrogen saturation in temperate forest ecosystems - Hypotheses revisited.** BioScience. 48: 921-934.

Baer, S.G.; Blair, J.M. 2008. **Grassland establishment under varying resource availability: A test of positive and negative feedback.** Ecology. 89: 1859-1871.

Baer, S.G.; Blair, J.M.; Collins, S.L.; Knapp, A.K. 2003. **Soil resources regulate productivity and diversity in newly established tallgrass prairie.** Ecology. 84: 724-735.

Bai, Y.F.; Wu, J.G.; Clark, C.M.; Naeem, S.; Pan, Q.M.; Huang, J.H.; Zhang, L.X.; Han, X.G. 2010. **Tradeoffs and thresholds in the effects of nitrogen addition on biodiversity and ecosystem functioning: evidence from inner Mongolia Grasslands.** Global Change Biology. 16: 358-372.

Bailey, R.G. 1998. **Ecoregions: The ecosystem geography of the oceans and continents.** New York, NY: Springer-Verlag. 176 p.

Barret, J.E.; Burke, I.C. 2002. **Nitrogen retention in semiarid ecosystems across a soil organic-matter gradient.** Ecological Applications. 12: 878-890.

Bennie, J.; Hill, M.O.; Baxter, R.; Huntley, B. 2006. **Influence of slope and aspect on long-term vegetation change in British chalk grasslands.** Journal of Ecology. 94: 355-368.

Bobbink, R.; Ashmore, M.; Braun, S.; Flückinger, W.; van den Wyngaert, I.J.J. 2003. **Empirical nitrogen critical loads for natural and semi-natural ecosystems: 2002 update.** In: Achermann, B.; Bobbink, R., eds. Empirical critical loads for nitrogen. Environmental Documentation No. 164. Berne, Switzerland: Swiss Agency for the Environment, Forests, and Landscape: 43-170.

Bobbink, R.; Hornung, M.; Roelofs, J.G.M. 1998. **The effects of air-borne nitrogen pollutants on species diversity in natural and semi-natural European vegetation.** Journal of Ecology. 86: 717-738.

Bradley, K.; Drijber, R. A.; Knops, J. 2006. **Increased N availability in grassland soils modifies their microbial communities and decreases the abundance of arbuscular mycorrhizal fungi.** Soil Biology & Biochemistry. 38: 1583-1595.

Briggs, J.M.; Knapp, A.K. 1995. **Interannual variability in primary production in tallgrass prairie: Climate, soil moisture, topographic position, and fire as determinants of aboveground biomass.** American Journal of Botany. 82: 1024-1030.

Briggs, J.M.; Knapp, A.K.; Blair, J.M.; Heisler, J.L.; Hoch, G.A.; Lett, M.S.; McCarron, J.K. 2005. **An ecosystem in transition. Causes and consequences of the conversion of mesic grassland to shrubland.** BioScience. 55: 243-254.

Callaham, M.A.; Blair, J.M.; Todd, T.C.; Kitchen, D.J.; Whiles, M.R. 2003. **Macroinvertebrates in North American tallgrass prairie soils: effects of fire, mowing, and fertilization on density and biomass.** Soil Biology & Biochemistry. 35: 1079-1093.

Callaham, M. A.; Whiles, M.R.; Blair, J.M. 2002. **Annual fire, mowing and fertilization effects on**

BLM_0062038

two cicada species (Homoptera : Cicadidae) in tallgrass prairie. American Midland Naturalist. 148: 90-101.

CEC (Commision for Environmental Cooperation). 1997. **Ecological regions of North America: Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/files/pdf/ BIODIVERSITY/eco-eng_EN.pdf (Accessed May 24, 2010).

Chung, H.G.; Zak, D.R.; Reich, P.B.; Ellsworth, D.S. 2007. **Plant species richness, elevated $CO_2$, and atmospheric nitrogen deposition alter soil microbial community composition and function.** Global Change Biology. 13: 980-989.

Clark, C.M.; Cleland, E.E.; Collins, S.L.; Fargione, J.E.; Gough, L.; Gross, K.L.; Pennings, S.C.; Suding, K.N.; Grace, J.B. 2007. **Environmental and plant community determinants of species loss following nitrogen enrichment.** Ecology Letters. 10: 596-607.

Clark, C.M.; Hobbie, S.; Venterea, R.; Tilman, D. 2009. **Long-lasting effects on N cycling 12 years after treatments cease despite minimal N retention.** Global Change Biology. 15: 1755-1766.

Clark, C. M.; Tilman, D. 2008. **Loss of plant species after chronic low-level nitrogen deposition to prairie grasslands.** Nature. 451: 712-715.

Clark, J.E.; Hellgren, E.C.; Jorgensen, E.E.; Leslie, D.M. 2005. **Population dynamics of harvest mice (Reithrodontomys fulvescens and R. montanus) across a nitrogen-amended old field.** American Midland Naturalist. 154: 240-252.

Clark, J.E.; Hellgren, E.C.; Jorgensen, E.E.; Tunnell, S.J.; Engle, D.M.; Leslie, D.M. 2003. **Population dynamics of hispid cotton rats (Sigmodon hispidus) across a nitrogen-amended landscape.** Canadian Journal of Zoology-Revue Canadienne De Zoologie 81: 994-1003.

Cleland, E.E.; Chiariello, N.R.; Loarie, S.R.; Mooney, H.A.; Field, C.B. 2006. **Diverse responses of phenology to global changes in a grassland ecosystem.** Proceedings of the National Academy of Sciences. 103: 13740-13744.

Collins, S.L.; Knapp, A.K.; Briggs, J.M.; Blair, J.M.; Steinauer, E.M. 1998. **Modulation of diversity by grazing and mowing in native tallgrass prairie.** Science. 280: 745-747.

Currie, W.S.; Nadelhoffer, K.J.; Aber, J.D. 2004. **Redistributions of N-15 highlight turnover and replenishment of mineral soil organic N as a long-term control on forest C balance.** Forest Ecology and Management. 196: 109-127.

Dijkstra, F.A.; Hobbie, S.E.; Reich, P.B. 2006. **Soil processes affected by sixteen grassland species grown under different environmental conditions.** Soil Science Society of America Journal. 70: 770-777.

Egerton-Warburton, L.M.; Johnson, N.C.; Allen, E.B. 2007. **Mycorrhizal community dynamics following nitrogen fertilization: A cross-site test in five grasslands.** Ecological Monographs. 77: 527-544.

Epstein, H.E.; Burke, I.C.; Mosier, A.R. 2001. **Plant effects on nitrogen retention in shortgrass steppe 2 years after $^{15}$N addition.** Oecologia. 128: 422-430.

European Environmental Agency. 2010. **EUNIS - Welcome to EUNIS biodiversity database.** Copenhagen, Denmark: European Environmental Agency. Available at http://eunis.eea.europa.eu/. (Accessed August 20, 2010).

Foster, B.L.; Gross, K.L. 1998. **Species richness in a successional grassland: Effects of nitrogen enrichment and plant litter.** Ecology. 79: 2593-2602.

Galloway, J.N.; Aber, J.D.; Erisman, J.W.; Seitzinger, S.P.; Howarth, R.W.; Cowling, E.B.; Cosby, B.J. 2003. **The nitrogen cascade.** BioScience. 53: 341-356.

BLM_0062039

Galloway, J.N.; Dentener, F.J.; Capone, D.G.; Boyer, E.W.; Howarth, R.W.; Seitzinger, S.P.; Asner, G.P.; Cleveland, C.C.; Green, P.A.; Holland, E.A.; Karl, D.M. ; Michaels, A.F.; Porter, J.H.; Townsend, A.R.; Vorosmarty, C.J. 2004. **Nitrogen cycles: past, present, and future.** Biogeochemistry. 70: 153-226.

Gilliam, F.S. 1987. **The chemistry of wet deposition for a tallgrass prairie ecosystem - inputs and interactions with plant canopies.** Biogeochemistry. 4: 203-217.

Gough, L.; Osenberg, C.W.; Gross, K.L.; Collins, S.L. 2000. **Fertilization effects on species density and primary productivity in herbaceous plant communities.** Oikos. 89: 428-439.

Grigal, D.F.; Chamberlain, L.M.; Finney, H.R.; Wroblewski, D.W.; Gross, E.R. 1974. **Soils of the Cedar Creek Natural History Area.** Misc. Rep. 123. St. Paul, MN: University of Minnesota Agriculture Experiment Station. 47 p.

Haddad, N.M.; Haarstad, J.; Tilman, D. 2000. **The effects of long-term nitrogen loading on grassland insect communities.** Oecologia. 124: 73-84.

Hall, A.T.; Woods, P.E.; Barrett, G.W. 1991. **Population-dynamics of the meadow vole (*Microtus-Pennsylvanicus*) in nutrient-enriched old-field communities.** Journal of Mammalogy. 72: 332-342.

Ham, J.M.; Owensby, C.E.; Coyne, P.I.; Bremer, D.J. 1995. **Fluxes of $CO_2$ and water-vapor from a prairie ecosystem exposed to ambient and elevated atmospheric $CO_2$.** Agricultural and Forest Meteorology. 77: 73-93.

Hartley, M.K.; Rogers, W.E.; Siemann, E.; Grace, J. 2007. **Responses of prairie arthropod communities to fire and fertilizer: Balancing plant and arthropod conservation.** American Midland Naturalist. 157: 92-105.

Hautier, Y.R.; Niklaus, P.A.; Hector, A. 2009. **Competition for Light Causes Plant Biodiversity Loss After Eutrophication.** Science. 324: 636-638.

Heil, G.W.; Bobbink, R. 1993. **Calluna, a simulation-model for evaluation of impacts of atmospheric nitrogen deposition on dry heathlands.** Ecological Modelling. 68: 161-182.

Hobbie, S.E. 2005. **Contrasting effects of substrate and fertilizer nitrogen on the early stages of litter decomposition.** Ecosystems. 8: 644-656.

Hobbie, S.E. 2008. **Nitrogen effects on decomposition: a five-year experiment in eight temperate sites.** Ecology. 89: 2633-2644.

Hooper, D.U.; Johnson, L. 1999. **Nitrogen limitation in dryland ecosystems: Response to geographical and temporal variation in precipitation.** Biogeochemistry. 46: 247-293.

Johnson, N.C. 1993. **Can fertilization of soil select less mutualistic mycorrhizae?** Ecological Applications. 3: 749-757.

Johnson, N.C.; Rowland, D.L.; Corkidi, L.; Egerton-Warburton, L.M.; Allen, E.B. 2003. **Nitrogen enrichment alters mycorrhizal allocation at five mesic to semiarid grasslands.** Ecology. 84: 1895-1908.

Jorgensen, E.E.; Holub, S.M.; Mayer, P.M.; Gonsoulin, M.E.; Silva, R.G.; West, A.E.; Tunnell, S.J.; Clark, J.E.; Parsons, J.L.; Engle, D.M.; Hellgren, E.C.; Spears, J.D.H.; Bulter, C.E.; Leslie, D.M. Jr. 2005. **Ecosystem stress from chronic exposure to low levels of nitrate.** EPA/600/R-05/087. Washington, DC: U.S. Environmental Protection Agency, National Risk Management Research Laboratory. 35 p.

Keeler, B.L.; Hobbie, S.E.; Kellogg, L.E. 2009. **Effects of long-term nitrogen addition on microbial enzyme activity in eight forested and grassland**

BLM_0062040

sites: Implications for litter and soil organic matter decomposition. Ecosystems. 12: 1-15.

Knapp, A.K.; Blair, J.M.; Briggs. J.M.; Collins, S.L.; Hartnett, D.C.; Johnson, L.C. ; Towne, E.G. 1999. **The keystone role of bison in north American tallgrass prairie - Bison increase habitat heterogeneity and alter a broad array of plant, community, and ecosystem processes.** BioScience. 49: 39-50.

Knapp, A.K.; Briggs, J.M.; Hartnett, D.C.; Collins, S.L.; eds. 1998. **Grassland dynamics: Long-term ecological research in tallgrass prairie.** New York, NY: Oxford University Press. 386 p.

Knapp, A.K.; Hamerlynck, E.P.; Ham, J.M.; Owensby, C.E. 1996. **Responses in stomatal conductance to elevated $CO_2$ in 12 grassland species that differ in growth form.** Vegetatio. 125: 31-41.

Knapp, A.K.; Hamerlynck, E.P.; Owensby, C.E. 1993. **Photosynthetic and water relations responses to elevated $CO_2$ in the $C_4$ grass *Andropogon-Gerardii*.** International Journal of Plant Sciences. 154: 459-466.

Knapp, A.K.; Smith, M.D. 2001. **Variation among biomes in temporal dynamics of aboveground primary production.** Science. 291: 481-484.

Knops, J.M.H.; Naeemw, S.; Reich, P.B. 2007. **The impact of elevated $CO_2$, increased nitrogen availability and biodiversity on plant tissue quality and decomposition.** Global Change Biology. 13: 1960-1971.

Knops, J.M.H.; Reinhart, K. 2000. **Specific leaf area along a nitrogen fertilization gradient.** American Midland Naturalist. 144: 265-272.

Knorr, M.; Frey, S.D.; Curtis, P.S. 2005. **Nitrogen additions and litter decomposition: A meta-analysis.** Ecology. 86: 3252-3257.

Lau, J.A.,; Strengbom, J.; Stone, L.R.; Reich, P.B.; Tiffin, P. 2008. **Direct and indirect effects of $CO_2$,**

nitrogen, and community diversity on plant-enemy interactions. Ecology. 89: 226-236.

Lauenroth, W.K.; Dodd, J.L.; Simms, P.L. 1978. **The effects of water- and nitrogen-induced stresses on plant community structure in a semiarid grassland.** Oecologia. 36: 211-222.

Leach, M.K.; Givnish, T.J. 1996. **Ecological determinants of species loss in remnant prairies.** Science. 273: 1555-1558.

Lee, T.D.; Tjoelker, M.G.; Ellsworth, D.S.; Reich, P.B. 2001. **Leaf gas exchange responses of 13 prairie grassland species to elevated $CO_2$ and increased nitrogen supply.** New Phytologist. 150: 405-418.

NADP (National Atmospheric Deposition Program). 2009. **NADP maps and data.** Available at http://nadp.sws.uiuc.edu/data/ (Accessed May 5, 2010).

NRCS (Natural Resources Conservation Service). 2011. **The PLANTS database.** Baton Rouge, LA: U.S. Department of Agriculture, Natural Resources Conservation Service, National Plant Data Center. Available at http://plants.usda.gov. (Accessed April 12, 2010).

Nadelhoffer, K.J.; Colman, B.P.; Currie, W.S.; Magill, A.; Aber, J.D. 2004. **Decadal-scale fates of N-15 tracers added to oak and pine stands under ambient and elevated N inputs at the Harvard Forest (USA).** Forest Ecology And Management. 196: 89-107.

Reich, P.B.; Tilman, D.; Craine, J.; Ellsworth, D.; Tjoelker, M.G.; Knops, J.; Wedin, D.; Naeem, S.; Bahauddin, D.; Goth, J.; Bengtson, W.; Lee, T.D. 2001. **Do species and functional groups differ in acquisition and use of C, N and water under varying atmospheric $CO_2$ and N availability regimes? A field test with 16 grassland species.** New Phytologist. 150: 435-448.

Risser, P.G.; Birney, C.E.; Blocker, H.D.; May, S.W.; Parton, W.J.; Wiens, J.A. 1981. **The true prairie**

BLM_0062041

**ecosystem.** Stroudsberg, PA: Hutchinson Ross Publishing. 557 p.

Samson, F.; Knopf, F. 1994. **Prairie conservation in North America.** BioScience. 44: 418-421.

Seastedt, T.R.; Knapp, A.K. 1993. **Consequences of nonequilibrium resource availability across multiple time scales: The transient maxima hypothesis.** American Naturalist. 141: 621-633.

Smart, S.M.; Bunce, R.G.H.; Marrs, R.; LeDuc, M.; Firbank, L.G.; Maskell, L.C.; Scott, W.A.; Thompson, K.; Walker, K.J. 2005. **Large-scale changes in the abundance of common higher plant species across Britain between 1978, 1990 and 1998 as a consequence of human activity: Tests of hypothesised changes in trait representation.** Biological Conservation. 124: 355-371.

Stevens, C.J.; Dise, N.B.; Mountford, J.O.; Gowing, D.J. 2004. **Impact of nitrogen deposition on the species richness of grasslands.** Science. 303: 1876-1879.

Suding, K.N.; Gross, K.L.; Houseman, G.R. 2004. **Alternative states and positive feedbacks in restoration ecology.** Trends in Ecology & Evolution. 19: 46-53.

Throop, H.L.; Holland, E.A.; Parton, W.J.; Ojima, D.S.; Keough, C.A. 2004. **Effects of nitrogen deposition and insect herbivory on patterns of ecosystem-level carbon and nitrogen dynamics: results from the CENTURY model.** Global Change Biology. 10: 1092-1105.

Throop, H.L.; Lerdau, M.T. 2004. **Effects of nitrogen deposition on insect herbivory: Implications for community and ecosystem processes.** Ecosystems. 7: 109-133.

Tilman, D. 1984. **Plant dominance along an experimental nutrient gradient.** Ecology. 65: 1445-1453.

Tilman, D. 1987. **Secondary succession and the pattern of plant dominance along experimental nitrogen gradients.** Ecological Monographs. 57: 189-214.

Tilman, D. 1993. **Species richness of experimental productivity gradients: How important is colonization limitation.** Ecology. 74: 2179-2191.

Vitousek, P.M.; Howarth, R.W. 1991. **Nitrogen limitation on land and in the sea - How can it occur?** Biogeochemistry. 13: 87-115.

Wedin, D.A.; Tilman, D. 1996. **Influence of nitrogen loading and species composition on the carbon balance of grasslands.** Science. 274: 1720-1723.

Wells, P.V. 1965. **Scarp woodlands transported grassland soils and concept of grassland climate in great plains region.** Science. 148 : 246-9.

West, J.B.; Hobbie, S.E.; Reich, P.B. 2006. **Effects of plant species diversity, atmospheric [CO2], and N addition on gross rates of inorganic N release from soil organic matter.** Global Change Biology. 12: 1400-1408.

BLM_0062042

# 12 NORTH AMERICAN DESERTS

E.B. Allen, L.H. Geiser

## 12.1 Ecoregion Description

North American deserts and semi-deserts extend from British Columbia to Mexico (CEC 1997). The ecoregion description is adapted from CEC (1997). They are characterized by aridity (130 to 380 mm annual precipitation); shrub and succulent vegetation with trees in riparian areas and higher elevation woodlands; and dry, low organic matter soils that are high in calcium carbonate ($CaCO_3$) in some regions. The ecoregion can be subdivided into cold northern deserts and semi-deserts (Columbia Plateau, Snake River Basin, Great Basin, greater Colorado Plateau) and warm southern deserts (Mojave, Sonoran, Chihuahuan) (see Table 12.1).

The cold deserts and semi-deserts are arid to semi-arid with marked seasonal temperature extremes, a winter moisture regime and some snow. They lie in the rain shadow of the Cascade and Sierra Mountains to the west, and are blocked from moist Gulf Coast air masses by the Rocky Mountains to the east. The Columbia/ Snake River Plateaus are loess- and volcanic ash-covered plains; their expansive grassland and sagebrush steppes have been largely converted to agriculture. The Great Basin contains hundreds of north-south mountain ranges separated by broad valleys, whereas the Colorado and Arizona/New Mexico plateaus consist of canyons, cliffs, buttes, and mesas of sedimentary rock. Sagebrush (*Artemisia* spp.) dominates these deserts, with saltbush (*Atriplex* spp.) and greasewood (*Sarcobatus* spp.) on more alkaline soils.

The warm deserts have higher temperatures and greater evaporation rates. The Mojave is the driest and hottest of the North American deserts; its recorded high temperature, in Death Valley, California, is 57 °C. Characteristic plants are the creosote bush (*Larrea tridentata*) and Joshua tree (*Yucca brevifolia*). The Sonoran Desert of Arizona and California is subtropical and receives most of its precipitation in the summer monsoon season; gentler rains may occur in the winter months. Its structurally diverse vegetation includes the paloverde tree (*Parkinsonia* spp.), saguaro cactus (*Cereus gigantea*), cholla (*Cylindropuntia* spp.), and agave (*Agave* spp.). The Chihuahuan Desert extends into southern New Mexico from Mexico. Rain occurs primarily in the summer, and supports smaller scrub vegetation characterized by American tarwort (tarbush; *Flourensia cernua*), creosote bush (*Larrea tridentata*),

**Table 12.1—Location of North American Deserts of the United States.**

| Level 2 Ecoregion[a] | Desert | Location | Level 3 Ecoregion[a] |
|---|---|---|---|
| Cold deserts | Columbia Plateau | Eastern Washington | Columbia Plateau |
| | Snake River Plain | Southern Idaho | Snake River Plain |
| | Great Basin | Southern Oregon, extreme southern Idaho, north and central Nevada, western Utah | Northern Basin and Range, Central Basin and Range |
| | Greater Colorado Plateau | Western Wyoming, western Colorado, eastern Utah, northern Arizona, northern New Mexico | Wyoming Basin, Colorado Plateau, Arizona/New Mexico Plateau |
| Warm deserts | Mojave | Southeastern California, southern Nevada, northeastern Arizona | Mojave Basin and Range |
| | Sonoran | Southwestern Arizona, extreme southern California | Sonoran Basin and Range |
| | Chihuahuan | Southern New Mexico | Chihuahuan Desert |

[a]CEC 1997

BLM_0062043

soaptree yucca (*Yucca elata*), grama grasses (*Bouteloua* spp.), and tobosagrass (*Pleuraphis mutica*). Piñon-juniper woodlands occur at the higher elevations above both cold and warm deserts.

Small mammals, birds, and reptiles are the most abundant wildlife of the ecoregion. Livestock grazing is widespread and, together with irrigated agriculture and population growth, has had significant ecological and hydrological effects. Major urban areas with higher nitrogen (N) deposition, which affects the adjacent and downwind deserts, are Phoenix, Salt Lake City, Las Vegas, Tucson, Albuquerque, Spokane, and Los Angeles (Fenn et al. 2003).

## 12.2 Ecosystem Responses to N Deposition

Responses to N deposition in deserts include alterations of species composition, often increases in biomass of exotic species, and decreases in native species. In this ecoregion of altitudinal, latitudinal, and landform diversity, vegetation types vary, but low growing shrubs and grasses predominate. Recently, invasive exotic species have been increasing in desert ecosystems (Allen et al. 2009, Brooks 2003). This may be due to increased N deposition, as exotic grasses may respond to higher soil N levels differently than native species (Allen et al. 2009). Such changes can have serious management implications. For example, in the agriculturally intensive Snake River Plain and in the Great Basin, extensive cheatgrass (*Bromus tectorum*) invasions contribute to increased fire frequency, that in turn favors even greater cover of cheatgrass. Loss of native plants adapted to longer fire intervals and the poorer nutritional quality of cheatgrass in turn reduces the carrying capacity of lands (Whisenant 1990). Fire frequency has similarly increased in the Mojave Desert in areas undergoing exotic grass invasions (Brooks et al. 2004, Brooks and Matchett 2006). Experimental N fertilization resulted in a depletion of soil moisture in sagebrush steppe, which could potentially affect future plant production (Inouye 2006).

Biotic soil crusts (consisting of bacteria, green algae, microfungi, and crustose lichens) and mycorrhizal fungi constitute important parts of desert ecosystems.

Responses to increased N deposition include reductions in photosynthesis and nitrogen fixation rates; reductions in photosynthetic pigments and ultraviolet (UV) protective pigments such as scytonemin; increases in electrolyte leakage, increases in microbial N and denitrification; shifts in community composition favoring eutrophs; and increases in microbial activity in nonvegetated soils.

## 12.3 Range of Responses Observed

Several studies have used N fertilizer in the desert to measure a biomass response and then compared this response to N inputs along N deposition gradients (Allen et al. 2009, Baez et al. 2007). Responses to N inputs are summarized in Table 12.2. A response to a certain level of N fertilization is assumed to be similar to the response along the gradient, assuming that factors besides N inputs are equal. The difficulty with this approach is that gradients may have multiple factors that change among sites in addition to N inputs, making interpretation of results difficult. The combination of N fertilization plus gradient approaches provide the most reliable information currently available. The most useful N fertilization studies for setting critical loads are those in the range of threshold responses, as reported below. For instance, N fertilizer of 72 kg ha$^{-1}$ yr$^{-1}$ at the Jornada Long-Term Ecological Research (LTER) site in New Mexico showed growth increases by native winter annual forbs and decreases by summer annual forbs (Gutierrez and Whitford 1987), but this value is well above the response threshold determined from studies reviewed below. Similarly, 60 kg N ha$^{-1}$ yr$^{-1}$ increased mineralization rates at the Central Arizona Project (CAP-LTER; Hall et al. 2009). Alternatively, input of 40 kg N ha$^{-1}$ yr$^{-1}$ over 3 years did not increase creosote bush biomass at the Mojave Global Change Facility near Las Vegas (Barker et al. 2006) and the authors concluded that annual variability in precipitation was the most important variable for creosote bush productivity.

### 12.3.1 Plant Community Responses

Baez et al. (2007) used an increase in the biomass of the dominant native blue grama grass (*Bouteloua gracilis*) as an indicator of elevated N in desert grassland at the

BLM_0062044

**Table 12.2—Responses to N input for North American Deserts ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Site | Response threshold $kg\ N\ ha^{-1}\ yr^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Riparian habitat, Hells Canyon NRA, Columbia Plateau | 3 | (#) | High cover of eutrophic lichens, enhanced N concentrations in lichen thalli | Uncertainty regarding modeled N estimate | Geiser et al. 2008, Porter et al 2007 |
| Piñon-juniper and creosote scrub, Joshua Tree National Park, Sonoran and Mojave Desert | 8.4 | # | Increased biomass of invasive grasses | N fertilization of 5 kg ha-1 y-1 plus background N deposition of 3 kg ha-1 y-1 in wet year | Allen et al. 2009 |
| Creosote scrub, Joshua Tree National Park, Sonoran Desert | 3-8 | # | Production of fine fuel of Mediterranean splitgrass sufficient for fire | DayCent model | Rao et al. 2010 |
| Piñon-juniper Joshua Tree National Park, Mojave Desert | 3-6 | # | Production of fine fuel of red brome sufficient for fire | DayCent model | Rao et al. 2010 |
| Desert grassland Sevilleta LTER | 2.5-22 | # | Increase in blue grama biomass | Response observed at 20 kg N ha-1 fertilization; ambient is 2.45 kg N ha-1 y-1 | Baez et al. 2007 |
| Sagebrush steppe | 7.4 | # | Depletion of soil moisture | No increase in aboveground production | Inouye 2006 |
| Desert grassland, Colorado Plateau | 22 | Not reliable: fertilization level too high | Increase in tiller density of the dominant cool season grass species Indian ricegrass | No increase in warm season galleta grass. Fertilizer addition of 20 kg N ha-1 y-1; ambient deposition 2 kg N ha-1 y-1 | Schwinning et al. 2005 |
| | 42 | Not reliable: fertilization level too high | Increase in biomass of the invasive species Russian thistle | Short term—2 yrs fertilization | |
| Desert scrub, Mohave Desert | 32 | Not reliable: fertilization level too high | Increase in exotic invasive grasses and a decline in native forbs | Creosote bush dominated ecosystem | Brooks et al. 2003 |

Sevilleta LTER site in New Mexico. Plots fertilized with 20 kg N ha$^{-1}$ for one season had increased biomass of blue grama compared to controls. Bulk N deposition increased from 1.7 to 2.4 kg ha$^{-1}$ yr$^{-1}$ in the control plots between 1989 to 2004, adding an additional total of 5.9 kg N ha$^{-1}$ to the control plots from increased N deposition during these 16 years. However, there was no change in biomass of blue grama over this period, suggesting that 5.9 kg N ha$^{-1}$ over 16 years was below the threshold for increased biomass in this species. Thus, Baez et al. (2007) concluded that the threshold for elevated biomass of blue grama lies somewhere between 2.45 and 20 kg N ha$^{-1}$ yr$^{-1}$; including ambient deposition raises the upper response threshold to approximately 22 kg N ha$^{-1}$ yr$^{-1}$.

Zhu et al. (2006) calculated 72.3 kg ha$^{-1}$ N content in urban Phoenix soils compared to exurban desert soils that had 9.4 kg N ha$^{-1}$, accompanied by elevated carbon (C) in urban soils. This increase in soil N and C was hypothesized to have occurred during the last several decades of rapid urban expansion. A more recent study also showed elevated N and C in remnant native vegetation fragments within the urban Phoenix CAP-LTER site that promoted changes in N cycling, such as increased denitrification potential and higher microbial N (Hall et al. 2009). Nitrogen deposition in the Phoenix area was measured using wet and dry bucket collectors. The highest measured values were less than 6 kg N ha$^{-1}$ yr$^{-1}$, which the investigators describe as an underestimate because the dry bucket technique is not accurate (Lohse et al. 2008). The Community Multiscale Air Quality (CMAQ) model, which includes both wet and dry deposition, showed a maximum deposition of 26 kg N ha$^{-1}$ yr$^{-1}$ for the Phoenix area (Fenn et al. 2003). Impacts of N deposition on vegetation were not reported in these studies in the Phoenix area, although the PALS (Patch Arid Land Simulator) model showed nearly a doubling in total plant production with simulated N addition between 2 and 26 kg ha$^{-1}$ yr$^{-1}$ (Shen et al. 2008). The model shows that even a small increase in N can increase biomass, but it is not clear how this can be used to determine a response threshold. However, measurements comparing urban to rural areas show no significant change in plant biomass due to elevated N, likely because of multivariate gradients that include elevated ozone (O$_3$), temperature, and other factors.[14] Additional research on responses to fertilizer N are under way at the CAP-LTER site.

Schwinning et al. (2005) used fertilizer levels of 0, 10, 20, and 40 kg N ha$^{-1}$ for 2 years in a desert grassland on the Colorado Plateau and measured an increase in tiller (grass shoot) density of the dominant cool season grass species, Indian ricegrass (*Oryzopsis hymenoides*), at 20 kg N ha$^{-1}$ yr$^{-1}$. This increase was not observed in the warm season grass species, galleta grass (*Hilaria jamesii*). The most noticeable change in this study was an increase in biomass of the invasive species Russian thistle (*Salsola iberica*) at the highest N level. The authors concluded that elevated N deposition will promote an invasion of Russian thistle and a shift in dominance to cool season grasses. However, current N deposition at this site may be as low as 2 kg ha$^{-1}$ yr$^{-1}$. Because the study was carried out for only 2 years, the levels of N inputs may be higher than threshold response levels for long-term N deposition.

Working in creosote bush desert scrub, Brooks (2003) fertilized at a rate of 32 kg N ha$^{-1}$ yr$^{-1}$ for 2 years and found an increase in exotic invasive grasses and a decline in native forbs. Allen et al. (2009) studied the impacts of elevated N by fertilization along an N deposition gradient in Joshua Tree National Park in creosote bush scrub and piñon-juniper woodland. The N deposition rates along the gradient ranged from 3.4 to 12.4 kg N ha$^{-1}$ yr$^{-1}$ as measured by bulk deposition samplers and also as modeled (Tonnesen et al. 2007). Fertilization rates were 5 and 30 kg N ha$^{-1}$ between 2003 and 2005. There were no vegetation biomass responses in 2003, a dry year. In 2004, a year with moderate precipitation, two of the four sites had increased invasive grass biomass at the treatment of 30 kg N ha$^{-1}$ but not with 5 kg N ha$^{-1}$. The strongest response to N occurred in the wettest year, 2005, when invasive grass biomass increased under both 5 and 30 kg N ha$^{-1}$ fertilizer in the lowest and highest N deposition sites. Conversely, native

---

[14] Hall, S.J. Unpublished data comparing plant response to N deposition in urban and rural areas. On file with: Department of Ecology, Evolution, and Environmental Science, School of Life Sciences, Arizona State University, Tempe, AZ 85287-4701

BLM_0062046

forbs decreased in production at these sites following fertilization. However, another site with low N deposition and sparse invasive grass cover had a positive response by native forbs to N fertilization, suggesting that native forbs can respond to N in the absence of grasses (Allen et al. 2009).

To determine the N input level that results in vegetation change, the biogeochemical model daily Century (DayCent; Rao et al. 2010) was used to model invasive grass and forb productivity under varying levels of N deposition, soil texture, and precipitation between 2003 and 2008 (Rao et al. 2009, 2010). Fires have become more frequent in the Mojave and Sonoran Deserts, and there may be a relationship between fire and increased grass biomass under enhanced N deposition (Allen et al. 2009, Brooks 2003, Brooks and Matchett 2006). Fire risk, which was calculated as the probability of producing enough fine fuels to carry a fire (1 T ha$^{-1}$ fine fuel), increased exponentially when deposition was above 3.0 kg N ha$^{-1}$yr$^{-1}$; fire risk leveled at 5.7 kg N ha$^{-1}$ yr$^{-1}$ in piñon-juniper woodland, and at 8.2 kg N ha$^{-1}$ yr$^{-1}$ in creosote bush scrub (Rao et al. 2010).

Elevated N may also increase soil water use by plants, as reported by Inouye (2006) for big sagebrush (*Artemisia tridentata*) fertilized at 6 and 12 kg N ha$^{-1}$ yr$^{-1}$ for six years in Great Basin semi-desert in southern Idaho. Soil moisture was depleted to 140 cm and was not recharged except in the wettest years. No aboveground increase in productivity was measured, so the moisture depletion may have been due to increased root productivity. The site receives 1.4 kg N ha$^{-1}$ yr$^{-1}$ wet deposition as measured at a nearby NADP (National Atmospheric Deposition Program) station, but dry deposition is not known. Since there was no significant difference between the two fertilizer levels, the lower level of 6 kg N ha$^{-1}$ yr$^{-1}$ (plus the background 1.4 kg N ha$^{-1}$ yr$^{-1}$ wet deposition) can be considered the response threshold for moisture depletion by sagebrush. Schwinning et al. (2005) observed an earlier onset of drought stress and increased water use with 20 kg N ha$^{-1}$ yr$^{-1}$ of fertilizer plus the estimated background deposition of 2 kg N ha$^{-1}$ yr$^{-1}$, confirming the observations that elevated N can promote increased water use in desert vegetation.

### 12.3.2 Arbuscular Mycorrhizal Fungi

Mycorrhizal fungi are important for plant nutrient acquisition, drought stress tolerance, and the hydraulic lifting of water, which are critical in arid lands (Allen 2007). Their diversity, abundance, and functioning are altered by N deposition. A Phoenix-area study showed shifts in mycorrhizal species composition in urban and exurban sites that were dominated by different plant species, but did not relate these species shifts to N deposition (Bills and Stutz 2009). Data from the Sevilleta LTER site, which is located at the junction of cold desert, warm desert, and shortgrass steppe, suggest that long-term N fertilization at 100 kg ha$^{-1}$ yr$^{-1}$ can lead to changes in the community structure and function of arbuscular mycorrhizal fungi associated with grasses from semi-arid environments (Corkidi et al. 2002, Egerton-Warburton et al. 2007). However, this level of N fertilization is well beyond the critical load, greatly exceeds current deposition amounts (wet plus dry), and exceeds the threshold for changes in mycorrhizal functioning observed in Mediterranean California ecosystems. Results of mycorrhizal response to N deposition in the Great Plains and Mediterranean ecoregions (Chapters 11 and 13) also have relevance for the more mesic end of the cold and warm desert ecosystem types.

### 12.3.3 Lichens, Biotic Soil Crusts, and Soil Microbes

Lichens make a significant contribution to biological diversity in North American deserts and semi-deserts; a recent compendium documented 1971 species from the greater Sonoran Desert alone (Nash et al. 2002, 2004, 2008). However, the long periods of metabolic inactivity due to insufficient hydration, dominance of communities by crustose forms with minimal surface exposure, minimal dry deposition inputs from canopy drip, and lower growth rates, can make it difficult to detect community-level shifts. Even after a decade of exposure, Marsh and Nash (1979) found no evidence of community effects on lichens in the vicinity of the large Four Corners Power Plant in the Colorado Plateau. Nevertheless, physiological measurements indicate that wetted desert lichens can be as sensitive to air pollution as lichens from other climates. Lichens in the vicinity of a coal-fired power plant in Page, Arizona, a major point

BLM_0062047

source of sulfur dioxide($SO_2$), nitrogen oxides ($NO_x$), and metals, exhibited increased electrolyte leakage, chlorophyll degradation, and reduced N fixation (Belnap 1991).

Enhanced concentrations of N in thalli of the saxicolous lichen, *Xanthoparmelia cumberlandia*, and high cover of eutrophic lichens on netleaf hackberry (*Celtis laeviagata* var. *reticulata*), a small tree of riparian areas, were observed throughout Hells Canyon National Recreation Area (Geiser et al. 2008). Interagency Modeling of Protected Visual Elements (IMPROVE) data show that Hells Canyon is a regional hot spot for ammonium ($NH_4^+$) and nitrate ($NO_3^-$) deposition from the Snake River valley and possibly as far away as California. Other pollutants—$SO_2$, $NO_x$, $O_3$, hydrogen sulfide ($H_2S$), and fine particulate ammonium sulfate (($NH_4$)$_2SO_4$)—were low and comparable to other remote areas. Mean annual deposition of total N from CMAQ in this area between 1990 and 1999 was 2.6 to 3.0 kg N ha$^{-1}$ yr$^{-1}$ (Porter 2007), with some uncertainty surrounding the reliability of the deposition estimate. Significantly higher thallus N concentrations and eutroph cover occurred within 0.2 km of the Snake River. Ammonia ($NH_3$) emissions were especially high at these sites in spring and summer (5 to19 ppb biweekly averages), presumably volatilizing from the fertilizer-laden Snake River. Average annual $NH_3$ concentrations at five year-long monitoring sites along the Snake River ranged from 1.4 to 4.7 ppb. In a review of European studies, Cape et al. (2009) suggested a long-term mean annual critical level for ammonia of 1 μg m$^{-3}$ (1.4 ppb), based on lichen and bryophyte responses; local data support that estimate.

Biotic soil crusts are well developed in cold deserts and, in pristine areas, can account for as much surface cover as vascular plants (Davidson et al. 2002). Consisting of cyanobacteria-dominated mats of intricately enmeshed bacteria, green algae, microfungi, and crustose lichens, they play vital ecological roles by improving topsoil stabilization, soil fertility, surface water holding capacity, and seedling survival (Harper and Belnap 2001). Biotic soil crusts are responsive to N deposition, but because component species are physically inextricable from each other, measurements reflect the response of the combined biota, along with climate, soil chemistry, and other environmental variables. Some examples:

1) An aqueous solution of 0.5 g N L$^{-1}$ was added to biotic crusts from Canyon Lands National Park in the Colorado Plateau (Belnap et al. 2008). Reductions in quantum yield, b-carotene, nitrogenase activity, scytonemin pigments, and UV protective xanthophyll pigments due to N alone were observed in early- and mid- but not late-successional crusts. Higher temperatures, more UV, and more frequent precipitation had adverse effects on all crust types. In these cases, N positively moderated some adverse effects of UV, but only in the late successional crusts.

2) In a gradient study in the Sonoran Desert near Phoenix (McCracken et al. 2008), microbes of wetted soils between plants responded (increased carbon dioxide ($CO_2$) flux) readily to N deposition, whereas microbes of wetted soils under plants did not. The authors postulated that anthropogenic N could essentially decouple microbes from reliance on shrubs for nutrients, resulting in increased activity in open spaces between plants. In other words, whereas native desert microbial activity is primarily confined to zones influenced by plant root exudates, if adequate water and anthropogenic N are available, microbial activity can occur in soils outside these zones. Major shifts in microbial metabolism, community composition, and biomass in extensive bare soil surface areas are implied effects.

## 12.4 Critical Loads Estimates

Fertilization studies in the Sevilleta grasslands of the Chihuahuan Desert (Baez et al. 2007) indicate a critical load greater than 2.45 and less than 22 kg N ha$^{-1}$ yr$^{-1}$, based on alteration in species composition and biomass observed at 22 kg N ha$^{-1}$ yr$^{-1}$ after 1 year and no changes under ambient deposition (2.45 kg N ha$^{-1}$ yr$^{-1}$). Fertilization studies by Schwinning et al. (2005) and Brooks (2003) were not used to set the

BLM_0062048

**Table 12.3—Empirical critical loads of nutrient N for North American Desert ecoregion.**
**Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Ecosystem component | Critical load for N deposition kg N ha$^{-1}$ yr$^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Lichens | 3 | (#) | Lichen community shifts, increase in thallus N concentration | Uncertainty regarding modeled N estimate | Geiser et al. 2008, Porter 2007 |
| Shrubland, woodland, and desert grassland | 3-8.4 | # | Vegetation response, community change. Increased biomass of invasive grasses; decrease of native forbs | | Allen et al. 2009, Inouye 2006, Rao et al. 2010 |

critical load, as the high levels of N inputs over both short-term experiments could not accurately determine the critical load for long-term N deposition. At Joshua Tree National Park in the Mojave Desert, Allen et al. (2009) found that vegetation response was determined by a combination of factors, including soil properties and precipitation. These experimental studies indicated that a critical load for invasive grass biomass response may be as low as 8.4 kg N ha$^{-1}$ yr$^{-1}$ (3.4 kg N ha$^{-1}$ yr$^{-1}$ deposited, plus 5 kg N ha$^{-1}$ yr$^{-1}$ fertilized), as measured in the cleanest site (Allen et al. 2009). Their results suggest a critical load of 8.4 kg N ha$^{-1}$ yr$^{-1}$ in wet years to prevent an increase of invasive grasses in the desert ecosystem (Allen et al. 2009). The results from the biogeochemical DayCent model compared well with the experimental fertilization studies, and suggested a critical load of 3.1 to 8.2 kg N ha$^{-1}$ yr$^{-1}$ for lower elevation desert dominated by the invasive common Mediterranean grass (*Schismus barbatus*), and a critical load of 3.0 to 5.7 kg N ha$^{-1}$ yr$^{-1}$ in higher elevations with red brome (*Bromus rubens*) as the invasive grass (Rao et al. 2010). The model shows that at levels higher than 5.7 to 8.1 kg N ha$^{-1}$yr$^{-1}$ the fire risk is controlled by precipitation, i.e., these values exceed the critical load for N. The critical load was determined by the amount of N modeled to produce 1 T ha$^{-1}$ of fine fuel to carry a fire, as these are regions subject to increasing grass-fire cycle impacts (Brooks and Matchett 2006). The critical load for vegetation response to N deposition is set at 3.0 to 8.4 kg N ha$^{-1}$, based on the research by Allen et al. (2009) and Rao et al. (2010), and supported by evidence (Table 12.3) of soil moisture depletion in that range (Inouye 2006). This critical load is considered

fairly reliable; the empirical study (Allen et al. 2009) is supported by a biogeochemical model (Rao et al. 2010). Further research in various desert study locations would increase the reliability of this critical load for the North American Deserts ecoregion. No critical load specific to arbuscular mycorrhizal fungi can be estimated currently. A tentative estimate of 3.0 kg N ha$^{-1}$ yr$^{-1}$ based on data from Geiser et al. (2008) and Porter (2007) is suggested for lichen thallus N concentration and lichen community shifts in the Columbia Plateau. This value is considered expert judgment, as there was uncertainty associated with the deposition estimate.

## 12.5 Comparison to Critical Loads for Other Regions

No critical loads have been calculated for Europe, as desert regions do not occur in Europe. We are not aware of critical loads estimated for other continents with desert systems. The European critical level for lichen and bryophyte response to NH$_3$ (1.0 μg m$^{-3}$ or 1.4 ppb; Cape et al. 2009) appears to be consistent with increases in cover of eutrophic lichens and elevated N in lichen thalli observed in the Hells Canyon National Recreation Area in the Columbia Plateau, where annual average NH$_3$ was 1.4 to 4.7 ppb (Geiser et al. 2008).

## 12.6 Future Research Directions and Gaps in Data

More research is needed to determine the range of critical loads in the North American Deserts ecoregion. Finer resolution fertilization studies could more closely pinpoint critical loads, as could research along

BLM_0062049

N deposition gradients. In addition, current research does not encompass the full range of diversity in North American desert ecosystems or flora. Only the far western section of the Sonoran Desert ecosystem downwind of Los Angeles has been studied. This is a region that contains great biological diversity and which is also subject to high rates of increased N deposition around the urban area of Phoenix. In addition, future research should examine the effects of N deposition on ecosystem components with longer generation times, including tree and cactus species. Long-term observations are under way in some of the fertilizer studies cited (Allen et al 2009).

### 12.6.1 Lichens and biotic crusts

Establishing critical loads is challenging for epiphytic lichens, biotic crusts, and other cryptogamic communities of the North American Deserts compared to other ecoregions, due to slow growth rates, the complex ecology of biotic crusts, and interactions of N deposition with changing climate and soil chemistry. Further research is needed to link accurately measured or modeled estimates of deposition with physiological data for indicator species, threshold N concentrations, or with lichen community responses. Studies that measure physiological responses to fertilization may hold the most promise.

## LITERATURE CITED

Allen, E.B.; Rao, L.E.; Steers, R.J.; Bytnerowicz, A.; Fenn, M.E. 2009. **Impacts of atmospheric nitrogen deposition on vegetation and soils in Joshua Tree National Park.** In: Webb, R.H.; Fenstermaker, L.F.; Heaton, J.S.; Hughson, D.L.; McDonald, E.V.; Miller, D.M., eds. The Mojave Desert: Ecosystem processes and sustainability. Las Vegas: University of Nevada Press: 78-100.

Allen, M.F. 2007. **Mycorrhizal fungi: highways for water and nutrients in arid soils.** Vadose Zone. 6: 291-297.

Baez, S.; Fargione, J.; Moore, D.I.; Collins, S.L.; Gosz, J.R. 2007. **Atmospheric nitrogen deposition in the northern Chihuahuan desert: Temporal trends and potential consequences.** Journal of Arid Environments. 68: 640-651.

Barker, D.H.; Vanierm C.; Naumburg, E.; Charlet, T. N.; Nielsen, K.M.; Newingham, B. A.; Smith, S.D. 2006. **Enhanced monsoon precipitation and nitrogen deposition affect leaf traits and photosynthesis differently in spring and summer in the desert shrub *Larrea tridentata*.** New Phytologist. 169: 799-808.

Belnap, J. 1991. **Sensitivity of desert cryptogams to air pollutants: soil crusts and rock lichens.** In: Mangis, D.; Baron, J.; Stolte, K., eds. Acid rain and air pollution in desert park areas. Tech. Rep. NPS/NRAQD/NRTR-91/02. Washington, DC: U.S. Department of the Interior, National Park Service: 112-119.

Belnap, J.; Phillips, S.L.; Flint, S.; Money, J.; Caldwell, M. 2008. **Global change and biological soil crusts: effects of ultraviolet augmentation under altered precipitation regimes and nitrogen additions.** Global Change Biology. 14: 670-686.

Bills, R.J.; Stutz, J.C., 2009. **AMF Associated with indigenous and non-indigenous plants at urban and desert sites in Arizona.** In: AzconAguilar, C.; Barea, J.M.; GianinazziPearson, V.; Gianinazzi, S., eds. Mycorrhizas - Functional processes and ecological impact. Berlin, Germany: Springer-Verlag: 207-220.

Brooks, M.L. 2003. **Effects of increased soil nitrogen on the dominance of alien annual plants in the Mojave Desert.** Journal of Applied Ecology. 40: 344-353.

Brooks, M.L.; D'Antonio, C.M.; Richardson, D.M.; Grace, J.B.; Keeley, J.E.; DiTomaso, J.M.; Hobbs, R.J.; Pellant, M.; Pyke, D. 2004. **Effects of invasive alien plants on fire regimes.** BioScience. 54: 677-688.

Brooks, M.L.; Matchett, J.R. 2006. **Spatial and temporal patterns of wildfires in the Mojave**

BLM_0062050

**Desert, 1980-2004.** Journal of Arid Environments. 67: 148-164.

Cape, J.N.; van der Eerden, L.J.; Sheppard, L.G.; Leith, I.D.; Sutton, M.A. 2009. **Evidence for changing the critical level for ammonia.** Environmental Pollution. 157: 1033-1037.

CEC (Commission for Environmental Cooperation). 1997. **Ecological regions of North America. Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/files/pdf/BIODIVERSITY/eco-eng_EN.pdf (Accessed May 24, 2010).

Corkidi, L.; Rowland, D.L.; Johnson, N.C.; Allen, E.B. 2002. **Nitrogen fertilization alters the functioning of arbuscular mycorrhizas at two semiarid grasslands.** Plant and Soil. 240: 299-310.

Davidson, D.W.; Bowker, M.; George, D.; Phillips, S.L.; Belnap, J. 2002. **Treatment effects on performance of N-fixing lichens in disturbed soil crusts of the Colorado Plateau.** Ecological Applications. 12(5): 1391-1405.

Egerton-Warburton, L.M.; Johnson, N.C.; Allen, E.B. 2007. **Mycorrhizal community dynamics following nitrogen fertilization: a cross-site test in five grasslands.** Ecological Monographs. 77: 527-544.

Fenn, M.E.; Haeuber, R.; Tonnesen, G.S.; Baron, J.S.; Grossman-Clarke, S.; Hope, D.; Jaffe, D.A.; Copeland, S.; Geiser, L.; Rueth, H.M.; Sickman, J.O. 2003. **Nitrogen emissions, deposition, and monitoring in the western United States.** BioScience. 53: 391-403.

Geiser, L.H.; Ingersoll, A.R.; Bytnerowicz, A.; Copeland, S.A. 2008. **Evidence of enhanced atmospheric ammonicacal nitrogen in Hells Canyon NRA: Impications for natural and cultural resources.** Air and Waste Management Association. 58: 1223-1234.

Gutierrez, J.R.; Whitford, W.G. 1987. **Chihuahuan Desert annuals - importance of water and nitrogen.** Ecology. 68: 2032-2045.

Hall, S.J.; Ahmed, B.; Ortiz, P.; Davies, R.; Sponseller, R.A.; Grimm, N.B. 2009. **Urbanization alters soil microbial functioning in the Sonoran Desert.** Ecosystems. 12: 654-671.

Harper, K.T.; Belnap, J. 2001. **The influence of biological soil crusts on mineral uptake by associated vascular plants.** Journal of Arid Environments. 47: 347-357.

Inouye, R.S. 2006. **Effects of shrub removal and nitrogen addition on soil moisture in sagebrush steppe.** Journal of Arid Environments. 65: 604-618.

Lohse, K.A.; Hope, D.; Sponseller, R.; Allen, J.O.; Grimm, N.B. 2008. **Atmospheric deposition of carbon and nutrients across an and metropolitan area.** Science of the Total Environment. 402: 95-105.

Marsh, J.E.; Nash, T.H. III. 1979. **Lichens in relation to the Four Corners Power Plant in New Mexico.** The Bryologist. 82: 20-28.

McCrackin, M.L.; Harms, T.K.; Grimm, N.B.; Hall, S.J.; Kaye, J.P. 2008. **Responses of soil microorganisms to resource availability in urban, desert soils.** Biogeochemistry. 87: 143-155.

Nash, T.H. III; Gries, C.; Bungartz, F., eds. 2008. **Lichen flora of the greater Sonoran Desert. Volume 3.** Tempe, AZ: Arizona State University. Lichens Unlimited. 567 p.

Nash, T.H. III; Ryan, B.D.; Diederich, P.; Gries, C.; Bungartz, F., eds. 2004. **Lichen flora of the greater Sonoran Desert. Volume 2.** Tempe, AZ: Arizona State University. Lichens Unlimited. 776 p.

Nash, T.H. III; Ryan, B.D.; Gries, C.; Bungartz, F., eds. 2002. **Lichen flora of the Greater Sonoran Desert.**

BLM_0062051

**Volume 1.** Tempe, AZ: Arizona State University. Lichens Unlimited. 532 p.

Porter, M.K. 2007. **Regional Modeling of nitrogen, sulfur and mercury atmospheric deposition in the Pacific Northwest.** Pullman, WA: Washington State University. 127 p. M.S. thesis.

Rao, L.E.; Allen, E.B.; Meixner, T. 2010. **Risk-based determination of critical nitrogen deposition loads for fire spread in southern California deserts.** Ecological Applications. 20: 1320-1335.

Rao, L.E.; Parker, D.R.; Bytnerowicz, A.; Allen, E.B. 2009. **Nitrogen mineralization across an atmospheric nitrogen deposition gradient in southern California deserts.** Journal of Arid Environments. 73: 920-930.

Schwinning, S.; Starr, B.I.; Wojcik, N.J.; Miller, M.E.; Ehleringer, J.E.; Sanford, R.L. 2005. **Effects of nitrogen deposition on an arid grassland in the Colorado plateau cold desert.** Rangeland Ecology and Management. 58: 565-574.

Shen, W.; Wu, J.; Grimm, N.B.; Hope, D. 2008. **Effects of urbanization-induced environmental changes on ecosystem functioning in the Phoenix Metropolitan Region, USA.** Ecosystems. 11: 138-155.

Tonnesen, G.; Wang, Z.; Omary, M.; and Chien, C.J. 2007. **Assessment of nitrogen deposition: Modeling and habitat assessment.** CEC-500-2005-032. Sacramento, CA: California Energy Commission, PIER Energy-Related Environmental Research. Available at http://www.energy.ca.gov/2006publications/CEC-500-2006-032/CEC-500-2006-032.PDF (Accessed May 12, 2010).

Whisenant, S.G. 1990. **Changing fire frequencies on Idaho's Snake River plains: ecological and management implications.** In: McArthur, E.D.; Romney, E.M.; Smith, S.D.; Tueller, P.T., comps. Proceedings - symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management; 1989 April 5-7; Las Vegas, NV. Gen. Tech. Rep. INT-276. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station: 4-10.

Zhu, W.X.; Hope, D.; Gries, C.; Grimm, N.B. 2006. **Soil characteristics and the accumulation of inorganic nitrogen in an arid urban ecosystem.** Ecosystems. 9: 711-724.

BLM_0062052

# 13 MEDITERRANEAN CALIFORNIA

M.E. Fenn, E.B. Allen, L.H. Geiser

## 13.1 Ecoregion Description

The Mediterranean California ecoregion (CEC 1997; Fig 2.2) encompasses the greater Central Valley, Sierra foothills, and central coast ranges of California south to Mexico and is bounded by the Pacific Ocean, Sierra Nevada Mountains and Mojave Desert. The ecoregion description is adapted from CEC (1997). It is distinguished by its warm, mild Mediterranean climate, chaparral vegetation, agriculturally productive valleys, and a large population (>30 million). The Coast Ranges crest at 600 to 1200 m. The broad, flat, Central Valley is drained by the Sacramento and San Joaquin Rivers into the Sacramento Delta and San Francisco Bay. Rugged Transverse Ranges, peaking at 3506 m, border the Los Angeles basin. Soils are complex, mostly dry, and weakly developed with high calcium (Ca) concentrations. Summers are hot and dry (>18 °C), winters are mild (>0 °C) with precipitation from winter Pacific Ocean storms; coastal fog is common May through July. Annual precipitation (200 to 1000 mm) is highly variable and droughts are common. Vegetation is characterized by chaparral, patches of oak woodland, grassland, and some coniferous forest on upper mountain slopes. The chaparral has thickened, hardened foliage resistant to water loss and forms a cover of closely spaced, mostly evergreen shrubs 1 to 4 m tall. Common shrubs include chamise (*Adenostoma fasciculatum*), buckbrush (*Ceanothus cuneatus*), and manzanita (*Arctostaphylos* spp.). Coastal sagebrush (*Artemisia californica*) and summer-deciduous plants that tolerate more xeric conditions are found at lower elevations. A blue oak-California foothills pine (*Quercus douglasii-Pinus sabiniana*) woodland community forms a ring around the Central Valley, which once had extensive grasslands and riparian forests. The southern oak woodland extends into the Transverse and Peninsular Ranges and includes Southern California walnut (*Juglans californica*) and Engelmann oak (*Quercus englemannii*). Mixed-conifer forests (Minnich 1999) occur at a higher elevation than chaparral and include a variety of species

mixes depending on elevation and site conditions, but are typically characterized by dense mixed-aged stands composed of coniferous (pine [*Pinus* spp.] and often fir [*Abies* spp.] and incense cedar [*Calocedrus decurrens*]) and broadleaved species (commonly oaks).

## 13.2 Coastal Sage Scrub

### 13.2.1 Ecosystem Description

Coastal sage scrub is a semi-deciduous shrubland that occurs in the Mediterranean-type climate of southern and central coastal California, extending southward to Baja California, Mexico. The United States portion of coastal sage scrub covers some 684,000 ha (CDFFP 2007). Coastal sage scrub is very diverse. Unfortunately, it is subject to extensive human impacts in rapidly developing coastal California. Dominant species throughout the range are coastal sagebrush (*Artemisia californica*), Eastern Mojave buckwheat (*Eriogonum fasciculatum*), sage (*Salvia* spp.), brittlebush (*Encelia* spp.), and other shrub species, with highest shrub diversity occurring in the southern range. The forbs, primarily annual, are especially diverse, with many species of concern under the Endangered Species Act occurring throughout the range of coastal sage scrub in California.

### 13.2.2 Ecosystem Responses to N Deposition

Ecosystem responses to elevated nitrogen (N) in coastal sage scrub include increases in exotic invasive annual grasses, loss of native shrub and forb cover, reduced diversity of native annual forbs and arbuscular mycorrhizal fungi, and elevated N mineralization. Plants in this low-productivity ecosystem respond quickly to N; thus changes in species abundance are excellent indicators of ecosystem response to N pollution. This is unlike ecosystems with long-lived vegetation, such as forests or chaparral, where initial ecosystem responses to N are measured by changes in biogeocycling or nutrient runoff (Aber et al. 1989, Section 13.3.3).

BLM_0062053

**13.2.3 Range of Ecosystem Responses Observed**

Studies along anthropogenic N deposition gradients and in experimental N-fertilized plots have shown alterations in soil N cycling, plant cover and diversity, and arbuscular mycorrhizal fungi. Nitrogen cycling studies include field and laboratory N mineralization measurements that show higher turnover of inorganic N under high N deposition or fertilization (Sirulnik et al. 2007, Vourlitis et al. 2007a, Vourlitis et al. 2007b). Plant cover and diversity studies were done along an N deposition gradient and show threshold losses of native annual forb species of 45 percent (a decrease from 67 to 37 species per site) under 10 kg N ha$^{-1}$ yr$^{-1}$ of modeled and 7.8 kg ha$^{-1}$ yr$^{-1}$ measured N deposition.[15] A study of arbuscular mycorrhizal fungi was made on the same gradient and showed similar threshold losses of mycorrhizal root infection and diversity at many of the same sites showing plant loss under 9 kg N ha$^{-1}$ yr$^{-1}$ of modeled N deposition (Egerton-Warburton and Allen 2000), as described below.

*Nitrogen mineralization and nitrification.* Several fertilization studies conducted in coastal sage scrub used high levels of N fertilizer, 50 to 60 kg N ha$^{-1}$ yr$^{-1}$ (Allen et al. 1998, Vourlitis et al. 2007a). However, two studies on N mineralization (production of ammonium ($NH_4^+$) and nitrate ($NO_3^-$)) along an N deposition gradient in coastal sage scrub showed increased rates of N mineralization in soils receiving 10 compared to 4 kg N ha$^{-1}$ yr$^{-1}$ (Vourlitis et al. 2007b, Vourlitis and Zorba 2007). Another field experiment (Sirulnik et al. 2007) tested the effects of elevated N on net N mineralization and nitrification in coastal sage scrub in sites with modeled (14.7 and 8.7, as modeled by Tonnesen et al. [2007]) and inferential (20.2 vs. 6.6 kg N ha$^{-1}$ yr$^{-1}$; Table 13.3) N deposition rates. Few changes in N mineralization were observed, but nitrification (production of $NO_3^-$) was significantly higher in high deposition than control plots on at least one date in all 3 years (Sirulnik et al. 2007). Because the studies by Vourlitis et al. (2007b) and Vourlitis and Zorba (2007)

detected changes in soil N dynamics at a lower level of N deposition (10 versus 4 kg N ha$^{-1}$ yr$^{-1}$) than the study by Sirulnik et al. (2007) (20.2 versus 6.6 kg N ha$^{-1}$ yr$^{-1}$), the former are used to report the N deposition response threshold for mineralization.

*Vegetation cover and species richness.* Coastal sage scrub is subject to levels of total N deposition up to 20 kg ha$^{-1}$ yr$^{-1}$, as estimated by the U.S. Environmental Protection Agency's Community Multiscale Air Quality (CMAQ) model (Tonnesen et al. 2007) in inland Riverside and San Bernardino Counties, an area that has been rapidly converted to exotic annual grassland in the past 30 to 40 years (Allen et al. 1998, Talluto and Suding 2008). The conversion to grassland is likely caused by a combination of elevated N deposition that promotes increased grass biomass and frequent fire that prevents establishment of native shrubs (Allen et al. 1998, Minnich and Dezzani 1998, Talluto and Suding 2008).

Vegetation-type conversion studies in coastal sage scrub have examined patterns of vegetation change, but have not determined the N deposition response threshold. Research in the adjacent North American Deserts ecoregion related N deposition, exotic grass biomass, and fuel for fire to determine the N deposition response threshold (Fenn et al. 2010, Rao et al. 2010, Chapter 12).

A field survey in 2003[15] determined the effects of N on the native and exotic vegetation along a gradient of seven sites that ranged in N deposition from 8.7 to 19 kg N ha$^{-1}$ yr$^{-1}$ (Fenn et al. 2010; Table 13.1). Nitrogen deposition values reported are modeled wet plus dry deposition on a 4-km grid (Tonnesen et al. 2007). In addition, inferential calculations of N deposition are reported for three sites (Table 13.1). The inferential method is used to calculate dry deposition to surfaces (plant canopies and soil) based on atmospheric concentrations of N pollutants, the deposition velocities of each pollutant, surface areas, and other factors (Fenn et al. 2009). Measurements of air quality, soil N, and short-term deposition to leaf surfaces (Padgett et al. 1999) confirm this air pollution gradient. Extractable soil N ($NO_3^-$ plus $NH_4^+$) ranged from 10 µg g$^{-1}$ at the low end of the N gradient to 38 µg g$^{-1}$ at the high

---

[15]Allen, E.B. Unpublished data. Professor and natural resources extension specialist, Department of Botany and Plant Sciences and Center for Conservation Biology, University of California, Riverside, CA 92521.

BLM_0062054

**Table 13.1—Percent cover and richness (per 3 ha) of plant groups along an N deposition gradient in western Riverside County, California. Sites are arranged from north to south along an urban to rural gradient. Forb species richness in bold shows a rapid drop in richness, suggesting a critical load of 10 kg N ha$^{-1}$ yr$^{-1}$ by the CMAQ model (between 9.0 and 11.1 kg N ha$^{-1}$ yr$^{-1}$), and 7.8 kg N ha$^{-1}$ yr$^{-1}$ by the inferential method (between 6.6 and 8.9 kg N ha$^{-1}$ yr$^{-1}$).**

| Site | Exotic grass % cover | Native forb % cover | Shrub % cover | Native forbs no. of species per 3 ha | soil N μg g$^{-1}$ | N deposition kg N ha$^{-1}$ yr$^{-1}$ | |
|---|---|---|---|---|---|---|---|
| | | | | | | CMAQ[a] | Inferential[b] |
| Jurupa Hills | 63.5 | 4.0 | 2.2 | 16 | 37.7 | 19.6 | |
| Box Springs | 69.2 | 18.5 | 2.4 | 31 | 32.3 | 14.7 | 20.2 |
| Botanic Garden | 36.0 | 25.4 | 0.2 | 20 | 28.9 | 13.4 | |
| Lake Perris | 0.5 | 26.1 | 2.8 | 30 | 20.3 | 11.1 | |
| Mott Reserve | 6.7 | 14.3 | 11.2 | **37** | 30.6 | **11.1** | **8.9** |
| Lopez Canyon | 11.1 | 19.6 | 19.3 | **67** | 9.6 | **9.0** | **6.6** |
| Tucalota Hills | 1.5 | 35.7 | 35.0 | 50 | 10.5 | 8.7 | |

[a]N deposition using the CMAQ model is reported as modeled wet plus dry deposition (Tonnesen et al. 2007).

[b]Deposition caiculated with the inferentiai method aiso includes wet plus dry deposition to vegetation and soil; see footnote 20 on page 161.

end. Percentage cover of exotic grasses was positively correlated with soil N and atmospheric N deposition, while percentage cover of native shrubs and forbs was inversely correlated with N deposition (P < 0.001). Native forb richness ranged from 67 to 16 species across the deposition gradient; the rapid drop in native forb richness from 67 to 37 species per site between 9 and 11 kg N ha$^{-1}$ yr$^{-1}$ indicates impacts on plant community richness occur at 10 kg N ha$^{-1}$ yr$^{-1}$. Chosen sites had not burned in the previous 10 years, and were thus in a similar successional stage. However, the high deposition sites (modeled as 13 to 19 kg N ha$^{-1}$ yr$^{-1}$) have a history of two or more fires since the 1960s, while the low deposition sites (8 to 11 kg N ha$^{-1}$ yr$^{-1}$) have burned only once since the 1960s. The two sites with deposition of 11 kg N ha$^{-1}$ yr$^{-1}$ have reduced native cover and richness even without frequent fires, which suggests a direct effect of N on native species, such as increased competition by nitrophilous exotic grasses (Yoshida and Allen 2004).

*Arbuscular mycorrhizal fungi.* Both mycorrhizal root infection and mycorrhizal spore species density decreased greatly between 8.7 and 9.6 kg N ha$^{-1}$ yr$^{-1}$ of modeled N deposition (Tonnesen et al. 2007) along the same N deposition gradient reported above in coastal sage scrub vegetation in southern California

(Egerton-Warburton and Allen 2000, Fenn et al. 2010). The decrease in mycorrhizal fungi occurred between inferential values of 6.6 and 8.9 kg N ha$^{-1}$ yr$^{-1}$; inferential values were not available for all sites (Table 13.2). Mycorrhizal root infection indicates the extent to which plants may depend on mycorrhizae for their nutrient uptake, and is typically reduced in extent by elevated soil nutrients, while spore density is an indication of the amount of carbon flowing from the plant to the fungus and indicates the strength of the mutualistic relationship.

### 13.2.4 Estimated Critical Loads

A summary of critical loads for ecosystem responses in coastal sage scrub is given in Table 13.3. Given the rapid decrease in native species cover and forb richness between 9 and 11 kg N ha$^{-1}$ yr$^{-1}$, 10 kg N ha$^{-1}$ yr$^{-1}$ may be estimated as the critical load for loss of native diversity and cover in coastal sage scrub based on modeled N deposition, while 7.8 kg N ha$^{-1}$ yr$^{-1}$ may be calculated using inferential data (Table 13.1). Percent colonization and spore counts of arbuscular mycorrhizal fungi in coastal sage scrub decline steeply at deposition levels of 9.2 kg N ha$^{-1}$ yr$^{-1}$ using the modeled data and 7.8 kg N ha$^{-1}$ yr$^{-1}$ using inferential data at many of the same sites. A critical load for loss of arbuscular mycorrhizal activity is estimated at 9.2 kg

BLM_0062055

Table 13.2—Spore counts and percent root infection of arbuscular mycorrhizal fungi along an N deposition gradient in western Riverside County, California. Sites are arranged from north to south along an urban to rural gradient (data from Egerton-Warburton and Allen 2000). Values in bold show a change in spore density and root infection and are interpreted to represent a critical load.

| Site | Spores/g soil | % root infection | soil N $\mu g\ g^{-1}$ | N deposition $kg\ N\ ha^{-1}\ yr^{-1}$ | |
|------|------|------|------|------|------|
| | | | | CMAQ[a] | Inferential[b] |
| Jurupa Hills | 23 | 19 | 86.2 | 19.6 | |
| Waterman Rd. | 54 | 18 | 15.6 | 16.9 | |
| Box Springs Mt. | 66 | 17 | 26.4 | 14.7 | 20.2 |
| Mockingbird Cyn | 74 | 24 | 56.8 | 12.5 | |
| Lake Mathews | 70 | 23 | 39.5 | **11.1** | |
| Motte Reserve | 80 | 27 | 26.1 | **11.1** | **8.9** |
| Hemet | **78** | **22** | 12.8 | **9.6** | |
| Lake Skinner | **103** | **39** | 7.5 | **8.7** | **6.6** |
| Santa Margarita | 105 | 45 | 9.7 | 8.7 | |

[a]N deposition using the CMAQ model is reported as modeled wet plus dry deposition (Tonnesen et al. 2007).
[b]Deposition calculated with the inferential method also includes wet plus dry deposition to vegetation and soil; see footnote 20 on page 161.

N ha$^{-1}$ yr$^{-1}$ using modeled data, and 7.8 kg N ha$^{-1}$ yr$^{-1}$ using the inferential method (inferential data are not available for all modeled areas). The addition of more sample sites to the analysis along the gradient allows more precise values of critical loads to be estimated, as in the case of modeled N for mycorrhizal fungi. One challenge in setting critical loads for this system is that the lowest modeled N deposition is 8.7 kg N ha$^{-1}$ yr$^{-1}$, and the lowest value for the inferential method is 6.6 kg N ha$^{-1}$ yr$^{-1}$, values that are already significantly elevated above pre-industrial background deposition. Therefore, the critical load as defined from our study should be considered an upper limit. The threshold might actually be lower than these values. The critical load, with the limitations described above, is considered fairly reliable.

## 13.3 Chaparral and Oak Woodlands and the Central Valley

### 13.3.1 Ecosystem Description

Chaparral and oak woodland ecosystems are widespread over the Mediterranean California ecoregion. In this section, the term chaparral refers specifically to California chaparral, an ecosystem type composed of evergreen shrublands occupying most of the hills and lower mountain slopes of California. Chaparral has no commercial value, yet it forms an important cover that helps maintain the integrity of the watershed. Chaparral encompasses about 2.5 million ha, or 6.1 percent of the state (Keeley and Davis 2007). Shrubs common to chaparral include manzanita, Ceanothus (California lilac; *Ceanothus* spp.), buckbrush, chamise, and toyon (*Heteromeles arbutifolia*). Hardwood woodlands include several species of deciduous and live oaks (*Quercus* spp.), box elder (*Acer negundo*) and big leaf maple (*Acer macrophyllum*), California buckeye (*Aesculus californica*), California ash (*Fraxinus latifolia*), Oregon ash (*Fraxinus latifolia*), southern California walnut, and Fremont cottonwood (*Populus fremontii*). Occasional conifers are California foothill pine and Douglas-fir (*Pseudotsuga menziesii*). The Central Valley, now largely converted to agricultural production, was chiefly a grassland and forbland ecosystem, with riparian belts of hardwood trees (CEC 1997) and expansive tule (*Schoenoplectus acutus*) sedge wetlands along rivers and streams (Munz 1973).

### 13.3.2 Ecosystem Responses to N Deposition

Chaparral ecosystem responses to N deposition include elevated $NO_3$ leaching in streamwater and nitric oxide (NO) emissions from soil, increased direct transport

BLM_0062056

**Table 13.3—Empirical critical loads of nutrient N for coastal sage scrub ecosystems of the Mediterranean California ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Site | Critical load for N deposition[a] $kg\ N\ ha^{-1}\ yr^{-1}$ | Reliability | Response | Comments | Study |
|------|------|------|------|------|------|
| Coastal sage scrub, W. Riverside Co. | 7.8-10 | # | Increase in exotic grass cover, decrease in native richness and cover | See Table 13.1 | Allen unpublished[b]; Fenn et al. 2010 |
| Coastal sage scrub, W. Riverside Co. | 7.8-9.2 | # | Decrease in arbuscular-mycorrhizal spore density, richness, and percent root infection | Table 13.2 | Egerton-Warburton and Allen 2000; Fenn et al. 2010 |
| Coastal sage scrub, W. Riverside Co. | 10 | # | Increase in N mineralization rate | Comparison of sites with 4 and 10 kg N $ha^{-1}\ yr^{-1}$ deposition | Vourlitis and Zorba 2007, Vourlitis et al. 2007b |

[a] N deposition is modeled as total wet plus dry N (Tonnesen et al. 2007)
[b] See footnote 15 on page 144

of atmospheric $NO_3^-$ from polluted catchments, N enrichment of soil and vegetation, increased N cycling rates in soil, and decreased diversity, species richness, and productivity of arbuscular mycorrhizal communities. In chaparral and oak woodlands, lichen communities have been severely altered by N deposition. Elevated $NO_3^-$ leaching often follows high atmospheric N inputs to the catchment due to limited biological assimilation or retention. The N response of chaparral ecosystems is not known to be confounded by co-occurring ozone ($O_3$) effects as it is in forested areas (see section 13.4). Chaparral vegetation is highly $O_3$ tolerant (Stolte 1982, Temple 1999), and even if some species were $O_3$ sensitive, California chaparral vegetation is quiescent in summer, when $O_3$ levels are high.

Factors predisposing both California chaparral and forests to N loss are the active nitrifying characteristics of the soils (Fenn et al. 1998, Fenn et al. 1993, Riggan et al. 1985, Vourlitis and Zorba 2007). Chaparral soils exposed to chronic N deposition exhibit elevated N cycling, as evidenced by lower carbon:nitrogen (C:N) ratios, higher N mineralization rates, and increased $\delta^{15}N$ (Vourlitis and Zorba 2007). The high nitrification capacity of these soils is evidenced by virtually complete net nitrification of mineralized N. Although N responses at low to moderate N input levels have not been evaluated in grasslands in the Central Valley, N deposition in serpentine grasslands near San Jose, California, has been shown to cause the displacement of native herbaceous species by exotic invasive annual grasses (Weiss 1999).

### 13.3.3 Range of Ecosystem Responses Observed

Data on N deposition effects on chaparral are primarily available from the south coast (Los Angeles) air basin and a watershed study in Sequoia National Park in central California. Although short-term N addition studies have been done, little is known about the long-term effects of N enrichment on vegetation.

*Nitrate leaching and nitrification.* Because of the virtually complete nitrification of mineralized N in chaparral and forested soils in southern California, approximately 95 percent of the inorganic N in soil occurs in the form of $NO_3^-$ (Fenn et al. 1998, Fenn et al. 1993, Vourlitis et al. 2007b). Nitrification in chaparral and coastal sage scrub soils increases in response to nitrogen deposition (Vourlitis et al. 2007b). Data relating atmospheric deposition and streamwater $NO_3^-$ in chaparral watersheds are available for three areas of California: in several catchments in the San Dimas Experimental Forest, located in the San Gabriel Mountains 45 km northeast of Los Angeles; eight streams in the Devil Canyon watershed, in the western San Bernardino Mountains; and Chamise Creek, a catchment located along the southwestern slope of the Sierra Nevada Mountains within Sequoia and Kings Canyon National Parks (Fenn et al. 2003b). In addition, 56 chaparral streams were sampled for $NO_3^-$ concentrations in a

BLM_0062057

regional survey in March 1982 across the greater Los Angeles Basin and in northern San Diego County over a wide range of N deposition exposures, demonstrating the relationship between N deposition and $NO_3^-$ concentrations in streamwater in these ecosystems (Riggan et al. 1985).

Over 20 years of atmospheric deposition and streamwater $NO_3^-$ data are available from San Dimas Experimental Forest watersheds (Meixner et al. 2006; Riggan et al. 1985, 1994). Atmospheric and streamwater $NO_3^-$ data over shorter periods are available from Devil Canyon (Fenn and Poth 1999, Meixner and Fenn 2004). The Chamise Creek watershed was sampled continuously from 1983 to 1998 (Fenn et al. 2003a). In all three of these study areas, the catchments can be considered to be at Stage 2 of Stoddard's watershed N saturation model (Stoddard 1994) based on the seasonal $NO_3^-$ export patterns and peak $NO_3^-$ concentrations. More information on N saturation can be found in Chapter 1.

Nitrate concentrations in streamwater from chaparral watersheds in California are the highest reported from North America; peak concentrations greater than 200 to 300 µeq $L^{-1}$ are common in catchments receiving elevated N deposition while peaks as high as 700 µeq $L^{-1}$ have been reported (Fenn et al. 2003a, 2003b; Fenn and Poth 1999; Riggan et al. 1985, 1994). On the other hand, total $NO_3^-$ export is often less than in N saturated mesic forests, presumably because of the high evapotranspiration fluxes relative to annual precipitation inputs. Nitrogen export in N-saturated chaparral catchments typically ranges from 1 to 10 kg $ha^{-1}$ $yr^{-1}$, varying greatly from year to year because of highly variable precipitation (Fenn and Poth 1999, Riggan et al. 1985).

The proportion of $NO_3^-$ exported from chaparral catchments in the Transverse Ranges of southern California that was direct throughput of atmospheric $NO_3^-$ (e.g., without biological assimilation or retention within the watersheds) was quantified using a state-of-the-art isotopic method developed at the University of California in San Diego ($\Delta^{17}O$ as a tracer for

atmospheric $NO_3^-$) (Michalski et al. 2004). During peak flow following storm events, about 40 percent of the stream $NO_3^-$ was found to originate from atmospheric sources that are transported through the watershed without any prior biological assimilation. All soil and aquatic $NO_3^-$ samples in the study had positive $\Delta^{17}O$ values, unambiguously showing that every sample of soil and water (including groundwater) collected exhibited a signal of direct atmospheric $NO_3^-$ inputs (Michalski et al. 2004), thus highlighting the N-saturated condition of these catchments. Nonetheless, on average, only about 10 percent of total N deposition is exported in streamwater from N-saturated catchments in the San Dimas Experimental Forest and in Devil Canyon (Fenn and Poth 1999, Meixner and Fenn 2004, Meixner et al. 2006, Riggan et al. 1985).

*Trace gas losses of N.* Nitrogen-saturated chaparral ecosystems also exhibit trace N gas emissions, primarily as NO, but nitrous oxide ($N_2O$) emissions can also be quantitatively important during the relatively short periods when soils are sufficiently wetted (Anderson and Poth 1989). In more anaerobic zones of the groundwater system and near riparian zones, losses of reduced N gases are also expected to be important in N saturated chaparral catchments. Fluxes of NO from soil over a 6-month period from July to December 1986 were estimated to be 1 kg N $ha^{-1}$ in an unburned site and 3 kg N $ha^{-1}$ in a burned chaparral site in the San Dimas Experimental Forest (Anderson and Poth 1989). Data are not available on trace gas losses from the near-riparian zone, or from phreatic zones in chaparral or forested watersheds in California with elevated N deposition. However, very high levels of dissolved $N_2O$ were found in groundwater samples collected from a fault line (Fenn and Poth 1999) within the chaparral zone of the N-saturated Devil Canyon watershed.[16] This pattern suggests that large amounts of excess N may be lost from these catchments via degassing of dissolved N trace gases (Bowden and Bormann 1986).

---

[16]Fenn, M.E. Unpublished data. Research plant pathologist, Forest Fire Laboratory, 4955 Canyon Crest Dr., Riverside, CA 92507.

BLM_0062058

*Fire effects on N losses.* Ecosystem responses to chronic N deposition must be considered within the context of regular fire occurrence in chaparral. Stand-replacing fire return intervals in these ecosystems are generally on the order of 40 to 60 years (Minnich and Bahre 1995). Over time, N from atmospheric deposition accumulates in soil, organic matter, necromass, and biomass. During a burn, much of the N in the aboveground N-enriched vegetation and detritus is released to the atmosphere or deposited on the soil surface, where it is mobilized via nitrification, N trace gas emissions, $NO_3^-$ leaching, and erosion, thus resulting in large pulses of N losses (Anderson and Poth 1989, Riggan et al. 1994). Such losses are of much shorter duration and are more muted in burned chaparral catchments not exposed to elevated N deposition (Riggan et al. 1985, 1994). However, fire removes only a minor component of the large N pools in the mineral soil. As a result, a large pool of N remains in the ecosystem even after a stand-replacing fire. This, combined with continuing atmospheric inputs, results in continued long-term elevated $NO_3^-$ leaching in surface runoff and groundwater (Meixner et al. 2006). Thus, fire alone does not appear to be an effective tool for mitigating N saturation, although simulation studies suggest that N losses from higher elevation forested regions can be mitigated if N deposition is decreased and prescribed fire is applied periodically (Gimeno et al. 2009).

*Soil acidification.* The pH of chaparral soils measured at more than 700 San Gabriel Mountain sites in the 1970s was compared to measurements taken at more than 300 sites in the 1990s. Surface soil pH values decreased considerably over this period (Wood et al. 1992). Values of pH in the 1970s typically ranged from 6.0 to 7.4 compared to a typical range of 4.6 to 5.6 in the 1990s.[17]

*Arbuscular mycorrhizal fungi.* In a retrospective study from the San Dimas Experimental Forest, historical trends in biodiversity of the arbuscular mycorrhizal community were evaluated in pure stands of Eastern Mojave buckwheat and chamise established in the 1940s on a homogenized fine sandy loam soil (Egerton-Warburton et al. 2001). This analysis was done by evaluating the diversity of arbuscular mycorrhizal fungal spores in archived soils collected periodically from 1937 to 1999, and from examinations of mycorrhizae on root samples in 1999. It was observed that N enrichment of the soils increased over the same period in which mycorrhizal communities experienced dramatic changes (Egerton-Warburton et al. 2001). Diversity, species richness, and productivity of the arbuscular mycorrhizal community had deteriorated severely by 1969. Three previously common mycorrhizal genera disappeared from the mycorrhizal spore community in soil, and one large-spored genus (*Gigasopora*) was no longer found in the rhizosphere soil. Nitrogen enrichment also enhanced the proliferation of potentially less mutualistic species of small-spored *Glomus*, which may have implications for plant community succession in the face of chronic N deposition (Egerton-Warburton et al. 2001). Throughfall N fluxes in the San Dimas Experimental Forest in the early 1980s were 23 kg N ha$^{-1}$ yr$^{-1}$ (Riggan et al. 1985) and total deposition was estimated at 35 kg N ha$^{-1}$ yr$^{-1}$ (Meixner et al. 2006).

*Lichen responses.* About half the epiphytic lichen species known to occur during the late 1800s and early 1900s on coast live oak throughout the chaparral and oak vegetation zones of the Los Angeles basin (Hasse 1913) have subsequently disappeared (Ross 1982). This dramatic reduction in species richness was initially attributed solely to oxidizing pollutants, chiefly $O_3$ (Nash and Sigal 1999, Ross and Nash 1983), but recent research provides unequivocal evidence for an N deposition effect (Riddell et al. 2008). In the Los Angeles air basin, throughfall N deposition in forests downwind of the urban areas can reach 25 to 70 kg ha$^{-1}$ yr$^{-1}$ (Fenn et al. 2008). This deposition includes nitric acid ($HNO_3$), a strong gas-phase acid which exhibits diurnal patterns paralleling $O_3$ concentrations. In the mountains downwind of Los Angeles, 24-hr means of up to 27.3 ppb have been recorded, whereas remote location means have been ≤0.1 ppb (Bytnerowicz and Fenn 1996). Unlike $O_3$, once $HNO_3$ is produced, it rapidly deposits to surfaces. Menzies' cartilage lichen (*Ramalina menziesii* Tayl.*)*, a dominant epiphyte of oaks throughout the Coast Ranges of California and

---

[17]Wood, H.B. Unpublished data on file with Mark Fenn, Research plant pathologist, Forest Fire Laboratory, 4955 Canyon Crest Dr., Riverside, CA 92507.

BLM_0062059

historically common in the Los Angeles basin (Hasse 1913) was treated with nitric acid at 7 to 25, and 19.9 to 25 µg m$^{-3}$ during month-long fumigations to mimic diurnal patterns in Los Angeles (Riddell et al. 2008). All specimens in both treatments experienced marked declines in chlorophyll content, carbon exchange capacity, and membrane integrity compared to controls. In addition to oxidant and acidic air pollutants, Riddell et al. (2008) also recognized habitat loss, lower humidity due to urbanization, and increased fire incidence as factors in the disappearance of Menzies' cartilage and other lichens from the Los Angeles basin.

Epiphytic lichen communities in more northerly parts of the ecoregion are also showing a clear response to N. The Greater Central Valley, comprising the Central Valley proper and the surrounding chaparral- and oak woodland-dominated central Coast Ranges and Sierra foothills, encompasses many urban centers and is among the most agriculturally intensive regions of the United States. Using a nonmetric multidimensional scaling procedure and vector overlays of environmental variables, Jovan and McCune (2005) ordinated and scored lichen communities surveyed between 1998 and 2001 at 118 sites in the Greater Central Valley along an NH$_3$ emissions gradient (Fig. 13.1). There were strong correlations between NH$_4$ and percentages of eutrophic lichen richness and abundance. In addition, total N deposition and other N species, including HNO$_3$, NO$_3^-$, and NO$_2$, were all positively correlated with lichen scores, suggesting that multiple N-containing compounds, not just NH$_3$, are impacting lichens in the Greater Central Valley (Jovan 2008). Eutrophic lichens benefited from increasing N availability, comprising >50 percent of total abundance in lichen communities at air scores <0.0 (Fig. 13.2). Higher air scores indicate better air quality. Eutroph abundance at sites with the best air quality ranged from 20 to 50 percent. Therefore an air score of 0.0 may be a reasonable lichen response threshold. CMAQ data were not available to the authors at the time of publication, but overlay of a 4-km grid of modeled 2002 CMAQ data (Tonnesen et al. 2007) over lichen survey site coordinates provides a more complete understanding of N deposition at the Jovan and McCune (2005) sites. Of the 53 lichen survey sites in the dataset with clean air scores (>0.0), only three

occurred in grid cells where CMAQ predicted >5.5 kg ha$^{-1}$ yr$^{-1}$ total N deposition.

### 13.3.4 Estimated Critical Loads

In chaparral catchments exhibiting the symptoms of N excess discussed above, N input values range from 5 to 33 kg ha$^{-1}$ yr$^{-1}$ as throughfall (Meixner and Fenn 2004), except for the case of the chaparral/oak woodland lichen response studies in the greater Central Valley, where N deposition was simulated with the CMAQ model (Tonnesen et al. 2007). In the seven catchments sampled in Devil Canyon, throughfall N deposition ranged from 14 to 33 kg ha$^{-1}$ yr$^{-1}$. Because all seven sites had elevated NO$_3^-$ concentrations in stream water, the lowest deposition value can be considered to be at or above the critical load. Chamise Creek in Sequoia National Park is an N-saturated site based on elevated NO$_3^-$ leaching (Fenn et al. 2003a, 2003b); throughfall N deposition[18] was 10 kg ha$^{-1}$ yr$^{-1}$. Lichen survey sites with clean air scores suggest a preliminary critical load of 5.5 kg N ha$^{-1}$ yr$^{-1}$. In a test of the broader applicability of a model developed from western Oregon and Washington lichen community data to temperate forests in general, Geiser et al. (2010), essentially replicated this estimate. For the Greater Central Valley dataset (Jovan and McCune 2005) and response threshold (50 percent eutrophs), Geiser et al. (2010) calculated a critical load of 3 to 6 kg N ha$^{-1}$ yr$^{-1}$ for the study area, increasing with mean annual precipitation from 17 to 156 cm. An N critical load for serpentine grassland invasion by exotic annual grasses was determined along a roadside deposition gradient at a site downwind of San Jose, California, and west of the Central Valley. The critical load of 6 kg N ha$^{-1}$ yr$^{-1}$ was based on the N deposition level at the point where the grass invasion was visibly diminished (Fenn et al. 2010, Weiss 1999). Considering the deposition and response data from all the ecosystem components considered here, we suggest a deposition range for the critical load of 3.1 to 14 kg N ha$^{-1}$ yr$^{-1}$. All the reported responses (see Table 13.4) occur within this range.

---

[18]Homyak, P.M. 2009. Personal communication. Graduate research associate, Department of Environmental Sciences, University of California, Riverside, CA 92521.

BLM_0062060



Figure 13.1—Air quality scores for the greater Central Valley divided into air quality zones. Reprinted from Jovan 2008.

In the San Dimas Experimental Forest, with a reported throughfall N deposition of 23 kg ha$^{-1}$ yr$^{-1}$, the critical load is exceeded for NO$_3^-$ leaching, changes in mycorrhizal spore community changes, and elevated NO emissions from soil. The critical load for NO$_3^-$ leaching is known to be much lower than the deposition at San Dimas as discussed above, but the critical load for mycorrhizal community changes and for N trace gas emissions cannot be determined because we only have data from San Dimas. Likewise, the critical load for increased nitrification has not been established due to insufficient corresponding deposition data at sites where nitrification has been measured. Thus, the critical load for these responses are not included in the critical loads tables.

## 13.4 Mixed-conifer Forest

### 13.4.1 Ecosystem Description

Air pollution effects studies in California forests have focused largely on the mixed-conifer forests found at mid-elevation sites in the Transverse Ranges (particularly the San Bernardino Mountains) in the Los Angeles air basin and in the southwestern Sierra Nevada (Fenn et al. 2003b). Because of the high sensitivity to

BLM_0062061

Table 13.4—Empirical critical loads of nutrient N for chaparral and Central Valley ecosystems of the Mediterranean California ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment

| Site | Critical load for N deposition[a] kg N ha$^{-1}$ yr$^{-1}$ | Reliability | Response | Comments | Study |
|------|------|------|------|------|------|
| Sacramento & San Joaquin Valleys, Coast Ranges & Sierra Foothills | 3-6 | # | Change in lichen communities | Shift to eutroph dominance, precipitation range of 17-156 cm. | Geiser et al. 2010 |
| San Francisco Peninsula, near San Jose, California | 6 | ## | Annual grass invasion, replacing native herbs in a serpentine grassland | Critical load based on a local roadside gradient; Serpentine grassland site is actually west of the Central Valley. | Weiss 1999, Fenn et al. 2010 |
| Sacramento & San Joaquin Valleys, Coast Ranges & Sierra Foothills | 5.5 | # | Changes in lichen communities | Eutrophic lichens increased at expense of species adapted to lower N availability. | Fenn et al. 2010, Jovan and McCune 2005, Jovan 2008, this chapter |
| Chamise Creek, Sequoia NP | 10 | # | Streamwater [$NO_3^-$] > 14 μM | This $NO_3$ threshold indicates the beginning of N saturation. | Fenn et al. 2003b, Fenn et al. 2003a, Fenn et al. 2010 |
| Devil Canyon, San Bernardino Mountains | 14 | # | Streamwater [$NO_3^-$] > 14 μM | Estimated N deposition in throughfall in the 7 catchments was 14-33, so critical load is lowest value. | Meixner and Fenn, 2004, Fenn and Poth 1999, Fenn et al. 2010 |
| Los Angeles Basin | Atmospheric concentrations of 7-25 μg $HNO_3$ m$^{-3}$ | # | Loss of lichen species richness and harm to physiological processes | About half of the 1900 lichen flora in the Los Angeles basin is currently extirpated, attributed to $O_3$ and N pollutants. | Riddell et al. 2008; Hasse 1913; Ross, 1982; Sigal and Nash 1983 |

[a]N deposition is reported as throughfall (Fenn and Poth 2004, Fenn et al. 2008) except for the serpentine grassland study and lichen studies in chaparral. In the Los Angeles Basin the range of atmospheric concentrations shown for $HNO_3$ indicate the concentrations at which lichens are impacted. For changes in lichen communities in the Central California valleys, coast ranges and Sierra foothills, N deposition values for determining the critical loads were simulated using the CMAQ model (Tonnesen et al. 2007). Deposition data for Chamise Creek, Sequoia National Park provided by P.M. Homyak; see footnote 18 on page 150

BLM_0062062

$O_3$ of ponderosa pine (*Pinus ponderosa*) and the closely related Jeffrey pine (*Pinus jeffreyi*), most of the research has been carried out in sites with a predominant component of these species. Associated tree species that co-occur in varying mixes with ponderosa and Jeffrey pine include white fir (*Abies concolor*), sugar pine, (*Pinus lambertiana*), incense-cedar, and California black oak (*Quercus kelloggii*). In parts of the southwest Sierra Nevada, Douglas-fir and giant sequoia (*Sequoiadendron giganteum*) are also found (Minnich 1999, Peterson and Arbaugh 1992). Shrub understory in mixed-conifer forest is mostly open or absent (cover <20 percent), depending on altitude and climatic gradients. Bracken fern (*Pteridium aquilinum* var. *pubescens*) is common in more mesic sites. See Minnich (1999) for a more complete description of common understory species in mixed-conifer forests.

### 13.4.2 Ecosystem Responses to N Deposition

Research on air pollution effects in mixed-conifer forests began in the 1960s after the initial discovery in the 1950s of unusual symptoms in ponderosa pine that were later confirmed to be caused by $O_3$. Studies on N deposition effects in forests began in the San Bernardino Mountains (Fenn 1991) in some of the original $O_3$ study plots established in the 1970s (Arbaugh et al. 2003). Ecosystem responses to N deposition include $NO_3^-$ leaching, trace gas losses of N, soil acidification, lichen community change, altered forest nutrient cycling, and loss of understory diversity. Because of the co-occurrence of $O_3$ and N deposition in the mixed-conifer forest of California, the ecological effects of N deposition cannot be evaluated in isolation from the significant impacts of $O_3$ on nutrient cycling and plant growth, development, community succession, and phenology. The combined ecological effects of N and $O_3$ are dramatic in areas of high pollution exposure (Fenn et al. 2003b, Grulke et al. 2009).

### 13.4.3 Range of Ecosystem Responses Observed

Most characteristics which predispose an ecosystem to $NO_3^-$ leaching (e.g., climatic conditions, actively nitrifying soils) discussed for chaparral ecosystems in section 13.3 also apply to forested catchments, as many mixed-conifer catchments grade into



Figure 13.2—The relationship between air quality score and the proportion of nitrophyte (eutroph) abundance in California's greater Central Valley. Reprinted from Jovan 2008.

chaparral vegetation at lower elevations. Indeed, 4 of 11 catchment streams monitored to determine the relationship between N deposition and $NO_3^-$ leaching in the mixed-conifer forest were accessible for sampling only at the lower elevation chaparral portion of the catchment (Fenn et al. 2008). In both chaparral and mixed-conifer forests, a key factor predisposing these ecosystems to N loss with chronic N deposition is the temporal asynchrony between the period of greatest biotic demand (spring and early summer) and the winter when approximately 85 percent of the precipitation and the greatest surface runoff occurs (Fenn and Poth 1999).

*Nitrate leaching.* A threshold streamwater $NO_3^-$ concentration for a site experiencing relatively low atmospheric N deposition (14 µM) was empirically determined to identify watersheds that are exporting elevated levels of $NO_3^-$ (see Fenn et al. 2008, 2010 for more details on these methods and rationale). Based on regression analysis of throughfall N deposition versus streamwater $NO_3^-$ concentrations, the N deposition level at which $NO_3^-$ leaching exceeds the "unpolluted" -site threshold is approximately 17 kg ha$^{-1}$ yr$^{-1}$ (Fenn et al. 2008). This level of N deposition has been measured in the regions of the Transverse Ranges in southern California most exposed to air pollution and along the western edge of the Sierra Nevada (Breiner et al. 2007; Fenn et al. 2008, 2010).

BLM_0062063

Although many factors affect N loss rates, the available data suggest that within a given catchment, N deposition fluxes to the higher elevation forested portions of catchments are greater than to the lower chaparral and scrub vegetation portions (Meixner and Fenn 2004). This is presumably because of the much greater surface area of forested stands, which are efficient collectors of dry and cloud water deposition, and because of greater occurrence of fog and cloud deposition at the upper levels of these catchments (Fenn et al. 2000, Meixner and Fenn 2004). However, the greater input to the forested portion of the catchment is likely counterbalanced, to some degree, by greater biotic N demand of the forest. Soil leachate and streams in the mixed-conifer zone are known to export high levels of unassimilated $NO_3^-$ (Michalski et al. 2004). In catchments covered by mixed-conifer forests at higher elevations, $NO_3^-$ concentrations in streamwater decrease within the lower elevation chaparral zone because of in-stream and near-stream N uptake and consumptive processes along the descending course of the stream (Meixner and Fenn 2004).

*Trace gas losses of N.* Fluxes of trace gas emissions from soil of N-saturated sites in the mixed-conifer forest appear to be very similar to those from N-saturated chaparral sites. Annual fluxes of NO in high N deposition chaparral and forested sites generally range from 2 to 3 kg ha$^{-1}$ yr$^{-1}$ (Anderson and Poth 1989, Fenn and Poth 2001), although there is considerable uncertainty because of temporal and spatial heterogeneity in flux measurements. Emissions from soil are higher after a burn and after soil wetting. In short-term measurements, fluxes of NO and $N_2O$ increase markedly after soil wet-up, particularly in N saturated sites (Anderson and Poth 1989, Fenn et al. 1996). Annual flux rates are probably greater in high precipitation years than the estimates given above.

*Soil acidification.* Because of the Mediterranean climate and typical high base saturation of soils in semi-arid forests, the possible soil acidification effects of N deposition in California have not received nearly as much attention as the effects of N as a nutrient. However, soils have acidified at an accelerated rate in high deposition sites. At Camp Paivika in the western

San Bernardino mountains, soil pH values in the top 25 cm of soil ranged from 4.8 to 5.6 in the early 1970s, compared to recent values ranging from 3.1 to 4.3[19] (Fenn and Poth 1996, Wood et al. 2007). The unusually low pH values and rapid acidification at Camp Paivika are due to high throughfall N deposition (70 kg ha$^{-1}$ yr$^{-1}$) and underlying stone lines at 40 to 60 cm and 130 to 170 cm depths which control the spatial and temporal flow of soil percolates containing high concentrations of $NO_3^-$. At another site with the stone lines but much lower throughfall N deposition (6 kg ha$^{-1}$ yr$^{-1}$), soil acidity was relatively constant (pH 5.1 in 1975; pH 5.0 in 2004) during the last 30 years (Wood et al. 2007).

Soil pH is highly correlated ($r^2 = 0.99$) with throughfall N deposition in the San Bernardino Mountains (Breiner et al. 2007). Based on this regression, soil pH is estimated to be 4.8 when deposition is 17 kg ha$^{-1}$ yr$^{-1}$. Soil base saturation is also much lower at high N deposition sites (30 to 80 percent) compared to low deposition sites (85 to 100 percent) in the San Bernardino Mountains[19] (Fenn et al. 1996). The low pH and lower base saturation of the mineral soil does not inhibit active nitrification, but a recent study suggests that nitrification is dominated by heterotrophic nitrifiers (Jordan et al. 2005).

*Ectomycorrhizal fungi.* Fungal communities of ectomycorrhizae were studied from November 2005 to June 2007 at a high (71 kg N ha$^{-1}$ yr$^{-1}$; Camp Paivika) and low (7 kg N ha$^{-1}$ yr$^{-1}$; Camp Osceola) deposition site in the San Bernardino Mountains east of Los Angeles (Sirajuddin 2009). The effects of added N (150 kg ha$^{-1}$ yr$^{-1}$) within each of the plots over a 9-year period were also investigated.

Basidiomycetes tended to decline with both N fertilization and at the high N deposition plot. *Russula* (five species) and *Rhizopogon* (three species) were present at Camp Osceola, but were lost with N fertilization and were not found at Camp Paivika. *Cortinarius* spp.

---

[19]Wood, Y.A. Unpublished data on file with Mark Fenn, Research plant pathologist, Forest Fire Laboratory, 4955 Canyon Crest Dr., Riverside, CA 92507.

BLM_0062064

also decreased with N fertilization. The exceptional basidiomycete was a *Lactarius* sp., which increased in N fertilized plots at both locations. In general, ascomycetes increased with N availability; *Cenococcum geophilum* in particular increased quite dramatically. *Wilcoxinia rehmii* was the exception, in that this ascomycete declined with N enrichment, both via deposition and fertilization. In summary, N deposition and N fertilization shifted the ectomycorrhizal fungal communities in a similar direction, toward ascomycetes. Basidiomycetes generally declined and some key species disappeared with N fertilization or deposition (Sirajuddin 2009).

*Lichen responses.* Lichen-based responses to N deposition for the mixed-conifer zone of the Sierra Nevada (Northwest Forested Mountains ecoregion) likely have application to the mixed-conifer zone of the Mediterranean California ecoregion, especially in the southwest Sierras and Transverse Ranges, where there was a historic species overlap. The Sierra study (Fenn et al. 2008) utilized a threshold N concentration in the wolf lichen (*Letharia vulpina* (L.) Hue), an epiphyte on tree trunks and branches, from a low N deposition site. As the threshold is exceeded with increasing N deposition, the abundance of ecologically important oligotrophic species begins to decline, shifting lichen community composition from oligotroph-dominated to mesotroph- and eutroph-dominated (Fenn et al. 2008). Oligotrophs are sensitive to even small increases in N; mesotrophs tolerate moderate inputs; eutrophs are fast growing, 'weedy' species of small ecological importance that thrive under conditions of high N availability. Lichen surveys in the Sierra Nevada mixed-conifer zone were co-located with or near throughfall deposition monitoring sites. Similar studies can no longer be done in the San Bernardino Mountains because most air pollution sensitive species have long since disappeared (Nash and Sigal 1999, Sigal and Nash 1983). In relatively low N deposition sites in the Sierras (<3.1 kg N ha$^{-1}$ yr$^{-1}$), oligotrophic lichen species still predominate. At a throughfall N deposition level of 5.2 kg N ha$^{-1}$ yr$^{-1}$, the lichen community completely shifts from oligotroph to mesotroph/eutroph dominance. Oligotrophs are extirpated at 10.2 kg N ha$^{-1}$ yr$^{-1}$ (Fenn et al. 2008). Conservation of oligotrophic species is important because they make integral contributions

to food webs, nesting material and insect habitat, and nutrient and hydrologic cycles (McCune et al. 2007).

*Forest sustainability.* Nitrogen deposition, in concert with O$_3$ injury effects, is contributing to a decrease in the sustainability of mixed-conifer forests in the San Bernardino Mountains. Nitrogen deposition increases aboveground growth of coniferous and deciduous species of the mixed-conifer forest (Fenn and Poth 2001). Ozone and increased N fertility result in decreases in both C allocation belowground and fine root biomass (Grulke et al. 1998). Ozone causes premature foliar senescence and abscission. The combined effects of O$_3$ and elevated N deposition are increased C storage in the bole and woody aboveground biomass and accelerated foliar turnover and litter production (Arbaugh et al. 1999). This also results in increased accumulation of C and N in the forest floor. In these O$_3$-impacted and N-saturated mixed-conifer stands (N deposition 25 to 71 kg ha$^{-1}$ yr$^{-1}$) (Fenn et al. 2008), aboveground N pools are much higher than in stands in areas receiving relatively low deposition (Arbaugh et al. 1999, Fenn et al. 2005, Grulke et al. 2009). For example, at an N-saturated site (N deposition 71 kg ha$^{-1}$ yr$^{-1}$) in the San Bernardino Mountains about 30 percent of ecosystem N is stored in the thick forest floor, compared to about 11 percent at an N-limited site (N deposition approximately 7 kg ha$^{-1}$ yr$^{-1}$) (Arbaugh et al. 1999, Fenn et al. 2005).

Ozone and elevated N deposition cause specific changes in forest tree C, N, and water balance that enhance individual tree susceptibility to drought, bark beetle attack, and disease, and when combined, contribute to whole ecosystem susceptibility to wildfire (Grulke et al. 2009). The N deposition levels at which these effects begin to occur are not well defined, but regression analysis indicates a 25 percent reduction in fine root biomass at 17 kg ha$^{-1}$ yr$^{-1}$ (Fenn et al. 2008); dramatic shifts in tree phenology and C allocation are evident at a site with N deposition of 39 kg ha$^{-1}$ yr$^{-1}$ (Fenn et al. 2008, Grulke and Balduman 1999). Uncharacteristically deep litter layers develop in mixed-conifer forests impacted by air pollution. Elevated O$_3$ and N deposition decrease the proportion of whole tree biomass in foliage and roots, the latter effect increasing tree susceptibility

BLM_0062065

to drought and beetle attack. Because both foliar and root mass are compromised, carbohydrates are stored in the bole over winter. Elevated $O_3$ increases drought stress by significantly reducing plant control of water loss. The resulting increase in canopy transpiration, combined with $O_3$ and N deposition-induced decreases in root mass, significantly increases tree susceptibility to drought stress. The combination of these effects with increased sequestration of bole carbohydrates may contribute to successful host colonization and population increases of bark beetles (Jones et al. 2004) and possible enhancement of dwarf mistletoe infections, although the latter response has not been confirmed.

*Understory.* Understory diversity in mixed-conifer forests in the San Bernardino Mountains in southern California was recently compared to studies done 30 years prior, in 1973 (Allen et al. 2007). Both $O_3$ concentrations and particularly N deposition decline from west to east along the air pollution gradient. Nitrogen deposition in throughfall ranges from 9 to 71 kg ha$^{-1}$ yr$^{-1}$ at the understory study sites (Fenn et al. 2008). Biodiversity loss was pronounced in the sites receiving the highest N deposition and is due to the establishment of exotic invasive species that have become abundant. In three of six sites, including the two westernmost polluted sites, 20 to 40 percent of species were lost between 1973 and 2003. In the highest deposition sites, understory cover equaled 30 to 45 percent and was equally divided between native and exotic species. At lower deposition sites, understory cover was 3 to 13 percent and was dominated by native species. Because of confounding factors such as precipitation and possibly local disturbances, a simple correlation between air pollution and patterns of native and invasive species cover and richness was not found. However, observational evidence and expert opinion suggest that increased N deposition and precipitation in the westernmost sites are the primary factors contributing to reduced biodiversity and increased cover by invasive species (Allen et al. 2007).

Co-occurring $O_3$ may be indirectly contributing to the establishment of exotic species as well. Ozone causes premature foliage loss in pine, while N deposition stimulates foliar growth, leading to greater litter production and accumulation in the forest floor (Fenn et al. 2003b, 2005). Many native plant species are not able to establish where dense litter accumulates. However, stickywilly (*Galium aparine*), a weedy annual with both native and introduced forms, thrives under these conditions, which include the acidified N-rich soils that underlie the thick litter layer. Portions of the high-pollution study sites in the western San Bernardino Mountains burned in October 2003. Formerly shady sites in the burned areas are now covered by exotic annual brome grasses. Subsequent clearing of dead trees and brush is further exposing the soil to invasive species (Allen et al. 2007).

### 13.4.4 Critical Loads Estimates

The N deposition input values for the sites included in this synthesis range from 1.2 to 71.1 kg ha$^{-1}$ yr$^{-1}$ as throughfall, with the lowest values in the northern Sierra Nevada and the highest deposition in the western San Bernardino mountains in the Los Angeles air basin. The best defined empirical critical loads are for lichen effects, developed for forests of the Sierra Nevada, with the most protective critical load for incipient effects on lichens of 3.1 kg N ha$^{-1}$ yr$^{-1}$. This lower critical load is based on the low N deposition-site threshold concentration of N (1.0 percent N) in the widespread wolf lichen; at higher tissue concentrations of N, lichen community effects begin to increase (Fenn et al. 2008). Two additional lichen-based critical loads were determined for mixed-conifer forests in California: at throughfall N deposition of 5.2 kg ha$^{-1}$ yr$^{-1}$, oligotroph dominance shifts to mesotroph/eutroph dominance, and at 10.2 kg ha$^{-1}$ yr$^{-1}$ oligotrophic species are extirpated. These critical load estimates are considered as reliable (Table 13.5). In applying lichens critical loads, the highest threshold—that of oligotroph extirpation—would not be used under conditions where the integrity of the lichen community was considered important. We do not include it in the summary of lichens for the U.S. (Table 19.4). Application of the western Oregon and Washington model (Geiser et al. 2010; Table 4.1) to the mixed-conifer forests yields a critical load estimate of 4 to 6 kg ha$^{-1}$ yr$^{-1}$ over a precipitation range of 41 to 127 cm. This estimate uses the mid-range response threshold (oligotroph dominance shift) instead of the lowest threshold, as it assumes that eutrophs naturally

BLM_0062066

**Table 13.5—Empirical critical loads of nutrient N for mixed-conifer forest ecosystems of the Mediterranean California ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Site | Critical load for N deposition[a] $kg\ N\ ha^{-1}\ yr^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Sierra Nevada range | 3.1–10.2[b] | ## | Lichen community changes | Critical load of 3.1 for exceedance of a N concentration threshold in *Letharia vulpina*; critical load of 5.2 for shift from oligotroph to mesotroph/eutroph dominance of lichen communities; critical load of 10.2 for extirpation of oligotrophs | Fenn et al. 2008, 2010 |
| Sierra Nevada range | 4–6 | # | Lichen community changes | Modeled estimate using the oligotroph to mesotroph/eutroph dominance shift as response threshold and 41-127 cm precipitation range | Geiser et al. 2010 |
| San Bernardino mountains and southern Sierra Nevada range | 17 | ## | $[NO_3^-] > 14\ \mu M$ | Based on regression of throughfall vs. peak streamwater $NO_3^-$ concentrations. A threshold of 0.2 mg $NO_3$-N $L^{-1}$ (14.3 $\mu M$) identified catchments beginning to "leak" N. Daycent simulations gave similar results | Fenn et al. 2008, 2010 |
| San Bernardino mountains | 17 | # | Reduced fine root biomass | Based on regression of throughfall N deposition and fine root biomass in ponderosa pine | Fenn et al. 2008, Grulke et al. 1998 |
| San Bernardino mountains | 25.9 | # | Soil acidification | Based on regression of throughfall N deposition and mineral soil H+. Soil pH of 4.6 was chosen as the critical value. | Breiner et al. 2007 |
| San Bernardino mountains | 24–33 | (#) | Biodiversity of understory: percent cover and no. of species/ha | Based on plant surveys in 1970s and 2003. N deposition data: Fenn et al., 2008 and unpublished data | Allen et al. 2007 |
| San Bernardino mountains | 39 | (#) | Forest sustainability | Based on dramatic shifts in plant phenology and C allocation. Caused by combined effects of $O_3$ and N deposition. Leads to increased bark beetle mortality and wildfire risk. N deposition data from Fenn et al. 2008 | Grulke and Balduman 1999; Grulke et al. 1998, 2009; Jones et al. 2004 |

[a]N deposition is reported as throughfall for all of the critical loads in this table.

[b]Utilizing this critical load value would lead to a condition where lichen community composition had shifted toward dominance by eutrophs to the exclusion of oligotrophic (N-sensitive) species. Throughout this document, we use a threshold that limits shifts toward dominance by eutrophs. Thus, the value of 10.2 kg N ha$^{-1}$ yr$^{-1}$ does not appear in the chapter summarizing the critical loads for all ecoregions (Chapter 19).

BLM_0062067

comprise up to 47 percent of native lichen communities, due to the warm climate and prevalence of hardwood substrates. The critical load which would prevent elevated $NO_3^-$ leaching and further reductions in fine root biomass of ponderosa pine (Fenn et al. 2008) is estimated at 17 kg N ha$^{-1}$ yr$^{-1}$. The critical load of 17 kg N ha$^{-1}$ yr$^{-1}$ for reductions in fine root biomass (Table 13.5) is preliminary; data from a greater number of sites are needed to refine the critical load. However, the available information on fine root biomass responses demonstrate that when N deposition is sufficient to increase $NO_3^-$ leaching from soil and in streamwater, undesirable physiological effects are also apparent in plants. The critical load for streamwater $NO_3^-$ is reliable, while for fine root biomass effects a fairly reliable rating is assigned (Table 13.5).

Based on a critical mineral soil pH value of 4.6 (MacDonald et al. 2002), an empirical critical load of 26 kg N ha$^{-1}$ yr$^{-1}$ was also estimated and considered to be fairly reliable (Table 13.5), but the basis of this critical pH value has a tenuous connection to any firm ecosystem-specific biological or ecological effects or responses (Breiner et al. 2007, Wood et al. 2007). The estimated critical loads of 24 to 39 kg N ha$^{-1}$ yr$^{-1}$, which would maintain forest sustainability and biodiversity in the understory community, are included in Table 13.5 and are only established as expert judgment. These are uncertain, as few data are available from research sites in the case of forest sustainability (Grulke and Balduman 1999, Grulke et al. 1998, Jones et al. 2004) and because of confounding factors in regard to understory biodiversity (Allen et al. 2007). The critical load for effects on ectomycorrhizal communities in California forests cannot be determined from current data because only two sites and a high N treatment level (150 kg ha$^{-1}$ yr$^{-1}$) were studied (Sirajuddin 2009).

## 13.5 Critical Loads Comparisons Across Ecosystem Types

The lowest critical load estimated for these California Mediterranean ecosystem types (Table 13.6) was 3.1 kg ha$^{-1}$ yr$^{-1}$ for the mixed-conifer forest. This value is based on the throughfall N deposition input leading to N concentrations in lichen thalli (*Letharia vulpina*) of the

Sierra Nevada that exceed that of the low N deposition site threshold (Fenn et al. 2008). At a throughfall N deposition critical load of 3.5 to 5.9 kg ha$^{-1}$ yr$^{-1}$ the lichen community in mixed-conifer forests is predicted to shift from oligotroph dominance to mesotroph/eutroph dominance. The lichen community responses to simulated N deposition resulted in a critical load of 3.1 to 6.4 kg N ha$^{-1}$ yr$^{-1}$ for chaparral, oak woodland, and Central Valley lichen communities. Lichen communities of coastal sage scrub have not been studied with regard to air pollution effects. Thus, lichens are not yet an available bioindicator in coastal sage scrub.

The critical load for invasion of annual grasses in a nutrient-poor serpentine grassland (6 kg N ha$^{-1}$ yr$^{-1}$) was similar to the high end of the range for the lichen critical load in chaparral and forests (Table 13.6). This grassland critical load is based on a site to the west of the Central Valley and downwind of the San Jose/San Francisco metropolitan area. The serpentine grassland critical load may be a reasonable estimate for California grasslands in more fertile soils of the Central Valley and other regions of California, considering studies suggesting that serpentine grasslands are less responsive to added N than other California grasslands and are also less prone to exotic invasions (Harrison and Viers 2007). The critical load for $NO_3^-$ leaching in chaparral catchments (10 kg ha$^{-1}$ yr$^{-1}$) is about 60 percent of that for mixed-conifer forest (17 kg ha$^{-1}$ yr$^{-1}$). The lower critical load in chaparral is believed to be due to the lower biological N demand and N retention capacity of chaparral catchments that are characterized by steep slopes and sandy soils. Another factor for the lower chaparral critical load may be the small size (4.3 ha) of the Chamise Creek catchment (Li et al. 2006) upon which the chaparral critical load of 10 kg ha$^{-1}$ yr$^{-1}$ is based. Smaller catchments are often associated with lower N retention capacity (Meixner and Fenn 2004). Thus, it isn't clear if the critical load value for $NO_3^-$ leaching from Chamise Creek is generally applicable to chaparral catchments.

For all vegetation types, catchment characteristics that increase the contact time of soil solution $NO_3^-$ within the soil profile and with plant roots are expected to increase N uptake and increase the critical load. Stand

BLM_0062068

**Table 13.6—Empirical critical loads of nutrient N for the Mediterranean California ecoregion. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Ecosystem | Critical load for N deposition[a] $kg\ N\ ha^{-1}\ yr^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| Coastal Sage Scrub | 7.8-10 | # | Exotic invasive grass cover, native forb richness, arbuscular mycorrhizal richness | Modeled and inferential N deposition estimates and published data for mycorrhizae, unpublished data for vegetation survey. | Allen unpublished [b], Egerton-Warburton and Allen 2000, Tonnesen et al. 2007 |
| Chaparral | 3.1-14 | # | $NO_3$ leaching;  changes in lichen communities | Critical load for $NO_3$ leaching of 10 kg N ha$^{-1}$ yr$^{-1}$ is based on one year of throughfall data in Chamise Creek and an additional year of throughfall data from adjacent Ash Mountain, both in Sequoia National Park. Lichen critical load of 5.5 kg N ha$^{-1}$ yr$^{-1}$ is from modeled N deposition data and published data for lichens. Lower estimated value for the lichen critical load of 3.1 kg N ha$^{-1}$ yr$^{-1}$ is from application of a model developed in the Pacific NW including the effect of precipitation. | Fenn et al. 2003a; Fenn et al. 2003b; Fenn et al. 2010; Geiser et al. 2010; Jovan 2008; Jovan and McCune 2005; Meixner et al. 2006; Meixner and Fenn 2004; Riggan et al. 1985 |
| Mixed-conifer forest | 3-39 | ## | Lichen chemistry and community changes; $NO_3$ leaching; soil acidification; reduced fine root biomass | The lowest critical load is based on lichen tissue chemistry above the clean site threshold. $NO_3$ leaching and fine root biomass critical load is 17 kg N ha$^{-1}$ yr$^{-1}$, and soil acidification critical load is 26 kg N ha$^{-1}$ yr$^{-1}$. | Allen et al. 2007; Breiner et al. 2007; Fenn et al. 2008 ; Fenn et al. 2010 ; Grulke and Balduman 1999; Grulke et al. 1998, 2009; Jones et al. 2004 |
| Serpentine grassland | 6 | ## | Annual grass invasion, replacing native herbs | Critical load based on a local roadside gradient; Serpentine grassland site is actually west of the Central Valley. | Weiss 1999; Fenn et al. 2010 |

[a]N deposition in the mixed-conifer sites is reported as throughfall. Critical loads for coastal sage scrub and for lichen communities in chaparral (5.5 kg N ha$^{-1}$ yr$^{-1}$) are based on CMAQ simulated N deposition.

[b]See footnote 15 on page 144

management is also expected to affect the critical load for a given site. For example, a decrease in the site N capital due to fire or stand thinning operation, followed by vigorous vegetation regrowth and increased N demand, could increase site N retention and thus lead to a higher critical load. The critical load for biological effects in coastal sage scrub is relatively low (10 to 11 kg ha$^{-1}$ yr$^{-1}$) and may be lower, considering the lack of low N deposition control sites in estimating the critical loads. A major factor contributing to the N sensitivity of coastal sage scrub vegetation is the fact that N accumulates to high concentrations in the surface soils during the long summer dry period and the entire rooting zone is probably only thoroughly leached of NO$_3^-$ in unusually high rainfall years (Wood et al. 2006).

Mediterranean ecosystems exposed to chronic N deposition often cycle between periods of N accumulation and periods of N availability, mobilization, uptake, and loss. This latter period is presumably the season of greatest ecosystem sensitivity to the effects of excess N. Critical loads estimates are needed that protect ecosystems from detrimental effects during these periods of greatest sensitivity. The empirical critical loads in this study are based on the predominant ecological conditions, which include fire suppression, co-occurrence of O$_3$ and chronic N deposition, and recurring drought. Critical load, by definition, refers to the threshold deposition below which adverse biological effects are not observed. However, some critical loads in this chapter (and others) are tied to ecosystem processes or responses that don't always have a biological link within the terrestrial ecosystem that has yet to be well established or defined (e.g., nitrate leaching).

## 13.6 Comparison to European Critical Loads

Few empirical N critical loads studies for European Mediterranean ecosystems have been published. Based on a European-wide modeling effort, Kuylenstierna et al. (1998) concluded that Mediterranean scrub has low to moderate sensitivity to N deposition, with a lower critical load of 15 kg N ha$^{-1}$ yr$^{-1}$. A relatively small area of the Mediterranean scrub exceeds this

level of deposition (Kuylenstierna et al. 1998). Lorenz et al. (2008) used the simple mass balance approach and reported low nutrient N critical load values for Spain, ranging from 3.5 to 10.5 kg ha$^{-1}$ yr$^{-1}$, or possibly even lower in some instances. These modeled critical load values appear to be lower than expected based on empirical studies (Fenn et al. 2008, Michopoulos et al. 2008, this chapter). Modeled deposition to coniferous forest for the year 2000 shows N deposition of 10 to 20 kg ha$^{-1}$ yr$^{-1}$ over most of Mediterranean Europe (Simpson et al. 2006), showing the potential for exceedance of the N critical load in many forested sites.

A critical load of 5 kg N ha$^{-1}$ yr$^{-1}$ as bulk deposition in forest clearings can be estimated for Spanish fir (*Abies pinsapo*) forests in southern Spain (Torres-Cañabate et al. 2008). Throughfall N deposition from an earlier study was reportedly 12 kg N ha$^{-1}$ yr$^{-1}$ in these forests (Torres-Cañabate et al. 2008). At the reported level of bulk deposition, N enrichment of soil and foliage were evident, along with increased potential net nitrification and emissions of N$_2$O from soil compared to a more N-limited site. However, bulk N deposition was higher at the N-limited site than the site showing symptoms of N saturation, making interpretation of these findings difficult (Torres-Cañabate et al. 2008). We estimate a tentative N critical load for incipient NO$_3^-$ leaching at a beech forest in central eastern Greece of 13 kg N ha$^{-1}$ yr$^{-1}$, based on data reported by Michopoulos et al. (2008), but more data are needed to determine if the critical load is actually higher. Catchments in northern Italy along the Swiss border (Rogora 2007) are strongly N saturated (at level 2-3 of Stoddard's [1994] classification), but these are not typical Mediterranean ecosystems. A notable example of a Mediterranean forest where deposition exceeds the N critical load is an Aleppo pine site in Athens, Greece (Michopoulos et al. 2004). Because this site is presumably well above the critical load, with annual throughfall deposition as high as 38 kg N ha$^{-1}$ yr$^{-1}$, the critical load cannot be determined.

In summary, few European Mediterranean sites have been reported to be above the N critical loads based on empirical data. On the other hand, broad-scale models

BLM_0062070

of N deposition and nutrient N critical loads predict that critical loads exceedance is not uncommon in the European Mediterranean region (Lorenz et al. 2008, Simpson et al. 2006). Lorenz et al. (2008) calculated low critical load values in Spain because of low plant growth rates, low timber harvest, and low levels of N export in seepage water due to low precipitation, resulting in low net N export from the ecosystems. It was concluded that, in these cases, the critical load can be exceeded by relatively low N deposition. However, modeled deposition and critical loads need to be validated with empirical data, particularly considering the co-occurrence of elevated $O_3$ levels and the pronounced seasonality in precipitation and N deposition inputs and outputs in these unique Mediterranean ecosystems (Fenn et al. 2008). DeVries et al. (2007) also recommended that for these cases the empirical critical loads for N should be determined.

The N critical loads in European Mediterranean ecosystems appear to be generally similar to those in California, but the lack of reported empirical critical loads for Mediterranean Europe prevent any strong comparisons. It seems safe to assume that in both regions, lichens are the most sensitive terrestrial responders to N deposition, and are impacted in regions of sufficient exposure. Lichen responses to $NH_3$ have been reported from Italy and Portugal, but critical load estimates are not available due to lack of deposition data (Frati et al. 2008, Pinho et al. 2009). However, recent studies on the responses of epiphytic lichen communities to $NH_3$ exposure indicate similar dose responses in Europe and the Mediterranean California ecoregion. In an oak woodland in Portugal, also with a Mediterranean climate, the estimated critical level for lichen community diversity impacts was 1.4 to 1.7 µg m$^{-3}$ (Pinho et al. 2009). The estimated critical level for epiphytic lichen community changes in mixed-conifer forests in the southern Sierra Nevada of California falls within this same range.[20] Recently a critical level of 1.0 µg m$^{-3}$ as a long-term average concentration was proposed for $NH_3$ effects on epiphytic lichen

communities based on European studies (Cape et al. 2009, Sutton et al. 2009) and a critical level of 3.0 µg m$^{-3}$ was proposed for effects on herbaceous plant communities (Cape et al. 2009). The California serpentine grassland results presented in this chapter are in general agreement with the herbaceous plant critical level for $NH_3$. Monthly average $NH_3$ concentrations were 0.3 to 0.7 µg m$^{-3}$ at a site where impacts were minimal, compared to $NH_3$ concentrations of 1 to 3.5 µg m$^{-3}$ at sites where plant communities were strongly impacted by invasive species.[21]

However, in regard to broader ecosystem effects from excess N, as suggested by Rodà et al. (2002) and in contrast to the conclusions of Lorenz et al. (2008) cited above, the N-limited state of some European Mediterranean ecosystems may be enhanced by the repeated nutrient losses from fire and biomass harvesting over the centuries. Under these N-demanding conditions, the critical loads for soil, vegetative, and hydrologic responses to N deposition may be higher than those reported for California. These effects of land-use history on the critical loads are expected to vary across the landscape. Information on critical loads for all vegetation types in Mediterranean ecosystems has been identified as a major research gap (Bobbink et al. 2003). Because of the dearth of critical load work in European Mediterranean ecosystems, the work summarized herein from California Mediterranean ecosystems may be useful to the European scientific community.

## 13.7 Future Research Directions and Gaps in Data

To better understand the effects of chronic N deposition in Mediterranean ecosystems, further research is needed on levels of N input and mechanisms and fluxes of N loss and storage, the effects of fire on N pools and processing, and the response of plant, lichen, and mycorrhizal communities to deposition. Gaseous N losses have not been well quantified and may be an important process by which a significant proportion of the excess N accumulation is reduced (Anderson and Poth 1989, Fenn

---

[20] Bytnerowicz, A.; Jovan, S. Unpublished data on file with Andrzej Bytnerowicz, research ecologist, Forest Fire Laboratory, 4955 Canyon Crest Dr., Riverside, CA 92507.

[21] Weiss, S.B.; Bytnerowicz, A. Unpublished data on file with Mark Fenn, research plant pathologist, Forest Fire Laboratory, 4955 Canyon Crest Dr., Riverside, CA 92507.

BLM_0062071

et al. 1996, Fenn and Poth 2001). A large proportion of trace gas losses are expected to occur in the riparian and near-riparian zones, possibly as degassing of dissolved $N_2O$ from groundwater-fed streams. Further streamwater measurements are needed across N deposition gradients using $\Delta^{17}O$ as a tracer for atmospheric $NO_3^-$ (Michalski et al. 2004) to determine the threshold percent of exported $NO_3^-$ as direct throughput of unassimilated atmospheric $NO_3^-$ associated with N-saturated catchments. As stands with lower air pollution or N fertilization at realistic levels are studied, we may find that lower levels of N deposition also have effects on ecosystem dynamics. Research is needed on the best management practices for improving water quality in chaparral and mixed-conifer forest catchments. Questions remain regarding the level of N deposition reduction necessary to reverse the symptoms of saturation. It would be valuable to characterize the spatial patterns of N deposition throughout catchments, but this is difficult because of the steep terrain in many chaparral and forested catchments.

Research is needed on the effects of fire in Mediterranean ecosystems. Fire is a natural part of Mediterranean ecosystems, and its interactions with N deposition are complex. In coastal sage scrub, fire may interact with increased N deposition to promote the growth of exotic grass fuel and cause rapid degradation in native vegetation (Allen et al. 1998, Minnich and Dezzani 1998, Talluto and Suding 2008). In chaparral and mixed-conifer forests, fire in combination with decreased N deposition may help mitigate N saturation (Gimeno et al. 2009). Studies are needed to test the effectiveness of periodic fire as a management tool in N-saturated catchments, considering that 65 to 85 and 80 to 95 percent of site N capital in forest (Johnson et al. 2009) and chaparral (Rundel and Parsons 1980, Rundel and Vankat 1989) ecosystems is stored in the mineral soil, which is unimpacted by fire disturbance (Meixner et al. 2006). Recurring fire is a normal process in California chaparral and forest ecosystems and prescribed fire can be applied without causing significant alterations in nutrient cycling or plant nutrient status (Murphy et al. 2006).

Little is known about the effects of N deposition on plant biodiversity in chaparral and in the forest understory, including the putative indirect effects on plant communities as a result of the impacts of N deposition on mycorrhizal communities. Nitrogen addition studies at appropriate doses are also needed to determine the N critical load for biodiversity effects in California grasslands. Additional analysis is needed to separate lichen responses due to $NH_3$ from those caused by other forms of N deposition in the oak woodlands, chaparral, and forest communities, and to account for the influence of precipitation on lichen responses to N deposition over the regional landscape. The original interpretation of lichen community work in the greater Central Valley was limited by available air pollution data. The simulated CMAQ deposition data presented herein has allowed for preliminary estimates of lichen-based critical loads in chaparral and oak woodlands. This should be complemented with empirical deposition data to better define the critical load for lichen community responses.

More work is needed to determine the critical load for acidity in chaparral ecosystems. Evidence strongly suggests that atmospheric deposition has acidified chaparral soils over the past several decades, but N deposition data are not available from enough sites to determine empirical relationships. Modeled estimates of the critical loads for acidity have not yet been made for chaparral ecosystems. Better definition is needed of the N input levels that contribute to decreases in forest sustainability by way of physiological perturbations, greater sensitivity to bark beetles, and increased drought stress and mortality (Grulke et al. 2009). Further comparisons of modeled and empirical critical loads are needed for California ecosystems and for Mediterranean ecosystems in general.

## LITERATURE CITED

Aber, J.D.; Nadelhoffer, K.J.; Steudler, P.; Melillo, J.M. 1989. **Nitrogen saturation in northern forest ecosystems.** BioScience. 39: 378-386.

Allen, E.B.; Padgett, P.E.; Bytnerowicz, A.; Minnich, R. 1998. **Nitrogen deposition effects on coastal sage vegetation of southern California.** In: Bytnerowicz, A.; Arbaugh, M.J.; Schilling, S.L., tech. coords. Proceedings of the international symposium on

BLM_0062072

air pollution and climate change effects on forest ecosystems; 1996 February 5-9; Riverside, CA. Gen. Tech. Rep. PSW-166. Albany, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station: 131-140.

Allen, E.B.; Temple, P.J.; Bytnerowicz, A.; Arbaugh, M.J.; Sirulnik, A.G.; Rao, L.E. 2007. **Patterns of understory diversity in mixed coniferous forests of southern California impacted by air pollution.** The Scientific World Journal. 7(S1): 247-263.

Anderson, I.C.; Poth, M.A. 1989. **Semiannual losses of nitrogen as NO and $N_2O$ from unburned and burned chaparral.** Global Biogeochemical Cycles. 3: 121-135.

Arbaugh, M.; Bytnerowicz, A.; Grulke, N.; Fenn, M.; Poth, M.; Temple, P.; Miller, P. 2003. **Photochemical smog effects in mixed conifer forests along a natural gradient of ozone and nitrogen deposition in the San Bernardino Mountains.** Environment International. 29: 401-406.

Arbaugh, M.J.; Johnson, D.W.; Pulliam, W.M. 1999. **Simulated effects of N deposition, ozone injury and climate change on a forest stand in the San Bernardino Mountains.** In: Miller, P.R.; McBride, J.R., eds. Oxidant air pollution impacts in the montane forests of southern California: A case study of the San Bernardino Mountains. Ecological Studies 134. New York, NY: Springer-Verlag: 353-372.

Bobbink, R.; Ashmore, M.R.; Braun, S.; Fluckiger, W.; van der Wyngaert, I.J.J. 2003. **Empirical nitrogen critical loads for natural and semi-natural ecosystems: 2002 update.** In: Achermann, B.; Bobbink, R. eds. Empirical critical loads for nitrogen. Environmental Documentation 164. Berne, Switzerland: Swiss Agency for the Environment, Forests and Landscape: 43-170.

Bowden, W.B.; Bormann, F.H. 1986. **Transport and loss of nitrous oxide in soil water after forest clear-cutting.** Science. 233: 867-869.

Breiner, J.; Gimeno, B.S.; Fenn, M. 2007. **Calculation of theoretical and empirical nutrient N critical loads in the mixed-conifer ecosystems of southern California.** The Scientific World Journal. 7(S1): 198-205.

Bytnerowicz, A.; Fenn, M.E. 1996. **Nitrogen deposition to California forests: a review.** Environmental Pollution. 92: 127-146.

Cape, J.N.; van der Eerden, L.J.; Sheppard, L.J.; Leith, I.D.; Sutton, M.A. 2009. **Evidence for changing the critical level for ammonia.** Environmental Pollution. 157: 1033-1037.

CDFFP (California Department of Forestry and Fire Protection). 2007. **FRAP [Fire and resource assessment program] data.** Available at http://frap.cdf.ca.gov/data/frapgisdata/download.asp?rec=fveg02_2 (Accessed March 30, 2011).

CEC (Commission for Environmental Cooperation). 1997. **Ecological regions of North America: Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/files/pdf/BIODIVERSITY/eco-eng_EN.pdf (Accessed May 24, 2010).

De Vries, W.; Kros, H.; Reinds, G.J.; Wamelink, W.; Mol, J.; van Dobben, H.; Bobbink, R.; Emmett, B.; Smart, S.; Evans, C.; Schlutow, A.; Kraft, P.; Belyazid, S.; Sverdrup, H.; van Hinsberg, A.; Posch, M.; Hettelingh, J.-P. 2007. **Developments in deriving critical limits and modelling critical loads of nitrogen for terrestrial ecosystems in Europe.** Alterra Report 1382 [Alterra-rapport 1382]. Wageningen, The Netherlands: Wageningen University, Alterra. 206 p.

Egerton-Warburton, L.M.; Allen, E.B. 2000. **Shifts in arbuscular mycorrhizal communities along an anthropogenic nitrogen deposition gradient.** Ecological Applications. 10: 484-496.

BLM_0062073

Egerton-Warburton, L.M.; Graham, R.C.; Allen, E.B.; Allen, M.F. 2001. **Reconstruction of the historical changes in mycorrhizal fungal communities under anthropogenic nitrogen deposition.** Proceedings of the Royal Society of London. B268: 2479-2484.

Fenn, M.E. 1991. **Increased site fertility and litter decomposition rate in high-pollution sites in the San Bernardino Mountains.** Forest Science. 37: 1163-1181.

Fenn, M.E.; Allen, E.B.; Weiss, S.B.; Jovan, S.; Geiser, L.; Tonnesen, G.S.; Johnson, R.F.; Rao, L.E.; Gimeno, B.S.; Yuan, F.; Meixner, T.; Bytnerowicz, A. 2010. **Nitrogen critical loads and management alternatives for N-impacted ecosystems in California.** Journal of Environmental Management. 91: 2404-2423.

Fenn, M.E.; Baron, J.S.; Allen, E.B.; Rueth, H.M.; Nydick, K.R.; Geiser, L.; Bowman, W.D.; Sickman, J.O.; Meixner, T.; Johnson, D.W.; Neitlich, P. 2003a. **Ecological effects of nitrogen deposition in the western United States.** BioScience. 53: 404-420.

Fenn, M.E.; Jovan, S.; Yuan, F.; Geiser, L.; Meixner, T.; Gimeno, B.S. 2008. **Empirical and simulated critical loads for nitrogen deposition in California mixed conifer forests.** Environmental Pollution. 155: 492-511.

Fenn, M.E.; Poth, M.A. 1996. **Preliminary evidence of nitrogen saturation in the San Bernardino Mountains in Southern California.** In: Cox, R.; Percy, K.; Jensen, K.; Simpson, C. comps. Proceedings of the IUFRO air pollution and multiple stresses 16th international meeting for specialists in air pollution effects on forest ecosystems; 1994 September 7-9; Fredericton, NB. Fredericton, NB: Natural Resources Canada, Canadian Forest Service, Atlantic Centre: 97-102.

Fenn, M.E.; Poth, M.A. 1999. **Temporal and spatial trends in streamwater nitrate concentrations in the San Bernardino Mountains, southern California.** Journal of Environmental Quality. 28: 822-836.

Fenn, M.E.; Poth, M.A. 2001. **A case study of nitrogen saturation in western U.S. forests.** In: Galloway, J.; Cowling, E.; Erisman, J.W.; Wisniewski, J.; Jordan, C. eds. Optimizing nitrogen management in food and energy production and environmental protection: Proceedings of the 2nd international nitrogen conference; 2001 October 14-18; Potomac, MD. Lisse, The Netherlands: Balkema Publishers: 433-439.

Fenn, M.E.; Poth, M.A. 2004. **Monitoring nitrogen deposition in throughfall using ion exchange resin columns: A field test in the San Bernardino Mountains.** Journal of Environmental Quality. 33: 2007-2014.

Fenn, M.E.; Poth, M.A.; Aber, J.D.; Baron, J.S.; Bormann, B.T.; Johnson, D.W.; Lemly, A.D.; McNulty, S.G.; Ryan, D.F.; Stottlemyer, R. 1998. **Nitrogen excess in North American ecosystems: predisposing factors, ecosystem responses, and management strategies.** Ecological Applications. 8(3): 706-733.

Fenn, M.E.; Poth, M.A.; Bytnerowicz, A.; Sickman, J.O.; Takemoto, B.K. 2003b. **Effects of ozone, nitrogen deposition, and other stressors on montane ecosystems in the Sierra Nevada.** In: Bytnerowicz, A.; Arbaugh, M.J.; Alonso, R., eds. Developments in environmental science, volume 2: Ozone air pollution in the Sierra Nevada: Distribution and effects on forests. Amsterdam, The Netherlands: Elsevier: 111-155.

Fenn, M.E.; Poth, M.A.; Dunn, P.H.; Barro, S.C. 1993. **Microbial N and biomass, respiration and N-mineralization in soils beneath two chaparral species along a fire-induced age gradient.** Soil Biology and Biochemistry. 25: 457-466.

Fenn, M.E.; Poth, M.A.; Johnson, D.W. 1996. **Evidence for nitrogen saturation in the San Bernardino Mountains in southern California.** Forest Ecology and Management. 82: 211-230.

Fenn, M.E.; Poth, M.A.; Terry, J.D.; Blubaugh, T.J. 2005. **Nitrogen mineralization and nitrification**

BLM_0062074

in a mixed conifer forest in southern California: Controlling factors, fluxes, and nitrogen fertilization response at a high and low nitrogen deposition site. Canadian Journal of Forest Research. 35: 1464-1486.

Fenn, M.E.; Poth, M.A.; Schilling, S.L.; Grainger, D.B. 2000. Throughfall and fog deposition of nitrogen and sulfur at an N-limited and N-saturated site in the San Bernardino Mountains, southern California. Canadian Journal of Forest Research. 30: 1476-1488.

Fenn, M.E.; Sickman, J.O.; Bytnerowicz, A.; Clow, D.W.; Molotch, N.P.; Pleim, J.E.; Tonnesen, G.S.; Weathers, K.C.; Padgett, P.E.; Campbell, D.H. 2009. Methods for measuring atmospheric nitrogen deposition inputs in arid and montane ecosystems of western North America. In: Legge, A.H., ed. Developments in environmental science, vol. 9: Air quality and ecological impacts: Relating sources to effects. Amsterdam, The Netherlands: Elsevier: 179-228.

Frati, L.; Brunialti, G.; Loppi, S. 2008. Effects of reduced nitrogen compounds on epiphytic lichen communities in Mediterranean Italy. Science of the Total Environment. 407: 630-637.

Geiser, L.H.; Jovan, S.E.; Glavich, D.A.; Porter, M. 2010. Lichen-based critical loads for atmospheric nitrogen deposition in western Oregon and Washington forests, USA. Environmental Pollution. 158: 2412-2421.

Gimeno, B.S.; Yuan, F.; Fenn, M.E.; Meixner, T. 2009. Management options for mitigating nitrogen (N) losses from N saturated mixed conifer forests in California. In: Bytnerowicz, A.; Arbaugh, M.J.; Riebau, A.R.; Andersen, C., eds. Wildland fires and air pollution. Developments in environmental science, volume 8. Amsterdam, The Netherlands: Elsevier: 425-455.

Grulke, N.E.; Andersen, C.P.; Fenn, M.E.; and Miller, P.R. 1998. Ozone exposure and nitrogen

deposition lowers root biomass of ponderosa pine in the San Bernardino Mountains, California. Environmental Pollution. 103: 63-73.

Grulke, N.E.; Balduman, L. 1999. Deciduous conifers: High N deposition and $O_3$ exposure effects on growth and biomass allocation in ponderosa pine. Water, Air and Soil Pollution. 116: 235-248.

Grulke, N.E.; Minnich, R.A.; Paine, T.D.; Seybold, S.J.; Chavez, D.J.; Fenn, M.E.; Riggan, P.J.; Dunn, A. 2009. Air pollution increases forest susceptibility to wildfires: A case study in the San Bernardino Mountains in southern California. In: Bytnerowicz, A.; Arbaugh, M.J.; Riebau, A.R.; Andersen, C., eds. Wildland fires and air pollution. Developments in environmental science, volume 8. Amsterdam, The Netherlands: Elsevier: 365-403.

Harrison, S.P.; Viers, J.H. 2007. Serpentine grasslands. In: Stromberg, M.R.; Corbin, J.D.; D'Antonio, C.M., eds. California grasslands: Ecology and management. Berkeley, CA: University of California Press: 145-155.

Hasse, H.E. 1913. The lichen flora of southern California. Contributions from the United States National Herbarium. 17: 1-132.

Johnson, D.W.; Fenn, M.E.; Miller, W.W.; Hunsaker, C.F. 2009. Fire effects on carbon and nitrogen cycling in forests of the Sierra Nevada. In: Bytnerowicz, A.; Arbaugh, M.J.; Riebau, A.R.; Andersen, C., eds. Wildland fires and air pollution. Developments in environmental science, volume 8. Amsterdam, The Netherlands: Elsevier: 405-423.

Jones, M.E.; Paine, T.D.; Fenn, M.E.; Poth, M.A. 2004. Influence of ozone and nitrogen deposition on bark beetle activity under drought conditions. Forest Ecology and Management. 200: 67-76.

Jordan, F.L.; Cantera, J.J.L.; Fenn, M.E.; Stein, L.Y. 2005. Autotrophic ammonia-oxidizing bacteria contribute minimally to nitrification in

BLM_0062075

a nitrogen-impacted forested ecosystem. Applied Environmental Microbiology. 71: 197-206.

Jovan, S. 2008. Lichen bioindication of biodiversity, air quality, and climate: baseline results from monitoring in Washington, Oregon, and California. Gen. Tech. Rep. PNW-737. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 56 p.

Jovan, S.; McCune, B. 2005. Air quality bioindication in the greater Central Valley of California with epiphytic macrolichen communities. Ecological Applications. 15(5): 1712-1726.

Keeley, J.E.; Davis, F.W. 2007. Chaparral. Chapter 13. In: Barbour, M.J.; Keeler-Wolf, T.; Schoenherr, A.A., eds. Terrestrial vegetation of California. Berkeley, CA: University of California Press: 339-366.

Kuylenstierna, J.C.I.; Hicks, W.K.; Cinderby, S.; Cambridge, H. 1998. Critical loads for nitrogen deposition and their exceedance at European scale. Environmental Pollution. 102: 591-598.

Li, X.; Meixner, T.; Sickman, J.O.; Miller, A.E.; Schimel, J.P.; Melack, J.M. 2006. Decadal-scale dynamics of water, carbon and nitrogen in a California chaparral ecosystem: DAYCENT modeling results. Biogeochemistry. 77: 217-245.

Lorenz, M.; Nagel, H.-D.; Granke, O.; Kraft, P. 2008. Critical loads and their exceedances at intensive forest monitoring sites in Europe. Environmental Pollution. 155: 426-435.

MacDonald, J.A.; Dise, N.B.; Matzner, E.; Armbruster, M.; Gundersen, P.; Forsius, M. 2002. Nitrogen input together with ecosystem nitrogen enrichment predict nitrate leaching from European forests. Global Change Biology. 8: 1028-1033.

McCune, B.; Grenon, J.; Mutch, L.S.; Martin, E.P. 2007. Lichens in relation to management issues in the Sierra Nevada national parks. Pacific Northwest Fungi. 2: 1-39.

Meixner, T.; Fenn, M. 2004. Biogeochemical budgets in a Mediterranean catchment with high rates of atmospheric N deposition—importance of scale and temporal asynchrony. Biogeochemistry. 70: 331-356.

Meixner, T.; Fenn, M.E.; Wohlgemuth, P.; Oxford, M.; Riggan, P. 2006. N saturation symptoms in chaparral catchments are not reversed by prescribed fire. Environmental Science and Technology. 40: 2887-2894.

Michalski, G.; Meixner, T.; Fenn, M.; Hernandez, L.; Sirulnik, A.; Allen, E.; Thiemens, M. 2004. Tracing atmospheric nitrate deposition in a complex semiarid ecosystem using $\Delta^{17}O$. Environmental Science and Technology. 38: 2175-2181.

Michopoulos, P.; Baloutsos, G.; Economou, A. 2008. Nitrogen cycling in a mature mountainous beech forest. Silva Fennica. 42: 5-17.

Michopoulos, P.; Baloutsos, G.; Economou, A.; Nikolis, N. 2004. Effects of nitrogen deposition on nitrogen cycling in an Aleppo pine stand in Athens, Greece. Science of the Total Environment. 323: 211-218.

Minnich, R.A., 1999. Vegetation, fire regimes, and forest dynamics. In: Miller, P.R.; McBride, J.R., eds. Oxidant air pollution impacts in the montane forests of southern California: A case study of the San Bernardino Mountains. Ecological Studies 134. New York: Springer-Verlag: 44-78.

Minnich, R.A.; Bahre, C.J. 1995. Wildland fire and chaparral succession along the California Baja-California Boundary. International Journal of Wildland Fire. 5: 13-24.

Minnich, R. A.; Dezzani, R.J. 1998. Historical decline of coastal sage scrub in the Riverside-Perris plain, California. Western Birds. 29: 366-391.

BLM_0062076

Munz, P. A. 1973. **A California flora.** Berkeley, CA: University of California Press. 1681 p.

Murphy, J.D.; Johnson, D.W.; Miller, W.W.; Walker, R.F.; Blank, R.R. 2006. **Prescribed fire effects on forest floor and soil nutrients in a Sierra Nevada forest.** Soil Science. 171: 181-199.

Nash III, T.H.; Sigal, L.L. 1999. **Epiphytic lichens in the San Bernardino Mountains in relation to oxidant gradients.** In: Miller, P.R.; McBride, J.R., eds. Oxidant air pollution impacts in the montane forests of southern California: A case study of the San Bernardino Mountains. Ecological Studies 134. New York: Springer-Verlag: 223-234.

Padgett, P.E.; Allen, E.B.; Bytnerowicz, A.; Minnich, R.A. 1999. **Changes in soil inorganic nitrogen as related to atmospheric nitrogenous pollutants in southern California.** Atmospheric Environment. 33: 769-781.

Peterson, D.L.; Arbaugh, M.J. 1992. **Mixed conifer forests of the Sierra Nevada.** In: Olson, R.K.; Binkley, D.; Böhm, M., eds. The response of western forests to air pollution. Ecological studies series, volume 97. New York, NY: Springer-Verlag: 433-459.

Pinho, P.; Branquinho, C.; Cruz, C.; Tang, Y.S.; Dias, T.; Rosa, A.P.; Máguas, C.; Martins-Loução, M.-A. 2009. **Assessment of critical levels of atmospheric ammonia for lichen diversity in cork-oak woodland, Portugal.** In: Sutton, M.A.; Reis, S.; Baker, S.M.H., eds. Atmospheric ammonia: Detecting emission changes and environmental impacts. New York, NY: Springer: 109-119.

Rao, L.E.; Allen, E.B.; Meixner, T. 2010. **Risk-based determination of critical nitrogen deposition loads for fire spread in southern California deserts.** Ecological Applications. 20: 1320-1335.

Riddell, J; Nash, T.H., III; Padgett, P. 2008. **The effect of HNO$_3$ gas on the lichen *Ramalina menziesii*.** Flora. 203: 47-54

Riggan, P.J.; Lockwood, R.N.; Jacks, P.M.; Colver, C.G.; Weirich, F.; DeBano, L.F.; Brass, J.A. 1994. **Effects of fire severity on nitrate mobilization in watersheds subject to chronic atmospheric deposition.** Environmental Science and Technology. 28: 369-375.

Riggan, P.J.; Lockwood, R.N.; Lopez, E.N. 1985. **Deposition and processing of airborne nitrogen pollutants in Mediterranean-type ecosystems of southern California.** Environmental Science and Technology. 19: 781-789.

Rodà, F.; Avila, A.; Rodrigo, A. 2002. **Nitrogen deposition in Mediterranean forests.** Environmental Pollution. 118: 205-213.

Rogora, M. 2007. **Synchronous trends in N-NO$_3$ export from N-saturated river catchments in relation to climate.** Biogeochemistry. 86: 251-268.

Ross, L.J. 1982. **Lichens on coastal live oak in relation to ozone.** Tempe, AZ: Arizona State University. M.S. thesis.

Ross, L.J.; Nash, T.H., III. 1983. **Effect of ozone on gross photosynthesis of lichens.** Environmental and Experimental Botany. 23: 71-77.

Rundel, P.W.; Parsons, D.J. 1980. **Nutrient changes in two chaparral shrubs along a fire-induced age gradient.** American Journal of Botany. 67: 51-58.

Rundel, P.W.; Vankat, J.L. 1989. **Chaparral communities and ecosystems.** In: Keely, S.C., ed. The California chaparral: Paradigms reexamined. No. 34 Science Series. Los Angeles, CA: Natural History Museum of Los Angeles County: 127-139.

Sigal, L.L.; Nash III, T.H. 1983. **Lichen communities on conifers in southern California: an ecological survey relative to oxidant air pollution.** Ecology. 64: 1343-1354.

Simpson, D.; Butterbach-Bahl, K.; Fagerli, H.; Kesik, M.; Skiba, U.; Tang, S. 2006. **Deposition and**

BLM_0062077

emissions of reactive nitrogen over European forests: A modelling study. Atmospheric Environment. 40: 5712-5726.

Sirajuddin, A.T. 2009. Impact of atmospheric nitrogen pollution on belowground mycorrhizal community structure and composition in the San Bernardino Mountains. Riverside, CA: University of California. 120 p. Ph.D. dissertation.

Sirulnik, A.G.; Allen, E.B.; Meixner, T.; Fenn, M.E.; Allen, M.F. 2007. Changes in N cycling and microbial N with elevated N in exotic grasslands of Southern California. Applied Soil Ecology. 36: 1-9.

Stoddard, J.L. 1994. Long-term changes in watershed retention of nitrogen: Its causes and aquatic consequences. In: Baker, L.A., ed. Environmental chemistry of lakes and reservoirs. Advances in chemistry series 237. Washington, DC: American Chemical Society: 223-284.

Stolte, K.W. 1982. The effects of ozone on chaparral plants in the California south coast air basin. Riverside, CA: University of California. 108 p. M.S. thesis.

Sutton, M.A.; Wolseley, P.A.; Leith, I.D.; van Dijk, N.; Tang, Y.S.; James, P.W.; Theobald, M.R.; Whitfield, C. 2009. Estimation of the ammonia critical level for epiphytic lichens based on observations at farm, landscape and national scales. In: Sutton, M.A.; Reis, S.; Baker, S.M.H., eds. Atmospheric ammonia: Detecting emission changes and environmental impacts. New York, NY: Springer: 71-86.

Talluto, M.V.; Suding, K.N. 2008. Historical change in coastal sage scrub in southern California in relation to fire frequency and air pollution. Landscape Ecology. 23: 803-815.

Temple, P.J. 1999. Effects of ozone on understory vegetation in the mixed conifer forest. In: Miller, P.R.; McBride, J.R., eds. Oxidant air pollution impacts in the montane forests of southern

California: A case study of the San Bernardino Mountains. Ecological Studies 134. New York: Springer-Verlag: 208-222.

Tonnesen, G.; Wang, Z.; Omary, M.; Chien, C.J. 2007. Assessment of nitrogen deposition: Modeling and habitat assessment. CEC-500-2005-032. Sacramento, CA: California Energy Commission, PIER Energy-Related Environmental Research. Available at http://www.energy.ca.gov/2006publications/CEC-500-2006-032/CEC-500-2006-032.PDF (Accessed May 12, 2010).

Torres-Cañabate, P.; Davidson, E.A.; Bulygina, E.; García-Ruiz, R.; Carreira, J.A. 2008. Abiotic immobilization of nitrate in two soils of relic *Abies pinsapo*-fir forests under Mediterranean climate. Biogeochemistry. 91: 1-11.

Vourlitis, G.L.; Pasquini, S.; Zorba, G. 2007a. Plant and soil N response of southern Californian semi-arid shrublands after 1 year of experimental N deposition. Ecosystems. 10: 263-279.

Vourlitis, G. L.; Zorba, G. 2007. Nitrogen and carbon mineralization of semi-arid shrubland soil exposed to long-term atmospheric nitrogen deposition. Biology and Fertility of Soils. 43: 611-615.

Vourlitis, G.L.; Zorba, G.; Pasquini, S.C.; Mustard, R. 2007b. Chronic nitrogen deposition enhances nitrogen mineralization potential of semiarid shrubland soils. Soil Science Society of America Journal. 71: 836-842.

Weiss, S.B. 1999. Cars, cows, and checkerspot butterflies: Nitrogen deposition and management of nutrient-poor grasslands for a threatened species. Conservation Biology. 13: 1476-1486.

Wood, Y.A.; Fenn, M.; Meixner, T.; Shouse, P.J.; Breiner, J.; Allen, E.; Wu, L. 2007. Smog nitrogen and the rapid acidification of forest soil, San Bernardino Mountains, southern California. The Scientific World Journal. 7(S1): 175-180.

BLM_0062078

Wood, Y.A.; Meixner, T.; Shouse, P.J.; Allen, E.B. 2006. **Altered ecohydrologic response drives native shrub loss under conditions of elevated N-deposition.** Journal of Environmental Quality. 35: 76-92.

Wood, H.B.; Olivier, K.L.; Ryan, T.M. 1992. **Surface soil acidification in smog-polluted chaparral ecosystems in the San Gabriel Mountains, California.** Bulletin of the Ecological Society of America. 73: 392.

Yoshida, L.C.; Allen, E.B. 2004. **$^{15}$N uptake by mycorrhizal *Artemisia californica* and the invasive *Bromus madritensis* of a N-eutrophied shrubland.** Biology and Fertility of Soil. 39:243-248.

BLM_0062079

170

BLM_0062080

# 14 SOUTHERN SEMI-ARID HIGHLANDS

M.E. Fenn, E.B. Allen

## 14.1 Ecoregion description

Most of the Southern Semi-Arid Highlands ecoregion occurs in Mexico, but a portion centered on the Chiricahua Mountains of Arizona and New Mexico lies in the United States. The ecoregion description is adapted from CEC (1997). Rainfall is 300 to 600 mm, with biseasonal distribution (winter and summer). The mountains are volcanic in origin, with valleys and plains of alluvial sediments. The area lies at the intersection of the Sonoran and Chihuahuan Deserts, the Rocky Mountains, and the Sierra Madre (CEC 1997, Fig. 2.1). Consequently, this region is high in plant and animal diversity, having components of all four ecosystem types. Vegetation includes desert grassland interspersed with desert scrub (especially mesquite [*Prosopis* spp.] and acacia [*Acacia* spp.]) at low elevations, oak (*Quercus* spp.) and juniper (*Juniperus* spp.) at intermediate elevations, and coniferous forests at high elevations.

## 14.2 Ecosystem Responses to N Deposition

Potential nitrogen (N) deposition impacts to the southern highlands are likely to be similar to those described for Mediterranean California and North American Deserts ecoregions (Chapters 13 and 12), where similar vegetation types occur. In the lowlands, ecosystem responses to N deposition might include increases in exotic species, an effect which can lead to the accumulation of fire-sustaining fuel loads and thus increased fire frequency and severity. Other potential effects to lowland ecosystems include alteration of mycorrhizal fungal diversity, abundance, and functioning; shifts in lichen communities; and alteration of biotic crust composition as reported for other desert areas (see Chapter 12).

At intermediate elevations, ecosystem responses to N deposition might include alteration of lichen community composition or functional groups. Further increases in N deposition might affect mycorrhizae and herbaceous plant communities.

In the uplands, ecosystem responses to N at current deposition inputs likely include changes in lichen communities. We hypothesize that if N deposition increased two- to threefold (to approximately 12 to 18 kg ha$^{-1}$ yr$^{-1}$), many effects reported for mixed conifer forests (see Chapter 13) would become apparent within a few years as N accumulates in the ecosystem. These expected effects would include elevated nitrate ($NO_3^-$) leaching and nitrogenous trace gas emissions from soil, impaired root production, altered mycorrhizal community composition and function, increased susceptibility to pests, and possible effects on understory biodiversity.

## 14.3 Range of Responses Observed

As we were not able to identify U.S. studies documenting a particular ecosystem response at a given level of N input for this ecoregion, we focus instead on the reported deposition for the U.S. ecoregion and documented ecosystem responses not linked to a specific N level.

The Chiricahua National Monument, a semi-arid site with sparse vegetation cover, is designated a Class I airshed under the Clean Air Act, with management objectives of clear views to 100 miles in any direction (NPS 2006). Threats to air quality include smelting and power plants in Mexico, but especially future plans for power plants within 50 miles of the border. Because both smelting and coal-fired power plants produce sulfur oxides ($SO_x$), the greater ecological threats in past decades may have come from sulfur (S) rather than N deposition. However, based on temporal trends in the National Atmospheric Deposition Program (NADP) and Clean Air Status and Trends Network (CASTNET) data at the Chiricahua site, N deposition is now greater than S deposition. Sulfur emissions have decreased in this area since around 1999 (US EPA 2008b), when smelters in Playas, New Mexico, and Cananea, Sonora, Mexico, closed. Total S deposition over the past several years as reported by NADP and CASTNET

BLM_0062081

is approximately 1.2 kg ha$^{-1}$ yr$^{-1}$. Even if the dry deposition of S is underestimated, S deposition levels would still be considered low.

The NADP and CASTNET data report total annual N deposition of 2 to 3 kg ha$^{-1}$ yr$^{-1}$ over the past 15 years at the Chiricahua site (US EPA 2008a). Average annual precipitation at the monitoring site is approximately 400 mm. Reported values of wet N deposition are three times greater than those for dry N deposition, suggesting that the CASTNET modeling approach is underestimating dry deposition and thus total deposition, as has been reported by CASTNET data for other semi-arid sites in the western United States (Fenn et al. 2009). According to NADP data, wet deposition of ammonium ($NH_4^+$) is similar to wet deposition of $NO_3^-$. However, dry deposition of ammonia ($NH_3$) is not measured, and as a result, total N deposition is almost certainly greatly underestimated.

In our judgment, bulk N deposition at the Chiricahua NADP site is likely closer to 4 to 5 kg ha$^{-1}$ yr$^{-1}$. Depending on leaf area index, deposition to canopies in areas with significant vegetation cover would be even higher. Nitrogen deposition in this region was estimated to be 4 to 7 kg ha$^{-1}$ yr$^{-1}$, by the Environmental Protection Agency's Models-3/Community Multiscale Air Quality (CMAQ) model (Byun and Schere 2006) and 2002 emissions data (Fenn et al. 2003b). Based on these estimates, we hypothesize that N deposition in the Chiricahua National Monument occurs at levels that can affect sensitive ecosystem components such as lichen community composition. Other possible effects of incipient N enrichment are community shifts of annual plant species (Fenn et al. 2003a). However, lichen communities likely have also been affected by historical S emissions from copper smelters in the region.

In the San Simon Valley, near Portal, Arizona, and adjacent to the Chiricahua National Monument, the winter annual plant community has undergone marked community change associated with the sustained proliferation of stork's bill (*Erodium cicutarium*), the Eurasian invasive winter annual plant (Schutzenhofer and Valone 2006). As a result, winter annual plant diversity has declined drastically and species composition has shifted. Possible factors contributing to these plant community changes are changes in climate, including decreased winter precipitation and more frequent drought, N deposition from agricultural fields and copper smelters (Bytnerowicz 2009[22]), and changes in the rodent community (Ernest et al. 2000). Preliminary atmospheric concentration data for $NO_3^-$ and nitric acid ($HNO_3$) measured from December 2006 to January 2007 in the San Simon Valley were higher than expected for a remote site.[22]

## 14.4 Future Research Directions and Gaps in Data

Little is known about the effects of N deposition in the Southern Semi-Arid Highlands, as they have not been studied. N deposition needs to be measured within the major ecosystem types. Ecological effects should be investigated by surveying for sites showing N accumulation and enrichment associated with N deposition. Sulfur deposition levels and effects from past and current S deposition should also be evaluated. Where lichen communities occur, they can be surveyed for community shifts and S and N accumulation as early sentinels of ecosystem change and response to air pollution.

---

[22]Bytnerowicz, A. 2009. Personal communication. Ecologist, Pacific Southwest Research Station Forest Fire Laboratory, 4955 Canyon Crest Drive, Riverside, CA 92507.

BLM_0062082

## LITERATURE CITED

Byun, D.; Schere, K.L. 2006. **Review of the governing equations, computational algorithms, and other components of the Models-3 Community Multiscale Air Quality (CMAQ) modeling system.** Applied Mechanics Reviews. 59: 51-77.

CEC (Commission for Environmental Cooperation). 1997. **Ecological regions of North America. Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/files/pdf/BIODIVERSITY/eco-eng_EN.pdf (May 24, 2010).

Ernest, S.K.M.; Brown, J.H.; Parmenter, R.R. 2000. **Rodents, plants, and precipitation: spatial and temporal dynamics of consumers and resources.** Oikos. 88: 470-482.

Fenn, M.E.; Baron, J.S.; Allen, E.B.; Rueth, H.M.; Nydick, K.R.; Geiser, L.; Bowman, W.D.; Sickman, J.O.; Meixner, T.; Johnson, D.W.; and Neitlich, P. 2003a. **Ecological effects of nitrogen deposition in the western United States.** BioScience. 53: 404-420.

Fenn, M.E.; Haeuber, R.; Tonnesen, G.S.; Baron, J.S.; Grossman-Clarke, S.; Hope, D.; Jaffe, D.A.; Copeland, S.; Geiser, L.; Rueth, H.M.; Sickman, J.O. 2003b. **Nitrogen emissions, deposition, and monitoring in the western United States. BioScience.** 53: 391-403.

Fenn, M.E.; Sickman, J.O.; Bytnerowicz, A.; Clow, D.W.; Molotch, N.P.; Pleim, J.E.; Tonnesen, G.S.; Weathers, K.C.; Padgett, P.E.; Campbell; D.H. 2009. **Methods for measuring atmospheric nitrogen deposition inputs in arid and montane ecosystems of western North America.** In: Legge, A.H., ed. Developments in environmental science. Relating atmospheric source apportionment to vegetation effects: Establishing cause effect relationships. Vol. 9. Amsterdam: Elsevier: 179-228.

NPS (National Park Service). 2006. **Chiricahua National Monument—air quality.** Washington, DC: U.S. Department of Interior, National Park Service, Chiricahua National Monument. Available at http://www.nps.gov/chir/naturescience/airquality.htm (Accessed May 12, 2010).

Schutzenhofer, M.R.; Valone, T.J. 2006. **Positive and negative effects of exotic *Erodium cicutarium* on an arid ecosystem.** Biological Conservation. 132: 376-381.

US EPA (U.S. Environmental Protection Agency). 2008a. **Clean air status and trends network—Chiricahua, total N.** Washington, DC: U.S. Environmental Protection Agency. Available at http://epa.gov/castnet/javaweb/charts/CHA467_totn.png (Accessed March 28, 2011).

US EPA (U.S. Environmental Protection Agency). 2008b. **Clean air status and trends network—Chiricahua, total S.** Washington, DC: U.S. Environmental Protection Agency. Available at http://epa.gov/castnet/javaweb/charts/CHA467_tots.png (Accessed March 28, 2011).

BLM_0062083

174

BLM_0062084

# 15 TEMPERATE SIERRAS

M.E. Fenn, L.H. Geiser

## 15.1 Ecoregion Description

Much of the Temperate Sierras ecoregion is located in Mexico, but a northern portion of this ecoregion is found in the southwestern United States (mainly in Arizona and New Mexico) (CEC 1997, Fig. 2.1). The ecoregion description is adapted from CEC (1997). Forested montane regions are typically surrounded at lower elevations by arid and semi-arid deserts, scrublands, or grasslands. Vegetation can be evergreen or deciduous, and is primarily composed of conifers and oaks which grow from 10 to 30 m, sometimes reaching 50 m. This vegetative cover may comprise from one to three tree layers, one or two shrub layers, and an herbaceous stratum. This forest community is characterized by about 3000 vascular plant species, 30 percent of which are endemic to Mexico (CEC 1997).

## 15.2 Ecosystem Responses to N Deposition

Responses to N deposition in this ecoregion (Fenn et al. 1999, 2002a, 2002b) appear to be similar to those in the mixed conifer forest of the Mediterranean California ecoregion (Chapter 13). These effects include elevated foliar N concentrations, increased soil N cycling rates, increased N export in solution and via trace gas emissions, increased susceptibility to pests, changes in native species composition, enhanced establishment of exotic invasive species, and changes in mycorrhizal and epiphytic lichen communities. Although data on N deposition and effects are scarce for the U.S. portion of the Temperate Sierras ecoregion, under current simulated estimates (3 to 6 kg N ha$^{-1}$ yr$^{-1}$) of total N deposition (Fenn et al. 2003) and National Atmospheric Deposition Program (NADP) wet deposition data, we expect that the most likely effects occurring in some areas under current deposition levels are likely to be effects on lichen communities and possibly effects on herbaceous or grass understory communities.

## 15.3 Range of Responses Observed

Little research has been done on N deposition effects in forests of the Temperate Sierras ecoregion in Arizona and New Mexico. However, a combination of modeling and monitoring were used to estimate N deposition fluxes for forests northeast of Phoenix, Arizona, a rapidly expanding metropolis (Fenn et al. 2003). Estimated deposition fluxes to the forested area ranged from 13 to 23 kg ha$^{-1}$ yr$^{-1}$. Further measurements are needed to confirm these data and to determine the extent of the affected areas, but these estimates suggest that current levels of N deposition are likely to have significant impacts on these forests. The spatial extent of affected areas may be relatively limited.

Because we found no studies relating N inputs to ecosystem responses in the United States, we summarize research conducted in the Mexico City air basin (Fig. 15.1) within this ecoregion, as it may shed some light on the levels at which responses may be observed. Mexico City (Fig. 15.1) is located within the larger Basin of Mexico, sometimes called the valley of Mexico. The 9600 km$^2$ basin is defined by mountain ranges surrounding the valley floor. The Mexico City air basin refers to the ground-level atmosphere of the basin. In Mexican mountain pine (*Pinus hartwegii*) forests in the Mexico City air basin, the primary documented response to N deposition was nitrate (NO$_3^-$) leaching (Fenn et al. 1999, Fenn et al. 2002b). Foliar N was sometimes higher in the more polluted sites, but this result was inconsistent. Also, soil N levels did not always correspond with N deposition (Fenn et al. 1999, 2002b, 2006). The inconsistent response of foliar and soil N may be due to the inherent high soil N fertility of the volcanic soils prevalent in the Mexico City air basin (Fenn et al. 2002b, 2006). The role of N deposition in the historical and current deterioration of native lichen communities is unclear, as lichen community impacts in the Mexico City Air Basin began decades ago

BLM_0062085



Figure 15.1—The Mexico City air basin, showing major mountain ranges, towns, and Mexico City. The high N deposition forested sites studied, Desierto de los Leones and Ajusco, are in the southwestern portion of the basin. The low deposition forest sites are in the southeastern portion of the basin within the Rio Frio and Nevada mountain ranges.

when sulfur (S) emissions and deposition were much greater than current levels and greater than nitrogen oxides ($NO_x$) emissions. However, it is likely that as S deposition levels have decreased in the Mexico City air basin in the past decade (Fenn et al. 2002a), the relative importance of N deposition on the remaining lichen communities has increased.

In the Mexico City air basin, $NO_3^-$ concentrations in stream and spring water were highly elevated in forested catchments south and southwest of Mexico City. Nitrogen deposition in throughfall at the highly N-saturated Desierto de los Leones National Park was 18.5 kg ha$^{-1}$ yr$^{-1}$ in 1996/1997 (Fenn et al. 1999). Nitrate concentrations in springs and streamwater at this site were frequently 20 to 90 µeq L$^{-1}$ (Fenn et al. 2002b), indicating that this site is strongly N saturated. Elevated $NO_3^-$ concentrations were also found at the

Ajusco site, where N deposition is believed to be lower than at the Desierto site (Fenn et al. 2002a), but annual deposition fluxes have not been quantified. Because the Andisols in these study sites are typically high in N, even without elevated N deposition, no clear patterns of increased net N mineralization, nitrification, soil N or foliar N were observed (Fenn et al. 2002b). Nitrogen fertilization sometimes results in little plant growth response (Fenn et al. 2002b, 2006); preliminary evidence suggests a depressive growth effect from added N in the Mexico City air basin in some cases, possibly because added N induces greater phosphorus (P) deficiency (Fenn et al. 2006, 2002b). Widespread P deficiency, presumably because of the high P-fixation capacity of these Andisols (Shoji et al. 1993), and the high inherent N fertility in these study sites, may enhance the tendency of these catchments to leach $NO_3^-$ with increasing atmospheric N deposition.

BLM_0062086

At the Ajusco Mexican mountain pine site located south and downwind of Mexico City, an unknown soil factor was highly toxic to growth of river redgum (*Eucalyptus camaldulensis*) seedlings and the percentage of short roots colonized by putative symbiotic fungi in association with external mycelium was severely reduced (Fenn et al. 2006, Perea-Estrada et al. 2005). In the absence of fertilization, the percentage of eucalyptus roots that were ecto- and endomycorrhizal was consistently lower in high deposition sites. When eucalpytus seedlings were fertilized with P alone or a combination of N and P, a strong positive plant growth response occurred and the levels of root-associated fungi no longer differed between the polluted and clean sites (Perea-Estrada et al. 2005). Furthermore, at two of the three study sites in the Mexico City air basin, added N caused a significant reduction in the number of short roots of eucalyptus seedlings colonized by symbiotic fungi with external mycelium (Perea-Estrada et al. 2005). Further mechanistic studies are needed before firm conclusions can be reached regarding the role of N deposition in the strongly growth-depressive effects of soil from the Ajusco site. However, the negative effects of added N on symbiotic root fungi and the positive effects of added P on plant growth and root-associated fungi suggest that excess N may exacerbate P deficiency, particularly if symbiotic fungi important for P uptake are inhibited by high N levels in soil.

### 15.3.1 Lichens

Lichen responses to air pollutants in the Temperate Sierras ecoregion have not been studied, except in the Mexico City air basin. A series of studies contrasted fir and oak forests in Desierto de los Leones and Sierra de las Cruces (both south of Mexico City) to those of El Chico National Park, a relatively unpolluted site about 100 km to the northeast. Epiphytic lichen diversity at Desierto de los Leones is severely impoverished compared to El Chico National Park. Desierto de los Leones may have lost nearly 50 percent of its lichen species and lichen abundance is reduced by 60 percent, presumably as a result of the severe air pollution at this site. Based on historical herbarium collections, the decline in lichen diversity appears to coincide with the period of accelerated industrial and population growth of Mexico City since the 1930s and 1940s (Zambrano

et al. 2002). Short-term lichen transplant experiments in Sierra de las Cruces, a montane region just south-southwest and downwind of the urbanized zone, showed 30 percent lower carbon fixation and 15 to 25 percent chlorophyll degradation compared to samples in El Chico National Park (Zambrano and Nash 2000, Zambrano et al. 1999). These results suggested that chronic air pollution (ozone ($O_3$), N- and S-containing compounds) is a major cause of lichen decline in forests surrounding the city, along with a variety of other anthropogenic disturbance factors (Zambrano et al. 2002). In the most recent study, Valencia-Islas et al. (2007) showed that the composition and location of phenolics in thalli of the sensitive parmotrema lichen (*Parmotrema stuppeum*) and tolerant Asahina's cartilage lichen (*Ramalina asahinae*) was consistent with their contrasting survival in forests stressed by $O_3$ (oxidative air pollution). Such responses illustrate potential confounding effects to lichen communities by codominant acidifying and oxidative pollutants in contrast to environments dominated solely by nutrient N.

## 15.4 Critical Loads Estimates

We estimate a N critical load for $NO_3^-$ leaching from pine stands in the Mexico City air basin of 15 kg ha$^{-1}$ yr$^{-1}$ (Table 15.1). This critical load is based on streamwater data from two regions of low N deposition east of Mexico City and two regions south and southwest of Mexico City (Fenn et al. 1999, 2002b). At the Desierto de los Leones site, where throughfall N deposition was 18.5 kg ha$^{-1}$ yr$^{-1}$ in 1996/1997, $NO_3^-$ concentrations in springs and streamwater were frequently 20 to 90 µeq L$^{-1}$ (Fenn et al. 2002b), indicating that this site is strongly N saturated and well above the critical load. Elevated $NO_3^-$ concentrations were also found at the Ajusco site, where N deposition is believed to be lower than at the Desierto site (Fenn et al. 2002a), but annual deposition fluxes have not been quantified. Uncertainty in this estimated critical load is largely due to an insufficient number of study sites spanning a range of deposition fluxes and because deposition data are from only 1 year for throughfall from one high and one low deposition site (Fenn et al. 1999). Also note that high levels of $NO_3^-$ leaching in the Mexico City air basin occur both during

BLM_0062087

**Table 15.1—Empirical critical loads of nutrient N for Temperate Sierras ecoregion forests in the Mexico City air basin[a]. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Site | Critical Load for N deposition[b] $kg N ha^{-1} yr^{-1}$ | Reliability | Response | Comments | Study |
|------|------|------|------|------|------|
| New Mexico and Arizona forests | 4-7 | (#) | Epiphytic lichens | Assumes 60% eutroph threshold and 30-180 cm precipitation | Based on application of Geiser et al. 2010 model |
| Las Cruces and Chichinautzin Ranges S/SW of Mexico City | 15 | # | Elevated $NO_3^-$ in stream and spring waters | Data are from Mexican mountain pine sites in the Desierto de los Leones National Park and Ajusco | Fenn et al. 1999, 2002b |

[a] A variety of studies in the Mexico City air basin have demonstrated that air pollution is an important factor contributing to major changes in lichen communities, to the decline of sacred fir, and possible reductions in plant growth, root production and mycorrhizal symbionts. However, because of insufficient data and the co-occurrence of multiple pollutants, the role of N deposition is unclear and critical loads for N deposition cannot be determined without further study.

[b] Nitrogen deposition was measured as throughfall (Fenn et al. 1999).

the rainy summer growing season and during the winter dry season (Fenn et al. 1999, 2002b).

Although lichen species have disappeared and lichen communities have been severely altered in the Mexico City air basin, it is difficult to estimate a N critical load for lichen effects because of the lack of historical pollution exposure and deposition data and the potential effects of multiple pollutants. Emissions of S, N and heavy metals have been historically high; $O_3$ exposure until recently has been among the highest in the world (Fenn et al. 2002a). Geiser et al. (2010) developed a method for relating N deposition to lichen community response. They select a threshold for the shift in the community composition from oligotroph- to eutroph-dominated. This approach is described in detail in Chapter 4. For U.S. portions of the ecoregion, our best estimate of N critical loads for epiphytic lichens is 4 to 7 $kg ha^{-1} yr^{-1}$. This estimate assumes a response threshold of about 60 percent eutrophs, mean annual precipitation of 30 to 180 cm, and general applicability of the Geiser et al. (2010) model to temperate forests.

## 15.5 Comparison to Critical Loads for Other Regions

There are no relevant lichen data from Europe for comparison with this ecoregion; critical loads developed for North American deserts or Northwestern Forested Mountains may have some applications. The lichen data from Mexico, summarized above, demonstrate

a response in lichen community structure, but no conclusions can be made regarding a N critical load because trace metals, $O_3$, and S and N deposition were all at high levels during the decades of rapid industrial and population growth in the Mexico City air basin (Fenn et al. 2002a).

The estimated critical load for $NO_3^-$ leaching in the Mexico City air basin (15 kg ha$^{-1}$ yr$^{-1}$) is lower than that of mixed conifer forests in Mediterranean California. This difference may be due to the high N fertility and low P availability of the Andisols common in the Mexico City air basin. Because N is not strongly limiting in the Mexico City air basin, presumably, less added N is needed to induce N losses from the ecosystem. The critical load for $NO_3^-$ leaching in the Mexico City air basin is uncertain because it is based on only 1 year of deposition data, but assuming the deposition data approximate longer term inputs, we conclude that the Mexican forests are more prone to $NO_3^-$ leaching than the forests of California (Fenn et al. 2008). In the Mexico City air basin with N deposition of 18.5 kg N ha$^{-1}$ yr$^{-1}$, $NO_3^-$ concentrations in stream and springwater were commonly at high levels (20 to 90 µeq L$^{-1}$), even during the growing season (Fenn et al. 2002b). By comparison, a throughfall deposition of 17 kg N ha$^{-1}$ yr$^{-1}$ was determined as the critical load for incipient increases in $NO_3^-$ leaching (peak values above 14 µeq L$^{-1}$) in California mixed conifer forests during the winter dormant wet season (Fenn et al. 2008).

BLM_0062088

The critical load for incipient $NO_3^-$ leaching in the Mexico City air basin cannot be determined without streamwater sampling and N deposition measurements from sites at intermediate levels of N deposition. Nitrogen deposition levels leading to $NO_3^-$ leaching in the Mexico City air basin appear to be within the range described from surveys of temperate forest catchments in Europe and North America (Dise and Wright 1995, Gundersen et al. 2006, MacDonald et al. 2002, Stoddard et al. 2001).

## 15.6 Future Research Directions and Gaps in Knowledge

Future research could be directed at mountain forests outside of Phoenix, Arizona, to determine actual deposition fluxes and ecosystem impacts at different deposition levels. Follow up studies are needed in forests surrounding Mexico City to better understand nutrient cycling responses to N deposition of forests growing on N-rich but P-limited Andisols. Preliminary results indicate the value of developing critical load for N effects on mycorrhizal fungi, root production, and lichen communities, and of further refinement of the estimated critical load for $NO_3^-$ leaching. Emissions of nitrogenous trace gases from soil in response to N deposition should also be investigated, particularly considering the high N concentrations in soil and the role of these gases in smog formation and climate change. The possible role of N deposition in combination with S deposition and elevated $O_3$ exposure merits further investigation as contributing or causal factors in the severe decline of sacred fir (*Abies religiosa* ) in the more polluted regions of the Desierto de los Leones National Park (Alvarado-Rosales and Hernández-Tejeda 2002, Fenn et al. 2002a).

Forest Inventory and Analysis lichen community surveys have been completed for the parts of this ecoregion in Arizona and New Mexico. Analysis of these lichen data along depositional N gradients estimated by NADP and the Environmental Protection Agency's Models-3/Community Multiscale Air Quality (CMAQ) simulation model (Tonnesen et al. 2007) could refine the lichen-based critical load estimate for this ecoregion. More research is also needed to better understand the separate effects of acidifying and oxidizing versus fertilizing N-containing/N-derived pollutants on vegetation and lichens.

## LITERATURE CITED

Alvarado-Rosales, D.; Hernández-Tejeda, T. 2002. **Decline of sacred fir in the Desierto de los Leones National Park.** In: Fenn, M.E.; de Bauer, L.I.; Hernández-Tejeda, T., eds. Urban air pollution and forests: Resources at risk in the Mexico City air basin. Ecological Studies Series, volume 156. New York, NY: Springer-Verlag: 243-260.

CEC (Commission for Environmental Cooperation). 1997. **Ecological regions of North America. Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/files/pdf/BIODIVERSITY/eco-eng_EN.pdf (Accessed May 24, 2010).

Dise, N.B.; Wright, R.F. 1995. **Nitrogen leaching from European forests in relation to nitrogen deposition.** Forest Ecology and Management. 71: 153-161.

Fenn, M.E.; de Bauer, L.I.; Hernández-Tejeda, T. 2002a. **Summary of air pollution impacts on forests in the Mexico City air basin.** In: Fenn, M.E.; de Bauer, L.I.; Hernández-Tejeda, T., eds. Urban air pollution and forests: Resources at risk in the Mexico City air basin. Ecological Studies Series, volume 156. New York, NY: Springer-Verlag: 337-355.

Fenn, M.E.; de Bauer, L.I.; Quevedo-Nolasco, A.; Rodriguez-Frausto, C. 1999. **Nitrogen and sulfur deposition and forest nutrient status in the valley of Mexico.** Water, Air, and Soil Pollution. 113: 155-174.

Fenn, M.E.; de Bauer, L.I.; Zeller, K.; Quevedo, A.; Rodríguez, C.; Hernández-Tejeda, T. 2002b. **Nitrogen and sulfur deposition in the Mexico City air basin: Impacts on forest nutrient status and nitrate levels in drainage waters.** In: Fenn, M.E.; de Bauer, L.I.; Hernández-Tejeda, T., eds. Urban air pollution and forests: Resources at risk in the Mexico

BLM_0062089

City air basin. Ecological Studies Series, volume 156. New York, NY: Springer-Verlag: 298-319.

Fenn, M.E.; Haeuber, R.; Tonnesen, G.S.; Baron, J.S.; Grossman-Clarke, S.; Hope, D.; Jaffe, D.A.; Copeland, S.; Geiser, L.; Rueth, H.M.; Sickman, J.O. 2003. **Nitrogen emissions, deposition, and monitoring in the western United States.** BioScience. 53: 391-403.

Fenn, M.E.; Jovan, S.; Yuan, F.; Geiser, L.; Meixner, T.; Gimeno, B.S. 2008. **Empirical and simulated critical loads for nitrogen deposition in California mixed conifer forests.** Environmental Pollution. 155: 492-511.

Fenn, M.E.; Perea-Estrada, V.M.; de Bauer, L.I.; Perez-Suarez, M.; Parker, D.R.; Cetina-Alcalá, V.M. 2006. **Nutrient status and plant growth effects of forest soils in the Basin of Mexico.** Environmental Pollution. 140: 187-199.

Geiser, L.H.; Jovan, S.E.; Glavich, D.A.; Porter, M. 2010. **Lichen-based critical loads for atmospheric nitrogen deposition in western Oregon and Washington Forests, USA.** Environmental Pollution. 158: 2412-2421.

Gundersen, P.; Schmidt, I.K.; Raulund-Rasmussen, K. 2006. **Leaching of nitrate from temperate forests - effects of air pollution and forest management.** Environmental Reviews. 14: 1-57.

MacDonald, J.A.; Dise, N.B.; Matzner, E.; Armbruster, M.; Gundersen, P.; Forsius, M. 2002. **Nitrogen input together with ecosystem nitrogen enrichment predict nitrate leaching from European forests.** Global Change Biology. 8: 1028-1033.

Perea-Estrada, V.M.; Pérez-Moreno, J.; de Bauer, M.L.I.; Fenn, M.; Trinidad-Santos, A.; Hernández-Tejeda, T. 2005. **Fertilización, tipos de suelos y hongos micorrízicos y endófitos radicales asociados al eucalipto (_Eucalyptus camaldulensis_).** Terra Latinoamericana. 23: 201-212.

Shoji, S.; Nanzyo, M.; Dahlgren, R. 1993. **Productivity and utilization of volcanic ash soils.** In: Shoji, S.; Nanzyo, M.; Dahlgren, R., eds. Volcanic ash soils: Genesis, properties and utilization. Developments in Soil Science, volume 21. Amsterdam: Elsevier: 209-251.

Stoddard, J.L.; Traaen, T.S.; Skjelkvale, B.L. 2001. **Assessment of nitrogen leaching at ICP-Waters sites (Europe and North America).** Water, Air and Soil Pollution. 130: 781-786.

Tonnesen, G.; Wang, Z.; Omary, M.; Chien, C.J. 2007. **Assessment of nitrogen deposition: Modeling and habitat assessment.** CEC-500-2006-032. Sacramento, CA: California Energy Commission, PIER Energy-Related Environmental Research. Available at http://www.energy.ca.gov/2006publications/CEC-500-2006-032/CEC-500-2006-032.PDF (Accessed May 12, 2010).

Valencia-Islas, N.; Zambrano, A.; Rojas, J.L. 2007. **Ozone reactivity and free radical scavenging behavior of phenolic secondary metabolites in lichens exposed to chronic oxidant air pollution from Mexico City.** Journal of Chemical Ecology. 33: 1619-1634.

Zambrano, A.; Nash, T.H., III. 2000. **Lichen response to short-term transplantation in Desierto de los Leones, Mexico City.** Environmental Pollution. 107: 407-412.

Zambrano, A.; Nash, T.H., III; Gries, C. 1999. **Physiological effects of the Mexico City atmosphere on lichen transplants on oaks.** Journal of Environmental Quality. 28: 1548-1555.

Zambrano, A.; Nash, T.H., III; Herrera-Campos, M.A. 2002. **Lichens and air pollution in the forests surrounding Mexico City.** In: Fenn, M.E.; de Bauer, L.I.; Hernández-Tejeda, T., eds. Urban air pollution and forests: Resources at risk in the Mexico City air basin. Ecological Studies Series, volume 156. New York, NY: Springer-Verlag: 283-297.

BLM_0062090

# 16 TROPICAL AND SUBTROPICAL HUMID FORESTS

S.J. Hall

## 16.1 Ecoregion Description

Tropical humid forests of the United States are located below 1000 m in elevation and experience average year-round temperatures between 20 °C to 26 °C, receive more than 1500 mm of precipitation annually, and experience fewer than three dry months per year (CEC 1997; Fig. 2.2). In addition to tropical humid forests, we include in this chapter lower montane and low elevation tropical and subtropical humid forests with precipitation >1000 mm and mean annual temperatures >16 to 20 °C. Regions within the United States that contain forests of this type include coastal, low elevation, and lower montane regions: (1) on the windward slopes of the Hawaiian Islands, and (2) across Puerto Rico. Additionally, included in this chapter are (3) forests of the coastal plains of southern Florida within the greater Everglades wetland ecosystem, although mangrove and other saturated or seasonally saturated ecosystems are biogeochemically quite distinct and thus may respond differently than other, upland tropical forests discussed in this chapter. Tropical and subtropical humid forests occur in warm climates with plentiful rainfall and are thus well suited for agriculture. Consequently, many of the remaining forests of this type in the United States are in various stages of recovery following agricultural abandonment and are composed of a mix of native and exotic species. Native or primary forests in this class are highly fragmented and threatened by anthropogenic changes in land use and hydrology, and by invasive species. However, protected areas that contain forest communities less impacted by human activity compared to surrounding areas occur within each of the three regions. Some of the largest protected areas of tropical and subtropical forests in the United States include Hawai'i Volcanoes and Haleakala National Parks and a suite of forest reserves in the Hawaiian Islands; El Yunque National Forest in Puerto Rico; mangroves, tropical hammocks, and other tree islands within the Everglades and Biscayne National Parks; and protected pineland preserves in Dade and Monroe Counties, southern Florida.

### 16.1.1 Subtropical Humid Forests of Hawaii: Ecosystem Description

Subtropical humid forests in Hawaii are diverse, varying with rainfall and elevation, time since disturbance, degree of invasion, topography, and soil age. Native forest communities include the common dominant trees ohi'a lehua (*Metrosideros polymorpha*) and koa (*Acacia koa*), tree ferns, other common wet forest tree species (e.g., 'ōlapa [*Cheirodendron* spp.]) and Hawaiian holly (*Ilex anomala*), and a diverse understory of epiphytes and shrubs. Rates of endemism in the Hawaiian Islands are among the highest in the world, in part due to their isolated geography. Notable among these communities is a diversity of endemic birds and lobelioids, which are a special group of flowering plants in the Campanulaceae (bellflower) family. Few, purely native Hawaiian wet forest communities exist at low elevations but instead consist of a mix of native and exotic species (Zimmerman et al. 2008). However, at higher elevations, tracts of intact humid forest remain in protected areas on most islands (Ricketts et al. 1999).

### 16.1.2 Subtropical Humid Forests of Puerto Rico: Ecosystem Description

Subtropical humid forests of Puerto Rico are also diverse biologically and geographically, occurring primarily as secondary growth in former agricultural or pasture lands or as primary or successional growth within remnant, protected forest reserves. These ecosystems are composed of various plant communities that are associated with gradients in tidal inundation, rainfall, elevation, soil characteristics determined by geology, and time since disturbance (e.g., human, landslides, hurricanes) (Ewel and Whitmore 1973). Subtropical wet forests on volcanic soils include tabonuco forest at lower elevations in various stages of succession, dominated by abundant epiphytes and the tabonuco tree (*Dacryodes excelsa*) among others. Colorado and dwarf cloud forests grow at higher elevations, associated with trees such as palo colorado (*Cyrilla racemiflora*) and nemoca cimarrona (*Ocotea spathulata*)**,** respectively. Forests on serpentine

BLM_0062091

or limestone-derived soils are more xerophytic, supporting sclerophyllous, evergreen vegetation (Ewel and Whitmore 1973). Subtropical forests on the humid northern and southern coasts of Puerto Rico contain mixed stands of red, black, and white mangroves (*Rhizophora mangle*, *Avicennia germinans*, and *Laguncularia racemosa*) (Tomlinson 1986).

### 16.1.3 Tropical Forests of Southern Florida: Ecosystem Description

Tropical forests in southern Florida include pine rocklands and hardwood hammocks in the uplands, various 'tree islands' that are surrounded by occasional or persistent water, and coastal mangrove communities. Florida pine rocklands and tropical hardwood hammocks are located on shallow soils of limestone outcroppings in higher elevations of the Everglades (Lodge 2004). Pineland ecosystems are fire-maintained, dominated by Florida slash pine (*Pinus elliottii*) and saw palmetto (*Serenoa repens*). Tropical hardwood hammocks develop in the absence of fire, and are composed of numerous species characteristic of the Caribbean such as gumbo limbo (*Bursera simarouba*) and mahogany (*Swietenia mahogani*). Pinelands and hardwood hammocks are highly threatened by urbanization and land-use change, composing 2 percent of their former range (Ricketts et al. 1999). Mangroves are extensive along the southern Florida coastline, providing habitat for a variety of marine, estuarine, and terrestrial species of mammals, birds, reptiles, invertebrates, and fish. These forests are dominated by red, black, and white mangroves, and buttonwood (*Conocarpus erectus*). Various other tree islands exist in the Everglades ecosystem, maintained by seasonal hydroperiods and serving as biogeochemical and floral hotspots on the flooded landscape (Sklar and van der Walk 2002). Common species within tree islands in the Everglades include the strangler fig (*Ficus aurea*) and coco plum (*Chrysobalanus icaco*), among others (Wetzel et al. 2008).

## 16.2 Ecosystem Responses to N Deposition

Few studies have explored the impacts of nitrogen (N) enrichment on ecological processes in tropical and subtropical humid forests worldwide, and none have explicitly assessed the consequences of atmospheric N deposition in the three tropical ecoregions of the United States. However, exceptional, long-term N addition experiments within native ecosystems of Florida and Hawaii have contributed greatly to our understanding of tropical forest functioning (Table 16.1; Feller et al. 2007, 2009; Vitousek 2004). Existing studies used high rates of fertilizer addition primarily to assess nutrient limitation of vegetation and thus are not useful in identifying thresholds of response to N inputs. Nonetheless, these fertilization experiments and others do suggest that plant growth and ecosystem processes in some humid tropical and subtropical forests may be susceptible to N enrichment while others may be less susceptible, depending on numerous factors that alter forest nutrient status.

In the following sections we summarize the types and range of ecosystem responses to N fertilization observed in native U.S. tropical and subtropical forests. However, because the consequences of N deposition have not been well studied in these regions, evidence is also included from fertilization studies in other tropical forests that may operate similarly to those in Hawaii, Puerto Rico, and southern Florida. Data from non-U.S. forests are used only as supporting evidence; thus, information in this chapter is not intended to be a thorough review of ecosystem responses to N deposition or fertilization in tropical/subtropical forests worldwide. Information from non-U.S. regions is noted where included.

Nutrient limitation of primary production cannot be assessed using indirect measures of ecosystem N availability or cycling (Tanner et al. 1998). However, without abundant data, we broadly characterize tropical forests as relatively 'N-rich' or 'N-poor' and summarize the responses observed in these systems following N fertilization or those expected following N deposition.

In N-rich tropical and subtropical forests where primary production or nutrient cycling may be limited by factors other than N, N enrichment is not expected to change plant growth or species composition, although some evidence suggests that tissue chemistry, decomposition, and herbivory may be altered in some ecosystems (Benner and Vitousek 2007, Feller et al. 2007, Ostertag

BLM_0062092

**Table 16.1—Responses to long-term N-fertilization of native tropical and subtropical humid forests of the United States and related ecosystems.[a]**

| | Hawaii, Lower montane forests | | Florida and Belize, Coastal mangrove forests | |
|---|---|---|---|---|
| Site Location | | | | |
| Forest Type | N-limited, *M. polymorpha* (ohi'a lehua) | P-limited, *M. polymorpha* (ohi'a lehua) | N-limited, Florida | P-limited, Belize |
| Type of N Deposition | Wet, dry, fog | Wet | Wet | Wet + dry |
| N Deposition kg ha$^{-1}$ yr$^{-1}$ | 17 | < 1 | 4 | 2 |
| N Fert. Rate kg ha$^{-1}$ yr$^{-1}$ | 100 | 100 | >100 | >100 |
| Form of N Fertilizer | Urea/NH$_4$NO$_3$ | Urea/NH$_4$NO$_3$ | Urea | Urea |
| Start year | 1985 | 1991 | 1997 | 1997 |
| Duration (years) | 11-13 | 5-7 | 2-4 | 2-4 |
| Tree growth | + | 0 | + | 0 |
| Foliar %N | +/0 | + | + | 0 |
| Herbivory | ND | ND | + | - |
| Plant community composition | + | 0 | ND | ND |
| Epiphyte abundance | ND | 0 | ND | ND |
| Decomposition | 0 | + | ND | ND |
| Soil C:N | 0 | 0 | ND | ND |
| N mineralization | + | + | ND | ND |
| Nitrification | + | + | ND | ND |
| Microbial biomass N | 0 | 0 | ND | ND |
| N-oxide emissions | + | + | ND | ND |
| NO$_3^-$ leaching | + | + | ND | ND |
| Soil pH | 0 | 0 | 0 | 0 |
| References | 1-7 | 1-8 | 9-11 | 11,12 |

*Response relative to Control[b]* applies to the rows from Tree growth through Soil pH.

[a] Studies from Belize included to illustrate differences in ecosystem response to N fertilization in N-limited (Florida) vs. P-limited mangrove ecosystems.

[b] Responses are indicated as increase (+), decrease (–), or no response (0) in fertilized relative to control plots, or no data (ND) in indicated references.

References: 1) Vitousek et al. 1993; 2) Harrington et al. 2001; 3) Ostertag and Hobbie 1999; 4) Lohse and Matson 2005; 5) Hall and Matson 2003; 6) Ostertag and Verville 2002; 7) Cordell et al. 2001; 8) Benner et al. 2007; 9) Caccia and Boyer 2007; 10) Feller et al. 2003a; 11) Feller et al. 2007; 12) Howarth et al. 1996.

and Hobbie 1999, Ostertag and Verville 2002). On the other hand, N addition to N-rich tropical forests may immediately increase N losses as gases (NO$_x$, N$_2$O, or N$_2$) or in drainage, but this response depends in large part on soil properties, redox conditions, and hydrological pathways (Hall and Matson 2003, Herbert and Fownes 1995, Lohse and Matson 2005, Templer et al. 2008). Rivers that drain N deposition-affected tropical forests may experience increases in nitrate (NO$_3^-$) relative to dissolved organic N, which is the form of N that typically dominates export of undisturbed tropical catchments (Downing et al. 1999, Lewis et al. 1999; reviewing tropical forests in the Americas and worldwide).

In tropical and subtropical forests where N availability is relatively low, ecosystem responses to atmospheric N deposition are expected to be similar to temperate forests and include increased plant growth, elevated rates of soil N cycling, increased foliar N concentration

BLM_0062093

**Table 16.2—Empirical critical loads of nutrient N for the Tropical and Subtropical Humid Forests ecoregion. Reliability rating: (#) – expert judgment; no data are available for this ecosystem category. The critical load is based on expert judgment and knowledge of ecosystems which may function similarly.**

| Ecosystem component | Critical load for N deposition kg N ha$^{-1}$ yr$^{-1}$ | Reliability | Response | Comments | Study |
|---|---|---|---|---|---|
| N-poor tropical and subtropical forests | 5-10 | (#) | Changes in community composition; NO$_3^-$ leaching, N trace gas emissions | Critical load for N-poor forests based on estimates for Southeastern Coastal Plain forests | ND |
| N-rich tropical and subtropical forests | <5-10 | (#) | NO$_3^-$ leaching, N trace gas emissions | Critical load for N-rich forests should be lower than for N-poor forests based on possibility of N losses | ND |

and herbivory of some plant species, possible changes in community composition, and eventually elevated N losses as NO$_3^-$ or as gases as ecosystems become N saturated (Erickson et al. 2001, Feller et al. 2007, Hall and Matson 2003, Lohse and Matson 2005, Ostertag and Verville 2002, Vitousek and Farrington 1997). However, unlike in some temperate forests, atmospheric N deposition may be retained first in the canopy rather than the forest floor (Wanek et al. 2007), for example, stimulating nutrient cycling and growth within epiphyte communities that intercept cloud and rainwater (Clark et al. 2005, Reich et al. 2003; both in Costa Rica).

Alkaline soils in Puerto Rico and southern Florida can be expected to have high acid neutralizing capacity that may buffer acidity derived from N deposition. In contrast, highly weathered, poorly buffered volcanic soils in Puerto Rico and Hawaii or peat soils in Florida may be more susceptible to the negative effects of acidity, including elevated aluminum mobility and phosphorus (P) fixation in soils that can further limit primary production (Asner et al. 2001; Matson et al. 1999, 2002; all review tropical forests worldwide). Alkaline sea salt aerosols and dust likely enter coastal tropical forests but it is unclear whether these inputs will mitigate the impacts of acidity generated from deposition and microbial N cycling in soils (Evans et al. 2004 for Florida; Vogt et al. 2007 for a review of tropical forests worldwide).

## 16.3 Range of Responses Observed

Although small in their geographical extent within the United States, tropical and subtropical humid forests

harbor an extraordinary diversity of soil types, species, plant assemblages, landscape characteristics, and landscape histories that will likely vary in their sensitivity to N enrichment (Nardoto et al. 2008 in Brazil; Townsend et al. 2008 for tropical forests worldwide). Furthermore, few studies have tested nutrient limitation of plant growth in tropical or subtropical forests or have explored soil and microbial responses to N additions in these regions, further compounding the uncertainty about how these forests will respond to N deposition.

### 16.3.1 N-Rich Tropical and Subtropical Forests

Worldwide, many tropical and subtropical forests are rich in N relative to other limiting factors, such as P, and are thus expected to respond to N deposition differently than N-limited forests in the temperate zone. For example, some tropical forests grow on geomorphically stable, highly weathered soils that contain few remaining primary minerals, leading to low available pools of rock-derived nutrients such as potassium (K), calcium (Ca), magnesium (Mg), or P relative to N (Chadwick et al. 1999, Walker and Syers 1976). Other tropical forests, such as those in south Florida, are low in available P relative to N due in part to their growth on geologic substrates that lack P-bearing minerals or are subject to abiotic conditions that restrict P solubility (Noe et al. 2001, Troxler Gann et al. 2005). Additionally, many tropical forests support an abundance of legumes and other N-fixing plant species that can lead to large available N pools in soil (Vitousek et al. 2002), including both mature forests and successional plant communities that are recovering from agricultural abandonment (Erickson et al. 2001).

BLM_0062094

In these cases, plant growth can be limited by elements or factors other than N, which may limit the ability of these forests to retain atmospheric N deposition within plant reservoirs. Because N cycles in relative excess compared to other nutrients in these systems, these humid tropical forests exhibit naturally high rates of $NO_3^-$ leaching and N trace gas emissions compared to temperate forests (Davidson et al. 2007, Lewis et al. 1999, Matson and Vitousek 1990, Martinelli et al. 1999; all in tropical forests worldwide). Thus, it has been hypothesized that N-rich, P-limited wet tropical forests are 'naturally N saturated' and will have little ability to retain additional N in biotic pools, possibly leading to elevated N losses to aquatic systems and the atmosphere (Hall and Matson 1999).

Few studies have tested this hypothesis at low levels of N inputs that simulate expected rates of atmospheric deposition in humid tropical forests of the United States and abroad. In a dose-response experiment in lower montane forests of Hawaii, Hall and Matson (1999) found immediate and elevated nitrous oxide ($N_2O$) and nitric oxide (NO) emissions from soils after first-time application of 15 kg N $ha^{-1}$ as ammonium nitrate ($NH_4NO_3$) in a P-limited forest on the island of Kaua'i that received <1 kg N $ha^{-1} yr^{-1}$ in ambient wet deposition (Carillo et al. 2002, Hall and Matson 1999). However, N-oxide emissions from this forest were not elevated following application of 5 kg N $ha^{-1}$. Similar patterns were found after a dose-response experiment in an N-rich, P-poor lowland tropical rain forest in southeast Asia that experienced higher rates of soil N-oxide emissions compared to unfertilized controls after application of 15 kg N $ha^{-1}$ (Hall et al. 2004).

If excess N is not effectively retained in biotic reservoirs, N-rich tropical forests might also be expected to respond to N deposition with elevated $NO_3^-$ losses. However, acidic, highly weathered soils often contain variably charged, subsurface, clayey horizons that can impede water infiltration and retain anions such as $NO_3^-$ on clay particles. For example, in the same Hawaiian lower montane forests described earlier, Lohse and Matson (2005) found that $NO_3^-$ leaching was restricted by clay layers in the P-limited forest after both first-time and long-term N fertilization with 50 kg N $ha^{-1}$, despite lack

of retention by biota, whereas $NO_3^-$ was readily leached after similar rates of fertilization in an N-limited forest that was well drained (Lohse and Matson 2005). Other factors associated with humid tropical forests may also favor $NO_3^-$ retention, even when N cycles in relative excess. For example, forests in Puerto Rico support high rates of dissimilatory nitrate reduction to ammonia ($NH_3$) (DNRA), an anaerobic microbial process that consumes $NO_3^-$ anions (Silver et al. 2001). DNRA was once thought to occur primarily in aquatic sediments but now appears to be a $NO_3^-$ retention pathway favored by variable redox conditions characteristic of upland tropical forest soils (Pett-Ridge et al. 2006, Templer et al. 2008).

In N-rich humid tropical forests, it is expected that atmospheric N deposition will have relatively small direct effects on plant growth or community composition. For example, long-term N fertilization with 100 kg N $ha^{-1} yr^{-1}$ had no effect on epiphytic cyanolichen abundance, diversity, or N-fixation capacity in P-limited and N+P co-limited lower montane rain forests in Hawaii (ambient N deposition < 1 kg N $ha^{-1} yr^{-1}$ and ≤ 17 kg N $ha^{-1} yr^{-1}$, respectively) (Benner et al. 2007, Benner and Vitousek 2007, Carillo et al. 2002). Similarly, in an N-rich Hawaiian lower montane forest, N additions had no effect on plant growth or species richness and composition (Harrington et al. 2001, Ostertag and Verville 2002). Some responses to N deposition in upland tropical forests hold for mangrove ecosystems as well: fertilization with >100 kg N $ha^{-1} yr^{-1}$ in a P-limited, dwarf black mangrove ecosystem in Belize had no impact on plant growth or morphology (Feller et al. 2007). Although N deposition may not alter plant growth in forests that are not limited by N, chronic N inputs to acidic, poorly buffered humid tropical forest soils may affect soil properties such as pH, aluminum mobility, and P fixation that may indirectly decrease tropical forest growth over the long term (Asner et al. 2001, Matson et al. 1999; both describing tropical forests worldwide). However, few studies have tested these hypotheses in the field.

While plant growth or community composition in relatively N-rich tropical and subtropical forests may not be affected by N deposition, tissue chemistry of

BLM_0062095

some plant species may be more sensitive to changes in N supply. For example, N additions increased foliar N concentrations and the decomposability of leaf and fine roots in P-limited Hawaiian lower montane forests (Ostertag and Hobbie 1999), and they increased litter N concentrations in lowland Panamanian forests that were not limited by N or P (Kaspari et al. 2008). However, based on the few studies that have measured these responses, this effect is not consistent across ecosystem types. For instance, N additions to a P-limited red mangrove stand in Belize and an N+P-limited red mangrove stand in Panama had no effect on foliar N or N:P ratios, or the amount of leaf area damaged by herbivores (Feller and Chamberlain 2007, Lovelock et al. 2004).

### 16.3.2 N-Poor Tropical and Subtropical Forests

While many humid tropical forests are relatively N rich, numerous processes can replenish rock-derived nutrients or increase N losses relative to other elements, thus promoting N limitation or conservative N cycling (LeBauer and Treseder 2008). These processes include deposition of transported dust or sea salt aerosols, erosion, fire, and other disturbances such as forest clearing that increase N losses or N sinks in vegetation (Chadwick et al. 1999, Davidson et al. 2007, Porder et al. 2005, Scatena and Lugo 1995; in Amazon forests). For example, much of the forested land area in Puerto Rico is successional, as >75 percent of the landscape is affected by hurricanes or landslides each century (Lugo and Scatena 1996, Walker et al. 1996). These disturbances can cause N losses to the atmosphere and water that may remain elevated for years until biological sinks are re-established (Erickson and Ayala 2004, McDowell et al. 1996, Schaefer et al. 2000). Combined, these spatially and temporally heterogeneous factors will likely cause variation in the extent of N retention in humid tropical and subtropical forests in response to atmospheric N deposition.

Measures of nutrient availability are often correlated with the responsiveness of plant growth to fertilization but are not sufficient to establish nutrient limitation (Tanner et al. 1998). However, evidence in the literature suggests that many tropical forests in the United States

with low N availability will respond to N deposition in ways similar to temperate forests, with increased rates of primary production and foliar N concentrations, and potentially increased soil N cycling and N gas emissions over time. For example, emissions of $N_2O$ and NO were elevated after 6 years of complete nutrient additions (300 kg N ha$^{-1}$ yr$^{-1}$ and 100 kg P ha$^{-1}$ yr$^{-1}$ plus cations; ambient deposition of 4 to 9 kg N ha$^{-1}$ yr$^{-1}$) in a >60-yr-old tropical forest in Puerto Rico that cycled N conservatively (Erickson et al. 2001, Ortiz-Zayas et al. 2006). In a strongly N-limited, lower montane forest on the island of Hawai'i, $NO_x$ emissions were elevated, but relatively low after application of ≥25 to 50 kg N ha$^{-1}$, but long-term N additions of 100 kg N ha$^{-1}$ yr$^{-1}$ increased rates of net N mineralization and nitrification in soils (ambient deposition of 17 kg N ha$^{-1}$ yr$^{-1}$, primarily as fog from active volcanic sources) (Carillo et al. 2002, Hall and Matson 2003). Long-term N additions to this N-limited Hawaiian lower montane forest also altered species composition and decreased species richness, moss cover, and native seedling abundance (Ostertag and Verville 2002). However, decomposition rates were not affected by N additions, suggesting that carbon (C) mineralization rates were limited more strongly by C quality than nutrient availability (Hobbie 2000).

Growth of mangrove forests in Florida is limited by N in some regions and P in others, varying across small scales within mangrove stands (Feller et al. 2003b, 2007) and across landscape gradients of tidal inundation that restrict availability of nutrients under saline conditions (Boyer 2006, McKee 1995). In an N-limited black mangrove ecosystem in Florida (ambient deposition ~ 4.1 kg N ha$^{-1}$ yr$^{-1}$) (Caccia and Boyer 2007), N additions of >100 kg N ha$^{-1}$ yr$^{-1}$ increased growth (wood allocation and shoot elongation), altered foliar chemistry (increased N and P resorption efficiency and foliar N concentrations; decreased C:N ratios of green and senescent tissue), and increased herbivory by some species (Feller et al. 2007). Plants are known to decrease N resorption from senescing tissue with increasing N availability, although the strength of this process varies widely across species (Norris and Reich 2009). In N-limited lagoons in Florida, increased N

BLM_0062096

resorption in N fertilized mangrove stands may have resulted from simultaneous changes in P dynamics (Feller et al. 2007). In contrast, N fertilization had no effect on leaf area ratio, specific leaf area, photosynthetic rates, or hydraulic traits of N-limited black mangrove stands (Lovelock et al. 2006). Other work shows that the impact of N enrichment may also depend on species composition. For example, Feller et al. (2003b) and Lovelock et al. (2004) found that N fertilization had no impact on N resorption efficiencies in N+P-limited red mangroves in Panama or N-limited (seaward fringe), N+P-limited (transition zone), or P-limited (forest interior) red mangroves in Belize. Also, unlike in N-limited black mangroves, N fertilization in N+P limited red mangroves in Panama had no effect on the fraction of leaf area damaged by herbivores (Lovelock et al. 2004).

Although N may be retained in some N-poor tropical forests as in temperate systems, the mechanisms of N retention may differ depending on the structure of tropical plant communities. For example, high year-round leaf area of tropical forests may act to retain N in canopies, intercepting N deposition before it reaches microbial and plant communities of the soil and forest floor (Bakwin et al. 1990, Sparks et al. 2001). In a study of cloud forests in Costa Rica, epiphytes within the canopy retained 50 percent of the N applied experimentally in the laboratory and field, leading to higher foliar N concentrations in bryophyte species (Clark et al. 2005). In mangrove ecosystems of Belize, ammonium ($NH_4^+$) in bulk precipitation was retained in the canopy in an N-limited stand, but not in a P-limited stand, decreasing throughfall fluxes of N compared to rainwater (Wanek et al. 2007). These data suggest that change in composition or chemistry of foliage or canopy epiphyte communities may indicate initial stages of N saturation of tropical forest ecosystems.

Finally, recent work suggests that after disturbance in some tropical forests, N limitation may be short-lived. For example, tropical forests in the Amazon supported low rates of N cycling early in succession following agricultural abandonment, but returned to 'leaky' N cycling similar to N-rich, mature tropical forests within decades (Davidson et al. 2007).

## 16.4 Critical Loads Estimates

Estimates of critical loads of N in the U.S. Tropical and Subtropical Humid Forests ecoregion are uncertain due to lack of data across N deposition gradients or from low-level N addition studies. Furthermore, critical loads will depend on the form of N inputs and numerous ecosystem characteristics that influence N retention, most of which vary considerably across tropical and subtropical forests. These factors include, among others, the form of N deposition ($NH_4^+$ vs. $NO_3^-$), the extent of N limitation of primary production; spatial and temporal heterogeneity in soil organic matter, water-holding capacity, and moisture that can influence microbial N cycling processes (e.g., nitrification and denitrification); subsurface soil properties that may alter N leaching (e.g., retention or loss of $NH_4^+$ or $NO_3^-$ from deposition will depend on soil texture and cation vs. anion exchange capacity); and composition of heterogeneous and diverse plant communities. However, in the absence of data, we estimate critical loads of 5 to 10 kg N ha$^{-1}$ yr$^{-1}$ for N-poor tropical and subtropical forests (e.g., some mangrove ecosystems in Florida, early successional forests or forests growing on pedogenically young substrates), within the same range as forests in the Southeastern Coastal Plain that may have similarly weathered soil types and experience warm year-round temperatures. Critical loads for N-rich tropical and subtropical forests may be lower than this level if N deposition rapidly stimulates pathways for N loss. Thus, we estimate critical loads of <5 to 10 kg N ha$^{-1}$ yr$^{-1}$ for N-rich tropical and subtropical forests.

## 16.5 Comparison to Critical Loads for Other Regions

Few estimates exist for N critical loads in tropical and subtropical forests. Studies in south China recommend high critical loads of 50 to >150 kg N ha$^{-1}$ yr$^{-1}$ to prevent departure from current conditions based on fertilization experiments across a range of ecosystem types (reviewed in Duan 2009). However, N deposition to Chinese subtropical forests ranges from at least 8 to 50 kg N ha$^{-1}$ yr$^{-1}$ (Chen and Mulder 2007a, Chen and Mulder 2007b). Thus, it is impossible to determine whether current conditions represent a change from conditions prior to elevated N deposition. Furthermore,

BLM_0062097

species composition within Chinese subtropical forests varies considerably from tropical and subtropical forests in the United States. As a result, it is unclear whether critical load estimates developed for China are applicable to forests reviewed in this chapter.

## 16.6 Future Research, Gaps in Data, Gaps in Knowledge

Currently, tropical and subtropical forests in the United States are highly fragmented and are threatened primarily by land-use change, invasive species, and nutrient pollution from agricultural runoff. Consequently, to date no studies have evaluated the ecological consequences of atmospheric N deposition in these regions. Refined estimates of N critical loads for this ecoregion will require studies that explore ecological processes across N deposition gradients or following low-level N additions.

## LITERATURE CITED

Asner, G.P.; Townsend, A.R.; Riley, W.J.; Matson, P.A.; Neff, J.C.; Cleveland, C.C. 2001. **Physical and biogeochemical controls over terrestrial ecosystem responses to nitrogen deposition.** Biogeochemistry. 54(1): 1-39.

Bakwin, P.S.; Wofsy, S.C.; Fan, S. 1990. **Measurements of reactive nitrogen oxides ($NO_y$) within and above a tropical forest canopy in the wet season.** Journal of Geophysical Research. 95(D10): 16765-16772.

Benner, J.W.; Conroy, S.; Lunch, C.K.; Toyoda, N.; Vitousek, P.M. 2007. **Phosphorus fertilization increases the abundance and nitrogenase activity of the cyanolichen *Pseudocyphellaria crocata* in Hawaiian montane forests.** Biotropica. 39(3): 400-405.

Benner, J.W.; Vitousek, P.M. 2007. **Development of a diverse epiphyte community in response to phosphorus fertilization.** Ecology Letters. 10(7): 628-636.

Boyer, J.N. 2006. **Shifting N and P limitation along a north-south gradient of mangrove estuaries in south Florida.** Hydrobiologia. 569: 167-177.

Caccia, V.G.; Boyer, J.N. 2007. **A nutrient loading budget for Biscayne Bay, Florida.** Marine Pollution Bulletin. 54(7): 994-1008.

Carillo, J.; Hastings, M.G.; Sigman, S.M.; Huebert, B.J. 2002. Atmospheric deposition of inorganic and organic nitrogen and base cations in Hawaii. Global Biogeochemical Cycles. 16(4): 1076.

CEC (Commission for Environmental Cooperation.) 1997. **Ecological regions of North America. Toward a common perspective.** Montreal, Canada: Commission for Environmental Cooperation. 71 p. Available at http://www.cec.org/files/pdf/ BIODIVERSITY/eco-eng_EN.pdf (Accessed May 24, 2010).

Chadwick, O.A.; Derry, L.A.; Vitousek, P.M.; Huebert, B.J.; Hedin, L.O. 1999. **Changing sources of nutrients during four million years of ecosystem development.** Nature. 397(6719): 491-497.

Chen, X.Y.; Mulder, J. 2007a. **Atmospheric deposition of nitrogen at five subtropical forested sites in South China.** Science of the Total Environment. 378: 317-330.

Chen, X.Y.; Mulder, J. 2007b. **Indicators for nitrogen status and leaching in subtropical forest ecosystems, South China.** Biogeochemistry. 82 (2): 165-180.

Clark, K.L.; Nadkarni, N.M.; Gholz, H.L. 2005. **Retention of inorganic nitrogen by epiphytic bryophytes in a tropical montane forest.** Biotropica. 37(3): 328-336.

Cordell, S.; Goldstein, G.; Meinzer, F.C.; Vitousek, P.M. 2001. **Morphological and physiological adjustment to N and P fertilization in nutrient-limited *Metrosideros polymorpha* canopy trees in Hawaii.** Tree Physiology. 21(1): 43-50.

BLM_0062098

Davidson, E.A.; de Carvalho, C.J.R.; Figueira, A.M.; Ishida, F.Y.; Ometto, J.; Nardoto, G.B.; Saba, R.T.; Hayashi, S.N.; Leal, E.C.; Vieira, I.C.G.; Martinelli, L.A. 2007. **Recuperation of nitrogen cycling in Amazonian forests following agricultural abandonment.** Nature. 447(7147): 995-998.

Downing, J.A.; McClain, M.; Twilley, R.; Melack, J.M.; Elser, J.; Rabalais, N.N.; Lewis, W.M.; Turner, R.E.; Corredor, J.; Soto, D.; Yanez-Arancibia, A.; Kopaska, J.A.; Howarth, R.W. 1999. **The impact of accelerating land-use change on the N-cycle of tropical aquatic ecosystems: Current conditions and projected changes.** Biogeochemistry. 46(1-3): 109-148.

Duan, L. 2009. **Empirical critical loads of nitrogen in China.** In: Proceedings from a workshop on nitrogen deposition, critical loads, and biodiversity; 2009 November 16-18; Edinburgh, Scotland. Available at http://www.rivm.nl/thema/images/Poster_lei_duan_icpmm_2010_tcm61-48704.pdf [Poster] (Accessed April 21, 2011).

Erickson, H.; Ayala, G. 2004. **Hurricane-induced nitrous oxide fluxes from a wet tropical forest.** Global Change Biology. 10: 1155-1162.

Erickson, H.; Keller, M.; Davidson, E.A. 2001. **Nitrogen oxide fluxes and nitrogen cycling during postagricultural succession and forest fertilization in the humid tropics.** Ecosystems. 4(1): 67-84.

Evans, M.S.C.; Campbell, S.W.; Bhethanabotla, V.; Poor, N.D. 2004. **Effect of sea salt and calcium carbonate interactions with nitric acid on the direct dry deposition of nitrogen to Tampa Bay, Florida.** Atmospheric Environment. 38(29): 4847-4858.

Ewel, J.J.; Whitmore, J.L. 1973. **The ecological life zones of Puerto Rico and the US Virgin Islands.** Res. Pap. IITF-018. Rio Pedras, PR: U.S. Department of Agriculture, Forest Service, Institute of Tropical Forestry. 72 p.

Feller, I.C.; Chamberlain, A. 2007. **Herbivore responses to nutrient enrichment and landscape heterogeneity in a mangrove ecosystem.** Oecologia. 153(3): 607-616.

Feller, I.C.; Lovelock, C.E.; McKee, K.L. 2007. **Nutrient addition differentially affects ecological processes of *Avicennia germinans* in nitrogen versus phosphorus limited mangrove ecosystems.** Ecosystems. 10(3): 347-359.

Feller, I.C.; Lovelock, C.E.; Piou, C. 2009. **Growth and nutrient conservation in *Rhizophora mangle* in response to fertilization along latitudinal and tidal gradients.** Smithsonian Contributions to the Marine Sciences. 38: 345-358.

Feller, I.C.; McKee, K.L.; Whigham, D.F.; O'Neill, J.P. 2003b. **Nitrogen vs. phosphorus limitation across an ecotonal gradient in a mangrove forest.** Biogeochemistry. 62(2): 145-175.

Feller, I.C.; Whigham, D.F.; McKee, K.L.; Lovelock, C.E. 2003a. **Nitrogen limitation of growth and nutrient dynamics in a disturbed mangrove forest, Indian River Lagoon, Florida.** Oecologia. 134(3): 405-414.

Hall, S.J.; Asner, G.P.; Kitayama, K. 2004. **Land use, climate, and substrate controls over soil N dynamics and N-oxide emissions in Borneo.** Biogeochemistry. 70: 27-58.

Hall, S.J.; Matson, P.A. 1999. **Nitrogen oxide emissions after nitrogen additions in tropical forests.** Nature. 400(6740): 152-155.

Hall, S.J.; Matson, P.A. 2003. **Nutrient status of tropical rain forests influences soil N dynamics after N additions.** Ecological Monographs. 73(1): 107-129.

Harrington, R.A.; Fownes, J.H.; Vitousek, P.M. 2001. **Production and resource use efficiencies in N- and P-limited tropical forests: A comparison of**

BLM_0062099

**responses to long-term fertilization.** Ecosystems. 4(7): 646-657.

Herbert, D.A.; Fownes, J.H. 1995. **Phosphorus limitation of forest leaf area and net primary production on a highly weathered soil.** Biogeochemistry. 29: 223-235.

Hobbie, S.E. 2000. **Interactions between litter lignin and soil nitrogen availability during leaf litter decomposition in a Hawaiian montane forest.** Ecosystems. 3(5): 484-494.

Howarth, R.W.; Billen, G.; Swaney, D.; Townsend, A.; Jaworski, N.; Lajtha, K.; Downing, J.A.; Elmgren, R.; Caraco, N.; Jordan, T.; Berendse, F.; Freney, J.; Kudeyarov, V.; Murdoch, P.; Zhu, Z.L. 1996. **Regional nitrogen budgets and riverine N & P fluxes for the drainages to the North Atlantic Ocean: Natural and human influences.** Biogeochemistry. 35(1): 75-139.

Kaspari, M.; Garcia, M.N.; Harms, K.E.; Santana, M.; Wright, S.J.; Yavitt, J.B.; 2008. **Multiple nutrients limit litterfall and decomposition in a tropical forest.** Ecology Letters. 11(1): 35-43.

LeBauer, D.S.; Treseder, K.K. 2008. **Nitrogen limitation of net primary productivity in terrestrial ecosystems is globally distributed.** Ecology. 89(2): 371-379.

Lewis, W.M.; Melack, J.M.; McDowell, W.H.; McClain, M.; Richey, J.E. 1999. **Nitrogen yields from undisturbed watersheds in the Americas.** Biogeochemistry. 46(1-3): 149-162.

Lodge, T.E. 2004. T**he Everglades handbook: Understanding the ecosystem.** Boca Raton, FL: CRC Press. 303 p.

Lohse, K.A.; Matson, P.A. 2005. **Consequences of nitrogen additions for soil losses from wet tropical forests.** Ecological Applications. 15(5): 1629-1648.

Lovelock, C.E.; Feller, I.C.; Ball, M.C.; Engelbrecht, B.M.J.; Ewe, M.L. 2006. **Differences in plant function in phosphorus- and nitrogen-limited mangrove ecosystems.** New Phytologist. 172: 514-522.

Lovelock, C.E.; Feller, I.C.; McKee, K.L.; Engelbrecht, B.M.J.; Ball, M.C. 2004. **The effect of nutrient enrichment on growth, photosynthesis and hydraulic conductance of dwarf mangroves in Panamá.** Functional Ecology. 18: 25-33.

Lugo, A.E.; Scatena, F.N. 1996. **Background and catastrophic tree mortality in tropical moist, wet and rain forests.** Biotropica. 28: 585-599.

Martinelli, L.A.; Piccolo, M.C.; Townsend, A.R.; Vitousek, P.M.; Cuevas, E.; McDowell, W.; Robertson, G.P.; Santos, O.C.; Treseder, K. 1999. **Nitrogen stable isotope composition in leaves and soils: tropical versus temperate forests.** Biogeochemistry. 46(1): 45-65.

Matson, P.A.; Lohse, K.; Hall, S.J. 2002. **The globalization of nitrogen: consequences for terrestrial ecosystems.** Ambio. 31(2): 113-119.

Matson, P.A.; McDowell, W.H.; Townsend, A.R.; Vitousek, P.M., 1999. **The globalization of N deposition: ecosystem consequences in tropical environments.** Biogeochemistry. 46(1): 152-155.

Matson, P.A.; Vitousek, P.M. 1990. **Ecosystem approach to the global nitrous oxide budget.** BioScience. 40(9): 667-672.

McDowell, W.H.; McSwiney, C.P.; Bowden, W.B. 1996. **Effects of hurricane disturbance on groundwater chemistry and riparian function in a tropical rain forest.** Biotropica. 28 4a: 577-584.

McKee, K.L. 1995. **Seedling recruitment patterns in a Belizean mangrove forest: effects of establishment ability and physico-chemical factors.** Oecologia 101: 448-460.

BLM_0062100

Nardoto, G.B.; Ometto, J.; Ehleringer, J.R.; Higuchi, N.; Bustamante, M.M.D.; Martinelli, L.A. 2008. **Understanding the influences of spatial patterns on N availability within the Brazilian Amazon Forest.** Ecosystems. 11(8):1234-1246.

Noe, G.B.; Childers, D.L.; Jones, R.D. 2001. **Phosphorus biogeochemistry and the impact of phosphorus enrichment: Why is the Everglades so unique?** Ecosystems. 4(7): 603-624.

Norris, M.D.; Reich, P.B. 2009. **Modest enhancement of nitrogen conservation via retranslocation in response to gradients in N supply and leaf N status.** Plant and Soil. 316(1-2): 193-204.

Ortiz-Zayas, J.R.; Cuevas, E.; Mayol-Bracero, O.L.; Donoso, L.; Trebs, I.; Figueroa-Nieves, D.; McDowell, W.H. 2006. **Urban influences on the nitrogen cycle in Puerto Rico.** Biogeochemistry. 79(3): 109-133.

Ostertag, R.; Hobbie, S.E. 1999. **Early stages of root and leaf decomposition in Hawaiian forests: effects of nutrient availability.** Oecologia. 121(4): 564-573.

Ostertag, R.; Verville, J.H. 2002. **Fertilization with nitrogen and phosphorus increases abundance of non-native species in Hawaiian montane forests.** Plant Ecology. 162(1): 77-90.

Pett-Ridge, J.; Silver, W.L.; Firestone, M.K. 2006. **Redox fluctuations frame microbial community impacts on N-cycling rates in a humid tropical forest soil.** Biogeochemistry. 81(1): 95-110.

Porder, S.; Paytan, A.; Vitousek, P.M. 2005. **Erosion and landscape development affect plant nutrient status in the Hawaiian Islands.** Oecologia. 142(3): 440-449.

Reich, A.; Ewel, J.J.; Nadkarni, N.M.; Dawson, T.; Evans, R.D. 2003. **Nitrogen isotope ratios shift with plant size in tropical bromeliads.** Oecologia. 137(4): 587-590.

Ricketts, T.H.; Dinerstein, E.; Olson, D.M.; Loucks, C.J. 1999. **Terrestrial ecoregions of North America: A conservation assessment.** Washington, DC: Island Press. 452 p.

Scatena, F.N.; Lugo, A.E. 1995. **Geomorphology, disturbance, and the soil and vegetation of 2 subtropical wet steepland watersheds of Puerto Rico.** Geomorphology. 13(1-4): 199-213.

Schaefer, D.A.; McDowell, W.H.; Scatena, F.N.; Asbury, C.E. 2000. **Effects of hurricane disturbance on stream water concentrations and fluxes in eight tropical forest watersheds of the Luquillo Experimental Forest, Puerto Rico.** Journal of Tropical Ecology. 16:189-207.

Silver, W.L.; Herman, D.J.; Firestone, M.K. 2001. **Dissimilatory nitrate reduction to ammonium in upland tropical forest soils.** Ecology. 82(9): 2410-2416.

Sklar, F.; van der Walk, A., eds. 2002. **Tree islands of the Everglades.** Dordrecht, Netherlands: Kluwer Academic Publishers. 552 p.

Sparks, J.P.; Monson, R.K.; Sparks, K.L.; Lerdau, M. 2001. **Leaf uptake of nitrogen dioxide ($NO_2$) in a tropical wet forest: implications for tropospheric chemistry.** Oecologia. 127(2): 214-221.

Tanner, E.V.J.; Vitousek, P.M.; Cuevas, E. 1998. **Experimental investigation of nutrient limitation of forest growth on wet tropical mountains.** Ecology. 79(1): 10-22.

Templer, P.H.; Silver, W.L.; Pett-Ridge, J.; DeAngelis, K.M.; Firestone, M.K. 2008. **Plant and microbial controls on nitrogen retention and loss in a humid tropical forest.** Ecology. 89(11): 3030-3040.

Tomlinson, P.B. 1986. **The botany of mangroves.** New York, NY: Cambridge University Press. 413 p.

BLM_0062101

Townsend, A.R.; Asner, G.P.; Cleveland, C.C. 2008. **The biogeochemical heterogeneity of tropical forests.** Trends in Ecology and Evolution. 23(8): 424-431.

Troxler Gann, T.G.; Childers, D.L.; Rondeau, D.N. 2005. **Ecosystem structure, nutrient dynamics, and hydrologic relationships in tree islands of the southern Everglades, Florida, USA.** Forest Ecology and Management. 214(1-3): 11-27.

Vitousek, P.M. 2004. **Nutrient cycling and limitation: Hawai'i as a model system.** Princeton, NJ: Princeton University Press. 232 p.

Vitousek, P.M.; Cassman, K.; Cleveland, C.; Crews, T.; Field, C.B.; Grimm, N.B.; Howarth, R.W.; Marino, R.; Martinelli, L.; Rastetter, E.B.; Sprent, J.I. 2002. **Towards an ecological understanding of biological nitrogen fixation.** Biogeochemistry. 57(1): 1-45.

Vitousek, P.M.; Farrington, H. 1997. **Nutrient limitation and soil development: Experimental test of a biogeochemical theory.** Biogeochemistry. 37: 63-75.

Vitousek, P.M.; Walker, L.R.; L.Whiteaker; Matson, P. 1993. **Nutrient limitations to plant growth during primary succession in Hawaii Volcanoes National Park.** Biogeochemistry. 23: 197-215.

Vogt, R.D.; Guo, J.H.; Luo, J.H.; Peng, X.Y.; Xiang, R.J.; Xiao, J.S.; Zhang, X.S.; Zhao, D.W.; Zhao, Y. 2007. **Water chemistry in forested acid sensitive sites in sub-tropical Asia receiving acid rain and alkaline dust.** Applied Geochemistry. 22(6): 1140-1148.

Walker, T.W.; Syers, J.K. 1976. **The fate of phosphorus during pedogenesis.** Geoderma. 15: 1-19.

Walker, L.R.; Zarin, D.J.; Fetcher, N.; Myster, R.W.; Johnson, A.H. 1996. **Ecosystem development and plant succession on landslides in the Caribbean.** Biotropica. 28: 566-576.

Wanek, W.; Hofmann, J.; Feller, I.C. 2007. **Canopy interactions of rainfall in an off-shore mangrove ecosystem dominated by _Rhizophora mangle_ (Belize).** Journal of Hydrology. 345(1-2): 70-79.

Wetzel, P.R.; Pinion, T.; Towles, D.T.; Heisler, L. 2008. **Landscape analysis of tree island head vegetation in Water Conservation Area 3, Florida Everglades.** Wetlands. 28(2): 276-289.

Zimmerman, N.; Hughes, R.F.; Cordell, S.; Hart, P.; Chang, H.K.; Perez, D.; Like, R.K.; Ostertag, R. 2008. **Patterns of primary succession of native and introduced plants in lowland wet forests in eastern Hawai'i.** Biotropica. 40(3): 277-284.

BLM_0062102

# 17 WETLANDS

T.L. Greaver, L. Liu, R. Bobbink

## 17.1 Ecosystem Description

The U.S. Clean Water Act defines wetlands as "those areas that are inundated or saturated by surface or ground water at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions". Frequent water saturation of the soil creates anaerobic conditions and results in slow decomposition of organic matter. Wetlands in the United States support more than 4200 native plant species, of which 121 are federally threatened or endangered (NRCS 2009). Wetlands also offer key ecosystem services, such as sequestering carbon (C), providing habitat, regulating flood, maintaining water quality, and stabilizing coastal slope (US EPA 1993). About 107.7 million acres of wetlands are widely distributed in the conterminous United States (Fig. 17.1), 95 percent of which are freshwater wetlands and 5 percent are estuarine or marine wetlands (FWS 2005).

Depending on geology, position in the watershed, and climate, very different types of wetland ecosystems may develop. Wetlands have numerous classifications in North America. In general, marshes (dominated by herbaceous species) and swamps (dominated by woody species) occur on mineral soils or shallow peats. Peatlands, including ombrotrophic (raised) bogs, minerotrophic (true) fens, and transition (poor fens), are true peat-accumulating communities (Vitt 1994). Wetlands can be divided into three hydrology-based categories that are useful for discussing nitrogen (N) sources and cycling: bogs; fens, marshes, swamps, and riparian wetlands; and intertidal wetlands.

Ombrotrophic bogs are acidic, moss-dominated freshwater wetlands that receive water inputs primarily via precipitation. They develop where precipitation exceeds evapotranspiration and where there is some impediment to drainage of surplus water (Mitsch and Gosselink 2000). Bogs are especially common in the cool boreal zones of North America.

Fens, freshwater marshes, freshwater swamps, and riparian wetlands are characterized by ground and surface water inputs that are often on the same order of magnitude as precipitation (Koerselman 1989). Fens generally receive some drainage from surrounding mineral soils and, in many ecological aspects, are transitional between bogs and freshwater marshes. Freshwater marshes are characterized by tall graminoids, while freshwater swamps are forested wetlands dominated by various species (e.g., bald cypress [*Taxodium distichum*], pond cypress [*Taxodium ascendens*], white-cedar [*Chamaecyparis thyoides*], or red maple, [*Acer rubrum*]). Riparian wetlands are linear systems along rivers and streams and formed by the flooding of these streams or rivers.

Intertidal wetlands (e.g., salt marshes and mangrove swamps) develop on sheltered coasts or in estuaries where they are inundated by water with a periodicity that reflects the combination of tidal cycles and freshwater inputs (e.g., precipitation and ground water). Marine water input depends on the proximity to the coast; wetlands that occur nearest to the coast are the most saline and those towards the inland are primarily freshwater habitats (Archibold 1995, Mitsch and Gosselink 2000).

## 17.2 Ecosystem Responses to N Deposition

Known responses to N enrichment are generally derived from nutrient-addition studies in the field and observations along gradients of N deposition. A variety of ecological endpoints are evaluated, such as altered soil biogeochemistry, increased peat accumulation, elevated primary production, changes in plant morphology, changes in plant population dynamics, and altered plant species composition (US EPA 2008). Morris (1991) suggested the effect of N deposition on wetland ecosystems depends on the fraction of rainfall (a proxy for atmospheric N deposition) in its total water budget; the sensitivity to N deposition was suggested as bogs >

BLM_0062103

194

*Chapter 17—Wetlands   GTR-NRS-80*



Predominantly wetland

Area typified by a high
density of small wetlands

```
0          200  MILES
0        200  KILOMETERS
```

Fig 17.1—Distribution of wetlands in the United States. Source: Dahl and Allord 1997.

BLM_0062104

fens, marshes, swamps > intertidal wetlands. At the most sensitive end of the spectrum, ombrotrophic bogs receive exogenous nutrients (from external sources) primarily from precipitation, and the species in these ecosystems are adapted to low levels of N (Bridgham et al. 1995, 1996; Shaver and Melillo 1984). Intertidal wetlands are at the other end of this spectrum; in these ecosystems, N loading from marine/estuarine water sources exceed that from atmospheric inputs by one or two orders of magnitude (Morris 1991). Building on these early observations by Morris (1991), it is now generally accepted that nutrient budgets in wetland ecosystems are tightly linked with local hydrology (Bobbink et al. 2003). In general, N deposition is expected to have a larger effect on ecosystems with more closed N cycles, such as bogs, than on those with open N cycles, such as intertidal wetlands. Most data for U.S. wetlands indicates nutrient-related effects, unlike Europe, where acidification effects in wetlands are well documented.

## 17.3 Range of Responses Observed

Both freshwater and estuarine wetlands tend to be N-limited ecosystems (LeBauer and Tresseder 2008, US EPA 1993). Most studies evaluate short-term fertilization with high N loading that typically exceeds atmospheric deposition. Therefore, it is difficult to assess how long-term N deposition will affect N limitation, especially considering that the degree of N limitation varies among wetlands across the United States (Bedford 1999).

### 17.3.1 Freshwater Wetlands

Freshwater wetlands harbor large numbers of plant species that have evolved under N-limited conditions. These include quillworts (*Isoetes* spp.), of which three species are federally endangered; insectivorous plants such as the endangered green pitcher (*Sarracenia oreophila*); and the genus *Sphagnum*, of which there are 15 species listed as endangered by some eastern states. An extensive literature survey on temperate North American wetlands found that, in general, plant communities under high nutrient supply had low species richness when compared among different wetland types (Bedford et al. 1999).

*Sphagnum moss.* The genus *Sphagnum* dominates ombrotrophic bogs and some nutrient poor fens in the northern United States and Canada. The species composition of bogs in both countries is similar, therefore, the Canadian data are included in the following discussion. These mosses efficiently capture atmospheric N deposition with retention rates between 50 and 90 percent; much of the variation is due to the depth of the water table (Aldous 2002a, 2002b). Studies conducted on four species of *Sphagnum* in Maine (2 to 4 kg N ha$^{-1}$ yr$^{-1}$ wet deposition) and New York (10 to 13 kg N ha$^{-1}$ yr$^{-1}$ wet deposition) document that higher wet deposition of N resulted in higher tissue N concentrations and greater net primary productivity (NPP), but lower bulk density (Aldous 2002a: Table 17.1). Note that these results are for wet deposition and not total deposition of N.

A study of *Sphagnum fuscum* in six Canadian peatlands showed a weak, although significant, negative correlation between NPP and modeled total N deposition when deposition levels were greater than 3 kg N ha$^{-1}$ yr$^{-1}$ (Vitt et al. 2003; Table 17.1). A study of 23 ombrotrophic peatlands in Canada with total modeled N deposition ranging from 2.7 to 8.1 kg N ha$^{-1}$ yr$^{-1}$ showed that peat accumulation increases linearly with N deposition. However, in recent years this rate has begun to slow, indicating a limited capacity for N to stimulate accumulation (Moore et al. 2004; Table 17.1).

In summary, documented responses to N deposition by *Sphagnum* mosses in the United States and Canada are limited to changes in N tissue concentration, bulk density, and NPP. There is additional information from European ecosystems that prolonged N deposition may ultimately lead to N saturation, leaching of excess N, and ultimately a shift in community composition. For example, N additions to a boreal bog in Europe resulted in a collapse of the *Sphagnum* mat followed by increased growth of ericaceous shrubs and the sedge, tussock cottongrass (*Eriophorum vaginatum*) (Wiedermann et al. 2007). In more southerly bogs in Europe, excess N permitted an invasion of vascular plants normally held at bay due to low N concentration because of the N-filtering capacity of mosses (Lamers et al. 2000).

BLM_0062105

**Table 17.1—Response to N inputs of biological and chemical indicators for freshwater wetlands**

| Site | N Input $kg\ N\ ha^{-1}\ yr^{-1}$ | Indicator | Responses | Reference |
|---|---|---|---|---|
| **Peatlands:** | | | | |
| 23 ombrotrophic peatlands in Canada | 2.7 to 8.1 | Peat accumulation | Peat accumulation increases linearly with N deposition: y = 2.84x +0.67, $r^2$ =0.32, P<0.001, where x is wet atmospheric N deposition from 1990-1996 (g m$^{-2}$ yr$^{-1}$), y is 50-year peat N accumulation (g m$^{-2}$ yr$^{-1}$). However, in recent years this rate has begun to slow, indicating limited capacity for N to stimulate accumulation | Moore et al. 2004 |
| Six Canadian peatlands | 3 | *Sphagnum fuscum* | At sites with deposition levels ranging from 0.7 to 152 kg N ha$^{-1}$ yr$^{-1}$, a weak, although significant, negative correlation between NPP and N deposition when deposition levels were greater than 3 kg N ha$^{-1}$ yr$^{-1}$: y = 150 - 3.4x, R$^2$=0.01, P=0.04, where x is N deposition rate (kg N ha$^{-1}$ yr$^{-1}$), y is NPP (g m$^{-2}$ yr$^{-1}$). | Vitt et al. 2003 |
| Poor fen in NW Ontario, Canada | 4.6 | *Sphagnum magellanicum* | Growth was stimulated by 4.6 kg N ha$^{-1}$ yr$^{-1}$ as NO$_3^-$-N. However, additional N loading (18 kg N ha$^{-1}$ yr$^{-1}$ as NO$_3^-$-N and 18 kg N ha$^{-1}$ yr$^{-1}$ as NH$_4^+$-N) did not further stimulate growth | Rochefort et al. 1990 |
| Two bogs, Adirondacks (NY)  Lindsey Brook Bog, Vanceboro Bog (ME) | 10 to 13 wet deposition  2 to 4 wet deposition | *Sphagnum* spp. *Polytrichum commune* | Comparison of low (2 to 4 kg N ha$^{-1}$) and high N deposition level (10 to 13 kg N ha$^{-1}$ yr$^{-1}$) showed elevated tissue N concentrations, greater NPP and lower bulk density under the higher level of deposition | Aldous 2002a |
| Two bogs, Adirondacks (NY)  Lindsey Brook Bog, Vanceboro Bog (ME) | 10 to 13 wet deposition  2 to 4 wet deposition | *Sphagnum* spp. | Main findings of the $^{15}$N tracer experiments are 1) the two Adirondack sites had a greater N% translocation of N to the growing capitula than the Maine sites; 2) 11% of the tracer was retained in Maine and 80% in the Adirondacks; 3) atmospheric deposition is a portion of the *Sphagnum* N budget, the remaining N likely comes from N mineralization | Aldous 2002b |
| **Pitcher plant:** | | | | |
| Hawley Bog (MA) Molly Bog (VT) | 6.8 | Pitcher plant *(Sarracenia purpurea)* | Based on empirical demographics, an increase above 6.8 kg N ha$^{-1}$ yr$^{-1}$ would cause substantial increase in the extinction risk | Gotelli and Ellison 2002 |
| 26 bogs in Massachusetts and Vermont, US | 9.76 to 16.42 | Pitcher plant; [NH$_4$] of soil pore water | Relative keel size of *S. purpurea* increased from 0.4 to 0.7 with soil pore water NH$_4$ concentration increase from 0.1 to 0.5 mg L$^{-1}$ | Ellison and Gotelli 2002 |
| Hawley Bog (MA) Molly Bog (VT) | 10 to 14 | Pitcher plant | When populations occurring under low deposition (0-1.4 kg N ha$^{-1}$ yr$^{-1}$) are compared to those at higher deposition (10 to 14 kg N ha$^{-1}$ yr$^{-1}$), negative population growth rate is observed under higher deposition | Gotelli and Ellison 2006 |
| Molly Bog (VT) | 35 | Pitcher plant | Relative keel size of *S. purpurea* was compared in two nitrogen addition treatments (0 and 35 kg N ha$^{-1}$ yr$^{-1}$). Keel size increased from 0.2 to 0.8 under the higher loading | Ellison and Gotelli 2002 |
| **Prairie wetland:** | | | | |
| Controlled mesocoms at the University of Minnesota Horticultural Research Center (MN) | 0,120, and 480 | 11 species in sedge meadow community common to prairies | N addition as nitrate-N 1) increased community biomass; 2) decreased the root:shoot ratio from 0.82 at 0 addition to 0.48 at 120 kg N ha$^{-1}$ yr$^{-1}$, no further reduction was observed at the highest N addition level; 3) decreased community diversity and evenness between the control and highest N addition. | Green and Galatowitsch 2002 |



Figure 17.2—Distribution of purple pitcher plant in North America. Green denotes areas where purple pitcher plant is known to occur. Sources: USDA 2009.

*Purple pitcher plant.* Purple pitcher plant (*Sarracenia purpurea*), also known as northern pitcher plant, is long lived (30 to 50 years) and widely distributed in bogs, fens, and swamps across Canada and the eastern United States (Fig. 17.2; Ellison and Gotelli 2002). Purple pitcher plant has adapted to nutrient poor environments and is very sensitive to increasing N input. Purple pitcher plant was listed as vulnerable in New York, threatened in Florida, Maryland, and Michigan, and endangered in Illinois (USDA 2009). In a study of purple pitcher plant in Vermont and Massachusetts, Ellison and Gotelli (2002) conducted a series of N addition experiments by augmenting N availability to leaves with solution of 0, 0.1, and 1 mg $L^{-1}$ nitrogen as ammonium chloride ($NH_4Cl$) for one growing season. Population growth rates, estimated by demographic survey, were positive for 0 and 0.1 mg N $L^{-1}$ additions (equal to atmospheric deposition of 0 to 1.4 kg N $ha^{-1}$ $yr^{-1}$)[23] and negative for 1 mg N $L^{-1}$ additions (equivalent to 14 kg N $ha^{-1}$ $yr^{-1}$)[23] (Gotelli and Ellison 2006; Table 17.1). Based on the annual demographic

information, a nonstationary matrix model forecasted that the extinction risk within the next 100 years was small if N deposition rate was maintained at 4.5 to 6.8 kg N $ha^{-1}$ $yr^{-1}$.[23] However, a small annual increase (1 to 4.7 percent) in N deposition rates would substantially increase the extinction risk (Gotelli and Ellison 2002).

Increasing N availability not only reduced population growth of purple pitcher plant, but also dramatically altered plant morphology. Purple pitcher plant produces carnivorous leaves (pitcher) and photosynthesis efficient

---

[23]N treatments were selected to represent annual N deposition measured at the nearest monitoring sites of National Atmospheric Deposition Program (NADP). The unit of N treatments reported in the publication was precipitation-weighted mean concentrations (mg N $L^{-1}$), from which we calculated the level of deposition (kg N $ha^{-1}$ $yr^{-1}$) using the equation: *deposition= precipitation-weighted mean concentrations × annual precipitation*. More detailed information on N deposition is available on the NADP website: http://nadp.sws.uiuc.edu/sites/ntnmap.asp

BLM_0062107

leaves (phyllodia). Nitrogen enrichment was shown to stimulate the photosynthesis rate and increase the production of phyllodia relative to pitcher (Ellison and Gotelli 2002). The field N deposition simulation experiment (treatments ranged from 0 to 35 kg N ha$^{-1}$ yr$^{-1}$)[23] revealed a positive linear relationship between N deposition level and relative keel size (keel width/total width, an indication of the relative size of the pitcher tube, in which prey are digested). This correlation was supported by the field surveys of 26 sites across Massachusetts and Vermont (Ellison and Gotelli 2002), and 39 sites across Canada and the eastern United States (Ellison et al. 2004). The relative keel size of northern pitcher plant increased with increasing ammonium ($NH_4^+$) concentration in soil water, and may be used as a bioindicator (log $[NH_4^+]$ = -1.57 + 1.78x relative keel size).

*Greenhouse Gas Flux.* A recent meta-analysis evaluated the effects of N enrichment on biogenic greenhouse gas (GHG) flux from terrestrial ecosystems (Liu and Greaver 2009). In wetlands, N enrichment increased methane ($CH_4$) emission and nitrous oxide ($N_2O$) emission, but had no effect on net ecosystem exchange of C or $CH_4$ uptake. These results are the average response for N addition experiments on wetlands located around the world. Data is limited for the United States; there are just four field addition experiments on freshwater wetlands. Of these, three studies demonstrated a response to N addition. These are summarized in Table 17.2. In the first study, N addition of 20 and 60 kg ha$^{-1}$ yr$^{-1}$ in combination with 6.7 and 20 kg ha$^{-1}$ yr$^{-1}$ phosphorus (P) had no effect on carbon dioxide ($CO_2$) or $CH_4$ emissions from a Minnesota peatland fen (Keller et al. 2005). There is evidence that N addition increases $N_2O$ flux from swamp forest in Louisiana and mangrove forest in Florida. However, the lowest N addition level was 100 kg ha$^{-1}$ yr$^{-1}$, making it difficult to determine if N deposition would also increase $N_2O$ flux (Lindau et al. 1994, Delaune et al. 1998, Whigham et al. 2009). A 5-year addition study indicated that net ecosystem exchange of $CO_2$ with the atmosphere of bogs in Ottawa, Ontario, was reduced by 45 percent with an addition of 64 kg N ha$^{-1}$ yr$^{-1}$ (Bubier et al. 2007).

## 17.3.2 Intertidal Wetlands

Nitrogen loading to intertidal wetlands tends to be much higher than loading to freshwater wetlands because, in addition to atmospheric deposition, N sources may include land runoff, ground water, marine water, and waste-water effluent. Nitrogen load to one salt marsh in Narragansett Bay, Rhode Island, was calculated to be 10,253 kg N ha$^{-1}$ yr$^{-1}$ (Wigand et al. 2003), an extremely high value. Compared to N brought in by tidal water and ground water (typically 565 to 668 kg N ha$^{-1}$ yr$^{-1}$), the N deposited directly to the surface of coastal marshes (~ up to 30 kg N ha$^{-1}$ yr$^{-1}$) is a small proportion of the total N budget (Morris 1991). However, atmospheric deposition can be the primary N source in some regions. For example, in southern New England estuaries, where N loading (mean =167 kg N ha$^{-1}$ yr$^{-1}$) was much lower than other U.S. estuaries (mean =893 kg N ha$^{-1}$ yr$^{-1}$), direct atmospheric deposition to the estuary surface was the largest N source, accounting for 37 percent of the total N loading (Latimer and Charpentier 2010). This information suggests that the impact of direct atmospheric deposition of N may vary among regions. Indirect atmospheric deposition—N deposited to the watershed and transported via surface or ground water—could be another major source of the total N load to coastal marshes. For example, the modeled contribution from the atmosphere (36 million kg N yr$^{-1}$) was about 21 to 30 percent of the total N loading of 170 million kg N yr$^{-1}$ (Castro et al. 2003, Driscoll et al. 2003) for Chesapeake Bay waters, and 16 percent of the total N loading of 0.029 million kg N yr$^{-1}$ for southern New England estuaries (Latimer and Charpentier 2010) Future studies are needed to determine the role of direct and indirect atmospheric N deposition on the nutrient budget of intertidal wetlands.

Regardless of its source, N enrichment is shown to alter the structure and function of intertidal wetland ecosystems (Table 17.3) by causing increased primary production (Darby and Turner 2008a, Mendelssohn 1979, Tyler et al. 2007, Wigand et al. 2003); invasion of nonnative species (Tyler et al. 2007); altered competition between native species (Crain 2007, Mendelssohn 1979, Wigand et al. 2003); loss of

BLM_0062108

**Table 17.2—Greenhouse gas flux in response to N enrichment for freshwater wetlands.**

| Site | N Input kg N ha$^{-1}$ yr$^{-1}$ | Indicator | Responses | Reference |
|---|---|---|---|---|
| Mer Bleue Bog, Ottawa, ON | 64 +PK | NEE (net ecosystem exchange of carbon) | After 5 years nutrient treatment, the rate of maximum NEE was significantly reduced (45%) under the highest levels of nutrient addition (64 kg N ha$^{-1}$ yr$^{-1}$ +5.0 kg P ha$^{-1}$ yr$^{-1}$ + 63 kg K ha$^{-1}$ yr$^{-1}$ ), but was not changed under other nutrient levels, compared to control | Bubier et al. 2007 |
| Swamp forest, St. James Parish, LA | 100 | N$_2$O emission | Addition of NO$_3$ and NH$_4$ to the columns increased N$_2$O production 56% and 15% over the control, respectively | Delaune et al. 1998 |
| Swamp forest, Spring Bayou Wildlife Management Area, LA | 100, 300 NH$^{4+}$ – N; 100, 300 NO$^{3-}$ -N | N$_2$O emission | N$_2$O emission was largely stimulated by NO$_3^-$ addition but not NH$_4^+$; Total N$_2$O evolution was estimated to be 0.44,0.36,2.83 and 10.45 kg ha$^{-1}$ yr$^{-1}$ for the 100 NH$_4^+$, 300 NH4+, 100 NO$_3^-$ and 300 kg NO$_3$-N ha$^{-1}$ yr$^{-1}$ treatments, respectively | Lindau et al. 1994 |
| Mangroves forest, Indian River Lagoon, FL | 100 | N$_2$O emission | Averaged across the three experimental years (2001 -2003), N$_2$O emission was almost six times higher in fertilized plots (0.028 mg N$_2$O-N m$^2$ hr$^{-1}$), compared to that in control plots (0.005 mg N$_2$O- N m$^2$ hr$^{-1}$) | Whigham et al. 2009 |

sensitive species (Latimer and Rego 2010); increased herbivore damage to plants (Bertness et al. 2008); stimulated evapotranspiration (Howes et al. 1986); altered microbial community and pore water chemistry (Caffrey et al. 2007); and altered carbon allocation between roots and shoots (Darby and Turner 2008b). It is unclear if these effects could occur in response to current levels of deposition alone because most studies apply N additions that are several orders of magnitude greater than atmospheric deposition.

*Spartina. Spartina* is an aggressive perennial cordgrass native to the coasts of the Atlantic Ocean. The dense root mats of *Spartina* trap sediment, elevating the substrate, and creating new shoreline. Nitrogen enrichment has been shown to alter the ecophysiological processes and community composition of *Spartina* salt marshes. This work is based on N addition levels that simulate total loading, not deposition alone. Evidence from Mendelssohn et al. (1979) indicates 280 kg N ha$^{-1}$ yr$^{-1}$ alters growth and biomass of *Spartina*. Howes et al. (1986) found N addition (416 kg N ha$^{-1}$ yr$^{-1}$) increased live aboveground biomass, leaf area coverage, and evapotranspiration of smooth cordgrass (*S. alterniflora*). Under N-enriched condition, saltmeadow cordgrass (*S. patens*) is often out-competed and replaced by smooth cordgrass (Emery et al. 2001). Wigand et al.

(2003) examined plant community structure of 10 salt marshes over a 2-year period, with N ranging from 2 to 10,253 kg N ha$^{-1}$ yr$^{-1}$, in Narragansett Bay. Several dose response curves based on their findings are given in Figure 17.3. Species richness decreased linearly with increasing N loading. With N loading higher than 63 to 400 kg N ha$^{-1}$ yr$^{-1}$, the density of saltmeadow cordgrass and short smooth cordgrass rapidly decreased and the density of tall smooth cordgrass increased.

*Eelgrass.* Eelgrass, genus *Zostera*, is submerged aquatic vegetation that provides important habitat for many wildlife species, such as fish, shellfish, sea turtles, and waterfowl. Eelgrass beds are also important for sediment deposition and substrate stabilization. The massive decline of eelgrass has been widely documented in estuaries across Atlantic and Pacific coast (Latimer and Rego 2010, Ward et al. 2003). Excess N loading is one of the primary disturbances causing the rapid loss of eelgrass habitat. Latimer and Rego (2010) estimated the relationship between eelgrass extent and predicted watershed-derived N loading for 62 shallow estuaries along the coasts of Connecticut, Rhode Island, and Massachusetts. They found that N loading greater than 50 kg N ha$^{-1}$ yr$^{-1}$ lead to a significant decline of eelgrass coverage, and almost all eelgrass habitats were lost at loading levels higher than 100 kg N ha$^{-1}$ yr$^{-1}$.

BLM_0062109

**Table 17.3—Responses of coastal marsh ecosystems to N fertilization. Note an asterisk (\*) indicates that N addition units were converted to kg N ha$^{-1}$ yr$^{-1}$ when different units were given in the publication.**

| Site | N Input | Indicator | Responses | Reference |
|---|---|---|---|---|
| Walden Creek, NC | 0, 280, 560, and 1120 kg N ha$^{-1}$ yr$^{-1}$ | Smooth cordgrass (*Spartina alterniflora*) (short and tall) | 1) increased the growth of short smooth cordgrass, but had no effect on tall smooth cordgrass; 2) $NH_4^+$ showed higher growth stimulation on short smooth cordgrass than $NO_3^-$ 3) biomass production of short smooth cordgrass increased linearly with N addition | Mendelssohn et al. 1979 |
| Great Sippewissett Marsh, MA | 26 and 76 kg N ha$^{-1}$wk$^{-1}$ from June to Sept (~416 and 1216 kg N ha$^{-1}$ yr$^{-1}$\*) | Smooth cordgrass | N addition 1) increased live aboveground biomass 100 and 270% in the low and high addition, respectively; 2) increased leaf area coverage; 3) doubled the rate of evapotranspiration | Howes et al. 1986 |
| San Diego Bay, CA | 15 g N m$^{-2}$·wk$^{-1}$ from March to Aug 1995 and 1996 (~3600 kg N ha$^{-1}$ yr$^{-1}$\*) | | N addition 1) increased plant tissue N concentration; 2) did not increase soil N concentration | Boyer et al. 2000 |
| Narragansett Bay, RI | N gradient from 2 to 10,253 kg N ha$^{-1}$ yr$^{-1}$ | Saltmeadow cordgrass (*Spartina patens*); smooth cordgrass (short and tall) | N addition 1) reduced species richness; 2) decreased the density and extent of saltmeadow cordgrass; 3) increased the density and extent of tall smooth cordgrass | Wigand et al. 2003 |
| Tomales Bay, CA | N addition of 15 g N m$^{-2}$ urea fertilizer every two weeks from March 2000-July 2001 (~2100 to 3000 kg N ha$^{-1}$ yr$^{-1}$\*) | Saltgrass (*Distichlis spicata*), Virginia glasswort (*Salicornia virginica*), marsh rosemary (*Limonium californicum*), Canadian sandspurry (*Spergularia caadensis*), arrowgrass (*Trigiochin sp*). | N addition 1) increased soil nitrogen; 2) increased height, plant tissue N concentration in all species; 3) increased biomass of saltgrass, marsh rosemary, Canadian sandspurry, arrowgrass; 4) increased percent cover of all species at one or more times during the experiment | Traut 2005 |

| | | | | |
|---|---|---|---|---|
| San Francisco Bay (CA); Willapa Bay (WA) | Added 800 kg N ha$^{-1}$ yr$^{-1}$ | Smooth cordgrass; Hybrid *Spartina* (*S. alterniflora* x *S. foliosa*); Virginia glasswort | 1) increased biomass, stem density and the rate of habitat invasion; 2) promoted the spread of invaded species (hybrid *Spartina*); 3) decreased the density of native species (Virginia glasswort) | Tyler et al. 2007 |
| Nags Creek (RI) | 2 g N m$^{-2}$ added once per month from May-Aug for 3 years (~80 kg N ha$^{-1}$ yr$^{-1}$*) | Saltmeadow cordgrass | N addition 1) increased bacterial production; 2) increased pore water $NH_4^+$ and $NO_3^-$ concentrations; 3) increased the uptake of dissolved inorganic phosphorous; 4) inconclusive effects on mineralization and denitrification rates | Caffrey et al. 2007 |
| Cocodrie (LA) | N additions made once per month from April- Aug 2004 (~0, 230, 465, 930, 1860 and 3720 kg N ha$^{-1}$ yr$^{-1}$*) | Smooth cordgrass | N addition 1) increased the aboveground biomass and stem density; 2) did not change live belowground biomass | Darby and Turner 2008b |
| York River (ME); Nonesuch River (ME) | N addition of 1630 kg N ha$^{-1}$ yr$^{-1}$ for 3 years | Salt, brackish and oligohaline marshes | N addition 1) increased the productivity of all three types of marshes by 100% after 3 years; 2) lowered C:N and increased N:P in plant tissue in all marsh-types; 3) had no significant effect on species composition of salt and brackish marshes, however a combination of N and P fertilization changed the species composition of oligohaline marshes | Crain 2007 |
| Narragansett Bay (RI) | Added 30% N by weight of 60 g m$^{-2}$ per month from May to August 2005 and 2006 (~720 kg N ha$^{-1}$ yr$^{-1}$*) | Smooth cordgrass | N was added with phosphorous and potassium. The herbivore consumption of primary production was small in pristine marshes, but increased to 50-75% in eutrophic marshes | Bertness et al. 2008 |
| 62 New England estuaries | N gradient from 24.2 to 928 kg N ha$^{-1}$ yr$^{-1}$ | Eelgrass | N loading greater than 50 kg N ha$^{-1}$ yr$^{-1}$ led to a significant decline of eelgrass coverage, and almost all eelgrass habitats were lost at loading levels higher than 100 kg N ha$^{-1}$ yr$^{-1}$. | Latimer and Rego 2010 |



Figure 17.3—The effect of N loading on plant community structure of 10 salt marshes in Narragansett Bay (graphs plotted from data presented in Wigand et al. 2003)

## 17.4 Critical load estimates

### 17.4.1 Freshwater Wetlands

There is correlative evidence that *Sphagnum*-dominated freshwater wetlands in the United States are altered by N deposition. The critical load for altered peat accumulation and NPP is between 2.7 and 13 kg N ha[-1] yr[-1], based on observations from Aldous (2002a), Moore et al. (2004), Rochefort et al. (1990) and Vitt et al. (2003). The upper end of this critical load range is based on measurements of wet deposition only (10 to 13 kg N ha[-1] yr[-1]) (Aldous 2002a, 2002b) and therefore does not reflect total N loading. There is evidence showing that N deposition alters both the morphology and population dynamics of purple pitcher plant. The empirical evidence suggests a critical load to protect the population of purple pitchers of 10 to 14 kg N ha[-1] yr[-1] (Gotelli and Ellison 2006), while matrix modeling to forecast long-term population sustainability based on observations of population demographics suggests a lower value of 6.8 kg N ha[-1] yr[-1] (Gotelli and Ellison 2002).

### 17.4.2 Intertidal Wetlands

The critical load range for atmospheric deposition is difficult to establish for intertidal wetlands because they have open nutrient cycles which are often strongly affected by N loading sources other than atmospheric deposition. Typically, the amount of N added in experimental treatments simulates total N input and therefore far exceeds the amount that U.S. intertidal wetlands would receive by atmospheric deposition. Only two studies (Table 17.3) have addition levels below 100 kg N ha[-1] yr[-1]. Based on the results of Wigand et al. (2003), a critical load to protect the community structure of salt marshes is likely to be 63 to 400 kg

BLM_0062112

**Table 17.4—European empirical critical loads of nutrient N for mire, bog and fen habitats (EUNIS class D). Reliability rating: ## reliable, # quite reliable and (#) expert judgment.**

| Ecosystem type | kg N ha$^{-1}$ yr$^{-1}$ | Reliability | Indication of exceedance |
|---|---|---|---|
| Raised bogs and blanket fens | 5-10 | ## | Increased vascular plants, decrease bryophytes, altered growth and species composition of mosses, increased N in peat and peat water |
| Poor fens | 10-20 | # | Increases in sedges and vascular plants, negative effects on peat mosses |
| Rich fens | 15-35 | (#) | Increases on tall graminoids, decrease diversity |
| Montane rich fens | 15-25 | (#) | Increase vascular plants, decrease bryophytes |

From Bobbink et al. 2003; Table 6.1

N ha$^{-1}$ yr$^{-1}$. Caffrey et al. (2007) provide additional evidence that 80 kg N ha$^{-1}$ yr$^{-1}$ alters microbial activity and biogeochemistry. Latimer and Rego (2010) found that eelgrass coverage started to decrease rapidly at N loading higher than 50 kg N ha$^{-1}$ yr$^{-1}$, with no eelgrass at loading levels higher than 100 kg N ha$^{-1}$ yr$^{-1}$. Note that these values are the total N loading to salt marshes, including N deposition directly to the marsh surface, as well as N deposited indirectly to the watershed, surface or ground water, and runoff from agriculture, urban areas, and other sources. Additional experimental evidence on ecosystem response to N loads that are similar to the amount of loading due to N deposition is needed to improve the critical load calculation for intertidal wetlands in the United States.

## 17.5 Comparison to Critical Loads from Europe

The 2003 assessment of N critical loads in Europe designated critical loads for multiple types of wetlands, including raised and blanket bogs, poor fens, rich fens, mountain rich fens, and intertidal wetlands (Bobbink et al. 2003). There are numerous publications on N effects to wetlands in Europe compared to the United States. In general, documented responses include effects on growth and species composition, competition between species, peat and peat water chemistry, decomposition, and nutrient cycling. A brief summary of the European critical loads for wetlands is presented here and summarized in Table 17.4.

Bobbink et al. (2003) assigned a critical load of 5 to 10 kg N ha$^{-1}$ yr$^{-1}$ for bog ecosystems, based on plant

community and species responses to N deposition, and indicated that precipitation and P limitation should be used to assign critical loads to individual sites. The observed changes in the plant communities of ombrotrophic bogs included the replacement of *Sphagnum*-forming species with nitrophilous moss species (20 to 40 kg N ha$^{-1}$ yr$^{-1}$ in Dutch bogs) (Greven 1992); the absence of characteristic *Sphagnum* species in British bogs (30 kg N ha$^{-1}$ yr$^{-1}$) ( Lee and Studholme 1992); and reduction in the growth survivorship of characteristic bog species roundleaf sundew (*Drosera rotundifolia*) (10 kg N ha$^{-1}$ yr$^{-1}$ in Swedish bogs) (Bobbink et al 2003, Redbo-Torstensson 1994). The European critical load is similar to the range of critical loads suggested for freshwater wetlands in the United States (Table 17.5).

It is unclear how European critical loads for poor fens, rich fens, and mountain rich fens relate to the critical loads for similar wetlands in North America because the impacts of N loads have not been studied in the United States. European poor fens have a critical load of 10 to 20 kg N ha$^{-1}$ yr$^{-1}$ based on increased sedge and vascular plants and negative effects on peat mosses. The critical load for rich fens in Europe is 15 to 35 kg N ha$^{-1}$ yr$^{-1}$ based on increased tall graminoids and decreased diversity. The critical load for montane rich fens in Europe was 15 to 25 kg N ha$^{-1}$ yr$^{-1}$ based on increased vascular plants and decreased bryophytes. Note that changes in the vegetation composition and structure likely affect fauna species assemblages, such as spiders and beetles living in the originally open bog vegetation, and ground-breeding birds. Increased nutrient

BLM_0062113

**Table 17.5—Empirical critical loads of nutrient N for wetlands. Reliability rating: ## reliable; # fairly reliable; (#) expert judgment**

| Ecosystem | Critical loads for N deposition kg N ha⁻¹ yr⁻¹ | Reliability | Response | Study |
|---|---|---|---|---|
| Freshwater wetlands | 2.7-13 | # | Peat accumulation and NPP | Aldous 2002a, Moore et al. 2004, Rochefort et al. 1990, Vitt et al 2003 |
| Freshwater wetlands | 6.8-14 | (#) | Pitcher plant community change | Gotelli and Ellison 2002, 2006 |
| Intertidal salt marsh | 63-400 | (#) | Salt marsh community structure, microbial activity and biogeochemistry | Caffrey et al. 2007, Wigand et al. 2003 |
| Intertidal wetlands | 50-100 | ## | Loss of eelgrass | Latimer and Rego 2010 |

availability results in an increase of the nutrient content of plant material (Limpens et al. 2003a, Tomassen et al. 2003) and algal growth (Gulati and DeMott 1997, Limpens et al. 2003b), and affects herbivorous, detritivorous, and carnivorous invertebrates (Van Duinen et al. 2004).

The European critical load for salt marshes, based on expert judgment, is 30 to 40 kg N ha⁻¹ yr⁻¹ (Bobbink et al. 2003), but studies of European salt marshes are limited. High levels of N input (65 to 70 kg N ha⁻¹ yr⁻¹) significantly increased biomass production in the Netherlands (Van Wijnen and Bakker 1999); no changes in species composition and in diversity have been observed for the current deposition of 15 to 25 kg N ha⁻¹ yr⁻¹ at sites in the Netherlands and Germany (Bobbink et al. 2003). The critical load for North American intertidal ecosystems may be closer to these values than to the high levels of N input previously studied (section 17.3.2).

## 17.6 Future Research Directions and Gaps in Data

An great diversity of wetlands ecosystems are found across Northern America, but experimental studies on the impacts of N enrichment in these wetland systems are scarce. Some data are present for bog systems and intertidal wetland (salt marshes), but even in these ecosystems field additions studies with realistic N loads are rare. Realistic levels of long-term (5 to 10 years) experimental N addition in low background regions,

with a high resolution of treatments, are needed to refine and establish reliable critical loads for wetlands. In addition, these studies should be done across a range of wetlands types in the United States, especially in oligotrophic to mesotrophic wetland habitat.

## LITERATURE CITED

Aldous, A.R. 2002a. **Nitrogen retention by *Sphagnum* mosses: responses to atmospheric nitrogen deposition and drought.** Canadian Journal of Botany. 80: 721-731.

Aldous, A.R. 2002b. **Nitrogen translocation in *Sphagnum* mosses: effects of atmospheric nitrogen deposition.** New Phytologist. 156: 241-253

Archibold, O.W. 1995. **Ecology of world vegetation.** London: Chapmann and Hall. 528 p.

Bedford, B.L.; Walbridge, M.R.; Aldous, A.R. 1999. **Patterns in nutrient availability and plant diversity of temperate North American wetlands.** Ecology. 80: 2151-2169.

Bertness, M.D.; Crain, C.; Holdredge, C.; Sala, N. 2008. **Eutrophication and consumer control of New England salt marsh primary productivity.** Conservation Biology. 22: 131-139.

Bobbink, R.; Ashmore, M.R.; Braun, S.; Fluckiger, W.; van der Wyngaert, l.J.J. 2003. **Empirical**

BLM_0062114

nitrogen critical loads for natural and semi-natural ecosystems: 2002 update. In: Achermann, B.; Bobbink, R., eds. Empirical critical loads for nitrogen. Environmental Documentation 164. Berne, Switzerland: Swiss Agency for the Environment, Forests and Landscape: 143-170.

Boyer, K.E.; Callway, J.C.; Zedler, J.B. 2000. Evaluating the progress of restored cordgrass (*Spartina foliosa*) marshes: Belowground biomass and tissue nitrogen. Estuaries. 23: 711-721.

Bridgham, S.D.; Pastor, J.; McClaugherty, C.A.; Richardson, C.J. 1995. Nutrient-use efficiency: a litterfall index, a model, and a test along a nutrient-availability gradient in North Carolina peatlands. American Naturalist. 145: 1-21.

Bridgham, S.D.; Pastor, J.; Janssens, J.; Chapin, C.; Malterer, T. 1996. Multiple limiting gradients in peatlands: a call for a new paradigm. Wetlands. 16: 45-65.

Bubier, J.L.; Moore, T.R.; Bledzki, L.A. 2007. Effects of nutrient addition on vegetation and carbon cycling in an ombrotrophic bog. Global Change Biology. 13: 1168-1186.

Caffrey, J.M.; Murrell, M.C.; Wigand, C.; McKinney, R. 2007. Effect of nutrient loading on biogeochemical and microbial processes in a New England salt marsh. Biogeochemistry. 82: 251-264.

Castro, M.S.; Driscoll, C.T.; Jordan, T.E.; Reay, W.G.; Boynton, W.R. 2003. Sources of nitrogen to estuaries in the United States. Estuaries. 25: 803-814.

Crain, C.M. 2007. Shifting nutrient limitation and eutrophication effects in marsh vegetation across estuarine salinity gradients. Estuaries and Coasts. 30(1): 26-34.

Dahl, T.E.; Allord, G.J. 1997. Technical aspects of wetlands, history of wetlands in the conterminous United States. Water Supply Pap. 2425. Washington, DC: U.S. Department of the Interior, Geological Survey. Available at http://usgs.gov/ nwsum/history.html (Accessed August 30, 2010).

Darby, F.A.; Turner, R.E. 2008a. Below- and aboveground *Spartina alterniflora* production in a Louisiana salt marsh. Estuaries and Coasts. 31: 223-231.

Darby, F.A.; Turner, R.E. 2008b. Below- and aboveground biomass of *Spartina alterniflora*: Response to Nutrient Addition in a Louisiana Salt Marsh. Estuaries and Coasts. 31: 326-334.

Delaune R.D.; Lindau C.W.; Sulaeman E.; Jugsujinda A. 1998. Nitrification and denitrification estimates in a Louisiana swamp forest soil as assessed by N-15 isotope dilution and direct gaseous measurements. Water Air and Soil Pollution. 106: 149-161.

Driscoll, C.; Whitall, D.; Aber, J.; Boyer, E.; Castro, M.; Cronan, C.; Goodale, C.; Groffman, P.; Hopkinson, C.; Lambert, K.; Lawrence, G.; Ollinger, S. 2003. Nitrogen pollution in the northeastern United States: Sources, effects and management options. BioScience. 53: 357-374.

Ellison, A.M.; Gotelli, N.J. 2002. Nitrogen availability alters the expression of carnivory in the northern pitcher plant, *Sarracenia purpurea*. Proceedings of the National Academy of Sciences of the United States of America. 99: 4409-4412.

Ellison, A.M.; Buckley, H.L.; Miller,T.E.; Gotelli, N.J. 2004. Morphological variation in *Sarracenia purpurea Sarraceniaceae*: Geographic, environmental, and taxonomic correlates. American Journal of Botany. 91: 1930-1935.

Emery, N.C.; Ewanchuk, P.J.; Bertness, M.D. 2001. Competition and salt-marsh plant zonation: Stress tolerators may be dominant competitors. Ecology. 82: 2471-2485.

BLM_0062115