# APPENDIX 2.—CHEMICAL APPENDIX

| Chemical formula or abbreviation | Chemical name or terminology |
|---|---|
| Al | Aluminum |
| $ANH_4I$ | Aitken mode ammonium mass |
| $ANH_4J$ | Accumulation mode ammonium mass |
| $ANO_3I$ | Aitken mode aerosol nitrate mass |
| $ANO_3J$ | Accumulation mode nitrate mass |
| C | Carbon |
| $C_{18}H_{16}O_7$ | Usnic acid |
| $CH_4$ | Methane |
| $CO_2$ | Carbon dioxide |
| Ca | Calcium |
| $HNO_3$ | Nitric acid |
| HONO | Nitrous acid |
| $H_2S$ | Hydrogen sulfide |
| $H_2SO_4$ | Sulfuric acid |
| Hg | Mercury |
| K | Potassium |
| $KH_2PO_4$ | Potassium dihydrogen phosphate |
| MA-PAN | PAN analogue formed from methacrolein ($C_4H_6O$) |
| Mg | Magnesium |
| N | Nitrogen |
| $NH_3$ | Ammonia |
| $NH_4^-$ | Ammonium |
| $NH_4Cl$ | Ammonium chloride |
| $NH_4NO_3$ | Ammonium nitrate |
| $(NH_4)_2SO_4$ | Ammonium sulfate |
| $NH_x$ | $NH_3$ and $NH_4^-$ |
| NO | Nitric oxide |
| $NO_2$ | Nitrogen dioxide |
| $NO_3^-$ | Nitrate |
| $NO_x$ | Nitric oxides |
| $NO_y$ | NO, $NO_2$, nitric acid ($HNO_3$), organic and inorganic nitrates |
| $N_2$ | Nitrogen gas |
| $N_2O$ | Nitrous oxide |
| $N_2O_5$ | Dinitrogen pentoxide |
| $NaNO_3$ | Sodium nitrate |
| $O_3$ | Ozone |
| P | Phosphorus |
| PAN   ($C_2H_3NO_5$) | Peroxyacetyl nitrate |
| PAN2   ($RCO_5N$) | Higher peroxyacetyl nitrate (based on peroxypropyl nitrate) |
| PBZN   ($C_7H_5NO_5$) | Peroxybenzoyl nitrate |
| $RNO_3$ | Organic nitrates |
| S | Sulfur |
| $SO_2^-$ | Sulfur dioxide |
| $SO_4^{2-}$ | Sulfate |
| $SO_x$ | Sulfur oxides |

BLM_0062201

Pardo, L.H.; Robin-Abbott, M.J.; Driscoll, C.T., eds. 2011. **Assessment of Nitrogen deposition effects and empirical critical loads of Nitrogen for ecoregions of the United States.** Gen. Tech. Rep. NRS-80. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 291 p.

This report synthesizes current research relating atmospheric nitrogen (N) deposition to effects on terrestrial and aquatic ecosystems in the United States and to identify empirical critical loads for atmospheric N deposition. The report evaluates the following receptors: freshwater diatoms, mycorrhizal fungi and other soil microbes, lichens, herbaceous plants, shrubs, and trees. The main responses reported fell into two categories: (1) biogeochemical; and (2) individual species, population, and community responses. The range of critical loads for nutrient N reported for U.S. ecoregions, inland surface waters, and freshwater wetlands is 1 to 39 kg N ha$^{-1}$ y$^{-1}$. This range spans the range of N deposition observed over most of the country. The empirical critical loads for N tend to increase in the following sequence for different life forms: diatoms, lichens and bryophytes, mycorrhizal fungi, herbaceous plants and shrubs, trees.

KEY WORDS: air pollution, atmospheric N deposition, critical nitrogen loads, biodiversity, nitrate leaching, nitrogen saturation, plant nitrogen concentration, natural resource protection, vegetation type conversion

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternate means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202)720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800)795-3272 (voice) or (202)720-6382 (TDD). USDA is an equal opportunity provider and employer.

 Printed on Recycled Paper





BLM_0062203

*Human–Wildlife Interactions* 7(2):230–249, Fall 2013

# Recommended management strategies to limit anthropogenic noise impacts on greater sage-grouse in Wyoming

**Gail L. Patricelli**, Department of Evolution and Ecology, University of California, Davis, CA 95616, USA  *GPatricelli@ucdavis.edu*

**Jessica L. Blickley**, Department of Evolution and Ecology, University of California, Davis, CA 95616, USA

**Stacie L. Hooper**, Department of Evolution and Ecology, University of California, Davis, CA 95616, USA

**Abstract:** Recent research has demonstrated that noise from natural gas development negatively impacts sage-grouse (*Centrocercus urophasianus*) abundance, stress levels, and behaviors. Other types of anthropogenic noise sources are similar to gas-development noise and, thus, the response by sage-grouse is likely to be similar. The results of research suggest that effective management of the natural soundscape is critical to the conservation and protection of sage-grouse. The goals of this review are to discuss current approaches in the management of new and existing noise sources in Wyoming and recommend research priorities for establishing effective noise management strategies. We make 4 interim recommendations: (1) that noise-management objectives should be set relative to typical ambient noise levels in sage-grouse habitat before development; the best currently available measurement of residual noise levels levels (L$_{90}$) in undisturbed areas suggest an ambient level of 16 to 20 dBA; (2) that an increase in median noise levels (L$_{50}$) of 10 dBA above ambient be allowed; (3) that management strategies be expanded to protect the soundscape in areas critical for mating, foraging, nesting, and brood-rearing activities of sage-grouse, rather than protecting the lek area alone; and (4) management strategies be focused on the siting of roads or limiting of traffic volumes during crucial times of the day (0600 to 0900 hours) and season (i.e., breeding season), rather than setting targets for vehicle noise exposure. Roads should be sited or traffic should be seasonally limited within 1.3 to 1.7 km from the edge of critical areas for nesting, foraging and breeding. We emphasize that protections based on these interim recommendations may need to be revised upon completion of ongoing and future research.

**Key words:** anthropogenic noise, *Centrocercus urophasianus*, chronic noise, energy development, human–wildlife conflicts, natural gas development, natural soundscape, noise management strategies, sage-grouse, roads

**Greater sage-grouse** (*Centrocercus urophasianus*) populations have declined throughout their range, leading to their designation as a candidate for listing under the Endangered Species Act. Among the factors identified as a threat to sage-grouse is the expansion of energy development across much of the remaining sage-grouse habitat (e.g., Aldridge and Boyce 2007, Doherty et al. 2010, Holloran et al. 2010, Naugle et al. 2011). One potential means by which energy development and other human activities might impact sage-grouse populations is through the production of noise (e.g., Rogers 1964, Braun 1998, Holloran 2005, Connelly et al. 2011).

Acoustic communication is very important in the reproductive behaviors of sage-grouse, and energy exploration and development activities generate substantial noise (Blickley and Patricelli 2012). Therefore, it is important to determine whether noise produced by energy development affects sage-grouse breeding biology. Female sage-grouse use male vocalizations to find males on the lek (Gibson 1989), and, during courtship, females assess male vocalizations and other aspects of male display when choosing a mate (Wiley 1973, Gibson and Bradbury 1985, Gibson 1996, Patricelli and Krakauer 2010). Noise from natural gas development primarily is produced by drilling rigs, compressors, generators, and traffic on access roads. All of these noise sources are loudest in frequencies (i.e., pitch) <2.0 kHz (Blickley and Patricelli 2012). Male sage-grouse produce acoustic signals in a similar frequency range, between 0.2 and 2.0 kHz, so the potential exists for industrial noise to mask sage-grouse communication and, thus, interfere with the ability of females to find and choose mates (Blickley and Patricelli 2012). For a

Noise impacts on sage-grouse • Patricelli et al. 231

prey species, such as sage-grouse, noise also ==may increase predation risk by masking the sounds of approaching predators== and ==increase stress levels by increasing the perception of predation risk== (Quinn et al. 2006, Rabin et al. 2006). In other vertebrate species, noise has been found to impact individuals directly, for example, by causing startling behaviors, increased heart rate, or increased annoyance. All of these factors may interfere with normal foraging, resting, and breeding behaviors and contribute to higher stress levels and reduced fitness (reviewed in Barber et al. 2009, Kight and Swaddle 2011).



**Figure 1.** Male sage-grouse displaying on a lek in the Pinedale Anticline Project Area with natural gas drilling rigs in the background (*Photo © courtesy Gerrit Vyn*)

Holloran (2005) found observational evidence that noise may be at least partly responsible for impacts from natural gas development on sage-grouse populations in the Pinedale Anticline Project Area (PAPA), Wyoming, one of the largest natural gas fields in the United States (Figure 1). Juvenile males avoided leks located near natural-gas drilling sites, even if the leks previously had high attendance by males (Holloran et al. 2010). These effects were more pronounced downwind of the drilling sites where noise levels were higher, suggesting that noise contributed substantially to these declines (Holloran 2005).

To investigate potential impacts from noise on greater sage-grouse lekking activity, we experimentally introduced noise from natural gas drilling rigs and traffic on access roads at 8 leks and compared lek attendance to 8 paired control leks near Hudson, Wyoming, between 2006 and 2008 (Blickley et al. 2012a). Speakers were placed in a line along an edge of the lek, creating a noise gradient across the lek. The mean noise level (measured as an equivalent noise level, $L_{eq}$) at 10 m from the speakers was 56.1 dBA on drilling-noise leks and 43.2 dBA on traffic noise leks, while the maximum noise level, $L_{max}$, was 59.1 dBA and 59.4 dBA for drilling and traffic leks, respectively (see Appendix for glossary of noise terms). We found immediate and sustained declines in male attendance on noise leks (29% decline on drilling noise leks and 73% decline on traffic noise leks relative to paired control leks) and evidence of similar declines in female attendance. These results suggest a strong noise avoidance in male and, possibly, female sage-grouse (Blickley et al. 2012a). In addition, we found evidence of elevated levels of corticosterone metabolites in fecal samples collected from noise leks compared to samples collected from control leks. Because elevated corticosterone levels are associated with increased physiological stress (Wasser et al. 2000, Wingfield 2005, Bonier et al. 2009), these results suggest that even males that do not abandon noisy leks are physiologically impacted (Blickley et al. 2012b). Further, our analyses of behaviors on playback leks suggest that males alter the timing of their vocalizations in response to noise, increasing display rates during close courtship on leks with drilling noise, and waiting for gaps of quiet on leks with vehicle noise (Blickley 2012). These results are consistent with males avoiding the impacts of masking noise on courtship communication; other types of disturbance, such as startling or learned aversion to vehicular noise, also may contribute to this response. Other types of anthropogenic noise sources (e.g., infrastructure from oil, geothermal, and mining, as well as wind development, off-road vehicles, highway traffic, and urbanization) are similar in acoustic frequency, amplitude, and timing to the noise played in this experiment, and response by sage-grouse to these other noise sources may be similar. These results suggest that effective management of the natural soundscape is critical to the conservation and protection of sage-grouse.

BLM_0062205

**Table 1.** Spring 2009 noise levels on leks in the Pinedale Anticline Project area, Wyoming. Data were collected by KC Harvey Environmental L.L.C. for the Pinedale Anticline Project office (KC Harvey Environmental L.L.C. 2009); raw data were re-analyzed and summarized here. All measures are presented in dBA. All leks are close enough to development sites, access roads or highways to experience anthropogenic noise; noise levels may also include sounds from male sage-grouse displaying on the leks (displaying males on these relatively small leks are unlikely to significantly impact $L_{50}$ or $L_{90}$ measures, but may affect other metrics). Measurements are from the full 24 hours/day, so they are not focused on the night and morning periods likely critical to greater sage-grouse (0600 to 0900 hours). Further, weather data are not available and windy periods were not excluded, so these values likely include substantial energy from wind. Finally, these data were collected with a Type-2 SLM and, therefore, are likely higher than true ambient levels (see Appendix).

| Lek name | Dates | Duration (hrs) | $L_{90}$ | $L_{50}$ | $L_{10}$ | $L_{avg}$ ($L_{eq}$) | $L_{max}$ | $L_{min}$ |
|---|---|---|---|---|---|---|---|---|
| Alkali Draw | April 2, 6 | 121.0 | 23.6 | 28.8 | 41.2 | 44.1 | 92.6 | 19.6 |
| Big Fred | April 12, 16, May 12 | 123.0 | 27.6 | 33.9 | 44.0 | 42.4 | 80.2 | 22.0 |
| Bloom Reservoir | April 22, 27 | 120.0 | 22.2 | 29.2 | 44.7 | 41.9 | 83.9 | 19.4 |
| Cat | May 2, 7 | 120.3 | 22.8 | 28.1 | 44.1 | 44.3 | 86.9 | 19.6 |
| Little Fred | April 12, 16, May 7 | 85.5 | 32.7 | 36.7 | 45.5 | 44.2 | 80.8 | 31.8 |
| Lovatt West | April 22, 23, May 12 | 127.0 | 30.4 | 33.7 | 48.3 | 47.4 | 84.5 | 28.2 |
| Lower Sand Springs Draw | May 7 | 111.3 | 25.9 | 29.8 | 41.5 | 39.7 | 73.4 | 23.6 |
| Mesa Road 3 | May 12 | 141.3 | 31.9 | 32.1 | 33.1 | 32.5 | 53.4 | 31.7 |
| Oil Fork Road | April 17, 22, 27 | 120.4 | 24.5 | 33.0 | 46.7 | 42.8 | 78.0 | 22.8 |
| The Rocks | April 6 | 147.5 | 32.1 | 33.1 | 46.8 | 44.4 | 95.3 | 31.7 |
| Shelter Cabin Reservoir | April 6, 12, May 27 | 99.1 | 27.1 | 32.4 | 41.9 | 40.5 | 78.0 | 23.3 |
| South Rocks | May 2 | 121.0 | 27.4 | 33.3 | 46.2 | 42.7 | 73.7 | 23.8 |
| MEAN | | 119.8 | 27.4 | 32.0 | 43.7 | 42.2 | 80.1 | 24.8 |
| MEDIAN | | 120.7 | 27.2 | 32.7 | 44.4 | 42.8 | 80.5 | 23.4 |
| SD | | 16.4 | 3.7 | 2.5 | 4.0 | 3.7 | 10.8 | 4.8 |
| SE | | 3.3 | 0.7 | 0.5 | 0.8 | 0.7 | 2.2 | 1.0 |
| Maximum | | 147.5 | 32.7 | 36.7 | 48.3 | 47.4 | 95.3 | 31.8 |
| Minimum | | 85.5 | 22.2 | 28.1 | 33.1 | 32.5 | 53.4 | 19.4 |

In 2008, Governor Dave Freudenthal issued an executive order, titled "Greater Sage-Grouse Core Population Area Strategy" (State of Wyoming 2008), stating that "new development or land uses within Core Population Areas should be authorized or conducted only when it can be demonstrated by the state agency that the activity will not cause declines in Greater Sage-Grouse populations." The core area strategy was reaffirmed and refined by Governor Matt Mead (State of Wyoming 2010, 2011). To better achieve the goals of the core area strategy, here we discuss management approaches for limiting noise impacts on greater sage-grouse. Specifically, our goals are 3-fold: (1) to discuss current approaches in the management of new

and existing noise sources in Wyoming; (2) to recommend research priorities for establishing effective noise management strategies; and (3) to provide managers and policy makers with recommendations for the interim protection of sage-grouse from known or expected impacts of increased noise levels using the best available science.

## Current noise management strategies in Wyoming

Noise management strategies in greater sage-grouse habitat inside and outside of the core area typically share 3 common components: (1) the management objective for noise is established relative to ambient levels; (2) noise is limited to

BLM_0062206

10 dB above ambient levels; and (3) compliance with this objective is measured at the edge of the lek. In light of the research reviewed above, we discuss potential problems with these 3 components of noise management strategies, both in terms of whether they are practical to implement and their likely efficacy in reducing disturbance to sage-grouse populations. In addition, we discuss special issues related to management of noise from traffic.

## Ambient noise levels

Management strategies on Wyoming public lands outside sage-grouse core areas (and before the core area strategy was implemented) typically allow for noise exposure on leks to 10 dB above the ambient level, which typically is defined as 39 dBA, which sets the limit of exposure at 49 dBA (e.g., Bureau of Land Management [BLM] 1999, 2003, 2008). However, there is evidence that 39 dBA is not an appropriate estimate of ambient levels in sagebrush habitat. This value originated in a 1971 U.S. Environmental Protection Agency (EPA) report from a single, afternoon measurement from a farm in Camarillo, California. The farm is described in the report as follows:

> Rural agricultural near tomato field; 50 yards to the trees around the yard and dwelling area; 160 yds to Walnut Ave., a lightly travelled surface road; 0.6 mi to State Hwy 118, a 2-lane moderately travelled highway; 0.6 mi to LeLeror Ave. and 0.75 mi to La Vista Ave, both lightly travelled surface roads; 3.5 mi to Santa Paula Freeway; 3.6 mi to the Ventura Freeway; 4.5 mi to Camarillo. The major intruding events were created by jet propeller aircraft flyovers and dogs barking. Other intruding events were background traffic noise…. During the day an orchard pruner in the distance controlled the minimum noise level.

It is clear from this description that the farm was very different from undisturbed sage-grouse habitat. The EPA report presented this value (i.e., 39 dBA) as an example of an afternoon noise level in an active rural area; the value was not recommended as a default level

for undisturbed landscapes. Further, this value is an $L_{50}$, a median noise level (see Appendix), which, in a busy area, such as this, will include noise from anthropogenic sources, as well as from birds, insects, wind gusts, etc. A more appropriate metric for measuring ambient noise levels is $L_{90}$, the level that is exceeded 90% of the time (see Appendix). The $L_{90}$ is accepted by the American National Standards Institute (ANSI) as a measure of background or "residual noise level" (2003). Indeed, the same EPA report (1971) found residual noise levels of 30 to 34 dBA on rural farms and 16 to 22 dBA in wilderness areas, whereas 39 dBA residual values were more typical of residential areas in Los Angeles, Detroit, and Boston. Further, this 39 dBA measurement was collected during an afternoon, when noise levels are typically higher; this same Camarillo farm had $L_{50}$ measurements of 32 to 34 dBA at night and in the early morning (the $L_{90}$ levels at this time were <30 dBA). Because calm nights and mornings (0600 to 0900 hours) are the window of time when sound is most critical for communication in sage-grouse, as well as for the auditory detection of approaching predators, this is the most important period for noise measurement. Afternoons in much of the habitat of the sage-grouse are windy, making noise measurements difficult and impeding communication and predator detection by sage-grouse and other wildlife. Daytime noise levels are not irrelevant, but because anthropogenic noise will often be masked by wind, such noise is less likely to have an impact on breeding. Further, because measurements in the afternoon are more difficult and results are more variable, it is less practical to use afternoon measures for ambient or exceedance values. Ideally, anthropogenic contributions to noise levels throughout the day would be kept as close to nighttime and morning target levels as possible.

Noise levels measured in disturbed and undisturbed areas in Wyoming further suggest that 39 dB is inappropriate as an ambient value for most sage-grouse habitat. In a report for the Pinedale Anticline Project Office (PAPO, an interagency office that oversees energy development activities on the PAPA), KC Harvey Environmental L.L.C. (2009) measured noise exposure near leks on the PAPA. Data were collected by multi-day deployment of 4

Type-2 sound-level meters (Quest-SoundPRO-DL-2-1/3-10). We analyzed the raw data collected by KC Harvey with permission of the PAPO, and found that that most leks, even those with multiple, active drilling rigs nearby, had residual ($L_{90}$) and median ($L_{50}$) levels much lower than 39 dBA (Table 2). These measurements from disturbed areas are almost all <39 dBA, demonstrating that this value is inappropriately high as an estimate for ambient noise in undisturbed areas.

Based on our review of reports and empirical measurements collected in Wyoming, we estimate that pre-development ambient values from nights and calm mornings in sagebrush habitat are closer to 16 to 20 dBA (see recommendations section for details). Assuming that 16 dBA is a more representative ambient value, a noise source at currently allowable levels (i.e., 49 dBA) would exceed ambient by 33 dB. This represents a 44-fold increase in the noise level, which would be perceived by humans as at least 10 times louder than ambient (see Appendix). Such a level of sound would dominate the soundscape and cause significant disruption. Results from our experiments further indicate that 49 dBA is too loud as an allowable exposure level within sage-grouse leks. Our noise-playback leks (described above, Blickley et al. 2012a) experienced levels that were mostly in compliance with the 49 dB noise limit (<49 dBA across most of the lek area, except for the area within ~20 m of the speakers). Yet, we found large declines in attendance by sage-grouse, increases in stress levels and altered display behaviors across the lek (Blickley 2012, Blickley et al. 2012a, b). Therefore, the available scientific evidence shows that 39 dBA is inappropriate for use as a default ambient value for sage-grouse habitat and suggests that allowing 49 dBA of noise exposure on leks and other sensitive areas will cause significant disturbance to sage-grouse populations.

In 2010, stipulations for sage-grouse core areas in Wyoming were created by executive order (State of Wyoming 2010). These stipulations used measured ambient values, rather than a 39 dBA default ambient value. A more recent executive order (State of Wyoming 2011) affirms this approach, stating:

"New noise levels, at the perimeter of a lek, should not exceed 10 dBA above ambient noise (existing activity included) from 6:00 p.m. to 8:00 am during the initiation of breeding (March 1 to May 15). Ambient noise levels should be determined by measurements taken at the perimeter of a lek at sunrise."

Because measured ambient noise levels are likely to be <39 dBA in most places, the core area stipulations will typically limit noise to levels <49 dBA and, thus, offer greater protection for sage-grouse. But because existing activity is explicitly included in measurements of ambient noise, there may be some areas where existing sources lead to ambient measures >39 dBA, thereby allowing for >49 dBA of noise exposure. Further, each new development may add 10 dB to existing noise levels, potentially causing an incremental increase in noise over time. Such increasing noise would likely cause increasing impacts, because sage-grouse do not appear to habituate to anthropogenic noise over time. The declines in male attendance that we observed on our noise-playback leks were immediate and sustained throughout the 3-year experiment (Blickley et al. 2012a), and elevated stress hormones were observed in both the second and third years of noise playback (Blickley et al. 2012b), indicating that sage-grouse do not adapt to increased noise levels over time. Therefore, the combined impact of all anthropogenic noise sources should be considered when assessing disturbance to sage-grouse habitat. To do so, management objectives should be set relative to the undisturbed soundscape, capping the total noise exposure at or near 10 dB above a "pre-development" ambient value. Such a cap would not preclude further development at sites that already have sources exceeding ambient by nearly 10 dB due to the complex way that multiple sound sources combine to determine overall noise levels. For example, a new source with an $L_{50}$ 9 dB quieter than the $L_{50}$ of an existing source at the measurement site would add only 0.5 dB to the total noise exposure.

Collecting measurements of ambient noise levels in quiet areas is extremely challenging and requires expensive, specialized equipment, which makes the requirement to collect ambient values at each lek difficult to implement. Unfortunately, ambient measures will be inflated by non-ideal weather—especially wind,

BLM_0062208

even at low levels. Measures will also be inflated by almost all errors made by the person deploying the noise meter, such as poor placement of the meter for long-term deployment, rustling from clothing, crunching leaves underfoot, and even breathing close to the meter when it is handheld. Even professional measurements on a Type-1 sound level meter (SLM; see Appendix) will typically overestimate ambient levels in quiet areas (<27 dBA). This is because A-weighting approximates human hearing by boosting the amplitudes of the mid-frequencies, which in very quiet areas will include noise from the pre-amplifier on the sound-level meter. All of these sources of measurement inaccuracy will inflate ambient values and, therefore, allow more noise exposure at leks.

In summary, further research is needed to establish pre-development ambient noise values; in the interim, neither an unrealistic default value (39 dBA) nor ambient values measured at the edge of the lek will offer sufficient protection to sage-grouse.

## The 10-dB threshold

Once an ambient noise value is established, most current noise management strategies limit new noise levels to 10 dB above this ambient value. The 10-dB threshold is used commonly inside and outside of Wyoming core areas and in other states; however, we do not yet know whether this threshold is sufficient to protect greater sage-grouse. This threshold is based on a small number of songbird studies (Nicholoff 2003, Dooling and Popper 2007), and there is no scientific basis for assuming that sage-grouse will respond to noise in a manner similar to songbirds. Indeed, the low-frequency vocalizations of sage-grouse might make them more vulnerable to masking by anthropogenic noise than many songbirds (Blickley and Patricelli 2012). Recent studies of songbirds have found that species with larger body size and lower-frequency vocalizations (i.e., more similar to sage-grouse) are more



**Figure 2.** Traffic and drilling noise surrounding a lek. This illustration shows a lek in the center, surrounded by a 1.0-km buffer, a 3.1-km buffer and a 6.4-km buffer. Noise from an example natural gas drilling rig exceeds 10 dBA above ambient (here ambient is assumed to be 20 dBA) for a radius of approximately 1.5 km (dark gray), and is audible above ambient for at least 2.7 km (light gray). This is an example drilling rig measured in the Pinedale Anticline Project Area (PAPA) and is not meant to be representative of all drilling rigs. An average road at the lower edge of the 3.1-km buffer will have noise levels ($L_{max}$) exceeding ambient by 10 dBA for a distance of 1.3 km and will be audible above ambient for at least 2.7 km with each passing vehicle. Distances are approximately to scale and calculations assume no temperature inversions, which nearly double sound propagation distances, and no topographical effects on sound propagation (excess attenuation of sound is calculated as described in BLM 1999). The lek area is in compliance with the upper limit of recommended noise levels, but much of the surrounding area critical for foraging, nesting and brood-rearing is exposed to higher levels of noise.

prone to population declines in response to noise (Francis et al. 2009, Hu and Cardoso 2009).

Further, 10 dB is a significant increase in the amount of noise. For an animal vocalizing to communicate with potential mates or offspring, a 10-dB increase in noise levels corresponds to a 10-fold decrease in the active space of the vocalization (i.e., listening area; Brenowitz 1982, Barber et al. 2009; see Appendix). This same increase in noise will lead to up to a 3-fold decrease in the detection distance between 2 receivers (Barber et al. 2009). This means that, in a noisy environment, the receiver must be 3 times closer to hear a vocalization than in quiet conditions, and perhaps more critically,

a predator would be able to approach 3 times closer in noisy conditions before it was detected by a sage-grouse. Indeed, the night-time capture success of sage-grouse by spotlighting is greatly improved with a noise source to mask the sound of footsteps from approaching biologists (Connelly et al. 2003); predators likely gain a similar advantage in noise.

Masking of vocalizations and the sounds of predator approach is only a single source of impacts from noise. Animals may also experience behavioral disruptions, elevated heart rate, interrupted rest, and increased stress levels, all of which may affect health and reproduction or cause avoidance of noisy areas (reviewed in Barber et al. 2009, Kight and Swaddle 2011). Many of these behavioral and physiological impacts could occur at or below the 10-dB threshold. Further studies are needed on sage-grouse to determine whether the 10-dB threshold is insufficient, sufficient, or even too conservative.

## Importance of measurement location

Current management strategies that limit noise to 10 dB above ambient levels inside and outside of greater sage-grouse core areas, typically specify that measurements should be collected at the edge of the lek to assess compliance (e.g., State of Wyoming 2011; BLM 1999, 2003, 2008). This strategy introduces 2 potential problems. First, one could find ambient noise measures of 50 to 60 dBA $L_{eq}$ on the edge of a lek due to the vocalizing sage-grouse (Blickley and Patricelli 2012), allowing anthropogenic noise under the 10-dB-over-ambient rule to reach 60 to 70 dBA. After an ambient value is established, determining whether a development project is compliant would require again measuring noise exposure at the lek edge. This could lead to a scenario where increasing development noise could cause declines in lek attendance, which could reduce noise readings over time, as fewer birds contribute to the sound of the lek. Such data would be misleading and provide inaccurate noise measurements of anthropogenic sources. There are methods available to reduce this problem, such as using appropriate noise metrics (such as $L_{50}$ and $L_{90}$; see Appendix) and collecting measurements before birds arrive on the lek or after birds are flushed. But this issue makes the current stipulations more difficult, disruptive, and ambiguous to implement.

A second potential problem with measuring compliance at edge of the lek is that much of the area surrounding a lek may be exposed to higher noise levels, even if the lek area per se is in compliance (Figure 2). This management strategy, therefore, protects only a fraction of sage-grouse activities during the breeding season (e.g., mate assessment and copulation on the lek) leaving unprotected other critical activities that occur in areas around the lek, such as foraging, roosting, nesting, and brood rearing. Our experimental design allowed us to examine noise impacts only on the lek (Blickley et al. 2012a), and, therefore, we cannot provide direct evidence that off-lek noise will impact sage-grouse populations. However, there is indirect evidence that male display and copulation activities on the lek may be affected by noise occurring around the lek area. To sustain their costly display behaviors, males must forage off lek, potentially exposing themselves to higher noise disturbance levels (Figure 2). Vehrencamp et al. (1989) found that males on the lek that are in good condition and are successful in mating forage farther from the lek during the day, compared to unsuccessful, poor-condition males (range 0.2 to 0.8 km off lek). Other studies have found males travelling an average of 1.0 km and a maximum of 2.4 km to forage off lek (e.g., Wallestad and Schladweiler 1974, Schoenberg 1982). If foraging in noisy areas increases male stress levels or predation risk, or decreases foraging efficiency, as has been found in other vertebrate species (Quinn et al. 2006, Rabin et al. 2006), then these noise impacts may affect subsequent male display behaviors on the lek. More importantly, there is evidence that females and juvenile males use male vocalizations to find males on the lek (Gibson 1989). Blickley and Patricelli (2012) found that industrial noise masks these sounds, which may make it more difficult for females and juvenile males in noisy areas surrounding a lek to find the lek itself. Reduced female visitation would decrease copulation activities on the lek, and reduced juvenile male recruitment would lead to male attendance declines over time. For these reasons, the protection of lekking activities may require protection of more than just the lek surface alone.

Additionally, many critical breeding activities occur off-lek, potentially in areas with higher noise levels. Because ~45% of females nest within a 3.1-km radius of the lek and 74 to 80% of females nest within a 6.4-km radius of the lek (Moynahan 2004, Holloran and Anderson 2005), many of these nesting females will experience noise levels exceeding management objectives for the lek (Figure 2). Most vocalizations used between hens and chicks are much quieter than sounds produced by males on leks (Schroeder et al. 1999), and, therefore, are much more prone to masking (Blickley and Patricelli 2012). Additionally, predation rates can be high for chicks and females on nests in disturbed habitats (Hagen 2011), and females likely rely mainly on acoustic rather than visual cues to detect the approach of predators at night. Thus, when noise masks the sounds of predator approach, females and chicks may be more at risk in noisy areas than males on the lek. Further, breeding females may suffer detrimental health impacts from elevated stress at a time when stress levels are already elevated (Jankowski 2007). While we do not have direct evidence for an impact of noise on these off-lek activities, there is evidence that proximity to roads and infrastructure (which raises noise levels) affects nest placement, nest initiation rates, chick survival, and brood-rearing activities (Lyon and Anderson 2003, Holloran and Anderson 2005, Aldridge and Boyce 2007, Holloran et al. 2010).

Other types of disruptive activities in sage-grouse habitat are managed throughout areas critical for lekking, nesting, and early brood rearing (e.g., State of Wyoming 2011, BLM 2012); there is no scientific basis for focusing the monitoring and management of noise on the lek area alone without including these other critical areas.

## Traffic noise

There is evidence that noise from traffic has a significant impact on sage-grouse. Blickley et al. (2012a) found a 73% decline in male attendance on leks exposed to traffic noise compared to their paired controls, more than twice the decline observed on leks exposed to drilling noise (29%). Traffic noise also was also found to cause an increase in stress hormone levels (Blickley et al. 2012b) and a disruption of strutting patterns on the lek (Blickley 2012). Further evidence comes from other studies not focused on noise alone. Lyon and Anderson (2003) found that even light vehicular traffic (1 to 12 vehicles/day) substantially reduced nest initiation rates and increased the distance of nests from lek sites. Holloran (2005) found that traffic on roads within 1.3 km of the lek during the early morning, while males are strutting, is related to declines in male attendance. These results suggest that effective management strategies should include efforts to minimize traffic near areas critical for sage-grouse reproduction.

However, management strategies that allow up to 10 dB of noise above ambient are not sufficient to protect sage-grouse from the impacts of traffic noise. Because traffic noise in sage-grouse habitat is typically intermittent and interspersed with periods of quiet, a high volume of traffic would be needed to raise overall noise levels by 10 dBA. In general, a 10-dB increase in average noise levels is associated with a 10-fold increase in traffic, which would represent an increase from 2 to 20 vehicles or from 20 to 200 vehicles over a given time interval. A 10-fold increase in traffic would likely have a major impact on sage-grouse, yet may not exceed current noise management objectives inside and outside of core areas. This suggests that approaches for the management of more continuous noise sources, such as noise from compressors stations, drilling rigs, and other permanent or temporary infrastructure, may not be suitable for the management of traffic noise.

## Recommendations for research priorities

Our understanding of impacts of noise on sage-grouse has improved over the last few years, but there is still much to learn. Below, we outline recommendations for research that would help to develop more effective management strategies for anthropogenic noise.

## Establishing ambient values

As discussed above, management objectives for noise are typically established relative to ambient noise levels. The choice of ambient value, thus, has important consequences,

setting the upper limit of allowable noise. It is, therefore, critical to establish accurate ambient noise values for such management strategies to succeed in protecting vulnerable species.

Due to the previously discussed difficulty of measuring ambient values at quiet locations, we suggest that it is not feasible or practical to establish baseline noise levels by having personnel with little specialized training measure ambient noise at each lek prior to development. Further, experimental evidence discussed above indicates that ambient values should represent the pre-development ambient levels, such that new developments do not further impact already impacted soundscapes. One approach to establish pre-development ambient noise levels is to commission the measurement of ambient levels by professionals with experience in environmental acoustics. Such professionals would need to measure ambient values for each site prior to development (or if there are already noise sources in an area, they could choose a similar but undisturbed area to estimate natural ambient levels; e.g., Ambrose and Florian 2013). Alternatively these professionals could sample noise levels at representative undisturbed areas across the state, using such measurements to establish ambient values by region or habitat type.

We recommend that ambient measurements should be collected using a Type-1 precision SLM enclosed in environmental housing for long-term deployment at each site. The meter should log unweighted one-third-octave spectra of noise at 1-second intervals. The $L_{90}$ and other metrics listed in the Appendix should each be collected as A-weighted values, and, if possible, as dBF (i.e., dB-flat or unweighted) and C-weighted. With a logging SLM, one can save the time history, showing how noise levels change over time in the sampling period. This can be very useful in isolating the causes of change in noise levels. One can also calculate each metric hourly or over the entire sampling period. Hourly metrics are useful when focusing on a critical time window (e.g., 0600 to 0900 hours). The meter (or a nearby station) should also log wind speed, so that measurements can be excluded when wind likely contributes to noise levels. In addition to using SLMs, alternative methods to collect noise measurements, such as carefully calibrated audio recording units that can be used to calculate appropriate metrics, would also be appropriate (Patricelli et al. 2007, Lynch et al. 2011).

Such empirical sampling of noise levels also could be combined with noise modeling to create a map of natural ambient noise across focal areas. There are a number of suitable freeware programs for predicting sound propagation, such as NMSim (Wyle Laboratories Consulting, Arlington, Va., and Blue Ridge Research and Consulting, LLC, Asheville, N.C.), and SPreAD-GIS (Reed et al. 2012), as well as commercial software, such as SoundPLAN (Braunstein + Berndt GmbH, Germany) and Predictor-LimA (Brüel and Kjær Sound and Vibration Measurement A/S, Nærum, Denmark). This map would be useful for multiple public and private agencies interested in tracking noise exposure, because the data are not sage-grouse specific.

## Determining an appropriate threshold

Once an ambient value is determined, we must then resolve whether the current threshold of 10 dB above ambient is sufficient to protect sage-grouse. The most feasible way to determine the threshold level at which sage-grouse are impacted by noise is by analyzing nesting success, lek attendance, and other population variables relative to existing variation in noise levels in a spatially-explicit manner using habitat-selection modeling. This method would examine the impact of variation in noise exposure across a disturbed landscape, while statistically controlling for other possible contributors. The resulting slope of the relationship between noise and measures of population change can then be used to predict the threshold level at which a minimal (or acceptable) level of impact on sage-grouse occurs. Such an approach would also be useful for examining noise impacts outside of the breeding season, especially in winter, where changes in habitat quality and availability can lead to significant impacts on population health (Beck 1977, Swenson et al. 1987, Doherty et al. 2008).

## Measuring traffic noise

The evidence reviewed above demonstrates

that traffic noise negatively impacts sage-grouse; however, we do not know the best metrics to use for management objectives in limiting traffic noise. This is because intermittent traffic, such as the traffic in most sage-grouse habitats, produces short periods of loud noise interspersed with longer periods of quiet. We do not know whether it is the total noise exposure throughout the day (or in a critical time period, such as nights and mornings) or the maximum noise level as a vehicle passes that best predicts impacts on sage-grouse. Lyon and Anderson (2003) found that nesting activities can be disturbed by only 1 to 12 vehicles/day, suggesting that the chosen noise metric should be sensitive to infrequent sounds. Infrequent to low traffic levels would barely register using measures of average or median amplitude (e.g., Leq or $L_{50}$). Even measures of maximum noise levels (e.g., $L_{max}$ of $L_{peak}$; see Appendix) can be problematic, because other sound sources besides vehicles can affect these measures. For example a single bird singing near the meter could lead to extremely high maximum noise measurements. Such events can be excluded using synchronized audio or video recordings, direct observations or by analyzing the frequency profile of the noise (Lynch et al. 2011). Even with such an exclusion protocol in place, maximum values may be more informative when combined with a measure of overall exposure, such as $L_{eq}$ or axle counts.

To determine which noise metrics best predict traffic impacts on sage-grouse, traffic noise can be included in habitat-selection models. This approach will allow estimation of the relationships between population variables and traffic variables (distance, traffic level and noise level). This would help to establish whether the impacts from traffic noise are better mitigated through setting noise objectives or by managing the siting and traffic levels of roads directly. Many of the noise-prediction models discussed in the previous section allow modeling of moving sources, such as different kinds of vehicles.

## Recommendations for interim protections

The research described above will take time. Below, we provide managers and policy makers with recommendations for the interim protection of sage-grouse from known or expected impacts of increased noise levels using the best available science. We emphasize that protections based on these interim recommendations may need to be revised upon completion of ongoing and future research.

## Setting an ambient value

Based on our review of reports and empirical measurements collected in Wyoming, we have concluded that true ambient values pre-development in nights and calm morning in sagebrush habitat are likely to be 16 to 20dBA. The first source for this conclusion is the 1971 EPA report from which the original 39 dBA ambient value was drawn (EPA 1971). This report finds residual noise levels ($L_{90}$) in wilderness areas of 16-22 dBA, measured during day and nighttime at a campsite on the north rim of the Grand Canyon National Park (excluding evenings from 1900 to 2200 hours, which were dominated by insect noise that is minimal during the sage-grouse breeding season due to low temperatures). The EPA report concludes that "these increases in [residual] noise level, from wilderness to farm and to city, are the result of man's activities and his use of machines." Lynch et al. (2011) more recently measured noise exposure at 189 sites in 43 U.S. National Parks, finding an average 24-hour residual noise level of 21.6 dBA. Note that these measures include only the one-third octave bands from 12.5 Hz to 800 Hz, so they are not directly comparable to the full-spectrum measures; however, these frequencies span most anthropogenic noise and residual noise in undisturbed areas, so this measure provides an appropriate estimate of ambient noise levels at these sites (Lynch et al. 2011).

In addition, in our analysis of the data from long-term deployment of SLMs by KC Harvey Environmental L.L.C. (2009) on the PAPA, the median $L_{90}$ among 12 monitored leks was 27.2 dBA and the minimum lek was 22.2 dBA (Table 1). These are likely overestimates of pre-development ambient, given that (1) all of these leks experienced some noise from natural gas infrastructure and highways and (2) that measurements included afternoons and windy periods, and (3) that this Type-2 SLM had a noise floor of 20 to 22 dBA and, thus,

could not measure quieter values (and likely overestimated levels near this lower limit; see Appendix for more information).

A more recent study, which measured noise using highly-sensitive Type-1 SLM with a noise floor of 14 dB, found that the mean day-long residual noise level ($L_{90}$) of 3 undisturbed leks near the PAPA was 15.5 dBA (range 14.2 dBA to 17.1 dBA). Even on the heavily-developed PAPA, the 19 monitored leks ranged from 16.0 dBA to 34.8 dBA, with 4 of the leks having L90 values < 20 dBA (Ambrose and Florian 2013). Therefore, we recommend that an ambient value of 16 to 20 dBA should be used for interim protections in sage-grouse habitat. In revised management strategies, this new default ambient would replace the previous default of 39 dBA or replace empirical measurements of ambient at lek edge.

## Setting a threshold above ambient

As discussed above, we do not yet know whether limiting noise to 10 dB above ambient is appropriate for protecting sage-grouse. However, we recommend continuing to use the 10 dB threshold as an interim measure, combined with appropriate measures of ambient (i.e., 16 to 20 dBA). This threshold value is based on the best available science, but should be revised as needed when better information becomes available. Using 16 dBA as the ambient value would allow up to 26 dBA of noise exposure; using 20 dBA as ambient would allow up to 30 dBA of noise exposure.

How should compliance with this management objective be measured? Noise can be variable over time, space, and frequency spectrum, and no single metric can capture this complexity. However, using multiple metrics to assess compliance may be complicated to implement, at least in the interim. Therefore, we recommend using the A-weighted $L_{50}$ as a measure of median noise exposure. This metric is useful because it is less influenced by the brief, intruding sounds (e.g., birds, insects and airplanes) that can dominate other metrics. This metric also may exclude some types of noise produced by the development activities being monitored, including vehicles (unless traffic is very heavy). For that reason, it will typically not be effective at reflecting any impacts caused by traffic noise. Despite this concern, the $L_{50}$

is recommended because, otherwise, birds, insects, and other indicators of a healthy habitat may be counted against compliance (unless audio recordings are produced, allowing monitors to exclude time periods with such activity; this may be a preferable solution in the long run, but it will require time to develop such a protocol).

We recommend that measurements be made during times when noise exposure is most likely to affect greater sage-grouse; that is, nights and mornings (i.e., 0600 to 0900 hours). Further, we recommend using the average of $L_{50}$ values at multiple (3 to 4) locations between each noise source and the edge of the protected area. This will reduce the impact of aberrant measurements (high or low) at particular locations, because noise values can change with topography and local ground cover. Measurements should be taken with a Type-1 sound level meter (or a method with similar accuracy and a noise floor <20 dBA). We recommend making measurements of ≥1 hour at each site, ideally over multiple days and climatic conditions, because temperature (especially temperature inversions), humidity, and wind can affect noise levels. Whenever possible, we recommend collecting additional metrics for research and long-term monitoring (see recommended metrics in the "Establishing ambient values" section above).

It should be noted that, based on the measurements presented in Table 1, four of the 12 monitored leks on the Pinedale Anticline are in compliance with the noise management objectives recommended here based on a 20-dBA ambient value (i.e., they do not exceed an $L_{50}$ of 30 dBA). These leks are in a heavily developed area that has experienced declines in sage-grouse populations (Holloran 2005, Holloran et al. 2010). This suggests that (1) these recommended protections are not as onerous as they may initially seem, and (2) even these stricter recommendations may not suffice to avoid population declines if noise levels are measured at lek edge (as in Table 1), rather than across nesting and brood-rearing habitats, as discussed below.

## Redefining the protected area

Current noise management strategies typically recommend noise measurements at

the edge of the lek to assess compliance (e.g., State of Wyoming 2011; BLM 1999, 2003, 2008). This approach manages noise levels on the lek itself, but not in the surrounding habitat that is critical to successful reproduction of sage-grouse. As discussed above, there is evidence that this off-lek noise will affect on-lek activities and successful reproduction. Therefore, we recommend that interim and longer-term management strategies aim to protect the soundscape in areas critical for mating, foraging, nesting, and brood-rearing activities. Thus, we recommend that noise >10 dB above ambient be managed as a disruptive activity throughout sage-grouse lekking, nesting, and brood-rearing habitat (e.g., BLM 2012). To accomplish this, we recommend measuring compliance with noise objectives at the edge of the critical area encompassing lekking, nesting, and brood-rearing activities, rather than at the edge of the lek. These critical areas are typically defined as buffers surrounding the edge of the lek, with a 3.1-km buffer encompassing ~45% of nests and a 6.4-km buffer encompassing 74 to 80% of nests (Moynahan 2004, Holloran and Anderson 2005). Where possible, mapping of utilized areas would be preferable. The size and shape of the protected area should be determined based on management objectives.

## Limiting traffic noise

Given the difficulty of measuring intermittent traffic noise and the uncertainty about which metrics are informative, we recommend that interim protections focus not on setting objectives for traffic noise levels, but, rather, on the siting of roads or the limitation of traffic during critical times of the day (0600 to 0900 hours) and year (breeding season).

To develop interim recommendations for the siting of roads, we estimated the distance from a road at which noise levels ($L_{max}$ as a single vehicle passes) will drop down to 10 dB above ambient. To calculate this estimate of impact distances from roads, we used our measurements of noise levels from 17 vehicles (flatbed trucks and big rigs) on the Luman Road and 8 vehicles on North Jonah Road on the Jonah Natural Gas Field in Sublette County, Wyoming (collected in 2006). All measurements were made at 0.4 km from the road. A-weighted $L_{max}$ values were averaged for

each road and the average of the 2 roads was 45.5 dBA (S.E. = 1.3 dBA; range 37 to 58.7 dBA). We similarly calculated average A-weighted levels for each octave from 16 to 16,000 Hz. In each octave band, we calculated propagation using the assumption of spherical spreading and octave-specific excess attenuation values from the Pinedale Anticline noise analysis report prepared by the BLM with assistance from the U.S. Army Corps of Engineers and U.S. Forest Service (BLM 1999). Using these methods, we extrapolated noise propagation beyond our quarter-mile measurements until levels reached 30, 26, 20 and 16 dBA (Figure 2). The same calculations were used to estimate propagation distances around an example drilling rig measured on the PAPA in 2006 (an $L_{eq}$ of 66.7 dBA at 0.1 km; Figure 2).

Using an ambient of 20 dBA, we calculated that vehicle noise will diminish to 30 dB at ~1.3 km from the road. Using an ambient of 16 dB, we calculated that vehicle noise will diminish to 26 dBA at ~1.7 km from the road. Therefore, to avoid disruptive activity in areas crucial to mating, nesting, and brood-rearing activities, we recommend that managers consider siting roads (or seasonally limiting traffic) within 1.3 to 1.7 km from the edge of these areas. We emphasize that we are recommending restrictions within this distance of the edge of sage-grouse nesting and brood-rearing habitat, not the lek edge. Further, note that noise from traffic will be audible at least until levels drop down to ambient values, which will occur 2.7 to 3.6 km from the road. Therefore, adopting these recommendations will not eliminate traffic noise in critical areas, but should reduce its impact.

Under certain conditions, noise may propagate much farther than predicted above. The above estimates are based on the maximum noise levels as a single vehicle passes; however, on roads with sufficient traffic to create a steady stream of vehicles, noise drops off more slowly (levels would follow predictions of cylindrical spreading, dropping only 3 dB with every doubling of distance, rather than 6 dB, as assumed here). Similarly, noise levels drop off according to predictions of cylindrical spreading during early morning temperature inversions, which are common in sage-grouse habitat (Schnell et al. 2009). For an

BLM_0062215

ambient of 20 dB and 16 dB, respectively, traffic noise under conditions of cylindrical spreading would reach 10 dB above ambient at 2.3 to 3.3 km from the road, and this noise would reach ambient at 5.3 to 6.4 km from the road. For these reasons, the recommendations presented here will not protect sage-grouse breeding activities under all conditions, but will be a significant improvement over current policy in most cases.

Given that traffic noise was found to have more than twice the impact of continuous noise on lek attendance (Blickley et al. 2012*a*), minimizing traffic noise as a disruptive activity in all areas critical for successful reproduction should be a priority in any revised noise management strategy. In areas where implementing recommended limits on siting or traffic is not possible, other measures may reduce traffic noise impacts. One possibility would be to adjust the times at which personnel begin and end work shifts in development areas to avoid causing an increase in traffic during critical times. Avoiding shift changes between 1800 and 0900 hours would be ideal, but if this is not possible, then avoiding 2400 to 0900 hours would likely be a significant improvement.

## Conclusions

Over the last decade, interest in understanding noise impacts on wildlife has been increasing rapidly (Barber et al. 2009, Blickley and Patricelli 2010, Kight and Swaddle 2011). Recent research has demonstrated that noise can cause avoidance (Habib et al. 2007, Bayne et al. 2008, Blickley et al. 2012*a*), flight (Brown 1990, Delaney et al. 1999), altered communication (Slabbekoorn and Peet 2003, Leonard and Horn 2005), reduced pair-bonding (Swaddle and Page 2007), reduced breeding success (Francis et al. 2009), increased stress (Weisenberger et al. 1996, Blickley et al. 2012*b*), increased mortality in some species, and no effect or even the opposite effects in other species (Francis et al. 2009, Crino et al. 2013). As a result of the increased interest in noise impacts, the methods available to measure noise and noise impacts have been improving rapidly, as have industry standards (Pater et al. 2009, Lynch et al. 2011). The recommendations presented here for further research, for noise measurement protocols, and for interim protection are based

on the best available science, reflecting our current understanding of noise impacts on greater sage-grouse. However, we emphasize the importance of building flexibility into sage-grouse protections in Wyoming and other states so that the results of ongoing and future research can be used to improve upon the recommendations presented here.

Finally, it is critical to note that noise is only one of multiple types of disturbance impacting greater sage-grouse habitat (Connelly et al. 2004, Connelly et al. 2011). Noise mitigation alone is unlikely to suffice in offering protection for this species. Indeed, in some cases, restrictions on the density of developments (e.g., well density in areas of natural gas development) may offer more or equivalent protection from noise and other types of disturbance than the recommendations we make here, if those restrictions lead to larger distances between developments and critical habitat for sage-grouse. Therefore, we are not recommending that the protections described here supplant all existing protection. Rather, we hope that these recommendations for protecting the soundscape be considered as part of a comprehensive conservation strategy for sage-grouse that addresses many types of disturbance.

## Acknowledgments

That manuscript was originally prepared as a white paper for the U.S. Bureau of Land Management, Lander Field Office and Wyoming State Office, Cheyenne, and Wyoming Game and Fish Department. We thank T. Christiansen and C. Keefe for helpful comments on the manuscript. This manuscript benefited from helpful discussions with K. Fristrup, M. Holloran, J. Morton, S. Oberlie, and S. Harter. Funding provided by the National Parks Service, U.S. Bureau of Land Management, Wyoming Sage-Grouse Conservation Fund (State of Wyoming), National Fish and Wildlife Foundation, the Wyoming Community Foundation, Tom Thorne Sage-Grouse Conservation Fund, University of California–Davis, and the National Science Foundation (IOS-0925038).

## Literature cited

Aldridge, C. L., and M. S. Boyce. 2007. Linking

occurrence and fitness to persistence: habitat-based approach for endangered greater sage-grouse. Ecological Applications 17:508–526.

Ambrose, S., and C. Florian. 2013. Draft: sound levels of gas field activities at greater sage-grouse leks, Pinedale Anticline Project Area, Wyoming, April 2013. Sandhill Company, Pine-dale Anticline Project Office, Pinedale, Wyoming, USA.

American National Standards Institute. 1983. American national standard specification for sound level meters, S1.4. American National Standards Institute, Washington, D.C., USA.

American National Standards Institute. 2001. American national standard specification for sound level meters, S1.4. American National Standards Institute, Washington, D.C., USA.

American National Standards Institute. 2003. American national standard quantities and pro-cedures for description and measurement of environmental sound, S12.9P1. American National Standards Institute, Washington, D.C., USA.

American National Standards Institute. 2005. American national standard quantities and pro-cedures for description and measurement of environmental sound: noise assessment and prediction of long-term community response, S12.9P4. American National Standards Insti-tute, Washington, D.C., USA.

Barber, J. R., K. R. Crooks, and K. M. Fristrup. 2009. The costs of chronic noise exposure for terrestrial organisms. Trends in Ecology and Evolution 25:180–189.

Bayne, E., L. Habib, and S. Boutin. 2008. Im-pacts of chronic anthropogenic noise from energy-sector activity on abundance of song-birds in the boreal forest. Conservation Biology 22:1186–1193.

Beck, T. D. I. 1977. Sage-grouse flock character-istics and habitat selection in winter. Journal of Wildlife Management 41:18–26.

Blickley, J. L. 2012. The effects of anthropogenic noise on lek attendance, communication, and behavior in greater sage-grouse (Centrocercus urophasianus). Dissertation, University of Cali-fornia, Davis, California, USA.

Blickley, J. L., D. Blackwood, and G. L. Patricelli. 2012a. Experimental evidence for the effects of chronic anthropogenic noise on abundance of greater sage-grouse at leks. Conservation Biology 26:461–471.

Blickley, J. L., and G. L. Patricelli. 2010. Impacts of anthropogenic noise on wildlife: research priorities for the development of standards and mitigation. Journal of International Wildlife Law and Policy 13:274–292.

Blickley, J. L., and G. L. Patricelli. 2012. Potential acoustic masking of greater sage-grouse dis-play components by chronic industrial noise. Ornithological Monographs 74:23–35.

Blickley, J. L., K. R. Word, A. H. Krakauer, J. L. Phillips, S. N. Sells, J. C. Wingfield, and G. L. Patricelli. 2012b. Experimental chronic noise exposure is related to elevated fecal corticoste-roid metabolites in lekking male greater sage-grouse (Centrocercus urophasianus). PLoS ONE 7:e50462.

Bonier, F., P. R. Martin, I. T. Moore, and J. C. Wingfield. 2009. Do baseline glucocorticoids predict fitness? Trends in Ecology and Evolu-tion 24:634–642.

Braun, C. E. 1998. Sage-grouse declines in west-ern North America: what are the problems? Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139–156.

Brenowitz, E. A. 1982. The active space of red-winged blackbird song. Journal of Comparative Physiology 147:511–522.

Brown, A. L. 1990. Measuring the effect of aircraft noise on sea birds. Environment International 16:587–592.

Bureau of Land Mangement. 1999. Noise analy-sis for the Pinedale Anticline Oil and Gas Ex-ploration and Development Project, Sublette County, Wyoming. U.S. Bureau of Land Man-agement, Pinedale Field Office, Pinedale, Wy-oming, USA.

Bureau of Land Mangement. 2003. Final environ-mental impact statement and proposed plan amendment for the Powder River Basin oil and gas project. U. S. Bureau of Land Mangement, Buffalo Field Office, Buffalo, Wyoming, USA.

Bureau of Land Mangement. 2008 Record of de-cision for the supplemental environmental im-pact statement, Pinedale Anticline Oil and Gas Exploration and Development Project. U.S. Bureau of Land Mangement, Pinedale Field Office, Pinedale, Wyoming, USA.

Bureau of Land Management. 2012. Instruction memorandum 2012-19: greater sage-grouse habitat management policy on Wyoming Bu-reau of Land Management administered pub-lic lands, including the federal mineral estate.

BLM_0062217

U. S. Bureau of Land Management, Wyoming State Office, Cheyenne, Wyoming, USA.

Connelly, J. W., K. P. Reese, and M. A. Schroeder. 2003. Monitoring of greater sage-grouse habitats and populations. College of Natural Resources Experiment Station Bulletin. University of Idaho, Moscow, Idaho, USA.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver. 2004 Conservation assessment of greater sage-grouse and sagebrush habitats. Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming, USA.

Connelly, J. W., S. T. Knick, C. E. Braun, W. T. Baker, E. A. Beever, T. Christiansen, K. E. Doherty, E. O. Garton, S. E. Hanser, D. H. Johnson, M. Leu, R. F. Miller, D. E. Naugle, S. J. Oyler-McCance, D. A. Pyke, K. P. Reese, M. A. Schroeder, S. J. Stiver, B. L. Walker, and M. J. Wisdom. 2011. Conservation of greater sage-grouse: a synthesis of current trends and future management. Pages 549–563 *in* S. T. Knick and J. W. Connelly, editors. Greater sage-grouse: ecology and conservation of a landscape species and its habitats. Volume 38. University of California Press, Berkeley, California, USA.

Crino, O. L., E. E. Johnson, J. L. Blickley, G. L. Patricelli, and C. W. Breuner. 2013. Effects of experimentally elevated traffic noise on nestling white-crowned sparrow stress physiology, immune function and life history. Journal of Experimental Biology 216:2055–2062.

Delaney, D. K., T. G. Grubb, P. Beier, L. L. Pater, and M. H. Reiser. 1999. Effects of helicopter noise on Mexican spotted owls. Journal of Wildlife Mangement 63:60–76.

Doherty, K. E., D. E. Naugle, B. L. Walker, and J. M. Graham. 2008. Greater sage-grouse winter habitat selection and energy development. Journal of Wildlife Management 72:187–195.

Doherty, K. E., D. E. Naugle, and B. L. Walker. 2010. Greater sage-grouse nesting habitat: the importance of managing at multiple scales. Journal Of Wildlife Management 74:1544–1553.

Dooling, R. J., and A. N. Popper. 2007. The Effects of highway noise on birds. California Department of Transportation Division of Environmental Analysis, Sacramento, California, USA.

Environmental Protection Agency. 1971. Community noise. U.S. Environmental Protection Agency, Washington, D.C., USA.

Francis, C. D., C. P. Ortega, and A. Cruz. 2009. Noise pollution changes avian communities and species interactions. Current Biology 19:1415–1419.

Gibson, R. M. 1989. Field playback of male display attracts females in lek breeding sage grouse. Behavioral Ecology and Sociobiology 24:439–443.

Gibson, R. M. 1996. Female choice in sage grouse: the roles of attraction and active comparison. Behavioral Ecology and Sociobiology 39:55–59.

Gibson, R. M., and J. W. Bradbury. 1985. Sexual selection in lekking grouse: phenotypic correlates of male strutting success. Behavioral Ecology and Sociobiology 18:117–123.

Habib, L., E. M. Bayne, and S. Boutin. 2007. Chronic industrial noise affects pairing success and age structure of ovenbirds *Seiurus aurocapilla*. Journal of Applied Ecology 44:176–184.

Hagen, C. A. 2011. Predation on greater sage-grouse: facts, process, and effects. Pages 95–100 *in* S. T. Knick and J. W. Connelly, editors. Greater sage-grouse: ecology and conservation of a landscape species and its habitats. Volume 38. University of California Press, Berkeley, California, USA.

Holloran, M. J. 2005. Greater sage-grouse (*Centrocercuc urophasianus*) population response to natural gas field development in western Wyoming. Dissertation, University of Wyoming, Laramie, Wyoming, USA.

Holloran, M. J., and S. H. Anderson. 2005. Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats. Condor 107:742–752.

Holloran, M. J., R. C. Kaiser, and W. A. Hubert. 2010. Yearling greater sage-grouse response to energy development in Wyoming. Journal Of Wildlife Management 74:65–72.

Hu, Y., and G. C. Cardoso. 2009. Are bird species that vocalize at higher frequencies preadapted to inhabit noisy urban areas? Behavioral Ecology 20:1268–1273.

Jankowski, M. D. 2007. The influence of habitat disturbance and synergized resmethrin on avian immunocompetence. Dissertation, University of Wisconsin, Madison, Wisconsin, USA.

KC Harvey Environmental L.L.C. 2009. Pinedale Anticline Project area sage-grouse monitoring: noise monitoring report. Pinedale Anticline Project Office, Pinedale, Wyoming, USA.

Kight, C. R., and J. P. Swaddle. 2011. How and

BLM_0062218

why environmental noise impacts animals: an integrative, mechanistic review. Ecology Letters 14:1052–1061.

Leonard, M. L., and A. G. Horn. 2005 Ambient noise and the design of begging signals. Proceedings of the Royal Society of London, Series B. 272:651–656.

Lynch, E., D. Joyce, and K. Fristrup. 2011. An assessment of noise audibility and sound levels in U.S. National Parks. Landscape Ecology 26:1297–1309.

Lyon, A. G., and S. H. Anderson. 2003. Potential gas development impacts on sage-grouse nest initiation and movement. Wildlife Society Bulletin 31:486–491.

Moynahan, B. J. 2004. Landscape-scale factors affecting population dynamics of greater sage-grouse (Centrocercus urophasianus) in north-central Montana. Dissertation, University of Montana, Missoula, Montana, USA.

Naugle, D. E., K. E. Doherty, B. E. Walker, M. J. Holloran and H. J. Copeland. 2011. Energy development and greater sage-grouse. Pages 489–504 in S. T. Knick and J. W. Connelly, editors. Greater sage-grouse: ecology and conservation of a landscape species and its habitats. Volume 38. University of Caiifornia Press, Berkeley, California, USA.

Nicholoff, S. H., compiler. 2003 Wyoming Bird Conservation Plan, Version 2.0. Wyoming Partners In Flight, Wyoming Game and Fish Department, Lander, Wyoming, USA.

Pater, L. L., T. G. Grubb, and D. K. Delaney. 2009. Recommendations for improved assessment of noise impacts on wildlife. Journal Of Wildlife Management 73:788–795.

Patricelli, G. L., M. S. Dantzker, and J. W. Bradbury. 2007. Differences in acoustic directionality among vocalizations of the male red-winged blackbird (Agelaius phoeniceus) are related to function in communication. Behavioral Ecology and Sociobiology 61:1099–1110.

Patricelli, G. L., and A. H. Krakauer. 2010. Tactical allocation of effort among multiple signals in sage grouse: an experiment with a robotic female. Behavioral Ecology 21:97–106.

Quinn, L., J. Whittingham, J. Butler, and W. Cresswell. 2006. Noise, predation risk compensation and vigilance in the chaffinch Fringilla coelebs. Journal of Avian Biology 37:601–608.

Rabin, L. A., R. G. Coss, and D. H. Owings. 2006. The effects of wind turbines on antipredator

behavior in California ground squirrels (Spermophilus beecheyi). Biological Conservation 131:410–420.

Reed, S. E., J. L. Boggs, and J. P. Mann. 2012. A GIS tool for modeling anthropogenic noise propagation in natural ecosystems. Environmental Modelling and Software 37:1–5.

Rogers, G. E. 1964. Sage-grouse investigations in Colorado, Technical Publication No. 16, Colorado Game, Fish and Parks Department, Denver, Colorado, USA.

Schnell, R. C., S. J. Oltmans, R. R. Neely, M. S. Endres, J. V. Molenar, and A. B. White. 2009. Rapid photochemical production of ozone at high concentrations in a rural site during winter. Nature Geoscience 2:120–122.

Schoenberg, T. J. 1982. Sage- grouse movements and habitat selection in North Park, Colorado. Thesis, Colorado State University, Fort Collins, Colorado, USA.

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999 Sage-grouse: Centrocerus urophasianus. Birds of North America 425:1–28.

Slabbekoom, H., and M. Peet. 2003. Ecology: Birds sing at a higher pitch in urban noise. Nature 424:267.

State of Wyoming. 2008. Greater sage-grouse core area protection. Office of the Governor, State of Wyoming Executive Order 2008-2, Cheyenne, Wyoming, USA, <http://www-wsl. state.wy.us/sis/wydocs/execorders/WS-GOV-EO-2008-02.pdf>. Accessed August 20, 2013.

State of Wyoming. 2010. Greater sage-grouse core area protection. Office of the Governor, State of Wyoming Executive Order 2010-4, Cheyenne, Wyoming, USA, <http://www-wsl. state.wy.us/sis/wydocs/execorders/WS-GOV-EO-2010-04.pdf>. Accessed August 20, 2013.

State of Wyoming. 2011. Greater sage-grouse core area protection. Office of the Governor, State of Wyoming Executive Order 2011-5, Cheyenne, Wyoming, USA, <http://www-wsl. state.wy.us/sis/wydocs/execorders/EO2011-05.pdf>. Accessed August 20, 2013.

Swaddle, J. P., and L. C. Page. 2007. High levels of environmental noise erode pair preferences in zebra finches: implications for noise pollution. Animal Behaviour 74:363–368.

Swenson, J. E., C. A. Simmons, and C. D. Eustace. 1987. Decrease of sage-grouse Centrocerus urophasianus after ploughing of sagebrush steppe. Biological Conservation 41:125–132.

BLM_0062219

Vehrencamp, S. L., J. W. Bradbury, and R. M. Gibson. 1989. The energetic cost of display in male sage grouse. Animal Behaviour 38:885–896.

Wallestad, R. O., and P. Schladweiler. 1974. Breeding season movements and habitat selection of male sage grouse. Journal of Wildlife Management 38:634–637.

Wasser, S. K., K. E. Hunt, J. L. Brown, K. Cooper, C. M. Crockett, U. Bechert, J. J. Millspaugh, S. Larson, and S. L. Monfort. 2000. A generalized fecal glucocorticoid assay for use in a diverse array of nondomestic mammalian and avian species. General and Comparative Endocrinology 120:260–275.

Weisenberger, M. E., P. R. Krausman, M. C. Wallace, D. W. D. Young, and O. E. Maughan. 1996. Effects of simulated jet aircraft noise on heart rate and behavior of desert ungulates. Journal of Wildlife Management 60:52–61.

Wiley, R. H. 1973. Territoriality and non-random mating in sage-grouse (*Centrocercus urophasianus*). Animal Behaviour Monographs 6:85–169.

Wingfield, J. C. 2005. The concept of allostasis: coping with a capricious environment. Journal of Mammalogy 86:248–254.

**GAIL L. PATRICELLI** is an associate professor of evolution and ecology at the University of California–Davis. She studies bioacoustics, breeding behaviors, and noise impacts in sage-grouse and songbirds. For the last 7 years, with graduate student Jessica Blickley and postdoctoral scholars Diane Blackwood, Stacie Hooper, and Alan Krakauer, she has been investigating the impacts of noise from natural gas development activities on greater sage-grouse lek attendance, stress levels, and behaviors. She has published multiple peer-reviewed papers on noise impacts on wildlife and has served on expert panels to establish noise measurement protocols for the U.S. National Parks Service.



**JESSICA L. BLICKLEY** recently completed her Ph.D. degree in ecology in the Patricelli Lab at the University of California–Davis. Blickley has been studying noise impacts on sage-grouse for 6 years. She has published multiple peer-reviewed papers on noise impacts on wildlife, and has served on expert panels to establish noise measurement protocols for the U.S. National Parks Service. She recently co-edited an ornithological monograph on the impacts of anthropogenic noise on birds and bird studies.



**STACIE L. HOOPER** is a postdoctoral researcher in the Patricelli Lab in the Department of Evolution and Ecology at the University of California–Davis. She has published multiple peer-reviewed papers on noise impacts on wildlife; her dissertation research addressed noise impacts on ground squirrels in Yosemite National Park. She also works for the California Department of Fish and Game as the California Wildlife Habitat Relationships (CWHR) program coordinator, maintaining and updating species range data and habitat suitability models to predict species occurrence across the state. She is also part of the California contingent of the Crucial Habitat Assessment Tool team of the Western Governors Association.



BLM_0062220

# Appendix:

# Glossary of noise terms

**A-weighting:** A-weighting (usually denoted as dBA or dB-A) is used to account for changes in level sensitivity as a function of frequency (ANSI 2001). In an effort to simulate the relative response of the human ear, A-weighting de-emphasizes the high (>6.3 kHz) and low (<1 kHz) frequencies, and emphasizes the frequencies in between. Unfortunately, there is no weighting specific to sage-grouse or other wildlife. Most birds, besides owls, have hearing capabilities similar to or slightly worse than humans; therefore, some experts recommend that A-weighting may be a suitable if not ideal metric for studies of birds (Dooling and Popper 2007).

**Ambient noise:** Ambient noise, often called background noise, is typically defined as any sound other than the sound being monitored. Ambient noise can be measured to include all of the non-focal sounds in the environment, such as wind, birds, insects, and other sources, including anthropogenic noise. Here we recommend that, to improve repeatability and generality of measurements and better limit anthropogenic noise impacts, we should minimize the contribution of these sources of noise in our ambient measures when setting a baseline for noise management strategies.

**Decibel:** The amplitude of a sound, perceived as loudness, is typically measured in decibels (dB). The decibel scale is logarithmic, and, therefore, small changes in decibel level represent large changes in loudness. Every 6 dB increase in noise levels is a doubling in amplitude, measured as changes in air pressure. One often hears the rule of thumb that a 10 dB increase in noise is subjectively perceived by humans as a doubling in loudness. However, this perception depends on the frequencies (i.e., pitch) of the sounds and can vary with amplitude. In humans, a 6 dBA increase in noise level leads to an approximate doubling in the number of noise complaints (ANSI 2005), suggesting that humans are more sensitive than this 10 dB rule of thumb implies. Because we do not know if sage-grouse or other nonhuman animals perceive sounds similarly to humans, the non-subjective "6 dB doubling" rule of thumb is preferable. Noise measurements are typically made relative to the threshold of human hearing (20µPa) and denoted as sound pressure level (SPL), or dB SPL (though the SPL is often assumed). A value of 0 dB SPL is equal to the threshold of human hearing; 60 to 70 dB SPL is typical conversational level and 130 dB SPL is the threshold of pain.

**Detection distance and listening area:** Detection distance is the maximum distance between the sender and receiver where the signal is still audible. The listening area is the total area around the sender over which a sound can be detected (also called the active space; Brenowitz 1982). Barber et al. (2009) offered simple formulas for estimating the reduction in detection distance and listening area resulting from an increase in background noise. The formula for calculating how the detection distance changes with an increase in noise is: detection distance $=10^{(-(dB\ change\ in\ noise)/20)}$. This shows a halving of detection distance for each 6 dB increase in noise; therefore, a >3-fold decrease (69% decrease) in detection distance with a 10 dB increase in noise and a 10-fold reduction in detection distance (90% decrease) with a 20 dB increase in noise. The formula for calculating how the listening area changes with an increase in noise is: listening area $= 10^{(-(dB\ change\ in\ noise)/10)}$. The area of a circle (i.e., listening area around the vocalizing animal) decreases with the square of the radius (i.e., detection distance between the vocalizing animal and the receiver), which leads to a halving of listening area with every 3 dB increase in noise and 10-fold reduction with every 10 dB. These decreases in active space and detection distance are less extreme when environmental attenuation of noise is considered, but are nonetheless very large (Blickley and Patricelli 2012).

BLM_0062221

**One-third octave bands:** An octave is a band of frequencies whose lower limit is half of the upper limit, and is named for its central frequency. The range of human hearing is divided into 10 standardized octave bands; each octave-band can be broken down into 3 parts, or one-third-octave bands typically ranging from 12.5 Hz to 20 kHz. One-third-octave band levels can be used to construct power spectra that show the relative power of different frequencies. One-third octave band measures can be used to calculate a number of other metrics, especially if they are collected continuously at short intervals. Measurements of the relative amplitude of the noise at different frequencies is important for calculating the potential of a noise source to mask sound relevant to the species of interest and can sometimes be used to identify the source of the sound.

$L_{eq}$ **(also called** $L_{avg}$**):** The equivalent noise level. This can be thought of as the average noise level across the sample period; more precisely, it is the level of a constant sound over a specific time period that has the same sound energy as the actual (variable) sound.

$L_{max}$ **and** $L_{min}$**:** The RMS (root-mean squared) maximum and minimum noise levels integrated over a specified time interval and measured during a single noise event or specified time period. The $L_{max}$ characterizes the maximum noise level, defined by the loudest single noise event. Similarly, $L_{min}$ is the minimum noise level or quietest period.

$L_{50}$**:** The median noise level is the level that is exceeded 50% of the time. This measure is collected over some time period (e.g., 1 hour, or from 0600 to 0900 hours) with this period being broken down into much smaller intervals (typically 1 second); an $L_{50}$ of 30 dBA would mean that half of the intervals measured were <30 dBA, and half of them were >30 dBA. This metric is recommended rather than a measure of average noise over a longer interval, like $L_{eq}$ or $L_{avg}$, because these average metrics are more influenced by occasional loud events, such as those caused by a songbirds, insects, aircraft, wind gusts, etc. These intruding sounds will have no impact on the $L_{50}$, unless they are present more than 50% of the time.

$L_{90}$**:** This is accepted by the American National Standards Institute (ANSI 2003) as a measure of background or "residual noise level". As with the $L_{50}$, the $L_{90}$ is collected over some time period (e.g., 1 hour, or from 0600 to 0900 hours ) with this period being broken down into much smaller intervals (typically 1 second); an $L_{90}$ of 20 dBA would mean that 10% of the intervals measured were <20 dBA and 90% of them were >20 dBA. Residual noise levels reflect background noise level at a site, since they exclude most intruding noise from birds, insects, wind gusts and sporadic anthropogenic noises (passing vehicles or aircraft) that raise the average (e.g., $L_{eq}$ or $L_{avg}$) and peak values (e.g., $L_{peak}$, $L_{max}$, and $L_{10}$) over a measurement period. This metric is the most suited for estimating ambient values to set the baseline for management objectives. Note that in an area with anthropogenic noise sources producing continuous noise (like most energy development infrastructure), the $L_{90}$ measurement will not represent pre-development ambient values since the continuous noise source will contribute to the residual levels. To estimate predevelopment ambient for a disturbed site, measurements must be collected in a similar but undisturbed area, or estimated through modeling.

$L_{10}$**:** The $L_{10}$ is the noise level that is exceeded 10% of the time and is a metric that characterizes the maximum of noise level in an area. The $L_{10}$ is collected over some time period with this period being broken down into much smaller intervals (typically, 1 second); an $L_{10}$ of 60 dBA would mean that 90% of the intervals measured were <60 dBA, and 10% of them were >60 dBA.

**Noise:** Any unwanted sound is considered noise. Thus, signals produced by 1 animal, such as crickets, may be noise to another animal. When managing noise impacts on wildlife, we typically consider only sounds produced by humans and human-produced infrastructure to be noise.

**Sound level meter (SLM):**  A sound level meter is a tool used to measure the amplitude of a noise source in decibels. Most Type-1 (ANSI 1983) precision SLMs have a "noise floor" of ~17 dB, meaning that they cannot measure quieter sounds, because these sounds will be masked by the noise from the SLM itself. Recently, highly-sensitive Type-1 SLMs with noise floors of 12 to 14 dBA have become available. Some SLM noise is typically detected ≤10 dB above the noise floor (i.e., 27 dB), especially when using A-weighting, as discussed above. This is not a problem when measuring louder sounds (i.e., many noise sources associated with development) that overwhelm any contribution of the noise from the SLM (as well as noise from a slight breeze or other incidental sounds). Measurements of quiet sounds are, thus, particularly challenging. Type-2 SLMs are more affordable but can have noise floors of ~35 dB and should, therefore, never be used to measure ambient noise or quiet sound sources (expected to be <35 to 40 dBA); some more expensive Type-2 meters have noise floors approaching 22 dBA and would, therefore, be more useful for measuring quiet sounds, but not ambient levels. The importance of the noise floor of the meter can be seen clearly when comparing the data from Ambrose and Florian (2013), who found an $L_{90}$ of 16.0 dB on the quietest lek on the PAPA with a Type-1 SLM (14 dB noise floor), and the data of KC Harvey (2009; Table 1), who found an $L_{90}$ of 22.2 dBA on the quietest lek on the PAPA with a Type-2 SLM (20 to 22 dB noise floor). These data suggest that the L90 values from the KC Harvey study were likely determined by the noise floor of the SLM rather than by the ambient noise levels in this area Within a few decibels above the noise floor, the accuracy of Type-2 meters is typically only slightly lower than Type-1 meters. Type-3 SLMs have higher noise floors and lower accuracy and should not be used for measuring ambient or assessing compliance.

**Soundscape:** All of the sounds at a particular location.

BLM_0062223

10/31/2014                         JSTOR: Journal of Mammalogy, Vol. 77, No. 3 (Aug., 1996), pp. 857-869

# JSTOR

Skip to Main Content

- JSTOR Home
- Search
- Browse
- MyJSTOR
- Get Access

Click to Show/Hide Navigation
Skip to Main Content



- Login
- Help
- Contact Us
- About


You are not currently logged in through a participating institution or individual account. See access options for more information.



## Effects of Vegetative Cover on the Population Dynamics of Meadow Voles

John D. Peles and Gary W. Barrett
*Journal of Mammalogy*
Vol. 77, No. 3 (Aug., 1996), pp. 857-869
Published by: American Society of Mammalogists
Article Stable URL: http://www.jstor.org/stable/1382691
10.2307/1382691
« Previous Item    Next Item »

## Rights and Permissions

- More Rights Options
- JSTOR Terms And Conditions

BLM_0062224

10/31/2014                                JSTOR: Journal of Mammalogy, Vol. 77, No. 3 (Aug., 1996), pp. 857-869

| | This Issue ▼ | Search |

- [Journal of Mammalogy](#)  >
- [Vol. 77, No. 3, Aug., 1996](#)  >
- Effects of Vegetativ...

## Preview

If you need an accessible version of this item, please contact JSTOR User Support. View Full Screen

DOWNLOAD ($19.00)READ ONLINE

BLM_0062225

Case No. 1:20-cv-02484-MSK Document 46-18 filed 04/28/21 USDC Colorado pg 26 of
125
10/31/2014                          JSTOR: Journal of Mammalogy, Vol. 77, No. 3 (Aug., 1996), pp. 857-869

# EFFECTS OF VEGETATIVE COVER ON THE POPULATION DYNAMICS OF MEADOW VOLES

John D. Peles and Gary W. Barrett

*Institute of Ecology, University of Georgia, Athens, GA 30602*

Twelve experimental patches of grassland varying in vegetative cover (reduced cover, enhanced cover, and control; $n = 4$ each) were live-trapped 4 May–22 October 1992 and 14 May–29 October 1993 to examine the effects of patch quality on the population dynamics and dispersal behavior of the meadow vole (*Microtus pennsylvanicus*). Although enhancing the litter component of vegetative cover did not increase population density or survivorship, reducing the amount of litter and biomass of the standing crop had detrimental effects on population dynamics of meadow voles during 1993, especially early in the growing season. Mean population densities and cumulative recruitment of voles were significantly greater in the control and enhanced-cover treatments compared to the reduced-cover treatment in 1993. Mean body mass of female voles was significantly greater in the enhanced-cover and control treatments compared to the reduced-cover treatment during both years of the investigation. In addition, survivorship of female voles from the founder populations was much higher in the control and enhanced-cover treatments compared to that in the reduced-cover treatment. Significantly greater mean population density and lower per capita dispersal in 1993 compared to 1992 were related to an increase in both components of cover (i.e., biomass of standing crop and litter). Results show the need to further examine the relationship of vegetative cover and food quality as components of habitat quality for small mammals.

Key words: *Microtus pennsylvanicus,* meadow vole, vegetative cover, food quality, patch quality, population dynamics, dispersal

The need for addressing questions and designing studies in mammalian ecology based on a landscape perspective has recently received increased attention (Lidicker, 1995). Several investigations have demonstrated the importance of landscape elements (size and shape of patches, presence and quality of corridors, and spatial configuration of patches and corridors) to population growth, survivorship and dispersal behavior of small mammals (Fahrig and Merriam, 1985; Harper et al., 1993; LaPolla and Barrett, 1993; Lorenz and Barrett, 1990). However, little information exists regarding the effects of habitat quality, an important characteristic of landscape patches

(e.g., moisture or light) and biotic (e.g., food or vegetative cover) components of the habitat (Barrett et al., 1995). The concept of patch quality also must include short-term (growing season) as well as long-term (successional) changes to better understand how landscape dynamics affect population dynamics of small mammals (Barrett et al., 1995).

Vegetative cover, defined here as biomass of the standing crop and litter, is an important component of patch quality for small mammals such as microtine rodents (Getz, 1985). For example, the amount of cover is a major factor determining habitat selection in species of *Microtus* (Eadie, 1953; Getz,

BLM_0062226

10/31/2014

JSTOR: Journal of Mammalogy, Vol. 77, No. 3 (Aug., 1996), pp. 857-869

(Fahrig and Merriam, 1994), on regulation of populations of small mammals.

Patch quality may be influenced by the spatial and temporal arrangement of abiotic

1971; Ogilvie and Furman, 1959). Population density (Birney et al., 1976; Kotler et al., 1989) and demography (Adler, 1989; Ostfeld and Klosterman, 1986) of *Microtus*

*Journal of Mammalogy*, 77(3):857-869, 1996                857



Next PageNext Page

End of preview. Back to top.

*Journal of Mammalogy* © 1996 American Society of Mammalogists

Abstract:

Twelve experimental patches of grassland varying in vegetative cover (reduced cover, enhanced cover, and control; n = 4 each) were live-trapped 4 May-22 October 1992 and 14 May-29 October 1993 to examine the effects of patch quality on the population dynamics and dispersal behavior of the meadow vole (Microtus pennsylvanicus). Although enhancing the litter component of vegetative cover did not increase population density or survivorship, reducing the amount of litter and biomass of the standing crop had detrimental effects on population dynamics of meadow voles during 1993, especially early in the growing season. Mean population densities and cumulative recruitment of voles were significantly greater in the control and enhanced-cover treatments compared to the reduced-cover treatment in 1993. Mean body mass of female voles was significantly greater in the enhanced-cover and control treatments compared to the reduced-cover treatment during both years of the investigation. In addition, survivorship of female voles from the founder populations was much higher in the control and enhanced-cover treatments compared to that in the reduced-cover treatment. Significantly greater mean population density and lower per capita dispersal in 1993 compared to 1992 were related to an increase in both components of cover (i. e., biomass of standing crop and litter). Results show the need to further examine the relationship of vegetative cover and food quality as components of habitat quality for small mammals.

## Purchase a PDF

Purchase this item for $19.00 USD and download it as a PDF.



ADD TO CART

**How does it work?**

1  Add this item to your cart.

2  Check out using a credit card or bank account with PayPal.

3  Download the PDF from a link in your email or from your MyJSTOR account.

Enter your token or email if you've already purchased this item.
Think you should have access to this item via your institution? Login.

## Read Online (Beta)  

Read this item online for free by registering for a MyJSTOR account.

REGISTER

BLM_0062227

10/31/2014                    JSTOR: Journal of Mammalogy, Vol. 77, No. 3 (Aug., 1996), pp. 857-869

Already have an account? Log in

x

## How does it work?

1 Register for a MyJSTOR account

2 Add up to 3 free items to your shelf

3 Items added to your shelf can be removed after 14 days.

Think you should have access to this item via your institution? Login.

- JSTOR Home
- About
- Search
- Browse
- Terms and Conditions
- Privacy Policy
- Cookies
- Accessibility
- Help
- Contact us

JSTOR is part of ITHAKA, a not-for-profit organization helping the academic community use digital technologies to preserve the scholarly record and to advance research and teaching in sustainable ways.
©2000-2014 ITHAKA. All Rights Reserved. JSTOR®, the JSTOR logo, JPASS® and ITHAKA® are registered trademarks of ITHAKA.

x Think you might have
access to this content via your
library?

Login

BLM_0062228

# Windfalls for Wilderness: Land Protection and Land Value in the Green Mountains

## Spencer Phillips

**Abstract**—Land is a composite good, the price of which varies with its characteristics, including proximity to amenities. Using data from sales of land near Green Mountain National Forest wilderness areas in a hedonic price model, a positive relationship between proximity to protected wilderness and market values is revealed. The applications of this result include improved consideration of the positive economic impacts of land conservation and new mechanisms for financing land conservation.

Nature's grace in the East offers the most important kind of hope, not only to a region that has been given a second chance to decide how to inhabit itself, but to a world in terrible need of models.

- Bill McKibben

The paucity of information about the effect of land protection on rural land values hampers the development of cost-effective solutions to Northern Forest—the 26 million acre northern tier of Maine, New Hampshire, Vermont and New York—land management issues. For better or for worse, policy proposals addressing those issues are moving forward at local, state and federal levels. Among them, proposals for additional public land ownership and conservation-oriented management, while popular by many measures, are bound to be opposed, in part, out of fear that such management will erode private land values. Even the most modest land protection proposals, if and when accepted politically, would require significant increases in appropriations through established public land funding mechanisms—increases that may be unlikely in the near term and unsustainable in the longer term. (For elaboration on the conditions from which the issues arise, please see a longer version of this paper forthcoming from The Wilderness Society as Volume 3 of "The Northern Forest: Strategies for Sustainability.")

## The Conservation Challenge

While the discipline of economics has long been concerned with certain determinants of land prices (e.g. soil productivity, commuting time to a central business district), it has not produced either information or policy tools for connecting rural land prices to the conservation of areas in a wild condition. To fill this gap in the context of immediate conservation needs in the Northern Forest I provide: 1) evidence,

based on an analysis of land prices, of the enhancement value of publicly protected wildlands; and 2) an overview of possible programs for capturing such enhancement value in order to fund land protection.

## Amenity, Scarcity and Rent

The notion that the characteristics and location of a parcel of land can influence its price is as old as economics itself, with David Ricardo and Johann von Thünen credited with organizing a theory of land rent. In their construction, as now, rent is the unearned portion of the price of an asset. Ricardo focused on the fertility or agricultural productivity of parcels, which in his day was generally not earnable in the sense that farmers or landlords could affect fertility through the application of labor. Instead, site productivity came to landowners as an endowment from nature. Sites with the greatest endowment are the first ones brought into production, for returns are highest on these sites. As demand for agricultural produce increases, bringing progressively less fertile land into production becomes financially feasible.

Von Thünen enriches Ricardo's model by considering characteristics of different agricultural production systems and their spatial distribution on the landscape. In von Thünen's model, the salient characteristic is the cost of transporting agricultural goods to market in the central city. Agricultural systems for which transportation costs were high (dairy, for instance) would locate nearer the market, while lower-transportation-cost systems would occupy land farther away. (See Brooks 1987 for a more complete introduction to these concepts and models.)

## Land Protection and Rent

Ricardo and von Thünen's farmers and landlords located production systems to maximize the returns from production. Freed from the limits of organic soil productivity and the slow pace of animal-powered transportation, agricultural production is now much more footloose—it need not locate particularly near markets for their produce or on the most fertile soil. Other considerations, such as minimizing land acquisition costs or satisfying preferences unrelated to farms' cost structure, can play a larger role in determining agricultural land use. (Indeed, authors including Alig (1986), Phillips (1991) and Alig, White & Murray (1988) find that returns from farm operations are seldom found to play a strong role at all.)

The same is increasingly true of non-agricultural production. New technologies, services and infrastructure, from the fax/modem and Federal Express to the Internet and Interstate Highway System have freed more and more industries from their former need to be close to either input supplies or output markets.

In: McCool, Stephen F.; Cole, David N.; Borrie, William T.; O'Loughlin, Jennifer, comps. 2000. Wilderness science in a time of change conference—Volume 2: Wilderness within the context of larger systems; 1999 May 23–27, Missoula, MT. Proceedings RMRS-P-15-VOL-2. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Spencer Phillips is Resource Economist, The Wilderness Society, P.O. Box 25, Craftsbury Common, VT 05827 U.S.A., srp@sover.net

BLM_0062229

Overnight package delivery service allowed Numberall, a machine tool manufacturer, to move from Long Island, New York, to Guilford, Maine, for the latter's pace of life, small town atmosphere and opportunities for backcountry recreation. Similarly, Essex Junction, Vermont, boasts a large IBM facility located there due to a key IBM manager's enthusiasm for Vermont skiing. Beyond such anecdotes, economic development researchers have concluded that rural job creation occurs not so much as a result of firms locating where costs are low, but from the entrepreneurial activity of managers and others choosing locations where amenity values are high (Johnson and Rasker 1995; Knapp and Graves 1989, Rasker 1994; and Rasker and Glick 1994).

As Rasker and Glick note, while so-called "amenity-based growth" does alleviate rural unemployment and other problems associated with declines in resource extraction industries, it often brings its own set of problems, not the least of which are manifest in land markets.

Scarce housing goes to the highest bidder—often the big-city transplant. Gentrification is pushing many local house hunters out of the market. In Jackson Hole, for example, few employees in tourism services can afford housing in town. Land and housing prices have tripled in the last 15 years . . . . In Bozeman, mid- to low-priced housing is practically nonexistent, and the competition for such properties is fierce. A "feeding frenzy" has ensued in the real estate market, further driving up prices . . . (Rasker and Glick 1994).

Jackson and Bozeman are gateway communities to Yellowstone National Park and its surrounding national forests. It is reasonable to speculate that their rising land prices reflect their proximity to the open space, scenic, recreational and other amenities associated with publicly protected land. Because national parks and wilderness areas are unlikely to be converted to other uses, whatever rent accrues to nearby land as a result of that protection may be greater than what would accrue if the same open space were privately owned and simply not yet developed, or if a greater portion of the national forests were open to resource extraction.

Back in the region of interest here, two recent studies examine the relationship between land conservation and property taxes—a dim reflection of property values. In New York's Adirondack Park, where towns are reimbursed for property taxes forgone on land added to the state-owned forest preserve, the first study found no relationship between tax bills and land consevation (Ad Hoc Associates 1996). This suggests that, at a minimum, land conservation does not diminish property values.

The second study, which focused on public and private conservation of land in three coastal Maine towns, found that land protection is often associated with higher tax **bills** in the short run (Ad Hoc Associates 1997). Because the study also found that tax **rates** are generally lower in towns with more open land, it is possible that the increase in tax bills are due to increases in property values, rather than conscious decisions on the part of town authorities to make up for tax revenue lost when conserved land is removed from the tax base.

For now, however, such possibilities must remain speculation, for little is known about the spatial relationship between land protection and land value in rural areas. More than 20 years of research into similar issues in urban settings, however, does suggest that proximity to open space amenities is a significant source of location rent (Weicher and Zerbst 1973). Still more research suggests that by restricting the supply of land available for development, protecting those amenities also enhances scarcity rent. Both bodies of research identify other characteristics of land parcels and the overall land base that influence land prices.

## Existing Evidence

Farmers in the Ricardo/von Thünen model sketched above exhibit a willingness to pay for a farm parcel that depends on a small set of factors, namely, the value of crops produced (net of the cost of producing them), and the cost of overcoming the parcel's distance to the market. Similarly, purchasers of land for other uses exhibit a willingness to pay that depends on their incomes (like net revenues from the sale of crops) and various characteristics of the parcel and its surroundings.

For urban office workers, commuting distance to the central business district may take the place of the farm's distance to the market. For the "modem cowboys" of the Greater Yellowstone, distance to scenic amenities may become the distance most relevant to willingness to pay for land. In the Northern Forest, whether a ski lift is nearby could be more important.

More generally, bids for land are likely to vary with the use intended for the land, the type of buildings (if any) present on the parcel, local property tax rates, the character of the community in which the parcel is located (population and housing growth rates and the level of rental and seasonal housing, for example) and owners' income. Characteristics of the land base, including its overall size and distribution among protected and unprotected uses—that is, the degree to which development is restricted—are also likely to influence land prices.

In economic parlance, the many factors that influence the price of land render it a *composite good* and the value at which it is exchanged a *hedonic price* (Rosen 1974). When the demand-relevant characteristics of a composite good are known, it becomes possible, at least conceptually, to decompose the price of the good into the marginal value of each characteristic.

More formally, Rosen describes a composite good $\mathbf{z}$ as the collection of its $m$ characteristics $-z \equiv \left( z_1, z_2, \quad z_m \right)$. The price of the composite good, then, is described by $p(z) = p(z_1, z_2, \ldots z_m)$. Products with different combinations of the $m$ attributes will trade for different prices in the market. Researchers interested in the value of one particular attribute, say $z_i$, would compare prices of composite goods that differ only in that attribute. Mathematically, that means computing the first derivative of the price function with respect to the level of the attribute. Econometrically, it means regressing prices for the composite good on the level of each attribute and examining the attribute's estimated coefficient. Either way, the marginal price function, $p_i(\mathbf{z}) = dp(\mathbf{z})/dz_i$, or regression coefficient, $\beta_i$, represents the value of the last unit of attribute $z_i$ in composite good $\mathbf{z}$.

Leaving the estimation of the price of land near Vermont's wilderness areas for the next section, it is now instructive to consider the range of land attributes found important in

BLM_0062230

other areas. Table 1 summarizes the most applicable results of several studies of land prices and land attributes. For each study included in the table, the attributes of most interest to this application are listed, along with the direction of each attribute's influence (+ or -) when the influence is statistically significant.

Two of the studies most clearly illuminate the effect of proximity to amenities and disamenities, such as a polluting industrial facility or other so-called "locally undesirable land use" ("LULU" in the literature), in determining land prices. The almost canonical study of land prices in suburban Boulder, Colorado, by Correll, Lillydahl and Singell

**Table 1—Summary of land price influences.**

| Study author(s)/dependent variable<br>selected independent variables | Direction of influence |
| --- | --- |
| Pollakowski and Wachter 1990 / housing price index | |
|     zoning restrictiveness index | + |
|     relative restrictiveness of adjacent planning areas | + |
| Knaap 1985 / land price | |
|     whether land is outside urban growth boundary | - |
| Tang 1995 / land price | |
|     location inside greenline | + |
|     distance to development center | - |
| Hushak and Sadr 1979 / land price per acre | |
|     parcel size | - |
|     commercial use | + |
|     agricultural use | - |
|     distance to the urban center | - |
|     distance to a highway | - |
| Turner, Newton & Dennis 1991 / forest land price per acre | |
|     parcel size | not significant |
|     portion of parcel that is not forested | + |
|     portion of parcel with > 15% slope (which would make<br>    the parcel less suitable for timber management) | - |
|     parcel fronts on a road | + |
|     population growth rate for the town in which the parcel is located | + |
|     distance to major road | - |
|     distance to ski area | - |
|     property tax rate | - |
| Chicoine 1981 / farmland price per acre | |
|     distance to Chicago | - |
|     distance to nearest town | not significant |
|     distance to freeway exchange | - |
|     soil productivity | not significant |
|     septic tank soil limitations | - |
|     zoned residential | not significant |
|     zoned industrial / commercial | + |
|     parcel size | - |
| Coffin 1989 / residential housing price | |
|     size of unit | + |
|     distance to central business district | - |
|     location in historic district | + in one sample not<br>significant in another |
| Correll, Lillydahl and Singell 1978 / residential property price | |
|     distance to greenbelt | - |
|     number of rooms | + |
|     finished square footage | + |
|     larger than average lot size | + |
|     neighborhood distance to city center | + |
|     neighborhood distance to city center squared | - |
| Hamilton and Schwann 1995 / residential property price | |
|     distance to electric transmission tower | - |

BLM_0062231

(1978) reveals that residential property prices decline with distance from greenbelts, strips of protected open space amounting to some 8,000 acres in the city at the time. "Other things being equal," they conclude, "there is a $4.20 decrease in the price of a residential property for every foot one moves away from the greenbelt."

Hamilton and Schwann (1995) explore the possibility that proximity to disamenities can reduce property values. After controlling for various site characteristics, they find that property values do decline with distance to high-voltage transmission towers, with the greatest effect evident for properties adjacent to the transmission line. The authors attribute the reduction in value to visual externalities, rather than other possible impacts of the transmission lines.

These studies support traditional notions of what influences land rents—distance from city centers and transportation networks, for example—and expand those notions to include site characteristics unrelated to agricultural, silvicultural, or even sheer residential productivity (that is, proximity of a residence to central business districts). The literature to date suggests that urban and suburban amenities, including historic districts and greenbelts, can increase nearby land values.

Turner, Newton and Dennis' (1991) result that forest land prices decline with distance from ski areas may suggest a similar effect in rural areas. With that exception, however, little is known about the effect of amenities on rural land prices.

# Enhancement Value in the Green Mountains

## Empirical Model

The theory of land rent and previous statistical results reviewed in the preceding section suggest a model of land values that can be summarized as follows: Land is a composite good, the price of which varies with its characteristics. These characteristics include a parcel's own physical attributes (size, improvements, road frontage), prevailing economic and demographic factors (income level, population density), public policy factors (tax rates, zoning restrictions) and the parcel's proximity to land uses that may represent either a nuisance or an amenity for the parcel's prospective owner. Given sufficient information about parcel prices and characteristics, the total price of a parcel can be decomposed econometrically into the set of prices for its individual characteristics.

Again, following Rosen (1974), the hedonic price of a parcel of land may be represented by a price function:

$$p(\mathbf{z}) = p(z_1, z_2, \ldots z_m)$$

where $z_1$ through $z_m$ represent the presence or quantity of $m$ attributes of the parcel. The price of each attribute would then be:

$$p_i(\mathbf{z}) = dp(\mathbf{z})/dz_i$$

The "$z_i$'s" of greatest interest here are those that reflect the extent to which a parcel's purchaser might expect to enjoy amenities associated with national forest wilderness areas and/or the degree to which the allocation of land to federal ownership and protected status restricts the supply of land for private uses. In order to distill the effect such attributes from the overall price function, the overall price function must be known. Therefore, additional parcel attributes, such as parcel size, improvements and other factors such as local population density and income levels, are considered as well.

Parcel-specific information, such as the sale price, and parcel attributes come from Vermont's land transfer tax return data base. Because the land transfer tax is an ad valorem tax—that is, it is proportional to the value of the property—the land prices are true market prices. In addition to the prices of transferred properties, the data base contains fields describing the properties' attributes and, in varying degrees of detail, their locations.

From an initial set of more than 300,000 tax returns reflecting transfers occurring between 1987 and 1997, I have excluded several classes of returns. These include: returns lacking key fields, such as acreage, price and location (town); returns reflecting transfers of less than full fee ownership; and those that do not represent market transactions (such as the division of property in cases of divorce or the dissolution of a business partnership, transfers to creditors to secure debt, etc.). I have also excluded transfers to government agencies and to nonprofit organizations. All together, these considerations eliminated roughly two thirds of the available transfer returns.

Two further parings of the data set yield the final group of land transfers suitable for this analysis. First, I have excluded all transfers except those of parcels to be used primarily for residential purposes after the transfer. Excluded primary uses include industrial, agricultural, timber management and commercial activities, although any one of these uses may also occur on residential parcels.

Second, to restrict the geographic area to that reasonably proximate to wilderness areas the final data set includes only those parcels in towns that contain wilderness, towns adjacent to towns that contain wilderness, and towns adjacent to the second group of towns. As illustrated in Figure 1, the study area thus comprises towns with wilderness, plus two concentric bands or rings of towns around the wilderness towns. WildTwn0, WildTwn1, and WildTwn2 indicate these on the map, respectively.

These considerations restrict the data set to 6,343 transactions. After removing 195 outliers (per-acre prices in excess of $500,000 and one transaction involving more than 9,000 acres), the final data set includes 6,148 transactions.

Given the importance of the distance between parcels and other points on the map, the return records would ideally include very specific geocoding, such as longitude and latitude or a parcel map reference number, for each land transfer. The data base does include a field for such a reference number, but at least for the towns included in the study area, the data are not available. Many of these towns do not have parcel maps, so the necessary reference number does not exist. And even for those towns that do have maps, the reference has more often than not been omitted from the transfer tax return at the discretion of the town clerk.

For almost all records, however, the town in which the transferred property is located can be identified. Since "town" describes an area of less than 10,000 hectares and because the geographic scope of the study is large, the town

BLM_0062232



Legend:
- Wilderness Areas
- Green Mountain NF
- WildTwn0
- WildTwn1
- WildTwn2

**Figure 1**—Study area.

identifier provides a fine enough distinction between transfers of parcels at varying distances from the wilderness areas. Note, however, that my continuous measure of proximity (DST_WILD in Table 2) does reflect the unavoidable fiction that all parcels lie at the center of town.

Table 2 lists the full set of parcel attributes incorporated into the econometric model below. The table also indicates whether the value of each field originates from parcel-level data (the land transfer tax data base) or from town level data, such as GIS layers or the Census of population and housing. Table 3 provides descriptive statistics for the fields.

## Econometric Estimation and Results

Because prices per acre of land are likely to vary (inversely) with the size of the parcel being purchased, the relationship between land price per acre and potentially relevant attributes are estimated using the transcendental form (Chicoine 1981; and Hushak and Sadr 1979; and Turner, Newton and Dennis 1991). That is:

$$\text{ACREPRICE} = \beta_0 \text{ACREAGE}^{\beta_1} \exp(\Sigma_{i=2 \text{-} n} \beta_i X_i)$$

where ACREPRICE is the purchase price per acre, ACREAGE is the total size (in acres) of the parcel and the $X_i$s are the other parcel attributes. The $\beta$s are the estimated coefficients. Converting this equation to logarithmic form allows estimation using ordinary least squares. Thus the estimated model is:

$$\ln(\text{ACREPRICE}) = \ln\beta_0 + \beta_1\ln(\text{ACREAGE}) + (\Sigma_{i=2 \text{-} n}\beta_iX_i) + \mu_i$$

where $\mu_i$ is the unexplained error.

Due to heteroskedasticity of the underlying data, the model results summarized in table 3 are estimated using White's correction procedure, which allows use of the standard errors and t-statistics generated by the OLS procedure (White 1980). Table 4 presents the estimation results. With the exception of the coefficient on log(ACREAGE), coefficient estimates may be interpreted as the percentage change in price per acre with a unitary change in the explanatory variable.

The coefficients on WILDTWN0 and DST_WILD both suggest that proximity to wilderness enhances land value. Parcels located in towns that contain wilderness have per-acre sales prices that are 13 percent higher than towns without wilderness. Furthermore, the price of parcels decreases by 0.8 percent per acre with each kilometer (or, as in the table, 0.00077 percent with each meter) farther away from the nearest wilderness boundary. Other things being equal, a parcel that sells for $1,000 per acre in a town without wilderness would be expected to sell for $1,130 per acre if it were in a town with wilderness. Similarly, if the $1,000/acre parcel could be moved to another town, the center of which is 10 kilometers farther away from a wilderness boundary, it would be expected to have a lower price of $923 per acre.

Coefficients on the other explanatory variables have, for the most part, the expected signs. Per-acre price falls with parcel size, for example. Towns with higher population density, higher median household income and alpine ski areas all have higher per-acre land prices for residential property. Properties with no buildings are understandably lower-priced than those with buildings, and properties with mobile homes command lower prices than otherwise similar properties without mobile homes.

One final interesting result concerns the property tax rate. Conventional wisdom suggests that higher property tax rates drive down property values, and the regression results seem to confirm that view. However, since town governments set property tax rates to meet budgetary needs, it is possible that higher tax rates are the effect, rather than the cause of lower property values. When property values are high, towns can meet their budgets with lower tax rates. (Vermont's new state-wide school property tax would complicate this somewhat, but all of the transactions considered here preceded the new system.)

## Implications and Applications

The first policy application of the results presented above is the simple observation that wilderness areas do in fact enhance, rather than diminish, nearby land values. Whether used to improve the consideration of the economic impacts of agency decisions or for bolstering the economic argument in favor of further conservation, this information can help correct common misapprehensions about the costs of conservation.

A much more interesting application, however, arises from the question of whether and how public policies can address the negative implications of enhancement value while exploiting the positive implications. That is, can policy both encourage additions to the base of conserved land and foster an equitable distribution of the value—the windfall—created by conservation?

BLM_0062233

**Table 2**—Data fields and sources.

| Field name | Field description | Data source | Parcel/town |
|---|---|---|---|
| log(ACREPRICE) | log of parcel sale price per acre | Land Transfer Tax Returns | parcel |
| log(ACREAGE) | log of parcel size, in acres | Land Transfer Tax Returns | parcel |
| WILDTWN0 | dummy for whether town contains wilderness | Town and Green Mountain National Forest GIS layers | town |
| DST_WILD | distance from town center to nearest wilderness area boundary (meters) | Town and Green Mountain National Forest GIS layers | town |
| ALP_SKI | dummy for whether town contains an alpine ski area | Various maps | town |
| MHINC_90 | median household income in 1990 (dollars) | Census of Population and housing, 1990 | town |
| GROWTH_N | population growth rate, 1980 – 1990 | Census of Population and housing, 1980 and 1990 | town |
| NDENS_90 | population density (persons per acre), 1990 | Census of Population and housing, 1990 | town |
| B_NONE | dummy for whether parcel includes no buildings | Land Transfer Tax Returns | parcel |
| B_HOUSE | dummy for whether parcel includes a house | Land Transfer Tax Returns | parcel |
| B_VAC | dummy for whether parcel includes a vacation home | Land Transfer Tax Returns | parcel |
| B_BARN | dummy for whether parcel includes a barn | Land Transfer Tax Returns | parcel |
| B_APT | dummy for whether parcel includes a apartment | Land Transfer Tax Returns | parcel |
| B_MOBILE | dummy for whether parcel includes a mobile home | Land Transfer Tax Returns | parcel |
| B_CONDO | dummy for whether parcel includes a condominium | Land Transfer Tax Returns | parcel |
| B_STORE | dummy for whether parcel includes a store | Land Transfer Tax Returns | parcel |
| CPI_HSNG | Consumer Price Index for housing in year of transfer | Bureau of Labor Statistics | n/a |
| TAXRATE | property tax rate ($ per $100 assessed value) | Vermont Department of Taxes | town |

## Windfalls for Wilderness

Hagman and Misczynski (1978) coined the term "Windfalls for Wipeouts" and explored the concept in their 1978 book of the same name. The concept is based on a recognition that when the public takes some action affecting land, such as siting an interstate exchange, someone gets a windfall (the landowner just down the road from the exchange), and someone gets wiped out (the landowner with a cloverleaf for a front porch). In the parlance of the Ricardo and von Thünen model sketched above, such government actions create rent for some landowners and reduce it for others. Note that the value created is pure rent—the landowners need not have done anything to create the added value. (It is possible that owners would lobby public agencies to take actions likely to

enhance the value of their property. This practice is aptly termed "rent-seeking behavior" by public choice literature.)

The case at hand differs in two respects. First, wilderness designations occur only on land already owned by the Federal Government. Therefore, selecting parcels for wilderness designation does not entail a "wipeout" in the sense that the current owner would lose any value. Second, when the Forest Service or other agencies acquire land, including wilderness inholdings, they are generally required to pay fair market value, although determination of fair market value may not consider potential future enhancement due to other agency decisions.

Nevertheless, owners selling land to government agencies may sell for prices below what they might receive were they to keep the parcel and the land around them were conserved

BLM_0062234

**Table 3**—Descriptive statistics for data fields.

| Field | Minimum | Maximum | Mean | Median | Std. dev. |
|---|---|---|---|---|---|
| ACREPRICE | 8.33 | 497,500.00 | 91,325.37 | 50,000.91 | 103,579.30 |
| LOG(ACREPRICE) | 2.1203 | 13.1174 | 10.6837 | 10.8198 | 1.4024 |
| ACREAGE | 0.10 | 464.00 | 6.52 | 1.80 | 21.64 |
| LOG(ACREAGE) | -2.3026 | 6.1399 | 0.6792 | 0.5878 | 1.3912 |
| WILDTWN0 | 0 | 1 | 0.2511 | 0.0000 | 0.4337 |
| DST_WILD | 1 | 16,526 | 9,392 | 10,872 | 4,585.3220 |
| ALP_SKI | 0 | 1 | 0.0551 | 0.0000 | 0.2283 |
| MHINC_90 | 21,875 | 37,847 | 29,720 | 29,608 | 3,338.8940 |
| GROWTH_N | -0.0288 | 0.0426 | 0.0112 | 0.0126 | 0.0085 |
| NDENS_90 | 0.0042 | 0.6083 | 0.1539 | 0.0796 | 0.1765 |
| TAXRATE | 0.34 | 5.80 | 2.01 | 2.00 | 0.7086 |
| CPI_HSNG | 114.2 | 156.8 | 134.3 | 133.6 | 14.1 |
| B_NONE | 0 | 1 | 0.0151 | 0.0000 | 0.1221 |
| B_HOUSE | 0 | 1 | 0.8653 | 1.0000 | 0.3414 |
| B_VAC | 0 | 1 | 0.0316 | 0.0000 | 0.1748 |
| B_BARN | 0 | 1 | 0.0577 | 0.0000 | 0.2333 |
| B_APT | 0 | 1 | 0.0228 | 0.0000 | 0.1492 |
| B_MOBILE | 0 | 1 | 0.0608 | 0.0000 | 0.2390 |
| B_CONDO | 0 | 1 | 0.0028 | 0.0000 | 0.0525 |
| B_STORE | 0 | 1 | 0.0011 | 0.0000 | 0.0337 |

**Table 4**—Regression results.

| Dependent Variable: LOG(ACREPRICE) | | | | |
|---|---|---|---|---|
| Variable | Coefficient | Std. error | T-statistic | Prob. |
| C | 9.0730910 | 0.1536 | 59.0682 | 0.0000 |
| LOG(ACREAGE) | -0.8316180 | 0.0066 | -125.9302 | 0.0000 |
| WILDTWN0 | 0.1318010 | 0.0418 | 3.1527 | 0.0016 |
| DST_WILD | -0.0000077 | 0.0000 | -2.0928 | 0.0364 |
| ALP_SKI | 0.1086500 | 0.0448 | 2.4229 | 0.0154 |
| MHINC_90 | 0.0000470 | 0.0000 | 15.9325 | 0.0000 |
| GROWTH_N | -7.6812770 | 1.3416 | -5.7254 | 0.0000 |
| NDENS_90 | 0.8750110 | 0.0589 | 14.8483 | 0.0000 |
| TAXRATE | -0.0760860 | 0.0149 | -5.1017 | 0.0000 |
| CPI_HSNG | 0.0042650 | 0.0006 | 7.1201 | 0.0000 |
| B_NONE | -0.9562130 | 0.1384 | -6.9085 | 0.0000 |
| B_HOUSE | 0.4349630 | 0.0816 | 5.3299 | 0.0000 |
| B_VAC | 0.1334710 | 0.0931 | 1.4340 | 0.1516 |
| B_BARN | 0.0908820 | 0.0448 | 2.0296 | 0.0424 |
| B_APT | 0.4017520 | 0.0866 | 4.6378 | 0.0000 |
| B_MOBILE | -0.6447300 | 0.0829 | -7.7780 | 0.0000 |
| B_CONDO | 0.6684000 | 0.1258 | 5.3150 | 0.0000 |
| B_STORE | 0.5827050 | 0.1691 | 3.4451 | 0.0006 |
| R-squared | 0.8026 | Mean dependent var | | 10.6837 |
| Adjusted R-squared | 0.8021 | S.D. dependent var | | 1.4024 |
| S.E. of regression | 0.6239 | Akaike info criterion | | -0.9405 |
| Sum squared resid | 2386.4580 | Schwarz criterion | | -0.9208 |
| Log likelihood | -5814.6560 | F-statistic | | 1466.1680 |
| Durbin-Watson stat | 1.7474 | Prob(F-statistic) | | 0.0000 |

BLM_0062235

through public ownership. The lower price could occur due to good will on the part of the owner, tax advantages of bargain sales, or simply the government agency's relative monopsony power—that is, few other buyers exist—when it comes to purchasing land within a proclamation boundary.

While policies with the potential for either compensating the wiped-out or capturing value from the windfallen have been used in a variety of settings, a balanced system for using captured windfalls to cover the costs of associated wipeouts remains a sort of holy grail to land use planning. It is possible, however, that the Northern Forest might be the place to make such elusive solutions a part of standard land protection practice for the 21st century. One possible solution is sketched below in the context of existing Vermont policy and coming conservation opportunities.

**Existing Vermont Programs**—The State of Vermont has several programs directly related to land transactions, land taxes and conservation. Briefly, these include:

- Land Transfer Tax. The purchaser pays this ad valorem tax to the state at the time of the land transfer. It is the land transfer tax that generated the data employed in the above econometric model.
- Land Gains Tax. This is an additional tax paid on the capital gain from selling land held for fewer than six years. It is designed to reduce speculative purchase of land and dampen existing incentives for conversion of open space to more highly developed uses.
- Town and (now) statewide property taxes. The statewide property tax now finances local educational expenditures. Its rate is set by the state, and revenues are returned to towns on a per-pupil basis. Town property taxes vary from town to town and finance non-educational expenditures as well as educational expenditures over and above the state per-pupil grant. (The town-to-town revenue sharing provision that apply to such local increments remains very controversial within the state, and further revisions to the system are likely. That state property tax policy remains in flux may provide an opportunity for further adjustments to accommodate conservation-generated land value enhancement.)
- Housing and Conservation Trust Fund. Financed from land transfer tax receipts and other sources, the fund provides money for low income housing and fee and conservation easement purchases by the State.

Enhancement value associated with wilderness areas results in higher revenues from the three taxes and more possible expenditure from the Housing and Conservation Trust Fund. Because different people pay the taxes, and because the enhancement value is unevenly distributed, an effective, equitable and acceptable policy response should consider who pays the various taxes and who collects the enhancement windfall.

The purchaser pays the Land Transfer Tax. He or she would pay a percentage of the higher, conservation-enhanced parcel value. Proximity to the wilderness or other conservation area is simply another attribute of the property considered by the purchaser in making an offer. The higher tax, therefore would not be a surprise and there does not seem to be an argument for relieving purchasers from that increase.

The Land Gains Tax, on the other hand, is paid by the seller. A property acquired prior to the creation of a new conservation unit would experience higher than normal gains due to the creation of a new unit. Landowners who hold such properties for less than six years would therefore be faced with a land gains tax bill that is higher than would have been expected in the absence of the new conservation unit. One might therefore argue that it is unfair to collect that additional portion of the land gain from such landowners. At the same time, it is these same landowners who, by selling their property, realize the enhancement value of the nearby newly protected land.

Property taxes are perhaps another matter. Paid annually by current landowners, property taxes are difficult to avoid, except through enrollment in use-value or "current use" programs. Creation of a new conservation unit would increase property tax bills proportionate to each parcel's enhanced value. Because that enhancement would occur without respect to whether the parcels' owners supported or opposed the new conservation unit, one could argue that existing owners should be shielded from the resulting increase in property tax bills.

Towns may, of course, reduce local property tax rates to keep revenues and expenditures in balance. In addition, open space conservation is often associated with lower local public service costs, so it is also possible that the overall town budget will decrease, or at least not rise as fast, after creation of the conservation unit (American Farmland Trust 1992; Commonwealth Research Group, Inc. 1995; Lerner and Pool 1999; Tibbetts 1998; and U.S. National Park Service, Rivers, Trails and Conservation Assistance 1995). There does remain, however, the state-wide portion of property taxes, so there is a limit to the relief that can be provided by fiscal policy changes at the town level.

Addressing the property tax impacts is particularly important. Increases in land carrying costs due to conservation-related enhancement could prove a burden to owners of working farm and forest land (even if enrolled in use-value-taxation programs) as well as on those on fixed incomes or otherwise "land rich and cash poor." In addition to the issue of distributional equity, an increase in property tax burden could accelerate the conversion of farms, woodlots and other open space to more highly developed uses.

The final consideration is the impact on housing affordability for existing and new residents noted by Rasker and Glick (1994) in the passage quoted above. New conservation units could enhance the value of local land right out of the price range of long-time residents, their children and grandchildren.

**A Policy Option**—Each of the programs and considerations just described play a critical role a role in the design of a hypothetical "Windfalls for wilderness" policy. One additional element which does not currently exist in the State of Vermont, but which is quite common elsewhere, is public bonds for conservation purchases.

While the Housing and Conservation Trust Fund addresses current conservation funding needs, taking advantage of future conservation opportunities may require additional sources of funds. Issuing tax-exempt bonds is one way for states to increase available funds in the short term while deferring expenditures until current revenue can service the

BLM_0062236

bond debt. Because of lags between expenditures to establish conservation units and the realization of increased land-based tax revenue, such bonds would be particularly well-suited to the purpose at hand.

In order to finance additional land protection, the State of Vermont could issue bonds in an amount sufficient to cover land or easement acquisition costs and associated short-term management costs. The coupon rate of these bonds would be set according to expectations about future increased revenue from the Land Transfer and Land Gains taxes. A simulation based on the land price model presented above and enhanced to cover different classes of land could assist the State bonding authority in setting an appropriate rate. These bonds would then be sold to investors in the usual fashion, but some bonds would be withheld for a special offering to current residents of towns containing or near new proposed conservation units. For example, the state could give residents bonds, or it could give residents an option to purchase bonds in the future at the current market price.

Meanwhile, towns containing new conservation units would be allowed and encouraged to cap the inflation-adjusted assessed value of existing landowners' parcels at the level current at the time of the unit's establishment. (Under the new statewide school funding law, reassessment is mandatory when assessed value falls below a certain percentage of market value.) This would shield landowners from property tax increase-induced incentives to subdivide or convert land from less developed to more developed uses. Needless to say, federal and/or state payment in lieu of tax programs should be fully funded and implemented to offset the reduced tax base associated with new public ownership.

In addition, the Housing and Conservation Trust Fund would direct additional funds to support the construction and repair of affordable housing in towns containing the new conservation units. Both by providing lower cost units and by increasing the overall housing stock, this measure would help ensure that existing residents would not be priced out of the market.

Finally, the expenditures implied by these measures—debt service, property tax abatement, and increases in affordable housing would be paid for by increased revenue generated by the Land Transfer and Land Gains tax programs. To the extent that all Vermont residents benefit to some degree from land protection anywhere in the state, it would be reasonable to simply leave the Land Gains and Land Transfer tax rates at their current levels. In that way, all Vermont taxpayers would share in the cost of additional conservation.

However, because landowners nearest newly protected units realize the greatest direct financial gain, it would also be reasonable to adjust the Land Gains Tax to reflect and capture a portion of the incremental land rent created by the conservation action. Such adjustments could include an increase in the Land Gains Tax rate, an extension of the period after purchase during which it applies, or both.

Other policy responses to the increases in land rent associated with proximity to protected land are possible. The program sketched above, however, would address the key political and fiscal hurdles to further additions to Vermont's conserved lands.

The analysis and policy options presented here are intended to guide the development of new instruments to take advantage of land conservation opportunities now present in the Northern Forest. In so doing, the region could provide a model for conservation across the nation, particularly in areas with mixed ownerships.

# References

Ad Hoc Associates. 1996. Property taxes, growth, and land conservation in the Adirondacks. Elizabethtown, NY: The Adirondack Council.

Ad Hoc Associates. 1997. Open land, development, land conservation and property taxes in Maine's organized municipalities. Brunswick, ME: Maine Coast Heritage Trust.

Alig, R. J. 1986. Econometric analysis of the factors influencing forest acreage trends in the Southeast. Forest Science, 32:119-34.

Alig, R. J.; White, F. C.; and Murray, B. C. 1988. Economic factors influencing land use changes in the south-central United States. Southeastern Forest Experiment Station Research Paper SE-272. Asheville, NC: U.S. Department of Agriculture Forest Service.

American Farmland Trust. 1992. Does farmland protection pay? Northampton, MA: American Farmland Trust. 36 p.

Brooks, D. H. 1987. Land use in economic theory: principles and prospects. Economic Research Service Staff Report No. AGE870806. Washington, DC: US Department of Agriculture, Economic Research Service.

Chicoine, D. L. 1981. Farmland values at the urban fringe: an analysis of sale prices. Land Economics, 57:353-62.

Coffin, D. A. 1989. The impact of historic districts on residential property values. Eastern Economic Journal, 25:221-8.

Commonwealth Research Group, Inc. 1995. Cost of community services in southern New England. Chepachet, RI: Southern New England Forest Consortium. 102 p.

Correll, M. R.; Lillydahl, J. H.; and Singell, L. D. 1978. The effects of greenbelts on residential property values: some finding's on the political economy of open space. Land Economics, 54:207-217.

Hagman, D.; and Misczynski, D., eds. 1978. Windfalls for wipeouts: land value capture and compensation. Washington, DC: American Planning Association.

Hamilton, S. W.; and Schwann, G. M. 1995. Do high voltage electric transmission lines affect property value? Land Economics, 71: 436-44.

Hushak, L. J.; and Sadr, K. 1979. A spatial model of land market behavior. American Journal of Agricultural Economics, 61: 697-701.

Johnson, J. D.; and Rasker, R. 1995. The role of economic and quality of life values in rural business location. Journal of Rural Studies, 11:405-16.

Knaap, G. J. 1985. The price effects of urban growth boundaries in metropolitan Portland, Oregon. Land Economics, 61:26-35.

Knapp, T. A.; and Graves, P. E. 1989. On the role of amenities in models of migration and regional development. Journal of Regional Science, 29:71-87.

Lerner, S.; and Poole, W. 1999. The economic benefits of arks and open space: how land conservation helps communities grow smart and protect the bottom line. Washington, DC: The Trust for Public Land. 48 p.

Phillips, S. R. 1991. Evaluating agricultural pesticide use and risk for the Chesapeake Bay. Masters Thesis. Blacksburg, VA: Department of Agricultural Economics, Virginia Polytechnic Institute and State University.

Pollakowski, H. O.; and Wachter, S. M. 1990. The effects of land-use constraints on housing prices. Land Economics, 66:115-24.

Rasker, R. 1994. A new look at old vistas: the economic role of environmental quality in western public lands. University of Colorado Law Review, 65:369-99.

Rasker R.; and Glick, D. 1994. The footloose entrepreneurs: Pioneers of the new west? Illahee, Number 10 (Spring): 34-43.

Rosen, S. 974. Hedonic prices and implicit markets: product differentiation in pure competition. Journal of Political Economy, 82:34-55.

BLM_0062237

Tang, M. 1995. The effect of an urban growth boundary on property prices: the case of virginia beach, Virginia. Masters Thesis. Blacksburg, VA: Department of Agricultural Economics, Virginia Polytechnic Institute and State University.

Tibbetts, J. 1998. Open space conservation: investing in your community's economic health. Cambridge, MA: Lincoln Institute of Land Policy. 34 p.

Turner, R.; Newton, C. M.; and Dennis, D. F. 1991. Economic relationships between parcel characteristics and price in the market for Vermont forestland. Forest Science, 37:1150-62.

U.S. National Park Service, Rivers, Trails and Conservation Assistance. 1995. Economic impacts of protecting rivers, trails, and greenway corridors, fourth edition. Washington, DC: U.S. Department of the Interior.

Vermont Department of Taxes. 1997. Annual report. Waterbury, Vermont: Division of Property Valuation and Review.

Weicher, J. C.; and Zerbst, R. H. 1973. The externalities of neighborhood parks: an empirical investigation. Land Economics, 49: 99-105.

White, H. 1980. A heteroskedasticity-consistent covariance matrix and a direct test for heteroskedaticity. Econometrica, 48.

BLM_0062238

BLM 0062239

GUNNISON SAGE GROUSE
CONSERVATION PLAN



PIÑON MESA, COLORADO

24 MAY 2000

# GUNNISON SAGE GROUSE CONSERVATION PLAN PIÑON MESA, COLORADO
## Final Plan

Prepared by:
Piñon Mesa Gunnison Sage Grouse Partnership
Last Revised: 24 May 2000

Contents assembled by:
Van K. Graham
Terrestrial Wildlife Biologist
West Region
Colorado Division of Wildlife
711 Independent Avenue
Grand Junction, CO 81505
970-255-6183

Cover photograph by:
Jay Van Loan
Glade Park, Colorado

i

BLM_0062240

## PREAMBLE

Sage grouse are restricted to sagebrush rangelands in western North America and occur nowhere else in the world. Their distribution and abundance have markedly decreased and the species has been extirpated from at least 5 states and 1 province, and their long-term existence in at least 6 states and 2 provinces is uncertain. This uncertainty has resulted in public discussion of classifying sage grouse as federally threatened or endangered. Complicating the concern about status of sage grouse is the recent description of a new species of sage grouse from southwestern Colorado and southeastern Utah, the Gunnison sage grouse. This newly described species has a limited distribution in Colorado (Figure 1), a relatively small population size, and may become a candidate for federal listing as threatened or endangered. Five listing factors (Appendix D) are considered by the U.S. Fish and Wildlife Service (USFWS) in evaluating possible action under the Endangered Species Act.

Gunnison sage grouse are known to occur in 9 highly fragmented populations in scattered localities in southwest Colorado and southeast Utah. The largest area of contiguous distribution and, consequently, population size of this new species is in the Gunnison Basin, Colorado. One of the populations is no longer viable (Sims Mesa, less than 10 birds), another (Poncha Pass) is the result of a transplant, 2 others, Dove Creek and Monticello are undoubtedly linked (2 states), while 1 (Cimarron) is marginal (less than 50 birds). The population at Piñon Mesa is estimated to be at least 75-100 birds. The Crawford population, while small (225 birds), has increased since 1994 and probably has a relationship with the larger population in the Gunnison Basin.

Conservation plans provide unique opportunities for partnerships involving resource agencies, private groups, and individual landowners to work jointly for more effective conservation of candidate species and land management. Presently, conservation plans have been completed for Gunnison sage grouse populations at Crawford, Dove Creek, Dry Creek Basin/Miramonte, Poncha Pass, and the Gunnison Basin, and are being implemented. The goal is to have conservation plans for each of the populations that are believed to be viable. Hunting is presently allowed under tight restriction only in the Gunnison Basin with none of the other populations being hunted nor considered for future hunting opportunities.

This conservation plan addresses the 5 USFWS listing factors, and describes and sets forth a strategy for long-term management of the Gunnison sage grouse in concert with other resource values and land uses at a landscape scale. It is the intent of the Piñon Mesa Sage Grouse Partnership to frequently communicate with other Gunnison Sage Grouse Work Groups to seek and exchange information as progress is made on implementing the conservation actions. Participation by private landowners in this conservation plan will be strictly optional on a volunteer basis.

BLM_0062241

Figure 1.  General Location of the Five Largest Populations of Gunnison Sage Grouse in Western Colorado, January 2000.  Dry Creek Basin and Miramonte are considered to be a single population.

3-D TopoQuads Copyright © 1999 DeLorme Yarmouth, ME 04096    8 mi  Scale: 1 : 1,100,000  Detail: 7-5  Datum: NAD27

BLM_0062242

# TABLE OF CONTENTS

I.   INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

II.  THE PLAN AND ITS PURPOSE  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

III. SPECIES DESCRIPTION, DISTRIBUTION, AND POPULATION MONITORING . . . . . . . . . . . .  2
     A. Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2
     B. Distribution  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2
     C. Population Monitoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

IV.  THE PIÑON MESA ENVIRONMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3
     A. Geography  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3
     B. Vegetation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3
     C. Piñon Mesa Sage Grouse Area Boundary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  5
     D. Sage Grouse Population and Habitat Status/Distribution . . . . . . . . . . . . . . . . . . . . . . .  5
     E. Habitat Requirements of the Gunnison Sage Grouse in the Piñon Mesa Area . . . . . . . . . . . . . . . . . .  9

V.   CONSERVATION STRATEGY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10
     A. Piñon Mesa Goals and Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10
     B. General Conservation Objectives  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11
     C. Issues or Factors That Affect Sage Grouse Populations And Their Habitat . . . . . . . . . . . . . . . . .  13

VI.  CONSERVATION ACTIONS AND IMPLEMENTATION  . . . . . . . . . . . . . . . . . . . . . . . . . . .  19

VII. MONITORING AND EVALUATION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  20

## LIST OF TABLES AND FIGURES

     Figure 1. General Location of The Five Largest Populations of Gunnison Sage Grouse in Colo. . . . . .  ii
     Figure 2. General Location of Piñon Mesa and Glade Park in Western Colorado  . . . . . . . . . . . . . . . .  4
     Figure 3. Gunnison Sage Grouse Historic/Habitat Boundary and Present Range in Westcentral Co. . .  7
     Figure 4. Gunnison Sage Grouse Habitat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-15
     Table 1.   Piñon Mesa Sage Grouse Conservation Actions, and Implementation Schedule . . . . . . . . .  21

## APPENDICES

     APPENDIX A: Glossary  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  26
     APPENDIX B: Listing Factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  27
     APPENDIX C: List of Working Group Participants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  29
     APPENDIX D: Signature Page  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  30
     APPENDIX E: Male Sage Grouse Counts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  32

BLM_0062243

## I. INTRODUCTION

Piñon Mesa is at the northwest end of the Uncompahgre Plateau in west-central Colorado. The areas is known widely for its scenic qualities, abundant wildlife, and diverse vegetative communities. The relatively small human population has left much of the countryside in its native characteristics which offers expansive views of western Colorado and eastern Utah. Generally, the land is used for livestock grazing. In the past, domestic sheep were grazed, but today most of the ranches maintain cattle as the primary livestock.

The area where Gunnison sage grouse presently occur or have been found in the past is commonly referred to as Piñon Mesa or Glade Park and the terms are often used interchangeably. Glade Park is usually considered to be lands at lower elevation on the north half of the area, in and around the Glade Park store, but extending west to Fish Park near the Utah state line. Piñon Mesa, at higher elevations, is considered to be in the central to southern portion of the area. For this plan, the entire area will be referred to as Piñon Mesa, since this area presently supports the largest portion of the Gunnison sage grouse population in this area.

For centuries the Gunnison sage grouse, sometimes called a sage hen, has made its home in this area. Populations most likely fluctuated over the years in response to the ebb and flow of natural fires that formed the necessary sagebrush communities that are essential to these birds. At times in the past, the habitat must have looked somewhat different than its does presently. For the sage grouse to survive, it is assumed that the vegetative communities must have been more open, with less piñon-juniper woodlands and perhaps fewer areas dominated by oakbrush and serviceberry. In fact, the isolated populations of Gunnison sage grouse that exist today in southwest Colorado were likely connected in a web of sagebrush that allowed for movement of birds between populations which allowed for genetic intermingling that contributed to the characteristics in the birds we see today. At some point in the past (estimated at 300,000 years) these birds separated from their sage grouse relatives to the north and evolved to where these birds are considered a separate species today.

In the recent past, records shows that sage grouse populations had a wider range than we see today on Piñon Mesa. Glenn E. Rogers, a CDOW biologist, reported active grouse leks south and west of the Glade Park store in the 1960s, and members of the Mesa County Audubon Society reported seeing birds near historic lek sites near Thompson Reservoirs up until a few years ago. Local ranchers have also reported seeing sage grouse in the last 10 years. Intensive studies by the CDOW in the mid-1990s tend to support the theory that the bird's range is contracting, with only the most favorable habitats on Piñon Mesa being used today. No confirmed sightings have been recorded near the Glade Park store portion of the Mesa for more than 10 years. It is probable that viable populations of the birds have vanished from this area. Fragmentation of habitats by urban growth and progression towards older-aged vegetation appears to be the primary reasons for the decline.

## II. THE PLAN AND ITS PURPOSE

This conservation plan establishes a process and puts in place a framework that will guide a coordinated management effort at a landscape scale directed at improving sage grouse habitat and reversing the long-term trend of declining numbers, while continuing to optimize management for the other resources. Central to this process is landowner, community, and agency involvement in determining appropriate management activities designed to meet jointly developed goals and objectives.

The plan is designed to be dynamic and flexible, allowing new information and issues, as well as results from previous conservation efforts, to be incorporated as necessary. It is also designed to answer questions and collect data for future resource management decisions.

1

BLM_0062244

**Guiding Principles**

This process is designed to guide sage grouse and other resource management efforts, particularly developing goals, objectives, and the selection of conservation actions and the way in which they are implemented across jurisdictional/ownership boundaries. They are:

1.  Landowner and public involvement is essential in all planning and management decisions.

2.  Maintain an atmosphere of cooperation and participation among land managers, private landowners, and other stakeholders.

3.  Implement conservation actions in ways that meets the needs of sage grouse and other resources, and are least disruptive to, and encourages the development of a stable and diverse agricultural base in the area.

4.  Respect individual views and values and implement conservation actions on a collaborative basis in ways that have broad community support.

5.  Make every effort among partners to seek efficiency and integration of efforts, and to select conservation actions that also promote other land health or resource management objectives whenever possible, especially among agencies in the implementation of conservation actions.

6.  Active management of the habitat on Piñon Mesa is essential for the perpetuation of sage grouse populations. The elimination of planned management and manipulation of habitats is not desirable and closing of lands to management would adversely impact sage grouse, present agricultural practices, and other wildlife populations.

## III. SPECIES DESCRIPTION, DISTRIBUTION, AND POPULATION MONITORING

### A. DESCRIPTION

Gunnison sage grouse are large (2.4-5.0 lbs) brownish gray birds, sometimes called a sage hen due to its resemblance to domestic chickens. The grouse have narrow pointed tails, feathering to the base of the toes, and a diverse pattern of grayish brown, buff and black on the upper body. The flanks are pale gray and white, and there is a large dark patch extending across the lower breast and abdomen. Adults have dark green feet and toes. In early fall, a comb-like fringe appears along side each of the 3 toes which then act as snowshoes for walking on deep snow. These fringes are shed in the spring. Males are larger and more colorful than females and have a black throat and bib, and white feathers along the sides of the neck. Males also have 2 large, frontally directed air sacs of olive-green skin that they inflate during breeding displays. Both sexes have yellow-green eye combs, but these are less prominent in females.

Gunnison sage grouse, in southwestern Colorado, differ from sage grouse found in northern Colorado in size (males are 3.5 to 5.0 lbs, vs. 5.5 to 7.2 lbs in northern Colorado; females are 2.4 to 3.1 lbs vs 3.3 to 4.0 lbs in northern Colorado), bill shape and size, and tail patterns (larger, more distinct white barring of tail feathers). Also, the difference in behavior and calls between the Gunnison and large-bodied sage grouse in Northern Colorado are striking.

### B. DISTRIBUTION

Two races of sage grouse have been described with the Western race occurring in west-central Oregon and Washington and the Eastern race from eastern Oregon east, north, and south throughout the described distribution. More recently, a third group of sage grouse has been described from the Gunnison Basin, Colorado.

2

This group differs from all other sage grouse populations studied by being significantly smaller in size, having different breeding behaviors and specialized feathers, and having a markedly narrow (one) range of genetic haplotypes. The present distribution of the Gunnison sage grouse is south of the Colorado-Eagle rivers in Colorado extending east to the San Luis Valley. It also occurs east of the Colorado River in extreme southeastern Utah near Monticello.

## C. POPULATION MONITORING

Counts of male sage grouse on leks provide wildlife managers with an estimate of minimum population size. Studies across western North America indicate there are about 2 females for each male in the spring population. Thus, if the number of males is known it is possible to calculate a minimum population size. It is important to recognize that a count will not represent all males in the population and that any calculated population estimate will be lower than the actual population size.

Personnel of the CDOW inventoried leks starting in the 1950s to document sage grouse presence and general trend within specific areas of western Colorado. Thus, locations of active leks and counts of males on leks were recorded. Generally, only accessible leks were counted and intensive searches for new or relocated leks were not made because of manpower and equipment priorities. Searches and counts were sporadic as firm procedures were not in place. Consequently, lek count data prior to 1995 for Piñon Mesa reflect only general trends in the sage grouse population. Procedures changed in the mid 1990's and now follow standard protocols. Sage grouse were counted on leks in Glade Park (leks 1-4) in 1958-1960 with 0 to 6 males/lek and Piñon Mesa (leks 1-2) with 0-17 males/lek. No other lek count data for this area are known to be available until 1988 and 1995-2000.

## IV.    THE PIÑON MESA AREA ENVIRONMENT

### A. GEOGRAPHY

The area can be broadly divided into 2 sub-units: These include, Glade Park, north and west of the Glade Park store, and Piñon Mesa at higher elevations, rising to the south and west of Glade Park. The area is also sometimes called either Glade Park or Piñon Mesa and terms are often used interchangeably (Figure 2). Glade Park is at the extreme northwest end of the Uncompahgre Plateau. The topography varies greatly and highest elevations are near the center of the area and from there elevation decreases in all directions. It is noted for its canyon country, which is conspicuous near the area's borders. The highest elevation is around 9,800 feet on Piñon Mesa. The lowest elevation is about 4,600 feet where the Colorado River meets the Utah State line.

Sandstone canyons are one of the dominant geologic features in this area. The Colorado National Monument just southwest of Grand Junction is noted for its expansive sandstone canyon system. The interior portions of Piñon Mesa are composed of mesas and canyons, but the general terrain is less fragmented and more open in nature.

The Little Dolores River is the main drainage that originates in the area. Due to the significantly higher elevations in the center of the area, considerable moisture falls throughout the year and perennial streams are not uncommon. There are no large natural lakes in the area. Small reservoirs have been constructed for livestock and irrigation water and for municipal use by the town of Fruita.

### B. VEGETATION

Vegetation in this area varies due to the wide range of elevations that occur. At lower elevations, the vegetation is typical of most semi-arid regions in western Colorado. Saltbush, sagebrush, and greasewood are common shrub species in the open desert areas. Piñon-juniper woodlands dominate on the lower and intermediate slopes throughout the area. Oakbrush occurs in the piñon-juniper woodlands at higher elevations. A combination of sagebrush and snowberry occurs in open areas in the oakbrush zone at intermediate and higher elevations. Higher elevations, which receive substantially more moisture, have considerable aspen and spruce-fir forests.

3



Figure 2.  General Location of Pinon Mesa and Glade Park in Western Colorado.

3-D TopoQuads Copyright © 1999 DeLorme Yarmouth, ME 04096          3 mi  Scale: 1 : 400,000  Detail: 9-0  Datum: NAD27

4

BLM_0062247

Vegetative communities grade into each other in response to slope, aspect, and moisture conditions forming a mosaic pattern. In portions of the area, ponderosa pine is a dominant tree and some mature stands have been harvested for timber in the past.

Irrigated grasslands interspersed with shrub mixtures and grass/alfalfa meadows occur at lower elevations in the valleys. Cottonwood, willow, sagebrush, and greasewood are common in riparian areas throughout the area. Other riparian species include boxelder, tamarisk (salt cedar), and alder.

The vegetation in the area has been extensively managed for sustained livestock forage production. Cattle grazing occurs throughout the area and historically domestic sheep were grazed in significant numbers. However, today domestic sheep occur in only a few small flocks on small ranchettes.

The vegetation in the area has been influenced by man's management practices, agricultural and livestock production, and recreation. Natural fire has been excluded from many portions of the unit for many years. However, several large wild fires have occurred in the last 10 years, mostly in the southwest portion of the area near the Utah state line. One large fire occurred during 1989 in the Clark Wash area near the Glade Park Store. These lightning-caused fires burned extensive stands of mature piñon-juniper woodlands. Piñon-juniper invasion of the sagebrush steppe due to the lack of fire is a significant concern and is influencing wildlife populations in the area. In some areas it is reducing the amount of forage produced by shrubs, grasses, and forbs.

## C. PIÑON MESA SAGE GROUSE AREA BOUNDARY

The Partnership considered possible boundaries for the Gunnison sage grouse population that historically and presently use the Piñon Mesa area. Delineation of an area boundary was based on known historic use sites and sage grouse observations, as well as the present potential of remaining sagebrush-dominated habitats (Figure 3). Areas with rural dwellings are included within the boundary. While this was necessary to include all areas with potential for habitat development to benefit an expanded Gunnison sage grouse population, no inferences on future changes in present land uses are inferred by the boundary delineated. Participation in this plan on the part of landowners is strictly voluntary.

Generally, Black Ridge forms the northern boundary of the area. The northern boundary continues eastward along the southern boundary of Colorado National Monument to the Tabegauche Trail. From there, the Tabegauche Trail drops south and forms a portion of the east boundary with the remaining portion being a continuation of a north-south line paralleling the trail down to Unaweep Canyon. Unaweep Canyon is the southern boundary and is a well known geologic feature. This canyon is broad, steep-sided and composed of both granite and sandstone formations. It is unique in that its highest point is near the canyon's center and water drains from this site along East and West creeks. The Dolores River flows for a short distance along the southern boundary near the town of Gateway, Colorado. The Utah State line is the west boundary. However, Gunnison sage grouse inhabit the western portion of Fish Park, which lies in Utah.

## D. SAGE GROUSE POPULATION AND HABITAT STATUS/DISTRIBUTION

### Population Status:

The present (1997-99) size of the breeding population of sage grouse in the Piñon Mesa area is estimated to be between 78 and 123 birds based on 26 males counted on 4-5 active leks (1997-99) (3 year average) on which males were observed (Appendix E). This range is based on knowledge that there are about 2 hens/males in the spring population (26 males + 52 hens = 78). Thus, there were at least 78 sage grouse in the Piñon Mesa area in May 1999. However, this estimate may be conservative as it has been repeatedly demonstrated that not all males are on leks at one time to be counted and, also, that locations of all active leks may not be known. Given the terrain and early spring access in this area, it is probable that not all active lek areas were known and counted in spring 1997-99. If we assume that locations of 90% of all leks were known, there could be 1 unknown active lek

5

BLM_0062248

(if 5 active leks = 90%, then $5 \div 0.90 = 5.5$ active leks would constitute 100% of all active leks). To reach an upper estimate of population size, the 5.5 calculated active leks was rounded to 6.

Given an average of 26 males counted on 5 active known leks, there would be 31 males on 6 active leks ($26 \div 5 = 5.2$ males/active known lek x 6 assumed leks, $6 \times 5.2 = 31.2$ rounded to 31). Further, given that not all males associated with a lek are counted on one count day, it is reasonable to assume the actual number, based on data from radio-marked males, lies between 50 and 100%. Assuming this percentage to be 75, there would be 41 males (31 [on 6 possible leks] $\div$ 75% present during the high count = 41). Thus, if there are 2 hens/male in the spring population, the upper estimate for the population would be 123 ($41 + 82$ hens = 123).

There are problems with both lower and upper estimates as sex ratios may be closer to 1:1 (one male for every female) in unhunted populations and all active lek sites may be known and counted. However, it is probable that the true population number lies within the range calculated and, most likely, is closer to the lower estimate.

The spring population size of sage grouse at Piñon Mesa has been considerably higher in the recent past (34 males counted in 1959 on 3 active elks). These numbers, using the same assumptions, would indicate a spring population size of at least 102 birds (34 males + 68 hens) and possibly as high as 264 birds ($34 \div 3 = 11 \times 6$ total leks = 66 males $\div$ 0.75 = 88 + 176 = 264). Thus, population size has decreased from 1959 (102-264, 11 males/lek) to 1997-99 (78-123, 5 males/lek). This is a 54% ($11 - 5 = 6 \div 11 = 54.5\%$) decrease based on mean number of males counted on leks.

**Habitat status:** It is believed that the decline in the Piñon Mesa sage grouse numbers reflects a larger decline in the condition of the natural landscape in this area. Past management activities including fire suppression and selective livestock grazing appear to have created conditions suitable for establishment of young piñon and juniper trees which are slowly encroaching into sagebrush areas on the landscape, as well as creating old-age, dense shrub growth. Assessment of the potential natural disturbances in the area indicates that the plant communities and grouse evolved under a system of fairly frequent, low intensity fire and primarily dormant season grazing and browsing by native ungulates. This would have led to a highly patchy landscape with many different age groups of vegetation and high levels of herbaceous growth and ground cover. Sage grouse habitat objectives in this plan represent small steps toward this more functional landscape pattern, and are compatible with a move toward greater landscape health.

Specific habitat problems identified by the Partnership are: 1) In the Glade Park area, fragmentation of habitat components, i.e., too much distance between nesting and brooding areas, and wet areas and by housing development; 2) invasion of piñon and juniper into the sagebrush areas throughout most of the area; 3) not enough grass and forbs in the sagebrush understory in Glade Park; 4) low vegetative age class diversity throughout the area (a homogeneous old age stand exists); 5) low vegetative vigor, particularly in Glade Park; 6) poor vegetative conditions on leks (too much vegetation greater than 8" high); and 7) a short supply of wet areas and water sites in Glade Park.

**Population and Habitat Distribution:** It is believed that historically Gunnison sage grouse occurred in all suitable sagebrush habitat in the Piñon Mesa area. Thus, based on the existing location of sagebrush, suitable soil types that may have supported sagebrush in the past, and the knowledge of present sage grouse use areas, the probable historic and present distribution of sage grouse was developed (Figure 3 and 4).

Four types of sagebrush occur on Piñon Mesa. Silver sage is the dominant species on Piñon Mesa where a large portion of the occupied sage grouse range occurs. In this area, some mountain big sagebrush is scattered among the silver sage on elevated, dryer, rocky sites. Silver sagebrush is used by sage grouse extensively along both sides of the MS road on upper Piñon Mesa. However, it is considered to be less palatable than mountain big sagebrush to sage grouse. Thick stands of snowberry occur in conjunction with silver sagebrush on Piñon Mesa. Both silver sage and snowberry are fire tolerant species. On the mesas extending north of the MS road, such as Payne Mesa, mountain big sagebrush is the dominant sagebrush. Mountain big sage is important for the

6



Figure 3.  Gunnison Sage Grouse Historic/Habitat Boundary and Present Range in Westcentral Colorado, January 2000.

BLM_0062250

Gunnison sage grouse and is the preferred forage species. It is considered to be the most important winter food for sage grouse in this area.

Basin big sagebrush occurs more commonly in the Glade Park area and usually occurs along drainages and often, fence lines. It grows up to 10 feet high and is a dominant shrub along many of the small, dry washes and gulches. Basin big sage provides little habitat for sage grouse.

Black sagebrush is found scattered throughout the area. It tends to be found in dryer and sometimes rocky areas. One area where black sage is found is near Unaweep Canyon on Snyder Flats and this area is considered to be historic range for sage grouse. Some black sage is found northeast of Payne Mesa in the upper portions of the Little Dolores River drainage.

The CDOW believes from recent inventories in the eastern Glade Park area that a viable population of sage grouse no longer exists there. No birds have been observed at identified lek sites and extensive work by Chris Woods (CDOW temporary research worker) in 1995 revealed no observations of sage grouse. In the past, the eastern Glade Park area most likely supported a year-round population and may also have functioned as winter range for birds which migrated back and forth from Piñon Mesa. This is speculation, but migratory movements of similar distances presently occur in the Dry Creek Basin/Miramonte population of Gunnison sage grouse. Migratory movements of this type may have benefited the Piñon Mesa grouse, allowing breeding and brood rearing at higher elevations and increased winter survival by moving to lower elevations where snow depths were less and forage more widely available.

Sage grouse numbers at Fish Park, near the Utah/Colorado state line have declined to very low levels and may have reached a point that a viable population no longer exits there. One bird was observed at Fish Park in 1998 and none in 1999. No birds have been observed on the lek since 1995. Very limited numbers of sage grouse have been observed using hay meadows along the DS road near the point where it intersects the Utah state line. Apparently, the birds observed here are feeding on vegetation and insects in the alfalfa fields in summer and fall. One bird was observed on the Van Loan ranch on 2 different occasions during summer 1998 in hay meadows. In 1995, radio-marked birds moved from Fish Park to the Van Loan ranch during the summer.

The sagebrush habitat in the vicinity of Lower Bieser Creek south of the junction of DS and 5.7 roads supported a grouse population until the early 1980s. At that time, local landowners observed approximately 10 grouse displaying on one lek site for an unknown number of years. No birds have been observed in this area since that time and it likely is no longer used by sage grouse. However, this area has potential and could support grouse in the future with the development of suitable habitat.

Evidence of sage grouse (cecal droppings) was located in the area north of Renegade Point during the summer of 1998 (V. Graham 1997, pers. observ.). Although a historic lek site is located in the area, no use has been observed at this lek in many years. However, sage grouse were observed and photographed in this area in 1997 There may still be birds using this area at an unknown lek or perhaps moving into this area for nesting and feeding during the summer. The recent Triangle Fire in Summer 1995 may have positively impacted sagebrush habitat in the Upper Spring Creek/Hog Back area by reducing piñon/juniper woodlands and opening up and thinning dense mountain shrub communities. Mountain big sagebrush appears to be recovering in portions of the area burned by the Triangle Fire.

Currently, the primary sage grouse use area is in the Piñon Mesa area west and northwest of the Grand Mesa National Forest boundary. The majority of the use occurs in the open rolling sagebrush habitat from 2-V Basin east to the National Forest Boundary. The grouse also use the small mesas and benches that lie between the creeks running generally northward including Nelson Creek, Sheep Creek, Tommy Dodson, and Payne Canyon and the Little Dolores River. Sage grouse are also found north and south of the MS road in the open sagebrush in Luster Basin, the headwaters of the North Fork of West Creek, and the Fish Creek area. There is some evidence

8

from local ranchers that the Gunnison sage grouse exists in the Snyder Flats area north of Unaweep Canyon. No use is presently known to occur in Unaweep Canyon although it was probably used in recent times.

Elevation on Piñon Mesa ranges from about 7,500 to about 9,800 feet. Only 1 lek area is known to be active along the MS road at higher elevation. Another known active lek area (composed of 3 alternate sites) is west of the headwaters of the little Dolores River. The third known lek area on Piñon Mesa lies north of the MS road in the headwaters of Nelson Creek. All known, active leks are on private land within this area.

## E.    HABITAT REQUIREMENTS OF THE GUNNISON SAGE GROUSE IN THE PIÑON MESA AREA

Habitat needs for sage grouse in the Piñon Mesa area relate to over winter survival (Nov-Mar), escape cover adjacent to lek sites (Mar-May), nesting cover (Apr-Jun), early brood-rearing habitat (May-Jun), late brood-rearing habitat (Jul-Aug), and fall habitat (Aug-Oct). Of these habitats, winter, nesting, and early brood rearing are most important with suitable escape cover near leks of near equal importance.

    **Winter Habitat:** Little is known regarding winter habitat use by sage grouse on Piñon Mesa and probable ranges can only be estimated (Figure 4). The birds most likely move from the top of Piñon Mesa to lower elevations where more sagebrush is exposed and available for food. This movement is likely dependent on winter severity and snow depths. Dryer winters with less snow may allow the birds to winter at higher elevation, while harsh winters with deep snow may force the birds to move to lower elevations. It is thought that areas such as Payne Mesa and other small mesas in this same general area at about this same elevation serve as wintering sites. Most of the sagebrush at this elevation is mountain big sage, which is suitable winter forage. It is speculated that sage grouse may have wintered in Unaweep Canyon, Glade Park, Trail Canyon, Fish Park and other similar habitats at lower elevations. Perhaps Snyder Flats, due to its lower elevation, may be used by wintering grouse, since it likely has more exposed sagebrush available during these months. The small amount of suitable winter habitat may be a limiting factor for this sage grouse population. In winter 1995-96, radio-marked sage grouse were known to be on Payne Mesa.

    **Lek Habitat:** There appears to be adequate habitat available for display on Piñon Mesa, but many suitable sites appear to be overgrowing with heavy stands of silver sage and snowberry. At least 6 formerly active leks are no longer occupied. Piñon-juniper invasion and loss of suitable nesting habitat that changed the structure of the sagebrush community is the probable cause for loss of these lek sites. Most sites presently used for display are those that are open and where salt is provided for cattle. These same sites were once used as domestic sheep bedding and salt grounds. Intensive use of the salting sites by cattle tends to keep the area open and free of mountain shrubs. Interestingly, the Pond Lek site on Payne Mesa is surrounded by tall juniper trees and oakbrush (greater than 15 ft). This vegetation is relatively thick and grouse have been observed displaying under the taller oakbrush which is adjacent to the opening created by the cattle salting site. There is little ground cover at this lek during the spring when males are displaying. The other occupied lek sites are more open and are dominated by big sage and silver sage surrounding the lek opening.

    **Nesting Habitat:** Little is known regarding sage grouse nest site selection on Piñon Mesa. It is known that most nesting usually occurs within 2 miles of the lek site. All of the currently used lek sites have suitable nest cover in close proximity to the leks. For nesting, taller, more dense sagebrush (greater than 18 inches high and greater than 25% canopy cover) with scattered deciduous shrubs is very important for the birds. These sites are usually at higher elevations where increased moisture allows greater and more robust grass and forb cover (greater than 25 and 8% respectively, greater than 6-8 in. total herbaceous height). Nests are typically at the base of taller (greater than 18 inches) sagebrush plants. Research indicates that typically 80% of nest sites are within 2 miles of the lek.

    **Early Brood Habitat:** The description of this habitat at hatch is identical to nesting with hens moving their young chicks (less than 5-10 days of age) into areas dominated by forbs and grasses with less than 20% live sagebrush canopy cover. Hens select open or disturbed sites in the sagebrush that have abundant forbs and higher moisture levels. Grasses and forbs dominate at all known use sites with a definite preference for live

9

sagebrush escape cover (greater than 18 in. height). Good brood habitat is apparently found in and surrounding 2-V Basin and also immediately east of this area along both sides of the MS Road. In this area, local ranchers and CDOW personnel have made numerous observations of hens with broods. The vegetation is dominated by dense stands of silver sage and snowberry. It has high moisture levels and probably provides some moist openings which support forbs and good insect populations. The insects are important for young grouse; they provide high protein necessary for rapidly growing chicks.

**Late Brood Habitat:** Hens with older broods prefer moist sites near stockponds, upper drainages, and on north slopes depending upon elevation and site. Forbs and grasses dominate at preferred use sites with some live sagebrush and other deciduous shrubs (snowberry, serviceberry, Gambel oak). Shrub cover is important for escape while most foraging is on forbs.

**Fall Habitat:** Sage grouse of all ages and gender continue to use habitats identical to those used by broods in July and August until plants become dried out (several successive killing frosts) or heavily grazed. Taller sagebrush (greater than 20 inches high) with more canopy cover (greater than 20%) becomes more important. Use increases of north and west facing slopes and diets change gradually from a high proportion of forbs to a high proportion of sagebrush. During extensive snow cover, in late fall and early winter, use of mountain big sagebrush stands is extensive.

## V.     CONSERVATION STRATEGY

### A.     PIÑON MESA AREA GOALS AND OBJECTIVES

To guide management efforts of the Partnership in securing the long term status of the Gunnison sage grouse and meeting the needs of the other resources, involved groups, and individuals, the following goals and objectives were developed.

**Overall Goal:** Increase sage grouse numbers and distribution in the Piñon Mesa area while maintaining current ranching uses and a healthy landscape.

**Sage Grouse Population Goal:** Maintain a sage grouse population size in the Piñon Mesa area that is in balance with the carrying capacity of the habitat, striving for a minimum spring population of at least 8 active leks (7 on Piñon Mesa, 1 on Glade Park) each with 15 males that are counted during spring lek counts. Thus, 120 males would be counted on 8 active leks (8 leks x 15 males/lek =120) which would represent a total male population of 160 (120 males counted ÷ 0.75 of those present = 160) and a hen population of 320 (2 x 160) for a total spring population of 480 birds. This would be an optimum number to achieve within the next 10 years. If a population of 300-500 grouse could be achieved in 10 years, it would represent a reasonable population goal. Presently, it is felt by many wildlife managers that a population of about 500 birds would be sufficient to maintain a population for at least 25 years. The minimum population goal is that level, 78 to 123 birds, measured in 1997-99 (3-year average).

**Sage Grouse Habitat Goal:** Maintain and improve, on suitable sites across the Piñon Mesa landscape, relatively large, contiguous stands of sagebrush with a variety of vegetative conditions interspersed throughout, in the desired arrangement with good connectivity to provide the quantity and quality of sage grouse habitat to support the desired optimum population level by 2010.

Populations are basically products of the environment, or habitat in which they are found. Thus, habitat quality is an indicator of how well habitat meets the needs of sage grouse. Also, the health of the natural system in which populations exist, and its ability to function in a dynamic manner through time largely determines its capability for long-term sustainability. Time, space, a focus on the natural processes and their ability to function, and the relationship with surrounding communities are of primary importance and concern in achieving the habitat goal of this plan.

10

BLM_0062253

**B.    GENERAL CONSERVATION OBJECTIVES**

Using these goals as a target, the Piñon Mesa Partnership identified 3 dominant themes or categories; 1) habitat quality, 2) habitat loss/fragmentation, and 3) physical disturbance to the population, for which general conservation objectives were developed.  Specific objectives were developed for habitat quality.   These objectives were developed largely based on the issues and/or factors identified as in some way contributing to the static or declining population size of sage grouse or affecting the quantity or quality of sage grouse habitat in the Piñon Mesa area.

The purpose of these objectives is to guide the selection of conservation actions.  These objectives are also useful to explain the overall thrust of the conservation strategy.   These objectives are:

> Habitat Quality:  Maintain and/or improve the quality of sage grouse habitat.

**Description:**  Habitat quality is an indication of how well habitat meets the needs of sage grouse.  Habitat in poor condition is of lower quality than habitat which is in good condition because higher quality habitat provides more of the essential components such as food, water, and cover.  Generally, the group of factors that affect habitat quality and/or fragmentation (discussed in the following section) are considered to be the most important to sage grouse recovery.

**Specific Objectives: (Habitat Vegetation)**

**Leks:**

| | |
|---|---|
| **Habitat Function:** | Used for display and mating, require good acoustics and visibility for display activity, and for predator detection. |
| **Location:** | Within at least 300 yards to ½ mile of nesting habitat. Within 200 yards of escape cover (large expanses of sagebrush). Typically in broad valleys or benches, broad ridges or mesas. At least 200 yards from trees or other potential raptor perches. |
| **Size:** | 1-5 acres. |
| **Shape:** | Irregular, but usually circular or short and linear. |
| **Time of use:** | Mid March to early June. |
| **Composition:** | Perennial grass cover greater than 20%. |
| | Total sage cover less than 10%. |
| | Total forb cover greater than 10%. |
| **Structure:** | No trees or deciduous shrubs greater than 3 feet tall. |
| | Grass and forb height 5-10 inches. |
| | Sage up to 15 inches. |

**Near Lek Areas:**

| | |
|---|---|
| **Habitat Function:** | Provides escape cover for displaying males, visiting females, resting birds. |
| **Location:** | Within 200 yards of lek. |
| **Size:** | Greater than 1 acre up to 40-60 acres. |
| **Shape:** | Irregular, if linear, then greater than 200 yards in width, if patches, then greater than 200 yards in diameter. |
| **Composition:** | Perennial grass cover greater than 20%. |
| | Total shrub cover (sage + mountain shrubs) 20-30%. |
| | Total forb cover greater than 10%. |
| **Structure:** | Sagebrush and other shrubs greater than 15 inches tall. |
| | No potential raptor perches. |

11

BLM_0062254

**Nesting/Early Brood Rearing Areas:**

| | |
|---|---|
| **Habitat Function:** | Provides good hiding and nesting cover and high levels of insects and succulent forbs to meet brood rearing nutritional requirements. |
| **Location:** | Within 3 miles of a lek. |
| **Size:** | Overall nesting area greater than 10 acres made up of 1/4-1 acre patches of sage ranging from dense to sparse. |
| **Shape:** | Need high level of interspersion within heavier sagebrush areas. |
| **Time of use:** | April through July. |
| **Composition:** | Patchy: **Foraging areas:** |

Total sage cover less than 20%.
Total forb cover greater than 15%.
Total grass cover greater than 25%.
**Hiding areas:**
Total sage cover greater than 25%.
Total forb cover greater than 10%.
Total grass cover greater than 20%.

| | |
|---|---|
| **Structure:** | Sagebrush greater than 18 inches tall. |
| | Abundant standing herbaceous material. |
| | Herbaceous average height greater than 8 inches. |

**Late Brood Rearing Areas:**

| | |
|---|---|
| **Habitat Function:** | Provides moisture and high levels of succulent forbs and insects, as well as hiding cover. Typically edges of hay meadows, riparian areas, ponds, seeps, drainage bottoms. |
| **Location:** | Near stands of live sagebrush or other deciduous shrubs close enough for escape. Less than ½ mile from early brood rearing areas, often north slopes. |
| **Size:** | Greater than 100 yards, usually around 200 yards wide. |
| **Shape:** | Irregular, frequently linear, high interspersion of stand and cover types. |
| **Composition:** | Sagebrush less than 20%. |
| | Total shrub cover less than 25%. |
| | Perennial grass cover greater than 25%. |
| | Perennial forb cover greater than 15%. |
| **Structure:** | Herbaceous vegetation greater than 10 inches tall. |

**Fall and Winter Habitat:**

| | |
|---|---|
| **Habitat Function:** | Provides thermal and hiding cover, abundant supply of taller sagebrush (15-25 inches). |
| **Location:** | Usually broad basins, ridges, and north to northwest facing slopes. |
| **Size:** | Extensive stands of sage, usually in patches larger than 100-2200 acres. |
| **Shape:** | Interspersion of shorter stands of sage (ridges) with taller stands (swales, valley bottoms). |
| **Composition:** | Total sage cover greater than 20% (25-30% preferable). |
| | Total forb cover greater than 10%. |
| | Perennial grass cover greater than 15%. |
| **Structure:** | Tall sage 15-25 inches. |
| | Shorter sage greater than 10 inches. |

**Habitat loss/fragmentation:** Reduce fragmentation by preventing, minimizing, and mitigating past, present, and future loss of sage grouse habitat.

12

Description: Loss of sage grouse habitat refers to areas that once provided habitat, but no longer do because that habitat no longer exists or is not available. It should be thought of as a permanent loss in the area. Another example of habitat loss occurs when a subdivision occupies an area that once was a sagebrush community.

Fragmentation refers to the distribution or location of habitat in terms of its physical position or connectiveness.

**Physical disturbance to the population**: Identify and manage physical disturbances to reduce adverse effects to sage grouse.

Description: This refers to the physical disturbance to sage grouse, the birds themselves. Physical disturbance can result in sage grouse death or exert stress particularly if disturbance occurs during biologically critical periods or times.

## C.   ISSUES OR FACTORS THAT AFFECT SAGE GROUSE POPULATIONS AND THEIR HABITAT

The following issues and concerns were identified during the development of the Piñon Mesa Conservation Plan. All issues were treated equally and no limitations were placed on what could be proposed as a concern. Thus, a long and varied list of concerns and possible reasons for the Gunnison sage grouse decline was developed. The issues and concerns are listed in no particular order. The issues listed may not include all the issues discussed and some issues may not be resolved and are out of the scope of the plan.

### Issues That Effect Sage Grouse Populations and Habitat

♦   **Vegetative Habitat:**

**Habitat quality and quantity**—The major factors that drive sage grouse populations are quality and extent of habitat. No other bird is so habitat specific to one particular plant type (sagebrush) in meeting its annual life requirements. Size of habitat is important because sage grouse move seasonally between suitable habitat types. Sage grouse are unable to adjust their life processes to fit a pattern of land use that eliminates or adversely disturbs large tracts of sagebrush.

**Grasses and forbs**—There is concern among ranchers regarding the quantity of residual grass that is recommended for optimum sage grouse habitat. Ranchers make every effort to manage their lands in a manner that meets their ranch livestock production objectives. This includes management of the vegetation for optimal production to support livestock and includes maintenance of healthy plant communities that also support wildlife. In some years, weather reduces forage production and at times livestock interests may negatively impact optimum sage grouse habitat. This is a reality of land management and wildlife managers should be aware of circumstances involving ranch management and its relationship to sage grouse management. Annual rotation of pastures for livestock grazing may offer potential in some areas such as Fish Park and on private lands. The rotation system would allow for ungrazed pastures for grouse production. Poor nest and brood survival has been attributed to the lack of herbaceous understory within the sagebrush community. Since grouse initiate nesting prior to spring herbaceous vegetation growth, it is constructive to try and maximize herbaceous residue from the previous year.

**Condition of winter habitat**—Winter habitat is critical to sage grouse because without sufficient areas of exposed sagebrush they cannot survive the winter to reproduce in spring. Although sage grouse are widely distributed in winter, suitable winter feeding sites do not constitute a large proportion of the available land area. Despite improvements made to other habitat types, sage grouse will not survive unless their wintering areas are protected from fragmentation or factors that destroy or degrade them. There may be potential for winter range development in lower areas examples include Fish Park, Spring Creek Hogback, the Little Dolores River, and BLM lands in the vicinity of the junction of 5.7 and DS roads.

13

BLM_0062256



14

BLM_0062257



16.5 Rd.

MS Rd.

### Selected Gunnison's Sage Grouse Habitat
### Pinon Mesa

### Figure 4



Legend

Probable Winter Range

Historic Habitat *

Presently Occupied

Land Ownership

BLM

National Forest

Colorado National Monument

Private

* Also believed to be Historic Winter Range

 0 0.5 1 Kilometers

 N

0 0.5 1 Miles

   GREAT OUTDOORS COLORADO

Colorado Division of Wildlife
Digital Data Disclaimer

This wildlife distribution map is a product and
property of the Colorado Division of Wildlife, a
division of the Colorado Department of Natural
Resources. Care should be taken in interpreting
these data. Written documents may accompany
this map and should be referenced. The information
portrayed on these maps should not replace field
studies necessary for more localized planning
efforts. The data are typically gathered at a
scale of 1:24000 or 1:50000; discrepancies may
become apparent at larger scales. The areas
portrayed here are graphic representations of
phenomena that are difficult to reduce to two
dimensions. Animal distributions are fluid;
animal populations and their habitats are dynamic.

The Colorado Department of Natural Resources is
not responsible and shall not be liable to the
user for damages of any kind arising out of
the use of data or information provided by the
Department, including the installation of the
data or information, its use, or the results
obtained from its use.

ANY DATA OR INFORMATION PROVIDED BY THE
DEPARTMENT OF NATURAL RESOURCES IS PROVIDED
"AS IS" WITHOUT WARRANTY OF ANY KIND,
EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT
LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE. Data or information provided by the
Department of Natural Resources shall be used
and relied upon only at the user's sole risk,
and the user agrees to indemnify and hold harmless
the Department of Natural Resources, its officials,
officers and employees from any liability arising
out of the use of this data or information provided.

15

**Management of habitat improvement projects---**It needs to be recognized that habitat improvement projects that benefit sage grouse may not be the same as those practices selected by private landowners for their livestock management programs. An example would be brush beating sagebrush. For sage grouse, brush beating 1/3 of the habitat in need of management may not be in the best interest for livestock management. Ranchers may be foregoing maximum livestock benefits for practices that benefit sage grouse. Other concerns of ranchers include the practice of leaving about 6"-8" of sagebrush stubble in brush beating projects for best sage grouse benefits, and limitations on use of fire as a range improvement technique, particularly in sagebrush and piñon-juniper habitat. Cooperatively funded projects with CDOW and BLM may offset and compensate landowners for their consideration of sage grouse land management practices.

**Fire suppression---**Wildfires are natural with effects that vary depending upon size of burned areas and the intensity and severity of the fire. For many decades, public land management agency policy was to suppress all natural and man-made fires. Controlling and preventing fires may have resulted in degraded habitat conditions for sage grouse. There may be potential for the use of limited controlled burns to reduce piñon-juniper encroachment in selected locations. Presently, there are piñon-juniper ridge lines and low ridge points that extend into sagebrush habitats that lend themselves to burning without endangering larger sagebrush areas. Controlled burn options should be left open for vegetation management practices that will benefit both livestock management and sage grouse management. Soil conditions should be assessed to assure these sites are suitable for recovery of sagebrush, grass and forbs. Extreme care should be taken so that large (greater than 200 acres) fires do not burn uncontrolled in critical sage grouse habitat.

**Funding for habitat improvement---**CDOW, Bureau of Land Management (BLM), Natural Resource Conservation Service (NRCS), and USFWS through PFFW as well as other potential sources for habitat improvement projects should be used to the maximum potential to assist in maintenance and improvement of sage grouse habitats. CDOW, BLM, and NRCS should provide technical assistance and information when requested by landowners to aid in habitat projects implemented to benefit sage grouse.

**Mountain shrub management---** Gunnison sage grouse appear to be somewhat tolerant of oakbrush, however, the biological relationship is not well understood. Large oakbrush stands often provide some areas of grass production when mixed with sagebrush communities. Some extremely heavy stands of oakbrush may be treated (thinned) when appropriate. It is recognized that oakbrush will resprout after burning or cutting.

♦   <u>Land Planning/Mitigation</u>:

**Fragmentation---**Habitat fragmentation occurs when areas of suitable habitat are fragmented and divided into smaller areas due to processes such as physical destruction or degradation. Any patch of habitat isolated by different habitats and/or unsuitable terrain may be considered fragmented. As habitat becomes increasingly fragmented, fewer individual birds exist. Sage grouse are especially sensitive to fragmentation because of their fidelity to lek, nest, winter, and brood-rearing sites. Even when their habitat is absent or degraded, they will continue to attempt to use these areas and will subsequently be exposed to higher mortality risks further reducing their population size.

**Housing development---**Housing development in the Glade Park area near the Glade Park store has severely fragmented sage grouse habitat. Currently, it is felt that as housing development occurs the chances of the area to be repopulated by sage grouse decreases. Small parcels are being fenced, new roads are being developed and power lines are being built to supply homes with electricity.

In the past, there were more homesteads with cabins than there are today on Piñon Mesa where sage grouse are currently found. Limited cabin development on Piñon Mesa may not impact sage grouse populations.

16

Cabins are often placed in areas surrounded by either aspen or conifers for aesthetic reasons and in these instances impacts to sage grouse may be minimal.

♦ Utilities:

Powerlines---The effects of power lines on sage grouse are severe. Powerlines have been documented to serve as predator perches in Utah and Colorado with subsequent loss of all leks visible to raptors (primarily golden eagles) from perches on power line poles. Further, counts of sage grouse pellets near power lines decrease as distance to power lines decrease up to one-half mile. Thus, a strip about one-half mile on each side of power lines is generally avoided by sage grouse. These observations are supported by measurement of distances to power lines of radio-marked sage grouse throughout sage grouse habitats in Colorado. Clearly, sage grouse avoid power lines when possible. Power lines have increased dramatically in the Glade Park area (immediately north and south of store) where sage grouse appear to have been extirpated. Housing development is the primary reason for the increase. No large-scale power lines are currently envisioned for the primary sage grouse habitat on Piñon Mesa.

Pipelines---No major pipeline development is currently being considered on Piñon Mesa. Pipeline development (construction) can be negative if not properly managed to avoid adverse effects to breeding (March-mid May), nesting (mid April-early July), and early brood rearing (mid May-mid July). However, reseeding of areas disturbed by pipelines with desirable forbs and taller grasses can be beneficial to sage grouse especially if the width of the area disturbed is minimal (less than 100 yards) and roads/trails used during construction are closed and reseeded after completion of the pipeline construction interval.

Roads---Currently, and in the foreseeable future, roads do not appear to be a major concern with sage grouse population on Piñon Mesa. However, if sage grouse populations can be reestablished in the vicinity of DS road, high speed traffic may impact grouse. All other roads in occupied habitat are not suitable for high speed traffic and roadkill potential is considered to be low. Roads can be classified as primary, secondary, and as trails. Primary roads are those that are classified as state and federal highways. These roads are generally high speed and are paved. Secondary roads generally have county designations although some BLM and USFS roads can fit in this category. Some of these roads may be paved but most are generally gravel or dirt. These roads have moderate to low speed ratings. Trails generally are unsurfaced, lack formal designation, and have low speed ratings. Sage grouse prefer to walk to reach useable habitats throughout the year except when snow cover increases their conspicuousness. Sage grouse that walk across primary and secondary roads are at great risk of death from moving vehicles. The end result of all primary roads and many secondary roads is reduction in the size of the sage grouse population as those birds adjacent to the road are killed by road traffic. Because young sage grouse learn from older sage grouse, populations that traditionally used areas prior to road establishment or improvement become smaller over time as the older (and young) birds become fewer in number due to road disturbance (and death). Thus, traditional movements are often eliminated. Trails have less impact, depending upon vehicle speed.

Fence designs---Fences are necessary for livestock management. However, wood fence posts can provide perches for predators of sage grouse. Also, sage grouse have been observed flying into fence wires, especially near preferred use areas such as leks. Fence management that reduces potential perch sites (metal posts) and allows larger spacing between wires (2 or 3 vs. 4 or 5) could be less negative for sage grouse.

♦ Loss of Topsoil & Productivity: Soil erosion is not a major problem on Piñon Mesa. Erosion loss could occur after wildfires and rapid reestablishment of ground cover should be a primary consideration after fire. Some slumping does occur in this area, but is not widespread. Sandy soil exists in lower elevation sage grouse habitat such as Fish Park. Soil is the primary factor determining the potential for vegetation

17

BLM_0062260

production of a given site.  With reduction of the herbaceous understory cover in sagebrush ecosystems, soils have become more vulnerable to wind and water erosion.

♦   **Timing, Intensity, and Duration of Livestock/Big Game Grazing:**  Potentially, timing and intensity of livestock/big game grazing may affect sage grouse nesting and brood rearing success.  The peak of sage grouse hatch is the last week in May and the first week in June, depending on weather conditions.  On many of the ranches on Piñon Mesa, livestock production is the primary use of the land.   Ranchers are aware that livestock/big game grazing can directly compete with sage grouse for food (forbs and insects) and nesting cover during this time.  Likewise it is recognized that fall grazing can remove residual cover needed the following spring for nest and brood cover.  On Piñon Mesa, where sage grouse are found, vegetation is usually not mature enough for livestock grazing until mid-June, which is good for sage grouse nesting and early brood rearing.  The distribution and potential over browsing by deer and elk on big game winter ranges may have had effects on important forage shrubs and associated plant communities which may have influenced sage grouse habitat quality.  Habitat management programs, which involve increases of forb and grass cover while maintaining live sagebrush will benefit livestock, sage grouse, deer and elk, as well as other wildlife species.

♦   **Drought:**  Sage grouse production is indirectly affected by drought.  While sage grouse are not limited by water in most cases, they are limited by the vegetative growth and insects lost during drought conditions.  In the Piñon Mesa area, both nesting success of females and brood survival decline severely during years with low soil moisture.  This effect is probably increased if land management practices remain unchanged during years with low soil moisture.  However, drought does not appear to impact lek attendance of males.

♦   **Predators (coyote, ground squirrel, badger, eagle, hawk, falcon, bobcat, skunk, raccoon):**  Losses of sage grouse nests and young to predation are often high and can, in some locations, be the most significant factor in determining annual recruitment to the population.  Studies have shown that ground squirrels and badgers can destroy up to 50% of the current year's nest and egg production.  There is also a concern over coyote populations, which appear to be increasing, and the effects they may have on sage grouse.  Eagles and hawks can be effective predators on sage grouse and some feel that eagle predation is increasing.   The quality and quantity of grasses and forbs and other vegetation cover influence rates of predation.  Predation is reduced when there is sufficient vegetation to conceal nests.  Removal of piñon and juniper trees and tall shrubs can be effective in reducing predation risk of sage grouse.

♦   **Scientific Lek Harassment (i.e., Physical Disturbance Resulting From Scientific Studies):**  Research on sage grouse sometimes requires capture and marking (bands, radios) of individual grouse.  Capture of grouse is usually most easily accomplished when birds are concentrated on or near leks for the purpose of display and mating.  Methods used range from spotlighting to locate grouse that are then captured using long-handled nets to walk-in traps placed on or near leks.  Repeated disturbance of sage grouse on leks has been demonstrated to make individuals more wary and flush more readily.  Yearling males may change leks following marking but the available data suggest that this age/gender class commonly investigates a series of leks in their first year of life.  Studies of radio-marked male and female sage grouse demonstrate strong attachment to the lek of capture despite repeated trapping activities.

♦   **Conflicting Uses During Critical Biological Activity Periods:**  The critical biological activity periods for sage grouse are during winter, breeding, nesting, and early brood rearing (December-mid July).  Conflicting uses during this period are those that physically prevent sage grouse from using preferred habitats.  These uses range from human disturbance (including pets), motorized vehicles, to herding of livestock and heavy grazing/browsing by deer and elk and by domestic livestock.

♦   **Recognition of Private Landowners Rights:**  Most landowners are willing to work collectively toward a goal, as long as the recommendations or actions concerning sage grouse do not impact their efforts to make a living.  However, most private landowners are environmentally concerned and appreciate wildlife and try

18

not to negatively affect habitat useful to wildlife. These landowners do good things for the land without having to be forced into action by an endangered species. Landowners are concerned about the protection of their rights to manage their lands as they view appropriate with no interference by the State or Federal government. This particular issue focuses on the potential for Federal intervention on private property management, use, and development should the Gunnison sage grouse become listed as a threatened or endangered species. The issue does not actually emerge until listing occurs. The Endangered Species Act, however, does provide for protection should the bird become listed. The ramifications can become complex and are discussed in Appendix D. Generally, landowners would likely see no impacts to land management practices which are currently in use.

♦ **Monitoring/Research:** Monitoring of sage grouse populations through use of counts of males on leks has been used to estimate trends in population size. This effort requires vehicle access via roads and trails during the late March-mid May interval. Properly conducted, spring counts are not known to affect sage grouse. Research on sage grouse is periodically needed to learn more about specific requirements and responses to habitat treatments. The need for monitoring and periodic research will continue. Monitoring of vegetation in relation to grazing by domestic livestock and big game, especially in response to vegetation treatments, will continue on public lands. Annual lek counts are conducted by CDOW including counts of males and females at leks. Efforts are taken to gather census information with as little impact to leks as possible. Techniques usually include the use of binoculars and spotting scopes. Usually, a minimum of three to four counts are conducted at each lek during the spring, and these are spread out over about five weeks.

♦ **Poisonous Plants:** There was some concern that poisonous plants may be eaten by sage grouse resulting in death. There are no known problems with grouse being poisoned by eating of native plants.

♦ **Recreational Uses:** Sage grouse have been hunted and their mating rituals observed since prior to European settlement based on native American artifacts and ceremonies. Sage grouse are not presently hunted on Piñon Mesa and there is no organized watchable wildlife viewing for the species within the boundary of the area. Other recreational use of the area such as big game hunting, blue grouse hunting, and predator hunting are not thought to be negative, although accidental kills of sage grouse may occur. Efforts should be made by CDOW to educate and inform hunters of the potential for misidentification of grouse species. These efforts should include development of pamphlets to distribute to hunters and signs at important locations providing information about sage grouse. Use of all terrain vehicles has the potential to negatively impact sage grouse, especially in winter. However, much of the area is seasonally closed due to snow cover, which limits access.

♦ **Hunting:** Sage grouse hunting in the Piñon Mesa area has been closed since 1989 when it was recognized that the population appeared to be declining. Prior to that time seasons were generally open for sage grouse hunting. From 1970 to 1988 seasons were open in all years except 1973 and 1974. Generally, the CDOW recommends no hunting until populations reach a standard of 100 cocks counted in the spring for 3 consecutive years. Hunting of sage grouse in this area is not contemplated for the foreseeable future. No information on the number of grouse harvested annually is available for this population for any year.

## VI. CONSERVATION ACTIONS AND IMPLEMENTATION

The foundation of the Piñon Mesa sage grouse Conservation Plan is its goals and objectives which together establish a framework for developing conservation actions. Conservation Actions are designed to be consistent with the plan's goals and also to meet one or more of the objectives. These actions also address issues that affect sage grouse, and/or their habitat. Due to the interrelationship of the habitat components, resource values, and issues, many actions may apply to more than one objective. However, to avoid duplication, these actions have been listed in Table 1 where the link is most direct. Any additional actions identified at a later date will be

19

analyzed by the Partnership for the application and design to ensure the appropriateness and compliance with the goals and objectives set forth in this plan.

Plan implementation will be priority-based starting with those actions the Partnership believes to be most effective at accomplishing their goals. This group recognizes the need to be opportunistic in carrying out specific conservation actions as situations present themselves. For example, a particular conservation action might be implemented sooner than scheduled, if funding became available, or a group or individual came forward to help with completing a task.

Some actions have already begun, or are ongoing. Other actions would need to be done continually throughout the plan. These are normally a matter of policy or require small changes in the way resources are managed and land use activities take place. Sometimes a land use has to be proposed or initiated by a third party before the conservation action can be applied.

The adoption of these Conservation Actions will be the responsibility of the Partnership. Specific steps or tasks needed to carry out a conservation action will be developed as the implementation proceeds. Cost estimates, including those for monitoring and evaluation will be identified. Every effort to leverage money and resources will be made. Many actions, such as vegetation treatments are costly, and will be dependent upon seeking cooperative funding from many partners, and possibly outside sources, such as grants.

Because plan accomplishment will require a lengthy period to complete, it is important to track progress at meeting our goals. At least yearly, the Piñon Mesa Partnership will convene a meeting to examine accomplishments and keep the plan on track. As actions are completed they will become part of the yearly progress report. A consolidated report will then be prepared and disseminated to Partnership members prior to the yearly or spring planning meeting.

An important part of the yearly progress report and meeting will be to discuss and document any exceptions or deviations to planned accomplishments. Inadequate funding may preclude the completion of an action in a given period. In this instance, an adjustment to the implementation sequence would be needed. What is important is to show continual progress at accomplishing the goals in the plan.

## VII. MONITORING AND EVALUATION

Monitoring data will be gathered and used to evaluate progress in meeting the goal and objectives of this plan. Monitoring will be coordinated to insure that data collected will provide the needed information to assess the on-the-ground management actions and to measure progress in resolving resource problems and conflicts. This coordination will include appropriate consultation and cooperation with rangeland users, general public, landowners, academia, private organizations and local, State, and Federal agencies. Direct involvement by interested parties in the collection of data and in the subsequent evaluations based on these data will add to the credibility of monitoring results.

It is important that all monitoring information be easily accessed by those interested. Monitoring the response of the Gunnison sage grouse population to conservation actions will be measured by total number of active leks, and the total number of males counted. The number of active leks and total males will reflect winter survival as well as chick production in the previous year. Changes in habitat quality which result from the implementation of planned actions will be monitored using techniques applicable to the specific project or action. Three year averages of lek counts will be used to assess sage grouse population trend (1995-97, 1996-98, 1997-99, etc.).

Evaluations may be conducted anytime during the implementation of this plan. The goal of evaluation is to determine whether progress is occurring, and if progress is not occurring, to identify adjustments. It is the intent of the Partnership to frequently communicate with other Gunnison Sage Grouse Work Groups to seek and exchange information as progress is made on implementing the Conservation Actions.

20

BLM_0062263

Table 1.   Piñon Mesa Gunnison sage grouse Conservation Actions (listed in no particular order & with examples of how to accomplish), and Implementation Schedule (when & who).

| CONSERVATION ACTIONS | | IMPLEMENTATION SCHEDULE | |
|---|---|---|---|
| Action | Examples of How to Accomplish | When | Who |
| A. Information & Education | | | |
| 1. Provide to the public, landowners, and others information that describes sage grouse habitat needs and conditions, and identifies sage grouse population levels. Identify concerns and opportunities to improve conditions for sage grouse in this area. | a. Maps, newspaper articles, radio & TV spots, displays.<br>b. Public contacts (e.g., individuals, County Commissioners, local schools, Mesa Cty. Land Conservancy ), meetings, & make available copies of Conservation Plan.<br>c. Videos (sage grouse & habitat, treatments, etc.) in Coop with other sage grouse groups.<br>d. Brochures (e.g., Living with sage grouse in your backyard - control of dogs, hunting brochure with difference between blue and sage grouse, including photographs).<br>e. Coordination/communications with;  the public, other sage grouse groups, Grand Valley Audubon.<br>f. Information sign at Glade Park store. | a. Ongoing opportunistically.<br>b. Ongoing opportunistically.<br><br>c. 1999-00 (completed by other groups).<br>d. Completed<br><br><br>e. Ongoing opportunistically.<br><br>f. 2000-2001 | a. The Partnership.<br>b. The Partnership.<br><br>c. DOW Lead, BLM, NRCS, Public.<br>d. Glade Park Ag. and Open Space Association<br><br>e. The Partnership.<br><br>f. DOW. |
| 2. Work with interested parties, landowners and others to create a better understanding of sage grouse needs, including the value and importance of sage grouse and sage grouse habitat, and provide a basis for sharing of ideas and reaching agreement on ways to improve sage grouse habitat and increase populations. | a. Meetings with interested landowners, government/regulatory entities (e.g., County, and livestock Associations).<br>b. Maintain a current mailing list of interested citizens, and State, local, and Federal agencies.<br>c. Distribute information about importance of sage grouse; availability of incentive programs, Best Management Practices, effects of certain land uses on grouse.<br>d. Coordinated Management of sage grouse with other wildlife species and resource agencies.<br>e. Continue to work with other groups.<br>f. Communicate with other sage grouse partnerships.<br>g. Provide monitoring information and training to landowners.<br>h. Present programs at local schools. | a. Ongoing opportunistically.<br><br>b. Ongoing.<br><br>c. Ongoing opportunistically     .<br><br><br>d. Ongoing opportunistically     .<br><br>e. Ongoing opportunistically     .<br>f. Ongoing, annually.<br>g. Ongoing opportunistically.<br>h. Ongoing opportunistically. | a. The Partnership.<br><br>b. The Partnership.<br><br>c. The Partnership.<br><br><br>d. DOW, BLM, NRCS, FWS, landowners.<br>e. The Partnership.<br>f. The Partnership.<br>g. The Partnership.<br>h. The Partnership. |

BLM_0062264

| CONSERVATION ACTIONS | | IMPLEMENTATION SCHEDULE | |
|---|---|---|---|
| Action | Examples of How to Accomplish | When | Who |
| **B. Monitoring** | | | |
| 1. Identify and evaluate sage grouse habitat, limiting factors and activities that have the potential to impact sage grouse or their habitat. Identify and evaluate critical sage grouse habitats. | a. Habitat mapping. Mapping may include but not be limited to overall range, historic habitat, winter area, severe winter range, brood area, nesting area, active lek, and inactive lek. <br> b. Assess and track land-use changes, e.g., developments, roads, etc. <br> c. On-site visits with landowners, holistic resource mgt. groups, livestock groups to discuss and assess habitat conditions and monitoring needs. <br> d. Joint-interagency/landowner evaluation, information sharing. <br> e. Provide monitoring training to landowners. Provide monitoring forms to landowners for lek counts and brood counts. <br> f. Big game impacts to range conditions. | a. Ongoing, annually. <br><br><br> b. Update 3-5 years. <br><br> c. As needed/requested/ opportunistically. <br> d. As needed/requested/ opportunistically. <br> e. As needed/requested/ opportunistically. <br><br> f. Ongoing, annually. | a. BLM, DOW, NRCS, landowners, Extension. <br><br><br> b. BLM, DOW, NRCS, FWS, County. <br> c. The Partnership. <br><br> d. The Partnership. <br><br> e. BLM, DOW, NRCS, Extension. <br><br> f. DOW, BLM, private ranches. |
| 2. Continue to gather or initiate the collection of basic resource data to better understand and document conditions for sage grouse, including response to applied conservation measures. | a. Sage grouse population monitoring/census, e.g. lek counts and brood counts. Research including radiotelemetry studies i.e., movements, habitat use. <br> b. Design and carry out monitoring for applied measures, e.g., treatments. <br> c. Continue to identify changes in the sage grouse populations size (use 3 yr. average of lek counts). | a. Annually, March-May/July-August. <br><br> b. Annually, as needed. <br><br> c. Annually. | a. DOW, BLM, landowners <br><br> b. BLM, NRCS, Extension, landowners. <br> c. DOW. |
| **C. Avoiding or mitigating permanent loss of habitat** | | | |
| 1. Develop and encourage incentives for landowners to avoid or mitigate loss of sage grouse habitat. | a. Land exchanges. <br> b. Conservation Easements Mesa County Land Conservancy, CDOW, CCA, Rocky Mtn. Elk Foundation, etc. <br> c. Transferrable development rights. <br><br> d. Payment for non use of sage grouse habitat, if funds are available for long-term agreements. <br> e. Application of specific land use practices that benefit grouse, e.g., water development, grazing plans. <br> f. Develop recommendations for managing sagebrush community as a whole, considering all uses. | a. Ongoing opportunistically. <br> b. Ongoing opportunistically. <br><br> c. Ongoing opportunistically . <br><br> d. Ongoing opportunistically <br><br> e. Ongoing opportunistically <br><br> f. Ongoing opportunistically | a. BLM/Private landowners. <br> b. Private landowners. <br><br> c. The Partnership, County, landowners, developers. <br> d. DOW, NRCS (WHIP, EQIP), FWS. <br> e. DOW, BLM, NRCS, Pvt., Extension. <br> f. DOW, BLM, NRCS, Pvt., FWS, Extension. |
| 2. Enhance existing and restore former sage grouse habitat to offset loss of habitat elsewhere. | a. Vegetation treatments, e.g., brush beat, burn, reclaim. seed, Piñon-Juniper removal, controlled fire (use extreme care). <br><br> b. Mitigating effects of human population growth and development. | a. Ongoing opportunistically <br><br><br> b. Ongoing opportunistically | a. BLM, DOW, NRCS, Extension, landowners. <br><br> b. The Partnership, County Planners. |

BLM_0062265

| CONSERVATION ACTIONS | | IMPLEMENTATION SCHEDULE | |
|---|---|---|---|
| **Action** | **Examples of How to Accomplish** | **When** | **Who** |
| 3. Prevent loss and fragmentation of habitat from construction of roads and utilities. | a. Relocate or modify new utility lines, roads, developments, etc. in key grouse habitat. | a. Ongoing opportunistically. | a. BLM, DOW, FWS, County, landowners. |
| **D. Restoring or improving quality of grouse habitat and populations** | | | |
| 1. Enhance existing riparian areas, or create or enhance small wet areas to benefit sage grouse nesting and brood rearing habitat. | a. Design and implement livestock grazing management practices to benefit riparian areas. Use fencing for rest rotation management in nesting and brood rearing habitat. | a. Ongoing opportunistically    . | a. BLM on Public lands, NRCS assist landowners on private lands. |
| | b. Modify or adapt springs to create small wet areas. | b. Ongoing opportunistically    . | b. BLM on Public lands, NRCS assist landowners on private lands. |
| | c. Enhance and protect existing natural wet areas. | c. Ongoing opportunistically. | c. BLM, FWS, landowners. |
| 2. Eliminate or modify situations that cause predation. | a. Modify power lines and wood fence posts (to remove raptor perches) in critical sage grouse areas. | a. Ongoing opportunistically    . | a. DOW, BLM, Power Company, landowners, FWS. |
| | b. Cut pinyon-juniper trees near leks and elsewhere within potential sage grouse habitat to remove raptor perches, and to maintain the sagebrush habitat. | b. 1999 and ongoing. | b. BLM (contracts, Delta Honor Crew), landowners, NRCS,& DOW, & FWS (incentives to landowners). |
| | c. Sale of Christmas trees in key sage grouse areas. | c. Opportunistically. | c. BLM (if approved), landowners. |
| 3. Implement local guidelines and use Best Management Practices to guide land uses to increase sage grouse populations and improve sage grouse habitat quantity and quality. | a. Implement livestock grazing practices that benefit sage grouse habitat quality, and avoid physical disturbance to grouse during critical times, i.e., breeding and nesting. | a. Ongoing opportunistically. | a. BLM-permittee's, NRCS/Ext.-landowners. |
| | b. Restore and rehabilitate riparian areas. | b. Ongoing opportunistically. | b. BLM, FWS, landowners. |
| | c. Proper land treatment design and construction that reduce impacts to sage grouse (e.g., how and where to plan projects). | c. Ongoing opportunistically. | c. The Partnership. |
| | d. Land development options. | d. Ongoing opportunistically. | d. The Partnership. |
| | e. Construction standards (placement, timing, rehab. techniques). | e. Ongoing opportunistically. | e. The Partnership. |

23

BLM_0062266

| CONSERVATION ACTIONS | | IMPLEMENTATION SCHEDULE | |
|---|---|---|---|
| **Action** | **Examples of How to Accomplish** | **When** | **Who** |
| 4. Improve sage grouse habitat quality, and improve vegetation cover, especially forbs and grasses in occupied sage grouse habitats and in historic, unoccupied habitat where vegetation treatments would improve conditions to levels capable of supporting reoccupation by sage grouse. | a. Develop and use sound grazing management practices in coordination with ranch management plans, BLM allotments.<br>b. Plant and/or re-seed with a high proportion of forbs.<br>c. Design vegetation treatments in sage grouse areas to be compatible with sage grouse needs.<br>d. Improve ground cover in sage grouse areas.<br><br>e. Manage big game population and habitat to minimize or avoid conflicts on grouse habitats, and to encourage moving them off grouse habitat, i.e., to the extent possible develop the highest quality big game habitat outside the sage grouse prime habitat.<br>f. Integrate weed management with grouse needs.<br><br>g. Vegetation treatments to improve vegetative age class diversity, improve the grass and forb component (may or may not need to seed), and reclaim any disturbed areas.<br>h. Develop habitat enhancement plans for individual ranches.<br>I. CDOW and BLM will develop a strategic plan for management of sage grouse habitat on BLM lands.<br>j. Through detailed maps, identify essential wildlife habitat including overall range, historic habitat, winter area, severe winter range, brood area, nesting area, active lek, and inactive lek. Mapping should delineate areas of primary concern for management, protection, and enhancement of leks, nesting areas, wintering area, brood area, etc. | a. Ongoing opportunistically.<br>b. Ongoing opportunistically.<br>c. Ongoing opportunistically.<br>d. Ongoing opportunistically.<br>e. Ongoing opportunistically.<br><br>f. Ongoing opportunistically.<br>g. Ongoing opportunistically.<br><br>h. Ongoing opportunistically.<br>I. Ongoing and revised as necessary.<br>j. Ongoing annually. | a. BLM, Private.<br>b. BLM, NRCS, DOW, FWS, Private.<br>c. BLM, RMEF, NRCS, DOW, FWS, Private.<br>d. BLM, RMEF, NRCS, DOW, FWS, Private.<br>e. BLM, DOW, Private.<br><br>f. BLM, County Weed Board, Private.<br>g. BLM, Private, CDOW.<br><br>h. Individual ranches, CDOW, BLM<br>I. BLM and CDOW<br>j. CDOW, BLM, individual ranches |
| 5. Increase opportunities for improving over-winter survival, escape cover near leks, nesting cover, and expanding the range or use areas of sage grouse, e.g. use of new lek sites and areas. | a. Improve quality of sagebrush dominated habitats by using grazing management and vegetation treatment, e.g., mechanical treatment, fertilization.<br>b. Avoid treatment projects that remove large stands of sagebrush in critical areas.<br>c. Attempt to expand existing sage grouse use areas/range by using calls to entice males during the breeding season to use new lek sites close to or adjacent to existing lek sites. | a. Ongoing opportunistically.<br>b. Ongoing opportunistically.<br>c. 2001 (start). | a. BLM, DOW, NRCS, FWS, Private.<br>b. BLM, FWS, Private.<br>c. DOW. |

24

BLM_0062267

| CONSERVATION ACTIONS | | IMPLEMENTATION SCHEDULE | |
|---|---|---|---|
| **Action** | **Examples of How to Accomplish** | **When** | **Who** |
| **E.  Reducing Physical Disturbance to Sage Grouse** | | | |
| **1.** Mitigate or reduce conflicts with sage grouse during critical biological periods and on critical habitats. | a.  Noise or physical disturbance ordinances or restrictions during critical periods near leks, e.g. manage on-road travel and OHV use in key grouse areas to avoid disturbance during critical times.<br>b.  Delay or modify construction start up dates or hours during peak lek attendance dates in April and May and after 9:00 a.m.<br>c.  Control or limit pets.<br>d.  Coordinate grazing management to avoid conflicts on leks during April, May, and early June. | a.  Ongoing opportunistically.<br><br><br>b.  Ongoing opportunistically.<br><br>c.  Ongoing opportunistically.<br>d.  Ongoing opportunistically. | a.  BLM, County.<br><br><br>b.  BLM, FWS, County, DOW.<br><br>c.  DOW, FWS, County.<br>d.  BLM, FWS, Private. |
| **F.  Improving landowner and community support and participation** | | | |
| **1.** Incorporate economic, social and cultural values into conservation practices. | a.  Seek understanding, information sharing and maintaining communication.<br>b.  Adopt principle of voluntary participation.<br>c.  Involve landowners and, when appropriate, local communities in all aspects of sage grouse conservation.<br>d.  Protect and respect landowner property rights | a.  Ongoing opportunistically.<br>b.  Ongoing opportunistically.<br>c.  1999, ongoing opportunistically.<br><br>d.  Ongoing | a.  The Partnership.<br>b.  The Partnership.<br>c.  The Partnership.<br><br>d.  CDOW, BLM, NRCS, FWS |
| **2.** Maintain local control. | a.  Maintain Sage Grouse Partnership (must include landowners, local residents) to serve as advisory body.<br>b.  Continually seek input and involvement.<br>c.  Annual (or as needed) hold a Partnership meeting to discuss progress and future needs, and plan a yearly schedule of events and conservation action implementation. | a.  Ongoing opportunistically.<br><br>b.  Ongoing opportunistically.<br>c.  Ongoing opportunistically. | a.  The Partnership.<br><br>b.  The Partnership.<br>c.  The Partnership. |
| **3.** Develop, improve, and encourage credibility and success. | a.  Seek outside scientific review of projects.<br>b.  Involve college and/or universities.<br>c.  Adapt and change as we go.<br>d.  Annually the Partnership will prepare and disseminate to the members and others a progress report. | a.  Ongoing opportunistically.<br>b.  Ongoing opportunistically.<br>c.  Ongoing opportunistically.<br>d.  Annually. | a.  The Partnership.<br>b.  The Partnership.<br>c.  The Partnership.<br>d.  The Partnership. |

BLM_0062268

APPENDIX A                      GLOSSARY

**Canopy Cover -** The percentage of ground covered by a vertical projection of the outermost perimeter of the natural spread of foliage of plants. Small openings within the canopy are included.

**Cecal dropping-** A dark, tar-like excrement that is often observed on leks where sage grouse concentrate in the spring.

**Extirpated -** A term used for a species when it is considered to no longer be found in a specific area it once occupied. Extinct would be used when the species completely eliminated from all habitats and can no longer be found anywhere.

**Fragmentation -** Fragmentation is a term used to describe habitats or populations that have been broken up, separated, or divided due to many factors either natural or often man-made. Often this results in several or many small wildlife populations or habitats that may or may not be able to support a species over a long period of time.

**Lek -** An arena where male sage grouse display for the purpose of gaining breeding territories and attracting females. These arenas are usually open areas with short vegetation within sagebrush habitats, usually on broad ridges, benches, or valley floors where visibility and hearing acuity are excellent.

**Lek Area -** The geographic area that includes all closely allied lek sites within 1 mile. This geographic area is usually stable overtime.

**Lek Count -** The high count of males from all lek sites on the same day; which are taken at 7-10 day intervals between late March and mid May.

**Lek Site -** A particular site where sage grouse gather for display and mating in spring (Mar-May). The actual site used can vary daily, seasonally, and yearly.

**Sagebrush -** As referred to in this plan, includes the following species: **Basin Big -** *Artemisia tridentata tridentata;* **Mountain Big -** *Artemisia tridentata vaseyana;* **Black -** *Artemisia nova;* and **Silver -** *Artemisia cana.*

**Steppe -** A semi-arid grass-covered plain, usually lightly wooded.

**Strutting Ground -** See Lek.

BLM_0062269

APPENDIX B            LISTING FACTORS

Listing factors considered by the U.S. Fish and Wildlife Service in evaluating possible action under the Endangered Species Act.

**Factor A.      Present or threatened destruction, modification, or curtailment of its habitat or range.**

The range of the Gunnison sage grouse in the Piñon Mesa Area has been greatly reduced in size and quality through habitat loss caused by plowing, spraying, road construction, and power lines; habitat fragmentation caused by the same factors, and habitat degradation caused by the same factors as well as inappropriate livestock management. Total range reduction is estimated at greater than 50%.

This Conservation Plan will reduce destruction, modification, or curtailment of the Gunnison sage grouse's range through implementing the following management actions: Eliminating major land disturbances from housing development and industrial uses (other than farming and ranching); by reducing unnecessary roads; reducing or eliminating disturbed land by livestock operations; using mechanical means for habitat improvement; reducing unnecessary utility lines/ and improving vegetative habitat and soil conditions by reseeding with forbs, by using proper grazing and hay mowing management, by managing noxious weeds, by appropriate big game management, and by appropriate herbicide use.

**Factor B.      Overutilization for commercial, recreational, scientific, or educational purposes.**

No overuse of Gunnison sage grouse in the Piñon Mesa Area is apparent as hunting is not permitted, there is no commercial or recreational use, and scientific study (banding, radio marking) only affected 10-15 birds in 1995-96. Educational field trips may occur but are not likely to cause disturbance to the Gunnison sage grouse if proper viewing protocols are followed.

**Factor C.      Disease or predation.**

No disease/parasite problems have been identified in Gunnison sage grouse in the Piñon Mesa Area. Predation is a natural event and about 50% of the total population disappears (dies) each year. Major identified predators of adults include golden eagles, goshawks, bobcats, and coyotes. Most loss of potential productivity is through nest failure caused by ground predators such as ground squirrels, badgers, etc.

**Factor D.      Authorities and existing regulatory mechanisms.**

Members of the Piñon Mesa Gunnison Sage Grouse Partnership are committed to improving conditions for sage grouse in the area. While landowner adoption of the proposed conservation actions is voluntary, the Conservation Plan was developed with the spirit of cooperation and there is broad support for the goals and objectives contained in the Conservation Plan. The Partnership believes existing regulatory mechanisms are adequate to achieve these goals and objectives.

The Colorado Division of Wildlife, a branch of the Colorado Department of Natural Resources, has responsibility for the management and conservation of wildlife resources as defined and directed by state laws. The Division also has enforcement authority for poaching and harassment.

The Board of County Commissioners of Mesa County, Colorado has authority to regulate land use, land planning, and protection of the environment in the County. Mesa County has regulations to exercise such authorities including the review, approval or denial of proposed activities and uses of land.

BLM_0062270

The USDA Forest Service (USFS) has direction and authority for the maintenance of biological diversity on National Forests and for the protection and management of wildlife species and habitats as defined and directed by various Federal Laws and Regulations.

The USDA Natural Resources Conservation Service (NRCS) also has authority for conservation of the Gunnison sage grouse through various Federal Laws.

The USDI Bureau of Land Management (BLM) has authority for conservation of the Gunnison sage grouse and the management of natural resources and land uses on Public Lands through a number of Federal Laws and Regulations.

The USDI Fish and Wildlife Service (USFWS) has authority for conservation of the Gunnison sage grouse through the Endangered Species Act of 1973 and other Federal Laws.

Two other authorities for agencies working on Gunnison sage grouse conservation include a Memorandum of Understanding and a Memorandum of Agreement. In 1994, several federal agencies, including those listed here, signed a Memorandum of Understanding to establish a general framework for better cooperation and participation among these agencies in the management and conservation of species at risk, which are tending towards federal listing as threatened or endangered. In 1995, the state of Colorado and the U.S. Department of Interior entered into a Memorandum of Agreement which committed agencies in the Department of Interior and the state to collaborate and cooperate in management and conservation of declining populations of fish and wildlife and their habitat. This agreement has 2 important tasks: "The state and the Department agree to develop and implement programs to determine and monitor the status of species at risk;" and "The state and the Department will encourage partners and stake holders to take a leadership role in working with the state and the Department to develop and implement conservation actions through Conservation Agreements and Recovery Agreements. " A list of species for which the Department and the state would initially focus conservation actions on was written. This list specifically mentioned declining populations of sage grouse.

**Factor E.      Other natural or manmade factors affecting its continued existence.**

Natural factors affecting the continued existence of Gunnison sage grouse in the Piñon Mesa Area include natural fragmentation and severe weather conditions during the nesting and early brood periods. Fire suppression is a man-made threat leading to changes in habitat through invasion of piñon-juniper and allowing sagebrush habitat types to become dominant, old-aged stands. Other man-made factors that effect sage grouse include continuous noise that impairs the acoustical components of males on leks; disturbance from construction or other projects; harassment from pets; and disturbance, death, or habitat degradation from use of off-highway-vehicles (OHV's)

To address these threats, fire or other habitat management may be prescribed to remove invasive trees and restore native plants and vitality to the sagebrush habitats used by sage grouse. Additionally, noise ordinances or restrictions during critical periods near leks may be enforced, construction start up dates may be delayed or modified, pets may be encouraged to be controlled or limited, and OHV use areas and other travel management in key sage grouse areas may be enforced.

BLM_0062271

APPENDIX C          LIST OF WORKING PARTICIPANTS

| | |
|---|---|
| Aubert, Dahl | Rancher/Landowner |
| Braun, Clait | CDOW |
| Chesnick, Belle | Rancher |
| Creeden, Paul | CDOW |
| Crompton, Brad | Utah Division of Wildlife |
| Dollerschell, Jim | BLM |
| Gleason, Roy and Barbara | Rancher/Landowner |
| Gore, Warren | Rancher/Landowner |
| Graham, Van | CDOW |
| Ireland, Terry | USFWS |
| King, Doug | Rancher/Landowner |
| Lambeth, Ron | BLM |
| Meinhart, Don and Florine | Rancher/Landowner |
| Power, Rod | Rancher/Landowner |
| Tipping, Ron | Rancher/Landowner |
| Toolen, John | CDOW |
| Van Loan, Jay and Dori | Rancher/Landowner |
| Wallace, Guy | Utah Division of Wildlife |
| Yamashita, Steve | CDOW |

BLM_0062272

**APPENDIX D**                    **SIGNATURE PAGE**

The following parties are interested in the maintenance and enhancement of Gunnison sage grouse on Piñon Mesa. These signatures demonstrate their willingness to preserve Gunnison sage grouse and its habitat on Piñon Mesa to the best of their abilities.

_____          5-24-00
Steve Yamashita, Area 7 Wildlife Manager          Date
Colorado Division of Wildlife
West Region

_____          5-24-00
Catherine Robertson, Area Manager          Date
Bureau of Land Management
Grand Junction Resource Area

_____          5/24/00
Allan Pfister, Assistant Field Supervisor          Date
Department of Interior
United States Fish and Wildlife Service

_____          6-15-00
James Currier, District Conservationist          Date
National Resource Conservation Service
Grand Junction Field Office

_____          5/24/00
Utah Division of Wildlife Resources          Date
Price, Utah

_____          5/24/2000
Piñon Mesa Gunnison sage grouse partnership member          Date

_____          5/24/00
Piñon Mesa Gunnison sage grouse partnership member          Date

_____          5-24-00
Piñon Mesa Gunnison sage grouse partnership member          Date

_____          5-24-00
Piñon Mesa Gunnison sage grouse partnership member          Date

30

_____        5-24-00
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        6/2/00
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

_____        _____
Piñon Mesa Gunnison sage grouse partnership member        Date

31

BLM_0062274

APPENDIX E                    MALE SAGE GROUSE COUNTS

High Counts of male Gunnison sage grouse, Piñon Mesa, Mesa County, Colorado

| Lek Site | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|
| Fish Park | 2 | + | + | + | + | -- |
| Luster Basin | 3 | 3 | 7 | 7 | 6 | 6 |
| Mountain Island | | | | | + | -- |
| Nelson Creek | 6 | 5 | 4 | 4 | 3 | 5 |
| Payne Mesa | | | | | | |
| Lower (north) | 1 | 5 | + | + | 2 | 5 |
| Pond | 0 | 8 | 8 | 4 | 8 | 11 |
| Upper (south) | 4 | 3 | 4 | 11 | 10 | 6 |
| Thompson Reservoir | 0 | NC | NC | NC | NC | NC |
| Totals | 16 | 24 | 23 | 26 | 29 | 33 |

+ Notes presence of grouse at leks as observed by sign (droppings, tracks, feathers), but no observation of birds.
-- Notes no presence of grouse noted during count.

32

BLM_0062275



# SPECIAL ISSUE: ARCHAEOLOGY AND HERITAGE TOURISM

## ANNUAL MEETING SUBMISSIONS DEADLINE: SEPTEMBER 7, 2005

# the SAArchaeological record

MAY 2005 • VOLUME 5 • NUMBER 3



S O C I E T Y   F O R   A M E R I C A N   A R C H A E O L O G Y

BLM_0062276

# SELECTED TITLES FROM THE SAA PRESS



*Readings in Late Pleistocene North America and Early Paleoindians: Selections from American Antiquity.* Compiled by Bruce B. Huckell and J. David Kilby. This Reader focuses on one of American Archaeology's most interesting topics: the presence of late Pleistocene humans in North America. The volume features articles and reports from the journal American Antiquity, and is an ideal text for graduate and undergraduate courses. 312 pp. 2004. ISBN 0-932839-26-6. Regular Price: $27.95.  SAA Member Discount Price: $21.95.

*From Campus to Corporation: Emergence of Contract Archaeology in the Southwestern United States.* Edited by Heidi Roberts, Richard V. N. Ahlstrom, and Barbara Roth. This book chronicles one of American Archaeology's most fascinating stories: the growth of contract archaeology in the American Southwest. The contributors, all contract archaeologists themselves, provide firsthand narratives of this exciting story. 176 pp. 2004. ISBN 0-932839-27-4. Regular Price: $33.95, SAA Member Discount Price: $26.95.





*Our Collective Responsibility: The Ethics and Practice of Archaeological Collections Stewardship.* Edited by S. Terry Childs. Archaeological curation is in a state of crisis. Existing collections have inadequate space, resources, and professional staff; meanwhile, new collections continue to grow at an alarming rate. Making matters worse, many existing collections are in deplorable condition. In the introduction to this timely book, editor S. Terry Childs argues that "until archaeologists truly accept their roles and responsibilities to the collections they create, as well as the value of those collections, the crisis will continue to intensify." 190 pp. 2004. ISBN 0-932839-28-2. Regular Price: $30.95,  SAA Member Discount Price: $23.95.

*Archaeologists and Local Communities: Partners in Exploring the Past.* Edited by Linda Derry and Maureen Malloy. In this timely volume, the contributors provide case studies that range geographically from the Bering Sea to the suburbs of Washington, D.C. The book shows that by involving communities in archaeological projects, archaeologists build public support for archaeological sites and, in so doing, enrich the quality of the archaeological research itself. This text is an invaluable handbook for practicing archaeologists and students interested in establishing local community partnerships. 193 pp. 2003. ISBN 0-932839-24-X. Regular Price: $26.95, SAA Member Discount Price: $21.95.





*Readings in American Archaeological Theory: Selections from American Antiquity 1962–2002.* Compiled by Garth Bawden. This Reader is an ideal text for graduate core classes in archaeological history & theory, and undergraduate theory and survey courses. The articles provide critical discussions in American archaeology over the past 40 years. 292 pages. 2003. ISBN 0-932839-25-8. Regular Price: $24.95, SAA Member Discount Price: 19.95.

## SEE INSIDE BACK COVER FOR ORDERING INFORMATION

BLM_0062277

# the SAArchaeological record

*The Magazine of the Society for American Archaeology*

**VOLUME 5, No. 3**
**MAY 2005**



| | | |
|---|---|---|
| Editor's Corner | 2 | *Teresa L. Pinter and Mary L. Kwas* |
| From the President | 3 | *Kenneth M. Ames* |
| In Brief | 5 | *Tobi A. Brimsek* |
| Archaeopolitics | 6 | *David Lindsay* |
| Introducing the New Co-Editors for *Latin American Antiquity* | 7 | *Mark Aldenderfer and José Luis Lanata* |
| Where Are They Now? | 8 | *Barbara Purdy* |
| Heritage Tourism and Archaeology: Critical Issues | 9 | *Teresa L. Pinter* |
| Archaeology and Tourism in and around America's National Parks | 12 | *Barbara J. Little and Francis P. McManamon* |
| Enhancing Cultural Heritage Management and Research through Tourism on White Mountain Apache Tribe Trust Lands | 15 | *John R. Welch, Karl A. Hoerig, and Raymond Endfield, Jr.* |
| A New Route in Heritage Tourism on Florida's Southwest Coast | 20 | *Uzi Baram* |
| Making the Past Visible at SunWatch Indian Village: A Late Prehistoric Native American Site in Dayton, Ohio | 23 | *William Kennedy and Andrew Sawyer* |
| The (Re-)Birth of a Nation: Urban Archaeology, Ethics, and the Heritage Tourism Industry | 26 | *Kelly M. Britt and Christine Chen* |
| Two Museums, Two Visions: Representing Cultural Heritage in Cusco, Peru | 29 | *Helaine Silverman* |
| Local Identity, National Memory, and Heritage Tourism: Creating a Sense of Place With Archaeology | 33 | *Paul A. Shackel* |
| Heritage Interpretation: Tourism Cake, Not Icing | 36 | *Tim Merriman* |
| Talking about Heritage and Tourism | 39 | *John Carman and Susan Keitumetse* |
| The World Heritage List: Going for the Gold | 42 | *Mary L. Kwas* |
| **REPORT FROM THE SAA BOARD OF DIRECTORS** | 46 | *Dean R. Snow and Linda Cordell* |
| **SAA ANNUAL BUSINESS MEETING** | 48 | |
| **2005 AWARD RECIPIENTS** | 52 | |
| **NEWS & NOTES** | 58 | |
| **CALENDAR** | 59 | |
| **POSITIONS OPEN** | 60 | |

*Cover photo: Reconstructed houses at SunWatch Indian Village/Archaeological Park, located in Dayton, Ohio. Photo courtesy of Bill Patterson, Patterson Graphics.*

BLM_0062278



*The Magazine of the Society for American Archaeology*

**VOLUME 5, NO. 3**
**MAY 2005**

The SAA Archaeological Record (ISSN 1532-7299) is published five times a year and is edited by John Kantner with assistance from Erin Hudson.

Deadlines for submissions are: December 1 (January), February 1 (March), April 1 (May), August 1 (September), and October 1 (November); send to John Kantner, *The SAA Archaeological Record*, Department of Anthropology and Geography, Georgia State University, 33 Gilmer St., Atlanta, GA 30303-3083. For information, call (404) 651-1761; fax (404) 651-3235, or email kantner@gsu.edu.

Manuscript submission via email or by disk is encouraged. Advertising and placement ads should be sent to SAA headquarters, 900 Second St., NE #12, Washington, DC 20002, (202) 789-8200.

Associate editors include:
Gabriela Uruñuela [Exchanges, Mexico & Central America]
email: gabriela@mail.udlap.mx
Jose Luis Lanata [Exchanges, Southern Cone]
email: jllanata@filo.uba.ar
Anne Vawser [Government]
email: Anne_Vawser@nps.gov
Cory Breternitz [Insights]
email: COBRDSSI@aol.com
Mark Aldenderfer [Interface]
email: aldenderfer@anth.ucsb.edu
John Hoopes [Networks]
email: hoopes@ku.edu
Teresa Pinter [Public Education]
email: tpinter@acstempe.com
Kurt Dongoske [Working Together]
email: kdongoske@winslow-az.net

Inquiries and submissions should be addressed directly to them. *The SAA Archaeological Record* is provided free to members and institutional subscribers to *American Antiquity* and *Latin American Antiquity* worldwide. The SAA Archaeological Record can be found on the Web in PDF format at

www.saa.org/publications/thesaaarchrec/index.html.

Past issues of the *SAA Bulletin* can be found at

www.saa.org/publications/saabulletin/index.html.

Copyright © 2005 by the Society for American Archaeology.
All Rights Reserved

Manager, Publications:
John Neikirk
Design: Victoria Russell
Papertiger Studio • Washington, DC
Production: Peter Lindeman
Oakland Street Publishing • Arlington, VA



# EDITOR'S CORNER

## Teresa L. Pinter and Mary L. Kwas, Guest Editors

*Teresa L. Pinter is Principal Investigator at Archaeological Consulting Services, Ltd., Tempe.*
*Mary L. Kwas is Research Associate/Education Specialist with the Arkansas Archeological Survey.*
*University of Arkansas-Fayetteville.*

**Special Issue on Archaeology and Heritage Tourism**

While not a recent phenomenon, interest in heritage tourism has exploded over the past several decades into a worldwide industry, creating both opportunities and concerns. Archaeological sites can be particularly problematic as tourism destinations because of their physical fragility and potential for interpretive bias. Yet heritage tourism also provides an incredible opportunity for archaeologists to reach out to the public, educating them and nurturing their interests not only in the history and prehistory of individual sites, but also about the methods, ethics, and current issues of archaeology.

This special issue on heritage tourism arose out of our long-term commitment and involvement in public education about archaeology and a firm belief that archaeologists can and must play an advocacy role in archaeological tourism. Our partners in this issue bring diverse perspectives and experiences in heritage tourism, and we value and appreciate their participation. We are also grateful for John Kantner's enthusiasm and support over the past year in bringing this topic to the SAA membership. The series of articles in this issue explores a range of ideas, problems, and creative solutions facing archaeologists and the managers of archaeological sites. Pinter begins by introducing heritage tourism through a discussion of critical issues and the role of archaeology and encourages greater participation by archaeologists as partners in the tourism industry. The effects of heritage tourism on the local community are explored in three papers. The competing interests of an urban archaeology project are examined by Britt and Chen, while Shackel discusses the importance of a sense of place at a multi-ethnic site and the contribution of archaeology to local identity. He emphasizes the role of archaeologists as collaborators in heritage tourism and appeals for applied training. Welch, Hoerig, and Endfield provide valuable insights into cultural heritage management issues and the relationship between tourism, archaeology, and Native Nation development through their positive experiences with the White Mountain Apache Tribe.

The promotion of archaeological sites as tourism destinations is explored in four articles. Kwas provides a brief overview of the international program designating World Heritage Sites, urging recognition of more U.S. properties as places worthy of World Heritage status. The issues of promotion and preservation on guided tours are considered by Walker. Little and McManamon encourage expanding the effects of tourism across parks outside the National Park system to reduce adverse impacts on over-visited resources, while improving civic engagement and the presentation of sites to the public. Baram explores the successful synergy of a cooperative venture with multiple private

☞ *EDITOR'S CORNER, continued on page 4*

BLM_0062279



# FROM THE PRESIDENT

### Kenneth M. Ames

*Kenneth M. Ames is the President of the Society for American Archaeology.*



Dear Colleagues:

In the last year, the Society has taken several electronic steps. This year's meeting was the first in which SAA provided LCD projectors and was the last in which it provided slide and overhead projectors. The rapid disappearance of slide technology is quite startling, particularly for someone like me with boxes filled with thousands of slides from projects and for teaching. My cherished visual equipment is extinct, driven there by market forces and rapid technological changes. While this is intellectually interesting to a discipline that studies technological change, of more immediate interest is that at next year's conference in San Juan, Puerto Rico (April 26–30, 2006), no slide or overhead projectors will be provided (you will be able to rent either or both). Symposia organizers and session chairs will have to arrange for laptops. I will say that again: *symposia organizers and session chairs will have to arrange for laptops.* The Society cannot afford rentals for both LCD projectors and laptops. The Call for Submissions (http://www.saa.org/meetings/submissions.html) has a place where those submitting general session papers can offer to chair the session and bring their laptop to load all the presentations prior to the session. If you are submitting a general session paper, please consider checking this box and being a session chair. We need your help to make general sessions runs smoothly.

The Society also started optional electronic dues renewal, if you want it, and only if you want it. Many of us, myself included, like our paper renewal notice. We are attached to paper, or what Past-President Lynne Sebastian calls "Holocene technology," implying we are now in a Post-Modern, Post-Holocene age. In any case, you can elect, by checking the appropriate box on your renewal form, to receive your renewal notices via email and, by clicking on the URL (https://ecommerce.saa.org/saa/source/members/signpay1.cfm), pay electronically. You can also log on to SAAweb any time and renew electronically—you don't need to wait for the notice after October 15 in any given year.

The same option exists for voting in the Society's next election. You can vote either on paper, in the usual manner, or, upon receiving your ballot notice, you can go online and vote. Your anonymity if voting online will be protected. We are hoping that the online option will increase participation in SAA elections by making voting easier and because electronic ballots are not dependent on any one country's postal service. Oddly enough, I am completely post-Holocene in voting and look forward to voting electronically as soon as I receive my ballot.

The Society offers these choices because, as in many matters, opinions among our members vary widely about the desirability of email, computers, and so on. Some would see the entire operation completely online, including publications. Others find email and the web anathema and would instantly quit if that happened. We are trying to offer the best balance of options that serves the membership and is affordable. We afforded the LCDs because of the payout from the interest from SAA's general endowment—which brings me back to next year's meeting.

By the time you read this, you will have received the Call for Submissions for next year's annual meeting. If you are planning on organizing a symposium, I urge you to consider an electronic symposium in which the papers—even the PowerPoint presentations—are posted on the web in advance. Organizers usually give SAA a URL which SAA links on SAAweb (http://www.saa.org/meetings/esymposium/). In this way, people can access and read them before the sessions, hopefully leading to more discussion and exchange of ideas. This does require a change of disciplinary culture (you can't prepare your paper the night before), but the change is worth it to increase the fertility of the meetings.

One last point about change and next year's meeting: it will be different in one significant way from previous meetings. The convention center and the headquarters hotel are about a mile apart. Normally a mile's walk early on a soft, balmy tropical

BLM_0062280



## New from Thames & Hudson

**The Complete World of Human Evolution**

**Chris Stringer & Peter Andrews**

A compelling, authoritative, superbly illustrated account of the rise and eventual domination of our species

A selection of Discovery Channel and Scientific American book clubs

240 pages / 432 illus.

**the human past**

**Edited by Chris Scarre**

A groundbreaking introductory world prehistory textbook that presents the vast panorama of human social, cultural, and economic development over 3 million years

784 pages / 753 illus.

Wherever books are sold

**Thames & Hudson**

thamesandhudsonusa.com

## FROM THE PRESIDENT

morning would be enticing, but this is not *that* mile. SAA will be running continuous shuttle buses between the center and hotel during the scheduled session hours. The Puerto Rico Convention and Visitors Bureau is subsidizing this service. The in-house caterers at the convention center will sell lunches, including ethnic selections, in the convention center so you won't be trapped with an Early Archaic box lunch. Symposia, general/poster sessions, and exhibits will be at the convention center, while the meetings of committees, interest groups, the Board, and all allied groups will be at the headquarters hotel. Wednesday registration as well as the Wednesday night opening session will also be at the headquarters hotel. Registration will move to the convention center on Thursday. While this may seem inconvenient, it is a small price to pay for the opportunity to meet in San Juan. I am excited about this conference and looking forward to seeing you all there. Remember the dates: April 26–30, 2006. 📧

Sincerely,

*Kenneth M. Ames*

Kenneth M. Ames

---

*EDITOR'S CORNER, from page 2*

and public concerns in promoting and preserving a broad range of cultural resources representing Florida's prehistoric past.

The importance of interpretation and its various contributions are covered in three articles. Kennedy and Sawyer discuss the difficulties of interpretation at an archaeological park with no aboveground remains and illustrate how reconstructions can be handled responsibly and effectively. Sounding a cautionary note about the use of archaeology in promoting national identity for political purposes, Silverman contrasts the different approaches to interpreting Peru's pre-Columbian past at two museums in Cusco, Peru. Merriman provides an overview of the role of interpretation at archaeological sites. He also raises the importance of measuring outcomes, outputs, and impacts of interpretive programs as part of responsible heritage resource management strategies. Walker makes a similar appeal for measurable results, citing the lack of available scholarly data on visitor evaluations. Meanwhile, our colleagues in the United Kingdom are developing heritage studies as an explicit area of research, and Carman and Keitumetse provide a synopsis of the results of a recent conference held in Cambridge, England that explores the various dimensions of the phenomenon we call "heritage." 📧

## IN BRIEF



# IN BRIEF

**Tobi A. Brimsek**

*Tobi A. Brimsek is executive director of the Society for American Archaeology.*

### An E-Vite to SAA Members!

SAA would like to invite you to take advantage of the technology we have put to work for you:

- How would you like to vote in SAA's next election via the web?
- How would you like to receive your renewal notices via email with a link to online renewing?

We are trying to simplify your business with the Society and give you a choice to do what is most convenient for you. An election ballot web link and/or a dues renewal notice web link can come to you via email. No paper, nothing to mail back. You simply need a current email address in our records and web access. Of course, your option to receive a paper ballot or paper dues renewal notice remains the same. **You get to choose!** You can even set up these options electronically! How? Please follow these easy steps:

1. Log into the SAA Members' Only section of the web (even if you have never done this before, it is easy!)
2. Select the "Update my membership information instantly" link
3. Select the "More Info" button
4. Select the "Mbr_Profile" link
5. Select the "Email Renewal" box to receive dues renewal notices electronically
6. Select the "Vote On-Line" box to receive an email containing a link to the ballot website
7. Select the "update" button to save your selections
8. Select "OK" once your selections have been recorded

Any problems? Contact us at membership@saa.org or phone us at (202) 789-8200.

If you want the staff to set these options for you, just drop us an email at membership@saa.org, send us a fax at (202) 789-0284, call us at (202) 789-8200, or write us at SAA Attn: Membership, 900 2nd St. NE #12, Washington, DC 20002-3557, and we will set one or both of these options for you. Most importantly, *it is your choice.* If you would like to continue receiving paper renewals and paper ballots, they will be sent to you that way.

### Staff Transition

Later this summer, Jennie Simpson, SAA's coordinator, Membership and Marketing will be leaving her position to begin a Ph.D. program at American University in Social Anthropology focused on grass roots organizing and transnational social movement in a feminist human rights context. We all want to wish Jennie the best in her career pursuits and thank her for her contributions to the SAA staff team!

### SAA Annual Meeting in 2006

An incredible experience awaits you at the SAA 71st Annual Meeting in San Juan, Puerto Rico. It promises to be a meeting like no other! The deadline for submissions for this meeting is September 7, 2005 with the grace period ending on September 14, 2005. And remember...

**There is a major technology change in 2006 for the Annual Meeting!** LCD projectors will replace slide and overhead projectors in session rooms. SAA will not provide laptops. For details, see the Call for Submissions (mailed April 1) or the electronic version on SAAweb. Questions? Contact us at meetings@saa.org or call the SAA headquarters at (202) 789-8200. 

BLM_0062282

ARCHAEOPOLITICS



# ARCHAEOPOLITICS

### David Lindsay

*David Lindsay is manager, Government Affairs for the Society for American Archaeology.*

## The Battle Over Historic Preservation Is Drawn

The integrity of property rights has been a concern since the first historic preservation bills were enacted into law nearly a century ago. As the federal government grew in size along with its mandate, and further preservation and environmental laws and regulations were put into place, this concern has only increased. This is particularly true in the west, where the federal government itself owns vast amounts of land. Over time, this unease grew into opposition, and from there into a full-blown political movement dedicated to restructuring the federal government's land use statutes to drastically reduce what opponents see as an overly broad federal imprint on the nation's land uses.

In addition to this impulse, frustration continues to build over the perceived inefficiency of the federal government and its rules and regulations. These two lines of thinking come together over federal historic preservation policy. In the past, property rights advocates have complained about the Endangered Species Act, the National Environmental Policy Act, and the Antiquities Act. While those statutes are certainly still on the list of concerns of the property rights lobby, the spotlight has shifted to the National Historic Preservation Act (NHPA), and its Section 106 in particular.

One of the concerns brought forward by critics of the Act is the perceived threat that the listing of a property on the National Register poses to an owner's rights. Scattered examples of disputes that have arisen between owners and local governments over restrictions on the use of properties listed on the Register have been held up as reasons to amend the law. On the efficiency side of things, a coalition of interests that have concerns with the amount of time it takes to carry out the requirements of the NHPA and identify and protect Register-eligible properties from the adverse effects of project construction have also gathered to demand changes in the law.

The confluence of these two movements has resulted in a draft bill that has been circulated around Capitol Hill by the leadership of the House Resources Committee. Although the bill would address several issues within the NHPA, including the reauthorization of the Historic Preservation Fund, and a number of items dealing with the Advisory Council on Historic Preservation, the core of the bill would amend Section 106. The key provision of the bill reads: "Section 106 of the National Historic Preservation Act (16 USC 470f) is amended by striking 'or eligible for inclusion in' and inserting 'or determined by the Secretary to be eligible for inclusion in.'"

The members of the historic preservation community have differing opinions on what the intent of the authors of the provision is, and what the effect of the provision would be, if enacted. The SAA has posted an alert to its membership on SAAweb (www.saa.org), explaining its point of view on the matter, and urging SAA members to contact their representatives in Congress in opposition to the provision. The SAA also submitted testimony for a Resources Committee hearing on the issue held on April 21.

Regardless of how one views the possible effects of the draft legislation, there is no question that there are interests both within and outside of Congress which would like to alter the NHPA to greatly reduce the protection that the nation's historic resources currently enjoy. The draft legislation is the first phase of what promises to be a protracted struggle to ensure that we do not return to a time when America's historic treasures were regularly damaged or destroyed in the name of progress.

You can read SAA's testimony for the April 21 hearing at http://www.saa.org/goverment/NHPSAAtestimony.pdf. In addition, there is more information on the issue in the Society's member alert at http://www.saa.org/goverment/section106.html. If you have any questions about this or other government affairs issues, please contact me at 202-789-8200, or david_lindsay@saa.org. Also, don't forget to sign up for the SAA's monthly government affairs electronic update. It's sent to the email address of your choice, and is free for SAA members!

BLM_0062283

## ANNOUNCEMENT

# INTRODUCING THE NEW COEDITORS FOR
# *LATIN AMERICAN ANTIQUITY*

### Mark Aldenderfer and José Luis Lanata

Starting with Volume 16, we are the new *Latin American Antiquity (LAA)* coeditors. We take this as an important challenge. Although we are aware of the historical trajectory and tradition of *LAA*, we also believe it is time to modernize and help it become one of the key journals of Latin America archaeology, both for American professionals—in the broadest sense—and for colleagues of other nationalities that do research in this region.

We have a number of goals for our editorship. We strongly support the statements of editorial directions published by previous editors (Kepecs et al., *LAA* 8[1], 1997; Schreiber, *LAA* 10[2], 1999). These statements make it clear that *LAA* is not simply a regional journal, but one that makes every effort to reflect the broader interests of the membership of SAA. We intend to continue the tradition established by these editors. However, we also acknowledge, as have previous editors, that *LAA* is meant to serve Latin American archaeology, broadly defined. In this sense, *LAA* must be a journal that covers any archaeological theme, irrespective of the authors nationality. This is an essential tension that continues to trouble the journal, and to some extent, it has made it difficult for *LAA* to define an identity separate from that of *American Antiquity*. To help the journal through this process, we intend to make a strong and consistent effort to publish papers on major theoretical concerns and issues of importance to Latin American archaeologists. Theoretical frameworks with a distinctly Latin American perspective have emerged over the past decade or so; some have strongly processual or post-processual flavors, while others seek to identify the role that indigenous traditions should play in the development of national archaeological identities. We believe that *LAA* should provide a place for the presentation of the best of these ideas. This could be accomplished through active solicitation of papers that embody these perspectives as they are applied to empirical research. Yet another way to foster this discussion and debate would be to create a "Forum" section in *LAA*, much like that found in *American Antiquity*, wherein these perspectives can be presented and argued. Whatever the specific mechanism, we think this approach will help to define an *LAA* identity. We will also encourage the publication of more short reports and contributions, with the goal of getting more authors to think about *LAA* as their publication vehicle of first choice.

To modernize the journal, we must speed up the paper submission and review process. We want to submit as many manuscripts as possible to reviewers via the Internet. This saves both time and money. To accomplish this, we ask that authors **suspend sending paper copies** of their manuscripts, and instead **submit their manuscripts in digital format** on CD. Preferred file formats are Microsoft Word (.doc or .rtf). For figures and maps, please send **low-resolution** TIFF or JPEG files. Please do not send publication-quality images, but only those sufficient for manuscript review. If your paper is to be published, we will request high-resolution images. We will, of course, continue to accept paper manuscripts, but be advised that this will slow the review process. For details of manuscript preparation, please consult the current editorial norms online at http://www.saa.org/publications/Styleguide/styframe.html.

To help us keep this process moving, we ask that all reviewers please return their reviews to us within **three weeks** of receipt of the manuscript. If this is too painful, just remember that many of the manuscripts submitted to *LAA* are by junior scholars who are attempting to get tenure and build their careers.

Finally, please note that the editorial office of *LAA* will be moving to the University of Arizona in July 2005. If you use a postal service, please send your manuscripts to

Mark Aldenderfer
Department of Anthropology
Haury Anthropology Bldg, Room 210
University of Arizona
PO Box 210030
Tucson, AZ 85721-0030

For FedEx or other commercial delivery services, please use

Mark Aldenderfer
Department of Anthropology
Haury Anthropology Bldg, Room 210
University of Arizona
1009 E. South Campus Drive
Tucson, AZ 85721

☞*ANNOUNCEMENT, continued on page 8*

BLM_0062284

# WHERE ARE THEY NOW?

### Barbara Purdy

When I retired in 1992 as Professor Emerita of Anthropology at the University of Florida and Curator Emerita of Archaeology at the Florida Museum of Natural History, I had no intention of abandoning my long-standing interests in waterlogged archaeological sites, stone working technology, and the unresolved issue of the antiquity of human arrival in the Western Hemisphere. Unique environmental conditions in Florida may furnish an opportunity to unravel the antiquity problem through investigations of quarry sites, sinkholes, and springs. I have been spending my time reviewing everything I can get my hands on about Clovis/Pre-Clovis sites and climate from 10,000 to ca. 25,000–30,000 years ago.

In addition to these passions, I have written three books since I retired *(Indian Art of Ancient Florida,* 1996; *How to do Archaeology the Right Way,* 1996; *West of the Papal Line,* 2002) and have edited a book *(Enduring Records—The Environmental and Cultural Heritage of Wetlands,* 2001) that resulted from an international conference I organized at the University of Florida in 1999. Two recent articles are in press: "One Hundred and One Canoes on the Shore" describes the discovery and analysis of more than 100 canoes from Newnans Lake near Gainesville, Florida (with Donna Ruhl, *Journal of Wetlands Archaeology* 5, Oxbow Books, 2005); "Waterlogged Archaeological Sites" is a global summary of how the preservation of organic materials through time and space has added to knowledge of the past *(Encyclopedia of Archaeology,* Elsevier Press, Oxford, England, 2006).



I have also reviewed numerous books since I retired, and I maintain my membership in the Society for American Archaeology, the Southeastern Archaeological Conference, and the Florida Anthropological Association as well as WOAM (Wet Organic Archaeological Materials), which is part of the International Council of Museums, and WARP (Wetlands Archaeological Research Project). I lecture and conduct workshops around the state from time to time, and travel extensively in and out of the country, often visiting informative sites.

Playing tennis year round (one of the advantages of living in Florida) gives me lots of exercise, and my husband and I have a small citrus grove near a beautiful lake. Our four children, in-law children, and five grandchildren keep us busy remembering birthdays and other special occasions.

**Note from Associate Editor Hester Davis:** I don't know about you, but I was exhausted after reading Barbara's account of her life in retirement. Maybe it's the water or the air in Florida. On the other hand, if you have read the previous contributions to this column, you will know that archaeologists seem to have just been *waiting* to have time to write and are extremely productive as a consequence. ▣

---

*ANNOUNCEMENT, from page 7* ☜

You can also contact us by email to latamaq@u.arizona.edu or latamaq@fibertel.com.ar.

We hope all of our colleagues from the Americas and elsewhere will join us in the *LAA* renovation process. We wish to thank the Publication committee of SAA for their support as well as the entire SAA and *LAA* staff. Finally, we offer a very special thanks to Suzanne K. Fish and María Dulce Gaspar, previous co-editors of *LAA,* for their remarkable job over the past three years. ▣

BLM_0062285

**ARCHAEOLOGY AND HERITAGE TOURISM**

# HERITAGE TOURISM AND ARCHAEOLOGY: CRITICAL ISSUES

### Teresa L. Pinter

*Teresa L. Pinter is Principal Investigator at Archaeological Consulting Services, Ltd., Tempe, Arizona.*

Heritage tourism is travel that provides an authentic experience and communicates the lives, events, or accomplishments of past peoples. In a broader sense, this includes travel to archaeological and historical sites, parks, museums, and places of traditional or ethnic significance. It also includes travel to foreign countries to experience different cultures and explore their prehistoric and historic roots. Also called cultural, historical, archaeology, or cultural heritage tourism, no matter the terminology, it is a worldwide industry of significant proportions.

Over the past few decades, a virtual explosion in heritage tourism has occurred in the U.S. and worldwide. According to a 2004 press release issued by Conservation International and *National Geographic Traveler* (http://www.anangutours.com.au/prWLA04.htm), 700 million people travel internationally each year, supporting an industry that accounts for 11 percent of global gross domestic product. By the year 2020, the number of travelers is expected to approach 1.4 billion. A recent U.S. study by the Travel Industry Association of America and *Smithsonian Magazine* (2003) revealed that 81 percent of traveling adults were considered historic/cultural travelers—a 13 percent increase since 1996.

When planned and managed effectively, heritage tourism can realize positive impacts that include building community pride, enhancing a community's sense of identity, contributing to community stability, providing employment opportunities, and ensuring that cultural and historic sites are preserved and maintained. When poorly managed, heritage tourism can be devastating, leading to culture commoditization, encouraging gentrification that displaces long-established residents and undermines local traditions and ways of life, and causing damage to resources from inappropriate treatments and uncontrolled visitation. With the current growth in heritage tourism, there is rising concern about, and awareness of, a number of critical issues. A few of these are briefly examined here, including identifying and evaluating heritage tourism resources, interpretation and education, preservation and protection, and sustainability.

### Identifying and Evaluating Cultural Sites as Heritage Tourism Resources

With the world becoming more accessible to travelers, there is increasing pressure on remote locations as adventure tourists seek the path less traveled. How should cultural resources be evaluated for heritage tourism development? The answer requires assessment from a variety of perspectives with the involvement of multiple constituencies. Archaeologists can, and should, play an important role in this process, which should involve looking at the resource from a local, regional, national, and perhaps even an international cultural perspective. What can the resource contribute to heritage tourism; is it a significant and rare example, or is it one of many similar resources? Will development harm the resource or contribute to its protection and preservation? Do the local community and/or traditional descendants support development? What level of development is appropriate to the resource and the affected community?

Each resource is unique and deserves respect and consideration before development should occur. The complexity of heritage tourism is reflected in a comprehensive publication issued in 1992 by the World Tourism Organization (WTO) called *Guidelines: Development of National Parks and Protected Areas for Tourism*, which looks at such issues as the costs and benefits of tourism in protected areas, tourism carrying capacity, facilities development, and guidelines for providing education and interpretive programs. As archaeologists, we should be aware that fieldwork and interest in a region can have unintended consequences that might lead to resource damage (e.g., inappropriate renovations and vegetation clearing that leads to increased erosion). A common mistake is for communities to assume that they have a destination resource, when in actuality it may only be able to play a supporting role in a larger tourism effort—a strategy that requires multiple levels of collaboration and funding. This approach has served the Scottish tourism industry well. They have developed a multi-tiered tourism network that operates at local, regional, and national levels, and also has a place in the European Union

BLM_0062286

## ARCHAEOLOGY AND HERITAGE TOURISM

(http://www.scotexchange.net/know_your_market). Archaeological resources are recognized as a major niche market that play a supporting role in dispersing visitors among remote and island communities rather than operating as stand-alone destinations.

### Interpretation and Education

Interpretation and education are fundamental components of heritage tourism programs and require appropriate planning and management. They represent effective long-term and comprehensive solutions to combating destruction and vandalism of archaeological and historical sites. They can be used to promote environmental awareness and stewardship, as well as cultural awareness and sensitivity, and to establish a framework for understanding multicultural perspectives. Article 1 of the WTO Global Code of Ethics for Tourism emphasizes the role of education in fostering mutual understanding and respect between peoples and societies (http://www.world-tourism.org/code_ethics/eng.html). The authenticity and quality of heritage tourism experiences are critical to telling the stories of our past and require appropriate training for interpreters as well as adequate research to support such programs.

Research in support of interpretation should be viewed as a continuing activity. As programs develop and new information about the past arises, exhibits and interpretive programs must be revised. Evaluating interpretive techniques on the West Bank of the Nile at Luxor, Chase-Harrell (1989) recognized that successful interpretive programs must provide different levels of information to meet tourist needs; make information available where and when visiting patterns require it; intrude as little as possible on the sites themselves or the immediate environment; and remain useful, attractive, and easily maintainable in a difficult climate.

Major responsibilities of interpretive programs include developing long-term public support for protection of resources by engendering appreciation and understanding of the value of the resources, providing the exchange of information necessary for the successful adaptation of visitors to the resource environment, and developing support for policies and programs that incorporate protection/preservation of resources as a fundamental part of their management and use (Ritter 1989:228).

### Preservation and Protection

Education and interpretation provide a foundation and build a constituency for resource protection and preservation. For each resource, preservation and protection needs must be evaluated as part of an ongoing management process and may change over time. Rehabilitation, restoration, and stabilization are just part of a suite of treatments that should be considered. Excava-



Figure 1: *Visitors to Balcony House at Mesa Verde National Park. The tours take place on an established schedule, are accompanied by an interpreter, and are limited in size to reduce impacts. Photograph by Teresa L. Pinter.*

tion of archaeological sites for interpretive purposes must take into consideration the subsequent need for long-term stabilization and maintenance. Strategies to mitigate overcrowding must be considered to ensure preservation and protection (Figure 1). These and related issues are addressed in two WTO publications. Published in 2001, *Cultural Heritage and Tourism Development* examines how best to develop cultural heritage sites while protecting and preserving them for the long term. The impacts of tourism on preservation of cultural heritage are considered along with policies and guidelines for successful cultural development at the national and local levels. Other important issues that are covered include marketing and promotion, human resource development, and tour-operating perspectives of cultural tourism. *Tourism at World Heritage Cultural Sites* concentrates specifically on archaeological resources and other physical evidence of major historical events that are designated as World Heritage Sites. This 1999 handbook covers a broad range of issues illustrated with case studies (e.g., management philosophy, staffing and budgeting, policies on visitor-generated funds, visitors and local populations, and site interpretation).

Along with site development for heritage tourism comes the responsibility for long-term protection and preservation, which requires an appropriate management and financial structure.

BLM_0062287

## ARCHAEOLOGY AND HERITAGE TOURISM

Article 4 of the WTO Global Code of Ethics for Tourism (http://www.world-tourism.org/code_ethics/eng.html) emphasizes that tourism policies and activities must respect archaeological and historic resources and that funds derived from tourism to cultural sites and monuments should be used, at least in part, to preserve and protect them.

### Sustainability

Cultural resources must be developed and managed in a way that does not damage them. A key principle of sustainable heritage tourism programs is that they should have positive impacts on the local community. *National Geographic's* Sustainable Tourism Resource Center (http://www.nationalgeographic.com/travel/sustainable) offers a program to enhance awareness about sustainable tourism and destination stewardship, promoting principles that include conserving resources, respecting local culture and tradition, and enhancing quality of experience. They introduce the concept of geotourism, which is defined as "tourism that supports the geographical character of a place—its environment, culture, heritage, aesthetics, and the well-being of its citizens." The World Legacy Awards, a program of *National Geographic Traveler* and Conservation International, recently presented the 2004 awards in sustainable tourism. The winner in the heritage tourism category was Anangu Tours, an Aboriginal-owned company that operates in the shadow of Uluru (Ayer's Rock) in the Australian Outback. The tours are designed and led by locals in their native language using an interpreter; visitors experience Uluru through the eyes of traditional Aboriginal people. The first Aboriginal Secondary College was established with profits from the tours, which have strengthened cultural pride and led to renewed interest in traditional skills in the local community. However, even with this success, too little involvement of the local Aboriginal community and too much tourism are still creating pressures on this fragile resource (Tourtellot 2004).

### Identifying the Role of Archaeology in Heritage Tourism

Successful heritage tourism is a collaborative effort that must take place at all levels within the tourism industry. Currently, the WTO is the only intergovernmental organization that offers a global forum for tourism policy and issues. Members include 144 countries and territories and more than 350 public and private affiliates. Although archaeology is a significant component of heritage tourism worldwide, the archaeological community is not integrated into this industry with a coordinated strategy. In the U.S. alone, the scope of the heritage tourism industry is staggering. Heritage tourism programs are housed in a wide variety of locations: tourism offices, humanities and arts councils, historical societies, and others. The federal government has at least 10 departments and more than 20 major programs related to heritage tourism (http://www.achp.gov/heritage

tourism-assist.html). Many organizations are involved, but there is little coordination of efforts. Attempting to better understand the issue, the Advisory Council on Historic Preservation (ACHP) has held two tourism summits. They concluded "there is clearly a need for a central clearing house for interagency sharing of information on available technical assistance as well as resource management as it relates to heritage tourism. The current compartmentalization of program efforts leads to everyone reinventing the wheel" (ACHP 2002:4). Partners in Tourism (http://www.nasaa-arts.org/artworks/partners.shtml) is taking steps to address this issue. This U.S. coalition of national associations and federal agencies is attempting to build a common agenda for cultural tourism but has little apparent archaeological representation.

We have an opportunity to make a significant contribution in educating and influencing the tourism industry, but how best do we achieve this? We need to educate ourselves, and the tourism community, on the critical issues related to archaeology and heritage tourism. We also need to determine how to work as compatible partners with the tourism industry. The recently formed Heritage Tourism Task Group, part of the SAA's Public Education Committee, is making strides in this direction and is exploring the role(s) the archaeological community should pursue to be most effective. Bringing together a variety of perspectives in this special issue of *The SAA Archaeological Record* is an initial effort toward that goal.

### References Cited

Advisory Council on Historic Preservation
2002 *Heritage Tourism and the Federal Government: Summit I–Report of Proceedings.* Advisory Council on Historic Preservation, Washington, D.C.

Chase-Harrell, Pauline
1989 The Use of Interpretive Techniques to Increase Visitor Understanding and Reduce Pressure on Fragile Resources: The West Bank of the Nile at Luxor. In *International Perspectives on Cultural Parks. Proceedings of the First World Conference, Mesa Verde National Park, Colorado, 1984,* pp. 171–177. U.S. National Park Service in association with the Colorado Historical Society, Washington, D.C., and Denver.

Ritter, J. Thomas
1989 The Role and Responsibility of Interpretation. In *International Perspectives on Cultural Parks. Proceedings of the First World Conference, Mesa Verde National Park, Colorado, 1984,* pp. 225–229. U.S. National Park Service in association with the Colorado Historical Society, Washington, D.C., and Denver.

Tourtellot, Jonathan B.
2004 Destination Scorecard: 115 Places Rated. *National Geographic Traveler* (March 2004):60–67.

Travel Industry Association and Smithsonian Magazine
2003 *The Historic/Cultural Traveler, 2003 Edition.* Travel Industry Association of America, Washington, D.C.

BLM_0062288

**ARCHAEOLOGY AND HERITAGE TOURISM**

# ARCHAEOLOGY AND TOURISM IN AND AROUND AMERICA'S NATIONAL PARKS

### Barbara J. Little and Francis P. McManamon

*Barbara J. Little is an archaeologist with the National Park Service. Francis P. McManamon is the Chief Archeologist for the National Park Service and the Departmental Consulting Archeologist for the Department of the Interior.*

According to National Park Service (NPS) annual visitor statistics, more people visit Montezuma Castle National Monument, a cliff dwelling in the Verde Valley of Arizona between Phoenix and Flagstaff, than enter the Washington Monument in Washington, D.C. (see http://www2.nature. nps.gov/stats/). In 2003, visitation to Montezuma Castle was 637,024, while visitation to the Washington Monument reached 529,985. Such visitation clearly supports findings that the public is interested in archaeology (Ramos and Duganne 2000).

National Parks are obvious destinations for both domestic and foreign tourists, who are often aware of famous or "crown jewel" parks but unaware of others (Figure 1). A few parks suffer from overuse, which can contribute to the physical deterioration of resources, but others receive relatively low visitation. The authors advocate a broadening of the range of archaeological sites that tourists can visit, a "spreading of the load" to reduce adverse impacts on overvisited sites. We also want to promote positive aspects that can be fostered by tourism, such as a stewardship ethic and an understanding of and appreciation for cultural diversity. We would like to see more effective interpretation of archaeological resources in more places and greater public engagement with the issues raised by archaeology. Overall, we are interested both in spreading the effects of tourism across more parks, including those outside the National Park system, and in improved presentation of sites to the public.

### Improving Site Presentation

The archaeological heritage of the U.S. is sometimes quite obvious, as in highly visible pueblo sites in the Southwest or remains of mounds and earthworks in the Midwest and Southeast. The vast majority of sites, however, are much less visible. Archaeological resources hidden beneath the ground surface attest to thousands of years of ancient history as well as hundreds of years of postcontact history that is far too poorly known by most Americans today. Clearly there is a great deal of archaeological heritage curated in collections, but we limit this discussion to sites.



*Figure 1: Rangers and tourist party leaving headquarters for trip to ruins at Mesa Verde National Park, c. 1929. Photograph by George Grant. Credit: National Park Service Historic Photograph Collection.*

Most archaeological resources in most parks are not interpreted to the public. If they were, tourists would have opportunities to experience the rich details of ancient and historic events, evidence of cultural diversity, and lessons about the consequences of history. If we want to increase the amount of archaeological interpretation and shift visitation from overused to underused sites, we need to form our strategies with an understanding of the cultural tourism industry.

Some advice for archaeologists working with tourism professionals comes from Katherine Slick (2002) of the National Trust for Historic Preservation, who admonishes archaeologists to "get on the tourism train." Based on National Trust principles, Slick describes a regional approach based on resource protection, authenticity and quality, and marketing. She pushes us to make sites come alive through connections with lives of visitors. She reassures us that, while entertainment is the primary motivation for people visiting historic sites, this need not imply a need to fictionalize the stories

BLM_0062289

## ARCHAEOLOGY AND HERITAGE TOURISM

being told. In their study of the intersections between Cultural Heritage Management and the tourism industry, McKercher and du Cros (2002) confirm much of this advice, advocating that, in order to promote cultural tourism, lesser attractions should be bundled together into primary destinations, creating networks among sites. They also note that successful sites share certain features: they tell a story, make an asset come alive, make the experience participatory and relevant to tourists, and focus on quality and authenticity.

Although "marketing" is not often in an archaeologist's vocabulary, McKercher and du Cros (2002:202) remind us that one of the uses of marketing is to de-market assets, that is, to reduce demand and shift pressure from fragile areas to more robust ones. We need to ask the right kind of questions about marketing lesser-used sites. Do we want to encourage the casual tourist, who we fear may damage or undervalue the resource? Or are we confident in our abilities to convey a convincing stewardship message to all visitors?

McKercher and du Cros are confident that heritage professionals can shape the presentation of sites to influence the messages that tourists receive. One of the more pressing messages is, of course, site protection and preservation. At the First World Conference on Cultural Parks, Lester Borley, then director of the National Trust for Scotland, described how tourism presents both a potential problem and a potential opportunity for cultural resource enhancement (Borley 1989). Conference participants agreed that careful planning is needed to protect the integrity of historic places and sites and to minimize the impact of tourist facilities and programs. They also agreed that cultural resources must be protected from any "consumptive" use. Tourism and the competition for tourist spending have far-reaching effects on sites, which can come from great distances and unlikely places, such as antiques stores and the demand for antiquities they may fuel. It is therefore not enough to worry about impacts that visitors may cause to sites directly.

### Protecting Resources

NPS tourism policy is designed to promote sustainable and responsible visitor use through cooperation with the tourism industry. NPS Directors Orders (DO), including DO #6 Interpretation and Education, DO #17 Tourism, and DO #75A Civic Engagement and Public Involvement, may be found at http://data2.itc.nps.gov/npspolicy/DOrders.cfm. Parks must identify their own unique limits, however, and operate under the following four premises:

- Resource protection is the highest priority for any park;
- The mandate of preserving essential resources unimpaired for future generations may limit the NPS's ability to accommodate the desires of the tourism industry;



Figure 2: This line of cars at the south entrance of Shenandoah National Park in 1973 hints both at visitor impacts and a potential to reach tourists who are visiting parks for recreational uses. Few of Shenandoah's archaeological resources are visible above ground. Photograph by Fred R. Bell. Credit: National Park Service Historic Photograph Collection.

- High visitation is not necessarily the goal for park management;
- Park managers must take into account both positive and negative effects of tourism on park neighbors.

Providing a larger number of archaeological places that can be visited, and making this information available to tour operators and individual tourists, is one way of reducing the impact on heavily visited sites (Figure 2). One challenge in expanding archaeological tourism is to create partnerships with State, Tribal, and local sites and programs. Effective and efficient communication is key to building relationships. There is a need for more promotion by agencies and organizations that want more tourism. There is also a need for mechanisms through which tribes and others can effectively de-market places or restrict certain activities in specified places or at specified times.

For example, archaeological tourism was promoted early in the Southwest, and there are now several authoritative guidebooks for the area (e.g., Noble 2000; Whitley 1996). Ray Thompson comments, "the idea that archaeology in this country must have something to do with prehistoric southwestern Indians is still deeply rooted in the public mind. Early attitudes about the Southwest and its Indian populations, both past and present, helped get this persistent idea started" (1989:222).

These early attitudes are deeply embedded in both tourism and national identity. As Erve Chambers (2000:17) explains:

BLM_0062290

## ARCHAEOLOGY AND HERITAGE TOURISM

(A)n early justification of modern tourism can be found in its relationship to nation building. For example, travelers to the southwestern United States were encouraged to indulge their interests in Native American and Hispanic cultures in association with ideals of social and political conquest. The Indian peoples of the region were interpreted for tourists not only in respect to their cultural uniqueness, but also as symbols of Western expansion.

The Atchison, Topeka, and Santa Fe Railroad and hotelier Fred Harvey shaped tourism in the southwestern U.S. until the end of World War I, when the automobile opened the region to mass tourism. Then Harvey promoted "Indian Detours" that embedded places like Taos Pueblo and Mesa Verde firmly into the American consciousness (Chambers 2000:24). As a result, tourist expectations of timeless authenticity still haunt Native American people. Historic and current tourism relationships also haunt relationships between archaeologists and Native Americans, especially in the southwestern U.S.

Possibilities for archaeological tourism, fortunately, are hardly limited to the Southwest. There are guides to ancient sites in the Ohio River Valley and the Atlantic Seaboard (McDonald and Woodward 1987; Woodward and McDonald 1986). Others have assembled guides to hundreds of archaeological sites, parks, and museums throughout the U.S. and Canada (e.g., Folsom and Folsom 1993). Throughout the country, public lands with Historic-period archaeological resources are related to African Americans, Asian Americans, and various European nationalities. An excellent example of the Internet as a tourism resource is the guide to archaeological parks maintained by the Arkansas Archeological Survey (http://www.uark.edu/misc/aras/). All of these sources indicate that existing interpreted sites are available to broaden the range of archaeological tourism.

### Enriching Site Presentations

Public outreach and interpretation can help challenge expectations and stereotypes. We propose that presentations of sites should dare to leave people with questions about archaeology, archaeologists, the past, the peoples whose lives created the record, their descendants, and the relationships among these entities. Archaeological resources from both the ancient and recent past raise important issues, many of which can be contentious, particularly when media accounts or oversimplified interpretation pits archaeological explanations against traditional Native American or other descendant viewpoints.

One of the new directions in the NPS today is to take on the challenge of civic engagement. While civic engagement is often thought of in terms of involving the public in planning activities, tools of civic engagement also are used to help interpreters grapple with difficult and complex issues and learn to present such issues to visitors in appropriate ways. The NPS has begun to interpret painful histories, presenting various viewpoints and offering visitors opportunities for both emotional and intellectual connections.

Archaeological resources and an archaeological perspective can lend insights into our national civic dialogues, but not if results are limited to a small circle of archaeologists. Improving public interpretation helps us discuss the public meaning of our archaeological heritage and share expertise and experiences about archaeological stories. Clearly, archaeological resources need active interpreting. As pointed out above, most resources are invisible, and all are palimpsests—a complex overlapping and interweaving of the physical evidence of human activities—that need deciphering.

We hope that tourism can be used to effectively broaden public conversations to include archaeology and the unique perspective it offers on the past. As part of that effort, and as a complement to other web resources, the NPS has launched a series of new web pages designed to encourage visitation to archaeological places. "Visit Archeology" can be found on our website at http://www.cr.nps.gov/aad/visit/.We want to provide visitors, whether they are tourists or virtual visitors via the Internet or other media, with the opportunity to understand and appreciate that long view of the past. ▨

### Acknowledgments

The authors would like to thank Jodi Barnes and Teresa Moyer for their assistance.

### References Cited

Borley, Lester
   1989  Tourism and Heritage: A Creative Tension. In *International Perspectives on Cultural Parks: Proceedings of the First World Conference, Mesa Verde National Park, Colorado, 1984*, pp. 167–170. National Park Service, Washington, D.C.

Chambers, Erve
   2000  *Native Tours: The Anthropology of Travel and Tourism.* Waveland Press, Prospect Heights, Illinois.

Folsom, Franklin, and Mary Elting Folsom
   1993  *America's Ancient Treasures.* 4th ed. University of New Mexico Press, Albuquerque.

McDonald, Jerry N., and Susan L. Woodward
   1987  *Indian Mounds of the Atlantic Coast: A Guide to Sites from Maine to Florida.* The McDonald and Woodward Publishing Company, Newark, Ohio.

McKercher, Bob, and Hilary du Cros
   2002  *Cultural Tourism: The Partnership Between Tourism and Cultur-*

☞ *LITTLE, continued on page 60*

BLM_0062291

**ARCHAEOLOGY AND HERITAGE TOURISM**

# ENHANCING CULTURAL HERITAGE MANAGEMENT AND RESEARCH THROUGH TOURISM ON WHITE MOUNTAIN APACHE TRIBE TRUST LANDS

**John R. Welch, Karl A. Hoerig, and Raymond Endfield, Jr.**

*John R. Welch, Karl A. Hoerig, and Raymond Endfield, Jr. are Heritage Program Advisor, Museum Director, and Tourism Director, respectively, for the White Mountain Apache Tribe.*

Like many Native communities, the White Mountain Apache Tribe (WMAT) of the eastern Arizona uplands is expanding tourism-related economic development and embracing heritage tourism. We discuss how and why this came about, giving particular attention to the WMAT experience in making connections between tourism and cultural heritage management. We approach archaeology as a subdiscipline or skill set within cultural heritage research and management and suggest that archaeologists have more to offer to heritage tourism than does assistance with product development and marketing. If there is a common denominator in successful initiatives in Native communities, it is the identification and assertion of authentic, first-person interests and points of view in project planning and implementation. Accordingly, we emphasize distinctive Apache (Ndee) perspectives and practices relating to the expanding nexus among tourism, archaeology, and Native Nation development.

## Kinishba Ruins and Fort Apache: A Tale of Two Heritage Tourism Initiatives

Two momentous efforts to foster heritage tourism provide an introduction to the early history and prevailing dynamics of archaeology and tourism on WMAT lands. The first effort, Byron Cummings's excavation (ca. 1931–1938) and rebuilding (ca. 1933–1939) of Kinishba Ruins, offers a cautionary tale in developing archaeologically based tourism. The second, the establishment of the WMAT Cultural Center and Museum within the Fort Apache and Theodore Roosevelt School National Register Historic District, exemplifies more successful organization development and capacity expansion founded upon and proceeding through a Native American community agenda.

In 1931, the big-hearted, ambitious, and energetic Byron Cummings—venerable founder of the University of Arizona Department of Archaeology (later Anthropology)—turned his 30-something mind and 70-year-old body to a task almost unimaginable today: the creation, from a hulking Ancestral Pueblo ruin on the Fort Apache Indian Reservation, of a "monument to Indian civilization" that would integrate archaeological research and training, tourist attraction development, intertribal collaboration, and historic preservation. Through the partial excavation (at least 220 rooms) and rebuilding (about half of those excavated) of the 600-room Ancestral Pueblo site known as Kinishba Ruins, Cummings and his crews of students and Apache laborers worked to create on Apache lands a destination on par with National Park Service units at Chaco Canyon, Tuzigoot, Wupatki, and elsewhere.

Undeterred by scarce funding and unremarkable state- and national-level support for his vision, Cummings set about building friendships with Apache workers and families, loyalty among his students,

BLM_0062292

**ARCHAEOLOGY AND HERITAGE TOURISM**



*Figure 1: Apache men roofing a reconstructed roomblock at Kinishba Ruins, ca. 1934. Photograph courtesy of Walter Sanchez, Jr., photograph 6-38, Nohwike' Bagowa collections.*

and partnerships with the Bureau of Indian Affairs (BIA) and various Depression-era public works programs, including the Indian Division of the Civilian Conservation Corps (Figure 1). Investing personal and political capital accumulated during a long career as a University of Arizona teacher and administrator, Cummings sought also to create an on-site museum and caretaker's quarters.

Kinishba never found its legs. Cummings was a world-class humanist and a respectable archaeologist of the period, but his political instincts may have been second-rate, his planning skills third-rate, and his architectural engineering below the charts (he directed the construction of new, cement-mortar masonry walls atop fourteenth-century, mud-mortar stem walls and, after the failure of the bitumol-amended earthen roofs, the pouring of flat cement roofs atop unseasoned, "green" ponderosa pine beams). To be fair, Depression-era funding limitations and the intrusion of World War II constrained his ability to obtain recognition for Kinishba as a Park Service unit. With neither programmatic funding nor a distinctive link between the site and the local Apache population—which could have been employed to create themes for regional and national tourism marketing and political support—the project was abandoned. By the late 1940s, Kinishba was falling into ruin for a second time.

As Kinishba collapsed during the 1960s and 1970s, so did Colonial models for tribal relations. WMAT joined other Native Nations in asserting sovereignty and rights of self-governance and self-determination. In response to mounting concerns over erosion of Apache cultural and language traditions, the Tribe's 1969 decision to open its Cultural Center in the oldest remaining structure at historic Fort Apache stands as a milestone. WMAT appointed Apache language specialist Edgar Perry as the Cultural Center's first director. Working with his wife Corrine, Canyon Quintero, and Ann Skidmore, Mr. Perry made some 600 recordings of White Mountain Apache stories and songs and produced the first Apache-English dictionary. In 1976, with technical assistance from the Arizona Historical Society and funds and collections from local and national sources, WMAT relocated the Cultural Center to the Fort's only surviving barracks. In this larger space, the institution thrived as a gathering place for elders

BLM_0062293

and cultural specialists, an Apache crafts outlet, and a destination for visitors from many countries (Davisson 2004).

Because the Cultural Center was built on a sturdy foundation of serving WMAT interests and empowering tribal members, the 1985 fire that destroyed the barracks and most of the collections dampened, but did not eliminate, enthusiasm for the development of Fort Apache as a hub for Apache cultural perpetuation and intercultural education and reconciliation. After the fire, the museum regrouped in the original log cabin, making plans and seeking funds to rebuild. Started in 1985 with meager insurance settlement funds, and finally completed 12 years later, the Tribe opened a new museum at the western edge of Fort Apache in 1997. Nohwike' Bagowa (House of Our Footprints), the White Mountain Apache Cultural Center and Museum, is dedicated to the continuation and celebration of Ndee heritage. After hosting a variety of temporary exhibits, in May 2004 the Tribe opened a much-anticipated long-term exhibition with funding support from the National Endowment for the Humanities (Figure 2). "Ndee Biké /Footprints of the Apache" provides the first in-depth, first-person interpretation of the Tribe's history, culture, and contemporary life.

Unlike Cummings's Kinishba initiative, the Cultural Center employs methods and goals in harmony with both the cultural setting and financial and political realities. Despite the seasonal presence of archaeologists on WMAT lands from 1931 to 1953 and from 1963 to 1993, neither the sponsoring institutions nor the participating professionals contributed meaningfully to local capacity in cultural heritage preservation, research, management, or tourism. Because archaeologists neither empowered the Tribe nor demonstrated how archaeology-based skills and perspectives could help to address economic and social issues, most tribal members perceived a clipboard as the primary difference between excavators and looters.



*Figure 2: Ndee Biké/Footprints of the Apache is a long-term exhibition providing Apache perspectives on heritage and culture. The exhibit opened in May 2004. WMAT photograph courtesy of Karl A. Hoerig.*

### Creating a Heritage Tourism Hub in Apache Country

In an effort to make the best of the archaeological legacy and build on foundations laid by the Cultural Center, in 1993 WMAT adopted the *Master Plan for the Fort Apache Historic Park* to restore and revitalize the deteriorating historic district. Supported by the Arizona State Parks Heritage Fund and the Fort Apache BIA Agency, *Master Plan* compilation involved an Apache-dominated advisory team. Through an emphasis on the integration of cultural education, historic preservation, community health, and tourism initiatives, WMAT signaled a commitment to create new products for the tourism market while also seeking to balance Euro-American-authored accounts of local history and culture with perspectives derived from Apache oral traditions and historical experience (Mahaney and Welch 2002).

Seeking to reverse the Fort's historical use in the implementation of Federal Indian policy, the Tribe and our partners continue the quest to convert the former Army post and current BIA-funded boarding school from a symbol of political subjugation and cultural oppression into a symbol of hope, sovereignty, and self-determination (Welch and Riley 2001). Apache oral tradition, experience, and heritage are

BLM_0062294

## ARCHAEOLOGY AND HERITAGE TOURISM

inextricably connected to the landscape; "wisdom sits in places" (see Basso 1996). Though many of the stories associated with the site are difficult, they are critical lessons in Apache perseverance.

Recognizing the importance of diverse partnerships and the supporting roles that can be played by academically trained staff, since 1993 the Tribe has engaged anthropologists and museum professionals at Fort Apache. Unlike earlier archaeologists who arrived in pursuit of external agendas, we have had the advantage of learning from the Ndee how to use our skills and training to further the Tribe's goals and expand Tribal members' proficiencies in cultural heritage research and management. Generally working outside of traditional research paradigms, we have gained access to valuable and incompletely documented perspectives on the past without compromising the goal of creating opportunities for tribal member employment and education.

The following highlights of *Master Plan* implementation indicate the expanding WMAT devotion to creating a sustainable heritage tourism destination that reflects Apache values, interests, and perspectives (see also Welch 2000; Welch et al. 2000):

- 1994 establishment, also within the historic district, of the WMAT Office of Tourism, the second tourism organization in Arizona dedicated to tribal interests (after the Navajo Nation's);
- Application of preservation treatments to 11 of the 27 historic structures in the historic district and creation of a suite of interpretive and recreational trails for visitors and community members (Figure 3);
- Development of plans for the Cibecue Welcome Center and accompanying trails, parks, and monuments—the focal point for tourism activity on the "west end" of WMAT lands;
- Stabilization and interpretation of Kinishba Ruins National Historic Landmark; and
- Establishment of the WMAT Tourism Commission to coordinate and expand tourism-related economic development and the Apache Tribal Guides program to facilitate connections among Apache landscapes, Apache families, heritage, and eco-tourists.



*Figure 3: 1893 Commanding Officer's Quarters and interpretive sign, part of the 1.3-mile Fort Apache Interpretive Loop Trail that leads visitors throughout the historic district. WMAT photograph courtesy of Karl A. Hoerig.*

BLM_0062295

## ARCHAEOLOGY AND HERITAGE TOURISM

### Native Nation Building, Heritage Tourism, and Archaeology

Anthropologists can and should play roles in identifying and "operationalizing" authentic community values and interests through the creation of heritage tourism opportunities (see Hoerig 2003). WMAT has accepted stewardship responsibilities for a dazzling array of cultural heritage sites and embarked on an ambitious effort to link self-governance, self-determination, and self-representation to tourism-related economic development. The Tribe is employing Ndee cultural and management principles, integrating historical traditions and contemporary interests into heritage tourism product development. For Ndee and non-Ndee, the effort has improved access to Apache perspectives on ancient traditions, contacts with non-Indians, and 21st-century status and interests, thus encouraging examinations of ambiguous and occasionally hostile sentiments relating to events, places, memories, and the links among these and the imagined frontier.

Because the initiatives discussed here are still in formative stages and because of the crippling effects of devastating drought, wildfires, and declining timber markets on the Tribe's economy, we end with a plea for support for, and participation in, the continuing partnerships among professionals, the Tribe, funding agencies, and local and regional communities. Because we are planning for a self-sustaining cultural heritage management, research, and tourism enterprise, and because we see the need for principles to guide indigenous and small rural communities in the culturally appropriate protection and use of cultural heritage, we seek continuing collaboration in defining and pursuing success in terms of both local capacity and transnational tourism markets.  ▣

### References Cited

Basso, Keith H.
  1996    *Wisdom Sits in Places: Landscape and Language Among the Western Apache*. University of New Mexico Press, Albuquerque.

Davisson, Lori
  2004    Fort Apache, Arizona Territory: 1870–1922. *The Smoke Signal*, 78(Fall):173–196. Tucson Corral of Westerners, Tucson. (Revised version of article originally published Spring 1977 as No. 33.)

Hoerig, Karl A.
  2003    *Under the Palace Portal: Native American Artists in Santa Fe*. University of New Mexico Press, Albuquerque.

Mahaney, Nancy, and John R. Welch
  2002    The Legacy of Fort Apache: Interpretive Challenges at a Community Historic Site. *Journal of the Southwest* 44(1): 35–47.

Welch, John R.
  2000    The White Mountain Apache Tribe Heritage Program: Origins, Operations, and Challenges. In *Working Together: Native Americans and Archaeologists*, edited by K. E. Dongoske, M. Aldenderfer, and K. Doehner, pp. 67–83. Society for American Archaeology, Washington, D.C.

Welch, John R., Nancy Mahaney, and Ramon Riley
  2000    The Reconquest of Fort Apache: The White Mountain Apache Tribe Reclaims its History and Culture. *CRM* 23(9):16–19.

Welch, John R., and Ramon Riley
  2001    Reclaiming Land and Spirit in the Western Apache Homeland. *American Indian Quarterly* 25(1):5–12.

BLM_0062296

# A NEW ROUTE IN HERITAGE TOURISM ON FLORIDA'S SOUTHWEST COAST

### Uzi Baram

*Uzi Baram is Associate Professor of Anthropology at New College of Florida.*

The Trail of Lost Tribes is a not-for-profit network of private and public presentations of the prehistoric past on Florida's West Coast, originally running from Crystal River State Archaeological Park in Citrus County to the Calusa sites in Charlotte Harbor and now anchored in the north by the Florida Museum of Natural History and in the south by Ah-Tah-Thi-Ki Museum (Figure 1). The Trail highlights the impressive prehistoric remains found across the Central Gulf Coast (Table 1). The Trail was founded to encourage the sharing of resources (including the latest scientific knowledge on Florida's prehistoric peoples) among a wide range of organizations and to promote increased visitation of the region's parks, museums, and archaeological sites. The Trail's goals are encapsulated in its mission statement:

> The mission of the Trail of the Lost Tribes, Inc., is to promote awareness, responsible visitation, and protection of the remaining cultural sites of the original people of Florida. Interpretation will engage all levels, and will be consistent and based on current science to encourage heritage tourism.

The concern for current science is the bridge between the organizations that have archaeological sites on their properties or interpret the pre-Colombian past and the professional archaeological community. While public archaeology has been preoccupied with the discourse and practices at the border between professional archaeologists and the public, the Trail represents a border zone, a gray area between the professional and the public. The Trail serves as a partnership network to different organizations and interests, both public and private. It is an intriguing example for considering the challenges of public archaeology, including the tensions of ownership of the past, stewardship, and responsibilities to descendant populations and to a profession whose scholarship exposes the meaning of ancient things and places. Those meanings illuminate the past in terms of the heritage of specific groups, as well as a common human heritage, but also can be financially beneficial for organizations associated with tourism.



*Figure 1: Schematic route of the Trail of the Lost Tribes created by Visit Florida's Great Florida Getaways. The graphic is courtesy of MilesMedia.*

In meetings of the Trail network, the diversity of goals and interests was always clear, even as they were united with a sincere concern for preserving the past in a responsible manner. The Trail network sought to create synergy among organizations, to make available advertising and education programs, and to encourage success for both private organizations and government parks. Preserving the places of the Ancient Ones—as the network labels the pre-Columbian peoples of the Gulf Coast—and educating the public about the places on the Trail and the archaeology of the region fit the concerns of contemporary archaeology. The tone of the endeavor has been celebratory, recovering and honoring the Native peoples and cultures of the region. The major objective is to encourage informed visitation of sites.

BLM_0062297

## ARCHAEOLOGY AND HERITAGE TOURISM

**Table 1: Sites on the Trail of the Lost Tribes in 2003–2004 (listed from north to south).**

- Crystal River Archaeological State, Crystal River
- Florida Museum of Natural History, Gainesville
- May-Stringer Heritage Museum, Brooksville
- Safety Harbor Mound, Philippe Park, Safety Harbor
- Safety Harbor Museum of Regional History, Safety Harbor
- Tampa Bay History Center, Tampa
- Weedon Island Preserve Cultural & Natural History Center, Saint Petersburg
- Science Center of Pinellas County, Saint Petersburg
- Anderson-Narváez Mound at Jungle Prada Mound Park, Saint Petersburg
- Madira Bickel Mound State Archaeological Site, Terra Ceia
- Portavant Temple Mound at Emerson Point Park, Palmetto
- DeSoto National Memorial, Bradenton
- Tallant Collection, South Florida Museum, Bradenton
- Sarasota County History Center, Sarasota
- Historic Spanish Point, Osprey
- Indian Mound Park, Englewood
- Randell Research Center - Pineland, Pine Island
- Museum of the Islands, Pine Island
- Mound Key Archaeological State Park, Estero Bay
- Mound House, Fort Myers Beach
- Ah-Tah-Thi-Ki Museum, Seminole Reservation, Big Cypress
- Florida Anthropological Society (statewide)

## History of the Trail Network

The network grew out of the recognition in 2000 by Karen Fraley and Marty Ardren, co-workers in an eco-tourist company, of the potential of the region for archaeo-tourism. Their tours of coastal Manatee County and the Manatee River included Emerson Point Park, with its impressive but at the time uninterpreted mounds. Groups would ask how to visit similar nearby sites. While there was information available, it was not accessible to the general public. These two women started organizing what became the Trail of Lost Tribes by networking the scholars, cultural resource managers, business people, and avocational archaeologists of Florida. The first goal was the creation of a brochure for tourists and—this was an important move—getting updated scientific information on the prehistoric past of the Florida Gulf Coast.

The name for the network resonates with the work of the artist Theodore Morris of St. Augustine, Florida. He organized his paintings of Florida Native cultures as Florida's Lost Tribes. Since 1992, he has turned research from the archaeological past into impressive images of Native Americans. In 1997, the Florida Anthropological Society (FAS) featured his work in a video, and his artwork is published in a 2004 University Press of Florida volume, *Florida's Lost Tribes* (co-authored with Jerald Milanich). The Trail builds conceptually on that combination of scholarship and creativity.

Because of the energy of the organizers, the concept of a Trail quickly gained support. Archaeologists on the West Coast of Florida and around the state were contacted. The Florida state archaeologist encouraged the endeavor. The local regional chapters of the FAS brought forward volunteers and support; the Sarasota FAS chapter provided an initial institutional home for the Trail. The first network meeting was held in Bradenton, roughly the midpoint for the target region of the proposed organization. Representatives of 15 archaeological attractions showed up, and the group created the mission statement and planned a brochure and speakers series. The cofounders wrote grants to the Florida Humanities Council, Visit Florida's Nature/Heritage Tourism Grant Program, and the Frank E. Duckwall Foundation. The grants were successful, and brochures and a lecture series were organized for winter 2001–2002.

Tourist presentations of the archaeological past are not new. The key innovation for the organization was combining tourism and scholarship, the creation of partnerships. Tours of sites are not new. Creating an accessible means to learn about the archaeological past, in addition to raising the visibility of sites to visit, made for an innovative approach. The innovation excited a wide range of people and organizations.

The network welcomed all organizations associated with the pre-Columbian past to join. The extant informal social network and the need for integration of the sites quickly brought people together into the Trail. The support of leading Florida archaeologists provided scholarly legitimacy for the endeavor and a supply of potential speakers for the lecture series. After the first round of planning, an advisory board was created to include more voices, including Billy Cypress of the Seminole Tribe of Florida, who had written (1997:157) on engagement with archaeology in terms of economic development and the protection of cultural resources.

With successful grants, the organization moved to create the brochure and the lecture series. The brochure was titled *Trail of the Lost Tribes on Florida's Gulf Coast: A Guide to Visiting Our Ancient Archaeological Sites* and included a map of the 19 sites on the trail. The winter 2001–2002 lecture series, "Walking in the Footsteps of the Ancients," was hosted by a local chapter of the FAS with the goals to provide current interpretations of sites and prehistory and to bring the expertise of Florida archaeology to the sites for public consumption. The lecture series was a great success; an estimated 2,500 people attended the events.

The success of that first year led to a network meeting where a Board of Directors was created and charged with filing for 501(c)(3) nonprofit status, applying for more grants, and organizing another lecture series. The second year brought nonprofit status, a handbook for the lecture series, and an

BLM_0062298

## ARCHAEOLOGY AND HERITAGE TOURISM

updated brochure that featured 21 sites and illustrations of artifacts and paintings. With the brochure and lecture series, the Trail succeeded in its primary goal, setting the stage for long-term support for heritage tourism in Southwest Florida.

### The Trail as an NGO

The founders of the Trail sought to build networks to improve interpretation and protection of archaeological sites and raise the profile of presentations of the pre-Columbian past. The Trail is balanced, however, among competing interests and concerns. One way to conceptualize the organization is as a nongovernmental organization (NGO), which is "shorthand for a wide range of formal and informal associations." This diversity, Fisher (1997:447) explains, "means that it is not a simple task to analyze the impact of NGOs" at the local, regional, state, national, and global levels. The Trail seems similar to NGOs, for as Fisher (1997:454) explains, they have practices that "remain discursively constructed through reference to the 'local.'"

Just as archaeology is the basis but not the impetus for the Trail, the organization's goals are grounded in the local needs yet also are part of global heritage tourism. The Trail is an example of the marketing of the past, an endeavor that encourages the consumption of the past (Baram and Rowan 2004). Recent studies have illustrated that archaeological sites have become significant commodities that benefit local interests and have great drawing powers. With the success of heritage tourism, communities and organizations are examining the potential of their areas to host archaeo-tourism. By marketing local examples of the material past, there is a greater need to conserve and preserve those places because there is greater stress to sites with the increased traffic that is the hallmark of successful tourism. The logistics are demanding for small-scale organizations; the Trail offers a means to pool resources to help organizations meet those challenges.

### Tourism and Public Archaeology

Because of the efforts of the Trail, tourists intrigued by the mounds at Emerson Point Park now have easier access to sites across the west-central Gulf Coast, while the presentation stresses continuities, science, and stewardship of the past for a responsible visitation. In a region that does not immediately conjure up notions of the past—Florida's Gulf Coast is presented according to themes of nature and play—people have the opportunity to visit over a dozen places to learn about Native American history.

But a caveat of the partnership between tourism and archaeol-

ogy is warranted. In a widely cited volume, Gottdiener (2001) explores the expansion of themes used in American consumer culture and critiques the "theming of America." Florida seems to be at the forefront of this dynamic set of developments. Phillips (2002:96) organizes multiple examples of marketing communities, with several in Florida, in terms of an "age of themes" and shows that "heritage or cultural tourism is rapidly gaining interest as a variable community development strategy. Numerous communities have incorporated some element of heritage or cultural tourism in their marketing efforts." Some of those communities are focused on particular ethnic or cultural links, while others are broadly organized. Archaeologically based presentations challenge the silences of history, raising the profile of the indigenous past, but also contain conflict between academic concerns and tourist appetites for easier access to complex issues. Studies of the intersection of archaeology and heritage tourism illustrate the paradoxical implications of such heritage tourism, with success leading to superficial presentations or exoticism. Does the "theming" homogenize the diversity of sites, past peoples, and time periods across the region? With the expansion of public archaeology programs and the diversity of partnerships being developed, concerns over representations continue to haunt the continuing success of heritage tourism. 🖂

### References Cited

Baram, Uzi, and Yorke Rowan
  2004    Archaeology After Nationalism: Globalization and the Consumption of the Past. In *Marketing Heritage: Archaeology and the Consumption of the Past*, edited by Y. Rowan and U. Baram, pp. 3–23. AltaMira Press, Walnut Creek, California.

Cypress, Billy L.
  1997    The Role of Archaeology in the Seminole Tribe of Florida. In *Native Americans and Archaeologists: Stepping Stones to Common Ground*, edited by N. Swidler, K. E. Dongoske, R. Anyon, and A. S. Downer, pp. 156–160. AltaMira Press, Walnut Creek, California.

Fisher, William F.
  1997    Doing Good? The Politics and Antipolitics of NGO Practices. *Annual Review of Anthropology* 26:439–464.

Gottdiener, Mark
  2001    *The Theming of America: American Dreams, Media Fantasies, and Themed Environments*. Westview Press, Boulder, Colorado.

Phillips, Rhonda
  2002    *Concept Marketing for Communities: Capitalizing on Underutilized Resources to Generate Growth and Development*. Praeger, Westport, Connecticut.

BLM_0062299

# MAKING THE PAST VISIBLE AT SUNWATCH INDIAN VILLAGE

## A LATE PREHISTORIC NATIVE AMERICAN SITE IN DAYTON, OHIO

**William Kennedy and Andrew Sawyer**

*William Kennedy is Associate Curator of Anthropology at the Dayton Society of Natural History. Andrew Sawyer is Site Manager/Site Anthropologist at SunWatch Indian Village/Archaeological Park.*

Dayton, Ohio is a city that appreciates its heritage and history. Even the most passively interested citizens are aware of the city's connection to aviation through the Wright Brothers, the devastation of the 1913 flood, the work of African American poet Paul Lawrence Dunbar, and Dayton's reputation as a hub of invention. Over the past few decades, the community has also embraced its more distant Native American past as evidenced by the preservation and development of SunWatch Indian Village/Archaeological Park (Figure 1). SunWatch is a small agricultural village built by the Fort Ancient culture circa A.D. 1200. The site is owned and managed by the Dayton Society of Natural History (DSNH), a private nonprofit organization that also operates a natural history museum in Dayton. The existence of SunWatch is a testament to the community's interest in, and respect for, the villagers who farmed the floodplains of the Great Miami River centuries ago. In this article, we will discuss how this unique site developed with the aid of public archaeology and identify some of the successes and challenges inherent in managing a reconstructed site for heritage tourism.

## History of SunWatch

SunWatch, originally named the Incinerator Site, was discovered by avocational archaeologists in the 1960s. When the DSNH became aware of plans to build sewage treatment ponds on the site's location, salvage excavations were initiated. This task began in 1971 under the direction of J. Heilman, Assistant Curator of Anthropology at the time, who recruited local residents to assist with the project. Excavation proceeded quickly under the looming threat of city bulldozers, which could appear at any time with short notice. The site was listed on the National Register of Historic Places in 1975, and that, combined with the public interest and involvement in the site, persuaded the City of Dayton to alter its plans, allowing the site to be preserved. As the site's future became more certain, the focus of the project evolved from salvage to research.

Interpretive elements of the site were added in the form of reconstructions for the visitors who came to view the site in increasing numbers. After 17 years of continuous fieldwork, the excavation was concluded in 1988, and an interpretive center was completed, marking the transition from research to interpretation.

Since 1971, all work conducted at SunWatch has been under the direction of the DSNH. Through the dedicated efforts of staff and volunteers and the financial support of numerous donors, SunWatch has evolved from a site into a *place*—one that is imbued with meaning for the citizens of Dayton. Under the leadership of the DSNH, the public involvement in the excavation, preservation, reconstruction, and promotion of SunWatch has generated the most important reason for its success: a sense of community stewardship.

## Reconstruction and Heritage Tourism

SunWatch serves as a regional landmark and is the primary institution in Dayton for learning about the Native Americans of Ohio. The site receives numerous visitors each year and is well suited as a case study in how physical reconstruction both serves and complicates the interpretation of an archaeological site.

Many archaeologists and historians are reluctant to employ physical reconstruction, and their caution is certainly warranted. Physical reconstruction can be damaging to the archaeological record, misleading to the public, expensive, and subject to individual interpretation. When done well and thoughtfully, reconstruction can also enrich the visitor experience by providing a multisensory encounter that allows them to more fully understand and identify with the people who inhabited the site.

SunWatch includes reconstructions for a variety of reasons, including the fact that the site, lacking earthworks or standing architecture, would otherwise be invisible. The Fort Ancient people utilized clay, wood, grass, and other organic materials to construct their settlements. None of these materials have been preserved at SunWatch beyond postmolds, soil discolorations,

BLM_0062300

## ARCHAEOLOGY AND HERITAGE TOURISM



*Figure 1: SunWatch Indian Village/Archaeological Park is a reconstructed Fort Ancient culture agricultural village in Dayton, Ohio.*



*Figure 2: Staff member Shawn McCarty uses native prairie grass to thatch the roof of the ceremonial Big House.*

and charred fragments of wood and daub. Reconstructions presently include five structures, a portion of the stockade that surrounded the village, a large center pole thought to have been used for observing solar alignments, several pit features, and short posts marking the locations of excavated postmolds. The reconstructed features are placed within the footprints where the original features were discovered, utilizing the same excavated postholes and the same natural materials.

SunWatch provides a long-term perspective on the types of complications that reconstruction introduces. For example, reconstructions in some areas of the village have now aged to the point that they must be completely rebuilt. This provides the researcher with experimental data about architectural use-life, the public with a visual interpretive message about the short duration of the village's prehistoric occupation, and a headache for those tasked to replace the reconstruction.

Over the past two summers, we have worked to replace the "Big House," a large ceremonial building that stood for 21 years, a length of time that correlates well with expectations derived from historical and experimental studies (Figure 2). In the course of disassembling the rotting existing structure, it became clear that some postmolds of the reconstruction did not match those mapped at the time of excavation. It would appear that some liberties were taken with the placement of posts when the original reconstruction was built. We believe that these decisions were made for the stability of the structure, but we cannot confirm this due to a lack of documentation. We are left with the decision to either rebuild an identical reconstruction or attempt to build a structure more in line with the archaeological record. This illustrates an important principle of reconstruction: reconstruction work should be documented as thoroughly as we would document excavation.

A similar dilemma arises with the stockade around the village, which has been partially rebuilt. In at least one area, the stock-

ade postmolds did not preserve, although the stockade would apparently have continued into this area. In this case, we have not continued the reconstruction into this area. The result is a strange-looking stockade that ends abruptly but serves as an excellent point of debate about what liberties should be taken in reconstruction. There are no perfect answers to these types of problems, only differing perspectives and opinions.

### Successes

We measure "success" in terms of how well we meet our mission statement as a nonprofit educational institution, and we regard SunWatch as a great success in this regard. An average of 22,000 people visit SunWatch each year, and approximately half of these are fourth-grade school groups. Exhibits, tours, classes, group overnights, an annual archaeology festival, and other special events provide a diverse set of forums for communicating educational content.

Visitors often have the usual notions about what to expect when they visit a Native American site (e.g., teepees and buffalo hunting). Reconstructions and replicated tools permit visitors to enter structures, grind corn, play games, observe astronomical alignments, and other activities. This experience is designed to help visitors discard antiquated stereotypes and, more importantly, to allow them to appreciate the Fort Ancient people as human beings rather than as characters in a story.

In recent years, the DSNH has provided paid internship opportunities to anthropology students. Summer interns split a ten-week field season repairing or building the features at SunWatch and excavating a similar Fort Ancient village at another location. SunWatch also employs a grant-funded prairie restorationist who works to restore the native prairie (currently 4 acres in size) surrounding the site, allowing visitors to appreciate the environmental context of the site and learn about the endangered prairies of Ohio.

BLM_0062301

## ARCHAEOLOGY AND HERITAGE TOURISM

We have also successfully collaborated with the local Native American community. In 1972, a group of local Native Americans voiced their concerns to the DSNH about the excavation of human remains at SunWatch. Early consultation between the two parties identified a shared desire to preserve the Native American heritage of the area and share it with the public. This initial dialogue resulted in the formation of a Native American advisory committee that continues to consult with the DSNH on numerous issues and that has become a valued partner and stakeholder in the preservation and promotion of the site.

### Challenges

Reconstructing a site provides continual challenges, including interpretation, maintenance, security, safety, and preservation. The first challenge in educating visitors is to help them understand that the village as they see it is a *reconstruction* and an *interpretation* based on archaeological, ethnohistorical, and experimental data. The presence of reconstructed features can confuse some visitors who think that what they see is exceptionally well-preserved rather than reconstructed. Once visitors understand this point, they may question why the structures are built in a given way. Visitors are often too quick to accept the reconstructions as "exact replicas" without questioning what they are based upon. Interpreters are trained to address this topic by explaining that the only data indicated by the archaeological record are the location of the features and the materials used. Visitors are encouraged to propose alternate scenarios. For example, a line of postmolds within the Big House could be interpreted as representing either an internal wall forming a second room or the posts of a bench. To effectively engage the public, interpreters must be thoroughly trained and familiar with the data upon which the reconstructions are based.

Maintenance is primarily accomplished by paid interns in the summer months. As much as possible, reconstruction is carried out with materials indicated in the archaeobotanical data. Reconstruction materials can be difficult to acquire, and most are harvested off-site. For example, prairie grass is needed for thatching or repairing the structure roofs on a regular basis, but it can only be harvested seasonally, with each house requiring 4–8 *acres* of grass. This high demand for natural materials provides insight into how quickly prehistoric villagers would have exhausted the local environment. Materials are usually harvested from property owned by the Five Rivers Metroparks, a county nature preserve, or adjacent floodplain property owned by the Miami Conservancy District. These public agencies are not affiliated with DSNH, but they have been generous in allowing us use of their resources.

Reconstruction techniques are specified in a document compiled by the original site investigators, guided by a long-range plan, and executed under the direction of a seasonally employed reconstruction supervisor. Reconstruction tasks are either maintenance

(annual minor repair of daub or thatch) or "capital improvements" (a new structure). With light annual maintenance, a well-built structure of wood, daub, and grass can be expected to last for 15–20 years. Thatched roofs can be expected to last for at least five years. Reconstruction supervisors are encouraged to experiment with different methods of construction in order to document their relative efficiencies in terms of the amount of materials used, their effectiveness, and their longevity.

Visitor safety is a high priority at SunWatch, especially given the large number of young visitors. Tripping hazards are numerous, with many short posts marking the locations of houses that have not been reconstructed. Mulched pathways are plainly marked, and the public is restricted to previously excavated areas. In order to satisfy local building codes, nails and other modern materials are used strategically within the reconstructed houses to secure timbers. The most significant threats to the safety of visitors and the site itself are the same as those faced by the original inhabitants: fire and flooding. As precautions against structure fires, the thatched roofs are treated with a fire retardant and fire extinguishers are placed in each house. The decision to utilize the restored hearths for special events carries with it a burden to ensure that such use does not threaten visitors or the structures. Burning associated with prairie restoration takes place in conjunction with local fire safety officials.

Preservation of the archaeological resources is accomplished by limiting reconstruction only to previously excavated areas and by maintaining records on what reconstruction activities have been performed. This information is also useful for research applications in the form of experimental archaeology. Public access is also restricted to these areas, and light vegetation has been allowed to grow over unexcavated areas.

### Conclusion

The reconstruction work at SunWatch Indian Village/Archaeological Park provides the visiting public a unique opportunity to experience what life was like for the Native American inhabitants of Ohio's Great Miami River Valley 800 years ago. SunWatch is an example of how archaeologists can use reconstruction as a tool for allowing the public to not just visualize, but to interact with an otherwise invisible past. The reconstructed houses and other features present an experience that we hope will create lasting memories for those who visit.

SunWatch also provides an opportunity for visitors to learn more about some of the lesser-known archaeology of Ohio. While the Fort Ancient culture is overshadowed in the public eye by the earlier Adena and Hopewell moundbuilders of the region, they were the last prehistoric groups to live in the area. While we do not know exactly who the direct descendants of the Fort Ancient people are, they nonetheless provide us with a direct link to Ohio's earliest settlers.  ▣

BLM_0062302

ARCHAEOLOGY AND HERITAGE TOURISM

# THE (RE-)BIRTH OF A NATION

## URBAN ARCHAEOLOGY, ETHICS, AND THE HERITAGE TOURISM INDUSTRY

### Kelly M. Britt and Christine Chen

*Kelly M. Britt and Christine Chen are both Ph.D. candidates in Anthropology, Columbia University, New York.*

In the tourism industry, heritage is increasingly something that can be acquired as well as objectified, and it is here that archaeologists play a role, providing material evidence of heritage. As a consequence, issues of ownership, curation, stewardship, and representation have become heavily contested among the various stakeholders involved, including academics. Though archaeological investigation provides empirical data that may be used for validating specific narratives, it can also be subjectively interpreted and used to support competing narratives. Within the context of heritage tourism, it becomes necessary to identify and market an "official narrative." Indeed, narrative has become the key vehicle through which contesting stakeholders have found expression, with archaeologists at times composing these narratives or authenticating them and then coping with the necessity for other experts and consultants to authenticate them.

Heritage tourism and urban archaeology have become unconventional bedfellows. As cities, particularly small historic cities in need of economic revitalization, become more dependent upon heritage tourism, archaeology *in* and *of* the urban landscape has become both an asset and a product for heritage tourism in these cities. The reasons for this partnership are twofold. First, historic districts and restoration areas provide cultural destinations in which residents may take pride and for visitors to experience, but they are generally costly. If done within state and federal guidelines, projects may require archaeology to be conducted, but tax benefits and grants may accrue to the owners as incentives. Second, archaeology can provide the authenticity needed for historic preservation and renewal projects to take shape and succeed. These projects use, and are at times dependent upon, archaeology to validate their successes. Sites are both cultural resources and cultural heritage assets with a use value and an intrinsic value that are consumed during the tourism process (McKercher and du Cros 2002). Heritage tourism projects produce a complex network of negotiations between multiple stakeholders who are variously involved in processes of validation, and archaeologists are only one of these stakeholders.

## Case Study: Lancaster, Pennsylvania

Like many small American cities, Lancaster in the 1960s and 1970s executed an urban renewal project in its center city. A number of historic structures were bulldozed and replaced with an austere, concrete-and-brick shopping center known as Lancaster Square. This development, however, failed to return retail shoppers to the central business district. In the late 1990s, a new redevelopment project was conceived, this time concerning the rehabilitation of the city's landmark Watt and Shand department store. A group of local businesses purchased the vacant building with the intention of rehabilitating it as a hotel, hoping both to save the historic landscape of the city and to revitalize the economy of downtown Lancaster. For this to work, the city needed to create a reason for people to come and stay. Thus was born the idea of the Lancaster County Convention Center, which from the beginning has been the center of conflict in the county.

The Lancaster historic preservation community initially opposed the Convention Center because the plans called for the demolition of a number of important historic structures. Prompted by these concerns—and partly because they had easements on portions of the proposed Convention Center site—the Historic Preservation Trust of Lancaster County sponsored a small salvage excavation in a targeted area of the site, specifically behind the homes of Thaddeus Stevens and Lydia Hamilton Smith, leading nineteenth-century opponents of slavery (Figure 1). Franklin and Marshall College and Kutztown University jointly undertook the excavation in 2002–2003 with volunteers and students as academic fieldworkers.

Although the site is part of a historic district listed on the National Register and, thus, technically qualified for review under Section 106, the site review process was overlooked. Part of this was due to the fact that no archaeology had been undertaken in Lancaster City until the Thaddeus Stevens and Lydia Hamilton Smith Historic Site excavation was initiated, but also because there was no effective policing among the various agencies to ensure that Section 106 was properly enacted. Moreover, Pennsylvania's preservation laws, which were

BLM_0062303

## ARCHAEOLOGY AND HERITAGE TOURISM



*Figure 1: Thaddeus Stevens House and the Kleiss Saloon, Lancaster, Pennsylvania. Photograph by Kelly M. Britt.*

amended in the late 1980s, shifted the mitigation-funding burden from the municipal authority undertaking the development action to the State Historic Preservation Office. These factors and others regarding the complex regulatory processes of this site have been discussed in more detail elsewhere (Bennett-Gaieski 2004), but, ultimately, no compliance archaeology was funded by the Convention Center developers.

The excavation uncovered a modified cistern. Evidence provocatively suggested that this feature was modified in the 1850s so that individuals could enter it through an opening in the adjacent tavern owned by Stevens. This supported the proposition that Stevens and Smith directly aided fugitives escaping from slavery. The cistern has become part of a wider discussion about how the Convention Center can be integrated as a heritage tourism attraction that interprets the lives of Stevens and Smith. The use of the Underground Railroad (UGRR) as a narrative for this site has provided much controversy. The historic Bethel AME church in Lancaster has already incorporated the UGRR narrative into their reenactment entitled *Living the Experience*. Located in ChurchTowne, another historic section of the city, the church recently applied for city and state funds to economically and socially redevelop the neighborhood by establishing businesses and residences owned and operated by the predominantly African American population that lives there. The ChurchTowne project hopes to build a UGRR wax and interactive museum, gift shop, and theater. Only blocks away from the Stevens and Smith site, ChurchTowne was at first seen by some as competition for the UGRR narrative and the tourist dollar. Moreover, whereas the ChurchTowne UGRR narrative has been entirely defined by the African American community, the issue still remains of

how to reconcile the participation of the disparate stakeholders in the interpretation of this archaeological site.

In the heart of downtown Lancaster, the Stevens and Smith site has turned into a place of contention. Some are skeptical that the Convention Center will revitalize the downtown or attract new visitors. A group of county hoteliers fear that the new hotel and Convention Center will cost them business, and they have already engaged in a series of costly and unsuccessful lawsuits. In addition, there are individuals in the county who do not want to see the legacy of the pro-black, antislavery Stevens commemorated. Still others feel this Convention Center is exactly what is needed to jumpstart a new cycle of revitalization. Conservators and historic preservationists, on the other hand, are concerned with how the new project may affect the historic structures of the neighborhood.

Historic preservation is not a new concept in Lancaster, but what started as a preservation project has turned into a grand-scale endeavor involving multiple nonlocal interests including American Express, the Smithsonian, Public Broadcasting Services, and the Discovery Channel. Though the UGRR narrative has existed for over 100 years, these recent attentions have provided the impetus needed to save the Stevens and Smith buildings and created a new narrative through which the site can be promoted for heritage tourism. Originally, the Stevens and Smith properties were scheduled for demolition, but now the cistern and substantial portions of the historic buildings have been incorporated into the planned Convention Center. Furthermore, a Stevens and Smith Museum will be attached to the Convention Center, and even the Convention Center Authority now sees this archaeological site as the backbone for the Center's tourism initiative. This has provided the needed link to build the present upon the past while also addressing the long-standing issues of race and class that confront the urban landscape of Lancaster.

These issues continue to create conflict in Lancaster County, as "white flight" has created a symbolic gulf between the outlying county and the inner city. The county has increasingly become a destination for Amish-seeking tourism; many of the white middle-class residents of this sphere perceive Lancaster proper as a blight-ridden inner city inhabited primarily by Latinos and African Americans and thus as a place to be avoided. Because the Convention Center was proposed as a node for heritage tourism for the city, the UGRR narrative has been embraced as a way to bridge this gulf. Meanwhile, the archaeologists' roles have become somewhat smaller; the site interpretation is currently in the hands of a private museum-consulting firm. The archaeologists and other academics involved instead have established local community outreach initiatives, which may or may not be utilized in the final presentation of the site.

As can be seen in the Thaddeus Stevens and Lydia Hamilton

BLM_0062304

### Becoming Aztlan

Mesoamerican Influence in the Greater Southwest, A.D. 1200-1500

Carroll L. Riley



"Any scholar of the greater Southwest will find this volume of great interest. It also has the potential to reach well beyond the archaeological and ethnohistorical community. Riley has once again demonstrated superb scholarship and an impressive grasp of a wide body of literature."
—Michael Foster, coeditor of Greater Mesoamerica: The Archaeology of West and Northwest Mexico

106 illustrations
Cloth $45.00

### Archaeology as a Process

Processualism and Its Progeny

Michael O'Brien, Lee Lyman, Michael Brian Schiffer



Peppered with rare photographs of well-known archaeologists in some interesting settings, this book documents the swirl and excitement of archaeological controversy for the past forty years with over 1,600 references and an in-depth treatment of all the major intellectual approaches.

"A methodologically innovative study of the history of American archaeology over the last forty years. Its emphasis on conflicts among groups of competing scholars and its accessible style make for an exciting and enjoyable work."
—Bruce Trigger, McGill University

104 illustrations
Cloth $49.95

Order online from
www.UofUpress.com

The University of Utah Press
(800) 621-2736

## ARCHAEOLOGY AND HERITAGE TOURISM

Smith Historic Site excavation and the circumstances surrounding it, archaeological research can galvanize divergent groups in a community. Prior to the archaeological component of the Convention Center project, the UGRR narrative largely belonged to the residents of ChurchTowne, and the Convention Center was viewed solely as a commercial undertaking. Now, the debate over the *official* UGRR narrative in Lancaster involves a far larger portion of the community, and the Convention Center can be seen as having *social value* as well as economic value to the city. Ironically, archaeology now holds a rather narrow position in the presentation of Lancaster City as a heritage destination.

### Conclusion

At its heart, heritage involves a community, but often one that is ill-defined or has changed dramatically. It implicates a sense of place, though often redefined or reconstructed. And it brings in a wealth of stakeholders who are often at odds with one another and with the ethical ideals of archaeologists. Taught to prioritize the acquisition of archaeological information and actively support conservation of archaeological resources, archaeologists in this case study were confined not only by the lack of a rigorous regulatory process but also because it was a volunteer-based project led by local academics. Consequently, there was a necessary compromise between the preservation of these houses on the one hand and the ability to put up the Convention Center on the other.

Archaeologists should reexamine ethical guidelines and the means to rework them in circumstances such as those encountered in this case study. After all, archaeology does not dictate the course of action within the communities where it takes place. The present nature of heritage tourism clearly produces more questions than answers. What is the role of an archaeologist in the treatment of heritage? How does an archaeologist decide it is better to tear down a historic building rather than help save it? In what context may archaeologists wisely forsake "ethical" ideals?

### References Cited

Bennett-Gaieski, Jill
    2004    The Death of a Nation: Lessons on the Decline of CRM Law in Pennsylvania. Paper presented in the organized session "Race, Radicals and Republicans: Archaeology of the Thaddeus Stevens/Lydia Hamilton Smith Site, Lancaster, PA" at the 37th Annual Conference of the Society for Historical Archaeology, St. Louis, MO.

McKercher, Bob, and Hilary du Cros
    2002    *Cultural Tourism: The Partnership Between Tourism and Cultural Heritage Management.* The Haworth Hospitality Press, New York.

BLM_0062305

**ARCHAEOLOGY AND HERITAGE TOURISM**

# TWO MUSEUMS, TWO VISIONS: REPRESENTING CULTURAL HERITAGE IN CUSCO, PERU

### Helaine Silverman

*Helaine Silverman is Professor in the Department of Anthropology at the University of Illinois-Urbana.*

Two museums in Cusco, Peru—only one block apart—exhibit artifacts of pre-Columbian Andean civilization but in very different ways. In this brief article, I am concerned with their histories, locations, exhibitionary scripts, and the museums' roles in the articulation of cultural heritage, local identity formation, and responsible global tourism.

### Museo Inka

Cusco has had an archaeological museum since 1848, only a little over 20 years after the country achieved independence from Spain in 1821. Since 1919, the museum has functioned as the Museo e Instituto de Arqueología de la Universidad Nacional San Antonio Abad del Cusco; today it is known to the public as Museo Inka (Figure 1). The site on which the museum is built is historically significant. Here Huascar, one of the two last independent Inca kings, had his palace. The conquistador Diego de Almagro received the palace during the Spaniards' division of property in the Inca capital. The beautiful Colonial building—the Casa del Almirante—that we see today dates to the late sixteenth century. The building is one block up from Cusco's main plaza ("Haukaypata" in Inca times, "Plaza de Armas" today).



*Figure 1: The Museo Inka in Cusco, Peru. Photograph by Helaine Silverman.*

The "Los Inkas del Qosqo" exhibition presents the archaeologically, historically, and ethnographically known history of Cusco. Because the museum is administered as part of the financially challenged national university, the exhibition is technologically and aesthetically modest (Figure 2). Nor are the objects on display "spectacular" (because the region never had an indigenous "great art style"). But the unembarrassed exhibition of ordinary potsherds, stone tools, food remains, and other materials of daily life is what makes the Museo Inka a fine didactic museum.

The main exhibition script begins with a series of dioramas showing the principal natural environments of the Cusco region and their characteristic subsistence activities. The next display area is "Origins," and it presents the local antecedents to the Incas, ranging over 7,000 years from early rockshelters to the immediate precursors of imperial Inca. The exhibition script then moves into a categorized presentation of different material and ideological aspects of imperial Inca culture (ca. 1200–1532 A.D.) with exhibition cases for Herding, Agriculture, Pottery, Architecture, Religion, and so forth.

BLM_0062306

## ARCHAEOLOGY AND HERITAGE TOURISM

Museo Inka is notable in having a discrete section on the Spanish Invasion. This exhibit induces the viewer to recognize the multifaceted, devastating upheaval caused by the *conquistadores* and the subsequent colonial administration that was imposed. This section is followed by a treatment of the royal Incas under Colonial rule, emphasizing how iconographically elaborated material culture such as *keros* (drinking goblets) and textiles were mobilized as a form of resistance and memory construction in the indigenous Andes. The exhibition then deals with "Incanismo," a local movement that placed "increasing cultural value on Tawantinsuyu [Inca Empire] and Inca history" (museum brochure). Incanismo evolved among Cusco intellectuals in the nineteenth and twentieth centuries. It concludes with a treatment of traditional Andean lifeways as cultural continuity in the ethnographic present.



*Figure 2: An example of modest display cases at Museo Inka. Photograph by Helaine Silverman.*

This is an anthropological museum with an overt political message. Its coherent, didactic script makes the museum effective and important in its local context, especially as narrated by local guides and local school teachers. Although the dynamics of prehistoric culture change are not presented (these are synchronic snapshots of discrete moments and aspects of pre-Hispanic society), the Incas are clearly depicted as the culmination of indigenous cultural development and as continuing into the present day by means of Colonial and Republican-period transformations. Struggle and resistance to the Spanish and Republican regimes are clearly shown. Cultural continuity is emphasized.

### Museo de Arte Precolombino

Museo de Arte Precolombino (or MAP, as it is called) is uphill from the Museo Inka, in the Plaza Nazarenas (Figure 3). Like Museo Inka, MAP was created on a site that had an Inca occupation. It was acquired by a conquistador and subsequently was built over in fine Colonial style to become the home of an elite member of Cusco society, the Conde de la Cabrera for whom the grand house is named; it then passed through many hands and had multiple functions, ultimately falling into ruinous state. Casa Cabrera was given new life when acquired by Banco Continental in 1981. It opened as MAP, a branch of the private Larco Museum in Lima, on May 22, 2003 and was underwritten by Banco Continental and AFP Horizonte-Grupo BBVA (a pan-Latin American pension fund)—an association of culture and the museum's money-making potential through insertion into the global tourism industry.

MAP received a tremendous amount of publicity as it prepared to open, in part because its inauguration was timed to coincide with a summit of Latin American presidents held in Cusco. Peruvian President Alejandro Toledo inaugurated the museum at the summit, saying "we are showing the world our cultural wealth. I am profoundly proud that [we can give to the summit] a little of the culture that belongs not only to Peru, but also to Latin America... [The region must] look to its past to construct together a new Latin America with more health, education, justice for the poor and culture" (http://www.terra.com.pe/noticias/cumbre/30523-2.shtml). With this statement, Peru's past was deployed as the sign of Peru's modernity, transnational engagement, and developmental promise for the future.

BLM_0062307

## ARCHAEOLOGY AND HERITAGE TOURISM

Published reviews of MAP have been equally enthusiastic. The May 18, 2003 issue of *La República* stated that now "Cusco will be at the vanguard of the world's new museographical tendencies." This opinion was further promulgated by MAP's director who said, "the museum obeys the would current of displaying objects by means of artistic rather than archaeological and anthropological criteria, for which reason it is the first museum of its kind in Peru and all Latin America" (Andrés Alvarez Calderón, quoted in *El Comercio*, Lima, May 6, 2003). MAP is a traditional—indeed, reactionary—art museum. It is an art museum-cum-art gallery. It absolutely is not at the vanguard of contemporary museum practice (the relevant publications of critical museum scholars are too numerous to cite here).

MAP displays a select group of 450 exquisite objects from the home museum in Lima, the Larco Museum, which was created by the avocational archaeologist and collector Rafael Larco Hoyle (Figure 4). The MAP exhibition moves chronologically with each major archaeological culture receiving its own room. Each room has a carefully chosen wall color that enhances the particular style. The lighting is dramatic and appropriate to each specific object. Pieces are well spaced in beautiful vitrines mounted in the walls and on pedestals scattered sparingly throughout the rooms. Some of the exhibits are particularly innovative, indeed breathtaking. Each display is perfectly accommodated to its space and each room has a particular focal point so that monotony and predictability are avoided.

However, analysis of MAP's exhibition reveals serious problems that contradict MAP's self-praise. MAP is not enjoyed by the vast majority of Cusqueños both because of its cost (which is three times that of Museo Inka) and because its psycho-spatial dynamics discourage locals from visiting (two suited guards control entry from an imposing modernist desk). Most egregiously, MAP's script eschews relevance to contemporary Cusco by omitting explanation of ancient social, political, and economic contexts and evolutionary processes as well as historical connections between the lauded anonymous "mastercraftsmen" and their living indigenous descendants. Indeed, the sumptuous red-walled Virreynal Gallery (following the Inca Room) with its 21 religious paintings celebrates Spain and the Catholic Church as a triumph over and complete rupture with the Incas. So decontextualized and retrograde is the MAP exhibition that quotes about "primitivism" by renowned international artists (Gaugin, Kandinsky, Klee, Matisse, Moore, among others) are placed in the various galleries to validate the "universal" greatness and appeal of the hyper-aestheticized art on display.

### Reception by the Public

I transcribed and analyzed two days of visitor comments in the guest books of the museums. Depressingly for me, only a couple of visitors perceived any problem with MAP or difference between the two museums, if both were visited. Rather, both museums, and especially MAP, are praised as "beautiful" and "wonderful." The tourist comments lead me to encouraging and discouraging conclusions. On the bright side, tourists like museums. I could see that some tourists had visited both museums in the same day. And one visitor wrote in the Museo Inka guest book, "Cusco without museums would be sterile." I understand this to mean that museums are necessary to interpret what is otherwise a static arrangement of buildings of different styles and dates in the historic center: the museums animate the architectural milieu. But, on the down side, most tourists are unquestioning about the museums they visit, notably MAP, which is accepted uncritically.



*Figure 3: The Museo de Arte Precolombino in Cusco, Peru. Note sponsorship by BBVA, Banco Continental, and Museo Larco that is indicated on the façade. Photograph by Helaine Silverman.*

BLM_0062308

**ARCHAEOLOGY AND HERITAGE TOURISM**

## Conclusion

Museo Inka resists the structural inequalities of Peru's history and Cusco's political economy by explicitly addressing the events and conditions leading to the impoverishment and disenfranchisement of native people. MAP reflects and reinforces them.

Museo Inka shows the transformation of Inca nobility under Spanish rule and vigorously argues that despite the trauma of Colonial, Republican, and modern oppression, indigenous Andean culture is alive and vibrantly creative. MAP implies a finite end to Andean creativity with the Incas being replaced by the Spanish Colonial regime.



*Figure 4: Exquisite ceramic vessels are displayed in fine cases with perfect lighting in the Museo de Arte Precolombino. The labels are bilingual in Spanish and English (poorly translated, in general) and provide hyperbolical descriptions of the objects' aesthetic qualities. Photograph by Helaine Silverman.*

Museo Inka seeks to counteract the necessary displacement of artifacts from their original contexts by providing complementary textual, graphic, and three-dimensional (models, dioramas, etc.) information. MAP deliberately isolates and decontextualizes the objects in order to achieve their aesthetic recognition and appreciation; in so doing, it simultaneously obviates consideration of the descendants of the great pre-Hispanic civilizations. Nor does MAP's exhibition script link Cusco's inhabitants to their past such that visitors to the museum would recognize Cusqueños as legitimate claimants to space in the city.

Museo Inka asserts the continued existence of Andean people and mobilizes the past for empowerment and construction of identity in the present. MAP presents a Romantic elegy to artists of a vanished and vanquished civilization.

Museo Inka is an integral part of Cusco's project of modernity that strongly implicates an appropriation of the Inca past. MAP is an integral part of Cusco's postmodern tourist pastiche with its unmoored history and tourist-oriented spectacle.

The presence in one city of two major archaeological museums is extraordinary. Both collections are housed in important Colonial-period buildings whose meanings have been resignified by the museums they contain. Forces of capitalism and globalization have returned the Casa Cabrera to its former glory and resignified it as a site, once more, of elite privilege and power. In contrast, the Casa del Almirante has been reconquered by Cusco's dead and living indigenous population through Museo Inka's compelling (though not museographically sophisticated) post-Colonial narrative. Museo Inka is a passionate voice for entitlement of the local populace. It offers a spirited defense for social justice in the city by virtue of its exhibition script that links—in one vast sweep of historical process—the pre-Columbian societies in the Valley of Cusco, their change under Colonial domination, their form during the Independence Movement, the Republican restructuring, and current residents.

Museums are sites of representation and, potentially, misrepresentation. As thousands and potentially hundreds of thousands visit these venues in developing countries through the increase of global tourism, it behooves us to pay greater attention to how museums treat cultural heritage in their local context and when inserted into tourism's transnational capitalist economy. 🖺

BLM_0062309

# LOCAL IDENTITY, NATIONAL MEMORY, AND HERITAGE TOURISM

## CREATING A SENSE OF PLACE WITH ARCHAEOLOGY

### Paul A. Shackel

*Paul A. Shackel is Director of the Center for Heritage Resource Studies at University of Maryland.*

With the emerging field of heritage tourism, there is a continued need for research devoted to understanding the cultural characteristics of heritage, its importance in contemporary society, and its uses. Many communities struggle with their sense of place in an increasingly globalized world. Recovery, interpretation, and the celebration of the past are important for sustaining local identity and a sense of place. Local history can be compromised by the drive to create alternative pasts in order to cater to heritage tourism. Local communities' involvement is necessary with the development of heritage tourism activities, including having a say in the way their past is presented to the outside world. This form of inclusiveness needs a continuous dialogue between the various stakeholders, as different ideas about the past can make the process contentious (Derry and Malloy 2003; Dongoske et al. 2000; Little 2002; Shackel and Chambers 2004; Swidler et al. 1997; Watkins 2001).

The heritage of peripheral groups is not always part of the story told of our national heritage. When looking at archaeological heritage, we not only need to interpret the dominant culture, but we also need to understand that racism, ethnocentrism, religious-ism, linguistic-ism, age-ism, able-ism, class-ism, sex-ism, and heterosexual-ism are all part of our past. I propose several elements that will help make archaeological heritage tourism a more inclusive endeavor at multi-ethnic sites. These are:

- Critically analyze and expose racism in the past, and present and dismantle the structures of oppression where we can. We need to recognize race and provide a historical perspective of racism when telling the story.
- Explore diversity in the past, and promote it in the present. We cannot dismantle racism if only like-minded people are participating in the project.
- Build a multicultural organization. We need to explore and identify the dividing walls in the past and in the present. For us, the organization is the field of American Archaeology, and we hope that our efforts will help build diversity. The story is not complete without a variety of perspectives.

- Create a color-conscious past rather than a color-blind past. By recognizing cultural and ethnic differences, we can provide a richer perspective of the past and the future.

By opening up a project to traditionally muted viewpoints, the relationship of archaeology to heritage tourism has made the discipline much more complicated. Archaeologists must navigate between their interests as scholars and professionals and the interests of many other stakeholders. It becomes even more difficult when archaeologists find that they must deal with several descent groups, each of which may have their own memories about the place. My recent work with a project in New Philadelphia, Illinois provides an example of some of the benefits and pitfalls while working with many stakeholders that support different views of the past. While all agree on the importance of the site, discussions about uses of the site for heritage tourism have sometimes become tense.

### The Struggle in Heritage Tourism

New Philadelphia is the earliest-known town that was founded and platted by an African American. The site is located about 25 miles west of the Mississippi River and developed as a small, multiracial, rural community beginning in 1836. In 1869, the railroad avoided the town by about a mile, and the town soon began its decline. In 1885, some of the town was vacated and reverted to agricultural lands. A small multiracial community existed in the town until the 1920s (Figure 1). Today, nothing exists of the town except for a few foundations in a planted field and abundant memories. In 2002, Vibert White, then chair of African American Studies at the University of Illinois-Springfield (UI-S), invited Terry Martin of the Illinois State Museum (ISM) and me to help study the history of the place. This work moved forward with an archaeological survey (Gwaltney 2004) with financial support from UI-S and the New Philadelphia Association (NPA), a local nonprofit group established to celebrate the founding of the town. After two years of archaeological, historical, and oral history research, we applied for and were awarded a three-year NSF-REU grant. One of our goals was to recruit a diverse student

BLM_0062310

## ARCHAEOLOGY AND HERITAGE TOURISM



*Figure 1: A 1920s class in front of the one-room schoolhouse at New Philadelphia. The photograph is courtesy of the Pike County Historical Society.*

body to work on the project so we could train them in scientific archaeological techniques. This teaching and learning experience was a tremendous success because of the support from the above-mentioned groups and the addition of Christopher Fennell of the University of Illinois, Urbana-Champaign (UIUC).

While we have not yet convinced the Archaeological Conservancy that the place is important and in need of their efforts for preservation, we hope that by raising the town's profile in the public consciousness, we can convince other organizations that it is worthy of protection. After one field season, we can now begin to make the archaeology part of the New Philadelphia story (http://www.heritage.umd.edu/; follow the links to New Philadelphia), contributing to the town's social and landscape histories. With our assistance, the community has taken the lead in nominating the site to the National Register of Historic Places because it is archaeologically significant. The former town has the potential to be an archaeological preserve with innovative forms of site interpretation.

While we are involved in the early stages to preserve New Philadelphia and make it part of our national memory, the various stakeholders have different ideas on how to interpret the place to outsiders. The NPA mostly consists of local community members, although descendant members are represented, and refers to the place as a multiracial community where everyone lived together peacefully. While we do not have evidence of overt violence during the town's period of significance (1836–1885), it is difficult to ignore the larger context of the condition of African Americans in the post-Civil War era.

There are newspaper and oral accounts of KKK disturbances in the 1920s that chased black workers from a nearby road construction project. One informant told us that a nearby town was a "sundowner town," a place where African Americans were not welcome after sunset. Other members of the community prefer to only tell the story and honor the African American individual who founded the town. At the same time, a descendant and member of the NPA is quite clear about the stories of prejudice that his family endured while living in the town (http://www.heritage.umd.edu/; follow the links to New Philadelphia and oral histories).

The NPA is divided about reconstructing all or part of the town, while others do not believe it would be appropriate to "reconstruct" a village. While many of the descendants are anxious to preserve and protect this land for various reasons, one voice in the descendant community is objecting to the goals of the NPA because of fears that the place will become a tourist attraction. The descendant fears that any reconstruction by the NPA at or near the site would be a money-making venture that would be exploiting the founder's memory. The desires of the local and descendant communities for developing a heritage tourism site are truly varied.

Can a multivocal past be part of the heritage of New Philadelphia? Many times, a dominant group will allow alternative voices—as long as they are not too radical. New Philadelphia is about the struggle over who controls the meaning of the place, and the goal of the archaeology team is to try to create a redistribution of power to allow for a real world multivocality. Access and inclusion are the archaeology team's and NPA's

BLM_0062311

## ARCHAEOLOGY AND HERITAGE TOURISM

social responsibility in this process, and it is important that all communities be invited to participate in the discussion. Multivocality should not be seen as a free-for-all. Once the site is preserved, choices will be made as to which histories are represented. We are determined that the archaeologists' view of inclusiveness and time depth is part of the story. Discussions of race, diversity, and creating a color-conscious past are all important to the heritage of the place. It is important to be careful not to create a past that excludes the "other."

### Some Goals for Archaeology and Heritage Tourism

Preserving heritage is more than just freezing a moment in time. Heritage is an expression of what people think is important. Places on the landscape that are celebrated by heritage tourism mark who we are as a community and a nation. Places that are commemorated and become part of the heritage tourism industry may become part of a naturalized landscape. That is, they become reified and part of the national public memory. Therefore, our position as anthropologists is to take all voices into consideration, consult with the various stakeholders to be as inclusive as possible, and suggest avoiding reconstruction since we cannot accurately recreate the past built landscape. Rather, we want to suggest to the community that the archaeological information will contribute to a social history of the place. Negotiation with all of the communities involved needs to be continuous to ensure that all concerns are taken into consideration.

Academic institutions need to become more aware of the need for broader training to better manage archaeological resources in a heritage tourism context. Heritage tourism can have a tremendous impact on a community's history and economy. Discussion of heritage must deal with issues of sustainability in order to determine how best to utilize the resource for the enjoyment of future generations. Tourism can also change the local meaning of the place, as some histories are seen as having a broader appeal while other histories may be subverted. Community support and involvement in how the past is presented, as well as understanding the economic impact of the tourism industry, is necessary for any heritage tourism project. It is critical that this work be done in a sustainable manner that benefits the community while at the same time enhancing cross-cultural understanding.

Archaeologists involved in heritage tourism have found a need to rely on a variety of other anthropological skills while becoming immersed in the fastest-growing sector of the tourism industry. Archaeologists must work as collaborators and participants while working with communities and their heritage and tourism resources. Universities need to understand that training in an interdisciplinary approach is necessary to help create and develop sustainable heritage tourism. We now need training in skills like the determination of tourism carrying capacity,

museum studies, environmental mediation, hospitality administration planning and project development, and the marketing of heritage resources (Chambers 2004; Smith et al. 2004).

When I looked at a recent *AAA Guide* and reviewed some of the new dissertation titles, I noticed that many of the top-ranked schools in the U.S. had a large proportion of students writing dissertations on topics 20 years ago. Many dissertations are about the distribution of artifacts, subsistence and economy, exchange and distribution, production and exchange, settlement patterns, and the rise of complex societies. It is obvious that we are not training our students in applied topics, and issues like heritage tourism will be learned on the job. Many of the dissertations seem to lack any examination of disenfranchised groups and agents of change. Acknowledging a multivocal past is necessary if newly trained Ph.D.s are to work successfully in heritage areas with the many stakeholders involved in creating interpretations of the past. It is a multicultural awareness of the present and the past that can make archaeology part of a socially relevant dialogue important to the development of heritage tourism.

### References Cited

Chambers, Erve
    2004   Epilogue: Archaeology, Heritage, and Public Endeavor. In *Places in Mind: Public Archaeology as Applied Anthropology*, edited by P. A. Shackel and E. Chambers, pp. 193–208. Routledge Press, New York.

Derry, Linda, and Maureen Malloy
    2003   *Archaeologists and Local Communities: Partners in Exploring the Past*. Society for American Archaeology, Washington, D.C.

Dongoske, Kurt E., Mark Aldenderfer, and Karen Doehner
    2000   *Working Together: Native Americans and Archaeologists*. Society for American Archaeology, Washington, D.C.

Gwaltney, Thomas
    2004   *New Philadelphia Project Pedestrian Survey: Final Report and Cataloging. Phase I Archaeology at the Historic Town of New Philadelphia, Illinois*. AsGIS Consultants, Bethesda, MD.

Little, Barbara J.
    2002   *Public Benefits of Archaeology*. University Press of Florida, Gainesville.

Shackel, Paul A., and Erve J. Chambers
    2004   *Places in Mind: Public Archeology as Applied Anthropology*. Routledge Press, New York.

Smith, George, Donald G. Jones, and Thomas R. Wheaton, Jr.
    2004   Workshop Report: Working Together: Archaeology in Global Perspective. *International Journal of Heritage Studies* 10(3):321–327.

Swidler, Nina, Kurt Dongoske, Roger Anyon, and Alan Downer
    1997   *Native Americans and Archaeologists: Stepping Stones to Common Ground*. AltaMira Press, Walnut Creek, California.

Watkins, Joe
    2001   *Indigenous Archaeology: American Indian Values and Scientific Practice*. AltaMira Press, Walnut Creek, California.

BLM_0062312

**ARCHAEOLOGY AND HERITAGE TOURISM**

# HERITAGE INTERPRETATION: TOURISM CAKE, NOT ICING

### Tim Merriman

*Tim Merriman is Executive Director of the National Association for Interpretation.*

Heritage interpretation of natural and cultural resources in the U.S. most likely began in the early 1900s with a nature guiding school in Estes Park, Colorado created by Enos Mills. He led almost 250 excursions up Long's Peak on foot, often with celebrated individuals of the day in search of a character-building trek on a challenging mountain. Mills wrote 20 books in his 52 years of life, including *Adventures of a Nature Guide* (1920), along with a variety of excellent natural history books. His thoughts in that book have been a good foundation for the modern principles of heritage interpretation espoused by many other authors, such as Tilden (1957), Lewis (1991), Knudson et al. (1995), Ham (1992), Beck and Cable (1997), and Brochu and Merriman (2002).

The National Park Service (NPS) system that began in 1916 included heritage interpretation as a distinctive core service. There are now more than 3,000 interpreters working for NPS as full-time rangers or seasonal interpreters conducting walks and talks, operating visitor centers, and designing and delivering services such as brochures, exhibits, and signs. The National Association for Interpretation (NAI) estimates more than 20,000 paid interpreters currently work in the U.S. along with 500,000 interpretive docents, volunteers, and seasonal employees who interpret heritage resources at parks, zoos, museums, nature centers, historic sites, and aquariums. These people continue the legacy of Enos Mills as they strive to help visitors make intellectual and emotional connections with heritage resources.

### Interpretation *is* the Cake

Most resource managers have viewed heritage interpretation as "icing on the cake." Interpreters are hired during periods of budget growth and fired first, based on an assumption that interpretation provides a desirable service that is non-essential in tough fiscal times. One reason for the easy demise of interpretive services is that, too often, interpretive programs are disconnected from resource management. NAI defines interpretation as "a communication process that forges emotional and intellectual connections between the interests of the audience

and meanings inherent in the resource" (Brochu and Merriman 2002). Though the definition lacks a "mission" connection, the design of NAI's certification program since 1997 has set a new standard for heritage interpretation.

According to NAI, heritage interpretation should be the cake, not just the icing. It should be one of the key tools in management of human behavior, which in turn affects management of the resource. Like some professionals in the environmental education field and the Interpretive Development Program with NPS (1996/2001), NAI defines a social marketing role for heritage interpretation as a continuum that leads from a person being curious about heritage resources to the ultimate goal of resource stewardship. Can we truly influence human behavior at natural and cultural sites to get people to become active stewards of the resource? Based on results from agencies using an outcome-based model for interpretive programs, NAI believes it is possible if the interpretive practitioners are fundamentally trained in the design of interpretive services in alignment with the mission, goals, and objectives of the site.

Tourists using heritage sites may not be aware of their unique role in protecting heritage resources. Interpretive programs can make them more aware of issues and help them understand key processes and problems in hopes they will care enough about the resources to participate in protection through promotion of mission-related objectives.

### Developing Mission-Essential Interpretation

Interpreters and interpretive planners are asked to consider how their efforts will achieve specific organizational objectives. What will be different if we are successful in influencing tourist and visitor attitudes about heritage resources? Will they give money to research, choose to leave the resource intact instead of taking a piece of it home as a souvenir, discourage friends from doing damage, call for help if they see inappropriate behavior, or seek more information about the resources and related issues? All of these outcomes could be used to develop indicators of mission-related behavior at heritage sites.

BLM_0062313

**ARCHAEOLOGY AND HERITAGE TOURISM**

The design of interpretive messages is a part of interpretive planning. If, for example, we wish to protect a sensitive archaeological area from casual pot hunting, we might design a variety of messages that help achieve that end:

- Please stay on the trail. You are walking near fragile evidence of native people, and scientists are learning more about them from these protected archaeological sites.
- Replicas of local artifacts may be purchased at the visitor center. Leaving artifacts where found will help scientists unravel the unique relationships of ancient people to the plants, wildlife, and terrain of the area.
- The stories of ancient people lie buried here for us to learn about through careful archaeological study. Please do not dig or take items that could help our scientists interpret the growing knowledge of these fascinating cultures.

How do we know that our messages work? We have to teach interpretive planners to have program-scope objectives that can be measured and that help us understand our success or failure. Some typical objectives that might be used with the example messages above are:

- Site sensitivity messages will be used in 100 percent of new park brochures, signs, and exhibits. Test for achievement by annual review of all new materials developed for relevant messages. (Output)
- Attendance at cultural interpretive presentations will increase by 10 percent in next year. Compare attendance records with previous year. (Outcome)
- Sale of replica artifacts and related books/videos will increase by 25 percent in next year. Monitor the volume of sales of artifacts in heritage store. (Outcome)
- Donations to heritage site research funds will increase by 15 percent in next year. Monitor the donation total for year compared to previous years. (Outcome)
- Off-trail damage incidents will decline by 20 percent next year. Compare vandalism reports for this year after establishing a baseline from the previous year. (Impact)

These objectives are measurable, monitored easily, and reflect observable responses to our interpretive efforts. They also indicate three different levels of self-evaluation—outputs, outcomes, and impacts. *Output* objectives measure the numbers related to our efforts to get messages to our audiences. *Outcome* objectives measure some level of modification of audience behavior—they may buy things, donate to research, or comply with laws. *Impacts* are real effects on the resource such as decline in damage, reduction in thefts, or improvements in condition. If an organizational goal is to fund more research, then the donations might actually be considered an impact as well as an outcome.

At many heritage sites, the lack of or vaguely written interpretive goals and objectives have not allowed for any real evalua-

tive effort. When a goal is "to protect heritage resources from depreciative behavior," it has to be translated into objectives that can be monitored easily and inexpensively. "Vandalism will decrease" may seem like an objective, but it is not measurable without a baseline from which to measure the extent of change. The first time an objective of this kind is set, it may be based on a best guess, but the first year of data allows adjustment of objectives with more realistic measures of extent.

Heritage site managers who employ interpretive approaches to protection and management have an opportunity to spend their limited fiscal resources more effectively. Tourists who visit natural and cultural resource sites usually do not wish to damage or steal the resource, but their lack of knowledge can result in behavior that is destructive. Interpretive messages help them understand the resource and their roles in protecting it (Figure 1).

Resource managers can protect sensitive resources in a variety of ways, and no single approach is adequate (Figure 2). Barriers and restrictions from sensitive areas may be reasonable and appropriate. Law enforcement is also important but does not usually build advocacy, and the damage is often already done when an officer writes a citation. Effective interpretation built around measurable objectives, however, is cost effective and recruits the user in protection of sensitive resources. It builds advocacy for the resource in ways that other methodologies cannot.

**Training for Interpretation**

The human dimension of resource management has evolved in the past few decades into a formal area of research and



*Figure 1: An interpretive sign at a site near Canon City, Colorado reveals knowledge of the past lives of dinosaurs in the area while delivering messages about how visitors may help protect the site. Photograph by Tim Merriman.*

BLM_0062314

## ARCHAEOLOGY AND HERITAGE TOURISM



*Figure 2: An interpreter at Olduvai Gorge in Tanzania explains how they use surface barriers to protect the gorge for future research while interpreting the powerful story of past discoveries by Mary and Louis Leakey. Photograph by Tim Merriman.*

teaching. Interpretation is an important tool that has a role to play in achieving organizational goals and objectives in alignment with mission. Managers must be shown how objectives-based management and evaluation can be more effective and how interpretation can play a role in that approach. Interpretive training helps interpretive planners and programmers understand how to plan in alignment with the mission, goals, and objectives of the organization.

NAI trains interpretive professionals in six categories: Certified Heritage Interpreter, Certified Interpretive Manager, Certified Interpretive Planner, Certified Interpretive Trainer, Certified Interpretive Guide, and Certified Interpretive Host. All courses and curricula provide training focused on outcomes-based management and evaluation and offer the tools to make this shift toward purposeful interpretation, as does NAI's interpretive planning training developed by Lisa Brochu (2003).

Interpretation should be the cake, not the icing, in heritage tourism programming and site management. Heritage sites survive as important tourism resources if our management practices are sustainable. Interpretation makes an important contribution by influencing people to be better stewards of the cultural and natural resources that provide the foundation for heritage tourism.

### References Cited

Beck, Larry, and Ted Cable
   1997   *Interpretation for the 21st Century: Fifteen Guiding Principles for Interpreting Nature and Culture.* Sagamore Publishing, Champaign, Illinois.

Brochu, Lisa
   2003   *Interpretive Planning: The 5-M Model for Successful Planning Projects.* InterpPress, Fort Collins, Colorado.

Brochu, Lisa, and Tim Merriman
   2002   *Personal Interpretation: Connecting Your Audience to Heritage Resources.* InterpPress, Fort Collins, Colorado.

Ham, Sam H.
   1992   *Environmental Interpretation: A Practical Guide for People with Big Ideas and Small Budgets.* North American Press, Golden, CO.

Knudson, Douglas M., Ted T. Cable, and Larry Beck
   1995   *Interpretation of Cultural and Natural Resources.* Venture Publishing, Inc., State College, Pennsylvania.

Lewis, William J.
   1991   *Interpreting for Park Visitors.* Eastern National Park and Monument Association, Eastern Acorn Press, Fort Washington, Pennsylvania.

Mills, Enos
   1920   *Adventures of a Nature Guide and Essays in Interpretation.* New Past Press, Friendship, Wisconsin.

National Park Service
   1996/2001      Interpretive Development Program Curriculum. (http://www.nps.gov/idp/interp).

Tilden, Freeman
   1957   *Interpreting Our Heritage: Principles and Practices for Visitor Services in Parks, Museums, and Historic Places.* Van Rees Press, New York, NY.

BLM_0062315

# TALKING ABOUT HERITAGE AND TOURISM

### John Carman and Susan Keitumetse

*John Carman is Affiliated Lecturer and Susan Keitumetse is a Ph.D. candidate at the Department of Archaeology, University of Cambridge, UK.*

In recent years, investigation of heritage as a phenomenon in its own right has become a distinct research area within the humanities. We have come to recognize that heritage, in its many different forms, constitutes an often muted but influential force in society that is expressed in the strong links between identity formation and heritage, the changing valorization of tangible heritage, and the increased links between heritage and the leisure society. In response, we have seen the development of Heritage Studies as an explicit area of cross-disciplinary research. A three-day conference, "Making the Means Transparent: Research Methodologies in Heritage Studies," was sponsored by the British Academy and organized by Marie Louise Stig Sørensen and the first-named author. Held in Cambridge in March 2004, the conference aimed to clarify what we recognize as "data" in this field and discuss which methods we may usefully bring to bear in their analysis. Papers covered the methods used by official agencies to manage the material remains of the past and the consequences of doing so, especially the relationships of local communities with their heritage and archaeologists (Table 1).

Only three papers directly addressed tourism and its connection with heritage but in doing so raised issues about the differences of perception from different parts of the world. It was clear that European and American discourse favors the involvement of the wider community in heritage matters, as emphasized in the papers by McDavid, Omland, Jones, Crooke, Lillehammer, Harvey and Riley, and Sørensen. While differences of perception between local people and descendant communities on one side and archaeologists on the other were not glossed over, it was apparent that the idea of involving local people and descendants was one highly favored by researchers and public bodies alike. Various approaches were proposed, but the emphasis on the local and descendant implies that visitors from elsewhere are considered alien to the heritage under scrutiny. For Mary-Catherine Garden, the manner in which visitors to heritage sites respond to the experience is a key issue, leading her to construct a methodology for analysis of the landscape of such sites as "heritagescapes." For

Catherine Palmer in particular, tourists themselves are a focus of inquiry. Her chosen methodology consists in following visitors to sites as they move through and around it; in her work, they become the focus of the analytical gaze.

By contrast with Europe, in the developing world where archaeology may be considered more of a luxury discipline, governments alone are left with the burden of managing archaeological sites. With very little inclusion of communities, heritage meanings on archaeological sites end up being re-invented by communities. As a result of the lack of coordination between government policies and local communities, the value of archaeological heritage is suppressed rather than enhanced. The usual focus on craft tourism, which is uncritically interpreted as "community participation" by officials, further distorts the relationship that communities could have with their local archaeological heritage.

It seems that the relationship between tourism and culture has generally been analyzed from an essentialist and reductionist point of view, with tourism being criticized for being a "negative phenomenon that through the process of commodification destroyed or modified the authenticity of other cultures and places" (Meethan 2001:90). Robinson (1999:19) seems to point this out particularly well when he comments that "culture is invariably politicized in order to articulate economic, social, and environmental claims which are attached to it." To some extent, this is reflected in research methodologies; heritage researchers start with the perception that culture is "pure" and that what needs to be investigated is "the contaminants" of this pure formula. This is a distorted point of departure, as it ignores the fact that by virtue of its dynamism, culture can never be pure. In heritage research, this point of departure obscures the search for what impact culture has on tourism as a constantly developing phenomenon and/or how communities manipulate tourism to achieve certain cultural privileges that might not have been available to them before.

As an example, in reference to cultural tourism in indigenous communities, Smith (1989) highlights that endeavors to record

BLM_0062316

## ARCHAEOLOGY AND HERITAGE TOURISM

Table 1: Papers Presented at "Making the Means Transparent: Research Methodologies in Heritage Studies," Sponsored by the British Academy at Cambridge in March 2004.

*Solutions Without Problems: Addressing Issues in the Heritage Field*
John Carman, University of Cambridge, UK

*Heritage Struggles in the Aftermath of Culture*
Barbara J. Little, US National Park Service

*Public Archaeology as a Pathway to Understanding: Rethinking the Heritage "Product"*
Carol McDavid, University of Houston, USA

*Consultation Overload: Acquiring Archaeological Labour Market Intelligence*
Kenneth Aitchison, Institute of Field Archaeologists and Rachel Edwards, Arboretum Archaeological Consultancy, UK

*Auditing Heritage—Development of Methodologies for Assessing the State of the Historic Environment in the UK*
Ian Baxter, Glasgow Caledonian University, UK

*Method in the History of Heritage*
Hilary A. Soderland, University of Cambridge, UK

*Walking a Fine Line: Obtaining Sensitive Information Using a Valid Methodology*
Morag M. Kersel, University of Cambridge, UK

*An Experience of the Past: Considering the Concept of the "Heritage Site"*
Mary-Catherine Garden, Glasgow Caledonian University, UK

*Investigating the Impact of Tourism on Local Perceptions of Heritage in Botswana*
Susan Keitumetse, University of Cambridge, UK

*On Researching Local Interpretations and Values Given Burial Mounds*
Atle Omland, University of Oslo, Norway

*The Assessment of Social Value in Heritage Management: A Consideration of Methodological Issues*
Siân Jones, University of Manchester, UK

*Heritage as Leisure: Researching Museum Volunteers*
Noreen Orr, University of Brighton, UK

*Meaning and Interpretation in Ethnographic Research of "Heritage"*
Catherine Palmer, University of Brighton and Tom Selwyn, London Metropolitan University, UK

*Landscape Archaeology, Heritage and the Community in Devon: An Oral History Approach*
David C. Harvey & Mark Riley, University of Exeter, UK

*Between the Lines and in the Margins: Interviewing People About Attitudes to Heritage and Identity*
Marie Louise Stig Sørensen, University of Cambridge, UK

*Investigating the Use of the Past in the Construction of Regional Identities*
Ulrike Sommer, Universität Leipzig, Germany

*Assessing the Relationship Between Community and Heritage*
Elizabeth Crooke, University of Ulster, UK

*Making Them Draw—The Use of Drawings in Research into Public Attitudes Towards the Past*
Grete Lillehammer, Arkeologisk Museum i Stavanger, Norway



*Figure 1: Some of the rock art in Tsodilo World Heritage Site, Botswana. It is presented to tourists by locals. Photograph by Susan Keitumetse, 2003.*

the culture of "exotic societies before they vanish into mainstream of a one world culture" have always been the anthropologists' priority. In the context of southern African San communities (known in Botswana as "Basarwa"), the images created from this focus tend to describe these communities as "primitive," "culturally pure," "uncontacted," "stone age" peoples (Balsan 1954; Silberbauer 1965). This has now been "socialized" in the social research field as "the heritage." Heritage researchers therefore find themselves assessing how this supposedly authentic and indigenous way of life is being impacted by tourism.

Carol McDavid addressed this in the context of archaeology among African Americans in Texas when she pointed out that "what public archaeology 'is' may not be what we think it is." In Millman's (1995:15) view, "nothing has been, is, or ever will be static," and he urges avoidance of what he describes as "the tendency of the Western mind to detach aspects of traditional cultures…from their contexts so that they become seen as art objects" (Figure 1). The main relevance of this argument lies in the fact that, as researchers working on heritage and tourism, it is best to establish the frameworks within which

BLM_0062317

## ARCHAEOLOGY AND HERITAGE TOURISM

any particular heritage exists or has existed for the last ten years, because cultural processes are dynamic. Relying on anthropological accounts as frameworks of reference from which to measure the impact of tourism on heritage is thus not a proper methodological approach. In similar vein, Barbara Little called for "methods for heritage studies [to] include the routing out of biases inherited from influential academic disciplines," and Keefe (1995:44) supports this by highlighting that "the creation of national parks and game reserves has been described as 'ecological apartheid' and stems from Western secular culture which rejects the idea of cohabitation between humans and animals." This is therefore a call for heritage researchers to redefine, or at least use new indicators for the identification of, heritage spaces when dealing with tourism-related issues.

It is evident that where tourism and heritage interact, it is inevitable that communities will always be part of the puzzle and, as agents of culture, will remain necessary subjects for any heritage research. The realization by researchers in tourism that "culture is about differences...[while] tourism is about the experience of cultural difference whether it is desired or not" (Robinson and Boniface 1999:21) emphasizes that it is the nature of the experience that should be focused upon, not how cultural processes could be saved from the impact of tourism. In this way, it is possible to view tourism as one of the catalysts of cultural change.

### References Cited

Balsan, F.
1954   *Capricorn.* Arco, London.

Boniface, P., and P. Fowler
1993   *Heritage and Tourism in "the Global Village."* Routledge, London.

Keefe, J.
1995   Disruption and Displacement: Tourism and Land Alienation. In *Tourism and Minorities' Heritage: Impacts and Prospects,* edited by P. Burns, pp. 41–57. Papers in Leisure and Tourism Studies No. 6. University of North London, London.

Meethan, K.
2001   *Tourism in Global Society: Peace, Culture, and Consumption.* Palgrave, Hampshire.

Millman, R.
1995   Tourism and Minorities Heritage: Rediscovering the Vernacular. In *Tourism and Minorities' Heritage: Impacts and Prospects,* edited by P. Burns, pp. 1–12. Papers in Leisure and Tourism Studies No. 6. University of North London, London.

Robinson, M.
1999   Cultural Conflicts in Tourism: Inevitability and Inequality. In *Tourism and Cultural Conflicts,* edited by M. Robinson and P. Boniface, pp. 1–26. CAB International, Oxon.

Silberbauer, G.B.
1965   *Report to the Government of Bechuanaland on the Bushmen Survey.* Bechuanaland Government, Gaberones.

Smith, V.L
1989   Introduction. In *Hosts and Guests: The Anthropology of Tourism,* edited by V.L. Smith, pp. 1–17. 2nd ed. University of Pennsylvania, Philadelphia.

Coming Soon....

"Archaeology for the Public"

New Web Pages designed to meet the needs and interests of the SAA membership and archaeology's many publics.

Brought to you by the SAA Public Education Committee.



"*The Goddess and the Bull* is erudite and meticulously researched... takes us behind the scenes of archaeology on the world stage."

"Reveals the pitched political battles, the sometimes battered egos, and the stubborn quest for knowledge at one of the world's most important archaeological sites."
—Heather Pringle, author of *The Mummy Congress*

THE GODDESS AND THE BULL

Çatalhöyük: An Archaeological Journey to the Dawn of Civilization

MICHAEL BALTER

FREE PRESS   www.simonsays.com

BLM_0062318

# THE WORLD HERITAGE LIST: GOING FOR THE GOLD

## Mary L. Kwas

*Mary L. Kwas is Research Associate/Education Specialist with the Arkansas Archeological Survey, University of Arkansas-Fayetteville.*

Archaeologists are already aware of the programs that provide protection and recognition to archaeological sites in the U.S. The National Register of Historic Places is the baseline list of cultural resources determined to be worthy of preservation. About 78,000 properties are currently included on the National Register. The next step up for recognition is the National Historic Landmark program. Properties that are designated National Historic Landmarks are considered to be nationally significant "because they possess exceptional value or quality in illustrating or interpreting the heritage of the United States" (http://www.cr.nps.gov/nhl/). Of the 78,000 properties on the National Register, fewer than 2,500 have the distinction of being National Historic Landmarks. Above that, there is just one program that is the pinnacle of world recognition—the World Heritage List. Currently, the U.S. has only 20 properties on the World Heritage List (WHL), of which only eight are cultural properties. Is the U.S. really so deficient in sites of world significance? And if not, what can be done to promote the nomination of sites to the World Heritage List?

## UNESCO World Heritage List

The World Heritage List identifies properties, both cultural and natural, "deemed to be of outstanding universal value" (http://whc.unesco.org/). As explained on the World Heritage Centre website:

> The cultural heritage and the natural heritage are among the priceless and irreplaceable possessions, not only of each nation, but of mankind as a whole. The loss, through deterioration or disappearance, of any of these most prized possessions constitutes an impoverishment of the heritage of all the people in the world. Parts of that heritage, because of their exceptional qualities, can be considered to be of outstanding universal value and as such worthy of special protection against the dangers that increasingly threaten them.

The WHL is administered through the United Nations Educational, Scientific and Cultural Organization (UNESCO) and was established in 1972 through a treaty called the *Convention Concerning the Protection of the World Cultural and Natural Heritage.* The U.S. was the first country to ratify the *Convention* and, as of April 2004, 176 additional countries have done so. UNESCO, through the *Convention,* "seeks to encourage the identification, protection and preservation" of sites that are worthy of inclusion on the World Heritage List (Magness-Gardiner 2004).

As noted above, sites of both natural and cultural heritage may be included on the list. *Natural heritage* "refers to outstanding physical, biological, and geological formations; habitats of threatened species of animals and plants; and areas with scientific, conservation or aesthetic value." *Cultural heritage* "refers to monuments, groups of buildings, and properties with historical, aesthetic, archaeological, scientific, ethnological, or anthropological value."

It was 1978 before the first properties were named to the World Heritage List. Of the 12 properties inscribed that year, the U.S. nominated two: Mesa Verde and Yellowstone National Parks. As of July 2004, the date of the most current list, there are 788 properties on the World Heritage List. At 611, the cultural sites far exceed the 154 natural properties; there are also 23 mixed properties. Representation on the World Heritage List includes 134 countries, from small ones with only a single property to large ones with multiple properties. Size alone is not the determining factor for numbers of inscribed sites, as the two countries with the most World Heritage sites are not the largest in geographic area: Italy tops the list with 39 sites, followed by Spain with 38.

The U.S. continued to nominate sites to the WHL through 1995, when Waterton Glacier International Peace Park and Carlsbad Caverns were added, bringing the U.S. total to 20 (Table 1). No U.S. nominations have been made since that time, nor is the U.S. near the top of the list for numbers of inscribed sites. Countries with more properties on the World

BLM_0062319

## ARCHAEOLOGY AND HERITAGE TOURISM

**Table 1: U.S. World Heritage Sites with Year of Inscription**

Mesa Verde National Park (1978)
Yellowstone National Park (1978)
Everglades National Park (1979)
Kluane/Wrangell-St. Elias/Glacier Bay/Tatshenshini-Alsek National
Parks and Preserves (1979, 1992, 1994)
Independence Hall National Historic Site (1979)
Grand Canyon National Park (1979)
Redwood National Park (1980)
Olympic National Park (1981)
Mammoth Cave National Park (1981)
Cahokia Mounds State Historic Site (1982)
La Fortaleza and San Juan National Historical Site (1983)
Great Smoky Mountains National Park (1983)
Yosemite National Park (1984)
Statue of Liberty National Monument (1984)
Monticello and the University of Virginia (1987)
Chaco Culture National Historical Park (1987)
Hawaii Volcanoes National Park (1987)
Pueblo de Taos (1992)
Waterton-Glacier International Peace Park (1995)
Carlsbad Caverns National Park (1995)

Heritage List are Italy (39), Spain (38), China (30), Germany (30), France (28), India (26), United Kingdom (26), Mexico (24), and the Russian Federation (21). Many of these countries are considerably smaller in geographic area than the U.S. Countries following the U.S. in numbers of World Heritage sites are Brazil (17), Australia (16), Greece (16), Canada (13), Portugal (13), Sweden (13), Czech Republic (12), Japan (12), Poland (12), and Peru (10).

Of the cultural properties on the World Heritage List, many are historical sites of great antiquity, but not archaeological sites per se, such as medieval European castles and cathedrals. Many of the archaeological sites that are on the WHL, however, are easily recognized as sites of "outstanding universal value." A sampling includes Stonehenge, Monte Alban, Teotihuacan, Palenque, Petra, Pompeii, Delphi, the Pyramids of Egypt, Peking Man Site (Zhoukoudian), and L'Anse aux Meadows. Many other archaeological sites on the WHL, however, may not be readily recognizable to archaeologists unless their specialty is outside the U.S. This suggests that there may be many more sites in the U.S. worthy of worldwide recognition, even if the sites currently are not well known internationally.

### U.S. World Heritage Sites

Of the 20 U.S. properties on the World Heritage List, only eight are cultural, which, considering the ratio of cultural to natural sites on the worldwide list, suggests that the U.S. might do better in nominating sites of cultural heritage. Of these eight cultural sites, only three are archaeological sites: Mesa Verde National Park, Chaco Culture National Historic

Park, and Cahokia Mounds State Historic Site. (Pueblo de Taos is also included on the WHL, although it is a living community and not a public archaeological park.) Any U.S. archaeologist could easily name additional sites suitable for nomination.

A list of potential sites, called the Indicative Inventory, is maintained by the Department of the Interior, National Park Service (NPS). The NPS Office of International Affairs is responsible for identifying and nominating U.S. sites to the World Heritage List. The Indicative Inventory is required of countries who have signed the *Convention* and identifies those countries wish to nominate in the future, giving the World Heritage Committee a context for evaluating "outstanding universal value."

Currently, there are only 72 properties on the U.S. Indicative Inventory, including both cultural and natural sites. Only 31 of the 50 states have a site mentioned. Of those sites, only ten are archaeological: Moundville, AL; Cape Krusenstern Archaeological District, AK; Casa Grande and Hohokam Pima, AZ; Lindenmeir Site, CO; Ocmulgee, GA; Pu'uhonua O Honaunau, HI; Poverty Point, LA; Pecos, NM; and Mound City Group, OH. It does not take much thought to come up with additional archaeological sites that probably should be on the Indicative Inventory. Some of those include Pinson Mounds, TN; Watson Break, LA; Blackwater Draw Site, NM; Ozette Site, WA; Danger Cave, UT; Newark Earthworks and the Serpent Mound, OH; and clusters of the Iowa and Wisconsin effigy mounds. Nor does this list touch on early historical sites, such as St. Augustine or Jamestown, or various sites of western expansion.

No information on the posted U.S. Indicative Inventory indicates why these sites are not included on the list, but age of the list is likely the primary reason. The current list was published in 1982 and was last amended with a single addition in 1990. At the time the list was drawn up, some of these sites may not have met the minimal criteria of being National Historic Landmarks or having ownership clearance, while others may not yet have risen to prominence. Certainly, not every prehistoric mound or remnant of a pueblo can be argued to have worldwide significance. Nonetheless, it might be useful for archaeologists to consider the sites in their own states against the criteria for World Heritage status and make suggestions to the NPS Office of International Affairs. The current, out-dated Indicative Inventory is slated for revision, probably beginning in 2005, and notice should appear in the *Federal Register.*

### U.S. Nominating Process

The NPS has prepared a document, currently in draft form, on the nominating process, which includes the criteria for World Heritage status and the steps required to reach that goal. The nominating process is a rigorous one, taking two years from

BLM_0062320

## ARCHAEOLOGY AND HERITAGE TOURISM



*Figure 1: Monks Mound at Cahokia Mounds State Historic Site. Photograph courtesy of Bill Iseminger, Assistant Site Manager/Public Relations Director, Cahokia Mounds State Historic Site, Illinois.*

the time a site is nominated to the international World Heritage Committee. Much goes on, however, before a nomination reaches the international committee. In the U.S., the first requirement for a cultural property to be included in the Inventory is that it be a National Historic Landmark or a National Monument under the Antiquities Act of 1906.

Following that initial requirement, every property owner of a site must agree to the nomination, and a nomination document must be prepared, which must include evidence of legal protections to preserve the property. Once a site is selected for nomination, notification goes through various channels, including the U.S. House of Representatives Committee on Interior and Insular Affairs and the U.S. Senate Committee on Energy and Natural Resources. Again, once a nomination passes the U.S. criteria, it still faces the two-year journey through the international committee. Only one new cultural site a year can be nominated for consideration, slowing the process even further.

Interest in the World Heritage List has languished in the U.S., however, with no nomination to the WHL in 10 years. Reasons for this are varied but seem to include public ignorance of the program and misconceptions about national sovereignty that created opposition in Congress (Araoz 2002). Efforts by the U.S. to support the World Heritage Committee's goals for a more balanced geographic and thematic representation also may be a factor.

Regardless of the problems and measured pace of new inscriptions to the World Heritage List, archaeologists should take an interest in the promotion of notable sites. It is time to review the quality of U.S. archaeological sites and determine if any might be worthy of World Heritage status. Archaeologists can begin the process by making recommendations to NPS and contacting their senators and representatives to dispel misconceptions and promote the value of World Heritage designation.

Every two years, the U.S. proudly counts the medals our athletes earn in the international Olympics competitions. We should also be making an effort to win world recognition for our exceptional sites of cultural and natural heritage. It is time to refocus our attention on the World Heritage List—and go for the gold!

### Acknowledgments

I would like to thank Stephen Morris, Acting Chief, Office of International Affairs, NPS, for answering questions and offering suggestions in the preparation of this article.

### References Cited

Araoz, Gustavo F.
2002   World Heritage: Thirty Years of U.S. Participation. *The George Wright Forum* 19(3):4–11.

Magness-Gardiner, Bonnie
2004   International Conventions and Cultural Heritage Protection. In *Marketing Heritage: Archaeology and the Consumption of the Past*, edited by Y. Rowan and U. Baram, pp. 27–39. AltaMira Press, Walnut Creek, California.

### Related Websites

UNESCO World Heritage Centre (http://whc.unesco.org)

U.S. World Heritage Sites (http://www.cr.nps.gov/worldheritage/)

NPS Office of International Affairs (http://www.nps.gov/oia/topics/heritage.htm)

National Historic Landmarks Program (http://www.cr.nps.gov/nhl/INDEX.htm)

National Register of Historic Places (http://www.cr.nps.gov/nr/)

The Federal Register (http://www.gpoaccess.gov/fr/index.html)

BLM_0062321

# THE COTSEN INSTITUTE OF ARCHAEOLOGY
**R E S E A R C H   •   E D U C A T I O N   •   P U B L I C A T I O N S**



## NEW FROM CIOA PUBLICATIONS





### THE PLAIN OF PHAISTOS: CYCLES OF SOCIAL COMPLEXITY IN THE MESARA REGION OF CRETE
L. VANCE WATROUS, DESPOINA HADZI-VALLIANOU, AND HARRIET BLITZER

The volume presents the results on an interdisciplinary regional field project (1984-1987) carried out on the Island of Crete. This volume traces the changing patterns of settlement and cycles of social complexity from the Late Neolithic period to the present day within the heartland of the state of Phaistos. The authors and contributors publish geological, archaeological, environmental, botanical, historical and ethnographic studies that establish the regional identity of the Western Mesara. Using a combination of empirical, processual and post-processual theoretical approaches, the volume investigates a central problem—how and why did the Bronze Age and Classical states arise at Phaistos? $60, cloth



### FOUNDATIONS OF CHUMASH COMPLEXITY
JEANNE E. ARNOLD

This volume highlights the latest research on the foundations of sociopolitical complexity in coastal California. The populous maritime societies of southern California, particularly the groups known collectively as the Chumash, have gone largely unrecognized as prototypical complex hunter-gatherers, only recently beginning to emerge from the shadow of their more celebrated counterparts on the Northwest Coast of North America. While Northwest cultures are renowned for such complex institutions as ceremonial potlatches, slavery, cedar plank house villages, and rich artistic traditions, the Chumash are increasingly recognized as complex hunter-gatherers with a different set of organizational characteristics: ascribed chiefly leadership, a strong maritime economy based on oceangoing canoes, an integrative ceremonial system, and intensive and highly specialized craft production activities. $24, paper; $45, cloth



### US AND THEM: ARCHAEOLOGY AND ETHNICITY IN THE ANDES
RICHARD MARTIN REYCRAFT

This volume brings together a corpus of scholars whose work collectively represents a significant advancement in the study of prehistoric ethnicity in the Andean region. The assembled research represents an outstanding collection of theoretical and methodological approaches, and conveys recent discoveries in several subfields of prehistoric Andean anthropology, including spatial archaeology, mortuary archaeology, textile studies, ceramic analysis, and biological anthropology. Many of the authors in this volume apply novel research techniques, while others wield more established approaches in original ways. Although the research presented in this volume has occurred in the Andean region, many of the novel methods applied will be applicable to other geographic regions, and it is hoped that this research will stimulate others to pursue future innovative work in the prehistoric study of ethnic identification. $40, paper



### ADVANCES IN TITICACA BASIN ARCHAEOLOGY-1
CHARLES STANISH, AMANDA B. COHEN, AND MARK S. ALDENDERFER

The first in a series of edited volumes that reports on recent research in the south central Andes. Volume 1 contains 18 chapters that cover the entire range of human settlement in the region, from the Early Archaic to the early Colonial Period. This book contains both short research reports as well as longer synthetic essays on work conducted over the last decade. It will be a critical resource for scholars working in the central Andes and adjacent areas. $26, paper; $45, cloth

**SEE OUR FULL CATALOG:**
**HTTP://WWW.IOA.EDU/PUBLICATIONS.HTM**

Now distributed through Oxbow Books [ ] David Brown Book Co.
Mention this ad (code 121-04) when ordering and receive a 20% discount
for North American orders, please contact:

THE DAVID BROWN BOOK CO., PO BOX 511, OAKVILLE CT 06779
800-791-9354, DAVID.BROWN.BK.CO@SNET.NET
OUTSIDE NORTH AMERICA, PLEASE CONTACT:
OXBOW BOOKS, PARK END PLACE
OXFORD, OX1 1HN, UK    |    44 (0)1865 241249
OXBOW@OXBOWBOOKS.COM    |    WWW.OXBOWBOOKS.COM

BLM_0062322

# REPORT FROM THE SAA BOARD OF DIRECTORS

**Dean R. Snow and Linda S. Cordell**

*Dean R. Snow is the outgoing Secretary and Linda S. Cordell is the incoming Secretary for the Society for American Archaeology*

The Board of Directors met at the annual meeting in Salt Lake City, Utah, on March 30 and April 2, 2005. The Board received reports from SAA officers, the executive director, and the chairs of the Society's many committees, task forces, and interest groups. We remind the membership that the work of the Society is done largely by the many volunteers who contribute their time and expertise to these numerous endeavors. In nearly all ways, the Society is its membership, and our report can only highlight a few of the many collective accomplishments of the past year.

Attendance at this 70th Annual Meeting was again strong, and many, diverse exhibitors were represented in the exhibit hall. In Salt Lake City, the Salt Palace convention center was very near the hotels, and with the weather cooperating, meeting attendees got to and from sessions and meetings with relative ease. The Board was pleased that members enjoyed this convenience. The SAA has outgrown even the largest hotel venues, so the use of convention centers will characterize most or all future meetings as well.

Outgoing President Lynne Sebastian reported on domestic political issues, which included: (1) testimony related to NAG-PRA, (2) the ACHP task force on archaeology, (3) USDA Forest Service policies, and (4) a series of state-level issues. She also discussed recent international concerns. President Sebastian noted that a step toward resolving some of these questions took place at this annual meeting in the symposium SAA held jointly with the Consejo de Arqueología del Instituto Nacional de Antropología e Historia de México. The symposium focused on what US archaeologists need to know when working in Mexico. Incoming President Kenneth Ames and the Board look forward to further international dialogues at future SAA meetings. Finally, President Sebastian summarized a series of current issues in society governance. These included: (1) the transition to LCD projection, (2) the Diversity Task Force, (3) The SAA Press, and (4) the future of *E-tiquity*.

Executive Director Tobi Brimsek submitted a detailed written report. Her concerns focused on anticipated budgetary prob-

lems associated with holding the 2006 annual meeting in San Juan, Puerto Rico, membership numbers, JSTOR royalties, and fundraising. She presented members of the Board with the latest publication, *Readings on Ceramics in Archaeology*, from the SAA Press. The SAA's audit for 2004 is scheduled for May and will be available in the Fall. Summer hours will begin at the SAA office in June.

Secretary Snow reported that in addition to the election results reported in his formal report, the bylaws amendment ballot resulted in membership approval of changes that will allow for electronic balloting in the future.

The Board members selected the committees, task forces, and interest groups with which they will serve as liaisons over the coming year. These assignments are critically important, for they provide links between the Board and the many groups that carry out the Society's business. The Board adopted a detailed set of operating policies for The SAA Press, which promises to provide an important new revenue stream as well as an array of excellent publications along with the favorable attention they will bring to the Society, and the Board welcomed David G. Anderson as The SAA Press editor. The Board met, over lunch, with other SAA publication editors: John Kantner, Michael Jochim, Mark Aldenderfer, and Jose Luis Lana, and Publications Committee Chair, Christine Szuter.

The Board also raised the fee for life memberships. The SAA is unusual in dedicating life membership fees to an endowment rather than using them to cover operating expenses. The real purpose of life memberships is therefore to support the Society over the long term. The Board decided that the rate should be designed to reflect that purpose.

The Board also raised the reserves target, a goal that is perpetually unattainable, because it is increased every time good fiscal policies cause us to approach it. This is a measure of the strong financial health of the SAA, and clear evidence that our organization should be able to weather even the worst unanticipated

BLM_0062323

**70TH ANNUAL MEETING**



*During the Annual Meeting in Salt Lake City, the Society for American Archaeology and the Instituto Nacional de Antropología e Historia (INAH) present-ed the symposium "The Practice of Archaeology in Mexico: Institutional Obligations and Scientific Results." The symposium offered American archaeologists an overview of current procedures and regulations applicable to undertaking projects in Mexico. It also addressed the most important contemporary problems in Mexican archaeology today. This symposium was one of the outcomes of the November 2003 joint meeting of SAA's Board of Directors and INAH's Council of Archaeology. Pictured above are the representatives from INAH and the SAA Board of Directors.*

budgetary storm. In other important budgetary decisions, the Board allocated some available funds to support an initiative that will allow the SAA to register as a fundraising organization throughout the United States for a limited period, after which the Board will determine if such registration has proven worth the investment. Some funds were also set aside for the celebration of the SAA's 75th anniversary, and the Board selected St. Louis as the site of this historic meeting which will take place in 2010. In action previous to the 2005 meeting, Jeremy A. Sabloff and James Snead agreed to co-chair the committee planning the 75th anniversary celebration. In recognition of another important anniversary, President Ames agreed to sponsor a Presidential symposium at the 2006 Annual Meeting in San Juan, Puerto Rico that recognizes the centennial anniversary of the passage of the Antiquities Act.

The Society will have a lot to celebrate over the coming years. Through the energy and dedication of its active and engaged membership, appreciation of archaeology is reaching broader and more diverse audiences. The hugely popular presentation of activities at the Public Education Committee's *Archaeology-Land* at the 2005 annual meeting should inspire new generations of archaeologists. Those activities will be available soon on the SAA website. It is truly a privilege to serve on the SAA Board of Directors. On behalf of the Board we thank all of our members for their energy and thoughtful dedication.

Look for more detailed information on current SAA activities in the President's and Treasurer's reports.

BLM_0062324

# SOCIETY FOR AMERICAN ARCHAEOLOGY 70TH ANNUAL BUSINESS MEETING

## MINUTES OF THE MEETING

President Sebastian called the Society for American Archaeology's 70th Annual Business Meeting to order at 5:10 P.M. on April 1, 2005 in Salt Lake City, Utah. The President noted that a quorum was present and requested a motion to approve the minutes of the 69th Annual Business meeting held in Montreal, Quebec (these minutes were published in *The SAA Archaeological Record*, volume 4, number 3). It was so moved and seconded, and the minutes were approved.

President Sebastian delivered her report, beginning by noting that the Society is very strong as measured by both membership size (7,024) and the growth in its financial reserves. She noted that this was a successful transition year in which both LCD and traditional slide projection was available. Beginning in 2006 we will have only LCD projection in annual meeting session rooms.

Sebastian noted that the publications program is strong and getting stronger. The SAA Press is under the editorial leadership of David Anderson and moving forward. *E-tiquity* has experienced technical difficulties but still holds great promise. The annual meeting has been very successful: 3,032 were in attendance as of noon Friday. She thanked those who organized the program and local arrangements, and encouraged members to attend future meetings. We will meet in Puerto Rico in 2006 and in St. Louis for our 75th anniversary meeting in 2010.

Members of the Instituto Nacional de Antropologia e Historia of Mexico were acknowledged and welcomed. President Sebastian noted that a delegation from Peru would be invited for the 2006 meetings. In that connection she mentioned the growing importance of the Register of Professional Archaeologists. Finally, President Sebastian thanked the Nominating Committee for its fine work.

Treasurer George Odell reported that the SAA is in very good fiscal health. This is timely because there may be extraordinary costs associated with the meetings in Puerto Rico next year. We have the reserves to weather these anticipated expenses as well as unanticipated ones that might arise in the future.

Executive Director Tobi Brimsek reported that the SAA has made great progress and is in very strong fiscal health. She anticipates that The SAA Press will do very well and that it will add an important new revenue stream. The exhibit hall has done well this year. So too have efforts to improve information services in our Washington headquarters. Government affairs have broadened in the past year, and the SAA is now well known on Capitol Hill. Reports on government affairs are available to the membership via a monthly e-mail report.

Brimsek reported that although we have made much progress much more remains to be done. Next year's meeting will be unique, and the call for submissions has been mailed from the Washington SAA office. The anticipated 75th anniversary celebration in 2010 promises to be even larger.

John Kantner reported that the next volume of *The SAA Archaeological Record* will feature two thematic issues. He noted that articles in *The SAA Archaeological Record* are increasingly cited in professional journals. He thanks contributors and associate editors for their work.

Michael Jochim reported that 175 manuscripts have been processed since he took over the editorship of *American Antiquity* a year ago. He noted that the current backlog is small and he encouraged members to submit articles. He called for multiple submissions of related articles.

Secretary Dean Snow reported the results of the election. Susan Chandler will serve as Treasurer-elect during 2005–06, taking over as Treasurer at the 2006 annual meeting. Christopher Dore and Emily McClung de Tapia were elected to the Board of Directors, replacing outgoing Directors Nelly Robles Garcia and Patricia Gilman at the close of the 2005 business meeting. Jeffrey Altschul and Kathryn Egan-Bruhy were elected to the 2005–06

BLM_0062325