## 70TH ANNUAL MEETING





*Susan Chandler*　　*Christopher Dore*　　*Emily McClung de Tapia*

nominating committee. The Board thanks all those nominees who were willing to serve.

*Latin American Antiquity* coeditors Suzanne Fish and Maria Dulce Gaspar again welcomed the incoming team of new editors of *Latin American Antiquity*, Mark Aldenderfer and Jose Luis Lanata. They thanked previous editors as well as the SAA staff, especially John Neikirk. They thanked Anne Pyburn for her service as book review editor. Finally they thanked the Publications Committee and Tobi Brimsek for their support.

President Sebastian thanked John Hoopes for his service as editor of *E-tiquity*. She also thanked the committee people who selected award winners for 2005. President Sebastian recognized their outstanding achievements by presenting the Society's awards, which were listed in the meeting program. After the awards, there was no new business, and the ceremonial resolutions were offered.

Jon Muller offered resolutions from the Ceremonial Resolutions Committee thanking retiring officers Lynne Sebastian, President, Dean Snow, Secretary, and the retiring board members Patricia A. Gilman and Nelly Robles Garcia. The committee also thanked the SAA staff, Executive Director Tobi Brimsek, and the Program Committee chaired by Steven Simms. It was further resolved that thanks again be given to those who inform us of the deaths of colleagues, and finally, a resolution of sympathy was extended to the families and friends of John W. Bennett, Robson Bonnichsen, Grace Burkholder, Frederica de Laguna, Jack Goldenfeld, Daniel Goodwin, Alexander Marshak, Mark Mathis, Tom Matthews, and Cheryl Wase.

President Sebastian expressed the Society's thanks as well to our staff at the headquarters in Washington DC and particularly to Executive Director Tobi Brimsek. She extended the Society's appreciation to Secretary Dean Snow and to Board members Nelly Robles Garcia and Patricia Gillman, all of whom completed their terms at this annual meeting. Finally, she thanked the membership for affording her the opportunity to serve as President for the last two years. She then turned the meeting over to President Kenneth Ames.

President Ames made brief remarks, thanking Lynne Sebastian for her service, and mentioning the issues he saw as important challenges for the next two years. These included: the fiscal and administrative health of the SAA, the evolution of relations with Native Americans and other descent groups, the rapid diversification of archaeological careers, electronic media and their impact, the need for more public education, the need for greater outreach to colleagues in the Americas, governmental affairs, cultural resource management, the growth of The SAA Press, and our coming 75th anniversary. President Ames then called for a motion to adjourn, and the 70th annual business was adjourned at 6:25 P.M.



Tobi A. Brimsek, SAA's Executive Director, received the Presidential Citation Award of the Society of Historical Archaeology (SHA) from Judy Bense, President of the SHA. The award recognizes Ms. Brimsek's counsel and assistance to the SHA President and Board of Directors during SHA's years of transition to professional management. Dr. Bense expressed her gratitude to Ms. Brimsek for her professionalism and guidance to SHA at a critical time.

## REPORT OF THE PRESIDENT

*Lynne Sebastian*

In some ways it seems as if the two years of my term as president of SAA have flown by in a blur—other times it seems as if all of this suffering surely must have taken more than two years. In any case, as someone once said after reading *War and Peace*, "no one ever wished it longer than it was."

This past year has been a busy one and overall a very good one for the Society. Membership is very strong with a total of 7,024. As Treasurer George Odell will be telling you in a few minutes, we have had a very successful year financially. We finally met our interim goal of building our invested reserves up to 50% of annual operating expenses. Of course, just when I thought I had bragging rights to claim we had exceeded our reserves target, the Board voted to increase the target amount, so now we are pushing on toward 55%!

And speaking of money, SAA is investing in technology to make our services easier for members to access and more cost effective for the Society. We've already made online membership renewals and meeting registration available; next year we will be adding online ballots. I need to say, however, that for our members who

BLM_0062326

aren't comfortable with all this annoying, new-fangled stuff, we still offer the basic Holocene technology known as "paper."

Also in the technology department, this year we are finally able to respond to a multitude of requests from members and begin moving to LCD projectors at the annual meeting. This year, as a transition, we are providing both LCD and conventional slide projectors. As an aside, I would like to point out that we were able to pay for this, in part, by using the accumulated interest from our general endowment fund. I encourage everyone to remember SAA as part of your annual giving plan or when you renew your membership. It is through our endowments that we will be able to meet the growing needs of the society while keeping our dues as low as possible.

Next year we will shift entirely to LCD projectors. In this case the Holocene technology of slide projectors is in fact going away but this is the choice of Kodak and not SAA.

**GOVERNMENT AFFAIRS.** In the Government Affairs arena, SAA has weighed in on proposals to change the definition of Native American in the Native American Graves Protection and Repatriation Act and commented on the proposed "Future Applicability" regulations for NAGPRA.

We have been working with the Advisory Council on Historic Preservation's Archaeology Task Force, commenting on Section 106 guidance that the Council should produce and on potential revisions to the Council's policy on human burials. The Chair and a Council staff member of the Task Force will be meeting with the Board tomorrow.

In just the past week or so, several important issues have begun to surface concerning NAGPRA and Section 106; SAA will be tracking these closely. As a reminder, if you don't already receive the free monthly Government Affairs Update by email, and would like to, please contact SAA headquarters.

SAA has also provided comments, assistance, and letters of support for several state-level issues affecting the preservation of the archaeological record—something that we do routinely when we are asked by the local or regional archaeological community for our help.

**PUBLICATIONS.** You will be hearing from the journal and magazine editors in a few moments with the details about those publications, but I would like to compliment them for their excellent work over the past year.

The SAA Press, which was launched last year, is moving forward quickly under the editorship of David Anderson. Watch for announcements of important new volumes. Stop by SAA's booth in the exhibit hall and check out the latest offerings.

*E-tiquity*, our electronic journal, has experienced technical difficulties, but the Board has plans to re-examine the procedures for the journal and to make the process more user-friendly for those wishing to submit to this unique publishing venue.

**MEETINGS.** This has been a very successful meeting in terms of attendance, with a total registration figure of 3,032 as of noon today. Offerings for the conference include not only 166 symposia and poster sessions, but the second annual Presidential Invited Forum and the second annual Ethics Bowl competition for college students. And congratulations, by the way to the team from the University of Arizona, winners of this year's Ethics Bowl. There are also a number of special social events this year, including the 15th birthday party for the Public Education Committee and the Grasshopper Field School reunion, which was so large that when I happened to pass by the door I was afraid that it was some society-wide event that I had failed to put on my schedule.

I would like to thank Program Chair Steve Simms and Local Advisory Committee Chair Garth Portillo for their assistance in assembling this meeting. And I would like to remind you that future meetings are scheduled for San Juan, Puerto Rico in 2006, Austin, Texas in 2007, Vancouver, BC in 2008, and Atlanta, Georgia, in 2009. And at their Wednesday meeting, the Board selected St. Louis as the venue for SAA's 75th anniversary meeting in 2010. Many special events are being planned for the 75th—you'll be hearing about them over the next few years.

Tomorrow morning the Board will be sponsoring a joint session with the Instituto Nacional de Antropología y Historia on legal issues and protocols for fieldwork in Mexico. We hope to make this a continuing series of joint sessions with heritage management agencies from other Latin American countries. For 2006, we plan to invite the Peruvian Instituto de Cultura to join us in this education effort for our members. In a related matter, at the request of SAA, the Register of Professional Archaeologists has agreed to initiate discussions with the College of Archaeologists in Peru about a possible reciprocal arrangement whereby registration by one organization would be considered equivalent to registration by the other organization to facilitate joint fieldwork in both countries.

And speaking of the Register of Professional Archaeologists, I would once again like to encourage all members of the Society to become registered. In order to advance professionalism within our discipline we must have what all true professions have—adherence to a code of ethics that embodies our commitment to the resources, our colleagues, and the public and a grievance mechanism for addressing breaches of that ethical code. This is the service that the Register provides to SAA, SHA, and AIA, and it will only be truly effective when the great majority of archaeologists come to view registration as a professional obligation. Stop by the booth in the exhibit hall tomorrow and talk to the folks there about registration.

Finally, I would like to thank the Nominating Committee, chaired by Don Weir, for an outstanding slate of candidates, and to thank all the candidates, both those who were elected and those who were not, for their exemplary willingness to serve their Society.

BLM_0062327

## 70TH ANNUAL MEETING

### INCOMING PRESIDENT'S REMARKS

*Ken Ames*

It is a great honor to be elected president of the Society for American Archaeology. Last night, I looked over the list of past presidents—I am number 57—and was humbled to be on the list at all, particularly so given my immediate predecessor in the office. Tonight I especially want to acknowledge and thank Lynne Sebastian, who has served the Society well in many capacities before becoming president, and who has served the Society exceptionally as president. Over the past year I have built up a file entitled "how Lynne did it" that I plan to consult often. She honors us all with her service.

So please join me in giving Dr. Sebastian a well deserved ovation.

I confess to being somewhat daunted at following Lynne. I certainly cannot fill her shoes, particularly her pumps. I could never manage her grace in them, let alone looking as elegant.

I ran for SAA President for several reasons. I have studied the evolution of leadership in small-scale societies for 30 years. I once described Northwest Coast chiefs as having to cajole, manipulate, and wheedle people into doing what the chiefs wanted. To truly understand that after all these years of scholarship and excavation, I thought I should experience it directly (although Northwest Coast chiefs could also muster canoe loads of warriors, which I can't do).

I also ran because I am very fortunate in what is now an ever-lengthening career in archaeology—it may be the only career for which I am truly constitutionally suited—and this is a wonderful opportunity to return something to the discipline beyond my own work and teaching.

It is also a chance to do some things. SAA's officers deal with an ever-widening range of issues, some anticipated, many unanticipated, making it necessary to try and focus one's energies. Having said that, I must confess the list I am about to give you includes eight items, some very broad.

A major priority of every SAA officer is the Society's ongoing fiscal and administrative health—which, as you have heard this evening, is very good. In this we are blessed in our executive director, Tobi Brimsek, the SAA staff, as well as the board of directors, current and past.

The other issues are these:

- The ongoing evolution of the complex relationship and dialogue between archaeologists and Native Americans—and other descendent groups. These are relationships in which science, culture, laws, regulations, history, and plain humanity intersect and in which SAA's continuing clear, strong voice is crucial;
- The rapid diversification of archaeological careers particularly in the private sector;
  - The long-term potential and impact of electronic media and publishing on the Society's programs, including, but not limited to, our publishing programs (I think we need to do some long-term planning and thinking);
  - The increasing need for public education and outreach—a need which seems to be increasing at warp speed;
  - And finally continuing our efforts to reach out to our colleagues throughout the hemisphere, both south and north.

Then there are important issues in government affairs, CRM, the relationships between CRM and academic archaeology, changes in academia—but I promised to be brief.

I do want to emphasize just two additional items;

- The newly launched SAA Press, under David G. Anderson's energetic editorship. One of my goals as president is to see the press flourishing in two years so go back to your rooms and start working on book prospecti.
- The 75th anniversary meeting in 2010 in St. Louis. That's a little farther out than I at least usually think about meetings, but planning is already underway and you can look forward to opportunities to participate in this special event in the Society's history. As a footnote I would mention that being 75 years old will by most current definitions make the Society itself an antiquity.

SAA's accomplishments are ultimately dependent on the membership. This is a volunteer organization. I look forward to your active involved support over the next two years just as I look forward to working for you

Thank you.

BLM_0062328

# 2005 AWARD RECIPIENTS

## Presidential Recognition Award

### MATRIX PROJECT

Presidential Recognition Awards are given to SAA members who have made extraordinary contributions to the Society and to the profession of archaeology. This year's award is given to the members of the MATRIX Project. The MATRIX project was conceived and carried out by a team of SAA members led by K. Anne Pyburn. The project had the financial support of the National Science Foundation as well as important institutional support from Indiana University and several other institutions that hosted the development of model courses in archaeology. Academic archaeologists worked with cultural resource management specialists and professional educators to craft a series of model courses that were designed to be exemplars for instructors at colleges and universities across the country. Syllabi and course materials are now available for adoption on line, all or in part, as users prefer. For their innovative and wide-ranging efforts to build and freely share curricula that will create exciting new directions for the teaching of archaeology in the twenty-first century, it is my pleasure to present this award to K. Anne Pyburn on behalf of the members of the MATRIX Project.

## AWARDS FOR CONTRIBUTIONS TO ARCHAEOLOGY BY NONARCHAEOLOGISTS

## Public Service Award

### JEFF BINGAMAN

The SAA Public Service Award is given in recognition of important contributions by a public figure to the protection and preservation of archaeological resources. This year's award goes to The Honorable Jeff Bingaman, Senator from New Mexico, for his leadership in passing the Galisteo Basin Archaeological Protection Sites Act. The Galisteo Basin encompasses numerous archaeological sites that contain the remnants of hundreds of years of history of what is now the southwestern United States. These sites, which hold the historical record of both Native Americans and Spanish Colonial residents, are increasingly threatened by encroaching development, vandalism, and looting. Senator Bingaman took a leadership role in crafting and securing passage of a law that will help landowners and the federal government to work together to protect these irreplaceable resources. For his leadership in establishing the Galisteo Basin Archaeological Protection Sites system, and for his longstanding efforts to protect our nation's cultural heritage, the Society for American Archaeology is proud to present the 2005 Public Service Award to Senator Jeff Bingaman.

## Gene Stuart Award

### MARION LLOYD

The Gene S. Stuart Award honors outstanding efforts to enhance public understanding of archaeology through published newspaper articles or series. This year's Gene S. Stuart Award is presented to Marion Lloyd for her article "Earth Movers," in the *Chronicle of Higher Education*. Focusing on the investigation of *terra preta do indio*, which is Portuguese for "Indian black earth," Lloyd illuminates ongoing archaeological work in central Brazil that is changing our understanding of the structure of early rain forest civilization. Balancing current work with previous arguments and present-day farming realities, Lloyd explains a controversial theory that may some day lead to a complete rewrite of textbooks on rain forest living and change the future of farming and ranching in Amazonia. SAA is proud to present the 2005 Gene S. Stuart Award to Marion Lloyd.

BLM_0062329

## AWARDS FOR CONTRIBUTIONS TO AMERICAN ARCHAEOLOGY BY SAA MEMBERS

### Dienje Kenyon Fellowship



**MICHELLE LEFEBVRE**

The Dienje Kenyon Fellowship, which is presented to women beginning their graduate careers and pursuing research in zooarchaeology, is awarded this year to Michelle LeFebvre of the University of Florida.

### Douglas C. Kellogg Fellowship



**IAN BUVITT**

The 2005 Douglas C. Kellogg Geoarchaeology Research Award goes to Ian Buvitt, a Ph.D. candidate in the Department of Anthropology at Washington State University, for his research proposal "Late Pleistocene Environments and Prehistory of the Southwest Transbaikal, Russia."

### Fred Plog Memorial Fellowship



**GREG SCHACHNER**

The 2005 Fred Plog Memorial Fellowship Award winner is Greg Schachner of Arizona State University.

### Arthur C. Parker Scholarship for Archaeological Training for Native Americans and Native Hawaiians

**LARAE BUCKSKIN**

The 2005 Arthur C. Parker Scholarship goes to Larae Buckskin of the Shoshone-Bannock Tribes to support attendance at the Idaho State University Field School.

### NSF Scholarships for Archaeological Training for Native Americans and Native Hawaiians

**LIZATINA A. TSOSIE** of the Navajo Nation

**LAURIE SHEAD** of the Manitoba Metis Federation

**DENNY GAYTON** of the Hunkpapa Lakota

### Student Paper Award



**ELIZABETH HORTON AND CHRISTINA B. RIETH**

The SAA Student Paper award recognizes outstanding research contributions by students to the Annual Meeting. This year's award is given to Elizabeth Horton of Washington State University and Christina B. Rieth of the New York State Museum for their paper entitled "Style, Technology, and Ceramic Variation: Late Prehistoric Pottery Manufacture in Central New York." This study of Iroquoian technological organization examines the effect of firing techniques, using ceramics recovered from the Bailey Site in central New York. The authors demonstrate that non-invasive analyses were insufficient to determine the nature of pottery manufacture and use at the site, and argue that technological attributes can help to distinguish among stylistic attributes and thus inform us about the regional distribution of pottery production. The authors suggest that the application of this approach will lead to a broader understanding of the sociocultural patterns in precontact Iroquoian society.





### Dissertation Award



**SEVERIN FOWLES**

The SAA Dissertation Award recognizes recent graduates who have produced outstanding, well-written dissertations that make a highly original contribution to American Archaeology. The winner of the 2005 SAA Dissertation Award is Dr. Severin M. Fowles, whose work *The Making of Made People: The Prehistoric Evolution of Hierocracy Among the Northern Tiwa of New Mexico*, was completed at the University of Michigan under the guidance of Richard I. Ford. Fowles's work is based upon his re-analysis of

BLM_0062330

classic ethnographic data, on archaeological survey, and on an extensive examination of ceramic style and composition. He traces the emergence of political authority dominated by religious leaders, what he calls a "hierocracy." In a sophisticated theoretical argument, he interprets religious practices as a form of political competition that led to community dis-integration. His work constitutes a major substantive contribution to Southwestern archaeology in the areas of chronology, settlement history, and demography, and is highly relevant to Native Americans in the region. Finally, Fowles' work also advances theory applicable to religion and leadership in small-scale societies worldwide. The SAA is proud to present the 2005 Dissertation Award to Severin M. Fowles.

## Award for Excellence in Public Education



**OFFICE OF ARCHAEOLOGICAL STUDIES (OAS) AT THE MUSEUM OF NEW MEXICO**

The SAA Award for Excellence in Public Education recognizes achievement in the sharing of archaeological knowledge and issues with the public. In 2005, this award goes to the Office of Archaeological Studies (OAS) at the Museum of New Mexico (award accepted by Director Timothy D. Maxwell). Through flexible, customized programming, OAS brings the archaeological record to life for a multitude of diverse publics, including those not otherwise predisposed to support archaeological research and preservation. These tailored offerings serve stewardship needs by demonstrating to others how archaeology can be relevant to their lives. OAS also engages with existing public interest in the archaeological past by emphasizing the role of cultural heritage within the contemporary sociocultural landscape. OAS staff increase the impact of their efforts exponentially by providing resources and expertise to assist others engaged in public outreach. OAS embodies SAA's ethical principles of public education and stewardship. SAA is proud to present the 2005 Award for Excellence in Public Education to the Office of Archaeological Studies at the Museum of New Mexico.



## Award for Excellence in Cultural Resource Management

**ARIZONA SITE STEWARD PROGRAM**

The 2005 Award for Excellence in Cultural Resource management is presented in the category of Preservation and Protection of Archaeological sites. The award goes to the Arizona Site Steward Program, developed and coordinated by the Arizona State Historic Preservation Office (award accepted by Mary Estes). For the past 18 years, this nationally recognized volunteer-based program has assisted in the protection of archaeological sites and historic places throughout Arizona. With more than 800 volunteers serving in 27 communities, the Site Stewards monitor archaeological and paleontological sites and report evidence of destruction or vandalism to federal, state, county, and municipal land managers. Site stewards are recruited, trained, and certified by the SHPO and the Governor's Archaeology Advisory Committee. Last year Site Stewards donated more than 22,000 hours, made more than 9,000 visits to sites, and reported 95 case of damage to sites. The Site Steward program has also partnered with government agencies to conduct training for local law enforcement regarding state antiquity laws and prosecution of site vandalism cases. SAA is proud to present this award to James Garrison and Mary Estes on behalf of the Arizona State Historic Preservation Office and its staff.

## Book Awards

*The Society for American Archaeology annually awards a prize to honor a recently published book that has had, or is expected to have, a major impact on the direction and character of archaeological research, and/or is expected to make a substantial contribution to the archaeology of an area. The Society for American Archaeology also annually recognizes a book that has made, or is expected to make, a substantial contribution to the presentation of the goals, methods, and results of archaeological research to a more general public.*



**KELLEY HAYS-GILPIN**

This award goes to Kelley Hays-Gilpin for *Ambiguous Images: Gender and Rock Art*, published by AltaMira Press. The book takes a remarkably broad and fresh approach to the interpretation of rock art throughout the world. In addition to providing a balanced and insightful overview of significant problems and missteps in the interpretation of rock art, *Ambiguous Images* offers original interpretations and syntheses that illuminate the relation between rock art, gendered worlds, and social life. Marked by thoughtful, balanced analysis and an accessible writing style, the book will be essential reading for anyone interested in rock art images, prehistoric gender and social life, symbolism, or Western North American prehistory. SAA is proud to present the 2005 Book Award to Kelley Hays-Gilpin.

BLM_0062331



### SUSAN TOBY EVANS

The award for excellence in a book written for the public goes to *Ancient Mexico & Central America: Archaeology and Culture History*, by Susan Toby Evans, published by Thames & Hudson. A *tour de force* single-volume overview of ancient Mesoamerica, this book innovatively melds remarkable scholarship and theoretical sophistication into a well-illustrated and clearly written text designed for the general reader. *Ancient Mexico & Central America* is essential reading for anyone interested in ancient Mesoamerica or the development of complex societies. The maturity, sophistication, and accessibility of the text set a new standard for large-scale regional syntheses and for the public audience book award itself. SAA is proud to present the 2005 Book Award to Susan Toby Evans.

## Award for Excellence in Archaeological Analysis



### GEORGE H. ODELL

The SAA Award for Excellence in Archaeological Analysis recognizes an archaeologist whose innovative and enduring research has made a significant impact on the discipline. This year's award goes to George H. Odell for his pioneering work in microwear analysis and his theoretical and methodological contributions to the field of lithic analysis. Dr. Odell's contributions to lithic analysis lie in his pioneering work with microscopic analysis, and his contributions to the theoretical and methodological aspects of lithic studies. As a student, George Odell began experimenting with microscopic techniques, and by the time he completed his dissertation, he was recognized as one of the leading authorities on the microscopic analysis of stone tools. In addition, Dr. Odell has made significant contributions to the methodological and theoretical literature linking lithic artifacts to interpretations of prehistoric sedentism, mobility, and subsistence practices. His most recent book, *Lithic Analysis*, is probably the most comprehensive review of the subject published to date, and he almost single-handedly resuscitated the journal *Lithic Technology* and transformed it from a bulletin into a well-respected and genuinely international journal. SAA is proud to present the 2005 Award for Excellence in Archaeological Analysis to George H. Odell.

## Crabtree Award



### EUGENE C. WINTER, JR.

The Crabtree Award is presented each year to an outstanding avocational archaeologist in remembrance of signal contributions of Don Crabtree. The 2005 Crabtree Award is presented to Eugene C. Winter, Jr., in recognition of his distinguished record of service to archaeology, which spans more than 50 years. An educator by profession and by inclination, Mr. Winter has been the public face of archaeology for public schools, adult education programs, historical societies, and avocational archaeologists in the Northeast. He was twice president of the Massachusetts Archaeological Society, president of the New Hampshire Archaeological Society, and helped to establish the Maine Archaeological Society. He was named honorary curator at the R.S. Peabody Foundation for Archaeology for his selfless work during a 10-year period when there was no director, and more recently when the Museum and its collections faced an uncertain future. His fieldwork and publications attest to his high standards. He has been mentor, friend, and a tireless advocate for education, site protection, and cooperation between avocational and professional archaeologists. SAA is proud to present the 2005 Crabtree Award to Eugene C. Winter, Jr.

## The Fryxell Award for Interdisciplinary Research



### BRUCE D. SMITH

The 2005 Fryxell Award for Interdisciplinary Research is presented to Bruce D. Smith. Dr. Smith's research on Mississippian societies, agricultural origins, subsistence systems, and social complexity has drawn on each of the cornerstone sciences represented by the Fryxell Award. He has led collaborative research teams in the combined use of methods and techniques such as isotopic analysis of human skeletal remains, ethnobotany, and molecular genetics. In publications such as the award-winning book, *Rivers of Change*, he weaves together these different approaches and disciplinary perspectives to construct compelling accounts about key transitions in human history. Among his many professional activities, Dr. Smith was instrumental in founding the Smithsonian Institution's Archaeobiology Program and has generously mentored young scholars.

Bruce Smith's visionary leadership and innovative scholarship

BLM_0062332

have truly drawn from each of the cornerstone sciences represented by the Fryxell Award for Interdisciplinary Research. For this and for his enduring impact on American archaeology and our understanding of ancient societies, SAA is proud to present the 2005 Fryxell Award to Bruce D. Smith. *At the request of the Fryxell Committee, the normally scheduled 2005 Fryxell Symposium in honor of Bruce D. Smith will be held in Puerto Rico in 2006. There will also be a second Fryxell Symposium in Puerto Rico, which will honor the 2006 winner.*

## Lifetime Achievement Award

### GEORGE CARR FRISON



The SAA Lifetime Achievement Award is presented annually to an archaeologist whose specific accomplishments are truly extraordinary, widely recognized as such, and of positive and lasting quality. George Carr Frison exemplifies these qualities through his extensive contributions to archaeological knowledge and for his remarkable service to his university, state, and the SAA of which he is a past President. His many books and articles include research on the first people of the Americas, historic forts, hunting and butchering sites, and lithic studies. They have shaped hunter-gatherer archaeology and are as valuable today as when they were written. Professor Frison was the first head of the Department of Anthropology at the University of Wyoming and the first head of the office of state archaeology and historic preservation, two institutions that continue to advance our understanding of the Northwest Plains. He has

THE FOLLOWING REPORTS FROM THE ANNUAL BUSINESS MEETING CAN BE VIEWED ON SAAWEB AT HTTP://WWW.SAA.ORG/ABOUT-SAA/REPORTS.HTML:

REPORT OF THE TREASURER

REPORT OF THE EXECUTIVE DIRECTOR

REPORT OF THE EDITOR, THE SAA ARCHAEOLOGICAL RECORD

REPORT OF THE EDITOR, AMERICAN ANTIQUITY

REPORT OF THE COEDITORS, LATIN AMERICAN ANTIQUITY

mentored dozens of students, advised numerous museums, and has never forgotten the avocational archaeology societies from whose ranks he sprang. For his own research and for his support of archaeology, SAA is proud to present the 2005 Lifetime Achievement Award to George Carr Frison.

## Poster Awards



The Student Poster Award goes to **ETHAN COCHRANE** (left), **JULIE FIELD**, and **DIANA GREENLEE** for "Variation in Isotopic Diet among Fijians."

The Professional Poster Award goes to **JAMES FEATHERS**, **JACK JOHNSON**, and **SILVIA KEMBEL** for "Luminescence Dating of Monumental Architecture."

Each year the state Archaeology Week Poster Contest is held at the Annual Meeting, sponsored by the Public Education Committee and the Council of Affiliated Societies. Winners are decided by a vote of those viewing the posters and turning in a ballot included with their registration packets. The winners are:

First Prize: **WYOMING**



Second Prize: **GEORGIA**

Third Prize: **CALIFORNIA**

BLM_0062333

## 70TH ANNUAL MEETING

### CEREMONIAL RESOLUTIONS

The Resolutions Committee offers the following resolutions:

Be it resolved that the appreciation and congratulations on a job well done be tendered to the

Retiring **OFFICERS**

Lynne Sebastian, President      Dean Snow, Secretary

and the retiring **BOARD MEMBERS**

Patricia A Gilman          Nelly Robles Garcia

To the Staff, and especially Tobi A. Brimsek, the Executive Director, who planned the meeting, and to all the volunteers who worked at Registration and other tasks;

To the **Program Committee**, chaired by

Steven R. Simms

And the **Program Coordinators**

Jerilyn Hansen          Nancy Kay Harrison

and to the **Committee Members of the Program Committee**

| | |
|---|---|
| Luis Alberto Borrero | Phil R. Geib |
| Nathan D. Hamilton | Brian E. Hemphill |
| William Hildebrandt | Kristen Jensen |
| Patricia M. Lambert | Karen Lupo |
| Thomas Neumann | Bonnie Pitblado |
| Alan Reed | Joseph Tiffany |

AND

To the **Annual Meeting Local Advisory Committee**, chaired by

Garth J. Portillo

And to other **committee chairs and members completing their service** and to the many members who have served the Society on its committees and in other ways;

And sincere wishes that those members of the society who are now serving in the armed forces return safely.

Will the membership please signal approval of these motions by a general round of applause.

And be it further resolved that thanks again be given to those who inform us of the deaths of colleagues, and finally,

A resolution of sympathy to the families and friends of

| | |
|---|---|
| John W. Bennett. | Robson Bonnichsen |
| Grace Burkholder | Frederica de Laguna |
| Jack Goldenfeld | Daniel Goodwin |
| Alexander Marshak | Mark Mathis |
| Tom Matthews | Cheryl Wase |

Will the members please rise for a moment of silence in honor of our departed colleagues.

*Respectfully submitted,*
*Jon Muller*
*on behalf of the Resolutions Committee*

### SAA 2006 CALL FOR NOMINATIONS

The 2006 Nominating Committee of the Society for American Archaeology requests nominations for the following positions:

**President-elect** (2006) to succeed to the office of president for 2007–2009

**Secretary-elect** (2006) to succeed to the office of secretary for 2007–2009

**Board of Directors member, Position #1** (2006–2009), replacement for current member Madonna Moss

**Board of Directors member, Position #2** (2006–2009), replacement for current member Joe Watkins

**Nominating Committee Member, Member 1** (2007)

**Nominating Committee Member, Member 2** (2007)

If SAA is to have effective officers and a representative Board, the membership must be involved in the nomination of candidates. Members are urged to submit nominations and, if desired, to discuss possible candidates with the 2006 Nominating Committee: Chair Robert L. Kelly, (email rlkelly@uwyo.edu), Jeffrey Altschul, Kathryn Egan-Bruhy, Patricia McAnany, and Gil Stein.

Please send all nominations along with an address and phone number, no later than September 6, 2005, to Chair, 2006 Nominating Committee, c/o SAA, Executive Director, 900 Second St., NE #12, Washington, D.C. 20002-3557, (202) 789-8200, fax (202) 789-0284, email tobi_brimsek@saa.org.

BLM_0062334



# NEWS
# & NOTES

**National Register Listings.** The following archaeological properties were listed in the National Register of Historic Places during the first quarter of 2005. For a full list, check "Recent Listings" at http://www.cr.nps.gov/nr/nrlist.htm.

- Maryland, Baltimore County. *Hampton National Historic Site.* Additional Documentation Approved 3/11/05.
- Massachusetts, Essex County. *PORTLAND (Shipwreck).* Listed 1/13/05.
- New York. Suffolk County. *Town Doctor's House and Site.* Listed 1/05/05.
- Washington, Mason County. *taba das.* Listed 2/16/05.
- Wisconsin, Milwaukee County. *APPOMATTOX (Shipwreck).* Listed 1/20/05.

**Ethnography in Archaeology.** We are currently developing a position paper on the incorporation of ethnography into any or all parts of archaeological research and on the benefits or limits of such arrangements. We are interested in examples of ethnography facilitating the incorporation of Indigenous and other alternative perspectives into archaeological practice. How can ethnography, for example, aid in identifying the questions that descendant communities want addressed through archaeology? And what, if any, guidelines and objectives are appropriate and beneficial to all for conducting ethnography within archaeology? Please send your experiences or any references you think we should have of such uses of ethnography in archaeological research to Julie Hollowell (email: jjh@indiana.edu) or George Nicholas (email: nicholas@

sfu.ca).

**New Southwest Information Gateway.** The Southwest Land, Culture, and Society program of the University of Arizona is pleased to announce the release of the new Southwest Information Gateway (SIG). SIG is an annotated catalog of web resources related to the southwestern U.S. and northwestern Mexico. Our goal in creating SIG was to evaluate, bring together, and provide easy access to the vast array of online Southwest information resources—websites, online databases, image banks, and more. The completed Gateway includes a wide variety of high-quality, noncommercial sites relating to Southwest studies. All resources included in SIG have been evaluated for information quality. Resources are arranged by subject and resource type, and can also be searched by keyword. Also included are SIG tutorials, which provide guidance in evaluating and using web sites for research. To get started using SIG, point your browser to http://swst.web.arizona.edu/SIG. Let us know what you think! If you have any questions, comments, or suggestions, please contact Emily Jones at emljones@email.arizona.edu. SIG is a work in progress, so suggestions of resources to add are particularly welcome; however, we are not including either commercial or most personal (unless they contain databases or papers) websites at this time.

**Call for Encyclopedia Authors.** ABC-CLIO, the leading publisher of history reference books, is seeking contributors for a 20-volume *Encyclopedia of World History.* This work

is being produced under the direction of a general editor, era editors with broad expertise in their specific time periods, and a distinguished Board of Advisors. The encyclopedia will be divided chronologically into nine eras, each of which will be treated globally in accordance with current curriculum standards. To assist the reader in appreciating both continuity and change throughout human history, each era will be divided into major thematic categories: Population and Environment, Society and Culture, Migration and Travel, Politics and Statecraft, Economics and Trade, War and Diplomacy, Thought and Religion, Science and Technology. Each theme will be explored through the development of specific topics. These topics will generally be covered in short articles, running about 500–1000 words, with illustrative sidebars of about 100–500 words. Era editors will make arrangements with scholar/writers for initial production of this material, which will be subjected to the normal review and editing processes after submission. We are looking for prospective contributors to the work. Interested scholars should email the publisher at cneel@ABC-CLIO.com with an attached CV and a clear indication of your realm of interest. For additional information, please contact Carolyn Neel, Project Editor, World History Encyclopedia, ABC-CLIO, PO Box 1911, Santa Barbara, CA 93117-5505; email cneel@ABC-CLIO.com.

BLM_0062335



# CALENDAR

### 2005–2006

## 2005

### July 18–22

The XIX Simposio de Investigaciones Arqueológicas en Guatemala will take place at the Museo Nacional de Arqueología y Etnología in Guatemala City. The main theme for this year's symposium will be "The Awakening of Cultural Complexity. Art, Settlement, and Society." For more information, email arroyobarbara2003@yahoo.com, laporte@intelnet.net.gt, or simposioguatemala2005@yahoo.com

### September 15–18

The 7th Biennial Rocky Mountain Anthropology Conference will be held at the Park City Marriott Hotel, Park City, Utah. The conference will feature a plenary session, symposia, and general paper and poster sessions on the archaeology and anthropology of the Rocky Mountains and vicinity. Individual paper and poster abstracts due July 1. For more details, visit http://www.history.utah.gov/RMAC2005. Submissions should be emailed to Ron Rood at rrood@utah.gov.

### September 17

The 12th Annual Symposium of the Pre-Columbian Society will be held in Washington, DC on the topic, "Remarkable Pre-Columbian Tombs and Burial Practices" (working title). Speakers include Jeffrey Quilter (moderator), Ellen Bell, Jane Buikstra, Christopher Donnan, Gordon McEwan, and Javier Urcid. Please contact Paula Atwood at patwood@erols.com for more information.

### October 15

The 1st Three Corners Archaeological Conference will be held at the campus of UNLV. This conference seeks to promote interaction between regional researchers and to present recent interpretation of archaeological data within southern Nevada, southeastern California, and western Arizona. Presentations on any research domain and time period within this region are welcome. For more information, visit the conference website at http://nvarch.org/3corners/ or contact Mark C. Slaughter or Laurie Perry at the Bureau of Reclamation, LC2600, P.O. Box 61470, Boulder City, NV, 89006; tel: (702) 293-8143; email: threecornersconference@yahoo.com.

### October 19–23

The 63rd Annual Plains Anthropological Conference will be held in Edmonton, Alberta, Canada. For more information, visit: http://www.ou.edu/cas/archsur/plainsanth/meeting/meeting. htm.

### October 28–30

The Fourth Annual Tulane Maya Symposium and Workshop will be held at the Uptown campus of Tulane University on the theme "Murals and Painted Texts by Maya Ah Tz'ibob." Murals from the northern Maya area will be the focus of discussions by archaeologists, epigraphers, and art historians, with additional examples from elsewhere in the Maya world. For further information, please contact Gabrielle Vail at FIHR@tampabay.rr.com. To see a retrospective of the 2004 symposium and for program and registration information for the 2005 event, please visit our website at http://stonecenter.tulane.edu/MayaSymposium/.

### November 18–20

The 6e Festival International du Film Archéologique held in Brussels, Belgium is a biennial festival focused on production made between 2000 and 2005 about all aspects of archaeology with an emphasis on good cinematography. The sixth festival will include a section dedicated to archival footage of excavations filmed before the 1950s. For further information, contact Serge Lemaître, President or Benjamin Stewart, Secretary at Asbl Kineon, 55, rue du Croissant, B-1190 Brussels, Belgium; tel: +32(2) 672.82.91; fax: +32(2) 537.52.61; email: asblkineon@swing.be; web: http://users.swing.be/asblkineon.

## 2006

### April 26–30

71st Annual Meeting of The Society for American Archaeology will be held in San Juan, Puerto Rico.

BLM_0062336





# POSITIONS OPEN

LITTLE, *from page 14*

**Position: Cultural Resource Specialist**
**Locations: Minneapolis, Denver, Houston, Providence, or Anchorage**

This individual will manage cultural resource compliance for large-scale pipeline and other energy projects including: agency consultations, supervision of cultural resources subconsultants, coordination of field surveys, technical and editorial review of subconsultant reports, cost management, and acquisition of cultural resource approvals. The nature of how we manage our projects allows this position to be filled at any one of our office locations—Minneapolis, Denver, Houston, Providence, or Anchorage. The qualified candidate will have a Masters degree and 5 to 10 years of relevant experience. This position requires strong working knowledge of federal and state cultural resources regulatory compliance (Section 106, NEPA, etc.) and experience in regulatory consultations in support of commercial customers. Candidates will be required to have an understanding and experience in all aspects of cultural resources management including archaeology, historic structures, Native American consultations, traditional cultural properties, preparation of unanticipated discovery plans, and preparation of management plans. Experience with the NEPA process is mandatory. Experience with the FERC permitting process is highly desirable. The candidate should also possess excellent written and oral communication skills, and be highly organized. Relevant Dates Pertaining to this posting: We are actively recruiting to fill this position as soon as possible. This posting is valid for 45 days from the date of posting. Company Website Address: http://www.NRGINC.com. Preferred Method of Application: Please submit cover letter and resume electronically to careers@NRGINC.com or via the employment opportunities page on our company's web site at http://www.NRGINC.com. Additional Methods of Application: U.S. Mail: Attn: Careers@NRG, Natural Resource Group, Inc., 1000 IDS Center, 80 S. Eighth Street, Minneapolis, MN 55402, Facsimile: Attn: Careers@NRG at (612) 347-6780. Posting Contact Information: Lynda Whittemore, Corporate Recruiter, e-mail: careers@nrginc.com, phone: (612) 347-6789, fax: (612) 347-6780. Natural Resource Group, Inc. (NRG) is a privately-held environmental consulting firm. We work to solve environmental regulatory and engineering issues for the energy industry and to key commercial clients. We help our clients comply with the federal, state, and local environmental laws in order to complete their construction and maintenance projects. Since the firm was founded in 1992, we have grown to over 80 employees with expertise in many disciplines. We have offices located in Minneapolis, Denver, Houston, Providence, and Anchorage. Visit our website at http://www.NRGINC.com for a complete listing of career opportunities available at each office location.

al Heritage Management. Haworth Hospitality Press, New York.

Noble, David Grant
2000    *An Archaeological Guide: Ancient Ruins of the Southwest.* 2nd ed. Northland Publishing Company, Flagstaff, Arizona.

Ramos, Maria, and David Duganne
2000    *Exploring Public Perceptions and Attitudes About Archaeology.* Harris Interactive for the Society for American Archaeology. (http://www.cr.nps.gov/aad/pubs/Harris/index.htm). Accessed Feb. 14, 2005.

Slick, Katherine
2002    Archaeology and the Tourism Train. In *Public Benefits of Archaeology,* edited by B. J. Little, pp. 219–227. University Press of Florida, Gainesville.

Thompson, Raymond H.
1989    Cliff Dwellings and the Park Service: Archeological Tourism in the Southwest. In *International Perspectives on Cultural Parks: Proceedings of the First World Conference, Mesa Verde National Park, Colorado, 1984,* pp. 219–224. National Park Service, Washington, D.C.

Whitley, David S.
1996    *A Guide to Rock Art Sites: Southern California and Southern Nevada.* Mountain Press Publishing Company, Missoula, MT.

Woodward, Susan L., and Jerry N. McDonald
1986    *Indian Mounds of the Middle Ohio Valley: A Guide to Adena and Hopewell Sites.* The McDonald and Woodward Publishing Company, Blacksburg, VA.

BLM_0062337

## THE SAA PRESS BOOK ORDERING AND SHIPPING INFORMATION
### (see inside front cover for selected titles)

* Online ordering is fast, easy, and SECURE. Go to www.saa.org and point your browser to The SAA Press.
* All orders must be prepaid; order by phone, fax, or mail.
* All sales are final (excluding book jobber/bookstore orders).
* Expedited service is available for an additional $25.00 fee *plus* the cost of shipping. An expedited order may be shipped overnight or 2nd day. Contact SAA to determine exact shipping costs. All expedited orders received after 2:30 pm (EST) will be processed the following business day.
* For orders within the United States: $6 for the first item and $1 for each additional item.
  Outside the United States: $12 for the first item and $4 for each additional item.

* Shipment is by United Parcel Service (UPS) Ground Delivery Service or Priority Mail, depending on recipient's address.

* Standard order fulfillment is approximately 10 working days.

### ORDER FORM

Please send the following items:

❏ Expedite my order ❏ Overnight ❏ 2nd Day    Contact SAA for exact shipping amount.

| Title or Product | QTY | Unit Price | Total Price |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Subtotal: _____

Washington, D.C. shipment add 5.75% sales tax: _____

Expedited Service Fee (if applicable): _____

Shipping and handling (see above): _____

**Total:** _____

NAME

ADDRESS

ADDRESS

CITY          STATE/PROVINCE          COUNTRY          ZIP/POSTAL CODE

PHONE          FAX          EMAIL

SAA MEMBERSHIP NUMBER (required to receive member discount)

SIGNATURE

I am paying by:
❏ Check in U.S. funds drawn on U.S. Bank   ❏ Money Order (U.S.–payable to SAA)   ❏ Visa   ❏ Mastercard   ❏ American Express

CARD NO.          EXP. DATE

NAME          SIGNATURE

BLM_0062338

NEW FROM THE SAA PRESS!



# CERAMICS IN ARCHAEOLOGY: READINGS FROM AMERICAN ANTIQUITY, 1936–2002

COMPILED BY HECTOR NEFF
384 PAGES. ISBN No. 0-932839-29-0.
REGULAR PRICE: $37.95, SAA MEMBER DISCOUNT
PRICE: $29.95

SEE INSIDE BACK COVER
FOR ORDERING INFORMATION

The paper used in this publication meets the requirements of ANSI/NISO Z39.48-1992 (Permanence of Paper).

Printed on recycled paper.

SAA
SOCIETY FOR AMERICAN ARCHAEOLOGY
900 Second Street NE #12
Washington DC 20002 USA

Non-profit Org.
U.S. Postage
PAID
St. Joseph, MI
Permit 38

BLM_0062339



**Public Opinion and Archaeological Heritage: Views from Outside the Profession**

David Pokotylo; Neil Guppy

*American Antiquity*, Vol. 64, No. 3 (Jul., 1999), 400-416.

Stable URL:
http://links.jstor.org/sici?sici=0002-7316%28199907%2964%3A3%3C400%3APOAAHV%3E2.0.CO%3B2-%23

*American Antiquity* is currently published by Society for American Archaeology.

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at
http://www.jstor.org/about/terms.html. JSTOR's Terms and Conditions of Use provides, in part, that unless you
have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and
you may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at
http://www.jstor.org/journals/sam.html.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or
printed page of such transmission.

JSTOR is an independent not-for-profit organization dedicated to creating and preserving a digital archive of
scholarly journals. For more information regarding JSTOR, please contact support@jstor.org.

http://www.jstor.org/
Thu Sep 22 19:04:44 2005

BLM_0062340

**ARTICLES**

# PUBLIC OPINION AND ARCHAEOLOGICAL HERITAGE:
## VIEWS FROM OUTSIDE THE PROFESSION

David Pokotylo and Neil Guppy

*A survey of public opinion on archaeological heritage in British Columbia, Canada, focused on five main areas: knowledge of archaeology, interest and participation in archaeology, the role of archaeology in modern society, awareness and support of heritage conservation initiatives, and Aboriginal stewardship of the archaeological record. Public opinion data collected from a random sample of 963 residents of the greater Vancouver metropolitan area indicate a high level of interest and support for archaeology and heritage conservation, but also a high level of misunderstanding about the archaeological record and current legislative measures to protect it. In contrast to recent changes in legislation and initiations within the discipline, public attitude towards Aboriginal stewardship of archaeological resources is generally negative. Education, age, and gender are significant factors affecting differences in opinion.*

*Una encuesta pública sobre el patrimonio arqueológico en Columbia Británica, Canadá, se enfocó en cinco áreas: conocimiento de arqueología, interés y participación en arqueología, el rol de la arqueología en la sociedad moderna, atención y apoyo a las iniciativas de conservación del patrimonio, y manejo del patrimonio a manos de grupos aborígenes. La encuesta se aplicó a una muestra al azar de 963 habitantes de Vancouver. Los resultados indican que existe un alto nivel de interés y apoyo a la arqueología y conservación del patrimonio. Pero estos también indican que existe un bajo nivel de comprensión del registro arqueológico y de las medidas legislativas corrientes para protegerlo. En contraste con los cambios legislativos recientes y cambios dentro de la disciplina, la actitud pública hacia el manejo aborigen de los recursos arqueológicos es generalmente negativa. Educación, edad, y género son factores que afectan significativamente las diferencias de opinión.*

The continuing loss of archaeological sites throughout the world from land development, vandalism, and looting threatens the very essence of archaeology and our ability to understand the past. These losses also strike at the significant values that archaeological sites have in the heritage and living traditions of Aboriginal peoples. In a larger societal context, archaeological information is increasingly used in legal and political areas (e.g., assertion of Aboriginal land claims and rights) as well as cultural tourism (e.g., historic sites, heritage parks, and interpretive centers). Archaeologists are dedicated to archaeological site conservation and have lobbied strongly and successfully for legislation to preserve and protect material evidence of the past. Although legislation has partially controlled site destruction resulting from land development and resource extraction activities, public support for con-

tinued conservation activities remains essential. A healthy appreciation of archaeological heritage also serves to deter site vandalism and looting. As we approach the new millennium, benchmarking of public awareness and support will help to gauge how the public and the archaeological profession weigh the difficult balance between heritage conservation and economic progress.

The archaeological profession acknowledges that it must take a more responsible role to foster an archaeologically-informed public (Ascher 1960; Davis 1978; Fagan 1984, 1977; Feder 1984; McManamon 1991), but there is little consensus on the best way to promote the public interest. Despite Lipe's (1974) call over two decades ago for data-based studies of public attitudes towards archaeology (also see Epp and Spurling 1984; Potter 1990), surveys conducted by Pokotylo and University of

**David Pokotylo** and **Neil Guppy** ▪ Department of Anthropology & Sociology, University of British Columbia, 6303 Northwest Marine Drive, Vancouver, B.C. V6T 1Z1, Canada

American Antiquity, 64(3), 1999, pp. 400–416
Copyright © 1999 by the Society for American Archaeology

BLM_0062341

British Columbia (UBC) students in 1985 and 1989 (see Pokotylo and Mason 1991) remain the only published study of general public interest in North America (but see Feder 1995, 1984; Mackinney 1994a, 1994b; and Turnbaugh 1994). Using a judgmental sample of Vancouver, British Columbia, residents, Pokotylo and Mason (1991) found that the public is highly interested in archaeology and concerned about protecting archaeological sites, but has a limited understanding of the nature and scope of archaeology, regional interpretations of prehistory, and awareness of current heritage conservation laws. Although this study provided some insight into public perceptions about archaeology, it also indicated the need for a larger, more systematic sample addressing current issues important to the future of the discipline (e.g., the antiquities market, looting, vandalism, repatriation, and stewardship) to more reliably and accurately ascertain public opinion. The present study is a multidisciplinary effort that merges archaeological interests in public outreach/education, and sociological expertise in social survey methods and public opinion polling.

We organize our work within a multidimensional framework that first examines the cognitive dimension—how knowledgeable are people about the archaeological record and its interpretation? We consider this a necessary but not sufficient condition for public support of professional archaeological activity. As second and third dimensions, we explore the public's level of priority for and level of participation in archaeologically-related activity. These dimensions acknowledge that the link between knowledge (dimension one) and action is often weak (people may act on the basis of mistaken knowledge or may choose not to act even with solid knowledge). As a fourth focus, we also examine levels of awareness and support of public policy related to archaeological conservation. Here, we attempt to gauge levels of public support for different policy alternatives. Finally, we also investigate public opinion on claims by Aboriginal groups to exercise more control over their own history and interpretations of their cultural heritage by nonaboriginal institutions. We conclude our analysis of these dimensions by ascertaining variation across education, age, and gender subgroups in the sample.

## Survey Methodology

In designing our survey of archaeological heritage, we first reviewed general interpretations of public interest and involvement in archaeology by Davis (1978) and McManamon (1991), and then identified current issues surrounding the present practice of archaeology in North America, with particular reference to western Canada. Using this basic framework, and expanding on earlier work by Pokotylo and Mason (1991), we developed a questionnaire containing multiple-choice and open-ended questions[1] that elicited responses in six main areas:

1. knowledge of archaeology in general and British Columbia archaeology in particular;

2. level of interest and participation in archaeology;

3. opinions about the value and significance of anthropological archaeology in modern society;

4. awareness and support of heritage conservation initiatives;

5. attitudes towards Aboriginal stewardship of the archaeological record; and

6. demographic data on respondents.

In fall 1996, a self-administered questionnaire was hand-delivered to a random sample of residents in the mainland portion of southwestern British Columbia[2]. The sample was selected using a multistage cluster sampling design. We first randomly sampled provincial electoral districts from 2 sampling strata (14 in Greater Vancouver and 6 in the adjacent lower Fraser River Valley). We then randomly selected 5 postal codes per district and 20 street addresses per postal code. Survey research assistants then delivered questionnaires to each chosen address and asked to speak to the person in the household who was over 18 and who had the next birthday (thereby ensuring household members did not self-select for the study). The purpose of the study was explained to each selected participant, a package of material (containing a letter of introduction and the questionnaire) was left, and a time for collecting the completed questionnaire was fixed. Residents returning completed forms were given a free admission to the UBC Museum of Anthropology.

We attempted to deliver 2,000 questionnaires. At each address, if no one was home we returned at least three times in attempting to make contact. We had 963 useable questionnaires returned. A total of 492 recipients refused to participate in the survey, and we were unable to make any contact at 186 addresses. Furthermore, 27 addresses were unusable because of language problems or other difficulties, and 11

BLM_0062342

returned forms completed by under-age respondents were deleted. Thus, out of a possible response from 1,776 people, we had 963 completions for a 54.2 percent response rate. For some questions, the number of valid responses will be less than 963 (i.e., not all respondents answered every question, some questions were not applicable, and some respondents provided no opinion).

## Survey Results

### Nature of the Sample

Respondents were generally middle-aged, Euro-Canadian, and well educated. The average age of respondents was 45 with a standard deviation of 16 years, and the oldest respondent was 89. Respondents were asked to identify their cultural background, and 81.9 percent of those providing such information were of Anglo/Franco Canadian or European background. The sample includes a small number (2.9 percent) of individuals who identified themselves as Aboriginal, and a slightly larger group (11.9 percent) of people of Asian ancestry. Over half (55.4 percent) of the respondents who indicated their highest level of education have attended a postsecondary institution, and 34.9 percent have a university degree. The sample is approximately equally split by gender, with 52 percent identified as female respondents. In comparison to 1996 census data, the sample overrepresents the population of university-educated residents, and the average age of the sample was approximately 5 years greater than the resident population. The sample more closely resembles the population with respect to gender, ethnicity, and ancestry.

### Knowledge of Archaeology

Our first area of interest was the public's knowledge of archaeology. This section of the survey asked questions about what archaeology is, the disciplinary basis of archaeology, the practitioners of archaeology, the antiquity of human occupation and the number of archaeological sites recorded in British Columbia, what is found in an archaeological site in the province, and the availability and source(s) of archaeological knowledge.

When respondents were asked to state what they think of when they hear the word "archaeology," 5.6 percent had no opinion, either leaving the question blank or stating they didn't know, and another 2.3 percent were vague, cynical, or stated they didn't

care. All of these responses were deleted from further analysis. Eleven opinion categories were identified and then classified into five major perspectives on the nature and scope of contemporary archaeology (Table 1). While television and movies often portray archaeology in a romanticized context, few respondents subscribe to this perspective. Group I includes references to Indiana Jones or a romantic perspective of archaeology (e.g., mystery, treasure) and constitutes only 2.6 percent of the sample. The majority (66.4 percent) of responses are in Group II, representing accurate statements concerning archaeological research (e.g., excavation, study of the past, artifacts, sites). An additional 15.3 percent present what we consider to be a reasonable perspective of archaeology (Group III) by referring to past cultures, antiquity, history, heritage, or science and research. While the proportion of "accurate" and "reasonable" responses is over 80 percent, indicating a high level of general understanding, 15.4 percent of the responses present an "earth science" perspective (Group IV) by either associating or linking archaeology with paleontology. Finally, less than 1 percent of the responses associate archaeology specifically with Aboriginal people (Group V). Respondents also were asked to identify the disciplinary basis of archaeology. Most (70.8 percent) consider archaeology to be a subject based in history, rather than in science (23.3 percent) or art (5.8 percent).

Davis (1978) and McManamon (1991) identify

Table 1. What Do You Think of When You Hear the Word "Archaeology"?

| Group/Category | n | % |
|---|---|---|
| I  *Romantic perspective of archaeology* | | |
| Romantic, treasure | 11 | 1.3 |
| Indiana Jones | 12 | 1.4 |
| II  *Accurate perspective of archaeology* | | |
| Excavations | 149 | 16.8 |
| Study the past, ancient society, civilizations | 176 | 19.8 |
| Study the past using archaeological record, methods | 184 | 20.7 |
| Artifacts, sites, ruins | 80 | 9.0 |
| III  *Reasonable perspective of archaeology* | | |
| Past cultures | 31 | 3.5 |
| Antiquity, history, heritage | 93 | 10.5 |
| Science, research | 12 | 1.4 |
| IV  *Earth science perspective of archaeology* | | |
| Paleontology | 48 | 5.4 |
| Paleontology and archaeology | 89 | 10.0 |
| V  *Aboriginal perspective* | | |
| Aboriginal peoples | 2 | .2 |
| Total | 887 | 100.0 |

Table 2. Who Does Most of the Archaeological Work in British Columbia?

| Group | Proportion of Responses | | | | | | Row % | n |
|---|---|---|---|---|---|---|---|---|
| | "None" | "Very Little" | "Some" | "A Fair Amount" | "Most" | "All" | | |
| Government researchers | 5.0 | 25.2 | 43.5 | 19.8 | 6.0 | .5 | 100.0 | 858 |
| University researchers | .3 | .4 | 6.6 | 27.3 | 61.2 | 4.2 | 100.0 | 908 |
| Museum researchers | .9 | 3.8 | 19.2 | 37.2 | 35.9 | 3.0 | 100.0 | 887 |
| Aboriginal people | 6.0 | 25.9 | 41.6 | 20.7 | 4.8 | 1.0 | 100.0 | 868 |
| Private consultants | 10.2 | 34.1 | 37.5 | 14.0 | 3.9 | .3 | 100.0 | 847 |

5 major types of public interest in archaeology (romanticism, aesthetics, nature of the human community, social roots and technical avocation) that they consider to reflect the range of societal values present. Most of our sample responses can be placed into the "nature of the human community" and "social roots" types. We found little expression of romantic, aesthetic, or avocational interests in archaeology. However, we identify another interest category—the "earth science" perspective that confuses archaeology with paleontology and geology. This perspective was even more evident in the earlier survey of Vancouver residents (Pokotylo and Mason 1991), where 52 percent chose both "fossils, such as dinosaurs" and "remains of past cultures" multiple-choice responses when asked to identify what prehistoric archaeologists study. Mackinney (1994a) also found that a substantial number of visitors to the California Academy of Sciences confused archaeology with paleontology, where 38 percent referred to fossils or bones when asked what they think of when they hear the word archaeology. The earth science perspective is a major obstacle to overcome in developing an archaeologically-informed public.

We also wanted to determine public awareness of the current nature of the archaeological profession. As in other parts of North America, archaeology in British Columbia has changed from a primarily academic profession to a situation where cultural resource management is dominant, and most research is done by private consulting archaeologists in compliance with public policy and legislation. Respondents independently ranked the amount of archaeological work (on a 6-level scale from "none" to "all") carried out in British Columbia by university researchers, museum researchers, government researchers, Aboriginal peoples, and private archaeological consultants (Table 2). We examine the proportion of responses stating either "most" or "all work" conducted by each group. University researchers and museum researchers have the high-

est proportions (65.4 percent and 38.9 percent, respectively), while the other three groups are much lower. Aboriginal peoples (5.7 percent) and government researchers (6.6 percent) have approximately equal proportions, while private consultants are the lowest ranked group (4.1 percent). The public perceives archaeology as mainly an academic practice and is unaware of the scale of cultural resource management work conducted by nonacademic professionals, as well as the growing involvement of Aboriginal people.

Most responses to the question, "When do you think human beings first arrived in British Columbia?" show little understanding of the archaeological antiquity of the province. Sixteen percent of respondents indicated no knowledge of human antiquity—7.7 percent did not even attempt to answer the question and 8.3 percent stated that they didn't know. The question was designed to elicit a quantitative estimate of antiquity; however, 9.2 percent of the answers were qualitative. Quantitative responses ranged from 2 years ago (hopefully, a misinterpretation of the question) to 1 billion years ago! These outlying values skew the mean to 1,593,372 years ago. The 5 percent trimmed mean of 7,832 and the median of 3,500 are more representative. Neither estimate, however, is close to the present accepted range of 10,000–12,000 B.P., and only 15.8 percent of the responses are within this range. Also, 6.3 percent of responses state people have been in the province 200 years or less. Of the qualitative responses to the question, 64 percent are considered accurate statements, including "thousands of years ago" (53.3 percent), "ancient times" (4 percent), or references to Beringia or the Pleistocene (6.7 percent). Inaccurate statements include "hundreds of years ago" (8 percent), "millions of years ago" (12 percent), and "always" or "forever" (6.7 percent). When quantitative and qualitative responses are considered together, 20.2 percent of respondents provided reasonably accurate estimates of human antiquity in British Columbia.



Figure 1. Do you think that information on archaeological research is accessible to you?

Another question on public knowledge of the archaeological record asked, "What would be found in an archaeological site in British Columbia?" Respondents were required to write in an answer, and slightly less than 20 percent either didn't answer the question (15.7 percent), or stated that they didn't know (4 percent). These were deleted from further analysis. Of the responses listing site contents, 18.1 percent were either vague or not relevant (e.g., misinterpretation of the question, cynical and nonsense statements). Responses indicating precontact, Aboriginal, and Euro-Asian historic material were considered accurate, and constitute 16.6 percent of the valid sample. Those listing only Aboriginal archaeological material were classified as "reasonable" and are the dominant response category (41.1 percent). Incorrect responses (24.2 percent) include references to dinosaurs, biblical events, and treasure. When the entire sample is considered, slightly less than half (46.3 percent) have an accurate or reasonable understanding of the contents of an archaeological site.

Responses to the question, "How many archaeological sites do you think have been discovered in British Columbia?" also show a limited understanding of the archaeological record. Almost 25 percent of respondents indicated no knowledge; 8.3 percent did not answer the question and 16.6 percent stated that they didn't know. We expected quantitative answers to the question, but 30 percent of responses are qualitative statements. Quantitative responses

range from *no* sites (six responses)—suggesting a particular perception of what an archaeological site is, and what British Columbia apparently lacks—to 1 million sites. All central location statistics (mean = 2719, 5 percent trimmed mean = 318, median = 100) greatly underestimate the current inventory of approximately 19,000 recorded sites (Brian Apland, personal communication 1997). The spread of values shows how great this underestimation is: 81.9 percent of the responses state less than 1,000 sites, and only 2 percent fall within a range (10,000–25,000) roughly approximating the actual number recorded. Although 23.1 percent of qualitative responses state that "thousands" of sites have been discovered, the majority (54.9 percent) are inaccurate. Combining quantitative and qualitative responses, only 3.7 percent show a reasonable understanding of the current provincial archaeological resource inventory.

Archaeologists often have been criticized for not disseminating the results of their research to a public audience, so we wanted to determine how our respondents had acquired their knowledge by posing the question, "Do you think that information on archaeological research is accessible to you?" On a scale from 1 ("not accessible") to 5 ("very accessible"), 42.6 percent of the responses are in the top two ranks while only 19.9 percent are in the bottom two (Figure 1). The average score is 3.3, just .3 points above the algebraic mid-point of the scale, indicat-

Table 3. Sources of Archaeological Knowledge.

| Knowledge source | First Choice | Second Choice | Selected | $n$ | % of All Respondents |
|---|---|---|---|---|---|
| Museums | 117 | 109 | 290 | 516 | 57.5 |
| Television | 109 | 93 | 287 | 489 | 54.5 |
| Travel | 58 | 60 | 212 | 330 | 36.7 |
| Books | 31 | 34 | 153 | 218 | 24.3 |
| Magazines | 15 | 42 | 155 | 212 | 23.6 |
| Secondary school | 34 | 34 | 116 | 184 | 20.5 |
| College/university | 38 | 20 | 90 | 148 | 16.5 |
| Newspapers | 5 | 12 | 83 | 100 | 11.1 |
| Primary school | 11 | 7 | 65 | 83 | 9.2 |
| Movies | 10 | 7 | 64 | 81 | 9.0 |
| Public lectures | 1 | 3 | 22 | 26 | 2.9 |
| Other | 6 | 3 | 14 | 23 | 2.6 |

*Note*: First choice = ranked first; second choice = ranked second; selected = checked but unranked (excludes ranked choices); n = number of respondents ranking or checking each specific source. Total number of respondents stating a knowledge source is 897.

ing that public opinion clusters in the center of the scale, but leans slightly towards research information accessibility.

Since archaeological information is considered relatively accessible, what particular sources are consulted? We listed 11 potential sources of archaeological information (plus a write-in "other" category) and asked respondents to identify the two most informative ones to them. Analysis of the responses is problematic as most people simply checked, rather than ranked, appropriate sources. Nevertheless, several consistent trends are evident in Table 3. Museums are always rated the most frequent information source, followed by television and travel. Academic sources are in the middle and lower ranks, and public lectures consistently rank at the bottom. "Other" information sources include radio, family, friends, and the Internet, but none of these was identified more than four times.

To determine if these information sources reflect preference or simply accessibility, we also asked the question, "How would you prefer to learn more about archaeology?" Respondents could select any number of nine sources similar to those in the above question, as well as write in an "other" category. Three sources predominate: television (67.5 percent), travel (62.0 percent), and museums (57.7 percent). All other sources have a much lower preference rate. Books and magazines have similar preference levels (34.5 percent and 33.9 percent, respectively). Education courses (24.4 percent) are slightly favored over newspapers (22.8 percent) and movies (19.5 percent), but public lectures (16.5 percent) are the lowest-ranked source. Write-in answers were given by 5.6 percent of respondents, with half of these indicating a pref-

erence to visit or participate in an archaeological excavation, and a quarter identifying the Internet as a preferred information source.

*Interest and Participation in Archaeology*

When asked "how interested are you in archaeology?", 39.9 percent of respondents chose one of the top two categories on a rank scale of 1 (not interested) to 5 (very interested) (Figure 2). The average score is 3.2, only .2 points above the midpoint, indicating that opinion clusters in the neutral center but slightly tilts towards the "interested" side. This positive interest is coupled with active participation in archaeologically-related activities. A very high number of respondents (90.7 percent) have visited museums exhibiting archaeological material and nearly half (46.4 percent) stated that they had visited an archaeological site. This latter value is much larger than expected, but it should be considered in the context of what constitutes an archaeological site in the eyes of the public. Respondents who claimed to have visited an archaeological site also were asked to identify the site location. Over half (51.3 percent) did not respond, indicated a museum or a palaeontological site, or provided a vague reference (e.g., a country). Only 37.4 percent listed specific archaeological sites, while an additional 11.3 percent indicated cities or regions with well-known archaeological sites. If only references to sites are considered a valid visit, then the number of site visitors is reduced to 17.3 percent. Respondents also were asked if they had ever participated in an archaeological excavation ("dig"), and only 4.4 percent answered yes. This value is lowered to 4 percent by the deletion of two responses that identify a paleontological site location, and two more that indicate pothunting activity.

BLM_0062346





**Figure 2. How interested are you in archaeology?**

*Role of Archaeology in the Contemporary World*

Although these results raise professional concern about public understanding and awareness of the discipline and the archaeological record, responses to the question, "Do you think archaeology is relevant in contemporary society?," are more encouraging. When asked to rank relevance on a 5-point scale where 5 is "very relevant," 61.3 percent chose one of the top two ranks (Figure 3). The mean score of all responses is 3.8, showing a strong trend to relevance. We also investigated different attitudes to the main subdisciplines of archaeology by asking how important are prehistoric, classical, and historic archaeology. All three subdisciplines rank high on a scale from 1 (not important) to 5 (very important) (Figure 4). Classical archaeology was rated most important, with a mean score of 4.1 and 73.3 percent of responses in the top two ranks. Prehistoric archaeology is rated slightly lower (mean = 4.0), and is followed closely by historic archaeology (mean = 3.9).

When asked "How important do you think archaeology is to the following groups?," respondents independently ranked the relevance of archaeology to various communities on a scale from 1 (not important) to 5 (very important). The scientific community and Aboriginal people tie for the highest level of importance (mean score = 4.3), while archaeology is perceived to be of least importance to land

developers (mean = 2.7). Within this range, environmentalists and antique dealers/collectors have tied mean scores of 3.9, while the general public and forestry/mining industries both rank lower with mean scores of 2.9.

Respondents also were asked to identify any current issues that they were aware of concerning archaeology in British Columbia and elsewhere in the world. Responses to these open-ended, "write-in" questions range from no perceived issues to detailed statements on four issues. For British Columbia, 35.9 percent of respondents did not indicate any issue. We distinguished 11 categories of issues, ranging from academic research questions to high-profile political issues, but only two are present on more than 5 percent of the responses (Table 4). Aboriginal land claims is the predominant issue noted (74.4 percent), while land and resource development issues occur in much lower frequency (26.1 percent). Paleontology, an obvious misconception, was listed only once. The high association of archaeology with Aboriginal land claims may be a perspective unique to British Columbia. Unlike most other parts of Canada and the United States, colonial and provincial governments of British Columbia signed very few treaties with Aboriginal groups, and Indian Reserves or treaties cover relatively little of British Columbia lands. The concept of Aboriginal title to the land was, until recently, denied by



Figure 3. Do you think archaeology is relevant in contemporary society?

successive provincial governments. The land claims settlement process is just beginning and has a very high media profile.

When asked to list world issues concerning archaeology, over half (58.6 percent) of the respondents were unable to provide a valid response. Fourteen categories of issues were defined for responses to this question, and seven are present in 5 percent or more of the valid sample (Table 5). Scholarly research of the past is the most common issue noted (25.1 percent), and heritage resource conservation and religious—political issues tie for the second rank at 15.8 percent each. In the latter category, archaeology was stated as both a source and solution for religious and political conflict, particularly in the Middle East. Aboriginal land claims and rights is the



Figure 4.  How important are prehistoric, classical, and historic archaeology?

BLM_0062348

Table 4. Issues Concerning Archaeology in British Columbia.

| Issue | n | % of All Respondents |
|---|---|---|
| Aboriginal land claims and rights | 459 | 74.4 |
| Land/resource development | 161 | 26.1 |
| Heritage resource conservation | 27 | 4.4 |
| Scholarly research of the past | 26 | 4.2 |
| Aboriginal heritage/sites | 25 | 4.1 |
| Education | 23 | 3.7 |
| Environment | 19 | 3.1 |
| History/heritage | 15 | 2.4 |
| Stewardship, repatriation of cultural property | 10 | 1.6 |
| Tourism | 8 | 1.3 |
| Paleontology | 1 | .2 |

*Note*: Total number of respondents stating an issue is 617; a number indicated more than one issue.

fifth-ranked category (14 percent). Issues related to heritage resource management—stewardship and repatriation (15 percent), and vandalism, looting, and the antiquities market (13 percent), and land-resource development (10.8 percent)—are the fourth-, sixth-, and seventh-ranked issue categories, respectively. Misconceptions of contemporary archaeology include cult archaeology (e.g., unexplained mysteries and extraterrestrials), paleontology, and biblical archaeology (e.g., searching for the ark), and collectively account for 7.3 percent of responses.

Major differences exist in public perception of archaeological issues in regional versus global contexts. Aboriginal claims/rights and land-resource

Table 5. Issues Concerning Archaeology in the World.

| Issue | n | % of All Respondents |
|---|---|---|
| Scholarly research of the past | 100 | 25.1 |
| Heritage resource conservation | 63 | 15.8 |
| Religion and politics | 63 | 15.8 |
| Stewardship, repatriation of cultural property | 60 | 15.0 |
| Indigenous land claims and rights | 56 | 14.0 |
| Site vandalism, looting, antiquity market | 52 | 13.0 |
| Land/resource development | 43 | 10.8 |
| Biblical archaeology | 15 | 3.8 |
| Paleontology | 12 | 3.0 |
| Archaeology versus religion | 9 | 2.3 |
| History/heritage | 8 | 2.0 |
| Tourism | 2 | .2 |
| Cult archaeology | 2 | .5 |
| Education | 1 | .3 |

*Note*: Total number of respondents stating an issue is 399; a number indicated more than one issue.

development are identified in both questions, but two issues of major significance to archaeology—vandalism, looting and the antiquities market; and stewardship and repatriation of cultural property—are either unmentioned or infrequent in the British Columbia context. This low incidence is unexpected, as the sale and export of privately-held seated human figure bowls removed from British Columbia archaeological sites before the turn of the century, and the ineffectiveness of current heritage conservation legislation to stop this activity, has been widely reported in the media as recently as 1993 (see Winter and Henry 1997). One interpretation of this low level of concern is that the public does not consider archaeological material from British Columbia (and possibly North America) as equivalent in importance to that from other parts of the world. This can be initially evaluated by comparing the above data to that collected by Mackinney (1994a) who asked a similar question on issues concerning archaeology although no geographic context was specified. "Expatriation of artifacts" was the fifth-ranked issue, identified by 12 percent of respondents, while 6 percent noted looting as an issue. These values are lower than those recorded for world issues in this study, but they suggest the low level of concern about repatriation, looting, and vandalism, is regional, rather than continental, in focus.

If the public perceives archaeology as important in contemporary society, what kinds of values do archaeological objects have? Respondents were asked to select any number of seven value categories associated with archaeological resource significance. Very high numbers of respondents indicated that archaeological objects have educational (95 percent) and scientific values (87.6 percent). This academic perspective, however, must be balanced against the high proportions reporting spiritual (75.2 percent), monetary (54.6 percent), and aesthetic values (52.4 percent). Slightly over one-third (36.5 percent) of respondents thought archaeological objects have political value, while only 1.1 percent attributed no value to such objects. Clearly, public perception of the values of archaeological materials is multidimensional, and academic values cannot be considered in isolation from either humanistic or material ones.

*Conservation and Management of Archaeological Heritage*

Since public laws are fundamental to archaeological

Table 6.  Responses to Statements on Conservation and Management of Archaeological Heritage, and Aboriginal Peoples and Archaeology.

| | Response (%) | | | | | |
| Statement | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | n |
| --- | --- | --- | --- | --- | --- | --- |
| *Conservation and management of archaeological heritage* | | | | | | |
| People interested in archaeology as a hobby should be allowed to collect material from archaeological sites. | 20.4 | 46.3 | 19.1 | 11.8 | 2.4 | 868 |
| The government should own all archaeological objects and archaeological sites found in the province. | 14.9 | 36.2 | 19.1 | 20.2 | 9.6 | 931 |
| Archaeological sites found on private land are the responsibility of the land owner. | 13.7 | 47.9 | 22.4 | 13.0 | 3.0 | 936 |
| *Aboriginal peoples and archaeology* | | | | | | |
| Aboriginal people should have majority control over the archaeological sites and artifacts their ancestors created. | 10.0 | 29.4 | 25.2 | 30.4 | 5.0 | 861 |
| Aboriginal people should be responsible for the preservation and care of all objects made by their ancestors. | 12.4 | 37.2 | 23.2 | 20.6 | 6.6 | 934 |
| Only Aboriginal people should be allowed to visit sacred archaeological sites. | 23.9 | 54.4 | 14.5 | 5.6 | 1.7 | 947 |
| British Columbia's ancient past belongs only to Aboriginal people. | 28.9 | 41.6 | 13.8 | 10.5 | 5.1 | 934 |
| Only Aboriginal people should control the excavation of archaeological sites that their ancestors created. | 21.3 | 45.4 | 19.9 | 10.3 | 3.1 | 864 |
| Aboriginal people are the most knowledgeable interpreters of the past. | 16.3 | 43.5 | 26.0 | 11.5 | 2.8 | 863 |
| The most knowledgeable interpreters of the past are archaeologists. | 2.7 | 24.6 | 27.0 | 37.6 | 8.1 | 927 |
| Archaeologists should include Aboriginal people to assist with studies of Aboriginal archaeology. | 1.3 | 2.3 | 8.9 | 59.2 | 28.3 | 868 |

resource conservation and management programs, we wanted to determine the level of public awareness and support of such policies and activities. Archaeological site protection is perceived as an important issue. A large majority (85.9 percent) of respondents indicated that, in principle, archaeological sites are resources that should be protected, although an appreciable number (10.6 percent) were uncertain about this. Using a 7-point scale to rate the importance of site protection, respondents had an average score of 5.45 (1.45 points above the algebraic midpoint of the scale), with 52 percent choosing the top two values. A majority of respondents (78.5 percent) also felt that there should be laws to protect archaeological sites. However, 17.6 percent were uncertain about the need for legislation. The pro-conservation concern also extends to special interest groups such as amateur/avocational archaeologists. Over 70 percent of respondents either disagreed or strongly disagreed that "people who are interested in archaeology as a hobby should be allowed to collect material from archaeological sites" (Table 6), and the mean score of 2.3 on the 5-point scale shows a solid opinion against amateur collecting.

The strength of a law can be measured by the penalty for its violation, and respondents strongly supported penalties for knowingly destroying archaeological sites. A high proportion (80.7 percent) felt that individual violators should be penalised, and a slightly larger group (84.5 percent) thought that corporations should receive penalties. In both contexts, more people were uncertain about penalties (15.3 percent for individuals, 12.4 percent for corporations) than were against them (4.1 percent individuals, 3.2 percent corporations).

People supporting penalties also were asked to choose any of three types—fines, jail, and community work—that they thought suitable. Of those who indicated that individuals should be penalized, 5.1 percent were uncertain about, or did not respond to, specific types of penalties. The level of uncertainty was only 2.6 percent among those who support corporate penalties. For both individual and corporate violators, fines were the most preferred penalty, followed by community work and jail sentences. However, most respondents selected a combination of penalty types, rather than a single one (Table 7). Fines and community work were the most common

BLM_0062350

Case No. 1:20-cv-02484-MSK   Document 46-19   filed 04/28/21   USDC Colorado   pg 26 of 117

Table 7. Penalties for Knowingly Destroying Archaeological Sites.

| Penalty | Individual Violators | | Corporate Violators | |
|---|---|---|---|---|
| | n | % | n | % |
| No penalty | 5 | .8 | 2 | .3 |
| Fine | 158 | 24.0 | 247 | 35.6 |
| Jail | 19 | 2.9 | 20 | 2.9 |
| Community work | 86 | 13.1 | 20 | 2.9 |
| Fine and jail | 23 | 3.5 | 40 | 5.8 |
| Fine and community work | 280 | 42.6 | 255 | 36.8 |
| Jail and community work | 5 | .8 | 4 | .6 |
| Fine, jail, and community work | 81 | 12.3 | 105 | 15.2 |
| Total (column %) | 657 | 100.0 | 693 | 100.0 |

penalty selected for both individual (42.6 percent) and corporate (36.8 percent) violators, while fines alone ranked second in each group (24.0 percent for individuals, 35.6 percent for corporations). Community work was the third-ranked penalty (13.1 percent) for individuals, while a combination of fines, jail, and community work ranked third (15.2 percent) for corporations.

The above results depict a public generally sympathetic to issues of archaeological resource conservation, and supportive of penalties to deter destruction of the resource base. However, the level of public awareness of legislation to protect these resources is very low. When asked if governments currently have laws to protect archaeological sites and artifacts[3], 68.2 percent of respondents were uncertain, 5.2 percent answered "no," and only 26.6 percent stated "yes." Thus, a large majority (73.4 percent) of the public is unaware of the present *Heritage Conservation Act* (1996 Revised Statutes of British Columbia, Chapter 187) that protects archaeological sites and materials on public or private property in British Columbia, and the history of provincial legislation extending back to 1960 that explicitly recognizes and protects archaeological sites (see Apland 1993).

Issues of ownership of heritage resources is a topic of considerable discussion and debate, and our sampling of public opinion on this topic yielded some contradictory and controversial perspectives. Over half (51.1 percent) of the respondents either disagreed or strongly disagreed that the government should own all archaeological objects and archaeological sites found in the province (Table 6), with a mean response score of 2.7 showing an overall trend to disagreement. However, 69.8 percent think individuals should not have legal rights to any archaeological artifacts found on government land. This opinion also extends to private property, where 56.2 percent of responses indicate that individuals should not have legal rights to sites and artifacts. Also, the mean response score to the statement "archaeological sites found on private land are the responsibility of the land owner" is 2.44, showing a negative opinion where 61.6 percent disagree or strongly disagree (Table 6). The majority of the public does not support government ownership of archaeological resources in the "public trust" (see Knudson 1991), but they disclaim any individual legal rights to (and responsibility for) archaeological material. However, these responses, as well as others disapproving of untrained individuals collecting artifacts for personal use, suggest a strong public sentiment for at least public regulation of the conduct of archaeology, protection and preservation of sites, and public interpretation of the results of archaeological studies.

The public has a quite different attitude towards the personal purchase of archaeological antiquities. When asked the question, "If you found an object for sale that was collected from an archaeological site, and you really liked the item, would you buy it?," 47.9 percent of respondents stated yes, although 3.1 percent indicated that they would then donate it to a heritage institution. The number of people who would knowingly buy an archaeological artifact is disturbing given the strong level of support for site preservation. However, this attitude is not unexpected given that over half of the respondents consider archaeological objects to have monetary value. Archaeological heritage conservation is thought to be good for society at large, but is conveniently ignored at the individual level.

### Aboriginal Peoples and Archaeology

The past decade has been a time of considerable debate and change for anthropological archaeolo-

gists working with Aboriginal cultural material (Haas 1996; McGhee 1989; Trigger 1988). In Canada, two recent initiatives present principles to develop policies and new working relationships between archaeologists and Aboriginal people. The Assembly of First Nations and Canadian Museums Association joint *Task Force Report on Museums and First Peoples* states that involvement of Aboriginal peoples in museum work is essential to improve the representation and interpretation of Aboriginal histories and cultures, and calls for equal partnerships between museums and Aboriginal peoples (Hill and Nicks 1992). After a three-year process of consultation with the professional archaeological community and Aboriginal people, the Canadian Archaeological Association prepared the *Statement of Principles for Ethical Conduct Pertaining to Aboriginal Peoples* (Nicholson et al. 1996). The principles acknowledge Aboriginal peoples' interest in the protection, management, interpretation, and presentation of the archaeological record, and encourage partnerships with Aboriginal communities in archaeological research, management, and education, based on respect and mutual sharing of knowledge and expertise. These recommendations have been adopted as guidelines by many institutions and archaeologists in Canada, and, along with recent changes to heritage conservation legislation that provide a greater role for Aboriginal involvement, are restructuring the practice of Canadian archaeology. We assess the level of public understanding and support of these initiatives and changes by monitoring their reactions to a series of statements on Aboriginal stewardship of the archaeological record and control of intellectual property. For each statement, respondents were asked to indicate their opinion on a scale of 1 (strongly disagree) to 5 (strongly agree).

Public reaction to 5 statements on Aboriginal peoples' stewardship of their archaeological heritage is generally negative, where all mean scores are below the neutral midpoint of 3. The best-received statements concern Aboriginal control and preservation of archaeological sites and objects. A mean score of 2.9 indicates an almost neutral opinion to "Aboriginal people should have majority control over the archaeological sites and artifacts their ancestors created," where 39.4 percent disagree or strongly disagree with the statement (Table 6). Nearly half (49.6 percent) of the respondents disagreed or strongly disagreed that "Aboriginal people should be respon-

sible for the preservation and care of all objects made by their ancestors" (Table 6), and the mean response score is 2.7, indicating a slightly negative attitude. The strongest negative opinions are in response to statements concerning access to specific Aboriginal sites and rights over archaeological heritage. The statement, "Only Aboriginal people should be allowed to visit sacred archaeological sites since their ancestors created these sites," received the lowest average score (2.1) of all 5 statements, and 78.3 percent disagreed or strongly disagreed with it (Table 6). A total of 70.5 percent of respondents disagreed or strongly disagreed that "British Columbia's ancient past belongs only to Aboriginal people" (Table 6), and the mean response score is 2.2. The statement, "Only Aboriginal people should control the excavation of archaeological sites that their ancestors created," has a slightly higher mean score (2.29) and a 66.7 percent disagree/strongly disagree response rate (Table 6).

The above responses can be interpreted in at least two different ways. On the one hand, a significant segment of the public does not appear to acknowledge, or support, the increasing number of Aboriginal claims of proprietary rights to, and ownership of, British Columbia's archaeological resources. On the other hand, it may be that the public gives priority to its own interest in archaeological sites and is unwilling to have this interest ignored and/or made secondary to the interests of Aboriginal peoples.

The public's negative attitude towards Aboriginal people's stewardship of their archaeological heritage also extends into the area of intellectual property. Many Aboriginal groups are questioning the interpretations of non-native archaeologists on moral and ethical grounds and are working to construct their own history of the past. However, the public is more likely to accept interpretations of the archaeological past offered by professional archaeologists (mean score = 3.2) rather than traditional native views (mean score = 2.4). Only 14.3 percent of respondents either agreed or strongly agreed that "Aboriginal people are the most knowledgeable interpreters of British Columbia's ancient past" (Table 6), while 45.7 percent agreed/strongly agreed that "the most knowledgeable interpreters of British Columbia's ancient past are archaeologists" (Table 6). Although a majority of respondents regard neither archaeologists nor Aboriginal people as "most knowledgeable," there is recognition that archaeol-

ogists have a responsibility to share the study of the Aboriginal past with Aboriginal people. The average response score to the statement, "Archaeologists should include Aboriginal people to assist with studies of Aboriginal archaeology," is 4.1, with an 87.5 percent agree/strongly agree rate (Table 6).

In summary, public opinion on issues of Aboriginal stewardship of the archaeological record and intellectual property tends toward negative attitudes. This opinion runs against the current tide of political and professional initiatives that promote a stronger role for Aboriginal peoples in archaeology.

## Background Characteristics and Public Understanding of Archaeology

Studies of public opinion on environmental issues (Blake et al. 1997a, 1997b; Inglehart 1990; Milbrath 1984; Nevitte and Kanji 1995; Steger and Wirt 1989) show that education level, age, and gender can account for differences in levels of environmental concern. As archaeological heritage can be considered an aspect of general environmental concern, we examine the relationships of education, age, and gender with variables derived from each of the five dimensions discussed above. Based on studies of environmental research, we may expect individuals with a higher education to be more knowledgeable about the archaeological past and more concerned about archaeological conservation, compared to those with less education. Also, younger people, particularly those who grew up after the Second World War, may be expected to give a higher priority to archaeological heritage preservation as part of the general movement to protect the environment (Inglehart 1990). Finally, women tend to be more concerned about the environment than men, and we may expect a similar pattern for archaeological heritage issues (Blake et al. 1997a; Milbrath 1984; Nevitte and Kanji 1995; Steger and Wirt 1989).

### Comparison Indices

To obtain overall measures of public response to our five dimensions, we constructed a series of indices based on select questions. The knowledge index measures the accuracy of responses to four questions (what do you think of archaeology, what would be found at an archaeological site in British Columbia, and the antiquity of human occupation and number of sites recorded in British Columbia. The index scale ranges from 0 (all responses inaccurate) to 4 (all responses accurate).

An interest–participation index includes two variables: respondents' interest in archaeology and visitation of archaeological sites. The scale ranges from 0, indicating no interest and no site visit; to 2, where the respondent indicated an interest (i.e., chose one of the top two interest levels) and had a valid site visit. We did not calculate a composite index for the role of archaeology in contemporary society. Rather, the scores for the relevance of archaeology and the particular values of archaeological objects significantly associated with education level, age, and gender, were examined separately.

To create a comprehensive index of the perceived importance of archaeological resource conservation, we combined the following variables: the need for site protection in principle and laws to protect sites, awareness of current archaeological conservation legislation, individual and corporate penalties for site destruction, government ownership of archaeological resources, individual legal rights to archaeological remains on government and private lands, and personal desire to purchase archaeological artifacts. Each variable response was scored as 0 (negative) or 1 (positive) and summed. Overall awareness and support of these conservation issues is measured on a scale from 0 (low) to 9 (high).

Our index of awareness and support of aboriginal stewardship is based on five variables: majority control over Aboriginal archaeological sites and artifacts, responsibility for the preservation and care of all Aboriginal objects, control over the excavation of Aboriginal archaeological sites, access of only Aboriginal people to sacred archaeological sites, and Aboriginal people as the most knowledgeable interpreters of British Columbia's ancient past. We summed the responses to all questions to produce a scale from 0 (strong disagreement) to 20 (strong agreement).

### Education level

We identified three levels of education for respondents: high school or less, technical–vocational postsecondary, and university. The public's knowledge (Kruskal-Wallis $x^2 = 20.438$, $p < .000$), interest–participation in archaeology (Kruskal-Wallis $x^2 = 6.407$, $p = .041$), perceived relevance of archaeology (Kruskal-Wallis $x^2 = 17.807$, $p < .000$), and awareness and support of archaeological resource conservation (Kruskal-Wallis $x^2 = 15.828$, $p < .000$) vary significantly across education levels. The knowl-

BLM_0062353

Table 8. Average Scores for Index Variables by Education Level.

| Index variable | Education Level | | | | Scale Range |
|---|---|---|---|---|---|
| | High School | Technical-vocational | University | All Levels | |
| Knowledge | 1.3 | 1.5 | 1.7 | 1.6 | 0–4 |
| Interest-participation | .4 | .6 | .7 | .6 | 0–2 |
| Relevance | 3.6 | 4.0 | 3.8 | 3.8 | 0–5 |
| Conservation | 5.3 | 6.1 | 5.9 | 5.7 | 0–9 |
| Aboriginal stewardship | 7.5 | 7.5 | 7.2 | 7.3 | 0–20 |

edge, and interest–participation indices increase with education level, while people with a technical-vocational education have the highest awareness and support of conservation and assign the highest relevance to archaeology (Table 8). Education level also is significantly associated with monetary ($x^2 = 29.518, p < .000$), political ($x^2 = 26.648, p < .000$), aesthetic ($57.882, p < .000$), and spiritual values ($x^2 = 32.338, p < .000$) of archaeological objects. University-educated respondents have the highest rate of selection for all four values, while respondents with only a high school education are consistently the lowest. Support for aboriginal stewardship diminishes slightly with increased education; however, differences between levels are not significant.

### Age

The age of respondents was divided into three roughly equal-size groups: 18–35, 36–50, and over-50. Knowledge (Kruskal-Wallis $x^2 = 5.885, p = .053$), and awareness-support of archaeological resource conservation (Kruskal-Wallis $x^2 = 23.880, p < .000$) increase with age, and vary significantly across the age groups (Table 9). Public interest and participation in archaeology also differ significantly between age groups (Kruskal-Wallis $x^2 = 6.407, p = .041$) and decrease with age. However, age is not an important factor in people's opinions of the role of archaeology in contemporary society or in their level of support for Aboriginal stewardship. Although the relevance of archaeology was ranked highest by those 18–35 years old, the difference between age groups

is not significant. Age level is only significantly associated with the educational value of archaeological objects ($x^2 = 8.998, p = .011$) where the rate of selection decreases with age (18–35 = 97.4 percent, 35–50 = 95.8 percent, over-50 = 92.2 percent).

### Gender

Gender differences exist in the relevance to archaeology (Mann Whitney $U = 91660.5, p < .000$) and support of Aboriginal stewardship (Mann Whitney $U = 71814.5, p < .000$). As we anticipated, women tend to assign a higher level of relevance to archaeology and are more supportive of Aboriginal stewardship (Table 10). Gender also is significantly associated with political ($x^2 = 4.810, p = .028$), educational ($x^2 = 4.467, p = .035$), and spiritual ($x^2 = 12.270, p < .000$) values of archaeological objects. A higher proportion of males (40 percent versus 33.1 percent for females) selected political values, while higher proportion of women selected educational (96.5 percent versus 93.5 percent for males) and spiritual (80.1 percent versus 70.2 percent for males) values.

### Discussion and Conclusions

The results presented above challenge our professional assumptions of public understanding of the archaeological record and its uses, conservation, and management. Archaeologists are well aware that legislation and funding beneficial to archaeological conservation are critically dependent on public support, ultimately culminating in elected governments representing the collective interest. A public concerned

Table 9. Average Scores for Index Variables by Age Group.

| Index variable | Age Group | | | | Scale Range |
|---|---|---|---|---|---|
| | 18–35 | 36–50 | Over 50 | All Ages | |
| Knowledge | 1.5 | 1.5 | 1.7 | 1.6 | 0–4 |
| Interest-participation | .7 | .5 | .6 | .6 | 0–2 |
| Relevance | 3.9 | 3.7 | 3.8 | 3.8 | 0–5 |
| Conservation | 5.4 | 5.7 | 6.1 | 5.7 | 0–9 |
| Aboriginal stewardship | 7.7 | 7.1 | 7.5 | 7.3 | 0–20 |

BLM_0062354

Case No. 1:20-cv-02484-MSK   Document 46-19   filed 04/28/21   USDC Colorado   pg 30 of 117

Table 10. Average Scores for Index Variables by Gender.

| Index variable | Gender | | | |
| --- | --- | --- | --- | --- |
| | Female | Male | All | Scale Range |
| Knowledge | 1.5 | 1.6 | 1.6 | 0–4 |
| Interest-participation | .6 | .6 | .6 | 0–2 |
| Relevance | 3.9 | 3.6 | 3.8 | 0–5 |
| Conservation | 5.8 | 5.7 | 5.7 | 0–9 |
| Aboriginal stewardship | 7.9 | 6.9 | 7.3 | 0–20 |

about conserving archaeological resources can exert pressure on both the governmental and private sectors to ensure that archaeological heritage issues are handled in a serious manner. However, professional archaeologists commonly assume that the public, while interested in and possibly intrigued by archaeology, consider it isolated from the main concerns of society, and therefore is unlikely to actively promote and support archaeological conservation.

Our analysis shows that British Columbians tend to have a realistic perspective of what archaeology is and are somewhat interested in archaeology. They consider archaeology to be relevant in contemporary society, yet perceive archaeology to be of little importance to the public. There is a high level of public concern about archaeological resource conservation and very strong support for laws and penalties to protect archaeological sites. However, there also exist equally high levels of misunderstanding about the nature of the archaeological record, the current practice of archaeology, and present heritage conservation laws. A more disturbing fact is the high incidence of people who assign a monetary value to archaeological objects and would knowingly purchase an archaeological antiquity, despite their general concern about site preservation.

There is a divisive gap between negative public attitudes toward Aboriginal rights and interests in the management and interpretation of the archaeological record, and current political and scholarly responses to Aboriginal claims for increased control over their heritage. This situation certainly presents problems in developing an archaeological public trust that tries to find common ground in management of the archaeological record in a multicultural context (see Knudson 1991).

Education level is a significant source of differences in public knowledge, interest, and participation in archaeology; perceived relevance of archaeology, awareness, and support of archaeological resource conservation; and regard for monetary, political, aes-

thetic, and spiritual values of archaeological objects. People with a higher education tend to be more knowledgeable about the archaeological past and more concerned about archaeological conservation, but a notable exception is that university-educated people are more likely to assign monetary values to archaeological artifacts than those with less education. Also, the negative attitude towards Aboriginal stewardship crosscuts social and demographic divisions: There is no statistical relationship between education or age and support (or lack thereof) of Aboriginal stewardship. Public awareness and support of archaeological resource conservation and knowledge of archaeology also significantly increase with age, while interest and participation in archaeology, and recognition of the educational value of archaeological objects, decrease with age. Women assign archaeology a significantly higher level of relevance to society, are more likely to give archaeological objects educational and spiritual values but not political ones, and are more supportive of Aboriginal stewardship than men. In summary, the type of person most likely to understand and be concerned about archaeological heritage has some postsecondary education, is middle aged or older, and is female.

Our analysis shows that public opinion on archaeological heritage exhibits patterns similar to those found in studies of environmental concern. The tendency for women to be more concerned about the relevance of archaeology and stewardship of archaeological record mirrors the generally higher female concern towards environmental issues, a phenomenon which appears to be nearly universal in Western democratic societies (Milbrath 1984; Nevitte and Kanji 1995; Steger and Wirt 1989). Archaeologists should consider strengthening the links to the environmental movement to promote archaeological resource conservation as "green behavior."

The survey results show that, even after two decades of increasing public archaeology activities, the profession's most positive conservation measures

BLM_0062355

remain the improvement of the general level of public knowledge about archaeology and the demonstration of the benefits of archaeology to society (see Lipe 1974). Clearly, the general interest in archaeology and support for conservation exists. However, archaeology is thought to be of little importance to the public and critical issues are misunderstood, such as the nature of the archaeological record and its values. These problems need to be resolved if we hope to curb looting of sites and the individual desire to purchase artifacts, as well as to motivate individuals to actively support archaeological conservation. How is this best accomplished?

Public knowledge about archaeology is most likely derived from museum visits, television programs, and travel rather than academic sources. In fact, public lectures are the lowest ranked source of present knowledge and the least preferred way of learning more about archaeology. We expect academic sources to be more important in the future as archaeological content in school curricula continues to increase and the "baby-boom echo" (i.e., people born after 1980, see Foot and Stoffman 1996)—a group purposely excluded from this survey—comes of age. Current public education efforts should focus on three information sources highly preferred by respondents: television, travel, and museums. However, this is not an easy or straightforward task of simply conveying more information about archaeology through each source. To be effective, further work needs to determine what kind(s) of information should be targeted at specific age, education, and gender levels, as well as the best delivery tactics, since each of the three preferred media can structure or slant the information differently. We also must recognize the high (and unsolicited) interest in onsite visits to view archaeological research in progress, and make efforts to incorporate a public programming component in field research projects as well as develop archaeological components in cultural tourism. The Internet is another unsolicited preferred source of archaeological information, and although identified by a small number of respondents, we expect public interest in these World Wide Web sites to rapidly increase. However, the free-ranging nature of the Web also increases the potential for the public to be misinformed on archaeological matters unless the profession takes an active role in 'virtual' archaeology. Finally, the profession must address a critical credibility issue, given that a majority of the public do not believe archaeologists are the most knowledgeable interpreters of the archaeological record, if they are to be effective in their public education efforts.

In conclusion, this study represents an initial step in providing reliable information on an often-cited but poorly researched topic in public archaeology—the opinions and attitudes of the people that archaeological resource conservation laws and programs are designed to benefit. This study is highly regional in scope, and we trust that the results presented here will encourage comparative studies in other regions and the identification of larger scale patterns of opinion.

*Acknowledgments*. This research was funded by a UBC Hampton Research Fund grant. Peter Johansen and Caroline Goldberg worked as research assistants throughout the design and operation of the survey. Peter Johansen also assisted with the coding. Michael Ames, Francis McManamon, Andrew Mason, R.G. Matson, Donald Mitchell, Patricia Ormerod, Richard Pearson, David Tindall, and two anonymous reviewers offered useful comments in the preparation and revision of the paper. An earlier version of this paper was presented at the 30th Annual Meeting of the Canadian Archaeological Association in Saskatoon, Saskatchewan, in May 1997.

## References Cited

Apland, B.
1993   The Role of the Provincial Government in British Columbia Archaeology. *BC Studies* 99:7–24.

Ascher, R.
1960   Archaeology and the Public Image. *American Antiquity* 25:402–403.

Blake, D. E., N. Guppy, and P. Urmetzer
1997a   Being Green in B.C.: Public Attitudes towards Environmental Issues. *BC Studies* 112:41– 61.
1997b   Canadian Public Opinion and Environmental Action: Evidence from British Columbia. *Canadian Journal of Political Science* 30:451–472.

Davis, M.
1978   Archaeology, A Matter of Public Interest. In *Papers in Applied Archaeology*, edited by J. Gunn, pp.15–18. Center for Archaeological Research, University of Texas, San Antonio.

Epp, H.T., and B.E. Spurling
1984   The Other Face of Janus: Research in the Service of Archaeological Resource Management. *Canadian Journal of Archaeology* 8: 95–113.

Fagan, B. M.
1984   Archaeology and the Wider Audience. In *Ethics and Values in Archaeology*, edited by E. L. Green, pp.175–183. Free Press, New York.
1977   Genesis I.1; or Teaching Archaeology to the Great Archaeology-loving Public. *American Antiquity* 42:119–125.

Feder, K. L.
1995   Ten Years After: Surveying Misconceptions about the Human Past. *CRM (Cultural Resource Management)* 18(3): 10–14.

BLM_0062356

416                                    AMERICAN ANTIQUITY                          [Vol. 64, No. 3, 1999

1984   Irrationality and Popular Archaeology. *American Antiquity* 49:525–541.

Foot, D. K., and D. Stoffman
1996   *Boom Bust and Echo*. Mcfarlane Walter and Ross, Toronto.

Haas, J.
1996   Power, Objects, and a Voice for Anthropology. *Current Anthropology* 37: S1-S22.

Hill, T., and T. Nicks
1992   *Turning the Page: Forging New Partnerships between Museums and First Peoples: Task Force Report on Museums and First Peoples*. Assembly of First Nations and the Canadian Museums Association, Ottawa.

Inglehart, R.
1990   *Cultural Shift in Advanced Industrial Society*. Princeton University Press, Princeton.

Knudson, R.
1991   The Archaeological Public Trust in Context. In *Protecting the Past*, edited by G. S. Smith and J. E. Ehrenhard, pp. 3–7. CRC Press, Boca Raton.

Lipe, W. D.
1974   A Conservation Model for American Archaeology. *Kiva* 39:213–245.

McGhee, R.
1989   Who Owns Prehistory? The Bering Land Bridge Dilemma. *Canadian Journal of Archaeology* 13: 13–20.

Mackinney, L.
1994a   Something Old in the Earth: Front-End Interviews about Archaeology with Visitors to the California Academy of Sciences. Manuscript on file, California Academy of Sciences, San Francisco.
1994b   "That Sense of Adventure": Front-End Interviews about Archaeology and Indiana Jones Visitors to the California Academy of Sciences. Manuscript on file, California Academy of Sciences, San Francisco.

McManamon, F. P.
1991   The Many Publics for Archaeology. *American Antiquity* 56:121–130.

Milbrath, L.
1984   *Environmental Vanguard for a New Society*. State University of New York Press, Albany.

Nevitte, N., and M. Kanji
1995   Explaining Environmental Concern and Action in Canada. *Applied Behavioural Science Review* 3:85–102.

Nicholson, B., D. Pokotylo, and R. Williamson (editors)
1996   *Statement of Principles for Ethical Conduct Pertaining to Aboriginal Peoples: A Report from the Aboriginal Heritage Committee*. Canadian Archaeological Association, Toronto.

Pokotylo, D., and G. Brass
1997   Interpreting Cultural Resources: Hatzic Site. In *Presenting Archaeology to the Public: Digging for Truths*, edited by J. H. Jameson Jr., pp. 156–165. Altamira Press, Walnut Creek, California.

Pokotylo, D., and A. Mason
1991   Public Attitudes towards Archaeological Resources and their Management. In *Protecting the Past*, edited by G. S. Smith and J. E. Ehrenhard, pp. 9–18. CRC Press, Boca Raton.

Potter, P. B. Jr.
1990   The "What" and "Why" of Public Relations for Archaeology: A Postscript to DeCicco's Public Relations Primer. *American Antiquity* 55:608–613.

Steger, M. A. E., and S. L. Wirt
1989   Gender Differences in Environmental Orientations: A Comparison of Publics and Activists in Canada and the US. *Western Political Quarterly* 42:627–49.

Trigger, B.
1988   Who Owns the Past? Museums and Politics: The Spirit Sings and the Lubicon Boycott. *Muse* 6(3): 13–14.

Turnbaugh, W. A
1994   Preparing for Prehistory. *SAA Bulletin* 12(4):12–15. Society for American Archaeology, Washington, D.C.

Winter, B., and D. Henry
1997   The *Sddlnewhala* Bowl: Cooperation or Compromise? In *At a Crossroads: Archaeology and First Peoples in Canada*, edited by G. P. Nicholas and T. D. Andrews, pp. 214–223. Simon Fraser University Archaeology Press, Burnaby.

## Notes

1. Although the survey reported here examines some opinion variables that are similar to those described in Pokotylo and Mason (1991), differences in wording of the questions, the response choices available, and measurement scales between the two surveys complicate straightforward comparison. We have compared our overall findings with the previous results where possible but doing this on an item-by-item basis would lengthen this paper extensively. Readers are encouraged to make their own detailed comparisons on the topics they find most salient.

2. Our research design incorporated two supplemental samples—local area visitors to the UBC Museum of Anthropology in Vancouver, and visitors to the Xá:ytem Interpretive Longhouse at the Hatzic Rock site near Mission, British Columbia (see Pokotylo and Brass 1997)—but in this paper we rely exclusively on the sample from the general population.

3. This question intentionally referred to "government" in general, as a variety of federal, provincial, and municipal laws pertain to archaeological resource conservation in Canada. Currently, provincial legislation provides the greatest degree of site protection.

*Received August 18, 1998; accepted November 20, 1998; revised January 11, 1999.*

ScienceDirect.com - Forest Ecology and Management - Effect of calcareous road dust on land sna...  http://www.sciencedirect.com/science/article/pii/S0378112703002597



Export citation    Purchase    More options...

Search ScienceDirect    🔍 Search

## Forest Ecology and Management

Volume 186, Issues 1–3, 5 December 2003, Pages 177–183

**Related articles**

Anamorphosis in miiiipedes (Dipiopoda)— th...
*Zoological Journal of the Linnean Society*

Trends in the ecological strategies and evol...
*Biological Journal of the Linnean Society*

Myriapods
*Encyclopedia of Caves (Second Edition)*

Comparison of forest soil carbon dynamics at...
*Geoderma*

The effect of antibiotic treatment on the su...
*Cryobiology*

View more related articles

# Effect of calcareous road dust on land snails (Gastropoda: Pulmonata) and millipedes (Diplopoda) in acid forest soils of the Daniel Boone National Forest of Kentucky, USA

P.J Kalisz ♣ , J.E Powell

Department of Forestry, University of Kentucky, Lexington, KY 40546-0071, USA

Received 4 February 2003. Revised 3 March 2003. Accepted 20 May 2003. Available online 13 August 2003.

http://dx.doi.org/10.1016/S0378-1127(03)00259-7, How to Cite or Link Using DOI
Permissions & Reprints

Cited by in Scopus (7)

Share

citeulike 🔲🔲🔲    Like    **Tweet**

View full text

Purchase $31.50

Add apps | Help

**Related reference work articles**
e.g. encyclopedias

Myriapods
*Encyclopedia of Biodiversity*

SOILS BIOLOGY AND TREE GROWTH | Soil and its...
*Encyclopedia of Forest Sciences*

More related reference work articles

View Record in Scopus

## Abstract

This study examined the effect of calcareous road dust on land snails (Gastropoda: Pulmonata) and millipedes (Diplopoda) on forested ridge tops with naturally acidic soils. Pitfall trapping was conducted on twelve 50 m long transects perpendicular to roads that had been surfaced with limestone gravel for approximately 50 years. Sampling was carried out during 1-week periods twice per year for 3 years. Soil pH decreased from 7.0 to 4.3, and extractable-Ca from 18.3 to 0.6 cmol+/kg, with increasing distance from the road; both variables were significantly higher at the roadside than at distances of 25 and 50 m. Six genera and five identifiable species of snails, and seven orders and six identifiable families of millipedes were collected. Dry mass of snails and millipedes differed significantly ($P<0.001$) with distance from the roadside, with snail dry mass about 10× and millipede dry mass about 3× higher at the roadside than at 50 m. Dry mass was positively correlated with both pH and extractable-Ca for both taxa. The taxonomic composition of the snail assemblages differed significantly between plots at roadside and at 50 m; *Triodopsis albolabris* Say and *Mesomphix* sp. were most important on roadside plots, and *Zonitoides nitidus* Muller and *Paravitrea capsella* Gould were most important on 50 m plots. The large snail species, *T. albolabris*, composed 69% of the total dry mass at the roadside but was absent from 50 m plots. This

7/19/2012 3:49 PM

BLM_0062358

Case No. 1:20-cv-02484-MSK Document 46-19 filed 04/28/21 USDC Colorado pg 34 of 117

BLM_0062359

# JSTOR

[Skip to Main Content](#)

- [JSTOR Home](#)
- [Search](#)
- [Browse](#)
- [MyJSTOR](#)
- [Get Access](#)

Click to Show/Hide Navigation
[Skip to Main Content](#)



- [Login](#)
- [Help](#)
- [Contact Us](#)
- [About](#)


You are not currently logged in through a participating institution or individual account. See [access options](#) for more information.



# Habitat and Biology of the Loach Minnow, Tiaroga cobitis, in New Mexico

David L. Propst and Kevin R. Bestgen

*Copeia*
Vol. 1991, No. 1 (Feb. 7, 1991), pp. 29-38
Published by: [American Society of Ichthyologists and Herpetologists (ASIH)](#)
Article Stable URL: [http://www.jstor.org/stable/1446245](http://www.jstor.org/stable/1446245)
10.2307/1446245
[« Previous Item](#)    [Next Item »](#)

# Rights and Permissions

- [More Rights Options](#)
- [JSTOR Terms And Conditions](#)

BLM_0062360

10/31/2014                                                  JSTOR: Copeia, Vol. 1991, No. 1 (Feb. 7, 1991), pp. 29-38

| | This Issue ▾ | Search |
|---|---|---|

- [Copeia](#) >
- [Vol. 1991, No. 1, Feb. 7, 1991...](#) >
- Habitat and Biology ...

## Preview

If you need an accessible version of this item, please [contact JSTOR User Support](#). [View Full Screen](#)
[DOWNLOAD ($12.00)](#)[READ ONLINE](#) FREE

BLM_0062361

10/31/2014                                   JSTOR: Copeia, Vol. 1991, No. 1 (Feb. 7, 1991), pp. 29-38

*Copeia*, 1991(1), pp. 29–38

# Habitat and Biology of the Loach Minnow,
## *Tiaroga cobitis*, in New Mexico

DAVID L. PROPST AND KEVIN R. BESTGEN

The eggs of the loach minnow, *Tiaroga cobitis*, were deposited on the under-sides of cobble in moderate-velocity riffles. Nearshore larval nursery areas were characterized by slower velocities and smaller substrate particles. Larger indi-viduals occupied higher velocity microhabitats with cobble substrates. Geograph-ic differences in microhabitat distributions of juveniles and adults were minor and were probably related to habitat availability. Male and female *T. cobitis* in their second summer (Age I) comprised the bulk (60%+) of the spawning pop-ulation. Spawning in the Cliff-Gila Valley reach of the Gila River in New Mexico occurred for a brief period in April 1984 when daytime water temperatures were 16–20 C. Larval growth was rapid, and by autumn, Age-0 fish were 30–35 mm SL. Thereafter, growth was slower and few individuals exceeded 60 mm SL or Age II. *Tiaroga cobitis* fed mainly upon ephemeropteran naiads and chironomid larvae. Destruction and modification of riffle habitat and establishment of non-native fishes have drastically reduced the range of the species.

THE loach minnow, *Tiaroga cobitis* Girard, once was widespread in low to mid-ele-vation streams of the Gila River drainage in Arizona, Sonora, and New Mexico (Miller and Winn, 1951; Koster, 1957; Minckley, 1973). However, its range has declined in the past 50–75 yr because of altered flow regimes, destruc-tion of habitat, and introduction of non-native species (Minckley, 1973; Propst et al., 1988). *Tiaroga cobitis* now is found mainly in four com-paratively undisturbed streams: Aravaipa Creek and Blue River in Arizona (Minckley, 1973) and portions of the Gila and San Francisco drain-ages in New Mexico (Koster, 1957; LaBounty and Minckley, 1972; Propst et al., 1988). Al-though *T. cobitis* is federally protected as a threatened species (Unites States Department of Interior, 1986), its biology is poorly known. Our purpose was to: 1) document the status of *T. cobitis* in New Mexico; 2) describe its life his-tory and microhabitat associations; and 3) iden-tify threats to its continued existence.

## STUDY AREA

The study area comprised the warmwater reaches of the Gila and San Francisco river drainages in Catron, Grant, and Hidalgo coun-

physicochemical conditions and fish communi-ties normally associated with *T. cobitis*. The sites and their characteristics were as follows.

1) Tularosa River (T6S R18W Sec 33) (Tu-larosa Site); mean stream width 3 m; predomi-nantly shallow runs separated by short, shallow riffles and pools 0.5–1.2 m deep; substrate, cob-ble and rubble in riffles, sand and gravel in runs, and sand in pools; mean mid-day water tem-perature 9.6 C in winter and 24.3 C in summer; riparian vegetation primarily grasses and small willows (*Salix* sp.).

2) West (T12S R14W Sec 26) and Middle (T12S R13W Sec 25) forks of the Gila River (Forks Site); mean stream widths 12 m; runs and riffles common with pools (0.5–2.0 m deep) at bases of large boulders, cliffs, and trees; sub-strate, cobble to large rubble in riffles, sand to cobble in runs, and sand in pools; mean water temperatures in West and Middle forks, re-spectively, 9.1 and 10.0 C in winter and 19.7 and 23.8 C in summer; riparian vegetation grasses, forbs, willows, cottonwood (*Populus* sp.), Arizona alder (*Alnus oblongifolia*) and box elder (*Acer negundo*).

3) Gila River between confluence of Mogo-llon Creek (T14S R16W Sec 31) and Middle Box (T17S R17W Sec 28) with most work near

BLM_0062362

10/31/2014                                    JSTOR: Copeia, Vol. 1991, No. 1 (Feb. 7, 1991), pp. 29-38

ties of southwestern New Mexico (Fig. 1) and is described in detail by Propst et al. (1988) and Bestgen and Propst (1989).

Three localities were selected for regular sampling because they represented the array of

Riverside (T16S R17W Sec 04) (Cliff-Gila Site); stream width 22–45 m; runs common and separated by riffles, pools (0.5–1 m deep) associated with uprooted trees and debris piles; substrate cobble and rubble in riffles, primarily sand else-

© 1991 by the American Society of Ichthyologists and Herpetologists

Next PageNext Page



End of preview. Back to top.

*Copeia* © 1991 American Society of Ichthyologists and Herpetologists (ASIH)

Abstract:

The eggs of the loach minnow, Tiaroga cobitis, were deposited on the undersides of cobble in moderate-velocity riffles. Nearshore larval nursery areas were characterized by slower velocities and smaller substrate particles. Larger individuals occupied higher velocity microhabitats with cobble substrates. Geographic differences in microhabitat distributions of juveniles and adults were minor and were probably related to habitat availability. Male and female T. cobitis in their second summer (Age I) comprised the bulk (60%+) of the spawning population. Spawning in the Cliff-Gila Valley reach of the Gila River in New Mexico occurred for a brief period in April 1984 when daytime water temperatures were 16-20 C. Larval growth was rapid, and by autumn, Age-0 fish were 30-35 mm SL. Thereafter, growth was slower and few individuals exceeded 60 mm SL or Age II. Tiaroga cobitis fed mainly upon ephemeropteran naiads and chironomid larvae. Destruction and modification of riffle habitat and establishment of non-native fishes have drastically reduced the range of the species.

## Purchase a PDF

Purchase Article ⦿ Purchase this article for $12.00 USD and download it as a PDF.
Purchase Issue ○ Purchase this issue for $43.00 USD.
Go to Table of Contents.

ADD TO CART



### How does it work?

[1] Add this item to your cart.

[2] Check out using a credit card or bank account with PayPal.

[3] Download the PDF from a link in your email or from your MyJSTOR account.

Enter your token or email if you've already purchased this item.
Think you should have access to this item via your institution? Login.

## Read Online (Beta) 

Read this item online for free by registering for a MyJSTOR account.

REGISTER
Already have an account? Log in



BLM_0062363

**How does it work?**

1 Register for a MyJSTOR account

2 Add up to 3 free items to your shelf

3 Items added to your shelf can be removed after 14 days.

Think you should have access to this item via your institution? Login.

- JSTOR Home
- About
- Search
- Browse
- Terms and Conditions
- Privacy Policy
- Cookies
- Accessibility
- Help
- Contact us

JSTOR is part of ITHAKA, a not-for-profit organization helping the academic community use digital technologies to preserve the scholarly record and to advance research and teaching in sustainable ways.
©2000-2014 ITHAKA. All Rights Reserved. JSTOR®, the JSTOR logo, JPASS® and ITHAKA® are registered trademarks of ITHAKA.

Think you might have access to this content via your library?

Login

BLM_0062364

 **ScienceDirect**

 **Get Access**   **Share**   **Export**

Science of The Total Environment

Volumes 515–516, 15 May 2015, Pages 198-206

# Spatial analysis of environment and population at risk of natural gas fracking in the state of Pennsylvania, USA

Qingmin Meng ✉

⊞ **Show more**

https://doi.org/10.1016/j.scitotenv.2015.02.030

Get rights and content

## Highlights

- Hydraulic fracking has damaging impacts on the environment in Marcellus Shale region.

- Hydraulic fracking endangers public health in the state of Pennsylvania.

- Distance based methods are developed to do risk assessment of fracking wells.

- Spatial kernels are created to quantify and map population risks.

- Bandwidth of spatial kernels is determined by spatial dependence and semivariogram.

BLM_0062365

## Abstract

Hydraulic fracturing, also known as fracking, has been increasing exponentially across the United States, which holds the largest known shale gas reserves in the world. Studies have found that the high-volume horizontal hydraulic fracturing process (HVHFP) threatens water resources, harms air quality, changes landscapes, and damages ecosystems. However, there is minimal research focusing on the spatial study of environmental and human risks of HVHFP, which is necessary for state and federal governments to administer, regulate, and assess fracking. Integrating GIS and spatial kernel functions, we study the presently operating fracking wells across the state of Pennsylvania (PA), which is the main part of the current hottest Marcellus Shale in US. We geographically process the location data of hydraulic fracturing wells, 2010 census block data, urbanized region data, railway data, local road data, open water data, river data, and wetland data for the state of PA. From this we develop a distance based risk assessment in order to understand the environmental and urban risks. We generate the surface data of fracking well intensity and population intensity by integrating spatial dependence, semivariogram modeling, and a quadratic kernel function. The surface data of population risk generated by the division of fracking well intensity and population intensity provide a novel insight into the local and regional regulation of hydraulic fracturing activities in terms of environmental and health related risks due to the proximity of fracking wells.



## Keywords

Hydraulic fracturing activities; Environmental and human risks; Spatial dependence; Spatial kernel; Marcellus Shale

Recommended articles     Citing articles (39)

Copyright © 2015 Elsevier B.V. All rights reserved.

# ELSEVIER

About ScienceDirect   Remote access   Shopping cart   Advertise   Contact and support   Terms and conditions
Privacy policy

We use cookies to help provide and enhance our service and tailor content and ads. By continuing you agree
to the use of cookies.

Copyright © 2019 Elsevier B.V. or its licensors or contributors. ScienceDirect ® is a registered trademark of
Elsevier B.V.



BLM_0062367



THE BEHAVIOR AND ECOLOGY OF

*Pacific Salmon & Trout*

THOMAS P. QUINN

BLM_0062368

*This book is published in memory of Marsha L. Landolt (1948–2004), Dean of the Graduate School and Vice Provost, University of Washington, with the support of the University of Washington Press Endowment.*

Publication of this book is supported, in part, by the U.S. Bureau of Reclamation (Upper Columbia Area Office).

© 2005 by the University of Washington Press
Printed in Canada
12 11 10 09 08 07 06 05      5 4 3 2 1

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage or retrieval system, without permission in writing from the publisher.

American Fisheries Society
5410 Grosvenor Lane, Suite 110, Bethesda, MD 20814
www.fisheries.org

University of Washington Press
PO Box 50096, Seattle, WA 98145
www.washington.edu/uwpress

*Library of Congress Cataloging-in-Publication Data*

Quinn, Thomas P.
The behavior and ecology of Pacific salmon and trout / Thomas P. Quinn. — 1st ed.
        p.   cm.
Includes bibliographical references and index.
ISBN 0-295-98437-6 (hardback : alk. paper)
ISBN 0-295-98457-0 (pbk. : alk. paper)
1. Oncorhynchus—Behavior.  2. Oncorhynchus—Ecology.
I. Title.

QL638.S2Q56 2005
597.5'61568—dc22                                    2004013612

The paper used in this publication is acid-free and recycled from 20 percent post-consumer and at least 50 percent pre-consumer waste. It meets the minimum requirements of American National Standard for Information Sciences—Permanence of Paper for Printed Library Materials, ANSI Z39.48-1984.

BLM_0062369

**Southwestern Association of Naturalists**

Long Foraging Distance for a Spotted Bat (Euderma Maculatum) in Northern Arizona
Author(s): Michael J. Rabe, Melissa S. Siders, C. Richard Miller and Tim K. Snow
Source: *The Southwestern Naturalist*, Vol. 43, No. 2 (Jun., 1998), pp. 266-269
Published by: Southwestern Association of Naturalists
Stable URL: http://www.jstor.org/stable/30055364
Accessed: 19/11/2013 10:28

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Southwestern Association of Naturalists* is collaborating with JSTOR to digitize, preserve and extend access to
*The Southwestern Naturalist.*

http://www.jstor.org

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:28:26 AM
All use subject to JSTOR Terms and Conditions

BLM_0062370

Case No. 1:20-cv-02484-MSK   Document 46-19   filed 04/28/21   USDC Colorado   pg 46 of 117

THE SOUTHWESTERN NATURALIST 43(2):266–286                                JUNE 1998

# NOTES

## LONG FORAGING DISTANCE FOR A SPOTTED BAT (*EUDERMA MACULATUM*) IN NORTHERN ARIZONA

MICHAEL J. RABE, MELISSA S. SIDERS, C. RICHARD MILLER, AND TIM K. SNOW

*Arizona Game and Fish Department, 2221 W. Greenway Rd., Phoenix, AZ 85023 (CRM, MJR, TKS)*
*United States Forest Service, North Kaibab Ranger Station, P.O. Box 248, Fredonia, AZ 86022 (MSS)*

Once thought to be extremely rare, spotted bats (*Euderma maculatum*) are seldom abundant but are widely distributed throughout western North America and probably have a discontinuous, patchy distribution (Fenton et al., 1987; Nagorsen and Brigham, 1993). Much of what is known of spotted bat behavior and ecology has been gained from three locations where they are relatively common: the Okanagan Valley in southern British Columbia, Canada (Leonard and Fenton, 1983); Big Bend National Park in southern Texas (Easterla, 1970); and Fort Pierce Wash on the Utah-Arizona border (Ruffner et al., 1979). High cliffs were nearby in all three of these areas. Radio tracking of three spotted bats in British Columbia (Wai-Ping and Fenton, 1989) revealed that bats foraged all night and did not travel farther than 10 km from day roosts in cliffs. Preferred foraging habitat appears to be open areas surrounded by ponderosa pines (Woodsworth et al., 1981; Leonard and Fenton, 1983; Wai-Ping and Fenton, 1989). The purpose of this study was to locate day roosts and foraging areas used by spotted bats on the North Kaibab Ranger District (NKRD) of the Kaibab National Forest, northern Arizona.

During August 1995 and July 1996, we caught bats in mist nets set across small ponds (ca. 15 to 35 m across) in subalpine meadows on the NKRD, north of Grand Canyon National Park (GCNP) in northern Arizona. These meadows were 2,400 to 2,650 m in elevation and were linked across the landscape to form a series of meadow systems. Meadows were surrounded by ponderosa pine (*Pinus ponderosa*) forests that included Douglas-fir (*Pseudotsuga menziesii*), white fir (*Abies concolor*), and patches of aspen (*Populus tremuloides*). July temperatures averaged 23°C at this elevation.

The presence of many audible (low frequency) spotted bat echolocation calls and feeding buzzes (increased rates of echolocation calls associated with insect detection and pursuit; Griffin et al., 1960) in the meadows indicated that spotted bats were locally common and the meadow systems were heavily used as foraging areas. Over eight weeks spanning the two summers, we caught 16 spotted bats in 45 nights of netting and heard many spotted bat calls. We caught other bats with audible echolocation calls that also used the meadows for foraging (greater western mastiff, *Eumops perotis*; big freetail, *Nyctinomops macrotis*; Mexican freetail, *Tadarida braziliensis*; and Allen's big-eared bat, *Idionycteris phyllotis*), but spotted bat calls are lower frequency (15 to 9 kHz) than the above species (Fenton et al., 1987) and we learned to distinguish their calls from the others. We confirmed our call identifications by spotlighting calling bats and examining time-frequency displays of audible calls with Anabat II bat-detection equipment. Although we netted ponds within forested habitat on the NKRD, we rarely heard and never caught spotted bats in forested areas.

We attached radio transmitters (0.67 g, BD2-B, Holohil Inc., Ontario, Canada) to captured spotted bats with surgical glue, and attempted to follow them to day roosts. We placed transmitters on six spotted bats, (one male, four lactating females, one post-lactating female) in 1995 and six (four lactating and two non-reproductive adult females) in 1996.

Spotted bats are rapid flyers (Woodsworth et al., 1981; Wai-Ping and Fenton, 1989) and rugged topography and few roads on the NKRD made nighttime pursuit difficult. While radio tracking from the ground, foraging bats were rarely detectable at distances of >1.5 km due

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:28:26 AM
All use subject to JSTOR Terms and Conditions

BLM_0062371



FIG. 1—Day roost, night roost, and capture locations for a lactating female spotted bat on the North Kaibab Ranger District, northern Arizona, 1996.

to effects of forest canopy and topography. When in open country or from lookout towers, we were sometimes able to detect the bats from greater distance. Initial attempts to detect signals from roosting bats during daylight, even from aircraft, were unsuccessful. However, by using a combination of vehicle pursuit and hilltop radiotelemetry sites, several bats were relocated sufficiently to obtain general flight directions during early morning when bats left meadows and were presumably en route to day roosts.

In July 1996, we tracked one lactating female to a day roost in a remote area of Grand Canyon National Park (GCNP), 38.5 km from the capture site (Fig. 1). We located the roost from an airplane overflight after triangulating transmitter signals from the canyon rim in early morning. The day roost was at an elevation of ca. 700 m in a south-facing limestone cliff ca.

150 m above and 200 m from the Colorado River. The roost site was located in Sonoran Desert habitat with predominantly catclaw (*Acacia greggii*) and mesquite (*Prosopis glandulosa*) vegetation. Average July temperature for the closest weather station near this elevation, Phantom Ranch in GCNP (748 m elevation, 85 km upstream from the day roost site), was 35°C.

The bat followed a predictable pattern in its foraging movements. In four sequential nights of monitoring, we first detected the signal from the canyon rim (with the bat far below us and free from ground effects, we could detect signals near the river 8 to 15 km distant) at 2010 to 2030 h (170 to 190 min after sunset) each night. We believe these times approximate when the bat emerged from its cliff roost. The bat reached the rim (1,860 m elevation, a climb of 1,160 m) 20 to 30 min later, where

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:28:26 AM
All use subject to JSTOR Terms and Conditions

*The Southwestern Naturalist* vol. 43, no. 2

the signal was quickly lost. Up-slope winds, common in early evening in Grand Canyon in summer, may have assisted her flight up to the rim. She continued her elevational climb across the plateau and arrived in the same meadow system (ca. 2,500 m elevation) each night at about 2130 h, and foraged until ca. 2400 to 0100 h, when she roosted in the same patch of aspen on the south face of a small ridge, 1 km east of the meadow. Radio signals indicated no movement during this night-roosting period, but she did not appear torpid; she was easily disturbed and would fly away if approached. Each night, she left the night roost between 0330 to 0350 h (103 to 83 min before sunrise) and flew directly towards the cliff roost, 38.5 km away. Observers positioned along this route detected the bat as she passed directly over the same locations on subsequent nights. She did not seem to forage after night-roosting and we lost the signal over the rim of the Grand Canyon 40 to 45 min after she left the night roost (flight speed approximately 50 km/h).

Although we followed only one bat back to a day roost, we suspect other spotted bats were also traveling long distances to forage. Two other female spotted bats with transmitters (one lactating, one non-reproductive) exhibited the same behavior as the first individual: both foraged in a specific meadow system for part of the night, night-roosted in trees bordering meadows for about 3 h, and abruptly departed to the southwest (towards GCNP) between 0300 and 0400 h. Also, a male spotted bat to which we attached a transmitter south of GCNP near Tusayan, Arizona in August 1995, flew 32 km to a cliff roost in GCNP. We also heard many spotted bat echolocation calls in early evening in areas close to the canyon rim, suggesting that other spotted bats may be roosting in the canyon and traveling to foraging areas above the rim.

The differences between the foraging behaviors of spotted bats in British Columbia and the NKRD may be explained by a lack of suitable high-cliff roost sites near the meadow systems on the NKRD. In British Columbia, observed spotted bats foraged in open areas 6 to 10 km from day roosts in cliffs, foraged continuously while away from cliff roosts, and flew at about 19 km/h while foraging (Wai-Ping and Fenton, 1989). The night-roosting we observed

may be a response to the high energetic demand of long-distance flight. The faster flight speeds we report probably indicate that bats on the NKRD were not foraging on their return flight and may approximate the actual flight-speed capabilities of spotted bats.

The long distance traveled by this bat from roost to foraging habitat (77 km round-trip) is substantially longer than distances previously reported for this species (Wai-Ping and Fenton, 1989), and makes us question why a lactating bat would travel so far to forage. Spotted bats have echolocation calls of very low frequency that may enable them to detect insects at relatively long distances but probably limit them to resolving large (>10 mm) prey (Woodsworth et al., 1981; Leonard and Fenton, 1984). Spotted bats may therefore prefer open foraging areas where uncluttered habitats facilitate detection of large prey items at relatively long distances. We suspect there may be an abundance of insect prey in the high meadow systems sufficient to justify the energy expenditure of such long flight distances. The large elevational and temperature differences between the low, hot desert cliff roost in GCNP and high, cool subalpine meadows on the NKRD present an opportunity to forage in several habitat types, but high energetic demands of lactation (Racey, 1982) should force lactating females to choose the most productive foraging habitat. Although we did not sample insects, large moths appeared abundant in meadows on the NKRD during July and August. Further research should document whether the long foraging distance and night-roosting behavior of this one bat is typical of local spotted bats and what insect species bats select in the meadows.

*Resumen*—Capturamos murciélagos moteados (*Euderma maculatum*) en praderas subalpinas (2,400 a 2,600 m de elevación) durante los veranos de 1995–1996 en el sector norte del Distrito Kaibab en el norte de Arizona, EEUU. Empleamos radios transmisores para localizar sitios de forrajeo y sitios de descanso diurno. Durante ocho semanas, a lo largo de ambos veranos, capturamos un total de 16 murciélagos moteados en 45 noches utilizando redes, y a 12 murciélagos (11 hembras y 1 macho) les fijamos transmisores. Muchos murciélagos moteados parecen forrajear en estas praderas. En

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:28:26 AM
All use subject to JSTOR Terms and Conditions

BLM_0062373

Julio de 1996, seguimos la señal de una hembra lactante hasta un sitio de descanso remoto en el parque Nacional del Gran Cañon a 38.5 km del sitio de captura. El sitio de descanso se localizaba en la parte surde un risco, directamente arriba del Río Colorado (700 m de elevación). Sospechamos que otros murciélagos moteados en esta área, tienen comportamiento similar de forrajeo y de descanso. La larga distancia entre sitio de forrajeo y sitio de descanso (77 km ida y vuelta) para este murciélago es bastante diferente del comportamiento previamente reportado para esta especie.

This project was a cooperative effort between the Arizona Game and Fish Department (AGFD) and the North Kaibab Ranger District of the U.S. Forest Service. Funding was provided by Federal Aid to Wildlife Restoration Project W-78-R, an AGFD Heritage grant, and the U.S. Forest Service. We thank D. Garcia de la Cadena, S. Castner, B. Grantges, M. Painter, L. Gowey, L. Bunting, M. Howard, J. Kendall, J. Lowsky, A. Miller, L. Williams, K. Yasuda, R. Gordon, A. McIntire, D. Ward, B. Breyer, R. Revis, T. Bricker, and R. Hoverman for assistance in the field. J. Petterson (GCNP), S. Cherry (GCNP), S. MacVean (AGFD), and J. C. deVos, Jr. (AGFD) provided valuable logistical support. The manuscript was greatly improved by the suggestions of two anonymous reviewers.

LITERATURE CITED

EASTERLA, D. A. 1970. First records of the spotted bat in Texas and notes on its natural history. American Midland Naturalist 83:306–308.

FENTON, M. B., D. C. TENNANT, AND J. WYSZECKI. 1987. Using echolocation calls to measure the distribution of bats: the case of Euderma maculatum. Journal of Mammalogy 68:142–144.

GRIFFIN, D. R., F. A. WEBSTER, AND C. R. MICHAEL. 1960. The echolocation of flying insects by bats. Animal Behavior 8:141–154.

LEONARD, M. L., AND M. B. FENTON. 1983. Habitat use by spotted bats (Euderma maculatum, Chiroptera: Vespertilionidae): roosting and foraging behavior. Canadian Journal of Zoology 61:1487–1491.

LEONARD, M. L., AND M. B. FENTON. 1984. Echolocation calls of Euderma maculatum (Vespertilionidae): use in orientation and communication. Journal of Mammalogy 65:122–126.

NAGORSEN, D. W., AND R. M. BRIGHAM. 1993. Bats of British Columbia. Vol. 1. The Mammals of British Columbia, University of British Columbia Press, Vancouver, British Columbia.

RACEY, P. A. 1982. Ecology of bat reproduction. In: Kunz, T. H., editor. Ecology of bats. Plenum Press, New York. Pp. 57–104.

RUFFNER, G. A., R. M. POCHE, M. MEIERKORD, AND J. A. NEIL. 1979. Winter bat activity over a desert wash in southwestern Utah. Southwestern Naturalist 24:447–453.

WAI-PING, V., AND M. B. FENTON. 1989. Ecology of spotted bat (Euderma maculatum) roosting and foraging behavior. Journal of Mammalogy 70:617–622.

WOODSWORTH, G. C., G. P. BELL, AND M. B. FENTON. 1981. Observations of the echolocation, feeding behavior, and habitat use of Euderma maculatum (Chiroptera: Vespertilionidae) in southcentral British Columbia. Canadian Journal of Zoology 59:1099–1102.

## INFLUENCE OF HABITAT VEGETATIVE CONDITION ON TRAP RESPONSE OF RODENTS ASSOCIATED WITH BURROW MOUNDS OF *DIPODOMYS SPECTABILIS* IN A DESERT GRASSLAND

FENTON R. KAY

Jornada Experimental Range and Department of Fishery and Wildlife Science, New Mexico State University, Las Cruces, NM 88003

A variety of factors are known to play a role in susceptibility of small mammals to being trapped (Smith et al., 1975). Among the factors tested are trap-type (closed box live trap, pitfall trap, wire box live trap, snap trap), moonlight, season, food availability, and bait (see O'Farrell et al. [1994] and Woodman et al. [1996] for recent reviews). Although intuition suggests that habitat condition (e.g., food availability, cover) should influence small mammal trap response, few observations have been reported (Grinnell, 1932; Fitch, 1954; Smith and Blessing, 1969; O'Farrell and Uptain, 1987). Grinnell (1932) stated that giant

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:28:26 AM
All use subject to JSTOR Terms and Conditions

BLM_0062374

# The Effect Of Noise On Wildlife: A Literature Review

**Author: Autumn Lyn Radle**

**Abstract:** Noise pollution, as it effects humans, has been a recognized problem for decades, but the effect of noise on wildlife has only recently been considered a potential threat to animal health and long-term survival. Research into the effects of noise on wildlife, which has been growing rapidly since the 1970s, often presents conflicting results because of the variety of factors and variables that can effect and/or interfere with the determination of the actual effects that human-produced noise is having on any given creature. Both land and marine wildlife have been studied, especially in regards to noise in the National Parks System and the onslaught of human-made cacophony in the oceans from military, commercial and scientific endeavors.

Most researchers agree that noise can effect an animal's physiology and behavior, and if it becomes a chronic stress, noise can be injurious to an animal's energy budget, reproductive success and long-term survival. Armed with this understanding it should follow that humans would attempt to minimize the threat to wildlife by reducing the amount of noise that they are exposed to in natural areas; but this has not been the situation. Natural areas continue to be degraded by human-made noise, wildlife continues to suffer from these disturbances, and to date the majority of the debate revolves around the egocentric demands of people to either produce more noise in nature (through motorized recreation, scientific research, military exercises etc.) or experience natural areas in the absence of anthropogenic noise. Neither side has adequately addressed the issue from the biocentric view of wildlife and the known, or as yet undiscovered, damage that our increasingly noisy human-altered environment is inflicting upon them.

## Table of Contents

- **Introduction**
- **Determining The Effects of Noise On Wildlife**
- **Research Into The Effect of Noise On Terrestrial Wildlife During The 1970's**
- **Research Into The Effects of Noise On Terrestrial Wildlife During The 1980's**
- **Research Into The Effect of Noise On Terrestrial Wildlife During the 1990's**
- **Noise In The National Parks**
- **Research Into The Effects of Noise On Marine Wildlife**
- **Acoustic Thermomentry of Ocean Climate**
- **Summary**
- **References**

## INTRODUCTION

People are becoming increasingly aware of and disturbed by the cacophony of sounds in the environment. More often than not these sounds are loud, intrusive and unwelcome side-effects of our fast-paced, progress-motivated society. While tolerating noise in our urban and even suburban environment may seem like a necessary compromise for the services, improved construction and transportation we receive in return, noise in the natural

BLM_0062375

environment is much less palatable. As more and more people seek temporary escape from
the confines and clamor of the built environment and seek solace in our National Parks and
other land and water wilderness areas, they are noticing the absence of quiet, let alone
natural silence that once predominated a wilderness experience.

As avid environmentalists and weekend naturalists alike rally a defense against the noise-
makers in industrial tourism, the military, commercial airlines, and scientific research, a
nagging question lurks in back of some minds: What about the animals in these noise-riddled
environments? In many areas wildlife are being subjected to noise at a greater frequency and
intensity than perhaps ever before in their evolutionary history. While noise has been
considered a pollutant in the human environment for decades, noise in the natural
environment has not been framed as such until quite recently.

Although we recognize that noise can affect humans psychologically and be physically
injurious, little attention has been paid to the potential effects that noise may have on
individual animals and populations within an area. This ignorance of the potential harm that
could be caused by our own actions and the inertia with which research and concern about
the issue has grown is symptomatic of the anthropocentric way in which we value and view
the world. Wanting to reduce the human-produced din in natural areas for the sake of our
solitude is not unjust, but failure to consider the effects on other life within those areas
epitomizes the arrogance and egocentrism with which we typically approach and subsequently
degrade the environment. We must ask ourselves, as the debate over man-made noise in
natural areas becomes more heated, how much we value life beyond that which exists in the
human form. Are we willing to protect wildlife from the onslaught of airplanes, helicopters,
ships and scientific experiments that generate colossal noise at the expense of our traveling
convenience, our military advancement, and scientific discovery? The verdict is yet undecided
because to date we do not have conclusive evidence of the effects of noise on wildlife (which
in and of itself may be indicative of our apathy and lack of inclination to discover the effects
expediently).

The following discussion will introduce the problem of noise in natural areas, review both
historical and more recent research into the effects that noise may inflict on wildlife, and
disclose the current challenges and policies that are facing the American people today in
choosing between natural quiet and other desirables of civilization.

---

## DETERMINING THE EFFECTS OF NOISE ON WILDLIFE

The study of acoustic ecology began in the late 1970s, but it has just recently been
recognized as a useful means for determining the health of both marine and terrestrial
habitats (Krause, 1993). In his article "Niche Hypothesis", Bernard Krause suggests that every
creature has an "aural niche" or its own particular voice and specific place in a habitat based
on the relative frequency, amplitude, timbre and duration of the sound it produces. Taken
together, the vocalizations of all the creatures in a given habitat zone produce a unique vocal
fingerprint which Krause believes can be used to infer the biological integrity of the area. With
increasing destruction and loss of habitat, many creatures are forced into different areas with
consequently different aural zones in which they lack an established niche. The inability of
creatures to successfully communicate or otherwise employ their auditory senses is
detrimental to the long-term survival of these displaced creatures and the overall biological
intergrity of the environment. Krause thus argues that in natural areas "...the sounds of each
of these zones are so unique and important to creature life in a given location..." that
disturbance to this soundscape could be detrimental to the future of the individuals,
populations or entire species (Krause, 1993).

BLM_0062376

Determining the effect of noise on wildlife is complicated however because responses vary between species and between individuals of a single population. These variable responses are due to the characteristics of the noise and its duration, the life history characteristics of the species, habitat type, season, activity at the time of exposure, sex and age of the individual, level of previous exposure, and whether other physical stresses such as drought are occurring around the time of exposure (Busnel, 1978).

In determining the effects of aircraft stimuli on wildlife Congress issued a report that collaborated the complexity of determining the effects on wildlife due to the various factors that influence an individual's response. Chapter Five of the Report on the Effects of Aircraft Overflights on the National Park System discusses the differences in perception of stimuli based on the physical environment and the psychological attributes of the animal at the time of its exposure. The report states that: "Some habitats enhance stimuli associated with aircraft overflights. The sound and visual stimuli associated with aircraft have different effects in an open desert than in a forest where trees can obscure the sight and may reduce the sound of aircraft." In addition the report surmised that "One relationship between aircraft and animals is clear: the closer the aircraft, the greater the probability that an animal will respond...Unfortunately, there is no particular overflight altitude at which all animals are or are not disturbed." Thus determining the effects of noise on wildlife is not an easy endeavor. The following section will examine the historical studies that often support the findings of Congress and that helped direct the most recent research and discoveries.

---

RESEARCH INTO THE EFFECT OF NOISE ON TERRESTRIAL WILDLIFE DURING THE 1970s

The 1970s heralded an increase in scientific interest into the effects of noise on wildlife. In 1975 Dorrance et. al published an article that probed the issue of the effects of snowmobile noise on white tailed deer. Between 1973 and 1974 they studied the responses of a population of Odocoileus viginianus in Minnesota's St. Croix State Park that was exposed to up to 195 snowmobiles per day compared to the responses of a control population on Mille Laes Wildlife Management Area that had never been exposed to snowmobile noise. While the deer at St. Croix State Park seemed to have become habituated to the noise of the snowmobiles due to years of previous exposure, the deer at Mille Laes Wildlife Management Area appeared to increase their home range size and avoided the snowmobile trails as snowmobile activity increased. In Mille Laes "deer responded to very low intensities of intrusion by man and vehicles. Some deer were particularly sensitive to intrusion by man and vehicle and changed their home ranges to entirely different locations." The scientists acknowledged that this avoidance of snowmobiles and the extra movement that avoidance necessitates could change the Mille Laes deer's energy budgets such that they would be expending more energy than they were conserving. The resulting energy deficit would thus endanger the animals' health during the winter season.

Even though the St. Croix deer appear habituated to the stimuli of snowmobile's the researchers recommended that in both populations the snowmobilists should avoid areas of high deer concentration and avoid use of any one trail on consecutive days to minimize detected and possible undetected injurious effects.

Noise: The New Menace was published by Lucy Kavaler in 1975 and included various sections on the hazards of noise to wildlife. Kavaler reminded readers in the mid 1970s that the first determinants of the effect of noise on wildlife were conducted in laboratories rather than in the field. During these studies it was concluded that the most readily observable effect was harm to hearing and/or deafness due to damage to the sensory cells of the inner ear and

BLM_0062377

adjacent nerve endings and hair cells. Disorientation, nausea, and signs of alarm were also common responses. Kavaler also called attention to the study of the little cotton rat which "...however fragmentary, is one of the few that has been made anywhere to date that considers the possible effect of noise on the ecosystem of an area."

The study of the little cotton rat, Sigmodon hispidus , was conducted at Cape Kennedy Regional Airport in Melbourne, Florida and compared a population in a high noise corridor to a population a few hundred feet away. The density of the rats in the high noise corridor was 2.58 animals per acre while the population at a greater distance from the airport was as dense as 10.3 animals per acre. The study revealed that the little cotton rats closer to the airport were more timid and less social then their counterparts farther from the noise and researchers thus concluded that noise was the cause of "...general behavior differences between the two groups" (Kavaler, 1975).

Noise: The New Menace also reported on early research into the effects low flying supersonic aircraft on Dry Tortugas Sooty Terns. The population of Florida birds averaged 25,000-30,000 fledglings during their hatching seasons until 1969 during which a 99% failure rate in hatching occurred. In that same year low flying supersonic aircraft began repeated pass-overs of the nesting areas of the sooty terns. National Parks Service biologist Dr. W.B. Robertson Jr. blamed the sonic booms associated with these military flights because the noise presumably caused the mother birds to panic and fly from the nests. Sudden escape often ejected eggs from the nest or left the nest open to predation and neglect in the mothers' absence.

In addition to population decimation of birds through fledgling failures, Kavaler also noted the possible disruption to animal communication that would result as human-made noise encroached on the natural environment. She noted that "the bat, relying totally on echo location, is unable to find food when interference is produced by natural or mechanical means." A similar threat would also exist for marine mammals and others who depend on echo location for finding prey, mates or determining their migration routes. As Kavaler astutely observed, and as scientists continue to lament today, "no adequate answers are available to questions to the possible harm of such booms, known to be startling to man and animals, to life above and below the surface of the ocean."

In 1976 Calef et. al published "The Reaction of Barren Ground Caribou to Aircraft" at the conclusion of their studies of fixed winged aircraft and helicopters in Alaska and northern Yukon. In determining the possible effects of noise on the caribou populations they considered the effects of aircraft altitude, the type of aircraft, season, terrain, and the activity and size of the caribou that were exposed to the aircraft. The two year study (1973-1974) focused on the Porcupine Herd of Rangifer tarandus, which included 736 groups of caribou and four different types of aircraft. Calef and his associates grouped the responses of the caribou to the aircraft into five categories: panic response, strong escape response, mild escape response, stationary response and no visible response. They observed that panic reactions (animals out of control, colliding, stumbling etc.) and strong escape responses (trotting, running for long distances) were common in a high percentage of all groups when the aircraft flew at or below 60 meters. Thirty to 65% of all groups continued to exhibit these responses for altitudes up to 150 meters. However, they also noted that "the activity of caribou at the time of observation influenced their response to the aircraft." For example, when the caribou were traveling, feeding, and at river crossings their reactions were greater than when they were resting. During spring and fall migrations, while on calving grounds, in pre-rut conditions and during cold weather in early winter, the caribou were more likely to exhibit panic and strong escape responses. Calef et al. noted that neither the size of the group, the terrain, nor the vegetation contributed any significant effect on the caribou's response to the noise. In differentiating between the fixed winged aircraft and the helicopters, the researchers noted

BLM_0062378

the extra abilities of helicopters to hover and more closely pursue animals. According to their article "...following is the most dangerous from of harassment, and is possible only with a helicopter."

At the conclusion of their study, they determined that in panic responses the caribou were most in danger of injury through collisions with each other and stumbling on obstacles, whereas sustained running in the strong escape responses would create a less immediate, but equally great danger. Running in cold weather not only promotes pulmonary disorders, but it also creates a large depletion of energy reserves which is particularly harmful during the stresses of long winters and insect harassment when conservation of energy is critical to the animals' survival. While this study provided seemingly conclusive evidence that noise can indeed have a detrimental impact on wildlife, or at least caribou in particular, other studies have not concurred.

In the study, "Eastern Wild Turkey Responses Induced by Sonic Booms," Lynch and Speake placed 164 Megahertz transmitters in the habitat of twenty wild turkeys and exposed them to real and simulated sonic booms. The turkeys would generally stand at attention, and often run for four to eight meters when exposed to the sonic booms, but within thirty seconds they would return to their previous activity. According to Lynch and Speake "the results of this study indicate that sonic booms do not initiate abnormal behavior in wild turkey that would result in decreased productivity. The reaction is usually slight and they seem to adapt readily to further booms." The disparities between this and the aforementioned study of caribou is indicative of the difficulty in assessing the problem of noise pollution. One species may be more or less affected than another, different noises have correspondingly different effects, and even individuals within the same species may have dissimilar responses depending on any number of physiological and location differences. Reconciling these difficulties is but one of the challenges for scientists and policy makers.

Publication of the book The Effect of Noise on Wildlife alleviated some of this confusion by providing a thorough summary of the physiological and behavioral responses that wildlife generally experience when introduced to human-made noise (Busnel, 1978). Physiological responses to noise include an increased heart rate, and altering of metabolism and hormone balance. Behavioral reactions consist of head raising, body shifting, trotting short distances, flapping of wings (birds), and panic and escape behavior. According to the text, the coupling of these effects has the potential to cause bodily injury, energy loss, a decrease in food intake, habitat avoidance and abandonment, and reproductive losses. This text exemplifies how the historical research served to frame and direct subsequent research by providing various foci for later studies.

---

## RESEARCH INTO THE EFFECTS OF NOISE ON TERRESTRIAL WILDLIFE DURING THE 1980's

Richard Knight exposed the problematic interaction between bald eagles and boating activity in 1984 with his study of wintering populations that are closely associated with open water used for motorized recreation. He noted that the rapid motion of boats allows them to impact large areas in short periods of time which increases the probability of negative repercussions on the eagles nesting along the shore lines. The boat noise disrupted feeding activity which reduced the eagles' energy intake, while avoidance flights simultaneously increased the energy expended by the eagles, thereby magnifying their energy deficit. With continued exposure to the motor noises the eagles had a decreased tendency to fly away, but Knight was unable to determine as to whether this was a result of habituation or a consequence of decreased food availability farther from shore. As with any other study on the effects of noise on wildlife, this study was complicated by the fact that it is impossible to isolate the noise

BLM_0062379

from other factors influencing the behavior and physiology of an animal.

The publication of "Elk Calf Responses to Simulated Mine Disturbances" added a new type of sound to the field of research into noise pollution in the natural environment (Hompland, 1985). This study assessed the calf movements, habitat selection patterns and survival of Cervus elaphus when exposed to sounds similar to those encountered in mining operations as compared to a control population. The researches found that calves exposed to the noise moved greater distances, used larger areas, and lacked selection for favorable physiographic parameters. Cow and calf pairs also readily abandoned their traditional calf rearing areas, but cows did not abandon calves in the noise-exposed population. Researchers worried that calves could imprint on the less favorable habitat and continue to use marginal areas even after the noise source was removed which would likely reduce their chances of long-term survival. In addition, the effects of exposure to mining disturbances "...are cumulative and could result in reduced calf survival or aborted fetuses in cows," thus endangering the survivorship of the entire population. In regards to mitigating the potential of long-term effects of mining noise on elk and other wildlife, the researchers intimated the need for federal and state involvement in the planning process of mining to prevent or minimize unnecessary exposure through fragmentation of critical elk habitat. Suggestions for eliminating or minimizing the impact of noise on wildlife, which was largely absent in earlier research, became more prevalent with the transition into the 1980s with the increasing awareness of the problem.

Krausman et. al presented a different view of the effect of noise on wildlife in their 1986 publication: "Desert Mule Deer Response to Aircraft." During May-September 1984 they studied twenty two Odocoileus heminonus crooki in the Picacho Mountains of South-central Arizona. Through the use of radio collars they hoped to determine whether these deer altered their habitat use in response to aircraft overflights between thirty and 300 meters in altitude. Krausman et al. determined that "whether a deer changed habitats as a result of overflights was independent of the average height of the aircraft." Ninety seven percent of the time "desert mule deer in South-central Arizona rarely responded to aerial overflights by changing habitat." They speculated that the deer had become habituated to noise because the Picacho Mountains border an interstate highway that serves Tucson and which is followed regularly by aircraft. Thus, we are again presented with a divergent view that refutes the concern for the injurious effects of noise on wildlife populations, but attests to the diversity of responses that researches continue to discover.

In order to address this conundrum, the U.S. Fish and Wildlife Service in cooperation with Ecological Services, field offices, refuges, hatcheries, research centers conducted a survey in January of 1987 that focused on the perceived effects of aircraft noise and sonic booms on fish and wildlife. The survey asked directors and supervisors of the aforementioned locations about the impact on species, populations, and habitat utilization as a result of aircraft induced impacts. They were to document the reaction of animals to the aircraft on a scale from no known adverse effect, to animals abandoning the area, to death (such as at a hatchery in response to intense sonic booms). In summarizing the results of the survey, the Fish and Wildlife Service concluded that helicopters engender a greater flight/fright response, waterfowl are most frequently disturbed by aircraft - especially colonial nesting species and that, impacts to all wildlife range from minor behavioral responses to severe changes in the use of an area.

From the data collected and the suggestions of directors and supervisors, the Fish and Wildlife Service made several recommendations including the need for better relations with the FAA, airport operators, and military bases such that discussions of the effects of aircraft operations on fish and wildlife could be openly and productively pursued. The directors and

BLM_0062380

supervisors also suggested that a clearing house be created to disseminate information about the actual and potential affects of aircraft on wildlife which would be gathered as a result of continued research. This survey served as a much needed impetus for further research and expanded interest in the problem of human-produced noise in natural areas.

## RESEARCH INTO THE EFFECT OF NOISE ON TERRESTRIAL WILDLIFE DURING THE 1990s

Harrington and Veitch published "Short Term Impacts of Low-level Jet Fighter Training on Caribou in Labrador" in December of 1991 at the conclusion of their 1986-1988 studies of ten Rangifer tanrandus. Satellite telemetry, video tape, visual observations, and radio collars were used to determine the effects of exposure to noise by indirect measurement of the caribou's daily movements and activity levels. They observed that the usual response of the caribou to the jet overflights was a startle reflex (an activation of the sympathetic nervous system) which induced bolting and running. This reaction was intensified when the jets made a direct overpass. Because it is a reflex action, it is unlikely that the caribou would habituate to the noise. Harrington and Veitch noted that the startle response, although short-lived, did pose a threat during calving season by increasing the likelihood of: cow and calf separations, injuries to newborn calves (if the mother were to bolt) and stillbirths. Such panic during a thaw might also cause the caribou to become mired in wet snow.

The researchers also hypothesized that the stress caused by overflights may cause mother cows to produce less milk and calves to have reduced thyroid function which would slow their growth and thus increase their probability of death through predation. While the startle reaction had the greatest impact on the caribou, Harrington and Veitch did not find a significant increase in overall activity level in animals that were deliberately overflown on a daily basis. "Neither the twenty-four hour activity index nor the daily distance traveled was consistently related to the degree of exposure to low level flying aircraft," which they attributed to the short-lived nature of the caribou's reactions. The study concluded with a recommendation by the authors that in order to minimize actual and as yet undiscovered impacts, flightpaths should be monitored so that excessive exposure of specific areas could be avoided - especially during calving.

A study of the potential effects of helicopter noise on big horn sheep time budgets in the Grand Canyon by Berger et. al looked at if and/or how food intake might be impaired. They found that during the winter Ovis canadensis nelson were more sensitive to noise such that the sheep experienced a forty-three percent reduction in foraging efficiency. In the spring however, they found no significant effect in foraging efficiency. The disturbance threshold they calculated for big horn sheep in regards to helicopter altitude was 250-450 meters which lead them to hypothesize that the difference in disturbance between spring and winter was due to the migration to lower elevations in the spring which created a greater distance between them and the helicopter. Minimizing the effects to big horn sheep in the Grand Canyon would be achieved by limiting the helicopter flights to the spring and/or maintaining at least 450 meters between the helicopter and the animals. As with the previous studies, this study does not go so far as to propose the elimination of such flights, nor does it address the possible incompatibility of human-made noise in the natural environment. Later into the 1990s however, this recognition of dissonance between noise and nature became more apparent and publicized, but all too often the reports ignored the wildlife aspect and focused instead on the impact to our human wilderness experience.

A 1996 study "Effects of Simulated Jet Aircraft Noise on Heart Rate and Behavior of Desert Ungulates," questioned the management objectives of public lands and the congruity of allowing military airspace to be underlain by National Parks and other wildlife refuges given

BLM_0062381

the disturbances created by the noise of their engines. The purpose of the study was to determine the cardiac responses (immediate and long-term) of desert mule deer and bighorn sheep to simulated low level aircraft noise and to establish whether or not the animals become habituated to such exposure. The animals were implanted with heart rate monitors and studied over three twenty-eight day sessions during the summer, late summer and early spring during which overflight frequencies ranged from one per day to seven per day.

During the summer and late summer desert mule deer exhibited a significant increase in heart rate one minute before an aircraft passed overhead and during the overpass, but no significant increase was detected beyond two to three minutes after the overflight. During the spring their heart rates were significantly elevated before, during, and up to three minutes following the overflight. Big horn sheep had significantly elevated heart rates at the time of the overflights and for three minutes after the aircraft passed during the two summer seasons, but during the spring a significant increase in heart rate was only observed during the direct overpass. For both deer and sheep the intensity and frequency of alerted and alarmed responses to aircraft was greater in the summer than in other seasons. This finding was consistent with past studies as was the finding that aircraft that generated louder noise caused greater elevations in heart rate.

The researches concluded that "the animals in this study habituated rapidly and probably did not view this stimuli as a threat. The frequency and noise level were not detrimental to their well-being" nor did it inhibit their reproductive mechanisms. Direct, unexpected human harassment was deemed a greater threat to the animals' health than the noise produced by such things as aircraft and mining disturbances.

A different study in the desert, that of the kangaroo rat and the sidewinder rattlesnake, painted a rather contrary picture of the effects of noise in that habitat. Richard Immel's article "Shhhh...those `peculiar people' are listening" observed that in the desert "...man-made noise is the enemy - and it's more serious than a mere distraction" (Immel, 1995). In determining the effects of dune-buggy noise on the desert kangaroo rat the article stated: "the roar of a dune-buggy engine can temporarily disable a reflexive defense of the desert kangaroo rat against one of its archenemies, the sidewinder rattlesnake. The rat normally can hear the snake at 30 inches, which gives it time to kick sand in the snake's eyes and escape. But the engine noise deafens the rat and virtually eliminates its defensive hearing. Until the rat's normal hearing returns, several days later, the snake often wins in an encounter" (Immel, 1995). The dissimilarity between this and the aforementioned study of desert ungulates again demonstrates the diversity of effects that noise can have among and between species and the ensuing difficulty the scientific community has in presenting definitive evidence for wildlife as a whole. Issues of management and protection become a morass when each species could potentially have different thresholds of disturbance.

In accordance with the side that purports the maleficent effect of noise on wildlife was a February 1997 report that announced a pending agreement between federal wildlife and aviation officials concerning bald eagles near Denver Airport. Fish and Wildlife representatives charged that planes taking off west or landing east on runway 7125 were in violation of the Endangered Species Act because the noise of the aircraft was effectively driving up to thirty bald eagles from their roosting site in a grove of cottonwoods on the east side of the Rocky Mountain Arsenal. In escaping the noise the birds were forced into less secure roosting areas including trees amongst lakes and industrial areas that had been heavily polluted during four decades of pesticides and chemical weapons production.

In order to comply with the Endangered Species Act and return the eagles to their cottonwood sanctuary, federal aviation officials agreed to re-route planes away from this

BLM_0062382

sensitive winter habitat. Although not what many people would consider a `natural area' the habitat is crucial to the long-term survival of that bald eagle population and thus necessitate a reprieve from the hazards of human-produced noise. It is interesting however, that this decision was made in favor of wildlife while in other, more `natural' areas, the issue of wildlife and their right to a quiet environment is dismissed in deference to the rights of humans to either create noise or seek solitude from it. Perhaps the enforcement of the Endangered Species Act is what saved the eagles and not some revelation in regards to the perilous effects of unnatural noise and our duty to protect other creatures.

---

## NOISE IN THE NATIONAL PARKS

"The first government official to note what air traffic might do to the National Parks was Secretary of the Interior Harold Ickes in 1934. He stated that he did not see any sense in looking at parks flying by at one hundred miles an hour" (Lee, 1994). Since Ickes' statement over sixty years ago the problem has worsened significantly for humans and wildlife alike, but looking at the media publications one would think this was only a problem that affected humans. However, somewhat surprisingly, Congress has periodically addressed the issue of human-made noise in our National Parks from the perspective of its effects on wildlife. In the 1994 Report to Congress entitled "Report on the Effects of Aircraft Overflights on the National Park System," Chapter Five was dedicated to detailing the effects of overflights on wildlife. The report discussed physiological and behavioral responses to overflights, indirect effects, accidental injury, reproductive losses, energy losses, habitat avoidance and abandonment, impact on Endangered Species, problems with detecting long-term effects of aircraft disturbance, and development of impact criteria.

In regards to the physiological responses of wildlife to aircraft overflights, the report stated that depending on the characteristics of the noise and the species, (its natural history, health at the time etc.) the reaction of a particular animal could range from mild annoyance to panic and escape behavior. Such responses are manifestations of stress, and while the effects of stress from overflights are not well documented, the report did warn that "...excessive stimulation of the nervous system can amount to chronic stress, and that continuous exposure to aircraft overflights can be harmful for the health, growth, and reproductive fitness of animals" (Fletcher, 1980, 1990). As with physiological responses, behavioral responses vary between species and within a species due to a variety of factors (such as age, sex, prior exposure etc.). While the report stated that "behavioral responses reflect a variety of states, from indifference to extreme panic," the aforementioned variability only allowed for anecdotal information on individuals which "...is not useful for drawing conclusions for that or any other species." The report only briefly discusses indirect losses, noting that it is difficult to assess such harm because "whether or not such indirect effects occur depends on other factors associated with the natural history of a species." Again, researchers were impeded in their attempts to secure decisive information due to the inherent variability of species and individual animals in their responses to noise.

In regards to accidental injury the report cited that "A common concern among biologists is that animals will occasionally fall, run into objects, or become trampled when they panic and run from aircraft." In addition they noted that young animals are more likely to be trampled in panic situations and that the topography of an area could increase the probability of injury, particularly if the population density is high. The reproductive losses discussed in the report included those caused by "...altered patterns of attendance to young," accidental breakage of eggs in a panic response, and malnourishment of young due to inhibited milk production. Energy losses, according to the document, resulted from a two pronged effect - energy expended in escape and panic responses, and a reduced energy intake due to missed feeding

BLM_0062383

opportunities. In reference to habitat avoidance and abandonment the report again noted that generalizations could not be made because different species and individuals within species have varying sensitivities, and thus have variable tendencies to leave a habitat. Of great concern however, is the possibility of habitat avoidance and abandonment by "...species whose high-quality habitat is already scarce" because this could jeopardize the future stability and success of the population. The overflight impacts on endangered species, at the time of the report were largely unknown. "Of all threatened and endangered species Federally listed in the United States, there is information regarding responses to overflights only for the grizzly bear, sonoran pronghorn, peregrine falcon, bald eagle, and everglades kite. None of these species have been studied enough to differentiate between aircraft activities that do and do not cause harm." The lack of knowledge is not limited to endangered species and is representative of the difficulty that scientists, the public, and policy makes have in drawing conclusions and making informed decisions about what should be done in regards to noise in the National Parks.

Adding to this predicament are the problems with detecting long-term effects of aircraft disturbance. According to the report "This is due both to the limitations of ecological research and to the nature of long-term responses." While speculation on the effects experienced by particular species was limited, the report did concede that "Long-term responses that might occur include permanent changes in habitat use, increased mortality of birds during migration (due to lower weight gains during staging), or population effects due to reduced reproductive success (due to egg loss, for example)." In spite of these dilemmas, the report did offer recommendations for developing impact criteria "...meant to help agencies in determining the severity of impacts." The report divided impacts into four categories: negligible, low, moderate, and high and proceeded to list examples of what each might include. While the report laid a decent foundation for addressing the issue of noise in our National Parks and the effect that the noise may be having on wildlife, much of the proceeding governmental discussions and media exposure, nevertheless remained focused on the impact to people.

At the center of the controversy over noise in our National Parks is Grand Canyon National Park. Approximately thirty years ago an airport opened in Tusayon, Arizona, a small town near the south rim of the Grand Canyon (Udall, 1997). Shortly thereafter pilots began selling sightseeing flights to interested tourists and the historic quiet of the Grand Canyon was eliminated. According to flight records, over 80,000 flights occur over the Grand Canyon per year, with as many as 10,000 flights per month during the summer season (Lee, 1994). During busier days at Tusayon Airport there are as many as one hundred take-offs and landings per hour. The FAA has named the Grand Canyon "...the air tour capital of the USA, if not the world" (Udall, 1997). In response to the excessive noise in the Grand Canyon, Transportation Secretary Federico Pena declared: "if we can't enjoy peace and quiet in our National Parks, where can we?" (Lee, 1994). Secretary of the Interior Bruce Babbit `s remark "It's an outrage," likewise expressed displeasure at the current cacophony in our National Parks (Udall, 1997). Congress, despite the sentiments of these top officials, and the demands of environmentalists, has been slow to enact legislation. Their reluctance is partially a response to the issue's other side - that of the industrial tourism industry and those tourists who believe that they have a right to view the National Parks by aircraft (automobile, snowmobile, etc.).

Air tourism exerts a considerable influence in Congress because of the revenue it creates in the nation's economy. The thirty-one tour operators at the Grand Canyon in 1996 served over 800,000 customers, thus grossing approximately 117 million dollars (Udall, 1997). Clearly the operators and the other businesses that they indirectly support have a vested interest in maintaining or increasing the number of flights over the Grand Canyon and other National Parks. Jack Thompson, flight operations manager for the National Transportation Association

BLM_0062384

deflected criticism of the air tour industry by asserting that they "...provide valuable service for the 1000s of visitors who want to see the Grand Canyon," many of whom would not be able to explore it by other means (Lee, 1994). Absent from much of this discussion and similarly neglected in Congress' discussions is the impact of these overflights on wildlife. Without detracting from the importance of a quiet wilderness experience for people, it is essential that values and issues beyond those ascribed by and important to humans be considered.

Senator John McCain, who introduced the "National Overflights Act of 1997" to Congress alluded to the importance of wildlife in instructing people to heed the lessons from the Grand Canyon: "We cannot wait until natural quiet has been lost before we take steps to prevent the impairment of natural resources" (1997). Contrary to this sentiment however, Senator McCain's version of the National Parks Overflights Act of 1997 did not contain any mention of wildlife per se. While two of the goals of the Act were "to protect the resources of any national park experiencing an adverse impact associated with noise from aircraft overflights;" and "to prevent resource impairment from noise associated with overflights at any national park," concern specific to wildlife was disregarded. The restrictions placed on aircraft such as limitations on the number, altitude and areas of flights will aid in the restoration of quiet, but the benefits to wildlife will be incidental. For as long as the rights and health of wildlife is not preeminent in the minds of people, the issue of the effects of noise on wildlife will remain unaddressed, thus risking irrevocable impairment to individuals, populations, and species as a whole.

---

## RESEARCH INTO THE EFFECTS OF NOISE ON MARINE WILDLIFE

Land animals are not the only wildlife effected by human-produced noise; their brethren in the aquatic world are also subjected to noise, often at greater intensities. The recognition of noise as a pollutant in the hydrosphere was delayed longer than noise pollution in the atmosphere, perhaps because we are not as aware of or concerned about noise that we cannot readily hear. Noise, particularly in the oceans, is created by numerous sources including commercial and military ships, oil exploration, and military and scientific tests. The National Marine Fisheries Service, which enforces the Marine Mammal Protection Act of 1972 announced in 1994 that scientists, often in an effort to protect marine life through their research "...contribute to the harassment of these denizens of the deep" (Schulhof, 1994). In agreement with this declaration, the Acoustical Society of America announced in that same year that human-created noise was posing an ever greater threat to the health of marine mammals. To support their stance they cited the increasing tendency of whales to become caught in nets in New Foundland after blasting occurred in an effort to enlarge a channel for tanker travel. Entanglement in the nets suggested that the whales' ability to echolocate had been impaired. Dr. Darlene Ketten, a hearing specialist from Harvard University confirmed this suspicion after finding the ear bones of two whales killed in the blast shattered and the ear canals filled with blood and pus. The National Marine Fisheries Service, partly in response to Ketten's discovery, recommended that a 120 decibel cap be placed on underwater noise in order to minimize the injurious effect on whales and other aquatic life. Many researchers were outraged by this demand, asserting that dolphin calls have been recorded at levels of 130 decibels and that a decibel cap would undermine their ability to perform experiments. In addition they argued that enforceability would be veritably impossible, especially outside of United States waters. The cap was not enacted, but the debate over noise in the ocean and other waterways was far from over and to date remains unresolved.

The issue of noise in the ocean is not unlike the issue on land in that both solutions hinge on similar points - how much we value the rights of other animals to live a peaceful, healthy

BLM_0062385

existence (and what costs we are willing to incur to ensure this quiet), and how much effort we are willing to put forth in terms of research that will ideally unravel the diversity of varying effects that noise has on wildlife. The disagreements over and the uncertainty of what is currently known and the vast amount of undiscovered knowledge is a great impediment to our understanding and progress towards protection of wildlife.

Tom Norris' studies of "The Effects of Boat Noise on the Acoustic Behavior of Humpback Whales" exemplifies this obstacle of uncertainty. Dr. Norris studied the songs of Megaptera novaegliae as they were introduced to boat noise and discovered that "...boat noise level might affect humpback whale song structure at the most basic level by altering the rhythm or increasing the tempo of songs..." (Norris,1994). As Dr. Norris noted however, the significance of these effects, especially on the behavior of the whales, remains uncertain. Similarly, disagreements among scientists also engender a level of uncertainty. In the 1994 report "Low Frequency Sound and Marine Mammals," a committee appointed by the Ocean Studies Board of the National Academy of Sciences National Research Council scientists could not come to consensus (Holing, 1994). "While it acknowledged that the effects of loud, low frequency sound `could conceivably range between potential hearing damage and gradual deafness for the entire species - and eventual extinction - and practically no discernible impact' the report concluded that a dearth of scientific evidence makes it virtually impossible to predict what those effects will be" (Holing, 1994). While that particular committee made that conclusion, other scientists such as Sylvia Earle, former chief scientist at the National Oceanic and Atmospheric Association, are of a different opinion. Dr. Earle asserted that "each sound by itself is probably not a matter of much concern, but taken all together, it's creating a totally different environment than existed fifty years ago. The high level of noise is bound to have a hard, sweeping impact on life in the sea" (Holing, 1994). Disagreement among scientists and their inability to provide concrete proof on either side of the debate confuses the public and virtually paralyzes policy makers seeking to settle the issue. Taking this attitude however, is another manifestation of our anthropocentric view of the world, for if our view was biocentric we would intuitively understand that a cacophony of noise, even if not life threatening, cannot provide for a decent quality of life for any organism, land or marine. This knowledge would in turn serve as the basis for our decisions to mollify the situation and greatly reduce if not eliminate the impact of noise everywhere.

The decision of course is not that easy, for we have structured our society around noise-producing progress, and in order to deal in reality we must acknowledge and accept a certain level of noise. Agreeing upon an acceptable level of noise, especially in regards to the ocean and the sound sensitive life that resides there is a daunting challenge. Richard Pattock, in the article, "Cacophony of human-made noise pounds oceans," echoes this sentiment by posing the question "...how much noise is too much?" Pattock discusses the intensity of noise in the oceans, noting that supertankers, "....the largest human-made source of ocean noise... are so loud they can be heard under water a full day before they appear on the horizon." While the levels of sound are easily measured, the problem again lies in determining the effects of this noise on marine life because "...so little is known about these creatures that scientists can't say for sure how they are affected by the noise of humans, particularly the cumulative effect of low frequency sound." This dearth of knowledge was evident to Peter Schiefele, a researcher at the National Undersea Research Center at the University of Connecticut, as recently as May 1997. Scheifele, who is trying to determine whether noise levels in the St. Lawrence and Saugenay Rivers in Quebec are damaging the hearing and capacity of survival for beluga whales was forced to admit that the extent of damage continues to remain unclear. (Chang, 1997).

In March of 1997 a forty foot sperm whale became trapped in the inshore waters of Firth of Forth near Edinburgh, Scotland (Quinn, 1997). Scientists attributed this to traffic noise from

BLM_0062386

the rail and road bridges that traverse the waterway. Although they could not confirm their suspicions, the scientists believed that the clamorous noise made the sperm whale reluctant to return to open waters which eventually caused it to become stranded in the shallows between the bridges. This incident, like many others of its kind provides anecdotal rather than definitive evidence and as such is often dismissed by researchers, policy makers and those responsible for generating the noise. As researcher Ronald Larkin asserted, "Research is hampered by a preponderance of small, disconnected, anecdotal or correctional studies as opposed to coherent programs of controlled experiments" (1996). This absence of concrete answers begets the question of whether, as a society, we are willing to risk waiting for undisputed proof, cognizant that, as we wait, we may be allowing a multitude of marine organisms to be deafened or otherwise injured in regards to the quality and length of their lives. The American Oceans Campaign, which monitors governmental and industrial sound generation, believes that "what marine mammals in the Pacific Ocean experience now is akin to living next to a freeway with the windows closed" (Preston, 1997). While this may not seem intolerable to humans, the American Oceans Campaign reminds us that we do not know what it means to them and their greater sensitivity to sound, and as such our failure to enact preventative measures could be causing irreparable damage to the marine ecosystem.

## ACOUSTIC THERMOMETRY OF OCEAN CLIMATE

At the center of the debate over how much noise is too much and what effects noise pollution is having on marine life is the controversial Acoustic Thermometry of Ocean Climate (ATOC) project lead by Scripps Institution of Oceanography. ATOC, a thirty five million dollar program, is designed to measure the oceans' temperatures in an effort to predict climate change (Brown, 1995). Using low frequency sound waves, "underwater microphones in the Pacific Ocean will measure average deep-water temperatures by clocking the travel time of sound from submerged emitters off California and Hawaii." ATOC concerns many marine scientists, environmentalists and animal welfare advocates "...because the 195 decibel noise - a low rumble to be broadcaster six times daily for as long as 10 years - could affect as many as 677,000 marine mammals in the ocean off Big Sur, south of San Francisco" (LA Times). Congruous with the lack of understanding of the potential affects of noise in general, and ATOC noise specifically, a National Resource Defense Council senior attorney admonished, "We simply cannot afford to play Russian roulette with our global oceanic system" (Preston, 1997).

The opposition with which ATOC was met prompted public hearings which in turn persuaded Scripps Institution of Oceanography to use their Marine Mammal Research Program (MMRP) to study the effects of ATOC-like noise in the oceans. While Scripps Oceanographer David Hyde supported the public hearings, welcomed the suggested research and stated that "We're not out to harm a single animal and we will stop the project if there is any evidence of that," Christopher Clark, head of the ATOC marine mammal study was rankled by the controversy stating that "This is environmental activism gone completely astray" (Brown, 1995). Clark conducted the study none-the-less and published MMRP's report "Results From Over a Year of Acoustic Transmissions" on May 14, 1997. He and Adam S. Frankel concluded that "Presently there are no MMRP results indicating that any species shows any biologically significant adverse response to ATOC or ATOC-like sounds..." The finding of no ill effects to marine mammals allowed the ATOC program to commence, but the MMRP continues to monitor the acoustic transmissions and watches for adverse impacts on the aquatic ecosystem.

## SUMMARY

R. Murray Schafer, composer and author of The Tuning of the World believes that "the general

BLM_0062387

03/02/2007 12:32 PM

acoustic environment of a society can be read as an indicator of social conditions which produce it and may tell us much about the trending and evolution of that society" (Giansante, 1979). Assuming Schaefer is correct, the issue of noise in our National Parks and other natural areas is very telling of the social conditions and trends of our society in regards to our encroachment on the last remaining wilds and degradation of natural quiet. In addition, our narcissistic focus on the right of humans to either generate noise or be free of human noise in nature, and consequent indifference to the effect that our noise is having on wildlife is likewise very poignant in revealing our values as a society. By allowing human-produced noise to destroy the historic quiet of natural areas we are valuing the consumptive desires of motorized tourists, exorbitant military practice flights, and research of questionable value over the inestimable worth of areas free of human cacophony. By remaining unconcerned or unaware of the potential harm that this unnecessary noise is having on wildlife we are valuing our anthropocentric wants over the very survival and future of other creatures. Nature recordist and Nature Sounds Society member Bernard Krause "...says there is now almost no place on Earth - including the North Pole, Antarctica and the dense forests of Indonesia and the Amazon - that is free of aircraft overflights, the buzz of chain saws and other human clatter. Krause remembers when it took 20 hours to get 15 minutes of usable recorded material. `Now it takes 200 hours,' he says" (Immel, 1995). If we remain on this course of introducing our sounds to every inch of the Earth, there will not be any escape from our clamorous, progress-oriented world and worse still there may be less wildlife, for many species may not be able to adapt to the changes in their once peaceful habitats. Ultimately the choice rests in our hands, but to choose quiet and protect the welfare of other animals in addition to ourselves, we must summon the courage to challenge those who would deny the rights of wildlife and leave neither us nor them respite from the human-altered world.

---

## REFERENCES

Berger, Joel et al. 1991. "Conflict in National Parks: A Case Study of Helicopters and Bighorn Sheep Time Budgets as the Grand Canyon." Biological Conservation. 56(3):317-328.

Brown, Stuart F. "The Sound of Global Warming." Popular Science. July 1995: pp.59-63.

Busnel,R.G. and John Fletcher (eds.). 1978. Effects of Noise on Wildlife. New York: Academic Press.

Calef, George et al. 1976. "The Reaction of Barren Ground Caribou to Aircraft." Arctic. 29(4):210- 212.

Chang, Kenneth. "Researchers Study Beluga Whales' Response to Shipping Noise in Canadian Rivers." Newsday. May 6, 1997: p.B27.

Dorrance, Michael et al. 1975. "Effects of Snowmobiles on White-tailed Deer." Journal of Wildlife Management. 39(3):563-569.

Driscoll, Patrick. "Eagles Near Denver Airport Will Soon Get Noise Relief." The Denver Post. February 17,1997: p.B1.

"Effects of Simulated Jet Aircraft Noise on Heart Rate and Behavior of Desert Ungulates." Journal of Wildlife Management. 60(1):52-61.

Giansante, Louis. "The Soundscape." Media and Methods. November 1979:pp.43-48.

BLM_0062388

Harrington, Fred and Alasandair Veitch. 1991. "Short-term Impacts of Low Level Jet Fighter Training on Caribou in Labrador." Arctic. 44(4):318-327.

Holing, Dwight. 1994. "The Sound and The Fury: Debate Gets Louder Over Ocean Noise Pollution and Marine Mammals." The Amicus Journal. 16(3):19-25.

Hompland, Gary et al. 1985. "Elk Responses to Simulated Mine Disturbance in Southeast Idaho." Journal of Wildlife Management. 49(3)751-757.

Immel, Richard. 1995. "Shhh...Those Peculiar People Are Listening." Smithsonian. 26(1):151-160.

Kavaler, Lucy. 1975. Noise: The New Menace. New York: The John Day Company.

Knight, Richard. 1984. "Responses of Wintering Bald Eagles to Boating Activity." Journal of Wildlife Management. 48(3):999-1004.

Krause, Bernard. "The Niche Hypothesis." The Soundscape Newsletter. June 6, 1993.

Krausman, Paul et al. 1986. "Desert Mule Deer Response to Aircraft." Wildlife Society Bulletin. 14(1):68-70.

Larkin, Ronald. "Effects of Military Noise on Wildlife: A Literature Review." USA CERL Technical Report. January 1996.

Lee, David. "Increasing Air Tours Pollute Our National Parks." National Parks July 1994: p.25.

"Breaking the Sound Barrier." National Parks July 1994: p.24.

McCain, John. "Overflight Oversight." National Parks. September-October 1997. 71(9-10):41.

National Overflights Act of 1997. S268. 105th Congress. 1st Session.

Norris, Tom F. 1994. "The Effects of Boat Noise on the Acoustic Behavior of Humpback Whales." Proceedings of the Acoustic Society of America. (128th Meeting). 96(5):3251.

"Ocean Sound Testing Put on Hold." Los Angeles Times.

Paddock, Richard. "Cacophony of Human-Made Noise Pounds Oceans." Los Angeles Times. p.1A.

Preston, Todd. "The Unquiet Oceans." E Magazine. March-April 1997. 8(2):21-24.

Quinn, Joe. "Whale Trapped in Firth of Forth by Traffic Noise." Home News. March 21,1997.

Report on Effects Of Aircraft Overflights On The National Parks System. Chapter 5: Effects of Overflights on Wildlife. 5.1-5.27.

Schulhof, Julia. "Quiet Please." Sea Frontiers. March-April 1994. 40(2):10-11.

Scripps Institute of Oceanography. "ATOC Marine Mammal Research Program to Commence at Both Locations." UCSD News. October 30,1997.

BLM_0062389

03/02/2007 12:32 PM

"Marine Mammal Research Program: Results From Over a Year of Acoustic Transmissions." UCSD News. May 14, 1997.

Udall, James R. "Silence Under Siege." Sierra. March-April 1997. 82(2):28-30.

---

Biographical Statement: Autumn Lyn Radle, is graduate student at the Unversity of Oregon pursuing a Master's Degree in Environmental Studies. After completing this degree and attaining her doctorate she expects to work in the field of sustainable development as it relates to planning and desgining sustainable communities.

BLM_0062390

May 2016

# Local fiscal effects of oil and gas development in eight states



**Daniel Raimi**

**Richard G. Newell**



Duke University Energy Initiative
Box 90467
Durham, NC 27708
www.energy.duke.edu

BLM_0062391

Local fiscal effects of oil and gas development in eight states                    Raimi and Newell

## About the authors

Daniel Raimi is an Associate in Research with the Duke University Energy Initiative (daniel.raimi@duke.edu); he is also a Lecturer at the University of Michigan Ford School of Public Policy and a Research Specialist at the University of Michigan Energy Institute. Richard G. Newell is the Gendell Professor of Energy and Environmental Economics at Duke University's Nicholas School of the Environment and Director of Duke's Energy Data Analytics Lab (richard.newell@duke.edu); he is also a Research Associate at the National Bureau of Economic Research, Cambridge, MA.

## About this report

This report is part of a series produced by the authors on shale public finance, supported by the Alfred P. Sloan Foundation. The Shale Public Finance project is examining the financial implications for local governments associated with increased domestic oil and gas production, largely from shale resources. Previous reports have examined local government fiscal impacts in Arkansas, Colorado, Louisiana, Montana, North Dakota, Pennsylvania, Texas, and Wyoming, and revenue collection and allocation in those states. For more information, to view interactive maps showing some of our key findings, or to be notified when new publications are released, visit http://energy.duke.edu/shalepublicfinance.

We acknowledge helpful feedback on this report from Yifei Qian and Margaret Lillard from the Duke University Energy Initiative, Mark Haggerty of Headwaters Economics, Paul Harbaugh of Barber County, KS, Scott Hurlbert of Shafter, CA, Alan Krupnick of Resources for the Future, Justin Marlowe of the University of Washington, Robert Mayes of Farmington, NM, Randy McMurphy of Woods County, OK, Grant Nülle of the U.S. Energy Information Administration, Larry Persily of Kenai Peninsula Borough, AK, Matthew Thompson of Apache Corporation, Gregory Todd of Duchesne County, UT, and other participants in an August 31, 2015 workshop help at Duke University. We also thank the many local government officials and other experts who agreed to be interviewed for this research.

BLM_0062392

## Table of Contents

Abstract ...................................................................................................................................1

1.  **Report summary** ...........................................................................................................2
    1.1 Local government revenues associated with oil and gas development.....................3
    1.2 Local government costs associated with oil and gas development ..........................4
    1.3 Summary of findings in eight states .......................................................................5
        1.3.1    Alaska .................................................................................................5
        1.3.2    California.............................................................................................6
        1.3.3    Kansas .................................................................................................6
        1.3.4    New Mexico ........................................................................................7
        1.3.5    Ohio ....................................................................................................7
        1.3.6    Oklahoma............................................................................................7
        1.3.7    Utah ....................................................................................................8
        1.3.8    West Virginia ......................................................................................8
        1.3.9    Summary of major local government revenues and costs in eight states............9
    1.4 Summary of key findings ......................................................................................10
    1.5 Summary of methodology......................................................................................11

2.  **Introduction and background**....................................................................................13
    2.1 Methodology .........................................................................................................13

3.  **Revenues, costs, and net fiscal impacts** ..................................................................17
    3.1 Alaska ...................................................................................................................17
        3.1.1    Anchorage and Kenai Peninsula region, AK ......................................18
        3.1.2    North Slope region, AK......................................................................25
    3.2 California ..............................................................................................................29
        3.2.1    Los Angeles basin region, CA ............................................................30
        3.2.2    Kern County region, CA.....................................................................35
    3.3 Kansas ..................................................................................................................39
        3.3.1    Mississippian Lime region, KS ..........................................................41
        3.3.2    Hugoton region, KS............................................................................48
    3.4 New Mexico ..........................................................................................................52
        3.4.1    Permian Basin region, NM..................................................................53
        3.4.2    San Juan basin region, NM..................................................................58
    3.5 Ohio ......................................................................................................................62
        3.5.1    Utica shale region, OH .......................................................................63
    3.6 Oklahoma .............................................................................................................70
        3.6.1    Anadarko basin, OK ...........................................................................71
        3.6.2    Mississippian Lime region, OK ..........................................................75
        3.6.3    Woodford shale region, OK ................................................................83
    3.7 Utah ......................................................................................................................89
        3.7.1    Uintah basin region, UT......................................................................90
    3.8 West Virginia........................................................................................................99
        3.8.1    Marcellus shale region, WV................................................................100

4.  **Conclusion** .................................................................................................................106

BLM_0062393

**5.   Appendix A** ................................................................................................... **108**

5.1  Interviews and other information........................................................................ 108

5.2  Methodology for structured interviews .............................................................. 108

5.3  Identifying counties with the largest levels of oil and gas activity ..................... 111

**6.   References**.......................................................................................................**114**

BLM_0062394

# Local fiscal effects of oil and gas development in eight states

## Daniel Raimi and Richard G. Newell[*]

### Abstract

Oil and gas production in the United States has increased dramatically in the past 10 years. This growth has important implications for local governments, which often see new revenues from a variety of sources: property taxes on oil and gas property, sales taxes driven by the oil and gas workforce, allocations of state revenues from severance taxes or state and federal leases, leases on local government land, and contributions from oil and gas companies to support local services. At the same time, local governments tend to experience a range of new costs such as road damage caused by heavy industry truck traffic, increased demand for emergency services and law enforcement, and challenges with workforce retention. This report examines county and municipal fiscal effects in 14 oil- and gas-producing regions of eight states: AK, CA, KS, OH, OK, NM, UT, and WV. We find that for most local governments, oil and gas development—whether new or longstanding—has a positive effect on local public finances. However, effects can vary substantially due to a variety of local factors and policy issues. For some local governments, particularly those in rural regions experiencing large increases in development, revenues have not kept pace with rapidly increased costs and demand for services, particularly on road repair.

**Key Words:** Shale gas, tight oil, local public finance, severance tax, property tax, property values, hydraulic fracturing

[*]Daniel Raimi is an Associate in Research with the Duke University Energy Initiative (daniel.raimi@duke.edu). He is also a Lecturer at the University of Michigan Ford School of Public Policy and a Research Specialist at the University of Michigan Energy Institute. Richard G. Newell is the Gendell Professor of Energy and Environmental Economics at Duke University's Nicholas School of the Environment and and Director of Duke's Energy Data Analytics Lab (richard.newell@duke.edu). He is also a Research Associate at the National Bureau of Economic Research, Cambridge, MA. This report is part of a series produced by the authors on shale public finance, supported by the Alfred P. Sloan Foundation. For more information, to view previous publications, view interactive maps showing some of our key findings, or to be notified when new publications are released, visit http://energy.duke.edu/shalepublicfinance.

BLM_0062395

Local fiscal effects of oil and gas development in eight states                    Raimi and Newell

## 1.   Report summary

Oil and gas production has grown rapidly in the United States over the past decades, in large part due to the development of shale resources. Local governments are affected by oil and gas development in a variety of ways, including impacts to revenues and demand for services. In this report, we build on our previous research by examining 14 additional regions across eight states with substantial oil and gas production: Alaska, California, Kansas, New Mexico, Ohio, Oklahoma, Utah, and West Virginia. Some of these regions have recently experienced substantial increases in oil and gas activity, while others have not. We describe the major revenue sources, the major demands for services (i.e., costs), and the net fiscal impacts for counties and municipalities in each region. Previous research (Newell & Raimi 2015b, a) examined 12 regions in eight different states: Arkansas, Colorado, Louisiana, Montana, North Dakota, Pennsylvania, Texas, and Wyoming.

We find wide variation in the net fiscal effects for local governments, with most local governments experiencing net fiscal benefits from the industry (See Table 1). However, local factors and state-level policies can play an important role, and some local governments in a variety of states have experienced net costs associated with oil and gas activity. As we found in parts of Kansas, New Mexico, Oklahoma, and Utah, large-scale and rapid oil and gas development in highly rural regions can negatively affect local government finances, which may struggle to keep up with demands for road repair, emergency and law enforcement services, and a variety of costs associated with hiring new and retaining existing staff. If local revenue sources or allocations from the state government are not sufficient to manage these new costs, local governments will experience net fiscal costs and services or infrastructure may deteriorate.

### Table 1 Net financial impact for local governments examined in the study

| State | Counties | Municipalities |
|---|---|---|
| Alaska* | Large net positive | Large net positive |
| California | Roughly neutral to large net positive | Medium net negative to large net positive |
| Kansas | Roughly neutral to large net positive | Small to large net positive |
| New Mexico | Roughly neutral to large net positive | Medium net negative to large net positive |
| Ohio | Medium to large net positive | Roughly neutral to small net positive |
| Oklahoma | Medium net negative to large net positive | Medium to large net positive |
| Utah | Medium net negative to large net positive | Medium to large net positive |
| West Virginia | Roughly neutral to medium net positive | Medium to large net positive |

Note: Impact refers to the relative, not absolute, impact on a local government's financial position. For example, $1 million may represent a large sum for one local government, but a small sum for another. The terms "small," "medium," "large," and "neutral" are our best assessment, based on interviews with local experts and analysis of local government financial documents. *For Alaska, the "Counties" column refers to Borough governments.

Local factors such as geography, demographics, and pre-existing infrastructure can each play important roles in determining the net fiscal impacts for local governments in regions with rapidly expanding oil and gas activity. For example, two counties in eastern Utah's Uintah basin have

BLM_0062396

experienced substantial fiscal benefits associated with the industry due to large new revenues associated with production. But a neighboring third county has little oil and gas production leading to limited revenues and, because oil and gas vehicle traffic has increased substantially in this county, it has not been able to keep up with demand for road repair.

Throughout Alaska, and in parts of California, Kansas, New Mexico, and Oklahoma, where longstanding oil and gas production has been declining in recent years, a distinct set of issues tends to arise. Generally speaking, local governments in these regions experience substantial fiscal benefits due to a large, though declining, tax base driven by oil and gas property and the oil and gas workforce. For local governments in these regions, a key concern is diversification of public revenues, which is often related to the challenge of diversifying the regional economy. As oil and gas activity slows and the associated tax base erodes, local leaders are trying to increase diversification to support their communities and public coffers. The salience of this challenge will likely grow with the sharp drop in oil prices that began in late 2014 and persists through the time of this writing.

## 1.1    *Local government revenues associated with oil and gas development*

Local governments may benefit from a variety of revenue sources associated with oil and gas production including severance taxes, lease revenue from government land, property taxes, and sales taxes, but these sources vary from state to state. In some states, such as Kansas, Oklahoma, and West Virginia, a portion of state-collected severance taxes is allocated directly to local governments. In other states, such as Utah, the state government allocates to local governments a portion of revenues collected from federal oil and gas leases. Lease payments on local government land have also generated substantial revenues for some local governments in California, Kansas, Ohio, and Oklahoma, though these revenues depend on the extent of local government land holdings.

Each state we examine in this report allows local governments to apply their ad-valorem property taxes to the value of oil and gas property, though the applicability of these taxes varies. In some states, both oil and gas production and equipment are taxed as property; in some states, only the surface equipment is included; and in others, only the value of the underground reserves may be taxed as property. Oil and gas activity may also increase sales tax revenues for local governments, either directly through sales of oil and gas equipment, or indirectly through sales generated by the oil and gas workforce.

Finally, oil and gas companies may make in-kind or cash contributions directly to local governments. This can take the form of formal or informal agreements to provide materials or repair roads damaged by oilfield traffic; ad-hoc donations of cash, equipment, or training to local law enforcement, fire departments, and emergency medical services (EMS); and more. We have been unable to establish why these types of contributions are common in some regions and not in others.

BLM_0062397

**Table 2. Major local government revenue sources associated with oil and gas development**

| Revenue instrument | Deployed by | Basis for revenue | Allocated to |
|---|---|---|---|
| Severance tax | State | Value or volume of oil/gas production, number of wells drilled | Varies by state |
| Lease payments | Federal, state, county, muni | Negotiated lease terms and royalties | State, county, muni |
| Property taxes | County, muni | Value of oil/gas property (definitions vary by state) | County, muni |
| Sales tax | State, county, muni | Value of sales (rates vary by locality) affected by oil- and gas-related economic activity | State, county, muni |
| In-kind | County, muni | Negotiated agreements or donations | County, muni |

## 1.2    Local government costs associated with oil and gas development

Oil and gas development may impose a variety of costs and increased demand for services on local governments. The largest challenge for local governments in most regions we examined was road damage caused by heavy industry truck traffic. This challenge tends to be most acute in regions experiencing large-scale development for the first time, though it also exists in regions with decades of history in oil and gas production. Road damage can be exacerbated by limited local crude oil pipeline infrastructure, which forces most crude to be moved by truck in some regions, as we observed in parts of Kansas, Ohio, Oklahoma, and Utah. Road damage can be mitigated by robust existing infrastructure and in-kind agreements between local governments and operators.

For local governments in highly rural regions experiencing rapid population growth, sewer and water services may be stressed and require costly upgrades. In several western states we visited for our first report (e.g., CO, ND, MT, and WY), sewer and water services were sometimes stressed and required costly upgrades in rural regions that experienced rapid population growth. This was generally not the case in regions examined in this report.

We did observe a variety of new staff costs. First, local governments in many regions have seen increased demand and costs for fire, EMS and law enforcement.  These costs arise directly due to vehicle or well sites accidents, increased training and equipment needs to manage emergencies involving hazardous materials, and indirectly in response to increased fights, disorderly conduct, and impaired driving associated with oil- and gas-driven population growth. Second, local governments in a number of regions have needed to add new staff to accommodate increased demand for services from emergency services discussed above, road and bridge crews, administrative staff such as county clerks, and more. Many local governments also face added costs as they must raise their employees' pay and/or replace workers who are drawn to high wages offered in the oil and gas sector.

Finally, local governments in some regions have experienced substantial costs related to environmental issues. In southern California, one small municipality faced costs from legacy

BLM_0062398

environmental damage from oil production in the early 20th Century, and another has seen negative fiscal effects associated with developing regulations for potential future oil production. In Kansas and Oklahoma's Mississippian Lime region, earthquakes associated with oil and gas wastewater injection has caused damage to public property, which directly affects governments, and to private property, which may reduce property values and associated tax revenues.

**Table 3. Major local government costs associated with oil and gas development**

| Service provided | Provided by | Connection to oil/gas industry |
|---|---|---|
| Road maintenance/repair | County, muni | Increased heavy truck traffic |
| Sewer/water | Muni | Population growth |
| Police, EMS, fire | County, muni | Oil and gas accidents, equipment, training |
| Staff costs/workforce retention | County, muni | Population growth, greater labor demand |

## 1.3   Summary of findings in eight states

### 1.3.1   Alaska

Local governments across Alaska rely heavily on the oil and gas industry, both directly and indirectly. Since the 1970s, production has been dominated by the North Slope region, with more limited (but recently increasing) production from the Cook Inlet region. Many oil and gas industry employees live in southern parts of the state and commute to the North Slope for one- or two-week shifts. These workers and their associated corporate headquarters provide a substantial part of the local sales and property tax base for local governments in the south. In the North Slope, industry activity is largely confined to regions without substantial government services, and oil and gas companies provide their own roads, public safety, and other services. As a result, local governments in the north see few direct costs from the industry but benefit substantially from oil- and gas-related property taxes collected by the North Slope Borough.

Looking forward, Alaska's state and local governments face substantial fiscal challenges. More than 90 percent of state general fund revenues come from oil- and gas-related sources, and Alaska does not levy a state-wide sales tax or income tax (though many local governments collect sales taxes).  Oil prices fell sharply in 2014 and, as production from the North Slope continues to fall, the state expects to face large deficits and will drain its reserve funds within the next several years without new revenue or substantial cuts in spending. This trend may have a sizeable effect on Alaska's many small local government entities, which rely heavily on revenue sharing and grants from the state.

BLM_0062399

### 1.3.2   California

Local governments in California's oil- and gas-producing regions experience a range of fiscal effects from the industry. In the Los Angeles basin, Los Angeles city and county experience modest effects from oil and gas development due to their large and diverse economies. The city of Long Beach benefits substantially due to its unique position as the working interest in the giant Wilmington oilfield, while the nearby city of Signal Hill experiences substantial negative fiscal effects due to long-term environmental damages associated with oil and gas development in the first half of the 20th century.

In Kern County, where 70 percent of California's oil is produced, local governments experience large net fiscal benefits despite steadily declining oil and gas production. The county government relies on oil and gas property for a large share of its annual operating revenues. Cities in the region benefit from oil and gas companies and their employees that support the local economy and public finances.

### 1.3.3   Kansas

We examined local governments in southern Kansas' Mississippian Lime region and the southwestern Hugoton gas region. In the Mississippian Lime region, municipal governments have generally experienced net fiscal benefits associated with increased sales taxes driven by the oil and gas workforce. However, multiple county governments have not been able to keep up with demand for road repairs. This challenge has been exacerbated by state policies that make revenue from oil- and gas-related sources unpredictable and volatile. Specifically, oil and gas property valuation practices do not accurately reflect the changing price of oil and gas, and allocations from the state's Oil and Gas Depletion Trust Fund are unpredictable and subject to "sweeps," where the state government retains revenue that is statutorily allocated to counties. In addition, a number of counties have been subject to lawsuits due to disputes over the proper interpretation of state-issued guidelines for assessing the value of oil and gas property. In several cases, counties have been forced to repay hundreds of thousands of dollars in tax revenues collected in prior years. Finally, local governments in the Mississippian Lime region have experienced damage to public and private property from earthquakes associated with oil and gas wastewater injection.

For local governments in the Hugoton region, where natural gas production has occurred since the 1930s and has been declining for decades, the oil and gas industry provides an important tax base and local governments experience substantial benefits from the industry. For counties, ad valorem property taxes and allocations from the state's Oil and Gas Depletion Trust Fund, though volatile, have easily outweighed costs associated with the industry. For municipalities, the oil and gas workforce helps support local sales taxes, with little in the way of new costs.

BLM_0062400

May 2016                                                                    Raimi and Newell

### 1.3.4   New Mexico

Both regions of New Mexico we examined, the Permian basin in the southeast and the San Juan basin in the northwest, are heavily dependent on the oil and gas industry as an economic driver. For local governments in these regions, local government fiscal health tends to grow stronger during years with high production, and weaken during periods of low production. For county governments, road damage has been the leading cost, but has generally been manageable thanks to revenue from property taxes on oil and gas production and equipment. One county out of the three we examined also receives substantial in-kind donations from industry on road maintenance and repair.

For municipalities, gross receipts taxes (which are similar to sales taxes but include transactions for both goods and services) are the dominant revenue source, and they tend to track oil and gas activity in both regions. Leading costs for municipalities primarily center on workforce retention when oil and gas activity is booming. The leading challenge for municipalities in both regions is diversification of their fiscal bases. Local officials aspire to greater diversification, but the prospects are challenging given high local housing costs, geographic isolation, limited long-distance transportation options, and limited access to amenities.

### 1.3.5   Ohio

Local governments in Ohio's Utica shale region have experienced a range of new revenues and costs associated with a rapid increase in shale development. The net effects have generally been positive, with counties benefiting from lease revenues and sales taxes, and municipalities benefiting from in-kind donations and increased municipal income taxes driven by oil and gas activity.

Road-use maintenance agreements (RUMAs) have played a large role in limiting road costs for counties and townships, which maintain much of the state's rural road networks. However, road costs have still been substantial. In addition, county and municipal governments have seen substantial increases in costs for law enforcement and emergency services associated with the industry, along with workforce retention challenges.

### 1.3.6   Oklahoma

Oil and gas activity has produced mixed fiscal results for Oklahoma local government finances. Counties in the Mississippian Lime region, where drilling has boomed in recent years, have experienced widespread damage to local roads, and allocations of the state's severance tax (called the Gross Production Tax, or GPT) have not been sufficient to manage these challenges. Counties collect substantial revenue from ad-valorem taxes on oil and gas property, but those revenues cannot be used for local roads. Instead, roads are funded through several dedicated sources including allocations of the GPT. As a result, most facets of county government in the region have seen large fiscal benefits, while county roads have suffered. Local governments in the region have also

---

BLM_0062401

experienced damage to public and private property from earthquakes associated with oil and gas wastewater injection. Counties in other parts of the state have also seen mixed experiences. Those with more robust infrastructure prior to heavy drilling activity have generally seen net fiscal benefits, while those with more limited infrastructure have struggled to repair roads damaged by industry truck traffic.

For municipal governments, oil and gas activity has largely been beneficial across the regions we examined. While population has increased in several cities, the growth has been manageable, and revenue from sales taxes and other sources have generally outpaced new demand for services and costs, such as increased compensation to retain staff. Oklahoma's substantial local oil and gas workforce is likely an important factor limiting population growth in rural cities.

### 1.3.7   Utah

Local governments we examined in Utah—with one exception—have experienced net fiscal benefits from increased oil and gas development in the Uintah basin region of Eastern Utah. Property taxes, sales taxes, and allocations of federal leasing dollars from the state government have boosted public finances for county governments. Most crude oil is trucked from the region rather than transported through pipelines, and counties often face challenges with repairing roads affected by this heavy truck traffic. Other major challenges for county governments are related to workforce retention and increased demands on law enforcement from traffic issues and crimes committed by the oil and gas workforce. For two of the three counties we examined, revenues have easily outweighed costs. In Carbon County, where oil and gas vehicle traffic is heavy but where relatively little production occurs, revenues have failed to keep pace with road costs.

Every city in eastern Utah that we examined has experienced substantial fiscal benefits from increased oil and gas development. Key revenue sources are state allocations of federal leasing revenue and sales taxes driven by the oil and gas workforce. Municipalities have also faced increased demand for road repair and emergency services, and have struggled with workforce retention during the most active phases of drilling. In all cases, however, new revenues have easily allowed them to manage these impacts.

### 1.3.8   West Virginia

Local government finances among the West Virginia local governments we examined have generally benefited from Marcellus shale development.  For counties and municipalities, allocations from the state severance tax has been an important source of revenue. Municipalities have benefited from sales taxes due to increased sales volumes associated with Marcellus-driven economic activity. Counties have benefited from increased property tax revenues, boosted by new natural gas properties and their associated infrastructure.

BLM_0062402

May 2016                                                                 Raimi and Newell

Local governments also described several common challenges, including damage to local roads. In West Virginia, the state government maintains rural road networks, so while road damage does not have a direct impact on county government finances, it does create challenges for local residents and businesses. For municipalities, industry vehicles have damaged city streets and added substantial costs. Heavy vehicle traffic associated with drilling and pipeline construction has also led to a surge in traffic accidents and EMS calls, creating substantial new demands on first responders and raising costs for counties and cities. In addition, a number of local governments in the region struggled to retain their workforce, and were forced to raise wages and other compensation to compete with the oil and gas industry.

### 1.3.9   Summary of major local government revenues and costs in eight states

**Table 4. Major local government revenues associated with oil and gas development**

| | | Severance tax* | Lease revenues* | Property tax | Sales tax | In-kind | Other |
|---|---|---|---|---|---|---|---|
| AK | Boroughs | | | $ | $ | | |
| | Municipalities | $ | $ | $ | $ | | |
| CA | Counties | | | $ | | | |
| | Municipalities | | $ | | $ | | $ |
| KS | Counties | $ | | $ | | | |
| | Municipalities | | $ | | $ | | |
| NM | Counties | | | $ | $ | | |
| | Municipalities | | | | $ | | |
| OH | Counties | | $ | | $ | $ | |
| | Municipalities | | $ | | | $ | $ |
| OK | Counties | $ | | $ | $ | | |
| | Municipalities | | $ | | $ | | |
| UT | Counties | | $ | $ | $ | | |
| | Municipalities | | $ | | $ | | |
| WV | Counties | $ | $ | $ | | | |
| | Municipalities | $ | | | $ | | |

*Severance taxes and lease revenues from state and federal lands are typically collected by the state government and allocated to local governments according to formulae that vary from state to state.

BLM_0062403

**Table 5. Major local government costs associated with oil and gas development**

| | | Roads | Sewer and water | Staff/Workforce retention | Police/EMS | Other |
|---|---|---|---|---|---|---|
| AK | Boroughs | | | $ | | |
| | Municipalities | | | $ | | |
| CA | Counties | $ | | $ | | |
| | Municipalities | | | $ | | $ |
| KS | Counties | $ | | $ | $ | $ |
| | Municipalities | $ | | $ | | $ |
| NM | Counties | $ | | $ | | |
| | Municipalities | $ | | $ | | |
| OH | Counties | $ | | $ | $ | |
| | Municipalities | $ | | $ | $ | |
| OK | Counties | $ | | $ | $ | $ |
| | Municipalities | | | $ | | $ |
| UT | Counties | $ | | $ | $ | |
| | Municipalities | $ | | $ | $ | |
| WV | Counties | | | $ | $ | |
| | Municipalities | $ | | $ | $ | |

Note: Based on interviews with local government officials and examination of state and local government financial records. A dollar sign indicates that most or all local governments experienced the relevant category as a major new cost attributable primarily to oil and gas development.

## 1.4   Summary of key findings

The fiscal effects of oil and gas production on local governments can vary according to a number of local factors. For most regions we examined, oil and gas development—whether new or longstanding—has been a net positive for county and municipal finances. For highly rural communities with limited existing infrastructure, rapid and large scale industry growth tends to result in large new costs such as road repair, emergency services, and staff costs. For regions that are highly reliant on oil and gas as an economic base, decreasing production and associated revenues poses important questions about long-term fiscal health. Other key findings include:

**Predictable, reliable revenue sources are beneficial** for local governments with revenues that are closely tied to the oil and gas industry. While industry activity inevitably ebbs and flows with changes in regional gas and global oil prices, policies can either mitigate or exacerbate this volatility.

**Flexible funding mechanisms,** such as Utah's Community Impact Grants, can complement these more predictable revenues by supporting local governments experiencing unexpectedly high costs associated with oil and gas development.

**Collaboration with oil and gas operators** particularly on road repair, can substantially reduce the costs for local governments trying to maintain infrastructure affected by industry traffic.

BLM_0062404

**Regions with long-term declining production** face a distinct set of issues. Economic diversification is a goal for officials in these regions, but will be a challenge given the geographic isolation, limited amenities, and limited infrastructure available in many of these communities.

**Oil- and gas-related environmental issues can affect** local public finances. Legacy environmental issues in parts of southern California and damage from earthquakes associated with oil and gas wastewater injection in the Mississippian Lime region have created fiscal challenges.

**Alaska faces distinct challenges**. Many small local governments depend heavily on funding from the state, which faces revenue shortfalls for the foreseeable future. Larger local governments may also struggle if oil production and associated employment declines.

## 1.5   Summary of methodology

This report describes the recent fiscal impacts to local governments related to oil and gas development. The regions included in this report were selected to complement the states and regions examined in previous research (Newell & Raimi 2015b). In that report, we examined local governments where oil and gas activity had most rapidly increased in the preceding decade: Arkansas (Fayetteville), Colorado (Niobrara and Piceance basin), Louisiana (Haynesville), Montana (Bakken), North Dakota (Bakken/Three Forks), Pennsylvania (Marcellus), Texas (Barnett, Eagle Ford, Haynesville, and Permian basin), and Wyoming (Green River basin).

In this report, we examine every other major onshore oil- and gas-producing region of the United States. Therefore, we include regions where development has increased substantially in recent years, as well as regions where industry activity has changed little or declined. We include local governments in and around major producing regions in Alaska (Kenai Peninsula and North Slope), California (Kern County and Los Angeles basin), Kansas (Hugoton and Mississippian Lime), New Mexico (Permian and San Juan basins), Ohio (Utica), Oklahoma (Anadarko basin, Mississippian Lime and Woodford), Utah (Uintah basin), and West Virginia (Marcellus). Table 6 provides basic information on each region and its oil and gas development status.

BLM_0062405

Local fiscal effects of oil and gas development in eight states                    Raimi and Newell

**Table 6: Major oil- and gas-producing regions examined**

| State | Play/region | Initial major production | Predominate type | Production status |
|-------|-------------|--------------------------|------------------|-------------------|
| AK | Kenai Peninsula | 1960s | Oil/gas | Declining since 1960s, limited new activity |
|    | North Slope | 1970s | Oil | Declining since 1980s, limited new activity |
| CA | Los Angeles | 1890s | Oil | Declining since 1970s, limited new activity |
|    | Kern County | 1920s | Oil | Slight decline since 1980s, strong new activity |
| KS | Hugoton | 1930s | Gas | Declining since 1970s, limited new activity |
|    | Mississippian Lime | 2010s | Oil/gas | Very active in early 2010s |
| NM | Permian basin | 1930s | Oil/gas | Very active in early 2010s |
|    | San Juan basin | 1980s | Gas | Very active in 2000s, declining in 2010s |
| OH | Utica | 2010s | NGLs/gas | Very active in 2010s |
| OK | Anadarko basin | 1970s | Oil/gas | Very active in 2010s |
|    | Mississippian Lime | 1950s | Oil/gas | Declining since 1970s, very active in 2010s |
|    | Woodford | 2000s | Gas | Very active in 2000s, declining in 2010s |
| UT | Uintah basin | 1950s | Oil/gas | Very active in 2000s, declining in 2010s |
| WV | Marcellus | 2000s | Gas | Very active in 2010s |

While not a comprehensive survey of local governments in these regions, our methodology allows us to make fairly broad conclusions about overall fiscal effects of oil and gas activity. The local governments we examine vary across four important dimensions: scale of oil and gas development (i.e., how much oil and gas activity has occurred or is occurring), phase of oil and gas development (i.e., is the region currently experiencing large amounts of activity and population growth, or has activity slowed), size of government (e.g., a small town or a large city), and rurality of region (e.g., population density and existing infrastructure). Metrics illustrating these factors are provided throughout the report and are aggregated in Appendix tables A2 and A3. Examining local governments that varied across these dimensions allowed us to observe whether any or all of these variables weighed heavily on the net fiscal effects.

This analysis examines recent fiscal effects, rather than historical or potential future fiscal effects. However, if major challenges or opportunities concerning historical or long-term trends arose during our interviews (for example, how to make fiscal plans under uncertain oil and gas production and price scenarios), we make note of them in this report.

Our analysis is based on three major research components and is similar to the analysis conducted in Newell and Raimi (2015b). First, we traveled to each region to conduct structured interviews with leading elected officials (i.e., county commissioners or mayors), professional staff (i.e., city managers or county administrators), and subject area experts (i.e., finance directors or oil and gas department administrators). Second, we conducted a detailed analysis of local and state government financial documents along with data on oil and gas activity to understand whether recent fiscal trends were correlated with industry activity. Third, we analyzed revenue collection and allocation policies, which vary substantially between states.

BLM_0062406

## 2. Introduction and background

### 2.1 Methodology

This report describes recent fiscal impacts to local governments related to oil and gas development. The regions included in this report were selected to complement the states and regions examined in our previous research (Newell & Raimi 2015b). In that report, we examined local governments where oil and gas activity had most rapidly increased in the preceding decade: Arkansas (Fayetteville), Colorado (Niobrara and Piceance basin), Louisiana (Haynesville), Montana (Bakken), North Dakota (Bakken/Three Forks), Pennsylvania (Marcellus), Texas (Barnett, Eagle Ford, Haynesville, and Permian basin), and Wyoming (Green River basin).

The purpose of this report is to examine the remaining major oil- and gas-producing onshore regions in the United States to determine whether local government fiscal effects were similar or different, and to understand what lessons could be learned. Therefore, this report includes analysis of regions where oil and gas development has increased significantly in recent years, as well as regions where industry activity has changed little or declined. We include local governments in and around major producing regions in Alaska (Kenai Peninsula and North Slope), California (Kern County and Los Angeles basin), Kansas (Hugoton and Mississippian Lime), New Mexico (Permian and San Juan basins), Ohio (Utica), Oklahoma (Anadarko basin, Mississippian Lime and Woodford), Utah (Uintah basin), and West Virginia (Marcellus). Table 7 describes the relevant regions and their status in terms of oil and gas development.

### Table 7: Major oil- and gas-producing regions examined

| State | Play/region | Initial major production | Predominate type | Play status |
|-------|-------------|--------------------------|------------------|-------------|
| AK | Kenai Peninsula | 1960s | Oil/gas | Declining since 1960s, limited new activity |
|    | North Slope | 1970s | Oil | Declining since 1970s, limited new activity |
| CA | Los Angeles | 1890s | Oil | Declining since 1970s, limited new activity |
|    | Kern County | 1920s | Oil | Slight decline since 1980s, strong new activity |
| KS | Hugoton | 1930s | Gas | Declining since 1970s, limited new activity |
|    | Mississippian Lime | 2010s | Oil/gas | Very active in early 2010s |
| NM | Permian basin | 1930s | Oil/gas | Very active in early 2010s |
|    | San Juan basin | 1980s | Gas | Very active in 1990s, declining in 2000s |
| OH | Utica | 2010s | NGLs/gas | Very active in 2010s |
| OK | Anadarko basin | 1970s | Oil/gas | Very active in 2010s |
|    | Mississippian Lime | 1950s | Oil/gas | Declining since 1970s, very active in 2010s |
|    | Woodford | 2000s | Gas | Very active in 2000s, declining in 2010s |
| UT | Uintah basin | 1950s | Oil/gas | Very active in 2000s, declining in 2010s |
| WV | Marcellus | 2000s | Gas | Very active in 2010s |

This analysis examines recent fiscal effects, rather than historical or potential future fiscal effects. However, if major challenges or opportunities concerning historical or long-term trends

BLM_0062407

arose during our interviews (for example, how to make fiscal plans under uncertain oil and gas production and price scenarios), we make note of them. In addition, this report does not directly examine the private sector economic impacts or potential environmental risks associated with oil and gas development. They do enter our realm of analysis if they affect local government finances.

While not a comprehensive survey, our methodology allows us to make fairly broad conclusions by examining local governments that vary across several key dimensions (King *et al.* 1994), notably: scale and phase of oil and gas development, government capacity, and rurality of region (Jacquet & Kay 2014). Scale and phase matter because local government revenues and demand for services tend to vary along both dimensions. Increased population, heavy truck traffic, and other effects can increase local government costs as well as revenues during a phase of heavy drilling and hydraulic fracturing. We examine local governments from regions where oil and gas activity and production peaked in previous decades and has since been declining, such as Kansas' Hugoton gas field region, the Los Angeles basin, and Alaska's North Slope; regions that experienced a rapid expansion in industry activity five to 10 years ago, such as Utah's Uintah basin, Oklahoma's Woodford shale, and New Mexico's San Juan basin; and regions where oil and gas activity has been robust in recent years, such as the Mississippian Lime play in Oklahoma and Kansas, Ohio's Utica shale, New Mexico's Permian basin, and West Virginia's Marcellus shale.

Government capacity and rurality of region also play an important role in managing impacts. For example, an oil and gas boom leading to an influx of hundreds or thousands of workers will be felt very strongly in a rural region with limited housing stock, unpaved roads, and limited government services (N.C. Department of Environment and Natural Resources 2012). That same growth may also be felt, though to a lesser extent, in a more densely populated region with ample housing stock, sturdy roads, and substantial existing government infrastructure. Our interviews took us to regions that varied from densely populated cities like Los Angeles to some of the most sparsely populated parts of the United States in Alaska (for population density details, see Appendix A).

The scale of oil and gas development in a region can be measured in a variety of ways. Two helpful metrics that we consider indicate the number of oil and gas well completions per year in a given county divided by (1) the county population or (2) the square miles of land area within that county. Well completions may be a more accurate measure of activity than number of wells drilled or rig count, since the heaviest volume of truck traffic for hydraulically fractured wells tends to be associated with completion activities. We refer to these metrics as "completions per hundred persons" and "completions per hundred square miles," respectively, and report those metrics for each county we visited in Appendix A.

Our analysis is based on three major research components, similar to the analysis conducted in Newell and Raimi (2014b). First, we traveled to each jurisdiction discussed in this report for

BLM_0062408

structured interviews with leading elected officials (i.e., county commissioners, mayors), professional staff (i.e., city managers, county administrators), and subject area experts (i.e., finance directors, oil and gas administrators). In total, we interviewed 93 local government officials from 29 counties and 38 municipalities (see the Appendix for a reproduction of our structured interview template). We also interviewed local experts from oil and gas companies, state government agencies, and consultants with expertise on oil and gas fiscal issues.

In our interviews with local officials, we asked whether the jurisdiction had experienced a range of potential revenue sources and service demands or costs associated with oil and gas development. We asked about the timing of these effects and whether they could be attributed, either directly or indirectly, to oil and gas activity in the region.

We also asked local officials to describe the magnitude of these effects, and to quantify those effects wherever possible through fiscal data such as property valuations or tax receipts. In many cases, precise quantification can be difficult. For example, attributing the share of sales tax revenue associated with oil- and gas-driven population growth, or estimating the consumptive use damages to roadways from oil- and gas-related vehicle traffic, can be difficult. When this was the case, we asked local officials to describe the effect as "small, medium, large, or something different." In cases with substantial costs such as road damage, we asked whether revenues had or had not been sufficient to manage new demands.

The second component of our analysis is a detailed examination of local and state government financial documents, to verify and supplement information gleaned from interviews. For local government records, we acquired wherever possible Comprehensive Annual Financial Reports (CAFRs), annual audited reports produced by local governments documenting key fiscal issues for each fiscal year. We attempted to collect CAFRs from 2005 through the most recent available year, usually 2012 or 2013. In total, we collected and analyzed over 500 years of CAFR data as summarized in Table 8.

**Table 8: Local governments and financial data examined**

| State | Counties examined | Municipalities examined | Number of local experts interviewed | Years of CAFR data analyzed |
|---|---|---|---|---|
| AK* | 2 | 5 | 10 | 50 |
| CA | 2 | 8 | 16 | 92 |
| KS | 7 | 4 | 14 | 34 |
| NM | 3 | 5 | 9 | 60 |
| OH | 3 | 3 | 12 | 58 |
| OK** | 7 | 7 | 16 | 85 |
| UT | 3 | 3 | 10 | 58 |
| WV | 2 | 3 | 6 | 78 |

*Alaska "counties" category refers to Borough governments. **CAFR data in Oklahoma were not available. Unaudited financial reports were examined instead.

BLM_0062409

Where these reports were not available (typically for very small municipalities), we gathered recent budgetary data and other information directly from local officials. For state fiscal records, we rely on a variety of reports and statistical publications related to oil and gas production, tax revenues and allocations, state and federal oil and gas leasing and royalty records, local road and bridge conditions, and more.

Third, we conducted a detailed analysis of state revenue collection and allocation policies. States vary in their collection of oil- and gas-related revenue and allocation to local governments. For example, some states allow local governments to apply ad valorem property taxes to oil and gas property such as rigs, wellheads, and pipelines, while others allow local governments to apply those taxes to the minerals underground or the value of oil and gas produced. Some states allow for both of these levies, while others allow neither. States collecting severance taxes and leasing revenues from state or federal lands also allocate those revenues according to a variety of formulae, which may or may not include local governments. We examined each of these revenue collection and allocation policies for each state, gathering information from local experts and relevant state statutes. In most cases, we focus on current revenue policies, only turning to historical issues when these issues are relevant for near-term local government fiscal impacts.

Details on revenue collection and allocation to local governments from oil- and gas-related sources are an important component in understanding the fiscal impacts to local governments from oil and gas development. We focus on these issues in a companion report, describing in detail how local governments collect revenue from oil- and gas-related sources, and how state governments collect and allocate revenues to the local level (Raimi & Newell 2016).

BLM_0062410

## 3.   Revenues, costs, and net fiscal impacts

From December 2014 through June 2015, we visited 14 oil and gas plays across eight states to conduct interviews with local government officials and gather local government financial data (see Figure 1). We used these data along with detailed analysis of state tax policies to assess the net fiscal impact to local governments in each region. In the section below, we discuss the major revenue sources, costs and demand for services, and net fiscal impacts for county and municipal governments associated with oil and gas activity. Where appropriate, we identify and discuss policies and industry trends that have substantially affected the fiscal outcomes in these regions.

### Figure 1. Regions/plays visited



Map source: Drilling Info 2.0, with annotations by the authors. Notes: Heat map indicates permits issued for oil and gas drilling in 90 days prior to 02/20/2015. Heat map not available for Alaska.

## 3.1   Alaska

Local governments across Alaska rely heavily on the oil and gas industry for revenue, both directly and indirectly. Since the 1970s, production has been dominated by the North Slope region, with more limited (but recently increasing) production from the Cook Inlet, which is bounded to the East by the Kenai (pronounced KEEN-eye) Peninsula. Many oil and gas industry employees live in southern parts of the state such as Anchorage, Wasilla, and the Kenai Peninsula, but commute regularly to the North Slope for one- or two-week shifts. These workers provide a substantial part of the local sales and property tax base for local governments in the south, and industry activity has little direct impact on government costs. In the North Slope, industry activity is largely confined to remote regions without substantial government services, and oil and gas companies provide their own roads, public safety, and other services. As a result, local governments in the region see little direct impact from the industry but benefit substantially from oil- and gas-related property taxes

BLM_0062411

collected by the North Slope Borough (in Alaska, local governments can apply ad-valorem property taxes to oil and gas exploration, production, and transportation property such as drilling rigs, processing facilities, and pipelines, but not to produced oil and gas or the value of underground minerals).

Looking forward, Alaska's state and local governments face substantial fiscal challenges. More than 90 percent of state general fund revenues come from oil- and gas-related sources, and Alaska does not levy a state-wide sales tax or income tax (though many local governments collect sales taxes). Oil prices fell sharply in 2014 and, as production from the North Slope continues to fall, the state expects to face large deficits and will drain its reserve funds within the next several years without new revenue or dramatic cuts in spending. This trend may have a substantial effect on Alaska's many small local government entities, which rely heavily on revenue sharing and grants from the state.

**Table 9. Alaska Borough Summary**

| | |
|---|---|
| Major revenue source(s) | Property tax<br>Sales tax |
| Major cost(s) | Workforce retention |
| Net fiscal impact | Large net positive |

Note: Borough governments are similar to counties in other states, but also oversee local schools. In the North Slope, the Borough government provides most other services including roads, water and sewer, and more.

**Table 10. Alaska Municipality Summary**

| | |
|---|---|
| Major revenue source(s) | Sales tax<br>Severance tax<br>Property tax<br>Lease revenues |
| Major cost(s) | Workforce retention |
| Net fiscal impact | Large net positive |

### 3.1.1  Anchorage and Kenai Peninsula region, AK

The Kenai Peninsula Borough (pop. ~57,000) is a sparsely populated region southeast of Anchorage along the Cook Inlet, where the first major oil and gas production occurred in Alaska. Through the 1950s and 1960s the Cook Inlet produced all of Alaska's oil and gas, largely from shallow offshore wells. Oil and gas production had been falling steadily since that time until recent years, when new drilling activity brought along new production (see Figure 2). The state government has incentivized new production in Cook Inlet since the 1980s with lower effective tax rates. Today, production tax rates are $0 for oil and $0.177 per thousand cubic feet of natural gas, well below the

BLM_0062412

statutory rate of 35 percent (Alaska Statutes 2015). This new production has been helpful to the local economy, but is modest relative to the much larger quantities produced in the North Slope.

### Figure 2: Kenai Peninsula oil and gas production



Data source: DI Desktop.

For the Peninsula as well as Anchorage, the state's largest city, larger economic and fiscal impacts are attributable to oil industry workers who commute to the North Slope, work at regional offices in Anchorage, or staff the many oil and gas service firms located within the city. In the Kenai Peninsula, a smaller but noticeable impact has come from the Nikiski liquefied natural gas (LNG) export terminal, where natural gas produced from the Cook Inlet has been exported to Asia since 1969. A 2013 report from Alaska's Department of Labor estimates that of all the earnings brought home by oil and gas industry employees statewide, 50 percent went to residents of Anchorage and 23 percent went to residents of the Kenai Peninsula, the two highest totals in the state. These earnings are especially helpful for local economies in the region because average oil and gas industry earnings (roughly $127,000/year) are more than twice those of the statewide average for all sectors (roughly $50,000/year) (Alaska Department of Labor and Workforce Development 2013).

These indirect effects of oil and gas industry employment are the largest factor affecting local public finances in Anchorage and the Kenai Peninsula. Direct costs from oil and gas activity in recent years has been small. However, a proposed expansion of LNG exports from the Peninsula has the potential to change this equation. The project would involve the construction of a new pipeline to transport natural gas from the North Slope to Nikiski and export roughly 2.5 billion

BLM_0062413

cubic feet per day (bcf/d), costing an estimated $65 billion.[1] If this project moves forward, it would result in an influx of temporary workers and industrial activity, and would likely result in large increases in demand for services as well as revenues for local governments on the Peninsula. A collection of local government officials in the region are currently working with industry representatives to develop plans to mitigate the potential negative impacts of this activity.[2]

### 3.1.1.1    Borough-level experience in the Kenai Peninsula region, AK

#### 3.1.1.1.1    *Kenai Peninsula Borough, AK*

As noted above, the Kenai Peninsula Borough benefits from an oil and gas industry workforce commuting to the North Slope for regular shifts. This workforce primarily contributes to public finances through a borough-wide 3 percent sales tax and property taxes, which together accounted for $85 million, or 70 percent of total borough revenues in FY 2014 (Kenai Peninsula Borough Finance Department 2005-2014). While it is unclear what precise share of these revenues are attributable to the oil and gas workforce and their families, local officials estimate the effect is substantial.[3]

There are also sales taxes generated directly by purchases of oil and gas equipment made by oil and gas companies. However, these revenues are relatively small, because sales taxes in the borough only apply to the first $500 of each taxable transaction. For example, the purchase of a $10,000 piece of equipment would generate $15 (0.03 x $500) in tax revenue rather than the $300 (0.03 x $10,000) it would generate without the cap.

Another relevant boost to local public finances is related to Alaska's Permanent Fund Dividend, which sends a check to every Alaskan each year based on returns from the state's $54 billion permanent fund. In 2014, that check was worth $1,884 (U.S. Energy Information Administration 2015c). Each October, when residents receive these dividends, sales increase noticeably, leading to additional revenues for the borough and other local governments deploying a sales tax. As with large oil and gas industry purchases, the $500 cap on taxable sales value reduces the total revenue local governments would otherwise receive.

A more quantifiable, and perhaps more substantial revenue source related to oil and gas development comes from property taxes on oil and gas infrastructure such as pipelines, offshore

---

[1] Based on interview with Phil Cochrane, Vice President of External Affairs, BP; and Paul A. Quesnel, Senior Director of Government Affairs, BP; on June 2, 2015, in Anchorage, AK.

[2] Based on interview with Larry Persily, Special Assistant to the Mayor of Kenai Peninsula, on June 1, 2015, in Anchorage, AK.

[3] Based on interview with Larry Persily, Special Assistant to the Mayor of Kenai Peninsula; and Brenda Ahlberg, Community and Fiscal Projects Manager, Kenai Peninsula Borough; June 3, 2015, in Soldotna, AK.

BLM_0062414

platforms, processing facilities, and the existing LNG export terminal in Nikiski. In FY 2015, oil and gas property accounted for $1.225 billion, roughly 17 percent of the borough's $7.27 billion in overall property valuation; more than doubling since FY 2007, when it accounted for $558 million (11 percent of total valuation) (Kenai Peninsula Borough Finance Department 2015).

The borough also receives roughly $500,000 annually from the state government as part of a program that allocates state general funds to local governments according to a formula based primarily on population. These revenues are not directly tied to oil and gas activity in the region, but since roughly 90 percent of the state's general fund revenue comes from oil- and gas-related sources (Alaska Department of Revenue 2014), the revenue is largely a product of oil and gas activity.

In the next few years, local officials expect these allocations to be phased out. While not a major part of Kenai Peninsula Borough's budget, many local governments in Alaska—particularly small cities—rely heavily on these types of state allocations and grant programs (see our discussion of Barrow and the North Slope Borough in Section 3.1.2).

Direct costs and demand for services from oil and gas activity have been minimal in recent years for the borough. Because little drilling activity takes place on the peninsula itself, there is little in the way of large costs associated with industry vehicle traffic. Recent increases in drilling and production have resulted in some increased vehicle traffic and growth in temporary populations, but the effects have been negligible.

Looking forward, public finances across the Kenai Peninsula will be heavily affected if the new LNG export terminal moves forward. This project is estimated to create 10,000 to 15,000 direct jobs across the state; a significant figure given total private employment in Alaska of roughly 260,000 (U.S. Bureau of Labor Statistics 2015). Such a project would certainly bring substantial new revenues as well as new demand for services for local governments. Kenai Peninsula Borough officials are working with other local government officials, state officials, and industry representatives to craft plans to mitigate any negative local impacts such as a rapid temporary increase in workforce, increased heavy vehicle traffic, and other potential issues.

### 3.1.1.2    Municipal-level experience in Anchorage and Kenai Peninsula region, AK

While the cities of Anchorage and Wasilla are not part of the Kenai Peninsula, we interviewed officials in both municipalities to understand whether the oil and gas industry plays a major role in public finances. Kenai and Soldotna, roughly a three-hour drive south of Anchorage, are coastal cities along the Cook Inlet.

BLM_0062415

### 3.1.1.2.1    Anchorage, AK

Anchorage is Alaska's largest city, with a population of roughly 300,000. As noted above, a large share of the oil and gas workforce resides in Anchorage. This workforce involves not only workers commuting to the North Slope, but also professional staff working at corporate headquarters. The three major oil companies operating in the North Slope – BP, ConocoPhillips, and ExxonMobil – all have substantial office space and staff based in Anchorage. Oilfield service companies such as Baker Hughes and pipeline companies such as Alyeska (which built, maintains, and operates the Trans-Alaska Pipeline System, or TAPS) also have a substantial presence in Anchorage.

However, Anchorage does not have a sales tax, which means that spending by these workers does not generate revenue for the city. Instead, Anchorage raises revenue primarily through property taxes, which generated $334 million in FY 2014 (48 percent of total revenues) and charges for services such as water and electricity, which generated $261 million (38 percent) in FY 2014 (Municipality of Anchorage Controller's Office 2014). The oil and gas workforce and associated commercial office space contributes substantially to these revenues, but the precise share of their contributions are not clear.

Like the Kenai Peninsula Borough, Anchorage also benefits from population-based allocations and grants from the state government, through these revenues have been falling in recent years and are likely to decline toward zero.[4]

Another fiscal benefit for the city results from its partial ownership of the Beluga gas field, which lies across from the Kenai Peninsula along the western shore of Cook Inlet. The city owns 33 percent of this field, and uses the natural gas it produces to fuel Anchorage Municipal Light and Power, which provides electricity to consumers in and around the city.

As with other Alaska cities, Anchorage faces little direct service demands associated with oil and gas activity. Aside from the need to provide standard services to the oil and gas workforce living within the city, the only major cost is related to workforce retention. Because the city government provides sewer, water, and power services, it often competes with the oil and gas sector for skilled plumbers, welders, electricians, and other relevant trades. This competition has caused it to raise wages and other compensation, and represents a constant challenge for the city government.

Looking forward, Anchorage may face challenges related to infrastructure maintenance. If oil production from the North Slope continues to fall, as most projections show (U.S. Energy Information Administration 2015a), Anchorage faces the possibility of losing some of its economic

---

[4] Based on interview with George Vakalis, Anchorage Municipal Manager, June 1, 2015, in Anchorage, AK.

BLM_0062416

base from oil and gas companies. Under such a scenario (which local officials raised as a distinct concern), revenues would drop but costs for maintaining infrastructure would remain relatively fixed. As a result, the city has looked in recent years at different strategies to diversify its revenue sources, such as adding a sales tax. While a variety of proposals have been introduced, none have been approved, and the political challenges of implementing a broad-based tax such as a sales tax are substantial.

### 3.1.1.2.2   Wasilla, AK

Wasilla (pop. ~8,600), roughly an hour's drive north of Anchorage, is part of the Matanuska-Susitna Borough. Similar to other cities in the region, city government sees little in the way of direct impact from oil and gas activities, but a substantial share of its population commutes to work on the North Slope. Residents of the Matanuska-Susitna Borough collected an estimated 20 percent of total oil and gas industry earnings in 2011, with Wasilla residents taking home an estimated $142 million, second only to Anchorage (Alaska Department of Labor and Workforce Development 2013).

This workforce contributes to the city's sales tax base, the largest revenue source for Wasilla at roughly 50 percent of total revenues (charges for water, sewer, and other services are second) (Wasilla Department of Finance 2008-2014). Sales taxes tend to increase in October of each year when residents receive their Permanent Fund Dividend checks.[5] Like other cities, Wasilla also receives annual allocations from the state government based primarily on population (it received roughly $400,000 in 2014), though these funds are expected to dry up within the next several years.

Direct costs from oil and gas activity are negligible, while the indirect costs of providing services for residents employed in the oil and gas industry are substantial. "Indirectly, everything is energy-related," according to Mayor Bert Cottle, but costs are easily manageable and have not fluctuated dramatically as oil prices rise and fall.

Looking forward, declining North Slope oil production could reduce the city's oil and gas workforce, potentially reducing its population and long-term economic viability. The city has been careful not to add new debt in recent years, and has been making plans to potentially reduce city services such as recreation if industry activity continues to decline.

### 3.1.1.2.3   Kenai, AK

The city of Kenai (pop. ~7,500) is roughly 15 miles south along the Cook Inlet from Nikiski, home of the existing LNG export terminal and potential future site of the larger LNG project that would export North Slope gas to Asian markets. Like other cities on the Peninsula, Kenai's

---

[5] Based on interview with Bert Cottle, Wasilla mayor, June 2, 2015, in Wasilla, AK.

BLM_0062417

economy and public finances are tied to the oil and gas workforce. Some residents commute regularly to the North Slope, and others work at nearby facilities such as the LNG export terminal or at nearby oil and gas service firms such as Schlumberger, Baker Hughes, and smaller oil and gas contractors. These firms service the LNG terminal as well as offshore oil and gas platforms.

The Alaska Department of Labor estimated that in 2011 there were 894 oil and gas industry workers living in Kenai, collecting roughly $82 million in wages (Alaska Department of Labor and Workforce Development 2013). The city's sales and property taxes, which accounted for 37 percent of total revenues in 2014, are supported by these workers and their families, as well as oil and gas facilities and equipment which provide substantial property tax revenue (Kenai Finance Department 2005-2014). Kenai also owns a parcel of land with producing natural gas wells, which brings in between $60,000 and $150,000 per year depending on prices and production levels.[6]

Kenai relies fairly heavily on grants, which accounted for roughly 28 percent of total revenues in FY 2014. As a result, the city may face some financial risk if and when the state government begins to reduce spending due to declining oil and gas revenues.

Direct costs from oil and gas operations are limited, and indirect costs associated with oil and gas employees is easily manageable. However, two concerns loom on the horizon. The first relates to public pensions. During the construction of TAPS, state and local governments across Alaska struggled to attract and retain employees due to high labor demand associated with pipeline construction. In response, the state increased the generosity of the Public Employees Retirement System, which obligated increased contributions from local governments. Contributions to this program have been a strain for Kenai and other local governments around the state. Although Kenai officials believe the challenge is manageable, it continues to be a concern.

The second potential issue also relates to the public labor force. If the new LNG project in Nikiski moves forward, the city manager estimates that the city government will lose 60 percent of its workforce. It would need to raise wages and other compensation to attract and retain workers and, while increased economic activity would likely boost sales taxes and other revenues, the longer-term implications of additional pension obligations could pose a challenge.

### 3.1.1.2.4    Soldotna, AK

Soldotna (pop. ~4,400) lies roughly 10 miles inland from the city of Kenai and is small—just seven square miles. The fiscal effects of the oil and gas industry are similar to those described above for Kenai: substantial indirect revenues and service demands associated with the oil and gas workforce. According to state estimates, 991 oil and gas workers living in Soldotna earned roughly

---

[6] Based on interview with Rich Koch, Kenai city manager, June 3, 2015, in Kenai, AK.

BLM_0062418

$92 million in 2011 (Alaska Department of Labor and Workforce Development 2013). Sales taxes are the city's leading revenue source ($7.7 million in FY 2014), followed by grants ($6.7 million in FY 2014), which raises concern about the potential for declining state grant funds in future years.

As with other cities in the region, Soldotna is currently planning for challenges that may arise due to construction of the new LNG facility in nearby Nikiski. It is working with other local governments and industry representatives to prepare for the potential influx of temporary workers and increased industrial activity.[7]

### 3.1.2   North Slope region, AK

Alaska's North Slope (pop. ~9,700) is one of the most sparsely populated regions of the United States, with roughly 0.11 inhabitants per square mile. It includes the entirety of Alaska's Arctic Ocean coastline and spans over 88,000 square miles, larger than the states of Utah or Idaho. Most cities are along the coast of the Beaufort or Chukchi Seas, as is Prudhoe Bay, the source of most of the state's oil.

Production from Prudhoe Bay began in the 1970s and quickly grew to more than 1.5 million barrels per day (mb/d). Other oil fields in the North Slope were discovered in subsequent years, and total oil production from the North Slope peaked at just over 2 mb/d in 1988. Since that time, Prudhoe Bay production has fallen substantially, and every other large North Slope oil field is in decline. In 2014, total Alaska crude oil production fell below 500,000 b/d for the first time since 1977 (U.S. Energy Information Administration 2015b).

Looking forward, oil and gas production from the North Slope is highly uncertain. Under a high price scenario, production from the region could grow to 650,000 b/d by 2028 from new fields such as Thomson Point or offshore areas in the Chukchi or Beaufort Seas, along with increased investment to slow production declines in older fields (U.S. Energy Information Administration 2015a). Under low-price scenarios, production continues to decline and falls to zero, as TAPS requires a minimum level of oil to remain in operation (estimates vary in the range of 300,000 b/d). Under EIA's reference case projection, production declines through 2035 but then increases due to increased offshore production in the Beaufort and Chukchi Seas (see Figure 3).

---

[7] Based on interview with Stephanie Queen, Soldotna director of economic development and planning, June 3, 2015 in Soldotna, Alaska.

BLM_0062419

**Figure 3: Alaska statewide oil production**



Data source: U.S. Energy Information Administration (2015a).

### 3.1.2.1    Borough-level experience in North Slope region, AK

#### 3.1.2.1.1    *North Slope Borough, AK*

The North Slope Borough was incorporated in 1972, several years after giant oil deposits were discovered in and around Prudhoe Bay. The borough provides nearly all local government services, including education, health services, roads, electricity, water and wastewater, and more.

The borough government collects extraordinarily high levels of revenue per resident. In FY 2013, the borough collected roughly $1.1 billion, or about $52,000 per resident. For the purpose of comparison, the municipality of Anchorage (which provides analogous services) collected roughly $3,700 per resident. As another point of reference, Falls Church, Va., which *Forbes* magazine rated as the wealthiest county in America in 2014, collected roughly $7,700 per resident (see Figure 4).

**Figure 4: Government revenue per capita in FY 2013**



Data sources: North Slope Borough, New York City, Falls Church County (VA), Anchorage (AK), and Los Angeles city FY 2013 Comprehensive Annual Financial Reports and U.S. Census Bureau.

BLM_0062420

The borough raises most of its revenue from property taxes, and oil and gas property (including TAPS) accounts for roughly 98 percent of total property valuation. Since 2005, property tax revenues have grown from roughly $198 million to nearly $350 million, accounting for more than 60 percent of total revenues. In Alaska, the top property tax rate allowed by law on oil and gas exploration, production, or transportation property is 20 mills (0.2 percent), and the North Slope Borough has one of the highest property tax rates in the state at 18.5 mills.

The Borough's second-largest source of revenue comes from its earnings from a permanent fund worth roughly $600 million, which generated $88 million in 2014 (North Slope Borough Finance Department 2005-2014). Each year, a minimum of 25 percent of the borough's unrestricted general fund balance is deposited into the permanent fund, and no more than 8 percent of the permanent fund may be used in any given year.

The Borough also generates revenue from services provided in "Special Area 10," which refers to the Prudhoe Bay area, and where borough staff manage utilities and waste disposal services. In addition, oil and gas companies pay $7.5 million annually (increasing at 3.1 percent per year) for "economic impact assistance," which is designed to offset costs for any additional demand for services brought about by the oil and gas workforce.[8]

These high levels of revenue have helped provide generous budgets for a variety of services, including several programs that other local governments are typically not able to afford. For example, the borough finances a robust research program through its Department of Wildlife Management. This program includes in-depth research on topics such as subsistence fishing and hunting for native Alaskan communities, documenting populations and movements of wildlife such as caribou, whales, and seals, and researching the impacts to wildlife populations from onshore and offshore oil and gas development (North Slope Borough Finance Department 2015).

Surprisingly, there are relatively few direct or indirect costs for the borough associated with oil and gas development on the North Slope. All major oil industry operations are based in the city of Deadhorse, and services such as road construction/maintenance/repair, public safety, electricity, sanitation, and other services are supplied by the companies themselves. As noted above, the borough supplies limited utility and landfill services, but these are entirely funded by associated fees charged to the operators. In addition, the lack of roads connecting cities (most cities must be accessed by airplane or boat when sea ice has thawed) in the North Slope means that industry traffic in Deadhorse does not affect demand for road repairs in other parts of the borough.

---

[8] Based on interview with Rob Elkins, North Slope Borough Director of Administration and Finance, on June 5, 2015 in Barrow, AK.

BLM_0062421

Indirectly, demand for services from the industry is also surprisingly limited. In 2011, state estimates showed only 69 oil and gas workers residing in the North Slope Borough (Alaska Department of Labor and Workforce Development 2013). As described above, a larger share of the oil and gas workforce lives in southern cities and either commutes to the North Slope or works in regional headquarters in cities such as Anchorage.

To date, oil and gas activity has been extremely positive for the borough's finances. However, the North Slope faces a number of long-term challenges similar to those of other Alaska local governments. The primary challenge is heavy reliance on oil and gas property for revenues. Reduced investment in Prudhoe Bay and surrounding oilfields could reduce property tax revenues, and local officials are considering a move to fund government operations primarily from their permanent fund rather than property taxes.

However, the director of administration and finance estimates that this would require a permanent fund balance of roughly $10 billion, far beyond the current level of $600 million. Without a dramatic increase in contributions to the fund in future years, it appears unlikely that a $10 billion balance is feasible.[9]

### 3.1.2.2   Municipal-level experience in North Slope region, AK

#### 3.1.2.2.1   Barrow, AK

Barrow (pop. ~4,400) is one of the northernmost cities in the world, sitting at the northern tip of Alaska and dividing the Beaufort from the Chukchi Sea. Though it is the closest city to Prudhoe Bay and other North Slope oilfields, just 34 oil and gas industry workers were estimated to be living in Barrow in 2011 (Alaska Department of Labor and Workforce Development 2013). The city's largest employer is the North Slope Borough government.

The North Slope Borough provides most services throughout the region, and cities provide just three: recreation, maritime port oversight (for the few weeks of the year when sea ice does not block access), and cemetery maintenance. Barrow relies primarily on grants from the state government to fund these services, along with funds from gaming operations run by the city and revenues from a city-owned gravel pit. Because the region is so remote and supplies must be flown in or brought by barge during the few weeks of summer when sea ice has thawed, gravel sales are an important part of government revenues for a number of municipalities in the North Slope.[10]

---

[9] Based on interview with Rob Elkins, North Slope Borough Director of Administration and Finance, on June 5, 2015, in Barrow, AK.

[10] Based on interview with Barrow special assistant to the mayor Rochelle Leavitt, June 5, 2015 in Barrow, AK.

BLM_0062422

Despite its proximity to Prudhoe Bay, Barrow sees little in the way of direct revenues or costs from the oil and gas industry. As noted above, few industry workers live in Barrow (a large portion of the population is native Alaskan and relies largely on subsistence hunting), and no oil and gas operations occur within or near the city's borders.

Looking forward, if new drilling activity in the Chukchi Sea results in substantial production, it will likely see increased impact from the oil and gas industry workforce commuting to offshore platforms from Barrow, the nearest city. Perhaps the largest oil- and gas-related issue for Barrow is its heavy reliance on state grant funds, which—as noted above—are overwhelmingly reliant on declining oil and gas revenues.

## 3.2 California

Though often not thought of as a major oil- and gas-producing state, California has a long history of onshore and offshore oil production; it currently ranks third in oil production among US states. Natural gas production is less significant, though California still ranks 13th nationally. In recent years, substantial interest has arisen in the Monterey shale formation, which underlies much of California's central valley and large portions of its southern and central coastlines. In 2011, a report commissioned by the U.S. Energy Information Administration assessed technically recoverable resources (TRR) in the Monterey to be roughly 14 billion barrels, more than three times greater than the Bakken shale (U.S. Energy Information Administration 2011). However, more information about the difficulty of extracting the oil led to a major downward revision to 600 million barrels of TRR in 2014 (Reuters 2014), and drilling in the Monterey shale has been modest to date.

California applies no statewide severance tax (it does collect a small fee, called a production assessment, on oil and gas to support the state's Department of Conservation), but local governments collect ad valorem property taxes on oil and gas property, including surface equipment and underground reserves. Most of these property tax revenues flow to school districts, followed by counties and, to a lesser extent, municipalities and other local government entities. Because of a 1978 voter-approved ballot measure known as "Prop 13," the assessed value of property in California may not increase by more than 2 percent each year unless it is sold (CA Code of Regulations 2015), which in some cases limits the taxable value of oil and gas properties.

### Table 11. California County Summary

| | |
|---|---|
| Major revenue source(s) | Property tax |
| Major cost(s) | Roads |
| | Staff costs |
| Net fiscal impact | Roughly neutral to medium net positive |

BLM_0062423

### Table 12. California Municipality Summary

| | |
|---|---|
| Major revenue source(s) | Sales tax<br>Lease revenue<br>Local severance tax |
| Major cost(s) | Legacy environmental costs<br>Staff costs |
| Net fiscal impact | Medium net negative to large net positive |

### 3.2.1  Los Angeles basin region, CA

Oil has been produced commercially in and around Los Angeles County since the late 1800s and played a substantial role in the region's economy for decades. But as Los Angeles developed as a center of other industries such as entertainment, transportation, and finance, oil production faded into the background of the region's economy. Nonetheless, oil still famously seeps to the surface at the La Brea Tar Pits, and hundreds of wells are drilled each year in the city and county of Los Angeles. This includes oil and gas wells drilled near the center of downtown Los Angeles and Beverly Hills, where oil rigs are shrouded in decorative, colorful sound-proofing. Oil production in the region has declined slowly but steadily for decades as fields mature and natural pressures decline. Natural gas production, on the other hand, has roughly doubled since 2000 (see Figure 5).  Large governments like Los Angeles County and City feel little fiscal impact from oil and gas activity due to their diverse economies. However, some smaller local governments in the region experience substantial fiscal effects—some positive and some negative—as we describe below.

### Figure 5: Los Angeles County oil and gas production



Data source: DI Desktop

BLM_0062424

### 3.2.1.1    County-level experience in Los Angeles basin region, CA

#### 3.2.1.1.1    Los Angeles County, CA

For small, medium, or even large counties, the scale of revenues and costs associated with oil and gas production would be substantial. However, Los Angeles is the most populous county in the United States, with 10 million in population and roughly 2,500 inhabitants per square mile (Cook County, IL, the second most populous county, is home to about 5 million). As a result, the oil and gas industry plays an insignificant role in county public finances.

In FY 2014, the assessed valuation of oil and gas property in Los Angeles County was roughly $5.3 billion, up from $3.8 billion in FY 2012 (California Board of Equalization 2014). However, county-wide assessed valuation for all property in FY 2014 was $1.145 trillion (LA County Auditor-Controller 2014), meaning that oil and gas property accounted for roughly 0.5 percent of the total. According to local officials, oil and gas revenues are not a consideration when creating the annual county budget. In 2014, the county collected royalties of $2.435 million from a variety of oil and gas leases near the city of Long Beach. [11] However, total revenues were $17.9 billion in the same year, indicating how small oil- and gas-related revenues are for the county as a whole.

Similarly, costs associated with the oil and gas industry are negligible for the county. While industry-related vehicle traffic and employment likely has some effect on demand for services, these issues are simply not large enough to warrant concern in such a large and diverse economy.

### 3.2.1.2    Municipal-level experience in Los Angeles basin region, CA

Unlike the county as a whole, several cities in Los Angeles County are substantially affected by oil and gas development in and around their borders. For some of these cities, oil production plays an important role in government finance while for others, the effects are small.

#### 3.2.1.2.1    Los Angeles, CA

The city of Los Angeles (pop. ~3.9 million), like the county that surrounds it, experiences relatively minor fiscal effects from oil and gas development because of its large and diverse economy. The leading revenue source for the city associated with oil and gas activity is roughly $4 million per year in franchise taxes applied to pipelines that flow underneath the city. Most of these pipelines transport crude oil from producing fields to refineries or other distribution points. The city also leases a small amount of land for oil and gas production, which generates roughly $350,000 per

---

[11] Based on phone interview and email communication with Los Angeles County Assistant Treasurer and Tax Collector Glenn Byers. Phone call on January 29, 2015, with email correspondence through August 8, 2015.

BLM_0062425

year.[12] A ballot measure in 2011 proposed to add a tax of $1.44 per barrel produced within city limits, but the measure failed. Oil and gas production also supports sales and property taxes, and while local officials are not able to closely estimate the effects, they believe the fiscal impact is very small, as total city revenues in FY 2013 were $13.1 billion (LA City Controller's Office 2014).

Direct costs for the city are also difficult to estimate. Oil and gas vehicle traffic has some effect on city roads, but the volume of traffic in Los Angeles (in part due to the port facilities in Los Angeles and Long Beach) is so large that it is not possible to identify any direct effects. The city has one dedicated staff position designed to coordinate oil and gas issues between the city's administrative office, attorney's office, and planning/zoning office.

A final note is that because of its size and financial assets, Los Angeles has since 2005 owned producing natural gas assets in the Pinedale field in southwestern Wyoming. The city is a large consumer of natural gas, and it imports a substantial share of the gas it consumes from the Pinedale field. This arrangement provides a hedge for the costs of the city government's energy consumption.

### 3.2.1.2.2   Long Beach, CA

Long Beach (pop. ~470,000) occupies an unusual and perhaps unique position in terms of local government relationships with the oil and gas industry. Due to a complex series of negotiations and legal proceedings with the state of California through the first part of the 20th century, the city government is the working interest of the giant Wilmington oil field, which lies beneath part of the city and its harbor in an area known as the Tidelands. As the working interest, Long Beach is responsible for investment decisions such as where and when to drill wells, which companies to hire to perform oilfield services, and how to plan for the future of the oilfield. Because of this position, the city enjoys substantial profits from oil and gas production, much of which is used to fund city services and capital projects. In 2014, the Long Beach Gas and Oil Department earned a profit of roughly $67 million from its stake in the field, administrative fees associated with permitting and inspection, pipeline franchise fees, and a city-wide production tax of $0.48 per barrel of oil. For context, sales and property tax revenues for the city in FY 2013 (the most recent available year) combined to total roughly $267 million (Office of Long Beach City Auditor 2014).

Other government revenues such as property taxes and sales taxes are supported by oilfield service firms and the local oil- and gas-workforce. However, the precise contributions of these

---

[12] Based on interview with Los Angeles Finance Specialists Jacob Wexler and Melissa Krance, and Senior Administrative Analyst Alvin Newman, on April 25, 2015, in Los Angeles, CA.

BLM_0062426

sources is unclear, and local officials believe that they are small relative to the income generated by the Gas and Oil Department.[13]

Oil and gas development has also caused challenges for the city. In the 1940s and 1950s, as oil was pumped from beneath beaches and coastal neighborhoods, parts of the city sank by as much as 25 feet, creating flooding hazards and large-scale property damage (Colazas & Strehle 1995). A partial drilling ban was implemented in the 1950s, during which time city officials and oil companies experimented with ways to reduce subsidence. In 1964, a voter referendum lifted the ban and allowed drilling to resume across the field, but with new safeguards to prevent additional subsidence. The city constructed four man-made islands in Long Beach Harbor, where operations now take place. From these islands, the city pumps millions of gallons of mostly reclaimed water into the oil reservoirs, which keeps reservoir pressure high to prevent subsidence, and which also helps push oil out of the ground and up through new and existing wells.

The Wilmington field has produced more than one billion barrels of oil, and production continues at a steady pace. However, as production declines and eventually ceases in the coming decades, the city will need to continue pumping water into the producing formations to keep pressure high in the reservoir. It is uncertain how long the city will need to continue pumping in water and there are no current plans for decommissioning the four man-made islands that mark the harbor. The state of California has saved some $300 million for this purpose, but local officials suspect these funds will be insufficient.

Other public costs associated with oil and gas development such as heavy industry traffic are minimal, in part because the city's massive port complex has far more truck traffic than simply that related to oil and gas operations. Looking forward, utilization of oil and gas revenues is a key issue for budget planning. Currently, 100 percent of oil and gas revenues is budgeted for ongoing government operations (the previous formula of 70 percent for operations and 30 percent for capital projects was recently adjusted), and with the rapid fall in oil prices in late 2014 and early 2015, revenues are unlikely to meet budgeted expectations. Local officials are concerned that dependence on volatile oil and gas revenues will continue to cause budgeting challenges if the city relies on these funds for recurring expenses and long-term obligations.

### 3.2.1.2.3   Signal Hill, CA

Oil production in Signal Hill (pop. ~11,000), which sits between Long Beach and the city of Los Angeles, began in earnest in the 1920s. The oil industry provided the economic foundation to

---

[13] Based on interview with Chris Garner, director, and Kevin Tougas, operations manager, of the Long Beach Gas and Oil Department, on February 24, 2015, in Long Beach, CA.

BLM_0062427

**Local fiscal effects of oil and gas development in eight states**                    **Raimi and Newell**

build the city through the first half of the 20th century. In this respect, oil has been a positive for the city's residents and its public finances. However, as oil production has slowed, Signal Hill has had to cope with a range of environmental problems caused by old oil wells and deteriorating pipelines. As a result, the effect of the oil industry on city finances today is negative.

**Figure 6: An oil well blows out in Signal Hill, CA circa 1922**



Photo courtesy of the City of Signal Hill. Believed to be of the blowout at the Black and Drake well of 1922.

Like some other cities in southern California, Signal Hill applies a $1 per barrel tax on oil produced within its borders. Through the 1970s, this tax raised upwards of 70 percent of the city's general revenues. But as oil production has declined, revenues have declined, raising between $700,000 and $1.1 million per year over the past five years, roughly 5 percent of the city's general revenues.[14] Signal Hill also collects roughly $150,000 per year on annual permitting fees for active and inactive wells, along with roughly $250,000 per year from franchise fees on crude oil pipelines.

While these revenues help support an array of city services, City Manager Ken Farfsing states: "There's probably not enough money in the world to clean up what's beneath Signal Hill." Legacy pollution caused by the oil industry is a major issue for the city, and the leading challenge today relates to unmapped and degrading oil pipelines that are 75 years old or older. The city spends roughly $150,000 per year plugging abandoned wells and $25,000 per year removing abandoned oil pipelines, but this spending has not been—and will not be—sufficient to clean up the widespread damage to the subsurface.

---

[14] Based on interview with Signal Hill city manager Ken Farfsing and director of finance Terri Marsh, Feb. 23, 2015, in Signal Hill, CA.

BLM_0062428

In addition to this spending, legacy oil issues raise the cost of construction, reducing private investment and raising the costs of public projects. Local officials estimate that building in Signal Hill costs $2 more per square foot compared with the rest of Los Angeles County, as companies must spend extra to clean up contaminated soil and plug abandoned wells. In addition, property rights in Signal Hill were divided thousands of times to allow investors to purchase shares in individual oil wells or leases. As a result, some parcels, such as one purchased by the city for a new police station in the 2000s, are technically owned by thousands of individuals and businesses. Purchasers of these properties must spend substantial sums on legal fees and other costs to identify and contact all of the legacy owners, many of whom likely passed away generations ago.

### 3.2.1.2.4   Culver City, CA

Culver City (pop. ~39,000) is a small city carved out of a portion of western Los Angeles. The city is home to several large movie studios, and its public finances are tied heavily to property and sales taxes supported by the entertainment industry. The city abuts a portion of the Inglewood oilfield, which has produced oil and gas for decades and lies atop the Baldwin Hills neighborhood of Los Angeles. In recent years, developers have expressed interest in drilling directionally from the oilfield to extract oil from beneath portions of Culver City.

Currently, the city generates no substantial revenue from the oil and gas industry, as no wells are located within city limits. However, Culver City recently spent thousands of dollars on staff time and consultants to prepare for the new wells that may be drilled in the coming years. In part due to opposition to drilling from environmental groups and local residents, the city has invested substantially in environmental reviews and the development of regulations to manage future oil and gas activity.[15] As a result, preparations for potential oil and gas activity within city limits have led to a modest net financial negative for Culver City. If development occurs, this fiscal impact may turn positive.

### 3.2.2   Kern County region, CA

Kern County (pop. ~864,000) lies just over the Grapevine Canyon, north from Los Angeles County in the state's Central Valley. Kern is a much more rural county than its southern neighbor, and is responsible for more than 70 percent of California's oil production. Since the early 20th century, when oil was discovered in giant reservoirs such as the Midway-Sunset, Elk Hills and Kern River fields, the county's economy has largely centered on oil and gas. Over the decades, other sectors such as agriculture and military installations have added diversity to the economy, and the

---

[15] Based on interview with Culver City Planning Division project manager Sherry Jordan and chief financial officer Jeff Muir, Feb. 25, 2015, in Culver City, CA.

BLM_0062429

county's population has more than doubled since 1980. Nonetheless, oil and gas production is still a major economic driver for the region.

All of the major oilfields in Kern County have been in decline for decades, and most industry operations in the region focus on enhanced recovery techniques to maintain existing levels of production (see Figure 7). Interest in the Monterey Shale has been substantial, but the formation has been challenging to tap economically and new drilling activity has been modest.

### Figure 7: Kern County oil and gas production



Data source: Drilling Info/DI Desktop

#### 3.2.2.1   County-level experience in Kern County region, CA

##### 3.2.2.1.1   *Kern County, CA*

Oil and gas activity is a fundamental part of Kern County's economic base, and although the industry imposes substantial costs on county infrastructure, particularly roads, the revenues generated by oil production more than offset these demands for services.

Oil and gas production has declined steadily in Kern County, but the assessed value of oil and gas property has grown substantially, partly due to higher oil prices and partly due to steady investment in new oilfield equipment (see Figure 8). Property taxes are the largest source of general fund revenues for Kern County and oil and gas had provided more than half of these revenues for decades. As other industries have grown this share has fallen somewhat, and oil and gas in 2013 and 2014 accounted for roughly one-third of county-wide assessed values despite remaining near all-time highs (Kern County Assessor's Office 2015). With the oil price drop in 2014, property values will likely fall.

BLM_0062430

**Figure 8: Oil and gas property value and oil price in Kern County, CA**



Data source: Kern County Assessor's Office, provided via email.

Other sources for the county include sales tax revenues from petroleum products and oilfield equipment, which raised roughly $10 million in FY2014,[16] nearly 20 percent of total sales tax revenues (Kern County Auditor 2003-2014). The county generates roughly $1.8 million per year in franchise fees from oil and gas pipelines, and received $340,000 in royalties from oil produced on county-owned land in FY 2014. In addition, the leading oil and gas company in the region has made substantial contributions to the county government, including $350,000 for a county-wide economic development study intended to promote economic diversity, and $250,000 to provide services to veterans across the county.

County roads are heavily affected by industry traffic, particularly in the rural western portion of the county. The precise costs associated with this damage is uncertain, but local officials say the effects are substantial. Law enforcement issues around the oilfields have also grown in recent years, primarily due to theft of oilfield equipment from wellpads and other infrastructure sites. In addition, the county recently needed to purchase specialized firefighting equipment, including a $1 million fire truck, to prepare for potential emergencies associated with increased oil-by-rail traffic. Finally, the county devotes substantial staff resources to oil and gas issues, particularly in the assessor's office, where 15 to 20 people are devoted to oil and gas property tax issues.

---

[16] Based on interview with Kern County Assistant County Administrator Nancy Lawson, Finance Director Teresa Hitchcock, and Assistant Assessor Lee Smith, Feb. 26, 2015, in Bakersfield, CA.

BLM_0062431

#### 3.2.2.2   Municipal-level experience in Kern County region, CA

Cities in Kern County are supported directly and indirectly by the oil and gas industry. We visited two of the largest cities in the county, and found that the net fiscal effects for both have been clearly positive.

### 3.2.2.2.1   *Bakersfield, CA*

Bakersfield (pop. ~364,000) is the county seat and largest city in Kern County. The city has grown rapidly in recent decades, and although other economic sectors have made up the bulk of this growth, the oil and gas industry is still a large part of the city's economic and employment base. While there are some oil wells within city limits, most of the sector's effects are indirect through employment and corporate offices. As a result, costs associated with the industry have been modest, and the net fiscal impacts have been large and positive.

The leading general revenue source for Bakersfield is sales taxes ($70 million in 2013), and the oil and gas workforce supports this revenue stream. Although the precise share attributable to oil and gas employees and business are uncertain, local officials describe the effect as large.[17] Property taxes are a large source of revenue for Bakersfield ($59 million in 2013), and are also supported by the oil and gas sector, partly through oil and gas wells within city limits, and more substantially by oil and gas firms and employees paying property taxes on homes and businesses across the city (Bakersfield Financial Services Department 2003-2013).

Direct costs for the city are minimal, as most oil and gas drilling occurs outside of the city, limiting impacts to roads and other services such as law enforcement. Indirect costs associated with the oil and gas workforce are substantial, however, and include every major aspect of city services. Local officials report that changes in demand for services such as law enforcement are not affected by changes in oil and gas activity, but are instead more closely tied to cycles in the agricultural sector, which involves a large number of transitory workers. The city does occasionally struggle with workforce retention, particularly in their Information Technology department, but the challenges are relatively small for its large workforce of roughly 1,500 full-time employees.

### 3.2.2.2.2   *Shafter, CA*

Shafter (pop. ~17,000) sits just north of Bakersfield, and has benefited substantially from oil and gas industry activity in the region. The city is located at the nexus of several major rail and highway routes, allowing it to attract oilfield service companies to locate within their borders. As a

---

[17] Based on interview with Bakersfield finance director Nelson Smith, Feb. 27, 2015, in Bakersfield, CA.

BLM_0062432

result, the city sees a variety of revenues from the industry despite limited drilling activity within and around the municipal borders.

Sales taxes are the leading general fund revenue source for Shafter, and oil and gas companies contribute an estimated $3 million per year to these revenues,[18] roughly 25 percent of total sales tax collections (Shafter Finance Department 2003-2014). Property taxes are supported by the oil and gas service firms located within the city, but these provide a small portion of the city's annual revenues. More substantial revenue sources come from the use of a city-owned rail spur by an oil and gas service firm, which generated roughly $800,000 in 2014, and the surface lease of some city-owned land, which generates roughly $100,000 per year.

Shafter also experiences costs associated with the industry, primarily associated with vehicle traffic. Heavy vehicles utilize city streets and contribute to wear and tear, though local officials say the damage is easily managed. In addition, city police frequently provide traffic services such as road closures to accommodate oil and gas industry traffic. Shafter also competes with the oil and gas sector for workers, but local officials report that workforce retention is not a major challenge.

## 3.3  Kansas

Most counties in Kansas' southern Mississippian Lime region have faced substantial challenges managing costs associated with oil and gas production. The rural nature of the region, a large increase in heavy truck traffic, and tax policies that tend to exacerbate revenue volatility have combined to create challenging fiscal conditions. In most other regions, local infrastructure is more mature and industry activity has been more modest. While revenue volatility has been a concern for these counties as well, most have experienced net fiscal benefits from oil and gas activity.

Each of the municipalities we examined has experienced net positive fiscal impacts from the industry. Sales taxes, supported by the oil and gas workforce, has been the primary revenue source, along with a number of cities that receive revenue from leases on city-owned property. However, city roads in the Mississippian Lime region have experienced damage from oil and gas vehicle traffic, and many cities across the state struggle to retain their workforce due to competition for labor from the industry.

For county governments across Kansas, one common concern relates to the process by which oil and gas properties are valued. Each year, the state issues a guide for county assessors to appraise their county's oil and gas property. The process is complex, and a number of lawsuits have

---

[18] Based on interview with Shafter city manager Scott Hurlbert, Feb. 27, 2015 in Shafter, CA.

BLM_0062433

arisen due to disagreements between county assessors and oil and gas companies about the proper way to interpret certain definitions within the state-issued guide.

In addition, oil and gas properties are valued annually based on commodity prices on a single date: Jan. 1 of each year. For example, if oil prices are $100/barrel on Jan. 1, counties and other taxing entities such as school districts will receive revenue based on $100/barrel oil, regardless of price fluctuations throughout the course of the year. If, on the other hand, oil is selling for $50/barrel at the time of valuation, annual revenues will be based on this price, even if prices rise substantially later in the year (KS Department of Revenue 2015a).

This methodology has the tendency to exacerbate, rather than smooth out, the volatility of property tax revenues for local governments (not to mention taxpayer payments). Because of this volatility, local officials in most of the counties we examined are mindful of the need to save revenues in their reserve funds during high-price years, then use those reserves to cushion shortfalls.

A final fiscal issue for county governments in Kansas is related to allocations of the state's severance tax. According to statute, portions of the severance tax are to be allocated to county governments and school districts through two mechanisms: the mineral production tax fund and the Oil and Gas Valuation Depletion Fund (Kansas Statutes Annotated 2014). However, the state has in recent years withheld, or "swept," some of these revenues to use for state government needs. As a result, county governments have seen less revenue to manage impacts than they may have expected. A number of local officials we interviewed expect allocations from the Depletion Fund to shrink to zero in the coming years.

### Table 13. Kansas County Summary

| | |
|---|---|
| Major revenue source(s) | Property tax<br>Severance tax allocation |
| Major cost(s) | Roads<br>Legal costs/property tax rescission<br>Workforce retention |
| Net fiscal impact | Roughly neutral to large net positive |

### Table 14. Kansas Municipality Summary

| | |
|---|---|
| Major revenue source(s) | Sales tax<br>Lease revenues |
| Major cost(s) | Roads<br>Workforce retention |
| Net fiscal impact | Small to large net positive |

BLM_0062434

### 3.3.1    Mississippian Lime region, KS

The Mississippian Lime region lies just across the border from Oklahoma in southern Kansas, and has produced oil for decades (we discuss experiences on the Oklahoma side of the border in Section 3.6.2.) The Mississippian is not a shale formation, but certain counties have seen a major increase in oil and gas drilling and production in the last several years. The application of horizontal drilling and hydraulic fracturing to the limestone has dramatically increased production, particularly in Harper and Barber Counties. We also examine Ellis and Barton counties, which lie roughly 150 miles north and have historically produced larger quantities of oil. While all four counties are underlain by the Mississippian formation, the bulk of new production (and fiscal impact) has occurred in the more southern counties of Harper and Barber (see Figure 9).

**Figure 9: Oil production in Kansas' Mississippian Lime region**



Data source: Kansas Geological Survey (2015).

### 3.3.1.1    County-level experience in Mississippian Lime region, KS

#### 3.3.1.1.1    Barber County, KS

Local officials in Barber County (pop. ~5,000) report that increased oil and gas activity has been a net fiscal benefit for the county government, but the experience has been mixed. While revenues have increased substantially, a variety of costs and demand for services have grown nearly as quickly. In addition, the county currently faces a lawsuit over its methodology for assessing millions of dollars' worth of oil and gas property. If the county loses the suit, it stands to lose a substantial portion of its tax base and would be forced to repay taxes collected in previous years.

BLM_0062435

Property taxes are the largest revenue source for Barber County, and oil and gas property has substantially driven up tax receipts in recent years. By 2014, oil and gas property (mostly consisting of the value of production) accounted for 63 percent of county-wide valuation (KS Department of Revenue 2015b). In 2013, the county also received nearly $3 million in allocations from the state Oil and Gas Depletion Trust Fund, where a portion of the Kansas' severance tax is deposited (KS Department of Administration 2009-2014). However, these revenues have been volatile due to occasional revenue "sweeps," where the state government retains funds statutorily allocated to local governments (audited financial statements were only available for 2013).[19]

Sales tax revenue has also grown due to increased economic activity associated with oil and gas development, but local officials are unsure how to quantify the magnitude of the effect. The county received roughly $100,000 for an oil and gas lease on county land, but no production has yet occurred. Finally, operators have made several small in-kind contributions to county EMS and fire services, but have not helped with road maintenance or repair.

Bridge costs associated with heavy industry vehicle traffic have been the leading challenge for the county (townships maintain most of the rural roads in Barber County). The county is responsible for more than 300 bridges, and costs have grown by roughly 40 percent in recent years to simply maintain conditions. The second leading challenge has been a lawsuit involving the valuation of oil and gas property, which has cost the county roughly $150,000 and a large amount of time. If the county loses the suit, its tax rolls may decrease substantially and it would be required to repay hundreds of thousands of dollars of taxes collected in previous years.

Other costs have been notable, but more easily managed. The county has seen a modest increase in demand for EMS, sheriff, jail, and judicial services, which they attribute primarily to oil and gas activity. These demands peaked in 2013, during the most active drilling periods, and have since declined. Barber County added five new staff members to handle a variety of increased administrative demands in departments such as the county treasurer, clerk, and appraiser. In the road and bridge crew, the county has struggled to attract and retain a qualified workforce attracted to higher pay in the oil and gas sector. Finally, county commissioners and other staff note that they have had large opportunity costs, devoting many hours to the oil- and gas-related lawsuit over property valuation, property records requests, and disputes over land ownership in certain parts of the county.

---

[19] Based on interview with Barber County commissioners Steven Garten and Paul Harbaugh, and county clerk Debbie Wesley, March 16, 2015, in Medicine Lodge, Kansas.

BLM_0062436

### 3.3.1.1.2   Barton County, KS

Barton County (pop. ~27,500) is more densely populated and has been less heavily affected by Mississippian Lime development than Barber and Harper counties 150 miles to the south. Barton County primarily produces oil, and production has been relatively flat in recent years, with most production coming from stripper wells that are assessed for property taxes at a lower rate than wells producing larger quantities of oil or gas (KS Department of Revenue 2015a). Despite this limited new activity, local officials describe the oil and gas industry as contributing substantially to the fiscal health of the county, primarily through property taxes.[20]

County-wide property valuation has grown substantially in recent years, from $197 million in 2005 to $270 million in 2014 (Barton County KS Clerk's Office 2015). Oil and gas property made up 23 percent of these values in 2014 (KS Department of Revenue 2015b), but have contributed relatively little to the overall growth in property values across the county. Allocations from the Oil and Gas Depletion Trust Fund have totaled roughly $1.8 million total over the past several years, a relatively modest sum for a county with total primary government revenues of nearly $23 million in 2014. The county also has a sales tax which is supported in part by oil and gas service firms, but local officials estimate that the contribution of these firms is small relative to larger retail sector of the economy.

Damage to roads and bridges is the largest oil- and gas-related cost for the county, which maintains over 1,200 bridges and culverts, all of which are affected by oil and gas vehicle traffic. However, local officials state that their infrastructure is in good condition and that the damage caused by the oil and gas sector is manageable. The county has not experienced any other substantial costs associated with the industry in recent years.

### 3.3.1.1.3   Ellis County, KS

Ellis County (pop. ~29,000) lies just northwest of Barton County, and the fiscal effects of the oil and gas industry are similar. While oil and gas is a substantial part of the county's property tax base, there has not been substantial growth in drilling or production in recent years, and local officials describe the industry as a steady and positive contributor to the county's fiscal health.

Oil and gas property accounted for 25 percent of county-wide valuations in 2014 (KS Department of Revenue 2015b), though this figure fluctuates from year to year based on oil and gas prices. Local officials expect 2015 property tax revenues to fall by roughly $2 million because of

---

[20] Based on interview with Barton County administrator and counselor Richard Boeckman, March 15, 2015 in Great Bend, KS.

BLM_0062437

lower oil prices.[21] The county has received a total of $1.7 million from the Oil and Gas Depletion Trust Fund in recent years. However, local officials believe that this revenue source will decrease to zero in the coming years because revenue shortfalls at the state level may lead state lawmakers to retain the portion of the Trust Fund that is statutorily allocated to local governments. In the context of Ellis County's 2014 general fund budget of roughly $22 million, this loss of revenue will be meaningful, but not devastating.

Similar to Barton County, the oil and gas industry has a substantial effect on Ellis County's roads and bridges. However, there has been no major increase in vehicle traffic in recent years, and the county does not struggle to manage damage associated with oil and gas vehicles. Because the county contains hundreds—perhaps thousands—of decades-old wells, the county fire, EMS, and law enforcement services all spend time managing issues that arise at or around well sites. This includes fires, accidents, and occasional thefts of equipment from oil wells. However, local officials describe these service demands as relatively modest, and easily manageable with current revenues.

Staff costs associated with oil and gas property are substantial. In particular, the county appraiser devotes a large portion of time assessing oil and gas properties, keeping track of property owners, and managing the complex oil and gas valuation process. This amount of staff time has meant some measure of opportunity costs, though local officials primarily see time devoted to oil and gas issues as a longstanding part of the job. Workforce retention has in recent years been a challenge for the county, particularly for the road and bridge crew though, with lower oil prices, this challenge may fall as oil and gas companies lay off staff.

### 3.3.1.1.4   Harper County, KS

Harper County (pop. ~5,900), which neighbors Barber County to the east, has seen a large increase in oil and gas activity. This increase has generated substantial new revenues, demands for services, and concerns about the future. While local officials described the net fiscal impact as roughly neutral in early 2015, they believe that a backlog of repair needs to county roads coupled with property damage associated with earthquakes from oil and gas wastewater disposal may result in a long-term negative fiscal impact.

As in other Kansas counties, property tax revenues have been the leading driver of fiscal benefits for Harper County, with county-wide valuations growing from $33 million in 2012 to $60 million in 2014. This increase is entirely attributable to oil and gas property, which in 2014 made up roughly half of the county's assessed valuation (KS Department of Revenue 2015b). Allocations from the state Oil and Gas Depletion Trust Fund have also been substantial, increasing from

---

[21] Based on interview with Ellis County administrator Greg Sund, March 17, 2015, in Hays, KS.

BLM_0062438

roughly $500,000 in 2013 to roughly $1.9 million in 2014. These revenues have led the growth of total revenues from roughly $12 million in 2009 to nearly $20 million in 2014, and the county's end-of-year fund balance has swelled from roughly $10 million to $16.5 million over the same period (KS Department of Administration 2009-2014). Smaller revenue sources include increased revenues from permit fees, roughly $150,000 for an oil and gas leasing bonus on county property, and some modest in-kind contributions from operators to help with road repairs and expanding ambulance service to 24 hours/day.

Road and bridge damage has been the leading cost for Harper County, and at times it has not been able to keep up with demand for repairs. Local officials report that roads are in worse condition than before oil and gas activity increased. Although they are not sure of the overall damage costs, they note one example of a $1 million repair job to a single bridge caused by damage from heavy oil and gas vehicles.[22] Harper County planners have worked with oil and gas companies to direct heavy vehicles to use designated routes, but these routes have been ignored by some drivers—particularly subcontractors. The county has also expanded ambulance service to operate 24 hours a day, adding roughly $500,000 per year in additional costs and a one-time facilities upgrade of $415,000. Local officials note this expansion has been a mixed blessing as residents benefit from the round-the-clock service, but the county must bear the increased expenditure.

A final issue relates to earthquakes caused by oil and gas wastewater injection in southern Kansas and northern Oklahoma (Walsh & Zoback 2015). These quakes have damaged the county courthouse, which is over 100 years old and the tallest building in Harper County. Local officials are not certain of the costs, but they note that repairs will be needed and may be expensive enough to make office relocation a necessity. In addition, a number of residents in the county have seen cracks in their walls and foundations which they attribute to earthquakes, potentially reducing the value of the county's property tax base. Ratings agencies have taken note of this issue and described the risks to property values (Standard and Poor's 2015).

### 3.3.1.2    Municipal-level experience in Mississippian Lime region, KS

#### 3.3.1.2.1    Anthony, KS

Anthony (pop. ~2,300) is the seat of Harper County in southern Kansas. While Harper County has struggled to manage road damage associated with the industry, the net fiscal impact for Anthony has been a large net positive. The city's end-of-year fund balances have grown from $4.4 million in 2009 to $6.2 million in 2013 (Anthony KS City Manager 2010-2013), driven by a variety of oil- and gas-related revenue sources.

---

[22] Based on interview with Harper County clerk Cheryl Adelhardt, March 16, 2015 in Anthony, KS.

BLM_0062439

Prior to oil and gas activity, local officials report that property values across the city were declining. However, population growth and economic activity driven by Mississippian Lime development has helped drive city-wide property values from roughly $9 million in 2010 to $12.4 million in 2015.[23] But because Anthony collects relatively little in the way of property taxes, the largest new revenue source for the city has been $1.05 million for a lease of city-owned land. Anthony has used these revenues to upgrade recreation facilities and help build affordable senior housing. The city has also seen large revenue growth in its electric utility, generating an additional $500,000/year from additional demand from new oil wells operating around Harper County.

Anthony has also seen increased costs in a variety of areas. City streets have been heavily damaged by oil and gas vehicle traffic, and spending on repair and maintenance has grown from $214,000 in 2009 to $249,000 in 2013 (KS Department of Administration 2009-2014). Costs would have been greater had the city not received a $2 million grant from the state to help repair and upgrade local streets. Spending on police has grown more rapidly at 41 percent over the same period, from $287,000 to $404,000. This new spending has been necessary to manage increased police incidents, particularly fights at local bars and restaurants that local officials attribute to the oil and gas industry. The city added one new officer to manage these issues, along with several temporary staff during the most active years of drilling to manage planning and utility growth. Service demands for the fire department have grown, with increased calls responding to vehicle accidents and other oil- and gas-related issues. Workforce retention has also been an issue for Anthony's electric utility, which has lost several staff and has struggled to fill positions with qualified applicants.

A final issue relates to earthquakes, which we described above in our discussion of Harper County in Section 3.3.1.1.4. Local residents, including the officials we interviewed, expressed concern over damage to property—particularly homes—from earthquakes caused by wastewater injection. Residents have reported cracks in their walls and foundations from these quakes, and local officials are concerned that some may relocate if the quakes continue.

### 3.3.1.2.2   Hays, KS

Hays (pop. ~21,000) is the county seat of Ellis County and, as one of the largest cities in northwest Kansas, serves as a retail hub for much of the region. While oil and gas production in the region is substantial, there has been little new activity in recent years. Instead, the local economy is more heavily reliant on sectors such as health care and education. As a result, local officials report

---

[23] Based on interview with Anthony, KS city clerk and administrator Amber Horbelt, March 16, 2015, in Anthony, KS.

BLM_0062440

that the city experiences little direct or indirect fiscal impacts from the oil and gas industry, and estimate that the industry makes a small positive contribution to public finances.[24]

Sales taxes account for more than half of Hays' annual revenues (KS Department of Administration 2009-2014), and local officials report that purchases associated with the oil and gas workforce are a helpful but small part of the sales tax base. The only other measurable revenue source for the city comes from a small oil and gas lease on city property, which generates a very small sum each year in royalties (precise amounts were small enough not to be reported in the city's annual financial statements).

The only noticeable cost associated with the industry for the city of Hays relates to workforce retention. The city competes with oil and gas companies for labor, particularly in utility and infrastructure services. However, local officials describe the challenge as small, and note that hiring and retention are also affected by other factors such as high land and housing prices due to the high value of agricultural land

### 3.3.1.2.3   Medicine Lodge, KS

Medicine Lodge (pop. ~2,000), the seat of Barber County in the more heavily drilled southern portion of the Mississippian Lime region, has experienced larger fiscal impacts. Overall, local officials estimate that increased oil and gas activity has had a positive impact on city finances, but they expect the benefit to be a short-term boost, rather than a long-term driver of the local economy and city finances.[25]

Sales taxes are the leading revenue source for Medicine Lodge and revenues have fluctuated substantially in recent years, growing from $357,000 in 2012 to $600,000 in 2013, then falling back to $367,000 in 2014. Local officials attribute this growth partly to oil and gas development, and partly to the development and rapid growth of wind farms in the region. Transient guest tax revenues, based on hotel receipts, have also grown substantially due to oil and gas, along with wind development. Local officials believe that this increased economic activity also helps support local property values, which make up a small but important tax base for the city. However, local officials are not able to quantify the effect of oil and gas development on this revenue source.

Medicine Lodge has seen some damage to local roads due to oil and gas development (along with wind development, which requires oversize trucks to transport very large stanchions and turbine blades). However, the city has not quantified this cost, and local officials report that the

---

[24] Based on interview with Hays city administrator Toby Dougherty, March 15, 2015, in Hays, KS.

[25] Based on interview with Medicine Lodge city administrator Jeffrey Porter, March 16, 2015, in Medicine Lodge, KS.

BLM_0062441

impacts have been manageable. Finally, the city has had some challenges with workforce retention as oil and gas activity grew, particularly in 2013.

### 3.3.2   Hugoton region, KS

The Hugoton gas field, one of the world's largest, is predominately found in southwestern Kansas, with portions of the field stretching south into the Oklahoma panhandle and north Texas. First developed in the 1930s, the Hugoton produces substantial quantities of helium along with natural gas, helping to make the play profitable even during periods of low gas prices. For several decades, production from the field has declined as reservoir pressure decreases and the industry has looked to shale and other unconventional formations. As Figure 10 shows, production in Grant and Haskell counties, two of the largest natural gas producers in the state, have declined by more than 50 percent in the past 14 years. Scott County, roughly 75 miles north of Grant and Haskell, does not produce large quantities of natural gas, but has seen new oil drilling and production in recent years. We examined each of these counties along with one city in the region to see how this variation in industry activity has affected local government finances.

**Figure 10: Natural gas and oil production in select Hugoton region counties**



Data source: Kansas Geological Survey (2015).

### 3.3.2.1   County-level experience in Hugoton region, KS

#### 3.3.2.1.1   Grant County, KS

Grant County (pop. ~8,000) is one of Kansas' leading natural gas producers, but has seen little new drilling in recent years. Although production is falling, oil and gas continues to make up a major part of the county's tax base, and because costs related to new drilling activity are limited, the

BLM_0062442