net fiscal impacts have been a large net positive both historically and in recent years. Local officials report that the fiscal benefits have outweighed costs and demand for services by a ratio of 100 to 1, enabling the county to invest in major capital projects including a variety of recreational facilities that would not have been otherwise possible.[26]

As Figure 11 shows, oil and gas property makes up a large share of county-wide valuations, which tend to lag one year behind natural gas prices. As the figure shows, valuations have been volatile, moving up and down according to natural gas prices. Since 2008, when natural gas spot prices peaked near $9/MMBtu, oil and gas property has decreased from roughly 70 percent of county-wide assessed value to 52 percent in 2014. This decrease has driven down total property values from $368 million to $241 million over the same period (Grant County KS Clerk's Office 2015). Because production continues to decline and natural gas prices have remained low, local officials expect valuations, and associated property tax revenues, to stay low for the foreseeable future.

**Figure 11: Assessed property values and natural gas prices in Grant County**



Data sources: Grant County Clerk's office for valuations. U.S. EIA for natural gas prices.

A related concern over property values relates to the classification of certain oil and gas property. In recent years, the Kansas state legislature has considered reclassifying natural gas processing facilities as "personal property," which would make them exempt from county property taxes. If this change were to occur, Grant County would see a large reduction in its tax base due to the several processing plants currently on its tax rolls, potentially threatening its fiscal health.

---

[26] Based on interview with Grant County commissioner Martin Long, March 18, 2015 in Ulysses, Kansas.

BLM_0062443

Allocations from the Oil and Gas Depletion Trust Fund have totaled roughly $2.3 million in the past several years, but as noted in section 3.3.1.1, revenues from this state-allocated fund have been erratic. For example, the county received $2.2 million from the fund in 2012, followed by $286,000 in 2013 (data for 2014 were not available). This unpredictability creates challenges for the purposes of budgeting and long-term planning. The county has also seen helpful in-kind donations of $15,000 to $20,000 per year from companies to the EMS and fire departments, along with assistance in training local first responders for potential emergencies at the county's many natural gas production, transportation, and processing facilities.

Grant County faces three major cost areas related to oil and gas. First, road and bridge damage is substantial due to heavy industry vehicle traffic. However, the limited amount of new drilling and hydraulic fracturing in recent years means that vehicle traffic has been less than in the Mississippian Lime region. Officials report that roads and bridges are generally in good condition, and that keeping up with demand for repairs is not a major challenge. The county also invests staff time and resources in preparing for emergencies at natural gas facilities, and notes that a substantial share of annual spending on these services is due to concerns over the oil and gas industry.

Finally, workforce retention has been a large challenge for Grant County. It struggles to retain quality staff for its road and bridge crew, as well as in law enforcement due to competition from the oil and gas sector. This has become more acute in recent years, as declining revenues associated with falling oil and gas property values has forced the county to implement a pay freeze.

### 3.3.2.1.2  Haskell County, KS

Like Grant County, its neighbor to the west, Haskell County (pop. ~4,100) is a rural agricultural community with a long history of natural gas production. New drilling activity has been limited in recent years and, although the county does experience costs associated with the industry, the net fiscal impact of the oil and gas industry is a large positive.

In 2014, oil and gas property accounted for 71 percent of Haskell County's assessed property values (KS Department of Revenue 2015b). Like Grant County, this valuation is likely to decline in 2015 due to lower oil and natural gas prices, but will still account for the majority of assessed valuations. The only other major revenue source for the county associated with oil and gas development is allocations from the state Oil and Gas Depletion Trust Fund. As in other counties, these revenues have been volatile, creating planning challenges. In 2012, the county received $2.8 million, falling to $456,000 in 2013, then rising to $1.8 million in 2014 (KS Department of Administration 2009-2014). With total general fund revenues of roughly $5 million in 2014, this volatility creates wide swings in overall county revenues. The county also has an oil and gas lease on its land, but these revenues are very small.

BLM_0062444

Road repair is the largest challenge associated with oil and gas development, but local officials report that costs are manageable and that revenues easily cover demand for repairs.[27] More recently, the county saw a large one-time charge of $250,000 due to a dispute over the valuation of oil and gas property. As discussed in Section 3.3, the oil and gas property valuation process in Kansas is complex, and a previous year's assessment of property taxes on certain oil and gas property was ruled to be incorrect, resulting in the $250,000 repayment in 2014. The only other substantial cost for Haskell County tied to oil and gas activity has been the addition of one staff member to create geospatial maps within the county to assist with EMS, fire, and police dispatching to oil and gas well sites and other facilities.

### 3.3.2.1.3   Scott County, KS

Historically, Scott County (pop. ~5,000) has relied less heavily on the oil and gas industry than Grant and Haskell counties for its tax and economic base. However, oil drilling and production have grown substantially in recent years, and although this has brought increased demand for some services, revenues—primarily from property taxes—have easily outweighed new costs.

County-wide valuations have grown from roughly $72 million in 2005 to more than $100 million in 2014 (Scott County KS Treasurer's Office 2015), driven in large part newly valuable oil wells on county tax rolls. In 2014, oil and gas accounted for 27 percent of county-wide assessed values (KS Department of Revenue 2015b). This increased valuation has been the primary driver of county revenues increasing from roughly $8.9 million in 2009 to $11.7 million in 2013 (KS Department of Administration 2009-2014). However, local officials expect property tax revenues to fall substantially in 2015 due to lower oil prices.

Two other oil- and gas-driven revenue sources have been beneficial for the county. First, allocations from the state Oil and Gas Depletion Trust Fund have totaled roughly $1 million in recent years though, as in other counties, the revenue has been unpredictable and volatile. Scott County has also received roughly $56,000 for an oil lease on county property and, with drilling slated to begin near the time of our interview, projected a revenue stream of roughly $60,000 per year.

Unlike other Kansas counties, Scott County has not faced major issues with road and bridge damage. However, it has faced substantial costs associated with a dispute over property valuation. Like Haskell County, Scott County recently lost a legal dispute over the methodology for valuing certain oil and gas property and is now obligated to pay a $150,000 settlement to the affected company. Because the revenue was collected over a year ago and the county did not budget for this

---

[27] Based on interview with Haskell County commissioner Bill Lower, March 18, 2015 in Sublette, Kansas.

BLM_0062445

expense, it has created planning challenges, though local officials say reserves can cover the expense.[28]

The only other substantial cost associated with new industry activity has been workforce retention. Because of high-paying competition from oil and gas operators, the county raised its starting wages by $1 to $2 per hour for the road and bridge crew, and lost several staff. However, the county has not struggled to fill these positions and the issue has generally been manageable.

### 3.3.2.2   Municipal-level experience in Hugoton region, KS

#### 3.3.2.2.1   Sublette, KS

Sublette (pop. ~1,400) is the seat of Haskell County and its retail and business hub. The city employs just five full time staff, and total 2014 revenues were just $2.2 million (KS Department of Administration 2009-2014). The oil and gas industry employs a substantial number of people in and around Sublette, and provides a net fiscal benefit to the city.

Sales and property taxes provide the bulk of city revenue, and local officials report that the oil and gas industry supports these revenues by providing an employment base for the community, though precise figures are not available.[29] In addition, the city has two leases underneath municipal wastewater ponds, which generated roughly $56,000 per year in 2013 and 2014, along with a $7,000 signing bonus in 2012.

Local officials do not report any substantial costs associated with the industry, aside from the basic costs of providing services to residents and visitors working with oil and gas companies. Roads, workforce retention, and other issues experienced by counties in the region have not been a major challenge for the city of Sublette.

## 3.4   New Mexico

**Table 15. New Mexico County Summary**

| | |
|---|---|
| Major revenue source(s) | Property tax<br>Sales tax |
| Major cost(s) | Roads<br>Workforce retention |
| Net fiscal impact | Roughly neutral to large net positive |

---

[28] Based on interview with Scott County commissioner James Minnix, March 19, 2015 in Scott City, Kansas.

[29] Based on interview with Sublette mayor Jery Bailey and city clerk Jeannie Trig, March 18, 2015, in Sublette, Kansas.

BLM_0062446

**Table 16. New Mexico Municipality Summary**

| | |
|---|---|
| Major revenue source(s) | Sales tax |
| Major cost(s) | Roads<br>Staff/workforce retention |
| Net fiscal impact | Medium net negative to large net positive |

### 3.4.1   Permian Basin region, NM

The Permian basin straddles west Texas and southeastern New Mexico, and production on the New Mexico side of the border occurs almost exclusively in Eddy and Lea counties (in Newell and Raimi (2014b), we examine the local fiscal effects on the Texas side of the border). The Permian has for decades been one of the United States' leading oil and gas producing regions, but development of a variety of shale formations in the region since roughly 2010 has driven an enormous increase in production (see Figure 12). In terms of wells drilled per square mile, Eddy and Lea have been among the most heavily drilled counties in the United States over the past decade (see Appendix Table A3).

**Figure 12: New Mexico Permian Basin oil production**



Data source: New Mexico Oil Conservation Division (2015).

#### 3.4.1.1   County-level experience in Permian basin region, NM

Counties in New Mexico collect a variety of revenues directly and indirectly from oil and gas development. They apply their ad valorem property taxes to the value of oil and gas production and equipment; collect gross receipts taxes (similar to sales taxes, but levied on the value of both goods *and* services) directly from the sale of oil- and gas-related goods and services, as well as indirectly from purchases made by the oil and gas workforce; and receive property taxes on non-oil and gas

BLM_0062447

property supported by the industry workforce. The counties have also faced increased demand for services tied to the industry including roads, law enforcement, emergency services, and more.

### 3.4.1.1.1   *Eddy County, NM*

Eddy County (pop. ~55,000) relies heavily on the oil and gas sector for public revenue, and local officials report that it's hard to say whether increased drilling and production has led to a net fiscal benefit for the county.[30] Revenue has grown strongly in recent years led by oil and gas property taxes, which grew from $12.5 million in 2006 (30 percent of total revenues) to $22 million in 2013 (35 percent) (New Mexico Office of the State Auditor 2006-2013). In 2013, oil and gas property accounted for 61 percent of county-wide valuation (New Mexico Dept. of Finance and Administration 2014). Total revenues increased from $38 million in 2006 to $62 million in 2013, thanks to fast-rising gross receipts taxes and non-oil and gas property taxes. At the time of our visit in January 2015, the county had roughly $100 million in reserve funds.

This revenue growth might indicate that the net fiscal impacts have been positive, but costs have been very large, and a variety of demands have gone unmet. As an indicator of this challenge, the county's net unrestricted assets have remained essentially unchanged since 2006 at roughly $24 million (New Mexico Office of the State Auditor 2006-2013).

The leading challenge for Eddy County has been industry-related road damage, to the point that school buses are unable to use certain roads. The county maintains 1,400 miles of road and does not have road maintenance agreements with operators. In-kind donations have been negligible, though there was one exception of a of $1.5 million donation from three companies to quickly repair a road damaged by flooding. Local officials estimate that roughly $400 million would be needed over two years to make all necessary short-term repairs caused by industry-related damage. While the county does not have this money, it is planning a $300 million relief route for a highway that would relieve traffic on some of the county's main roads.

Other costs have been substantial as well. Law enforcement and judicial/jail demand has grown substantially to accommodate increased population and traffic concerns, and roughly 25 law enforcement staff have been added in the past five years, an increase of over 50 percent. The county built a new sheriff's building for $7 million and a new records building for $1.5 million, and now needs a new general administration building, which will likely cost about $10 million. Finally, workforce retention has been a major challenge due to high wages in the oil and gas sector and high housing prices in the region.

---

[30] Based on interview with Eddy County general services director Bill Morris, Jan. 5, 2015, in Carlsbad, NM.

BLM_0062448

### 3.4.1.1.2    Lea County, NM

Lea County's population has grown by roughly 13 percent since 2010 (2014 pop. ~68,000), primarily due to increased oil and gas development and, unlike its neighbor to the west, county finances have benefited heavily from increased drilling and production. Lea County has for most of the decade taken in more oil and gas property tax revenue than Eddy County, but these revenues have grown more modestly, rising from $21 million in 2006 (43 percent of total revenues) to $23 million in 2013 (36 percent). Other sources, however, have led total revenue to nearly double over the same period, led by charges for services, non-oil and gas property tax receipts, and gross receipts taxes (New Mexico Office of the State Auditor 2006-2013).

Local officials attribute most of this increased revenue to oil and gas activity in the Permian basin, though a large uranium enrichment facility located within the county has also helped. Revenue growth has contributed to a rapid increase in the county's unrestricted net assets, which grew from $37 million in 2006 to nearly $76 million in 2013, roughly 1.5 times greater than total expenditures in the same year. These funds have enabled the county to make a variety of capital upgrades, including a new 911 dispatch center, a new sheriff's office, and renovations to existing office space, all of which were paid for with cash. At the close of FY 2014, the county held $108 million in the bank.[31]

Although net fiscal impacts have been positive, Lea County has large expenses and a variety of service demands attributable to increased oil and gas development. Perhaps the leading cost is roads, which are heavily impacted by oil and gas traffic, and cost roughly $11 million in FY 2014. However, local officials report that the roads are generally in good condition and that the county has sufficient funds make all the needed repairs. Law enforcement and EMS costs and staffing have also grown, including the addition of several new sheriff's deputies and several new 911 dispatchers. However, these costs have grown in line with population, and the costs have been manageable.

Workforce retention has been a challenge for the county, though employees received annual 5 percent raises in recent years, and the county has increased other compensation such as benefits.

### 3.4.1.2    Municipal-level experience in Permian basin region, NM

We visited three of the largest cities in New Mexico's Permian basin, and the net fiscal effects for these municipalities varied substantially. The region is very rural, meaning that population growth from oil and gas activity has concentrated heavily in these three cities. Each has experienced rapid growth, and all three note that this growth has been extremely positive for the local economy. However, the effects on city finances have not been uniformly positive. Unlike counties in New Mexico, which see substantial revenues from oil and gas property taxes, municipalities generally do

---

[31] Based on interview with Lea County administrator Mike Gallagher, Feb. 6, 2015, over telephone.

BLM_0062449

not collect any revenue directly from oil and gas production or property. Instead, they tend to rely on indirect sources such as gross receipts taxes driven by economic activity and industry-led population growth.

### 3.4.1.2.1   Carlsbad, NM

Carlsbad is the second largest city in southeastern New Mexico, with a census-estimated population of roughly 28,000. According to census estimates, population has grown little in the past several years. However, local officials report that since 2010, the year of the last detailed census, population has grown to roughly 44,000 with an additional 8,000 people living on the outskirts of the city.[32] This growth has led to substantial new revenues for the city, but even more substantial costs. As a result, the local economy is thriving, but the city government does not have all the funds it needs to expand services accordingly.

Gross receipts taxes are the leading revenue source for Carlsbad, and these revenues have more than doubled in recent years, growing from $19 million in 2007 (39 percent of total revenues) to $40 million in 2013 (53 percent). Hotel tax revenues have also roughly doubled to $1.6 million in 2013, and property tax revenues have grown with new construction, although they account for a small share of total revenues. Carlsbad's unrestricted net assets grew over this period from $28 million to $55 million (New Mexico Office of the State Auditor 2006-2013).

Despite this rapid growth in revenue, the city has not been able to keep up with all demands for services. The leading issue has been impacts to roads from heavy industry truck traffic. Local officials estimate that the city needs roughly $20 million for roads, $10 million for a new bridge, and millions more to hire additional staff and contractors. For context, 2013 spending on public works, which includes roads, was $7.4 million. Heavy demand for contractor services from the oil and gas industry has driven costs for labor and materials much higher, making it more difficult for the city to afford these additional services.

Along with roads, costs for law enforcement have increased with the addition of several new officers and substantial overtime. Local officials attribute this increased demand to oil- and gas-driven population growth. Workforce retention has also been a major challenge, as the city had six to eight law enforcement positions unfilled at the time of our interview. Housing costs have been driven up by the growing population, which has made recruiting new staff more difficult, and a number of staff have moved to work in the oil and gas sector, creating more unfilled positions. Finally, local officials note that opportunity costs have been very large. Time previously spent on

---

[32] Based on interview with Carlsbad city administrator Steve McCutcheon, Jan. 5, 2015, in Carlsbad, NM.

BLM_0062450

"day-to-day" issues has increasingly been devoted to planning and zoning work, which has been necessary to accommodate the rapid population growth driven by oil and gas activity.

### 3.4.1.2.2   Hobbs, NM

The fiscal effects of increased oil and gas development in Hobbs (pop. ~36,000), which lies just across the Texas border in Lea County, has been "fantastic" according to local officials, with the city's cash reserve fund growing to more than $100 million.[33] Increased revenue, primarily from gross receipts taxes, has enabled the city to make a variety of capital upgrades. Gross receipts tax revenues have grown from roughly $22 million in 2007 to $73 million in 2013, accounting for nearly 70 percent of total city revenues (New Mexico Office of the State Auditor 2006-2013). Hotel and property tax revenues have also grown substantially, but these make up a relatively small share of the city's annual budget. In addition, the city has received one $300,000 donation from a local oilfield operator for municipal recreation projects.

Costs and service demands have also grown substantially, led by staff costs. The city has added 30 new police officers and 15 new firefighters to manage population growth and increased demand for services, and total staffing has grown from about 430 employees in 2008 to roughly 530 in early 2015. Hobbs constructed a new $5 million fire building to accommodate this industry-driven growth. Workforce retention has also been a challenge for the city, which is now spending an additional $6 million per year on incentive packages to attract new employees and to help retain existing staff.

City spending has grown substantially in the wake of increased industry activity, but local officials describe these projects as being enabled by oil and gas revenues rather than being required due to increased service demands. Projects over the past several years include a long-needed $11 million upgrade to the city sewer system, $19 million in road improvements, $19 million for new and expanded recreation facilities, and $1 million for a new transportation center. Each of these projects was paid for with cash, which would not have been possible without increased oil- and gas-driven revenues. The city hopes that these upgrades will improve residents' quality of life, attract a more diverse range of businesses and establish a more diversified economic foundation for years when oil and gas activity slows.

### 3.4.1.2.3   Lovington, NM

Lovington (pop. ~12,000) is the seat of Lea County, but due to its smaller size and commercial base, it has seen less additional revenue than Hobbs. However, increased revenues have

---

[33] Based on interview with Hobbs mayor Sam Cobb and finance director Toby Spears, Jan. 6, 2015, in Hobbs, NM.

BLM_0062451

easily outweighed increased demand for services and direct costs. Gross receipts taxes are the leading revenue source for the city, and grew from $5.8 million in 2008 to $8.4 million in 2013 (New Mexico Office of the State Auditor 2006-2013). As for other cities in the region, hotel and property taxes have grown, but account for a small share of total city revenues. Lovington also owns a wastewater injection well, which in recent years has generated $15,000 to $20,000 per month, a helpful new revenue source.

Costs and demand for services have also increased. The city has an ordinance preventing heavy trucks from using residential streets, and most thoroughfares running through the city are maintained by the state. However, one road has been heavily affected by increased oil and gas traffic, and repair costs are estimated at $2.5 million. The city has also added several new staff for fire-fighting and EMS, where call volumes have grown substantially, mostly due to oil and gas vehicle traffic accidents. This increased demand has led the city to begin constructing a new $1.3 million EMS center. Staff costs and workforce retention challenges have also been substantial, particularly in the streets and wastewater departments. The city has had to raise its hourly rate to $12 per hour, well above previous levels, to compete with the oil and gas sector and local retailers such as Wal-Mart, which pays even higher starting wages. In addition, costs for contractors working on city streets or other infrastructure have grown by an estimated 25 percent to 30 percent due to increased demand from the oil and gas sector.

Other new costs have been enabled by additional revenues, rather than required by new demands. For example, the city had long needed a financial director, and one was hired in recent years due to newly available funds.[34]

### 3.4.2   San Juan basin region, NM

New Mexico's San Juan basin, which sits in the far northwest corner of the state, has seen substantial increases and decreases in oil and gas development over the past 15 years. During the 1990s and 2000s, thousands of coalbed methane wells were drilled in the region, producing large quantities of natural gas and relatively little oil. But as new technologies for extracting natural gas from shale formations became more economical, companies began moving away from the San Juan basin's coalbed methane in favor of shale and other tight gas plays in Colorado, Wyoming, Texas, and beyond. As a result, the number of new wells drilled in the region fell dramatically along with population.

In recent years, drilling rigs have moved to target oil from the region's Mancos shale formation, leading to an increase in local oil production (see Figure 13). However, other regions

---

[34] Based on interview with Lovington assistant city manager Jared Cobb, Jan. 5, 2015, in Lovington, NM.

BLM_0062452

have seen far more activity in the shale era, and during our visit in early 2015, only four drilling rigs were active in the region, down from dozens in the 1990s and 2000s. Despite this decrease in new drilling activity, the thousands of existing wells support dozens of oilfield service firms, and overall industry activity has remained strong.

**Figure 13: Natural gas and oil production in San Juan County, NM**



Data source: New Mexico Oil Conservation Division (2015).

### 3.4.2.1   County-level experience in San Juan basin region, NM

#### 3.4.2.1.1   San Juan County, NM

San Juan County (pop. ~127,000) grew steadily from 1990 through 2010, when its population levelled off and declined slightly as drilling activity in the region slowed. However, oil and gas continue to play a dominant role in the county's economy, and the fiscal impacts of the industry were very positive for the county government for decades. However, declining industry investment has meant falling county revenues in recent years, and these decreases are likely to continue. Local officials are eager to diversify their economic base, though they note that this will be a challenge given the rural nature of the region and its limited transportation connections.[35]

Local officials say virtually all revenues are tied directly or indirectly to oil and gas activity, and these revenues fluctuate alongside industry activity in the basin. Oil and gas property taxes have for decades generated a substantial share of county revenues, rising as high as 16 percent of total

---

[35] Based on interview with San Juan County executive officer Kim Carpenter, January 8, 2015, in Farmington, NM.

BLM_0062453

revenues in 2007, but declining to just 6 percent in 2013 (New Mexico Office of the State Auditor 2006-2013). The county's gross receipts tax has also tracked the decline in oil and gas activity, falling from a peak of $42 million in 2008 to $35 million in 2013. This decline would have been even steeper had the county not increased its tax rate by slightly less than ½%, and local officials state that they would have had to cut services substantially without this additional revenue.

The only major revenue source with a positive trend line is property taxes on non-oil and gas property, which has grown from $17 million in 2007 to $23 million in 2013 thanks to increased commercial and residential property values. Another important factor for the county is in-kind contributions from oil and gas companies, which help to repair roads around roughly half of the new wells that are drilled. These contributions mostly occur in rural regions where oil and gas companies are the primary users of the road. In addition, a variety of operators came together to contribute $2.3 million to repair a deteriorating bridge that was heavily used in their operations.

Despite these contributions, road and bridge damages are a challenge and easily the leading cost for San Juan County. The county seeks a variety of grants from state and federal sources to try to improve road conditions, but New Mexico does not allocate grants based on oil- and gas-related impacts. As with revenues, most costs and service demands for the county are indirectly driven by the oil- and gas-industry workforce.

Along with road costs, other direct impacts include law enforcement demands, which are substantial in the oil- and gas-producing areas primarily due to thefts from well sites. Fire and EMS have not been large direct costs, and the county only employs 14 full-time staff in these departments. However, the county struggles to retain a sufficient number of volunteers (270 volunteers currently staff the fire and EMS crews), especially during periods of heavy drilling activity. In a similar vein, workforce retention has been a challenge during the most active phases, particularly in law enforcement, and compensation has grown as a result. Despite a relatively low cost of living, San Juan County pays an average of 7 percent more for law enforcement officials than similarly rural counties in New Mexico, and the sheriff's office offers substantial signing bonuses to attract and retain employees.

Looking forward, the county is facing fiscal challenges due to reduced oil and gas activity. In FY 2013, it spent roughly $4 million more than it collected, a departure from years of surplus.

### 3.4.2.2   Municipal-level experience in San Juan basin region, NM

Like those in New Mexico's Permian basin, cities in the San Juan basin rely heavily on gross receipts taxes, with additional revenues from property taxes and other sources such as hotel taxes and fees for utility services. These sources are indirectly tied to oil and gas activity, driven by economic and population growth in the region. The oil and gas sector is the largest employer and

BLM_0062454

economic engine of the region, and cycles in drilling activity tend to correlate with cycles in public revenues and demand for services. As noted in Section 3.4.1.2, municipalities in New Mexico do not receive substantial direct revenue from oil and gas property taxes or allocations from the state's severance tax.

### 3.4.2.2.1   Farmington, NM

Farmington is the San Juan basin's largest city and commercial hub, with a population growing from roughly 40,000 in 2000 to roughly 45,000 in 2014. Oil and gas activity has been the primary driver of the city's economy and, in this sense, it has been unquestionably good for the city government's finances. However, recent declines in drilling activity have created challenges for Farmington, and a long-term downturn in drilling activity may create substantial challenges for the local economy. Although Farmington's efforts at economic diversification have been hampered somewhat by limited transportation connections and a high cost of doing business, it benefits by being the regional hub for the "4-corners" region, generating substantial revenues from gross receipts taxes on retail and service transactions.[36]

Gross receipts taxes are the leading revenue source and are highly correlated with oil and gas activity, peaking in 2008 at over $54 million and falling to $48 million in 2013 (New Mexico Office of the State Auditor 2006-2013). Although they are not a major city income source, property tax revenues have been stable over the past five to 10 years, thanks largely to high regional home values. During the housing market crash of 2008 and 2009, local home values remained stable, which local officials attribute to a strong oil and gas sector during that period.

The city faces a variety of service demands, all of which are indirectly affected by the oil and gas industry workforce living in and around the city. However, there is little to no production within city limits, which helps limit heavy vehicle traffic and acute road damage. According to local officials, streets are in need of repair and the sewer and water system needs continuous investment, but the city has not faced acute demands from oil- and gas-driven population growth. Instead, the types of challenges faced by Farmington are similar to those of any mid-size city with aging infrastructure. One direct effect of oil and gas development is difficulty in workforce retention, particularly during the heavy drilling years of 2008 and 2009. However, that has eased with the industry slowdown.

---

[36] Based on interview with Farmington city manager Robert Mayes, Jan. 9, 2015, in Farmington, NM.

BLM_0062455

### 3.4.2.2.2   Aztec, NM

Aztec is a city of roughly 6,600 lying just a few miles northeast of Farmington in San Juan County. Local officials report that oil and gas activity is a net positive for the city's finances, even during industry downturns.[37] Like other cities in New Mexico, gross receipts taxes provide the bulk of operating revenues, and they have historically tracked oil and gas drilling activity. However, these revenues have remained surprisingly strong during the most recent downturn, hovering near $5 million in 2013, up from roughly $4 million in 2010. All other revenue sources for the city are relatively small, such as property taxes, hotel taxes, and franchise taxes (for cable television and telephone connections). The city has been supported by strong revenue in recent years from its electric utility, which serves a number of oil and gas firms.

The leading oil- and gas-related cost for Aztec has been sewer and water systems, which have needed rapid expansion due to population growth driven by the oil and gas workforce. Local officials say a recent $4.2 million upgrade to the water treatment plant was due entirely to oil and gas-driven growth and a $13 million rebuild to the city's sewer plant was mostly due to industry growth, while a $5 million upgrade to sewer lines occurred more quickly than it would have without industry-led population growth. Cost for roads are also substantial, with local officials estimating that $1.2 million in additional repairs each year are necessary due to oil and gas heavy vehicle traffic. For context, total roads spending in 2013 was $1.9 million (New Mexico Office of the State Auditor 2006-2013). Other costs, such as the police department, are affected indirectly by the oil- and gas-based workforce, and these service demands are manageable. Workforce retention, however, is a substantial challenge, particularly for the police force and utilities departments.

## 3.5   Ohio

**Table 17. Ohio County Summary**

| | |
|---|---|
| Major revenue source(s) | Sales tax |
| | Lease revenues |
| | In-kind contributions |
| Major cost(s) | Roads |
| | Law enforcement |
| | Workforce retention |
| Net fiscal impact | Medium to large net positive |

**Table 18. Ohio Municipality Summary**

| | |
|---|---|
| Major revenue source(s) | Income tax |

---

[37] Based on interview with Aztec city manager Joshua Ray, Jan. 9, 2015, in Aztec, NM.

BLM_0062456

| | In-kind contributions |
|---|---|
| | Lease revenues |
| | Roads |
| Major cost(s) | Law enforcement |
| | Workforce retention |
| Net fiscal impact | Roughly neutral to small net positive |

### 3.5.1   Utica shale region, OH

Eastern Ohio has produced natural gas and oil for decades, but recent years have seen a dramatic increase in production due to the Utica Shale, which lies up to 3,000 feet beneath the Marcellus formation. In the early years of Utica development, Carroll County saw the most activity, and in recent years, rigs have moved south to counties including Harrison, Monroe, and Noble (see Figure 14). In the early 2010s, as activity in parts of the Marcellus shale declined due to falling dry natural gas prices, Utica activity increased due to the higher content of natural gas liquids produced from the formation. In 2013, Carroll County was one of the most densely drilled counties in our survey, with more than 37 new wells entering production for every 100 square miles of county area (see Table A3).

**Figure 14: Natural gas production from select Utica shale counties**

natural gas production (billion cubic



Data source: Ohio Department of Natural Resources, Division of Oil and Gas Resources (2015). Includes natural gas production from all formations, including Utica and Marcellus shales.

As of this writing, the state of Ohio levies a severance tax of $0.10 per barrel of oil and $0.025 per thousand cubic feet (mcf) of natural gas, along with an oil and gas cost recovery assessment which adds an additional $0.10 per barrel and $0.005 per mcf. These revenues are used primarily to fund remediation activities at well sites and to mitigate potential health hazards associated with oil and gas activity (Ohio Revised Code 2015). These two sources raised roughly $4.6

BLM_0062457

million in FY 2013, and none of that revenue was allocated to local governments (Ohio Department of Taxation 2013). In recent years, several attempts have been made to adjust the state's severance tax (Ernst & Young LLP 2012), but no legislation has passed and been signed by the governor.

Ohio local governments apply their ad-valorem property tax levies to the value of oil and gas property within their borders. County governments also raise revenue from sales taxes, while cities and villages raise revenue from income taxes. Townships, another form of municipality which subdivide counties, raise revenue primarily from property taxes and use those revenues to maintain the rural road networks across the state.

### 3.5.1.1    County-level experience in Utica shale region, OH

County governments in Ohio provide a range of services including road construction and maintenance, public safety, human services, property records, and more. Utica shale development has affected several of these services substantially, but increased revenues from sales taxes, property taxes, and other sources have generally provided more than enough to manage these increased demand for services. Notably, one county commissioner from Belmont County has testified to state officials that their county has not been able to keep pace with demand for services (Favede 2014). We were not able to arrange an interview with this commissioner or other local officials in Belmont County.

#### 3.5.1.1.1    *Carroll County, OH*

The economy of Carroll County (pop. ~28,000) has historically been based on dairy production and other agricultural activities. It was the first county to experience large-scale Utica shale development, beginning around 2011 and 2012. Overall, local public finances have benefited substantially from this development, exemplified by the county's level of unrestricted net assets. From 2002 through 2011, unrestricted net assets were well below zero, ranging from -$2.1 million in 2002 to a depth of -$4.1 million in 2009. In 2010 and 2011, however, assets began to grow rapidly, leading to a positive balance of $1.8 million in 2013. Total net assets, which include all assets and liabilities, grew from $17.9 million to $56.5 million over the same period (Ohio State Auditor's Office 2000-2013a).

The leading revenue source associated with this increased activity has been sales taxes, which grew from $1.8 million in 2010 to $3.8 million in 2014.[38] Local officials attribute most of this increase to increased economic activity associated with the oil and gas workforce. Property tax

---

[38] 2014 data and other information based on budget documents examined during interview with Carroll County Commissioner Jeffrey Ohler, April 7, 2015, in Carrollton, OH.

BLM_0062458

revenues have also grown in recent years, but these revenues have been modest since most property tax revenues go to townships and school districts.

In addition, the county signed a lease for shale production on roughly 300 acres, collecting a $1.2 million bonus. Production recently began on this lease and, at the time of our interview, was generating roughly $40,000 per month in royalties, though these revenues will decline without new wells coming on line. County officials have sought to avoid using this windfall for ongoing operating expenses, and have instead invested in capital upgrades as well as a "rainy-day fund," which the county had not previously had.

As in other parts of the country with rapidly expanding shale development, Carroll County roads have been heavily affected by industry vehicle traffic. However, these damages have not resulted in large expenses, as the county requires all operators to sign a Road Use and Maintenance Agreement (RUMA), stipulating that any damages to roads must be repaired and paid for by the relevant company. Carroll County officials estimate that RUMAs have resulted in roughly $40 million of investment in county and township roads, leading to an improvement in road conditions.

Other large costs have been led by law enforcement, which has seen a budget increase of $400,000 to $500,000 in recent years, largely due to increased vehicle traffic and crimes. Local officials attribute most of this increase to oil and gas vehicles and the oil and gas workforce. Emergency services have also seen increased demand associated with industry-related accidents and fires, though these costs (roughly $20,000 in FY 2014) have been covered by the relevant companies.

### 3.5.1.1.2   Harrison County, OH

Since roughly 1980, population in Harrison County has been slowly but steadily decreasing as businesses and coal mines shut their doors. Today, the county's population is roughly 16,000, and Marcellus shale activity has boosted economic activity and county finances. However, local officials are concerned about potential future environmental impacts as well as the potential for shale development to constrain future construction opportunities.

Sales tax and property tax revenues have both increased very significantly, with sales taxes more than doubling and assessed property values growing by more than $500 million due to the several new natural gas compressor stations within the county. From 2011 to 2013, the most recent year for which audited data were available, total sales and property tax revenues grew from $3.7 million to $7.3 million (Ohio State Auditor's Office 2000-2013b), and have grown further in subsequent years.[39] Other major revenue sources for the county include a lease signed for 1,000 acres, which generated roughly $5 million in bonus payments and for which it will receive an 18

---

[39] Based on interview with Harrison County commissioners Don Bethel and Dale Norris, April 7, 2015, in Cadiz, OH.

BLM_0062459

percent to 20 percent royalty share if and when production begins. Roughly $2 million has been generated by fees associated with pipelines crossing county property.

Along with these revenues, the county has experienced a variety of large new costs associated with Marcellus development. Despite signing RUMAs with oil and gas companies operating in the area, local officials report that they have not been able to adequately maintain roads in the face of industry-related damage, and that road conditions are worse today than they were prior to major drilling activity. Local officials estimate they will need to invest an additional $1 million in road repairs this fiscal year, an unprecedented increase. It is not clear why the RUMAs, which appear to have prevented major outlays in other counties and townships, have not been as effective in Harrison County.

Other costs for the county have grown, driven by population growth from the oil and gas workforce. An estimated eight to 10 new staff have been added to the sheriff's department. The human services department, primarily child and family services, have needed to increase spending by $300,000 per year. In addition, workforce retention has been a challenge, and the county has raised its wages roughly 25 percent to try to attract and retain staff.

Local officials also have some long-term concerns related to shale development. Decades of coal mining in Harrison County have left substantial legacy environmental issues, and officials are concerned about the long-term environmental impacts of shale development. In addition, the extensive new network of pipelines underlying the county has the potential to increase the cost of future development, potentially limiting economic growth in the coming decades.

Despite these challenges and concerns, local officials report that the overall fiscal impact has been very positive for Harrison County. Perhaps the most telling indicator is the county's fund balance, which ended 2010 as low as $278,000, when it was unclear whether the county would be able to make its payroll each month. At the beginning of 2015, the fund balance reached $10.8 million, growth which local officials attribute entirely to Utica shale development.

### 3.5.1.1.3   Monroe County, OH

A large number of shallow, vertical natural gas wells have been drilled in Monroe County (pop. ~14,600) in previous decades, but the horizontal drilling in the Utica shale has brought a new scale of activity. Monroe County is known as the "Switzerland of Ohio" because of its rolling hills and numerous covered bridges. However, population has been falling steadily since roughly 1980 as manufacturing and coal mining jobs have left the area. Utica shale development has generally been positive for local government finances. Like Harrison County, the county government had often struggled to make its payroll in previous years, but is now on stable fiscal footing.

BLM_0062460

Sales tax revenues have been the leading new income source for the county, growing from roughly $1.5 million in 2010 to $2.2 million in 2013 (Ohio State Auditor's Office 2003-2013a). Sales tax revenues in 2015 have averaged roughly $300,000 per month, on track to reach $3.6 million for the year.[40] Property tax revenues have also increased modestly due to new construction of natural gas pipelines, though these revenues mostly benefit school districts and townships. The county also signed a lease bringing in roughly $500,000, though no production has yet occurred. Finally, revenues for the county recorder's office have grown rapidly as oil and gas "landmen" looking to acquire leases pay for copies of county records. In addition, one company paid to digitize the county's entire catalog of land records, a costly improvement that the county would otherwise not have been able to afford.

RUMAs are common in Monroe County and, while road damage has been substantial during the most active phases of drilling, the overall conditions of the roads are better than they were before Utica shale development. The county engineer estimates that the pace of road paving increased by eight to 10 times due to these agreements and, although materials costs are higher due to increased demand from oil and gas operators, the net effects on county roads has been largely positive. However, there have also been challenges. For example, one road was closed for roughly three weeks due to a well pad accident and fire. There have also been increased road closures in areas where companies move large equipment, detours, and other inconveniences for local residents.

Demands for law enforcement and emergency services have also increased substantially. A variety of incidents, including large truck accidents, well pad fires, and other industry-related incidents have increased the number of runs for the volunteer emergency medical service from one or two per month to five or six. Prisoner housing costs are also up, which local officials attribute largely to drug-related issues from the oil and gas workforce (while most oil and gas companies conduct rigorous drug tests on employees, ancillary employers or subcontractors may not).

A variety of staff costs have also affected the county, led by the addition of two full-time law enforcement staff, one administrative staff, and six to eight part-time staff in the recorder's office. Workforce retention has been a challenge, especially for the sheriff's office, and county commissioners note that there have been opportunity costs associated with the large amount of time they now spend on oil- and gas-related issues. However, the revenues described above have to date outweighed these increased costs and demand for services.

---

[40] Based on interview with Monroe County Comissioners Carl Davis and Mick Schumacher; county auditor Pandora J. Neuhart; and county commission secretary Sheila Turner on April 6, 2015, in Woodsfield, OH.

BLM_0062461

### 3.5.1.2    Municipal-level experience in Utica shale region, OH

#### 3.5.1.2.1    Cadiz, OH

The village of Cadiz (pop. ~3,300, pronounced CAT-iss) is the county seat of Harrison County, and has been faced with a number of financial challenges in recent years. However, most of these challenges are not related to Utica shale development, which has by and large improved the village's fiscal position. Cadiz relies heavily on a municipal income taxes and, as local economic conditions declined, this revenue fell by more than 25 percent between 2005 and 2010 (Ohio State Auditor's Office 2005-2012). However, income tax revenues have roughly doubled since that time, growing from $610,000 in 2010 to $1.2 million in 2014.[41]

Other major revenue sources include the sale of municipally owned land to a natural gas processing firm, netting roughly $1.1 million in one-time revenues. The village has also benefited from a lease worth roughly $560,000 in bonus revenues and will receive royalties of 20 percent if and when production begins, along with roughly $550,000 in revenues for pipeline easements across village property. Indirectly, the village will also benefit from new property tax revenues expected to be generated by several new businesses and health care facilities opening in the near future. Local officials attribute this economic growth in part to Utica shale development.

Along with these new revenues, Cadiz faces substantial costs. One long-running fiscal challenge is related to the village's water and wastewater systems, which require an estimated $10 million in upgrades. Local officials do not attribute most of these needs to oil and gas activity, though they note that increased community and population growth related to Utica shale development has contributed. Road and bridge damage has been substantial, and the village has at times struggled to repair industry-related damage and deterioration. RUMAs with two pipeline companies have been helpful, but not sufficient to manage the increased needs to date.

In addition, increased demand for law enforcement and judicial services, led by traffic incidents and DUIs, is attributed by officials to the Utica shale workforce. While fines and court fees help offset the costs of these services, the increased demand has been a challenge for local law enforcement. The village has added one new police officer, a part-time consultant to manage planning issues and growth, and a new employee in public works. These new staff have largely been dedicated to working on issues related to oil- and gas-driven economic and population growth, and other village staff note the opportunity costs of spending large amounts of time on oil- and gas-related issues.

---

[41] Based on data provided during interview with Cadiz mayor Ken Zitko and economic development consultant Charley Bowman, April 7, 2015, in Cadiz, OH.

BLM_0062462

### 3.5.1.2.2    Lee Township, OH

Lee Township (pop. ~1,100) covers just 32 square miles, but there are more than 20 well pads within its borders, each containing multiple horizontal wells. The township's primary duty is to maintain rural, mostly unpaved roads, and the influx of heavy vehicles has at times been a challenge. However, due to the use of RUMAs, township roads are generally in better condition than they were before drilling began, and roughly 60 percent of township roads have been completely rebuilt at an estimated cost to industry of over $3 million.[42] Property taxes provide most revenues for the township, and they have grown from roughly $60,000 per year to about $90,000 this year, attributable mostly to oil and gas property. In addition, the township has received roughly $40,000 for leasing its cemetery, and operators make occasional donations of road materials to help township officials make additional repairs to roads not covered by RUMAs.

These donations were described as "peace payments" by local officials, as trucks have occasionally veered away from their designated haul routes and damaged township roads. To compensate for these damages, operators donate materials to the township, which local officials describe as a fair system. While the donations have been helpful, township trustees (who do most of the work maintaining roads) have needed to work longer hours to keep up with increased demand for repair and increased traffic on the roads.

Overall, local officials report that Utica shale development has been positive for the township's finances and its road conditions, but they also note that the increased traffic and road damage has been a challenge at times.

### 3.5.1.2.3    St. Clairsville, OH

The city of St. Clairsville (pop. ~5,100) is the seat of Belmont County, where substantial shale development has occurred. However, the city has seen limited fiscal effects from the oil and gas development occurring around the county. Overall, local officials report the net fiscal effects have been slightly positive, but that the impact has been small.

The only major revenue source associated with oil and gas activity for the city has been a lease netting $1.5 million for scattered municipal property holdings below the city's sewer and water facilities and its reservoir. The city does not levy a sales tax, but it does collect an income tax of 0.75 percent, which has grown from $1.0 million in 2012 to $1.3 million in 2013 (Ohio state Auditor's Office 2003-2013b) (the tax was authorized in 2011). Revenues have grown further in FY 2014 due to an oilfield service firm locating within city borders, though precise figures were not available.

---

[42] Based on interview with Lee Township trustee James Fisher and fiscal officer Cathy Kinney, April 7, 2015, in Carrollton, OH.

BLM_0062463

The leading costs for the city are associated with workforce retention and law enforcement. Two or three city employees out of a total of 17 left to work for oil and gas companies or contractors, and law enforcement needs have increased due to an uptick in traffic incidents, fights in bars, and domestic violence. Local officials attribute the increase primarily to the oil and gas workforce, but note that it has been generally manageable with existing staff and resources. There has also been a substantial increase in heavy vehicle traffic through the city and wear and tear on local roads, but costs to date have not been large.[43]

### 3.6  Oklahoma

Oklahoma has long been one of the nation's leading oil and natural gas producers, and production across the state has increased substantially in recent years. This increased production has come from a variety of regions, with some activity focused on shale formations and some focused on applying new techniques to more conventional formations. We examined three regions that have experienced substantial growth in drilling and production: the Anadarko basin in the west, the Mississippian Lime region in the north, and the Woodford shale region in the southeast. As we discuss below, variations in geology, infrastructure, and local government capacity have meant that increased oil and gas activity has affected local governments in these regions in different ways.

Local governments in Oklahoma collect property taxes on oil and gas property, including the value of reserves. Some surface property such as refineries, processing plants, compressor stations, and gathering lines are also taxed, but materials such as wellbores, casing, and wellheads are not. Most property tax revenue flows to school districts, with a smaller share to counties and a still smaller share to municipalities. One challenge for Oklahoma counties is that revenue from property taxes are not available to fund road projects or repair. Instead, counties must rely on other sources that are explicitly dedicated to fund roads, and their flexibility to reallocate funds is limited.

One major source of road funding for county governments comes from Oklahoma's Gross Production Tax, which raised a total of $703 million in 2013 (OK Tax Commission 2013). A share of these revenues are allocated to county road and bridge funds according to a complex formula, with total allocations amounting to roughly $0.50 per $100 worth of oil and natural gas produced within county borders. Most of the remaining revenue flows to state general funds and various funds for education (for details, see OK Statutes §68-1001 and §68-1004).

---

[43] Based on interview with St. Clairsville Finance Officer Cindi Henry, April 6, 2015, in St. Clairsville, OH.

BLM_0062464

#### Table 19. Oklahoma County Summary

| | |
|---|---|
| Major revenue source(s) | Severance tax<br>Sales tax<br>Property tax |
| Major cost(s) | Roads<br>Workforce retention<br>Law enforcement/EMS |
| Net fiscal impact | Medium net negative to large net positive |

#### Table 20. Oklahoma Municipality Summary

| | |
|---|---|
| Major revenue source(s) | Sales tax<br>Lease revenues |
| Major cost(s) | Workforce retention |
| Net fiscal impact | Medium to large net positive |

### 3.6.1   Anadarko basin, OK

Ellis and Roger Mills counties are neighbors at the edge of western Oklahoma, just across the border from Texas' panhandle. These two counties have seen more than 1,000 well completions each since 2005 (DI Desktop 2015). Production in these two counties comes from a variety of formations, led by the Atoka, Cherokee, Cleveland, Des Moines, Marmaton, Morrow, and Tonkawa formations. Drilling activity began to surge in the mid-2000s, first in Ellis County, followed by Roger Mills. Since 2010, oil production has increased roughly fivefold (see Figure 15). Aside from Alaska, these counties are more sparsely populated than any region we examine in this report, and the fiscal effects on local governments in the area have been substantial.

#### Figure 15: Oil production in select OK Anadarko basin counties

oil production (million barrels)



Data source: DI Desktop

BLM_0062465

### 3.6.1.1   County-level experience in Anadarko basin, OK

Growth in oil production has been dramatic in Ellis and Roger Mills counties in recent years, but the fiscal effects for these counties have been somewhat different. While both have seen large increases in revenue and heavy vehicle traffic, decades of natural gas production in Roger Mills County had helped establish a strong infrastructure base prior to the oil boom. In Ellis County, where infrastructure was not as robust, the surge in vehicle traffic has had more dramatic consequences, and been more difficult for local officials to manage.

#### 3.6.1.1.1   *Ellis County, OK*

Ellis County (pop. ~4,200) has seen substantial growth in revenues, but damage to the county's rural roads have been substantial and revenues have not been sufficient to keep up with repair needs. Of its 1,427 miles of roads, just 23 percent are paved (OK Department of Transportation 2015). Because of the heavy volume of truck traffic in the region, local officials report that even newly repaired roads are quickly in need of additional upgrades.[44]

Total revenues for Ellis County's general fund and highway fund have grown from roughly $4 million in 2003 to more than $16 million in 2013 (OK State Auditor and Inspector 2003-2013). Allocations of the state's severance tax have been the leading source of revenue growth in recent years. Property tax revenue has also grown as oil and gas property has appreciated county-wide, though most property tax revenue is collected by school districts rather than counties. In Ellis County, oil and gas property accounted for roughly 52 percent of total assessed value in 2013. Including additional industry property such as refineries, gas plants, gathering lines, and compressor stations, that share rises to 91 percent (OK Tax Commission 2014). Sales taxes and leasing revenue have also contributed to revenue growth, but these sources are small according to local officials. Finally, one operator made "one or two" in-kind donations of rock for road resurfacing, which was helpful but not nearly sufficient to manage increased costs.

As noted above, road costs have been the leading concern in Ellis County. Spending on roads has grown from roughly $3 million in 2003 to $5.5 million in 2013 (OK State Auditor and Inspector 2003-2013), but has been insufficient to keep the roads in satisfactory condition. In addition, costs for police and EMS have grown substantially due to oil- and gas-related vehicle traffic and accidents. For example, our interview was conducted at 1 p.m., by which time the county had already received two EMS calls for oilfield-related traffic accidents that day. Local officials stated that this was typical, and a large increase over demand for services in pre-boom years.

---

[44] Based on interview with Ellis County commission secretary Mary Weaver, Dec. 10, 2014 in Arnett, OK.

BLM_0062466

Workforce retention has also been a major challenge across the county. A large number of staff left their county positions in the early 2010s to work with oil firms, and the county responded by increasing pay substantially. All 72 employees at that time received a $500 per month bonus in 2010, and each year since has seen additional $200 per month bonuses for all county staff who have stayed in their positions. The county has also expanded its personnel. In previous years, fire and EMS positions were filled by volunteers, but the labor shortage resulting from oil and gas development forced the county to begin hiring professionals.

### 3.6.1.1.2   *Roger Mills County, OK*

Roger Mills County (pop. ~3,700) lies just south of Ellis County and has had a different experience than its neighbor. According to local officials, county roads were in good shape prior to the increase in oil production, thanks in large part to substantial revenue from pre-existing natural gas production (see Figure 16). As heavy vehicle traffic increased with the more recent growth in oil production, Roger Mills County had in a place a road network that could handle the growth, with a substantially larger share of paved roads than its neighbor to the north (OK Department of Transportation 2015). Overall, the net fiscal effects there have been a large positive.

**Figure 16: Natural gas production in Ellis and Roger Mills Counties**



natural gas production (billion cubic feet)

Data source: DI Desktop

This solid infrastructure foundation allowed revenues to keep up with road costs and other increased service demands. Allocations from the state's Gross Production Tax has been the largest direct revenue source for the county, and local officials cite the revenues of the mid-2000s as

BLM_0062467

particularly helpful.[45] Sales tax revenues have also grown rapidly, from less than $1 million in 2003 to $5.3 million in 2012 (OK State Auditor and Inspector 2003-2013), which local officials attribute to oil and gas activity. Property tax revenues have not grown substantially, although oil and gas property accounts for roughly 24 percent of county-wide valuation (45 percent if refineries, processing plants, compressor stations, and oil and gas industry facilities are included) (OK Tax Commission 2014). The county also collects revenues from several small oil and gas leases of county-owned minerals, and roughly $100,000 per year from fees associated with permits for pipelines to cross county right-of-ways. These revenues support county staff overseeing the relevant programs.

In addition, in-kind contributions from operators have been more substantial in Roger Mills County than in Ellis County, helping mitigate additional need for repairs. Local officials estimate that operators repair 15 percent to 20 percent of the roads they damage during their operations. It is unclear why these types of contributions occur in Roger Mills County but not in neighboring Ellis.

Along with increased damage to roads, increased vehicle traffic has led to a large increase in call volumes for the law enforcement and EMS crews. Local officials say these increases have mostly been manageable; the county has added one sheriff's deputy. In addition, workforce retention has been a major challenge across the board. The county recently raised hourly wages to $19 for many low-skilled workers due to high demand for labor from oil and gas operators. Finally, the local officials we spoke with indicated that they had experienced substantial opportunity costs, as a large number of traffic issues coupled with residents' questions about leasing terms has crowded out time to fulfill other responsibilities.

### 3.6.1.2   Municipal-level experience in Anadarko basin, OK

#### 3.6.1.2.1   Cheyenne, OK

There are few cities in Roger Mills or Ellis counties, and we were able to arrange an interview only in Cheyenne (pop. ~815), the seat of Roger Mills County. Cheyenne is a small town with little commercial activity, but the few retail shops and restaurants that populate the city provide sales and use taxes, which represent the bulk of revenues. Oil and gas activity has led to a surge in these revenues with little in the way of new costs, resulting in a large net benefit for the city's finances. The city has been able to make several capital upgrades and purchase new equipment, investments made with cash that would not have been possible without oil- and gas-driven revenues.

---

[45] Based on interview with Roger Mills County commission chair Brian Hay, Dec. 10, 2014, in Cheyenne, OK.

BLM_0062468

Sales and use tax revenue in Cheyenne grew from $250,000 in 2010 to a peak of $715,000 in 2012 before falling to $525,000 in 2014.[46] Local officials attribute these changes entirely to oil and gas activity. In addition, Cheyenne holds several small oil and gas leases, which have generated roughly $60,000 per year in recent years. For a small city like Cheyenne, these sums are substantial. Finally, the city has received one small in-kind contribution from a company that helped build a basketball court at the city park.

Costs for the city have been relatively modest. Because the state maintains the major arteries running through Cheyenne, road costs have been minimal. And while population has grown somewhat in recent years, the city's infrastructure was built to serve a larger number of residents, so growth has not resulted in large new costs. However, workforce retention has been a major challenge. The city pays $18.50 per hour for entry-level positions in roads, bridges, and utilities. This wage grows to $20.50 per hour after one year, far higher than would be necessary without competition from the oil and gas sector.

### 3.6.2   Mississippian Lime region, OK

The Mississippian Lime region lies just across the border from Kansas in northern Oklahoma, and has hosted modest oil production for decades. As we discussed in Section 3.3.1, the Mississippian is not a shale formation, but has seen a major increase in industry activity in recent years. The application of horizontal drilling and hydraulic fracturing to the limestone has dramatically increased oil production from this formation (see Figure 17). On a per capita basis, the Mississippian Lime region has been the most heavily-drilled in our survey, with more than three wells completed per 100 residents in 2013 (see Table A2). On an area basis, it also is one of the most densely drilled regions (see Table A3).

---

[46] Provided via internal budgeting system during interview with Cheyenne city manager Niyamaya Yaeger, Dec. 10, 2014 in Cheyenne, OK.

BLM_0062469

**Figure 17: Oil production in select Mississippian Lime region counties (million barrels)**



Data source: DI Desktop

### 3.6.2.1   County-level experience in Mississippian Lime region, OK

Although the region had some pre-existing pipeline infrastructure, the rapid growth in liquids production, both of oil and wastewater, has vastly increased regional road traffic. This increased vehicle traffic has been a major challenge for every county we examined in the region, and not all counties have been able to keep up with industry-driven damages.

This is in part due to the inability of counties to utilize their general fund ad-valorem property tax revenues for road construction and maintenance. While allocations of the state's Gross Production Tax provides revenue for county road funds, these revenues have generally not been sufficient, and local officials in each county we examined noted that they would be better off if they could use other revenue sources to manage road damage caused by oil and gas industry traffic. Another common concern in the region relates to earthquakes that have caused damage to public property and may create risks to property values region-wide (Standard and Poor's 2015; Walsh & Zoback 2015).

#### 3.6.2.1.1   Alfalfa County, OK

Alfalfa County (pop. ~5,800) has seen enormous growth in drilling in recent years, and while this activity has generated positive fiscal outcomes for most county government operations, the county has not been able to keep up with road damage brought about by increased industry vehicle traffic. In 2013, 330 wells were completed in Alfalfa County, up from just 15 in 2009. On a per capita and area basis, more wells were drilled in Alfalfa County than any other Oklahoma county in 2013, and the county was among the leaders nationwide in drilling density.

BLM_0062470

This increased activity has brought about a surge in government revenue from a variety of sources. Property taxes account for roughly 25 percent of the county's revenue, and assessed value has more than doubled from $44 million in 2005 to $92 million in 2013 (OK State Auditor and Inspector 2003-2013). The county's cumulative end-of-year fund balances have grown from $6 million in 2005 to $27 million in 2014, general fund revenues grew from $1.2 million to $3.9 million, and highway funds have grown from $2.3 million to $11.8 million over the same period. This growth has been driven by property taxes, sales and use taxes, and—for the highway fund—allocations of the Gross Production Tax. Local officials attribute this revenue growth entirely to oil- and gas-driven economic activity.[47]

Despite the new revenues, Alfalfa County has not been able to keep up with demand for road repair, which local officials estimate to be $100 million or more due to oil and gas traffic. It appears that the county's infrastructure was simply not prepared to accommodate the rapid growth in vehicle traffic. Just 20 percent of Alfalfa County's 1,510 miles of road are paved (OK Department of Transportation 2015), and county commissioners stated that "even our good bridges are caving in." Oil and gas companies have made some in-kind contributions, but the donations have been irregular and insufficient to manage the demand for materials and labor. They have also been unpredictable: Some companies have made contributions, while others have not. What's more, regional managers for a single company can differ in their approach, with one manager providing contributions while another from the same company does not. This inconsistency makes it more difficulty for the county to prioritize and plan for repairs.

Increased road damage has led the county road crew to grow from 30 to 45 full-time staff, and demand for other services has grown. Demand for law enforcement and judicial services have grown, as the increase in temporary population has led to increased traffic incidents, DUIs, and assaults such as fights in bars. The sheriff's office increased its staff from two to five, which is attributable entirely to oil and gas-related demands. The county has also struggled with workforce retention, losing some of its best staff despite increasing wages to $17.65 per hour for starting employees.

Overall, local officials describe oil and gas activity as very positive for their county's economic health and they note a number of projects, such as improved ambulance services, which they would not have been able to afford had oil and gas activity not boosted revenues. However, they note two primary concerns: (1) demand for road repairs has far outweighed revenues, leaving county roads in poor condition, and (2) quality of life has declined across much of the county, with

---

[47] Based on interview with Alfalfa County commissioners Doug Murrow, Chad Roach, and Ray Walker, Dec. 8, 2014, in Cherokee, OK.

BLM_0062471

increased traffic and noise changing the character of the rural region. County officials are concerned that both of these issues may negatively affect the attractiveness of their county for future residents and businesses.

### 3.6.2.1.2   Grant County, OK

At 15 percent, Grant County (pop. ~4,500) has a lower proportion of paved roads than any other Oklahoma county we examined (OK Department of Transportation 2015). Like Alfalfa County, Grant County has seen large increases in revenue from a variety of sources, and this revenue has been beneficial for some aspects of the county's fiscal health. But the county is restricted in how and where it can spend its various revenue sources, making it difficult to allocate resources to the areas most in need. Perhaps more importantly, new revenues have not been sufficient to manage increased damage to Grant County roads associated with increased oil and gas vehicle traffic, which local officials describe as devastating.[48]

Although its population has declined steadily over the past decade, Grant County's revenues have grown substantially due to oil and gas activity. From 2005 to 2013, total county revenues roughly tripled from $4.7 million to $15 million, and the county's end-of-year fund balance grew from just $240,000 to roughly $2 million over the same period. These revenues were driven by two main sources. First, property tax revenues grew substantially, driven by an increase in countywide assessed value from $84 million in 2005 to $114 million in 2013 (OK State Auditor and Inspector 2003-2013). Oil and gas property accounted for 40 percent of this assessed value; 86 percent if processing facilities, compressor stations, and gathering lines are included (OK Tax Commission 2014). Second, sales tax revenues grew from $270,000 in 2005 to $4.7 million in 2013, a more than 17-fold increase, which local officials attribute entirely to oil and gas activity.

Allocations from the Gross Production Tax have increased, but because these allocations lag one year behind production levels and most new production had occurred in the year prior to our visit, revenues had been relatively modest as of the end of 2014. The county has one oil and gas lease, which generated $100,000 in bonus payments in 2013, and it has also received some small in-kind donations in the form of help with road damage from companies and the donation of a used vehicle for the sheriff's office. However, assistance from companies with road repair has been sporadic and has not come close to mitigating the damage county-wide.

Costs for roads have increased in a variety of ways. Vehicle traffic on many county roads has grown from roughly 10 vehicles per day to 2,000 vehicles per day, many of them heavy trucks. Local officials report that roads which previously had been repaired every 15 to 20 years now require

---

[48] Based on interview with Grant County commissioner Cindy Bobbitt, Dec. 9, 2014, in Medford, OK.

BLM_0062472

annual repairs. With over 1,200 miles of unpaved road in Alfalfa County, this type of maintenance schedule is simply not feasible. Along with demand for repairs, costs for contractor services have grown rapidly due to increased demand from the oil and gas sector. In the 18 months prior to our visit, the county had spent $1.5 million on truck services hauling rock to road maintenance sites, and an additional $1.5 million for the rock itself—far more than in previous years. Damage to bridges has also been substantial, as Grant County needed to repair 13 bridges in 2014, with many more in need of repair due to oil and gas vehicle traffic.

Along with roads and bridges, costs for a variety of other services have grown. Crime has grown substantially due to increased population driven by the oil and gas workforce, and local officials estimate that law enforcement spends roughly 90 percent of their time on oil and gas related issues, either traffic incidents or criminal incidents such as DUIs and bar fights. This increased demand has forced the sheriff's department to expand its staff from 8 to 13, but this has not been enough to keep up with demand. At the time of our interview, the county wanted to expand its sheriff service to 24 hours per day, but did not have the funds to pay for this expansion. In addition, EMS calls have grown, and fees associated with those calls have not grown as rapidly as costs. Finally, workforce retention in the sheriff's office and the road and bridge crew has been a major challenge. Grant County has raised its wages roughly 20 percent in the past year, but still was unable to attract or retain the workforce it needed.

Other aspects of county government have benefited from oil- and gas-driven revenues. The county is building a new $500,000 records facility, which was long-needed but only made possible with new revenues. In addition, the county has put $1 million in reserve funds, a savings account it had never had before. However, the inability to spend new revenues on the most acute demands— roads and bridges—has meant that the overall fiscal effects for Grant County have been negative.

### 3.6.2.1.3   Woods County, OK

Woods County (pop. ~9,000) has had a similar experience with its two neighbors in the Mississippian Lime region. Revenues have grown rapidly with oil and gas activity, but have not been sufficient to keep up with demand for road repairs. Because of restrictions on which revenues can be spent for which purposes, certain aspects of county finances have become stronger, while others—namely roads and bridges—have suffered. In addition, the volatility of key revenue sources, particularly the Gross Production Tax (which is tied to oil and gas prices), has made it virtually impossible for local officials to plan their annual expenditures, and Woods County has operated without a budget plan for their roads and bridges over the past several years.

Total revenues for Woods County grew from $1.6 million in 2005 to $5.3 million in 2013, and the total end-of-year fund balance has more than tripled from $3.5 million to $11 million over

BLM_0062473

the same period (OK State Auditor and Inspector 2003-2013). Like other counties in the region, this growth has been driven by property taxes associated with oil and gas property and sales and use taxes driven by industry-related economic activity. In 2013, 42 percent of Woods County's net assessed value came from oil and gas properties, a figure that grows to 87 percent when compressor stations, oil storage facilities, and other equipment are included (OK Tax Commission 2014). Assessed value in the county grew from $70 million in 2005 to $120 million in 2012, the most recent available year, attributable almost entirely to oil and gas property.[49]

Allocations from the state Gross Production Tax have grown with production, but as noted above, volatility has created planning challenges for local officials, and revenues have not been sufficient to manage road damage caused by industry traffic. In-kind contributions from operators have been helpful in some cases, but they are ad-hoc, and have done little in the way of managing the county-wide challenge. Woods County has over 1,200 miles of unpaved roads (OK Department of Transportation 2015).

Staff costs have grown substantially across the county government. The county has added five new staff to the road crew and would like to add more, but does not have the funds. In addition, local officials are cautious to add permanent staff positions due to the volatility of revenue sources such as the Gross Production Tax. Workforce retention has been a modest issue in the sheriff's office, but Woods County's workforce is slightly older than other counties we examined, and turnover has been less of a challenge. Finally, demand for sheriff and EMS has grown rapidly with the increased oil and gas workforce. Demand has risen in part due to increased vehicle traffic and accidents, as well as increased criminal activity. County commissioner Randy McMurphy states that the increase in temporary population has brought "more good people and more bad people" to the community.

### 3.6.2.2　Municipal-level experience in Mississippian Lime region, OK

#### 3.6.2.2.1　Cherokee, OK

Local officials in Cherokee (pop. ~1,500), the seat of Alfalfa County, report that oil and gas activity has been very positive for city finances. The city has been able to create a savings funds for the first time, and although there have been some costs associated with industry activity, the city has been able to make capital upgrades that had been needed for years.

Cherokee relies primarily on sales taxes to provide city services, and local officials estimate that these revenues have roughly doubled in the past several years due to oil and gas activity (precise

---

[49] Based on interview with Woods County commissioner Randy McMurphy, Dec. 9, 2014 in Alva, OK.

BLM_0062474

figures were not available).[50] The city has also benefited from an oil and gas lease on city property, which has generated $15,000 to $20,000 over the past several years (again, precise figures were not available). Increased revenues from both of these sources have allowed Cherokee to invest in long-needed repairs to its aging sewer and water infrastructure.

The city has also experienced some substantial costs. Local officials report that oil- and gas-driven population growth has led to roughly $300,000 in sewer and water line extensions. Demand for police has also increased due to increased vehicle traffic and accidents, along with increased assaults at local bars and restaurants. However, the city has not needed to expand its police force or purchase new equipment. Perhaps the largest challenge for Cherokee has been related to workforce retention, which has been a major issue. The city has raised its wages and other benefits, but still struggles to retain a skilled workforce. Although precise figures were not available, local officials state that these challenges, while notable, have been small relative to the fiscal benefits driven by increased economic activity.

### 3.6.2.2.2   Helena, OK

Helena's population is listed as roughly 1,400 in the U.S. Census' 2014 estimate. However, roughly 1,000 of those residents are housed in a large state prison within city limits, leaving 400 permanent residents in this Alfalfa County town. Like Cherokee, a 25-minute drive to the north, it has also experienced fiscal benefits from oil and gas activity. Helena relies primarily on sales tax revenues, which have increased substantially with oil and gas activity from roughly $135,000 in 2010 to a peak of $205,000 in 2013, then down to $164,000 in 2014. Though a smaller revenue source, revenues from police fines have also tracked oil and gas activity, driven by traffic violations (see Figure 18). Helena has also benefited from a lease on city land, which raised roughly $80,000 in bonus payments.

---

[50] Based on interview with Cherokee mayor Karen Hawkins on Dec. 8, 2014, in Cherokee, OK.

BLM_0062475

**Figure 18: Revenues in Helena, OK and well completions in Alfalfa County**



Data source: Helena, OK city clerk and treasurer's offce. DI Desktop for well completions.

Although demand for police services have increased, the town has not needed to hire new staff or purchase new equipment, and local officials describe the increase in activity as easily manageable.[51] In part, the population-driven impacts seen in Cherokee and Medford have been limited in Helena by an ordinance preventing trailer parks from locating within the town. This has reduced the number of oil and gas workers commuting in and out of the community. Local officials do not report any other substantial costs associated with industry activity.

### 3.6.2.2.3   Medford, OK

At just 1.1 square miles, Medford (pop. ~1,000) is a small city, but is the seat of Grant County. The city relies primarily on sales taxes, and rapid growth in these revenues have enabled it to invest in a variety of capital projects that had been needed for years. Although certain costs and service demands have also increased, the net effects of increased oil and gas activity has been a large net positive. However, local officials did express concern over earthquakes in the region potentially damaging property and harming the economic viability of the city.

From 2001 through 2010, annual sales tax revenue in Medford hovered a little above $200,000. But in 2011, oil and gas-driven economic activity began boosting sales, which spiked in 2013,generating $712,000 (Medford City Manager's Office 2014). Revenues appeared to have slowed at the time of our visit in 2014, but still remained far above their pre-boom levels. Medford has also

---

[51] Based on interview with Helena city clerk and treasurer Cynthia Wayman, Dec. 8, 2014, in Helena, OK.

BLM_0062476

generated revenue from a lease on roughly 120 acres of city land, which generated $100,000 in bonus payments and royalties ranging from $5,000 to $20,000 per month since 2012. In addition, the city has made bulk water sales to operators for hydraulic fracturing, generating $3,500 to $5,000 per month since 2012.[52]

Medford has also seen increased demand for services, primarily due to increased oil and gas traffic. Roads have not been substantially damaged, but police and fire services have seen an uptick in calls. This increased demand has added strain to existing staff, but the city has not needed to add new personnel or equipment. A distinct concern relates to earthquakes, which have increased in the region and appear to be caused by increased volumes of oil and gas wastewater disposal (Walsh & Zoback 2015). These earthquakes have not caused major damage in Medford, but according to local officials, city residents have increasingly been reporting small cracks in their homes and businesses, leading to fears that property damage will worsen if the earthquakes continue. Despite some attention from state officials to monitor and potentially reduce injections at problematic sites (Wines 2015), a substantial number of earthquakes continue. For example, from June 16 through July 16, 2015, 159 earthquakes of magnitude 2.5 or greater occurred in north-central Oklahoma and south-central Kansas, including a 3.9-magnitude quake in Alfalfa County (U.S. Geological Survey 2015).

### 3.6.3   Woodford shale region, OK

The Woodford was one of the first shale formations that achieved large scale production, following just a few years after Texas' Barnett shale. Production centered in Coal and Pittsburg counties, about two hours' drive southeast from Oklahoma City.  While Pittsburg County had produced natural gas commercially for decades, Coal County saw its first large-scale activity in the late 2000s and production increased dramatically in Pittsburg County (see Figure 19). As natural gas prices collapsed to below $2/MMBtu in 2012, drilling activity and production declined, and there were no rigs operating in the region during our visit.

---

[52] Based on interview with Medford, OK city manager Dia Mandevill, Dec. 8, 2014, in Medford, OK.

BLM_0062477

**Figure 19: Natural gas production in Coal and Pittsburg counties**

natural gas production (billion cubic feet)



Data source: DI Desktop

### 3.6.3.1    County-level experience in Woodford shale region, OK

The Woodford shale region is far more densely populated than either of the other two Oklahoma regions we examined, with 22.8 people per square mile compared with 3.3 in the Anadarko basin region and 6.1 in the Mississippian Lime region. This fact suggests that local governments in the region have a more diverse tax base and greater overall government capacity thanks to more residential and commercial property and greater sales volumes. In addition, the two counties have a greater proportion of paved roads than any other county in our survey, with 37 percent of roads paved in Coal County and 54 percent in Pittsburg County (OK Department of Transportation 2015). The more robust infrastructure and government capacity in the Woodford region has helped limit new costs for county and municipal governments associated with oil and gas development, and enabled all local governments in the region to experience net fiscal benefits from drilling and production in the Woodford shale.

#### *3.6.3.1.1    Coal County, OK*

As its name suggests, the economy of Coal County (pop. ~5,900) was heavily reliant on coal mining from its inception near the end of the 19th century through the 1950s. Later in the 20th century, manufacturing played a large role in the local economy, but has faded in recent decades. This decline in economic activity limited government revenue and services for much of the 1990s and early 2000s. Consequently, the surge in economic activity generated by Woodford shale

BLM_0062478

development in the mid- to late-2000s is characterized by county commissioner Johnny Ward as "the best thing that ever happened" for county finances.[53]

Total revenues for the county have grown from roughly $2.4 million in 2002 to nearly $7 million in 2010, the most recent available year (OK State Auditor and Inspector 2003-2013). Revenues have declined in recent years due to decreased natural gas drilling and production, but remain well above the levels of the early 2000s. Property tax revenues have been boosted by a surge in natural gas property, which accounts for 46 percent of assessed county-wide valuation. This figure grows to 96 percent, the highest proportion of any county in Oklahoma, when processing plants, refineries, compressor stations, and gathering lines are included (OK Tax Commission 2014). Sales and use tax revenues have grown from $234,000 in 2002 to $1.6 million in 2010, and local officials attribute this growth entirely to Woodford shale activity.

Allocations of the state's Gross Production Tax have grown from roughly $20,000 per month before Woodford shale activity to a peak of roughly $200,000 per month, and in 2014 were roughly $160,000 per month. The county also leased roughly 45 acres for natural gas production, generating roughly $35,000 per year in lease payments and royalties. In addition, in-kind contributions from operators have been substantial. Local officials estimate that companies helped repair roads on roughly 75 percent of the wells that have been drilled, along with small donations to local schools, fire, and EMS departments.

New costs and demand for services associated with shale development have been noticeable but manageable for the county. Road costs have grown substantially primarily due to rising materials and contractor costs. Local officials attribute this rise to increased demand from operators constructing well pads, roads, and other infrastructure, though they have not been able to quantify the effects. Demand for law enforcement and EMS has also grown, primarily due to increased industry vehicle traffic. This has increased the workload for local services, and resulted in the hiring of five to seven new staff in law enforcement and the county clerk/recorder's office, which saw increased demand for property records. Workforce retention has also been a modest challenge, with the county losing two or three staff to oil and gas firms and raising wages by 5 percent to 10 percent to compete.

Other expenditures have increased for the county, but local officials describe these new costs as projects that have been enabled by oil- and gas-driven revenue rather than demands that were necessitated by the industry. For example, the county has in recent years built a new building for the sheriff's department and the local Oklahoma University Extension branch, and made a major renovation to its community center, which primarily serves local seniors and youth.

---

[53] Based on interview with Coal County commissioner Johnny Ward, Dec. 12, 2014, in Coalgate, OK.

BLM_0062479

### 3.6.3.1.2    Pittsburg County, OK

Pittsburg County (pop. ~44,700) is the most densely populated county we examined in Oklahoma, and is anchored by the city of McAlester. Overall, Woodford shale development has been a net positive for county finances. Although keeping up with demand for road repairs has been a challenge at times, the county's overall fiscal health has improved due to increased revenues related to oil and gas development.

Overall revenue for Pittsburg County has grown from roughly $11 million in 2005 to $22 million in 2013, and the county's end-of-year fund balance has grown from roughly $4 million to nearly $20 million over the same period (OK State Auditor and Inspector 2003-2013). This buildup in funds was made possible by large surpluses in the most active drilling years of 2007 through 2010. One leading revenue source during this period were sales and use taxes, which grew from roughly $400,000 per month to a peak of $900,000 per month, and in 2014 stood near $500,000 per month. Local officials attribute most of this additional revenue to Woodford shale activity.[54] The second leading source has been allocations of the Gross Production Tax, which peaked as high as $700,000 per month, and in 2014 generated roughly $225,000 per month.

Oil and gas property accounts for 16 percent of overall assessed property value (45 percent when processing, gathering, and compression facilities are included), a relatively modest sum compared with neighboring Coal County, but still a large share of Pittsburg County's tax base (OK Tax Commission 2014). Oil and gas leases on county property have generated up to $3,000 per month in certain months, but in 2014 were generating closer to $500 per month, as production fell and no new wells were drilled in recent years. In addition, in-kind contributions from operators have been helpful for road repairs, though this assistance is provided on an ad-hoc basis and local officials were not able to quantify the magnitude of the contributions.

Road damage has been the primarily challenge for Pittsburg County, and during the peak of activity, the county was not able to keep up with demand for road repairs. However, the county has in recent years been able to catch up as industry activity slowed and revenues remained strong. Part of the challenge in Pittsburg County is related to a road classification issue with the state of Oklahoma. Pittsburg County contains nearly 1,700 miles of roadway, but because just 1,200 miles of these roads are "certified" according to state funding rules, the county does not receive state aid to maintain the approximately 500 miles of its roads that are not certified. As a result, road maintenance is a challenge in Pittsburg County regardless of oil and gas activity, and heavy drilling in the late 2000s exacerbated this issue.

---

[54] Based on interview with Pittsburg County commissioner Kevin Smith, Dec. 10, 2014, in McAlester, OK.

BLM_0062480

Other county government costs related to oil and gas development have been modest. Call volumes increased for the county sheriff and EMS offices, but neither department added staff. Workforce retention was a small issue, as the county lost only a few staff members to the oil and gas sector and did not raise wages to compete. Similar to Coal County, Pittsburg County did see new capital expenditures, spending $10 million for a new jail and $9 million for a new courthouse – paying cash in both cases. These upgrades had been needed for many years, and local officials describe the projects as enabled by oil and gas revenues rather than necessitated by increased demand for services.

### 3.6.3.2   Municipal-level experience in Woodford shale region, OK

#### 3.6.3.2.1   *Coalgate, OK*

Coalgate (pop. ~1,900) is the seat of Coal County, and has struggled economically in recent years due to the closing of a clothing manufacturing plant, which employed hundreds of residents and provided much of the economic base for the community. City manager Roger Cosper stated that oil and gas activity "saved our bacon" by supporting tax revenues and providing new employment opportunities for residents.[55] The city has also seen increased costs, which have faded over time while revenues remain higher than before Woodford shale development.

Coalgate relies primarily on sales and use taxes for its general fund, and these revenues more than doubled in the late 2000s due to increased economic activity associated with shale development. With the slowdown in drilling, these revenues have declined, but remain well above their pre-boom levels. Hotel taxes and leasing revenue from a small plot of city land have also contributed, adding roughly $3,000 per month in 2014, though they were higher during the most active years of development. The city sells bulk water to operators for hydraulic fracturing, which has generated an estimated total of $250,000 since Woodford shale development began in earnest. Finally, in-kind donations have been substantial, with companies donating an estimated $4,000 to $5,000 per year in specialized fire and EMS equipment, along with providing training for fire and EMS personnel in dealing with oil- and gas-related accidents.

Costs associated with shale development were large during the most active years of development, but have faded over time. Demand for law enforcement, EMS, and fire all increased substantially due to vehicle accidents; calls for accidents at oil and gas facilities; and increased DUIs, bar fights, and other issues generated by the oil and gas workforce. The city added two police positions to manage these issues, which added roughly $150,000 per year in new costs. In addition, workforce retention has been a major challenge, and the city lost roughly one-third of its workforce

---

[55] Based on interview with Coalgate city manager Roger Cosper, Dec. 12, 2014, in Coalgate, OK.

BLM_0062481

during the initial surge in activity in the mid-2000s. This issue has continued, with Coalgate struggling to find high-quality staff to fill these positions.

Coalgate's largest recent expenditure was $1.5 million for a new EMS/police/fire/911 dispatch building. This investment was needed because of increased oil- and gas-related demand for services, and would not have been possible without increased revenues from oil and gas activity (the city paid $1.2 million in cash). As a result, Coalgate now has improved public health and safety services and, while shale development made this investment necessary, local officials see the facility as a major improvement and an overall benefit for the community.

### 3.6.3.2.2   Krebs, OK

Krebs (pop. ~2,000) lies just east of the much larger city of McAlester in Pittsburg County. Because of its small size and limited base for revenue, the city has seen little in the way of fiscal impacts from Woodford shale activity. Local officials report that the overall fiscal impact has been roughly neutral, with modest revenue growth coupled with increased costs from industry-related road damage.

Krebs relies heavily on sales and use taxes, which in FY 2012 generated roughly half of its general revenue (OK State Auditor and Inspector 2003-2013). Local officials report that shale development modestly boosted these revenues, but the effects were limited because most retail activity occurs across the border in the larger city of McAlester.[56] Krebs received roughly $4,000 in leasing revenues for 140 acres of city-owned land, a surprisingly small sum of roughly $29 per acre, and no production has yet occurred. There has also been one in-kind donation of a used pickup truck, which has been helpful for a city with limited revenues.

Costs have also increased due to oil and gas activity, primarily from two causes. First, road damage has been an issue, as two oilfield service firms located within the city have generated substantial heavy vehicle traffic on city streets. Sewer costs have also grown, as one oil and gas facility has caused a substantial increase in runoff, negatively affecting the city's sewer treatment plant. Local officials were not able to quantify the magnitude of these challenges, estimating that the benefits have roughly equaled the costs.

### 3.6.3.2.3   McAlester, OK

McAlester (pop. ~18,000) is the seat of Pittsburg County, and is the largest city in the Woodford shale region. Its economy is more diversified than its neighbors and, although the effects have been fairly modest, Woodford shale activity has generally been positive for city finances. Prior

---

[56] Based on interview with Krebs city manager Ed Klink, Dec. 11, 2014, in Krebs, OK.

BLM_0062482

to Woodford shale activity, the city ran an annual deficit each year between 2004 and 2007. In 2008, when a new city manager took over and cut costs, Woodford shale activity substantially boosted revenues, leading the city to surplus in every year since 2008.

Like other cities in Oklahoma, McAlester relies heavily on sales and use taxes for general revenues. Woodford shale development was the primary driver of an increase in these revenues from $10.8 million in 2004 to a peak of $15.8 million in 2008. Revenues fell to $13.7 million in 2010, but had returned to $14 million by 2013, the most recent available year (OK State Auditor and Inspector 2003-2013). Hotel tax revenues also grew substantially, from $115,000 in 2004 to a peak of $686,000 in 2008, with an occupancy rate of 96 percent.[57] In 2013, revenues were $471,000. Leasing revenues for McAlester are also substantial, with $1.1 million in royalties in 2014 from natural gas production on city-owned land. In addition, the city has received several used pickup trucks from companies as in-kind contributions, and has made roughly $250,000 in bulk water sales to operators for hydraulic fracturing.

Direct costs for the city have been modest. Because of its substantial size and pre-existing government capacity, increased service demands were not a major challenge. The city has laid off a substantial number of employees in recent years, but this was due to pre-existing fiscal issues (as noted above, the city had been running deficits for years prior to 2008). However, the oil and gas sector did contribute somewhat to these fiscal challenges primarily due to workforce retention issues. In the mid-2000s as Woodford shale activity began in earnest, the city increased salaries to retain staff. This increase contributed to, though it was not the primary cause of, McAlester's fiscal woes. The city manager notes that heavy government reliance on oil- and gas-related revenues is not an ideal situation, and that economic diversity has been a priority for the city in recent years.

## 3.7   Utah

### Table 21. Utah County Summary

| | |
|---|---|
| Major revenue source(s) | Property tax<br>Lease revenues<br>Sales tax |
| Major cost(s) | Roads<br>Workforce retention<br>Law enforcement |
| Net fiscal impact | Medium net negative to large net positive |

---

[57] Based on interview with McAlester city manager Peter Stasiak, Dec. 11, 2014, in McAlester, OK.

BLM_0062483

**Table 22. Utah Municipality Summary**

| | |
|---|---|
| Major revenue source(s) | Lease revenues |
| | Sales tax |
| Major cost(s) | Roads |
| | Emergency services |
| | Workforce retention |
| Net fiscal impact | Medium to large net positive |

### 3.7.1   Uintah basin region, UT

Eastern Utah's Uintah basin boasts an array of natural resources, including large deposits of conventional oil and gas, tight sands, oil sands, oil shale (aka kerogen), and more. Hydrocarbons have been produced from the region for decades, but activity has increased substantially in recent years, first in Uintah County due to growing natural gas production (see Figure 20) and then from oil production in Uintah and neighboring Duchesne County (see Figure 21).

**Figure 20: Natural gas production from leading Uintah Basin counties**

natural gas production (billion cubic feet)



Data source: Utah Department of Natural Resources, Oil and Gas Division (2015).

BLM_0062484

**Figure 21: Oil production from leading Uintah Basin Counties**

oil production (million barrels)



Data source: Utah Department of Natural Resources, Oil and Gas Division (2015). Carbon County is not included in this figure because its oil production is minimal (61,399 barrels in 2014).

The primary types of oil produced in Duchesne and Uintah counties are known as "black wax" and "yellow wax," heavy oils with high paraffin content (parrafin is an important component for waxes and industrial lubricants). Because this oil does not flow at room temperature, producers need to heat the oil underground before it can be pumped to the surface. Transporting the oil via pipeline from the Uintah basin is not economical, as the oil must remain at a high temperature so that it does not solidify. To overcome this challenge, operators have turned to specially-designed insulated trucks that carry the waxy oil roughly three hours west to refineries near Salt Lake City. In addition, a number of crude-by-rail facilities have emerged in Carbon County that can handle the waxy crude, providing another option for shipping to more distant refineries.

Because of these logistical issues, heavy truck traffic in the area is constant, and state revenue allocation policies have not always provided sufficient revenue for local governments to manage the impacts associated with this activity. Local governments in Utah may apply their ad valorem property taxes to oil and gas property, including to the value of the reserves. They also typically collect sales taxes, which are supported directly by oil and gas equipment sales and indirectly by oil- and gas-related economic activity.

Utah allocates a portion of its severance tax collections to the Uintah Basin Revitalization Fund, which provides grants and loans to local governments in Duchesne and Uintah Counties, and the Ute tribe living on the Uintah or Ouray Reservations. From FY 2011 through FY 2013, these allocations totaled roughly $32 million (Uintah Department of Workforce Services 2015). However, a more substantial source comes from revenues generated by federal oil and gas leases, allocated to

BLM_0062485

communities through grants and low-interest loans administered by a state Community Impact Board (CIB). Between fiscal years 2010 and 2014, the state collected roughly $770 million from oil and gas production on federal lands, with 78 percent generated in Carbon, Duchesne, or Uintah Counties. Roughly half of this revenue went to the CIB for future grants and loans to local governments. However, just 56 percent of grant and loan awards went to these three counties over the same four-year period, with the remainder allocated to other county and municipal governments across the state (Utah Permanent Community Impact Board 2014).

### 3.7.1.1    County-level experience in Uintah basin region, UT

Counties in Utah maintain rural road networks, provide public health and safety services, maintain county-wide property records, and more. Property taxes tend to be the largest source of revenue for counties, with a substantial share of property valuation in eastern Utah provided by oil and gas reserves and equipment.

#### 3.7.1.1.1    *Carbon County, UT*

Carbon County (pop. ~21,000), where population decline and stagnant economic growth has been the norm since roughly 1980, has faced greater fiscal challenges than any other local government we examined in Utah. Carbon County, which neighbors Uintah and Duchesne to the south, is home to several large rail terminals, where trucks deliver black and yellow wax for shipment to more distant refineries. Due primarily to road damage associated with heavy vehicle traffic, it appears that revenues have not been sufficient to manage the impacts associated with oil and gas development in and around the county.

Carbon County has relatively little oil and gas production within its borders, and most of the production that does occur is on private, rather than federal, land. Since Community Impact Board grants are funded solely by production from federal lands, Carbon County has seen less funding than its northern neighbors, despite bearing a large share of the costs associated with heavy truck traffic from the nearby oil fields. From 2010 to 2014, local governments in Carbon County received roughly $86 million in CIB grants and loans, well below the $104 million and $122 million awarded to Duchesne and Uintah counties, respectively (Utah Permanent Community Impact Board 2014).

Local officials describe these CIB allocations as very helpful, but other revenue sources have not kept pace with demand for services.[58] Oil and gas property in 2013 accounted for 23 percent of county-wide assessed value, but property tax revenues have grown slowly, rising from $5.7 million in

---

[58] Based on interview with Carbon County clerk-auditor Seth Oveson and director of economic development Tami Ursenbach, April 28, 2015, in Price, UT.

BLM_0062486

Case No. 1:20-cv-02484-MSK   Document 46-20   filed 04/28/21   USDC Colorado   pg 45 of 86

2005 to $7.1 million in 2013. Sales tax revenues have been stagnant—hovering around $2 million each year since 2005 (Utah State Auditor 2005-2014).

Local officials have crafted "encroachment ordinances," which require oil and gas operators to pay for any "extraordinary" uses of county roads. While these agreements have been helpful, they have not been sufficient to manage increased demand for repairs. A recent upgrade to one long stretch of road located in the historic Nine-Mile Canyon area cost $36 million, paid for with $5 million in county funds, $10 million from industry, and the remainder from the state and neighboring Duchesne County, where most of the oilfield traffic originates. However, local officials describe road maintenance issues as a continued challenge.

A variety of other costs have created fiscal challenges for the county. Although population has declined, law enforcement has grown from roughly eight officers to 18 as increased oil and gas activity in remote areas has required more officers and more regular patrols. A variety of emergency services have also expanded to accommodate the industry, with the county ambulance fleet growing from four to six and adding staff to cover its expanded service area. In addition, the new oil-by-rail terminals around the county require specialized fire equipment and training. At the time of our interview, county officials did not have the funds to purchase the equipment they believe is needed to manage potential emergencies at these terminals.

Overall, local officials in Carbon County describe the oil and gas industry as a large benefit for the county's economic health and its employment base, as other industries such as coal mining have struggled in recent decades. However, the county government faces a number of high costs associated with the industry and revenues have not kept pace with growing demand for services.

### 3.7.1.1.2   Duchesne County, UT

Duchesne County (pronounced due-SHAYNE, pop. ~20,000) has seen a surge in oil production in the past 10 years. The region had experienced smaller "booms" in previous decades and, as a result, a substantial number of oil- and gas-service firms existed prior to the uptick in drilling and production in the 2000s. Because of this existing workforce, rapid growth in industry activity did not lead to rapid population growth, limiting any increase in demand for services that can occur in regions with rapid in-migration of workers. Because of this limited population growth and substantial new revenues, oil and gas activity in the Uintah basin has been a large net positive for the county's finances.

From 2005 through 2013, tax revenues for Duchesne County grew sharply, with property tax receipts rising from $3.4 million to $8.6 million, and sales tax collections growing from $1.7 million to $4.5 million (Utah State Auditor 2005-2014). In 2013, 44 percent of county-wide assessed valuations were from oil and gas property (Utah State Tax Commission 2013), and local officials

BLM_0062487

attribute increased sales tax receipts primarily to oil and gas activity.[59] In addition, the county government has received nearly $8 million in grants and loans from the CIB from 2010 to 2014, while the Duchesne County Special Service District (which is an independent entity but provides similar services such as road maintenance and repair) has received nearly $28 million over the same period (Utah Permanent Community Impact Board 2014).

Road and bridge costs have been substantial across Duchesne County. Because virtually all of the oil produced within the county is shipped via truck, heavy vehicle traffic across county roads is substantial. Operators sometimes repair the roads that they damage or make cash contributions to the county government for repairs, but these contributions are informal and irregular, often increasing when oil prices are high and falling when they are low. From 2005 to 2013, expenditures on roads grew more rapidly than any other category, increasing from $1.9 million (15 percent of total expenditures) to $6.6 million (28 percent). These increased expenditures have not always been enough to keep pace with demand. In recent months, the county reverted one large stretch of road from paved to gravel because of damage caused by oilfield traffic.

Workforce retention is the second-leading issue for the county. Maintaining adequate staffing in the sheriff's department and the county-run prison (which houses prisoners from across the state) has been a particular challenge, largely attributable to the high wages offered in the oil and gas sector.

### 3.7.1.1.3    Uintah County, UT

Uintah County (pronounced you-IN-tuh, pop. ~36,000) has historically been Utah's leading oil and gas producer, and its economy is heavily dependent on the oil and gas sector. In roughly the past decade, technological advances have made large deposits of natural gas accessible, leading to a substantial increase in oil- and gas-related revenues along with increased industry-related costs. Similar to Duchesne County, production growth has not led to rapid population growth and overall it appears that revenues have easily outweighed increased costs and demand for services for the county government.

From 2005 through 2013, property tax revenues roughly doubled from $8.3 million to $16.6 million thanks largely to growth in oil and gas property (Utah State Auditor 2005-2014), which in 2013 accounted for 48 percent of county-wide valuation (Utah State Tax Commission 2013). During the most active drilling years of 2006 through 2008, sales tax revenues also grew dramatically from $6.6 million in 2005 to a peak of $13.8 million in 2008, then steadily declined to $7.9 million in 2013

---

[59] Based on interview with Duchesne County commissioner Greg Todd and director of economic development Irene Hansen, April 28, 2015, in Duchesne City, Utah.

BLM_0062488

(Utah State Auditor 2005-2014). These trends demonstrate clearly how sales tax revenues tend to fluctuate in step with oil- and gas-driven economic activity, while property tax revenues associated with oil and gas property tends to lag drilling and production (see Figure 22).



**Figure 22: New wells drilled and tax revenues in Uintah County**

Data sources: Drilling Info/DI Desktop for new wells entering production each year (completion data were not available). Utah State Auditor (2005-2014) for tax data.

Grants and low-interest loans from the CIB have also provided roughly $122 million between 2010 and 2014 for local governments within Uintah County. However, because county governments are effectively limited in the total revenues they can receive from the CIB, much of these allocations have gone to special districts established to oversee specific services, such as transportation and water management (Utah Permanent Community Impact Board 2014). As a result, these services have benefited county-wide, but the financial impact of CIB grants and loans do not appear directly on the county balance sheet. Unlike the other Uintah basin counties described above, Uintah County has generated substantially more revenue ($388 million) from federal lands than it has received in grants and loans between 2010 and 2014 ($122 million). However, local officials report that they are generally satisfied with the current revenue sharing arrangement.[60]

Costs and demand for services have also increased alongside oil and gas activity. Damage to roads and bridges have been substantial. However, because most oil and gas production takes place in little-traveled parts of the county, impacts to residents have been small. In addition, road

---

[60] Based on interview with Uintah County Commissioner Bill Stringer, April 27, 2015 in Vernal, UT.

BLM_0062489

maintenance agreements between the county and operators are common. As a result, oil and gas companies cause substantial road damage but pay heavily to make necessary repairs, while other local businesses and residents are not heavily affected. County spending on roads has ebbed and flowed with industry activity, growing from 14 percent of total expenditures in 2005 to 16 percent in 2008, then falling back to 13 percent in 2013. Spending needs have remained manageable in part due to grants from the CIB to the independent county-wide transportation district, which helps pay for needed repairs.

Workforce retention has been the largest challenge for the county government, particularly law enforcement and the county and special district road crews. High turnover rates are ever-present, and filling open positions has been a large challenge. These trends were exacerbated during the most active drilling years of 2006 through 2008, and the county has needed to raise its wages substantially to compete with the high-paying oil and gas sector. In addition, law enforcement demands tend to shift with industry cycles. During "boom" periods, there was increased demand due to DUIs and burglaries. During "bust" periods, the frequency of these crimes diminished, but assaults and domestic violence cases increased – possibly due to increased cohabitation, local officials speculate.

### 3.7.1.2   Municipal-level experience in Uintah basin region, UT

Cities in the Uintah basin raise revenue primarily through sales taxes, fees for services, and grants from the state and federal governments. Each of these revenue sources is affected directly or indirectly by oil and gas activity, the region's economic driver. The clearest direct link between oil and gas activity and revenue are grants and low-interest loans from the CIB, which have been substantial for all three cities. For all three cities we examined, revenues associated with the industry have easily outpaced increased costs or demand for services.

#### 3.7.1.2.1   *Duchesne, UT*

Duchesne, the seat of Duchesne County, is a small city (pop. ~1,800) with a population that has grown steadily over the past 15 years. In 2014, just 11 percent of the city's total revenues came from sales taxes, while a much larger portion came from charges for services such as utilities and grants from the state government. Grant awards from the CIB have easily been the largest revenue source associated with oil and gas development, led by roughly $5 million in grants and $2 million in low-interest loans between 2010 and 2014 (Utah Permanent Community Impact Board 2014). For a small city like Duchesne, these sums are very large, with total FY 2014 revenues totaling just $2.9 million (Utah State Auditor 2005-2014).

Sales tax revenues for the city are supported indirectly through oil and gas-driven economic activity and employment and, while precise quantification is difficult, local officials describe the

---

BLM_0062490

effect as very large.[61] Other revenues include hotel occupancy taxes from the city's single hotel, a five-acre plot of city property leased to an oil and gas firm for $25,000 in 2015, and a consistent revenue stream from bulk water sales of city water to oil and gas operators (precise figures were not available). Finally, in-kind contributions have been ad-hoc but substantial. For example, oil and gas companies donated $150,000 for the construction of the bulk water station, $20,000 to $30,000 in labor and equipment to construct new lighting at a city recreation center, and other donations to construct a veteran's memorial near city hall.

Duchesne has also seen some costs, led by damage to roads. Large trucks carrying black and yellow wax stream through Duchesne continuously, speeding road deterioration and occasionally causing acute damage. Local officials describe this issue as substantial, but generally manageable due to grants designed to address the problem by the CIB. Other city services such as water and wastewater, policing, and recreation, are affected indirectly by the oil and gas workforce, but increased oil and gas activity in the region has not led to a disproportionate increase in demand for these services. Finally, the city's EMS has seen an increase in calls to deal with incidents at well sites, along with increased training to manage potential accidents involving crude oil or other hazardous materials transported through the city by truck. However, the city has not needed to add new staff or increase expenditures substantially.

### 3.7.1.2.2   Price, UT

Price (pop. ~8,500), the seat of Carbon County, is a larger city than Duchesne, but its population has contracted somewhat over the past 20 years as coal mining and other manufacturing jobs have moved away. The city relies for revenue primarily on charges for services (52 percent of total revenues in 2014) and sales taxes (30 percent) (Utah State Auditor 2005-2014). There is relatively little oil and gas production near the city, but several crude oil rail terminals surrounding Price have boosted employment, economic activity, and heavy vehicle traffic. Overall, the recent increase in oil and gas activity has benefited city finances.

The city and its associated Water Improvement District, which provides sewer and water services, have received roughly $7 million in grants and $6 million in low-interest loans from the CIB from 2010 through 2014 to fund a variety of infrastructure improvements (Utah Permanent Community Impact Board 2014). These awards have been the leading revenue source associated with the oil and gas industry, but local officials also state that sales and property taxes are supported by the oil and gas workforce.[62] Price has raised roughly $200,000 from city-owned oil and gas leases, and one oil company has made donations of roughly $10,000 each year to the city fire department.

---

[61] Based on interview with Duchesne City mayor RoJean Rowley, April 28, 2015, in Duchesne, UT.

[62] Based on interview with Price director of finance Lisa Richens, April 29, 2015, in Price, UT.

BLM_0062491

Damage to roads and bridges from oil and gas traffic within the city has been an issue in Price, but local officials have not attempted to quantify the impacts, and describe the challenge as manageable. The leading quantifiable cost for the city has been in fire and EMS. Because of new crude-by-rail terminals near city limits, Price needs to spend roughly $150,000 for new trucks and expand its fire building to house these new vehicles. Officials are considering applying for a grant from the CIB to pay for these upgrades.

### 3.7.1.2.3    Vernal, UT

Vernal is the largest city in eastern Utah (pop. ~10,300) and has been growing steadily for the past 25 years. Oil and gas development has been the leading driver of this growth, and despite a number of challenges, local officials describe the industry as providing large fiscal benefits for both the local economy and for Vernal's public finances. Like other local economies heavily tied to the oil and gas sector, revenue has been highly cyclical, following trends in Uintah basin oil and gas development. As Figure 23 shows, sales tax revenues and, to a lesser extent, charges for services, tend to rise and fall with the number of new wells drilled and completed in the region.

**Figure 23: New oil/gas wells in Duchesne and Uintah Counties and revenue in Vernal, UT**



Data sources: Drilling Info/DI Desktop for new wells entering production each year (completion data were not available). Utah State Auditor (2005-2014) for tax and revenue data.

This revenue volatility poses a substantial planning challenge for the city. One way of addressing this challenge has been to utilize CIB grants and loans for major capital projects. Vernal has collected $7.4 million in grants and low-interest loans from the CIB from 2010 through 2014, with most of these awards targeted towards new buildings and office space. In addition, the city generally budgets cautiously, investing revenue from "boom" years in capital projects and being

BLM_0062492

prepared to cut certain expenses quickly during "bust" years.[63] Other revenues are also tied to oil and gas activity, but are less important for the city's overall finances. These include hotel tax revenues, property taxes, and small contributions from oil and gas companies for various community events.

Because Vernal is not located near the center of the oil- and gas-producing region, heavy vehicle traffic is limited, and has not been a major issue for the city. Indirectly, the oil and gas workforce affects most city services, including passenger vehicle traffic and demand for sewer and water services. Local officials report that demand for law enforcement is closely tied to oil and gas industry cycles, led by increased calls for traffic incidents, DUIs, domestic violence, and aggravated assaults (often at bars or restaurants). Similarly, demand for jail and judicial services, for which Vernal authorities only handle misdemeanors, has also tracked oil and gas activity.

The recent increase in oil and gas activity has led the city to expand its general administrative workforce by four or five staff, and workforce retention has grown as a challenge. The city regularly loses staff to the oil and gas sector, and the extent of the challenge tends to track oil and gas activity. Each of these issues have presented challenges for local officials, but have generally remained manageable.

## 3.8   West Virginia

### Table 23. West Virginia County Summary

| | |
|---|---|
| Major revenue source(s) | Property tax<br>Lease revenue<br>Severance tax |
| Major cost(s) | EMS services<br>Administrative staff |
| Net fiscal impact | Medium to large net positive |

### Table 24. West Virginia Municipality Summary

| | |
|---|---|
| Major revenue source(s) | Sales tax<br>Severance tax |
| Major cost(s) | City streets<br>Workforce retention<br>Law enforcement |
| Net fiscal impact | Roughly neutral to medium net positive |

---

[63] Based on interview with Vernal city manager Ken Bassett, April 27, 2015, in Vernal, UT.

BLM_0062493

### 3.8.1   Marcellus shale region, WV

While it is better known for coal production, West Virginia has also produced natural gas for decades. Since the early 2010s, this production has grown dramatically due to development of the Marcellus shale in the state's northern counties. We traveled to four of the leading natural gas producing counties (shown in Figure 24), and conducted interviews with two county governments and three municipalities. Drilling activity in the region has been substantial in the previous five years, with more than 20 wells drilled per hundred square miles (see Table A3). While this level of activity has certainly been noticeable for local officials, it has not caused a rapid increase in population due to the relatively dense population of the region (roughly 75 inhabitants per square mile, as shown in Table A1).

**Figure 24: Natural gas production from select West Virginia Counties**

natural gas production (billion cubic feet)



Data source: DI Desktop.

#### 3.8.1.1   County-level experience in Marcellus shale region, WV

Counties in West Virginia have collected revenue directly from a range of oil- and gas-related sources. First, counties in West Virginia apply their ad valorem property taxes to the estimated value of the underground resources. Second, the state government allocates 10 percent of oil and gas severance tax revenues to counties and municipalities (the lion's share of this allocation is retained by counties), with 75 percent flowing to oil- and gas-producing counties based on production volumes, and the other 25 percent flowing to counties based upon population levels (West Virginia Annotated Code 2015). Other revenues including leasing bonuses, royalties, and in-kind contributions have also been valuable for counties in the region. West Virginia counties do not levy sales taxes, minimizing any effect of indirect, population-based revenue effects.

BLM_0062494

Unlike most other states, West Virginia counties are not responsible for road maintenance and repair, as this responsibility falls upon the state Department of Transportation; nor are they responsible for human services, which are also provided by the state. However, counties do provide most other typical services such as law enforcement, record-keeping, and emergency services.

### 3.8.1.1.1   Marshall County, WV

Marshall County (pop. ~32,000) has seen a variety of new revenue sources associated with Marcellus development as well as some increased costs, demand for services, and damage to local roadways. Despite these various challenges, local officials describe the net fiscal impact to date as clearly positive.

Property tax revenue, largely driven by oil and gas property, grew from $5.5 million in 2005 to $8.7 million in 2013, and is projected at $13 million for 2016. Allocations of state oil and gas severance taxes also grew from roughly $25,000 in 2008 to $430,000 in 2013. This increase was helpful, as county revenues from coal severance taxes fell from $4.7 million in 2011 to $3.5 million in 2013, with further declines projected (West Virginia Auditor's Office 2005-2013a).

Other sources have been led by leasing revenues, with roughly $250,000 for a lease on 40 acres of county land, as well as a $2.1 million lease for land owned by the county parks and recreation division, a separate governmental authority from the county itself. Finally, a variety of companies donated funds to purchase a new $250,000 emergency response vehicle, and one company purchased body cameras for local sheriff's deputies.

Along with these new revenues have come noticeable, but hard-to-quantify increases in demand for services associated with Marcellus shale development. For the county's all-volunteer EMS personnel, there has been an increase in responses to well pad fires. While these fires have been rare, their intensity has at times put a strain on the service. In the early years of Marcellus activity, first responders would be required to stay at the well site for days at a time until specialized oil and gas fire crews could be flown in. More recently, the county's Office of Emergency Management worked with operators so that county personnel would no longer be required to stay at the well site for such long periods. There has also been some increase in demand for law enforcement due primarily to increase vehicle traffic and accidents, though this increase has been fairly modest and has not required any new personnel.

In the county clerk's office, several part time staff were added to manage an influx of "land men" searching county records, which required the office to spill into county courthouse hallways and expand business hours, adding costs. In addition, a number of county records were damaged by these researchers, who in some cases ripped 100-year old pages from county record books. Finally, the county has struggled with workforce retention as the oil and gas industry has moved into the

BLM_0062495

region. Finding well-qualified staff has always been a challenge, but labor demand from the oil and gas sector has exacerbated the issue, leading the county to raise wages for all staff in recent years.

Another challenge—road damage—does not directly impact the county budget, but does have an important effect on local economic activity and quality of life. Road damage has been a major issue along many of the winding Appalachian roads that cross the region, largely due to drilling activity and pipeline construction. Local officials have sought to encourage the state to invest more in roads, but the result to date has not been satisfactory.[64]

### 3.8.1.1.2    Wetzel County, WV

Weztel County (pop. ~16,000) is a relatively poor county, with high rates of unemployment (12.5 percent in March 2015) and low levels of household and per capita income compared with national and West Virginia averages. The county's population has also been declining steadily for the past 30 years, and local officials hoped that Marcellus shale activity would provide a substantial boost in employment opportunities for the county. As it turns out, shale development has been highly positive for the county government, but made less of an impact on the local private economy, with unemployment remaining at stubbornly high rates.

The leading revenue source for the county has been from property tax revenues, which grew from roughly $3 million in 2010 to $4.4 million in 2013 (West Virginia Auditor's Office 2005-2013b), and are projected to bring in $7.7 million in 2015. This growth has been driven by the assessed values of the underground minerals as well as equipment such as pipelines, rigs, wellheads, and more. The second leading source has been increased severance tax revenues, which grew from roughly $112,000 in 2010 to $1.4 million in 2014. The county will also collect a total of $560,000 over the next five years from leasing county property, and has received a number of modest donations from oil and gas companies to the county fire and EMS crews, 911 service center, and the county fair.

There have also been some new costs and increased demand for services, but they have been modest relative to new revenues. As in nearby Marshall County, road conditions in the county have deteriorated due to drilling and pipeline construction. While this does not directly affect county finances, it raises the cost of doing business and decreases quality of life for residents. The additional vehicle traffic on local roads, which local officials attribute primarily to Marcellus activity, has led the sheriff's office to increase overtime pay, though it has not had to add additional staff. First responders have also undergone a variety of new training programs to manage oil- and gas-related spills or fires, and the county clerk's office has added two full-time and two part-time staff to keep

---

[64] Based on interview with Betsy Fronhapfel, Marshall County clerk, on April 18, 2015, in Moundsville, WV.

BLM_0062496

up with demand for property records. Finally, the county commissioners note substantial opportunity costs, as they now receive a large number of phone calls from citizens who are either unhappy with road conditions or concerned with road safety due to increased heavy vehicle traffic.[65]

### 3.8.1.2   Municipal-level experience in Marcellus shale region, WV

Cities in West Virginia typically raise revenue from sales and property taxes along with charges for utility services such as water and wastewater. Since most drilling activity takes place outside of municipal boundaries, property taxes do not tend to be a major source of oil- and gas-related revenue for cities. However, increased economic activity associated with oil and gas activity may boost purchasing, in turn increasing sales tax revenue. Additionally, a small portion of state-collected oil and gas severance tax revenue is allocated to municipalities in counties based on production, along with a still smaller share to municipalities in counties without drilling.

#### 3.8.1.2.1   *Clarksburg, WV*

Clarksburg (pop. ~16,000) is the county seat of Harrison County, and its population has shrunk by roughly half over the past 50 years as manufacturing and coal mining jobs have moved away. In recent years, new employers have located in the region including multiple large FBI research and investigation centers, which have helped reinvigorate the economy. Marcellus shale development has also helped to boost local economic fortunes and has in turn benefited the city government's finances.

The largest effect of shale development has been on the city's business and occupation tax (similar to a sales tax, it is based on gross receipts for companies), which has been boosted indirectly by purchases made by the oil and gas workforce. While the precise contribution is difficult to quantify, business and occupation tax revenues grew from roughly $6.8 million in 2006 to $9.6 million in 2014, and local officials describe Marcellus shale activity as an important contributor to this growth.[66] The second leading revenue source has been the city's hotel tax, which grew from roughly $179,000 in 2006 to roughly $693,000 in 2014 (West Virginia Auditor's Office 2005-2014).

Clarksburg receives a small share of the state's severance tax revenues, totaling $190,000 in 2014. Local officials also believe that the oil and gas workforce has helped support local property values by increasing demand for housing supply. Property tax revenues increased from $2.5 million in 2006 to $3.6 million in 2014. Again, it is not possible to accurately estimate the contribution to these revenues from Marcellus activity, but local officials believe it has been an important factor.

---

[65] Based on interview with Wetzel County Commissioners Donald Mason and Lawrence Lemon, April 8, 2015, in New Martinsville, WV.

[66] Based on interview with Clarksburg Director of Finance Frank Ferrari, April 9, 2015 in Clarksburg, WV.

BLM_0062497

Finally, the city has received occasional small contributions from a variety of oil and gas companies to city events and to support the Clarksburg visitor's bureau.

Clarksburg has also seen some new costs associated with shale development, led by damage to city streets. Heavy vehicle traffic associated with shale development has increased citizen complaints, added substantial mud and dirt to the roads, and in some cases caused noticeable damage. The city has not attempted to quantify these impacts, but local officials describe it as substantial. Clarksburg law enforcement have also seen increased demands related to increased vehicle traffic as well as increased fights at local bars and DUI citations, which they believe is largely from the oil and gas workforce. Finally, the city has had challenges with workforce retention, losing three to five police officers and two to three employees from public works. While they have not needed to substantially raise salaries to attract new workers, the loss of experience has been a challenge for the affected departments.

### 3.8.1.2.2   Glen Dale, WV

Glen Dale (pop. ~1,500) abuts Moundsville, the Marshall County seat, and is a relatively small government with just 23 full-time employees and an annual operating budget of roughly $2 million. Overall, Marcellus activity has had little fiscal effect on the city's finances, with a limited amount of increased revenues along with a small increase in costs associated with the industry.

Several revenue sources have grown slightly for the city due to Marcellus activity. First, hotel occupancy taxes grew from roughly $14,000 in 2008 to more than $30,000 in 2012, the most recent available year (West Virginia Auditor's Office 2005-2012). Oil and gas severance tax allocations from the state have grown, but are a very small revenue source at just $1,254 in 2011. Local officials also estimate that sales taxes have increased roughly $30,000 per year due to purchases made by the oil and gas workforce at restaurants, hardware stores, and other local businesses.[67]

There have also been some modest new costs. The leading costs have been associated with new zoning rules developed by the city, which has generally sought to avoid a large oil and gas industry presence. The city has paid substantial attorney's fees to develop new zoning ordinances, and only one oil and gas company has located within Glen Dale. City police have occasionally been needed to direct oil and gas industry traffic moving through city streets with large equipment, but costs for these services are generally repaid by the relevant company. Finally, one RV park housing mostly oil and gas workers just outside the city received a sewer connection, which added some new costs for city operations.

---

[67] Based on interview with Glen Dale City Clerk Jane Rickman, April 8, 2015, in Glen Dale, WV.

BLM_0062498

Based on news stories and reports from other states, city officials had expected a large influx of workers and heavy vehicle traffic from Marcellus activity. However, the impacts to date on both revenues and expenses have been minimal.

### 3.8.1.2.3   Shinnston, WV

The city of Shinnston (pop. ~2,200) has for years been in poor financial health. Due to decisions made in previous decades, the city's water and wastewater system serves roughly 8,000 people in three counties. As a result, the city has faced large infrastructure costs to maintain and repair these systems, often struggling to raise sufficient revenue to make necessary upgrades. Marcellus activity has had a modest, but positive net effect on the city's finances due to increased revenues in a variety of areas and little in the way of new costs.

In recent years, allocations from oil and gas severance taxes have grown from roughly $1,000 per year to about $5,000 in FY 2015. Revenues from utility taxes have risen due to several new trailer parks which primarily house oil and gas workers, though these increases generally serve to offset costs associated with the service. Business occupancy tax revenues have grown somewhat due to rising commercial rental rates, which local officials attribute to Marcellus activity, although the magnitude of the effect is difficult to quantify. Finally, the most recent year saw a $9,000 increase in fines, fees, and court costs associated with traffic tickets. Local officials attribute this increase primarily to oil and gas activity, as many of those fined come from states such as Texas and Louisiana.

Costs associated with policing and judicial services have increased as well. Workforce retention also has been a challenge, particularly in the public works department, where plumbers, welders, and other skilled tradespeople often see new opportunities working on natural gas pipelines or gathering and processing systems. Finally, there have been substantial opportunity costs for administrative staff, as resident complaints surrounding oil- and gas-related traffic and temporary housing have grown to occupy a substantial portion of time.[68]

---

[68] Based on interview with Shinnston city manager Travis Blosser, April 9, 2015, in Shinnston, WV.

BLM_0062499

## 4. Conclusion

The fiscal effects of oil and gas production on local governments can vary according to a number of local factors. For most regions we examined, oil and gas development—whether new or longstanding—has been and continues to be a net positive for county and municipal finances. For highly rural communities with limited existing infrastructure, large scale increases in oil and gas activity tend to result in large new costs, and local revenue sources may not be sufficient to manage increased demand for services such as road repair, emergency services, and staff costs. For regions that have for decades been highly reliant on oil and gas as an economic and tax base, decreasing production and associated revenues poses important questions. In a number of cases, it is unclear how and whether governments in these regions will be able to adapt to a new fiscal environment.

We offer below several lessons emerging from the fourteen regions examined above:

**Predictable, reliable revenue sources are beneficial** for local governments with revenues that are closely tied to the oil and gas industry. While industry activity inevitably ebbs and flows with changes in regional gas and global oil prices, policies can either mitigate or exacerbate this volatility. Local and state tax policies that help increase predictability and decrease revenue volatility benefit local governments trying to plan for the future.

**Flexible funding mechanisms can complement** these more predictable revenue sources by providing revenue for local governments experiencing unexpectedly high costs associated with oil and gas development. These mechanisms, such as Utah's Community Impact Grants, offer the benefit of allocating revenue to where it is most heavily needed. However, flexibility also introduces the possibility of revenue being allocated to politically favored jurisdictions or population centers rather than to where oil- and gas-related impacts are most acute.

**Collaboration with oil and gas operators** has provided a major benefit for local governments in some regions, notably Ohio's Utica shale region. Contributions from oil and gas companies, particularly on road repair, can substantially reduce the costs for local governments trying to maintain infrastructure affected by heavy industry vehicle traffic. These collaborations are often ad-hoc, vary from state to state, and sometimes even within states. Unfortunately, we are not able to offer a strong explanation to explain this variation. Many local officials engaged in these types of collaborations describe them as a result of good communication and personal relationships.

**Rapid, large-scale energy development in rural regions** tends to have the largest impact on local government finances. In those regions, local revenue sources may not be sufficient to manage increased costs. This applies to counties and municipalities at the center of industry activity, and may also apply to jurisdictions adjacent to industry activity, such as Carbon County,

BLM_0062500

Utah. State policies can play a role in helping to mitigate any negative effects by allocating revenues to impacted regions.

**Regions with long-term declining production** face a distinct set of concerns from those experiencing rapid development. For these regions, oil- and gas-driven revenues are declining, and it is unclear what, if anything, will replace them. Economic diversification and the related issue of public revenue diversification are goals for officials in these regions, but will be a challenge given the geographic isolation, limited services, and limited infrastructure available to build new engines of growth in many of these communities. The 2014-2015 decline in oil prices is likely to highlight the importance of economic diversification.

**Oil- and gas-related environmental issues can play a substantial role** in local public finances. In parts of southern California, environmental damage associated with long-abandoned pipelines and oil wells has raised the cost of development for private and public entities alike, draining public funds and reducing private investment. In parts of Kansas and Oklahoma, earthquakes associated with oil and gas wastewater injection has damaged public and private property, creating new costs for local governments and threatening the local tax base.

**Alaska faces distinct challenges**. Because the state government relies so heavily upon the oil and gas industry for revenue, the many local governments dependent upon grants and other funding from the state face serious fiscal challenges if production-related revenues continue to decline as expected. Economic and revenue diversification is likely to be a challenge for the many isolated communities that populate the state. In order for these communities to maintain public services, it appears that the state government will need to diversify its revenue sources away from oil and gas. This challenge has become more acute in recent months, with low oil prices persisting from late 2014 through the time of this writing.

BLM_0062501

Local fiscal effects of oil and gas development in eight states                    Raimi and Newell

# 5.   Appendix A

## 5.1   Interviews and other information

**Table A1. Table of plays visited and other information**

| State | Play /region | Experts interviewed | Predominant Type | Well completions in 2014 | Population density (persons per sq. mile) |
|-------|--------------|---------------------|------------------|--------------------------|-------------------------------------------|
| AK | Kenai Peninsula | 6 | Oil, gas | 54 | 3.5 |
| AK | North Slope | 4 | Oil | 35 | 0.1 |
| CA | Kern County | 5 | Oil | 2,258 | 106.1 |
| CA | Los Angeles County | 11 | Oil | 175 | 2,468.0 |
| KS | Hugoton | 5 | Gas | 191 | 12.5 |
| KS | Mississippian Lime | 9 | Oil, gas | 317 | 5.8 |
| OH | Utica | 12 | NGLs, gas | 200 | 47.5 |
| OK | Anadarko | 3 | Oil, gas | 206 | 3.3 |
| OK | Mississippian Lime | 8 | Oil, gas | 567 | 6.1 |
| OK | Woodford | 5 | Gas | 22 | 22.8 |
| NM | Permian | 6 | Oil, gas | 1,120 | 14.4 |
| NM | San Juan basin | 3 | Gas | 108 | 22.9 |
| UT | Uintah basin | 10 | Oil, gas | 968 | 9.5 |
| WV | Marcellus | 6 | Gas | 124* | 75.4 |

Data sources: DI Desktop for well completions in 2014, based on number of well completions or wells with first production (when completion data were not available) between 1/1/2014 and 12/31/2014. U.S. Census Bureau for population density in 2013. All figures are based on well completions, county populations, and land areas in the counties where we interviewed local officials and other experts. *Well completions in West Virginia are from 2013.

## 5.2   Methodology for structured interviews

For each interview, we followed a structured format, alternating between starting the interview with a series of questions about potential new costs and a series of questions about potential new revenues. For each type of revenue or cost, we asked if new or increased oil and gas development had (i) caused any change (Y/N/Not sure), (ii) what was the magnitude and direction of that change, and (iii) how confident was the interviewee that the oil and gas industry was responsible, either directly or indirectly, for that change (See Figure 1.1).

In some cases, respondent's answers did not fit neatly into this format. For example, some local officials stated that they had constructed new buildings because of additional revenue from oil- and gas-related sources. In these instances, the new cost was not in response to a pressing need caused by the industry, but rather a new expenditure that benefited the government, and would not have been possible without oil- and gas-related revenue. We adjusted our notes accordingly.

BLM_0062502

After completing these two lines of questions, we asked the series of questions below. In some cases, we did not have time to ask all of these questions. However, we did ask every interviewee the question: "Is it possible to say whether there has been a net negative or a net positive impact from shale development on county finances?" and recorded their response.

BLM_0062503

## Figure A1 Sample interview template (West Virginia county)

WV County name

Interview date

Interview subject

Position

| Potential new costs | Any change? | Magnitude | Confidence | Potential new revenues | Any change? | Magnitude | Confidence |
|---|---|---|---|---|---|---|---|
| Roads/bridges | | | | Severance tax revenue | | | |
| Human services | | | | Property taxes | | | |
| Sheriff/EMS | | | | Sales and use tax | | | |
| Judicial or jail costs | | | | Grants from the state | | | |
| Code/permit enforcement | | | | Sales and use tax | | | |
| New buildings | | | | Leasing or royalty income | | | |
| Additional staff | | | | Industry in-kind contributions | | | |
| Opportunity costs (staff time) | | | | Other fee for service | | | |
| Workforce retention | | | | Hotel occupancy tax | | | |
| Other costs | | | | Other revenues | | | |
| Overall | | | | Overall | | | |

Is it possible to say whether there has been a net negative or a net positive impact from shale development on county finances?

Are there significant unmet needs resulting from shale development? If so, are these new needs, increased demand for old services, or both?

If there are unmet needs, is your jurisdiction best equipped to provide those services, or should it be another jurisdiction (state, county, etc.)?

Have any needs decreased? If so, which?

Do you think your jurisdiction receives an appropriate amount of reimbursement from the state to deal with shale development?

What types of policy or business changes could help you manage oil and gas development better?

Do you have any industry contacts who are knowledgeable on these finance issues?

BLM_0062504

## 5.3   Identifying counties with the largest levels of oil and gas activity

The following two tables show two different ways of evaluating the scale of oil and gas activity in a given county. Table A2 shows the number of oil or gas wells completed for every 100 persons living within each county for the years 2005 through 2013. This metric helps understand the scale of oil and gas activity relative to the rurality of a region. The counties with the highest numbers in this category include counties in Kansas and Oklahoma's Mississippian Lime region, and Utah's Uintah basin, where drilling activity has been extensive and the local population is small. The counties with the lower numbers in this category include counties where little or no drilling occurred in certain years (i.e., Ohio counties in 2010), or in counties with large populations (i.e., Los Angeles).

Table A3 shows the number of oil or gas wells completed for every 100 square miles of county area for the years 2005 through 2013. This metric helps understand the density of oil and gas activity in a given region. The counties with the highest numbers in this category include the Kern County, Marcellus, Uintah, and Utica regions where hundreds or even thousands of wells have been drilled in certain years. The counties with the lower numbers in this category include counties where little or no drilling occurred in certain years (i.e., Ohio counties in 2010), or in counties that cover large areas (i.e., the North Slope and Kenai Peninsula Boroughs of Alaska).

BLM_0062505

**Table A2. Number of new oil and gas well completions for every 100 persons**

| State/play | County | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | | | | | | | | | | |
| North Slope | North Slope | 1.1 | 0.9 | 1.0 | 1.1 | 1.0 | 0.7 | 0.6 | 0.5 | 0.6 |
| Kenai Pen. | Kenai Pen. | 0.03 | 0.04 | 0.02 | 0.01 | 0.0 1 | 0.01 | - | 0.01 | 0.04 |
| California | | | | | | | | | | |
| Kern Co. | Kern | 0.3 | 0.3 | 0.2 | 0.3 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 |
| Los Angeles | Los Angeles | 0.001 | 0.002 | 0.001 | 0.001 | 0.000 | 0.001 | 0.001 | 0.002 | 0.002 |
| Kansas | | | | | | | | | | |
| Hugoton | Grant | 0.3 | 0.0 | 0.0 | 0.3 | 0.2 | 0.1 | 0.0 | 0.0 | 0.3 |
| Hugoton | Haskell | 1.3 | 1.3 | 1.8 | 2.0 | 1.0 | 0.6 | 0.8 | 0.8 | 0.8 |
| Hugoton | Scott | 0.1 | 0.3 | 0.4 | 0.4 | 0.2 | 0.6 | 0.5 | 0.5 | 0.8 |
| Miss. Lime | Barber | 2.1 | 2.5 | 3.2 | 3.5 | 2.4 | 2.2 | 3.3 | 3.4 | 2.7 |
| Miss. Lime | Barton | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Miss. Lime | Ellis | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 |
| Miss. Lime | Harper | 0.7 | 0.3 | 0.4 | 0.7 | 0.3 | 0.5 | 0.7 | 1.6 | 2.4 |
| New Mexico | | | | | | | | | | |
| Permian | Eddy | 1.3 | 1.3 | 1.2 | 1.3 | 1.0 | 1.4 | 1.9 | 1.8 | 1.4 |
| Permian | Lea | 1.1 | 1.5 | 1.0 | 1.2 | 0.9 | 1.1 | 1.1 | 0.7 | 0.8 |
| San Juan | San Juan | 0.6 | 0.6 | 0.6 | 0.5 | 0.4 | 0.3 | 0.1 | 0.2 | 0.1 |
| Ohio | | | | | | | | | | |
| Utica | Carroll | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.5 |
| Utica | Harrison | 0.0 | 0.1 | 0.2 | 0.2 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 |
| Utica | Monroe | 0.5 | 0.5 | 0.5 | 1.1 | 0.6 | 0.5 | 0.5 | 0.6 | 0.3 |
| Oklahoma | | | | | | | | | | |
| Miss. Lime | Alfalfa | 0.3 | 0.5 | 0.5 | 0.9 | 0.3 | 0.7 | 2.4 | 4.5 | 5.6 |
| Miss. Lime | Grant | 1.0 | 1.5 | 1.1 | 1.1 | 0.5 | 0.9 | 2.3 | 5.1 | 3.3 |
| Miss. Lime | Woods | 1.2 | 1.5 | 2.6 | 2.9 | 1.4 | 1.1 | 1.0 | 2.4 | 2.3 |
| Hugoton | Ellis | 2.2 | 2.3 | 2.7 | 2.8 | 1.3 | 0.4 | 3.7 | 3.1 | 3.2 |
| Hugoton | Roger Mills | 6.8 | 6.0 | 4.7 | 2.8 | 1.4 | 1.2 | 3.3 | 4.0 | 3.8 |
| Woodford | Coal | 0.4 | 1.1 | 2.1 | 1.7 | 1.5 | 0.9 | 0.8 | 0.5 | 0.2 |
| Woodford | Pittsburg | 0.5 | 0.5 | 0.4 | 0.5 | 0.2 | 0.3 | 0.2 | 0.2 | 0.1 |
| Utah | | | | | | | | | | |
| Uintah | Carbon | 0.2 | 0.4 | 0.3 | 0.4 | 0.3 | 0.2 | 0.4 | 0.2 | 0.0 |
| Uintah | Duchesne | 1.3 | 1.6 | 1.5 | 1.4 | 0.9 | 2.2 | 1.9 | 2.3 | 2.4 |
| Uintah | Uintah | 2.2 | 2.6 | 2.5 | 3.0 | 1.3 | 1.4 | 1.5 | 2.1 | 1.8 |
| West Virginia | | | | | | | | | | |
| Marcellus | Marshall | 0.1 | 0.1 | 0.1 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Marcellus | Wetzel | 0.4 | 0.3 | 0.5 | 0.4 | 0.4 | 0.4 | 0.3 | 0.4 | 0.3 |

Data sources: DI Desktop for well completions, based on number of well completions or wells with first production when completion data were not available. U.S. Census Bureau for annual estimated population.

BLM_0062506

**Table A3. Number of oil and gas well completions for every 100 square miles**

| State/play | County | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | | | | | | | | | | |
| North Slope | North Slope | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Kenai Pen. | Kenai Pen. | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | - | 0.0 | 0.1 |
| California | | | | | | | | | | |
| Kern Co. | Kern | 27.1 | 28 | 23.4 | 29.1 | 17.4 | 20.1 | 23.7 | 28.7 | 29.3 |
| Los Angeles | Los Angeles | 3.4 | 4.2 | 2.5 | 2.1 | 1.1 | 3.4 | 3.3 | 4.6 | 5.2 |
| Kansas | | | | | | | | | | |
| Hugoton | Grant | 3.7 | 0.3 | 0.5 | 3.7 | 2.3 | 1.6 | 0.3 | 0.2 | 4.3 |
| Hugoton | Haskell | 9.5 | 9.2 | 13.2 | 14.6 | 6.9 | 4.3 | 6.2 | 5.5 | 5.5 |
| Hugoton | Scott | 0.7 | 1.7 | 2.8 | 2.6 | 1.4 | 3.9 | 3.2 | 3.6 | 5.4 |
| Miss. Lime | Barber | 9.2 | 10.9 | 13.8 | 15.0 | 10.1 | 9.3 | 14.2 | 14.6 | 11.9 |
| Miss. Lime | Barton | 3.2 | 6.4 | 6.0 | 6.4 | 6.0 | 7.3 | 5.8 | 6.3 | 5.7 |
| Miss. Lime | Ellis | 3.8 | 3.6 | 3.8 | 4.6 | 3.4 | 5.1 | 4.9 | 7.1 | 7.7 |
| Miss. Lime | Harper | 5.7 | 2.1 | 3.0 | 5.1 | 2.2 | 3.7 | 5.4 | 11.6 | 17.6 |
| New Mexico | | | | | | | | | | |
| Permian | Eddy | 15.4 | 15.8 | 15.1 | 16.5 | 12.9 | 17.9 | 23.9 | 23.2 | 19.3 |
| Permian | Lea | 14.9 | 20.3 | 13.6 | 17.4 | 13.1 | 16.8 | 15.9 | 11.2 | 12.1 |
| San Juan | San Juan | 13.0 | 14.5 | 12.5 | 10.1 | 6.0 | 2.5 | 3.5 | 3.0 | 2.4 |
| Ohio | | | | | | | | | | |
| Utica | Carroll | 5.6 | 5.6 | 7.1 | 3.3 | 2.3 | 2.5 | 4.1 | 9.9 | 37.8 |
| Utica | Harrison | 0.7 | 2.2 | 6.0 | 9.0 | 1.5 | 1.0 | 2.0 | 2.7 | 11.4 |
| Utica | Monroe | 15.1 | 16.2 | 15.6 | 35.1 | 20.0 | 16.7 | 16.0 | 18.2 | 8.6 |
| Oklahoma | | | | | | | | | | |
| Miss. Lime | Alfalfa | 1.8 | 3.6 | 3.1 | 6.1 | 1.7 | 4.7 | 15.9 | 29.2 | 38.1 |
| Miss. Lime | Grant | 4.8 | 6.9 | 5.2 | 5.2 | 2.4 | 3.9 | 10.5 | 22.9 | 15.0 |
| Miss. Lime | Woods | 8.4 | 9.7 | 17.4 | 19.0 | 9.8 | 7.4 | 6.8 | 16.8 | 16.5 |
| Hugoton | Ellis | 7.0 | 7.4 | 8.7 | 9.3 | 4.2 | 8.2 | 12.3 | 10.4 | 10.9 |
| Hugoton | Roger Mills | 20.2 | 17.9 | 14.1 | 8.8 | 4.3 | 3.7 | 10.9 | 13.3 | 12.5 |
| Woodford | Coal | 4.2 | 12.5 | 23.2 | 19.3 | 16.8 | 9.8 | 9.1 | 5.8 | 2.5 |
| Woodford | Pittsburg | 17.4 | 18.1 | 15.2 | 18.5 | 8.7 | 10.6 | 7.9 | 6.7 | 3.1 |
| Utah | | | | | | | | | | |
| Uintah | Carbon | 2.8 | 5.2 | 4.7 | 5.9 | 3.6 | 2.4 | 6.3 | 2.6 | 0.2 |
| Uintah | Duchesne | 6.1 | 7.6 | 7.5 | 7.8 | 5.1 | 12.9 | 11.3 | 13.8 | 14.9 |
| Uintah | Uintah | 13.4 | 16.6 | 16.5 | 21.0 | 9.6 | 10.4 | 10.8 | 15.8 | 14.0 |
| West Virginia | | | | | | | | | | |
| Marcellus | Marshall | 14.3 | 16.0 | 14.0 | 31.3 | 26.1 | 23.8 | 17.6 | 21.5 | 22.5 |
| Marcellus | Wetzel | 17.3 | 15.9 | 24.8 | 19.5 | 19.5 | 17.8 | 15.6 | 19.5 | 15.3 |

Data sources: DI Desktop for well completions, based on number of well completions or wells with first production when completion data were not available. U.S. Census Bureau for land area.

BLM_0062507

## 6. References

Alaska Department of Labor and Workforce Development, 2013. Alaska Economic Trends: Alaska's Oil and Gas Industry. Anchorage, AK

Alaska Department of Revenue, 2014. Annual Report. Anchorage, AK

Alaska Statutes, 2015. Alaska Statutes 43.55.011(j-k).

Anthony KS City Manager, 2010-2013. Annual Audited Financial Statements. Anthony, KS, provided via hard copy

Bakersfield Financial Services Department, 2003-2013. Comprehensive Annual Financial Reports. Bakersfield, CA

Barton County KS Clerk's Office, 2015. County-wide assessed property valuations. Great Bend, KS, provided via email

CA Code of Regulations, 2015. Title 18, Division 1, Chapter 1, Subchapter 4, Article 4, Rule 468.

California Board of Equalization, 2014. Unaudited oil and gas assessed property valuations. Provided via email by Chris Butler on Dec. 10, 2014

Colazas, X., Strehle, R.W., 1995. Subsidence in the Wilmington oil field, Long Beach, California, USA. Developments in Petroleum Science 41, 285-285

DI Desktop, 2015. Well completions since 2005 in Oklahoma's Anadarko basin, search query July 13, 2015.

Ernst & Young LLP, 2012. Analysis of Ohio severance tax provisions of H.B. 487. Prepared for the Ohio Business Roundtable

Favede, G., 2014. Testimony on the severance tax proposal House Bill 375. Columbus, OH

Grant County KS Clerk's Office, 2015. County-wide assessed property values. Ulysses, KS, provided via email

Jacquet, J., Kay, D., 2014. The Unconventional Boomtown: Updating the impact model to fit new spatial and temporal scales. Journal of Rural and Community Development 9

Kansas Geological Survey, 2015. County Production. URL http://www.kgs.ku.edu/PRS/petro/interactive.html

Kansas Statutes Annotated, 2014. Section 79-4227.

Kenai Finance Department, 2005-2014. Comprehensive Annual Financial Reports. Kenai, AK. Provided directly on June 3, 2015 and via email on June 8, 2015.

Kenai Peninsula Borough Finance Department, 2005-2014. Comprehensive Annual Financial Report.

Kenai Peninsula Borough Finance Department, 2015. Proposed Annual Budget for FY 2016.

Kern County Assessor's Office, 2015. Kern County, CA Assessed Value History. Provided via email on Feb. 24, 2015

Kern County Auditor, 2003-2014. Comprehensive Annual Financial Reports,. Bakersfield, CA

BLM_0062508

King, G., Verba, S., Keohane, R.O., 1994. Designing Social Inquiry: Scientific Inference in Qualitative Research. Princeton University Press, Princeton, NJ.

KS Department of Administration, 2009-2014. Annual Financial Audits.

KS Department of Revenue, 2015a. Oil and Gas Guides.

KS Department of Revenue, 2015b. Property Valuation Map of Counties.

LA City Controller's Office, 2014. Comprehensive Annual Financial Report for 2013. Los Angeles, CA

LA County Auditor-Controller, 2014. Comprehensive Annual Financial Report. Los Angeles, CA

Medford City Manager's Office, 2014. Annual sales tax revenue from 2001 through 2013, provided via email on Dec. 22, 2014. Medford, OK

Municipality of Anchorage Controller's Office, 2014. Comprehensive Annual Financial Report. Anchorage, AK

N.C. Department of Environment and Natural Resources, 2012. North Carolina Oil and Gas Study Raleigh, N.C.

New Mexico Dept. of Finance and Administration, 2014. Net taxable value by county, accessed 12/1/2014. Santa Fe, NM

New Mexico Office of the State Auditor, 2006-2013. Comprehensive Annual Financial Reports. Santa Fe, New Mexico

New Mexico Oil Conservation Division, 2015. OCD Data and Statistics. URL http://www.emnrd.state.nm.us/OCD/statistics.html

Newell, R.G., Raimi, D., 2015a. Oil and Gas Revenue Allocation to Local Governments in Eight States. National Bureau of Economic Research Working Paper w21615

Newell, R.G., Raimi, D., 2015b. Shale Public Finance: Local Government Revenues and Costs Associated with Oil and Gas Development. National Bureau of Economic Research Working Paper w21542

North Slope Borough Finance Department, 2005-2014. Comprehensive Annual Financial Reports. Barrow, AK

North Slope Borough Finance Department, 2015. Budget 2014-2015. Barrow, AK

Office of Long Beach City Auditor, 2014. FY 2013 Comprehensive Annual Financial Report. Long Beach, CA

Ohio Department of Taxation, 2013. Annual Report. Columbus, OH

Ohio Division of Oil and Gas Resources, 2015. Combined Production. URL http://oilandgas.ohiodnr.gov/production

Ohio Revised Code, 2015. Chapters 5749 and 1509.50. Columbus, OH

Ohio State Auditor's Office, 2000-2013a. Carroll County Annual Single Audit Reports. Columbus, OH

BLM_0062509

Ohio State Auditor's Office, 2000-2013b. Harrison County Annual Single Audit Reports. Columbus, OH

Ohio State Auditor's Office, 2003-2013a. Monroe County Comprehensive Annual Financial Reports. Columbus, OH

Ohio state Auditor's Office, 2003-2013b. St. Clairsville Annual Single Year Financial Audits. Columbus, OH

Ohio State Auditor's Office, 2005-2012. Cadiz Annual Single Audit Reports.

OK Department of Transportation, 2015. County road statistics. Provided via email on July 13, 2015

OK State Auditor and Inspector, 2003-2013. Annual Audit Reports. Oklahoma City, OK

OK Tax Commission, 2013. Annual Report of the Oklahoma Tax Commission, Fiscal Year Ended June 30, 2013.

OK Tax Commission, 2014. Fair cash value and assessed value of property by county. Oklahoma City, OK. Provided via email on Oct. 30, 2014

Raimi, D., Newell, R.G., 2016. Local government revenue from oil and gas production. Duke University Energy Initiative working paper, Durham, N.C.

Reuters, 2014. U.S. EIA cuts recoverable Monterey shale oil estimate by 96 pct. URL http://www.reuters.com/article/2014/05/21/eia-monterey-shale-idUSL1N0O713N20140521

Scott County KS Treasurer's Office, 2015. County-wide assessed property valuations. Scott City, KS, provided via hard copy

Shafter Finance Department, 2003-2014. Comprehensive Annual Financial Reports. Shafter, CA

Standard and Poor's, 2015. Fracking and earthquakes could open fissures in credit quality.

U.S. Bureau of Labor Statistics, 2015. A Profile of Mining, Including Oil and Gas: State of Alaska, Anchorage Municipality, Kenai Peninsula Borough, North Slope Borough. Accessed via Headwaters Economics EPS-HDT system

U.S. Energy Information Administration, 2011. Review of Emerging Resources: U.S. Shale Gas and Shale Oil Plays. Washington, D.C.

U.S. Energy Information Administration, 2015a. Annual Energy Outlook. Washington, D.C. DOE/EIA-0554

U.S. Energy Information Administration, 2015b. Crude Oil Production. URL http://www.eia.gov/dnav/pet/pet_crd_crpdn_adc_mbblpd_a.htm

U.S. Energy Information Administration, 2015c. Today in Energy: Alaska residents are paid a unique yearly dividend from state's permanent fund. URL http://www.eia.gov/todayinenergy/detail.cfm?id=21052

U.S. Geological Survey, 2015. Latest Earthquakes. URL http://earthquake.usgs.gov/earthquakes/map/

Uintah Department of Workforce Services, 2015. Uintah Basin Revitalization Fund. URL https://jobs.utah.gov/housing/rf/ubrf.html

BLM_0062510

Utah Department of Natural Resources, O.a.G.D., 2015. Data Research Center. URL
https://oilgas.ogm.utah.gov/Data_Center/LiveData_Search/production.htm

Utah Permanent Community Impact Board, 2014. Legislative Report of the Permanent
Community Impact Board FY 2014. Salt Lake City, Utah

Utah State Auditor, 2005-2014. Comprehensive Annual Financial Reports. Salt Lake City, Utah

Utah State Tax Commission, 2013. Property Tax Annual Statistical Report. Salt Lake City, UT

Walsh, F.R., Zoback, M.D., 2015. Oklahoma's recent earthquakes and saltwater disposal.
Science 1

Wasilla Department of Finance, 2008-2014. Comprehensive Annual Financial Reports. Wasilla,
AK

West Virginia Annotated Code, 2015. Section 11-13A-5a. Charleston, WV

West Virginia Auditor's Office, 2005-2012. Glen Dale Annual Audit Reports. Charleston, WV

West Virginia Auditor's Office, 2005-2013a. Marshall County Comprehensive Annual Financial
Reports. Charleston, WV

West Virginia Auditor's Office, 2005-2013b. Wetzel County Comprehensive Annual Financial
Reports.

West Virginia Auditor's Office, 2005-2014. Clarksburg Comprehensive Annual Financial
Reports. Charleston, WV

Wines, M., 2015. Oklahoma Recognizes Role of Drilling in Earthquakes. In: The New York
Times, New York, NY

BLM_0062511



# Climate Change in Colorado

A Synthesis to Support Water Resources
Management and Adaptation

**A REPORT FOR THE COLORADO WATER CONSERVATION BOARD**



## Colorado
University of Colorado at Boulder

BLM_0062512



# Climate Change in Colorado

## A Synthesis to Support Water Resources Management and Adaptation

**A REPORT BY THE WESTERN WATER ASSESSMENT FOR THE COLORADO WATER CONSERVATION BOARD**

### Lead Authors

Andrea J. Ray
*NOAA Earth Systems Research Laboratory*

Joseph J. Barsugli
*University of Colorado at Boulder, Cooperative Institute for Research in Environmental Sciences*

Kristen B. Averyt
*University of Colorado at Boulder, CU-NOAA Western Water Assessment*

### Authors

Klaus Wolter
*University of Colorado at Boulder, Cooperative Institute for Research in Environmental Sciences*

Martin Hoerling
*NOAA Earth Systems Research Laboratory*

Nolan Doesken
*Colorado State Climatologist, Colorado State University*

Bradley Udall
*University of Colorado at Boulder, CU-NOAA Western Water Assessment*

Robert S. Webb
*NOAA Earth Systems Research Laboratory*

**Funding from the Colorado Water Conservation Board of the State of Colorado to the Cooperative Institute for Research in Environmental Sciences, Western Water Assessment**

BLM_0062513





*Western Water Assessment*



Copyright ©2008 CU-NOAA Western Water Assessment

Produced in cooperation with CU-Boulder University Communications, Marketing & Creative Services.

**Photos**
***Cover** (left image) and **page 40**,* images courtesy of Casey A. Cass, CU-Boulder University Communications, Marketing & Creative Services. ***Page 15,*** ©2008 Denver Metro Convention & Visitor's Bureau.

The University of Colorado does not discriminate on the basis of race, color, national origin, sex, age, disability, creed, religion, sexual orientation, or veteran status in admission and access to, and treatment and employment in, its educational programs and activities.

BLM_0062514

# Contents

**Executive Summary**   1

    SIDEBAR ES-1. Communicating Uncertainty

**1 Introduction**   3

    SIDEBAR 1-1. How to Interpret the Timescales in This Report
    FIGURE 1-1. Climate and Extreme Events

**2 The Observed Record of Colorado Climate**   5

    2-1. Observing Systems in Colorado   6
    2-2. The Climate of Colorado   7
        FIGURE 2-1. Annual Average Temperature and Precipitation in Colorado (1950–1999)
    2-3. Local and Regional Climates of Colorado   7
        FIGURE 2-2. Temperature at Nine Observing Stations
        FIGURE 2-3. Water Year Precipitation at Nine Observing Stations
        FIGURE 2-4. Colorado Regional Temperature Trends
        TABLE 2-1. Seasonal Temperature Trends (1957–2006)
    2-4. Statewide Average Temperature, 1930s to present   11
        FIGURE 2-5. Colorado Annual Mean Temperatures (1930–2007)
    2-5. Elevation   12
        FIGURE 2-6. Temperature Trends and Elevation (1979–2006)
    2-6. Trends in Hydroclimatic Variables: Temperature, Precipitation, Snow, and Streamflow   12
        FIGURE 2-7. Trend in March Average Minimum Temperature on Days with Precipitation (1948–2004)
        FIGURE 2-8. Trend in Winter Snow vs. Rain (1949–2004)
        SIDEBAR 2-1. Paleoclimate
        FIGURE 2-9. Reconstruction of Streamflow for the Colorado River at Lees Ferry
    2-7. Extremes   15
        SIDEBAR 2-2. IPCC Technical Paper on Water

**3 A Primer on Climate Models, Emissions Scenarios, and Downscaling**   16

    3-1. Anatomy of a Climate Model   17
        FIGURE 3-1. Hydrologic Component of General Circulation Models
        SIDEBAR 3-1. Time and Space in Models
        FIGURE 3-2. Model Grid for the Atmospheric Component
    3-2. Emissions Scenarios—in the Driver's Seat   18
        FIGURE 3-3. Global Mean Surface Temperature and Model Projections
        SIDEBAR 3-2. Boulder Study
        TABLE 3-1. Effect of Climate Change on Reliability of Boulder's Water Supply
    3-3. Climate Model Evaluation   19
        FIGURE 3-4. Elevation on Global and Regional Climate Model Grids
        TABLE 3-2. Seasonally Averaged Climate Biases of the IPCC AR4 WGI Climate Models in Temperature and Precipitation for Colorado

BLM_0062515

3-4. Downscaling Methods                                                                                          21
    Table 3-3. Strengths and Weaknesses of Statistical versus Dynamical Downscaling
    Figure 3-5. Progression of Data and Models from Climate Models to Streamflow
    Sidebar 3-3. Joint Front Range Climate Change Vulnerability Group
3-5. The Future of Global Models                                                                                 23

**4  Climate Attribution**                                                                                       24
4-1. The Global Consensus                                                                                        25
4-2. A Telescoping View                                                                                          25
    Figure 4-1. Observed Annual Average North American Surface Temperature (1950–2007)
    Figure 4-2. Modeled Annual Average North American Surface Temperature (1950–2007)
4-3. Drought in Colorado and the West                                                                            27
    Figure 4-3. Intensity and Extent of Drought in Colorado (1895–2007)
    Figure 4-4. Precipitation and River Flow in the Upper Colorado Basin (1895–2007)

**5  Climate Projections**                                                                                       29
5-1. Temperature and Precipitation Projections                                                                   30
    Figure 5-1. Temperature and Precipitation Changes over North America Projected for 2050
5-2. A Closer Look                                                                                               30
    Figure 5-2. January Average Daily Temperature in Colorado for 1950–1999 (observed) and 2050 (projected)
    Figure 5-3. July Average Daily Temperature in Colorado for 1950–1999 (observed) and 2050 (projected)
    Figure 5-4. Location of Precipitation and Temperature Projections in Figures 5-5, 5-6, and 5-7
    Figure 5-5. Projected Monthly Temperature and Precipitation near Grand Junction, CO (2050)
    Figure 5-6. Projected Monthly Temperature and Precipitation near Steamboat Springs, CO (2050)
    Figure 5-7. Projected Monthly Temperature and Precipitation near La Junta, CO (2050)
5-3. Hydrologic Changes                                                                                          35
    Figure 5-8. Projected Changes in Annual Runoff (2041–2060)
    Table 5-1. Projected Changes in Colorado River Basin Runoff or Streamflow in the Mid-21st Century
    Figure 5-9. Range in Temperature and Precipitation Projections for the Upper Colorado River Basin
    Figure 5-10. Projected Change in Colorado River Basin Snowpack
    Figure 5-11. Projected Soil Moisture Changes in the Upper Colorado River Basin for 2050
5-4. Extremes                                                                                                    38
    Sidebar 5-1. Aspen Snow: Consideration of Climate Change Information in Planning
    Figure 5-12. Projected Change in Snow Covered Area, Aspen

**6  Implications of Changing Climate for Colorado's Water Resources**                                           40
    Table 6-1. Challenges Faced by Water Managers
    Figure 6-1. Approaches to Climate Change Assessment

*References*                                                                                                     44

*Resources*                                                                                                      47

*Glossary*                                                                                                       48

*Acronym List*                                                                                                   52

BLM_0062516



# EXECUTIVE SUMMARY

*The scientific evidence is clear: the Earth's climate is warming. Multiple independent measurements confirm widespread warming in the western United States; in Colorado, temperatures have increased by approximately 2°F between 1977 and 2006. Increasing temperatures are affecting the state's water resources. (Sections 1, 2, 4, 5, 6)*

THIS REPORT is a synthesis of climate change science important for Colorado's water supply. It focuses on observed trends, modeling, and projections of temperature, precipitation, snowmelt, and runoff. Climate projections are reported out to the mid-21st century, because this is a relevant time frame for development of adaptation strategies.

Although many published studies and datasets include information about Colorado, few climate studies focus only on the state. Consequently, many important scientific analyses for Colorado are lacking. This report summarizes Colorado-specific findings from peer-reviewed regional studies, and presents new graphics derived from existing datasets. The state is home to many experts in climate and hydrology, and this report also draws from ongoing work by these scientists.

## Observations, Attribution, and Projections

- Changes in Colorado's climate and implications for water resources are occurring in a global context. On a global scale, climate change has been linked to observed and projected changes in the water cycle. By the mid-21st century, average river runoff and water availability are projected to increase at high latitudes and decrease over dry regions at lower midlatitudes such as the western United States. Changes in the quantity and quality of water may occur due to warming even in the absence of precipitation changes. (Section 1)

- The accumulation of greenhouse gases (including carbon dioxide) in the atmosphere is **very likely** the cause of most of the increase in global average temperatures (IPCC AR4 WGI 2007). In North America, temperatures have increased by 2°F in the last 30 years, and "human-induced warming has **likely** caused much of the average temperature increase over the past fifty years" (CCSP SAP 3.3 2008, p. 3). (Section 5)

- In Colorado, temperatures have increased about 2°F in the past 30 years. All regions examined within the state warmed during the last 30 years, except the far southeast corner, in which there was a slight cooling trend. (Section 2)

- Climate models show a 1°F warming in the West over the last 30 years in response to greenhouse gas emissions from human activities (anthropogenic). However no studies have specifically investigated whether the detected trends in Colorado can be attributed to anthropogenic greenhouse gases. (Sections 2, 4)

- Climate models project Colorado will warm 2.5°F [+1.5 to +3.5°F] by 2025, relative to the 1950–99 baseline, and 4°F [+2.5 to +5.5°F] by 2050. The 2050 projections show summers warming by +5°F [+3 to +7°F], and winters by +3°F [+2 to +5°F]. These projections also suggest that typical summer monthly temperatures will be as warm as or warmer than the hottest 10% of summers that occurred between 1950 and 1999. By way of illustration, mid-21st century summer temperatures on the Eastern Plains of Colorado are projected to shift westward and upslope, bringing into the Front Range temperature regimes that today occur near the Kansas border. (Section 5)

- Winter projections show fewer extreme cold months, more extreme warm months, and more strings of consecutive warm winters. Typical projected winter monthly temperatures, although significantly warmer than current, are between the 10th and 90th percentiles of the historical record. Between today and 2050, typical January temperatures of the Eastern Plains of Colorado are expected to shift northward by ~150 miles. In all seasons, the climate of the mountains is projected to migrate upward in elevation, and the climate of the Desert Southwest to progress up into the valleys of the Western Slope. (Section 5)

- In all parts of Colorado, no consistent long-term trends in annual precipitation have been detected. Variability is high, which makes detection of trends difficult. Climate model projections do not agree whether annual mean precipitation will increase or decrease in Colorado by 2050. The multi-model average projection shows little change in annual mean precipitation, although a seasonal shift in precipitation does emerge. (Sections 2, 5)

- A widespread and large increase in the proportion of precipitation falling as rain rather than snow, and reduction in snow water equivalent (SWE) have been observed elsewhere in the West. In Colorado, however, these changes are smaller and not as significant. Most of the reduction in snowpack in the West has occurred below about 8200 ft.

*Climate Change in Colorado*    **1**

However, most of Colorado's snowpack is above this elevation, where winter temperatures remain well below freezing. (Section 2)

- Projections show a precipitous decline in lower-elevation (below 8200 ft) snowpack across the West by the mid-21st century. Modest declines are projected (10–20%) for Colorado's high-elevation snowpack (above 8200 ft) within the same timeframe. (Section 5)

- Between 1978 and 2004, the spring pulse (the onset of streamflows from melting snow) in Colorado has shifted earlier by two weeks. Several studies suggest that shifts in timing and intensity of streamflows are related to warming spring temperatures. The timing of runoff is projected to shift earlier in the spring, and late-summer flows may be reduced. These changes are projected to occur regardless of changes in precipitation. (Sections 2, 5)

- Recent hydrology projections suggest declining runoff for most of Colorado's river basins in the 21st century. However, the impact of climate change on runoff in the Rio Grande, Platte, and Arkansas Basins has not been studied as extensively as the Colorado River Basin. (Section 5)

- The lowest five-year period of Colorado River natural flow since records began in the late 1800s occurred in 2000 to 2004 (9.9 million acre feet per year). Recent hydrologic studies of the Upper Colorado River Basin project multi-model average decreases in runoff ranging from 6% to 20% by 2050 compared to the 20th century average, although one statistical streamflow model projects a 45% decline by 2050. The range of individual model projections within a single study can include both increasing and decreasing runoff due to the range of climate model output used to drive the hydrology models. Ongoing studies are attempting to resolve methodological differences in order to reduce the range of uncertainty in runoff projections. (Sections 2, 5)

- Throughout the West, less frequent and less severe drought conditions have occurred during the 20th century than revealed in the paleoclimate records over the last 1000 years. Precipitation variations are the main driver of drought in Colorado and low Lake Powell inflows, including the recent drought of 2000–07, and these variations are consistent with the natural variability observed in long-term and paleoclimate records However, warming temperatures may have increased the severity of droughts and exacerbated drought impacts. (Sections 4, 5)

- Because global climate models do not represent the complexity of Colorado's topography, researchers are using "downscaling" and other techniques to study processes that matter to Colorado water resource managers. Several projects are underway to improve regional understanding: Some use statistical "downscaling" methods, which adjust for the effects of elevation and the mountains on snowfall and temperature; other studies involve compiling, calibrating, and studying historical datasets; others involve enhanced climate modeling efforts to include finer spatial resolution that better represents Colorado's mountainous terrain. (Section 3)

## Implication for Water Resource Managers

Climate change will affect Colorado's use and distribution of water. Water managers and planners currently face specific challenges that may be further exacerbated by projected climate changes. The implications of climate change in this report are consistent with the broader conclusions in the CCSP SAP 4.3, the IPCC Technical Paper on Water (2008), and the 2007 National Academy of Science Report "Colorado River Basin Water Management."

This report provides a scientific basis to support further studies of water resources impacts. However, the assessment and quantification of specific climate change impacts on water resources is beyond the scope of this document.

A synthesis of findings in this report suggests a reduction in total water supply by the mid-21st century. When combined with temperature increases and related changes in evaporation and soil moisture, all recent hydrologic projections show a decline in runoff for most of Colorado's river basins by the mid-21st century. (Section 6)

---

**SIDEBAR ES-1. Communicating Uncertainty**

Recognizing the difficulty in communicating scientific uncertainty to those outside the community, climate assessments now make statements designed to communicate probability. The so-called likelihood terminology indicates "the assessed likelihood, using expert judgment, of an outcome or a result" (IPCC AR4 WGI 2007, p. 3). The likelihood terminology quoted in this document follows two different but similar conventions, shown below.

It is important to recognize that the likelihood terminology used here is independent of consequence; these are not risk statements and the consequences of potentially cascading effects are not implicit in the likelihood statements.

The authors and editors of this report did not develop likelihood statements independently. Here, all likelihood statements are quoted from three major assessments (IPCC AR4 WGI 2007, IPCC 2008, CCSP SAP 3.3) whose long-term processes involving large panels of experts arrived at conclusions based on the best available science.

| Statements quoted from IPCC AR4 WGI and the IPCC Technical Paper on Water use this convention: | Statements quoted from CCSP SAP 3.3 use an intentionally less discrete system: |
|---|---|
| *virtually certain* (>99%) | |
| *extremely likely* (>95%) | |
| *very likely* (>90%) | *very likely* (about 75–100%) |
| *likely* (>66%) | *likely* (about 60–75%) |
| *more likely than not** (>50%) | |
| *about as likely as not** (>33-66%) | |
| *unlikely* (<33%) | *unlikely* (about 25–40%) |
| *very unlikely* (<10%) | *very unlikely* (about 0–25%) |
| *extremely unlikely* (<5%) | |
| *exceptionally likely** (<1%) | |

\* these likelihood terms used by IPCC are not quoted in this report

2

BLM_0062518

# 1
# Introduction

In response to the risks associated with global warming, Governor Ritter issued the Colorado Climate Action Plan (CCAP) in 2007. The CCAP sets out a goal to prepare the state to adapt to those climate changes "that cannot be avoided" (CCAP 2007, p. 3). Recommendations in the CCAP include assessing the vulnerability of Colorado's water resources to climate change, analyzing impacts on interstate water compacts, and planning for extreme events such as drought and flooding.

This report is a synthesis of the state of the science regarding the physical aspects of climate change that are important for evaluating impacts on Colorado's water resources. It presents scientific analyses to support future investigations and state efforts to develop a water adaptation plan. Accordingly, the document focuses on observed trends, modeling, and projections of hydroclimatic variables—including temperature, precipitation, snowmelt, and runoff—that are important factors for water supply in the state. However, the geographic scope of the document does not end at the state's borders, because of Colorado's role as a headwaters for supply in the West. Projections focus on the mid-21st century, because this is a relevant planning horizon for adaptation strategies, but some projections are for earlier and later periods (Sidebar 1-1). This document is also intended to support other planning in the state including the State Water Supply Initiative, the Colorado River Water Availability Study, the Joint Front Range Climate Change Vulnerability Study, and the Governor's Conference on Managing Drought and Climate Risks.

Changes in Colorado's climate and implications for water resources are occurring in a global context. The IPCC Technical Paper on Water finds that on a global scale, observed warming has been linked to many changes in the water cycle. Climate models project that precipitation will increase at high latitudes and decrease in parts of the subtropics and lower midlatitudes. By the mid-21st century, average river runoff and water availability are projected to elevate at high latitudes and decrease over dry regions at lower midlatitudes such as the western United States. Increased precipitation intensity and variability are projected to elevate risks of floods and droughts. Water supplies in glaciers and snow cover are projected to decline in many areas of the world.

Changes in the quantity and quality of water may occur even in the absence of precipitation change. Current practices may not be robust enough to cope with climate change. The impacts of climate change challenge the

**SIDEBAR 1-1. How to Interpret the Timescales in This Report**

Many of the graphics and analyses in this report focus on recent trends and mid-21st century projections, but projections for other timeframes are important depending on the type of decision or planning horizon.

**2008 (the present):** Climate variations such as the recent drought may influence the results of trend analysis of the historical record. Many of the climate projections in this report show changes with respect to 1950–99 averages. During this period global and North American temperatures have already risen about 2°F, some of which can be attributed to anthropogenic causes.

**2025:** The projected warming in 2025 is roughly half that in 2050 (see FIGURES 5-2 through 5-7). In this timeframe, all greenhouse gas emissions scenarios lead to a similar range of temperature projections. Natural variability will play an important role in determining the climate of the next few decades. However, even relatively small shifts in the average climate can substantially change the risk of extreme events (FIGURE 1-1) such as heat and cold waves and drought.

**2050:** The climate projections for the differing greenhouse gas emissions scenarios start to diverge by 2050, but all projections still show a quantitatively similar range. Anthropogenic effects on climate variables are projected to be larger in 2050 than 2025 or the present. Therefore, the larger climate change signal will be more easily detected against the background of natural variability, and will further shift the risk of extreme events.

**Beyond 2050:** The future of Colorado's climate beyond 2050 depends on the greenhouse gas emissions path that the world follows. As the world warms, feedbacks in the climate system may further increase global greenhouse gas concentrations. Warming in Colorado may trigger changes in land cover that would alter regional climate. The possibility has been raised of large, potentially irreversible changes in the climate system particularly if global average temperatures increase more than a few degrees (e.g., Hanson et al. 2007).

**FIGURE 1-1. Climate and Extreme Events**



Fig. 1-1. Relatively small shifts in the average climate can substantially change the risk of extreme events such as heat and cold waves and drought. (IPCC AR4 WGI 2007)

BLM_0062519

assumption that past hydrology provides a good guide to the future. Furthermore, many gaps have been identified in observations, modeling, and applications research (IPCC 2008).

## Context

Knowledge about climate and climate change is evolving; thus this report is a snapshot of the state of science at a key point in Colorado's history. The information reported here provides a basis for planning to adapt to higher temperatures and the consequences that will result, especially the impacts related to Colorado's water and forests. Like the Colorado Climate Action Plan, this is a living document, and should be updated as the science progresses.

Although many published studies and datasets include information about Colorado, there are few climate studies that focus on the state. Consequently, many important scientific analyses for Colorado have not been done. This report summarizes Colorado-specific findings from peer-reviewed regional studies, and presents new analyses derived from existing datasets and model projections. The state is home to many experts in climate and hydrology, and this report draws from ongoing work by these and many other scientists who are stepping up to the challenge of providing societally relevant studies to aid decision-makers.

This document takes advantage of recent research and syntheses of climate including the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4), the IPCC Technical Paper on Water (2008), and the U.S. Climate Change Science Program (CCSP) Synthesis and Assessment Products (SAP) from 2007 and 2008. The statements within this report that include an expert assessment of the likelihood of occurrence (SIDEBAR ES-1) have been extracted from these documents.

Water managers have a long history of adapting to changing circumstances, including changes in economies and land use, environmental concerns, and population growth. Climate change will further affect the decisions made about how Colorado uses and distributes its water. The report provides a scientific basis to support further studies of
water resources impacts and adaptation efforts called for in the Governor's CCAP; the assessment of specific sensitivities and vulnerabilities of water supply and ecosystem impacts is beyond the scope of this report. Section 6 discusses the potential uses of the information in this report

in assessment of climate risks and vulnerabilities and in integrated resource planning and adaptation.

Vulnerability assessments of water resources might include the risks of compact calls in Colorado's river basins, risks to supply within the state, or the risks of drought. Integrated planning processes following on these assessments might include mitigation planning to assess and prepare for drought, and developing mechanisms for each river basin to deal with potential compact calls.

## Structure of the Report

Key findings of this report are summarized at the beginning of each section and in the Executive Summary that precedes the main document. You are of course encouraged to read the entire document, but less technical readers may find sufficient information in this Introduction, the Executive Summary, the key findings at the beginning of each section, and the figures.

The report begins with a description of the climate of Colorado, the observing systems and data available for study, and the observed trends in Colorado and the western United States for variables relevant to water resources (Section 2). Section 3 is an overview of climate models and theory intended to provide the background for later sections. Section 4 provides attribution of the principal causes of observed climate conditions including the recent multiyear drought. Section 5 then describes the global modeling projections for Colorado and the surrounding areas of the Intermountain West, and situates Colorado in the context of global climate change. It also describes how the complex topography of the state relates to interpreting and using climate change projections. Recent hydrologic projections for the Colorado River and other state resources are shown. Section 6 discusses the general implications of these findings for Colorado's water resources, although the assessment of specific impacts on water resources is beyond the scope of this report.

A glossary provides descriptions of some key climate terms, as well as an appendix of ongoing research efforts that may contribute in the near term to our understanding of climate change in Colorado. The details of data source and methods for each figure are available at **http://wwa.colorado.edu**.

BLM_0062520

## 2
# The Observed Record of Colorado Climate

### KEY POINTS

- Colorado's highly variable climate is a consequence of high elevations and the complex topography of the mountains, plains, and plateaus. Climate varies spatially and temporally, and different climatic variables fluctuate in distinct ways.

- In Colorado, statewide temperatures have increased about 2°F over 30 years. This synthesis is based on two methods estimating 2.1°F from 1977 to 2006 and 1.7°F from 1977 to 2006.

- In regions of Colorado, widespread warming is evident across most climate divisions in the 30-year period.

- In the last 50 years, the North Central Mountains warmed the most (+2.5°F), while temperatures in southwestern Colorado, including the San Juan Mountains, changed very little (+0.2°F). Minimum temperatures have warmed more than maximum temperatures during this period.

- In all parts of Colorado, no consistent long-term trends in annual precipitation have been detected in the time periods analyzed. Variability is high, which makes detection of trends difficult.

- A widespread and large increase in the proportion of precipitation falling as rain rather than snow and a reduction in snow water equivalent (SWE) have been observed elsewhere in the West between 1949 and 2004. In Colorado, however, these changes are smaller and not as statistically significant (Knowles et al. 2006). Most of the reduction in snowpack in the West has occurred below about 2500 m (about 8200 ft, Regonda et al. 2005). However, most of Colorado's snowpack is above this elevation, where winter temperatures remain well below freezing.

- Peak streamflows in the western United States are occurring earlier in the spring due to warming temperatures during spring months (Stewart et al. 2005, Hamlet et al. 2005). In Colorado, between 1978 and 2004, the spring pulse has shifted earlier by about two weeks (Clow 2007).

- Throughout the West, less frequent and less severe drought conditions have occurred during the 20th century than in the paleoclimate records covering the last 1000 years (Meko et al. 2007).



BLM_0062521

OBSERVATIONS ARE THE BASIS for understanding past and recent climate variability, for modeling future climate, and for evaluating future climate scenarios. This discussion of observations is intended to provide a background in how observations are made, the variation inherent in Colorado's climate record, and the challenges in analyzing this record. This information provides a context for climate attribution and projections. This section also presents a brief overview of the climate of Colorado. For a discussion on the difference between climate and weather, see climate in the glossary.

This report describes a number of observational studies. Comparing these studies is inherently complicated because different researchers analyze different periods of record, which are determined in part by the data available, and by the problem they want to study. Extensive effort would be needed to re-analyze and homogenize the results, so we have merely stated the periods that the authors chose.

The results of these observational studies must be taken in the context of the years defining the period and the climatic events that may or may not be included in different records. Colorado's climate has been punctuated by several notable climatic events, including the Dust Bowl years (1930s), a relatively cool period from the 1950s to the 1970s, and the recent severe drought in which eight out of ten years (1999–2008) had below normal April 1 snow water equivalent (SWE). These variations may influence the results of ongoing analyses. This report presents 30-, 50-, 75-, and 100-year trend analyses.

## 2-1. Observing Systems in Colorado

The earliest instrumental weather observations in Colorado came from some of the early forts built on the western frontier. In 1870, the organization that later became the National Oceanic and Atmospheric Administration (NOAA) National Weather Service (NWS) established more weather stations in Colorado including Denver, Pueblo, and Pikes Peak. In the 1880s the Colorado State Legislature authorized the creation of the Colorado Weather Service, with a goal of better defining the weather and climate resources of Colorado. This network of dozens of urban and rural weather stations later became the State of Colorado National Weather Service Cooperative Observer (COOP) Network. NOAA's National Climatic Data Center (NCDC) is also concerned with tracking future climate and has recently deployed a special climate observing network called the Climate Reference Network, including six stations in Colorado (**http://www.ncdc.noaa.gov/oa/climate/uscrn/**).

There are currently ~250 weather stations in Colorado reporting to the NWS. These stations measure and report daily high and low temperatures, precipitation (rain and the melted water from snow and ice), snowfall, and total snow depth. Average daily temperature is computed as the mean of the minimum and maximum temperatures. Some of these weather stations report additional information such as wind, humidity, and cloud cover.

It is important to note that many of these observing systems were not constructed and maintained with the goal of detecting long-term climate trends. In this context, changes in instrumentation, station locations, time of measurement and other factors have affected interpretation of long-term datasets. Changes in the location of observing stations may affect long-term records. Of the ~250 current stations scattered across the state, only two are located in nearly the same place as they were when first established in the 1880s. Station moves can result in slight differences in the local climate observed, and may appear as a spurious "climate change" trend. The widespread transition from glass to electronic thermometers in the 1980s resulted in a cold shift, or bias, of about 0.5°F compared to periods prior to the instrumental change. An even larger cold bias can occur if the daily observing time is changed from the afternoon to the morning (Pielke et al. 2002), as has become more common in recent decades. Land use changes that affect local temperature are also common in Colorado, including year-round urban heat island effects and altered irrigation patterns, which impact temperatures during the growing season (Pielke et al. 2002). To further complicate the matter, changes in these parameters are not always documented (Pielke et al. 2007).

Long-term hydrologic records also face observational challenges. For example, snow data are subject to local weather modification efforts and vegetation growth near the site (Julander and Bricco 2006). Changes in instrumentation and the impact on stream gauges from changes in stream channel geometry and upstream diversions also complicate the picture.

Given the complications introduced by observing stations, climatologists spend a lot of time considering how to work with the best scientific data by routinely quality controlling datasets. Scientists have developed procedures for adjusting and accounting for observational bias (including instrumentation changes and station location) by culling aberrant records and applying calibration measures. It is important to note that the methodological processes meant to improve observational datasets are subject to scrutiny in the peer review process and have been vetted by the scientific community.

An extensive discussion of the records at some Colorado climate stations is provided in Pielke et al. (2002), who caution that, given local variability and station issues, trends at individual stations may not be representative of regional

BLM_0062522

trends. Section 2-4 presents data from some individual stations, then analysis of regions of the state.

## 2-2. The Climate of Colorado

Colorado's climate is unlike that of any other state—it is characterized by the high elevations and complex topography of the Rocky Mountains, the Colorado plateau and valleys of the West Slope, and the high plains falling off from the Continental Divide towards the east (FIGURE 2-1). Climate varies in Colorado spatially across many regions, temporally across years and decades, and its temperature and precipitation histories differ across the state.

**FIGURE 2-1. Annual Average Temperature and Precipitation in Colorado (1950–99)**



TEMPERATURE



PRECIPITATION

**Fig. 2-1.** Annual climatology (1950–99) of daily average temperature (°F) and precipitation (inches). See FIGURES 5-2 and 5-3 for January and July temperature climatologies. (Data: PRISM)

Different climate drivers influence temperature variability in different parts of the state. Western Colorado and interior mountain valley temperatures are greatly affected by the presence or absence of snow cover. In a year with deep and early snows, winter temperatures can dip to 6–10°F below average (N. Doesken, pers. comm.). The opposite (i.e., above average temperatures) may occur during winters with limited snow cover. For the high mountains, the influence of persistent upper-level ridges and troughs (regions of high and low atmospheric pressure, respectively) dominate temperature anomalies. East of the mountains the battle among subtropical, Pacific, and polar continental air masses determines which years are warmer or colder than average (Pielke et al. 2003).

The annual cycle dominates temperature variability (see FIGURES 5-2 and 5-3). Statewide, January is typically the coldest month of the year and July or August is the warmest. Temperatures vary widely from day to day and week to week, especially during the cooler months from mid-autumn to late spring. Winter temperatures are more variable than summer temperatures, and daytime temperatures are more variable than nighttime readings. The least variability occurs with summer minimum temperatures.

It is against the background of variability in temperature and precipitation (discussed in Section 2-6)that long-term climate records are analyzed to detect trends. Time series analysis, including trend analysis, uses statistical methods to analyze records spanning a period of time in order to assess whether or not there is a detectable trend. To determine whether there is an anomaly in one period of interest compared to another, scientists may compare a year or period of years to a base period or reference period climatologies. This reference period depends on the process or issue being studied, and the variability in the datasets. The IPCC used various periods, including 20- and 30-year averages; these data were global averages and included a considerable number of data points, therefore reducing variability (IPCC AR4 WGI 2007). For a smaller region or one with greater variability, a longer period may be needed in order to detect trends in a statistically robust way. Analyses generated for this report use 50-year (1950–99) climatologies where possible.

## 2-3. Local and Regional Climates of Colorado

Sections 2-3 and 2-4 describe Colorado's climate from the standpoint of individual stations, experimental Colorado climate divisions, and the official National Climatic Data Center (NCDC) divisions. All these analyses are based on data from the NWS COOP Observing Network.

An effort has been underway for several years to carefully scrutinize all of Colorado's long-term weather stations and identify which are best for historic time series analysis and trend detection. In collaboration with the Western Water Assessment (WWA), the Colorado Climate Center

BLM_0062523

has categorized each station in Colorado according to suit-ability for trend analysis and detection. The Colorado Climate Center has developed a website specifically to view temperature and precipitation variations and trends for the best long-term datasets at stations in Colorado, including the data shown in Figures 2-2, 2-3, and 2-4 (**http://ccc .atmos.colostate.edu**).

To illustrate local variability in Colorado, nine stations were selected from 38 "better quality" stations through

Colorado (Figures 2-2 and 2-3). These stations have 90-year or longer records in both temperature and precipitation, and comparatively fewer identified problems with station relocation, instrument changes, and missing observations, according to analysis by the Colorado Climate Center and the WWA. In contrast, stations in Denver, Colorado Springs, and throughout the central mountains relocated too frequently, or had other problems limiting their use in long-term analysis. The temperature records show

**FIGURE 2-2. Temperature at Nine Observing Stations**



**Fig. 2-2.** Daily average temperature (°F), annually averaged, at nine observing stations in Colorado. Station locations are shown on the map of Colorado (top left). The 100-, 50-, and 30-year linear trends shown in blue, red, and yellow, respectively, are statistically significant (>97.5%); linear trends that are not significant are not shown. If less than 100 years of data were available, the full period of record was used to calculate the trend shown in blue. Of the 27 trends generated, 19 are increasing, one is decreasing (100-year trend at Lamar), and seven were not statistically significant.

BLM_0062524

the linear regression for the 30-, 50-, and 100-year trends in the mean (FIGURE 2-2), and the precipitation records (FIGURE 2-3) show the 10-year moving average.

Variability is apparent at all locations, and is comparatively smaller in the temperature record than the precipitation record. When added up over an entire year, the mean temperature at each location falls within a few °F of its

long-term average. Statistically significant trends are detected in the temperature record when the trend emerges from the variability. Of 27 trend lines computed (100-, 50-, and 30-year time periods, at nine stations), 19 are increasing, one is decreasing (100-year trend at Lamar), and seven were not statistically significant. In all parts of Colorado, no consistent long-term trends in annual precipitation

**FIGURE 2-3. Water Year Precipitation at Nine Observing Stations**



**Fig. 2-3.** Water year precipitation (inches) at nine observing stations around Colorado. Station locations are shown on the map of Colorado *(top left)*. Overall long-term trends are not detectable at the stations. The 10-year moving average of available data *(solid blue line)* is shown to emphasize decadal variations. Shorter-term changes, such as the droughts of the 1930s, 1950s, and the early 2000s, are apparent at some stations.

BLM_0062525

have been detected in the time periods analyzed. Seasonal trends have not been analyzed at these locations, but may be of interest to water managers.

Climatic trends at individual stations may not be representative of regional climate because of local processes at those stations (FIGURES 2-2 and 2-3). For this reason, climatologists assess long-term regional variability by grouping observing stations together. Regional trends may emerge (e.g., be statistically detectable) when the records from these stations are averaged together.

The NOAA National Climatic Data Center (NCDC) five official climate divisions group Colorado climate data into regions by river basins, but these divisions are not necessarily representative of the complex regional climates in the state. A new set of climate divisions has been developed

(Wolter and Allured 2007). These new divisions are based on groups of observing stations that vary in a similar manner from year to year, and are thought to reflect similar regional climate processes. Sufficient data are available to construct time series of temperature for most of these new climate divisions back to the early 1930s. The averages calculated from the better quality observing records within each division help to detect regional temperature trends by eliminating local processes that are not indicative of regional climate at each observing station.

Temperature trends were computed for these new climate divisions for selected time periods (75-, 50-, and 30-year periods) or the whole record (FIGURE 2-4). Regionally, the north-central part of the state has been warming the fastest (a +2.5°F change in the annual average over the past

**FIGURE 2-4. Colorado Regional Temperature Trends**



Fig. 2-4. Regional trends in annual average temperature (°F) for experimental climate divisions in Colorado. Groups of stations with similar climates comprise the divisions indicated by colored circles; there are no delineated geographic boundaries. Gray shading indicates terrain at an elevation higher than 9850 feet (3000 m). The tables show temperature changes for the 30-, 50-, and 75-year periods ending in 2006, as determined from linear trend analysis. Statistically significant trends (>95%; see the online Methods Supplement) are shown in red (warming) and blue (cooling). Trends were computed by averaging observations from a subset of locations within each division (between three and seven stations, depending on the division) that met quality control requirements. Although some divisions extend beyond the state's borders, only stations within Colorado were used to determine trends. Insufficient data were available to calculate 75-year trends for the San Luis Valley and the Southern Front Range divisions. Significant warming is evident in most divisions in the past 30 and 50 years.

BLM_0062526

50 years), while the southwestern corner has warmed the slowest over the same time period (+0.2°F). The most striking trends are for the most recent 30-year period (1977–2006), about a +2°F change during this period for most of the state, except the Lower Arkansas Valley (pink circles, FIGURE 2-4) climate division in the southeast corner of the state. This division also shows a regional cooling trend for the 75-year period. This period begins during the 1930s Dust Bowl years in Colorado, which were some of the warmest years on record for many stations. This division extends well beyond the state's borders; only two stations, Holly and Lamar were used to compute the regional average. Pielke et al. (2002, 2007) discuss problems with the observational record at these stations, including changes in observation time that may have introduced a cold bias. Using a larger selection of COOP stations in this division in Colorado and in neighboring states yields the following linear trends: 1932–2006 (-1.4°F), 1957–2006 (+0.1°F), 1977–2006 (+0.7°F).

Minimum temperatures show greater overall warming than maximum temperatures in the last 50 years. Analysis of seasonal trends for minimum and maximum temperatures for Northern Colorado Mountains and the Arkansas Valley (green circles, FIGURE 2-4) show upward trends in minimum temperatures in all seasons, with the largest trends in spring (TABLE 2-1). This finding is consistent with Knowles et al. (2006) who also found large and widespread warming trends in the intermountain west in March over a similar period. Across the state, winters also warmed during this 50-year period, but this trend is less pronounced than for spring.

**TABLE 2-1: Seasonal Temperature Trends (1957–2006)**
**in the Northern Colorado Mountains and the Arkansas Valley**

|  |  | winter | spring | summer | autumn | annual |
|---|---|---|---|---|---|---|
| Arkansas Valley | Tmax | +2.1 | **+3.8** | +0.4 | +1.0 | **+1.8** |
|  | Tmin | **+3.2** | **+3.0** | **+1.4** | **+1.4** | **+2.2** |
| North Central Mountains | Tmax | +1.3 | **+4.6** | **+1.8** | - 0.1 | **+1.9** |
|  | Tmin | **+2.7** | **+4.7** | **+3.0** | **+2.7** | **+3.2** |

The observed trend in average maximum (Tmin) and minimum temperatures (Tmax) from 1957 to 2006 for the Arkansas Valley and the North Central Mountains experimental climate divisions. Locations of the divisions are shown in FIGURE 2-4. The 50-year trends for individual seasons and the annual mean are shown. Statistically significant *(red)* warming trends are evident in all seasons for Tmin. Springtime trends for Tmin and Tmax are particularly large.

## 2-4. Statewide Average Temperature, 1930s to present

Colorado's climate since 1930 shows a warm period in the 1930s and the 1950s, a cool period though the 1960s and 1970s, and a consistent upward trend in the 10-year average since about 1970 (FIGURE 2-5). The temperature has increased by +2.0°F from 1957 to 2006 (50 years), and by +2.1°F from 1977 to 2006 (30 years). These trends are based on the NCDC traditional climate division data.

This estimate can be compared with an alternate calculation using spatial averages of the experimental climate divisions (see FIGURE 2-4) that are based on unadjusted COOP station data. This calculation results in statewide linear trends of +1.6°F from 1957 to 2006 and +1.7°F from 1977 to 2006. Although the analysis methods and choice of dataset lead to the differing estimates of statewide trends, these methods converge on a statewide temperature increase of about 2°F. The above trends were calculated by fitting a straight line through the data. Temperatures changes between the beginning and the end of these periods show similar results.

**FIGURE 2-5. Colorado Annual Mean Temperatures (°F) for 1930–2007**



**Fig. 2-5.** Colorado annual mean temperatures (°F) from 1930 to 2007. Annual departures are shown as gray bars relative to a 1950–1999 reference period. The 10-year moving average of available data (black curve) highlights low frequency variations in the record. Warm periods occurred in Colorado in the 1930s and the 1950s, followed by a cool period through the 1960s and 1970s. Since about 1970, there has been a consistent upward trend in the 10-year average. (Data source: NCDC Climate Divisions, see http://www7.ncdc.noaa.gov/CDO/CDODivisionalSelect.jsp)

BLM_0062527

FIGURE 2-6. Temperature Trend and Elevation (1979–2006)



**Fig. 2-6.** Dependence of temperature trends on elevation. Annual mean daily minimum *(left panel)* and maximum *(right panel)* temperature trend (1979–2006) plotted in successive 250-meter elevation bands. The red dot is the median trend over the period of analysis at all locations within its elevation band; the crosses are the approximate 5th and 95th percentile values, and represent the range of trends throughout the state in the elevation band. The dotted line is zero trend or no change. (Diaz and Eischeid 2007)

## 2-5. Elevation

Another regional view of temperature is its relationship with elevation. Temperature typically decreases as elevation increases, and temperature is a significant factor in defining the ecosystems and habitats at different elevations. Diaz and Eischeid (2007) analyzed the temperature record using the Parameter-elevation Regressions on Independent Slopes Model dataset (PRISM; **http://www.prism.oregon state.edu/**). They find larger warming trends at high elevations (FIGURE 2-6). Few reliable long-term surface air temperature records are available above 9850 feet (3000 m). PRISM temperatures at these elevations are estimated from in situ observations at lower elevation and from free-atmosphere (above the land surface) temperatures. The magnitude of estimated temperature trends from Diaz and Eischeid (2007) may not be consistent with in situ observational data from alpine locations, such as Niwot Ridge in Boulder County (>11,000 ft) and Loch Vale in Rocky Mountain National Park (>10,000 ft) (J. Baron pers. comm., M. Williams pers. comm.).

## 2-6. Trends in Hydroclimatic Variables: Temperature, Precipitation, Snow, and Streamflow

Colorado's temperature trends are consistent with multiple independent analyses showing widespread warming in the West (CCSP SAP 4.3 2008; Udall and Bates 2007; Mote et al. 2005; Stewart et al. 2005; Diaz and Eischeid 2007). However, a few sites in the southern San Juan Mountains show cooling (Mote et al. 2005). Regonda et al. (2005) observed that the onset of spring warm spells (defined as seven days greater than 53°F/12°C) shifted to an earlier date over the period 1950–99. Knowles et al. (2006) found positive temperature trends at the vast majority of stations across the West. The greatest warming was generally observed at the higher elevations in the Interior West, with the most warming observed in March (FIGURE 2-7; for other months see Knowles et al. 2006).

BLM_0062528