1968, Szaro and Balda 1979b, Coons 1984, Siegel 1989).

Individual tree removal in mixed-species forests appeared to have no effect on breeding populations of Steller's jay in east-central Arizona (average 20.7 pairs per 100 acres) (Franzreb 1977). In ponderosa pine stands in northern Arizona, densities of jays ranged from 0 (in clearcut areas) to 7.5 pairs per 100 acres (in unharvested areas) (Szaro and Balda 1979b, Siegel 1989). Densities of jays on the North Kaibab Plateau were lower in dense old-growth ponderosa pine (1.4 pairs per 100 acres) than in areas that were thinned but whose residual stands contained large trees (1.9 pairs per 100 acres) (Siegel 1989).

## Management Effects

Some harvesting practices, such as thinning and partial overstory removal, when compared to control plots had little or no effects on the abundance of Steller's jays. Clearcuts and shelterwood cuts (few residual large trees), however, resulted in large declines of jay populations (Kilgore 1971, Franzreb and Ohmart 1978, Szaro and Balda 1979a, Mannan and Meslow 1984).

Abundant and well distributed seed-producing trees of oak, and limber, southwestern white, and piñon pines, are important to the Steller's jay.

## Habitat Management Recommendations
√ **Coniferous forest generalists**
  - VSS 1, VSS 2, VSS 3, VSS 4, VSS 5, and VSS 6

√ **Nesting**
  - VSS 4, VSS 5, and VSS 6 have highest breeding densities

√ **Foraging**
  - VSS 1, VSS 2, VSS 3, VSS 4, VSS 5, and VSS 6
  - Abundant cone- and mast-producing trees are important for summer and winter foods
  - During fall, large piñon trees are an important source of food

√ **Other important habitat attributes**
  - Downed logs and woody debris are important as habitats for insect food

## Tassel-Eared Squirrel
*(Sciurus aberti)*

(Abert's Squirrel, Kaibab Squirrel)

The tassel-eared squirrel is a relatively large tree squirrel (total length=19-21 inches, weight=1.5-2 pounds). Its body size and wide distribution in ponderosa pine forests in the Interior West make it an important prey of the goshawk. This squirrel made up 5.2% of diets of nesting goshawks on the North Kaibab Plateau (Mannan and Boal 1990), and 8.6% of 105 prey remains that were collected at 8 goshawk nests in the Jemez Mountains of New Mexico (Kennedy 1991). Because of their large size, the contribution of this squirrel to the above diets exceeded 10% of the total biomass consumed.

## Distribution

The tassel-eared squirrel is a forest-dwelling mammal that ranges from southern Wyoming into Utah, Colorado, Arizona, and New Mexico (McKee 1941, Davis and Brown 1989).

## Habitat

Tassel-eared squirrels are primarily restricted to ponderosa pine-dominated forests, although they are occasionally observed in piñon pine woodlands, Douglas-fir, and spruce-fir forests (Rassmussen 1941, Keith 1965, Patten and Green 1970, Patten 1975, Pederson et al. 1976, J. Hall 1981, Brown 1984, Pederson and Welch 1985, Hoffmeister 1986, Davis and Brown 1989).

## Food

Food of the tassel-eared squirrel consists almost exclusively of items produced by ponderosa pine or fungi symbiotic with it (J. Hall 1981). Fungi are a major food item during summer and fall (Stephenson 1974, J. Hall 1981, States et al. 1988); in Arizona up to 98% of the diet is hypogeous fungi (Maser et al. 1978). The occurrence of fungi in the habitat of this squirrel is correlated with canopy cover and summer rains (States 1985, Pederson et al. 1987).

Apical buds and staminate cones of ponderosa pine are major food items during the winter and early summer, respectively (Keith 1965, Stephenson 1974, J. Hall 1981). Seeds of ovulate cones are a nutritious food source, but cone availability varies from year to year (J. Hall 1981). In contrast, phloem (cortical tissue of subterminal twigs), a dietary staple of tassel-eared squirrels, is always available (J. Hall 1981, Farentinos et al. 1981). Due to its low nutritional value, diets dominated by inner bark reduce squirrel survival during adverse weather (Patton 1974). In fact, several authors (Kenward 1983, States et al. 1988) have demonstrated a loss of body mass after squirrels switch from fungi to inner bark during winter.

In ponderosa pine stands with high densities of Gambel oak, acorns can comprise up to 40% of the squirrel's diet during fall (Stephenson 1974). In areas where oaks produce abundant acorn crops, squirrel densities may be higher than in areas without oak (Reiser pers. obs.). Also, cavities in large

BLM_0062674

diameter oaks are sometimes used for nesting (Vahle pers. comm.).

## Special Habitat Needs

Squirrels show strong preferences for large trees for feeding and nesting (Keith 1965, Pederson et al. 1976, J. Hall 1981, Farentinos et al. 1981). For example, Patton and Green (1970) found that 90% of 538 feeding trees were between 11 and 30 inches DBH (average=19 inches DBH). In Utah, diameter of feeding trees averaged 16.6 inches (Pederson et al. 1976). In Ffolliott and Patton's (1975) production rating criteria for feed-trees, 20-inch-DBH trees had the highest value. In a study of winter feeding, States et al. (1988) found that 82% of the mature "yellow pines," which constituted 10% of their study stand, were fed upon, while only 61% of all young "black-jacks" (>4 inches DBH) were fed upon. In another study, the squirrels preferred to forage in trees with a DBH range of 8-16 inches (Allred 1989). Trees 8 to 16 inches DBH comprised 77% of all feed-trees, but represented only 31% of trees available in the study stand.

Squirrels did not utilize trees smaller than 4 inches, probably because the smaller branches did not support their weight. In contrast, larger trees (8-28 inches) had more foliage and offered the squirrels more terminal shoots and ovulate cones (Allred 1989). However, Keith (1965) suggested that forests of "over mature" ponderosa pine make poor squirrel habitat, and Patton's (1984, Figure 2) description of "poor" habitat for squirrels supported this supposition. Ratcliff et al. (1975) found basal area of ponderosa pine was the most consistent variable associated with an index of squirrel density (r=0.88).

Tassel-eared squirrel nests tend to be in groups of trees with interlocking crowns, and nest trees are often larger than the average stand DBH (Rasmussen 1941, Patton 1984). In Utah, nest tree diameters averaged 18.9 inches (Pederson et al. 1976). In Ffolliott and Patton's (1975) production rating criteria for nest trees, 15 inch DBH trees had the highest value.

The "best" squirrel habitat appears to have some mature ponderosa pine trees with areas having canopy cover greater than 60% (Keith 1965, Patton and Green 1970, Patton 1975, Pederson et al. 1976, J. Hall 1981, Patton 1984). Mature trees often produce the most cones (Larson and Schubert 1970), and abundant truffle foods are often associated with young pine stands with canopy cover greater than 65% (States 1985).

## Home Range

Estimates of squirrel home range size vary by sex and age of squirrel, season (winter versus summer), and method of study (observations of marked individuals versus radio-telemetry). Keith (1965) studied squirrel movements near Flagstaff, Arizona. Although he did not give the number of squirrels studied, average home range (summer and fall) was 18 acres; home range size decreased in winter. Farentinos (1972a, 1979) reported average summer ranges for 3 males at 7.4 acres in 1972 and 6.4 acres for 8 males in 1979; average winter range sizes for males was 18.4 acres and for females was 14.4 acres. The average summer range of 3 males in 1970 was 10.9 acres (J. Hall 1981); an additional male and female over a 2 year period had home ranges of 18 and 34.8 acres, respectively. In Utah, Pederson et al. (1976) radio-tracked squirrels during summer on home ranges before and after timber harvests. Seven home ranges in this study averaged 6.2 acres before harvest, and three of these home ranges averaged 32.0 acres after harvest. Patton et al. (1985) also studied home range size before and after tree harvest. Within his study, average home range sizes were considerably larger than reported elsewhere: 66.7 acres before harvest and 123 acres after harvests (1 female, 4 males).

## Population

Available evidence suggests that populations of tassel-eared squirrels fluctuate both in the short- and long-term (Pearson 1950, Keith 1965, Farentinos 1972b, J. Hall 1981). Factors causing these fluctuations are not clear. Predation, immigration, quantity and quality of food, timber harvest, tree density and age, sylvatic plague, and winter snow cover have all been suggested (Stephenson and Brown 1980). Patton (1984) developed a table that associated 5 habitat capabilities (poor, fair, good, very good, optimum) (see his Fig. 2) to support a given density of squirrels over the long-term. Of the 3 "best" habitat classes, "good" supported 0.14 squirrel per acre, "very good" supported 0.37, and "optimum" supported 0.99.

## Management Effects

Pederson et al. (1976) investigated the effects of timber harvests on the tassel-eared squirrel in the Abajo Mountains of southeastern Utah. Their recommendations for minimizing effects of harvest included: 1) retaining "a large percentage" of trees with DBH of 12 to 19 inches and tree heights of 45 to 75 feet, 2) preserving undisturbed areas within a 150-foot radius of nests for nesting and feeding activities, and 3) avoid piling and burning of logging slash. The latter destroys the litter layer and the microclimate necessary for fungi (Pederson et al. 1987).

BLM_0062675

Both Patton (1984) and States et al. (1988) agree that prime squirrel habitat is comprised of stands containing a combination of tree age-classes whose size, density and grouping provide all the necessary seasonal foods, cover, and nesting sites. It is especially important to maintain groups of trees with interlocking crowns--an important feature of tassel-eared squirrel nesting habitat.

Large-diameter feed-trees also should be dispersed through the squirrel's home range (Patton and Green 1970). Ponderosa pine trees between the ages of 60 and 160 years produce more viable seeds than younger or older trees. In California, trees with DBHs greater than 25 inches were the best seed producers. Ponderosa pines continue to produce abundant seed up to 350 years of age (Oliver and Ryker 1990).

### Habitat Management Recommendations
√ **Ponderosa pine specialist**
- VSS 3, VSS 4, VSS 5, and VSS 6

√ **Nesting**
- VSS 4, VSS 5, and VSS 6
- Groups of trees with interlocking crowns are very important

√ **Foraging (considered a food specialist)**
- VSS 3, VSS 4, VSS 5, and VSS 6
- Large-diameter trees important for cone production
- Areas of shaded overstory (>60%) necessary for fungi production

√ **Other important habitat attributes**
- Snags may sometimes be used for nest trees (Vahle pers. comm.)
- Downed logs and woody debris are important for food substrate and cover
- Large openings are detrimental because they force squirrels, moving from tree to tree, to travel longer distances on the ground. Retention of trees with interlocking crowns may serve as travel ways and escape corridors.

## Williamson's Sapsucker
*(Sphyrapicus thyroideus)*

Williamson's sapsucker is a medium-sized woodpecker, 9 inches in length and averaging 1.7 ounces in weight (Dunning 1984). The Williamson's sapsucker is widely distributed in conifer forests throughout the western United States.

### Distribution
In the Southwest, the Williamson's sapsucker is a common year-round resident in the mountainous terrain north of the Mogollon Rim. South of the Mogollon Rim, it may be rare or locally common in wooded areas and forests at middle and lower elevations (Hubbard 1978).

### Habitat
In the Rocky Mountains, the Williamson's sapsucker prefers forests of mixed-species and hardwoods (mainly ponderosa pine, Douglas-fir, spruce-fir, and aspen) (Scott et al. 1977). During the breeding season, this species was not found in pure stands of ponderosa pine in northern Arizona (Szaro and Balda 1979b, 1986).

In the Huachuca Mountains in southeastern Arizona, Bock and Larson (1986) found Williamson's sapsuckers wintering in oak-juniper and pine-oak woodlands. Females and males wintered at different elevations and habitats; females occurred at a significantly lower elevation (5,558 feet versus 6,120 feet for males) and more frequently in oak and oak-juniper woodlands. Wintering males frequented the pine-oak woodlands (Bock and Larson 1986).

In southwestern Colorado, densities of Williamson's sapsuckers were not associated with the amount of aspen in mixed-species stands (Scott and Crouch 1988).

### Food
Their diet is approximately 85% animal matter (mainly ants) and 15% plant matter (mainly tree cambium) (Scott et al. 1977). Analysis of 5 sapsucker stomachs in California showed that 2 species of Formicidae (*Camponotus* spp. and *Liometopum* spp.) made up 70% of total volume of food items. Coleoptera comprised an additional 17.5% of the total volume (Otvos and Stark 1985). Like the red-naped sapsucker, the Williamson's sapsucker feeds on sap throughout the year (Scott et al. 1977, Bock and Larson 1986). Bock and Larson (1986) also noted that female Williamson's sapsuckers were attracted to fruit crops in southeastern Arizona during winter, especially berries of madrone trees.

### Special Habitat Needs
The choice of tree species for nesting varies between regions. In the Southwest, the species exhibited a preference for aspen (Scott et al. 1977). In Arizona, 17 of 21 nests were in aspen snags, 3 were in live aspens with dead tops, and 1 nest was in a live aspen (Scott et al. 1977). Along the Mogollon Rim, in central Arizona, Li and Martin (1991) found 97% of 36 nest sites in aspen snags which averaged 15 inches DBH. Average nest tree height was 40.7 feet. Nest plots (0.1 acre) contained an average of

BLM_0062676

2.4 aspen snags and 0.5 conifer snags (Li and Martin 1991). Of 57 nests in Colorado, 49 were in aspen, and many of the nest trees were infected with *Phellinus* fungus. In areas without suitable aspen nest trees, pines were used for nesting (Scott et al. 1977).

In three forest types in Colorado and Arizona (ponderosa pine, spruce-fir, and aspen), 21 of 26 nest cavities were in dead aspen, 1 was in a live aspen, and 4 were in unidentified dead-topped conifers (Scott et al. 1980). The average nest height was 39 feet (range 25-60 feet), average nest tree height was 62 feet (range 45-80 feet), and the average nest tree DBH was 16 inches (range 14-19 inches).

During winter in the Huachucua Mountains, Arizona, male and female Williamson's sapsuckers used different feeding trees. Females drilled for sap only in oak and madrone trees, whereas males drilled for sap predominantly in Chihauhau pine (81.8% of the sap trees), juniper (12.1%), and madrone (6.1%) (Bock and Larson 1986).

### Home Range

No home range information on the Williamson's sapsucker was found.

### Population

In unlogged old-growth ponderosa pine stands, Williamson's sapsucker breeding densities during a 2-year study were much higher in dense stands (5.7 pairs per 100 acres) compared to open stands (1.0 pairs per 100 acres). Densities in open old-growth stands were similar to selectively harvested old-growth stands (1.7 pairs per 100 acres) (Siegel 1989).

### Management Effects

Williamson's sapsucker populations remained stable or decreased in response to various logging practices (see Medin 1985, Table 3). Franzreb and Ohmart (1978) observed no differences in breeding densities in unlogged and logged areas with many large residual trees; densities averaged 3.9 pairs per 100 acres in this 2-year study.

Dense, mature forests are necessary for maintaining high densities of Williamson's sapsuckers (Siegel 1989). Due to the woodpecker's preference for quaking aspen nest trees, regenerating and maintaining aspen trees and stands is important. Development of oak and other deciduous trees in the understory for feed-trees may also benefit the Williamson's sapsucker.

### Habitat Management Recommendations
√ **Conifer forest generalists**
- VSS 4, VSS 5, and VSS 6
- Prefers dense stands of large trees, commonly mixed with quaking aspen

√ **Nesting**
- VSS 4, VSS 5, and VSS 6
- Aspen very important, particularly snags
- Nest trees 15-16 inches DBH and 62 feet high; nests average 39-41 feet high

√ **Foraging**
- VSS 4, VSS 5, and VSS 6
- Deciduous trees are important as a sap source
- Snags are important for insect prey

√ **Other important habitat attributes**
- Woody debris and downed logs are important foraging sites

BLM_0062677

*Management Recommendations*

BLM_0062678

# Appendix 4. Forest Health

Forest health is a function of many of biotic and abiotic factors. Insects and diseases are essential components of ecosystems. They provide food (insects, fungi, mistletoe), structural diversity (snags, downed logs, witches brooms), and nest sites (tree cavities, witches brooms) for many wildlife species. Fire suppression and logging of large trees has increased the frequency and intensity of epidemics of insects, root diseases, and dwarf mistletoes. These epidemics may prevent forests from reaching the older age classes by reducing growth and increasing tree mortality. The distribution of pest-affected or pest-susceptible stands should be considered in ecosystem management. Pest prevention and suppression strategies, or in some cases no action, should be utilized where appropriate to develop or maintain the desired forest conditions for goshawks and their prey.

## Dwarf Mistletoe

Dwarf mistletoes are common on conifers in the Southwest, and were identified as early as 1909 as one of the primary causes of mortality in ponderosa pine (Krauch 1926, Hawksworth and Weins 1972, Hawksworth and Geils 1989).

Dwarf mistletoes can alter the structure of forests by reducing growth and increasing tree mortality. Some of these changes, as well as the mistletoe plant itself, benefit wildlife (Bennetts 1991). Over time, however, mistletoe related changes can be detrimental to some goshawk prey species. For example, ponderosa pine stands severely infected with southwestern dwarf mistletoe (*Arceuthobium vaginatum* subsp. *cryptopodum*) become stagnated and may not develop beyond the young forest stage (VSS 3) or may revert, because of high mortality, to the grass/forb/shrub stage (VSS 1).

Management recommendations for developing the desired forest conditions could include application of sanitation cuts and thinnings to reduce the detrimental effects of mistletoe in the post-fledging family areas and foraging areas. It makes good sense to select reserve trees that are free of or only lightly infected with dwarf mistletoe. Because mistletoe in large trees infects nearby understory trees, the understory might not reach the larger tree sizes. When necessary, infected trees can be killed and left

standing by using intense basal fires, or by girdling (Conklin et al. 1991).

## Root Diseases

Fungal root diseases are common in many mixed-species and spruce-fir forests and in some pines in the Southwest (Wood 1983). Root diseases generally result in spreading centers of tree mortality, and all VSS are susceptible. Root diseases survive for decades in roots of stumps and snags, and can infect susceptible trees through root contact (Tkacz and Baker 1991). A recommended means for reducing root disease is to patch-cut disease centers and regenerate with resistant species (such as aspen) or ponderosa pine in mixed-species forests.

## Western Spruce Budworm

The western spruce budworm (*Choristoneura occidentalis*) is a widely distributed defoliator of mixed-species forests (Fellin and Dewey 1982). The spruce budworm can seriously affect the growth of young trees under a canopy. Affected trees display less vigorous growth, less foliage volume, and reduced cone production. Mature trees severely defoliated by budworm are predisposed to one or more species of tree-killing bark beetles.

The 2- to 4-acre openings and understory tree removal in mixed-species forests will make stands less susceptible to spruce budworm by allowing the regeneration of intolerant species such as ponderosa pine.

## Bark Beetles

Bark beetles, including engraver beetles (*Ips*), western pine beetle (*Dendroctonus brevicomis*), and mountain pine beetle (*D. ponderosae*) are periodically destructive to ponderosa pine in the Southwest. Spruce can be killed by spruce beetle (*D. rufipennis*) and Douglas-fir by Douglas-fir beetle (*D. pseudotsugae*). Bark beetles typically attack trees that are weakened by disease, overcrowding, defoliation, injury, or drought.

Thinning to reduce overcrowded conditions in young to old forests will reduce the susceptibility of trees to bark beetle epidemics.

BLM_0062679

*Management Recommendations*

BLM_0062680

# Appendix 5.  Vegetation structural stage determination and management options

## Vegetation Structural Stage Determination

Vegetation structural stage (VSS) is a method of describing the growth stages of a stand of living trees.  It is based on tree size (DBH) and total canopy cover.  Overall, the VSS is dependent on the time it takes seedlings to become established and subsequent growth rates.  Life expectancy of trees determines how long the oldest VSS can be maintained.

The time required for seedling establishment depends on:
1) cone crop frequencies ( Appendix 1, Table 2; page 49),
2) cone development,
3) seed production and distribution,
4) proper conditions for germination,
5) root system establishment, and
6) climatic conditions.

Seedling establishment varies from 10 years in ponderosa pine and mixed-species, to 20 years in spruce-fir after a canopy is opened and a forest floor is disturbed (Pearson 1950, Alexander 1974).

Tree diameter growth rates vary with:
1) initial diameter (starting point),
2) site productivity,
3) climatic conditions, and
4) level of management.

Ponderosa pine and mixed-species forest types have similar diameter growth rates, ranging from 0.2 to 2.5 inches per decade (Edminister et al. 1991) (Tables 1, 2).  Spruce-fir forests usually have growth rates of 0.2 to 1.4 inches per decade (Table 3).

Pathological age of trees is the ages (years) when growth slows, significant decay develops, and mortality is high (Boyce 1961).  Pathological age ranges from 10 years in Gambel oak to 250-450 years in Engelmann spruce (Table 4).  However, individual trees can live much longer.  In southwestern tree species, longevity ranges from 80 years in Gambel oak to >2000 years in limber pine (Table 4).

Site productivity and growth rates vary widely among forest types of the Southwest.  The following site indices (SI) and basal areas per acre (BA/A) were chosen to typify each forest type (Tables 1, 2, 3):
1) Ponderosa pine: 70 SI, 60 BA/A
2) Mixed-species: 70 SI, 80 BA/A
3) Spruce-fir: 80 SI, 100 BA/A

## Management Options for Developing Vegetation Structural Stages

To develop the VSS proportions in goshawk home ranges many options are available.  To achieve the desired forest conditions, some form of stand regeneration and tree density control (e.g., fire, insect and disease, understory thinning) is needed.  Depending on management intensity (minimal, moderate, and intensive), the desired forest conditions can be obtained at varying rates (Tables 1, 2, 3, 5).

Intensity of forest treatments (thinning) influences the growth rates of trees .  For example, because of competition, trees in unthinned ponderosa pine stands will not grow more than 11 inches in diameter over a 220 year period (Table 5).  As a result, these unthinned stands will remain in a "young VSS" (DBH) even though they are 200 years old.  Table 5, illustrates how trees and forests change (mean diameter, basal are, tree per acre, and VSS) through time under five different management intensities.

BLM_0062681

*Management Recommendations*

**Table 1. Estimated diameter growth rates, age in vegetation structural stage (VSS), accumulated age, and proportion of landscape in each VSS for the ponderosa pine forest cover type (site index = 70, basal area = 60 sq ft/ac).**

| Structural Stage (SS) and Diameter (inches) | Grass/Forb/Shrub 0-1 | | Seedling-Sapling 1-5 | | Young Forest 5-12 | | Mid-aged Forest 12-18 | | Mature Forest 18-24 | | Old Forest 24+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Minimal Managment** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 1.33 | | 1.52 | | 1.48 | | 1.3 | | 1 | |
| Years (Acc-yrs)[1] | 20 | (20) | 30 | (50) | 46 | (96) | 41 | (137) | 46 | (183) | 50 | (233) |
| Percent in SS | 9 | | 13 | | 20 | | 17 | | 20 | | 21 | |
| **Moderate Management** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 1.91 | | 1.76 | | 1.64 | | 1.4 | | 1.10 | |
| Years (Acc-yrs) | 20 | (20) | 21 | (41) | 40 | (81) | 37 | (117) | 43 | (160) | 45 | (204) |
| Percent in SS | 10 | | 10 | | 19 | | 17 | | 20 | | 24 | |
| **Intensive Management** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 2.5 | | 2 | | 1.8 | | 1.5 | | 1.2 | |
| Years (Acc-yrs) | 20 | (20) | 16 | (36) | 35 | (71) | 33 | (104) | 40 | (144) | 50 | (194) |
| Percent in SS | 10 | | 8 | | 18 | | 17 | | 21 | | 26 | |

[1] *Years (Acc-yrs): Number of years in structural stage (SS) and accumulated years (Acc-yrs).*

**Table 2. Estimated diameter growth rates, age in vegetation structural stage (VSS), accumulated age, and proportion of landscape in each VSS for the mixed-species forest cover type (site index = 70, basal area = 80 sq ft/ac).**

| Structural Stage (SS) and Diameter (inches) | Grass/Forb/Shrub 0-1 | | Seedling-Sapling 1-5 | | Young Forest 5-12 | | Mid-aged Forest 12-18 | | Mature Forest 18-24 | | Old Forest 24+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Minimal Managment** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 0.82 | | 1.02 | | 1.20 | | 1.1 | | 1.03 | |
| Years (Acc-yrs)[1] | 20 | (20) | 49 | (69) | 69 | (137) | 50 | (187) | 55 | (242) | 44 | (290) |
| Percent in SS | 7 | | 17 | | 24 | | 17 | | 19 | | 17 | |
| **Moderate Management** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 1.08 | | 1.27 | | 1.34 | | 1.2 | | 1.07 | |
| Years (Acc-yrs) | 20 | (20) | 37 | (57) | 55 | (112) | 45 | (157) | 50 | (207) | 47 | (254) |
| Percent in SS | 8 | | 15 | | 22 | | 18 | | 20 | | 18 | |
| **Intensive Management** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 1.33 | | 1.52 | | 1.48 | | 1.3 | | 1 | |
| Years (Acc-yrs) | 20 | (20) | 30 | (50) | 46 | (96) | 41 | (137) | 46 | (183) | 50 | (233) |
| Percent in SS | 9 | | 13 | | 20 | | 17 | | 20 | | 21 | |

[1] *Years (Acc-yrs): Number of years in structural stage (SS) and accumulated years (Acc-yrs).*

BLM_0062682

**Table 3. Estimated diameter growth rates, age in vegetation structural stage (VSS), accumulated age, and proportion of landscape in each VSS for the spruce-fir forest cover type (site index = 80, basal area = 100 sq ft/ac).**

| Structural Stage (SS) and Diameter (inches) | Grass/Forb/Shrub 0-1 | | Seedling-Sapling 1-5 | | Young Forest 5-12 | | Mid-aged Forest 12-18 | | Mature Forest 18-24 | | Old Forest 24+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Minimal Managment** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 1.00 | | 1.02 | | 1.00 | | 0.9 | | 0.8 | |
| Years (Acc-yrs)[1] | 20 | (30) | 40 | (70) | 69 | (139) | 60 | (199) | 67 | (265) | 63 | (328) |
| Percent in SS | 6 | | 13 | | 22 | | 19 | | 21 | | 20 | |
| **Moderate Management** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 1.75 | | 1.51 | | 1.40 | | 1.2 | | 0.9 | |
| Years (Acc-yrs) | 30 | (30) | 23 | (53) | 49 | (99) | 43 | (142) | 50 | (192) | 56 | (248) |
| Percent in SS | 8 | | 14 | | 23 | | 17 | | 19 | | 19 | |
| **Intensive Management** | | | | | | | | | | | | |
| Diameter growth/decade (inches) | 0 | | 2.5 | | 2 | | 1.8 | | 1.5 | | 1 | |
| Years (Acc-yrs) | 20 | (30) | 16 | (46) | 35 | (81) | 33 | (114) | 40 | (154) | 50 | (204) |
| Percent in SS | 10 | | 8 | | 18 | | 17 | | 21 | | 26 | |

[1] Years (Acc-yrs): Number of years in structural stage (SS) and accumulated years (Acc-yrs).

**Table 4. The oldest and pathological ages (years) for several tree species in the Southwest.**

| Species | Oldest Age | Pathological Age (Age of Decline) | Reference |
|---|---|---|---|
| Ponderosa pine | 650 | 145-200 | Pearson 1950; White 1985; Covington and Mooore 1991 |
| Interior Douglas-fir | 400 | 150 | Hermann and Lavendar 1990 |
| Interior white fir | 300-360 | 150 | Markstrom and McElderry 1984; Hunter 1989 |
| Subalpine fir/Cork bark fir | 250 | 130 | Hunter 1989 |
| Engelmann spruce | 500-600 | 250-450 | Alexander and Shepperd 1990 |
| Blue spruce | > 600 | Unknown | Fechner 1990 |
| Eastern white pine | > 450 | 160-170 | Hunter 1989 |
| Southwestern white pine | Intermediate between eastern and western white pine | | |
| Western white pine | 500 | 300-400 | Graham 1990 |
| Limber pine | > 2000 | 200-300 | Preston 1961; Lynch 1990; Steele 1990 |
| Aspen | > 200 | 40-120 | Hunter 1989; Perala 1990 |
| Gambel oak | > 80 | 10 | Brotherson et al. 1983 |

*Management Recommendations*

**Table 5. Projected basal areas, trees per acre, and tree diameters from growth rates for unthinned and extensively thinned stands, Fort Valley Experimental Forest[1]**

| Treatment | | | Age[2] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thin from below, age[3] | Leave basal area[3] | | 0 | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 200 | 220 |
| No Treatments | | BA[4] | 0 | 2.7 | 114.2 | 175.7 | 199.9 | 212.9 | 213.7 | 214.9 | 218.5 | 223.7 | 216.3 | 212.2 |
| | | TPA | 500 | 500 | 500 | 493.7 | 476.1 | 463.0 | 439.9 | 416.3 | 402.0 | 397.0 | 373.3 | 346.5 |
| | | DBH | 0 | 1.0 | 6.5 | 8.1 | 8.8 | 9.2 | 9.4 | 9.7 | 10.0 | 10.2 | 10.3 | 10.6 |
| 40 60 80 100 120 140 160 180 200 220 | 40 100 100 100 100 100 100 100 100 100 | BA | 0 | 2.7 | 40.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| | | TPA | 500 | 500 | 171.4 | 162.6 | 112.2 | 81.2 | 60.7 | 47.5 | 38.2 | 31.2 | 25.9 | 21.9 |
| | | DBH | 0 | 1.0 | 6.5 | 10.6 | 12.8 | 15.0 | 17.4 | 19.7 | 21.9 | 24.3 | 26.6 | 28.9 |
| 40 60 80 100 120 140 160 180 200 220 | 30 100 100 100 100 100 100 100 100 100 | BA | 0 | 2.7 | 30.0 | 88.9 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| | | TPA | 500 | 500 | 128.0 | 128.0 | 96.8 | 71.6 | 54.5 | 43.1 | 35.0 | 28.8 | 24.1 | 20.5 |
| | | DBH | 0 | 1.0 | 6.6 | 11.3 | 13.8 | 16.0 | 18.3 | 20.6 | 22.9 | 25.2 | 27.6 | 29.9 |
| 40 60 80 100 120 140 160 180 200 220 | 40 50 60 70 80 90 100 110 120 130 | BA | 0 | 2.7 | 40.0 | 50.0 | 60.0 | 79.9 | 79.0 | 89.8 | 100.0 | 110.0 | 120.0 | 130.0 |
| | | TPA | 500 | 500 | 171.4 | 79.0 | 50.6 | 38.1 | 31.3 | 27.4 | 24.9 | 23.3 | 22.2 | 21.6 |
| | | DBH | 0 | 1.0 | 6.5 | 10.8 | 14.7 | 18.4 | 21.6 | 24.5 | 27.1 | 29.4 | 31.5 | 33.2 |
| 40 60 80 100 120 140 160 180 200 220 | 30 80 80 80 80 80 80 80 80 80 | BA | 0 | 2.7 | 30.0 | 80.0 | 80.0 | 80.0 | 79.7 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| | | TPA | 500 | 500 | 128.0 | 114.1 | 72.9 | 50.4 | 36.7 | 28.0 | 22.0 | 17.7 | 14.5 | 21.1 |
| | | DBH | 0 | 1.0 | 6.6 | 11.3 | 14.2 | 17.1 | 20.0 | 22.9 | 25.8 | 28.8 | 31.8 | 34.8 |
| 40 60 80 100 120 140 160 180 200 220 | 30 40 50 60 70 80 90 100 110 | BA | 0 | 2.7 | 30.0 | 40.0 | 50.0 | 60.0 | 70.0 | 79.9 | 90.0 | 100.0 | 110.0 | 120.0 |
| | | TPA | 500 | 500 | 128.0 | 55.9 | 35.9 | 27.4 | 22.8 | 20.2 | 18.5 | 17.4 | 16.7 | 16.2 |
| | | DBH | 0 | 1.0 | 6.6 | 11.4 | 16.0 | 20.0 | 23.7 | 27.0 | 29.9 | 32.5 | 34.8 | 36.8 |
| | | VSS[5] | 1 | 2 | 3 | | 4 | 5 | | | 6 | | | |

[1] Ronco et al. 1985, Edminster et al. 1991.
[2] Conditions displayed in age class are a reflection for the end of each time period.
[3] Leave basal area: Basal area in square feet per acre after thinning.
[4] BA = Basal area/acre in square feet, TPA = trees/acre, DBH = Diameter Breast Height.
[5] VSS = Vegetation structural stage.

BLM_0062684

# Appendix 6. The Scientific Committee

**Richard L. Bassett**
Regional Silviculturalist
Timber Management Staff Unit
USDA Forest Service, Southwestern Region
517 Gold Ave. SW
Albuquerque, NM  87102

**Douglas A. "Sandy" Boyce, Jr.[2]**
Regional Goshawk Program Coordinator
Division of Wildlife
USDA Forest Service, Southwestern Region
517 Gold Ave. SW
Albuquerque, NM  87102

**E. Leon Fischer[3]**
Threatened, Endangered, and Sensitive Species
Program Coordinator
Division of Wildlife
USDA Forest Service, Southwestern Region
517 Gold Ave. SW
Albuquerque, NM  87102

**Greg Goodwin[3]**
Wildlife Staff Officer
USDA Forest Service, Southwestern Region
Coconino National Forest
2323 E. Greenlaw Ln.
Flagstaff, AZ  86004

**Russell T. Graham**
Research Forester
USDA Forest Service,
Intermountain Research Station
1221 S. Main
Moscow, ID  83843

**Patricia L. Kennedy[1]**
Assistant Professor
Department of Fishery & Wildlife Biology
Colorado State University
Fort Collins, CO  80526

**M. Hildegard Reiser**
District Biologist
USDA Forest Service, Southwestern Region
Apache-Sitgreaves National Forests
Heber Ranger District
P.O. Box 968
Overgaard, AZ  85933

**Richard T. Reynolds**
Research Wildlife Biologist
USDA Forest Service,
Rocky Mountain Station
240 W. Prospect
Fort Collins, CO  80526

**Randall Smith[3]**
Wildlife Staff Officer
USDA Forest Service, Southwestern Region
Coronado National Forest
300 W. Congress
Tucson, AZ  85701

[1] *Advisor*
[2] *Present chair*
[3] *Past chair*

BLM_0062685

*Management Recommendations*

BLM_0062686

# Appendix 7. Glossary of Terms

**Active nest**---A goshawk nest known to have contained an egg. A nest need not have successfully produced fledglings to be considered active.

**Active nest area**---A goshawk nest area containing an active nest.

**Adverse management activity**---Any activity that could adversely modify goshawk behavior, reproductive effort, or habitat.

**Alternate nest area**---Goshawk home ranges often contain two or more nest areas, only one of which will be active in a given year. All alternate nest areas are historical nest areas.

**Basal Area (BA)**---Basal area is the cross section at breast height (4.5 feet above ground level) or at the root crown of a tree or trees, usually expressed as square feet per acre. A measure of stand density.

**Breeding season**---The period from March 1 through September 30, which includes courtship, incubation, nestling, and fledgling-dependency periods.

**Blowdown**---Trees fallen over in a forest, usually exposing the root system.

**Brood**---Family of young in a nest. Brood size is the number of a young in nest.

**Canopy cover**---The percentage of a fixed area covered by the crowns of plants delimited by a vertical projection of the outermost perimeter of the spread of the foliage.

**Climax species**---Plant species occurring in a relatively stable community.

**Clumpiness**---The occurrence of trees in groups.

**Clutch**---Eggs in a nest. Clutch size is the number of eggs in a nest.

**Codominant tree**---Trees in the upper levels of a forest canopy, not quite as tall as the tallest trees. Together with the tallest trees (dominants) the codominants comprise the main canopy of the stand.

**Diameter at breast height (DBH)**---The outside bark diameter of a tree measured at breast height, 4.5 feet above the forest floor on the uphill side of the tree.

**Diameter root crown (DRC)**---The outside bark diameter of tree measured 2 inches above the break between root collar and the normal taper of the stem. Root collar is the region where root and stem merge. If the tree is multistemmed, the EDRC (equivalent diameter root crown) is

calculated and the tree represents one tree.

**Dominant tree**---The tallest tree in a forest. Together with the codominants, the dominant trees comprise the main canopy of the stand.

**Downed tree**---Fallen trees or portions of fallen trees.

**Epigeous**---Living or occurring near the soil surface.

**Estivation**---Lowering of the metabolic rate by animals in response to heat stress and/or drought.

**Failed nest**---An active nest in which the eggs or nestlings are lost (e.g., to predators, weather) or abandoned by the adult(s). No young fledged.

**Fire hazard fuels**---Leaves, needles, branches, and tree boles usually less than 3 inches in diameter that dry rapidly and burn easily.

**Fledgling**---A young bird that has left its nest but is unable to completely care for itself.

**Fledgling-dependency period**---The period beginning when the young leave the nest to when they are no longer dependent upon adults for food (about 30-60 days for goshawks).

**Foraging area**---Areas where prey are searched for, pursued by and captured by goshawks.

**Foraging habitat**---Forest lands and lands in openings within 100 feet of a forest edge. To be considered foraging habitat, a patch of forest must be 1 acre or larger. Roadside, streamside, and shelterbelt strips of trees must have a width at least 200 feet to be foraging habitat. Unimproved roads and trails, streams, and clearings in forest areas are classified as foraging habitat if they are less than 200 feet wide.

**Forest cover type**---Also referred to as forest type, cover type, or type. A descriptive classification of a forest based upon the tree species occupying an area (Eyre 1980). Forest cover types are named after predominant tree species. Predominance is determined by basal area, and the name is confined to one or two tree species (ponderosa pine, aspen, piñon-juniper, cottonwood-willow, Engelmann spruce-corkbark fir). The mixed-species conifer forest cover type is not a recognized forest cover type because it includes elements of several cover types (bristlecone pine, interior Douglas-fir, white fir, blue spruce, and limber pine).

**Forest lands**---Lands at least 10 percent stocked by trees of any size, including lands that formerly had such tree cover and that could be naturally or artificially regenerated.

BLM_0062687

**Fuel ladder**---Combustible materials that carry fires from the surface into the tree canopies. Important in the production of catastrophic fires.

**Grapple piling**---Piling of woody debris using a backhoe equipped with a grapple, or equipped with a bucket that is capable of opening and holding pieces of debris.

**Ground cover**---Cover produced by herbaceous (including grass and ferns) and shrubby plants.

**Group selection**---A regeneration method in the uneven-aged silvicultural system in which trees are removed in small groups. The purpose is to create a stand with 3 or more age classes.

**Historical nest**---A nest known to have been active in the past.

**Historical nest area**---A nest area containing one or more historical nests. An alternate nest area is an historical nest area. Historical nest areas are important because they may contain the habitat elements that attracted the birds originally.

**Home range**---The area that an animal habitually uses during nesting, resting, bathing, foraging, and roosting. Adjacent pairs of goshawks may have overlapping home ranges; the extent of overlap is unknown. A nesting home range contains nest areas (active and historical), the post-fledging family area, and the foraging area.

**Hypogeous**---Living or occurring below the soil surface.

**Improvement cut**---A cut done in either even- or uneven-aged stands where the residual trees are of pole size or larger.

**Interspersion of vegetative structural stage**---The degree of intermixing of vegetative structural stages. A low intermixing of the VSS would mean relatively large, contiguous areas of similar VSS; high intermixing would mean relatively small groups of all VSS.

**Intact group**---A group of trees delineated by mature and old trees, but containing all other trees (sizes and ages), shrubs, and ground cover.

**Intermediate tree**---A tree occupying a position below the crowns of dominant and codominant trees.

**Intermediate treatment**---The treatment (cutting) of trees from a stand between the time of regeneration and final harvest. Treatments include cleaning, thinning, liberation, improvement, salvage, and sanitation cuttings. Treatments other than removal (pruning, fertilization, prescribed fire) can also be called intermediate.

**Liberation treatment**---Removing the larger trees from a stand when the favored trees are saplings or smaller.

**Lopping and scattering**---A method to disperse logging debris, and to reduce it to a specific height (usually 2-3 feet) above the ground.

**Main canopy**---The dominants and codominants (overstory trees) in a stand.

**Mesic habitats**---Forests that are more moist and cool. Mesic habitats are usually located along drainages, at base of slopes, or on northerly exposures.

**Middens**---Food cache sites for red squirrels.

**Mixed-conifer**---Mixed-conifer forests are similar to mixed-species forest cover type. See **Forest cover type.**

**Multi-storied stand**---A forest stand having more than one horizontal layer of vegetation.

**Mycorrhizae**---Symbiotic fungi on plant roots that function in the absorption of water and nutrients from the soil.

**Natural opening**---An opening in the forest canopy not created by management activities.

**Nest**---A platform of sticks on which eggs are laid. Most goshawk nests are placed within the lower two-thirds of tree crowns, often against the trunk but occasionally on a limb up to 10 feet from the trunk.

**Nest area**---The nest tree and stand(s) surrounding the nest that contain prey handling areas, perches, and roosts. Nest areas are often on mesic sites (northerly facing slopes, along streams).

**Nest attempt**---An attempt to nest. Evidenced by courtship behavior in a nest area, new nest construction, reconstruction of an old nest, eggs, or nestlings.

**Nest stand**---The stand of trees that contains the nest tree.

**Nest tree**---The tree containing the nest.

**Nesting home range**---The home range of a pair of nesting goshawks. See **Home range.**

**Nesting season**---The period from the beginning of courtship behavior until the fledgling(s) are no longer dependent on adults for food.

**Nonreserved forest land**---Forest land not withdrawn from tree utilization through statute or administrative designation.

**Opening**---A break in the forest canopy that may be covered by grasses, forbs, shrubs, tree seedlings; or areas with sapling-sized trees and larger that are stocked less than 10 percent.

**Overstory**---The uppermost canopy layer of a forest.

BLM_0062688

**Permanent skid trail**---A pathway over which logs are removed. These trails are a permanent extension of the existing forest transportation system.

**Plucking post**---A perch used by a goshawk while removing feathers and fur from prey. Plucking posts can be in a tree, downed log, stump, or on the ground. Plucking posts are identified by feather and fur remains of prey.

**Post-fledging family area**---The area of concentrated use by the goshawk family after the young leave the nest.

**Protocol**---A formalized methodology to monitor resources.

**Regeneration method**---The silvicultural treatment of a stand that is employed to establish a new stand of trees.

**Replacement nest area**---Forest areas with physiographic characteristics and size similar to suitable goshawk nest areas. Replacement areas can have young to mature forests that can be developed into suitable nest areas.

**Reserved forest land**---Forest land withdrawn from tree utilization through statute or administrative designation.

**Reserved trees**---Old and mature trees retained in a management area forever. These trees are a recruitment source for snags and downed logs.

**Roost**---Tree or groups of trees used by birds or mammals for resting. A roost site consists of all other trees whose crowns overlap or interlock with the roost tree.

**Sanitation cut**---The removal of insect-attacked or diseased trees to maintain the health a stand.

**Scarification**---Soil layer disturbance(s) for the purpose of preparing seed beds and/or stimulating vegetative growth from root structures.

**Seral species**---Plant and animal species that will be replaced over time through forest succession.

**Sensitive species**---Plant and animal species identified by the Regional Forester for which population viability is a concern, as evidenced by: a) significant current or predicted downward trends in population numbers, b) significant current or predicted downward trends in habitats of these species (USDA Forest Service 1991, Manual 2600, Chapter 2670.50, pg. 12).

**Shelterwood**---A regeneration method in the even-aged silvicultural system that establishes new trees or seedlings under overstory trees. Overstory trees provide seed for regeneration, and shade and protection for seedlings. The overstory trees can be removed at one time (final removal) or gradually removed over a long period of time. Uniform shelterwood is applied over an entire stand. Irregular group shelterwood partitions the stand into groups.

**Silvicultural system**---A planned program of treatments during the life of a stand. There are two basic silvicultural systems, the even-aged and uneven-aged.

**Single-storied stand**---Stand of trees having a single canopy layer. See **Multi-storied stands.**

**Site index (SI)**---The capability of the soil or site to produce biomass (trees). Site index is expressed as the height a forest stand will achieve in a standard time-period. In southwestern forests, 100 years is the standard.

**Snag**---A standing dead tree.

**Stand**---An area of trees possessing sufficient uniformity (species composition, age, and physical features) to be distinguishable from trees on adjacent areas.

**Stringer**---A unique linear patch of forest, typically occurring along drainages.

**Successful nest**---A nest from which at least one young is fledged.

**Successional stage**---A recognizable stage that a plant community passes through during its development from seral to climax vegetation.

**Suitable habitat**---Habitat that is currently usable for nesting, roosting, and foraging. Forest habitat need not be occupied by goshawks to be considered suitable.

**Suitable nest area**---An area that includes all of the attributes of a nest area and is, therefore, usable for nesting by goshawks.

**Territory**---An exclusive area defended by a goshawks. An active nest is not an essential element of a territory.

**Thinning from below**---The removal of the slower growing trees in the lower portion of the canopy. This intermediate treatment leaves the taller, faster-growing trees at a selected density and spacing.

**Total basal area (BA)** ---The sum of the basal area of all trees in a stand or area expressed in square feet per acre.

**Total canopy cover**---The overall area covered by the crowns of plants delimited by a vertical projection of the outermost perimeter of the spread of the foliage in all vertical layers.

**Transitory range**---Areas capable of producing animal forage (shrubs, grasses, forbs) when trees are removed (fire, windthrow, timber harvesting)

BLM_0062689

from forested lands.  Transitory range is temporary because of forest regrowth.

**Tree age**---Number of years a tree has lived.  May be determined by counting annual growth rings.

**Understory**---Any layer of the forest canopy below the overstory; can consist of trees, shrubs and/or herbaceous layers.

**Unsuitable habitat**---Habitat that does not have the capability of attaining the characteristics of suitable habitat through standard, prescribed management treatments or natural processes.

**Vegetation Structural Stage (VSS)**---A generalized description of forest growth and aging stages based on the majority of the trees in the specific diameter distribution of the stand.  For our purposes, 6 growth and aging stages were identified.  If the majority of the stems of a stand (based on basal area) were in the 12-18 inch diameter class, the stand would be classified as a VSS 4.

The tree diameter range and description for the vegetation structural stages are:

| Stage | DBH Range (inches) | Description |
|---|---|---|
| 1 | 0-1 | grass-forb-shrub (opening) |
| 2 | 1-5 | seedling/sapling |
| 3 | 5-12 | young forest |
| 4 | 12-18 | mid-age forest |
| 5 | 18-24 | mature forest |
| 6 | 24+ | old forest |

The codes, percentages, and descriptions for canopy cover are as follows:

| Code | Percentage (%) | Description |
|---|---|---|
| A | 0-39 | open |
| B | 40-59 | moderately closed |
| C | 60+ | closed |

**Woody debris**---Any dead and downed woody material composed of branches and tree boles.

BLM_0062690

BLM_0062691

U.S. Department of Agriculture
Forest Service

# Rocky Mountain Forest and Range Experiment Station



Rocky
Mountains

The Rocky Mountain Station is one of eight regional experiment stations, plus the Forest Products Laboratory and the Washington Office Staff, that make up the Forest Service research organization.

RESEARCH FOCUS

Research programs at the Rocky Mountain Station are coordinated with area universities and with other institutions. Many studies are conducted on a cooperative basis to accelerate solutions to problems involving range, water, wildlife and fish habitat, human and community development, timber, recreation, protection, and multiresource evaluation.



Southwest

RESEARCH LOCATIONS

Research Work Units of the Rocky Mountain Station are operated in cooperation with universities in the following cities:

Albuquerque, New Mexico
Flagstaff, Arizona
Fort Collins, Colorado
Laramie, Wyoming
Lincoln, Nebraska
Rapid City, South Dakota



Great
Plains

*Station Headquarters: 240 W. Prospect Rd., Fort Collins,CO 80526

BLM_0062692

# Birds *of* Western Colorado Plateau *and* Mesa Country



*Written by*
## Robert Righter • Rich Levad • Coen Dexter • Kim Potter

*Illustrated by* Don Radovich

*Published by*
## Grand Valley Audubon Society

MONTROSE LIBRARY DISTRICT
320 So. 2nd St.
Montrose, CO 81401

Copyright © 2004 by Grand Valley Audubon Society
Illustrations © 2004 by Don Radovich

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, transmitted in any form or by any means, electronic, photocopying, or otherwise, without prior written permission of the publisher.

Library of Congress Control Number: 2003115782

ISBN Number: 0-9743453-0-X

First Edition
    1      2      3      4      5

Printed in the United States of America

Publisher:
    Grand Valley Audubon Society

Illustrations:
    Don Radovich

Cover illustration:
    Gunnison Sage-Grouse
    *Courtesy of* Jessica Young

Distributed by:
    Grand Valley Audubon Society
    PO Box 1211
    Grand Junction, Colorado 81502

    E-mail: question@audubongv.org
    Website: www.audubongv.org

*Revenues from the sale of this publication will be used for environmental education and improvements to the Grand Valley Audubon Nature Center*

BLM_0062694

# Grazing Costs: What's the Current Situation?

Prepared by
University of Idaho
Extension Agricultural Economist
Neil Rimbey
L. Allen Torell

**Agricultural Economics Extension Series No 2011-02**
**March 22, 2011**

**University** *of* **Idaho**
College *of* Agricultural *and* Life Sciences

Department of Agricultural Economics
and Rural Sociology
Moscow, Idaho 83844-2334

BLM_0062695

# Grazing Costs: What's the Current Situation?

## Neil Rimbey and L. Allen Torell

Interest in the federal grazing fee seems to fluctuate with political and economic changes. Recently, there has been an upswing in the level of interest in grazing fees and non-fee grazing costs. In this article, we will provide a historical perspective of grazing fee policy, with the total cost of grazing at the center of the issue. We review literature on the issue, highlighting the fee formula enacted in the Public Rangeland Improvement Act of 1978. We also explore a means of updating grazing costs and conclude that indexing these to current costs has serious shortcomings, but may be the only feasible approach.

## Theoretical Background

The concern about total grazing costs goes back to the 1960's and formed the basis for an extensive survey of ranchers in the western United States in 1966. The goal of policy makers and federal agencies was to extensively gather public and private grazing costs throughout the west. They hypothesized that public grazing costs would be less than private costs, primarily due to higher lease rates on privately leased grazing lands. The goal was to equalize total grazing costs by charging a fee on public lands equal to the cost differential. The 1966 survey found the cost difference to be $1.23/Animal Unit Month (AUM), when cost differences were weighted by the relative use of public lands by cattle and sheep. In other words it was $1.23/AUM cheaper to run livestock on public lands and the fee that would equalize public and private grazing costs would be $1.23/AUM. Critical to this Total Cost Approach was the assumption that the investment in the grazing permit (or, permit value) was not appropriate for consideration in this approach. Table 1 summarizes the 1966 study results in terms of public and private land grazing costs and the implied forage value on public land at that point in time. An extensive analysis of the data was done and a uniform westwide fee was recommended because there was as much variation in grazing costs within regions studied as there was between regions.

## The Public Rangeland Improvement Act of 1978

After the completion of the 1966 study, politics took over for a period of 12 years, with proposals and counter-proposals on fee systems for public lands. The dialogue ended in 1978 when Congress passed an omnibus public rangeland law. The only time that the U.S. Congress has acted on the issue of grazing fees on federal lands was with the passage of the Public Rangeland Improvement Act (PRIA, PL 95-514) in 1978. The passage of PRIA set forth a grazing fee formula which built upon the 1966 study and established "fair market value" of public land grazing from 1978 through the present. The formula was modified in 1986 through an Executive Order (12548), setting a floor of $1.35/AUM.

The formula used the $1.23/AUM cost difference from the 1966 survey and updated it by indexing annual changes in the private grazing lease rates, cattle prices and prices paid to produce cattle. More information on the basis for public land grazing fees and a critical review of the formula are available in Bartlett, et al. (2002) and Torell, et al. (2003).

BLM_0062696

The PRIA grazing fee formula is depicted in the following formula:

$$\text{Grazing Fee}_{t+1} = \$1.23 \times \frac{(FVI_t + BCPI_t - PPI_t)}{100}$$

where:
FVI = Forage Value Index, or an index of private grazing lease rates in the 11 western states, with 1964-68 as the base period
BCPI = Beef Cattle Price Index, or an index of cattle prices with 1964-68 as the base period
PPI = Prices Paid Index, or an index of the prices paid by producers to purchase inputs, with 1964-68 as the base period

So, the private-public land grazing cost difference detected in 1966 ($1.23) is adjusted by annual changes in cattle prices, prices paid and private grazing lease markets. Another proposal suggested was to adjust by using only the FVI and economists argued that including all three indices double counted in the formula (Torell et al. 2003).

| **Table 1. Summary of Fee and Non-Fee Grazing Costs, 1966.** | | | | |
|---|---|---|---|---|
| | **Cattle** | **Cattle** | **Sheep** | **Sheep** |
| **Item** | **Public** | **Private** | **Public** | **Private** |
| Lost Animals | $ 0.60 | $ 0.37 | $ 0.70 | $ 0.65 |
| Association Fees | $ 0.08 | $   - | $ 0.04 | $   - |
| Veterinarian | $ 0.11 | $ 0.13 | $ 0.11 | $ 0.11 |
| Moving Livestock | $ 0.24 | $ 0.25 | $ 0.42 | $ 0.38 |
| Herding | $ 0.46 | $ 0.19 | $ 1.33 | $ 1.16 |
| Salt and Feed | $ 0.56 | $ 0.83 | $ 0.55 | $ 0.45 |
| Travel | $ 0.32 | $ 0.25 | $ 0.49 | $ 0.43 |
| Water | $ 0.08 | $ 0.06 | $ 0.15 | $ 0.16 |
| Horse Cost | $ 0.16 | $ 0.10 | $ 0.16 | $ 0.07 |
| Maintenance | $ 0.43 | $ 0.40 | $ 0.20 | $ 0.24 |
| Development Depreciation | $ 0.11 | $ 0.03 | $ 0.09 | $ 0.02 |
| Other Costs | $ 0.13 | $ 0.14 | $ 0.29 | $ 0.22 |
| Private Lease Rate | $   - | $ 1.79 | $   - | $ 1.77 |
|   Total Non-Fee Costs | $ 3.28 | $ 4.54 | $ 4.53 | $ 5.66 |
| | | | | |
| Cost Difference/Forage Value | | $ 1.26 | | $ 1.13 |
|   **Weighted Cost Difference** | | | **$ 1.23** | |
| (weighting by relative AUMs of cattle and sheep on public lands) | | | | |
| Source: USDI and USDA. 1977. Study of Fees for Grazing Livestock on Federal Lands.  Table 5, Page 2-22 | | | | |

Grazing Fee Task Group Study of 1992

In 1991-92, the authors, Tom Bartlett, Professor at Colorado State University (at that time) and Larry VanTassell, Professor at University of Wyoming (at that time), were asked by the Bureau of Land Management (BLM) and U.S. Forest Service (FS) to take another look at the grazing fee issue. We decided that we needed to do what we could to repeat the 1966 study, given the sound theoretical basis of that study. Given budgetary constraints and areas that could be covered by project staff, we chose to study those costs in New Mexico, Wyoming and Idaho. Random samples of private and public grazers were drawn in each state and face-to-face interviews conducted with permittees/lessees of public and private forage resources during 1991-92. Several publications summarize the findings of this study (Torell, et al. 1993; Bartlett, et al. 1994; Rimbey, et al. 1994; VanTassell, et al. 1997). It was enlightening and surprising to the authors and others involved in the project to find that the cost differential between public and private lands had declined to $0.13/AUM in 1992 in the three study states. The study also indicated changes in cost structure between 1966 and 1992, with higher proportion of costs associated with items such as herding, meetings and less relative cost associated with veterinary and depreciation of improvements (Table 2).

Today's Situation

Since no information concerning grazing cost comparisons between private and public lands has developed through the literature since 1993, we will attempt to provide a method to update that information to current costs. We recognize the shortcomings of this update, given substantial changes that have occurred in the last 19 years in relation to public land policy, national economic issues and changing societal values. These changes have undoubtedly had impacts on the cost structure of both private and public grazers. We will highlight those concerns and cautions at the conclusion of this piece. Nielsen (1991) provided a method for updating the 1966 study to 1990 figures, including references to specific USDA-NASS indices used in his analysis. We applied that same methodology to the updates of the 1992 costs to current dollars included here. We accept Dr. Nielsen's designation of the appropriate indices to use in this analysis.

Table 2 presents 1992 grazing costs for cattle and sheep on public and private lands in New Mexico, Wyoming and Idaho. We use that information and the appropriate USDA-NASS indices to update costs to current (2010) figures. For example, 1992 cost for lost animals on public land cattle operations was $3.65/AUM. The NASS index indicated that the Prices Received Index for Meat Animals had increased 1.35 times since 1990-92. We multiplied the 1992 value by the index/inflation factor to derive the estimate of cost in 2010 dollars. We repeated the same exercise with sheep. We adjusted these cost items by the relative weight of cattle and sheep leasing in the 1992 study (88% cattle and 12% sheep) and derived the combined 2010 cost of $5.21/AUM for lost animals. The same methodology was repeated for other cost items included in Table 2. For items with 2 indices listed, we averaged the 2 indices and calculated the resulting inflation in cost based upon the combined, average index.

Private leases on the private land costs were inflated to 2010 dollars using the relative change in the Forage Value Index (FVI). In other words, the FVI for 1992 was 2.75 and was calculated at 4.44 for 2010, or a ratio of 1.61. The same process was followed for developing the private

BLM_0062698

grazing costs presented in Table 2. Indexing the lease rate found in the 3-state 1992 study meant a $12.35/AUM private lease rate estimate for 2010 (Table 2). The 2010 average lease rate reported by USDA/NASS (2010) for the 3 study states was a dollar per AUM more, $13.37/AUM.

Total Public Land 2010 Cost was estimated to be $33.24/AUM.  Comparable private land cost was estimated to be $32.04/AUM.  So the fee that would equalize total costs of grazing in 2010 would be a payment to public land ranchers of $1.20/AUM.   In others words in 2010, public land grazers are paying $1.20/AUM more than those leasing private land. If current NASS lease rates for the 3 study states are used a payment of $0.20/AUM would be warranted, not unlike the $0.13/AUM difference found in 1992 (Torell et al. 1994).

BLM_0062699

**Table 2. Summary of Fee and Non-fee Grazing Costs, 1992 and 2010**

| Item | 1992 Public Cattle | 1992 Public Sheep | 1992 Private Cattle | 1992 Private Sheep | NASS Indices | 2010 Index | 2010 Public Cost | 2010 Private Cost |
|---|---|---|---|---|---|---|---|---|
| Lost Animals | $3.65 | $5.39 | $2.10 | $2.63 | meat animals/prices received | 1.35 | $5.21 | $2.92 |
| Association Fees | $0.48 | $0.04 | $ - | $ - | production items | 1.95 | $0.83 | $ - |
| Veterinarian | $0.10 | $0.22 | $0.12 | $0.20 | wage rates | 1.92 | $0.22 | $0.25 |
| Moving Livestock | $3.35 | $4.74 | $1.93 | $2.51 | (auto & trucks)+(wage rates) | 1.53 | $5.36 | $3.05 |
| Herding | $4.31 | $8.89 | $2.94 | $3.05 | wage rates | 1.92 | $9.33 | $5.67 |
| Salt and Feed | $1.29 | $1.62 | $1.80 | $1.53 | (auto & trucks)+(feed) | 1.62 | $2.15 | $2.85 |
| Travel | $0.69 | $0.77 | $0.18 | $0.34 | (auto & trucks)+(fuel & energy) | 2.11 | $1.47 | $0.42 |
| Water | $0.39 | $0.39 | $0.11 | $0.16 | production items | 1.95 | $0.76 | $0.23 |
| Horse Cost | $0.31 | $0.47 | $0.15 | $0.22 | feed | 2.10 | $0.69 | $0.33 |
| Maintenance | $3.18 | $2.12 | $1.84 | $2.22 | (wage rates) + (building & fencing) | 1.80 | $5.48 | $3.38 |
| Development Depreciation | $0.45 | $0.26 | $0.15 | $0.24 | production items | 1.95 | $0.83 | $0.31 |
| Other Costs | $0.34 | $1.36 | $0.11 | $0.35 | production items | 1.95 | $0.90 | $0.27 |
| Private Lease Rate | | | $7.71 | $7.18 | Forage Value Index | 1.61 | $ - | $12.35 |
| Total Non-Fee Costs | $18.54 | $26.27 | $19.14 | $20.63 | | | $33.24 | $32.04 |
| | | | | | | | | |
| Grazing Fee | $1.86 | $1.86 | $7.71 | $7.18 | | | $1.35 | |
| Total Cost | $20.40 | $28.13 | $26.85 | $27.81 | | | $34.59 | |

**Notes:**
Cost items with more than one index listed were updated using an average of the indices listed.
Combined Public and Private 2010 Costs accomplished by weighting based upon the relative leased AUMs of cattle and sheep from the Grazing Cost Survey:
88% cattle and 12% sheep (Torell, et al. 1993).
1992 Private Lease Rates indexed using Forage Value Index (FVI) from USDA-NASS (Ag Prices, January, 2011). 2010 FVI of 441 divided by 1992 FVI of
275, or 1.61.
All indices provided by USDA-NASS (Ag. Prices, January, 2011).

BLM_0062700

Caveats and Cautions

A major shortcoming of the indexing process used here is that we are essentially assuming no major changes in the cost structures of private and public land grazers since 1992.  Using the indices will account for inflationary pressure on fuel prices, for example.  However, it does not account for changes in quantities used over the past 19 years.  We hypothesize that legal expenses have risen since we sampled lessors/permittees in 1992.  We also think that costs for lost animals may be low in the 3 states, given the reintroduction of wolves which occurred in the mid 1990's in several western states.  The shift of maintenance responsibilities to public land permittees was occurring at about the time that we surveyed people in 1992 and those expenses may be understated in relation to others.  Numerous other factors have changed and the resulting cost differences may or may not reflect what has taken place on public and private rangelands of the west.

BLM_0062701

References

Bartlett, E.T., L.W. VanTassell, N.R. Rimbey and L.A. Torell. 1994. Recommendations from the 1993 grazing fee study. *Rangelands* 16(2):52-54.

Bartlett, E.T., L.A. Torell, N.R. Rimbey, L.W. VanTassell and D.W. McCollum. 2002. Valuing grazing use on public lands. J. Range Manage. 55:426-438.

Rimbey, N.R., L.A. Torell, E.T. Bartlett and L.W. VanTassell. 1994. Private grazing lease arrangements and their application to market price comparisons. *J. Am. Soc. Farm Mgrs. and Rural App.* 58(1):125-129.

Torell, L.A., L.W. VanTassell, N.R. Rimbey, E.T. Bartlett, T. Bagwell, P. Burgener and J. Coen. 1994. The value of public land forage and the implications for grazing fee policy: A summary of the Bureau of Land Management and U.S. Forest Service incentive-based grazing fee study, Grazing Fee Task Group. Ag. Exp. Sta. Bull. 767. New Mexico State Univ. Las Cruces, NM.

Torell, L.A., N.R. Rimbey, L.W. VanTassell, J.A. Tanaka and E.T. Bartlett. 2003. An evaluation of the federal grazing fee formula. J. Range Manage. 56:577-584.

USDA/NASS. 2010. Agricultural prices monthly, January 31. Available at: http://usda.mannlib.cornell.edu/MannUsda/viewDocumentInfo.do?documentID=1002. Accessed March 20, 2010.

USDI and USDA. 1977. Study of fees for grazing livestock on federal lands: A report from the Secretary of Interior and the Secretary of Agriculture. October 21, 1977. Washington, D.C.

VanTassell, Larry W., L. Allen Torell, Neil R. Rimbey and E. Tom Bartlett. 1997. Comparison of forage value on private and public grazing leases. J. Range Management. 50:300-306. Denver, CO.

BLM_0062702

SRP10037

# Physical habitat utilization of fish in a Sonoran Desert stream, Arizona, southwestern United States

Rinne JN. Physical habitat utilization of fish in a Sonoran Desert stream, Arizona, southwestern United States.
Ecology of Freshwater Fish 1992: 1: 35–41. © 1992 Munksgaard

Abstract – The physical habitat utilization of 7 species of native fishes in a Sonoran Desert stream, Aravaipa Creek, Arizona is described. The species occupied significantly different depths and velocities of water. Longfin dace (*Agosia chrysogaster*), speckled dace (*Rhinichthys osculus*) and loach minnow (*Tiaroga cobitis*) used similar depths and velocities. Two of the three larger species (Sonora sucker [*Catostomus insignis*] and roundtail chub [*Gila robusta*]) used areas of greater depth and reduced velocity. Desert sucker (*Catostomus clarki*) grouped with loach minnow and speckled dace in the velocity of water occupied, but utilized deeper waters. The spikedace (*Meda fulgida*) aligned very closely with desert sucker in use of all 3 physical habitat variables.

**J. N. Rinne**

US Department of Agriculture Forest Service, Rocky Mountain Forest and Range Experiment Station, Forestry Sciences Laboratory, Arizona State University, Tempe, USA

Key words: habitat utilization; desert fish; southwestern United States

J. N. Rinne, US Department of Agriculture Forest Service, Rocky Mountain Forest and Range Experiment Station, Forestry Sciences Laboratory, Arizona State University, Tempe, AZ 85287-1304, USA

Accepted for publication May 31, 1992

**Un resumen en español se incluye debrás del texto principal de este articulo.**

## Introduction

Deserts are characterized by both the lack of precipitation and perennial streamflow and appear as unlikely environments for fish. Generally, the fish fauna of the western United States is depauperate, but many species in the West and the Southwest, specifically, are uniquely adapted to survive in hostile environments (Soltz & Naiman 1978; Naiman & Soltz 1981). These species have evolved strategies to survive cycles of flood and drought (Minckley & Meffe 1987) and changing hydrologies (Hubbs & Miller 1948). However, humans have superimposed marked changes in the hydrologic regime of the Southwest through dams, diversions and groundwater mining (Miller 1961; Rinne 1984; Rinne & Minckley 1991). The combination of natural cycles, alteration of habitat by humans and the introduction of non-native fish (Rinne in press) has caused a dramatic decline in this valuable resource (Johnson & Rinne 1982; Rinne & Minckley 1991; Minckley & Deacon 1991). Quantitative information on habitat requirements for many desert fishes are lacking. Most recovery plans for listed species acknowledge the importance of habitat protection.

Studies were initiated in spring 1983 to determine the physical habitat requirements of the loach minnow (*Tiaroga cobitis*) and spikedace (*Meda ful-gida*) in streams they occupy in Arizona and New Mexico, including Aravaipa Creek. During sampling, locational and physical habitat data also were collected on the other 5 native species inhabiting this stream. This article describes the physical habitat utilization of these species in Aravaipa Creek.

## Material and methods

### Study area and fish

Aravaipa Creek is an Upper Sonoran Desert (Lowe 1964; Dunbier 1968; Brown 1982) stream in southeastern Arizona. It contains 7 (longfin dace, *Agosia chrysogaster*; speckled dace, *Rhinichthys osculus*; loach minnow, *T. cobitis*; spikedace, *M. fulgida*; Sonora sucker, *Catostomus insignis*; desert sucker, *Catostomus clarki*; and roundtail chub *Gila robusta*; see Fig. 1) of the 17 native fishes that historically inhabited the Gila River Basin, Arizona-New Mexico (Rinne & Minckley 1991). All 7 species are Cypriniforms; 2 are suckers and 5 are minnows, and the spikedace and loach minnow are listed as threatened species (United States Fish and Wildlife Service 1986a, 1986b).

Aravaipa Creek was described by Barber & Minckley (1966) and Minckley (1981). It contains an extensive database spanning 30 years. In general, it is a low-gradient (<1%), narrow (3–5 m),

35

Rinne

SRP10038



*Fig. 1.* Native fish of Aravaipa Creek. **A**. Roundtail chub (17.5 cm. TL). **B**. Sonora sucker (19.5 cm. TL). **C**. Desert sucker (21 cm, TL). **D**. Longfin dace (86 mm. TL). **E**. Speckled dace (67 mm. TL). **F**. Loach minnow (62 mm, TL). **G**. Spikedace (70 mm, TL).

often braided, hydrologically stable stream, with a gravel-pebble substrate. Modal discharge ranges between 0.5 and 1.0 $m^3 \cdot s^{-1}$, with greatest flows in winter months; however, late summer convectional storms are capable of producing sudden, periodically violent, flash floods. A central, canyon-bound reach separates more open, upper and lower reaches of the stream. The perennial reach of the stream lies within the riparian deciduous forest and woodland biome (Minckley & Brown 1982).

## Methods

All data were collected in the upper reach of Aravaipa Creek. Habitat transects were randomly located and a maximum of 10 transects was sampled in a respective reach of stream. For detailed methods see Rinne (1985) and below.

Fish were immobilized by direct-current electrofishing gear and then captured by a 1-m-wide block seine positioned 1–2 m downstream (Rinne 1985).

36

BLM_0062704



BLM_0062705

**Rinne**        (        (        SRP10040

To preclude significant displacement of individuals, transects were marked and sampling did not commence until 15 min had elapsed. To further reduce displacement, each fish sample was taken quickly; the net operator entered the stream first with the electrofishing gear operator immediately (1–2 s) following. Captured fish were enumerated, measured and returned alive to the streams. Only data on juvenile ($\geq 1$ years) and adult fish are reported here.

The physical habitat characteristics of the approximately 1- to 2-$m^2$ sample areas were measured using a meter transect method and habitat sampler (Rinne 1985). All areas were measured for habitat whether or not fish were present. With this apparatus, comprising 2 laboratory ring stands and a 1.2-m bar graduated into 5-cm intervals, one set (velocity, depth, substrate) of 21 measurements was made at each sample area. These 21 data points for each habitat variable were averaged prior to statistical analysis.

To better define the actual values of velocity habitation, the velocity was measured 5 cm above the substrate with a direct-reading flow meter. The depth was recorded with a metal meter rule modified by width reduction at the zero end to facilitate more accurate depth estimation among pebble/cobble substrate. Substrate, visually classified into one of 5 classes (sand, <2 mm; gravel, 3–16 mm; pebble, 17–64 mm; cobble, 65–256 mm; and boulder, >256 mm), was recorded at each 5-cm interval of the graduated bar. Classification was based on substrate class "hit" by the tip of modified meter rule. Substrate indices (Rinne 1985) were calculated (Table 1). Aravaipa Creek was sampled 5 times between April 1983 and July 1984 to include winter ($n = 90$), spring ($n = 94$) and summer ($n = 142$) seasons. Because no difference in habitat use was detectable among seasons, the data were combined for analysis.

## Results

The results of analysis of variance (ANOVA) indicated differences ($P < 0.0001$, $F = 32.5$, df = 273) be-

Table 1. Comparative physical habitat utilization of Aravaipa Creek fish

| Species | n | Depth (cm) | Velocity (cm·s⁻¹) | Substrate class |
|---|---|---|---|---|
| longfin dace | 136 | 16.5 | 34.0 | 3.1 |
| Sonora sucker | 61 | 30.5 | 24.4 | 2.7 |
| roundtail chub | 36 | 33.2 | 15.8 | 2.4 |
| spikedace | 96 | 19.4 | 34.5 | 3.1 |
| desert sucker | 163 | 20.5 | 38.1 | 3.4 |
| speckled dace | 83 | 15.6 | 38.5 | 3.5 |
| loach minnow | 156 | 14.2 | 41.3 | 3.7 |

38





*Fig. 2.* Notched box plots of depths (A) and velocities (B) of water occupied by the 7 native fish (same letter notations as in Fig. 1) in Aravaipa Creek. Similarity of use is shown by degree of overlap of notches. Notches are 95% confidence limits of the median and, if non-overlapping, indicate significance at that level. Lines are the range of data, middle horizontal bars the medians, outer horizontal bars are upper and lower quartiles. Outlying values are indicated by solid dots. Small case letters indicate similarity of depth and velocity use as grouped by Tukey's multiple range test.

tween depths occupied by the 7 species. Tukey's multiple range test indicated that the loach minnow and speckled and longfin dace used similar, shallower (12–16 cm) depths (Fig. 2). By comparison, the loach minnow and speckled dace were taken in the shallowest (14–15 cm) riffles of greater velocity (about 40 cm·s⁻¹) over pebble/cobble substrate. The longfin dace was also grouped with spikedace and desert sucker in deeper (16–22 cm) waters. The longfin dace and spikedace were most often captured in shallow (<20 cm) riffles characterized by moderate (35 cm·s⁻¹) velocities over pebble/gravel substrate (Table 1, Fig. 2).

The desert sucker occupied waters characterized by similar velocity and substrate as the loach minnow and speckled dace, but riffles in which individuals were captured were slightly deeper. In constrast, the roundtail chub and Sonoran sucker

BLM_0062706

utilized pool areas of greater depth (30.0 cm), lower velocity (15–25 cm·s⁻¹) and sand/gravel substrates. These two species occupied the deepest (32–34 cm) areas or pools in Aravaipa Creek.

Similar to depth analyses, the 7 species used waters of different velocities (ANOVA; $P < 0.0001$, $F = 10.6$, df = 273). The Sonora sucker and roundtails were combined to use the lowest velocity waters (15–22 cm·s⁻¹) in pools. The longfin dace, spikedace, desert sucker, loach minnow and speckled dace were grouped (by Tukey's multiple range test) within waters of greater velocity (30–41 cm·s⁻¹). The desert sucker and longfin dace were categorized by Tukey's test into an intermediate velocity group (22–30 cm·s⁻¹; Fig. 2).

In summary, the loach minnow, speckled dace and desert sucker all used riffle habitat with swift, turbulent flows over gravel-pebble substrate. By comparison, the spikedace and longfin dace used riffle habitat with more smooth, laminar flow of moderate velocity over gravel-sand substrate. Finally, the Sonora sucker and roundtail chub occupied pool habitat characterized by slower to zero velocity and sand substrate.

## Discussion

### Physical habitat

The loach minnow and speckled dace mirrored each other in physical habitat utilization. Minckley (1973) subjectively characterized the loach minnow as inhabiting "gravelly riffles" and stated that speckled dace "usually live in water less than 0.5 m deep". Vives & Minckley (1991) reported loach minnow nests in substrate of "cobble, gravel, and coarse sand". Propst, Bestgen & Painter (1988) reported loach minnow spawning on "rocks" in a stream in New Mexico. Although no size was provided for "rocks", their descriptions would imply cobble (substrate index 4). Rinne (1989) suggested that the loach minnow utilized gravel to cobble substrates based on availability in streams across its range in Arizona and New Mexico. Mueller (1984) recorded speckled dace spawning in substrates 10–55 mm in size in the San Francisco River, New Mexico.

The two suckers were markedly separated spatially in Aravaipa Creek and, based on observations of the author and others, in other streams in the Southwest by water depth and velocity. The Sonora sucker more commonly inhabits pools characterized by slow current and smaller (sand/fine gravel) substrate materials. By comparison, the desert sucker occupied primarily riffle habitat characterized by laminar flow over pebble/gravel substrate. The desert sucker did use riffle habitat similar to the loach minnow and speckled dace.

The use of physical habitat by spikedace in Aravaipa Creek transcended all species but the pool-dwelling Sonora sucker and roundtail chub. The roundtail chub is secretive and is often found in pools along canyon walls, with undercuts sculptured by degradation processes inherent in periodic spates in this stream. Rinne (1991) reported spikedace as occupying slower-moving waters (25.0 cm·s⁻¹) in streams across its geographic range in the Southwest. Generally, this threatened species of minnow occupied habitat based on availability. In Aravaipa Creek, the species is often found in eddying currents and "shear zones" between confluent riffles (Rinne 1991).

### Biological and behavioral considerations

Differential physical habitat use by the 7 species in Aravaipa Creek could be explained by either their respective evolutionary histories or interspecific (competitive) interactions. Although no specific data of this nature were collected during this study, the abundance of literature on this stream and its fish suggest that both are tenable hypotheses.

For example, the speckled dace, loach minnow and desert sucker occupy essentially the same physical habitat in Aravaipa Creek. Cursory underwater observations in Aravaipa Creek suggest that the loach minnow is more of a substrate interstices dweller whereas the speckled dace characteristically occupies substrate surface to open water. Behaviorally, the loach minnow is similar in niche to the riffle-inhabiting darters of the eastern United States. The 3 species could segregate ecological niches in Aravaipa Creek and perhaps in other streams where they co-exist through differing food habits (Schreiber & Minckley 1981). The desert sucker feeds almost predominantly by scraping filamentous algae and diatoms from substrate materials in Aravaipa Creek (Rinne & Minckley 1991). The speckled dace is differentiated from the algae-scraping desert sucker by feeding primarily on invertebrates. The food habits of the speckled dace overlapped widely (80%) with the longfin dace, spikedace and loach minnow in Aravaipa Creek (Schreiber & Minckley 1981), but the first 2 species are separated by physical habitat use. Only the food habits of the roundtail chub overlapped less than 80% with loach minnow in Aravaipa.

The loach minnow fluctuates markedly in population numbers in this low desert stream (Minckley 1981). The overlap of both food habits and physical habitat use between this threatened minnow and the desert sucker and speckled dace suggest that density-independent factors such as space and perhaps food may be important in delimiting populations of this rare species.

BLM_0062707

Rinne

The longfin dace has been suggested as "the most successful, highly adaptable, cyprinid fish native to the deserts of the American Southwest" (Minckley 1973). In Aravaipa Creek the longfin dace was most ubiquitous in terms of presence, distribution, food habits (Schreiber & Minckley 1981) and physical habitat use. Although it requires sand and fine to coarse gravel substrates to construct spawning nests (Minckley & Barber 1971; Kepner 1982; Rinne & Minckley 1991), it apparently is capable of utilizing a wide array of habitats across its geographic and altitudinal range. The longfin dace and spikedace occupied a similar physical habitat in Aravaipa Creek. The spikedace is primarily an invertebrate feeder compared with the mostly algae and occasional invertebrate diet of the longfin dace.

Finally, the roundtail chub and Sonora sucker occupy pools in Aravaipa Creek. Minckley (1973) characterized the Sonora sucker as a "pool dweller". This sucker shares these lentic habitats with the roundtail chub through feeding behavior and food resource use. The roundtail chub is the top carnivore in this low desert ecosystem, preying on larvae and juveniles of the other species as they occupy pools through innate life history characteristics or displacement by increased flows. Larger-sized food items found in the stomachs of the roundtail in Aravaipa substantiates its large predatory nature (Schreiber & Minckley 1981). The Sonora sucker occupies these same habitats but adults are removed from predation by size that may equal or exceed that of the chub. The Sonora sucker feeds on bottom-dwelling invertebrates residing in lentic habitats compared with the open water feeding behavior of the roundtail chub.

Conservation and management implications

Aravaipa Creek is "a jewel in the desert" in terms of natural riparian and fisheries resources. Over 95% of historic riparian-stream habitats in the Southwest have been lost through damming, diversion, agriculture, water mining and wood cutting (Minckley & Rinne 1982). This low desert stream not only has the greatest percentage of the historic native fish fauna of the Gila River Basin intact, but is accompanied by an extensive database spanning 30 years. It is protected, in part, by the U.S. Bureau of Land Management as a primitive area. Private land holdings by the Defenders of Wildlife also increase the security of this unique aquatic habitat. It also has instream flow designations to sustain surface waters for habitat for these native species.

Despite these apparent safety mechanisms, resource agencies must be ever viligant of this stream and its existing native fish fauna. This isolated canyon area must have its upstream aquifer protected. Overappropriation or use of the headward Sulphur Springs Valley aquifer must be guarded against. Maintenance of flow in this stream is highly critical because of the habitation of shallow riffle areas by 5 of the 7 fish species. In event of reduction in flow, intermittent surface flow could result. Only the chub and Sonora sucker would have a higher probability of surviving under such conditions. Natural cycles of abundance of the federally listed spikedace and loach minnow, combined with any significant loss of flow, could negatively impact or even extirpate these species from this stream.

Invasion of non-native fishes either from stock or domestic livestock watering tanks upstream or the Gila River downstream is an equal or greater threat. The red shiner (*Cyprinella lutrensis*) is present in the Gila River and has been suggested as a potential competitor for native species. Rinne (1991) demonstrated similarity of habitat use by the red shiner and spikedace. This species has recently (1990) been reported in the lower reaches of Aravaipa Creek.

## Resumen

Este trabajo describe la utilización del habitat físico por siete especies de peces del río Aravaipa (Desierto de Sonora, Arizona). Las especies ocupan profundidades y velocidades de agua significativamente distintas. Tres especies, longfin dace (*Agosia chrysogaster*), speckled dace (*Rhinichthys osculus*) y loach minnow (*Tiaroga cobitis*) utilizan profundidades y velocidades similares. Dos de las tres especies de mayor tamaño (Sonora sucker [*Catostomus insignis*] y roundtail chub [*Gila robusta*]) utilizan areas de mayor profundidad y menor velocidad. Por otro lado, desert sucker (*Catostomus clarki*) se agrupa con loach minnow y speckled dace en la velocidad de agua ocupada pero utiliza aguas más profundas mientras que spikedace (*Meda fulgida*) se aproxima mucho a *C. clarki* en el uso de las tres variables del hábitat físico.

## References

Barber, W.E. & Minckley, W.L. 1966. Fishes of Aravaipa Creek, Graham and Pinal Counties, Arizona. Southwestern Naturalist 11 (3): 313–324.

Brown, D.E. 1982. Biotic communities of the American Southwest-United States and Mexico. Desert Plants 4 (104): 1–342.

Dunbier, R. 1968. The Sonoran Desert. Its geography, economy, and people. Tucson: University of Arizona Press. 426 pp.

Hubbs, C.L. & Miller, R.R. 1948. Correlation between fish distribution and hydrographic history in the desert basins of western United States. Bulletin of the University of Utah 38 (20): 18–166.

Johnson, J.E. & Rinne, J.N. 1982. The Endangered Species Act and Southwest fishes. Fisheries 7 (2): 1–8.

Kepner, W.G. 1982. Reproductive biology of longfin dace (*Agosia chrysogaster*) in a Sonoran Desert stream, Arizona. Un-

BLM_0062708

published M. S. thesis. Tempe: Arizona State University. 77 pp.

Lowe, C.H., ed. 1964. The vertebrates of Arizona. Tucson: University of Arizona Press, 271 pp.

Miller, R.R. 1961. Man and the changing fish fauna of the American Southwest. Papers of the Michigan Academy Science Arts and Letters 46: 365–404.

Minckley, W.L. 1973. Fishes of Arizona. Phoenix: Arizona Game and Fish Department. 293 pp.

Minckley, W.L. 1981. Ecological studies of Aravaipa Creek, central Arizona, relative to past, present, and future use. Final Report YA-512-LTG-98 (USDI, BLM). Safford, AZ: US Department of the Interior, Bureau of Land Management. 364 pp.

Minckley, W.L. & Barber, W.E. 1971. Some aspects of the biology of the longfin dace, a cyprinid fish characteristic of streams in the Sonoran Desert. Southwestern Naturalist 15 (4): 459–464.

Minckley, W.L. & D.E. Brown. 1982. Wetlands. In: Brown D.E., ed. Biotic communities of the American Southwest-United States and Mexico. Desert Plants 4 (1–4): 223–286.

Minckley, W.L. & Deacon, J.E., ed. 1991. Battle against extinction, native fish management in the American West. Tucson: University of Arizona Press. 517 pp.

Minckley, W.L. & Meffe, G.K. 1987. Differential selection by flooding in stream-fish communities of the arid American Southwest. In: Matthews, W.J. & Heins, D.C., ed. Community and evolutionary ecology of North American stream fishes. Norman: University of Oklahoma Press, pp. 93–104.

Minckley, W.L. & Rinne, J.N. 1982. Large woody debris in hot-desert streams: an historical review. Desert Plants 7 (3): 142–153.

Mueller, G.A. 1984. Spawning of *Rhinichthys osculus* (Cyprinidae) in the San Francisco River, New Mexico. Southwestern Naturalist 29 (3): 354–356.

Naiman, R.J. & Soltz, D.L. 1981. Fishes in North American deserts. New York: John Wiley & Sons. 552 pp.

Propst, D.L., Bestgen, K.R. & Painter, C.W. 1988. Distribution, status, biology, and conservation of the loach minnow, *Tiaroga cobitis* Girard, in New Mexico. U.S. Fish and Wildlife Service Endangered Species Report 17: 1–73.

Rinne, J.N. 1984. Indicator or diversity of species management: the case of native southwestern fishes. In: McComb, W.C., ed. Proceedings of a Workshop on management of nongame species and ecological communities. Lexington: University of Kentucky, pp. 79–92.

Rinne, J.N. 1985. Physical habitat evaluation on small stream fishes: point vs. transect, observation vs. capture methodologies. Journal of Freshwater Ecology 3 (1): 121–131.

Rinne, J.N. 1989. Physical habitat use by loach minnow, *Tiaroga cobitis* (Pisces: Cyprinidae), in southwestern desert streams. Southwestern Naturalist 34 (1): 109–117.

Rinne, J.N. 1991. Habitat use by spikedace, *Meda fulgida* (Pisces: Cyprinidae) in southwestern streams with reference to probable habitat competition by red shiner, *Notropis lutrensis* (Pisces: Cyprinidae). Southwestern Naturalist 36 (1): 7–13.

Rinne, J.N. In press. The effects of introduced fishes on native fishes: Arizona, southwestern United States. World Fisheries Congress, May 1992. Athens, Greece.

Rinne, J.N. & Minckley, W.L. 1991. Native fishes in arid lands: a dwindling resource of the desert Southwest. Fort Collins, CO: USDA Forest Service, RM General Technical Report RM-206: 1–45.

Schreiber, D.C. & Minckley, W.L. 1981. Feeding interrelationships of native fishes in a Sonoran Desert stream. Great Basin Naturalist 41 (4): 409–426.

Soltz, D.L. & Naiman, R.J. 1978. The natural history of native fishes of the Death Valley system. Natural History Museum of Los Angeles County Science Series 30: 1–76.

United States Fish and Wildlife Service. 1986a. Endangered and threatened wildlife and plants: determination of threatened status for the loach minnow. Federal Register 51 (208): 39468–39478.

United States Fish and Wildlife Service. 1986b. Endangered and threatened wildlife and plants: determination of threatened status for the spikedace. Federal Register 51 (126): 23769–23781.

Vives, S.P. & Minckley, W.L. 1991. Autumn spawning and other reproductive notes on loach minnow, a threatened fish of the American Southwest. Southwestern Naturalist 35 (4): 451–454.

BLM_0062709

# THINGS TO HAVE OPEN

- <u>Data Spreadsheet</u> for model results
- <u>Years between Potential Disease Events</u> spreadsheet
- ArcMap MXD: bighorn_sheep_results_manager_briefing.mxd

BLM_0062710





# RISK OF CONTACT ANALYSIS

## UNCOMPAHGRE FIELD OFFICE

BLM_0062711

# INTRODUCTION

- Plan
  - Run through entire presentation
  - Questions at end of sections
  - ArcMap/Tables in detail

- Outline
  - Model Run
  - Results of Model
  - Interpretation of Model
  - Moving Forward

BLM_0062712

# BLM/CPW WEBINARS

- Risk of Contact Model
- December 12 2014
  - Introductions to Model and Data Needs
  - Coordination with CPW to agree upon data to be used and assumptions for model
  - Homework:  CPW review of home ranges and population data
- January 15 2015
  - Revisit of home range maps and CHHR with CPW
  - Discussion of model with model builders
  - Homework:  BLM run models for 12 populations and combine
- February 20 2015
  - Presentation of results
  - Discussion of what results mean



MODEL RUN

BLM_0062714

# ROC MODEL DATA NEEDS

- Grazing Allotment boundaries and seasons of use
- Bighorn Sheep Core Herd Home Ranges
- Habitat Preference Raster Layers (Desert and Rocky)
- Habitat Preference Relative Preference
- Ram & Ewe Foray Distance
- Herd Size
- Herd Sex Ratio
- Foray Probability

BLM_0062715

# ROC MODEL DEFINITIONS

- **Core Herd Home Range** is the area occupied by bighorn sheep 95% of the time (telemetry data)
- **Suitable habitat** is mapped for the time frame of interest (i.e. domestic sheep grazing period)
  - Suitable, corridor, non-habitat
- **Foray Probability**: probability an individual ram or ewe will foray out of the CHHR during the grazing season being analyzed (telemetry data)
- **Foray Analysis**: probability that a foraying bighorn sheep will reach each point on the landscape surrounding its herds CHHR (model calculations)
- **Contact Analysis**: probability that bighorn sheep on foray will come in contact with an allotment (model calculations)

BLM_0062716

# BIGHORN POPULATIONS



BLM_0062717

# CPW/BLM DATA DISCUSSION

| Bighorn Sheep BoC Tool v2 Nomenclature | CPW Nomenclature Game Management Unit | Desert Bighorn | | | | | | Rocky Mountain Bighorn | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Uncompahgre/Domingu ez | Black Ridge | DAU=60 | Middle Dolores | Upper Dolores | DAU=61 | Black Canyon | Cow Creek/Wetterhorn | Lake Fork/Pole Mountain | DAU=21 | Dillon Mesa/V. Elk | Snowmass West | Snowmass East |
| | | S62 | S56 | S62/S56 | S63 | S64 | S63/S64 | S80 | S21 | S33 | S21/S33 | S54 | S25 | S13 |
| **HOME RANGE DATA** | | | | | | | | | | | | | | |
| 3.2.1 Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | Yes | | n/a | n/a | | n/a | n/a | n/a | | n/a | 20 | n/a |
| 3.2.1 Bighorn Sheep Observation Points used to inform CHHR | CPW Observation Points | Yes | Yes | | Yes | Yes | | ? | Yes | Yes | | Yes | Yes | Yes |
| 3.2.1 Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | 12 | n/a | | Yes | Yes | | n/a | Yes | Yes | | 13 | ? |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer | Summer | | Summer | Summer | | Summer | Summer | Summer | | Merged Summer/Winter | | Summer Refinement |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Winter | Winter | | Winter | Winter | | n/a | Winter | Winter | | Merged Summer/Winter | Winter | Winter |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall | **Overall** | Overall | Overall | **Overall** | **Overall** | Overall | Overall | **Overall** | **Overall** | **Overall** | **Overall** |
| **FORAY DATA** | | | | | | | | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **Summer** | Summer | Summer | **Summer** | **Summer** | **Summer** | **Summer** |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | **n/a** | **n/a** | **n/a** | **n/a** |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | Year-round | Year-round | **Year-round** | Year-round | Year-round | **Year-round** | **n/a** | n/a | n/a | **n/a** | **n/a** | **n/a** | **n/a** |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)¹ | N/A | Default Values | Default Values | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** | **Default Values** | **Default Values** |
| 4.4.1 Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | **Summer Default Values** | **Summer Default Values** |
| 4.5.1 Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | **n/a** | **n/a** | **n/a** | **n/a** |
| 4.5.1 ADULT Herd Size | CPW 3-year average# | 120 | 150 | **270** | 42 | 92 | **134** | **30** | 204 | 100 | **304** | **90** | **51** | **60** |
| 4.5.1 Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | 36:84 | 56:94 | **93:177** | 13:29 | 31:61 | **44:90** | **8:22** | 82:122 | 44:56 | **126:178** | **28:62** | **16:35** | **20:40** |
| 4.5.1 Ram Ratio (for reference) | CPW 3-year average | 43.7:100 | 60:100 | **52.8:100** | 44.8:100 | 50:100 | **48.4:100** | **36:100** | 67.3:100 | 67.9:100 | **45:80** | **47.4:100** | **50:100** | |
| 4.5.1 Foray Probability SUMMER | N/A | Summer Default Values | Default Values | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** | Default Values | Default Values | **Default Values** | **Summer Default Values** | **Default Values** | **Default Values** |
| 4.5.1 Foray Probability WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | | | **n/a** | **n/a** |

- Agree on data to use
- Where does CPW have enough data
- Where have to use defaults from Idaho

BLM_0062718

# CPW/BLM DATA DISCUSSION

Combined Areas

| | | Desert Bighorn | | | | | | Rocky Mountain Bighorn | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bighorn Sheep RoC Tool v2 Nomenclature**<br><br>**HOME RANGE DATA** | **CPW Nomenclature**<br>**Game Management Unit** | **Uncompahgre/Doming uez**<br>S62 | **Black Ridge**<br>S56 | **DAU=60**<br>S62/S56 | **Middle Dolores**<br>S63 | **Upper Dolores**<br>S64 | **DAU=61**<br>S63/S64 | **Black Canyon**<br>S80 | **Cow Creek/Wetterhorn**<br>S21 | **Lake Fork/Pole Mountain**<br>S33 | **DAU=21**<br>S21/S33 | **Dillon Mesa/W. Elk**<br>S54 |
| 3.2.1 Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | Yes | | n/a | n/a | | n/a | n/a | n/a | | n/a |
| 3.2.1 Bighorn Sheep Observation Points used to inform CHHR | CPW Observation Points | Yes | Yes | | Yes | Yes | | ? | Yes | Yes | | Yes |
| 3.2.1 Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | 12 | n/a | | Yes | Yes | | n/a | Yes | Yes | | n/a |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer | Summer | | Summer | Summer | | Summer | Summer | Summer | | Merged Summer/Winter |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Winter | Winter | | Winter | Winter | | n/a | Winter | Winter | | Merged Summer/Winter |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall | **Overall** | Overall | Overall | **Overall** | **Overall** | Overall | Overall | **Overall** | **Overall** |
| **FORAY DATA** | | | | | | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **Summer** | Summer | Summer | **Summer** | **Summer** |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | **n/a** | **n/a** |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | Year-round | Year-round | **Year-round** | Year-round | Year-round | **Year-round** | **n/a** | n/a | n/a | **n/a** | **n/a** |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** |
| 4.4.1 Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** |
| 4.5.1 Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | **n/a** | **n/a** |
| 4.5.1 ADULT Herd Size | CPW 3-year | 120 | 150 | **270** | 42 | 92 | **134** | **30** | 204 | 100 | **304** | **90** |
| 4.5.1 Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | 36:84 | 56:94 | **95:175** | 13:29 | 31:61 | **44:90** | **8:22** | 82:122 | 44:56 | **126:178** | **28:62** |
| Ram Ratio (for reference) | CPW 3-year average | 43.7:100 | 60:100 | 54.4:100 | 44.8:100 | 50:100 | 48.9:100 | 35:100 | 67.9:100 | 67.9:100 | 67.9:100 | 45:100 |
| 4.5.1 Foray Probability SUMMER | N/A | Default Values | Default Values | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** |
| 4.5.1 Foray Probability WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | | | **n/a** |

BLM_0062719

# CPW/BLM DATA DISCUSSION

| | | | | | Desert Bighorn | |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature | Uncompahgre /Dominguez | Black Ridge | DAU=60 |
| 3 | | HOME RANGE DATA | Game Management Unit | S62 | S56 | S62/S56 |
| 4 | 3.2.1 | Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | Yes | |
| 5 | 3.2.1 | Bighorn Sheep Observation Points used to inform CHHR polygon | CPW Observation Points | Yes | Yes | |
| 6 | 3.2.1 | Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | 12 | n/a | |
| 7 | 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer | Summer | |
| 8 | 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Winter | Winter | |
| 9 | 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall | Overall |

BLM_0062720

# CPW/BLM DATA DISCUSSION

| Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature | Uncompahgre /Dominguez | Black Ridge | Desert Bighorn DAU=60 | |
|---|---|---|---|---|---|
| HOME RANGE DATA | Game Management Unit | S62 | S56 | S62/S56 | |
| FORAY DATA | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | n/a | n/a | n/a | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | n/a | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | Year-round | Year-round | Year-round | |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | Default Values | I |
| 4.4.1 Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | Summer Default Values | I |
| Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | n/a | |
| 4.5.1 ADULT Herd Size | CPW 3-year average# | 120 | 150 | 270 | |
| 4.5.1 Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | 36:84 | 56:94 | 93:177 | |
| Ram Ratio (for reference) | CPW 3-year average | 43.7:100 | 60:100 | 52.6:100 | |
| 4.5.1 Foray Probability SUMMER | | Summer Default Values | Summer Default Values | Default Values | I |
| 4.5.1 Foray Probability WINTER | N/A | n/a | n/a | n/a | |

Weighted Average

# CPW/BLM DATA DISCUSSION

| Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature Game Management Unit | Desert Bighorn | | | | | | Rocky Mountain Bighorn | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Uncompah gre/Doming uez | Black Ridge | DAU=60 | Middle Dolores | Upper Dolores | DAU=61 | Black Canyon | Cow Creek/Wet terhorn | Lake Fork/Pole Mountain | DAU=21 | Dillon Mesa/W. Elk |
| **HOME RANGE DATA** | | S62 | S56 | S62/S56 | S63 | S64 | S63/S64 | S80 | S21 | S33 | S21/S33 | S54 |
| 3.2.1 Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | Yes | | n/a | n/a | | n/a | n/a | n/a | | n/a |
| 3.2.1 Bighorn Sheep Observation Points used to inform CHHR | CPW Observation Points | Yes | Yes | | Yes | Yes | | ? | Yes | Yes | | Yes |
| 3.2.1 Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | 12 | n/a | | Yes | Yes | | n/a | Yes | Yes | | n/a |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer | Summer | | Summer | Summer | | Summer | Summer | Summer | | Merged Summer/Winter |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | Winter | Winter | | Winter | Winter | | n/a | Winter | Winter | | Merged Summer/Winter |
| 3.2.1 Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall | **Overall** | Overall | Overall | **Overall** | **Overall** | Overall | Overall | **Overall** | **Overall** |
| **FORAY DATA** | | | | | | | | | | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a | **n/a** | Summer | Summer | Summer | **Summer** | **Summer** |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a | **n/a** | n/a | n/a | **n/a** | n/a | n/a | n/a | **n/a** | **n/a** |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | Year-round | Year-round | **Year-round** | Year-round | Year-round | **Year-round** | n/a | n/a | n/a | **n/a** | **n/a** |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** |
| 4.4.1 Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** | Summer Default Values | Summer Default Values | **Summer Default Values** | **Summer Default Values** |
| 4.5.1 Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | n/a | **n/a** | **n/a** |
| 4.5.1 ADULT Herd Size | CPW 3-year | 120 | 150 | **270** | 42 | 92 | **134** | 30 | 204 | 100 | **304** | 90 |
| 4.5.1 Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | 36:84 | 56:94 | **95:175** | 13:29 | 31:61 | **44:90** | **8:22** | 82:122 | 44:56 | **126:178** | 28:62 |
| Ram Ratio (for reference) | CPW 3-year average | 43.7:100 | 60:100 | 54.4:100 | 44.8:100 | 50:100 | 48.9:100 | 35:100 | 67.9:100 | 67.9:100 | 67.9:100 | 45:100 |
| 4.5.1 Foray Probability SUMMER | N/A | Default Values | Default Values | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** | Default Values | Default Values | **Default Values** | **Default Values** |
| 4.5.1 Foray Probability WINTER | N/A | n/a | n/a | **n/a** | n/a | n/a | **n/a** | **n/a** | n/a | | | |

# CPW/BLM DATA DISCUSSION

| | | | | Rocky Mountain Bigho |
|---|---|---|---|---|
| **1** | | | | |
| **2** | **Bighorn Sheep RoC Tool v2 Nomenclature** | **CPW Nomenclature** | **Black Canyon** | **Dillon Mesa/W. Elk** |
| **3** | **HOME RANGE DATA** | **Game Management Unit** | **S80** | **S54** |
| **4** | 3.2.1 | Bighorn Sheep Telemetry Points used to inform CHHR polygon | CPW Telemetry Points | n/a | n/a |
| **5** | 3.2.1 | Bighorn Sheep Observation Points used to inform CHHR polygon | CPW Observation Points | ? | Yes |
| **6** | 3.2.1 | Bighorn Sheep GPS Points used to inform CHHR polygon | CPW GPS Points | n/a | n/a |
| **7** | 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer SUMMER | CPW Bighorn Summer Range | Summer | Merged Summer/Winter |
| **8** | 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer WINTER | CPW Bighorn Winter Range | n/a | Merged Summer/Winter |
| **9** | 3.2.1 | Bighorn Sheep Core Herd Home Range Polygon Layer OVERALL | CPW Bighorn Overall Range | Overall | Overall |

BLM_0062723

# CPW/BLM DATA DISCUSSION

| Bighorn Sheep RoC Tool v2 Nomenclature | CPW Nomenclature | Rocky Mountain Bighor | |
|---|---|---|---|
| | | **Black Canyon** | **Dillon Mesa/W. Elk** |
| | **Game Management** | | |
| **HOME RANGE DATA** | **Unit** | **S80** | **S54** |
| **FORAY DATA** | | | |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) SUMMER | CPW Suitable Habitat Models? | Summer | Summer |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) WINTER | CPW Suitable Habitat Models? | n/a | n/a |
| 3.2.2 Habitat Preference Raster Layer (Habitat Class) YEAR-ROUND | CPW Suitable Habitat Models? | n/a | n/a |
| 3.2.2 Habitat Preference Raster Layer (Relative Preference)* | N/A | Default Values | Default Values |
| 4.4.1 Ram & Ewe Distance Distribution File SUMMER | N/A | Summer Default Values | Summer Default Values |
| Ram & Ewe Distance Distribution File WINTER | N/A | n/a | n/a |
| 4.5.1 ADULT Herd Size | CPW 3-year average# | 30 | 90 |
| 4.5.1 Herd Sex Ratio/Numbers of (Rams:Ewes) | CPW 3-year average | 8:22 | 28:62 |
| Ram Ratio (for reference) | CPW 3-year average | 35:100 | 45:100 |
| 4.5.1 Foray Probability SUMMER | | Summer Default Values | Summer Default Values |
| 4.5.1 Foray Probability WINTER | N/A | n/a | n/a |

BLM_0062724

# ASSUMPTIONS

- CPW Bighorn Ranges approximate CHHR
  - Over estimates size of area
- Herd size is supposed to be adults only
  - CPW counts includes juveniles
  - CPW approximated adult numbers
- Bighorn suitable habitat is supposed to be for the season of interest (i.e. domestic sheep grazing)
  - Rocky Mountain Bighorn suitable habitat is for Summer Habitat
  - Desert Bighorn suitable habitat is for year round
  - Most of domestic sheep grazing is winter season

BLM_0062725

# ASSUMPTIONS

- Default values from Idaho (Summer) approximate local desert and Rocky Mountain populations for
  - Habitat Preference
  - Ram & Ewe Foray Distances
  - Foray Probabilities
- Any allotment which intersects with CHHR will result in 100% probability of contact and is not analyzed in the model

BLM_0062726

# ARCMAP: KNOWN UNIVERSE



BLM_0062727

# SUITABLE HABITAT



BLM_0062728

# MODEL RESULTS

BLM_0062729

# RESULTS

- **Prb_Ram_Cont**:  Annual/seasonal probability that any given ram will leave its CHHR and contact this allotment
- **Prb_Ewe_Cont**: Annual/seasonal probability that any given ewe will leave its CHHR and contact this allotment
- **Rate_Ram_Cont**: Average number of rams expected to leave the CHHR
- **Rate_Ewe_Cont**: Average number of ewe expected to leave the CHHR
- **Rate_Hrd_Cont**: Average number of adult bighorn sheep expected to leave the CHHR and contact this allotment

BLM_0062730

# SUBSET OF RESULTS FOR COMBINED 12 POPULATIONS

Contact with Allotment

| Allotment | Field Office | Single Ram Contact Rate | Single Ewe Contact Rate | Aggregate Contact Rate for Rams | Aggregate Contact Rate for Ewes | Total Herd Contact Rate and Risk Rating | Years Between Contact |
|---|---|---|---|---|---|---|---|
| Adobe | UFO | 0.00579 | 0.00163 | 0.00954 | 0.00070 | 0.01024 | 98 |
| Adobe South | UFO | 0.06858 | 0.03956 | 0.08028 | 0.01334 | 0.09362 | 11 |
| Alder Cr-A | UFO | 0.00061 | 0.00033 | 0.01086 | 0.00088 | 0.01173 | 85 |
| Alder Cr-B | UFO | 0.00061 | 0.00114 | 0.01078 | 0.00305 | 0.01383 | 72 |
| Alkali Flats | UFO | 0.00929 | 0.00279 | 0.11613 | 0.00664 | 0.12277 | 8 |
| Allen Reservoir | UFO | 0.01950 | 0.00603 | 0.03533 | 0.00286 | 0.03819 | 26 |
| Antelope | UFO | 0.00065 | 0.00038 | 0.00073 | 0.00012 | 10.00085 | 0 |
| Anthracite Cr | UFO | 0.01741 | 0.00545 | 0.05653 | 0.00406 | 0.06059 | 17 |
| Aspen Ditch-A | UFO | 0.00123 | 0.00027 | 0.00141 | 0.00009 | 0.00150 | 667 |
| Aspen Ditch-B | UFO | 0.00124 | 0.00029 | 0.00145 | 0.00011 | 0.00156 | 643 |
| Bald Hills | UFO | 0.00796 | 0.00204 | 0.10236 | 0.00504 | 0.10740 | 9 |
| Baldy | UFO | 0.00027 | 0.00034 | 0.00058 | 0.00015 | 0.00073 | 1,369 |
| Barkelew Draw Com | UFO | 0.00452 | 0.00157 | 0.02807 | 0.00220 | 0.03027 | 33 |
| Beaver Canyon | UFO | 0.00495 | 0.00114 | 0.08797 | 0.00303 | 0.09100 | 11 |

1
-------------------
Total Herd
Contact Rate

BLM_0062731

# RESULTS: TOTAL HERD CONTACT RATE



BLM_0062732

# MODEL INTERPRETATION

BLM_0062733

# OTHER ANALYSIS

- Payette National Forest Analysis (USFS, ID)
  - Had extensive telemetry data
  - Development of the RoC Model
  - Total foray contact rates >0.04 annually (<25 year interval) were deemed unacceptable due to estimated disease return intervals and subsequent impacts to long term viability
  - Assumed 1 in 4 contacts would result in disease transmission

BLM_0062734

# OTHER ANALYSIS

- Rio Grande NF, Fisher-Ivy/Goose Lake (USFS, CO)
  - Limited telemetry data
  - A disease evet occurring within a bighorn herd every 25 years or less would result in High Risk to bighorn long term viability and a low probability of population persistence.
  - Would result in a bighorn sheep population that is constantly being exposed to ongoing disease transmission and resultant outbreaks

BLM_0062735

# OTHER ANALYSIS

- Cottonwood RMP Amendment (BLM, ID) (Draft)
  - Focused on "high degree of uncertainty … regarding the probability that contact of a bighorn sheep with an allotment will lead to disease outbreak occurring within a herd.
  - Results should be viewed as a means of comparing the relative risks of disease outbreaks, not as definitive values.
  - Analyzed range of assumed contacts resulting in disease transmission
    - (1:1, 1:1.11111, 1:1.33333, 1:2, 1:4, 1:10, 1:20 year)

BLM_0062736

# YEARS BETWEEN POTENTIAL DISEASE EVENTS

| Allotment | 1 in 1 Contact | 1 in 1.1111 Contact | 1 in 1.3333 Contact | 1 in 2 Contact | 1 in 4 Contact | 1 in 10 Contact | 1 in 20 Contact |
|---|---|---|---|---|---|---|---|
| Adobe | 98 | 108 | 130 | 195 | 390 | 976 | 1952 |
| Adobe South | 11 | 12 | 14 | 21 | 43 | 107 | 214 |
| Alder Cr-A | 85 | 95 | 114 | 170 | 341 | 852 | 1704 |
| Alder Cr-B | 72 | 80 | 96 | 145 | 289 | 723 | 1446 |
| Alkali Flats | 8 | 9 | 11 | 16 | 33 | 81 | 163 |
| Allen Reservoir | 26 | 29 | 35 | 52 | 105 | 262 | 524 |
| Antelope | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| Anthracite Cr | 17 | 18 | 22 | 33 | 66 | 165 | 330 |
| Aspen Ditch-A | 667 | 741 | 889 | 1334 | 2668 | 6671 | 13342 |
| Aspen Ditch-B | 643 | 714 | 857 | 1285 | 2570 | 6426 | 12851 |
| Bald Hills | 9 | 10 | 12 | 19 | 37 | 93 | 186 |
| Baldy | 1369 | 1521 | 1825 | 2737 | 5474 | 13686 | 27371 |
| Barkelew Draw Com | 33 | 37 | 44 | 66 | 132 | 330 | 661 |
| Beaver Canyon | 11 | 12 | 15 | 22 | 44 | 110 | 220 |

BLM_0062737

# YEARS BETWEEN POTENTIAL DISEASE EVENTS

| Allotment | 1 in 1 Contact | 1 in 1.1111 Contact | 1 in 1.3333 Contact | 1 in 2 Contact | 1 in 4 Contact | 1 in 10 Contact | 1 in 20 Contact |
|---|---|---|---|---|---|---|---|
| Adobe | 98 | 108 | 130 | 195 | 390 | 976 | 1952 |
| Adobe South | 11 | 12 | 14 | 21 | 43 | 107 | 214 |
| Alder Cr-A | 85 | 95 | 114 | 170 | 341 | 852 | 1704 |
| Alder Cr-B | 72 | 80 | 96 | 145 | 289 | 723 | 1446 |
| Alkali Flats | 8 | 9 | 11 | 16 | 33 | 81 | 163 |
| Allen Reservoir | 26 | 29 | 35 | 52 | 105 | 262 | 524 |
| Antelope | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| Anthracite Cr | 17 | 18 | 22 | 33 | 66 | 165 | 330 |
| Aspen Ditch-A | 667 | 741 | 889 | 1334 | 2668 | 6671 | 13342 |
| Aspen Ditch-B | 643 | 714 | 857 | 1285 | 2570 | 6426 | 12851 |
| Bald Hills | 9 | 10 | 12 | 19 | 37 | 93 | 186 |
| Baldy | 1369 | 1521 | 1825 | 2737 | 5474 | 13686 | 27371 |
| Barkelew Draw Com | 33 | 37 | 44 | 66 | 132 | 330 | 661 |
| Beaver Canyon | 11 | 12 | 15 | 22 | 44 | 110 | 220 |

BLM_0062738

# ASSUME 1:1 DISEASE RATE



Sheep Allotments

Legend:
- No Overlap
- >100
- 75-100 years
- 50-75 years
- 25-50 years
- <25 years

BLM_0062739

# ASSUME 1:2 DISEASE RATE



BLM_0062740

# ASSUME 1:4 DISEASE RATE



Sheep Allotments

BLM_0062741

# ASSUME 1:10 DISEASE RATE



BLM_0062742

# ASSUME 1:20 DISEASE RATE



BLM_0062743

# POIM MODEL VS. ROC



BLM_0062744

# MOVING FORWARD

BLM_0062745

# CONCERNS

- 6840 Manual
  - To initiate proactive conservation measures that reduce or eliminate threats to Bureau sensitive species to minimize the likelihood of and need for listing of these species under the ESA.

- Model Indications
  - A disease even occurring within a bighorn herd every 25 years or less would result in High Risk to bighorn long term viability and a low probability of population persistence.
  - Would result in a bighorn sheep population that is constantly being exposed to ongoing disease transmission and resultant outbreaks

BLM_0062746

# CONCERNS

- Model Uncertainty
  - Many issues with model inputs
  - Answer may be within the range of model outputs
- Manual 1730 – Management of Domestic Sheep and Goats and Wild Sheep and Habitat
- How does this fit with RMP



BLM_0062747

# CONCERNS

- Effective Separation
  - Breeding Dates*
    - Rocky Mountain 11/1-12/31
    - Desert 8/1-9/30 (recognizing that breeding does take place year round)
  - Foray Dates*
    - Rocky Mountain 6/1-9/30 and 11/1-12/31
    - Desert 3/1-9/30 (recognizing that rams move a lot all year round)
  - BPMs in DE NCA are not working in three years of implementing

\* Pers comm.  Brad Banulis (Wildlife Biologist), Mike Miller (State Veterinarian, bighorn disease specialist), CPW 3/5/2015

BLM_0062748

# NEEDS

- RMP
  - Time frame for completion of RMP Bighorn Appendix
  - Review of Appendix once written
- Permit Renewals
  - Direction for where to go on North Delta and Gunnison Gorge given model results

BLM_0062749

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/252594407

# Effect of Energy Development and Human Activity on the Use of Sand Sagebrush Habitat by Lesser Prairie-Chickens i….

**Article** · February 2004



CITATIONS
33

READS
31

**5 authors**, including:

John A. Harrington Jr
Kansas State University
**105** PUBLICATIONS  **980** CITATIONS

SEE PROFILE

Christian A Hagen
Oregon State University
**69** PUBLICATIONS  **1,161** CITATIONS

SEE PROFILE

Ryan Reker
United States Geological Survey
**25** PUBLICATIONS  **312** CITATIONS

SEE PROFILE

**Some of the authors of this publication are also working on these related projects:**

Project  Public Land Management to support waterfowl bioenergetic needs in the Rainwater Basin Region View project

Project  Conifer Removal View project

All content following this page was uploaded by Christian A Hagen on 29 May 2014.

The user has requested enhancement of the downloaded file.

# Effect of Energy Development and Human Activity on the Use of Sand Sagebrush Habitat by Lesser Prairie-Chickens in Southwestern Kansas

Robert J. Robel, Division of Biology, Kansas State University, Manhattan
John A. Harrington, Jr., Department of Geography, Kansas State University, Manhattan
Christian A. Hagen, Division of Biology, Kansas State University, Manhattan
James C. Pitman, Division of Biology, Kansas State University, Manhattan
Ryan R. Reker, Department of Geography, Kansas State University, Manhattan

BLM_0062751

Lesser prairie-chickens (Tympanuchus pallidicinctus) occupy xeric grasslands dominated primarily by sand sagebrush (Artemisia filifolia) or shinnery oak (Quercus havardii) in portions of southwestern Kansas, southeastern Colorado, western Oklahoma, northern Texas, and eastern New Mexico (Giesen 1998) and their populations have declined range-wide since the 1800s (Braun et al. 1994). In southwestern Kansas, lesser prairie-chickens are most abundant in mixed- and short-grass prairies dominated by sand sagebrush south of the Arkansas River. Population indices (lek counts) suggest lesser prairie-chicken numbers have declined since the 1970s (Jensen et al. 2000). Generally the decline has been attributed to the deterioration of the sandsage habitat and the conversion of suitable habitat to intensive agriculture, primarily center-pivot irrigated corn. Even though most of the large-scale conversion of sand sagebrush prairie to intensive agriculture ceased in the mid 1980s, lek indices to lesser prairie-chicken populations continued to decline in southwestern Kansas (Jensen et al. 2000).

A 6-year study initiated in 1997 examined factors that may have contributed to the 1980-2000 decline in numbers of lesser prairie-chickens in southwestern Kansas. Low nest success and poor chick survival were determined to be the most important factors contributing to the decline (Hagen 2003, Pitman 2003). The research was conducted in Finney County, an area of southwestern Kansas that historically supported a viable lesser prairie-chicken population. Lek survey indices to prairie chicken populations in that county averaged 12.1 birds per square mile (4.7 birds/km$^2$) during the late 1960s (Church 1987). Between 1960 and 1975, approximately 60% of the native sand sagebrush prairie in Finney County was converted to intensive agriculture (Sexson 1980). That loss of habitat originally was thought to be the sole cause of the 33% decline (12.1 to 8.1 birds per square mile; 4.7 to 3.1 birds/km$^2$) in the lesser prairie-chicken lek survey indices in Finney County during the 1980s and the 50% decrease (8.1 to 4.1 birds per square mile; 3.1 to 1.6 birds/km$^2$) in the 1990s. However, these declines occurred even though large expanses of sand sagebrush prairie existed in the county through the 1980s and 1990s. During Hagen's (2003) and Pitman's (2003) studies, radio telemetry data disclosed avoidance by lesser prairie-chickens of what appeared to be suitable sand sagebrush habitat near anthropogenic features, e.g., roads, buildings, oil and gas wellheads, electric transmission lines, and center-pivot irrigation fields.

The human population of Finney County increased by over 25% between 1980 and 2000 (U. S. Census Bureau 2003), coincidental with the construction of a coal-fired electric generating station and associated transmission lines, road improvements, and an increased number of houses in rural settings. Petroleum exploration and production also increased in the county and compressor stations were constructed to move natural gas through underground pipelines. These anthropogenic changes in Finney County coincided with declines in lek survey indices to lesser prairie chicken populations in the 1980s and 1990s.

We conducted this study to assess the magnitude of the impacts of anthropogenic factors on use of sand sagebrush habitat by lesser prairie-chickens. We focused our efforts on the remaining sand sagebrush habitat in Finney, Kearny, and Hamilton counties of southwestern Kansas, the three counties supporting 25 to 50% of the lesser prairie-chicken population in Kansas during the early 2000s (assuming lek survey data are a realistic reflection of lesser prairie-chicken numbers).

BLM_0062752

**Methods and Procedures**

 Data used to determine use of sand sagebrush habitat by lesser prairie-chickens were obtained from transmitter-equipped birds on two 12,500 acre (5,070 ha) study sites in Finney County during a 1997-2003 field study. Lesser prairie-chickens were captured on leks using walk-in funnel traps (Haukos et al. 1990) primarily during March and April. Captured birds were fitted with < 0.4-ounce transmitters (< 2% of each bird's body mass) and released within 15 minutes at capture sites. Birds were located daily by triangulation using a truck-mounted null-peak twin-Yagi telemetry system. The influence of anthropogenic features on the use of sand sagebrush habitat was estimated from these data, and its impact was extrapolated to the remaining sand sagebrush habitat in Finney, Kearny, and Hamilton counties during 2003-2004.

<u>Study Area</u>

 The sand sagebrush prairies of Finney, Kearny, and Hamilton counties exist primarily on undulating sand dunes south of the Arkansas River (Kuchler 1974). Two soil types are typical across the sand sagebrush vegetation complexes, Tivoli fine sand and Tivoli-Vona loamy fine sands (Harner et al. 1965). The long-term average annual precipitation for the area was 19 inches with 75% of it occurring between March and August; the mean annual temperature was 55%F, ranging from 21%F for January to 79%F for July (U. S. Department of Commerce 2003).

 Sand sagebrush dominated the vegetative community and was interspersed with grasses including six-week fescue (Vulpia octoflora),blue grama (Bouteloua gracilis), sand dropseed (Sporobolus cryptandrus), prairie sandreed (Calamovilfa longifolia), sand bluestem (Andropogon halii), and little bluestem (Schizachyrium scoparium). Other plants common on the area included western ragweed (Ambrosia psilostachya), annual erigonum (Erigonum annum), sunflowers (Helianthus spp.), plains yucca (Yucca glauca), prickly pear (Opuntia polyacantha), and Russian thistle (Salsola kali). Kuchler (1974) presents a detailed description of the vegetation of the sand sagebrush prairie of the three counties. Over 90% of the sand sagebrush rangeland was grazed annually by cattle at various intensities resulting in highly variable vegetation structure across the study area.

<u>Determining Coverage of Sand Sagebrush Prairie</u>

 The historical distribution of sand sagebrush habitat in Finney, Kearny, and Hamilton counties was primarily defined by the extent of the Tivoli association soil complex and vegetation based landcover maps by Kuchler (1974). Defining natural habitat based on soil types has been successfully used in similar studies (Johnson et al. 1995). Two Landsat 1 Multispectral Scanner images (pixel resolution = 66 yards) were used to identify sand sagebrush acreage in the three counties for 1973 whereas two Landsat 7 Enhanced Thematic Mapper (ETM+) images (pixel resolution = 36 yards) and ground truthing were used for 2001 determinations.

<u>Inventory of Anthropogenic Features in the Three Counties</u>

 Locations of anthropogenic features in the sand sagebrush habitat were entered into a GIS system for display and analysis. Road center lines from the U.S. Census Bureau were downloaded from the Kansas Data Access and Support Center. Point data for oil and oil/gas wellheads were downloaded from the Kansas Geological Survey Database. Locations of buildings (large houses, feedlots, ranch steads, compressor stations, and the power plant) were

BLM_0062753

identified on U.S. Geological Survey 1:24,000 topographic maps and Landsat satellite imagery and a polygon layer of building sites was created by digitizing feature boundaries. Paper maps of electric transmission line routes were provided by the Sunflower Electric Corporation, georeferenced to Landsat ETM+ satellite imagery, then digitized into ArcInfo 8.1 to create a transmission line layer. Center-pivot fields were identified by their distinctive spectral and textural properties and classified in ERDAS Imagine 8.7 (Leica Geosystems 2003).

The scale of satellite images and course pixel resolution limited our ability to identify small anthropogenic features (minor roads and trails, individual houses, trailers, and small outbuildings). Therefore, our assessment of the impacts of anthropogenic features on lesser prairie-chickens in the sand sagebrush habitat of the 3-county area must be interpreted as a conservative estimate.

Determining Areas Avoided by Nesting Lesser Prairie-chickens

The movements of transmitter-equipped female lesser prairie-chickens were monitored daily during April-June to locate 187 nests. From these data, Pitman (2003) determined the distances to anthropogenic features avoided by nesting lesser prairie-chickens. Lesser prairie-chicken nests were located farther from five of six features than would be expected at random. The presence of unimproved roads had the least affect on placement of nests, and buildings the greatest (Table 1).

Locations of nests were incorporated into a geographic information system of the two study areas created in ArcView 3.1 (Environmental Systems Research Institute 1998) along with locations of wellheads, buildings, transmission lines, improved and unimproved roads, and center-pivot irrigated fields. Distances from each nest to the nearest wellhead, building, transmission line, improved or unimproved road, and center-pivot irrigated field edge (hereafter center-pivot field) were calculated for each nest.

Wellheads were oil and oil/gas wells with pumping units powered primarily by diesel fuel. Buildings consisted of houses, gas compressor stations, and a 380 MW coal-fired electric generating station. Transmission lines primarily were 125, 138, and 345 kV double circuit conductors distributing electricity from the generating station. Improved roads were graveled or paved and carried up to 486 vehicles per day (vpd) whereas unimproved roads were 2-lane pasture trails and ungraded service roads to wellheads with traffic <3 vpd. Center-pivot fields covered 160 acres with a water pump in the center and a 13- to 16-foot high sprinkler boom extending from the center to the edge of the field. When in operation (generally from late April or early May through summer), the sprinkler boom irrigated the field by rotating circularly across the field on self-powered wheels.

We used Monte Carlo simulations (Manly 1998) to determine if any of the six anthropogenic features were related to distances to locations of lesser prairie-chicken nests. Because features far from nest sites were unlikely to impact nesting birds, we used only nests close to each feature (closest 10% of the nests) to assess the impacts of the six anthropogenic features. Probability distributions were used to determine if nests were significantly ($P = 0.05$) farther than expected from a particular feature. If nests were significantly farther than expected from a feature, that feature was determined to negatively effect lesser prairie-chicken nest location. The mean distance of the closest 10% of the nests to a specific anthropogenic feature

BLM_0062754

was determined, and that distance was used as the 'avoidance distance' of nesting lesser prairie-chickens for that feature.

Determining Areas Avoided by Adult Lesser Prairie-chickens

We quantified use and non-use areas of sand sagebrush habitat from telemetry locations of lesser prairie-chickens. Use areas were defined using a 95% fixed kernel home range (Worton 1989) of bird locations. Because multiple locations at nest or lek sites may have underestimated the size of the kernel, we used only one lek or nest location per bird for kernel home range calculations. Sand sagebrush habitat not within the 95% fixed kernel home range was considered as the non-use area.

Vegetation measurements from 42 random locations in areas of sand sagebrush habitat used by lesser prairie-chickens (use areas) and 42 in areas not used by the birds (non-use areas) were the basis of comparing vegetation structure of use and non-use areas (Hagen 2003). Sagebrush canopy cover did not differ between use and non-use areas, nor did forb or grass canopy cover. Neither sagebrush density nor mean diameter of sagebrush plants differed between use and non-use areas. The only vegetation variable that differed between use and non-use areas was litter cover; being significantly greater on non-use than use areas. Thus, based on the vegetation measurements made, the vegetation structure of the sand sagebrush habitat in areas used and not used by adult lesser prairie-chickens was virtually identical.

Lesser prairie-chicken location data from April to September 2000 to 2002 were analyzed for impacts of four anthropogenic features (roads, buildings, wellheads, and transmission lines) on their distribution by month and year. Negative impacts of roads and wellheads were less than those of buildings and transmission lines (Table 2). These distances were used in GIS models to estimate the effects of human activity on sand sagebrush habitat use by adult lesser prairie-chickens.

Quantifying the Acreage Impacted by Anthropogenic Features

Distance to anthropogenic features avoided by 90% of nesting and 95% of adult lesser prairie-chickens were entered into an avoidance buffer database. Avoidance buffers around/or along individual anthropogenic features were created in ArcInfo 8.1 (Environmental Systems Research Institute 2001) with the width of avoidance determined from previously described field data. Buffers around anthropogenic features often overlapped, i.e., transmission lines running adjacent to roads, wellheads lying within center-pivot fields, and so on. This overlap could result in overestimation of avoidance area. To eliminate bias associated with overlap, the Merge and Dissolve by Attribute functions in ArcInfo 8.1 were used to create one comprehensive avoidance buffer that apportioned duplicated areas of impact among overlapping features.

**Results and Discussion**

Extent of Sand Sagebrush Prairie Habitat

Historically, an estimated 339,645 acres (137,556 ha) of sand sagebrush habitat existed in Finney, Kearny, and Hamilton counties. By 1973, this acreage had been reduced to 298,806 acres (121,016 ha) primarily due to conversion of sand sagebrush habitat to center-pivot agriculture (Table 3). Another 81,994 acres (33,208 ha) of sand sagebrush habitat was lost to center-pivot agriculture between 1973 and 2001. That loss, and a commitment of 3,277 acres

BLM_0062755

(1,327 ha) to urban development (residences, golf courses, etc.) left only 214,183 acres (86,744 ha) of sand sagebrush habitat in the three counties by 2001; approximately 63% of the historical acreage. Most of the loss of sand sagebrush habitat occurred in Finney County (74,154 of 142,132 acres; 52%) and in Kearny County (48,625 of 67,321 acres; 72%), and least in Hamilton County (2,004 of 130,192 acres; 2%).

Nest Locations Relative to Anthropogenic Features

Lesser prairie-chicken nests were located farther from five of six anthropogenic features than would be expected at random. Essentially, the presence of anthropogenic features reduced the suitability for nesting of the surrounding sand sagebrush habitat.

We did not attempt to determine causative factors associated with nesting lesser prairie-chicken avoidance of anthropogenic features, however, it appears that movement and noise might be implicated. Wellheads had pump jacks with weighted extensions that moved up and down when pumping, with larger units on deeper wells. The sprinkler booms of center-pivot irrigation systems moved across fields when operating and water nozzles on the ends sprayed back and forth. Vehicles ranging from small sedans to large grain and tanker trucks moved along roads, and more vehicle movement occurred on improved than unimproved roads. All of the anthropogenic features were sources of noise. On calm nights, pumps of center-pivots could be heard at a distance of approximately 0.6 mile, gas compressor stations were audible at over 2 miles, and noise from the power plant could be heard from 1 to 2 miles. Low frequency sounds were audible from the electric transmission lines when high voltage charges were being moved through the lines. Truck traffic on improved roads was commonly heard at 1-1/2 miles, and farther when drivers geared the trucks down for curves or inclines.

Additional research is needed to determine why the anthropogenic features we examined deterred lesser prairie-chickens from nesting near them. Such answers may allow modification of those features to reduce their negative impacts on nest placement by lesser prairie-chickens, and possible other avian species sensitive to human activity.

Acreage of Avoidance Buffers Around Anthropogenic Features

The acreage of sand sagebrush habitat made less suitable for lesser prairie-chicken nesting and use by the presence of anthropogenic features is substantial. The area approaches the acreage of sand sagebrush habitat converted to center-pivot agriculture in Finney, Kearny, and Hamilton counties.

Our research, and that of Peterson and Silvy (1996) and Wisdom and Mills (1997), determined that nest success was one of the most critical demographic parameters regulating prairie grouse populations. Therefore, any negative impacts of anthropogenic features on nesting of lesser prairie-chickens is of great concern.

The presence of improved roads reduced nesting by lesser prairie-chickens in the 859-yard buffer on either side of the roads. In 1973, that buffer included 141,312 acres (57,231 ha) of sand sagebrush habitat (Table 3). That estimate may be high because not all of the roads identified on the Landsat imagery carried high volumes of traffic. However, even if only 50% of the roads carried high levels of traffic, the acreage negatively impacted would exceed 70,000 acres (28,000 ha). The amount of sand sagebrush habitat negatively impacted by roads in 2001

BLM_0062756

was less than in 1973 because the roads crossed areas that were sagebrush in 1973, but had been converted to center-pivot fields by 2001. Even so, and assuming that only 50% of the roads carried high traffic volumes, the negative impacts of roads in the three counties extended to over 40,000 acres (16,200 ha) of sand sagebrush habitat in 2001.

Oil and oil/gas wellheads negatively impacted lesser prairie-chicken nesting on an estimated 8,564 acres (3,468 ha) of sandsage habitat in 1973. This area increased to 17,562 acres (7,113 ha) by 2001.

The presence of buildings negatively impacted 8,974 acres (3,634 ha) of lesser prairie-chicken nesting habitat in 1973, and increased to 15,774 acres (6,388 ha) by 2001. Buildings included a coal-fired power electric generating station, at least three compressor stations, and numerous large houses and cattle feedlots.

There were few to no major electric transmission lines crossing the sand sagebrush habitat of Finney, Kearny, and Hamilton counties in 1973, but several lines were present in 2001. These transmission lines were distributing electricity primarily to the west and southwest of the power station 7 miles (11 km) southwest of Garden City, in Finney County. Lesser prairie-chickens seldom nested within 400 yards of the electric transmission lines. The avoidance buffer encompassed by the transmission lines in the early 2000s approximated 16,803 acres (6,805 ha) of sand sagebrush habitat (the estimate includes the impacts of a transmission line under construction in 2003).

The avoidance buffers on the edges of center-pivot fields negatively affected approximately 31,795 acres (12,472 ha) of sand sagebrush habitat in 1973, and 53,694 acres (21,746 ha) by 2001. We do not know if nesting female lesser prairie-chickens were avoiding the center-pivot fields themselves, the noise from the irrigation pump in the center of the fields, or the large sprinkler booms that rotated across the fields. What ever the reason, lesser prairie-chickens seldom nested within 336 yards of the edges of center-pivot fields.

Combined, the total avoidance buffer areas around anthropogenic features in the three counties reduced the suitability of 157,296 acres (63,705 ha) and 125,962 acres (51,015 ha) of sand sagebrush habitat for lesser prairie-chicken nesting in 1973 and 2001, respectively. These areas represent 52% of the sand sagebrush habitat remaining in the three counties in 1973, and 58% of that remaining in 2001.

The area of sand sagebrush habitat made less suitable for general use by adult lesser prairie-chickens was less than that made unsuitable for nesting. Avoidance buffers along roads encompassed 12,320 acres (4,990 ha) in 1973 and 9,739 acres (3,944 ha) in 2001. Oil and oil/gas wellheads negatively impacted 1,440 acres (583 ha) in 1973 and 3,183 acres (1,289 ha) in 2001. Avoidance buffers around buildings contained 3,034 acres (1,229 ha) in 1973, increasing to 7,399 acres (2,997 ha) by 2001. Adult lesser prairie-chicken used sand sagebrush habitat within 693 yards of electric transmission lines, and that avoidance buffer area amounted to 6,615 acres (2,679 ha) in 2001. Although some of these totals appear large, their impacts on the lesser prairie-chicken population are minor compared to the impacts of the presence of anthropogenic features on nesting habitat.

BLM_0062757

Summary and Management Implications

       The decline of lesser prairie-chicken numbers in southwestern Kansas has been attributed to the loss of suitable habitat during the 1960s through the1980s, primarily sand sagebrush prairie. However, population declines continued after large-scale losses of sand sagebrush habitat ceased and large tracts of that habitat remained. A 6-year study disclosed that low nest success was one of the most important factors in the decline of lesser prairie-chicken numbers in southwestern Kansas and that the birds avoided otherwise suitable habitat near human activity, especially for nesting. Human activity (population numbers, oil and gas development, construction of a coal-fired electric generation station, etc.) increased in southwestern Kansas coincidental with the decline of lesser prairie-chicken numbers. To gain a better understanding of the relationship between human activity and the viability of lesser prairie-chicken populations, we assessed the impacts of the presence of anthropogenic features (roads, buildings, transmission lines, etc.) on the use of sand sagebrush habitat by the birds.

       The distance to anthropogenic features avoided by nesting lesser prairie-chicken females were used to create 'avoidance buffers' around anthropogenic features in sand sagebrush habitat. Sand sagebrush habitat within the avoidance buffer was less suitable for nest locations of 90% of nesting females, and for use by 95% of adult birds. The area contained in these buffer areas was then estimated for the sand sagebrush habitat remaining in Finney, Kearny, and Hamilton counties of southwestern Kansas. These three counties were thought to support a significant portion of the Kansas lesser prairie-chicken population.

       By 2001, approximately 125,462 acres (50,812 ha) of the historic 339,645 acres (137,556 ha) of sand sagebrush prairie in the three counties had been converted to intensive agriculture or used for urban development. Avoidance buffers around improved roads, oil and oil/gas wellheads, buildings, electric transmission lines, and center-pivot fields reduced the nesting suitability of an additional 125,962 acres (51,015 ha) of sand sagebrush habitat. Thus, the amount of sand sagebrush habitat suitable for nesting by lesser prairie-chickens was only 88,221 acres (35,729 ha) in 2001, approximately 26% of the historic amount.

       The impact of the avoidance buffers is depicted in Figure 1. The historic range of sand sagebrush habitat in Finney County (A) was reduced to 214,183 acres (86,744 ha) by 2001 (B), and that area was further reduced to only 88,221 acres (35,729 ha) of suitable nesting habitat (C) by the presence of anthropogenic features in the sand sagebrush prairie landscape. We suspect that the poor nest success and low chick survival experienced by lesser prairie-chickens in Finney County (Hagen 2003, Pitman 2003) were the result of a shortage of suitable nesting habitat. The remaining patches of sand sagebrush habitat suitable for nesting in that county were small and isolated, potentially increasing the predator pressure on lesser prairie-chicken nests, the nesting birds, and any fledgling chicks.

       In the future, the negative impacts of anthropogenic features should be considered when assessing the suitability of habitat for lesser prairie-chickens, purchasing or leasing habitat for those birds, or implementing management actions for the benefit of those populations. The avoidance buffers around oil and oil/gas wellheads, electric transmission lines, and buildings must be recognized and integrated into environmental assessments of the development of petroleum resources and the construction of industrial wind energy facilities. The results of our

BLM_0062758

research most likely apply to other prairie grouse, but specific studies are needed to determine the magnitude of the impacts on individual species in various landscapes.

**Acknowledgments**

This study was supported by Kansas State University (KSU), Division of Biology and Department of Geography, KSU Agricultural Experiment Station (Contribution 04-267-J), Kansas Department of Wildlife and Parks (W-47-R and W-53-R), National Science Foundation (1920-KSU-NSF-8052), and Westar Energy, Inc.

**References**

Braun, C. E., K. Martin, T. E. Remington, and J. R. Young. 1994. North American grouse: issues and strategies for the 21st century. In Transactions of the 59th North American Wildlife and Natural Resources Conference, 428-437. Washington, D.C: Wildlife Management Institute.

Church, K. E. 1987. Prairie grouse and ruffed grous population and harvest summary. Federal Aid Project No. FW-9-P-5, Kansas Department of Wildlife and Parks, Pratt, Kansas.

Environmental Systems Research Institute. 1998. ArcView GIS version 3.1 user's guide. Environmental Systems Research Institute, Inc. Redlands, California.

Environmental Systems Research Institute. 2001. ArcInfo GIS version 8.1 user's guide. Environmental Systems Research Institute, Inc. Redlands, California.

Giesen, K. M. 1998. Lesser prairie-chicken (Tympanuchus pallidicinctus). In F. Gill and A. Poole, editors. The Birds of North America. No. 364. The Birds of North America, Inc., Philadelphia, Pennsylvania.

Hagen, C. A. 2003. A demographic analysis of lesser prairie-chicken populations in southwestern Kansas: survival, population viability, and habitat use. Ph.D. dissertation, Kansas State University, Manhattan, Kansas.

Harner, R. F., R. C. Angell, M. A. Lobmeyer, and D. R. Jantz. 1965. Soil surveys of Finney County, Kansas. Series 1961, Number 30. U. S. Department of Agriculture, Washington, D.C.

Haukos, D. A., L. M. Smith, and G. S. Broda. 1990. Spring trapping of lesser prairie chickens. Journal of Field Ornithology 61: 20-25.

Jensen, W. E., D. A. Robinson, Jr., and R. D. Applegate. 2000. Distribution and population trend of lesser prairie-chicken in Kansas. Prairie Naturalist 32: 169-175.

Johnson, R. R., K. F. Higgins, and D. E. Hubbard. 1995. Using soils to delineate South Dakota physiographic regions. Great Plains Research 5: 309-322.

Kuchler, A. W. 1974. A new vegetation map of Kansas. Ecology 55: 586-604.

Leica Geosystems. 2003. ERDAS imagine version 8.7 field guide. Leica geosystems GIS and mapping, LLC. Atlanta, Georgia.

Manly, B. F. J. 1998. Randomization, bootstrap and Monte Carlo methods in biology. Chapman and Hall, London, United Kingdom.

Peterson, M. J., and N. J. Silvy. 1996. Reproductive stages limiting productivity of the endangered Attwater's prairie chicken. Conservation Biology 10: 1264-1276.

Pitman, J. C. 2003. Lesser prairie-chicken nest site selection and nest success, juvenile gender determination and growth, and juvenile survival and dispersal in southwestern Kansas. M.S. thesis, Kansas State University, Manhattan, Kansas.

BLM_0062759

Sexson, M. L.  1980.  Destruction of sandsage prairie in southwest Kansas.  In C. L. Kucera, editor.  Proceedings of the Seventh North American Prairie Conference, Southwestern Missouri State University, Springfield, Missouri.

U. S. Census Bureau.  2003.  State and county quick facts. Finney County, KS. http://quickfacts.census.gov/qfd/state/20/20055.html (17 January 2003).

U. S. Department of Commerce.  2003.  National Oceanic and Atmospheric Administration. National Climatic Data Center. http://www.ncdc.noaa.gov/ (7 January 2003).

Wisdom, M. L., and L. S. Mills.  1997.  Sensitivity analysis to guide population recovery: prairie-chickens as an example.  Journal of Wildlife Management 61: 302-312.

Worton, B. J.  1989.  Kernel methods for estimating the utilization distribution in home-range studies.  Ecology 70: 164-168.

BLM_0062760

**Table 1. Mean distance (yards ± SE) to anthropogenic features avoided by 90% of 187 nesting lesser prairie-chickens during 1997-2002 in sand sagebrush prairie habitat of southwestern Kansas.**

| Anthropogenic feature | Distance to feature |
|---|---|
| Oil or gas wellheads | 193 Å 25 |
| Center-pivot fields | 336 Å 51 |
| Unimproved roads | 32 Å 15[a] |
| Improved roads | 859 Å 44 |
| Buildings | 1,371 Å 65 |
| Electric transmission lines | 397 Å 70 |

[a] Not significantly different (P > 0.05) from zero; the distance was not used in estimate of less suitable sand sagebrush habitat for nesting by lesser prairie-chickens in the 3-county area.

BLM_0062761

**Table 2.  Mean distance (yards ± SE) to anthropogenic features across which 95% of 18,866 telemetry locations of lesser prairie-chickens were absent in sand sagebrush prairie habitat of southwestern Kansas.**

| Anthropogenic feature | Distance to feature |
|---|---|
| Improved and unimproved roads | 51 Å 4[a] |
| Oil or gas wellheads | 79 Å 5 |
| Buildings | 659 Å 46 |
| Electric transmission lines | 693 Å 44 |

[a] Not significantly different (P > 0.05) from zero; but distance was used in estimate of less suitable sand sagebrush habitat for use by lesser prairie-chickens in the 3-county area.

BLM_0062762

**Table 3.  Acreage of sand sagebrush prairie habitat converted to intensive agriculture or made less suitable as lesser prairie-chicken nesting areas by the presence of anthropogenic features in Finney, Kearny, and Hamilton counties, Kansas, in 1973 and 2001.**

|  | 1973 | 2001 |
|---|---|---|
| Historical acreage of sagebrush habitat | 339,645 | 339,645 |
| Converted to intensive agriculture | 40,191 | 122,185 |
| Converted to other uses (urban, recreation, etc.) | 649 | 3,277 |
| Sagebrush habitat remaining | 298,806 | 214,183 |
| Remaining sagebrush habitat made less suitable by presence of: |  |  |
| Improved roads | 141,312 | 89,297 |
| Oil and oil/gas wellheads | 8,564 | 17,562 |
| Buildings | 8,974 | 15,774 |
| Electric transmission lines | nil | 16,803 |
| Center-pivot fields | 30,795 | 53,694 |
| Total acreage made less suitable by anthropogenic features | 157,296 | 125,962 |
| Remaining sagebrush habitat suitable for nesting by lesser prairie-chickens | 141,570 | 88,221 |

*[Note: figure not available electronically.]*

Figure 1.  Map showing changes in sand sagebrush prairie in Finney County, Kansas.  A = historic coverage of sand sagebrush vegetation (black),  B = sand sagebrush prairie remaining in 2001 (black), and C = sand sagebrush prairie in 2001 suitable for nesting by lesser prairie-chickens (black), and unsuitable for nesting (gray) due to presence of anthropogenic features.

Correlation, Composition, Areal Distribution,
and Thickness of Eocene Stratigraphic
Units, Greater Green River Basin,
Wyoming, Utah, and Colorado

U.S. GEOLOGICAL SURVEY PROFESSIONAL PAPER 1506–E



BLM_0062765

# Correlation, Composition, Areal Distribution, and Thickness of Eocene Stratigraphic Units, Greater Green River Basin, Wyoming, Utah, and Colorado

*By* HENRY W. ROEHLER

GEOLOGY OF THE EOCENE WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS, GREATER GREEN RIVER BASIN, WYOMING, UTAH, AND COLORADO

U.S. GEOLOGICAL SURVEY PROFESSIONAL PAPER 1506-E



UNITED STATES GOVERNMENT PRINTING OFFICE, WASHINGTON: 1992

BLM_0062766

**U.S. DEPARTMENT OF THE INTERIOR**

**MANUEL LUJAN, JR.,** *Secretary*

**U.S. GEOLOGICAL SURVEY**

**Dallas L. Peck,** *Director*

Any use of trade, product, or firm names in this publication is for
descriptive purposes only and does not imply endorsement by the
U.S. Government

Library of Congress Cataloging in Publication Data

Roehler, Henry W.
    Correlation, composition, areal distribution, and thickness of Eocene stratigraphic units, greater Green River Basin,
Wyoming, Utah, and Colorado : geology of the Eocene Wasatch, Green River, and Bridger (Washakie) Formations, greater
Green River Basin, Wyoming, Utah, and Colorado / by Henry W. Roehler.
      p.   cm.—(U.S. Geological Survey professional paper ; 1506–E)
    Includes bibliographical references.
    1. Geology, Stratigraphic—Eocene.  2. Stratigraphic correlation—Green River Watershed (Wyo.-Utah).
3. Geology—Green River Watershed (Wyo.-Utah).  I. Title.  II. Series.
QE692.2.R56     1992
551.7'84'0978—dc20                                   91–29038
                                                      CIP

For sale by Book and Open-File Report Sales, U.S. Geological Survey,
Federal Center, Box 25286, Denver, CO 80225

BLM_0062767

# CONTENTS

| | Page |
|---|---|
| Abstract | E1 |
| Introduction | 1 |
| Correlation and composition of stratigraphic units | 1 |
|   Western margins of Green River basin | 1 |
|   West flank of Rock Springs uplift | 4 |
|   Western margins of Sand Wash and Washakie basins | 8 |
|   Central Sand Wash and eastern Washakie basins | 11 |
|   Central (north-south) Green River basin, southern Rock Springs uplift, and southwestern Washakie basin | 13 |
|   Northern Green River basin | 15 |
|   Central (east-west) Green River basin, Rock Springs uplift, and western Washakie basin | 17 |
|   Southern Green River basin | 17 |
|   Great Divide basin | 19 |
|   Washakie basin | 22 |
|   Western Sand Wash basin | 24 |
| Areal distribution and thickness of stratigraphic units | 26 |
|   Main body of Wasatch Formation | 26 |
|   Ramsey Ranch Member of Wasatch Formation | 26 |
|   Luman Tongue of Green River Formation | 28 |
|   Niland Tongue of Wasatch Formation | 30 |
|   Scheggs Bed of Tipton Shale Member of Green River Formation | 31 |

| | Page |
|---|---|
| Areal distribution and thickness of stratigraphic units—Continued: | |
|   Farson Sandstone Member of Green River Formation | E32 |
|   Alkali Creek Tongue of Wasatch Formation | 32 |
|   Rife Bed of Tipton Shale Member of Green River Formation | 32 |
|   Wilkins Peak Member of Green River Formation | 32 |
|     Lower part of Wilkins Peak Member | 34 |
|     Middle part of Wilkins Peak Member | 35 |
|     Upper part of Wilkins Peak Member and stratigraphic equivalents | 37 |
|   Cathedral Bluffs Tongue of Wasatch Formation | 37 |
|   Godiva Rim Member of Green River Formation | 39 |
|   LaClede Bed of Laney Member of Green River Formation | 40 |
|   Sand Butte Bed of Laney Member of Green River Formation | 42 |
|   Hartt Cabin Bed of Laney Member of Green River Formation and Bridger (Washakie) Formation | 43 |
| Correlation of Eocene rocks in the Green River, Washakie, Piceance Creek, and Uinta basins | 45 |
| References cited | 48 |

# ILLUSTRATIONS

[Plate is in pocket]

PLATE   1.  Map showing sources of data and lines of stratigraphic correlations of Eocene rocks in the greater Green River basin Wyoming, Colorado, and Utah.

| | | Page |
|---|---|---|
| FIGURE | 1. Generalized cross section of Eocene rocks in greater Green River basin showing stratigraphic nomenclature and depositional environments | E2 |
| | 2. Index map showing location of lines of stratigraphic correlation in greater Green River basin | 4 |
| | 3. Stratigraphic section of Eocene rocks in greater Green River basin showing units isopached | 5 |
| | 4–6. Stratigraphic correlation diagrams of intertongued Wasatch and Green River Formations: | |
| |   4. South-north *A–A'* along western margins of Green River basin | 6 |
| |   5. South-north *B–B'* along west flank of Rock Springs uplift | 7 |
| |   6. Southwest-northeast *C–C'* along western margins of Sand Wash and Washakie basins | 9 |
| | 7. South-north stratigraphic correlation diagram *D–D'* of Eocene rocks across central Sand Wash basin and eastern Washakie basin | 12 |

III

IV

CONTENTS

| | | Page |
|---|---|---|
| FIGURES 8–11. | Stratigraphic correlation diagrams of intertongued Wasatch and Green River Formations: | |
| | 8. Northwest-southeast $E$–$E'$ across central Green River basin, southern Rock Springs uplift, and southwestern Washakie basin. | E14 |
| | 9. West-east $F$–$F'$ across northern Green River basin | 16 |
| | 10. West-east $G$–$G'$ across central Green River basin, Rock Springs uplift, and western Washakie basin. | 18 |
| | 11. West-east $H$–$H'$ across southern Green River basin | 20 |
| 12. | West-east stratigraphic correlation diagram $I$–$I'$ of Eocene rocks across Great Divide basin | 21 |
| 13. | West-east stratigraphic correlation diagram $J$–$J'$ of intertongued Wasatch and Green River Formations across center of Washakie basin | 23 |
| 14. | Northwest-southeast stratigraphic correlation diagram $K$–$K'$ of intertongued Wasatch and Green River Formations across western Sand Wash basin | 25 |
| 15–22. | Isopach maps: | |
| | 15. Main body of Wasatch Formation | 27 |
| | 16. Ramsey Ranch Member of Wasatch Formation | 28 |
| | 17. Luman Tongue of Green River Formation | 29 |
| | 18. Niland Tongue of Wasatch Formation | 30 |
| | 19. Scheggs Bed of Tipton Shale Member of Green River Formation | 31 |
| | 20. Farson Sandstone Member of Green River Formation | 33 |
| | 21. Alkali Creek Tongue of Wasatch Formation | 34 |
| | 22. Rife Bed of Tipton Shale Member of Green River Formation | 35 |
| 23. | North-south correlation diagram of Wilkins Peak Member of Green River Formation and adjacent formations across Green River basin | 36 |
| 24–30. | Isopach maps: | |
| | 24. Lower part of Wilkins Peak Member of Green River Formation | 38 |
| | 25. Middle part of Wilkins Peak Member of Green River Formation | 39 |
| | 26. Upper part of Wilkins Peak Member and stratigraphic equivalents in Green River Formation | 40 |
| | 27. Cathedral Bluffs Tongue of Wasatch Formation | 41 |
| | 28. Godiva Rim Member of Green River Formation | 42 |
| | 29. LaClede Bed of Laney Member of Green River Formation | 43 |
| | 30. Sand Butte Bed of Laney Member of Green River Formation | 44 |
| 31. | Interbasin correlation diagram of Eocene rocks in Green River and Washakie basins, Wyoming, Piceance Creek basin, Colorado, and Uinta basin, Utah | 46 |
| 32. | Electric log correlation diagram of the Mahogany ledge in Parachute Creek Member of Green River Formation in Piceance Creek and Uinta basins with basal Laney Member of Green River Formation in Green River and Washakie basins | 47 |

Case No. 1:20-cv-02484-MSK   Document 47-1   filed 04/28/21   USDC Colorado   pg 97 of 137

GEOLOGY OF THE EOCENE WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS,
GREATER GREEN RIVER BASIN, WYOMING, UTAH, AND COLORADO

# CORRELATION, COMPOSITION, AREAL DISTRIBUTION, AND THICKNESS OF EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN, WYOMING, UTAH, AND COLORADO

By Henry W. Roehler

### ABSTRACT

The correlation, composition, areal distribution, and thickness of tongues and members of Eocene formations in the greater Green River basin are shown by 11 transbasin stratigraphic correlation diagrams and 15 basinwide isopach maps. The data indicate that the composition and areal distribution of the various stratigraphic units are mostly related to Eocene tectonism and climate changes. Rocks that were deposited in Lake Gosiute in the Green River and Washakie basins in southwest Wyoming are correlated with rocks of similar age and origin that were deposited in Lake Uinta in the Piceance Creek basin in northwest Colorado and in the Uinta basin in northeast Utah.

## INTRODUCTION

Stratigraphic investigations of Eocene rocks in the greater Green River basin are complicated by (1) intertonguing of stratigraphic units, (2) abrupt thickness and lithofacies changes, (3) transitional contacts, and (4) intraformational unconformities. In general, stratigraphic units cannot be stereotyped as to thickness, color, or composition. Rocks of predominantly lacustrine origin are normally assigned to the Green River Formation, whereas rocks of predominantly fluvial origin are normally assigned to the Wasatch, Bridger (Washakie), or Battle Spring Formations. The nomenclature and stratigraphic relationships of Eocene rocks are shown on a generalized west-east cross section of the greater Green River basin (fig. 1).

The correlation, composition, areal distribution, and thickness of Eocene stratigraphic units are discussed in ascending sequence and are illustrated by 11 trans-

Manuscript approved for publication July 12, 1991.

basin stratigraphic correlation diagrams and 15 basinwide isopach maps. The data used to construct the correlation diagrams and isopach maps were primarily derived from 126 measured sections, lithologic logs of 16 holes cored for oil shale or trona, and geophysical logs of 18 holes drilled for oil and gas (pl. 1). The geographic locations of stratigraphic correlation lines $A–A'$ to $K–K'$ are shown in figure 2 and on plate 1. The intertonguing relationships and boundaries of the 15 stratigraphic units isopached are shown in figure 3.

An evaluation of the stratigraphy of Eocene rocks in the greater Green River basin was published by Sullivan (1980). He examined most of the stratigraphic relationships that are covered in this chapter; however, his paper is primarily a synthesis of previously published information, and it does not include several new stratigraphic units and stratigraphic revisions that have been introduced since 1980. Numerous papers have been published by other authors on the results of topical studies of small geographic areas or of specific stratigraphic intervals in the basin. In contrast, this report encompasses the entire greater Green River basin and the entire Eocene section.

The drainages and topographic features mentioned in this chapter are located geographically on plate 1 of Chapter A, this volume.

## CORRELATION AND COMPOSITION OF STRATIGRAPHIC UNITS

### WESTERN MARGINS OF GREEN RIVER BASIN

Eocene rocks measured in outcrops along the western margins of the Green River basin are illustrated

BLM_0062770



EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN                                           E3

EXPLANATION



Arkose (pediment) deposits

Lacustrine sandstone deposits

Red flood-plain deposits

Gray and green flood-plain deposits

Mixed freshwater lacustrine and gray
and green flood-plain deposits

Mudflat and some saltwater lacustrine
oil-shale deposits

Cyclic saltwater lacustrine oil shale,
evaporite, and mudflat deposits

Saltwater lacustrine (rich) oil-shale deposits

Freshwater lacustrine (lean) oil-shale deposits

Paludal (coal-bearing) deposits

Unconformity

FIGURE 1 (above and facing page).—Generalized cross
section of Eocene rocks in greater Green River basin
showing stratigraphic nomenclature and depositional
environments.

in correlation diagram A–A′ (fig. 4). Correlation diagram A–A′ begins at the south in T. 14 N., R. 118 W., continues northward through sections measured near Carter, Kemmerer, and La Barge, Wyo., and ends 10 mi northeast of Big Piney, Wyo., in T. 30 N., R. 110 W. (fig. 2). Eocene stratigraphic units exposed along the line of correlation are the main body of the Wasatch Formation, Scheggs Bed of the Tipton Shale Member and Farson Sandstone Member of the Green River Formation, Alkali Creek Tongue of the Wasatch Formation, Wilkins Peak Member of the Green River Formation, Cathedral Bluffs Tongue of the Wasatch Formation, and Laney Member of the Green River Formation (fig. 4). Their combined total thickness is more than 3,000 ft.

The Scheggs Bed of the Tipton Shale Member, Farson Sandstone Member, and Wilkins Peak Member of the Green River Formation intertongue with and are replaced southward along the line of correlation A–A′ by the main body of the Wasatch Formation. The Alkali Creek Tongue and Cathedral Bluffs Tongue of the Wasatch Formation merge with the main body south of or approximately coincident with where these members of the Green River Formation are replaced. By the point of the localities of measured sections 2886 and 2986 (fig. 4), the main body has replaced all these units, and between sections 2486 and 2986 the top of the main body rises more than 1,000 ft stratigraphically to the base of the Laney Member of the Green River Formation.

The Cathedral Bluffs Tongue of the Wasatch Formation ranges from 0 to 550 ft in thickness. From north to south along correlation A–A′, it changes from variegated (mostly red) sandstone and mudstone to gray and green sandstone and mudstone and then back to variegated (mostly red) sandstone and mudstone. The Cathedral Bluffs Tongue is truncated by erosion near La Barge, Wyo. (measured section 1886, fig. 4), by what is called the La Barge unconformity. The Alkali Creek Tongue of the Wasatch Formation consists of 110–230 ft of brown-weathered, fine- to coarse-grained sandstone, and interbedded gray siltstone and bright-green and gray mudstone mostly of flood-plain origin.

The Scheggs Bed of the Tipton Shale Member of the Green River Formation, 10–60 ft thick, is composed of tan, fine-grained sandstone that crops out as parallel ledges or benches. The sandstone is commonly interbedded with and underlain by brown, low-grade oil shale. In places the sandstone contains the gastropod *Goniobasis tenera*, and the oil shale usually contains abundant ostracodes. The overlying Farson Sandstone Member of the Green River, 15–135 ft thick, is also mostly composed of tan, fine- to medium-grained sandstone that weathers to parallel benches or forms massive cliffs. It is usually interbedded or interlaminated with gray siltstone or gray, very sandy shale.

The Wilkins Peak Member of the Green River Formation weathers drab chalky gray and is about 175 ft thick. It is composed of interbedded brown to black oil shale, gray or green dolomitic mudstone, and gray sandstone and limestone, with minor thin beds of tan or gray algal limestone, siltstone, tuff, and conglomerate. Non-red parts of the overlying Cathedral Bluffs Tongue of the Wasatch Formation also may contain beds of algal limestone and low-grade oil shale, which makes it similar in appearance and composition to the Wilkins Peak Member. The two units are distinguishable, however, because the Cathedral Bluffs Tongue weathers to darker shades of gray and is predominantly of flood-plain origin, whereas the Wilkins Peak Member is lighter gray and predominantly of lacustrine and mudflat origins.

The Laney Member of the Green River Formation is 300–500 ft thick. It weathers to a series of tan-brown and gray, gently basinward dipping benches composed of gray or green mudstone and sandstone, and some interbedded brown oil shale, gray limestone, and gray algal limestone. Mollusks and ostracodes are fairly abundant. The member is partly lacustrine and partly fluvial in origin. The upper part of the Laney Member and the overlying Bridger Formation are not included in correlation A–A′, as these units are located basinward of the outcrops measured. Along these unmeasured outcrops, Sullivan (1980) separated two

BLM_0062772

E4                    WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



FIGURE 2.—Index map showing location of lines of stratigraphic correlation A–A′ to K–K′ of Eocene rocks in greater Green River basin.

persistent lacustrine tongues of the Laney Member from an intervening fluvial tongue of the Bridger Formation in Ts. 17–21 N., Rs. 114–115 W., north of Carter, Wyo. (fig. 1). The lower lacustrine tongue, 60–110 ft thick, was named the Craven Creek Bed, and the upper lacustrine tongue, 40–120 ft thick, was named the Cow Hollow Bed. The intervening fluvial tongue of the Bridger Formation, as much as 230 ft thick, was named the Whiskey Butte Bed. The over-lying parts of the lower Bridger Formation that are preserved basinward and downdip of correlation line A–A′ are more than 500 ft thick and are composed of soft, drab-gray-weathered tuffaceous mudstone, sand-

stone, and siltstone, and thin interbedded hard, ledge- or bench-forming limestone. Vertebrate, invertebrate, and plant fossils are locally abundant along the outcrops, especially where the Bridger Formation weathers to drab-gray badlands.

## WEST FLANK OF ROCK SPRINGS UPLIFT

Correlation diagram B–B′ (fig. 5) was constructed from surface sections measured along the west flank of the Rock Springs uplift beginning at the south near the juncture of the State boundaries of Wyoming, Utah, and Colorado in T. 12 N., R. 104 W., and continuing northward to near Oregon Buttes, south of the Wind

EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN E5



FIGURE 3.—Stratigraphic relationships of Wasatch and Green River Formations showing figure numbers of units isopached.

River Mountains in T. 27 N., R. 107 W. (fig. 2). Eocene stratigraphic units along the line of correlation intertongue extensively, generally thicken southward, and partly wedge out. The overall thickness of the Eocene outcrops ranges between 4,000 and 5,000 ft.

Stratigraphic units along correlation *B–B′*, in ascending order, are the main body of the Wasatch Formation, Luman Tongue of the Green River Formation, Niland Tongue of the Wasatch Formation, Scheggs Bed of the Tipton Shale Member of the Green River Formation, Farson Sandstone Member of the Green River Formation, Rife Bed of the Tipton Shale Member of the Green River Formation, Wilkins Peak Member of the Green River Formation, Cathedral Bluffs Tongue of the Wasatch Formation, and LaClede, Hartt Cabin, and Sand Butte Beds of the Laney Member of the Green River Formation. Depositional environments and intertonguing relationships are shown in figure 5.

The main body of the Wasatch Formation, 1,000–4,000 ft thick, consists of mostly red or variegated sandstone and mudstone of flood-plain origin, which usually weather to ridges and valleys having low topographic relief. Parts of the main body of the formation that underlie the Luman Tongue and Scheggs Bed of the Tipton Shale Member consist of gray and green sandstone and mudstone also of flood-plain origin.

The upper 400–800 ft of the main body of the Wasatch Formation grades laterally southward along correlation *B–B′* into the Ramsey Ranch Member of the Wasatch Formation, Luman Tongue of the Green River Formation, and Niland Tongue of the Wasatch Formation. North of measured section X8–1079, X1979 (fig. 5), the Niland Tongue consists of red flood-plain deposits that resemble the main body of the Wasatch. Between measured sections X8–1079, X1979 and 1569 (fig. 5), these red flood-plain deposits change lithology to gray shale, brown or black carbonaceous shale, and coal, and thin interbedded gray fossiliferous limestone, and brown oil shale, of mostly paludal and lacustrine origins. These beds make up the Ramsey Ranch Member and the Niland Tongue of the Wasatch Formation. The Ramsey Ranch Member and Niland Tongue closely resemble the Luman Tongue of the Green River Formation in weathering characteristics and composition, but the Luman Tongue contains more beds of oil shale and is more lacustrine in origin. South of measured section 1569 (fig. 5), the paludal and lacustrine deposits of the Ramsey Ranch Member and Luman and Niland Tongues merge with typical main body of the Wasatch, which is composed of mostly red flood-plain deposits.

E6                    WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



FIGURE 4.—South-north stratigraphic correlation diagram A–A′ of intertongued Wasatch and Green River Formations along western margins of Green River basin. Numbered measured sections are located and identified on plate 1. Modified from Roehler (1989b).

The Scheggs Bed of the Tipton Shale Member has an average thickness of about 75 ft along correlation B–B′. It is composed mostly of oil shale and some thin interbedded sandstone and limestone, all of freshwater lacustrine origin. The oil shale commonly weathers to drab-brown, smooth slopes, which are sometimes interrupted by small ledges. The base of the Scheggs Bed is generally placed at the base of thin sandstone ledges that contain the mollusks *Goniobasis tenera*, *Viviparus* sp., and *Lampsilis* sp.

The Farson Sandstone Member of the Green River Formation is composed of mostly parallel bedded, gray, fine-grained sandstone of freshwater lacustrine origin that weathers to tan or gray ledges and cliffs. It

EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN

E7



FIGURE 5.—South-north stratigraphic correlation diagram B–B' of intertongued Wasatch and Green River Formations along west flank of Rock Springs uplift. Numbered measured sections are located and identified on plate 1. Modified from Roehler (1989c).

BLM_0062776

thickens and thins from 45 to 260 ft across the northern part of correlation B–B′ and wedges out toward the south near measured section X579, X779 (fig. 5). The Farson Sandstone Member intertongues with and is laterally equivalent to the middle and upper parts of the Scheggs Bed of the Tipton Shale Member. In measured section 1486, near the north end of correlation B–B′ (fig. 5), the upper part of the Farson Sandstone Member is eroded across the crest of a monocline that formed along the surface trace of the Wind River thrust fault.

The Rife Bed of the Tipton Shale Member is more than 225 ft thick in measured section X1179A–B near the south end of correlation B–B′ (fig. 5). The bed gradually thins northward from measured section X1179A–B and wedges out between measured sections 1786 and 1058 (fig. 5). Near measured section 1569 (fig. 5), the Rife Bed intertongues with and is replaced by the Cathedral Bluffs Tongue of the Wasatch Formation. The Rife Bed is composed of chalky-gray-weathered, brown to black, bench-forming oil shale, and some thin interbedded gray or tan sandstone, mudstone, tuff, limestone, and algal limestone, all of saltwater lacustrine origin.

The Wilkins Peak Member consists of 185–800 ft of gray-weathered, green and gray mudstone, brown to black oil shale, light-gray sandstone and siltstone, and some thin interbedded gray tuff, limestone, and algal limestone. The member thins abruptly from south to north (fig. 5). Mudstone of mudflat origin locally contains salt crystals or crystal molds of evaporite minerals (mostly shortite, $Na_2CO_3 \cdot 2CaCO_3$). Several persistent tuff and mudstone beds have been identified in the member, and these include the Firehole Bed, green shale marker bed, and layered tuff (fig. 5). The Wilkins Peak Member intertongues with and grades into red flood-plain deposits of the Cathedral Bluffs Tongue southward near the Uinta Mountains and into gray and green flood-plain deposits of the Cathedral Bluffs Tongue northward near the Wind River Mountains.

The Laney Member of the Green River Formation in correlation B–B′ is divided into the LaClede, Hartt Cabin, and Sand Butte Beds. The LaClede Bed is the basal oil shale unit of the Laney Member. It thins northward along the line of correlation from more than 170 ft at measured section X8–1079, X1979 (fig. 5) to less than 40 ft at measured section X279, X379 (fig. 5). The upper part of the LaClede Bed was eroded by the Tower unconformity following a middle Eocene uplift of the Rock Springs anticline. A thick and persistent tuff in the upper part of the LaClede Bed is called the buff

marker bed. The Hartt Cabin Bed is present only along the southern part of correlation B–B′ where it is less than 100 ft thick. It is composed of mostly interbedded tan, gray, green, and brown sandstone, mudstone, oil shale, and limestone of mixed freshwater lacustrine and flood-plain origins. The Sand Butte Bed thins irregularly, but is generally 50–250 ft thick in correlation B–B′. It is composed of mostly tan and gray tuffaceous sandstone, siltstone, and mudstone of freshwater lacustrine origin. It caps the scenic cliffs, buttes, and pinnacles along Interstate Highway 80 near the town of Green River, Wyo.

## WESTERN MARGINS OF SAND WASH AND WASHAKIE BASINS

Correlation diagram C–C′ (fig. 6) is constructed from surface sections that were measured in a southwest to northeast direction from the north flank of the Uinta Mountains near Irish Canyon, Colo., in T. 9 N., R. 100 W. at the southwest to near Red Desert, Wyo., in T. 19 N., R. 96 W. at the northeast (fig. 2). In ascending stratigraphic sequence, the outcropping units are the main body of the Wasatch Formation, Ramsey Ranch Member of the Wasatch Formation, Luman Tongue of the Green River Formation, Niland Tongue of the Wasatch Formation, Scheggs and Rife Beds of the Tipton Shale Member of the Green River Formation, Wilkins Peak Member of the Green River Formation, LaClede and Sand Butte Beds of the Laney Member of the Green River Formation, Cathedral Bluffs Tongue of the Wasatch Formation, Godiva Rim Member of the Green River Formation, and Bridger Formation. The total thickness of the units measured is about 3,600 ft. The stratigraphic relationships are illustrated in figure 6.

The main body of the Wasatch Formation is composed of conglomerate, sandstone, and mudstone of interbedded red flood-plain and gray and green flood-plain origins along the southwestern part of correlation C–C′ (between measured sections 5573 and 5073, fig. 6). Northeast of measured section 5073 (fig. 6), the main body is mostly gray and green sandstone and mudstone of flood-plain origin. The upper 200–300 ft of the main body between measured sections 5073 and 2369 (fig. 6) compose the Ramsey Ranch Member of the Wasatch Formation that were deposited in the hereinnamed "Uinta Mountain trough." These rocks consist of interbedded gray, brown, and black shale, carbonaceous shale, coal, oil shale, sandstone, siltstone, and limestone of predominantly paludal origin.

EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN                    E9



FIGURE 6.—Southwest-northeast stratigraphic correlation diagram C–C' of intertongued Wasatch and Green River Formations along western margins of Sand Wash basin in northwest Colorado and Washakie basin in southwest Wyoming. Numbered measured sections are located and identified on plate 1. Modified from Roehler (1989d). Barbs show direction of movement on Sparks Ranch thrust fault.

BLM_0062778

The Uinta Mountain trough was a structural and topographic depression that persisted during most of the Eocene Epoch along the northern flank of the Uinta Mountains, then northeastward across the Washakie basin, and from there northward into the Great Divide basin (location of the trough is illustrated in fig. 16). The Ramsey Ranch Member intertongues with and grades laterally from the Uinta Mountain trough into normal gray and green flood-plain deposits that characterize the main body of the Wasatch Formation. The overall thickness of the main body of the formation along correlation C–C′ ranges between 1,000 and 2,500 ft. Disarticulated vertebrate remains, including mammal bone fragments and teeth, are abundant locally.

The Luman Tongue of the Green River Formation was deposited in and adjacent to the Uinta Mountain trough. The freshwater lake in which most of the tongue was deposited migrated back and forth along the length of the trough. As a result of these migrations, the lacustrine oil shale that composes much of the Luman Tongue intertongues extensively with carbonaceous rocks of paludal origin (fig. 6). The Luman Tongue is generally 200–300 ft thick, but the thicknesses change abruptly due to intertonguing with underlying and overlying parts of the Wasatch Formation.

The Niland Tongue of the Wasatch Formation is composed mostly of 200–400 ft of interbedded gray shale, brown and black carbonaceous shale, brown oil shale, coal, and gray sandstone, siltstone, and limestone, of predominantly paludal origin. These rocks were deposited in the Uinta Mountain trough. Adjacent to the trough, remnants of the Niland Tongue consist of gray and green mudstone and sandstone of flood-plain origin (fig. 6). Some oil-shale beds in the Niland Tongue are correlatable in outcrops for more than 50 mi.

The Scheggs Bed of the Tipton Shale Member consists of 25–200 ft of brown, flaky oil shale, and some thinly interbedded gray sandstone, siltstone, and limestone. The unit normally weathers to drab-brown smooth slopes. The thickest part of the Scheggs Bed is located along the depositional axis of the Uinta Mountain trough (measured section 1970, fig. 6). The bed is displaced about 400 ft by the Sparks Ranch thrust fault near the east end of the Uinta Mountains (measured section 5673, fig. 6). It thins southwestward on the upthrown block of the thrust fault and wedges out near measured section 5573. In the vicinity of the thrust fault, the Scheggs Bed is separated from the overlying Rife Bed by a thin, unnamed tongue of the Wasatch Formation. Mollusks, ostracodes, and fish fossils are abundant along most outcrops.

The Rife Bed of the Tipton Shale Member ranges in thickness from 120 to 250 ft and is composed of mostly dark brown to black oil shale that weathers drab gray. Interbedded with the oil shale are a few thin beds of gray sandstone, siltstone, and limestone, and tan algal limestone. Most exposures of the algal limestone are resistant, and they commonly cap ledges and benches along outcrops. In the vicinity of the Sparks Ranch thrust fault (between measured sections 5573 and 4773, 4873, fig. 6), the oil shale in the Rife Bed intertongues with gray and green mudstone and sandstone of mudflat origin. Fossils are not common in the Rife Bed, but thin layers containing ostracodes are present locally.

The Wilkins Peak Member of the Green River Formation rests conformably on the Rife Bed of the Tipton Shale Member. The contact between these units is not readily discernible in outcrops because both units weather drab gray. The upper part of the Wilkins Peak Member intertongues extensively with the Cathedral Bluffs Tongue of the Wasatch Formation. This contact is arbitrary, but it is usually placed at the base of the lowermost red bed in the section. The Wilkins Peak Member along correlation C–C′ comprises from 0 to about 400 ft of gray and green mudstone and sandstone, and thin interbedded brown oil shale and carbonaceous shale, and gray siltstone, limestone, algal limestone, shale, and flat-pebble conglomerate, mostly of saltwater lacustrine and mudflat origins. The member thins and wedges out on the upthrown block of the Sparks Ranch thrust fault (measured sections 5573, 972, 5673, fig. 6). Ostracode and fish fossils are abundant locally in the member in limestone and sandstone beds.

The Cathedral Bluffs Tongue of the Wasatch Formation is recognized in outcrops along correlation C–C′ by its variegation and dominant brick-red color. It is composed of mostly red mudstone and some interbedded gray or tan sandstone, and a few thin interbeds of brown carbonaceous shale, gray shale, siltstone, limestone, algal limestone, and tuff. Beds of conglomerate are fairly common near the northeastern flank of the Uinta Mountains (measured sections 5573, 972, 5673, fig. 6). The thickness of the Cathedral Bluffs Tongue generally ranges between 800 and 1,500 ft, but the unit thins to about 500 ft along part of the western margins of the Washakie basin (measured sections 168, 372 and 173, 2969, fig. 6). It is less than 200 ft thick on part of the upthrown block of the Sparks Ranch thrust fault (measured section 5573, fig. 6). The Cathedral Bluffs Tongue thins by about 500 ft across the plane of the thrust fault (between measured sections 5673 and 4773, 4873, fig. 6). This abrupt thinning provides evidence that the last movement of

the Sparks Ranch thrust fault took place during deposition of the Cathedral Bluffs Tongue, near the end of the early Eocene.

The Godiva Rim Member is laterally equivalent to the basal part of the LaClede Bed of the Laney Member of the Green River Formation in correlation C–C′. The Godiva Rim Member is present only in outcrops along the northern part of the Washakie basin, where it consists of 160–375 ft of gray mudstone, shale, sandstone, siltstone, and limestone, and brown oil shale that were deposited in shallow saltwater or brackish-water lakes and on mudflats.

The LaClede Bed of the Laney Member of the Green River Formation is composed more than 75 percent of brown oil shale. Interbedded with the oil shale are thin beds of gray sandstone, siltstone, shale, mudstone, limestone, algal limestone, and flat-pebble conglomerate, and tan or gray zeolitic tuff. The buff marker bed, a few feet to more than 50 ft thick, is a distinctive tan-brown-weathered tuff or tuffaceous siltstone in outcrops along Kinney Rim on the western margins of the Washakie basin. A persistent gray, limy siltstone, less than 1 ft thick, called the *Gyraulus* marker bed, contains numerous *Gyraulus militaris*, a small planorbid snail. The LaClede Bed is more than 800 ft thick in the western part of the Sand Wash basin (measured section 5673, fig. 6), but it thins by intraformational erosion to less than 250 ft in places along the western margins of the Washakie basin (measured section 2569, fig. 6). Ostracodes are abundant throughout the LaClede Bed, and mollusks are present at several stratigraphic levels in its upper part.

The Sand Butte Bed is the uppermost unit measured along the line of correlation C–C′. It forms the cap rocks on most of Kinney Rim in the Washakie basin (Chapter A, fig. 7, this volume). The Sand Butte Bed is composed of tan tuff, tuffaceous sandstone, and siltstone, and some thin interbedded brown oil shale and gray limestone of mostly freshwater lacustrine origin. Fish, mollusk, and ostracode fossils are occasionally found at various stratigraphic levels at widely separated localities.

## CENTRAL SAND WASH AND EASTERN WASHAKIE BASINS

Correlation diagram D–D′ (fig. 7) begins at Godiva Rim, Colo., in T. 8 N., R. 96 W. at the south, trends northward across the central part of the Sand Wash basin to near the Colorado-Wyoming State line, and then eastward toward Baggs, Wyo., before again turning northward along the eastern margins of the Washakie basin. The correlation ends at the north in T. 19 N., R. 94 W., a few miles southwest of Wamsutter,

Wyo. (pl. 1). Eocene rocks exposed in correlation D–D′ are the main body of the Wasatch Formation, Luman Tongue of the Green River Formation, Niland Tongue of the Wasatch Formation, Scheggs and Rife Beds of the Tipton Shale Member of the Green River Formation, Wilkins Peak Member of the Green River Formation, Cathedral Bluffs Tongue of the Wasatch Formation, Godiva Rim Member of the Green River Formation, LaClede and Hartt Cabin Beds of the Laney Member of the Green River Formation, and the overlying Washakie Formation. The total thickness of Eocene rocks along the line of correlation ranges from about 3,500 to 4,500 ft.

The main body of the Wasatch Formation thins irregularly north of Godiva Rim along the length of correlation D–D′ (thinning not shown in fig. 7). The main body is composed of red or variegated mudstone and gray sandstone of flood-plain origin along most of the outcrops, except in the northeastern part of the Washakie basin. In that area, laterally equivalent rocks of paludal and lacustrine origins were deposited across a segment of the Uinta Mountain trough (fig. 7). These rocks form the Ramsey Ranch Member of the Wasatch Formation, Luman Tongue of the Green River Formation, and Niland Tongue of the Wasatch Formation.

The Tipton Shale Member, here as in most other parts of the greater Green River basin, is divided into the Scheggs and Rife Beds. The Scheggs Bed consists of 75–250 ft of mostly drab-brown-weathered, flaky oil shale, and interbedded tan to gray, fine-grained sandstone, with sparse thin interbeds of gray shale, limestone, algal limestone, and siltstone. Several thick sandstones in the bed were deposited as shorelines and deltas. Two of these sandstones have been informally named the Hardgrove Rim shoreline deposits (Roehler, 1990b) and the Cottonwood Creek fan delta (Roehler and others, 1988). Mollusk, ostracode, and fish fossils are abundant, especially in the shoreline sandstones. The Rife Bed consists of 0–225 ft of gray-weathered, brown to black oil shale, and very thinly interbedded gray limestone, algal limestone, siltstone, sandstone, and tuff. Fish fossils are concentrated in the Rife Bed in a few widely spaced strata.

The Wilkins Peak Member ranges in thickness from 0 to about 200 ft. It thickens and thins along outcrops, mostly as a result of intertonguing with the overlying Cathedral Bluffs Tongue of the Wasatch Formation. The member is poorly exposed but consists of mostly interbedded dark-brown oil shale, gray and green mudstone, and gray sandstone, siltstone, and algal limestone of mixed saltwater lacustrine and mudflat origins.

BLM_0062780

E12                    WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



EXPLANATION

FIGURE 7.—South-north stratigraphic correlation diagram *D–D'* of Eocene rocks across central Sand Wash basin in northwest Colorado and eastern Washakie basin in southwest Wyoming. Numbered measured sections are located and identified on plate 1. Modified from Roehler (1989e).

BLM_0062781

The Cathedral Bluffs Tongue of the Wasatch Formation intertongues with the overlying Godiva Rim Member of the Green River Formation. The tongue is 1,500–1,800 ft thick across the central part of the Sand Wash basin (between measured sections 187 and 1687, fig. 7), but it thins to between 1,100 and 1,500 ft along the eastern margins of the Washakie basin (between measured sections 3469 and 1087, fig. 7). The tongue is composed of variegated (mostly red) flood-plain deposits consisting of thick lenticular channel sandstone, thin parallel-bedded splay sandstone, and interbedded basin-fill mudstone. The tongue is nonresistant and extensive areas are covered by Quaternary alluvium. Trace and vertebrate fossils are found in local concentrations.

The Godiva Rim Member of the Green River Formation thickens southward along correlation $D–D'$. It is 125 ft thick in measured section 487 (fig. 7), and 340 ft thick in measured section 187 (fig. 7). Near measured section 187, it intertongues with the underlying Cathedral Bluffs Tongue of the Wasatch Formation. The Godiva Rim Member is composed of interbedded mostly gray and green mudstone, tan and gray sandstone and siltstone, brown oil shale, and sparse thin beds of gray limestone, algal limestone, and carbonaceous shale. Ostracode and fish fossils are fairly common along outcrops.

The LaClede Bed of the Laney Member is nearly 500 ft thick in measured section 187 (fig. 7), but thins north of there along correlation $D–D'$, mostly by intertonguing and replacement by the Hartt Cabin Bed of the Laney Member. At measured section 487 (fig. 7), in the northeastern part of the Washakie basin, the LaClede Bed is less than 150 ft thick. More than 80 percent of the LaClede Bed is brown oil shale. The remaining parts are mostly gray shale, mudstone, siltstone, sandstone, and limestone. A few beds of algal limestone are present near the base. The LaClede Bed commonly weathers to smooth, gray-brown slopes, which are interrupted by tan or gray ledges and benches. Freshwater pelecypod, gastropod, ostracode, and fish fossils are abundant.

The Hartt Cabin Bed of the Laney Member is composed of rocks that were deposited during the drying-up stages of Lake Gosiute. The bed is about 500 ft thick and is composed of mostly gray and green mudstone, shale, sandstone, and siltstone, and some thin interbedded brown oil shale and carbonaceous shale, and gray limestone and tuff. The bed weathers to drab-tan and gray slopes and ledges. Gastropod, pelecypod, ostracode, fish, and turtle fossils are locally abundant.

Silicified *Goniobasis tenera* shells, commonly called *Turritella* agate, are present in outcrops at the base of the bed in measured section 3569, 3869 (fig. 7).

A basal 105-ft interval of the Washakie Formation was measured along correlation $D–D'$ (between measured sections 7782 and 3269, fig. 7). The basal part of the formation there is composed of gray, tuffaceous siltstone and sandstone. These beds are ledge forming and constitute bed 569, the lower brown sandstone, in the Eocene reference section for the Washakie basin (Chapter D, this volume).

## CENTRAL (NORTH-SOUTH) GREEN RIVER BASIN, SOUTHERN ROCK SPRINGS UPLIFT, AND SOUTHWESTERN WASHAKIE BASIN

Correlation diagram $E–E'$ (fig. 8) was constructed from holes cored for trona and oil shale by various chemical companies and government agencies. The correlation begins in T. 27 N., R. 108 W., 22 mi northwest of Farson, Wyo., trends southeastward to the east side of Flaming Gorge Reservoir in T. 14 N., R. 107 W., and then runs eastward across the southern part of the Rock Springs uplift into the southwest part of the Washakie basin in T. 14 N., R. 98 W. (fig. 2, pl. 1). The Wasatch and Green River Formations intertongue extensively along the line of correlation, and most units thicken abruptly southward and southeastward. The total thickness of Eocene rocks along the correlation ranges from about 5,000 to 9,500 ft.

Eocene rocks in correlation $E–E'$ consists of the main body and Niland Tongue of the Wasatch Formation, Scheggs Bed of the Tipton Shale Member of the Green River Formation, Farson Sandstone Member of the Green River Formation, Rife Bed of the Tipton Shale Member of the Green River Formation, Wilkins Peak Member of the Green River Formation, Cathedral Bluffs Tongue of the Wasatch Formation, and Laney Member of the Green River Formation. The Laney Member is partly subdivided into the LaClede and Sand Butte Beds, which are separated by the Tower unconformity. The Laney Member is overlain by the Bridger Formation in the Green River basin and by the Washakie Formation in the Washakie basin, but these relationships are not shown in figure 8.

Although its total thickness is not shown in figure 8, the main body of the Wasatch Formation is 1,500–3,000 ft thick along the line of correlation $E–E'$; and the Niland Tongue of the Wasatch Formation is as much as 400 ft thick. Both units are composed of mostly red, variegated, or gray and green flood-plain deposits, which grade southward into rocks in the Uinta

BLM_0062782



E14 WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



**EXPLANATION**

| | Gray or tan lacustrine sandstone deposits |
| | Red flood-plain deposits |
| | Gray or green flood-plain deposits |
| | Mixed tan or gray freshwater lacustrine and gray or green flood-plain deposits |
| | Gray or green mudflat and brown or black saltwater lacustrine oil-shale deposits |
| | Gray or green mudflat, brown or black saltwater lacustrine oil-shale, and bedded evaporite (trona, halite) deposits; abundant salt crystals |

| | Brown or black saltwater lacustrine oil-shale deposits |
| | Tan or brown freshwater lacustrine oil-shale deposits |
| | Gray, brown, or black paludal deposits |
| × | Evaporite crystals (mostly shortite) |
| —— | Formation or lithofacies contact—Dashed where approximately located |
| ~~~ | Unconformity |
| ------ | Stratigraphic marker bed |

BLM_0062783

Mountain trough that are mostly shale, carbonaceous shale, coal, limestone, and oil shale of paludal and freshwater lacustrine origins. This lithologic change takes place between drill hole 8 and corehole 9 (fig. 8).

The Scheggs Bed of the Tipton Shale Member is composed of mostly tan to brown oil shale, and the Rife Bed of the Tipton Shale Member is composed of mostly dark brown to black oil shale. Both beds thicken southward, and between coreholes 9 and 12 (fig. 8) each is as much as 225 ft thick. Between coreholes 4 and 7 (fig. 8), the Scheggs Bed is separated from the overlying Rife Bed by the Farson Sandstone Member of the Green River Formation. The Farson Sandstone Member is composed of mostly sandstone and is nearly 400 ft thick in corehole 1 (fig. 8). From corehole 4 it thins abruptly southward and wedges out between coreholes 6 and 7 (fig. 8).

The Wilkins Peak Member of the Green River Formation is 80–1,200 ft thick. It is composed mostly of gray, green, or brown sandstone, mudstone, oil shale, and salt of mudflat, saltwater lacustrine, and evaporite origins. Between coreholes 6 and 9 (fig. 8) the member contains several beds of the evaporite mineral trona ($Na_2CO_3 \cdot NaHCO_3 \cdot H_2O$). The Cathedral Bluffs Tongue is nearly 1,600 ft thick where it intertongues with and laterally replaces most of the Wilkins Peak Member in the Washakie basin (coreholes 10–12, fig. 8). The Cathedral Bluffs Tongue is composed of variegated (mostly red) mudstone and interbedded red and gray sandstone.

The Laney Member of the Green River Formation is not divided into beds along the northern part of the Green River basin (coreholes 1–5, fig. 8), but it is divided into the Sand Butte and LaClede Beds in the southern Green River basin (coreholes 6–9, fig. 8) and southwestern Washakie basin (coreholes 10–12, fig. 8). Where the Laney Member is undivided, it consists of interbedded mostly gray mudstone, sandstone, silt-stone, and limestone, and some brown oil shale of mixed fluvial and freshwater lacustrine origins. The LaClede Bed is composed of mostly brown, flaky oil shale. The buff marker bed is recognizable within the LaClede Bed along most of correlation E–E'. The Sand Butte Bed is composed of mostly tan and gray tuffa-ceous sandstone and siltstone. The upper 100 ft of the Wilkins Peak Member in the central Green River basin

FIGURE 8 (facing page).—Northwest-southeast stratigraphic corre-lation diagram E–E' of intertongued Wasatch and Green River Formations across central Green River basin, southern Rock Springs uplift, and southwestern Washakie basin. Beds 12 and 68 are oil-shale beds identified in figure 23. Numbered coreholes are located and identified on plate 1. Modified from Roehler (1990a).

has been previously mapped as basal Laney Member in outcrops along the northern part of the Green River basin and western part of the Washakie basin (Roehler, 1990c). The change in the stratigraphic posi-tion of the Wilkins Peak–Laney contact along corre-lation E–E' occurs between coreholes 9 and 10 (fig. 8).

## NORTHERN GREEN RIVER BASIN

The stratigraphic relationships of Eocene rocks across the northern part of the Green River basin from the vicinity of Fontenelle Creek in T. 24 N., R. 115 W. on the west to the northern Rock Springs uplift in T. 23 N., R. 104 W. on the east are shown in correlation diagram F–F' (fig. 9). The Luman Tongue of the Green River Formation and the Niland Tongue of the Wasatch Formation are not shown on the diagram, because they were not deposited in this part of the Green River basin. The rocks shown on the diagram also exclude the Bridger Formation and the basal part of the main body of the Wasatch Formation. The maximum thickness of Eocene rocks along the line of correlation is about 3,500 ft. The La Barge uncon-formity is present at the top of the Cathedral Bluffs Tongue of the Wasatch Formation (between section 1586 and drill hole 14, fig. 9), and the Tower uncon-formity is present at the base of the Sand Butte Bed of the Laney Member of the Green River Formation (between corehole 4 and measured section 1786, fig. 9). The contact of the Wilkins Peak and Laney Members changes stratigraphic position near drill hole 17 (fig. 9). Along correlation F–F', the stratigraphic position of the layered tuff is located 100 ft below the top of the Wilkins Peak Member in drill holes near the center of the basin (drill holes 17 and 18, fig. 9). It is located near the base of the Laney Member in outcrops along the western margins of the basin (drill hole 13, fig. 9).

The main body of the Wasatch Formation, about 2,500–3,000 ft thick, forms the base of the Eocene section. The upper 15–20 ft of the main body of the formation is chiefly gray or green mudstone and sand-stone (fig. 9). The remaining parts of the formation are variegated (mostly red) mudstone and interbedded gray sandstone.

The Rife and Scheggs Beds of the Tipton Shale Member of the Green River Formation are composed of mostly tan, brown, or black oil shale. The Scheggs Bed has a fairly uniform thickness of between 25 and 50 ft across correlation F–F', but the Rife Bed is less than 15 ft thick and wedges out in a westward direction in the eastern part of the correlation (between measured section 1786 and drill hole 19 (fig. 9)). Some algal limestone is present at various stratigraphic levels in

BLM_0062784

E16                WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



FIGURE 9.—West-east stratigraphic correlation diagram F–F′ of intertongued Wasatch and Green River Formations across northern Green River basin. Numbered measured sections, drill holes, and coreholes are located and identified on plate 1. Modified from Roehler (1990c).

both the Rife and Scheggs Beds, and ostracodal silt-stone is a common constituent of the Scheggs Bed along the western margins of the northern Green River basin (measured section 1586, fig. 9).

The Scheggs and Rife Beds are separated along correlation F–F′ by as much as 250 ft of lacustrine delta and shoreline sandstone comprising the Farson Sandstone Member of the Green River Formation. The Alkali Creek Tongue of the Wasatch Formation, composed of green mudstone and sandstone of fluvial origin, intertongues with and replaces the upper part

of the Farson Sandstone Member along the western part of the basin. The Alkali Creek Tongue thins abruptly basinward (eastward) from about 200 ft in outcrops along the western margin of the basin at measured sections 1586 and 1686 (fig. 9) to where it wedges out in the subsurface near drill hole 15 (fig. 9).

The Wilkins Peak Member of the Green River Formation is composed of 150–325 ft of mostly brown or black oil shale and interbedded gray or green mud-stone. The evaporite mineral shortite was identified in corehole 4 (fig. 9). The member intertongues along the

BLM_0062785

eastern and western margins of the northern Green River basin with gray or green mudstone and sandstone composing the Cathedral Bluffs Tongue of the Wasatch Formation.

The Laney Member of the Green River Formation is only locally more than 400 ft thick in correlation $F–F'$. It intertongues extensively with the overlying Bridger Formation (not illustrated) across the center of the basin. The Laney Member, here as in other correlations, consists of a basal oil-shale unit, the LaClede Bed, and an overlying tuffaceous sandstone-siltstone unit, the Sand Butte Bed. These units intertongue westward across the northern Green River basin with gray, tan, or green sandstone and mudstone that compose the undivided Laney Member (between measured section 1586 and drill hole 15, fig. 9).

## CENTRAL (EAST-WEST) GREEN RIVER BASIN, ROCK SPRINGS UPLIFT, AND WESTERN WASHAKIE BASIN

Correlation diagram $G–G'$ (fig. 10) begins at the western margin of the Green River basin in T. 21 N., R. 115 W., a few miles east of Kemmerer, Wyo. It continues in an east-southeast direction across the center of the Green River basin to White Mountain in T. 19 N., R. 105 W., near Rock Springs, Wyo., and then crosses the Rock Springs uplift to where it ends at the west end of Laney Rim in the Washakie basin in T. 16 N., R. 100 W. (fig. 2, pl. 1). A normal succession of Eocene rocks generally thickens from west to east along the line of correlation $G–G'$ and is more than 5,000 ft thick near the center of the Green River basin (between drill holes 21 and 22, fig. 10). Correlation $G–G'$ excludes the Bridger Formation, lower part of the Niland Tongue of the Wasatch Formation, the Luman Tongue of the Green River Formation, and lower part of the main body of the Wasatch Formation.

The main body of the Wasatch Formation consists of 800–3,500 ft of mostly variegated mudstone and sandstone. The upper 600–800 ft grades laterally southeastward across the Rock Springs uplift area (corehole 6 and measured section X679, 2969, fig. 10) into the Luman Tongue of the Green River Formation and the Niland Tongue of the Wasatch Formation that occupied part of the Uinta Mountain trough. The Luman Tongue (not illustrated) is composed of mostly oil shale, and the Niland Tongue is composed mostly of interbedded sandstone, mudstone, carbonaceous shale, and oil shale. The Niland Tongue consists of mostly gray or green flood-plain deposits between corehole 22 and measured section X679, but it changes facies to mostly paludal deposits at measured section 2969.

The Rife and Scheggs Beds of the Tipton Shale Member of the Green River Formation are in contact across the eastern part of the Rock Springs uplift and western Washakie basin, but they are separated in the Green River basin by thin remnants of the Farson Sandstone Member of the Green River Formation. On the western margins of the Green River basin they are also separated by an unnamed tongue of the Wasatch Formation (fig. 10). The Scheggs Bed is 30–85 ft thick. The Rife Bed is 0–120 ft thick; it wedges out in the Green River basin near drill hole 21 (fig. 10), but thickens progressively east of there across the Rock Springs uplift and into the Washakie basin.

The Alkali Creek Tongue of the Wasatch Formation overlies the Farson Sandstone Member of the Green River Formation along the western margins of the Green River basin. In outcrops at measured section 2686 (fig. 10), the tongue is about 100 ft thick, but it thins rapidly eastward and is missing in the subsurface at drill hole 20 (fig. 10). The Alkali Creek Tongue is composed of mostly light to medium-gray-green mudstone and interbedded gray and brown sandstone and siltstone in outcrops at measured section 2686 (fig. 10).

The Wilkins Peak Member of the Green River Formation, including its intertongued lateral equivalents in the Cathedral Bluffs Tongue of the Wasatch Formation, thickens southeastward across correlation $G–G'$ from about 570 ft along the western margins of the Green River basin (measured section 2686, fig. 10) to more than 1,000 ft along the western margins of the Washakie basin (measured section 2969, fig. 10).

The Laney Member of the Green River Formation is divided into the LaClede and Sand Butte Beds along the eastern Green River basin, Rock Springs uplift, and western Washakie basin (fig. 10, pl. 1). In other parts of the Green River basin the member remains undivided. The composition and stratigraphic relationships of the member have been discussed previously. Note, however, that the contact of the Laney and Wilkins Peak Members again changes stratigraphic position (between sections X679 and 2969, fig. 10). This contact change duplicates similar changes that occur between these units along correlations $E–E'$ and $F–F'$ (figs. 8 and 9).

## SOUTHERN GREEN RIVER BASIN

Eocene rocks in the southern part of the Green River basin along correlation diagram $H–H'$ (fig. 11) are similar in thickness and composition to those described in correlation diagram $G–G'$ (fig. 10). The only major differences are the number and thickness of trona and

## EXPLANATION

- Gray or tan lacustrine sandstone deposits
- Red flood-plain deposits
- Gray or green flood-plain deposits
- Mixed tan or gray freshwater lacustrine and gray or green flood-plain deposits
- Gray or green mudflat and brown or black saltwater lacustrine oil-shale deposits
- Gray or green mudflat, brown or black saltwater lacustrine oil-shale, and bedded evaporite (trona, halite) deposits; abundant salt crystals
- Brown or black saltwater lacustrine oil-shale deposits
- Tan or brown freshwater lacustrine oil-shale deposits
- Gray, brown, or black paludal deposits
- * Evaporite crystals (mostly shortite)
- Formation or lithofacies contact—Dashed where approximately located
- Unconformity
- Stratigraphic marker bed

halite beds in the evaporite section, the appearance of paludal rocks in the Ramsey Ranch Member of the Wasatch Formation in the Uinta Mountain trough (corehole 8 and drill holes and coreholes 24–27, fig. 11), and the absence by nondeposition of the Alkali Creek Tongue of the Wasatch Formation and the Farson Sandstone Member of the Green River Formation.

## GREAT DIVIDE BASIN

Correlation diagram I–I' begins at the west on the east slopes of Steamboat Mountain in T. 23 N., R. 102 W. (measured section 2087, fig. 12), trends northward and includes parts of Bush Rim, Oregon Buttes, and Continental Peak (measured sections 2287, 958, and 3086, fig. 12), and then southeastward past the Luman Ranch (measured section 1086, fig. 12) and Niland basin (measured section 1286, fig. 12) to Lost Creek Butte in T. 23 N., R. 94 W. (measured section 2487, fig. 12). Eocene rocks along correlation I–I' are in places more than 5,000 ft thick. They comprise a normal Eocene stratigraphic succession, with a few exceptions. Mesas in the western part of the basin are capped by leucite lavas, the Battle Spring Formation replaces most of the Wasatch and Green River Formations along the eastern part of the basin, and cyclically deposited coal beds are present in the Niland Tongue of the Wasatch Formation.

The main body of the Wasatch Formation (only partly illustrated in fig. 12) thickens eastward across the Great Divide basin from less than 1,000 ft near measured section 2087 to more than 2,500 ft near measured section 2487 (fig. 12). The main body consists of gray and green mudstone and sandstone of flood-plain origin across the western part of the basin. Disarticulated mammal teeth and bone fragments are abundant in stream-channel sandstones. These rocks intertongue eastward with brown oil shale, gray sandstone and siltstone, dark-gray carbonaceous shale, and coal of lacustrine and paludal origins that compose the Ramsey Ranch Member, Luman Tongue, and Niland Tongue, which were deposited in the northern part of the Uinta Mountain trough (fig. 12). Arkosic sediments comprising the Battle Spring Formation entered the Great Divide basin from the Sweetwater arch located near the northeast corner of the basin (pl. 1). These sediments intertongued with the lacustrine and paludal sediments that were deposited in the Uinta Mountain trough.

FIGURE 10 (facing page).—West-east stratigraphic correlation diagram G–G' of intertongued Wasatch and Green River Formations across central Green River basin, Rock Springs uplift, and western Washakie basin. Numbered measured sections, drill holes, and coreholes are located and identified on plate 1. Modified from Roehler (1990a).

The Scheggs Bed of the Tipton Shale Member of the Green River Formation is consistently between 15 and 20 ft thick in outcrops along correlation I–I'. The bed is composed of nonresistant tan to brown oil shale, and sparse, very thin interbedded gray sandstone, siltstone, limestone, algal limestone, and tuff. A ledgeforming, limy sandstone, 1–3 ft thick, containing the mollusks Goniobasis tenera, Viviparus sp., and Lampsilis sp., is present at the base of the bed, and ostracodes and disarticulated fish remains are present at various stratigraphic levels.

The Rife Bed of the Tipton Shale Member of the Green River Formation is 60 ft thick at Steamboat Mountain (section 2087, fig. 12). It thickens eastward across the Great Divide basin along correlation I–I' to 125 ft in the Niland basin (measured section 1286, fig. 12). East of the Niland basin the Rife Bed intertongues with and is replaced by arkoses comprising the Battle Spring Formation. The Rife Bed comprises mostly gray weathered, dolomitic oil shale, and some thinly interbedded gray or green mudstone, gray sandstone and siltstone, and tan tuff and algal limestone. Fossils are rare, except for a few ostracodes.

The Wilkins Peak Member of the Green River Formation is less than 60 ft thick at Steamboat Mountain in measured section 2087 (fig. 12) in the western part of the Great Divide basin. The member thickens abruptly east of Steamboat Mountain and is probably more than 250 ft across the central and eastern parts of the Great Divide basin, where the outcrops are covered by Quaternary alluvium. The Wilkins Peak Member weathers gray and is composed of interbedded gray or green mudstone, brown to black oil shale, and tan or gray limestone, algal limestone, sandstone, and tuff. A few thin beds in the member contain fish and ostracode fossils.

The Cathedral Bluffs Tongue of the Wasatch Formation ranges in thickness from less than 100 ft to about 700 ft from west to east across the Great Divide basin. The tongue is mostly gray or green mudstone in the Steamboat Mountain area (measured section 2087, fig. 12), but becomes variegated (mostly red) mudstone in a northeast direction near Bush Rim between measured sections 2187 and 2287 (fig. 12). This color change occurs within flood-plain deposits at the place where red, well-drained (oxidized) soils that were deposited at high topographic elevations along the basin margins graded basinward into poorly drained or water-saturated, gray and green (reduced) soils that were deposited at low topographic elevations toward the basin center. Interbedded in these mudstone deposits of the Cathedral Bluffs Tongue are some gray sandstone, siltstone, conglomerate, and reworked tuff beds, and a few very thin beds of tan or gray limestone and algal limestone of lacustrine origin. Unusual, very

E20                 WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



**EXPLANATION**

FIGURE 11.—West-east stratigraphic correlation diagram *H–H'* of intertongued Wasatch and Green River Formations across southern Green River basin. Numbered measured sections, drill holes, and coreholes are located and identified on plate 1. Modified from Roehler (1990c).

BLM_0062789

EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN          E21



FIGURE 12.—West-east stratigraphic correlation diagram I–I′ of Eocene rocks across Great Divide basin. Numbered measured sections are located and identified on plate 1. Modified from Roehler (1989f).

thin beds of dark-gray, carbonaceous shale of paludal origin, and brown, flaky oil shale of lacustrine origin interbedded with red mudstone of flood-plain origin are present at Bush Rim in measured section 2287 (fig. 12). Disarticulated turtle bones and scutes are abundant along outcrops of the Cathedral Bluffs Tongue. Mammal fossils are present locally.

Between measured sections 958 and 1086 (fig. 12), the undivided Laney Member of the Green River Formation weathers to nonresistant, smooth slopes composed of brown oil shale or gray mudstone that are interrupted by ledges formed by tan or gray sandstone, siltstone, limestone, and algal limestone. Beds of tan dolomitic claystone and tan or gray tuff are also present in some of the Laney measured sections. Ostracode, fish, mollusk, and turtle fossils are fairly abundant locally. The LaClede and Sand Butte Beds of the Laney Member are recognizable at Steamboat Mountain (measured section 2087, fig. 12), but between there and Oregon Buttes (measured section 958, fig. 12) the Sand Butte Bed thins and wedges out. At Steamboat Mountain the LaClede Bed is about 275 ft thick. It thins in a northeast direction to about 200 ft at Oregon Buttes (measured section 958, fig. 12) and to about 135 ft at Continental Peak (measured section 3086, fig. 12). The Sand Butte Bed is 50 ft thick at Steamboat Mountain (measured section 2087, fig. 12), where it unconformably overlies the LaClede Bed and is unconformably overlain by leucite lavas of late Tertiary age, which are part of the Leucite Hills volcanic field.

The Bridger Formation is more than 500 ft thick at Oregon Buttes (measured section 958, fig. 12) and at Continental Peak (measured section 3086, fig. 12). It is composed of drab-gray mudstone and thinly interbedded gray sandstone, siltstone, and limestone. Turtle and wood fossils are abundant and are often found concentrated on ledges at the base of mudstone slopes.

## WASHAKIE BASIN

Correlation diagram $J–J'$ (fig. 13) begins at outcrops along the west slopes of Kinney Rim near the west edge of the Washakie basin in T. 15 N., R. 101 W. (measured section 1171, fig. 13). It continues eastward in subsurface rocks across the center of the basin and ends at outcrops measured a few miles east of Flattop Mountain, in T. 14 N., R. 92 W., at the east edge of the basin (measured section 9782, fig. 13). Eocene rocks in the Washakie basin comprise a typical stratigraphic succession and are about 8,000 ft thick.

The main body of the Wasatch Formation, only partly illustrated in correlation $J–J'$, ranges from 1,500 to 4,500 ft in thickness. Along outcrops in the eastern part of the Washakie basin, the main body is composed of variegated mudstone and sandstone (between drill hole 31 and measured section 9782, fig. 13). These flood-plain deposits intertongue westward in the subsurface with mostly gray carbonaceous shale, coal, and brown oil shale that compose the Ramsey Ranch Member, Luman Tongue, and Niland Tongue, which were deposited in the Uinta Mountain trough (between measured section 1171 and drill hole 30, fig. 13). The Ramsey Ranch Member is as much as 800 ft thick, and the Luman Tongue and Niland Tongue are each 300–400 ft thick. The thickest parts of these units are near the center of the Uinta Mountain trough (drill holes 28 and 29, fig. 13).

The Scheggs Bed of the Tipton Shale Member of the Green River Formation is composed of mostly brown oil shale, with a few thin interbeds of gray sandstone, siltstone, algal limestone, and tuff. The Scheggs Bed is generally 75–130 ft thick in outcrops along the margins of the basin, but it also thickens in the subsurface to about 350 ft near the center of the Uinta Mountain trough.

The Rife Bed of the Tipton Shale Member is present only across the western and northern parts of the Washakie Basin. It is composed of dark-brown to black oil shale, and a few thin interbeds of tan algal limestone. The bed is 225 ft thick in outcrops at the west edge of Washakie basin (measured section 1171, fig. 13); it thickens slightly eastward in the subsurface to 290 ft in the Uinta Mountain trough (drill hole 28, fig. 13), but thins again farther eastward by intertonguing with the Wilkins Peak Member of the Green River Formation. The Rife Bed is entirely replaced by the Wilkins Peak Member in subsurface rocks near the center of the basin (drill hole 31, fig. 13).

The Wilkins Peak Member of the Green River Formation ranges in thickness from 0 to 300 ft, but it is missing by nondeposition in the southeastern part of the Washakie basin. The member is composed of gray and green mudstone, siltstone, sandstone, clay-pebble conglomerate, and brown oil shale, and tan algal limestone. It thins eastward across the basin by intertonguing with the Cathedral Bluffs Tongue of the Wasatch Formation, and it wedges out near measured section 9782 (fig. 13).

The Cathedral Bluffs Tongue, 1,000–2,000 ft thick, is composed mostly of variegated mudstone, gray siltstone and arkose, and sparse, thinly interbedded tan algal limestone. It intertongues at its top with the LaClede Bed of the Laney Member or is overlain by the Godiva Rim Member of the Green River Formation.

The Godiva Rim Member of the Green River Formation in correlation $J–J'$ intertongues westward

EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN

E23



FIGURE 13.—West-east stratigraphic correlation diagram J–J' of intertongued Wasatch and Green River Formations across Washakie basin. Numbered measured sections and drill holes are located and identified on plate 1. Modified from Roehler (1991a).

BLM_0062792

E24                WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS

with and is replaced by the lower part of the LaClede Bed of the Laney Member of the Green River Formation. In outcrops along the eastern margins of the Washakie basin, it is 150–200 ft thick, and is composed of brown oil shale, gray-brown, silty kerogenaceous shale, gray or tan sandstone, siltstone, and limestone, and brown algal limestone. Outcrops of the member generally weather drab gray.

The type sections of the LaClede, Hartt Cabin, and Sand Butte Beds of the Laney Member of the Green River Formation are located in the Washakie basin (Roehler, 1973). As discussed previously, the LaClede Bed is the basal lacustrine oil shale unit of the Laney Member, the Hartt Cabin Bed is a mixed lacustrine and fluvial unit of the Laney Member, and the Sand Butte Bed comprises a mostly lacustrine tuffaceous sandstone and siltstone lens in the Laney Member. The Sand Butte Bed unconformably overlies the LaClede Bed in the western part of the Washakie basin, and it intertongues with the Hartt Cabin Bed in the eastern part of the basin. The thicknesses of the LaClede, Hartt Cabin, and Sand Butte Beds are varied, but their combined thickness may exceed 1,500 ft.

The Washakie Formation overlies the Sand Butte and Hartt Cabin Beds of the Laney Member. The formation is mostly fluvial in origin and more than 3,100 ft thick. It is not included in correlation *J–J'* (fig. 13), but is described in detail in Chapter D of this volume.

## WESTERN SAND WASH BASIN

Correlation diagram *K–K'* (fig. 14) begins near the west edge of the Sand Wash basin at Vermillion Creek in T. 11 N., R. 101 W. (measured sections 4773, 4873, fig. 14), continues southeastward across the basin in the subsurface in oil and gas drill holes (drill holes 32–34, fig. 14), and emerges at outcrops on Godiva Rim at the south edge of the basin in T. 8 N., R. 96 W. (measured section 187, fig. 14). The combined total thickness of Eocene rocks along correlation *K–K'* exceeds 9,500 ft.

The main body of the Wasatch Formation is locally as much as 6,000 ft thick at the west edge of the Sand Wash basin adjacent to the Sparks Ranch thrust fault, where it is composed of mostly gray and green or variegated mudstone and sandstone. Southeastward along correlation *K–K'*, between measured sections 4773, 4873 and drill hole 32 (fig. 14), the upper 1,000 ft of the main body changes lithology to mostly gray shale, carbonaceous shale, and limestone, brown oil shale, and coal, which were deposited in the arm or lobe of the Uinta Mountain trough that projected

southeastward around the east end of the Uinta Mountains. These rocks are assigned to the Ramsey Ranch Member of the Wasatch Formation, Luman Tongue of the Green River Formation, and Niland Tongue of the Wasatch Formation. Mammal, fish, and reptile fossils are locally abundant in all of these units.

The Scheggs Bed of the Tipton Shale Member of the Green River Formation is more than 300 ft thick in most of the western part of the Sand Wash basin, where it is composed of mostly brown oil shale. The oil shale intertongues in places with sandstone and siltstone that are located along former shorelines of the lake. One of these shoreline sandstones is present at Hardgrove Rim (measured section 187, fig. 14). *Goniobasis tenera*, *Viviparus* sp., and *Lampsilis* sp. are locally abundant at several stratigraphic levels in the Scheggs Bed, particularly along shorelines.

The Rife Bed of the Tipton Shale Member is present in an arm or lobe of the Uinta Mountain trough that was located along the east end of the Uinta Mountains. In outcrops there, the bed is 230 ft thick and is composed mostly of dark-brown to black oil shale (measured sections 4773, 4873, fig. 14). Interbedded with the oil shale are a few beds of tan algal limestone, and gray sandstone, siltstone, shale, and mudstone. The Rife Bed thins southeastward across the western part of the Sand Wash basin by intertonguing with and replacement by the Wilkins Peak Member of the Green River Formation (fig. 14).

The Wilkins Peak Member of the Green River Formation is also present in the arm or lobe of the Uinta Mountain trough at the east end of the Uinta Mountains. In outcrops there (measured sections 4773, 4873, fig. 14), the member is composed of 225 ft of gray and green mudstone and thin interbedded brown oil shale, tan algal limestone, and gray shale, sandstone, and siltstone. Southeast of measured section 4773, 4873 or basinward along correlation *K–K'*, it intertongues with the overlying Cathedral Bluffs Tongue. The Wilkins Peak Member wedges out in the subsurface near drill hole 34 (fig. 14).

The Cathedral Bluffs Tongue of the Wasatch Formation is 1,600–1,900 ft thick. It is composed of variegated (mostly red) mudstone and gray sandstone and siltstone, and a few very thin interbeds of tan algal limestone and gray carbonaceous shale. Disarticulated vertebrate remains are fairly abundant along outcrops.

The type section of the Godiva Rim Member of the Green River Formation is located near measured section 187 on Godiva Rim (fig. 14). The member is about 300 ft thick in exposures along Godiva Rim, but it thins in the subsurface northwest of the rim by intertonguing with and replacement by the Cathedral

EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN

E25



FIGURE 14.—Northwest-southeast stratigraphic correlation diagram K–K' of intertongued Wasatch and Green River Formations across western part of Sand Wash basin. Numbered measured sections and drill holes are located and identified on plate 1. Modified from Roehler (1991b).

BLM_0062794

Bluffs Tongue of the Wasatch Formation and the LaClede Bed of the Laney Member of the Green River Formation. The Godiva Rim Member is composed of mostly gray mudstone and thinly interbedded brown oil shale and gray sandstone.

The LaClede Bed of the Laney Member of the Green River Formation ranges in thickness from about 400 to 800 ft along correlation $K–K'$. It is composed of brown oil shale and some thinly interbedded gray sandstone, siltstone, mudstone, limestone, and algal limestone. The buff marker bed and *Gyraulus* marker bed are present in outcrops along the western margins of the Sand Wash basin. Mollusks are present in many of the sandstone and limestone beds.

The Bridger (Washakie) Formation (not shown in correlation $K–K'$) intertongues with the upper part of the Laney Member of the Green River Formation. The formation is hundreds of feet thick and composes the uppermost Eocene rocks exposed in the Sand Wash basin. The name Bridger Formation is used in the basin, but the rocks more closely resemble the Washakie Formation in color and composition. Many of the stratigraphic marker beds that are present in the Washakie basin, such as the robins-egg-blue bed (Chapter D, this volume), are also present in the Sand Wash basin. The entire Bridger Formation was examined during field investigations in the Sand Wash basin, but only parts of it were measured and described.

## AREAL DISTRIBUTION AND THICKNESS OF STRATIGRAPHIC UNITS

The paleogeographic distribution of Eocene stratigraphic units in the greater Green River basin is shown on isopach maps (figs. 15–22 and 24–30). The maximum areal extent of the stratigraphic units on these maps is indicated either by the geographic locations of zero thickness lines, or by contacts with laterally equivalent stratigraphic units or thrust faults. It is apparent from the isopach maps that depositional centers (areas of maximum sediment accumulation) frequently shifted geographic locations within the greater Green River basin during the Eocene Epoch. Most of this depositional shifting was in response to contemporaneous tectonic activity in the mountains surrounding the basin. During the Eocene Epoch, the Rock Springs uplift was rarely a barrier to sedimentation between the eastern and western parts of the greater Green River basin, and thus the greater Green River basin was not divisible into equivalents of its Holocene subbasins, namely the Green River, Great Divide, Washakie, and Sand Wash basins.

### MAIN BODY OF WASATCH FORMATION

The main body of the Wasatch Formation was deposited throughout the greater Green River basin during the Eocene Epoch. It has irregular thicknesses largely because it intertongues in its upper part with tongues and members of the Green River Formation. Where the Luman Tongue, Tipton Shale Member, Farson Sandstone Member, and Wilkins Peak Member of the Green River Formation wedge out toward the margins of the basin, the main body of the Wasatch Formation replaces them by expanding vertically in section and merging with equivalents of the Niland Tongue, Alkali Creek Tongue, and Cathedral Bluffs Tongue of the Wasatch Formation. Near tectonically active margins of the basin, the main body of the Wasatch grades laterally into the Hoback, Pass Peak, or Battle Spring Formations, or into unnamed fanglomerates. The main body is thin or missing on the upthrown sides of the Wind River, Darby, and Sparks Ranch thrust faults, which were active during the early Eocene.

The thickness of the main body of the Wasatch Formation ranges from less than 1,000 ft across the northern and middle parts of the Rock Springs uplift, and about the same thickness in places along the margins of the greater Green River basin, to more than 9,000 ft in the northern part of the basin on the southwest flank of the Wind River Mountains adjacent to the Wind River thrust fault. The main body of the formation is more than 6,000 ft thick in the Sand Wash basin near the east end of the Uinta Mountains, where it is truncated by the Sparks Ranch thrust fault, and more than 4,000 ft thick in southern parts of the Green River and Washakie basins. The main body thickened in the Uinta Mountain trough (fig. 15). The isopach configurations in figure 15 reveal the presence of several other structural irregularities where the main body thins across saddles and around basinward-plunging anticlines.

### RAMSEY RANCH MEMBER OF WASATCH FORMATION

The Ramsey Ranch Member was deposited in the Uinta Mountain trough and in an arm or lobe of the trough that projected southeastward from the trough around the east end of the Uinta Mountains (fig. 16). During this period of deposition, swamps and shallow freshwater lakes were present along the Uinta Mountain trough, and between these swamps and lakes and in the areas surrounding the trough were extensive flood plains.

EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN

E27



FIGURE 15.—Isopach map of main body of Wasatch Formation. Isopach interval 1,000 ft; dashed where inferred.

The lakes that were present in the Uinta Mountain trough during deposition of the Ramsey Ranch Member represent the embryonic stages of deposition of the Green River Formation in Eocene Lake Gosiute. I proposed (Roehler, 1965) that these beds be named the Ramsey Ranch Member of the Green River Formation. The proposal was made because a similar section of rocks of mixed lacustrine, paludal, and fluvial origins that is present in the terminal, drying-up stages of Lake Gosiute historically has been included in the Laney Member of the Green River Formation. Some geologists disagreed with my strati-graphic interpretations, because they believed that the Ramsey Ranch does not contain sufficient numbers and thicknesses of lacustrine rocks for the member to be included in the Green River Formation. As a result of these disagreements, the name Ramsey Ranch was never formally adopted as a member of the Green River Formation, but it is herein formally redesignated a member of the Wasatch Formation. The Ramsey Ranch Member is a mixture of rocks that are not char-acteristic of either the Wasatch or Green River For-mations. The member, nonetheless, whether assigned either to the Wasatch or to the Green River Formation,

E28                 WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



FIGURE 16.—Isopach map of Ramsey Ranch Member of Wasatch Formation deposited in Uinta Mountain trough. Isopach interval 200 ft.

is a distinct stratigraphic unit that requires special recognition because it contains important deposits of oil shale, uranium, and coal. The uranium and coal deposits in the member in the Great Divide basin were investigated in detail by Pipiringos (1961) and Masursky (1962). Five measured sections of the member were published by Roehler (1991c).

The Ramsey Ranch Member has a maximum thickness of about 800 ft near the center of the Washakie basin (fig. 16). It thins west of the Washakie basin to less than 400 ft across the southern plunge of the axis of the Rock Springs uplift, but thickens again to

more than 600 ft along the northern flank of the Uinta Mountains.

## LUMAN TONGUE OF GREEN RIVER FORMATION

The sediments composing the Luman Tongue of the Green River Formation were deposited mostly in freshwater lakes that occupied an enlarged Uinta Mountain trough (fig. 17). The lakes that had formerly occupied the trough during deposition of the Ramsey Ranch Member were shallow and dispersed, but during

EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN

E29



FIGURE 17.—Isopach map of Luman Tongue of Green River Formation. Isopach interval 100 ft.

the deposition of the Luman Tongue they expanded, filled the trough, and eventually became a single, large, deep, freshwater lake, fringed by extensive swamps. At its maximum development the lake was more than 175 mi long. Relative to its length, the lake was narrow, from only 13 to 40 mi wide along the north flank of the Uinta Mountains, but it expanded in an eastward direction across the Rock Springs uplift area, and was more than 60 mi wide in the Washakie and Great Divide basins. An arm of the lake was present in the Sand Wash basin near the east end of the Uinta

Mountains in a similar geographic location to that of the lake, swamp, and flood-plain sediments that were present in the underlying Ramsey Ranch Member (compare figs. 16 and 17).

The Luman Tongue has a maximum recorded thickness of 455 ft in T. 13 N., R. 100 W. in outcrops that were measured in the southwestern part of the Washakie basin. It is more than 300 ft thick in two other places—north of the Uinta Mountains in the Green River basin, and near Wamsutter, Wyo., in the northern part of the Washakie basin.

BLM_0062798

Case No. 1:20-cv-02484-MSK   Document 47-1   filed 04/28/21   USDC Colorado   pg 126 of 137

## NILAND TONGUE OF WASATCH FORMATION

The Niland Tongue of the Wasatch Formation has the same areal distribution as the Luman Tongue of the Green River Formation, for where the Luman Tongue is missing, the name Niland Tongue is discarded and the Niland Tongue becomes an undivided part of the underlying main body of the Wasatch Formation. The Niland Tongue was deposited during a less humid period of the early Eocene, when the preceding, large Luman lake had retreated and was replaced by small, freshwater lakes, swamps, and flood plains. The resulting environments were similar in type and location to those of the earlier deposited Ramsey Ranch Member.

The Niland Tongue is more than 400 ft thick in the southeastern part of the Green River basin, in the southwestern part of the Washakie basin, and in the western part of the Sand Wash basin (fig. 18). It thins irregularly from those areas. Structurally related thinning is present in large areas of the northeastern Washakie and southeastern Great Divide basins and in small areas in the southwestern Washakie basin, where the tongue is less than 100 ft thick.



FIGURE 18.—Isopach map of Niland Tongue of Wasatch Formation. Isopach interval 100 ft.

BLM_0062799

EOCENE STRATIGRAPHIC UNITS, GREATER GREEN RIVER BASIN          E31



FIGURE 19.—Isopach map of Scheggs Bed of Tipton Shale Member of Green River Formation. Isopach interval 50 ft.

## SCHEGGS BED OF TIPTON SHALE MEMBER OF GREEN RIVER FORMATION

Sediments composing the Scheggs Bed were deposited in a large freshwater lake that expanded from the reestablished Uinta Mountain trough and eventually nearly inundated the greater Green River basin area. At its maximum development the lake was irregularly rectangular in shape, more than 180 mi long, and about 100 mi wide (fig. 19). Lake Gosiute retreated from the central and northern parts of the Green River basin during the middle and late stages of deposition of the Scheggs Bed. In those areas the lake was filled in by coarse delta and shoreline sand that composes the Farson Sandstone Member of the Green River Formation and by mud and sand deposited on flood plains that formed the Alkali Creek Tongue of the Wasatch Formation (fig. 1).

Trends of thickening in the Scheggs Bed suggest that the basin of Lake Gosiute at this time was asymmetric—deep to the south and very shallow to the north. The bed is more than 300 ft thick in the southwestern part of the Washakie basin and in the western part of the Sand Wash basin (fig. 19). It is more than 200 ft thick in two areas located along the trend of the Uinta Mountain trough north of the

E32                    WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS

Uinta Mountains, and less than 50 ft thick in a broad area that encompasses the Great Divide basin, northern Rock Springs uplift, and central and northern Green River basin. Northeast-trending structural thinning is apparent in the isopach configurations across the eastern Washakie and western Sand Wash basins.

## FARSON SANDSTONE MEMBER OF
## GREEN RIVER FORMATION

The Farson Sandstone Member of the Green River Formation, named in Chapter B of this volume, consists of mainly sandstone of lacustrine delta and shoreline origins. The sandstone was derived from rocks exposed in the Wind River Mountains following a period of late early Eocene tectonic activity. As previously mentioned, the delta and shoreline sands contemporaneously filled in the northwest part of Lake Gosiute, while oil-shale-forming muds were being deposited in most other parts of the lake basin as the Scheggs Bed. The delta and shoreline infilling across the northern and central parts of the Green River basin eventually reduced the size of the lake by about 45 percent.

The Farson Sandstone Member is more than 400 ft thick in the vicinity of Farson, Wyo., in T. 25 N., R. 104 W., but it thins laterally from there to the west, south, and east (fig. 20). The member is missing in the southern part of the Green River basin, but thin remnants are present along the western margins of the Great Divide basin, across the northern tip of the Rock Springs uplift, and along part of the east edge of the Wyoming thrust belt.

## ALKALI CREEK TONGUE OF
## WASATCH FORMATION

The Alkali Creek Tongue of the Wasatch Formation is named and described in Chapter B of this volume. The tongue has small areal extent but is a prominent lithologic unit in outcrops in the northwestern part of the Green River basin, from a few miles south of La Barge, Wyo., northward to near Big Piney, Wyo. The outcrops of the tongue are mostly mudstone that weathers bright green and interbedded sandstone that weathers dark brown. These contrasting colors distinguish it from overlying rocks in the Wilkins Peak Member that weather light to medium gray and from underlying rocks in the Farson Sandstone Member that weather drab tan and gray.

A maximum recorded thickness for the Alkali Creek Tongue, 232 ft, was in a stratigraphic section measured

in sec. 4, T. 26 N., R. 112 W., about 1½ mi northeast of La Barge, Wyo. (fig. 21). The tongue, however, probably thickens to more than 300 ft west of there. The tongue thins and merges with the main body of the Wasatch Formation southward along the western margins of the Green River basin. This merging is discernible in outcrops by a conspicuous color change that takes place about 12 mi north of Carter, Wyo. There, the bright-green and dark-brown colors that characterize the Alkali Creek Tongue change southward into variegated (mostly red) colors that characterize the main body of the Wasatch Formation.

The Alkali Creek Tongue is missing as a result of Tertiary and Quaternary erosion north of Big Piney, Wyo., and along eastern parts of the Wyoming thrust belt. Consequently, the original northern and western boundaries of the tongue are unknown. The tongue intertongues with and is replaced by the Farson Sandstone Member of the Green River Formation in subsurface rocks in southeastward, downdip directions from where it crops out (figs. 1, 21).

## RIFE BED OF TIPTON SHALE MEMBER OF
## GREEN RIVER FORMATION

The Rife Bed of the Tipton Shale Member of the Green River Formation was deposited in a saltwater stage of Lake Gosiute, in a large lake that had no outlet. The lake occupied a basin which was more than 150 mi long and as much as 100 mi wide (fig. 22). The deepest parts of the lake, indicated by the areas of thick sediment accumulations, were located along the Uinta Mountain trough.

The Rife Bed is locally more than 200 ft thick in three places: (1) in the southeastern part of the Green River basin in Ts. 13–14 N., Rs. 105–111 W.; (2) in the southwestern part of the Washakie basin in Ts. 12–16 N., Rs. 98–101 W.; and (3) in the south-central part of the Great Divide basin in Ts. 19–21 N., Rs. 94–96 W. It is less than 100 ft thick across most of the Rock Springs uplift and southern Green River basin, and is missing by nondeposition in the northern and central parts of the Green River basin, in the southeastern part of the Washakie basin, and in most of the Sand Wash basin. Embayments along the southern margins of the lake were present at the east end of the Uinta Mountains and along the eastern part of the Washakie basin (fig. 22).

## WILKINS PEAK MEMBER OF
## GREEN RIVER FORMATION

The Wilkins Peak Member of the Green River Formation was deposited cyclically during saltwater

BLM_0062801



FIGURE 20.—Isopach map of Farson Sandstone Member of Green River Formation. Isopach interval 100 ft.

stages of Lake Gosiute that alternated with periods when the lake retreated to salt pans and dried up. A north-south correlation across the Green River basin (fig. 23) locates the stratigraphic positions of 77 beds of oil shale, which were deposited during expanded salt-water stages of the lake. Mudflat mudstones, playa-lake dolomites, and bedded evaporites are present between the numbered oil-shale beds. Beds 1–11 in figure 23 are defined in this report as "lower part of the Wilkins Peak Member," beds 12–67 are defined as "middle part of the Wilkins Peak Member," and beds 68–77 are defined as "upper part of the Wilkins Peak Member."

The Wilkins Peak is divided into lower, middle, and upper parts because of changing paleogeographies and changing salinities of the waters of Lake Gosiute. The lower part of the Wilkins Peak Member (fig. 24) includes rocks that were deposited along a generally east-west-trending depression that conforms to the Uinta Mountain trough, in geographic locations very similar to those of the preceding Rife Bed (fig. 22). The sediments that formed the middle part of the Wilkins Peak Member (fig. 25) were generally restricted to the Green River basin and Rock Springs uplift areas, after the lake had retreated from the Great Divide, Wash-akie, and Sand Wash basin areas. The upper part of



FIGURE 21.—Isopach map of Alkali Creek Tongue of Wasatch Formation. Isopach interval 100 ft; queried where eroded and extent uncertain.

the Wilkins Peak Member (fig. 26) was deposited as the lake increased in size and changed configurations a second time, and as the waters began to freshen after an outlet opened near the east end of the Uinta Mountains.

### LOWER PART OF WILKINS PEAK MEMBER

The lower part of the Wilkins Peak Member (beds 1–11, fig. 24) was deposited in a closed lake basin that was approximately 135 mi long (east-west) and 75 mi wide (north-south). The saltwater lakes that occupied the basin contracted periodically to salt pans that were located in the southern part of the Green River basin. Ten beds of trona or trona and halite were deposited in these salt pans in Ts. 13–18 N., Rs. 109–113 W.

More than 200 ft of sediments was deposited in the lower part of the Wilkins Peak Member in local areas in Ts. 14–15 N., Rs. 108–110 W. in the southern part of the Green River basin and in Ts. 13–16 N., Rs. 98–101 W. in the southwestern part of the Washakie basin. The thick sediment accumulations in the southwestern

Case No. 1:20-cv-02484-MSK   Document 47-1   filed 04/28/21   USDC Colorado   pg 131 of 137



FIGURE 22.—Isopach map of Rife Bed of Tipton Shale Member of Green River Formation. Isopach interval 50 ft.

part of the Washakie basin were located in an area of active basin subsidence and rapid sediment infilling, but where no bedded evaporites were deposited. An embayment along the south margin of the lake basin was again present near the east end of the Uinta Mountains (fig. 24).

### MIDDLE PART OF WILKINS PEAK MEMBER

The greater Green River basin was tilted from east to west at the beginning of deposition of the middle part of the Wilkins Peak Member (beds 12–68, fig. 23) in response to tectonic activity in the mountains located along the eastern margins of the basin (fig. 25). As the lake retreated from the Great Divide, Washakie, and Sand Wash basin areas in response to this tilting, the saltwater lacustrine and mudflat sediments that had been deposited in those areas in the lower part of the Wilkins Peak Member were subsequently replaced by fluvial (flood-plain) sediments that make up the Cathedral Bluffs Tongue of the Wasatch Formation (fig. 1).

BLM_0062804

E36                                WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



FIGURE 23 (above and facing page).—North-south restored stratigraphic correlation of Wilkins Peak Member of Green River Formation and adjacent formations in greater Green River basin. Oil-shale beds in Wilkins Peak Member are numbered 1–77. Modified from Roehler (1990a).

The basin of Lake Gosiute during deposition of the middle part of the Wilkins Peak Member was irregularly circular in shape and from 85 to 100 mi wide (fig. 25). Saltwater lakes expanded and contracted across this closed lake basin in similar cyclic fashion as those in which the lower part of the Wilkins Peak

Member was deposited. Following lake contractions to salt pans, at least 28 beds of trona or trona and halite were deposited in Ts. 13–21 N., Rs. 106–113 W.

The middle part of the Wilkins Peak Member is more than 900 ft thick in Ts. 14–16 N., Rs. 107–112 W., along an east-west-trending remnant of the Uinta

BLM_0062805



SOURCE OF DATA

1. U.S. Department of Energy, Wyoming No. 13, sec. 6, T. 27 N., R. 108 W.
2. U.S. Department of Energy, Wyoming No. 12, sec. 35, T. 27 N., R. 108 W.
3. U.S. Department of Energy, Wyoming No. 11, sec. 31, T. 26 N., R. 108 W.
4. U.S. Bureau of Mines, Wyoming No. 1, sec. 30, T. 23 N., R. 107 W.
5. Union Pacific Railroad Company, Blue Rim 44-19, sec. 19, T. 21 N., R. 107 W.
6. Energy Research and Development Administration, White Mountain No. 1, sec. 7, T. 18 N., R. 106 W.
7. Energy Research and Development Administration, Blacks Fork No. 1, sec. 24, T. 16 N., R. 108 W.
8. Union Pacific Railroad Company, El Paso No. 44-3, sec. 3, T. 15 N., R. 109 W.
9. U.S. Department of Energy, Currant Creek Ridge No. 1, sec. 14, T. 14 N., R. 107 W.
10. U.S. Geological Survey, Measured section No. 1 (Roehler, 1981), T. 12-13 N., R. 106 W.

Mountain trough. The middle part thins abruptly southward from this area toward the Uinta Mountains and less abruptly to the north, east, and west across

the Green River basin, Rock Springs uplift, and eastern part of the Wyoming thrust belt.

## UPPER PART OF WILKINS PEAK MEMBER AND STRATIGRAPHIC EQUIVALENTS

Lake Gosiute expanded southeastward into the western parts of the Washakie and Sand Wash basins (fig. 26) during deposition of the upper part of the Wilkins Peak Member (beds 68–77, fig. 23). During this expansion an outlet of the lake opened east of the Uinta Mountains (Chapter C, this volume). Evaporite deposition gradually ended following the opening of the outlet as the lake waters began to freshen.

Stratigraphic correlations (Roehler, 1990b) indicate that the basal part of the LaClede Bed of the Laney Member in the northern Green River basin and western Washakie and Sand Wash basins is the stratigraphic equivalent of the upper part of the Wilkins Peak Member in the central and southern parts of the Green River basin (shaded areas in fig. 26). The units are mapped this way on the State geologic map of Wyoming (Love and Christiansen, 1985). The change in the stratigraphic position of the contacts of these units is made apparent by the presence of the layered tuff, which is less than 0.5 ft thick and consists of seven uniform layers of tuff. The layered tuff forms a remarkable time-stratigraphic marker bed across the entire Green River basin between beds 69 and 70 (fig. 23).

The upper part of the Wilkins Peak Member (and its LaClede Bed equivalents) has a maximum thickness of slightly more than 100 ft in the central and southern Green River basin and in the southwest Washakie and western Sand Wash basins (fig. 26). It was not deposited in the Great Divide basin.

## CATHEDRAL BLUFFS TONGUE OF WASATCH FORMATION

The Cathedral Bluffs Tongue of the Wasatch Formation is composed of variegated (mostly red) fluvial rocks that intertongue with and are replaced from the margins toward the center of the greater Green River basin by rocks of mostly lacustrine origin that constitute the Wilkins Peak Member (fig. 1). The basal part of the Cathedral Bluffs Tongue also intertongues with the underlying Tipton Shale Member, and the upper part intertongues with the overlying Laney and Godiva Rim Members. In the northeastern part of the greater Green River basin, the Cathedral Bluffs Tongue intertongues with and is replaced by white and tan arkose composing the Battle Spring Formation. In

E38          WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



FIGURE 24.—Isopach map of lower part of the Wilkins Peak Member (beds 1–11) of Green River Formation. Isopach interval 50 ft.

the southeastern and southwestern parts of the greater Green River basin, where intervening tongues and members of the Green River Formation are missing by nondeposition, the Cathedral Bluffs Tongue merges with the main body of the Wasatch Formation. This relationship is shown by zero thickness lines in figure 27. Parts of the Cathedral Bluffs Tongue were removed by penecontemporaneous, pre-Laney Member erosion in the northern and northwestern parts of the greater Green River basin (shaded area in fig. 27). Across the western part of the Rock Springs uplift and the central and southern parts of the Green River basin, the tongue is entirely replaced by the Wilkins Peak Member (closed zero line in fig. 27). The tongue grades laterally into fanglomerates along the lower slopes of the Uinta Mountains along the southern margin of the Green River basin.

The Cathedral Bluffs Tongue ranges in thickness from 0 to more than 2,000 ft. Areas of maximum accumulation, in excess of 2,000 ft, are present near the center of the Washakie basin and in the western Sand Wash basin adjacent to the Sparks Ranch thrust fault.

BLM_0062807



FIGURE 25.—Isopach map of middle part of the Wilkins Peak Member (beds 12–67) of Green River Formation. Isopach interval 100 ft.

### GODIVA RIM MEMBER OF GREEN RIVER FORMATION

The Godiva Rim Member is named and described in Chapter C of this volume. The member was deposited mostly on mudflats that were located along the southeast margins of Lake Gosiute during deposition of the lower part of the LaClede Bed of the Laney Member (fig. 1). The areal distribution of the member is restricted to parts of the Great Divide, Washakie, and Sand Wash basins (fig. 28). The Godiva Rim Member intertongues with and is gradually replaced by the upper part of the Cathedral Bluffs Tongue of the Wasatch Formation northward in outcrops across the central part of the Sand Wash basin and along the eastern margins of the Washakie basin.

The Godiva Rim Member is 350 ft thick in a section that was measured in outcrops on Godiva Rim in T. 8 N., R. 96 W. in the southern part of the Sand Wash basin, but it thins northward to less than 125 ft in a section that was measured in outcrops in the northern part of the Washakie basin in sec. 4, T. 18 N., R. 95 W. Where the member intertongues with and is laterally replaced by the LaClede Bed in subsurface rocks in the

E40                    WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



FIGURE 26.—Isopach map of upper part of the Wilkins Peak Member (beds 68–77) of Green River Formation. Isopach interval 50 ft. Shaded areas have been previously mapped as basal LaClede Bed of Laney Member of Green River Formation.

Sand Wash and Washakie basins, the contact is arbitrary, but is approximately located near the zero line shown at the left in the isopachs in figure 28. The location of the eastern and northern boundaries of the member with the Wasatch Formation has been removed by Tertiary and Quaternary erosion. The estimated position of this boundary is indicated by a queried zero thickness line shown at the right in the isopachs in figure 28.

## LACLEDE BED OF LANEY MEMBER OF GREEN RIVER FORMATION

Lake Gosiute was irregularly shaped, but about 160 mi long (east-west) and 125 mi wide (north-south) during deposition of the LaClede Bed of the Laney Member (fig. 29). At its maximum development, shown in figure 29, this deep-water lake occupied more than 75 percent of the greater Green River basin. The depositional axis of the lake basin paralleled the north

Case No. 1:20-cv-02484-MSK   Document 47-1   filed 04/28/21   USDC Colorado   pg 137 of 137



FIGURE 27.—Isopach map of Cathedral Bluffs Tongue of Wasatch Formation. Isopach interval 500 ft. Shading indicates areas where part of tongue was removed by penecontemporaneous erosion.

flank of the Uinta Mountains, and the thickest sediment accumulations (more than 800 ft) were near the east end of the mountains. Following its maximum development, the lake shallowed, slowly retreated to the southeast across the greater Green River basin, and began to dry up. During its final stages, it was restricted to the southern Washakie and western Sand Wash basin areas. Toward the end of deposition of the LaClede Bed, the Rock Springs anticline was uplifted

and as much as 400 ft of the bed was eroded from the crest and flanks of the uplift (shaded area in fig. 29).

The LaClede Bed represents the longest period of sustained lacustrine deposition in Eocene Lake Gosiute (more than 2.5 million years). The bed contains the thickest oil-shale accumulation in the Green River Formation. The lower 350 ft of the bed was deposited in saltwater stages of the lake and contains at least 20 beds of oil shale that average more than 25 gallons of