E42                    WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



FIGURE 28.—Isopach map of Godiva Rim Member of Green River Formation. Isopach interval 100 ft; queried where eroded and extent uncertain.

oil per ton of rock by Fischer assay; the upper part of the bed was deposited in freshwater stages of the lake and is composed mostly of lean oil shale that rarely averages more than 15 gallons of oil per ton of rock by Fischer assay (Roehler, 1990a).

## SAND BUTTE BED OF LANEY MEMBER OF GREEN RIVER FORMATION

The Sand Butte Bed of the Laney Member has variable thicknesses because (1) it was mostly deposited on erosional topography across the crest and flanks of the Rock Springs uplift, (2) it is largely composed of reworked beds of airfall volcanic ash (tuff) that sporadically entered the greater Green River basin from the Absaroka volcanic field located in northwestern Wyoming, and (3) it intertongues with or wedges out in the laterally equivalent Hartt Cabin and LaClede Beds of the Laney Member.

The areal distribution of the Sand Butte Bed is presently restricted to the flanks of the Rock Springs uplift and parts of adjacent basins, where it ranges in



FIGURE 29.—Isopach map of LaClede Bed of Laney Member of Green River Formation (excluding stratigraphic equivalents of the Wilkins Peak Member). Isopach interval 100 ft. Shading indicates area where parts of LaClede Bed of Laney Member were eroded prior to deposition of Sand Butte Bed of Laney Member.

thickness from 0 to about 850 ft. Because the bed thickens and thins irregularly, the dashed isopach lines in figure 30 are approximately located.

## HARTT CABIN BED OF LANEY MEMBER OF GREEN RIVER FORMATION AND BRIDGER (WASHAKIE) FORMATION

The Hartt Cabin Bed is about 800 ft thick in outcrops measured in the central part of the Washakie basin. It is generally less than 400 ft thick in other parts of the greater Green River basin. The bed intertongues extensively with the Bridger and Washakie Formations, which makes its contact with these formations arbitrary. In addition, large intervals of the bed are missing as a result of Tertiary and Quaternary erosion around the uplifted margins of the Green River, Great Divide, Washakie, and Sand Wash basins. Consequently, it is not possible to establish accurate basinwide thicknesses for the bed, and an isopach map was not prepared.



FIGURE 30.—Isopach map of Sand Butte Bed of Laney Member of Green River Formation. Isopach interval 400 ft. Isopach lines are approximately located.

The Bridger Formation is 2,106 ft thick in the Eocene reference section for the Green River basin that is described and illustrated in Chapter D of this volume. The reference section was measured in outcrops at Twin Buttes in Ts. 13–14 N., Rs. 109–110 W. in the southeastern part of the Green River basin, where the most complete section of the formation is preserved. At Twin Buttes the upper part of the Bridger Formation is, nonetheless, eroded and unconformably overlain by the Oligocene Bishop Conglom-erate. The eroded Bridger interval above the unconformity may have been several hundred feet thick. As no complete section exists, in the basin, the formation was not isopached.

The Washakie Formation is 3,177 ft thick in the Washakie basin Eocene reference section that is described and illustrated in Chapter D of this volume. The top of the formation in the Washakie basin has been removed by Tertiary and Quaternary erosion. The formation was not isopached.

## CORRELATION OF EOCENE ROCKS IN THE GREEN RIVER, WASHAKIE, PICEANCE CREEK, AND UINTA BASINS

The interbasin stratigraphic correlations shown in figure 31 are primarily based upon (1) similar depositional environments and lithologies of stratigraphic units, (2) chronostratigraphic ages determined by fossil mammals and K-Ar analyses of tuff beds, (3) climate and salinity changes indicated by fossil plants and mollusks, and (4) distinct and repetitive responses on geophysical logs of oil and gas drill holes.

Lakes Gosiute and Uinta were contemporaneous, were located on opposite sides of the Uinta Mountains, and at times joined around the east end of the Uinta Mountains (index map, fig. 32). Consequently, the depositional environments and composition of the stratigraphic units that were deposited in these lake basins, especially their color and weathering characteristics, are similar and correlatable. Rocks of fluvial origin are mostly red or variegated in the Wasatch Formation and are mostly drab gray in the Bridger, Washakie, and Uinta Formations. In the Green River Formation, rocks of freshwater lacustrine origin, which include the Luman Tongue, Scheggs Bed of the Tipton Shale Member, Douglas Creek Member, upper part of the LaClede Bed of the Laney Member, upper part of the Parachute Creek Member, and parts of the Uinta Formation, are composed mostly of soft, kerogenaceous shale that weathers to tan or tan-gray, smooth, non-resistant slopes. Rocks of saltwater lacustrine origin in the Green River Formation, including the Rife Bed of the Tipton Shale Member, Wilkins Peak Member, Garden Gulch Member, and most of the Parachute Creek Member, are mostly hard, kerogenaceous dolomite that generally weathers to light-gray or white, steep slopes and ledges. Saline minerals, including the bedded evaporites trona, nahcolite, and halite, and the richest oil-shale beds in the Green River Formation, are found in or associated with the rocks of saltwater lacustrine origin. These rocks form the distinctive light-gray and white escarpments at White Mountain along the east edge of the Green River basin near Rock Springs, Wyo., and along the Roan cliffs in the southern part of the Piceance Creek basin north of Grand Valley and Debeque, Colo.

Fossil mammals and their time-related evolutionary changes during the Eocene Epoch have been studied by vertebrate paleontologists since the 1860's (Chapter D, this volume). These studies, combined with K-Ar ages determined for tuff beds in the rocks, have provided chronological data for correlating stratigraphic units between the Eocene lake basins (Wood and others, 1941; Evernden and others, 1964; Mauger, 1977; O'Neill, 1980; Krishtalka and others, 1987). The chronological data indicate that the boundary between the lower and middle Eocene occurs in the upper part of the Cathedral Bluffs Tongue of the Wasatch Formation or upper part of the Wilkins Peak Member of the Green River Formation in Wyoming, and in the upper part of the Parachute Creek Member of the Green River Formation in Colorado and Utah. The boundary between the middle and upper Eocene is not precisely located stratigraphically, but occurs within the Bridger and Washakie Formations in Wyoming and within the Uinta Formation in Utah (fig. 31). The Eocene-Oligocene boundary is also not precisely located and may include the Duchesne River Formation in the Uinta basin (Krishtalka and others, 1987). The Paleocene-Eocene boundary is generally located at the base of the Wasatch Formation. The base of the Wasatch, however, includes rocks of Paleocene age in the southern part of the Piceance Creek basin (Donnell, 1969) and in the western part of the Green River basin (Oriel, 1962).

The depositional environments and composition of stratigraphic units in the basins of Lake Gosiute and Lake Uinta appear to be directly related to regional Eocene climate changes. The Eocene climates, based on paleoecological interpretations of fossil plants, were moist and warm (warm temperate) during the early Eocene, moist and hot (semiarid) and then dry and hot (arid) during the late early and very early middle Eocene, wet and hot (subtropical) during the middle Eocene, and dry and cool (cool temperate) during the late middle and late Eocene (Chapters D and F, this volume). The composition of stratigraphic units in the Green River and Uinta Formations reflects most of these climate changes synchronously in both lake basins. Sediments of freshwater origin were deposited as the Luman Tongue, Scheggs Bed of the Tipton Shale Member, and Douglas Creek Member, when the climate was moist and warm. Sediments of saltwater origin were deposited as the Rife Bed of the Tipton Shale Member and Garden Gulch Member, when the climate was moist and hot. Evaporites and sediments of saltwater origin were deposited as the Wilkins Peak Member, lower part of the LaClede Bed of the Laney Member, and Parachute Creek Member, when the climate was dry and hot. Sediments of saltwater and freshwater origins were deposited as the LaClede Bed of the Laney Member and lower lower part of the Uinta Formation, when the climate was wet and hot. The

BLM_0062814

E46                    WASATCH, GREEN RIVER, AND BRIDGER (WASHAKIE) FORMATIONS



*North American land mammal ages (Evernden and others, 1964).

FIGURE 31.—Stratigraphic correlation of Eocene rocks in Green River and Washakie basins, Wyoming, Piceance Creek basin, Colorado, and Uinta basin, Utah. Modified from Roehler (1974).

BLM_0062815



FIGURE 32.—Correlation of resistivity curves of electric logs of Mahogany ledge in Parachute Creek Member of Green River Formation in Piceance Creek and Uinta basins with stratigraphic equivalents in Laney Member of Green River Formation in Green River and Washakie basins.

E47

climate was mostly dry and cool during the late middle and late Eocene, but evaporite beds were deposited in the middle and upper parts of the Uinta Formation in the Uinta basin (fig. 31).

Eocene molluscan assemblages, as well as their absence, provide important clues to the paleoecology, namely the water depth, temperature, and salinity, of Lakes Gosiute and Uinta. The large, ovoid, pulmonate gastropod *Physa pleromatis* characterizes a large molluscan assemblage found in marshy shoreline areas of the lakes, especially in basal parts of the Luman Tongue and Douglas Creek Member. The turreted gastropod *Goniobasis tenera*, the thick-spired gastropod *Viviparus* sp., and the unionid pelecypods *Lampsilis* sp. and *Plesielliptio* sp. were present in large numbers in open, freshwater parts of the lakes, especially along shorelines (Hanley, 1974). These large gastropods and pelecypods commonly form coquinas in the upper part of the Luman Tongue, in the Scheggs Bed of the Tipton Shale Member, and in the upper part of the LaClede and Hartt Cabin Beds of the Laney Member in Wyoming, and in the Douglas Creek Member, upper part of the Parachute Creek Member, and in various parts of the Uinta Formation in Colorado and Utah. As the freshwaters of the lakes became saline, the large freshwater mollusks quickly disappeared, but the small planorbid gastropod *Gyraulus militaris* survived for short periods of time in the environment of the Wilkins Peak and Parachute Creek Members. During periods of evaporite deposition the saltwater lakes were devoid of mollusks.

The responses of various lithologies on geophysical logs of oil and gas drill holes are generally distinct and correlatable in the Eocene lake basins. The resistivity curves of oil-shale and tuff beds on electric logs are especially useful for correlating certain stratigraphic intervals. An example of one of these intervals is shown in figure 32, where log segments of the Mahogany ledge in the Parachute Creek Member in the Piceance Creek and Uinta basins are correlated with the lower part of the Laney Member in the Green River and Washakie basins. The Mahogany ledge in the Carter Oil Company Square S Herring No. 1 Well in the Piceance Creek basin (No. 3, fig. 32) is about 200 ft thick, is composed mostly of rich oil shale, and is bounded above by a tuff bed called A groove and below by a tuff bed called B groove. The Mahogany ledge and its bounding tuffs are easily correlated from the Piceance Creek basin into the Uinta basin, but are less easily correlated from the Piceance Creek basin into the Washakie and Green River basins (fig. 32). Equivalents of the Mahogany ledge in the Washakie and Green River basins are split by the No. 4 tuff, or buff

marker bed, but thin tuff bed equivalents of A and B grooves (the No. 1 and No. 5 tuff beds in the Washakie basin) are, nevertheless, correlatable.

## REFERENCES CITED

Donnell, J.R., 1969, Paleocene and lower Eocene units in the southern part of the Piceance Creek Basin, Colorado *in* Contributions to Stratigraphy: U.S. Geological Survey Bulletin 1274-M, p. M1–M18.

Evernden, J.F., Savage, D.E., Curtis, G.H., and James, G.T., 1964, Potassium-argon dates and the Cenozoic mammalian chronology of North America: American Journal of Science, v. 262, p. 145–198.

Granger, Walter, 1909, Faunal horizons of the Washakie Formation of southern Wyoming: American Museum of Natural History Bulletin, v. 26, art. 3, p. 13–23.

Hanley, J.H., 1974, Systematics, paleoecology, and biostratigraphy of nonmarine Mollusca from the Green River and Wasatch Formations (Eocene), southwestern Wyoming and northwestern Colorado: Laramie, Wyo., University of Wyoming Ph. D. thesis, 285 p.

Krishtalka, Leonard, West, R.M., Black, C.C., Dawson, M.R., Flynn, J.J., Turnbull, W.D., Stucky, R.K., McKenna, M.C., Bown, T.M., Golz, D.J., and Lillegraven, J.A., 1987, Eocene (Wasatchian through Duchesnean) biochronology of North America, *in* Woodburne, M.O., Cenozoic mammals of North America: Berkeley, Calif., University of California Press, p. 77–117.

Love, J.D., and Christiansen, A.C., 1985, Geologic map of Wyoming: U.S. Geological Survey, scale 1:500,000, 2 sheets.

Masursky, Harold, 1962, Uranium-bearing coal in the eastern part of the Red Desert area, Wyoming: U.S. Geological Survey Bulletin 1099–B, 152 p.

Mauger, R.I., 1977, K-Ar ages of biotites from tuffs in Eocene rocks of the Green River, Washakie, and Uinta Basins, Utah, Wyoming, and Colorado: University of Wyoming Contributions to Geology, v. 15, no. 1, p. 17–41.

O'Neill, W.A., 1980, $^{40}Ar^{39}Ar$ ages of selected tuffs of the Green River Formation—Wyoming, Colorado, and Utah: Columbus, Ohio, The Ohio State University M.S. thesis, 142 p.

Oriel, S.S., 1962, Main body of Wasatch Formation near LaBarge, Wyoming: American Association of Petroleum Geologists Bulletin, v. 46, no. 12, p. 2161–2173.

Osborn, H.F., 1929, The titanotheres of ancient Wyoming, Dakota, and Nebraska: U.S. Geological Survey Monograph 55, v. 1, 701 p.

Pipiringos, G.N., 1961, Uranium-bearing coal in the central part of the Great Divide Basin: U.S. Geological Survey Bulletin 1099–A, 104 p.

Roehler, H.W., 1965, Early Tertiary depositional environments in the Rock Springs uplift area, *in* DeVoto, R.H., and Bitter, R.K., eds., Sedimentation of Late Cretaceous and Tertiary outcrops, Rock Springs uplift: Wyoming Geological Association Guidebook, 19th Field Conference, Casper, Wyoming, p. 140–150.

———— 1973, Stratigraphic divisions and geologic history of the Laney Member of the Green River Formation in the Washakie Basin in southwestern Wyoming: U.S. Geological Survey Bulletin 1372–E, 28 p.

———— 1974, Depositional environments of Eocene rocks in the Piceance Creek basin, Colorado, *in* Murray, D.K., ed., Energy resources of the Piceance Creek basin, Colorado: Rocky Mountain Association of Geologists Guidebook, 25th Field Conference, Denver, Colorado, p. 57–64.

_____ 1989a, Correlation of surface sections of the intertongued Eocene Wasatch and Green River Formations across the central part of the Sand Wash basin, northwest Colorado, and eastern part of the Washakie basin, southwest Wyoming: U.S. Geological Survey Miscellaneous Field Studies Map MF–2106.

_____ 1989b, Correlation of surface sections of the intertongued Eocene Wasatch and Green River Formations along the western margins of the Greater Green River basin in southwest Wyoming: U.S. Geological Survey Miscellaneous Field Studies Map MF–2103.

_____ 1989c, Correlation of surface sections of the intertongued Eocene Wasatch and Green River Formations along the west flank of the Rock Springs uplift in southwest Wyoming: U.S. Geological Survey Miscellaneous Field Studies Map MF–2104.

_____ 1989d, Correlation of surface sections of the intertongued Eocene Wasatch and Green River Formations along the western margins of the Sand Wash basin, northwest Colorado, and Washakie basin, southwest Wyoming: U.S. Geological Survey Miscellaneous Field Studies Map MF–2105.

_____ 1989e, Correlation of surface sections of the intertongued Eocene Wasatch and Green River Formations across the central part of the Sand Wash basin, northwest Colorado, and eastern part of the Washakie basin, southwest Wyoming: U.S. Geological Survey Miscellaneous Field Studies Map MF–2106.

_____ 1989f, Correlation of surface sections of the intertongued Eocene Wasatch and Green River Formations, Great Divide basin, southwest Wyoming: U.S. Geological Survey Miscellaneous Field Studies Map MF–2102.

_____ 1990a, Correlation and depositional analysis of oil-shale and associated rocks in the Eocene Green River Formation, greater Green River basin, southwest Wyoming: U.S. Geological Survey Miscellaneous Investigations Map I–2226.

_____ 1990b, Sedimentology of freshwater lacustrine shorelines in the Eocene Scheggs Bed of the Tipton Tongue of the Green River Formation, Sand Wash basin, northwest Colorado: U.S. Geological Survey Bulletin 1911, 12 p.

_____ 1990c, West-east correlation of surface and subsurface stratigraphic sections of the intertongued Eocene Wasatch and Green River Formations, northern Green River basin, Wyoming: U.S. Geological Survey Miscellaneous Field Studies Map MF–2149.

_____ 1990d, West-east correlation of surface and subsurface stratigraphic sections of the intertongued Eocene Wasatch and Green River Formations, southern Green River basin, Wyoming: U.S. Geological Survey Miscellaneous Field Studies Map MF–2159.

_____ 1991a, East-west surface and subsurface correlation of the intertongued Eocene Wasatch and Green River Formations, Washakie basin, southwest Wyoming: U.S. Geological Survey Miscellaneous Field Studies Map MF–2164.

_____ 1991b, Northwest-southeast surface and subsurface correlation of the intertongued Wasatch and Green River Formations, Sand Wash basin, northwest Colorado: U.S. Geological Survey Miscellaneous Field Studies Map MF–2166.

_____ 1991c, Measured sections of Ramsey Ranch Member of Wasatch Formation, greater Green River basin, southwest Wyoming: U.S. Geological Survey Miscellaneous Field Studies Map MF–2185.

Roehler, H.W., Hanley, J.H., and Honey, J.G., 1988, Geology and paleoecology of the Cottonwood Creek Delta in the Eocene Tipton Tongue of the Green River Formation and a mammalian fauna from the Eocene Cathedral Bluffs Tongue of the Wasatch Formation, southeast Washakie basin, northwest Colorado: U.S. Geological Survey Bulletin 1669, 52 p.

Sullivan, Raymond, 1980, A stratigraphic evaluation of the Eocene rocks of southwestern Wyoming: The Geological Survey of Wyoming Report of Investigations 2, 50 p.

Wood, H.E., 2nd, Chaney, R.W., Clark, John, Colbert, E.H., Jepsen, G.L, Reeside, J.B., Jr., and Strock, Chester, 1941, Nomenclature and correlation of North American continental Tertiary: Geological Society of America Bulletin, v. 52, no. 1, p. 1–48.

✰U.S. GOVERNMENT PRINTING OFFICE: 1992-673-049/46055

Wild Trout X Symposium – Conserving Wild Trout (2010)

# CUTTHROAT TROUT TAXONOMY: EXPLORING THE HERITAGE OF COLORADO'S STATE FISH

**Kevin B. Rogers**

Aquatic Research Group, Colorado Division of Wildlife, 925 Weiss Dr., Steamboat Springs, Colorado 80477, USA, kevin.rogers@state.co.us

**ABSTRACT** — Prior to recent molecular testing, larger spots and more scales above the lateral line were phenotypic traits associated with greenback cutthroat trout *Oncorhynchus clarkii stomias* as compared to Colorado River cutthroat trout *O. c. pleuriticus*. However, these two subspecies could not be separated consistently on the basis of those characteristics. As a result, geographic range had become the default approach for establishing subspecies designation. In 2007, researchers at the University of Colorado and others used mitrochondrial DNA (mtDNA), microsatellites, and amplified fragment length polymorphisms (AFLPs) to suggest there was a genetic basis for separating greenback cutthroat trout from Colorado River cutthroat trout. The primary concern raised by that study was that five of the nine greenback cutthroat trout populations they examined actually displayed genetic fingerprints more similar to Colorado River cutthroat trout from Trappers Lake, Colorado (Lineage CR). A finding that attracted less attention was the discovery of an alleged greenback cutthroat trout population west of the Continental Divide near Gunnison, Colorado, in West Antelope Creek. Recovery Team partners used the same AFLP test to canvass cutthroat trout populations for genetic purity across Colorado. Results indicate that the West Antelope Creek population is not unique, as 46 additional populations sharing the "greenback" genetic fingerprint (Lineage GB) have now been identified west of the Continental Divide. It is therefore questionable whether West Antelope Creek fish are really greenback cutthroat trout as suggested in the 2007 study, or whether they simply represent diversity within Colorado River cutthroat trout. Given their broad geographic distribution and lack of a robust East Slope source from which to stock, it seems unlikely that these Lineage GB populations were established by anthropogenic means. A more parsimonious explanation would suggest they are aboriginal to Colorado's West Slope. Interestingly, no Lineage GB populations have been discovered in the White and Yampa river basins. This region appears to be a stronghold for Lineage CR cutthroat trout and coincides with the native range of Colorado's only other native salmonid, the mountain whitefish *Prosopium williamsoni*. Perhaps Lineage GB fish were already present in southwestern Colorado when Lineage CR and mountain whitefish invaded the state from the Green River drainage.

## INTRODUCTION

There has been a long-standing interest in the taxonomy of cutthroat trout in Colorado ever since the rediscovery and listing of greenback cutthroat trout *Oncorhynchus clarkii stomias* as endangered under the Endangered Species Act in 1973 and subsequent down-listing to threatened status in 1978. No fewer than 72 reports have been published since then discussing genetic purity, introgression, and relatedness. Much of this work has been summarized in several books (Gresswell 1988; Behnke 1992; Behnke 2002). Phenotypic traits typically associated with greenback cutthroat trout are larger spot size and more scales above the lateral line and in the lateral series as compared to Colorado River cutthroat trout *O. c. pleuriticus* ( Behnke 1992). However, these two subspecies cannot be separated definitively on the basis of these characteristics (Behnke 1992; Behnke 2002). Further, Behnke maintains that a modern taxonomist would not separate the greenback cutthroat trout from Colorado River cutthroat

BLM_0062819

trout (R. J. Behnke, personal communication). Given the difficulty separating the two subspecies using visual characteristics, geographic range became the default criterion for establishing subspecies designation.

Though early molecular work also failed to reliably distinguish these two subspecies (Behnke 2002), more recent studies of molecular data, including mitochondrial DNA (mtDNA), microsatellites, and amplified fragment length polymorphisms (AFLPs) suggested that indeed there was a genetic basis for separating greenback cutthroat trout from Colorado River cutthroat trout (Metcalf et al. 2007). An important finding of the Metcalf et al. study was that many of the putatively pure greenback cutthroat trout populations east of the Continental Divide were genetically more similar to Colorado River cutthroat trout from Trappers Lake, Colorado (Lineage CR), than to other greenback cutthroat trout populations such as those found in Severy Creek, Colorado (Lineage GB). This was particularly troubling since mechanisms were in place to deliver pure Lineage CR to the East Slope. From 1903 through 1938 what could have been well in excess of 40 million pure Colorado River cutthroat trout were produced at Trappers Lake, Colorado (Rogers 2008). Millions more were produced on the south slope of Pikes Peak (Rogers and Kennedy 2008). The fate of many of these fish remains a mystery. The long-standing notion that fishless waters above barriers to immigration were likely stocked from nearby waters may not hold, as fingerlings produced at Trappers Lake and other state and federal spawn operations were readily available, and obviated the need for capturing wild fish. It is certainly conceivable that some pure cutthroat trout populations east of the Continental Divide were founded in historically fishless waters from progeny of distant spawn operations.

The publication of the Metcalf et al. (2007) paper was followed by an international media firestorm critical of recovery program efforts for allegedly using the "wrong" fish for founding new populations of cutthroat trout in greenback cutthroat trout recovery waters. The Greenback Recovery Team has always used the best available science to guide recovery efforts, recognizing that science is a dynamic field. As such, the most prudent management direction can and often does change over time. Although the multi-agency Greenback Recovery Team had initiated development of a long-range greenback cutthroat trout management plan that would allow delisting after decades of progress, unresolved taxonomic issues regarding what constitutes a greenback cutthroat trout ground recovery efforts to a halt.

A finding of Metcalf et al. (2007) that attracted less attention was the discovery of an alleged greenback cutthroat trout population west of the Continental Divide near Gunnison, Colorado, in West Antelope Creek. Early results from concurrent studies conducted by the Colorado Division of Wildlife through a private genetics lab using AFLP markers indicated that in fact the West Antelope Creek population was not unique. By 2008, a dozen additional populations displaying the Lineage GB fingerprint were identified west of the Continental Divide (Rogers 2008). Those findings led the Recovery Team to question whether the West Antelope Creek fish were really greenback cutthroat trout as suggested by Metcalf et al. (2007), or whether they represented a diverse lineage endemic to the western slope of Colorado. Interest in resolving that dilemma lead to the major molecular survey efforts by Greenback Recovery Team and Colorado River Cutthroat Trout Conservation Team members discussed here.

## METHODS

### Tissue Collection

Fin tissues from over 8,200 fish were collected from 366 populations of cutthroat trout in Colorado and southern Wyoming. A small piece (1 cm$^2$) fin was collected from the top of the caudal fin from each fish, as this fin regenerates rapidly, is assumed to be less critical for digging redds, and provides adequate tissue volume even on small fish (Rogers 2007). Fins were stored individually in 15-mL conical centrifuge tubes filled with 80% reagent grade ethanol until processing. In addition, UTM coordinates, photographs, and fish lengths were recorded.

### DNA Isolation and Evaluation

Tissue samples were delivered to Pisces Molecular (Boulder, Colorado) for DNA isolation and testing with the same AFLP procedure describe in Metcalf et al. (2007). Cutthroat trout DNA was extracted from fin clips using a proteinase K tissue lysis and spin-column DNA purification protocol (DNeasy Tissue Kit, Qiagen, Inc. Chatsworth, CA).

BLM_0062820

The DNA was then amplified using a polymerase chain reaction (PCR) to produce AFLP marker fragments. These fragments were separated and sized on an ABI 3130 sequencer (Applied Biosystems, Foster City, California).

Using Genemapper 4.0 (Applied Biosystems), a genetic fingerprint was produced for each individual sample by scoring for the presence or absence of a standardized set of 119 markers between 50 and 450 base pairs in size generated from a reference set of cutthroat trout populations (Rogers 2008). The genetic fingerprints of individuals in the test population were compared to those found in the reference populations using a Bayesian approach for identifying population clusters (Pritchard et al. 2000). The program STRUCTURE 2.2 (Falush et al. 2007; Pritchard et al. 2007) was used to evaluate similarity between the test individuals and the reference populations. Reference populations were selected and grouped by their mtDNA lineage (Metcalf et al. 2007), and not necessarily by geographic or historic subspecies classifications. The similarity or dissimilarity was scored as the admixture proportion, or the probability that each test individual shares a genetic background with each of the cutthroat trout subspecies reference population groups. These proportions are expressed as q values for each subspecies. These q values were obtained by running STRUCTURE ten times for each population of interest using a burn-in of 50,000 steps followed by 50,000 Monte Carlo Markov Chain replicates. Average q values from the run with the highest log likelihood (Pritchard and Cowley 2007) were used to generate the admixture proportions for the population in question.

Populations showing greater than 20% admixture (where q values were less than 0.80) with Yellowstone cutthroat trout *O. c. bouvieri* , rainbow trout *O. mykiss* or the two lineages native to Colorado (Lineage CR and Lineage GB) were excluded from further consideration. Locations of the populations were plotted to discern spatial relationships. The number of populations represented by each lineage was calculated for each major watershed-based geographic management unit (GMU) across the range of Colorado River cutthroat trout (Hirsch et al. 2006).

## RESULTS

Extensive molecular surveys of the 366 populations of cutthroat trout in Colorado and the Little Snake River drainage in southern Wyoming have identified 156 streams containing cutthroat trout west of the Continental Divide that displayed q values higher than 0.80 as measured with AFLP markers (Rogers 2008). This approach identified 37 populations as Lineage GB. When combined with an additional 9 populations identified from molecular work conducted at Brigham Young University (D. Shiozawa, Brigham Young University, personal communication) and one population at the University of Colorado (Martin 2008), it appears that at least 47 populations of Lineage GB exist west of the Continental Divide at the time of this writing. These populations are distributed across 14 counties in western Colorado and one in San Juan County, Utah (Figure 1). Populations are concentrated around the Grand Mesa (Figure 1) but range into the headwaters of the Colorado, Gunnison, and Dolores drainages as well. No Lineage GB populations were found in the Yampa, White, or Little Snake river basins where Lineage CR is pervasive (Figure 2). In fact, 59 of the 109 Lineage CR populations identified in this survey were located in the Yampa GMU, though good numbers (36) were also found in the Upper Colorado GMU (Figure 3).



**Figure 1: Geographic location of 47 Lineage GB cutthroat trout populations identified west of the Continental Divide as of August 2010.**

BLM_0062821



**Figure 2: Geographic location of 109 Lineage CR cutthroat trout populations identified west of the Continental Divide as of August 2010.**

## DISCUSSION

Given their broad geographic distribution and lack of a robust East Slope wild spawn operation from which to gather fertilized eggs, it seems unlikely that Lineage GB populations were established west of the Continental Divide by anthropogenic means as suggested by Metcalf et al. (2007). A more parsimonious explanation is that these fish are aboriginal at least to the Gunnison and Dolores basins, establishing east of the Continental Divide either on their own or with the aid of early fish culturists. As such, Lineage GB may represent a divergent lineage reflecting a complex past within Colorado River cutthroat trout. This scenario is consistent with Evans and Shiozawa's (2000) assertion that Colorado River cutthroat trout were



**Figure 3: The area of each pie is proportional to the number of cutthroat trout populations from each GMU that displayed less than 20% admixture with rainbow trout or Yellowstone cutthroat trout. Wedges from each pie represent the number that were Lineage CR (Gray) or Lineage GB (black). This study did not cover the Upper Green, Lower Green, or Lower Colorado GMUs.**

BLM_0062822

established first by an ancient invasion from the west which was then masked in many populations by subsequent invasions from the north out of Wyoming down the Green River drainage.

Of particular interest is the lack of Lineage GB populations in the Yampa GMU (White, Yampa, and Little Snake river drainages in northwestern Colorado and southern Wyoming). This area appears to be a stronghold for Lineage CR cutthroat trout and coincides with the native range of Colorado's only other native salmonid – the mountain whitefish *Prosopium williamsoni*. Whiteley et al. (2006) conducted a range-wide survey of mountain whitefish and found five genetically divergent assemblages that were organized around major drainages. Mountain whitefish in Colorado are likely most closely related to the Snake River assemblage perhaps invading from the north down the Green River drainage along with Lineage CR following the recession of the last ice age. It is noteworthy that mountain whitefish have become very common in the Colorado and Roaring Fork rivers following introductions in the 1940s, even though they are not native to those drainages (Feast 1938). Clearly, the habitat is not limiting, so the absence of mountain whitefish historically suggests that something else excluded them. Perhaps the desert confluence of the Colorado and Green Rivers provided a thermal barrier to movement out of the Green River into the Colorado River. Interestingly, mountain suckers *Catostomus platyrhynchus* are similarly restricted to the Yampa GMU (Woodling 1985), perhaps reflecting the invasion of an entire assemblage of fish species at the same time.

Whether Lineage GB, Lineage CR, or both are native to the Upper Colorado GMU is still difficult to discern, as both lineages are present in large numbers (Figure 3). Many of the Lineage GB populations are found in remote locations that might not have attracted much attention from early fish managers. Much of the Upper Colorado River is prime trout habitat, and it was those prime habitats that apparently attracted the subsequent stocking of potentially hybridizing species leaving remnant populations of pure cutthroat trout spread around the periphery of the range (Hirsch et al. 2006). While that might argue for Lineage GB as the aboriginal fish to the Upper Colorado GMU, it is true that unlike mountain whitefish, cutthroat trout are capable of invading the uppermost tributaries of headwater streams. That ability makes them much

better candidates for successful headwater transfers. Certainly there are numerous shallow divides near the headwaters of the White and Yampa rivers that could have acted as conduits for the natural migration of Lineage CR into the Colorado River Basin.

The presence of only Lineage CR fish in the San Juan River drainage was curious since that part of the state lies farthest from the Lineage CR stronghold in the Yampa GMU, and close to the Dolores and Gunnison GMUs where Lineage GB is pervasive (Figure 3). Metcalf et al. (2007) already suggested that one of these populations (East Fork Piedra River) was likely founded by stocking given the similarity of its genetic fingerprint to geographically remote populations to the north. Further research will be necessary to determine if the seven other populations in the San Juan GMU identified in this report also share DNA similar to more northerly populations such as Trappers Lake that provided large numbers of pure cutthroat trout to the state hatchery system, or whether they harbor unique haplotypes, suggesting remnant genetic diversity across the landscape.

Given the illustrious stocking history in Colorado over the last century (Wiltzius 1985), it will be challenging to completely resolve the native distribution of these lineages. Ongoing research at the University of Colorado studying museum specimens of cutthroat trout collected in the late 1800s will hopefully shed some light on the historic distributions of these fish prior to the bulk of fish culture activity in the state. A Colorado State University study exploring different visual characteristics between the lineages will also be illuminating. Piecing together the taxonomic past of these fish will be critical for providing information that will allow recovery efforts to resume.

## ACKNOWLEDGEMENTS

Dedicated biologists from state and federal agencies are thanked for securing tissue samples analyzed in the document. The Colorado Wildlife Commission, Sherman Hebein, Mark Jones, Mike Japhet, Greg Gerlich, and John Alves (Colorado Division of Wildlife); Christine Hirsch, Rick Henderson, Greg Eaglin, Chris James, and Clay Speas (U. S. Forest Service); Tom Fresques, and Patrick Lionberger (Bureau of Land Mangement); and David Nickum (Trout Unlimited) are all thanked for their financial contributions toward processing of the

BLM_0062823

tissues covered in this report. I also wish to thank John Wood, Janet Epp, and their diligent team at Pisces Molecular for conducting the molecular analyses used in this study and for providing results in a timely fashion. This manuscript was greatly improved with helpful reviews by Andrew Martin, Jay Thompson, Mark Jones, and Bruce Rosenlund.

## LITERATURE CITED

Behnke, R. J. 1992. Native trout of western North America. American Fisheries Society Monograph 6.

Behnke, R. J. 2002. Trout and salmon of North America. The Free Press.

Evans, R. P., and D. K. Shiozawa. 2000. The genetic status of selected cutthroat trout populations in Colorado. May 1, 2000. Brigham Young University, Provo, Utah.

Falush, D., M. Stephens, and J. K. Pritchard. 2007. Inference of population structure using multilocus genotype data: dominant markers and null alleles. Molecular Ecology Notes.

Feast, C. N. 1938. A preliminary study of the proposed whitefish transplanting in western Colorado waters. United States Forest Service report. Available: http://wildlife.state.co.us/Research/Aquatic/MountainWhitefish/ (April 2009)

Gresswell, R. E. 1988. Status and management of interior stocks of cutthroat trout. American Fisheries Society Symposium 4, Bethesda, Maryland.

Hirsch, C. L., S. E. Albeke, and T. P. Nesler. 2006. Range-wide status of Colorado River cutthroat trout (*Oncorhynchus clarkii pleuriticus*): 2005. Colorado Division of Wildlife, Denver. Available: http://wildlife.state.co.us/research/aquatic/cutthroat trout (April 2008).

Martin, A. 2008. Genetic identification of cutthroat trout in Rocky Mountain National Park based on mtDNA and microsatellite analysis. University of Colorado, Boulder.

Metcalf, J. L., V. L. Pritchard, S. M. Silvestri, J. B. Jenkins, J. S. Wood, D. E. Cowley, R. P. Evans, D. K. Shiozawa, and A. P. Martin. 2007. Across the great divide: genetic forensics reveals misidentification of endangered cutthroat trout populations. Molecular Ecology 16:4445-4454.

Pritchard, J. K., M. Stephens, and P. Donnelly. 2000. Inference of population structure from multilocus genotype data. Genetics 155:945-959.

Pritchard, J. K., X. Wen, and D. Falush. 2007. Documentation for structure software: Version 2.2. University of Chicago. Available: http://pritch.bsd.uchicago.edu/software. (June 2007).

Pritchard, V. L., K. Jones, and D. E. Cowley. 2007. Estimation of introgression in cutthroat trout populations using microsatellites. Conservation Genetics 8:1311-1329.

Rogers, K. B. 2007. A suggested protocol for collecting cutthroat trout tissues for subsequent genetic analysis. Colorado Division of Wildlife, Fort Collins.

Rogers, K. B. 2008. Using amplified fragment length polymorphisms to characterize purity of cutthroat trout in Colorado: results from 2007. Colorado Division of Wildlife, Fort Collins.

Rogers, K. B., and C. M. Kennedy. 2008. Seven Lakes and the Pike's Peak native (PPN): history and current disposition of a critical cutthroat trout brood stock. Colorado Division of Wildlife, Fort Collins.

Whiteley, A. R., P. Spruell, and F. W. Allendorf. 2006. Can common species provide valuable information for conservation? Molecular Ecology 15:2767-2786.

Wiltzius, W. J. 1985. Fish culture and stocking in Colorado, 1872-1978. Colorado Division of Wildlife, Division Report 12, Fort Collins, Colorado

Woodling, J. 1985. Colorado's little fish: a guide to the minnows and other lesser known fishes in the state of Colorado. Colorado Division of Wildlife, Denver.

BLM_0062824

Wild Trout X Symposium – Conserving Wild Trout (2010)

# Cutthroat Trout Phylogenetic Relationships with an Assessment of Associations Among Several Subspecies.

**Dennis K Shiozawa[1,3], R. Paul Evans[3], Peter Unmack[2], Andrew Johnson[2], and Jason Mathis[2]**

[1,2]Curator, Ichthyology Collection, Monte L. Bean Life Science Museum, Brigham Young University, Provo, Utah, 84602, shiozawa@byu.edu

[2] Department of Biology, Brigham Young University, Provo, Utah, 84602

[3] Department of Microbiology and Molecular Biology, Brigham Young University, Provo, Utah, 84602, evansp@byu.edu

**ABSTRACT** — We use multiple protein coding mitochondrial genes to investigate broader phylogenetic patterns across the range of *Oncorhynchus clarkii*. Three moderate to strongly resolved main lineages are identified. One forms a basal cluster consisting of coastal cutthroat trout *O. c. clarkii*, Lahontan cutthroat trout *O. c. henshawi*, and westslope cutthroat trout *O. c. lewisi*. The remaining two lineages are in a well supported clade. One of these includes the Yellowstone cutthroat trout *O. c. bouvieri* and Bonneville cutthroat trout *O. c. utah* of the Bear River Basin of Utah and Idaho. The other lineage consists of Colorado River *O. c. pleuriticus*, greenback *O. c. stomias*, Rio Grande *O. c. virginalis*, and Bonneville (main Bonneville Basin) cutthroat trout. The subspecies are strongly resolved, but separation of subspecies within lineages is not strongly supported by bootstrap values. Two groups, the Yellowstone and Bear River Bonneville cutthroat trout, and the greenback cutthroat trout have proven to be problematic relative to their taxonomic status as well as original distribution. These are further examined to help resolve their biogeographical history.

## Introduction

The phylogeography of aquatic organisms in western North America has been strongly influenced by the complex geological history of the region (Hubbs and Miller 1948; Smith 1981; Taylor 1985). Different dispersal capabilities of taxa, both invertebrate and vertebrate, appear to be important in the dispersal paths that the organisms have taken (Kauwe et al. 2004; Houston et al 2010; Stutz 2010). Fishes, because they require sufficient water to avoid seasonal and long-term temperature extremes and desication, carry genetic signals that are more constrained over geological history than are those of aquatic invertebrates (Taylor 1985; Stutz 2010).

Our work on native fishes in the basins of Western North America has also documented further subdivisions of dispersal ability among fish taxa. Cyprinids tend to show pre-Pleistocene dispersal patterns, in the range of 5 to 15 million years (Billman et al 2010; Houston et al 2010). Cottids show both recent and pre-Pleistocene dispersal as do catostomids (Shiozawa, Unmack, and Evans unpub-

lished data). Cutthroat trout, *Oncorhynchus clarkii*, have generally been assumed to have dispersed through the west much more recently (Hubbs and Miller 1948; Behnke 1992, 2002; Wilson and Turner 2009). Their ability to leap barriers and to inhabit cold, low order, high elevation streams increases their likelihood of dispersing through headwater capture events that tend to exclude other fishes. Yet that does not prevent trout from also dispersing with other fish species; hence, a general phylogeny of cutthroat trout may give insight into both recent transfer events as well as less frequent events that allow major faunal exchanges between basins.

Beyond their role in recording multiple windows of geologic history, cutthroat trout are important relative to current conservation issues. Several subspecies are threatened, and the remainder is classified as species of concern by state and federal agencies. A better understanding of their phylogenetic relationships, between and within subspecies, will improve the precision of management decisions. We need to understand exactly what comprises the lineages that are being managed and how much

BLM_0062825

genetic variation exists within those lineages. Improper or incomplete identification and classification can lead to critical populations being either omitted from consideration or lumped together with less critical populations, thus generating a false sense of stability or robustness of populations or subspecies.

Attempts to understand the phylogentic relationships among cutthroat trout have been made with a variety of approaches. Behnke (1992, 2002) compiled a cutthroat trout phylogeny based upon a combination of morphological characters, meristics, karyotypes, and geographic proximity. These relationships have been further examined by molecular approaches, including allozymes (Loudenslager and Gall 1980; Allendorf and Leary 1988) and DNA-based phylogenies (Smith et al 2002; Pritchard et al 2009; Wilson and Turner 2009). It appears that the associations among cutthroat trout subspecies, whose phylogenies are shallow in time, are resolvable with mitochondrial DNA (mtDNA).

Our goals are (1) to generate a comprehensive phylogeny within the cutthroat trout, and (2) to further examine relationships among several problematic subspecies using haplotype networks based on multiple mtDNA genes.

## METHODS

### DNA isolation and sequencing

We selected four genes, NADH dehydrogenase subunit 1 (ND1), NADH dehydrogenase subunit 2 (ND2), ATPase, and cytochrome b (Cytb), for amplification. Tissues and DNA archived in the Monte L. Bean Life Science Museum fish tissue collection at Brigham Young University (BYU) were used for the samples presented in this paper. We extracted total DNA from muscle or fin tissue using the DNeasy Tissue Kit (QIAGEN Inc., Chatsworth, CA). Nuclear and mitochondrial gene regions were amplified by polymerase chain reaction using appropriate primer pairs. Final concentrations for polymerase chain reaction (PCR) components per 25 µL reaction were as follows: 25 ng template DNA, 0.25 µM of each primer, 0.625 units of Taq DNA polymerase, 0.1 mM of each dNTP, 2.5 µL of 10X reaction buffer and 2.5mM MgCl2. Amplification parameters were as follows: 94°C for 3 min followed by 35 cycles of 94°C for 30 s, 48°C for 30 s, and 72°C for 60 s, and 72°C for 7 min. We examined PCR products on a 1% agarose gel using

SYBR safe DNA gel stain (Invitrogen, Eugene, OR). Nuclear genes were re-amplified using nested PCR using various primer combinations. We purified PCR products using a Montage PCR 96 plate (Millipore, Billerica, MA). Sequences were obtained via cycle sequencing with Big Dye 3.0 dye terminator ready reaction kits using 1/16th reaction size (Applied Biosystems, Foster City, CA). Sequencing reactions were run with an annealing temperature of 52°C following the ABI manufacturer's protocol. We purified sequenced products using sephadex columns. Sequences were obtained using an Applied Biosystems 3730 XL automated sequencer at the Brigham Young University DNA Sequencing Center.

### Analysis of DNA sequence data

DNA sequences were edited using Chromas Lite 2.0 (Technelysium, Tewantin, Queensland, Australia) or Sequencher 4.0 (Gene Codes Corporation, Michigan, United States) and imported into BioEdit 7.0.5.2 (Hall 1999) then aligned by eye. Protein coding sequences were checked for unexpected frame shift errors or stop codons in Mega 4.0 (Tamura et al. 2007) or Sequencher 4.0. For ML analysis we used RAxML 7.2.3 (Stamatakis 2006a; Stamatakis et al.2008) by bootstrapping with 1000 replicates using GTRGAMMA model (Stamatakis 2006b) on the CIPRES cluster at the San Diego Supercomputer Center to place the new sequences into context with our existing sequences from a range of western USA salmonids. Haplotype networks were also generated using the program TCS v1.21 (Templeton et al. 1992; Clement et al. 2000) for greenback cutthroat trout, *Oncorhynchus clarkii stomias*, haplotypes.

## RESULTS

The combined mitochondrial genes, ND1, ND2, ATPase, and Cytb found 193 phylogenetically informative, 237 uninformative, and 3,219 invariant nucleotide positions. A maximum likelihood phylogeny (Figure 1) based on 3,649 nucleotide sequences generated three supported clades. One includes coastal cutthroat trout *O. c. clarkii* westslope cuthroat trout *O. c. lewisi* and Lahontan cutthroat trout *O. c. henshawi* supported with a ML bootstrap value of 62%. The remaining extant interior cutthroat trout separate into two well supported clades, a Yellowstone cutthroat trout *O. c. bouvieri*, and Bear River

BLM_0062826

Bonneville cutthroat trout *O. c. utah* clade (ML support 100%), and a Colorado River cutthroat trout *O. c. pleuriticus* greenback cutthroat trout, Bonneville cutthroat trout, and Rio Grande cutthroat trout *O. c. virginalis* clade.

The TCS haplotype network combining the Bear River cutthroat trout and the Yellowstone cutthroat trout separates them into two distinct groups (Figure 2). The Yellowstone cutthroat trout from both the Yellowstone River Basin and the Snake River form a closely related network, sharing some haplotypes in both basins. The Bear River Bonneville cutthroat trout forms a separate network 9 to 12 steps removed from the nearest Yellowstone cutthroat trout haplotype. Three haplotypes from the Snake River are aligned peripherally with the Bear River clade. These three haplotypes appear to be derived and are four to five steps removed from the nearest Bear River haplotypes.

Sufficient information existed to generate an informative haplotype network for the greenback cutthroat trout (Figure 3). Both ND4L/4 and ND2 contain the majority of the parsimony informative sites (those providing information about phylogenetic relationships) while the other genes only provide a single parsimony informative base change each. Combining ND4L/4, ND2, ATPase, and Cytb resulted in seven haplotypes. These were used for generating the data for the haplotype network. The greenback cutthroat trout TCS network showed haplotypes separated by from one to15 steps. The most similar haplotypes were from North Taylor and Como creeks in the Arkansas River Basin, where a single nucleotide difference of the 3,894 nucleotides separates the two. These two haplotypes form the most distant group, Como Creek being 10 steps away from the next most similar haplotype, Cabin Creek (Figure 3). The remaining haplotypes range from nine to four steps away from one another. Most of these are from the Colorado River Basin but one, the South Prong of Hayden Creek, is an Arkansas River Basin population. It is a minimum of seven steps away from the Colorado River haplotypes.

BLM_0062827



To learn more about the Bear Creek greenback cutthroat trout, watch an interview with CPW Senior Aquatic Biologist Doug Krieger at the following link: Bit.ly/bcgreenback

# Piecing Together the Past

## Using DNA to resolve the heritage of our state fish

### By Dr. Kevin Rogers



*MAP BY GRANT WILCOX*



The cutthroat trout in Bear Creek are the only remaining fish that share the genetic fingerprint with specimens collected in the late 1800s from across the South Platte Basin (approximate collection locations shown with yellow stars).

© *KEVIN ROGERS/CPW*

BLM_0062828

Several years ago, researchers at the University of Colorado (CU) in Boulder created quite a stir when they published a paper in the journal *Molecular Ecology* suggesting that half of the greenback cutthroat trout populations in the state were actually Colorado River cutthroat trout, native to the Western Slope. ❧ The resulting media coverage focused on how biologists could possibly have confused Colorado River with greenback cutthroat trout, but indeed the two were always difficult to separate. In fact, experienced taxonomists reported major overlap in visual characteristics between the two, and even the world's foremost salmonid expert, Robert Behnke, Ph.D., maintained they could not clearly be separated. ❧ This news received both national and international media coverage, in part because the story of the greenback cutthroat trout was held as one of the shining stars of the Endangered Species Act (ESA).

## AN ELUSIVE TRAIL

The greenback was thought to be extinct by 1937, but several relict populations were discovered and used in a recovery effort that spanned three decades. The species was downlisted to "threatened" status in 1978, and the Greenback Recovery Team was approaching the goal of having the 20 self-sustaining populations necessary to remove the greenback from the ESA list. The new assertion that most of these populations were not greenback, but rather Colorado River cutthroat trout, dealt a significant blow to recovery efforts.

The desire to clearly distinguish Colorado's native cutthroats spawned extensive genetic testing in the mid-'90s with the hope of finding molecular markers that would make the distinction clear. Unable to identify any, the recovery team had to continue to rely on existing science to guide management decisions. Ultimately, geographic location was used to assign native trout to either subspecies.

A clearer picture of native trout taxonomy in Colorado began to emerge when the team at CU suggested that — in fact — good molecular markers were apparent, but they were being masked by a jumbled distribution of the fish.

They proposed that stocking in the early part of the 20th century was responsible for the presence of Colorado River cutthroats in Eastern Slope waters. They also identi-



Trappers Lake with the Colorado Parks and Wildlife cabin and the Cabin Creek weir in the foreground where the bulk of fertilized eggs were produced and sent to state hatcheries.

September/October 2012

29

BLM_0062829

## Chris Kennedy — Fish Sleuth

Otto Peterson and crew prepare to strip eggs from a large female trout on the Grand Mesa in the early 1900s.

© PHOTO COURTESY OF BETTY KENDRICK

The scale of production of wild trout native to Colorado was dramatically underappreciated until the U.S. Fish and Wildlife Service's Chris Kennedy dug up everything he could about the production of native trout in Colorado.

In addition to his regular duties as a fish biologist, Kennedy spent five years scouring the state in search of information about the stocking of "blackspotted" or "natives" as they used to be called, by state, federal and private hatcheries in Colorado's past.

He stitched together a history that includes a minimum estimate of native cutthroat trout produced in the state and released back into its waters from 1872-1951. Kennedy scanned state and federal fish commissioner reports, state archives, records from agencies around the country, and local newspaper archives to compile a comprehensive cutthroat trout stocking database for the state.



Outlet weir at Trappers Lake used to collect spawning cutthroat trout.

While Colorado Parks and Wildlife (CPW) has a robust digital stocking database that covers activities back to 1952, what was produced by the hatchery system before then was much less clear.

Initial efforts producing cutthroat trout appear to have started with private residents, around the same time as movement of trout between waters was first documented, in 1873. Then, two men named Cushman and Barrett collected trout in Bear Creek and "brought over one hundred live ones, which were placed in Green Lake... In a few summers our favorite lake will be stocked to repletion with delicious trout, and they will become as cheap and common as potatoes." (Colorado Miner, July 8, 1873). Actions soon escalated rapidly to include state and federal efforts to establish trout fishing opportunities for the public good by the late 1880s.

Some of Kennedy's research results are startling. He discovered that, in a 12-year period from 1914-1925, the state fish commission not only produced at least 26 million trout from Trappers and Marvine lakes, but stocked them in virtually every county that could support trout in the state.

While the state busied itself producing eggs in these areas at the headwaters of the White River, federal fish culturists were obtaining eggs from several lakes on the Grand Mesa — through an agreement with a British gentleman who owned a hatchery and numerous lakes there.

William Radcliffe, who purchased the property in 1896, took offense when Delta County locals considered it their right to descend on his lakes each spring to seine and snag — even dynamite — his spawning runs of cutthroat trout to secure fish for the year. To curb this behavior, he hired game wardens to patrol the grounds. A confrontation at Island Lake resulted in one game warden shooting several locals, killing one of them. The incensed community sent a lynch mob to Alexander Lake to get even, burning Radcliffe's buildings to the ground. Fearing for his life, Radcliffe returned to England, then received restitution from the U.S. government for his losses.

Though Radcliffe was gone, fish culturists at the new Federal hatchery near Leadville continued to take spawn from those same lakes. With good records from that operation, they produced 29 million eggs during an 11-year period from 1899-1909. Like the state-led operation at Trappers Lake, these fish were distributed around Colorado in streams that could support them.

These two wild spawn operations alone provide a clear mechanism for how cutthroat trout strains — native to the Colorado and Yampa River basins — found their way east of the Continental Divide. It appears that descendants of these efforts remain up and down Colorado's Front Range, persisting in waters where barriers to migration have protected them from invasion by non-native brook, brown and rainbow trout.

U.S. Fish and Wildlife Service fisheries biologist Chris Kennedy. © Kevin Rogers/CPW

### STOCKING WAS PERVASIVE

Researchers suggested stocking played a role in the distribution of cutthroat trout because their DNA indicated populations on opposite ends of the state were often more closely related than those in neighboring drainages — a phenomenon not seen in distributions of other native fish species.

Although biologists recognized that trout stocking was an integral part of Colorado's past, it was clear that a more thorough understanding of what actually went on in the early 1900s was needed.

Enter Chris Kennedy — biologist and fish genealogist for the U.S. Fish and Wildlife Service (see sidebar). Kennedy's sleuthing skills and passion for digging through old archives revealed valuable findings. Specifically, he was able to recreate a stocking history that the records at the time only hinted at.

Indeed, stocking was pervasive.

Although wild spawn operations took place in a number of waters around Colorado, the primary egg source for the state in the early years was Trappers Lake, at the headwaters of the White River.

Biologists began taking eggs from there in 1903, sending 750,000 to the hatchery in Steamboat Springs that year. In 1908, they took a record 10 million eggs out of Trappers and neighboring Marvine Lakes — even using those eggs to establish a brood source for native cutthroat trout on the south slope of Pikes Peak that produced many more.

They stopped taking eggs from Trappers Lake after a population crash in 1938 then started again after World War II, when hybridizing trout species were introduced into the lake. By then, spawning runs in the headwaters of the White River had likely produced more than 80 million fertilized pure cutthroat trout eggs for hatcheries around the state.

Federal fish culturists based out of the Leadville National Fish Hatchery were not idle during that time either, collecting large numbers of fertilized eggs from native cutthroat trout on the Grand Mesa. Despite it being a rather spartan operation, they were able to produce as many as 7 million fish a year from that facility. These fish were scattered widely around the state as well.

### A LEGACY IS TRACED

The stocking records made it clear that, to get a firm understanding of the distribution of native cutthroat trout in Colorado, specimens housed in museums that had been collected prior to the bulk of stocking activities needed to be examined.

fied an alleged greenback population west of the Continental Divide.

Also at this time, biologists with Colorado Parks and Wildlife (CPW) partnered with Pisces Molecular, in Boulder, to develop another molecular test. It also suggested a genetic basis for differences between Colorado's native trout. Major survey efforts

of cutthroat populations on the Western Slope also identified many more of these "greenback" populations using this test.

By 2010, more than 50 populations of "greenback" were discovered west of the Divide, casting doubt on the notion that fish with this genetic fingerprint were actually native to the Eastern Slope.

Colorado Outdoors

Fortunately, trout have long held the interest of naturalists and, in fact, there are fairly extensive collections in museums around the country, collected by notable individuals like David Starr Jordan, Louis Agassiz, Ferdinand Hayden and others who had a hand in exploring the West.

Although some of these specimens are more than 150 years old and have very degraded DNA, the CU team was able to use cutting-edge molecular methods — both here in Colorado and at the Australian Center for Ancient DNA — to piece together fragments long enough to classify these specimens into different groups.

The study proved that genetically distinct cutthroat trout lineages could be found in virtually every major drainage basin in Colorado. Two distinct lineages of Colorado River cutthroat trout were found on the west side of the Divide — one called the White and Yampa rivers home, the other centered around the Grand Mesa. Both lineages are established on both sides of the Continental Divide today, likely as a result of long-bygone stocking efforts originating from eggs taken from Trappers Lake and the Grand Mesa Lakes.

The study also showed a third lineage was historically found on the western side of the Divide, native to the San Juan basin. Unfortunately, CPW biologists have not been able to find any descendants of that lineage in current cutthroat trout populations.

## A GIANT GOES MISSING

Museum specimens of the extinct yellowfin cutthroat trout were also easily distinguished by their DNA. It appears that this regal fish, routinely topping the scales at more than 10 pounds, did indeed go extinct shortly after it was discovered. Twin Lakes fish surveys in 1902 and 1903 failed to find any remaining individuals.

Many hoped that since fertilized eggs were taken from Twin Lakes, that they may have become established elsewhere — even as far away as France. Unfortunately, despite extensive testing, no descendants of this fish living today have been found.

The museum data challenges the long-held belief that the yellowfin were native to just Twin Lakes, as early taxonomists had suggested. Rather, data tells us they could be found up and down the Arkansas River basin.

## GREENBACKS: AN ACCIDENTAL PRESERVATION

The most intriguing news from the study centers on the greenback cutthroat trout — Colorado's state fish.

The "type specimens" — those used by E. D. Cope to describe the subspecies in 1871 — are not greenbacks at all, but rather Rio Grande cutthroat trout (*see Hammond sidebar*).

A future president of Stanford University, David Starr Jordan, was the first to coin the term "greenback" to describe these fish. It's clear in his 1891 writings that he intended the name to apply to "trout of the Platte" — thought to have gone extinct in 1937.

While the greenback cutthroat trout appeared to have been rediscovered in 1969 in a few small streams isolated from non-native trout, only the fish in Bear Creek share the genetic fingerprint of those collected across the South Platte basin in the late 1800s, prior to large-scale stocking activities.

Affectionately called "weird" Bear Creek because the fish look a little odd, with spots on the belly and large parr marks, even on adults, the DNA obtained from this population was analyzed in 2002.

Despite showing no evidence of hybridization with rainbow trout or Yellowstone cutthroat trout, they were not included in the greenback broodstock or recovery efforts because they just didn't look quite right. These descendants of the South Platte natives are actually found in the Arkansas basin, above several large waterfalls that have protected them from invasion by other trout species.



Cutthroat trout hatchery on the shores of the Grand Mesa Lakes in June, 1907 (from the Bulletin of the United States Bureau of Fisheries, 1908, Volume XXVIII)

*FROM THE BULLETIN OF THE UNITED STATES BUREAU OF FISHERIES, 1908, VOLUME XXVIII*



*MAPS BY GRANT WILCOX*

Historically, native cutthroat trout could be found in streams allocated among eight major drainage basins (colored areas) in Colorado. The traditional view (left) was that all five drainages west of the Continental Divide were home to Colorado River cutthroat trout, while greenback cutthroat trout lived in the South Platte and Arkansas basins, and the headwaters of the Rio Grande contained its own namesake. This study suggests that outside of the Colorado/Gunnison/Dolores complex, each major basin supported its own distinct lineage.

BLM_0062831

This stream was likely fishless historically. But in 1873, J. C. Jones (who homesteaded 160 acres in the headwater area) — in hopes of establishing a hotel to take advantage of tourist traffic traveling up Bear Creek to the summit of Pikes Peak — may have also been culturing trout. In 1882, a visitor related that Jones "strode back to the work of digging big stones out of his fish pond."

Only two hatcheries were producing natives at that time — one on Trout Creek in the South Platte basin north of Woodland Park, and a facility in Colorado Springs, owned by Col. George De La Vergne, who reportedly collected his broodstock "in the mountains."

The closest, most easily accessible wild trout population to both De La Vergne and Jones would have been the same Trout Creek. While the true greenback cutthroat trout may have indeed gone extinct across its native range in 1937, these early propagation efforts seem to have inadvertently preserved the legacy of our state fish in another drainage.

### THE ROAD AHEAD

While this work will certainly make the U.S. Fish and Wildlife Service reevaluate the greenback cutthroat trout recovery program goals and objectives, it is important to recognize that past recovery efforts were not in vain.

A large part of those efforts involved developing and protecting secure habitats where cutthroat trout can persist without being invaded by non-native salmonids that displace or hybridize with them.

Thanks to the work of dozens of dedicated biologists, there are now many more populations of native cutthroat trout than when the program started. Their efforts helped secure the pieces of our cutthroat legacy while classification uncertainties were sorted out. Now, the job remains to continue protecting and securing the genetic diversity bestowed on us for future generations. 

*Dr. Kevin Rogers is an aquatic research scientist for Colorado Parks and Wildlife, specializing in cutthroat trout.*



© KEVIN ROGERS/CPW

## Fishing through History

There I was . . . floating in my belly boat on South Delaney Butte Lake, when I got a call from an exasperated Jessica Metcalf. As one of the leaders of the University of Colorado research effort, she had spent the weekend working on DNA from greenback cutthroat trout "type" specimens.

Historically significant, these were the specimens gathered by Army surgeon William Hammond, stationed at Fort Riley, Kan. In 1856, he sent them to the Academy of Natural Sciences in Philadelphia. In 1871, Edwin Cope used these same specimens to define what an "*O. c. stomias*" (greenback cutthroat trout) was.

Though degraded over time, Metcalf pieced together the DNA sequence of a mitochondrial gene used to identify the different cutthroat trout subspecies. Her exasperation? Rather than the greenback cutthroat trout, the genetic fingerprint looked like that of a Rio Grande cutthroat trout instead.

Given her unexpected results, I set out to find more about these collections. What I discovered was a fascinating tale of life in the West, prior to the Civil War, decades before Colorado became a state.

### MYSTERIOUS ORIGINS

As a former student of salmonid expert, Robert Behnke, I remember him regaling us with stories of the mystery surrounding these greenback specimens.

In his writings, he suggests all labels on specimens Hammond collected on the 1856 expedition said "Fort Riley, Kansas." However, in an 1872 description of greenbacks, the location was listed as "South Platte River, Kansas," but the South Platte does not enter Kansas, nor could trout persist in any of the warm streams around Fort Riley — even back in 1856.

Behnke surmised they could have been collected on an expedition to chart a wagon road from Fort Riley to Fort Bridger. The officer in command, Lt. Francis T. Bryan, supervised the building of roads in the Kansas and Nebraska territories from 1855 to 1858. That expedition would have encountered the South Platte and could therefore have collected the specimens there and merely shipped them from Fort Riley in 1856. Yet this explanation falls apart when compared with Hammond's actual field notes at the Academy of Natural Sciences in Philadelphia, which are clearly dated 1857, rather than 1856.

After encountering resistance from Native Americans on the first expedition in 1856, Lt. Bryan had difficulty recruiting laborers to go along on the 1857 expedition. It wasn't until he guaranteed a military escort and a surgeon would accompany them that he was able to launch the expedition.

Fortunately for cutthroat trout enthusiasts everywhere, Hammond was that surgeon. A diligent naturalist, Hammond took detailed notes of all the specimens of fish, amphibians and insects he collected along the way — so detailed I was able to assign map coordinates to each of the specimens. Plotting those points on a map of the Kansas and Nebraska territories revealed that the 1857 journey went out and back from



Fort Riley. It is apparent Hammond never made it anywhere close to the South Platte River. Additionally, his notes suggest that trout were only collected at one location on the journey —"in streams on Pacific slope" of the Continental Divide near Bridger's Pass "706 miles west of Fort Riley," which would have been Colorado River cutthroat trout.

### A RIO GRANDE CONNECTION

A more likely explanation is alluded to in letters Hammond wrote to several esteemed scientists at the academy in Philadelphia. On June 18, 1855, he wrote to Joseph Leidy, "I expect to leave in a few weeks for the plains, having been designated to accompany a topographical party who are ordered to survey a route from this post [Fort Riley] to Santa Fe, New Mexico. I will be absent about two months."

A year later he followed that letter with another to a beetle aficionado named John LeConte. On Aug. 24, 1856, Hammond wrote "I sent a large box of specimens in Natural History a month since to the Academy. Has it been received yet?"

Perhaps, these samples showed up in Philadelphia in the fall of 1856 and were then simply labeled as Fort Riley, 1856. The most compelling evidence for this explanation comes from museum data. The closest present-day genetic match to Hammond's greenback cutthroat trout specimens come from the Rio Mora, just outside of Santa Fe.

Though not discussed in his more recent writings, Behnke suspected the type specimens could indeed be Rio Grande cutthroat trout. In a letter to the curator at the academy, dated Jan. 20, 1967, he mentions the specimens had fewer scales than expected "for the native greenback cutthroat trout of the South Platte." This led him to believe these were not the specimens collected by Hammond, or, if they were, they did not come from the South Platte.

Further curiosities were noted by one of Behnke's master-degree students who suggested "some populations of Pecos cutthroat trout exhibited a striking similarity to greenback cutthroat trout in their spotting pattern."

Metcalf's work seems to have vindicated Behnke's questions regarding the type specimens, and illustrates another reason why it was so difficult to visually separate greenback cutthroat trout from Colorado's other native cutthroat trout subspecies.

More specific details from Hammond's collections and transcriptions of letters to others at the Academy of Natural Sciences at Philadelphia can be found at http://wildlife.state.co.us/research/aquatic/CutthroatTrout

**This image:** Locations of specimens collected by William Hammond on his 1857 expedition to Fort Bridger from Fort Riley with current state boundaries in gray. At left: Leaders of the CU research effort, Dr. Jessica Metcalf and Dr. Andrew Martin prepare samples in the lab.

Army surgeon William Hammond pictured in 1862

PHOTO COURTESY OF THE NATIONAL MUSEUM OF HEALTH AND MEDICINE, AFIP

Colorado Outdoors



## Seven Lakes and the Pike's Peak native (PPN): history and current disposition of a critical cutthroat trout brood stock

June 21, 2008

Kevin B. Rogers, Aquatic Research, Colorado Division of Wildlife, P.O. Box 775777, Steamboat Springs, CO  80477, kevin.rogers@state.co.us.

Christopher M. Kennedy, Colorado Fish and Wildlife Assistance Office, U. S. Fish and Wildlife Service, 1131 Fairway Club Circle, Unit B2, Estes Park, CO  80517, chris.kennedy@fws.gov.

---

### *Introduction*

Recent advances in molecular science have allowed researchers to dig deeper into the heritage of Colorado's existing native cutthroat populations creating a debate over their actual origin (Metcalf et al. 2007, Behnke 2008).  Metcalf et al. (2007) suggested that the stocking of hatchery produced fish was responsible for the apparent presence of fish with what they suggest is a greenback cutthroat trout genotype (LineageGB) west of the Continental Divide.  Inspection of additional populations west of the Divide with amplified fragment length polymorphisms (AFLPs) suggests that the presence of this

BLM_0062833

genotype is much more pervasive than originally anticipated (Rogers 2008), and could reflect a more complex phylogenetic past that has been masked by recent hatchery activity. In an effort to help explain this paradox, the history of the Seven Lakes - one of Colorado's primary historic cutthroat trout brood lakes (Figure 1), was explored.



FIGURE 1:  A Leadville National Fish Hatchery employee fertilizes trout eggs at the Seven Lakes in Pike National Forest circa 1913.  This image appeared in the October 1914 edition of American Forestry.

## *History*

Although natural lakes did occur on the south slope of Pike's Peak (Figure 2), the city of Colorado Springs set about enlarging the existing water supply by constructing dams on Middle Beaver Creek when they acquired the property in the late 1890s.  The city of Colorado Springs first started diverting water from this drainage with a pipeline built in 1890.  A congressional grant had already given the lands around what is now Lake Moraine (Figure 3) to the city of Colorado Springs, and a dam was completed there in 1891.  In 1894 Boehmer Reservoir (Colorado Springs #2) was constructed on Boehmer Creek upstream of Seven Lakes.  The city purchased Seven Lakes from a private owner in 1902 and construction of Mason Reservoir (Colorado Springs #4) and McReynolds Reservoir (Colorado Springs #5) followed shortly thereafter with both completed in 1905.  Leaks in the dam on Mason Reservoir prevented it from being used as a water supply until 1915.

2

BLM_0062834



FIGURE 2:  The Seven Lakes before dams were built in 1904-05.  The view is toward the
west from the slope of Almagre Mountain, then known as Bald Mountain or Mt.
Baldy.  Two buildings are visible to the right of the largest lake.  Image courtesy
of the Tutt Library Special Collection, Colorado College, Colorado Springs.



FIGURE 3:  The Seven Lakes lie directly south of the summit of Pike's Peak and west of
Colorado Springs.  Lake Moraine sits northeast of Mason and McReynolds
Reservoirs located in the lower center of the map.

3

The Seven Lakes were on popular route to the top of Pike's Peak, and owners constructed a hotel in the mid 1870s to attract tourists. Nearby waters already contained fish, as the January 2, 1891 edition of the White Pine Cone suggested that several hundred two and a half inch trout were stocked in the then fishless Lake Moraine. Newspaper articles from the Colorado Springs Gazette in 1878 and 1885 suggest that the Seven Lakes did not contain fish, but the owners intended to stock them. Plans to stock the lake were abandoned when a much shorter route up Pike's Peak was developed, forcing the hotel to shut its doors in 1890.

The Seven Lakes were stocked sometime between 1905 (when the dams on Mason and McReynolds Reservoirs were completed) and 1909, two years before the Leadville National Fish Hatchery began collecting eggs from adult fish. The August 19th 1908 edition of the Colorado Springs Gazette maintained that "water is again being stored in No. 5" suggesting that there might not have been much water (if any) immediately prior to that date. On August 14th, 1910, the same publication reprinted a letter from the Colorado Springs water superintendent to the mountain caretakers reminding them that fishing is prohibited in the city's reservoirs and that "that this applies more to our reservoir No. 5". For fish to have achieved a size of interest to anglers by 1910, they would likely have been stocked late in the summer of 1908, when eggs taken that year would have reached fingerling size appropriate for release. Leadville only collected eggs from the Grand Mesa Lakes in 1908, and the state collected cutthroat trout eggs from Emerald, Marvine, and Trappers Lake that year. It is unlikely that Emerald Lake was the source, as they were already hybridized with rainbow trout by 1908 (Van Velson 1985), yet rainbow trout alleles did not appear in the Seven Lakes populations. Given the sheer volume of eggs the state produced at Trappers Lake, it is likely that operation produced the founding eggs, however the state did buy fertilized eggs from the Grand Mesa Lakes in 1908. Amongst the State of Colorado stocking records is a request from 1908 by the City of Colorado Springs to stock Reservoir #5 (McReynolds Reservoir) with 15,000 trout, however there is no corresponding stocking record, nor do the local papers suggest that a stocking took place. The 1907-08 Biennial report of the Colorado State Game and Fish Commissioner states: "I have established a station at Russell's Lake, near Trinidad,…and one near Colorado Springs…We have stocked these field stations with fish and within a year or two more expect to be able to take spawn from such places." Other statements in the same paragraph suggest these stations were stocked with cutthroat trout. There are two stocking records for cutthroat trout into Boehmer Reservoir, as well as the above request for McReynolds Reservoir, from 1908. Perhaps one of these waters was the station the Commissioner was referring to. Both releases came from the Glenwood hatchery, again suggesting that Trappers Lake was the most likely source.

The first confirmed Federal stocking record into the Seven Lakes came from the Leadville National Fish Hatchery in 1911, when the "water company reservoirs" near the town of Clyde (Figure 4) were reported to have received fish. Hatchery employees from Leadville first started collecting eggs from Seven Lakes in 1911 so that could not have been the founding stocking event. Records suggest that the Leadville Hatchery sent an employee to the Seven Lakes to take spawn in 1911, 1912, 1913, 1917, and 1918. In

4

addition, eggs for Leadville Hatchery production of cutthroat trout also came from Yellowstone Lake, Wyoming and Antero Reservoir in South Park during the 1910s. It has been suggested that the latter may have been introgressed with rainbow trout and were not used at Leadville until 1917 (Wiltzius 1985). In fact, the Bureau of Fisheries reports specifically list collection of rainbow trout eggs from Antero Reservoir in 1914, 1915, 1916, and 1917. The only direct evidence of rainbow trout ever being released in the Seven Lakes comes from a newspaper account and stocking record in the Colorado Springs Gazette on August 20, 1911 that indicates rainbow trout were placed in Mason Reservoir. Molecular evidence suggests that these fish did not pass alleles on to the population that persisted until the 1996 reclamation (see below).

 

FIGURE 4: The thriving community of Clyde in 1920 (left) with what appear to be fish ponds in the foreground. Although they are not identified as such, the document previously suggests that pictures "from the early 1900's show Upper Clyde with several buildings and manicured fish ponds that were stocked and where, reportedly, one could catch a beautiful trout, and take it to the restaurant to be cooked and served." (from the Mrs. W. D. Corley Collection). The ponds persist today (right), but the buildings are gone.

Clyde was the closest town to the Seven Lakes and a stop on The Colorado Springs and Cripple Creek District Railroad, which operated between 1901 and 1920. The presence of the railroad in close proximity to Seven Lakes allowed for ease in transporting fish to this location. To further complicate matters, the Glen Rock Hatcheries Company operated in Clyde during the 1910s and could also have been a source of fish for Seven Lakes. Several modern cabins are all that can be found in Clyde today.

Former aquatic senior biologist Don Wurm's first recollection of spawning cutthroat trout on Pike's Peak came in 1957 when he was a young game warden in Pueblo. He participated in a wild spawn operation on McReynolds Reservoir. He did not recall if any egg take operations occurred prior to that point, but did believe that Yellowstone cutthroat trout were stocked at the time or just before then. He thought that Yellowstone cutthroat trout were introduced between 1954 and 1956 in both McReynolds Reservoir

5

and Mason Reservoir. Snake River cutthroat trout were later added to the mix, but managers decided that was a bad idea, removing them when they were subsequently encountered.

Given the history of Yellowstone cutthroat trout introductions, reclamation of the entire drainage was planned. The City of Colorado Springs drained Boehmer Reservoir in 1984 to conduct repairs on the dam. The Colorado Division of Wildlife (CDOW) took advantage of the opportunity to reclaim the remaining pool as well as the stream and tributaries that feed it by applying powdered rotenone in September of 1984. A new population of fish was founded from an Arkansas basin greenback cutthroat trout that was propagated at the Saratoga National Fish Hatchery in Wyoming, and the Columbia Lab in Denver at the direction of the Greenback Recovery Team. These fish were derived from wild spawn operations performed at Lytle and McAlpine Ponds (Young et al. 2002) at Fort Carson. These two Fort Carson sources were established by translocating fish from a putative aboriginal population of greenback cutthroat trout in Cascade Creek in the Huerfano River drainage of southern Colorado in 1980 (McAlpine Pond) and 1981 (Lytle Pond). Reclamation efforts then moved downstream, clearing Boehmer Creek and Mason Reservoir out in 1996, and McReynolds Reservoir in 1999. Adults salvaged from McReynolds Reservoir prior to the reclamation were moved to Lake Moraine, but it is doubtful that any remain today.

## *Recent status*

Winterkill continues to be a problem in the shallow waters of Bighorn Reservoir (Colorado Springs #7) and Wilson Reservoir (Colorado Springs #8), and they remain fishless. No recent stocking has occurred in these two reservoirs (at least since 1977), but Boehmer Reservoir was stocked with greenback cutthroat trout raised at Saratoga from Cascade Creek origin fish at Lytle and McAlpine Ponds in 1985, 1986, 1987, and 1988. No recent stocking of Mason Reservoir has occurred, but eggs derived from the spawn operation on Mason Reservoir (PPN) were released into McReynolds Reservoir from 1974-1998 to allow for continued egg takes there. This lake does not have a good spawning stream running into it like Boehmer Creek into Mason Reservoir (Figure 5), so it is unlikely that it can support natural recruitment. Evidence of past egg takes persists in McReynolds Reservoir, as rusted rolls of razor wire deployed to discourage anglers from fishing to aggregations of ripe cutthroat trout remain.

6



FIGURE 5:  Schematic depicting current diversion of water flow out of the Seven Lakes
basin.  Direction of red arrows suggests direction of possible fish movement.  The
barrier shown precludes movement upstream from Lake Moraine into Mason
Reservoir.  Map courtesy of the Colorado Springs Utilities.

Reclamations on the south slope of Pikes Peak in Mason and McReynolds Reservoirs
followed genetic reports that suggested introgression with Yellowstone cutthroat trout in
McReynolds Reservoir (56%) and mild introgression with rainbow trout (6%) in
Boehmer Reservoir (Kanda and Leary 1999).  Those authors used starch gel
electrophoresis to examine genes coding for proteins in muscle, liver and eye tissue for
that study.  These results were contrary to those found by Proebstel (1995) who suggested
that meristic and morphological measurements showed they were essentially pure
greenbacks in Boehmer Reservoir, with no indication of rainbow trout alleles based on
meristic and spotting characteristics.  Inspection of the cytochrome B mitochondrial gene
also indicated no non-native trout alleles in Boehmer Reservoir (Proebstel et al. 1996).  In
2001, Shiozawa and Evans examined two mitochondrial and two nuclear genes in 27 fish
from Boehmer Reservoir (Evans and Shiozawa 2001).  They documented introgression
with Yellowstone cutthroat trout (7.4%).  This was confirmed by Metcalf et al. (2003)
after examining the cytochrome oxidase 1 mitochondrial gene that suggested
Yellowstone cutthroat trout alleles were present (8%).  Both studies did not find evidence
of rainbow trout alleles to corroborate the findings of Kanda and Leary (1999).

During the drought of 2002, the lakes were almost drained completely, and the CDOW
took advantage of the low water conditions to remove all fish in the entire system,

7

BLM_0062839

eliminating any stragglers that might have been left behind after the previous reclamations. At the time of this report, both Boehmer and Mason Reservoirs remain fishless, while McReynolds Reservoir is home to progeny of a blended brood stock (GBA) derived from adult cutthroat trout taken from Graneros Creek, South Apache Creek, and North Taylor Creek that were stocked out in 2004 and 2005. These three donor streams were considered to be pure greenback cutthroat trout populations at the time however that designation has recently been called into question. Metcalf et al. (2007) suggested that South Apache and Graneros Creek fish are derived from Colorado River cutthroat trout stock. More recent testing with AFLPs indicates that South Apache and North Taylor Creek also display nuclear genetic fingerprints more similar to reference populations representative of the lineage Metcalf et al. described as Colorado River cutthroat trout (LineageCR, similar to Trappers Lake fish) than what they described as greenback cutthroat trout (LineageGB, similar to Severy Creek fish), though confusion over what these two lineages really represent remains (Rogers 2008).

Although we don't have access to the original Pike's Peak native (PPN) brood stock, a search for wild populations founded from them is ongoing. Rock Creek in South Park near Jefferson was thought to be a promising candidate. Though no barrier to migration is readily apparent, the downstream prolific brook trout population does not seem to be able to invade the upstream cutthroat trout habitat. Until recently, a one time stocking event of 500 fingerling PPN from the Mt. Shavano Hatchery in 1984 was assumed to have founded this population. Inspection of this population with AFLPs (Rogers 2008) suggest a match with the four Colorado River cutthroat trout reference populations used in 2008 (Figure 6). Those reference populations are distributed across the range of Colorado River cutthroat trout, and include Williamson Lake #3 (original Trappers Lake fish), East Fork of the Piedra River (Hinsdale County), South Fork of Slater Creek (Routt County), and the East Fork of Parachute Creek (Garfield County). The lack of any evidence for introgression with Yellowstone cutthroat trout was surprising. In light of the AFLP test results, a more thorough search of historic records did in fact reveal a stocking event from the Leadville National Fish Hatchery in 1912 which could have been progeny from the 1911 Seven Lakes egg take. The fact that these fish look to be LineageCR is then consistent with the above discussion regarding the heritage of the early Seven Lakes fish.

8

BLM_0062840



Figure 6:  AFLP results interpreted with program STRUCTURE for 24 fish collected from
Rock Creek (CDOW water code #30661) in South Park suggest a perfect match
with Colorado River cutthroat trout 2008 reference populations.


## *Conclusion*

The Seven Lakes did indeed figure prominently in the early years of fish production in
Colorado, and historic stocking records suggest that progeny derived from that operation
have been scattered across the state.  It appears however, that in fact these fish were
likely never pure greenback cutthroat trout, but rather transplants from the West Slope –
most likely derived from the spawn operation at Trappers Lake.  As such, the pervasive
stocking of Seven Lakes fish does not explain the preponderance of LineageGB fish that
can now be found on the West Slope of Colorado.


## *Acknowledgements*

The authors wish to thank Gary Dowler and Jim Melby for notes on recent status of the
Seven Lakes.  Our gratitude is extended to Jeff Spohn for providing fin clips and
information on Rock Creek in South Park.  Doug Krieger provided additional insight on
recent management, and was able to track down Don Wurm for his experiences from the
1950's.  Kirsta Scherff-Norris is acknowledged for verifying dates of reservoir
completion.

9

## *Literature cited*

BEHNKE, R. J.  2008.  Science and the Endangered Species Act.  Trout Winter:56-58.

EVANS, R. P. AND D. K. SHIOZAWA.  2001. The genetic status of greenback cutthroat trout (*Oncorhychus clarki stomias*) populations in Colorado.  Final Report to Gary Dowler, Colorado Division of Wildlife.  Department of Zoology, Brigham Young University, Provo, Utah.

GOLD, J.  1978.  Taxonomic studies of Colorado cutthroat trout populations.  Report to Bruce Rosenlund, U. S. Fish and Wildlife Service, Denver.

METCALF, J. L., J. MITTON, A. MARTIN.  2003. Detection of rainbow trout and Yellowstone/Snake River cutthroat trout in greenback and Colorado River cutthroat populations.  University of Colorado, Boulder.

METCALF, J. L., V. L. PRITCHARD, S. M. SILVESTRI, J. B. JENKINS, J. S. WOOD, D. E. COWLEY, R. P. EVANS, D. K. SHIOZAWA, AND A. P. MARTIN.  2007.  Across the great divide: genetic forensics reveals misidentification of endangered cutthroat trout populations.  Molecular Ecology 16:4445-4454.

KANDA N. AND R. LEARY 1999.  Report to Gary Dowler concerning electrophoretic analysis of cutthroat samples from McReynolds Reservoir, Colorado Springs Reservoir #2, South Apache Creek, and Cottonwood Creek.  University of Montana, Missoula.

KENNEDY, C. M.  2008.  Historical information on LineageGB populations on the West Slope of Colorado.  US Fish and Wildlife Service, Estes Park.

PROEBSTEL, D. S.  1995.  Preliminary results on taxonomic evaluation of cutthroat trout from Beemer Reservoir. Report to Doug Krieger, Colorado Division of Wildlife.

PROEBSTEL D. S., A. M. MARTINEZ, AND R. P. ELLIS.  1996.  Taxonomic status of cutthroat trout, Rio Grande suckers, and Arkansas darters determined through morphometric, meristic, and mitochondrial DNA analysis.

ROGERS, K. B.  2008. Using amplified fragment length polymorphisms to characterize purity of cutthroat trout in Colorado: results from 2007.  Colorado Division of Wildlife, Fort Collins.

VAN VELSON, R. C.  1985.  The Emerald Lakes trout fishery: history, biology, and management.  Special Report Number 58.  Colorado Division of Wildlife, Fort Collins.

BLM_0062842

WILTZIUS, W. J. 1985. Fish culture and stocking in Colorado, 1872-1978. Colorado Division of Wildlife Report No. 12, Fort Collins.

YOUNG, M. K., A. L. HARIG, B. ROSENLUND, AND C. KENNEDY. 2002. Recovery history of greenback cutthroat trout: population characteristics, hatchery involvement, and bibliography, [Online]. RMRS-GTR-88WWW, Fort Collins, CO: U.S. Department of Agriculture, forest service, Rocky mountain Research Station. Available: http://www.fs.fed.us/rm/pubs/rmrs_gtr88/.

In addition, Chris Kennedy consulted the State of Colorado cutthroat trout stocking records located at the State of Colorado Archives for some of the information presented in this report. Records from 1899 to 1926 for all waters were researched. Federal cutthroat trout stocking records located in the U. S. Fish Commission Annual Reports from fiscal years 1892 to 1918 (excluding 1911) were also examined, as were the Leadville National Fish Hatchery Superintendent's annual reports and State of Colorado Game and Fish Commissioner biennial reports.

11

BLM_0062843

# Historical and Modern Disturbance Regimes, Stand Structures, and Landscape Dynamics in Piñon-Juniper Vegetation of the Western U.S.

William H. Romme[1], Craig D. Allen[2], John D. Bailey[3], William L. Baker[4],
Brandon T. Bestelmeyer[5], Peter M. Brown[1,6], Karen S. Eisenhart[7], Lisa Floyd-Hanna[8],
David W. Huffman[9], Brian F. Jacobs[1,10], Richard F. Miller[11], Esteban H. Muldavin[12],
Thomas W. Swetnam[13], Robin J. Tausch[14], Peter J. Weisberg[15]



[1] Department of Forest, Rangeland, and Watershed Stewardship, and Graduate Degree Program in Ecology, Colorado State University, Fort Collins, CO 80523
[2] U.S. Geological Survey, Jemez Mts. Field Station, Los Alamos, NM 87544
[3] Department of Forest Resources, Oregon State University, Corvallis, OR 97331
[4] Ecology Program and Department of Geography, University of Wyoming, Laramie, WY 82071
[5] USDA – ARS Jornada Experimental Range, New Mexico State University, Las Cruces, NM 88003
[6] Rocky Mountain Tree-Ring Research, Fort Collins, CO 80526
[7] Department of Geosciences, Edinboro University of Pennsylvania, Edinboro, PA 16444
[8] Environmental Studies Program, Prescott College, Prescott, AZ 86303
[9] Ecological Restoration Institute, Northern Arizona University, Flagstaff, AZ 86011
[10] Bandelier National Monument, National Park Service, Los Alamos, NM 87544
[11] Department of Range Ecology and Management, Oregon State University, Corvallis, OR 97331
[12] Natural Heritage New Mexico, University of New Mexico, Albuquerque, NM 87131
[13] Laboratory of Tree Ring Research, University of Arizona, Tucson, AZ 85721
[14] USDA Forest Service, Rocky Mountain Research Station, Reno, NV 89512
[15] Department of Natural Resources and Environmental Science, University of Nevada, Reno, NV 89512



COLORADO FOREST RESTORATION INSTITUTE

www.cfri.colostate.edu

BLM_0062844

# Abstract

Piñon-juniper is one of the major vegetation types in western North America. It covers a huge area, provides many resources and ecosystem services, and is of great management concern. Management of piñon-juniper vegetation has been hindered, especially where ecological restoration is a goal, by inadequate understanding of the variability in historical and modern ecosystem structure and disturbance processes that exists among the many different environmental contexts and floristic combinations of piñon, juniper and associated species. This paper presents a synthesis of what we currently know, and don't know, about historical and modern stand and landscape structure and dynamics in three major and fundamentally different kinds of piñon-juniper vegetation in the western U.S.: persistent woodlands, savannas, and wooded shrublands. It is the product of a workshop that brought together fifteen experts from across the geographical range of piñon-juniper vegetation. The intent of this synthesis is to provide information for managers and policy-makers, and to stimulate researchers to address the most important unanswered questions.

Published by the Colorado Forest Restoration Institute, Colorado State University, Fort Collins, CO (www.cfri.colostate.edu), June 4, 2008













Introduction

Piñon-juniper vegetation covers some 40 million ha (100 million acres) in the western U.S., where it provides economic products, ecosystem services, biodiversity, and aesthetic beauty in some of the most scenic landscapes of North America. There are concerns, however, that the ecological dynamics of piñon-juniper woodlands have changed since Euro-American settlement, that stands are growing unnaturally dense, and that woodlands are encroaching into former grasslands and shrublands. Yet surprisingly little research has been conducted on historical conditions and ecological processes in piñon-juniper vegetation, and the research that does exist demonstrates that piñon-juniper structure, composition, and disturbance regimes were very diverse historically as well as today.

Uncertainties about historical stand structures and disturbance regimes in piñon-juniper vegetation create a serious conundrum for land managers and policy-makers who are charged with overseeing the semi-arid landscapes of the West. Vegetation treatments often are justified in part by asserting that a particular treatment (e.g., tree thinning or prescribed burning) will contribute to restoration of historical conditions, i.e., those that prevailed before the changes wrought by Euro-American settlers. However, in the absence of site-specific information about historical disturbance regimes and landscape dynamics, there is danger that well-meaning "restoration" efforts actually may move piñon-juniper ecosystems farther from their historical condition. Some kinds of vegetation treatments may even reorganize ecosystems in such a way that restoration of historical patterns and processes more difficult. Of course, ecological restoration is not the only appropriate goal in land management; but even where the actual goal is wildfire mitigation or forage enhancement, treatments are more likely to be effective if designed with an understanding of the historical ecological dynamics of the system being manipulated (e.g., Swetnam et al. 1999).

The purpose of this paper is to summarize our current understanding of historical stand structures, disturbance regimes, and landscape dynamics in piñon-juniper vegetation throughout the western U.S, and to highlight areas in which significant gaps in our knowledge exist. A separate but similar synthesis is in preparation for New Mexico and Arizona by D. Gori and J. Bate (personal communication). The authors of the geographically more extensive treatment presented in this paper gathered for a workshop in Boulder, Colorado, on August 22-24, 2006, to develop the information presented here. All have conducted research in piñon-juniper vegetation, and together they have experience with a wide diversity of piñon-juniper ecosystems, from New Mexico and Colorado to Nevada and Oregon.

The paper is organized in five parts. In Section I we present a brief overview of the variability in dominant species, climate, stand structure, and potential fire behavior of piñon-juniper vegetation across the West, to emphasize one of our key points---that this is a diverse vegetation type, for which a single model of historical structure and dynamics is inadequate, especially considering the magnitude of past and current management interventions. In Section IIa - IIc we summarize what we know about past and present conditions in piñon-juniper ecosystems in the form of a series of concise statements followed by more detailed explanations of each statement. The explanations include the level of confidence that we have in the statement, the kind(s) of evidence that support the statement, and the generality of the statement, i.e., whether it applies to all piñon-juniper ecosystems or only to a subset of these ecosystems (see next paragraph). By "past conditions" we mean the three to four centuries prior to the sweeping changes introduced by Euro-American settlers in the mid to late 1800s. In Section III we evaluate the possible mechanisms driving one of the most conspicuous features of piñon-juniper vegetation in many areas--the increase in tree density that has been observed during the past

1

BLM_0062846

100-150 years.  We distinguish two somewhat different processes leading to higher tree density: (i) *"infill"* or increasing tree density within existing woodlands that were previously of lower density; and (ii) *"expansion,"* i.e., establishment of trees in places that were formerly non-woodland (e.g., grassland or shrubland).  In Section IV we suggest some general management implications that may follow from our understanding of piñon-juniper disturbance ecology, and in Section V we identify some key research needs.

Statements of HIGH CONFIDENCE generally are supported by some combination of (i) *rigorous paleoecological studies* that include adequate sampling and appropriate analysis of, e.g., cross-dated fire-scars, tree age structures, and macrofossils; (ii) *experimental tests of mechanisms* that incorporate adequate replication and appropriate scope of inference; or (iii) *systematic observations of recent wildfires, prescribed fires, or other disturbances (e.g., insect outbreaks)*, either planned before the event and documented by experienced, objective observers, or based on rigorous post-disturbance analyses using adequate and spatially explicit data.  Statements of MODERATE CONFIDENCE generally are supported by (i) *correlative studies* that identify statistically significant associations between two variables but do not prove a cause-effect relationship; (ii) *anecdotal observations of recent fires,* i.e., opportunistic observations of wildfires or prescribed fires by experienced, objective observers, but not conducted in a systematic manner; or (iii) *logical inference,* i.e., deductive inferences from related empirical or experimental studies that are logical but not yet tested empirically.  Depending on the details, other kinds of evidence may support either HIGH or MODERATE confidence: (i) *comparison of historic and recent photos of the same scene,* which documents changes in pattern or structure, but says little about the mechanism(s) causing the changes; or (ii) *written historical documentation* in the form of reports, articles, letters, and other accounts by reliable observers.

We intentionally refrain from making specific policy or management recommend-ations in this paper.  Instead we provide the consensus among researchers of what we know (and don't know) about the science, and then highlight some of the broad conceptual implications of the science for framing policy and management decisions.  We recommend that land managers, practitioners, and policy-makers rely primarily on the statements of broad applicability and high confidence in formulating management plans and priorities, and that researchers conduct new studies to critically test the statements of moderate confidence and generality.  We also emphasize the importance of locally evaluating the kind(s) of piñon-juniper woodland being dealt with in any specific management situation, as well as incorporating social, economic, and political dimensions of management.

## Section I.  Piñon-Juniper: A Diverse and Variable Vegetation Type

Woodlands dominated by various combinations of piñon and juniper species represent some of the most extensive and diverse vegetation types in western North America.  For example, the Southwestern Regional GAP land cover maps (http://earth.gis.usu.edu/swgap/) show ca. 15% of the land area in New Mexico, Arizona, Colorado, Utah, and Nevada covered by vegetation of this kind.  NatureServe, an international database of species and communities (http://www.natureserve.org/explorer/servlet/NatureServe?init=Ecol) lists 77 plant associations in the west in which a piñon is the dominant species (with or without junipers), and 71 associations in which junipers dominate (typically without piñon, or with piñon as a minor component).  Piñon and juniper associations are found in almost every western state of the U.S., from California, Oregon, and Washington to North and South Dakota, Nebraska, Oklahoma, and Texas.  Piñon and juniper associations also are widespread in Mexico, and juniper species extend north into

2

Canada and east to Virginia. Although the catch-all term "piñon-juniper" is typically applied to all of this diverse vegetation, it is important to note that one finds pure stands of juniper (very commonly) and of piñon (less commonly) as well as mixed stands.

This paper focuses primarily on piñon and juniper vegetation in the Intermountain West, the Southwest, the Southern Rocky Mountains, and the western edge of the Great Plains, including primarily the states of New Mexico, Arizona, Colorado, Utah, Nevada, and Oregon. Throughout this extensive region, woodlands of piñon and/or juniper are found on almost all landforms, including ridges, hill and mountain slopes, terraces, tablelands, alluvial fans, broad basins, and valley floors. Soils are similarly variable, ranging from relatively deep soils often high in clay or sand content, to shallow rocky soils, to rock outcrops where no soil is present but the trees are rooted in deep cracks of the bedrock. Woodlands of piñon and/or juniper occupy a broad zone of intermediate moisture and temperature conditions between the hot arid deserts of lower elevations and the cool mesic forests of higher elevations. Accordingly, soil temperature regimes range from mesic to frigid (e.g., Driscoll 1964, Miller et al. 2005).

There is a striking northwest-to-southeast gradient in the seasonality of precipitation: winter-spring precipitation predominates in the northwest, notably in the Great Basin, gradually shifting to a monsoonal summer pattern in the southeastern portion of the region including southern Arizona and New Mexico (Mitchell 1976, Jacobs in press). Total precipitation across most of the range of *Juniperus occidentalis* in the northwestern Great Basin varies between 25 and 40cm annually, falling mostly during winter storms, although this tree species can grow in areas receiving as little as 18cm (usually on sandy soils) or exceeding 50cm (Gedney et al. 1999). Annual precipitation amounts are similar where *J. monosperma* grows in south-central New Mexico, but in this latter region 60% or more falls between April and September, particularly during the late summer "monsoon." The Colorado Plateau (especially the southern portion), lying near the midpoint of this gradient, receives small peaks of precipitation in both winter and summer (http://www.cpluhna. nau.edu/Change/modern_climatic_conditions.htm).

Species composition and vegetation structure vary along the same northwest-to-southeast gradient. *Juniperus occidentalis* is the major woodland tree species in extreme north-western Nevada, northeastern California, and eastern Oregon; *Pinus monophylla* and *Juniperus osteosperma* dominate woodlands elsewhere in the Great Basin; *Pinus edulis* and *Juniperus osteosperma* are the dominant woodland species across most of the Colorado Plateau and southern Rocky Mountains west of the Continental Divide; *Pinus edulis* and *Juniperus monosperma* characterize the summer monsoon regions of New Mexico, east-central Arizona, and the southern Rockies east of the Continental Divide. Two other junipers also are common at higher elevations--*J. scopulorum* in much of the Colorado Plateau and southern Rockies, and *J. deppeana* in southern New Mexico and Arizona. In the western and northern regions, where precipitation is winter-dominated, the trees are typically associated with a major shrub component, notably big sagebrush (*Artemisia tridentata*) and other *Artemisia* spp., *Purshia tridentata*, *Chrysothamnus* spp., *Ericameria* spp., and *Cercocarpus* spp. Cool and warm season perennial tussock grasses also may be common associates, e.g., *Festuca idahensis, Pseudoroegneria spicata, Achnatherum spp., Poa secunda,* and *P. fendleriana.* In eastern and southern regions, where the precipitation pattern is summer-dominated, piñon and/or juniper woodlands often support an understory of warm-season grasses, e.g., *Bouteloua gracilis, B. curtipendula*, *B. hirsuta B. eriopoda, Muhlenbergia pauciflora*, and *M. setifolia,* and woodlands may occur as patches within a grassland matrix. A diverse and highly variable mix of montane shrubs and chaparral species (e.g., *Quercus gambelii, Q. pauciloba,* and other *Quercus* spp.*, Cercocarpus montanus, Amelan-chier utahensis,* and *Purshia tridentata*) is an

3

important component of piñon-juniper vegetation at higher elevations, notably in the Southern Rockies and Colorado Plateau.

Three General Kinds of Piñon-Juniper Vegetation: For the purposes of this paper, we identify three fundamentally different kinds of piñon-juniper vegetation, based primarily on canopy structure, understory characteristics, and historical disturbance regimes. The three kinds--persistent piñon-juniper woodlands, piñon-juniper savannas, and wooded shrublands--are summarized in Table 1, and their general structure and distribution in relation to seasonality of precipitation is depicted in Figure 1. There is great diversity within each of these general types, but this classification represents much of the variability in piñon-juniper vegetation across the western U.S. Research is underway to link these vegetation types to specific environmental characteristics that would allow for reliable prediction and mapping across large landscapes and regions, but at present we can identify only some very general environmental correlates. Because historical stand structures, disturbance regimes, and landscape dynamics were significantly different among these three basic types of piñon-juniper vegetation, we address each type separately in the summaries below.

Potential Fire Behavior: In all three kinds of piñon-juniper vegetation (Table 1), there are important interactions among canopy fuel structure, understory fuel structure, and fire weather conditions. **Continuity of canopy aerial fuels** is key in determining crown fire behavior, especially in woodlands where understory shrubs are relatively sparse, and is influenced most directly by total tree stem density, crown width, and crown fullness (often related to age). Understory vegetation also provides continuity among tree stems and ladder fuels, especially where tall shrubs are present. In wooded shrublands (Table 1), notably where *Artemisia tridentata* is the dominant shrub species, the shrub stratum may

be more important than the trees in carrying fire, especially if the trees are widely spaced. Also fundamental to fire behavior is **total surface fuel loading**, influenced most directly by total biomass of the trees, shrubs, and other understory vegetation. A dense tree canopy may suppress the cover and biomass of shrubs and herbaceous plants, though some productive sites support both dense canopy and understory. Piñon and juniper also are able to become established and persist in very dry sites, with widely spaced trees and very little understory. These often-complex arrange-ments of overstory and understory factors form a matrix of likely fire behavior during a single fire event under modal (e.g., 80th percentile) and extreme (e.g., 95th percentile) fire weather conditions across the three basic piñon-juniper types, as summarized in Figure 2.

Actual fire weather is critical in most combinations of tree, shrub, and understory cover types; weather conditions determine the amount of tree mortality and the dynamics of fire spread both within a stand and across a landscape (Figure 2). However, stands with scattered trees among sparse understories of low shrubs and herbs almost always exhibit limited fire activity, given the lack of fuel, and the trees growing in such a stand are relatively protected from fire. Conversely, dense woodland conditions become highly flammable with time (i.e., fuel accumulation over decades or centuries) regardless of fine fuel conditions; the probability of ignition and duration of the fire season define the actual fire return intervals for these ecosystems in which fire is typically stand-replacing. It is also critical to recognize a difference between passive crown fires (torching of individual trees) versus active crown fires (running through the crowns of the trees) in piñon-juniper systems, which ties in both the overstory and understory fuel arrangements as well as extreme versus modal fire weather. If overstory and understory densities are relatively low, as in many very dry or rocky sites, even under the most extreme

4

Table 1.  .  Classification of piñon and  juniper vegetation as treated in this paper.  See Figure 3 for photos of each type.

-----------------------------------------------------------------------------------------------------------------------------

*(1)  Persistent Piñon-Juniper Woodlands* are found where site conditions (soils and climate) and disturbance regimes are inherently favorable for piñon and/or juniper, and where trees are a major component of the vegetation unless recently disturbed by fire, clearing, or other severe disturbance.  Canopy structure varies considerably, from sparse stands of scattered small trees growing on poor substrates to relatively dense stands of large trees on relatively productive sites.  Either piñon or juniper may dominate the canopy, or the two may co-dominate.  The understory may be dominated by shrubs or forbs or less commonly by graminoids; a consistent feature of the understory is low total plant cover with frequent patches of bare soil or rock. Notably, these woodlands do *not* represent twentieth century conversion of formerly non-woodland vegetation types to woodland, but are places where trees have been an important stand component for at least the past several hundred years.

Persistent woodlands are commonly found on rugged upland sites with shallow, coarse-textured soils that support relatively sparse herbaceous cover even in the absence of heavy livestock grazing.  However, they also occur in a variety of other settings, and their precise spatial distribution and bio-climatic context have not been characterized.  Nevertheless, this type of piñon-juniper vegetation is found throughout the West.  It appears to be especially prevalent on portions of the Colorado Plateau, where precipitation is bimodal with small peaks in winter and summer.  Indeed, large expanses of the Colorado Plateau are characterized by ancient, persistent woodlands within spectacular canyon and plateau landscapes.

*(2)  Piñon-Juniper Savannas* are characterized by a low to moderate density and cover of trees within a matrix of a well-developed and nearly continuous grass or graminoid cover; shrubs may be present but usually are relatively unimportant.  Either piñon or juniper may dominate the canopy, or the two may co-dominate.  In places the density of trees may be enough to represent an open woodland rather than a savanna per se; nevertheless, the key feature of the piñon-juniper savanna is the relatively continuous grass cover in the understory.

Piñon-juniper savannas typically are found on moderately deep, coarse to fine-textured soils on gentle upland and transitional valley locations in regions where a large proportion of annual precipitation comes during the growing season.  Soils and climate readily support a variety of plant growth forms including grasses and trees.  This type of piñon-juniper vegetation appears to be especially prevalent in the basins and foothills of central and southern New Mexico and Arizona, where the precipitation pattern is dominated by the summer monsoon.  Piñon-juniper savannas are relatively rare in the Southern Rocky Mountains, northern Colorado Plateau, and Great Basin, where precipitation has a stronger winter component.

**(3)** *Wooded Shrublands* are characterized by a dominant shrub stratum with a variable tree component that may range from very sparse to relatively dense.  The tree component may be either piñon or juniper or both. Herbaceous cover also varies greatly, depending on local site conditions and history.  The shrubs constitute the fundamental biotic community in these ecosystems; tree density naturally waxes and wanes over time in response to climatic fluctuation and disturbance (notably by fire and insects).  Thus, these are areas of potential expansion and contraction of woodland within a shrub-dominated matrix (Romme et al. 2007).

Wooded shrublands are associated with a wide variety of substrates and topographic settings, from shallow rocky soils on mountain slopes to deep soils of inter-montane valleys.  Wooded shrublands are often located in proximity to a persistent tree seed source on sites where competition from grasses and shrubs, drought, and periodic disturbance by fire, insects, and disease limit the development of mature trees or stands over time.  Wooded shrublands appear to be especially prevalent in the Great Basin, where the precipitation pattern is winter-dominated, although they are found throughout the West.

-----------------------------------------------------------------------------------------------------------------------------

BLM_0062850



Esteban Muldavin/Craig Allen

Figure 1. Generalized structure, i.e., relative proportions of trees, shrubs, and grass, and broad patterns of regional distribution in relation to gradients in seasonality of precipitation, in the three types of piñon and juniper vegetation discussed in this paper (Table 1). Note that local site conditions may support any of the three types even in regions where one type is generally more prevalent.

weather conditions there simply may not be enough fuel for either active or passive crown fires to occur; the fire may simply go out before traveling through a stand (Figure 2).

## Section IIa: What We Know About Persistent Piñon-Juniper Woodlands

We define "persistent woodlands" as those found where site conditions (soils and climate) and disturbance regimes are inherently favorable for piñon and juniper (Table 1). Our

group agreed on eight key ideas about persistent woodlands.

1.  *Some persistent woodlands are stable for hundreds of years without fire, other than isolated lightning ignitions that burn only single trees or small patches and produce no significant change in stand structure. Many woodlands today show no evidence of past widespread fire, though they may have burned extensively in the very remote past (many hundreds or thousands of years ago).*

6



Figure 2. Probable fire behavior following a single ignition event in piñon and juniper vegetation with respect to variability in tree density (horizontal axis) and understory fuel characteristics (vertical axis). Split cells reflect variable fire behavior, spread dynamics, and tree mortality under "modal" (80th percentile) versus "extreme" (95th percentile) fire weather conditions.

\* HIGH CONFIDENCE … BUT PRECISE GEOGRAPHIC APPLICABILITY NOT ADEQUATELY KNOWN

Kinds of Evidence: *rigorous paleoecological studies, presence of old trees and snags but no evidence of past extensive fire such as charred tree stems or extensive charcoal in soils*

Explanation: Many piñon and juniper woodlands exhibit little to no evidence that they ever sustained widespread fires during the period that trees have been alive in the stand. Living trees in these stands are often very old (300 to 1000 years) and exhibit multi-aged structure, with tree establishment often clumped but episodic within stands (e.g., Waichler et al. 2001; Eisenhart 2004; Floyd et al. 2004, 2008; Shinneman 2006). It is difficult to accurately gauge the time since the last major disturbance in such stands from living trees alone, because they typically contain even older logs or snags that overlap time spans of the living trees (i.e., they were not killed in a past stand-opening event). Charred snags and logs are either absent or extremely sparse. There may be individual charred boles or small patches of charred boles which apparently represent lightning ignitions in the past that failed to spread, but no extensive or continuous evidence of past fire.

BLM_0062852

Such woodlands are often located on rocky or unproductive sites with widely scattered trees, where understories are mainly bare ground with sparse vegetative cover (Figure 2). However, they also include some higher-density woodlands growing on more productive sites, and they may cover extremely large portions of some areas, such as the mesas, plateaus, and bajadas in southern Utah, western Colorado, northern Arizona, and northwestern New Mexico. Examples of locations where tree-ring data document old trees and a lack of widespread fire include pumice-sandy soils in central Oregon (Waichler et al. 2001); near the northeastern edge of the Uinta Range in Utah (Gray et al. 2006); the Tavaputs Plateau and several of the bajada communities on the fringes of southern Utah mountain ranges (E. K. Heyerdahl, P. M. Brown, and S. T. Kitchen, unpublished data); the Kaiparowits Plateau in Utah (Floyd et al. 2008); Mesa Verde, the Uncompahgre Plateau, and Black Canyon of the Gunnison in western Colorado (Eisenhart 2004, Floyd et al. 2004, Shinneman 2006); and the margins of the Chihuahuan Desert in central and southern New Mexico (Swetnam and Betancourt 1998 and unpublished data; Muldavin et al. 2003 and unpublished data). Persistent woodlands of this kind are especially prevalent in portions of the Colorado Plateau and Great Basin. They also probably occur throughout the range of piñon and juniper vegetation, although they may be less common in regions having monsoon-dominated precipitation patterns such as southern New Mexico (Fuchs 2002 and personal communication).

It is possible that some of these stands could burn with larger patches of passive or active crown fire during extreme weather conditions, especially if understory density increased following prior wet years (Figure 2). However, in most such stands, other disturbances appear to be more important than fire in determining long-term structure and dynamics (see statement # 2 below).

2. *In some persistent woodlands, stand dynamics are driven more by climatic fluctuation, insects, and disease than by fire. For example, a widespread piñon mortality event occurred recently in the Four Corners region as a result of drought, high temperatures, and bark beetle outbreaks.*

\* HIGH CONFIDENCE … BUT PRECISE GEO-GRAPHIC APPLICABILITY NOT ADEQUATELY KNOWN

<u>Kinds of Evidence</u>:  *rigorous paleoecological studies, recent systematic observations of tree mortality*

<u>Explanation</u>:       Scientists and managers traditionally have placed greater emphasis on wildfire as a shaper of piñon-juniper woodland ecosystems than other types of natural disturbance.  Increasingly, however, there is awareness that dynamics in many piñon-juniper woodlands are driven more by drought stress and its accompanying suite of diseases, insects, and parasites than by fire.  Stand dynamics in persistent woodlands may be punctuated by episodic mortality or recruitment events that occur in response to extreme weather patterns (Betancourt et al. 1993, Swetnam and Betancourt 1998, Breshears et al. 2005). Indeed, studies of old woodlands often reveal an accumulation of coarse wood in the understory from trees that were killed by agents other than fire and have persisted due to the absence of fire (Betancourt et al. 1993, Waichler et al. 2001, Floyd et al. 2003, Eisenhart 2004).

Observations clearly indicate that drought stress is capable of altering woodland structures from landscape to regional scales. An example of episodic mortality related to extreme weather would be the recent impacts to southwestern woodlands caused by drought and warm temperatures (Breshears et al. 2005, Shaw et al. 2005, Mueller et al. 2005). Extensive mortality of *Pinus edulis* in the Four Corners region since 2000 has shifted canopy

8

BLM_0062853



Figure 3a. **Persistent woodland**, growing on a moderately productive site with a high percent canopy cover and sparse herbaceous understory.  The canopy is composed of *Pinus edulis* and *Juniperus osteosperma*; the major understory shrub is *Artemisia tridentata*.  Trees are of all ages, including many individuals >300 years old, and the stand contains no surface evidence of past fire.  Navajo Point, Glen Canyon National Recreation Area, Utah, elevation ca. 2,100 m.  Photo by W.H. Romme, 2005.

dominance of some stands from piñon to juniper (Mueller et al. 2005).  Additionally, mortality data suggest that trees of cone-bearing age were more likely to die (Mueller et al. 2005; Selby 2005; M.L. Floyd et al., unpublished data; C.D. Allen, unpublished data) which likely will influence the trajectory of recovery for decades (note, however, that abundant piñon reproduction is now present in at least some affected stands; B. Jacobs, unpublished data).

Climate reconstructed from tree-rings throughout the Southwest suggests that the current drought is not unprecedented, and that droughts of a similar or greater magnitude have occurred many times in the past (Betancourt et al. 1993, Ni et al. 2002, Gray et al. 2003).  For example, widespread tree mortality during a very severe "mega-drought" in the late 1500s may explain the rarity of piñon older than 400 years in the Southwest (Swetnam and Brown 1992, Betancourt et al. 1993, Swetnam and Betancourt 1998).  Studies in the Southwest also demonstrate that recovery from drought may occur as a pulse of tree establishment and recruitment during the first wet period that follows the drought (Swetnam et al. 1999, Shinneman 2006).  In some areas, in fact, recovery since the late 1500s "mega-drought" may be responsible for recent and ongoing increases in tree density (see Section III below).

9



Figure 3b. **Piñon-juniper savanna**, growing in relatively deep soils on gentle terrain, in a region where the precipitation pattern is summer-dominated.  Trees are predominantly *Juniperus monosperma* with occasional *Pinus edulis*.  Most trees are <150 years old, but there are at least three older trees per hectare.  Blue grama (*Bouteloua gracilis*) is the dominant grass; cholla cactus (*Opuntia imbricata*) is also present.  With a well-developed herbaceous stratum within a relatively productive environment, low tree density at this site may have been maintained historically by periodic fire.  However, fire history studies have not been conducted in this area to confirm or reject this hypothesis.  Near Mountainair, New Mexico, elevation ca. 1,950 m.  Photo by W.H. Romme, 2006.

3.  *Spreading, low-intensity surface fires had a very limited role in molding stand structure and dynamics of persistent piñon-juniper woodlands in the historical landscape.  Instead, the dominant fire effect was to kill most or all trees and to top-kill most or all shrubs within the burned area.  This statement also is true of most ecologically significant fires today.*

\* HIGH CONFIDENCE … APPLIES TO PERSISTENT WOODLANDS THROUGHOUT THE WEST

<u>Kinds of Evidence</u>:  *rigorous paleoecological studies, systematic observations of recent fires*

<u>Explanation</u>:  Spreading, low-intensity surface fires (as opposed to stand-replacing fires) have been observed only rarely in piñon-juniper vegetation during the recent period since Euro-American settlement (Baker and Shinneman 2004).  Apparently, such fire behavior also was rare in persistent woodlands prior to Euro-American settlement.  Definitive fire-history evidence of a spreading low-intensity surface fire would include cross-dated fire scars at two or more locations along with intervening age-structure evidence that trees generally survived the fire (Baker and Shinneman 2004).  However, few places provide such evidence.  On the contrary, fire scars are conspicuously absent or

10

rare in the great majority of piñon-juniper stands.

One possible example of historical low-severity spreading fire in piñon-juniper comes from northern New Mexico, at the upper ecotone between piñon-juniper and ponderosa pine forest, where two studies with cross-dated scars documented 10-13 spreading fires over a ca. 250-year period (Allen 1989, Morino et al. 1998). Evidence about tree survival between the fire-scarred trees was not collected, however, so it is not clear whether the fire actually burned the entire area, or spread primarily through ponderosa pine stringers and around the islands of piñon-juniper that may have lacked sufficient fine fuels to support low-intensity surface fires. Fire scars also were found at the ecotone between an open ponderosa pine forest and a piñon-juniper woodland in southern New Mexico (Muldavin et a. 2003); again, however, tree age data were not sufficient to confidently reconstruct the spatial patterns of fire spread within the piñon-juniper woodland.

A major problem in assessing the historical role (or lack of a role) of low-severity surface fire in piñon and juniper woodlands is that we do not know how often the trees scar when surface fire burns in their vicinity; this issue is addressed more fully below in Section V on research priorities. Nevertheless, available evidence indicates that low-severity fires generally were absent in persistent piñon-juniper woodlands, and if they did occur, they were likely patchy and of small extent (Baker and Shinneman 2004).

In contrast to the above, there is abundant evidence that fires in persistent woodlands since Euro-American settlement have been predominantly high severity, commonly killing all the trees and top-killing the shrubs and herbs within a fire perimeter, but often leaving some unburned islands of woodland (Baker and Shinneman 2004). Fire-history studies and historical evidence also document high-severity fires in multiple locations around the West during the pre-EuroAmerican era (Eisenhart 2004; Floyd et al. 2004, 2008; Bauer 2006;

Shinneman 2006). Limited evidence suggests that fires occasionally could have been variable in severity, resulting in some low-severity areas on the margins of large high-severity fires or in small islands not burned at high severity (Baker and Shinneman 2004). Nevertheless, high-severity fire was likely the dominant type of fire in these woodlands in both historical and modern eras. However, fire extent and spatial patterns (especially patch size distributions of high severity fire) in pre-modern landscapes are not well known.

4. *Historical fires in persistent piñon-juniper woodlands generally did not "thin from below," i.e., they did not kill predominantly small trees. Instead, they tended to kill all or most of the trees within the places that burned regardless of tree size. This statement also is true of most fires today.*

\* HIGH CONFIDENCE ... APPLIES TO PERSISTENT WOODLANDS THROUGHOUT THE WEST

Kinds of Evidence: *rigorous paleoecological studies, systematic observations of recent fires*

Explanation: Almost all piñons and junipers are relatively fire-intolerant, because often they have thin bark and typically have low crowns. Unlike ponderosa pine, which self-prunes lower branches and develops thick bark with age, piñons and most juniper species are usually killed by fire even when mature. (We note, however, that older piñons can have bark >2 cm in thickness, and it is unknown how these trees may have responded to historical surface fires if they occurred. Mature *Juniperus deppeana* trees also can survive fire, and they commonly re-sprout if top-killed by fire.) The extent and spatial pattern of fire varies in time and space, from very small (<0.1 ha) and fine-grained to very large and coarse-grained (hundreds to thousands of ha), as a function of fuel structure and fire weather (Figure 2). Nevertheless, the dominant effect observed in recent fires in piñon-juniper vegetation has been complete or nearly complete tree mortality throughout the

11

BLM_0062856



Figure 3c. **Wooded shrubland,** composed of western juniper trees (*Juniperus occidentalis*) growing in a low sagebrush (*Artemisia arbuscula*) - Sandberg bluegrass (*Poa sandergii* ) community. Soils are shallow (15-30 cm) clay to clay loams overlying fractured basalt, which allows the tree roots to penetrate below the soil surface. The majority of trees sampled on this site exceeded 200 years, some approaching 800 years. Modoc Plateau in northeastern California, elevation 1,550 m. Photo by R.F. Miller, 1998.

area burned, and the effect was likely similar in historical fires.

5.    *Historical fire rotations (i.e., the time required for the cumulative area burned to equal the size of the entire area of interest), and fire intervals at the stand level, varied from place to place in persistent piñon-juniper woodlands, but generally were very long (usually measured in centuries).*

\* HIGH CONFIDENCE … APPLIES TO PERSISTENT WOODLANDS THROUGHOUT THE WEST

<u>Kinds of Evidence</u>:    *rigorous paleoecological studies*

<u>Explanation</u>:    We have few estimates of historical fire rotation for piñon-juniper woodlands based on adequate empirical data,

but available studies report very long rotations. Examples include 410 or 427 years (depending on method of calculation) in Barrett Canyon in central Nevada (Bauer 2006), 480 years in southern California (Wangler and Minnich 1996), 400 - 600 years on the Uncompahgre Plateau in western Colorado (Shinneman 2006), and 400+ years on Mesa Verde in southwestern Colorado and on the Kaiparowits Plateau in southern Utah (Floyd et al. 2004, 2008). Note that "fire rotation" is a different concept and metric than "mean composite fire interval." Because the latter metric may be influenced strongly by sampling intensity and scale (Hardy 2005, Reed 2006), we emphasize here the fire rotation concept, which is roughly equivalent to the average fire interval at a small point on the ground. We do not emphasize the absolute values that have been estimated for persistent piñon-juniper woodlands; rather we point out

12

that historical fire rotations and point-intervals were much longer than is often assumed for piñon or juniper vegetation in general (e.g., Schmidt et al. 2002). We also note that modern fire intervals may be getting shorter, as explained in #6 below.

6. *Recent large, severe (stand-replacing) fires in persistent piñon-juniper woodlands are normal kinds of fires, for the most part, because similar fires occurred historically.   However, the frequency and size of severe fires appears to have increased throughout much of the West since the mid-1980s, in piñon-juniper and also in other vegetation types.   The causes of this recent increase in large piñon-juniper fires are uncertain, and it is unclear whether the very large sizes of some recent fires are exceptional or represent infrequent but nevertheless natural events.*

\* MODERATE CONFIDENCE ... APPLIES TO MOST PERSISTENT WOODLANDS THROUGHOUT THE WEST

<u>Kinds of Evidence</u>:   *rigorous paleoecological studies, correlative studies, logical inference*

<u>Explanation</u>: Ages of live trees and charred juniper snags in piñon-juniper woodlands document the occurrence of large fires (at least hundreds of hectares in extent) in the 1700s on Mesa Verde in western Colorado and in the 1700s or 1800s on the Kaiparowits Plateau of southern Utah (Floyd et al. 2004, 2008).   In central New Mexico, an extensive shrubland patch embedded within piñon-juniper woodlands of the Oscura Mountains is suggestive of a high-severity fire in the 1800s, though the tree-ring studies needed to confirm this hypothesis have not yet been conducted (Muldavin et al. 2003). Thus, we know that large severe fires occurred in piñon-juniper woodlands in the past, though we have little information on extents or spatial patterns of those fires.

An upsurge of large fires (>400 ha) in forested landscapes began in the mid-1980s in

the western U.S.(Westerling et al. 2006). Increasing trends in large fire frequency and total area burned are particularly noticeable in some regions having extensive piñon-juniper woodlands (e.g., the Southwest and northern Great Basin).  For example, a greater proportion of the piñon-juniper woodland on Mesa Verde has burned in the past decade than burned throughout the previous 200 years (Floyd et al. 2004).

Changes in fuel structure probably have contributed to the recent increase in large fires in some parts of the West.  For example, fire exclusion in some ponderosa pine and dry mixed conifer forests has allowed fuel mass and vertical continuity to increase (Allen et al. 2002, Hessburg and Agee 2003), although recovery from nineteenth-century fires, logging, and livestock grazing, rather than fire exclusion, are likely the principal mechanisms of this change in other ponderosa pine forests (Baker et al. 2007).   Invasion by highly flammable annual grasses (e.g., cheatgrass, *Bromus tectorum*) has increased horizontal fuel continuity and likelihood of extensive fire spread in many semi-arid vegetation types, including piñon-juniper woodlands and shrublands of the Great Basin and Colorado Plateau (Whisenant 1990).

However, large fire frequency also has increased in other forest types where changes in fuel conditions are probably far less important, e.g., in high-elevation forests of the northern Rocky Mountains (Schoennagel et al. 2004), leading Westerling et al. (2006) to suggest that an equal or more important mechanism may involve the warmer temperatures, longer fire seasons, and high amplitude of wet/dry years in recent decades. A similar increase in the frequency of large fires also has been documented in portions of Canada where changes in forest conditions due to land use are minimal, again suggesting a primary climatic mechanism (Gillet et al. 2004, Girardin et al. 2007).  It should be noted that although increases in numbers of large fires and area burned are striking in some regions and in broad composite data from the western US and Canada, some sub-regions show little or no

13

clear evidence of major changes in fire activity in recent decades (Westerling et al. 2006).

Given the very long fire rotations that naturally characterize persistent piñon-juniper woodlands (see statement #5), we cannot yet determine whether the recent increase in frequency of large fires occurring in this vegetation type represents genuine directional change related to changing climate or fuel conditions, or is simply a temporary episode of increased fire activity, comparable to similar episodes in the past. In any event, the suite of current and upcoming broad-scale environmental changes--warming temperatures, increasing tree densities (see statement #7), and expansion of fire-promoting species such as cheatgrass—all may all interact to dramatically increase the amount of burning in piñon-juniper and other vegetation types over the next century. See Section IV below on management implications for more on this idea.

7. *Tree density and canopy coverage have increased substantially during the twentieth century in some persistent woodlands, but not in all.*

\* HIGH CONFIDENCE ... BUT PRECISE MAGNITUDE OF INCREASE, CAUSES, AND GEOGRAPHIC APPLICABILITY NOT ADEQUATELY KNOWN

Kinds of Evidence: *rigorous paleoecological studies, historic & recent photos*
Explanation: From the late nineteenth through the twentieth century, tree abundance and/or size increased in many, though not all, persistent woodlands, as evidenced by repeat aerial photography (e.g., Manier et al. 2005) or tree-ring reconstructions of age structure (e.g., Eisenhart 2004, Floyd et al. 2004, Landis and Bailey 2005, Shinneman 2006, Miller et al. 2008). It should be noted that visual and re-photographic sources have limited ability to distinguish among changes in tree density, tree size, and canopy cover. For instance, re-sampling of permanent plots showed that a visually apparent increase in tree cover did not

represent a substantial density increase, but primarily reflected enlarging of tree canopies as trees age (Ffolliott and Gottfried 2002). Nevertheless, it is clear that genuine increases in tree density have occurred over the last 100–150 years in many places throughout the West.

Infill of persistent woodlands has been well documented in many parts of the Great Basin. Tree age structures in old-growth woodlands of central Nevada show dramatic increases in establishment of new trees beginning ca. 1880 (Bauer 2006). On tablelands of southwest Oregon and southwest Idaho, where low sagebrush (*Artemisia arbuscula*) is the predominant woody layer but scattered *Juniperus occidentalis* also are present, sampling of live and dead trees reveals a gradual increase in tree densities since the late 1800s in many areas (Johnson and Miller 2006). In some places, however, the magnitude of infill has been relatively small. For example, in the Mazama Ecological Province, over 67% of the trees >1m in height became established prior to 1870, and most individuals <1m were growing slowly with very narrow rings--demonstrating that small trees actually may be relatively old, especially on sites with poor growing conditions (Waichler et al. 2001). In a dense old-growth woodland occupying several thousand acres in southeast Oregon, infill is occurring in the outer edges of the stand, but little infill has occurred in much of the main core where understory trees 0.5 and 1.0 m in height are 100 - 250 years old (R.F. Miller unpublished data).

Moving to the Colorado Plateau, age reconstructions in northern Arizona document infill on three common soil types (Landis and Bailey 2005). Infill also is occurring in portions of the Uncompahgre Plateau and Mesa Verde in western Colorado (Eisenhart 2004, Floyd et al. 2004, Shinneman 2006). Most of the infill on the Uncompahgre Plateau is by piñon rather than juniper (Shinneman 2006). However, the net increase in tree density in woodlands of the Colorado Plateau actually may be relatively small when viewed over a longer time frame, as periods of increasing tree density are balanced by periods of extensive mortality. Consistent

14

BLM_0062859

with this idea, millions of piñon trees throughout the Four Corners region died in a recent severe mortality event (Breshears et al. 2005). Moreover, photographs of Mesa Verde from the late 1800s (e.g., Chapin 1892) show relatively dense woodlands not dissimilar in appearance from those of today. Further evidence of relatively little net change on the Uncompahgre Plateau comes from Manier et al. (2005), who compared aerial photographs from 1937, 1965-67, and 1994, and saw minimal net change in density or extent of piñon-juniper woodlands.

8. *The observed increase in tree density and canopy cover during the twentieth century in persistent piñon-juniper woodlands is likely not due to fire exclusion. However, the mechanisms driving tree infill and expansion are generally not well understood for any of the three piñon-juniper types (Table 1). Possible mechanisms are evaluated in Section III below.*

## Section IIb: What We Know About Piñon-Juniper Savannas

We define "savannas" as stands having a well-developed grass understory plus a low to moderate density of trees (Table 1). Stands having low tree density but an understory dominated by life forms other than graminoids are not treated here, but are included in the sections on "persistent woodlands" (above) and "wooded shrublands" (below). Our group reached consensus on three key ideas about piñon-juniper savannas.

9. *Pre-1900 disturbance regimes in piñon-juniper savannas are not well understood.*

Explanation: Fire, insects, and climatic variation all probably influenced the structure and dynamics of this vegetation type, but the precise role and relative importance of each of these processes, and their interactions, are poorly documented. Some of the key hypotheses about historical fire regimes in piñon-juniper savannas are presented and

evaluated in Section III below. Rigorous testing of these hypotheses is a high-priority research topic, as explained in Section V below.

10. *In some regions, notably parts of southern New Mexico and Arizona, savannas were more extensive historically than they are today. During the late nineteenth and twentieth centuries, many savannas in these regions have been converted to piñon-juniper woodlands of moderate to high canopy coverage, and many former grasslands have been converted to savanna or woodland.*

\* HIGH CONFIDENCE ... BUT PRECISE GEOGRAPHIC APPLICABILITY NOT ADEQUATELY KNOWN

Kinds of Evidence: *historic & recent photos, soils surveys*

Explanation: Savannas are most common in regions where reliable precipitation during the growing season favors growth of grasses, and where total annual precipitation is sufficient to also support at least some trees. Such a region is in southern Arizona and New Mexico, where a major portion of annual precipitation comes in the summer monsoon. Extensive infill of former savannas, and conversion of former grasslands to savanna or woodland through tree expansion, are well documented in written and oral accounts (A. Leopold 1924, L. Leopold 1951), and in aerial and ground-based repeat photography (e.g., Sallach 1986, Miller 1999, Fuchs 2002) from this region. For example, a comparison of aerial photos of a southwestern New Mexico study area revealed that former grasslands and juniper savannas had been largely replaced by relatively dense stands of *Juniperus deppeana*, such that forests and woodlands having more than 40% tree canopy cover comprised <50% of the landscape in 1935, but had risen to >80% by 1991 (M. Miller 1999). However, infill of former savannas and expansion of trees into former grasslands is not uniform throughout the region: Sallach (1986) documented increasing tree densities in many

15

locations as well as declines in the abundance of piñon and juniper in other places. Furthermore, although the pattern of infill and expansion is clear in many places from photographic evidence, the mechanisms of conversion from savanna to woodland or from grassland to savanna are often uncertain (see Section III below).

Photographic evidence of tree infill and expansion is often impressive, but we lack historic photo coverage for much of the West. Consequently, other methods are frequently needed to determine whether any particular woodland today represents a persistent woodland of long duration or a former savanna or grassland in which tree infill or expansion during the past century has transformed the area into a woodland. A long-term view of vegetation change over centuries or millennia can be obtained from packrat middens, if available (see Section III below); however, packrats tend to collect vegetation in the rocky areas around their nests, such that middens may not reflect changes occurring in areas far away from the rocks where some of the most dramatic recent tree expansion appears in photographic comparisons (Swetnam et al. 1999). An age structure composed entirely of young trees, coupled with an absence of large dead boles, stumps, or other evidence of past disturbance by fire or wood harvest, indicates that a site was not wooded for at least a few centuries prior to the establishment of the extant trees (Jacobs et al. in press). Probably the strongest evidence that an area was persistently occupied by savanna, grassland, or shrub-grassland in the past is the presence of a mollic epipedon, which typically develops where grasses are a dominant vegetation component over long time periods. However, in some areas the upper soil horizons have been entirely lost through previous grazing and erosion, thus complicating accurate soils interpretations (see Section IV below on management implications for more on this problem).

11.  *The principal mechanisms driving tree infill and expansion during the twentieth century are not well understood for piñon-juniper savannas or any of the three piñon-juniper types (Table 1) and probably vary from place to place. Possible mechanisms are evaluated in Section III.*

### Section IIc: What We Know About Wooded Shrublands

We define "wooded shrublands" as places where shrubs are dominant, but site conditions also can support trees during favorable climatic conditions or during long periods without disturbance (Table 1).  Substantial tree mortality occurs during unfavorable climatic periods or following disturbance; hence these are places of potential expansion and contraction of the tree component (Romme et al. 2007). Our group reached consensus on four key ideas about wooded shrublands.

12.  *Spreading, low-intensity surface fires had a very limited role in molding stand structure and dynamics of wooded shrublands in the historical landscape.  Instead, the dominant fire effect was to kill most or all trees and to top-kill most or all shrubs within the burned area.  This statement also is true of most ecologically significant fires today.*

* HIGH CONFIDENCE … APPLIES TO WOODED SHRUBLANDS THROUGHOUT THE WEST

Kind(s) of Evidence:  *rigorous paleoecological studies, systematic observations of recent fires*

Explanation:  The fuel structure in wooded shrublands typically is not conducive to a spreading, low-severity fire that would consume fine fuels without killing the dominant trees or shrubs, because the fine fuels are usually discontinuous (Figure 2).  The major fuel components are the crowns of live shrubs and/or trees, which, if ignited, tend to burn completely with considerable heat release and death of the plant (Baker 2006, R. Tausch personal observations).  Thus, as in persistent

16

woodlands, fires in wooded shrublands typically kill all of the trees and top-kill all of the shrubs and herbs within the areas that burn; usually the only surviving plants are those in patches that do not burn (see statements #3 and 4 for more on this idea).

13. *Increasing density of piñon and/or juniper within previously shrub-dominated areas, via infilling and expansion, is occurring extensively in some regions, notably the Great Basin, but is of relatively limited extent in other areas, notably western Colorado.*

\* HIGH CONFIDENCE … BUT PRECISE GEOGRAPHIC APPLICABILITY NOT ADEQUATELY KNOWN

Kinds of Evidence:   *rigorous paleoecological studies, historic & recent photos*
Explanation: Increasing density of piñon and/or juniper within sagebrush and other shrubland types has been widely documented in the western United States.  Evidence includes aerial and ground-based repeat photography, and stand reconstruction using dendroecological methods (Cottam and Stewart 1940, Blackburn and Tueller 1970, Tausch et al. 1981, Rogers 1982, Miller and Wigand 1994, Soulé and Knapp 1999, Soulé et al. 2004, Johnson 2005, Bauer 2006, Johnson and Miller 2006, Weisberg et al. 2007).   Increases in woodland area are occurring both through infilling of pre-existing sparse woodlands and from expansion of trees into formerly treeless shrublands.

Some of the most impressive infill and expansion have occurred in portions of the Great Basin, where woodland area may have increased by an order of magnitude since the mid-nineteenth century (Miller and Tausch 2001).  For example, in stand reconstructions across an extensive area in northwest Utah, central Nevada, southwest Idaho, and southeast Oregon, extant and dead trees dating to the period prior to 1860 were found in only 16 - 67% of current woodland stands, suggesting the current area occupied by trees has increased 150 - 625% since 1860 (Miller et al. 2008). In

this study, old trees (>140 years) usually were scattered in low densities across the landscape with no evidence that pre-1860 stands were as dense as many stands today.  In another study, old trees (>140 years) accounted for less than 10% (usually <2%) of the individuals >30 cm in height (Johnson and Miller 2007).  Similarly, Gedney et al. (1999) compared U.S. Forest Service surveys conducted in 1938 and 1988 across eastern Oregon and reported a 600% increase in area occupied by *Juniperus occidentalis*.  Rates of increase in tree cover are very fast in some areas, e.g., ca. 10% per decade (Weisberg et al. 2007) or even a doubling every 30 years (Soulé et al. 2004).  Bauer (2006) observed a sharp increase in the rate of tree establishment beginning ca. 1880, when the stem density doubling interval decreased from 85 to 45 years.  However, there is geographic variability in the rate of density increase: for example, across six woodland stands in the northern portion of the Great Basin, tree age structures revealed a gradual shift from substantial increases in piñon and junipers to relatively limited establishment during the past 140 years (Miller et al. 2008).

In contrast to the extensive changes documented in woodlands of the Great Basin, studies on the Uncompahgre Plateau in western Colorado indicate that tree expansion into shrublands has been far more limited, and that the total area of piñon-juniper woodland has not increased substantially either in the twentieth century (Manier et al. 2005) or over recent centuries (Eisenhart 2004, Shinneman 2006).  Although infill of pre-existing woodlands has occurred in this region in recent decades, the net increase in tree density over longer time periods may be minimal due to episodic mortality events (see statement #14).

Shrub-dominated soils typically do not develop a mollic epipedon that can be used as in savannas or grasslands to distinguish areas where trees expanded into former shrublands from persistent woodlands recovering from previous disturbance.  However, other kinds of evidence, as described in statement #10 (e.g., the presence/absence of large old trees, living

17

and dead), can aid in reconstructing local site history. An intriguing potential indicator of former sagebrush communities is the presence of sage-grouse leks. Some areas of current woodland are documented to have supported sage-grouse populations in the late 1800s and early 1900s. Sage-grouse hens re-nest in the same general sagebrush-dominated areas year after year, and their mature offspring do the same; colonization of new areas is slow (Dunn and Braun 1985, USDI BLM 1994, Connely et al. 2004, Schroeder and Robb 2004). Thus, documented past utilization by sage-grouse in a woodland today is evidence that the woodland has developed within a former sagebrush community.

14. *In addition to increases in piñon and juniper density in some areas, loss of piñon and juniper (especially from marginal sites) also has occurred recently and in the past.*
\* HIGH CONFIDENCE ... BUT PRECISE GEOGRAPHIC APPLICABILITY NOT ADEQUATELY KNOWN

Kinds of Evidence: *rigorous paleoecological studies, historic & recent photos*

Explanation: Although recent woodland expansion has received much attention, contraction of woodlands also has been documented, both recently and in the past. As noted in statement #2 on persistent woodlands, a "mega-drought" in the late 1500s probably killed many southwestern piñon trees, and a very recent and extensive die-back occurred between 2002 and 2004 in the Four Corners region as a result of drought, high tempera-tures, and bark beetle outbreaks. Substantial piñon mortality also occurred in parts of New Mexico during the severe drought of the 1950s (Swetnam et al. 1999). Some twentieth century expansions of woodland trees into sagebrush on the Uncompahgre Plateau in western Colorado appear now to be undergoing reversals as young trees are dying in recent droughts (K. Eisenhart, unpublished data). Thus, for thousands of years, tree expansion

and contraction may have been a normal part of climatically driven fluctuations in woodland densities, perhaps especially at the ecotones with sagebrush, grasslands, and other non-woodland vegetation. It follows that the recently documented woodland expansion may be reversed by future contractions of woodland in at least some areas.

15. *The principal mechanisms driving tree infill and expansion during the twentieth century are not well understood for wooded shrublands or any of the three piñon-juniper types (Table 1) and probably vary from place to place. Possible mechanisms are evaluated in Section III.*

## Section III: Evaluating the Mechanisms of Infill and Expansion

A *pattern* of increasing tree density in many persistent woodlands, savannas, and wooded shrublands, and of tree expansion into former grasslands and shrublands, is well documented (see statements #7, 10, and 13). However, the *mechanism(s)* driving these changes is unclear. This is an important issue, because infill and expansion often are attributed primarily to effects of fire exclusion; consequently vegeta-tion treatments designed to reduce or eliminate piñons and/or junipers often are justified in part by the assumption that past and present land uses have produced "unnatural" increases in tree density. Although this assumption is probably correct in some situations, clearly it is not correct in all. For example, exclusion of low-severity surface fires during the twentieth century cannot be the primary reason for infill of persistent woodlands, because low-severity fire was never frequent in these ecosystems even before Euro-American settlement (see statements #1, 2, and 3); furthermore, in many places we can explain increasing tree density as recovery from severe fire or anthropogenic clearing in the past, or as natural range expansion near the biogeo-graphical limits of a tree species. Therefore, we begin this section by reviewing these two relatively well understood mechanisms for increases in local

18

BLM_0062863

tree density or extent (i.e., recovery from past severe disturbance and natural range expansion) in Sections IIIa and IIIb below.

But what is driving infill of persistent woodlands, savannas, and wooded shrublands, and expansion of piñon and juniper into former grasslands and shrublands, in the many places across the West where there is no evidence of earlier severe fire or clearing, and where infill and expansion are occurring near the center of the species' biogeographical distribution? In Sections IIIc - IIIe we evaluate the three most cogent explanations that have been offered: (i) direct and indirect effects of livestock grazing, (ii) fire exclusion, and (iii) climatic effects. Surprisingly little empirical or experimental evidence is available to support or refute any of these hypotheses; most interpretations are based on logical inference. Consequently, we cannot now come to any firm conclusions about the mechanisms driving infill and expansion of piñon and juniper in many locations. Neverthe-less, we review existing evidence and data gaps for each of these three hypotheses, and we highlight this question as a high-priority research topic in Section V of this paper.

**Section IIIa.    Recovery from Past Severe Disturbance**: Although fires are very infrequent in persistent woodlands, large severe fires do occur under some weather conditions (Figure 2), and recovery of the former woodland structure requires many decades to centuries (e.g., Erdman 1970; Floyd et al. 2000, 2004). Evidence of a stand-replacing fire also will remain conspicuous for many decades or centuries, in the form of charred snags and downed wood. Thus, a stand of young piñons and/or junipers growing amidst charred juniper snags and other forms of partially burned wood is *not* testimony to abnormal effects of fire exclusion, but simply represents recovery from a past high-severity fire.

Similarly, many areas that were chained in the 1950s and 1960s now support dense stands of young piñons and/or junipers that may give the appearance of expansion into grasslands or shrublands (e.g., Paulson and Baker 2006;143-

146); however, closer inspection often reveals windrows of large, dead tree boles that were piled up during the chaining operation, along with stumps and seeded non-native grasses. Such a stand of young trees does not represent abnormal expansion of trees into non-woodland habitats, but is another example of natural recovery from severe disturbance. Widespread harvest also occurred during the Euro-American settlement era to provide materials for fence posts, firewood, construction materials, and charcoal to support the mining industry, e.g., in the Nevada Great Basin, (Young and Budy 1979) and in territorial New Mexico (Scurlock 1998;128-129). Sallach (1986) interpreted twentieth century increases in tree density in many places in New Mexico as recovery of pre-existing woodlands following severe human disturbance (wood-cutting and clearing for pasture improvement) rather than infill or invasion of previously sparse woodlands and grasslands. In some portions of the Southwest, woodlands still may be recovering from centuries of deforestation and other land uses by prehistoric and historic Puebloan peoples (Wyckoff 1977, Samuels and Betancourt 1982, Kohler and Matthews 1988, Allen et al. 1998, Allen 2004:64-66, Briggs et al. 2007).

Unfortunately, the extent, intensity, and specific locations of historic and prehistoric fire, harvest, and clearing generally are not well known. Nevertheless, particularly if a burned or cleared stand was a persistent woodland (Table 1), then local site conditions are inherently favorable for trees, and we should expect trees to be re-establishing naturally on the disturbed site.

**Section IIIb.   Natural Range Expansion**: The presence of young piñon and juniper trees near the species' current geographical range limits may represent natural, long-term change in biogeographical extent rather than unnatural expansion into non-woodland habitats. Studies of sub-fossil pollen deposits and packrat (*Neotoma* spp.) middens reveal that many low-elevation conifer species, including junipers, piñons, and ponderosa pine, have been

19

expanding their ranges throughout the Holocene (the past ~12,000 years) from glacial refugia sites in the Southwest and northern Mexico. In response to increasing temperatures and perhaps aided by moist periods, piñons expanded rapidly into the central and northern parts of the western United States at the end of the Pleistocene (Betancourt 1987, Nowak et al. 1994, Swetnam et al. 1999, Wigand and Rhode 2002), while junipers may have expanded with increasing temperatures, but during drier periods (Lyford et al. 2003).

This natural range expansion continues today. For example, the northernmost *Pinus edulis* population in Colorado, near Fort Collins, has been present for only about 400-500 years, and piñon continues to increase and expand into adjacent shrub and grassland communities (Betancourt et al. 1991). Similarly, the northernmost outlier of piñon in northeastern Utah at Dutch John Mountain colonized as recently as the 1200s (Gray et al. 2006). *Juniperus osteosperma* also has been expanding its range in Wyoming and adjacent sites in Utah and Montana for the past several thousand years, both at a regional scale by moving into new mountain ranges and at local scales by expanding populations where it has already established. In fact, juniper populations in some parts of Wyoming may represent the first generation of trees in these areas (Lyford et al. 2003). In addition to latitudinal range expansions following the Pleistocene, piñons and junipers have moved to higher or lower elevations in response to the climate changes that have occurred during the Holocene; for example, woodlands in the Great Basin have alternately expanded across large areas of landscape during favorable climatic periods and retreated to smaller refuge areas during less favorable periods (Miller and Wigand 1994). Thus, some expansions (and contractions) of piñons and junipers represent species' responses to natural processes such as climate change, rather than a consequence of land use or other human activities.

Unfortunately, not all of the specific locations where natural biogeographic range expansion is occurring have been mapped. Therefore, this mechanism should be considered in local site evaluations, especially where a site is located near the margins of the species' range.

**Section IIIc. Direct Effects of Livestock grazing**: Extensive livestock grazing began in the late 1800s in many parts of the western U.S. (Wooton 1908, Oliphant 1968, Dahms and Geils 1997, Scurlock 1998, Allen et al. 2002, Hessburg and Agee 2003)--and extensive infill and expansion of piñon and juniper began at the same time in many areas (e.g., Miller and Rose 1999, Fuchs 2002, Landis and Bailey 2005; C. D. Allen unpublished data). The coincidence in time between the onset of grazing and of increasing tree density suggests a direct cause-effect relationship, the mechanism presumably being that heavy grazing reduced herbaceous competition with tree seedlings and thereby enhanced seedling survival. Support for this mechanism comes from Johnsen's (1962) report of markedly better growth of juvenile *Juniperus monosperma* in places where grass had been removed.

However, empirical evidence for or against the grazing mechanism is sparse and mixed. Shinneman (2006) found greater densities of young trees in grazed areas on the Uncompahgre Plateau in western Colorado than in nearby ungrazed areas. In contrast, Harris et al. (2003) reported comparable twentieth-century increases in tree density in both grazed and un-grazed areas in a southern Utah study site; and lightly grazed areas often appear to contain as many young trees as heavily grazed areas in the northern Great Basin (R.F. Miller, personal observation) and in south-central New Mexico (E.H. Fuchs, personal communication). It is well known that grazing effects can be extremely variable across different soil types within the same climatic zone. For example McAuliffe (2003) notes that grazed soil types with shallow argillic horizons are much more resistant to woody plant encroachment than are sites that promote deeper infiltration. Moreover, the mechanistic relationship

20

between herbaceous competition and tree seedling establishment has received little experimental testing beyond Johnsen's early study.

Thus, we simply lack adequate empirical or experimental information with which to confidently evaluate the importance (or lack of importance) of the *direct* effects of livestock grazing as a key mechanism driving tree infill and expansion during the past 150 years. However, the *indirect* effect of livestock grazing also may have been important because sustained heavy grazing reduces grasses and other herbaceous fuels which foster fire spread under both modal and extreme fire weather conditions. In some western ponderosa pine and dry mixed conifer forests, exclusion of low-severity fires has been a principal mechanism driving tree density increases during the twentieth century (e.g., Allen et al. 2002, Hessburg and Agee 2003), although in other western ponderosa pine forests the principal mechanisms were nineteenth-century fires, logging and livestock grazing, rather than fire exclusion (Baker et al. 2007). Thus, the importance of this indirect effect of grazing hinges on the importance of fire exclusion in driving infill and expansion of piñons and junipers (IIId below).

**Section IIId. Fire exclusion**: A logical argument can be made that fire exclusion since the mid-1800s is a primary cause of piñon and juniper infill in savannas and wooded shrublands, and of tree expansion into former grasslands and shrublands. Southwestern savannas and grasslands in particular often produce continuous fine fuels conducive to frequent and wide-spreading fires, and they occur in regions where wet/dry climatic cycles are common. Thus, it is logical to suppose that historical fires in these ecosystems were frequent enough to kill most of the fire-intolerant piñons and junipers that continually became established among the fire-tolerant grasses. Fire behavior and effects in wooded shrublands (especially those with tall shrubs) differ from fire in savannas in that the shrub fuels typically support higher flame lengths, greater heat release, and greater likelihood of extensive tree mortality (Figure 2); and post-fire recovery of the shrubs is often slower than recovery of burned grasses. Nevertheless, in both kinds of ecosystems recurrent fires may have maintained tree densities well below what could potentially be supported by local climate and soils; higher-density stands may have persisted only in relatively fire-safe sites, such as on rocky outcrops or in rocky draws, where fire spread or high-severity fire was inhibited. Support for the fire exclusion hypothesis comes from the fact that extensive infill and expansion began to occur in many places in the late nineteenth century, coincident with the onset of livestock grazing and the resulting reduction in the frequency of extensive surface fires. Grazing intensity was greatly reduced in most of the West after 1930, but effective governmental fire suppression began to be more effective at about that time (Pyne 1982), and additional land use changes-- notably those resulting in fragmentation of landscapes, including roads, buildings, and cleared fields-- have generally precluded the extensive fires that may have burned prior to the late nineteenth century in many areas.

Although this interpretation is logical, it has a major empirical shortcoming-- namely that the assumption of frequent historical fire is unproven (even untested) in many areas. In the relatively few fire history studies that have been conducted in piñon and juniper vegetation, fire-scarred trees (perhaps the most conclusive direct evidence of previous fires) are typically rare or absent (Baker and Shinneman 2004). There are questions about how to interpret the paucity of fire-scarred piñons and junipers (see the discussion of methodological issues in Section V on research priorities), but a general lack of fire scars is consistent with the idea that fires actually were infrequent in all or most kinds of piñon and juniper vegetation in the past. If fire was in fact infrequent in piñon and juniper vegetation prior to the late 1800s, then fire exclusion cannot be the major driver of tree infill and expansion during the last century.

21

Thus we see that two logical, but contradictory, interpretations can be made about the historical role (or lack of a role) of fire in limiting piñon and juniper infill and expansion. To critically evaluate both interpretations, we need more spatially extensive empirical data on piñon-juniper fire history, especially in piñon and juniper savannas.

In the absence of adequate empirical data, interpretations of fire history often are based instead on anecdotal observations and logical inference. There is also a tendency to import observations from areas of very different biophysical conditions and treat them as generalities when data are sparse. For example, late nineteenth century fires in some desert grasslands of southeastern Arizona are documented from newspaper accounts (Bahre 1991;138-141), and it is also inferred that fires must have been relatively frequent to prevent shrub encroachment of some desert grasslands (McPherson 1995). It might be assumed from this evidence that fire played a similar role in desert grasslands, piñon and juniper savannas, and open woodlands that have grassy understories, throughout much of the Southwest. However, desert grasslands in Arizona differ in composition and climate from those in New Mexico, and grasslands at the edge of the Great Plains in eastern New Mexico differ yet again. Moreover, Wright (1980;16) states that the pre-1900 role of fire in grasslands of southern Arizona and New Mexico is simply unknown, and that fire was possibly unimportant ecologically in at least some kinds of desert grassland (e.g., black grama (*Bouteloua eriopoda*) communities). We have a similarly inadequate understanding of the (probably complex) ecological role of fire in piñon and juniper savannas of Arizona and New Mexico.

A similar paucity of empirical fire history data plagues our efforts to understand what is driving tree infill and expansion in sagebrush-dominated communities and associated wooded shrublands of the Great Basin and Colorado Plateau. For example, historical fire rotations (time required for cumulative area burned to equal the size of the entire area of interest) in Wyoming big sagebrush (*Artemisia tridentata* ssp. *wyomingensis*) and low sagebrush, which formed the matrix within which many of the woodland communities existed, are estimated to have been 100-450 years (Baker 2006). With such long rotations, it would seem that fire was not frequent enough historically to prevent extensive tree establishment, and that the long fire intervals observed during the twentieth century are not far outside the historical range of fire intervals-- all implying that fire exclusion cannot be the major driver of piñon and juniper infill and expansion. However, the "sagebrush community" is very heterogeneous, and a single broad characterization of historical fire rotations cannot adequately convey the complex historical role of fire in these ecosystems. For example, historical fire rotations were substantially shorter in the more mesic mountain big sagebrush (*A. tridentata* ssp. *vaseyana*) communities than in the more xeric Wyoming big sagebrush and low sagebrush communities (Baker 2006), and conversion of shrubland to woodland also can occur more rapidly (within only several decades) in the more mesic habitats (R. Miller, personal observations)--suggesting that the late-nineteenth and twentieth-century reduction in fire frequency was in fact a major cause of tree expansion in at least some shrublands.

In sum, we simply do not have adequate empirical data on historical fire regimes to determine how important (or unimportant) fire exclusion has been in allowing infill and expansion of piñon and juniper trees in savannas and wooded shrublands across the West. Obtaining additional fire history data is therefore a high research priority (see Section V).

***Section IIIe. Climatic effects***: The onset of extensive infill and expansion of piñon and juniper in the late nineteenth century in many areas coincided not only with the beginning of fire exclusion, but also with the end of the "Little Ice Age" and the beginning of a general

22

warming trend and changes in precipitation patterns that continued through the twentieth century. Occupying as they do the transition zone between mesic forests at higher elevations and environments too dry for trees at lower elevations, piñon-juniper communities may be especially sensitive to even subtle changes in temperature and precipitation.

It is possible that some or even much of the infill and expansion of piñon and juniper that has occurred during the past 150 years is a more-or-less natural response to short-term and long-term climatic fluctuation. Two long-term twentieth century data-sets from desert and semi-desert areas of southern New Mexico and Arizona reveal that relatively high winter precipitation generally favors woody plants over herbaceous species, and that specific periods of extensive shrub establishment coincided with periods of wet winters (Neilson 1986, Brown et al. 1997). These two studies focused primarily on expansion of shrubs, not trees, but other studies demonstrate that recovery of woodlands from drought may occur as a pulse of piñon recruitment during the first wet period that follows the drought (Swetnam et al. 1999, Shinneman 2006). For example, in two study areas on the Uncompahgre Plateau in western Colorado, piñon abundance began increasing in the late 1700s, during a wet period that followed a long dry period (Eisenhart 2004, Shinneman 2006). Note that the apparently climate-driven increase in tree density in this area occurred more than half a century before arrival of Euro-American settlers and associated effects of livestock grazing and fire exclusion. In the twentieth century there were two very wet periods in the Southwest--during the first two decades of the century and the period from the mid-1970s to the mid-1990s (Swetnam and Betancourt 1998). These are both periods when many piñon trees became established in the region (e.g., Floyd et al. 2004).

Additional support for the climate hypothesis comes from observations of recent contraction as well as expansion of piñon and juniper woodlands. Although much of the twentieth century was apparently favorable for tree establishment and survival, extensive piñon mortality occurred in the Southwest during severe droughts of the 1950s and from the mid-1990s through the early 2000s (see statements #2 and #14).

The major shortcoming of the climate hypothesis is that the evidence is mostly correlative, with limited experimental data with which to evaluate the specific mechanisms by which piñon and juniper respond to specific climatic changes. We also have a poor understanding of how climatic variability influences growth and abundance of the herbaceous component of piñon and juniper vegetation, notably grasses, which in turn influences fuel structure and potential fire behavior.

***Summary of potential mechanisms driving tree infill and expansion***:  It is widely assumed that infill and expansion of piñon and juniper represents primarily an "unnatural" consequence of human land use, in particular the effects of fire exclusion. It is important to stress, however, that human land use in the western U.S. since the mid to late 1800s has occurred against a backdrop of climatic and natural disturbance-driven fluctuations in tree establishment and survival. All of these processes interact, and the relative importance of each (direct grazing impacts versus fire exclusion versus climatic fluctuation) probably varies spatially and temporally across the vast expanse of heterogeneous environments occupied by piñon and juniper vegetation. Thus, simplistic and over-generalized explanations of the processes driving infill and expansion should be avoided, and new research should be conducted to disentangle the relative effects of the various mechanisms underlying piñon and juniper infill and expansion in different eco-regions within the western U.S. (see Section V on research priorities).

23

## Section IV: Some Management Implications

It was not the task of our group to make specific recommendations or guidelines for management of piñon-juniper vegetation. However, in this section we caution against overly simplistic management assumptions, and discuss how the information presented in the fifteen statements above can be used to help inform specific management policies or management plans that involve this vegetation type.

A. *Different management goals--e.g., wildfire mitigation, forage improvement, wildlife habitat improvement, and ecological restoration-- cannot necessarily all be achieved by the same kinds of treatment in piñon and juniper vegetation.*

Four widespread management actions being conducted in piñon and juniper vegetation are (i) wildfire mitigation, which usually focuses on fuel reduction through selective cutting, mastication, or low-severity prescribed fire; (ii) forage improvement for livestock by reducing tree competition with palatable grasses and forbs, sometimes supplemented by planting grasses; (iii) habitat restoration for wildlife, e.g., sage grouse and other shrub-dependant species; and (iv) ecological restoration, in which the goal is to re-establish structural and functional characteristics similar to what existed prior to Euro-American settlement. It is important to emphasize that any given vegetation treatment is unlikely to achieve all of these goals simultaneously. For example, extensive low-severity prescribed burning would not represent restoration in persistent woodlands that rarely burned historically, but rather a novel kind of disturbance. Similarly, reduction of tree density in savannas or wooded shrublands where substantial infill has occurred primarily due to the climatic conditions of the twentieth century might represent restoration of pre-1900 stand *structure* but not of the ecological *processes* that formerly maintained a lower-density structure. Chaining piñons and

junipers, followed by planting grass, could improve forage production, but would not necessarily represent ecological restoration, especially in persistent woodlands where trees were always relatively dense.

Where the multiple goals of wildfire mitigation, forage improvement, wildlife habitat improvement, and ecological restoration might potentially be most congruent is in former savannas, grasslands, and shrublands where substantial infill or expansion of trees has been adequately documented to have occurred primarily because of EuroAmerican land uses (e.g., fire exclusion), as opposed to natural processes (e.g., climatic fluctuations). In these situations, reduction of tree density to former levels can reduce crown fire potential while promoting recovery of understory components, if soils and native flora are still in good condition (see below); these changes also may improve habitat conditions for selected wildlife species of interest. Note that this initial treatment to restore canopy structure would not be adequate in itself to fully restore pre-EuroAmerican conditions: it also would be necessary to restore and maintain the key natural processes that formerly maintained the savanna, grassland, or shrubland structure, and to reform the land uses that led to the changes in woodland structure to avoid a repeated cycle of restoration and degradation.

In many or most situations, however, it probably is not possible to achieve all of these goals with one kind of vegetation treatment; thus, managers should be very clear about the specific goals and objectives of piñon-juniper treatments.

B. *Ecological restoration is neither straight-forward nor easy.*

Restoration of pre-EuroAmerican conditions is not the only potentially appropriate management goal for any given piece of ground. But where ecological restoration is the primary objective, appropriate treatments will differ among the different kinds of piñon-juniper vegetation (Table 1). A field key to the three kinds of piñon-juniper vegetation that we

24

recognize in this paper is provided in Romme et al. (2007); we regard this key as tentative pending additional clarification of the distribution and characteristics of the three types (see Section V on research priorities).

In many woodlands, the most urgent restoration needs are related not to the canopy but to the understory, soils, and watershed function. Invasive species, local extirpation of key native species, erosion, and other changes in structure and composition at the ground level may be more significant than increased tree density. This may be especially true of many persistent woodlands, where current tree densities may not be abnormal, but the understory is in poor condition. If such sites burn in the future, they may become dominated by aggressive and persistent non-native species instead of progressing through a normal post-fire successional trajectory (e.g., Floyd et al. 2006), potentially resulting in a permanent type conversion.

In any situation, it is important that restoration treatments reflect an understanding of historical conditions and mechanisms of twentieth-century change. A landscape per-spective also is needed in evaluating current conditions and designing treatments to improve current conditions: the historical landscape in most places was a heterogeneous mix of stand structures, reflecting underlying heterogeneity of soils, topography, and disturbance history. One practical and conservative approach is to use existing stand age-structure and underlying topographic and edaphic cues as a template for the appropriate spatial pattern and intensity of treatment. In many Great Basin landscapes, for example, tree expansion into former shrublands is most likely to have occurred where soils are deeper and herbaceous productivity is greater. If the objective is to restore pre-1850 structure and if tree expansion is adequately documented to have resulted primarily from EuroAmerican land uses (e.g., fire exclusion) as opposed to natural processes (e.g., climatic fluctuations), then such sites likely would be the appropriate locations for removal of all or most trees. This patchiness issue is very important but often

neglected: areas of persistent woodland and areas of tree expansion commonly are finely intermingled, but management prescriptions that ignore this spatial pattern may homogenize a formerly heterogeneous landscape. As with all ecological restoration efforts, the land uses that led to the changes in woodland structure also will need to be reformed to avoid a repeated cycle of restoration and degradation.

Mechanical thinning and prescribed burning have been applied widely in piñon and juniper woodlands to restore historical savanna or open woodland structure, but these treatments have had mixed results. Grass cover may increase in a two-to-three year window after cabling and slash treatments (e.g., Brockway et al. 2002, Ansley et al. 2006) but some treatments (often associated with grazing) have shown few long-term benefits with regard to grass increase or tree reduction (Rippel et al. 2003, Schott and Pieper 1987). Some of these failed cases may involve misguided attempts to convert persistent woodlands (e.g., on shallow, rocky soils) to savannas that were never supported in those locations, while in other instances loss of soil resources may preclude successful reestablishment of herbaceous understory (Davenport et al. 1998, Hastings et al. 2003).

In any treatment, whether fire mitigation or restoration, care is needed to avoid unnecessary damage to understory plants and soil crusts. Fires (including prescribed ones) and mechanical treatments may expose soils and disturb soil crusts, accelerate erosion rates, and inadvertently create barriers to savanna restoration (Roundy et al, 1978). Severe fires may result in nearly complete mortality of understory vegetation and loss of soil protection from raindrop impact. Shrub mortality from fire is of particular concern where big sagebrush is an important component of the plant community, because the shrubs sometimes require decades to recover, to the detriment of sage-grouse and other shrub-dependent fauna (Wisdom et al. 2005, Baker 2006). Both prescribed fire and mechanical treatments may facilitate invasion by cheatgrass and other undesirable non-native

BLM_0062870

species. Cheatgrass in particular is a major threat to the long-term ecological integrity of western woodlands and shrublands, in part because it may allow fire to recur in a stand far more frequently than historically (D'Antonio and Chambers 2006). In general, then, treatments may either increase or decrease soil erosion, integrity of the plant community, and likelihood of achieving restoration, all depending on the details of implementation (Blackburn 1983).

In places where it has been adequately documented that a formerly open savanna or wooded shrubland was maintained in the past by frequent fire, and that twentieth century fire exclusion is the primary mechanism causing conversion to closed woodland, this anthropogenic change in canopy structure may have been accompanied by substantive changes in soils, fuel structure, and local fire regimes; under these circumstances restoration of pre-1900 conditions may be extremely difficult if not impossible. The combination of increasing tree cover and heavy grazing may have suppressed herbaceous growth, thereby reducing the horizontal continuity of fine fuels and the potential for subsequent surface fires (Allen 1989, Hastings et al. 2003). Loss of herbaceous cover plus hoof action also may have caused severe erosion of surface soil horizons, thereby precluding ready re-establishment of herbaceous cover even if grazing pressure is diminished and tree cover is reduced (i.e., hysteresis). Such changes in soil, vegetation, and fuel structure could persist for a very long time and result in a new fire regime more similar to that of persistent woodlands than to the former savanna fire regime (i.e., a state change may have occurred: Holling 1973, Suding et al. 2004, Briske et al. 2005). This is a logical hypothesis if we assume that the historical savanna or woodland supported greater herbaceous cover and frequent fires, and if true it would seriously constrain management options. Note, however, that in many locations the mechanism(s) driving tree infill and expansion have not been adequately documented by field studies that test

alternative explanations of change (hypotheses IIIa to IIIe).

Given the global climatic changes that have already occurred and are projected to occur over the twenty-first century, coupled with the effects of past land use and invasion by non-native species such as cheatgrass, it may be impossible in many places to precisely restore the kinds of piñon-juniper ecosystems that existed 150 - 400 years ago (Millar et al. 2007). It remains important to understand the ecological conditions that prevailed during that earlier period in order to understand the patterns and mechanisms of change during the past 150 years--but that particular reference period (which encompasses The "Little Ice Age" in many areas) is likely an unachievable target for restoring many ecosystems in the twenty-first century. The uncertainties and potential magnitude of ecological change that we will likely face in the next century argue for caution and humility as we design our management goals and specific vegetation treatments in piñon-juniper and other vegetation. The uncertainties also underscore the importance of continued research, monitoring, and evaluation of treatment effectiveness in the spirit of adaptive management.

*C. Regardless of treatment goals, it is important to regard all treatments as experiments to be monitored as part of an adaptive management strategy. Collaborative implementation and evaluation of current and upcoming vegetation treatments by managers and researchers can be an especially effective way to improve our understanding of piñon-juniper ecosystems and improve the efficacy of future treatments.*

Piñon and juniper treatments designed primarily to improve livestock forage have been conducted for several decades and in numerous geographic locations across the western U.S. However, we have much less experience with treatments aimed at wildfire mitigation or ecological restoration in piñon-juniper vegetation, and much less information on their effectiveness or possible undesirable side-effects. As noted in the section just above,

26

results of restoration efforts in piñon-juniper vegetation have been mixed. Nevertheless, intensive treatments designed for wildfire mitigation and ecological restoration in piñon-juniper vegetation are underway or planned in many parts of the West today. Many or most of the current federally sponsored initiatives do not require any systematic, structured, or experimental monitoring of effects (e.g., BACI design). A stronger experimental design likely will be included in upcoming recommendations by the Conservation Effects Assessment Project (http://www.nrcs.usda.gov/technical/nri/ceap/), but funding for effective monitoring of treatments may remain inadequate. Given the fundamental uncertainties about the ecology of piñon-juniper vegetation, it is important that managers and policy-makers acknowledge this uncertainty when presenting management plans to the public; and despite the lack of rigorous monitoring requirements and associated funding at the federal level, we hope that managers will monitor treatment effects to the greatest extent possible (recognizing constraints of budget and personnel), both because there is potential for unexpected or undesirable results of treatments and because we may learn a great deal from what in effect are broad-scale ecological experiments.

In particular, we emphasize the outstanding opportunities for collaboration between scientists and managers in current and upcoming piñon-juniper treatments. By adding a well-designed research and monitoring component to a practical management-oriented project, not only is it possible to evaluate the efficacy of a given project, but also it can improve our understanding of the more general ecological processes at work in piñon-juniper vegetation. For example, we can infer much about historical fire regimes by carefully documenting fire behavior and fire effects on soils and vegetation under varying conditions of fuel structure and ambient weather (see Section V on research priorities).

## Section V: Some Research Priorities

Our analysis of what we know and do not know about piñon-juniper vegetation suggests five high-priority research topics related to historical structure and dynamics of these ecosystems as well as the patterns and mechanisms of change since the mid-to-late 1800s. Outlined below in no particular order are the information needs that we think are most urgent for informing management of piñon-juniper vegetation across the western U.S., particularly where ecological restoration is a primary goal.

*1. Improve our methodology for reconstructing fire history and tree population dynamics in piñon-juniper vegetation.*

It is not surprising that rigorous empirical fire history studies are relatively few for piñon-juniper vegetation, because these systems present significant methodological challenges. Interpretations of fire history and tree demography should be based on multiple converging lines of evidence, including (if available) fire scar analysis, tree age structure (including both dead and living trees), soil characteristics, charcoal abundance and spatial distribution, packrat midden analysis, comparisons of historic and modern photos, and written documentation.

Perhaps the key methodological issue is how to interpret the general scarcity of fire scars on piñon and juniper trees (Baker and Shinneman 2004). Fire-scars on live piñon are especially rare in study sites on the Colorado Plateau (Eisenhart 2004; Floyd et al. 2004, 2008; Shinneman 2006), but they seem to be somewhat more common in regions to the south and west. Fire-scarred piñon have been found in Chihuahuan Desert Borderlands (Camp et al. 2006); in the Oscura, San Andres (Muldavin et al. 2003) and Sacramento (Wilkinson 1997, Brown et al. 2001) Mountains of southern New Mexico; and in the Jemez Mountains of northern New Mexico (C. Allen, unpublished data). Large old *J. deppeana* in southern New Mexico frequently contain basal

27

BLM_0062872

scars, but it is not certain that all of these scars originated from fire and most junipers cannot be cross-dated due to frequent false rings and asymmetrical growth patterns. Fire-scarred piñon have been found in the Great Basin, with dates that correspond to known fires of the past 30 years (Bauer 2006, Py et al. 2006); these latter scarred trees were concentrated around the margins of stand-replacing fires and in unburned patches within the fire perimeters. Even where fire-scarred piñons and junipers are found, however, they are almost always few in number.

Lack of fire scars could indicate that either (i) no fires occurred within the life spans of the extant trees, or (ii) fires occurred but the fires simply were not recorded on those trees. Piñons and junipers are generally fire-intolerant, and when fire occurs beneath them typically they are killed. However, fires being carried by grasses or shrubs occasionally have been observed to burn around piñon and juniper trees, scorching the outer crowns but not igniting the trees, perhaps due high fuel moisture levels in the trees foliage and a lack of suitable fuel directly beneath and adjacent to the trees (R. Tausch, personal communication). This kind of fire behavior could explain a lack of fire scars, despite fire occurring in the stand, but the frequency and overall significance of such a burning pattern are unknown at this time. Baker and Shinneman (2004) examined a site on the Uncompahgre Plateau in western Colorado where an early written report described a fire in piñon-juniper woodlands, but they found no fire-scarred trees or other evidence of past fire. This observation could support the idea that low-severity fires can burn and leave no evidence of their passing; but it also may simply reflect a fire so small that its ecological effects were negligible or a fire whose location was not accurately reported in the early report.

Uncertainty about how to interpret the fire-scar record (or lack of a record) is a major impediment to better understanding of historical fire regimes in piñon-juniper vegetation throughout the West. One

particularly effective approach for improving our understanding of fire-scar formation in piñon would be for researchers to collaborate closely with managers conducting prescribed burns. It would be instructive to examine piñon trees within the perimeters of recent fires, both immediately post-fire and over subsequent years. However, the most rigorous and direct way to study fire-scarring in live piñon would be to experimentally burn around individual trees, under varying conditions of ambient weather and tree characteristics, and subsequently record the rates of tree survival and scar formation.

2. *Conduct rigorous empirical studies of fire history and tree demography in places where extensive infill and expansion have occurred but local history is unknown.*

As emphasized in Section III, the *pattern* of increasing tree density in many former savannas, grasslands, and sparsely wooded shrublands is well documented, but the *mechanism* is unclear. If fire was formerly frequent in a given area, then fire exclusion is likely the major cause of increasing tree density during the twentieth century. But if fire was not frequent historically, then another mechanism must be more important. The role of fire in shaping historical stand and landscape structure cannot be assessed until we have a better understanding of historical fire regimes among the various kinds of piñon-juniper vegetation.

3. *Evaluate the history and status of what appear to be persistent woodlands within regions where the precipitation pattern is summer-dominated.*

Most of what we know about persistent piñon-juniper woodlands comes from research conducted in the Great Basin and Colorado Plateau, where the precipitation pattern is either winter-dominated or more or less equally divided between winter and summer. Less research has focused on these kinds of woodlands in monsoon-dominated regions such as southern New Mexico (but see Wilkinson

28

1997, Brown et al. 2001, Muldavin et al. 2003, and Camp et al. 2006). We list this as a research priority because a number of managers and practitioners in New Mexico and Arizona--field people who have a great deal of on-the-ground experience--think that persistent woodlands were never an important component of the historical vegetation in this region (e.g., H. Fuchs, personal communication). Interpretations of ecological history in these woodlands needs to be based on convergence of multiple sources of information, e.g., fire scars (where available), tree age structures, soils characteristics, and comparisons of historic and recent photographs. Investigations also need to be conducted at multiple spatial scales, from individual stands to landscapes.

An important component of this research would be to determine whether the stands that now appear to be persistent woodlands in this region are actually former fire-maintained savannas or open woodlands that have been degraded by livestock grazing and fire exclusion (see Section IV on management implications for more on this idea). The distinction between genuine "persistent woodlands" that burned infrequently in the past and formerly fire-maintained savannas or woodlands is important, especially in identifying targets and methods for ecological restoration. For example, "persistent woodlands" may still be within their historical range of variability, whereas degraded woodlands would be strong candidates for restoration to pre-1900 conditions.

4. *Conduct experimental studies to evaluate the specific effects and interactions of fire exclusion, climatic fluctuation, and livestock grazing in driving expansion and infill of piñons and junipers during the past 100 – 150 years.*

Although we have a number of correlative studies that suggest hypotheses about the environmental drivers of infill and expansion (see Section III), we now need experimental studies to critically test those hypotheses. Because the relative importance of fire exclusion, climate, and grazing probably varies from place to place, it would be important to conduct such studies in many different geographical areas.

5. *Develop maps showing where woodlands and savannas existed prior to Euro-American settlement versus woodlands that have expanded into formerly non-woodland vegetation types.*

Managers often have inadequate information about specific locations in the landscape where the vegetation has been greatly altered by anthropogenic activities (e.g., places where woodlands are expanding due fire exclusion) and where anthropogenic influences have been relatively minimal (e.g., persistent woodlands). Such information is essential, however, for planning appropriate treatment placements if the goal is to explicitly restore historical vegetation structure. In addition, an understanding of the historical context in which the present biota developed can help inform managers about the feasibility and methods of achieving other objectives such as forage improvement. To meet this need, we must first develop consistent criteria that can be used in the field for distinguishing pre-existing woodlands or savannas from former grasslands or shrublands that have been invaded by trees. Relevant criteria might include soil characteristics as well as size, apparent age, and density of living and dead trees. Once these distinctions can be made reliably in the field, woodlands can be sampled over a large heterogeneous region, correlations can be identified between woodland type and environmental variables (elevation, substrate, topography, etc.), and maps can be generated in a GIS environment for use in planning and implementing restoration and other treatments. This kind of research is underway in a few places (e.g., Jacobs et al. in press, B. Bestelmeyer and S. Yanoff, unpublished data; both studies were conducted in New Mexico), but it is needed throughout the range of piñon and juniper vegetation.

A similar combination of field and GIS techniques can be used to predict where in the

BLM_0062874

landscape the greatest and most ecologically significant changes are likely to occur in the future. In Mesa Verde National Park, for example, Floyd et al. (2006) mapped the locations of piñon-juniper woodlands having the greatest probability of post-fire invasion by non-native species, and Turner et al. (2008) mapped the areas most likely to be affected by shortened fire intervals and associated erosion events as a consequence of cheatgrass invasion.

## Conclusions

Piñon-juniper is one of the major vegetation types in western North America, covering some 40 million ha across nearly a dozen states. Until recently, management tended to emphasize removal of piñon and juniper trees to improve livestock forage, wild ungulate habitat, and water yield. However, the biodiversity, aesthetics, and ecosystem services provided by intact piñon-juniper vegetation are increasingly recognized and appreciated, and management objectives have expanded beyond simple tree removal. These ongoing efforts at ecosystem management are hindered by inadequate information about several basic elements of the ecology of piñon-juniper vegetation, including (i) prehistoric and historic disturbance regimes, (ii) mechanisms driving twentieth century changes in vegetation structure and composition, and (iii) the variability in ecosystem structure and process that exists among the diverse combinations of piñons, junipers, and associated shrubs, herbs, and soil organisms throughout the 40 million hectares of western North America that are covered by this vegetation type. This paper presents a summary of what we currently know and don't know about historical and modern stand and landscape structure and dynamics in piñon-juniper vegetation. Its intent is to provide a source of information for managers and policy-makers, and to stimulate researchers to address the most important unanswered questions. The process of producing this paper—assembling experts from throughout the range of piñon and juniper to synthesize our current knowledge—

was effective. Such an approach, similar to that used by Allen et al. (2002), could be applied to other kinds of vegetation for which historical structure and dynamics are uncertain or controversial.

## Acknowledgments

The research that forms the basis of this paper has been supported by the authors' home institutions and by many other sources, including the Uncompahgre Plateau Project, U.S. Forest Service, National Park Service, Bureau of Land Management, Department of Defense, Geological Survey, and Joint Fire Sciences Program. The workshop in which we developed the paper was funded by The Nature Conservancy (TNC) and the Colorado Forest Restoration Institute (CFRI) of Colorado State University. We appreciate the encouragement and advice given throughout this process by Ayn Shlisky, Mike Babler, Anne Bradley, and Lynn Decker of TNC, and Dan Binkley of CFRI. We also appreciate field trips and discussions about New Mexico's piñon-juniper vegetation with Hollis Fuchs, Sid Goodloe, and Steven Yanoff. Colorado State University and Université Laval (Québec, Qc) provided time and resources for writing the full text of the paper via a sabbatical leave for WHR in 2007-2008.

Literature Cited
Allen, C.D. 1989. Changes in the Landscape of the Jemez Mountains, New Mexico. Ph.D. dissertation, University of California, Berkeley. 346 p.
Allen, C.D. 2004. Ecological patterns and environmental change in the Bandelier landscape. Chapter 2 (pp. 19-68) In: T.A. Kohler (ed.), Village Formation on the Pajarito Plateau, New Mexico: Archaeology of Bandelier National Monument. University of New Mexico Press, Albuquerque. 356 p.
Allen, C.D., J.L. Betancourt, and T.W. Swetnam. 1998. Landscape changes in the southwestern United States: Techniques, long-term datasets, and trends. Pages 71-84 In: T.D. Sisk (ed.), Perspectives on the Land Use History of North America: A Context for Understanding our Changing Environment. U.S.

30

BLM_0062875

Geological Survey, Biological Science Report USGS/BRD/BSR-1998-0003. 104 p.

Allen, C.D., M. Savage, D.A. Falk, K.F. Suckling, T.W. Swetnam, T. Schulke, P.B. Stacey, P. Morgan, M. Hoffman, and J.T. Klingel. 2002. Ecological restoration of southwestern ponderosa pine ecosystems: a broad perspective. Ecological Applications 12:1418-1433.

Ansley, R.J., H.T. Wiedemann, M.J. Castellano, and J.E. Slosser. 2006. Herbaceous restoration of juniper dominated grasslands with chaining and fire. Rangeland Ecology and Management 59: 171-178.

Bahre, C.J. 1991. A legacy of change: historic human impact on vegetation in the Arizona Borderlands. University of Arizona Press, Tucson, AZ. 231 p.

Baker, W.L. 2006. Fire and restoration of sagebrush ecosystems. Wildlife Society Bulletin 34:177-186.

Baker, W.L. and D.J. Shinneman. 2004. Fire and restoration of pinyon-juniper woodlands in the western United States: a review. Forest Ecology and Management 189:1-21.

Baker, W.L., T.T. Veblen, and R.L. Sherriff. 2006. Fire, fuels and restoration of ponderosa pine – Douglas fir forests in the Rocky Mountains, USA. Journal of Biogeography 34:251-269.

Bauer, J. 2006. Fire history and stand structure of a central Nevada pinyon-juniper woodland. M.S. Thesis, University of Nevada, Reno.

Betancourt, J.L. 1987. Paleoecology of pinyon-juniper woodlands: Summary. Pages 129-139 in R.L. Everett, editor. Proceedings--pinyon-juniper conference [Reno, NV-January 13-16, 1986]. USDA Forest Service General Technical Report INT-215, Intermountain Research Station, Ogden, Utah.

Betancourt, J.L., W.S. Schuster, J.B. Mitton, and R. S. Anderson. 1991. Fossil and genetic history of a pinyon pine (Pinus edulis) isolate. Ecology 72:1685-1697.

Betancourt, J.L., E.A. Pierson, K. Aasen-Rylander, J.A. Fairchild-Parks, and J.S. Dean. 1993. Influence of history and climate on New Mexico pinyon-juniper woodlands. Pp. 42-62 In: Aldron, E.F. and DW.Shaw, editors. Managing pinyon-juniper ecosystems for sustainability and social needs: proceedings of the symposium: Santa Fe, NM, April 26-30. General Technical Report RM-236. USDA Forest Service.

Blackburn, W.H., and P.T. Tueller. 1970. Pinyon and juniper invasion in black sagebrush communities in east-central Nevada. Ecology 51:841-848.

Blackburn, W.H. 1983. Influence of brush control on hydrologic characteristics of range watersheds. P. 73-88 in the Proceedings of the Brush Management

Symposium, Society for Range Management, Albuquerque, NM.

Breshears, D.D., N.S. Cobb, P.M. Rich, K.P. Price, C.D. Allen, R.G. Balice, W.H. Romme, J.H. Kastens, M.L. Floyd, J. Belnap, J.J. Anderson, O.B. Myers, and C.W. Meyer. 2005. Regional vegetation die-off in response to global-change-type drought. Proceedings of the National Academy of Sciences 102(42):15144-15148.

Briggs, J.M., H. Schaafsma, and D. Trenkov. 2007. Woody vegetation expansion in a desert grassland: Prehistoric human impact? Journal of Arid Environments 69:458-472.

Briske, D.D., S.D. Fuhlendorf, and F.E. Smeins. 2005. State-and-transition models, thresholds, and rangeland health: a synthesis of ecological concepts and perspectives. Rangeland Ecology and Management 58:1-10.

Brockway, D.G., R.G. Gatewood, and R.B. Paris. 2002. Restoring grassland savannas from degraded pinyon-juniper woodlands: effects of mechanical overstory reduction and slash treatment alternatives. Journal of Environmental Management 64:179-197.

Brown, J.H., T.J. Valone, and C.G. Curtin. 1997. Reorganization of an arid ecosystem in response to recent climate change. Proceedings of the National Academy of Sciences 94(18):9729-9733.

Brown, P.M., M.W. Kaye, L.S. Huckaby, and C.H. Baisan. 2001. Fire history along environmental gradients in the Sacramento Mountains, New Mexico: Influences of local patterns and regional processes. Ecoscience 8:115-126.

Camp, A., H.M. Poulos, R. Gatewood, J. Sirotnak, and J. Karges. 2006. Assessment of top down and bottom up controls on fire regimes and vegetation abundance and distribution patterns in the Chihuahuan Desert Borderlands: a hierarchical approach. Final report to the Joint Fire Sciences Program, project #03-3-3-13.

Chapin, F.H. 1892. The land of the cliff-dwellers. Appalachian Mountain Club. Reprinted in 1988 by University of Arizona Press, Tucson.

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver. 2004. Conservation assessment of the great sage-grouse and sagebrush habitats. Western Association of Western Wildlife Agencies, Cheyenne, WY.

Cottam, W.P., and G.Stewart. 1940. Plant succession as a result of grazing and of meadow desiccation by erosion since settlement in 1862. Journal of Forestry 38:613-626.

31

BLM_0062876

D'Antonio, C., and J.C. Chambers. 2006. Using ecological theory to manage or restore ecosystems affected by invasive plant species. Pages 260-279 in D. Falk, M. Palmer, and J. Zedler (eds.) Foundations for Restoration Ecology. Island Press, Covelo, CA.

Dahms, C.W., and B.W. Geils (technical editors). 1997. An assessment of forest ecosystem health in the Southwest. General Technical Report RM-GTR-295. 97 p.

Davenport, D.W., D.D. Breshears, B.P. Wilcox, and C. D. Allen. 1998. Viewpoint: Sustainability of piñon-juniper ecosystems—a unifying perspective of soil erosion thresholds. Journal of Range Management 51: 231-240.

Driscoll, R.S. 1964. A relict area in central Oregon juniper zone. Ecology 45:345-353.

Driscoll, R.S. 1964. Vegetation-soil units in the central Oregon juniper zone. U.S. Forest Service Research Paper PNW-129.

Dunn, P.O. and C.E. Braun. 1985. Natal dispersal and lek fidelity of sage grouse. Auk 102:621-627.

Eisenhart, K.S. 2004. Historic range of variability and stand development in piñon-juniper woodlands of western Colorado. Dissertation, University of Colorado, Boulder.

Erdman, J.A. 1970. Pinyon-juniper succession after natural fires on residual soils of Mesa Verde, Colorado. Brigham Young University Science Bulletin Biological Series XI:1-26.

Ffolliott, P.F., and G.J. Gottfried. 2002. Dynamics of a pinyon-juniper stand in northern Arizona: A half-century history. USDA Forest Service Research Paper RMRS-RP-35, Rocky Mountain Research Station, Fort Collins, Colorado.

Floyd, M.L., W.H. Romme, and D. Hanna. 2000. Fire history and vegetation pattern in Mesa Verde National Park. Ecological Applications 10:1666-1680.

Floyd, L., M. Colyer, D.D. Hanna, and W.H. Romme.. 2003. Gnarly Old Trees: Canopy Characteristics of Old-Growth Piñon-Juniper Woodlands. Pages 11-30 in Floyd, L. (editor), Ancient Piñon-Juniper Woodlands, University Press of Colorado, Boulder, Colorado.

Floyd, M.L., D.D. Hanna, and W.H. Romme. 2004. Historical and recent fire regimes in piñon-juniper woodlands on Mesa Verde, Colorado, USA. Forest Ecology and Management 198:269-289.

Floyd, M.L., D. Hanna, W.H. Romme, and T. Crews. 2006. Predicting and mitigating weed invasions to restore natural post-fire succession in Mesa Verde National Park, Colorado, USA. International Journal of Wildland Fire 15:247-259.

Floyd, M.L., W.H. Romme, D.D. Hanna, M. Winterowd, D. Hanna, and J. Spence. 2008. Fire history of piñon-juniper woodlands on Navajo Point, Glen Canyon National Recreation Area. Natural Areas Journal 28(1):26-36.

Fuchs, E.H. 2002. Historic increases in woody vegetation in Lincoln County, New Mexico. VanGuard Printing Company, Albuquerque, New Mexico.

Gedney, D.R., D.L. Azuma, C.L. Bolsinger, and N. McKay. 1999. Western juniper in eastern Oregon. USDA Forest Service General Technical Report NW-GTR-464.

Gillet, N.P., A.J. Weaver, F.W. Zwiers, and M.D. Flannigan. 2004. Detecting the effect of climate change on Canadian forest fires. Geophysical Research Letters 31(18): Art. No. L18211

Girardin, M.P. 2007. Interannual to decadal changes in area burned in Canada from 1781-1982 and the relationship to Northern Hemisphere land temperatures. Global Ecology and Biogeography 16:557-566.

Gray, S.T., J.L. Betancourt, C.L. Fastie, and S.T. Jackson. 2003. Patterns and sources of multidecadal oscillations in drought-sensitive tree-ring records from the central and southern Rocky Mountains. Geophysical Research Letters 30(6,1316):49-1-4.

Gray, S.T., J.L. Betancourt, S.T. Jackson, and R.G. Eddy. 2006. Role of multidecadal climate variability in a range extension of pinyon pine. Ecology 87:1124-1130.

Hardy, C.C. 2005. Wildland fire hazard and risk: Problems, definitions, and context. Forest Ecology and Management 211:73-82.

Harris, A.T., G.P. Asner, and M.E. Miller. 2003. Changes in vegetation structure after long-term grazing in pinyon-juniper ecosystems: Integrating imagery spectroscopy and field studies. Ecosystems 6:368-383.

Hastings, B.K., F.M. Smith, and B.F. Jacobs. 2003. Rapidly eroding piñon-juniper woodlands in New Mexico: response to slash treatment. Journal of Environmental Quality 32:1290-1298.

Hessburg, P.F., and J.K. Agee. 2003. An environmental narrative of Inland Northwest United States forests, 1800-2000. Forest Ecology and Management 178:23-59.

Holling, C. 1973. Resilience and stability of ecological systems. Annual Review of Ecology and Systematics 4:1-24.

32

Jacobs, B.F. In press. Southwestern U.S. Juniper and Piñon-Juniper Savanna and Woodland Communities: Ecological History and Natural Range of Variability. In: G. Gottfried, J. Shaw, and P.L. Ford (editors), Ecology, Management, and Restoration of Pinyon-Juniper and Ponderosa Pine Ecosystems: Combined Proceedings of the 2005 St. George, Utah and 2006 Albuquerque, New Mexico Workshops.

Jacobs, B.F., W.H. Romme, and C.D. Allen. In press. Mapping old versus young piñon-juniper stands with a predictive topo-climatic model in north-central New Mexico, USA. Ecological Applications.

Johnsen, T.N. 1962. One-seed juniper invasion of northern Arizona grasslands. Ecological Monographs 32:187-207.

Johnson, D.D. 2005. The influence of environmental attributes on temporal and structural dynamics of western juniper development and associated fuel loading characteristics. Thesis, Oregon State University, Corvallis.

Johnson, D.D., and R.F. Miller. 2006. Structure and development of expanding western juniper woodlands as influenced by two topographic variables. Forest Ecology and Management 229:7-15.

Johnson, D.D. and R.F. Miller. 2007. Old-growth juniper: distribution, abundance, and influence on post settlement expansion. Journal of Range Ecology and Management 61:82-92.

Kohler, T.A., and M.A. Matthews. 1988. Long-term Anasazi land use and forest reduction: A case study from southwest Colorado. American Antiquity 53:537-564.

Landis, A.G. and J.D. Bailey. 2005. Reconstruction of age structure and spatial arrangement of piñon-juniper woodlands and savannas of Anderson Mesa, northern Arizona. Forest Ecology and Management 204: 221-236.

Leopold, A. 1924. Grass, brush, timber, and fire in southern Arizona. Journal of Forestry 22:2-10.

Leopold, L. 1951. Vegetation of southwestern watersheds in the nineteenth century. Geographical Review 41(2):295-316.

Lyford, M.E., S.T. Jackson, J.L. Betancourt, and S.T. Gray. 2003. Influence of landscape structure and climate variability on a late Holocene plant migration. Ecological Monographs 73:567-583.

Manier, D.J., N.T. Hobbs, D.M. Theobold, R.M. Reich, M.A. Kalkhan, and M.R. Campbell. 2005. Canopy dynamics and human caused disturbance on a semi-arid landscape in the Rocky Mountains, USA. Landscape Ecology 20:1-17.

McAuliffe, J.R. 2003. The interface between precipitation and vegetation. In: Weltzin, J.F. and McPherson, G.R. (editors), Changing precipitation regimes and terrestrial ecosystems. Univ. of AZ Press, Tucson, AZ.

McPherson, G.R. 1995. The role of fire. Chapter 5 in: McClaran, M.P., and T.R. Van Devender (editors), The desert grassland. University of Arizona Press, Tucson, AZ. 346 p.

Millar, C.I., N.L. Stephenson, and S.L. Stephens. 2007. Climate change and forests of the future: managing in the face of uncertainty. Ecological Applications 17:2145-2151.

Miller, J.R., K. House, D. Germanoski, R.J. Tausch, and J.C. Chambers. 2004. Fluvial geomorphic response to Holocene climate change. Pages 49-87 In: J.C. Chambers and J.R. Miller (eds.), Great Basin Riparian Ecosystems: Ecology, Management, and Restoration. Island Press, Covelo, CA.

Miller, M.E. 1999. Use of historic aerial photography to study vegetation change in the Negrito Creek watershed, southwestern New Mexico. Southwestern Naturalist 44:121-131.

Miller, R.F., and P.E. Wigand. 1994. Holocene changes in semiarid pinyon-juniper woodlands. BioScience 44:465-476

Miller, R.F., and J.A. Rose. 1999. Fire history and western juniper encroachment in sagebrush steppe. Journal of Range Management 52:550-559.

Miller, R.F., and R.J. Tausch. 2001. The role of fire in juniper and pinyon woodlands: a descriptive analysis. In: Galley, K. E. M. Gallet and T. P. Wilson [EDS.]. Proceedings of the Invasive Species Workshop: the Role of Fire in the Control and Spread of Invasive Species. Tallahassee, FL: Tall Timbers Research Station Miscellaneous Publications No. 11. p. 15-30.

Miller, R.F., J.D. Bates, T.J. Svejcar, F.B. Pierson, and L.E. Eddleman. 2005. Biology, ecology, and management of western juniper. Oregon State University Agricultural Experiment Station Technical Bulletin 152.

Miller, R.F., R.J. Tausch, E.D. McArthur, D.J. Johnson, and S.C. Sanderson. 2008. Age structure and expansion of piñon-juniper woodlands: a regional perspective in the Intermountain West. USDA Forest Service Research Paper RMRS-RP-69.

Morino, K., C.H. Baisan, and T.W. Swetnam. 1998. Expanded fire regime studies in the Jemez Mts., New Mexico. Unpublished report on file at USGS Jemez Mts. Field Station, Los Alamos, NM.

Mitchell, V. 1976. The regionalization of climate in the western United States. Journal of Applied

33

BLM_0062878

Meteorology 15:920-927.

Mueller, R.C., C.M. Scudder, M.E. Porter, R.T. Trotter III, C.A. Gehring, and T.G. Whitham. 2005. Differential tree mortality in response to severe drought: evidence for long-term vegetation shifts. Journal of Ecology 93:1365-2745

Muldavin, E., C. Baisan, T. Swetnam, L. DeLay, and K. Morino. 2003. Woodland fire history studies in the Oscura and northern San Andres Mountains, White Sands Missile Range, New Mexico. Final Report to White Sands Missile Range, WSMR Document No. 92F018

Neilson, R.P. 1986. High-resolution climatic analysis and southwest biogeography. Science 232(4746):27-34.

Ni, F., T. Cavazos, M.K. Hughes, A.C. Comrie, and G. Funkhouser. 2002. Cool-season precipitation in the southwestern USA since AD 1000: comparison of linear and nonlinear techniques for reconstruction. International Journal of Climatology 22:1645-1662.

Nowak, C.L., R.S. Nowak, R.J. Tausch, and P.E. Wigand. 1994. Tree and shrub dynamics in northwestern Great Basin woodland and shrub steppe during the Late-Pleistocene and Holocene. American Journal of Botany 81:265-277.

Oliphant, J.O. 1968. On the cattle ranges of the Oregon country. University of Washington Press, Seattle, WA.

Paulson, D.D., and W.L. Baker. 2006. The nature of southwestern Colorado. University Press of Colorado, Boulder. 386 p.

Py, C., J. Bauer, P.J. Weisberg, and F. Biondi. 2006. Radial growth responses of singleleaf pinyon (Pinus monophylla) to wildfire. Dendrochronologia 24:39-46.

Pyne, S.J. 1982. Fire in America: a cultural history of wildland and rural fire. Princeton University Press, Princeton, NJ. 654 p.

Reed, J.R. 2006. A note on fire frequency and definitions. Canadian Journal of Forest Research 36:1884-1888.

Rippel, P., R.D. Pieper, and G.A. Lymbery 1983. Vegetational evaluation of pinyon-juniper cabling in south-central New Mexico. Journal of Range Management 36:13-15.

Rogers, G.F. 1982. Then & now: a photographic history of vegetation change in the central Great Basin desert. University of Utah Press, Salt Lake City.

Romme, W., C. Allen, J. Bailey, W. Baker, B. Bestelmeyer, P. Brown, K. Eisenhart, L. Floyd-Hanna, D. Huffman, B. Jacobs, R. Miller, E. Muldavin, T. Swetnam, R. Tausch, and P. Weisberg.

2007. Historical and modern disturbance regimes of piñon-juniper vegetation in the western U.S. Report by the Nature Conservancy, Fire Learning Network. 13 p.

Roundy, B.A., W.H. Blackburn, and R.E. Eckert, Jr. 1978. Influence of prescribed burning on infiltration and sediment production in the pinyon-juniper woodland, Nevada. Journal of Range Management 31:250-253.

Sallach, B.K. 1986. Vegetation changes in New Mexico documented by repeat photography. Thesis, New Mexico State University, Las Cruces.

Samuels, M.L., and J.L. Betancourt.1982. Modeling the long-term effects of fuelwood harvests on pinyon-juniper woodlands. Environmental Management 6:505-515.

Schmidt, K.M., J.P. Menakis, C.C. Hardy, W.J. Hann, and D.L. Bunnell. 2002. Development of coarse-scale spatial data for wildland fire and fuel management. USDA Forest Service General Technical Report RMRS-87.

Schoennagel, T., T.T. Veblen, and W.H. Romme. 2004. The interaction of fire, fuels, and climate across Rocky Mountain forests. BioScience 54:661-676.

Schott, M.R. and R.D. Pieper. 1987. Succession of pinyon-juniper communities after mechanical disturbance in southcentral New Mexico. Journal of Range Management 40:88-94.

Schroeder, M.A. and L.A. Robb. 2004. Fidelity of greater sage-grouse Centrocercus urophasianus to breeding areas in a fragmented landscape. Wildlife Biology 9:291-299.

Scurlock, D. 1998. From the Rio to the Sierra: an environmental history of the Middle Rio Grande Basin. USDA Forest Service General Tehcnical Report RMRS-GTR-5.

Selby, D. 2005. Assessing Pinyon Pine Mortality on the Uncompaghre Plateau in Western Colorado, USA. Masters thesis, Colorado State University, Fort Collins, CO.

Shaw, J.D., B.E. Steed, and L.T. DeBlander. 2005. Forest Inventory and Analysis (FIA) Annual Inventory Answers the Question: What is Happening to Pinyon-Juniper Woodlands?, Journal of Forestry (September) 280-285.

Shinneman, D.J. 2006. Determining restoration needs for piñon-juniper woodlands and adjacent semi-arid ecosystems on the Uncompahgre Plateau, Western Colorado. Dissertation. University of Wyoming, Laramie, Wyoming, USA.

34

BLM_0062879

Soulé, P.T., and P.A. Knapp. 1999. Western juniper expansion on adjacent disturbed and near-relict sites. Journal of Range Management 52:525-533.

Soule, P.T., P.A. Knapp, and H.D. Grissino-Mayer. 2004. Human agency, environmental drivers, and western juniper establishment during the late Holocene. Ecological Applications 14:96-112.

Suding, K.N., K.L. Gross, and G.R. Houseman. 2004. Alternative states and positive feedbacks in restoration ecology. Trends in Ecology and Evolution 19:46-53.

Swetnam, T.W., and P.M. Brown. 1992. Oldest known conifers in the Southwestern United States: temporal and spatial patterns of maximum age, in Old-growth forests in the Southwest and Rocky Mountain regions, Proceedings of a workshop, ed. M.R. Kaufmann, W.H. Moir, and R.L. Basset (technical editors), Portal, AZ, USDA Forest Service, GTR-RM-213, pp. 24-38.

Swetnam, T.W., and J.L. Betancourt. 1998. Mesoscale disturbance and ecological response to decadal climatic variability in the American southwest. Journal of Climate 11:3128-3147

Swetnam, T.W., C.D. Allen, and J.L. Betancourt. 1999. Applied historical ecology: using the past to manage for the future, Ecological Applications 9:1189-1206.

Tausch, R.J., N.E. West, and A.A. Nabi. 1981. Tree age and dominance patterns in Great Basin pinyon-juniper woodlands. Journal of Range Management 34:259-264.

Tausch, R.J., C.L. Nowak, and S.A. Mensing. 2004. Climate change and associated vegetation dynamics during the Holocene: the Paleological record. Pages 24 – 48 In: J.C. Chambers and J.R. Miller (eds.), Great Basin Riparian Ecosystems: Ecology, Management, and Restoration. Island Press, Covelo, CA.

Turner, C.E., W. Romme, J. Chew, M.E. Miller, G. Leavesley, L. Floyd-Hanna, G. San Miguel, N. Cobb, R. Zirbes, R. Viger, and K. Ironside. 2008. The Frame project—a collaborative modeling approach to natural resource management at Mesa Verde National Park, Colorado. Pages 23-41 in van Riper, C. III and M.K. Sogge (editors), The Colorado Plateau III: Integrating research and resources management for effective conservation. University of Arizona Press, Tucson.

USDI BLM. 1994. Sage grouse in the high desert of central Oregon. USDI, Bureau of Land Management, Prineville District, OR, report.

Waichler, W.S., R.F. Miller, and P.S. Doescher. 2001. Community characteristics of old-growth western juniper woodlands in the pumice zone of central Oregon. Journal of Range Management. 54:518-527.

Wangler, M.J., and R.A. Minnich. 1996. Fire and succession in pinyon-juniper woodlands of the San Bernardino Mountains, California. Madroño 43:493-514.

Weisberg, P.J., E. Lingua, and R.B. Pillai. 2007. Spatial patterns of pinyon-juniper expansion in central Nevada. Rangeland Ecology and Management 60:115-124.

Westerling, A.L., H.D. Hidalgo, D.R. Cayan, and T.W. Swetnam. 2006. Warming and earlier spring increase western U.S. forest wildfire activity. Science 313:940-943.

Whisenant, S.G. 1990. Changing fire frequencies on Idaho's River Plains: ecological and management implications. Pages 4-10 In: E.D. McArthur, E.M. Romney, S.D. Smith, and P.T. Tueller (compilers), Proceedings – Symposium on cheatgrass invasion, shrub die-off, and other aspects of shrub biology and management. U.S. Forest Service General Technical Report INT-276.

Wigand, P.E. and D. Rhode. 2002. Great Basin Vegetation History and Aquatic Systems: The last 150,000 years. Pp. 309-367. In Hershler, R., D.B. Madsen, and D.R. Currey (eds.), Great Basin Aquatic Systems History. Smithsonian Contributions to Earth Sciences 33. Smithsonian Institution Press, Washington, D.C.

Wilkinson, M.C. 1997. Reconstruction of historical fire regimes along an elevation and vegetation gradient in the Sacramento Muontains, New Mexico. Thesis, University of Arizona, Tucson.

Wisdom, M.J., M.M. Rowland, and L.H. Suring, editors. 2005. Habitat threats in the sagebrush ecosystem: methods of regional assessment and applications in the Great Basin. Alliance Communications Group. Lawrence, Kansas, USA.

Wooton, E.O. 1908. The range problem in New Mexico. Agriculture Experiment Station Bulletin No. 66. Las Cruces: New Mexico College of Agriculture and Mechanic Arts.

Wright, H.A. 1980. The role and use of fire in the semidesert grassland type. USDA Forest service General Technical Report INT-85.

Wyckoff, D.G. 1977. Secondary forest succession following abandonment of Mesa Verde. The Kiva 42(3-4):215-231.

Young, J.A., and J.D. Budy. 1979. Historical use of Nevada's pinyon-juniper woodlands. Journal of Forest History 23: 112-121.

35

*Proceedings of the Conference on Management of Landscapes Disturbed by Channel Incision, 1997*
*S.S.Y. Wang, E.J. Langendoen and F.D. Shields, Jr. (eds.)      ISBN 0-937099-05-8*

# A GEOMORPHOLOGICAL APPROACH TO RESTORATION OF INCISED RIVERS

## David L. Rosgen[1]

ABSTRACT

Geomorphological concepts are described as integrated into incised river restoration projects. Restoration is defined as establishing natural stability and proper function of rivers. Methods involve applying morphological relations from natural stable rivers using a stream classification system that describes a stable "reference reach". Evolutionary tendencies associated with stream adjustments leading to their most probable natural state are presented. A range of restoration design concepts are presented including; returning the stream to its original elevation and re-connecting floodplains, widening the belt width to construct a new channel at the existing elevation, changing stream types, and stabilizing the existing incised channel in place. Examples of incised river restoration projects are presented.

INTRODUCTION

The incised river is a vertically contained stream that has abandoned previous floodplains due to a lowering of local base level and is characterized by high streambanks bounded by alluvial terraces. Incised rivers, however, can also be located in certain landforms and valley types that are naturally associated with entrenched rivers. However, the consequence of river channelization, straightening, encroachment, confinement (lateral containment), urban development, major floods, change in sediment regime and riparian vegetation conversion can create incised rivers. The consequence of creating an incised channel is associated with accelerated streambank erosion, land loss, aquatic habitat loss, lowering of water tables, land productivity reduction and downstream sedimentation. To offset these adverse consequences river improvement through restoration projects have been initiated. The geomorphological approach to stream restoration involves an understanding of the dimension, pattern and profile of natural, stable channels that can occur in specific valley types and landforms and re-creating these conditions on the unstable form. Unsuccessful stabilization projects often involve "patching in place" various reaches or treating symptoms rather than the cause of the problems. Successful restoration solutions often are directed at re-establishing floodplains at various elevations and emulating natural stable channels.

NATURAL STABILITY CONCEPTS

The "graded channel" as described by Mackin (1948) "as one which, over a period of years, slope is delicately adjusted to provide, with available discharge and the prevailing channel characteristics, just the velocity required for transportation of the load from the drainage basin". The definition of the "equilibrium" channel is similar where the average river channel system tends to

[1] David L. Rosgen, Director, Wildland Hydrology, 1481 Stevens Lake Road, Pagosa Springs, CO 81147

BLM_0062881

develop in a way to produce an approximate equilibrium between the channel and the water and sediment it must transport (Leopold and Maddock, 1953). Many combinations of parameters occur, but tendencies lead toward a statistically "probable natural state" through the conservation of energy and distribution of energy expenditure (Leopold, 1994). Natural stability of streams is defined as the ability of a stream, over time, to transport the flows and sediment of its watershed in such a manner that the stream maintains it dimension, pattern, and profile without either aggrading or degrading (Rosgen, 1996). The terms "equilibrium", "graded channel", "probable natural state" and "natural stability" are synonymous as used in this paper.

RESTORATION CONCEPTS

        Restoration in the purest sense is often associated with returning a stream to a pristine or to pre-disturbance condition. Since the sediment and flow regime, as well as many other variables, have been significantly altered in the watershed, returning a stream to a pristine condition is often not possible. Restoration as used in this paper is associated with *restoring natural function, stability and biological condition.* To be done properly, restoration designs must take into consideration the *morphological potential* of the stream. A multitude of restoration/enhancement/stabilization methods have been implemented for a wide range of objectives. Often, the objectives have been single purpose such as to minimize stream bank erosion. Other objectives include the improvement of fish habitat. Many of these projects met their initial objectives while other projects, contrary to their goals, created instability and loss of physical and biological function. A study of the successes and failures of a variety of methods can provide a foundation for understanding and improving our restoration efforts. Successful restoration using the geomorphological approach and natural channel design concepts begins with an understanding of the following criteria:

   1.    The *cause* of the instability or disequilibrium:
             Assessment of watershed and stream condition/stability examination
             Evidence of change
   2.    The *potential* and/or the morphological character of the natural stable form
             Stream classification – matching the appropriate stream type to valley type
             The reference reach  - blueprint for the stable *dimension* (width, mean depth, width/depth ratio, maximum depth, floodprone area width, and entrenchment ratio), *pattern* (sinuosity, meander wavelength, belt width, meander width ratio, radius of curvature), and *profile* (mean water surface slope, pool/pool spacing, pool slope, riffle slope).

        An understanding of how rivers work is often learned more from *quantitative* field observations that integrate many disciplines than from the theoretical calculations of an individual discipline. Individuals need to understand and respect the complexity of the river, as restoration is not easily accomplished since many of the interrelated variables that shape and maintain the river are not fully understood. The beginnings, as used in this approach, rely on an understanding of natural stable channels and how to emulate them.

STREAM CLASSIFICATION

        The morphological features of a river's stable form are used as the "blue-print" for natural channel design. A stream classification system (Rosgen, 1994) is used to quantitatively describe a combination of river features that integrate mutually adjusting variables of channel form. Stream types are used in restoration primarily to describe and extrapolate data associated with the "*reference reach*" of natural stable channels. Stream types as grouped by morphological similarity are products of erosional and depositional events, over time, in certain valley types. They reflect similarities in

BLM_0062882

entrenchment, channel form, width/depth ratio, sinuosity, slope, and channel materials (Rosgen, 1994). Graphical depiction of a broad level of the eight primary stream types are shown in Figure 1. A more detailed delineation is presented with 41 major stream types that provide quantitative morphological descriptions (Figure 2). This level of classification provides information for: a) communication among those working with rivers; b) predicting channel response based on morphological similarity from past observations; and c) a stratification with which to extrapolate data from the appropriate naturally stable "reference reach".

The entrenched (incised) rivers in this classification system are the A, F and G stream types. To establish a consistent, quantitative field measurement of entrenchment (vertical containment) in the field, the entrenchment ratio (floodprone area width/bankfull width) was developed (Rosgen, 1994 and 1996). Floodprone area width is obtained at an elevation of twice the maximum bankfull depth. When the entrenchment ratio is less than 1.4 (+/- .2), the river is entrenched. Degree of incision is obtained by measuring the lowest height bank along a stream reach/bankfull stage bank height. As this ratio increases above 1.0 the streambank heights increase, there is an indication of a grade control problem and it takes a larger magnitude flood to over-top the banks. Incised streams, characteristically, have high streambanks, which are associated with excessive bank erosion.

EVOLUTIONARY TENDENCY OF RIVERS

Rivers, being very dynamic, are subject to change when the variables that shape and maintain their morphological form are altered. These variables include velocity, roughness of the boundary, slope, width, depth, discharge, size of sediment debris, and concentration of sediment (Leopold, et al, 1964). Rivers have had to accommodate periods of climate change and watershed development. The position of the alluvial river in its valley has changed in relation to climate and development. The changes in the river have affected both the lateral and vertical position. A historical perspective is important in working rivers as the modern river in many cases is still adjusting to events of the past. For example many rivers in the northeast and southeast United States have aggraded during periods of extensive agriculture over 100 years ago. Today, under a different land use, the same streams are down-cutting in the previous deposition. Holocene terraces, evidence of previous stream and floodplain levels, are remnants of climate change and a corresponding lowering of local base level over time. Cut and fill terraces that reflect these erosional and depositional cycles are shown in Figure 3 (Leopold et al, 1964). Channel evolutionary models for incised channels are shown by Schumm, et al, (1984) and Simon (1994). These evolutionary observations show stages of channel incision and lateral adjustments as the channel is seeking a new equilibrium. When discussing evolutionary tendency it is helpful to communicate to others in terms of particular stream types, associated with the various evolutionary stages, and the quantitative channel morphological relations of these stages.

At the initial level of channel formation the stream incises itself into the deposition initially to the depth of the bankfull discharge. Streamflows greater than this inundate the adjacent valley flat. At this stage of adjustment the stream type is either a C or an E (Figures 1 and 2). Due to land use, direct disturbance and/or changes in climate, the stream increases its width/depth ratio, decreases sinuosity and increases slope, leading to chute cutoffs. When these morphological changes exceed a "geomorphic threshold" stream types change. The scenario presented in Figure 4 depicts an alluvial channel conversion from types E4 and C4 to a G4, or a gully, due to degradation processes. The stream type G4 is an incised channel and the previous floodplain becomes a terrace. The central tendency for this stream is to have a floodplain, a sinuous channel, and lower gradient; thus, it will continue to erode its banks to increase the belt width. As this lateral extension of the channel occurs the stream changes morphology and type from a G4 to an F4. The F4 stream type, (Figure 4), is also entrenched but has a high width/depth ratio, has ceased to down-cut and continues to erode its banks at very high levels. When the belt width is sufficiently wide a new channel is incised in the bed of the F4 stream type

Figure 1. Broad-level stream classification delineation showing longitudinal, cross-sectional and plan views of major stream types (Rosgen, 1994).

KEY to the *ROSGEN* CLASSIFICATION of NATURAL RIVERS. As a function of the *"continuum of physical variables"* within stream reaches, values of ***Entrenchment*** and ***Sinuosity*** ratios can vary by +/- 0.2 units, while values for ***Width / Depth*** ratios can vary by +/- 2.0 units.



Figure 3. Block diagrams illustrating the stages in development of a terrace. Two sequences of events leading to the same surface geometry are shown in diagrams A, B, and C, D, E respectively (Leopold et al, 1964).



Figure 4. Evolutionary stages of channel adjustment (Rosgen, 1994).

BLM_0062885

making the previous bed, the new flooplain of the C4 and eventually the E4 stream type. Thus, the evolution for this scenario is an E4 to C4, to G4, to F4, to C4 and back to an E4, however at a new elevation. The stream type changes that reflect geomorphic shifts also reflect the new quantitative values of dimension, pattern and profile (Rosgen, 1994 and 1996). This scenario is just one of many evolutionary sequences.

The existing stream type is often "hardened in place", violating the probable natural stable tendencies of the river. The eventual stable state and associated morphological variables as described by "reference reach" stream types are the blueprints used to restore the river.

RESTORATION OF INCISED STREAMS

Restoration of incised streams involves an understanding of "reference reach" stream types which are stable in similar valley types. Valley types involve a combination of landforms, land types, soils, geology, basin relief, valley gradient, valley width, and depositional and erosional history (Rosgen, 1996). Incised streams are channels that are vertically contained or, in a general sense, have abandoned their floodplains, typical of stream types A, G, and F (Figure 1 and Figure 2).

The incipient point of flooding is one of the definitions of the bankfull stage in rivers. However, in incised rivers larger magnitude floods are required to inundate the floodprone area adjacent to the channel, thus, they are flooded less frequently. When the bank height ratio to bankfull stage is greater than 1.0 it is an indication of degradation (lowering of local base level) initiating abandonment of the active floodplain. Restoration concepts for incised rivers require the use of both the entrenchment and bank height ratios.

A priority system is used by the author, when restoring or improving the incised river, that considers a range of options based on numerous factors (Table1). Unfortunately, the most common approach in incised channel stabilization is Priority 4, often the most costly, highest risk, and least desirable from a biological and aesthetic viewpoint. In many instances, however, especially in urban settings, Priority 1 is not feasible since the floodplain has been occupied. Examples of some of these restoration/stabilization options are depicted in Figure 5 a–f.

If the existing meander pattern fits the proposed stable stream type raising the channel back on each riffle reach with grade control to re-connect the floodplain is appropriate. This concept is similar to the discussion in Priority 1 (Table 1), and in Figure 5a without the need to abandon the incised stream and construct the new channel. Often grade control (check dams) are used to raise the channel elevation of an F or G stream type, however, if the pattern, width/depth ratio and slope do not match the stable channel tendencies, the structure will not be stable. Since sinuosity is inversely proportional to slope a flattening of the slope with a grade control structure often induces lateral extension of the channel. "Patching" streams in place often works against the meandering tendency of rivers, eventually leading to high maintenance and eventual failure. If the floodplain has been occupied the Priorities 2 through 4 (Table 1) are often considered. To establish a new stable channel, other than at the previous level, Priority 2 provides for a conversion from either a G or F to a C or E stream type (Figure 5b and 5c). The conversion shown in Figure 5b has the advantage of balancing the cut and fill rather than end-hauling the excavated material from the reach. In natural channels, C and eventually E, stream types develop on the new deposition.

The advantage of the F to C conversion (figure 5c) is the lower flood stage elevation for the same magnitude discharge and creating the evolutionary progression of stream types as naturally occur. Both increased flood flow and sediment transport capacity result due to the increased cross-sectional area of the floodprone area and the low width/depth ratio of the C stream type. High boundary stress against the high vertical banks typical of the F stream type is associated with excessive bank erosion rates and

BLM_0062886

Table 1.  Priorities, descriptions and summary for incised river restoration

| DESCRIPTION | METHODS | ADVANTAGES | DISADVANTAGES |
|---|---|---|---|
| **Priority 1**<br>Convert G and/or F stream types to C or E at previous elevation w/floodplain (example shown in figure 5a) | Re-establish channel on previous floodplain using relic channel or construction of new bankfull discharge channel.  Design new channel for dimension, pattern and profile characteristic of stable form.  Fill in existing incised channel or with discontinuous oxbow lakes level with new floodplain elevation. | Re-establishment of floodplain and stable channel:  1) reduces bank height and streambank erosion, 2) reduces land loss, 3) raises water table, 4) decreases sediment, 5) improves aquatic and terrestrial habitats, 6) improves land productivity, and 7) improves aesthetics. | 1.Floodplain re-establishment could cause flood damage to urban agricultural and industrial development.<br>2.Downstream end of project could require grade control from new to previous channel to prevent head-cutting. |
| **Priority 2**<br>Convert F and/or G stream types to C or E.  Re-establishment of floodplain at existing level or higher but not at original level (examples shown in Figures 5b and 5c). | If belt width provides for the minimum meander width ratio for C or # stream types, construct channel in bed of existing channel, convert existing bed to new floodplain.  If belt width is too narrow, excavate streambank walls.  End-haul material or place in streambed to raise bed elevation and create new floodplain in the deposition. | 1. decreases bank height and stream bank erosion<br>2. allows for riparian vegetation to help stabilize banks<br>3. establishes floodplain to help take stress off of channel during flood<br>4. improves aquatic habitat<br>5. prevents wide-scale flooding of original land surface<br>6. reduces sediment<br>7. downstream grade control is easier. | 1. does not raise water table back to previous elevation<br>2. shear stress and velocity higher during flood due to narrower floodplain<br>3. upper banks need to be sloped and stabilized to reduce erosion during flood. |
| **PRIORITY 3**<br>Convert to a new stream type without an active floodplain but containing a floodprone area.  Convert G to B stream type or F to Bc.  (Examples shown in Figures 5d and 5e) | Excavation of channel to change stream type involves establishing proper dimension, pattern and profile.  To convert a G to B stream involves an increase in width/depth and entrenchment ratio. Shaping upper slopes and stabilizing both bed and banks.  A conversion from F to Bc stream type involves a decrease in width/depth ratio and an increase in entrenchment ratio. | 1, reduces the amount of land needed to return the river to a stable form<br>2. developments next to river need not be re-located due to flooding potential<br>3. decreases flood stage for the same magnitude flood<br>4. improves aquatic habitat. | 1. high cost of materials for bed and streambank stabilization<br>2. does not create the diversity of aquatic habitat<br>3. does not raise water table to previous levels. |
| **PRIORITY 4**<br>Stabilize channel in place (examples shown in Figure 5f) | A long list of stabilization materials and methods have been used to decrease stream bed and stream bank erosion including concrete, gabions, boulders and bio-engineering methods. | 1. excavation volumes are reduced<br>2. land needed for restoration is minimal | 1. high cost for stabilization<br>2. high risk due to excessive shear stress and velocity<br>3. limited aquatic habitat depending on nature of stabilization methods used. |

BLM_0062887

sedimentation.  The conversion of the F stream type as depicted in Figure 5b and Figure 5c reduces the high bank erosion rates by decreasing both the high erodibility factors and stress in the "near bank region" (Rosgen, 1996).

The restoration concepts associated with Priority 3 (Table 1) as depicted in Figures 5d and 5e are implemented where streams are confined (laterally contained) and physical constraints limit the use of Priority 1 or 2 (Table 1).  They are also used in landforms where the natural evolution evolves to the more stable B stream type.  These conversions create a step/pool bed morphology rather than riffle/pool as in the conversions shown in Figures 5a-c.  This requires streambed profiles which emulate the pool spacing as a function of bankfull width and stream slope.  The pool/pool spacing ratios are obtained from reference reaches of B stream types on similar gradients and materials.  Both the width/depth ratios and entrenchment ratios are increased in the G to B conversion (Figure 5d).  The conversion from the F to B stream type requires a decrease in width/depth ratio and an increase in entrenchment ratio.  As shown in Figure 5d and Figure 5e, the streambanks are sloped and vegetated.  Structures are often required to take the stress off of the banks to buy time for the plants to become established.

The stabilization work as described in Priority 4 (Table 1) and shown in Figure 5f is the most common of incised river "improvement".  The costs, high risk of failure, loss of natural function and loss of visual and biological value are the reasons this option is presented last on the priority list.  Often, however, to protect road fills, homes and historic features this option is about all that can be done within the existing constraints.  The stabilization material used, however, can off-set some of the adverse aesthetic and biological impacts.  The use of native materials such as large boulders, logs, root wads and bio-engineering slope stabilization methods that offer a wider range of stabilization objectives are superior to traditional "hard control" methods.  The use of gabion baskets, shown in Figure 5f, concrete lined channels are quite common in engineering application. Their high costs (construction and maintenance) and associated loss of biological and visual values challenge engineers to seek alternative stabilization solutions.  Grade control and streambank stabilization methods, however, are essential if Priority 4 is implemented due to the characteristic high streambank erodibility and high near-bank stress of the incised channel.

BLM_0062888



Figure 5.  Various restoration/stabilization options for incised channels.


IMPLEMENTATION OF INCISED RIVER RESTORATION CONCEPTS

The author has designed, constructed, provided technical advice, and monitored many restoration/enhancement and stabilization projects using Priorities 1-4 (Table 1).  These projects include:

*Maggie Creek, Nevada:*  A Priority 1 project was accomplished in 1990 on upper Maggie Creek near Carlin, Nevada, where a government agency cost-shared a project with a private ranch, which resulted in straightening many miles of an unstable gravel bed, C4/D4 stream type.  In 4 years of drought, the stream incised 10 meters, creating a G4 stream type.  The resultant stream type conversion lowered the water table, reduced the productivity of the meadow, created excessive bank erosion and associated downstream sedimentation, accelerated land loss and created loss of fish and terrestrial wildlife habitat.  A C stream type was constructed back on the original elevation re-connecting the floodplain and a series of discontinuous oxbow lakes were constructed to obtain sufficient material to fill in the gully (G stream type).  This option restored the natural stability of the stream, raised the ground water table back to the original level, and minimized damage from a flood that occurred 4 months following construction.  A key in this restoration was to improve riparian grazing that lead to the initial de-stabilization of the C4 stream.

BLM_0062889

*Lower Weminuche River, Colorado:*  This C4 stream type on private land was converted to an incised stream type (G4 to F4), and an avulsion (abandonment of previous channel) occurred creating: excessive bank erosion, lowering of the water table, loss of meadow productivity, and fish habitat degradation.  The restoration solution using Priority 1 options involved blocking the existing F4 stream type, raising and relocating the channel into an existing, abandoned, meandering, channel which re-connected the previous floodplain.  This avoided a series of expensive and high-risk streambank and streambed stabilization structures necessary to "patch in place" the incised channel.  Abandoned, incised channels need to be converted to oxbow lakes to prevent re-occupation of the previously incised channel during periods of floods.  This is accomplished by filling the incised channel head-ward and downstream to create discontinuous oxbow lakes.  Subsequent major flooding has not returned the "new " channel to it incised condition.

*Quail Creek, Maryland:*  The breach of a major storm water detention facility created reaches of incised G4 and F4 stream types near Cockeysville, Maryland in 1989/90.  The consequence of this incised river conversion created major downstream sedimentation from streambank erosion and channel adjustment and loss of a brook trout fishery.   This restoration involved the implementation of Priorities 2 and 3, which involved converting stream types from G4 to B4, F4 to C4, and F4 to B4c- (Figures 5c, 5d and 5e).  Streambed and streambank stabilization measures included the use of native materials of boulders, root wads, logs and vegetation transplants/cutting.  This creek has been stable for the 6 years of post construction monitoring despite the occurrence of many large floods (including January, 1996).  The brook trout have retuned and the channel is self-maintaining.

*Wolf Creek, California (Phase II and III):*  Excessive watershed disturbance, head-ward tributary rejuvenation and direct channel impacts near Greenville, Ca, created incised channels (F4 stream types).  Excessive streambank erosion was creating land loss, downstream sedimentation and fish habitat loss.  Due to the currently occupied floodplain and constrained belt width (homes and highway), Priorities 2 and 3 were selected to convert the F4 stream type to a C4 and an F4 to B4c- stream type (Figure 5c and Figure 5e).  Native materials using vortex rock weirs with native boulders, root wads, logs and bio-engineering slope stabilization methods were used as implemented by Plumas Corporation of Quincy, Calif.  A large flood, January 1995, delivered 145,000 cubic meters of sediment in a 24 hour period through the restored reaches.  Minimal damage occurred requiring little maintenance on the F4 to C4 and the F4 to B4 conversions.  A previous restoration project (Phase I) conducted by the author on the same river in a different reach failed during this flood.  This project did not involve an incised river but converted a D4 to a C4 stream type.  The flood initiated the failure but a backwater condition created by a state highway bridge and the excessive sediment supply from upstream flood sources.  Although this restoration had held up during several years of previous floods, the magnitude of the 1995 flood (one of the largest of record) caused both the stream and floodplain to aggrade 1 to 2 meters.

*Wildcat Creek, California:*   This urbanized stream, as part of the East Bay Regional Park District (Alvarado Park), near Richmond, California, had been channelized and stabilized with old, vertical stone masonry walls, concrete beds, and numerous concrete dams (2-3 meters).  It was an incised A4, G4 and F4 stream type prior to the restoration.  Active landslides impinged on the channel and archeological sites existed amidst eroding banks.  The adverse channel condition had eliminated steelhead from migrating upstream, was adding accelerated sediment yields from streambank erosion, and had poor fish habitat.  The aesthetics of the concrete structures were not compatible with the park setting.  The restoration involved utilizing Priority 3 and 4.  Since the vertical walls were "historic", they needed to be maintained in place.  This prevented the required change in width/depth and entrenchment ratio to reduce shear stress on the channel.  Thus, the restoration varied dependent on location of particular lateral constraints.  In several reaches the G4 stream type was converted to a B4 stream type

BLM_0062890

(Priority 3, Figure 5d), and the F4 stream type was converted to a Bc- (Figure 5e). The removal of the concrete dams created an A4 stream type, which was made into a series of step/pool reaches with steep channel gradients, a low width/depth ratio and low entrenchment ratio (incised). This reach had to be stabilized in place due to the lateral constraints (Priority 4). A major flood occurred two years later (1995) and again in 1996, which resulted in 4 meters of flood stage over the restoration project. Native material was used for stabilization, which included large boulders, root wads, logs and vegetation transplants. The flood created excessive shear stress on the reach of the A stream type next to the stone wall, which created a scour hole below the step/pool structure, dislodging three large rocks. This created local erosion of the toe of the high wall (two meters of width), which needed to be repaired. Other than this problem, the work survived the high floods, protected the streambanks and the archeological site from erosion, provided migration for the cold water fisheries and restored the stream back to a more natural, stable channel.

## SUMMARY

Incised rivers provide a great challenge to initiate various restoration/improvement/stabilization solutions. The following information is a key to restoring natural stability and function to incised rivers:

- Understand the cause of the incision (entrenchment).
- Analyze watershed conditions, which may not only indicate cause, but may provide the solution.
- Select the stable stream type associated with the landform/valley type.
- Understand the restoration objectives and make sure they are compatible with the natural stable morphology.
- Obtain data from reference reaches of the stable stream type to be emulated.
- Understand the evolutionary tendencies of rivers and recognize where this particular river is in relation to its potential end-point of equilibrium.
- Select restoration priorities that allow the stream to speed up the process of natural stability along the evolutionary sequence.
- Avoid working against the natural probable state of the river or "patching in place".
- Integrate geomorphology, engineering, biology and botany into the restoration solution.

## REFERENCES

Leopold, L. B. and Maddock, T. 1953. "The Hydraulic Geometry of Stream Channels and Some Physiographic Implications", U.S. Geological Survey Prof. Paper 252. U. S. Government Printing Office, Washington, D. C.

Leopold, L. B., Wolman, M. G., and Miller, J. B. 1964. "Fluvial Processes in Geomorphology", W. H. Freeman, San Francisco.

Leopold, L. B., 1994. "A View of the River", Harvard University Press, Cambridge, Mass. 298pp.

Mackin, J. H., 1948. "Concept of the Graded River", Bulletin of the Geological Society of American, Vol. 59, No. 5, pp 463-512.

Rosgen, D. L., 1994. "A Classification of Natural Rivers", Catena, Vol. 22, pp. 169-199.

Rosgen, D. L., 1996. "Applied River Morphology", Wildland Hydrology Books, 1481 Stevens Lake Road, Pagosa Springs, Co. 81147, 385 pp.

Schumm, S. A., Harvey, M. D., and Watson, C. C., 1984. "Incised Channels: Morphology, Dynamics and Control", Water Resource Publication, Littleton, Co.

Simon, A., 1994. "Gradation, Process and Channel Evolution in Modified West Tennessee Streams": Process, Response, and Form, U. S. Geological Survey Professional Paper 1470, Washington D. C., U. S. Government Printing Office.

BLM_0062891

041- 197 be

# Effects of Roads on Elk: Implications for Management in Forested Ecosystems

**Mary M. Rowland**
*U. S. Department of Agriculture, Forest Service,*
*        Pacific Northwest Research Station*
*La Grande, Oregon*

**Michael J. Wisdom**
*U. S. Department of Agriculture, Forest Service,*
*        Pacific Northwest Research Station*
*La Grande, Oregon*

**Bruce K. Johnson**
*Oregon Department of Fish and Wildlife*
*La Grande*

**Mark A. Penninger**
*U. S. Department of Agriculture, Forest Service,*
*        Wallowa-Whitman National Forest*
*La Grande, Oregon*

The effects of roads on both habitat and population responses of elk (*Cervus elaphus*) have been of keen interest to foresters and ungulate biologists for the last half century. Increased timber harvest in national forests, beginning in the 1960s, led to a proliferation of road networks in forested ecosystems inhabited by elk (Hieb 1976, Lyon and Christensen 2002). Among disturbances to elk habitat, roads have been viewed as a major factor influencing distributions of elk across the landscape (Leege 1984, Lyon 1984, Lyon et al. 1985, Roloff 1998, Lyon and Christensen 2002, Wertz et al. 2004). Evidence from a variety of studies, such as those conducted at the Starkey Experimental Forest and Range (Starkey) in northeastern Oregon, has corroborated this view (Lyon 1983, 1984; Witmer and deCalesta 1985; Cole et al. 1997; Johnson et al. 2000; Rowland et al. 2000; Ager et al. 2003).

Early studies of elk were among the first to address effects of roads on wildlife, establishing a precedent for subsequent research on a wide range of terrestrial and aquatic species. These early elk-roads studies included those

BLM_0062892

reported in a symposium on the topic in 1975 (Hieb 1976), the seminal studies of Jack Lyon in Montana and northern Idaho (Lyon 1979, 1983, 1984), the Montana Cooperative Elk-Logging Study (Lyon et al. 1985), and work by Perry and Overly (1977) in Washington and by Rost and Bailey (1979) in Colorado.

As research and analysis techniques have become more sophisticated, particularly with the advent of geographic information systems (GIS) and high-resolution remote imagery, the study of effects of roads on terrestrial and aquatic communities has evolved into a unique discipline of "road ecology" (Forman et al. 2003). Road effects are far more pervasive than originally believed and include such disparate consequences as population and habitat fragmentation, accelerated rates of soil erosion, and invasion of exotic plants along roadways. Indeed, "in public wildlands management, road systems are the largest human investment and the feature most damaging to the environment" (Gucinski et al. 2001:7). Summaries of the effects of roads on wildlife habitats and biological systems in general have been compiled by Forman and Alexander (1998), Trombulak and Frissell (2000), Gucinski et al. (2001), Forman et al. (2003) and Gaines et al. (2003).

Well-designed research that furthers our understanding of road effects and road management on key species, such as elk, and their habitats is critical for enhancing the long-term functioning of ecosystems impacted by the vast network of roads in North America. Moreover, addressing effects of roads on elk and elk habitat often is mandated on public land, e. g., through standards and guidelines developed for national forests.

Our goals in this paper are three-fold: (1) to describe current knowledge about effects of roads on elk, emphasizing results of research conducted at Starkey, (2) to describe an example in which a distance-band approach, rather than the traditional road density method, was used to evaluate habitat effectiveness (HE) for elk in relation to roads, and (3) to discuss the broader implications of road-related policies and land management with regard to elk.

## Effects of Roads on Elk in Forested Ecosystems—What Do We Know?

Effects of roads on elk can be divided into two broad categories: indirect effects on habitats occupied by elk and direct effects on individual elk and their populations. Effects of roads in forested ecosystems in general have been well summarized (Gucinski et al. 2001, Gaines et al. 2003). With regard to elk habitat,

BLM_0062893

the primary effect of roads may be habitat fragmentation; heavily roaded areas may contain few patches of forest cover large enough to function effectively as habitat for elk, especially where elk are hunted (Leege 1984, Rowland et al. 2000). The total loss of elk habitat from road construction is unknown; a rough estimate of 5 acres per linear mile (1.4 ha/km) of road is often applied (Forman et al. 2003). Across the United States, the area occupied by public roads and associated corridors is estimated to be 27 million acres (10.9 million ha); these numbers do not include private roads or unofficial roads on public land (Forman et al. 2003). Roads may also exert more subtle influences on habitat; for example, they may facilitate the spread of exotic vegetation (Gelbard and Belnap 2003), which may subsequently reduce quality and abundance of forage available to elk. Gaines et al. (2003) listed five road-associated factors in relation to elk: hunting, poaching, collisions, displacement or avoidance, and disturbance at a specific site.

The direct impacts of roads and associated traffic on elk, in addition to outright mortality from collisions with motorized vehicles, can be summarized as follows.

1.  *Elk avoid areas near open roads.* A plethora of studies have demonstrated an increasing frequency of elk occurrence or indices of elk use, such as pellet groups, at greater distances from open roads (defined here as any road where motorized vehicles are allowed). This response varies in relation to traffic rates (Wisdom 1998, Johnson et al. 2000, Ager et al. 2003), the extent of forest canopy cover adjacent to roads (Perry and Overly 1977, Lyon 1979, Wisdom 1998, Wisdom et al. 2004b), topography (Perry and Overly 1977, Edge and Marcum 1991), and type of road (e. g., improved versus primitive; Perry and Overly 1977, Lyon 1979, Witmer and deCalesta 1985, Marcum and Edge 1991, Rowland et al. 2000, Lyon and Christensen 2002, Benkobi et al. 2004), which also correlates with traffic rates. Responses may also differ between sexes, with bull elk demonstrating a stronger avoidance of areas close to roads than do cow elk (Marcum and Edge 1991). Shifts in distribution of elk away from roads may occur across a range of temporal and spatial scales. For example, elk at Starkey were generally farther from open roads during daytime but moved closer to roads during nighttime (Wisdom 1998, Ager et al. 2003). This pattern was also observed in South Dakota (Millspaugh 1999). In addition, both daily movements and size of home ranges of elk may decrease when open road density

BLM_0062894

decreases. These reductions could lead to energetic benefits that translate into increased fat reserves or productivity (Cole et al. 1997). On a larger scale, entire ranges can be abandoned if disturbance from traffic on roads and the associated habitat loss and fragmentation exceed some threshold level. The ultimate effect of displacement of elk, by motorized traffic as well as other disturbances, is a temporary or permanent reduction in effective habitat for elk. Concomitant with loss of effective habitat are reduced local and regional populations (Forman et al. 2003).

2.   *Elk vulnerability to mortality from hunter harvest, both legal and illegal, increases as open road density increases.* Many factors affect elk vulnerability to hunter harvest, but the evidence is compelling that survival rates of elk are reduced in areas with higher road density (Leege 1984, Leptich and Zager 1991, Unsworth et al. 1993, Gratson and Whitman 2000a, Weber et al. 2000, Hayes et al. 2002, McCorquodale et al. 2003). Closing roads offers more security to elk and may decrease hunter densities (fewer hunters may be willing to hunt without vehicle access). Also, poaching losses may decrease when roads are closed (Cole et al. 1997).

3.   *In areas of higher road density, elk exhibit higher levels of stress and increased movement rates.* Higher levels of physiological indicators of stress, such as fecal glucocorticoids, have been observed in elk exposed to increased road density and traffic on roads (Millspaugh et al. 2001). In addition, the energetic costs of moving away from disturbance associated with roads may be substantial (Cole et al. 1997). Research to estimate such costs to elk in relation to recreational use on roads is underway at Starkey (Wisdom et al. 2004a). Conversely, elk may conserve energy by traveling on closed roads to avoid woody debris and downfall (Lyon and Christensen 2002).

Knowledge has been gained not only about elk response to roads, but also about modeling of this relationship. Results from research at Starkey suggested that a road-effects model based on distance bands provides a more spatially explicit and biologically meaningful tool than a traditional model based on road density (Rowland et al. 2000). This analysis, based on more than 100,000 radiolocations of cow elk during spring and summer, found no relation between numbers of elk locations and HE scores based on open road density in 15 elk

BLM_0062895

analysis units. (We define habitat effectiveness as the "percentage of available habitat that is usable by elk outside the hunting season" [Lyon and Christensen 1992:4].) However, elk preference increased strongly (as measured by selection ratios) as distance to open roads increased. Such distance-to-roads analyses are readily accomplished using widely available spatial data layers in a GIS.

Despite the wealth of information about how roads and motorized traffic affect elk and their habitats, gaps in our knowledge remain. For example, although we know that elk response to roads generally varies depending on the level and type of motorized traffic, we have little knowledge about the precise levels of such disturbance that elicit a response and the duration of that response. Research at Starkey has demonstrated threshold rates of traffic above which a response by elk is elicited but below which open roads are functionally equivalent to closed roads (A. A. Ager, personal communication 2003; Wisdom et al. 2004b). Measurements of traffic rates and elk response to these rates are needed in other locations to better understand these thresholds. Though more costly to obtain than maps of roads, information about traffic rates can be used to improve management of roads in elk habitat in ways that are both cost-effective and beneficial to elk. Further research also is needed to better understand the interaction of roads, topography and forest cover in affecting elk distributions, primarily in relation to providing security for elk.

Also needed is a better understanding of the effectiveness of road closures; examples abound about the lack of effectiveness of closures on public land, especially when few resources are made available for enforcement (Havlick 2002, Wertz et al. 2004). More than half of 802 road closures inventoried on national forests in Idaho, Montana, Washington and Wyoming were found to be ineffective, even after accounting for administrative use (Havlick 2002). In Idaho, elk mortality was positively correlated to densities of both closed roads and open roads, suggesting that road closures were ineffective in reducing mortality from hunting (Hayes et al. 2002). Systematically collected data on use by all motorized vehicles, including off-highway vehicles, of closed roads would benefit management of elk and other resources (e. g., soils) affected by vehicle traffic on roads. And last, HE models for elk, including the roads variable, need further validation. Beyond the Starkey research (Rowland et al. 2000) and a few other studies (e. g., Roloff et al. 2001, Benkobi et al. 2004), such validation has not been conducted, especially of the most commonly applied models (Wisdom et al. 1986, Thomas et al. 1988). Given the continued widespread use of elk HE models in

BLM_0062896

land-use planning on national forests and on other land occupied by elk, such validation is a critical research need.

A final cautionary note: much of what has been learned about elk and roads to date has resulted from field studies that had no experimental component and, thus, no sound basis from which to infer cause-effect relations. Experimental studies underway at Starkey—in which road densities and traffic rates are manipulated according to strict sampling protocols and distributions of elk are closely monitored—will greatly enhance our understanding of elk response to roads (Wisdom et al. 2004b).

## Current Management Approaches to Elk-Roads Issues

In light of the deleterious effects of roads on elk as described above, both ungulate biologists and land managers have developed methods to address their respective concerns. During the 1970s and 1980s, biologists created a suite of models, based on empirical data, to predict effects of land management activities on habitat effectiveness for elk (e. g., Lyon 1979, 1983; Thomas et al. 1979, 1988; Leege 1984; Wisdom et al. 1986). All of these models incorporated a road-density component. In addition to the more general elk HE models, specific habitat guidelines related to roads were written. For example, guidelines developed in Montana specified that elk security areas be located more than 0.5 mile (0.8 km) from open roads (Hillis et al. 1991). Elk habitat models that include a roads component also have been used to evaluate the suitability of sites for restoration of elk populations (Didier and Porter 1999). Further, ungulate biologists have constructed resource selection models that include a roads variable to predict spatial distributions of elk (Cooper and Millspaugh 1999, Johnson et al. 2000).

Land managers, in turn, have incorporated concerns about elk and roads into formal planning processes through the application of standards and guidelines. How management agencies address elk-roads issues varies widely, however, both within and across agencies. For example, elk are designated as a management indicator species (MIS) within some national forests but not others. This designation, or lack thereof, subsequently affects how elk habitat is addressed in forest planning and environmental assessment.

Forest plans for many national forests contain specific standards and guidelines for elk HE, using one or more of the various elk HE models that have been developed. For example, the forest plan for the Wallowa-Whitman National

BLM_0062897

Forest in northeastern Oregon provides direction to maintain HE at greater than 0.5 during timber sale planning in management area 1 (MA1; timber production emphasis), but only, "where this can be done without reducing timber harvest volumes" (U. S. Department of Agriculture, Forest Service 1990b:4–57). (Habitat effectiveness scores range from 0 to 1.0 in most HE models.) Furthermore, the plan assumes that, in the long-term, elk HE will be maintained at 0.62 in MA1. Open road density in this management area is targeted not to exceed 2.5 miles per square mile (1.6 km/km²) in general but no more than 1.5 miles per square mile (0.9 km/km²) in selected elk summer and winter ranges. In the adjacent Umatilla National Forest, elk HE is projected to range between 0.67 and 0.70, and open road density from 2.0 to 2.2 miles per square mile (1.2–1.4 km/km²), forest-wide during the five decades beyond 1990 (U. S. Department of Agriculture, Forest Service 1990a). In addition, the standard for elk HE on big game winter range is 0.70 (U. S. Department of Agriculture, Forest Service 1990a). Generally, if habitat for elk is identified as an issue for a proposed management activity, such as timber restoration, or if elk have been identified as a MIS, evaluation of elk habitat is mandated during the environmental assessment process. Such evaluation commonly entails the application of an elk HE model to the affected area under the various alternatives, with the results incorporated into an effects analysis for evaluation of alternatives.

A more recently developed approach incorporates evaluations of habitat effectiveness for elk into the initial stages of forest planning, rather than using HE models to evaluate effects of single management activities, such as timber harvests (Bettinger et al. 1999). This approach incorporates elk HE into the objective function of a mathematical forest-planning model. Various scenarios can be simulated, with maximization of elk HE scores, timber output, or both. Likewise, Roloff et al. (1999) developed a decision support system that allows evaluation of effects of various management strategies on habitat for elk and other wildlife within the context of forest planning models.

## Applying a Distance-Band Model of Elk-Road Effects in Forest Planning: A Case Example

A method to evaluate effects of roads on elk using a distance-band approach has been suggested both by Roloff (1998) and by Rowland et al. (2000), as described above. Based on radiolocations of elk at Starkey, Rowland et al.

BLM_0062898

(2000) found no relation between number of elk locations and HE based on open road densities. By contrast, the authors found a strong, linear increase in selection ratios of elk as distance to roads increased. For this analysis, elk locations were assigned to 109-yard- (100-m-) wide bands away from open roads. Roloff (1998) also developed a road-effects module in which habitat adjacent to roads was buffered into distance bands in a GIS. Habitat effectiveness in the bands was adjusted according to level of security cover, as well as road use or road type. Regardless of the exact approach selected, ongoing planning efforts within national forests and other land that provide habitat for elk may benefit from consideration of a revised, spatially explicit road-effects variable.

The mechanics of calculating HE related to roads ($HE_R$) using distance bands are similar to those for another variable in elk HE models—the size and spacing of cover and forage ($HE_S$). Both variables involve buffering outwards from linear features—either roads, for $HE_R$, or the cover and forage edges, for $HE_S$—to create distance bands. Each band is assigned a weight, with lower weights corresponding to lower HE. A weighted average is then calculated, based on the proportion of the analysis area in each of the bands and the weight of the appropriate band (see Hitchcock and Ager 1992). The sum of these products yields the final HE value, which cannot exceed 1.0.

To examine how the method of calculation (i. e., the traditional road-density method versus distance bands) might affect $HE_R$ for elk, we applied both methods in an evaluation of the effects of a timber sale in the Wallowa-Whitman National Forest in northeastern Oregon. The Dark Meadow Restoration Project was proposed to restore and enhance ecosystems within the project area, through thinning, prescribed fire and mechanical fuels-reduction treatments over the next 10 to 15 years (U. S. Department of Agriculture, Forest Service 2003). Project goals include reductions in fuel loading, promotion of old-growth habitat, improvement in big game habitat and initiation of tree regeneration. Under the two action alternatives of the project, open road density will be lower than that under the no action (existing condition) alternative (Table 1, Figure 1).

The Dark Meadow Restoration Project encompasses 17,700 acres (7,169 ha) of the Blue Mountains and is completely contained within the Starkey Game Management Unit. The elk population in this unit is estimated to be at the objective (5,300) set by Oregon Department of Fish and Wildlife. The area functions primarily as summer range for elk, with smaller portions used as

BLM_0062899

Table 1. Comparison of two methods for modeling effects of roads on elk habitat effectiveness (HE) under three alternatives in the Dark Meadow Restoration Project, Wallowa-Whitman National Forest, northeastern Oregon.

| Variable | "No action" alternative[a] | Alternative 1 | Alternative 2 |
|---|---|---|---|
| Total miles (km) of open roads in analysis area[b] | 138.1 (222.2) | 114.2 (183.7) | 106.5 (171.4) |
| Open road density in miles per square mile (km/km²) | 4.99 (3.09) | 4.13 (2.56) | 3.85 (2.39) |
| $HE_R$-ORD[c] | 0.20 | 0.28 | 0.31 |
| $HE_R$-DB[c] | 0.17 | 0.19 | 0.20 |
| $HE_C$[d] | 0.60 | 0.59 | 0.61 |
| $HE_S$[e] | 0.84 | 0.79 | 0.80 |
| Total HE (ORD method)[f] | 0.47 | 0.51 | 0.52 |
| Total HE (DB method) | 0.45 | 0.46 | 0.47 |

[a]This alternative is the existing condition.
[b]Open roads include any road available to motorized traffic; these are roads officially designated as open as well as closed roads that have no promulgation.
[c]Habitat effectiveness for roads ($HE_R$) based on open road densities (ORD); $HE_R$-DB uses distance bands (DB) to calculate $HE_R$.
[d]Habitat effectiveness as related to cover quality.
[e]Habitat effectiveness as related to size and spacing of cover and forage areas.
[f]Total habitat effectiveness, which is the geometric mean of $HE_R$, $HE_C$, $HE_S$ and $HE_F$. $HE_F$ (habitat effectiveness as related to forage quality and quantity) was not derived empirically for this analysis; rather, a default value of 0.5 was input for this variable.

transitional or winter range. Lack of elk security habitat was identified as a key issue in planning for the Dark Meadow Restoration Project; thus, roads were a primary consideration in the crafting of alternatives (U. S. Department of Agriculture, Forest Service 2003).

To calculate $HE_R$ for elk in Dark Meadow Restoration Project, all roads open to motorized vehicles were counted. No traffic rate data were available; thus, roads were not weighted according to level of use. We defined open roads as those officially designated as open as well as closed roads for which no promulgation was planned. Promulgated road closures are those for which the Code of Federal Regulations is applied; such closures are legal and enforceable. In the Wallowa-Whitman National Forest Plan, closed roads were assumed to be physically impassable to full-sized vehicles and also assumed to be seldom traveled by off-highway vehicles (U. S. Department of Agriculture, Forest Service 1990b). Roads designated as closed but not promulgated, however, are often traveled by off-highway vehicles (Havlick 2002).

BLM_0062900

Figure 1. Open roads under three alternatives of the Dark Meadow Restoration Project, Wallowa-Whitman National Forest, northeastern Oregon: the "no action" alternative (A); Alternative 1 (B); and Alternative 2 (C). Open roads were defined as any road available to motorized traffic, including roads officially designated as open and closed roads that have no promulgation.







BLM_0062901

The $HE_R$ variable based on open road densities (ORD)(hereafter referred to as $HE_R$-ORD) was then calculated with the equations of Hitchcock and Ager (1992) for the existing condition and the two action alternatives (Table 1). To calculate $HE_R$ based on distance bands ($HE_R$-DB), all open roads were buffered in a GIS. The analysis area was partitioned into five bands, each 394 yards (360 m) wide, with the sixth band containing any area greater than 1,969 yards (1,800 m) from an open road. This distance (i. e., 1,969 yards) is equivalent to that at which elk response to open roads diminished markedly at Starkey (Rowland et al. 2000). Each band was assigned a weight, reflecting a linear increase in elk selection ratios as distance from open roads increased at Starkey: band 1 was 0.17, band 2 was 0.33, band 3 was 0.50, band 4 was 0.67, band 5 was 0.83 and band 6 was 1.0. $HE_R$-DB was then calculated as a weighted average, with the proportion of the analysis area in each band multiplied by the appropriate weight. Finally, we calculated total HE for the analysis area, based on the four variables of the elk HE model, with only $HE_R$ differing between the two calculations (Table 1).

Open road density in the Dark Meadow Restoration Project area was relatively high under all three alternatives, and $HE_R$-DB was consistently lower than $HE_R$-ORD (Table 1). However, this difference was more pronounced with lower open road densities; under the no action alternative, $HE_R$-DB was only 15 percent less than $HE_R$-ORD, but, under the two action alternatives, this difference increased to at least 32 percent (Table 1). Compared to the no action alternative, the density of open roads declined 17 and 23 percent, respectively, under alternatives 1 and 2. Concomitant with this decline in road density were increases in $HE_R$-ORD of 40 and 55 percent for the two action alternatives, respectively; however, $HE_R$-DB increased only 12 and 18 percent (Table 1). These results suggest that the spatial arrangement of remaining open roads was such that the amount of effective habitat for elk improved only marginally (Figure 1). Thus, $HE_R$-ORD may overestimate habitat effectiveness for elk under certain conditions.

Because total HE is the geometric mean of all four input variables, differences in total HE between the two methods were not as substantial as were those for $HE_R$ alone (Table 1). Among the four variables used to calculate HE, all of which are equally weighted in computing the mean, values for $HE_R$ were substantially lower than those of the other three variables (Table 1). Thus, in the Dark Meadow Restoration Project, the relatively high open road densities were

BLM_0062902

largely responsible for the low total HE scores. These scores exceeded only slightly the recommended standard of 0.5 for total HE in timber planning on the Wallowa-Whitman National Forest and only when $HE_R$-ORD was used for the roads variable (Table 1). By contrast, when $HE_R$-DB was used, total HE was below the standard for all alternatives (Table 1).

We did not alter band weights, or back buffer them, based on the level of security cover in each band (see Roloff 1998). This additional refinement may be warranted in situations where cover quality varies widely across the analysis area, or is predicted to vary under proposed management alternatives. In addition, band weights could be adjusted by accounting for topographic relief, such that areas providing topographic barriers to human disturbance would have weights adjusted upward, or by traffic rates, if such data were available.

## Implications for Management and Policy Involving Elk-Roads Issues

Road management inevitably involves tradeoffs between the benefits of increased access that roads provide versus the ecological and economic costs associated with roads (Gucinski et al. 2001, Forman et al. 2003). Because the U. S. Department of Agriculture, Forest Service manages about 10 percent of the public road system in the United States (Forman et al. 2003), road-management decisions made by that agency strongly influence current road systems. U. S. Department of Agriculture, Forest Service policy regarding road closures and construction continues to engender controversy, exemplified by the multiyear debate over the national roadless rule. The rule, first published in the Federal Register in January 2001 (U. S. Office of the Federal Register 2001), has been challenged by at least nine lawsuits in federal district courts. Decisions about roads, including construction, reconstruction, closure, obliteration or decommissioning, are complex because they affect a multitude of resources, not just wildlife. All resource values in a watershed must be evaluated when making decisions about roads; these may include human safety (e. g., access to combat wildfires), soils, recreation, commercial timber harvest and restoration activities. In addition, decisions about roads are closely tied to available funding. Expenses are involved both in constructing, maintaining and decommissioning roads and in enforcing road closures (Forman et al. 2003). Complicating the issue of evaluating effects of roads is that roads in forested ecosystems currently are not well inventoried (Gucinski et al. 2001).

BLM_0062903

The potential implications of road-related policies for elk management are diverse and complex. Benefits of road closures may include:

- decreased energy expenditure by elk, a result of less frequent disturbance by motorized vehicles, with potential improvements in animal performance
- increases in total amount of effective habitat for elk in the area affected by the closures
- increased hunting opportunities on public land, when roads are closed on public land adjacent to comparatively less-roaded private land, thereby enticing elk to remain on public land rather than moving to private land where hunting may not be allowed or is prohibitively expensive (Wertz et al. 2004)
- decreased damage to crops and haystacks from elk on private land, due to lessened disturbance from traffic on public land, which in turn causes elk to remain on public land longer during the fall and winter seasons
- improvements in diet quality when elk are able to forage undisturbed in areas previously avoided due to excessive motorized traffic; these changes may translate into improvements in animal fitness and population performance
- increased hunter satisfaction, defined as either the ability to hunt in a roadless area or the access to roads and the use of all-terrain vehicles on closed roads or other off-highway sites (Gratson and Whitman 2000b)
- decreased vulnerability of elk during hunting seasons, due to fewer hunters willing to hunt without a vehicle or able to access the area.

Road closures alone may not be effective in eliminating effects of roads and traffic on elk because of inadequate enforcement. For this reason, the U. S. Department of Agriculture, Forest Service may promulgate road closures in addition to designating roads as closed, as in the Dark Meadow Restoration Project discussed above. Careful assessment of how roads are being used, rather than their official status, is important to credibly evaluate effects of roads on elk and other wildlife. Likewise, judicious closing of certain road segments, particularly road spurs (Forman et al. 2003), may retain or create blocks of habitat that serve as security areas for elk while allowing sufficient road access for other management needs. Spatially explicit models and tools are currently available to aid in evaluating among road closure alternatives.

BLM_0062904

Elk continue to exert tremendous impact on local economies, through their status as a premier game species, and on forested ecosystems, through their role as abundant, widespread large herbivores. Given the indisputable effect of roads on distribution of elk, roads and their management will undoubtedly remain, as stated by Lyon and Christensen (2002:566), "central to elk management on public and private lands."

## Reference List

Ager, A. A., B. K. Johnson, J. W. Kern, and J. G. Kie. 2003. Daily and seasonal movements and habitat use by female Rocky Mountain elk and mule deer. *Journal of Mammalogy.* 84:1,076–88.

Benkobi, L., M. A. Rumble, G. C. Brundige, and J. J. Millspaugh. 2004. *Refinement of the Arc-Habcap model to predict habitat effectiveness for elk, research paper RMRS-RP-51.* Fort Collins, Colorado: U. S. Department of Agriculture, Forest Service.

Bettinger, P., K. Boston, and J. Sessions. 1999. Combinatorial optimization of elk habitat effectiveness and timber harvest volume. *Environmental Modeling and Assessment.* 4:143–53.

Cole, E. K., M. D. Pope, and R. G. Anthony. 1997. Effects of road management on movement and survival of Roosevelt elk. *Journal of Wildlife Management.* 61:1,115–26.

Cooper, A. B., and J. J. Millspaugh. 1999. The application of discrete choice models to wildlife resource selection studies. *Ecological Applications.* 80:566–75.

Didier, K. A., and W. F. Porter. 1999. Large-scale assessment of potential habitat to restore elk to New York State. *Wildlife Society Bulletin.* 27:409–18.

Edge, W. D., and C. L. Marcum. 1991. Topography ameliorates the effects of roads and human disturbance on elk. In *Proceedings elk vulnerability symposium,* eds. A. G. Christensen, L. J. Lyon, and T. N. Lonner, 132–7. Bozeman, Montana: Montana State University.

Forman, R. T. T., and L. E. Alexander. 1998. Roads and their major ecological effects. *Annual Review of Ecology and Systematics.* 29:207–31.

Forman, R. T. T., D. Sperling, J. A. Bissonette et al. 2003. *Road ecology: Science and solutions.* Washington, DC: Island Press.

BLM_0062905

Gaines, W. L., P. H. Singleton, and R. C. Ross. 2003. *Assessing the cumulative effects of linear recreation routes on wildlife habitats on the Okanogan and Wenatchee National Forests, general technical report PNW-GTR-586.* Portland, Oregon: U. S. Department of Agriculture, Forest Service.

Gelbard, J. L., and J. Belnap. 2003. Roads as conduits for exotic plant invasions in a semiarid landscape. *Conservation Biology.* 17:420–32.

Gratson, M. W., and C. Whitman. 2000a. Road closures and density and success of elk hunters in Idaho. *Wildlife Society Bulletin.* 28:302–10.

————. 2000b. Characteristics of Idaho elk hunters relative to road access on public lands. *Wildlife Society Bulletin.* 28:1,016–22.

Gucinski, H., M. H. Brooks, M. J. Furniss, and R. R. Ziemer. 2001. *Forest roads: A synthesis of scientific information, general technical report PNW-GTR-509.* Portland, Oregon: U. S. Department of Agriculture, Forest Service.

Havlick, D. G. 2002. *No place distant: Roads and motorized recreation on America's public lands.* Washington, DC: Island Press.

Hayes, S. G., D. J. Leptich, and P. Zager. 2002. Proximate factors affecting male elk hunting mortality in northern Idaho. *Journal of Wildlife Management.* 66:491–99.

Hieb, S. R., ed. 1976. *Proceedings of the elk-logging-roads symposium.* Moscow, Idaho: Forest, Wildlife, and Range Experimental Station, University of Idaho.

Hillis, J. M., M. J. Thompson, J. E. Canfield, L. J. Lyon, and T. N. Lonner. 1991. Defining elk security: The Hillis paradigm. In *Proceedings elk vulnerability symposium,* eds. A. G. Christensen, L. J. Lyon, and T. N. Lonner, 38–43. Bozeman, Montana: Montana State University.

Hitchcock, M., and A. Ager. 1992. *Microcomputer software for calculating an elk habitat effectiveness index on Blue Mountain winter range, general technical report PNW-GTR-301.* Portland, Oregon: U. S. Department of Agriculture, Forest Service.

Johnson, B. K., J. W. Kern, M. J. Wisdom, S. L. Findholt, and J. G. Kie. 2000. Resource selection and spatial separation of mule deer and elk during spring. *Journal of Wildlife Management.* 64:685–97.

Leege, T. A. 1984. Guidelines for evaluating and managing summer elk habitat in northern Idaho. In *Wildlife Bulletin 11.* Boise, Idaho: Idaho Department of Fish and Game.

BLM_0062906

Leptich, D. J., and P. Zager. 1991. Road access management effects on elk mortality and population dynamics. In *Proceedings elk vulnerability symposium*, eds. A. G. Christensen, L. J. Lyon, and T. N. Lonner, 126–31. Bozeman, Montana: Montana State University.

Lyon, L. J. 1979. Habitat effectiveness for elk as influenced by roads and cover. *Journal of Forestry.* 79:658–60.

———. 1983. Road density models for describing habitat effectiveness for elk. *Journal of Forestry.* 81:592–95.

———. 1984. *Field tests of elk/timber coordination guidelines, research paper INT-RP-325.* Ogden, Utah: U. S. Department of Agriculture, Forest Service.

Lyon, L. J., and A. G. Christensen. 1992. *A partial glossary of elk management terms, general technical report INT-GTR-288.* Portland, Oregon: U. S. Department of Agriculture, Forest Service.

———. 2002. Elk and land management. In *North American elk: Ecology and management*, eds. D. E. Toweill and J. W. Thomas, 557–81. Washington, DC: Smithsonian Institution Press.

Lyon, L. Jack, T. N. Lonner, J. P. Weigand, C. L. Marcum, W. D. Edge, J. D. Jones, D. W. McCleerey, and L. L. Hicks. 1985. *Coordinating elk and timber management: Final report of the Montana Cooperative Elk-Logging Study.* Helena, Montana: Montana Department of Fish, Wildlife, and Parks.

Marcum, C. L., and W. D. Edge. 1991. Sexual differences in distribution of elk relative to roads and logged areas in Montana. In *Proceedings elk vulnerability symposium*, eds. A. G. Christensen, L. J. Lyon, and T. N. Lonner, 142–48. Bozeman, Montana: Montana State University.

McCorquodale, S. M., R. Wiseman, and C. L. Marcum. 2003. Survival and harvest vulnerability of elk in the Cascade Range of Washington. *Journal of Wildlife Management.* 67:248–57.

Millspaugh, J. J. 1999. *Behavioral and physiological response of elk to human activities in the southern Black Hills, South Dakota.* Ph.D. dissertation, University of Washington, Seattle.

Millspaugh, J. J., R. J. Woods, K. E. Hunt, K. J. Raedeke, G. C. Brundige, B. E. Washburn, and S. K. Wasser. 2001. Fecal glucocorticoid assays and the physiological stress response in elk. *Wildlife Society Bulletin.* 29:899–907.

BLM_0062907

Perry, C., and R. Overly. 1977. Impact of roads on big game distribution in portions of the Blue Mountains of Washington. In *Bulletin No. 11.* Olympia, Washington: Washington Game Department.

Roloff, G. J. 1998. Habitat potential model for Rocky Mountain elk. In *Proceedings 1997 deer/elk workshop, Rio Rico, Arizona*, ed. J. C. deVos, Jr., 158–75. Phoenix, Arizona: Arizona Game and Fish Department.

Roloff, G. J., B. Carroll, and S. Scharosch. 1999. A decision support system for incorporating wildlife habitat quality into forest planning. *Western Journal of Applied Forestry.* 14:91–99.

Roloff, G. J., J. J. Millspaugh, R. A. Gitzen, and G. C. Brundige. 2001. Validation tests of a spatially explicit habitat effectiveness model for elk. *Journal of Wildlife Management.* 65:899–914.

Rost, G. R., and J. A. Bailey. 1979. Distribution of mule deer and elk in relation to roads. *Journal of Wildlife Management.* 43:634–41.

Rowland, M. M., L. D. Bryant, B. K. Johnson, J. H. Noyes, M. J. Wisdom, and J. W. Thomas. 1997. *The Starkey project: History, facilities, and data collection methods for ungulate research, general technical report PNW-GTR-396.* Portland, Oregon: U. S. Department of Agriculture, Forest Service.

Rowland, M. M., M. J. Wisdom, B. K. Johnson, and J. G. Kie. 2000. Elk distribution and modeling in relation to roads. *Journal of Wildlife Management.* 64:672–84.

Thomas, J. W., D. A. Leckenby, M. Henjum, R. J. Pedersen, and L. D. Bryant. 1988. *Habitat-effectiveness index for elk on Blue Mountain winter ranges, general technical report PNW-GTR-218.* Portland, Oregon: U. S. Department of Agriculture, Forest Service.

Thomas, J. W., H. Black, Jr., R. J. Scherzinger, and R. J. Pedersen. 1979. Deer and elk. In *Wildlife habitats in managed forests: the Blue Mountains of Oregon and Washington, agricultural handbook no. 553*, ed. J. W. Thomas, 104–127. Portland, Oregon: U. S. Department of Agriculture, Forest Service.

Trombulak, S. C., and C. A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. *Conservation Biology.* 14:18–30.

Unsworth, J. W., L. Kuck, M. D. Scott, and E. O. Garton. 1993. Elk mortality in the Clearwater drainage of northcentral Idaho. *Journal of Wildlife Management.* 57:495–502.

BLM_0062908

U.S. Department of Agriculture, Forest Service. 1990a. *Umatilla National Forest land and resource management plan.* Pendleton, Oregon: U. S. Department of Agriculture, Forest Service.

———. 1990b. *Wallowa-Whitman National Forest land and resource management plan.* Baker City, Oregon: U. S. Department of Agriculture, Forest Service.

———. 2003. *Dark Meadow restoration environmental assessment.* La Grande Ranger District, Wallowa-Whitman National Forest, La Grande, Oregon: U. S. Department of Agriculture, Forest Service.

U. S. Office of the Federal Register. 2001. *Rules and regulations.* Federal Register 66:9 (Jan. 12, 2001): 3,244–3,273.

Weber, K. T., C. L. Marcum, M. G. Burcham, and L. J. Lyon. 2000. Landscape influences on elk vulnerability to hunting. *Intermountain Journal of Science.* 6:86–94.

Wertz, T. L., A. Blumton, and L. E. Erickson. 2004. Conflict resolution by adaptive management: moving elk where they want to go. In *Proceedings 2001 western states and provinces deer and elk workshop,* eds. J. Mortensen, D. G. Whittaker, E. C. Meslow, 59–66. Salem, Oregon: Oregon Department of Fish and Wildlife.

Wisdom, M. J. 1998. *Assessing life-stage importance and resource selection for conservation of selected vertebrates.* Ph.D. dissertation, University of Idaho, Moscow.

Wisdom, M. J., A. A. Ager, H. K. Preisler, N. J. Cimon, and B. K. Johnson. 2004a. Effects of off-road recreation on mule deer and elk. *Transactions of the North American Wildlife and Natural Resources Conference.* 69:531–50.

Wisdom, M. J., L. R. Bright, C. G. Carey, W. W. Hines, R. J. Pedersen, D. A. Smithey, J. W. Thomas, and G. W. Witmer. 1986. *A model to evaluate elk habitat in western Oregon, publication no. R6-F&WL-216-1986.* Portland, Oregon: U. S. Department of Agriculture, Forest Service, Pacific Northwest Region.

Wisdom, M. J., N. J. Cimon, B. K. Johnson, E. O. Garton, and J. W. Thomas. 2004b. Spatial partitioning by mule deer and elk in relation to traffic. *Transactions of the North American Wildlife and Natural Resources Conference.* 69:509–30.

Witmer, G. W., and D. S. deCalesta. 1985. Effect of forest roads on habitat use by Roosevelt elk. *Northwest Science.* 59:122–25.

BLM_0062909

# Transactions
# of the
# Sixty-ninth North American Wildlife
# and Natural Resources Conference

Conference Theme:
*Resource Stewardship in the 21st Century:*
*A Voyage of Rediscovery*

*March 16 to 20, 2004*
*DoubleTree Hotel and Spokane City Center*
*Spokane, Washington*

Edited by
Jennifer Rahm

Published by the
**Wildlife Management Institute**
Washington, DC
2004

BLM_0062910

Wildlife for Persons with Disabilities: Making the Outdoors Accessible
through the Use of Motorized Vehicles....................................................439
    *Kirk Thomas and Illana Burkhart*

**Special Session Six. Policy Implications from Long-term Studies of Mule Deer and Elk: A Synthesis of the Starkey Project**

The Starkey Project:
Long-term Research for Long-term Management Solutions .....................443
    *Thomas M. Quigley and Michael J. Wisdom*

Overview of the Starkey Project:
Mule Deer and Elk Research for Management Benefits..........................455
    *Michael J. Wisdom, Mary M. Rowland, Bruce K. Johnson,*
    *and Brian L. Dick*

The Starkey Databases: Spatial-Environmental Relations
of North American Elk, Mule Deer and Cattle
at Starkey Experimental Forest and Range in Northeastern Oregon..........475
    *John G. Kie, Alan A. Ager, Norman J. Cimon, Michael J.*
    *Wisdom, Mary M. Rowland, Priscilla K. Coe, Scott L.*
    *Findholt, Bruce K. Johnson and Marvin Vavra*

Effects of Roads on Elk:
Implications for Management in Forested Ecosystems.............................491
    *Mary M. Rowland, Michael J. Wisdom, Bruce K. Johnson*
    *and Mark A. Penninger*

Spatial Partitioning by Mule Deer and Elk in Relation to Traffic................509
    *Michael J. Wisdom, Norman J. Cimon, Bruce K. Johnson,*
    *Edward O. Garton and Jack Ward Thomas*

Effects of Off-road Recreation on Mule Deer and Elk.............................531
    *Michael J. Wisdom, Alan A. Ager, Haiganoush K. Preisler,*
    *Norman J. Cimon and Bruce K. Johnson*

ix

Issues of Elk Productivity for Research and Management........................551
    *Bruce K. Johnson, Michael J. Wisdom and John G. Cook*

Influence of Age of Males and Nutritional Condition on Short-
and Long-term Reproductive Success of Elk...........................................572
    *James H. Noyes, Bruce K. Johnson, Brian L. Dick
and John G. Kie*

Nutritional Condition Indices for Elk:
The Good (and Less Good), the Bad and the Ugly....................................586
    *Rachel C. Cook, John G. Cook, Dennis L. Murray, Pete
Zager, Bruce K. Johnson and Michael W. Gratson*

Nutrition and Parturition Date Effects on Elk:
Potential Implications for Research and Management..............................604
    *John G. Cook, Bruce K. Johnson, Rachel C. Cook, Robert
A. Riggs, Tim DelCurto, Larry D. Bryant and Larry L.
Irwin*

Elk and Mule Deer Responses to Variation in Hunting Pressure................625
    *Bruce K. Johnson, Alan A. Ager, James H. Noyes and
Norm Cimon*

Movements and Habitat Use of Rocky Mountain Elk and Mule Deer........641
    *Alan A. Ager, Haiganoush K. Preisler, Bruce K. Johnson
and John G. Kie*

Spatial and Temporal Interactions of Elk, Mule Deer and Cattle................656
    *Priscilla K. Coe, Bruce K. Johnson, Kelley M. Stewart and
John G. Kie*

Diet Composition, Dry Matter Intake and Diet Overlap
of Mule Deer, Elk and Cattle...............................................................670
    *Scott L. Findholt, Bruce K. Johnson, Daalkhaijav
Damiran, Tim DelCurto and John G. Kie*

x

BLM_0062912

Landscape Simulation of Foraging by Elk, Mule Deer and Cattle
on Summer Range....................................................................687
    *Alan A. Ager, Bruce K. Johnson, Priscilla K. Coe and*
    *Michael J. Wisdom*

Thermal Cover Needs of Large Ungulates:
A Review of Hypothesis Tests................................................708
    *John C. Cook, Larry L. Irwin, Larry D. Bryant, Robert A.*
    *Riggs, Jack Ward Thomas*

Cattle and Elk Responses to Intensive Timber Harvest.............727
    *Michael J. Wisdom, Bruce K. Johnson, Martin Vavra,*
    *Jennifer M. Boyd, Priscilla K. Coe, John G. Kie, Alan A.*
    *Ager and Norman J. Cimon*

Management Implications of Ungulate Herbivory
in Northwest Forest Ecosystems...........................................759
    *Robert A. Riggs, John G. Cook and Larry L. Irwin*

The Role of Ungulate Herbivory and Management on Ecosystem Patterns
and Processes: Future Direction of the Starkey Project...........785
    *Martin Vavra, Michael J. Wisdom, John G. Kie, John G.*
    *Cook and Robert A. Riggs*

Has the Starkey Project Delivered on Its Commitments?..........798
    *Jack Ward Thomas and Michael J. Wisdom*

**Registered Attendance**....................................................813

**2004 WMI Distinguished Service Award**........................823

**2004 WMI Touchstone Award**.......................................825

BLM_0062913

# SUPPORT STUDY FOR TOWN OF SILT TRANSPORTATION IMPACT FEE

Residential and Non-Residential Development

PREPARED FOR: TOWN OF SILT

PREPARED BY: RPI CONSULTING LLC/ANDREW LLC

APRIL 2008

BLM_0062914

## CONTENTS

Introduction.................................................................................................................4

    Similar Town's Transportation Impact fees............................................................4

Legal Authority ............................................................................................................5

  Impact Fees Generally .............................................................................................5

  Permissible Uses of Impact Fees Imposed by The Town of Silt................................7

  Timing of Imposition of Impact Fee ..........................................................................7

  Accounting for Received Impact Fees .....................................................................8

Methodology Overview...............................................................................................9

Needs, Trends, Rational Nexus....................................................................................11

  Existing Conditions –Land Use Inventory 2001-2006 ...............................................11

    Residential Land Use 2001-2006...........................................................................11

    Non-Residential Land Use 2001-2006 ..................................................................12

  Future land Use through 2027 ...................................................................................13

    Residential land use Projection through 2027 .....................................................14

    Non-residential land use Projection through 2027...............................................14

  Need .........................................................................................................................15

    Traffic Measurement ............................................................................................16

    Residential and Non-residential Current and Projected ADT ............................17

    Combined ADT ....................................................................................................17

Cost Components.......................................................................................................18

  Introduction..............................................................................................................18

  Capacity Improvements ..........................................................................................18

BLM_0062915

Silt Specific Capacity Improvement Plan and Costs ............................................. 20

Capital Facility Component ....................................................................... 22

Buy-In Component ........................................................................................ 22

Combined Cost Components ...................................................................... 23

Fee Schedule .................................................................................................... 24

Crediting ........................................................................................................... 25

HUTF Credit ................................................................................................... 25

General Fund Credits ................................................................................... 25

Combined Credits ........................................................................................ 27

Final Fee ........................................................................................................... 28

Cash Flow ......................................................................................................... 29

Implementation and Administration ............................................................ 30

Who is Subject to the Fee? ........................................................................ 30

Exemption for Affordable Housing ........................................................... 30

Exemptions for Certain Public Facilities ................................................... 31

When to Collect the Fee ............................................................................ 32

Other Considerations .................................................................................. 32

Updating the fee .......................................................................................... 33

Independent Trip Calculation for Non-Residential Development ....................... 33

Appendix .......................................................................................................... 35

BLM_0062916

## INTRODUCTION

As a municipality experiences increased residential and non-residential development, additional strains are placed upon the road system. Added car, bus and, light truck trips are generated due to additional houses, businesses, and industry. These additional trips degrade and decrease the capacity of the road system as a whole. Without a mechanism to pay for needed capacity improvements associated with new growth, the road system may become inefficient, inadequate, and possibly less safe. If capacity improvements are not paid for by new growth existing taxpayers will, in effect, subsidize that new growth. By instituting an impact fee, a municipality creates an equitable system by which new development is charged its fair share for impacts to the road system.

While impact fees typically involve data from numerous sources and complex equations the underlying logic is relatively simple. The following questions need to be answered to create a fair and appropriate fee:

1. Does Silt have a need for an impact fee to charge new development its share of the cost to maintain existing service levels?
2. Does Silt have the legal authority to charge such a fee?
3. How do residential and non-residential land uses draw upon facilities for municipal services relative to one another?
4. How much does it cost to buy into existing facilities?
5. What is the current level of service for road facilities?
6. What should the fee amounts be?
7. Should credits or waivers be offered to any type of development?
8. How much revenue might the Town expect the fees to yield?
9. What steps and considerations are involved in implementing the fee?

### SIMILAR TOWN'S TRANSPORTATION IMPACT FEES

Numerous municipalities and counties across Colorado have enacted transportation impact fees. For comparison, two relevant municipalities to examine are Bayfield in La Plata County and Mancos in Montezuma County.

*Figure 1 – Transportation Impact Fees for Comparison ($/unit)*

|           | Single Family |       | Multi-Family |       |
|-----------|:-------------:|-------|:------------:|-------|
| Bayfield  | $    | 2,426 | $    | 1,485 |
| Mancos    | $    | 1,890 | $    | 1,300 |

BLM_0062917

| Silt | $ | 2.686 | $ | 1.861 |
|------|---|-------|---|-------|

## LEGAL AUTHORITY

The following general legal analysis was provided by Lindsey Nicholson of Goldman, Robbins, Nicholson P.C. as a subcontractor to RPI Consulting LLC. The analysis is intended to provide third party legal analysis of impact fee legislation and application in Colorado; RPI Analysts are not attorneys nor does RPI retain attorneys on staff. The appropriateness and legality of imposing this or any other impact fee schedule is entirely at the Silt Board of Trustees, and Municipal Attorney discretion and judgment. RPI does not make any claims as to the legality or appropriateness of impact fees or the accuracy of the following legal analysis.

## IMPACT FEES GENERALLY

The authority for Colorado local governments to levy direct fees on new development to help offset the impacts of such development derives from C.R.S. § 29-20-104.5, adopted in 2001. This statute grants local governments the authority to impose growth-related impact fees as a condition of approval of an application for new development. However, the statute requires that such impact fees be:

(1)     Legislatively adopted;

(2)     Generally applicable to a broad class of property owners; and

(3)     Intended to defray the projected impacts on capital facilities directly caused by proposed development[1].

In addition, the statute requires that the collected impact fees be used to "fund expenditures by such local government on capital facilities needed to serve new development".[2] "Capital facilities" are defined as "improvements or facilities" that:

(1)     Are directly related to any service that the local government is authorized to provide;

(2)     Have an estimated useful life of five years or longer; and

---

[1] C.R.S. § 29-20-104.5(1).
[2] Id.

BLM_0062918

(3)     Are required by the charter or general policy of the local government pursuant to resolution or ordinance[3].

It is not clear under current law whether a "capital facility" would include equipment.

The statute is clear, however, that the collected fees must be used to offset new impacts and that they cannot be used to remedy any current deficiency in capital facilities – i.e., one that exists without regard to the impacts of new development.[4]   Accordingly, the statute requires a local government, before adopting any impact fee, to:

(1)     Quantify the reasonable impacts of the proposed development on existing capital facilities;

(2)     Establish the fee at a level no greater than necessary to defray the impacts directly related to the proposed development[5]; and

(3)     Include provisions in the legislatively-adopted fee structure to "avoid double-charging developers an impact fee for the same facility that the jurisdiction has imposed an exaction."[6]

The required quantification of the impacts and calculation of the fee so as not to be greater than necessary to defray directly-related impacts of development is typically met by the preparation of an impact fee study, such as this one. There are no reported cases construing these quantification requirements; however, based upon the holdings of the Colorado Supreme Court in a case[7] that shortly predates the adoption of the impact fee statute, legal commentators[8] believe that the requirements are meant to be less restrictive than the case-specific "essential nexus" and "rough proportionality" tests that are applied to government exactions (i.e., requirements that an owner give up a portion of his property for public use as a condition of approval of development).   In the referenced case, the Colorado Supreme Court held that because the setting of impact fees is a "legislative function that involves many questions of judgment and discretion, [the courts] will not set aside the methodology chosen by an entity with ratemaking authority unless it is inherently

---

[3] C.R.S. § 29-20-104.5(4).
[4] C.R.S. § 29-20-104.5(2).
[5] Id.
[6] C.R.S. § 29-20-104.5(3).
[7] Krupp v. Breckenridge San. Dist., 19 P.3d 687 (Colo. 2001).
[8] Carolynne C. White, "Municipal Perspective on Senate Bill 15: Impact Fees", 31 Colo. Law. 93 (May 2002).

BLM_0062919

unsound".[9]  Further, the impacts of each specific development proposal need not be quantified, but may be looked at cumulatively, and an impact fee schedule may differentiate among different types of development and their likely impacts, so long as there is a rational basis for the differentiation.

## PERMISSIBLE USES OF IMPACT FEES IMPOSED BY THE TOWN OF SILT

Based on the foregoing statutory requirements, municipalities may adopt a schedule of impact fees applicable to new development; provided, however, that such fees will be used to fund capital facilities that are directly related to a service that the Town is authorized by other law to provide.  Statutory Towns have limited express powers provided by statute and such implied powers as may be reasonably necessary to carry out the express powers.

## TIMING OF IMPOSITION OF IMPACT FEE

With regard to the timing of the imposition of a newly enacted impact fee ordinance or resolution, the statute prohibits the imposition of any impact fee on any "development permit for which the applicant submitted a complete application" prior to the adoption of the impact fee schedule[10].  Accordingly, whether an impact fee can be imposed on an application that was put "into the pipeline" prior to the formal adoption of the impact fee resolution would need to be determined by reference to what constitutes a "complete application" under the local land use regulations.

With respect to whether impact fees can be imposed on building permit applications for lots in projects that were approved well before the impact fees were adopted, the statute is not clear.  The statute provides that the payment of impact fees can be imposed as a condition of approval of a "development permit", which is defined as "any preliminary or final approval of an application for rezoning, planned unit development, conditional or special use permit, subdivision, development or site plan, or similar application for new construction".[11]  With the exception of the last phrase "or similar application for new construction," all of the types of development permits listed are permits issued by a local government's planning department, rather than its building department.  A conservative reading of the statute would be that the impact fees cannot be imposed as a condition of approval of a building permit in an approved development; however, reasonable minds can differ in this interpretation, and we understand that some local governments nonetheless

---

[9] Krupp, 19 P.3d at 694.
[10] C.R.S. § 29-20-104.5(6).
[11] C.R.S. § 29-20-103(1).

BLM_0062920

impose fees at the building permit stage.  We also understand that some local governments have remedied the situation by requiring the submittal of a site plan to the planning department as a prerequisite to the issuance of a building permit and including such site plan within the definition of "development permit" under their land use regulations.

## ACCOUNTING FOR RECEIVED IMPACT FEES

Finally, all impact fees received by municipalities must be collected and accounted for in accordance with C.R.S. § 29-1-803.[12]  This statute requires that all collected impact fees be deposited in an interest-bearing account that clearly identifies the category, account, or fund of capital expenditure for which the fee was imposed.  Each such category, account, or fund must be accounted for separately, and interest earned on the fees must be credited to the account.

**Limitation and Disclaimer (Lindsey Nicholson):** This opinion letter is delivered solely for the benefit of RPI as general background information regarding its proposed adoption of impact fees.  It is not to be relied on by any other party or for any other purpose.  We are not familiar with and have not, in connection with this opinion letter or otherwise, undertaken any independent investigation of factual matters affecting this opinion, and we disclaim any obligation to do so.  The final interpretation of state statutes and case law regarding impact fees and the legality and appropriateness of the municipalities adoption of any impact fee program should be determined by the Town's Attorney and/or its Board of Trustees.

---

[12] C.R.S. § 29-10-104.5(5).

BLM_0062921

## METHODOLOGY OVERVIEW

The challenge of calculating an appropriate impact fee is analyzing a governmentally provided service on an incremental basis. In other words, to where and by what amount is the service being allocated to the jurisdiction's various constituents?  Impact fees can be calculated, and thus implemented, for any service that a municipality is authorized to provide. There are a 6 underlying concepts present in the fee:

1. Demand Units
2. Demonstration of Need (Nexus)
3. Fee Components: Capital Facility Inventory/Capacity Improvements/Buy-In
4. Level of Service
5. Proportionate Share
6. Credit System
7. Final Fee

*Demand Units:* defined as the sectors of land uses that generates demand for services.  Demand units are typically divided between the residential, non-residential, and when relevant, other specific units.  For this report the demand units are residential housing units, floor area of non-residential properties (measured in 1,000's of square feet). These units are bounded by a geographically specific area, in this case, the incorporated areas that comprise the Town of Silt. It is important to note that each of the demand sectors are measured in terms of Average Daily Trips (ADT). The ADT method allows for the differing sectors to be compared by using a constant per unit measurement.

Non-Residential demand units are further divided into the following property categories:  commercial/shopping, office/institutional, manufacturing, warehousing, business park, and mixed use.

*Capital Facility Inventory / Capacity Improvements / Buy-in:* tie the calculations to a dollar amount, thus allowing for the services to be expressed in terms of expenditures/assets.  The capital inventory consists of equipment that is worth $5,000 or more and has a lifespan of more than 5 years. Capacity improvements express the improvements required to maintain the system's ability to efficiently move traffic. The buy in component is designed to charge new development its fair share of recently completed projects that were designed to accommodate future growth (traffic).

*Level of Service:* measures the incremental amount of a service provided.  LOS is the standard by which future capital needs are measured.  LOS is expressed as

BLM_0062922

a capacity or as a capital amount per demand unit.  This report establishes a capital value LOS and a road system capacity LOS.  The LOS value is expressed through the common measure of ADT's.

**Proportionate Share:** the proportional demand generated by each demand unit sector.  Services provided by a governmental organization are not uniformly distributed between the demand sectors; one sector may demand a relatively high amount of a specific service while demanding a relatively low amount of another service.  Proportionate share is not a crucial variable in this report because everything is first calculated in terms of average daily trips (ADT).  By using ADT as the common denominator the demand is attributed 100% to each ADT, a specific demand unit ADT value is calculated to charge each demand sector a proper fee.

**Credit System:** an accounting mechanism that prevents overcharging developers, thus creating an equitable fee. Often governments pay for capital expenditures from general fund accounts that are derived from taxes on the demand unit sectors (property taxes, sales taxes, motor vehicle taxes, etc.). Credits prevent double dipping, thus allowing the fee to avoid overcharging developers.  For example, if a portion of transportation department capital is paid by sales taxes, residents and businesses are contributing monies to a capital expenditures account.  If developers were required to pay an impact fee while simultaneously paying other taxes, the resulting fee schedule would account for more than the developer's fair-share.

**Final Fee:** the final per demand unit impact fee.  The final fee is simply the calculated credit subtracted from the fee schedule.  The following equations sum up the impact fee methodology used in this report.

$$\textit{(Capital Facilities Value / ADT) + (Capacity Improvements/ADT) + (Buy-In/ ADT) = Per ADT Fee Schedule}$$

$$\sum\nolimits_{2000-2006} \textit{(HUTF Revenue / Gross ADT) = Per ADT Credit}$$

$$\textit{(Per ADT Fee Schedule --Per ADT Credit = Per ADT Impact Fee}$$

$$\textit{Per ADT Impact Fee * ADT/Demand Unit}$$

BLM_0062923

## NEEDS, TRENDS, RATIONAL NEXUS

An adequate road system provides mobility, safety and contributes significantly to the overall "livability" of a municipality. An inadequate road system results in inefficiencies, unsafe roadways, traffic congestion, drainage issues, and other transportation related concerns. This in turn leads to a decline in the quality of life and service levels provided by local governments to their constituency.

One of the most noticeable effects of growth within a municipality is an increased amount of vehicles present on the public road system. As new homes and nonresidential structures are built and inhabited within a Town, they generate additional traffic. For example, the residents of a new home use the roads to go to the grocery store, take children to school, drive to work, etc. Additionally, as new commercial development occurs, additional road demand is generated by customers and suppliers.

For an impact fee to be valid there must be an established link between the need for additional facilities and new development.  If development is not happening then need for capital facilities improvements would be considered backlog, maintenance or an unsatisfactory service level; none of which can be corrected using impact fees.  This section of the report analyzes the land use inventory, and how it has changed over the last six years.

This report utilizes a planning horizon of 2027 because roads and large capital projects are typically designed to have a 20 year lifespan.

## EXISTING CONDITIONS –LAND USE INVENTORY 2001-2006

### RESIDENTIAL LAND USE 2001-2006

Residential properties are defined as any buildings classified as personal dwellings. These properties are separated into two different categories: single family and multi-family.  Single family dwellings are defined as any unit that has open air on all sides, a multi-family home is a dwelling that shares a wall with another residential unit.

The Colorado Department of Local Affairs (DOLA) provides historical housing counts for all counties and incorporated municipalities.  DOLA only provides housing counts through 2005, the 2006 yearly data was obtained from the Town's Building Department and reflects the number of new units built in 2006. Between 2000 and 2006 the Town grew at an average rate of 5.46%, with 723 and 955 units respectively.

BLM_0062924

*Figure 2 – Single and Multi-Family Units 2001 and 2006*



## NON-RESIDENTIAL LAND USE 2001-2006

Non-residential properties are divided into different categories because each property type exhibits different traffic patterns and thus affect the road system in different ways.  Non-residential properties, measured in 1,000's of s.f., comprise all properties not considered dwellings.      This demand sector includes commercial properties, schools, government buildings and industrial properties.

In order to determine the historical trends of non-residential land uses, RPI analysts used a Silt specific report generated from the Garfield County Assessor's Office.  This database is the most comprehensive source available; the report allowed analysts to specifically isolate and examine each property type. Using the class use field, analysts split non-residential property into the following categories:     commercial/shopping,     office/institutional,     manufacturing, warehousing, business park, and mixed use. Mixed use properties are properties classified as having both residential and non-residential units, they are included in the non-residential category because their traffic patterns reflect those of other non-residential properties. Important note: fees are calculated for additional categories that do not yet exist in Silt.

Using the year built field allowed analysts to examine each property type on a yearly basis to establish growth rates for each sector. Overall the non-residential floor space grew at an average annual rate of 3.63%.

BLM_0062925

*Figure 3 - Non-Residential Land Use Square Footage by Type and Year*



*Figure 4. Land Use Totals*



# FUTURE LAND USE THROUGH 2027

Impact fees are designed to provide local governments with a funding mechanism allowing service levels to remain constant in the face of increased development. In order to accomplish this it is necessary to construct a picture of what future land uses might occur.  RPI typically uses projections to estimate future growth.  Projections, as opposed to forecasts, are based upon historical and present data which allows analysts to apply extrapolated growth rates to

BLM_0062926

future timeframes.   By using actual historical counts, projections smooth out population and building spikes, depressions, and other development cycles.

The following projections are a conservative estimate of how the various land uses will develop in the next 20 years.   However, there are a number of environmental, political, or economic changes that could alter these projections.   By using 5 years of historical data the projections attempt to capture the ups and downs that accompany land use development.

## RESIDENTIAL LAND USE PROJECTION THROUGH 2027

To project residential land use trends through 2027, RPI analysts applied the 5.46% annual average growth rate over the planning horizon.  RPI analysts chose to apply the slightly higher percentage growth rate over the conservative linear growth rate because of the anticipated Stillwater Development. The three phase plan of this development anticipates the addition of over 1500 new residential units.   By 2027 the Town may have nearly 3100 residential units.

*Figure 5 – Residential Projection Through 2027*



## NON-RESIDENTIAL LAND USE PROJECTION THROUGH 2027

The same methodology was used to project non-residential land use through 2027. The total average annual yearly growth rate of 3.63% was applied to each land use type.   This methodology assumes that the proportional mix of non-residential land uses will remain relatively constant.  Due to the relatively small size and lack of historical development of some non-residential land use types,

BLM_0062927

analyst chose to apply the total average growth rate instead of examining each category individually.   Some land use types, when examined individually, experienced no growth while some experienced drastic growth due to the limited amount of existing square footage.   Additionally, because of Silt's proximity to Rifle and Glenwood Springs, this method was chosen because it provides a more conservative projection than examining each type individually.

By 2027, the gross amount of non-residential square footage is estimated to more than double and total 475,000 s.f.

*Figure 6 – Non-residential Land Use Projection by Type Through 2027*



## NEED

It is apparent that new development is happening in all demand sectors and is likely to continue.  The second part of establishing a valid impact fee is linking new development trends to the need for capital and capacity improvements.

One of the most noticeable effects of growth within a municipality is an increased amount of vehicles present on the public road system. As new homes and nonresidential structures are built and inhabited they generate additional traffic. For example, the residents of a new home use the roads to go to the grocery store, take children to school, drive to work, etc. Additionally, as new commercial development occurs, further road demand is generated by employees, customers and suppliers. In towns such as Silt,  large commercial developments often dramatically increase vehicle trips. Thus traffic may be

BLM_0062928

assumed to be steadily increasing due to additional residences and non-residential development in addition to periodic dramatic spikes due to other industry development.

A road system ties the whole community together and new development not only creates site specific demand but also demand on the road system as a whole. These facts lead to the need for overall capacity related improvements, not just on-site improvements. Typically site specific improvements are absorbed by the developer; however, these improvements do not address the system as a whole. The impact fee developed in this report corrects for this and provides a mechanism by which new development pays for overall improvements to the road system as a whole necessitated by the additionally generated vehicle trips.

## TRAFFIC MEASUREMENT

Traffic generation studies conducted by the Institute of Transportation establishes the average daily trips (ADT)[13] for various land use types. Each ADT number is then adjusted to avoid double counting. For example: a single family home has an ADT volume of 9.57 and grocery store generates an average 111 daily trips per 1000 SF. Additionally, the ITE accounts for "pass-by trips", often that trip to the grocery store is a slight detour on the way home from the office or other errands. Thus the adjusted ADT is the number of trips attributable to a specific land use and is lower than the total driveway volume.

*Figure 7 – ADT by Land Use Type[14]*

|  | ADT | Adjustment | Adjusted ADT |
|---|---|---|---|
| **Residential** | | | |
| Single Family | 9.57 | 0.5 | 4.79 |
| Multi-family | 6.63 | 0.5 | 3.32 |
| **Non-Residential (per 1,000 s.f)** | | | |
| Commercial/ Shopping | 42.92 | 0.22 | 9.44 |
| Office/ Institutional | 11.01 | 0.5 | 5.51 |
| Light Industrial | 6.97 | 0.5 | 3.49 |
| Manufacturing | 3.82 | 0.5 | 1.91 |
| Warehousing | 4.96 | 0.5 | 2.48 |
| General Commercial | 12.76 | 0.5 | 6.38 |
| Mixed Use | 21.17 | 0.5 | 10.58 |

[13] An ADT is the number of times that a vehicle passes over a fixed line in either direction during a 24 hour period.
[14] Institute of Transportation Engineers, Trip Generation Handbook Volume 7

BLM_0062929

## RESIDENTIAL AND NON-RESIDENTIAL CURRENT AND PROJECTED ADT

The 955 housing units in Silt generate 4,457 ADT, this number is expected to more than triple by 2027.  This increase is proportional to expected increase in the gross number of housing units.  A similar proportional increase is expected in the non-residential sectors as well. Over the planning horizon, Silt could expect a 296% increase in total trip volume, from the non-residential and residential sectors.

Important Note: this report utilizes data from 2006 because it was the most complete and recent data available.

*Figure 8 – 2006 and 2027 ADT by Land Use Type*

| | 2006 | | 2027 | |
|---|---|---|---|---|
| | **Units** | **Adjusted ADT** | **Units** | **Adjusted ADT** |
| **Residential** | | | | |
| Single Family | 879 | 4204 | 2845 | 13615 |
| Multi Family | 76 | 253 | 247 | 820 |
| Total Residential | 955 | 4457 | 3093 | 14435 |
| **Non-Residential (1,000 S.F.)** | | | | |
| Shopping Retail | 60 | 385 | 128 | 815 |
| Office/ Institutional | 27 | 150 | 58 | 318 |
| Manufacturing | 4 | 7 | 8 | 15 |
| Warehousing | 60 | 148 | 126 | 313 |
| Business Park | 25 | 238 | 53 | 503 |
| Other | 48 | 513 | 103 | 1085 |
| Total Non-Residential | 225 | 1442 | 475 | 3048 |
| **TOTAL** | | **5899** | | **17483** |

## COMBINED ADT

It is apparent from the preceding sections that Silt should expect an increase in traffic volume over the next 20 years.  More development leads to more vehicle trips; if new development does not pay for its impact to the road system the level of service provided by the Town will decrease.  The preceding two sections establish a nexus between new growth and the need to maintain the current capacity and service levels of the Silt road system.

BLM_0062930

## COST COMPONENTS

### INTRODUCTION

An impact fee's sole purpose is to charge new development a fair share of costs associated with growth, in this case to absorb some of the costs for needed capacity increases to the road system.  As Silt grows, costs associated with maintenance and operations of the road system will also undoubtedly increase, however these costs will need to be covered by other revenue sources.  Impact fees are strictly for funding capital facilities improvements, and are not applicable to any other expenditures.

In the previous section it is evident that there is a need for increases to the capacity of the current road system in order to accommodate future development.  The next step in an impact fee analysis is to determine the fair share of additional costs associated with future development, resulting in a fair and equitable fee.  The fee structure breaks logically into three components:

1. Capacity related improvements including creative design elements
2. Buy-In for past projects designed to accommodate future traffic
3. Incremental road and bridge building/facility expansion

Costs associated with each element of the road system improvement plan are first calculated on a per ADT level and then extrapolated out to the residential and non-residential sectors to provide a per unit impact fee.

### CAPACITY IMPROVEMENTS

As traffic increases incrementally with residential and non-residential development, strains are placed on the amount of traffic that the current road system can handle.  In order to increase the capacity of the system there are few methods of road development that can help alleviate problems attributed to an over taxed road system.

Capacity is defined as the amount of traffic that can flow over a period of time without imposing decreased service levels or a threat to the health and safety of the Town's residents, businesses, and visitors.  The following improvements to the road system can increase overall capacity:

BLM_0062931

*Surface Upgrades*: When a road's surface is upgraded the overall capacity is increased.  Surface upgrades increase capacity by first ensuring that traffic flows are undisturbed by poor surface quality. Additionally these surfaces require less maintenance because of the increased durability, thus when surface upgrades are instituted the road can withstand higher amounts of traffic and requires less upkeep.  It is important to note that, if surface upgrades are to be paid for by impact fees, they must be linked to increasing capacity and not based on routine maintenance. Surface upgrades are considered  capacity improvements when a dirt road is upgraded to an aggregate or asphalt surface, or when an asphalt surface is rebuilt and an improved overlay replaces an old asphalt surface.  A new thicker overlay accomplishes both  capacity increases by improving the durability thus reducing the maintenance schedule and allowing more traffic to flow on the road.  Capacity surface upgrades generally do not include chip and seal, or chip and fog procedures - these are generally considered maintenance.

As development occurs, traffic flow and patterns can shift due to a significant structure being built (i.e. school, shopping center, etc.).  Because of this, it is often necessary to institute surface upgrades that may not have been necessary if the development had not occurred.  In these cases standard chip and fog or other maintenance procedures may not be enough to effectively increase the capacity of the road.  Instead, it might be necessary to rebuild and/or apply a new overlay to the affected road.

*Widening of Roads:*  By widening lanes and adding shoulders to a road, the volume of traffic a road can handle safely increases while it also increasing the durability of the road.  Thus the road will be able to handle more traffic for longer periods of time.

*Maintenance Shop (Capital Facilities) Expansion:*  If the road system is increased to handle larger volumes of traffic, it follows that the equipment should increase proportionally.  If these two aspects of the road system are increased in parallel increments, Silt will not experience a decrease in the level of service that is currently provided to the residents.  Thus equipment, shop space, and tools should be increased to properly care for the road system and protecting the investment and contributing to the increased road system capacity.

*Inclusion of Creative Traffic Design Elements:*  By analyzing how and where traffic is flowing it is often possible to create design solutions to traffic problems.

BLM_0062932

These design elements are closely related to capacity improvements in that their purpose is to ease traffic flow through a specific area. Typically this is done with the addition of features such as roundabouts, overpasses, and site specific intersections. Additionally, by adding elements such as sidewalk and bike lanes the overall capacity of the transportation system is increased. These design elements lighten the burden of the road system (and improve traffic flows) by providing an alternative and safe method of traveling through the Town.

## SILT SPECIFIC CAPACITY IMPROVEMENT PLAN AND COSTS

Through conversations with the Town, analysts were able to obtain a capacity improvement plan for Silt (see appendix). These include three types of capacity related improvements:

1. Widening of Existing roads
2. Surface Upgrades
3. Design Capacity Improvements

The specific capacity upgrades are summarized in the appendix.

*Widening of Existing Roads:* The improvement plan calls for widening of 7th street. 7th is classified as a collector road and the widening of this road will allow it to handle a larger volume of traffic. Additionally sidewalks will be installed to move pedestrian traffic from the roadways.

*Surface Upgrades:* Sections of Orchard and Home are collector status. Each of these roads will be reconstructed and receive a 2" overlay. Additionally, curb and gutter will provide proper drainage ensuring the durability of the roads, sidewalks will also move pedestrians off of the roadways and facilitate traffic flow.

*Elemental Design Capacity improvements:* these improvements include the addition of curb and gutter, and sidewalks to some of the Town's roads, a roundabout at 9th and Main, a pedestrian component to be built at 9th, and capacity improvements to the bridges.

The overall cost of the capacity improvements to Silt's transportation system totals close to $10 million. This value is divided by the additional anticipated ADT associated with new development. Because these improvements are solely attributable to new development it stands to reason that new

BLM_0062933

development should pay for these upgrades.   For this reason the cost was divided among the ADT generated by the future anticipated growth.  This was done by subtracting the 2006 ADT from the 2027 ADT thus attributing the full cost to traffic generated by new development. A project specific breakdown of the capacity improvement plan is listed in the appendix.

*Figure 9 – Capacity Improvement Costs per ADT*

| | |
|---|---|
| Capacity Improvement Costs | $ 9,826,265 |
| 2027 ADT – 2006 ADT | 11584 |
| Per ADT Cost | $      848 |

BLM_0062934

## CAPITAL FACILITY COMPONENT

The second component of the fee examines the equipment used by the Transportation Department and the costs of incrementally expanding it. RPI analysts obtained a capital facility inventory that included all the equipment, land, and buildings utilized by the Transportation Department (see appendix). Capital equipment is defined as equipment that is valued at (or above) $5,000 and has a lifespan of more than 5 years.

The capital facility LOS is a snapshot of current conditions and is expressed as dollar amount per ADT. To calculate the Silt's capital facility LOS analysts divided the gross value of the capital by the 2006 ADT value. This assigns a portion of the capital value to the current ADT levels providing a measurable constant LOS. The current LOS equals $78 per ADT.

*Figure 10 - Capital Facility Value per ADT*

| | | |
|---|---|---|
| Value | $ | 462,574 |
| 2006 ADT | | 5899 |
| Value/ADT | $ | 78 |

## BUY-IN COMPONENT

The third and final fee component is buy-in for new development to a project that was constructed to increase road system capacity for both present and future development. The Town recently completed some capacity improvements on 1st street. The improvements south of Harness included: removing the pavement, adding curb and gutter, adding sidewalks, replacing the surface with a 4 inch asphalt overlay and adding a bike lane. The total cost incurred by the Town for these improvements totaled over $330,000. Because these projects were not backlog or routine maintenance and provide capacity increases beyond the needs of existing residents, it is appropriate to charge new development its fair share of the construction costs. If new development did not "buy-in" to this project existing residents would be subsidizing growth.

The total cost was first divided by the 2027 projected ADT. Since this project benefits existing development, new development should not be held accountable for the entire cost of the project. Thus the gross 2027 ADT was used as the cost divisor, this divisor includes current ADT values as well as the anticipated ADT associated with development. The resulting per ADT cost is $19.

BLM_0062935

*Figure 11 – Buy-in Per AD*

| | | |
|---|---:|---:|
| Value | $ | 330.00 |
| 2027 ADT | | 17483 |
| Per ADT Cost | $ | 19 |

## COMBINED COST COMPONENTS

The overall cost component of the Road and Bridge Impact Fee totals $945 per ADT and is simply the sum of the components. As previously discussed, these costs fairly account for the capacity related improvements, incremental expansion of Road and Bridge Department capital, and a buy-in for past projects.

*Figure 12 – Combined Per ADT Cost Components*

| | Cost | ADT Value | Cost Per ADT |
|---|---|---|---|
| SEP | $ 9,826,265 | 11584 | $ 848 |
| Buy-In | $ 330,000 | 17483 | $ 19 |
| Capital Facility | $ 462,574 | 5899 | $ 78 |
| Total | | | $ 945 |

Note:  The numbers used in this report were originally calculated out to two decimal places (i.e. cents) the small discrepancies in these calculations can be attributed to rounding and should not be cause for concern.

BLM_0062936

## FEE SCHEDULE

A fee schedule is the base calculation for an impact fee. It is simply the per ADT fee multiplied by each demand unit's specific ADT value.

*Figure 13- Road and Bridge Impact Fee Schedule*

|  | ADT | Adjustment | Adjusted ADT | Base Fee |
|---|---|---|---|---|
| **Residential** | | | | |
| Single Family | 9.57 | 0.5 | 4.79 | $ 4,525 |
| Multi-family | 6.63 | 0.5 | 3.32 | $ 3,135 |
| **Non-Residential (per 1,000 s.f)** | | | | |
| Commercial/ Shopping | 42.92 | 0.22 | 9.44 | $ 8,928 |
| Office/ Institutional | 11.01 | 0.5 | 5.51 | $ 5,205 |
| Light Industrial | 6.97 | 0.5 | 3.49 | $ 3,295 |
| Manufacturing | 3.82 | 0.5 | 1.91 | $ 1,806 |
| Warehousing | 4.96 | 0.5 | 2.48 | $ 2,345 |
| General Commercial | 12.76 | 0.5 | 6.38 | $ 6,033 |
| Mixed Use | 21.17 | 0.5 | 10.58 | $ 10,007 |

BLM_0062937

## CREDITING

To ensure that an equitable fee is calculated, a system of crediting was developed to avoid overcharging new development its fair share of increased capital costs. Although the Town does not specifically earmark any revenue for capital facility expenditures, RPI analysts included a crediting section in order to calculate the most accurate fee possible and capture revenue already spent on capital facilities. Credits were calculated for 5 different revenue sources: highway users tax fund (HUTF), property taxes, use taxes, and sales taxes from Silt, and Silt's share of Garfield County's Sales Tax. Credits are figured on a 20 year contribution period to account for all the revenues that a demand unit will contribute toward capital expenditures.

## HUTF CREDIT

The highway user's tax fund revenues are monies garnered by the State from the sale of oil and gasoline. These monies are then reallocated back to counties and municipalities by the department of revenue. Because this revenue source is directly related to the road system, RPI analysts simply divided the yearly HUTF revenue by the yearly total ADT. These per ADT contributions were average to obtain a $12.31 per ADT credit.

*Figure 14 – HUTF Crediting*

|         | HUTF Collected | Gross ADT | Per ADT   |
|---------|---------------|-----------|-----------|
| 2001    | $   58,061    | 4502      | $   12.90 |
| 2002    | $   60,805    | 4978      | $   12.21 |
| 2003    | $   58,556    | 5143      | $   11.38 |
| 2004    | $   70,111    | 5261      | $   13.33 |
| 2005    | $   66,357    | 5529      | $   12.00 |
| 2006    | $   71,051    | 5899      | $   12.04 |
| **Average** |           |           | **$   12.31** |

## GENERAL FUND CREDITS

Even though Silt does not earmark any of its general fund revenue specifically for capital related projects; in the past five years there have been some significant capital purchases. With the help of Silt's Treasurer, RPI analysts obtained general fund revenues for 2004-2006 - the creditable revenue sources

BLM_0062938

include sales tax, use tax, property tax and Silt's share of Garfield County's sales tax revenues. Through analysis prior year expenditures, RPI analysts determined that approximately 5% of these sources are spent on Road and Bridge Capital.

BLM_0062939

*Figure 15 – Creditable Revenue Sources.*

|  | Sales Tax | Use Tax | Property Tax | Silts Share of Garfield | Total |
|---|---|---|---|---|---|
| 2004 | $ 232,620 | $ 154,174 | $   154,846 | $                66,545 | $ 608,185 |
| 2005 | $ 283,959 | $ 207,848 | $   171,135 | $                75,213 | $ 738,155 |
| 2006 | $ 332,344 | $ 353,952 | $   185,270 | $              102,910 | $ 974,476 |

A credit was calculated for 4 general fund departments: property tax, use tax, sales tax and Silt's share of Garfield County sales tax. In each case the 5% average was used to derive the amount of money spent on transportation capital.

The gross general fund revenues were multiplied by the 5% capital expenditure ratio and then divided by the gross yearly ADT.  An average general fund credit per ADT equals $6.90.

*Figure 16 – General Fund Crediting*

|  | Creditable Revenue | Creditable Amount | Total ADT | Per ADT |
|---|---|---|---|---|
| 2004 | $   608,185.00 | $          30,409.25 | 5261 | $   5.78 |
| 2005 | $   738,155.00 | $          36,907.75 | 5529 | $   6.68 |
| 2006 | $   974,476.00 | $          48,723.80 | 5899 | $   8.26 |
| Average |  |  |  | $   6.90 |

## COMBINED CREDITS

All of the credits are combined to arrive at the final per ADT credit.  This number will be subtracted from the per ADT fee to derive the final Road Impact Fee. The credits, when combined total $19.22.  These credit amounts are multiplied by the 20 to capture the full amount of creditable revenue.

*Figure 17 – Combined Credits*

| HUTF | $   12.31 |
|---|---|
| General Fund | $   6.90 |
| Total | $   19.22 |
| 20 Year Credit | $   384 |

BLM_0062940

## FINAL FEE

The final fee is simply the per ADT values presented in the fee schedule with the per ADT crediting applied.  The following equation sums up how the impact fee was calculated:

$$Per\ ADT\ Fee * ADT\ Value = Specific\ ADT\ Cost$$

$$Per\ ADT\ Credit * Specific\ ADT\ Value = Specific\ ADT\ Credit$$

$$Specific\ ADT\ Cost - Specific\ ADT\ Credit - Final\ Fee$$

*Figure 18 – Final Road and Bridge Impact Fee*

|  | Cost | | Credit | | Total | |
|---|---|---|---|---|---|---|
| **Residential** | | | | | | |
| Single Family | $ | 4,525 | $ | 1,839 | $ | 2,686 |
| Multi-family | $ | 3,135 | $ | 1,274 | $ | 1,861 |
| **Non- Residential (per 1,000 s.f.)** | | | | | | |
| Commercial/ Shopping | $ | 8,928 | $ | 3,629 | $ | 5,300 |
| Office/ Institutional | $ | 5,205 | $ | 2,116 | $ | 3,090 |
| Light Industrial | $ | 3,295 | $ | 1,339 | $ | 1,956 |
| Manufacturing | $ | 1,806 | $ | 734 | $ | 1,072 |
| Warehousing | $ | 2,345 | $ | 953 | $ | 1,392 |
| General Commercial | $ | 6,033 | $ | 2,452 | $ | 3,581 |
| Mixed Use | $ | 10,007 | $ | 4,067 | $ | 5,940 |

BLM_0062941

## CASH FLOW

The cash flow analysis portion of this report is included in order to provide a rough estimate of what the Town of Silt might expect in terms of revenue generated from the Transportation Impact Fee. RPI cash flow analyses are based on historical figures. Due to the fact that non-residential development is typically sporadic this analysis should not be used for budgeting purposes. This section is provided strictly as an estimate of an impact fees possible revenue stream. This analysis relies on demand unit counts obtained from the Garfield County Assessor's Office, and DOLA.

Had the fee been in place since 2002, Silt would have garnered over $700,000. This is an average of approximately $150,000 per year. It is important to note that because impact fees are charged only to new development, if growth is not occurring then revenue will not be realized.

*Figure 19- Historic Cash Flow*

| | Single Family | Multifamily | Office/ Institutional | Warehousing | General Comm. | Mixed Use |
|---|---|---|---|---|---|---|
| 2002 | $ 143,303 | $ 3,721 | $ 36,211 | $ - | $ 14,446 | $ 26,730 |
| 2003 | $ 61,768 | $ 3,721 | $ - | $ - | $ - | $ 27,324 |
| 2004 | $ 49,415 | $ 2,977 | $ - | $ - | $ 22,542 | $ - |
| 2005 | $ 123,537 | $ 7,442 | $ - | $ 7,238 | $ 20,380 | $ - |
| 2006 | $ 195,188 | $ 11,759 | $ - | $ 735 | $ - | $ - |
| **Totals** | $ 573,211 | $ 29,620 | $ 36,211 | $ 7,973 | $ 57,368 | $ 54,053 |
| **Average** | $ 114,642 | $ 5,924 | $ 7,242 | $ 1,595 | $ 11,474 | $ 10,811 |
| **TOTAL** | $ 758,435 | | | | | |

BLM_0062942

## IMPLEMENTATION AND ADMINISTRATION

### WHO IS SUBJECT TO THE FEE?

Silt will realize the most revenue if the fee is applied to all building permits for new construction in the Town boundaries.  The fee could be applied to development on existing platted vacant lots and to development that may occur in the future. The fee should not apply to residential remodels since these do not typically result in increased traffic generation. The fee should not be applied to the replacement of any existing legal residential unit.

### EXEMPTION FOR DEED RESTRICTED/AFFORDABLE HOUSING

The impact fee Statute includes specific provisions allowing (but not requiring) local governments to exempt "low or moderate income affordable employee housing" from impact fees:

> *...a local government may waive an impact fee or other similar development charge on the development of low- or moderate- income housing or affordable employee housing as defined by the local government.*[15]

If the Town chooses to consider an exemption or reduction in fees for affordable housing, several issues should be explored.

1. How does the Town define deed restricted/affordable housing? The first step would be to determine how to measure affordability. Typically, affordability is based on the earning power of local households or prospective newcomer households, but local circumstances might make additional considerations necessary (such as commuter households with higher earnings in adjacent counties).

2. After affordability is defined, the question becomes: How does this affordability, or local households' ability to pay for housing relate to the

---

[15] *CRS. 29-20-104.5*

BLM_0062943

construction of *new units* of various types and sizes? In other words, how does the Town go from defining affordability (usually defined in terms of an affordable price) to setting some exemption threshold? Would the exemption be based on size, unit type, location? Other issues related to real estate market dynamics and the fact that housing that is affordable in today's market may be unaffordable in next year's market.

3. A waived fee can be a market cue, creating incentives for certain types of development and disincentives for other types. For example, the Town conducts an analysis and finds that affordable housing, as defined by local earning power, includes mobile homes and apartments. If the Town grants an exemption for affordable housing defined in such a way, it may create incentives for this type of development. This may be good, bad, or benign, depending on the Town's ability to provide services to these denser development types without jeopardizing service levels or other community goals or values.

4. Finally, if the Town waives fees for development of a certain type, or below a certain size, how does it propose to maintain service levels for Town services given the waived revenue? The population occupying the affordable housing will draw upon general government facilities the same as other residents, but will not be paying the fee. Maintaining service levels may require Town make up for the waived revenue from other funds.

In short, the Town likely has full authority to create a waiver or discount for affordable housing, but implementing such waivers or discounts requires careful analysis of regional labor force dynamics, real estate markets, and may require some expenditure out of other funds to compensate for waived revenues.

## EXEMPTIONS FOR CERTAIN PUBLIC FACILITIES

Silt may wish to waive impact fees for some public facilities (classified as government /institutional /community facilities). For example, the Town might consider exempting all government and special district facilities from the impact fee. Fundamentally, services and facilities provided by governments (local, state, and federal) and special districts all serve the same end, to provide some type of service to residents, businesses, and visitors.

BLM_0062944

## WHEN TO COLLECT THE FEE

Given the Impact Fee Statue language, it may be advisable for the Town to collect the Impact Fee prior to the issuance of a building permit when permit fees are collected. This approach is sensible in the context of impact fees because the impacts are experienced when the development takes place. Furthermore, Developers generally prefer this method because it minimizes the amount of time they are required to carry the cost of the fee before they can pass it off to the buyer. Ultimately this decision is up to the Town, as of yet the State Statues do not provide a clear direction as to when impact fees need to be paid.

## OTHER CONSIDERATIONS

- Be certain that the goal of requiring new development to pay its fair share of the costs of capital related improvements is a clearly stated goal, objective, or policy in the Town's Master Plan.
- Adopt the fee schedule by resolution or ordinance into the land use code.
- The fee schedule, applicability, and purpose should be located or referenced in the Zoning Development Permit section of the Code.
- The Zoning Development Permit section of the Code should be amended to require the payment of the adopted impact fee prior to the issuance of a building permit.
- Include within the resolution or ordinance legislating code amendments a statement concerning the purpose of the fee (to require new development to pay its fair share of the costs of transportation related improvements). Also note provisions to sequester the funds and stipulate the purposes of their expenditure.
- Adopt language into the code allowing for an administrative appeal process for the Transportation impact fee. The ability to appeal should be granted to applicants for development as well as to the fee administrator. In practice, an applicant for appeal would be appealing a determination of the fee administrator. Given that the fee administrator will most likely be the Town Administrator or an assistant to the Administrator, the appeal would best be directed towards the Town. Generally, an appeal of a determination of an impact fee must occur within a certain window of time after the fee determination is made (15 days is typical). Statutory time limits on appeals can also limit the amount of time the Town has to schedule the appeal hearing, and public notice should be provided to adjacent property owners and affected parties or more broad public

BLM_0062945

notice should occur in the newspaper.[16] A fair administrative appeal process is a necessary tool for resolving conflicts and avoiding litigation.

## UPDATING THE FEE

All of the revenue received from the implementation of this impact fee must be kept in a separate interest bearing account, and must be used only for projects that are related to transportation capital improvement. It is important that the monies garnered be placed in an account to accrue interest so that the fee revenues are not devalued by inflation

Furthermore, RPI recommends that the fee undergo periodical revision and updating. The Town should update this fee consistent with the methods used to update other fees on the books.  RPI recommends using the McGraw Hill Construction Index as a guide for keeping up with inflation, the 15 year average increase of 3% (see appendix).

**Note on using 2006 dollars:**  All of the costs and fees are calculated in 2006 dollars throughout this support study. This is a consistent method because RPI assumes that the revenues collected will be invested to keep up with inflation while the fee amount will be adjusted every year to keep up with inflation. So long as these accounting practices are followed, this revenue system will very closely keep up with inflation. For this reason, it was not necessary to calculate costs using dollar values from future or past years.

## INDEPENDENT TRIP CALCULATION FOR NON-RESIDENTIAL DEVELOPMENT

Because non-residential development is often mixed (e.g. a gift shop with a restaurant, or a retail outdoor shop and a law office within the same building) and thus the different land use types generate different amounts of traffic, the Town may want to consider allowing non-residential impact fees to be assessed on an independent traffic generation study. The studies submitted by the applicant would simply estimate their contribution to the overall traffic with in Silt. Such a study could be reviewed as part of the zoning development process and the fees would then be assessed appropriately. RPI recommends that any such study should be thoroughly reviewed by the Town's staff prior to

---

[16] The Town will need to research the specific time limits and noticing requirements surrounding this type of appeal.

BLM_0062946

acceptance of an independent trip calculation.   If the Town adopts this policy a calculation framework would need to be implemented to ensure a fair assessment. The basic formula is as follows:

Number of Units*ADT Value *Fee

Determining the fee involves a small amount of analysis and RPI recommends that the Town purchase a copy of the Institute of Transportation Engineers Trip Generation Manual. This study contains hundreds of driveway volume averages per 1000 s.f. depending on the specific type of land use. The adjustment factors vary, but for all residential applications it is 50%, because half of the trips are leaving the establishment heading for another destination and thus those trips should not be assigned to that establishment. Generally for retail establishments, gas stations, video stores, etc. the adjustment factor is 22% because these sorts of trips are generally part of a series of errands.

BLM_0062947

Town of Silt Transportation Impact Fee                                        April 2008

## APPENDIX

*Capital Inventory - Equipment*

| Year | Make | Model | Department | Value |
|------|------|-------|------------|-------|
| 1998 | Chevy | S10/ Fleet #244 | PW | $5,650 |
| 2000 | Ford | F150/ Fleet #242 | PW | $9,000 |
| 1982 | Case Model 580-D | Backhoe | PW | $15,000 |
| 2001 | Massey Ferguson | Tractor | PW | $10,000 |
| 1991 | Ford | Dump Truck/ Fleet#213 | PW | $5,000 |
| 1983 | IHC | Heavy Dump Truck/ Fleet #212 | PW | $10,000 |
| 1975 | Chevrolet | Pick up/ Fleet #211 | PW | $7,725 |
| 1983 | Elgin | Street Sweeper /#210 | PW | $10,000 |
| 2005 | Try-City | Trailer | PW | $5,000 |
| 1995 | Ford | Pickup | PW | $4,800 |
| 1994 | Chevrolet | Pickup | Pw | $5,000 |
| 2001 | GMC | Pickup | Pw | $7,000 |
| 1996 | Dodge Ram 2500 | Pick Up/ Fleet #205 | PW | $6,300 |

*Source: Town of Silt*

*Figure 21 - Capital Inventory Buildings and Land*

| | Department | S.F. | Building Value | Acreage | Land Value | Total Value |
|---|-----------|------|----------------|---------|------------|-------------|
| **Town Shop** | Pw | 4000 | $ 280,000 | 2.27 | $ 200,000 | $ 480,000 |
| **Town Shop** | Pw | 2800 | $ 28,000 | .62 | $ 70,000 | $ 98,000 |

| | # Town Hall Employees | % | Proportional Value of Town Hall | S.F. |
|---|-----------|------|----------------|---------|
| **Percentage of Town Hall** | | | | |
| **Public Works** | 2 | 2.7 | $ 15,386 | 192 |

| Public Works Departmental Breakdown | # of Employees | % | Building Value | Land Value | Vehicle Value |
|---|-----------|------|----------------|---------|------------|
| Parks | 2 | 0.33 | $ 107,795 | $ 90,000 | $ 33,492 |
| Streets | 4 | 0.67 | $ 215,591 | $ 180,000 | $ 66,983 |

*Source: Town of Silt*

BLM_0062948

Town of Silt Transportation Impact Fee                                           April 2008

*Capacity Improvement Plan*

| Project Name | Specific Improvements | Notes | Cost |
|---|---|---|---|
| 7th | Sidewalks, potential widening | Collector to Eagles View | $ 177,408 |
| Orchard | Complete reconstruction-- Curb/Gutter, New Overlay, Sidewalk | Minor Collector, too far gone for chip seal | $ 1,251,072 |
| Grand | Curb, Gutter, Side Walk Both sides | Major Collector, New Elementary School | $ 930,816 |
| Home | Complete reconstruction-- Curb/Gutter, New Overlay, Sidewalk | Minor Collector | $ 1,295,769 |
| 9th and Main Roundabout | Roundabout- Curb/Gutter, Sidewalks, Lighting, Retaining Walls, Guard Rails | | $ 2,500,000 |
| Old Town Core Improvements | Sidewalk and Drainage Improvements | Physical Street Improvements are not included | $ 1,689,600 |
| County Roads/Bridges | Bridge Improvements | new guardrail | $ 100,000 |
| Pedestrian Component on 9th | | | $ 1,728,000 |
| Consulting Cost | | | $ 153,600 |
| **Other Components:** | | | |
| First Street Buy-In | | | $ 330,000 |

*Source: Town of Silt*

| | McGraw Hill Construction Inflation Index | % Inflation |
|---|---|---|
| 1990 | 4732 | |
| 1991 | 4835 | 2.2% |
| 1992 | 4985 | 3.1% |
| 1993 | 5210 | 4.5% |
| 1994 | 5408 | 3.8% |
| 1995 | 5471 | 1.2% |
| 1996 | 5620 | 2.7% |
| 1997 | 5826 | 3.7% |
| 1998 | 5920 | 1.6% |
| 1999 | 6059 | 2.3% |
| 2000 | 6221 | 2.7% |
| 2001 | 6343 | 2.0% |
| 2002 | 6538 | 3.1% |
| 2003 | 6694 | 2.4% |
| 2004 | 7115 | 6.3% |
| 2005 | 7888 | 3.2% |

RPI Consulting LLC/Andrew LLC          970.382.9153

BLM_0062949

Town of Silt Transportation Impact Fee                                                 April 2008

| Average | 3.0% |
|---------|------|

*Source: McGraw Hill*

BLM_0062950

SRL Early Edition

# Myths and Facts on Wastewater Injection, Hydraulic Fracturing, Enhanced Oil Recovery, and Induced Seismicity

## by Justin L. Rubinstein and Alireza Babaie Mahani

### INTRODUCTION

The central United States has undergone a dramatic increase in seismicity over the past 6 years (Fig. 1), rising from an average of 24 M ≥ 3 earthquakes per year in the years 1973–2008 to an average of 193 M ≥3 earthquakes in 2009–2014, with 688 occurring in 2014 alone. Multiple damaging earthquakes have occurred during this increase including the 2011 **M** 5.6 Prague, Oklahoma, earthquake; the 2011 **M** 5.3 Trinidad, Colorado, earthquake; and the 2011 **M** 4.7 Guy-Greenbrier, Arkansas, earthquake. The increased seismicity is limited to a few areas and the evidence is mounting that the seismicity in many of these locations is induced by the deep injection of fluids from nearby oil and gas operations. Earthquakes that are caused by human activities are known as induced earthquakes. Most injection operations, though, do not appear to induce earthquakes. Although the message that these earthquakes are induced by fluid injection related to oil and gas production has been communicated clearly, there remains confusion in the popular press beyond this basic level of understanding.

In this article, we attempt to dispel the confusion for a nonspecialist audience. First, we highlight six common misun-



▲ **Figure 1.** Count of M ≥3 earthquakes in the central and eastern United States from 1973 to April 2015. Two abrupt increases in the earthquake rate occurred in 2009 and 2013. (Inset) Spatial distribution of earthquakes. Red dots represent earthquakes that occurred between 2009 and April 2015, and blue dots represent earthquakes that occurred between 1973 and 2008. Red color becomes brighter when there are more earthquakes in the area. The earthquake rate and distribution of earthquakes changed in 2009. Prior to 2009, earthquakes were spread across the United States. Beginning in 2009 the earthquakes are tightly clustered in a few areas (central Oklahoma, southern Kansas, central Arkansas, southeastern Colorado and northeastern New Mexico, and multiple parts of Texas).

doi: 10.1785/0220150067

BLM_0062951