derstandings and correct them. Subsequently, we describe the three main types of fluid injection used by the oil industry: (1) hydraulic fracturing (commonly referred to as fracking), (2) wastewater disposal, and (3) enhanced oil recovery. We then explain how each of these processes can induce earthquakes. Next, we review the evidence that shows that wastewater injection is the primary cause of the large change in seismicity observed in the United States and demonstrate that this meets our expectations of how seismicity should behave. Finally, we discuss the possibility of mitigating this hazard. This article focuses on the recent seismicity induced by fluid injection; we are not aiming to provide a broad review of induced seismicity. Many articles in this vein have already been written (Nicholson and Wesson, 1990, 1992; McGarr *et al.*, 2002; Ellsworth, 2013).

## COMMON MISCONCEPTIONS ABOUT FLUID INJECTION AND EARTHQUAKES

The media commonly report on induced earthquakes incorrectly, and consequently policy makers and the public have an incorrect or incomplete understanding of how and why they occur. Here, we list common misconceptions about induced earthquakes and then correct them.

1. *Misconception:* Hydraulic fracturing is causing all of the induced earthquakes.
   *Correction:* Hydraulic fracturing is directly causing a small percentage of the felt-induced earthquakes observed in the United States. In contrast, felt earthquakes induced during hydraulic fracturing operations are more common in western Canada. Most induced earthquakes in the United States are a result of the deep disposal of fluids (wastewater) related to oil and gas production.
2. *Misconception:* The wastewater injected in disposal wells is spent hydraulic fracture fluid.
   *Correction:* The amount of spent hydraulic fracturing fluid injected into wastewater disposal wells is highly variable. The fluids disposed of near earthquake sequences in Youngstown, Ohio, and Guy, Arkansas, are believed to consist largely of spent hydraulic fracturing fluid (Horton, 2012; Kim, 2013). In contrast, in Oklahoma spent hydraulic fracturing fluid represents 10% or less of the fluids disposed of in salt-water disposal wells in Oklahoma (Murray, 2013). The vast majority of the fluid that is disposed of in disposal wells in Oklahoma is produced water. Produced water is the salty brine from ancient oceans that was entrapped in the rocks when the sediments were deposited. This water is trapped in the same pore space as oil and gas, and as oil and gas is extracted, the produced water is extracted with it. Produced water often must be disposed in injection wells because it is frequently laden with dissolved salts, minerals, and occasionally other materials that make it unsuitable for other uses.
3. *Misconception:* There would be no need for wastewater disposal if hydraulic fracturing was not used.
   *Correction:* Salt water is produced at virtually all oil wells, whether the wells were hydraulically fractured or not. In fact, hydraulic fracturing is not used in the Hunton Dewatering Play in central Oklahoma, yet it is one of the largest producers of salt water in the United States (Walsh and Zoback, 2015).
4. *Misconception:* Induced seismicity only occurs close to the injection well and at a similar depth as injection.
   *Correction:* Seismicity can be induced at distances of 10 km or more away from the injection point and at significantly greater depths than injection. In the classic case of injection-induced seismicity at the Rocky Mountain Arsenal, seismicity was induced at distances of at least 10 km laterally from the well and at depths of at least 4 km greater than the depth of injection (Healy *et al.*, 1968; Herrmann *et al.*, 1981; Hsieh and Bredehoeft, 1981). More recent reports have argued that seismicity may be induced at 20 km or more from the injection point (Keranen *et al.*, 2014).
5. *Misconception:* All injection wells (hydraulic fracturing, wastewater disposal, and enhanced oil recovery) induce earthquakes.
   *Correction:* Most injection wells do not cause felt earthquakes. There are approximately 35,000 active wastewater disposal wells, 80,000 active enhanced oil-recovery wells, and tens of thousands of wells are hydraulically fractured every year in the United States. Only a few dozen of these wells are known to have induced felt earthquakes. A combination of many factors is necessary for injection to induce felt earthquakes. These include faults that are large enough to produce felt earthquakes, stresses that are large enough to produce earthquakes, the presence of fluid pathways from the injection point to faults, and fluid pressure changes large enough to induce earthquakes. It is likely that some of these criteria are not met in areas that have very few or no earthquakes that may be induced by wastewater injection, such as the Williston Basin in North Dakota (Frohlich *et al.*, 2015), the Michigan Basin, and the Gulf Coast of Texas and Louisiana (Weingarten *et al.*, 2015).
   More injection wells may be inducing earthquakes, but current studies are limited to the largest earthquakes and those with the best seismological and industrial data available. Further study of other earthquake sequences may reveal that additional felt earthquakes are induced. It is likely that smaller induced earthquakes are occurring and are too small to detect.
   In some sense, all hydraulic fracturing induces earthquakes, although typically microearthquakes. When production engineers hydraulically fracture, they are intentionally cracking the rock, causing microearthquakes that are typically smaller than $M$ 0.
6. *Misconception:* Wells injecting at zero injection pressure at the wellhead (i.e., wells where the formation readily accepts fluid without requiring the fluid to be pushed into the formation) cannot induce earthquakes.
   *Correction:* Wells injecting under gravity feed (i.e., wells where you can pour fluid down the well without added pressure) increase the fluid pressure within the injection formation and thus can induce earthquakes. For example,

BLM_0062952

▲ **Figure 2.** Simplified diagrams of oil-field operations. The geology in these diagrams is simplified from natural situations in which there are many more rock layers. Arrows show the directions of fluid being injected or withdrawn. Arrow color indicates the contents of the fluid: black (oil, gas, and wastewater), yellow (oil and gas), and blue (wastewater). (a) For a period of hours to days, fluids are injected at high pressure into a production well. The pressures are high so that the rock surrounding the well fractures and the permeability is increased. Increased permeability allows the extraction of oil or gas from a larger region. This technique of high-pressure injection is known as hydraulic fracturing. Following the hydraulic fracturing of a well, the well goes into production. (b) Production wells extract oil and gas from the ground. Some, but not all, production wells are hydraulically fractured. (c) Production wells extract oil and gas, and as a byproduct, salt water. The salt water is found in the same formation as the oil and gas and is commonly termed "produced water." The oil and gas are separated from the produced water, and the produced water is injected into a deeper formation with the disposal well. In practice, the wastewater from many production wells is injected into a single injection well. (d) An alternative to wastewater disposal is enhanced oil recovery. In enhanced oil recovery, produced water is injected into the formation holding the oil and gas. The injection of produced water is intended to sweep oil and gas that is close to the injector toward the production wells to enhance oil recovery.

the vast majority of wells in the Raton Basin are injecting under gravity feed and have induced an earthquake sequence that is ongoing since 2001 and includes an **M** 5.3 earthquake and an **M** 5.0 earthquake (Barnhart *et al.*, 2014; Rubinstein *et al.*, 2014).

## INDUCED VERSUS TRIGGERED

Earthquakes stimulated by human activities are commonly referred to as being either induced or triggered. As originally proposed by McGarr *et al.* (2002), induced should be used for earthquakes where human-introduced stresses are similar in amplitude to the ambient stress state, and triggered should be used for earthquakes where human-introduced stresses are only a "small fraction of the ambient level." In the seismology community, triggered has an additional meaning: earthquakes caused by earlier earthquakes are triggered by the previous earthquake (Freed, 2005). This process applies to natural and man-made earthquakes alike. To avoid any confusion between the two kinds of triggered earthquakes, we suggest using induced exclusively to describe all anthropogenic earthquakes, and we have done so in this article. Accordingly, triggered refers to the physical interaction between parent and daughter events, whether natural or anthropogenic in origin.

## HYDRAULIC FRACTURING

Invented in 1947 (Hubbert and Willis, 1957), hydraulic fracturing (often colloquially referred to as fracking), is a technique that has been used for decades in the oil and gas industry. Approximately one million wells were hydraulically fractured in the United States between 1947 and 2010 (Gallegos and Varela, 2014). Hydraulic fracturing is a technique that aims to improve the production of wells by increasing the number of and extending the reach of fluid pathways (i.e., fractures) between the formation and the well. Hydraulic fracturing achieves this by injecting fluid, typically water, at high pressure into low-permeability rocks, such that the fluid pressure fractures the rocks or stimulates slip across pre-existing faults or fractures (Fig. 2a). Increasing the fracture density and extent of the fracture network enhances fluid flow and allows for more distant fluids to be accessed by a well. In addition to fluid, a propping agent (e.g., sand) is injected to keep the newly formed fractures open. Following hydraulic fracturing, which takes a few hours to a few days, there is a period where the hydraulic fracturing fluid is allowed to flow back to the surface where it is collected for disposal, treatment, or reuse. Subsequent to flow back, the wells begin production (i.e., the extraction of oil or gas begins) (Fig. 2b).

At first, vertical oil wells were hydraulically fractured to increase production. Then, in the 1990s, extended reach horizontal drilling technology was developed. This allowed drillers to steer wells more precisely such that they could remain within narrow horizontal and subhorizontal oil and gas reservoirs over great distances. This enabled production along the length of the well within the production formation. This technology,

combined with hydraulic fracturing, unlocked gas and oil resources in tight formations (e.g., shales) and is largely responsible for the recent boom in gas and oil production in the United States.

In some sense, hydraulic fracturing is intended to cause earthquakes, albeit very small, in that the intent is to fracture the rock. These intentionally produced earthquakes, often termed microseismic events, are typically on the order of $-3.0 \le M \le 0$ (Warpinski *et al.*, 2012). In cases when hydraulic fracturing induces earthquakes of larger magnitudes, the earthquakes are likely the result of the reactivation of nearby pre-existing faults (Maxwell *et al.*, 2010). Despite being invented in 1947, the first report of a felt hydraulic fracturing-induced earthquake was in 1991 (Kanamori and Hauksson, 1992). Since 2011, a number of other earthquake sequences with felt earthquakes induced by hydraulic fracturing have been reported (Green *et al.*, 2012; Holland, 2013; Friberg *et al.*, 2014; Skoumal *et al.*, 2015). The largest hydraulic fracturing-induced earthquakes to date are two $M_L$ 4.4 earthquakes in central west Alberta and northeast British Columbia (BC Oil and Gas Commission, 2014). In these cases, the total injected volumes were remarkably high for hydraulic fracturing (e.g., 630,000 barrels or 100,000 $m^3$ for both $M_L$ 4.4 earthquakes; H. Kao, personal comm., 2015).

## WASTEWATER DISPOSAL

Waste fluids are often a byproduct of many oil and gas extraction operations. At times these fluids can be cleaned and reused or applied for other purposes. In other instances they are unsuitable for other uses and must be disposed. When waste fluids must be disposed, they are often injected deep underground into high-permeability formations, usually deeper than the production reservoirs, for permanent sequestration and isolation from oil/gas reservoirs and drinking-water aquifers (Fig. 2c). The wells in which these fluids are disposed are known as wastewater wells or salt-water disposal wells. Underground disposal of wastewater has a lengthy history because it is typically considered an economic and safe option (Ferguson, 2015).

The contents of wastewater can be highly variable. In some places, it is primarily spent hydraulic-fracturing fluid (e.g., Ohio and Arkansas), whereas in other locations wastewater often consists mostly of formation brines that come to the surface at the same time as the oil and gas that is extracted. For instance, in Oklahoma, only 10% of the fluid injected into disposal wells is spent fluid that was initially used in hydraulic fracturing and cannot be reused (Murray, 2013). These formation brines (also termed produced water or wastewater) are typically salt water that is trapped in the same pore space as the oil and gas and comes up with the oil and gas. This salt water is often laden with dissolved salts, minerals, and occasionally other materials that make it unsuitable for other uses.

Injection rates of disposal wells range widely, with some wells injecting 100 barrels (16 $m^3$)/month and other wells with rates exceeding one million barrels (160,000 $m^3$)/month.

The Denver earthquakes of the 1960s, caused by injection of chemical waste at the Rocky Mountain Arsenal, were the first earthquakes to be identified as related to deep, underground injection (Evans, 1966; Healy *et al.*, 1968). The largest earthquake in the sequence was **M** 4.9 (Herrmann *et al.*, 1981). Many more injection-induced earthquakes have been identified since this sequence, the largest being the August 2011 **M** 5.3 Trinidad, Colorado, earthquake (Rubinstein *et al.*, 2014) and the November 2011 **M** 5.6 Prague, Oklahoma, earthquake (Keranen *et al.*, 2013).

## ENHANCED OIL RECOVERY

Enhanced oil recovery is a suite of injection techniques used by the oil and gas industry to allow or encourage more oil and gas to be produced from a reservoir than would come out on its own (Murray, 2013) (Fig. 2d). The techniques typically involve the injection of water, steam, or carbon dioxide into the production formation. Water flooding (the injection large amounts of water) improves production by sweeping the oil and gas toward the production wells. The injection of steam and carbon dioxide is undertaken to improve production by reducing the viscosity of oil. Enhanced oil-recovery operations typically aim to keep the fluid pressure in the reservoir at or below its original level.

Many cases of enhanced oil recovery-induced earthquakes have been identified (see Nicholson and Wesson, 1992 and references therein). In fact, one of the best documented cases of injection-induced earthquakes was from water flooding near Rangely, Colorado (Gibbs *et al.*, 1973; Raleigh *et al.*, 1976). Because this field had an extensive history of induced earthquakes from enhanced oil recovery, it was selected for an experiment in earthquake control by the U.S. Geological Survey. Raleigh *et al.* (1976) demonstrated that by varying the fluid pressure at depth, they could control whether or not earthquakes were induced. The largest earthquake known to be induced by enhanced oil recovery is an **M** 4.6 earthquake in the Cogdell field near Snyder, Texas (Gan and Frohlich, 2013).

## MECHANISM OF INDUCED SEISMICITY

There are many ways in which human activities induce earthquakes (e.g., reservoir impoundment, fluid injection, fluid extraction, and mining). Each of these actions fundamentally causes earthquakes in the same way: they change the stress conditions on faults, which can facilitate failure. Fluid injection can induce earthquakes in four different ways: (1) the injection of fluids raises pore-fluid pressure within a fault, (2) the injection of fluids fills and compresses fluids within pore spaces causing deformation (poro-elastic effects), (3) the injection of fluid that is colder than the rock into which it is being injected into causes thermoelastic deformation, and (4) fluid



Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 4 of 283

▲ **Figure 3.** Mohr circle diagram showing the effect of increased fluid pressure on a fault. Normal stress on the horizontal axis (compression when positive and tension when negative) and shear stress on the vertical axis. The maximum and minimum normal stresses acting in any given location are plotted as $\sigma_1$ and $\sigma_3$, and a Mohr circle (shown in red) is drawn to represent the range of stresses acting on a plane at one location, showing both the shear and normal stress at a given location. When fluid pressure ($P$) is increased, normal stresses are reduced by $P$, resulting in new normal stresses $\sigma_1'$ and $\sigma_3'$, moving the Mohr circle to the left by $P$ (purple). This also means that the Mohr circle is closer to the failure envelope and makes shear or tensile failure more likely. The blue line represents the failure envelope with the slope being equal to the frictional resistance at that point on the plane. When the stress conditions exceed the shear strength of the fault, slip on that fault may occur. The failure envelope is computed as the sum of the cohesion $C$ (an intrinsic property of an individual rock) and frictional resistance (resistance to slip on a fault). When the minimum principal normal stress $\sigma_3$ is less than $T$, the tensile strength of the rock, the rock will fail in tension, that is, cracks will open. Figure after figure 7 in Maxwell (2013).

injected adds mass to the injection formation. Observations and numerical modeling indicate that increased fluid pressure within faults most strongly influences whether an injection well will induce earthquakes (Raleigh *et al.*, 1976; Shapiro and Dinske, 2009; McClure and Horne, 2011).

It is critical to note that the injected fluids need not travel the entire distance from the injection well to a fault for the injection to affect the fault's behavior. Injection can affect a fault's behavior via the change in fluid pressure, which can be transmitted greater distances than fluids themselves. Like stepping on the brakes in a car, the increase in the fluid pressure that is initiated at the well (or brake pedal) is transmitted to the fault (brakes) without the fluid traveling the full distance between the well and fault.

As fluid is injected into a reservoir, the fluid pressure within that reservoir rises. If this fluid pressure increase is transmitted to a fault, the increase in pore pressure counteracts the stresses holding the fault closed (the normal stress), resulting in a lower effective stress. With lower effective normal stress clamping a fault, the frictional resistance to slip is lower and the fault is more prone to slip. The effect of fluid injection on fault failure is illustrated with a Mohr-Coulomb diagram, which shows a failure envelope for a typical compressive medium (Fig. 3). As pore pressure increases, the Mohr circles shift to the left and closer to the failure envelope. If the faults are suitably oriented with respect to the local stress field, they may slip and cause earthquakes.

In addition to the fluid pressure in candidate faults, there are many other factors that influence whether or not injection will induce earthquakes. These include injection parameters (e.g., cumulative injected volume, injection rate, injection pressure, fluid temperature, and injection depth) and reservoir conditions (e.g., pore pressure, temperature, rock strength, the presence of pre-existing faults and their orientation relative to the local stress field, and reservoir permeability; Shapiro and Dinske, 2009; Zoback, 2012). Many of these parameters are not easily constrained or are unknown, which makes it difficult to determine the wells that will induce earthquakes and those that will not. Most often, faults reactivated by injection activities were unmapped before the earthquakes illuminated them.

## WHICH METHOD OF FLUID INJECTION HAS THE HIGHEST LIKELIHOOD OF INDUCING DAMAGING EARTHQUAKES?

Hydraulic fracturing, long-term wastewater injection, and enhanced oil recovery have all induced earthquakes in the United States and Canada in the past few years (Horton, 2012; Gan and Frohlich, 2013; Holland, 2013). As discussed above, wastewater disposal is responsible for the vast majority of the increase, including the largest and most-damaging induced earthquakes (Horton, 2012; Keranen *et al.*, 2013; Frohlich *et al.*, 2014; Rubinstein *et al.*, 2014). Here, we explore why wastewater disposal is responsible for this change.

It is probable that the duration of injection, the magnitude of the fluid pressure increase, and the size of the region affected by injection will strongly influence whether earthquakes will be induced and how large they will be. Larger fluid pressure changes are more likely to induce earthquakes than smaller pressure changes, larger volumes of injected fluid increase the probability of a large fault being affected by the fluid pressure change, and a longer duration of injection gives earthquakes a longer time window during which they can nucleate.

A quick examination of the above factors suggests that wastewater injection into previously undisturbed formations is more likely to induce felt earthquakes than hydraulic fracturing. Although the higher injection pressures suggest that hydraulic fracturing would be more likely to induce earthquakes than wastewater disposal, the duration of injection and the total volume of injection of hydraulic fracturing is much smaller than wastewater disposal. Wastewater disposal wells typically operate for years or decades, whereas hydraulic fracturing lasts

BLM_0062955

for days. Wastewater disposal wells also inject far more fluid than hydraulic fracturing, so they affect a much larger region. The largest hydraulic fracturing treatments inject approximately 250,000 barrels (Gallegos and Varela, 2014) over the course of a few days; in the United States there are well over 1000 disposal wells that inject 100,000 barrels/month or more (Weingarten *et al.*, 2015). Within a matter of months, all of these wastewater disposal wells will greatly exceed the volumes injected by even the largest hydraulic-fracturing operations, which implies that they are more likely to induce earthquakes. By virtue of its longer duration and larger injection volumes, wastewater injection is more likely to induce earthquakes at a greater distance and over a longer time span than hydraulic fracturing and thus, is a much more important source of induced earthquakes than hydraulic fracturing.

Wastewater injection into undisturbed formations is also more likely to induce earthquakes than injection for enhanced oil recovery. The durations and volumes for both kinds of wells are similar. The difference between these wells is that enhanced oil recovery injects large volumes of fluid into depleted reservoirs where oil and gas have already been extracted and recycles produced water such that the pressure within the injection reservoir rarely exceeds the preproduction level. In contrast, wastewater injection is injected into virgin formations and thus raises the pore pressure from their initial levels. Avoiding pore-pressure increases within reservoirs reduces the likelihood of enhanced oil-recovery operations inducing earthquakes.

These considerations are in accord with observations. Wastewater injection is associated with all of the largest injection-induced earthquakes (Horton, 2012; Frohlich *et al.*, 2014; Keranen *et al.*, 2014; Rubinstein *et al.*, 2014), and there are many more reported cases of wastewater injection-induced earthquakes in the past five years in the United States alone (Frohlich *et al.*, 2011, 2014; Frohlich, 2012; Justinic *et al.*, 2013; Kim, 2013; Block *et al.*, 2014; Keranen *et al.*, 2014), and yet there are only approximately 35,000 wastewater disposal wells that are active in the United States. This is in contrast to hydraulic fracturing, which is far more common (~1.8 million treatments over ~1 million wells, 1947–2010 in the United States; Gallegos and Varela, 2014) than wastewater disposal wells, and yet there are only three reported cases of hydraulic fracturing-induced earthquakes in the United States (Holland, 2013; Friberg *et al.*, 2014; Skoumal *et al.*, 2015) and only a few more worldwide (BC Oil and Gas Commission, 2012, 2014; Green *et al.*, 2012; Farahbod *et al.*, 2015). Likewise, enhanced oil recovery is quite common (~80, 000 active wells United States; Weingarten *et al.*, 2015), yet there are few recent earthquakes associated with it (Gan and Frohlich, 2013).

Results from modeling analyses also support the notion that wastewater injection is more likely to induce large earthquakes. The injection pressure, pressure within the field, duration of injection, and volume of rock affected by injection all influence the likelihood of inducing earthquakes (Langenbruch and Shapiro, 2010; Bachmann *et al.*, 2011; McClure and Horne, 2011).

## WHY NOW?

The recent increase in injection-induced seismicity is caused by a corresponding increase in wastewater disposal in the central United States. The earthquake rate increase in Oklahoma, where the vast majority of the increase has occurred (585 of 688 $M \geq 3$ earthquakes in the central United States in 2014), corresponds to a doubling of the wastewater disposal rate in the state from 1999 to 2013 (Walsh and Zoback, 2015). Focusing on the areas of increased seismicity within Oklahoma, we find that injection increased by factors of 5–10 (Walsh and Zoback, 2015). Other areas of increased rates of induced earthquakes also experienced sudden increases in wastewater disposal (Frohlich, 2012; Horton, 2012; Frohlich *et al.*, 2014; Keranen *et al.*, 2014; Rubinstein *et al.*, 2014).

## SUMMARY AND OUTLOOK

Although enhanced oil recovery and hydraulic fracturing have been implicated in some recent seismicity, studies indicate that the majority of the increase in seismicity is induced by the deep disposal of fluids produced by oil and gas production (wastewater disposal). Hydraulic fracturing does not play a key role in the increase in that (1) hydraulic fracturing does not typically induce felt earthquakes; (2) in Oklahoma, the location of the largest increase in seismicity, spent hydraulic fracturing fluid does not represent a large percentage of the fluids comprising disposed wastewater; and (3) oil produced from many fields with large volumes of produced water did not involve any hydraulic fracturing. Similarly, enhanced oil recovery does not play a major role in the increase in seismicity, likely because operators attempt to keep fluid pressures in the reservoir balanced with the fluid pressure prior to production. Accordingly, wastewater disposal is responsible for inducing the majority of the earthquakes. Increased fluid pressure is the probable driving mechanism to induce earthquakes, and of the three aforementioned processes, wastewater disposal wells can raise fluid pressures more, over longer periods of time and over larger areas, than either of the other injection methods.

Although seismicity associated with salt-water disposal has caused damaging earthquakes, we have not yet seen a catastrophic event or fatalities. Preliminary results in a number of areas of induced seismicity indicate that the earthquake hazard in these areas is comparable to the hazard in areas more traditionally known for earthquakes, such as California (Petersen *et al.*, 2015). The increase in hazard is undoubtedly of concern and efforts to assess the hazard from induced earthquakes are ongoing. Fortunately, some authors have suggested that there is hope for mitigating the likelihood of damaging earthquakes through detailed seismic monitoring, careful selection of injection locations, variation of injection rates and pressures in response to ongoing seismicity, and a clear management plan (Zoback, 2012; McGarr *et al.*, 2015; Walters *et al.*, 2015). Mitigation of hazard from future-induced events, however, requires a detailed understanding of the physical

processes involved in inducing large magnitude events and a detailed understanding of the geology and hydrology at the site of the earthquakes. To reach this goal, three kinds of data will be necessary: (1) seismic data: high-quality, real-time earthquake locations, which require dense seismic instrumentation; (2) geologic data: hydrological parameters, orientation and magnitude of the stress field, and the location and orientation of known faults; and (3) industrial data: injection rates and downhole pressures sampled and reported frequently. Managing the likelihood of induced earthquakes is an ambitious, but possible task that will require collaboration between scientists, industry, and regulators.

## ACKNOWLEDGMENTS

The authors thank C. Frohlich, J. Kaven, W. Ellsworth, A. McGarr, H. Collela, R. Gertson, M. Agard, J. Brandon, F. Terra, and Editor Z. Peng for their thoughtful comments on the manuscript. We thank A. Barbour, F. Terra, C. Potter, and M. Weingarten for their help in developing Figure 1. We also thank M. Szczepanik, who created Figure 2.

## REFERENCES

Bachmann, C. E., S. Wiemer, J. Woessner, and S. Hainzl (2011). Statistical analysis of the induced Basel 2006 earthquake sequence: Introducing a probability-based monitoring approach for Enhanced Geothermal Systems, *Geophys. J. Int.* **186,** no. 2, 793–807, doi: 10.1111/j.1365-246X.2011.05068.x.

Barnhart, W., H. Benz, G. P. Hayes, J. L. Rubinstein, and E. Bergman (2014). Seismological and geodetic constraints on the 2011 $M_w$ 5.3 Trinidad, Colorado earthquake and induced deformation in the Raton Basin, *J. Geophys. Res.* **119,** doi: 10.1002/2014JB011227.

BC Oil and Gas Commission (2012). *Investigation of Observed Seismicity in the Horn River Basin.*

BC Oil and Gas Commission (2014). *Investigation of Observed Seismicity in the Montney Trend.*

Block, L. V., C. K. Wood, W. L. Yeck, and V. M. King (2014). The 24 January 2013 $M_L$ 4.4 earthquake near Paradox, Colorado, and its relation to deep well injection, *Seismol. Res. Lett.* **85,** no. 3, 609–624, doi: 10.1785/0220130188.

Ellsworth, W. L. (2013). Injection-induced earthquakes, *Science* **341,** doi: 10.1126/science.1225942.

Evans, D. (1966). The Denver area earthquakes and the rocky mountain arsenal disposal well, *The Mountain Geologist* **1,** no. 1, 23–36.

Farahbod, A. M., H. Kao, D. M. Walker, and J. F. Cassidy (2015). Investigation of regional seismicity before and after hydraulic fracturing in the Horn River Basin, northeast British Columbia, *Can. J. Earth Sci.* **11,** 1–11.

Ferguson, G. (2015). Deep injection of waste water in the western Canada sedimentary basin, *Groundwater* **53,** no. 2, 187–194, doi: 10.1111/gwat.12198.

Freed, A. M. (2005). Earthquake triggering by static, dynamic, and postseismic stress transfer, *Annu. Rev. Earth Planet. Sci.* **33,** no. 1, 335–367, doi: 10.1146/annurev.earth.33.092203.122505.

Friberg, P. A., G. M. Besana-Ostman, and I. Dricker (2014). Characterization of an earthquake sequence triggered by hydraulic fracturing in Harrison County, Ohio, *Seismol. Res. Lett.* **85,** no. 6, doi: 10.1785/0220140127.

Frohlich, C. (2012). Two-year survey comparing earthquake activity and injection-well locations in the Barnett Shale, Texas, *Proc. Natl. Acad. Sci. Unit. States Am.* **109,** no. 35, 13934–13938, doi: 10.1073/pnas.1207728109.

Frohlich, C., W. Ellsworth, W. A. Brown, M. Brunt, J. Luetgert, T. MacDonald, and S. Walter (2014). The 17 May 2012 M 4.8 earthquake near Timpson, East Texas: An event possibly triggered by fluid injection, *J. Geophys. Res.* **119,** no. 1, 581–593, doi: 10.1002/2013JB010755.

Frohlich, C., C. Hayward, B. Stump, and E. Potter (2011). The Dallas-Fort Worth earthquake sequence: October 2008 through May 2009, *Bull. Seismol. Soc. Am.* **101,** no. 1, 327–340, doi: 10.1785/0120100131.

Frohlich, C., J. I. Walter, and J. F. W. Gale (2015). Analysis of transportable array (USArray) data shows earthquakes are scarce near injection wells in the Williston Basin, 2008–2011, *Seismol. Res. Lett.* **86,** no. 2A, 1–8, doi: 10.1785/0220140180.

Gallegos, T. J., and B. A. Varela (2014). Trends in hydraulic fracturing distributions and treatment fluids, additives, proppants, and water volumes applied to wells drilled in the United States from 1947 through 2010: Data analysis and comparison to the literature, *U.S. Geol. Surv. Sci. Investig. Rep. 2014-5131.*

Gan, W., and C. Frohlich (2013). Gas injection may have triggered earthquakes in the Cogdell oil field, Texas, *Proc. Natl. Acad. Sci. Unit. States Am.* 1–6, doi: 10.1073/pnas.1311316110.

Gibbs, J., J. Healy, C. Raleigh, and J. Coakley (1973). Seismicity in the Rangely, Colorado, area: 1962–1970, *Bull. Seismol. Soc. Am.* **63,** no. 5, 1557–1570.

Green, C. A., P. Styles, and B. J. Baptie (2012). *Preese Hall Shale Gas Fracturing Review and Recommendations for Induced Seismic Mitigation*, Department of Energy and Climate Change, London, United Kingdom.

Healy, J., W. Rubey, D. Griggs, and C. Raleigh (1968). The Denver earthquakes, *Science* **161,** no. 3848, 1301–1310.

Herrmann, R. B., S. Park, and C. Wang (1981). The Denver earthquakes of 1967–1968, *Bull. Seismol. Soc. Am.* **71,** no. 3, 731–745.

Holland, A. A. (2013). Earthquakes triggered by hydraulic fracturing in south-central Oklahoma, *Bull. Seismol. Soc. Am.* **103,** no. 3, 1784–1792, doi: 10.1785/0120120109.

Horton, S. (2012). Disposal of hydrofracking waste fluid by injection into subsurface aquifers triggers earthquake swarm in central Arkansas with potential for damaging earthquake, *Seismol. Res. Lett.* **83,** no. 2, 250–260, doi: 10.1785/gssrl.83.2.250.

Hsieh, P. A., and J. D. Bredehoeft (1981). A reservoir analysis of the Denver earthquakes: A case of induced seismicity, *J. Geophys. Res.* **86,** no. B2, 903–920, doi: 10.1029/JB086iB02p00903.

Hubbert, M., and D. Willis (1957). Mechanics of hydraulic fracturing, *AIME Pet. Trans.* **210,** 153–168, doi: 10.1016/S0376-7361(07)53011-6.

Justinic, A. H., B. Stump, C. Hayward, and C. Frohlich (2013). Analysis of the Cleburne, Texas, earthquake sequence from June 2009 to June 2010, *Bull. Seismol. Soc. Am.* **103,** no. 6, 3083–3093, doi: 10.1785/0120120336.

Kanamori, H., and E. Hauksson (1992). A slow earthquake in the Santa Maria Basin, *Bull. Seismol. Soc. Am.* **82,** no. 5, 2087–2096.

Keranen, K. M., H. M. Savage, G. A. Abers, and E. S. Cochran (2013). Potentially induced earthquakes in Oklahoma, USA: Links between wastewater injection and the 2011 $M_w$ 5.7 earthquake sequence, *Geology* 2011–2014, doi: 10.1130/G34045.1.

Keranen, K. M., M. Weingarten, G. A. Abers, B. A. Bekins, and S. Ge (2014). Sharp increase in central Oklahoma seismicity since 2008 induced by massive wastewater injection, *Science* **345,** no. 6195, 448–451, doi: 10.1126/science.1255802.

Kim, W.-Y. (2013). Induced seismicity associated with fluid injection into a deep well in Youngstown, Ohio, *J. Geophys. Res.* **118,** no. 7, 3506–3518, doi: 10.1002/jgrb.50247.

Langenbruch, C., and S. Shapiro (2010). Decay rate of fluid-induced seismicity after termination of reservoir stimulations, *Geophysics* **75,** no. 6, MA53–MA62.

Maxwell, S. (2013). Unintentional seismicity induced by hydraulic fracturing, *CSEG Rec.* **38,** 40–49.

Maxwell, S. C., M. B. Jones, R. L. Parker, W. S. Leaney, M. Mack, D. Dorvall, D. D'Amico, J. Logel, E. Anderson, and K. Hammermaster (2010). Fault activation during hydraulic fracturing, *AAPG Search Discov.* **90172,** 1–4, doi: 10.1190/1.3255145.

McClure, M., and R. Horne (2011). Investigation of injection-induced seismicity using a coupled fluid flow and rate/state friction model, *Geophysics* **76,** no. 6, WC181–WC198, doi: 10.1190/GEO2011-0064.1.

McGarr, A., B. Bekins, N. Burkardt, J. Dewey, P. Earle, W. Ellsworth, S. Ge, S. Hickman, A. Holland, E. Majer, J. Rubinstein, and A. Sheehan (2015). Coping with earthquakes induced by fluid injection, *Science* **347,** no. 6224, 830–831, doi: 10.1126/science.aaa0494.

McGarr, A., D. Simpson, and L. Seeber (2002). 40 Case histories of induced and triggered seismicity, *Int. Geophys.* **81A,** 647–661.

Murray, K. E. (2013). State-scale perspective on water use and production associated with oil and gas operations, Oklahoma, U.S., *Environ. Sci. Technol.* **47,** no. 9, 4918–4925, doi: 10.1021/es4000593.

Nicholson, C., and R. Wesson (1992). Triggered earthquakes and deep well activities, *Pure Appl. Geophys.* **139,** no. 3, 561–578.

Nicholson, C., and R. L. Wesson (1990). Earthquake hazard associated with deep well injection: A report to the U.S. Environmental Protection Agency, *U.S. Geol. Surv. Bull. 1951,* 74 pp.

Petersen, M. D., C. S. Mueller, M. P. Moschetti, S. Hoover, J. L. Rubinstein, A. L. Llenos, A. J. Michael, W. L. Ellsworth, A. F. McGarr, A. A. Holland, and J. G. Anderson (2015). Incorporating induced seismicity in the 2014 United States National Seismic Hazard Model—Results of 2014 Workshop and sensitivity studies, *U.S. Geol. Surv. Open-File Rept. 2015-1070,* doi: 10.3133/ofr20151070.

Raleigh, C. B., J. H. Healy, and J. D. Bredehoeft (1976). An experiment in earthquake control at Rangely, Colorado, *Science* **191,** no. 4233, 1230–1237, doi: 10.1126/science.191.4233.1230.

Rubinstein, J. L., W. L. Ellsworth, A. McGarr, and H. M. Benz (2014). The 2001-present induced earthquake sequence in the Raton Basin of northern New Mexico and southern Colorado, *Bull. Seismol. Soc. Am.* **104,** no. 5, 2162–2181, doi: 10.1785/0120140009.

Shapiro, S. a., and C. Dinske (2009). Fluid-induced seismicity: Pressure diffusion and hydraulic fracturing, *Geophys. Prospect.* **57,** no. 2007, 301–310, doi: 10.1111/j.1365-2478.2008.00770.x.

Skoumal, R. J., M. R. Brudzinski, and B. S. Currie (2015). Earthquakes induced by hydraulic fracturing in Poland Township, Ohio, *Bull. Seismol. Soc. Am.* **105,** no. 1, 189–197, doi: 10.1785/0120140168.

Walsh, F. R. I., and M. D. Zoback (2015). Oklahoma's recent earthquakes and saltwater disposal, *Sci. Adv.* (in press).

Walters, R., M. Zoback, J. Baker, and G. Beroza (2015). Characterizing and responding to seismic risk associated with earthquakes potentially triggered by saltwater disposal and hydraulic fracturing, *Seismol. Res. Lett.* **86,** no. 4, doi: 10.1785/0220150048.

Warpinski, N. R., J. Du, and U. Zimmer (2012). Measurements of hydraulic-fracture-induced seismicity in gas shales, *SPE Hydraul. Fract. Technol. Conf., SPE 151597,* The Woodlands, Texas, 6–8 February 2012, 1–8, doi: 10.2118/151597-PA.

Weingarten, M., S. Ge, J. W. Godt, B. A. Bekins, and J. L. Rubinstein (2015). High-rate injection is associated with the increase in U.S. mid-continent seismicity, *Science* (in press).

Zoback, M. (2012). Managing the seismic risk posed by wastewater disposal, *Earth,* 38–43.

*Justin L. Rubinstein*
*U.S. Geological Survey*
*Menlo Park, California 94025 U.S.A.*
***jrubinstein@usgs.gov***

*Alireza Babaie Mahani*
*Pacific Geoscience Center*
*Geological Survey of Canada*
*Sidney, British Colombia*
*Canada V8L 5T5*

Published Online 10 June 2015

# The Impact of Wilderness and Other Wildlands on Local Economies and Regional Development Trends

**Gundars Rudzitis**
**Rebecca Johnson**

**Abstract**—There have been few economic studies of the impact of wilderness on nearby communities. The few studies that have been carried out find relatively modest economic impacts on the surrounding communities by people who come to recreate in federally wilderness areas. However, studies find that people are moving to areas near federally designated wilderness and other wildlands because of the environmental amenities associated with such areas. These rapid population increases are having dramatic impacts on the ongoing changing structure of local and regional economies.

Wilderness areas around the world exist within the context of the ecological and social systems that surround them. Some are very remote, with surrounding ecological and social characteristics similar to those within the wilderness area. In other areas, demand for commodities has brought extractive uses right up to the borders of wilderness. Some are near major population centers and experience the influence of human use, both within the wilderness and in the surrounding lands. While much of wilderness science has investigated how human influences have affected wilderness, there is a growing literature on the ways that wilderness areas are affecting surrounding communities. This paper focuses on the socioeconomic impacts of wilderness on local economies and regional development trends. We use the term "wilderness" to denote both officially designated wilderness areas and other wildland areas.

Wilderness affects surrounding communities in a number of ways. Perhaps the most obvious is that wilderness visitors often spend money in the local economy, which generates jobs and income for local residents. The economic impact of tourism spending is easily recognized by local economic development officials. However, wilderness contributes to economic development of an area in other ways. The amenities offered by wilderness contribute to the quality of life of nearby residents and often attract new residents. New businesses are also attracted, including tourism-related businesses and other businesses that are interested in providing amenities to employees. New residents (who are also consumers) and businesses increase employment and income in the community, as well as provide additional taxes for social services.

Whether the positive economic impacts of wilderness are a net benefit to local residents is a matter of debate. Along with new residents and businesses come new values, customs and cultures. Increased population can lead to more congestion, crime and housing shortages. Traditional industries may suffer, either through losses in raw materials from newly designated wilderness areas or through less acceptance by new residents. These types of changes in a community will be welcomed by some and lamented by others, but they should be recognized as part of the impact of a growing desire to live near amenities provided by wilderness.

While social changes within local communities are very important, this paper concentrates on the economic impacts of wilderness. Some of these impacts are beneficial to local economic development, while others, such as reduction in traditional industries, are costly. Because most of our experience is in the American West, our examples rely heavily on communities near Western wilderness areas.

## Wilderness Communities

The economic influence of wilderness areas on surrounding communities can extend quite far, geographically. Wilderness visitors who live in metropolitan areas purchase much of their equipment, and even their trip-related products (such as groceries and gasoline), in their residence location. Major suppliers of outdoor recreation equipment are usually located in metropolitan areas, providing jobs and income to urban residents. However, most of the research on the economic impacts of wilderness has concentrated on rural communities. Many of these communities have been going through economic transition over the past 15-20 years, and the role that wilderness plays in that transition has been the topic of a number of studies.

Rudzitis and others (1996) provided an overview of how demographic variables were changing in Pacific Northwest communities near protected areas. They state that "among the fastest growing counties in the nation are those adjacent to federally designated wilderness areas" (p. 7). They note that the population of wilderness counties increased six times faster than the national average for other nonurban counties in the 1980's, and nearly twice as fast as other nonurban counties in the West. They found a similar trend in population for counties near national parks (table 1).

Along with a growing population, there has been a changing economic base throughout much of the Pacific Northwest. As in other parts of the country, manufacturing as a

In: McCool, Stephen F.; Cole, David N.; Borrie, William T.; O'Loughlin, Jennifer, comps. 2000. Wilderness science in a time of change conference—Volume 2: Wilderness within the context of larger systems; 1999 May 23–27; Missoula, MT. Proceedings RMRS-P-15-VOL-2. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Gundars Rudzitis is Professor of Geography, Department of Geography, University of Idaho, Moscow, ID 83843 U.S.A. Rebecca Johnson is Professor of Forestry, Department of Forestry, Oregon State University, Corvallis, OR 97331 U.S.A.

BLM_0062959

**Table 1**—Percent county population change.

| Year | Metropolitan | All nonmetro | Wilderness | Park |
|---|---|---|---|---|
| 1960-1970 | 17.1 | 4.3 | 12.8 | 24.6 |
| 1970-1980 | 10.6 | 14.3 | 31.4 | 34.2 |
| 1980-1990 | 11.6 | 3.9 | 24.0 | 26.0 |

Source: Rudzitis 1996.

share of total employment has been steadily decreasing, from 28.3% in 1970 to 18.4% in 1992 (Rudzitis and others 1996). At the same time, the service sector has grown from 19.6% of employment to 31.3% in the region.

An example of a rapidly growing county near wilderness areas is Deschutes County in central Oregon. Deschutes County has experienced the same type of changes in industrial structure as described above. There has been a major decline in the percentage of employment in lumber and wood products, from 17% in 1975 to 7% in 1995 (fig. 1; State of Oregon, 1975 & 1995). At the same time, the percentage of employment in services has increased from 15% to 25%. The three major sectors in terms of employment are now trade, services and government, although the relative share of government employment has been declining. In terms of payroll, the share in lumber and wood products has decreased from 20% to 8%, while services increased from 10% to 23% over this same time period (fig. 2).

Many people feel that an increase in service jobs means more low-paying jobs, especially compared to lumber and wood products jobs, which are traditionally high-paying. But the service sector is a combination of many different types of businesses, some employing predominantly low-skilled workers and others predominantly high-skilled workers. In Deschutes County, the payroll per employee (adjusted for inflation) in services has risen from $16,800 in 1975 to $21,400 in 1995 (fig. 3). At the same time, payroll per employee in lumber and wood products has decreased from $33,600 to $28,900. Trade, however, has a relatively low payroll per employee, partially because of the many part-time jobs in this sector.

The changes in population growth and industrial structure in wilderness counties have led many people to assert that wilderness is the cause of those changes. But proving causality turns out to be a much more difficult issue addressed later in this paper. In this first section, we focus on the science of estimating jobs and income from known changes related to wilderness use or designation.

## Estimating Jobs and Income

There are two distinct types of economic measures that are relevant to wilderness areas: economic value and economic impacts. Economic value refers to the willingness to pay for wilderness, either for direct or indirect use, or simply to know that the wilderness exists (sometimes called passive use value). Economic value is a welfare measure that can be used in benefit-cost analysis, and there is an extensive literature on nonmarket valuation. The paper by Loomis in these proceedings discusses the science of estimating economic values of wilderness. This section focuses on economic impacts, which are the sales, jobs and income generated from an activity, such as wilderness visitation. They are not a measure of net benefit, since the expenditures that generate the jobs and income would not be lost to the economy if wilderness areas did not exist. They would simply be spent on some other good or service, probably in a different location, and would generate jobs and income in that other location. Economic impacts are important regionally (especially in regional economic development efforts), but they simply represent a transfer of impacts from one location to another at the national level.

There are a number of methodological issues related to employment and income estimation that have been discussed for many years (Propst 1985), including how to define the impact region. Regarding visitor expenditures, the impacts often extend to the visitors' residences, where much of the equipment and trip-related items are purchased. Usually, however, analyses are concerned only with the communities immediately surrounding the wilderness. In those cases, defining the local impact region can still be difficult, in part because economic data are often available only at the county level. In locations where the wilderness community is only a small part of a larger county, the county-level data can mask any changes occurring on the local level.

Modeling the local or regional economy can be done in a number of ways, the most common being input-output (I/O) models. I/O models describe the economy through a transactions table that shows the amount that each industry purchases from every other industry to produce their output. These models have a number of assumptions and limitations (Miller and Blair 1985), and econometric and computable general equilibrium (CGE) models have been developed to overcome some of those. Econometric models use time-series data to estimate employment in each sector as a function of other economic indicators. CGE models assume particular forms for production and utility functions, then choose parameters of those functions based on empirical evidence. Numerical solutions are then generated and "calibrated" to reflect reality (Nicholson 1998). These latter types of models can be more complex to estimate, but they may leave more flexibility for analyzing changes in an economy.

Finally, there is the issue of linking wilderness to the model of the local or regional economy. How does the existence or use of wilderness areas result in a change in the local economy?

### Direct Employment

The most obvious linkage is the direct employment of people in the wilderness. This would include rangers, planners, managers and researchers. The Forest Service has a target of one wilderness ranger for every 100,000 acres of wilderness. If we assume that other wilderness management agencies have similar targets, and expand this to the total acreage of designated wilderness in the U.S., there should be 1,040 people employed directly as wilderness rangers. It is much more difficult to estimate the number of people employed in planning, management and research, and these data are not readily available from the agencies. Most of these people would have responsibilities that extended beyond wilderness areas, and calculating the percentage of their time devoted to wilderness would be extremely difficult.

BLM_0062960



**Figure 1**—Employment by industry sector as a percent of county total, Deschutes County.

**Figure 2**—Payroll by industry sector as a percent of county total, Deschutes County.

**Figure 3**—Payroll per employee by industry sector (1998 dollars), Deschutes County.

## Visitor Expenditures

A second linkage between wilderness and local economies is through wilderness visitor expenditures. Very few studies were found with empirical estimates of wilderness visitor expenditures. One of the available studies is of Great Basin National Park visitors (Dawson and others 1993). Although Great Basin is a remote park with a large backcountry area, many of the visitors surveyed were taking guided tours of Lehman Caves, and would not be comparable to other wilderness visitors. The numbers are included here, however, since at least some of the visitors would be wilderness users. Table 2 shows that the expenditures per person, per day, estimated at three different wilderness areas (adjusted for inflation, 1998 dollars) are remarkably similar (Dawson and others 1993; Keith and Fawson 1995; Moisey and Yuan 1992). Compared to many other types of tourism and recreation, these expenditures are fairly low, reflecting the less-developed nature of wilderness recreation. Looking at how these expenditures are distributed across different sectors of the economy (table 3), however, shows some differences between studies (Dawson and others 1993; Keith and Fawson 1995; Lichty and Steinnes 1982; Moisey and Yuan). Great Basin National Park has a higher proportion of expenditures in the transportation sector, as would be expected for a remote area. Montana wilderness visitors had a higher proportion in lodging, perhaps due to longer lengths of stay.

Once visitor expenditures are estimated, the economic model of the regional economy is used to show how those expenditures get recirculated within the regional economy—that is, the multiplier process. A methodological issue is the treatment of local residents' expenditures. The multiplier process should be used only when analyzing exports, or "new" money that has come into the regional economy. Since nonlocal visitors bring their money from outside the region, their expenditures represent exports. However, local visitors' expenditures simply represent a recirculation of money that already existed in the local economy and shouldn't be included in the multiplier analysis. An exception is when local expenditures represent import substitution (Johnson and Moore 1993). For example, if local visitors are substituting a local wilderness for a nonlocal wilderness, their expenditures can be considered "new" money that would not be present in the local economy if the local wilderness were not available. This type of information can be gathered only through a survey of wilderness users that asks detailed questions about substitution decisions in the absence of the local wilderness.

**Table 2**—Expenditures of wilderness visitors.

| Location | $1998/person/day |
|---|---|
| Montana wilderness | $36.90 |
| Utah wilderness | |
| Box Death | $36.37 |
| Dark Canyon | $44.49 |
| Grand Gulch | $35.63 |
| Paria Canyon | $34.21 |
| Great Basin National Park | $32.69 |

**Table 3**—Distribution of expenditures among economic sectors (% of total).

| Location | Food | Lodging | Transportation | Retail | Other |
|---|---|---|---|---|---|
| Montana wilderness | 26 | 34 | 18 | 15 | 7 |
| Utah wilderness | | | | | |
| Box Death | 27 | 15 | 24 | 19 | 14 |
| Dark Canyon | 39 | 19 | 22 | 12 | 9 |
| Grand Gulch | 37 | 10 | 21 | 25 | 7 |
| Paria Canyon | 37 | 17 | 20 | 12 | 15 |
| Ely, MN | 22 | 19 | 12 | 35 | 12 |
| Great Basin National Park | 18 | 14 | 31 | 27 | 11 |

Multipliers will vary from industry to industry, and from economy to economy. In general, industries that purchase a large share of their inputs locally will have higher multipliers, and larger, more diversified economies will have larger multipliers. Table 4 shows an example with output multipliers from two different counties in Oregon. Deschutes County is a larger, more diversified economy, and Wallowa is a smaller, more remote county. The output multipliers are significantly larger for Deschutes County. In both counties, the output multiplier for sawmills is higher than those for the recreation-related sectors, showing more linkages between sawmills and other sectors in the local economy.

Output multipliers are an indication of overall spending that is generated by any sector. However, a more useful measure of economic impact is the income and employment that are generated. Overall spending may be quite high, but if little ends up in the pockets of local residents, their welfare will not be improved. Table 4 shows the employment and income generated by sales in each of the sectors listed. Recreation-related industries are very labor-intensive and generate more jobs per million dollars of sales than sawmills. Although many recreation-related jobs are low-paying, these sectors also generate more income per dollar of sales than sawmills. However, the analysis must also account for the overall level of sales, which is usually significantly higher in sawmills than in the recreation-related sectors.

## Opportunity Costs and Offsite Impacts

Finally, there are measurable impacts on industries that can be excluded from wilderness areas, and the science of estimating those impacts is relatively straightforward. Income, employment and output multipliers can be used in conjunction with estimates of lost direct sales in these industries to calculate the total impacts on the local economy. A study of wilderness designation in the Lolo National Forest (Stewart and others 1992) estimated a loss of 136 timber-related jobs and $3.1 million of timber-related income. However, since much of the timber was sold in below-cost timber sales, the present net value of the area increased by $6,504,000 after designation. Another study in British Columbia (M'Gonigle and others 1992) estimated 4,911 fewer lumber and wood products jobs in B.C. after the first year of implementation of a wilderness protection strategy.

BLM_0062962

**Table 4**—Comparison of multipliers across sectors and economies.

| | Output multiplier | | Emp./$1mm sales | | Income/$1 sales | |
|---|---|---|---|---|---|---|
| | Deschutes | Wallowa | Deschutes | Wallowa | Deschutes | Wallowa |
| Restaurants | 1.58 | 1.33 | 46.4 | 45.5 | 0.67 | 0.55 |
| Lodging | 1.63 | 1.35 | 47.7 | 59.5 | 0.88 | 0.73 |
| Recreation Services | 1.62 | 1.34 | 53.0 | 57.0 | 0.77 | 0.66 |
| Sawmills | 1.93 | 1.73 | 7.1 | 14.3 | 0.55 | 0.42 |

On the positive side of wilderness designation and protection, there can be off-site benefits, such as habitat improvement, that lead to increased populations of fish and game outside of the wilderness area. For example, one study estimated the impact in Alaska to be $72 million in commercial fishery impacts (Glass and Muth 1992).

## Reflections on Estimating Economic Impacts of Wilderness

We have focused on estimating economic impacts of wilderness designation and use. This involves collecting data on wilderness visitor expenditures and combining them with a regional economic model to estimate multiplier effects. The availability of data and models of regional economies has increased dramatically in the last decade, making estimates of economic impact much more accessible to researchers and decision-makers. This methodology has been applied in many different recreation and tourism settings, but problems still exist. Careful application of models and interpretation of results are necessary to avoid making common mistakes. The ease and accessibility of some of these models will result in more use by untrained analysts and future skepticism about their accuracy. Future work should improve expenditure estimates through better surveying techniques and our ability to define meaningful economic regions for impact assessment.

While there are many empirical studies of the economic impact of recreation and tourism, very few have looked specifically at wilderness use. And those have relatively consistent results, showing wilderness visitors spending relatively modest amounts compared to other types of recreation and tourism. Estimates of jobs and income directly and indirectly tied to wilderness visitation may be small, but those small impacts are significant for some rural communities.

## Wilderness and Changing Economies of the American West

In the American West, particularly in and around wilderness areas, there has been and continues to be a restructuring of the economy. There has been a significant decline in employment in the traditional extractive industries, whether in forestry, mining and minerals, agriculture or associated manufacturing and processing industries. These employment shifts and associated losses should have, according to conventional regional development models described previously, resulted in widespread unemployment and economic depression. Indeed, this is what was predicted for much of the region given decreases of timber harvesting on public lands and the fallout from the consequences of enforcing the Endangered Species Act, most noticeably in the case of the spotted owl. Instead, the American West has experienced unprecedented economic growth.

The economy of the American West traditionally has been based on farming and ranching, mining, forestry and, more recently, on the federal government, which built dams, power plants, military installations and the like. A way of life based on an extractive culture went along with the extractive and agricultural activities.

Today the role of extractive industries is changing dramatically as the number of people employed in such activities has declined, and it is expected to continue to decline (Lorah 1996; Power 1995, 1996; Rasker 1995; Rudzitis 1993, 1996). Nor is this a recent trend: The interior West stagnated in the past because its economy was based so completely on primary products from farms, forests and mines (Meinig 1991).

Currently, places and states in the American West are growing primarily from in-migration of people, and despite the decreased importance of extractive based industries (Dahmann and Dacquel 1993; Rudzitis 1996). Again, much of this growth is contrary to what developmental models would predict for the regions, raising the question about which models are appropriate when considering the role played by federal wilderness and other public wildlands in the development process.

## The Increasing Role of Migration in Explaining Population Change and Development in and Around Wilderness and Wildland Counties

We showed in table 1 that population in and around wilderness counties has grown rapidly. These changes are part of larger population trends which need to be understood to put the population changes in context of regional and national trends. After discussing these trends, we look more closely at the changes taking place in wilderness counties.

Before the 1970s, rural counties were either losing population or growing more slowly than urban areas. With the 1970s, however, came what was hailed as a rural renaissance, during which, for the first time in U.S. history, rural or nonmetropolitan areas grew at a faster rate than urban areas. This turnaround came unannounced and unpredicted by the "experts." It was hailed as one of the most significant

BLM_0062963

demographic events of this century. It was pronounced as a pervasive new counter-urbanization trend destined to profoundly change the geographic structure of the United States (Berry 1978; Morrill 1979; Wardwell and Brown 1980).

The 1980s brought a collective sigh of relief to those taken by surprise by the population turnaround of the 1970s. Urban areas were once again growing at a faster rate than rural areas. But not everywhere. New classifications emerged. There were now more remote counties that were categorized as retirement, recreation, manufacturing, farming, energy, mining or timber counties. This breaking of rural America into specific types of counties is simplistic, but it helped to explain why some rural counties continued to grow, contrary to the overall trend. The 1980s also had economic recessions at the beginning and end of the decade. Recessions usually are worse in rural areas.

The rural counties that were not growing included many farming-based counties and others such as those classified as manufacturing, mining, energy and timber. The counties that continued to grow included those which can be included in a broad based amenity category with both a desirable physical environment and a relaxed small town atmosphere. Wilderness counties were among this category.

In the 1990s, rural growth again increased faster than metropolitan growth. The process of "deconcentration" continued as people moved into rural areas and most current residents stayed in these counties. Among the fastest growing counties were those classified as either retirement or recreation. By contrast, counties dependent on agriculture or mining continued to have out-migration of people from them (Beale and Johnson 1998; Johnson 1998; Johnson and Beale 1994; Brown and others 1997).

In trying to explain why these rural places were growing, researchers conducted surveys which showed that if given a choice, people would prefer to live in small towns (Morgan 1979; Dillman 1979). Studies also began to show that amenities such as environmental quality and pace of life have become increasingly important in explaining why people move (Williams and Sofranko 1979; Long and DeAre 1980. The apparently sudden preference of people for rural life was a surprise because rural areas were thought to be at a major disadvantage to urban areas. Moreover, a general movement toward isolated wilderness counties was not expected. Some 1960s dropouts and "return to the land" types might seek out such places, but they were the exception, not the norm.

Theories could not be built around people who were dropping out or detaching themselves from mainstream society. Such persons were not driven by the motivation to maximize their incomes. Earlier studies had argued that economic reasons explain why people move: they move because they want jobs and higher pay. People would do a rough cost-benefit analysis: if the costs of moving, both economic and psychological, were less then the benefits of increased income, people would move.

The economic model described well the historical movement from rural farming areas to cities as the nation became increasingly urbanized. People moved to cities for jobs and higher incomes. Cities with good job prospects attracted migrants. Places that did not, did not.

The acceptance of this almost total focus on the economic rationality of people explains much of the surprise when rural and wilderness areas began growing faster than urban areas. These are not supposed to be attractive places for entrepreneurs and industries. Retired people might move to such places since they were no longer working. But, why would retired people move toward wilderness and other isolated public land counties where services are remote?

It became increasingly difficult to explain the movement out of cities as a search for higher wages. Various explanations were suggested, including the decentralization of many industries, increased mobility because of improvements in transportation and communications and the growth of recreation and retirement activities, to name a few. However, these all have an ad hoc feel to them.

A harder look was taken at people's preferences. Perhaps if people wanted to live in a small town, they might actually move there. Maybe people had preferred cities, and now they wanted to live in rural areas and small towns. If cities were once considered beautiful, and wilderness threatening and scary, had wilderness now become beautiful, enticing people to move to such places? Questions about societal preferences changing over time are difficult to answer because prior to the 1970s, there is a paucity of data on such issues. Such questions were not asked, at least not on surveys.

There are several reasons why the move out of cities and toward rural areas (including wilderness) should not have been a big surprise. For one, the movement out of the cities had already started after World War II with the growth of affordable housing for lower and middle income persons in the much criticized look-alike suburbs with mass-produced housing. The early movement to rural areas was a spillover from metropolitan suburbs. The suburban fringe was simply extending its boundary and becoming more exurban. However, growth outside of metropolitan areas and near wilderness was far removed from a simple extension of commuting patterns to the fringe. Studies found that amenities such as environmental quality, pace of life and crime rates were the important reasons why people moved (Williams and Sofranko 1979; Long and DeArge 1980).

## Why are People Moving to Wilderness Counties

A study funded by the National Science Foundation attempted to discover why people were moving to wilderness counties (Rudzitis 1996, 1999; Rudzitis and Johansen 1991). Questionnaires were sent to people who had moved into counties with federally designated wilderness during the past ten years, as well as to longer term residents of these areas. People who migrate to high-amenity counties are often assumed to be retirees. In the wilderness survey, however, only 10 percent of the new migrants were over 65 years of age. Instead, migrants were more likely to be young, highly educated professionals. This was unexpected, since according to the logic of the economic model, rural areas neither attract entrepreneurs nor provide jobs.

People also are assumed to move because of dissatisfaction with their previous location, resulting from crime, congestion, pollution or other "urban" ills. However, most wilderness migrants were not particularly dissatisfied with the places they had left (table 5). For example, only 28 and 30 percent of the migrants said they were dissatisfied with the crime rate and environmental quality of their previous

**Table 5**—Dissatisfaction with previous location and importance of attributes of wilderness county in decision to move.

| Factors | PUSH | | PULL | |
|---|---|---|---|---|
| | Dissatisfied | Not dissatisfied | Important | Not important |
| Employment opportunity | 16 | 67 | 30 | 56 |
| Cost of living | 14 | 64 | 14 | 58 |
| Climate | 22 | 57 | 47 | 28 |
| Social services | 7 | 85 | 10 | 69 |
| Family access | 11 | 76 | 19 | 64 |
| Outdoor recreation | 18 | 63 | 59 | 20 |
| Crime rate | 28 | 48 | 31 | 45 |
| Scenery | 20 | 62 | 72 | 13 |
| Pace of life | 31 | 47 | 62 | 18 |
| Environmental quality | 30 | 46 | 65 | 16 |

Source: Rudzitis 1999.

location. The lack of employment opportunity and cost of living were cited by 16 and 14 percent (Rudzitis 1999).

When asked what "pulled" or attracted them to the Western counties, 30 percent cited employment opportunities and 31 percent the lack of crime as important factors. They assigned more importance to scenery (72 percent), environmental quality (65 percent), pace of life (62 percent) outdoor recreation opportunities (59 percent) and climate (47 percent).

When asked what single factor was the most important in their decision to move to their current county, 23 percent cited employment opportunities. Of the other attributes of the county, those contributing to the social environment accounted for 42 percent of the most important reasons for moving, while those specific to the physical environment made up 35 percent. Thus, amenity characteristics provided 77 percent of the reasons that people moved and employment-related reasons 23 percent.

The importance of employment opportunities did not vary much by age, except for persons over 65. For example, 31 percent of those age 20-35 gave employment opportunities as the major reason for moving, compared with 29 percent for persons aged 36-50 and 16 percent for those 51-65. Family access, at 24 percent, was the single most important "pull" factor for people over age 65, followed closely by climate (21 percent) and outdoor recreation (21 percent). Outdoor recreation, pace of life, scenery and climate were cited as the second and third most important factors by the younger age groups.

Contrary to the economic theory of migration, almost 50 percent of the migrants reported lower incomes, and only 28 percent had increased their income, with the rest showing no change. Recall that these are primarily younger employed migrants. These are not social dropouts moving to areas and putting stress on the social welfare systems.

The actual presence of wilderness served as a magnet attracting people to these areas, as 72 percent considered it a major factor in their decision to move to the county. Among long- term residents, a majority (55%) also felt wilderness was an important reason for living in the area. The importance of wilderness was emphasized by the desire of a majority of both migrants and residents to have more access to these areas; 60 percent of the newcomers felt there was a need for even more wilderness nearby. This can be partly explained by the use of wilderness at least 12 times a year by more than a third of migrants and residents (Rudzitis and Johansen 1991).

Given the importance of quality-of-life factors in why people move toward wilderness, there is no reason to expect such trends to diminish. Although there was a decrease in the intensity of movement to wilderness counties during the early 1980s, partly because of the recession, the 1990s have been a period of rapid in-migration of people into wilderness counties.

## Why People Move Into Wildland and Other Counties in the West

A recent study addressed motives for migration in a 100 county contiguous area in the interior Columbia River Basin, which included all of Idaho and parts of Washington, Oregon, Montana, Wyoming, Utah and Nevada. Anywhere from 25 to over 80 percent of this land is owned and managed by the federal government. This study also looked at the importance of the major public lands amenities in the region (Rudzitis and others, 1996).

Again, when asked to choose the three most important reasons for moving to or living in their county, just over 34 percent of respondents cited employment opportunity (table 6). Forty-five percent considered the amenities related to the social environment as most important and 18 percent the physical environment.

As the second most important reason for moving, respondents cited outdoor recreation most often at 16 percent. Employment opportunities were sixth, at 10 percent. The social environment captured 47 percent of second reasons for residence and the physical environment reasons 42 percent. The same trend is apparent for the third most important reason: Pace of lifestyle leads at 22 percent, with employment opportunities only 6 percent. As further indication of the importance of the social/physical environment, 28 percent said they moved first and looked for/created a job after the move.

Another recent survey also showed an amazing similarity in why people moved there and what kinds of lifestyle tradeoffs they made. A survey of over 1,500 people in Oregon found that most people moved to Oregon for noneconomic

**Table 6**—Most important reasons for moving or staying in area.

| | First reason | Second reason | Third reason |
|---|---|---|---|
| | *Percent* | | |
| Employment opportunity | 34.1 | 10.3 | 6.4 |
| Access to family and friends | 23.9 | 15.0 | 6.3 |
| Pace of lifestyle | 12.9 | 12.1 | 21.5 |
| Outdoor recreation | 7.1 | 15.6 | 16.0 |
| Landscape, scenery and environment | 6.2 | 14.9 | 16.9 |
| Climate | 4.8 | 11.2 | 10.8 |
| Quality of schools | 3.5 | 6.0 | 3.7 |
| Other | 3.0 | 1.6 | 5.9 |
| Cost of living | 2.3 | 9.1 | 6.1 |
| Crime rate | 1.9 | 3.4 | 5.9 |
| Social services | 0.4 | 0.7 | 0.6 |

Source: Rudzitis and others 1995.

reasons. Only 30 percent said they moved into Oregon for employment-related reasons, about the same percentage as in the wilderness survey. Again, jobs account for a minority of the reasons for moving. A majority of migrants also had lower incomes after their move (Judson and others 1999).

In the wildlands West, employment alone cannot explain why people move and live where they do. The amenities of places around wilderness and other public lands single them out as desirable living environments. Unfortunately, current regional development theories often do not incorporate findings from migration studies into their models.

## Regional Growth Theories and Approaches

In the first section of this paper, we briefly described and gave examples of how specific economic development models can be used to estimate some benefits from the geographical proximity of wilderness and other wildlands. Most regional development approaches are evolutionary, demand-driven, top-down hierarchical models. Although these models may provide estimates of some economic benefits such as tourism for example, they have serious limitations when used to explain the population and economic changes taking place in and around wilderness areas.

The traditional approach to development of the predominantly rural and small town communities surrounding public wildlands has been the promotion of export-based economies. The argument harkens back to a famous debate in the economic literature begun by Douglas North (1955), who argued that the demand for the products a region exports drives its development. The export industry, with its associated multiplier effects, determines the growth and income levels in a region. In the nonmetropolitan West, historically, the export-based economies have been based on extractive economies. This demand-driven theory became a standard approach, both in academia and in local and regional development communities.

Of these demand-based models, the most widely used are input-output, as we have shown and often the simpler economic base models. However, irrespective of their level of mathematical sophistication, the heart of the demand models is the notion that regional economic growth is a function of the demand for products exported from the local or regional economy. These "products" can vary from revenues generated from logging to tourist dollars.

The economic base model approach has been indelibly imprinted on United States citizens, chambers of commerce, local politicians and planners. As employment in the extractive industries in the West decreased, the economic base models predicted an overall decline in the economy of the interior West. Fortunately, this has not happened. The model predictions were simply wrong.

Some areas were hard hit with job losses during the economic recessions of the 1980s, but even these areas have turned around. Indeed, Richard Morrill (1992) found that environmentally attractive counties continued to experience growth well into the 1980s. Lost jobs in the extractive sectors have been replaced by new jobs in the nonextractive sector (Rudzitis and others 1996).

Another disadvantage for the nonmetropolitan interior West is that, according to the product-life-cycle model, rural areas would largely attract firms producing standardized products requiring low skilled labor. Newer, innovative industries (and entrepreneurs as well) would locate in metropolitan areas. A pattern of industries following a product-life-cycle approach did not bode well for many areas in the rural West.

Critics contend that the product-life-cycle approach lacks the conceptual underpinnings to explain or predict ongoing changes taking place in the American West (Higgens and Savoie 1995; Rudzitis1989). More generally, current regional development theories rooted in an economic paradigm are less and less able to explain changes in the American West, especially the rapid growth around federally designated wilderness areas.

In a more general context, it is not that demand is inappropriate, but rather that the emphasis on demand-side modeling has ignored the supply side. Moreover, in the input-output models, demand is assumed to be constant, just the opposite of what is happening in and around wildland counties. Too often, the models used to predict change assume a constant demand while ignoring the influence of supply. For our purposes, the supply side consists largely of the attributes of an wildlands region and its residents. Among these attributes is the physical environment and/or "Nature."

Another characteristic of most of the models is that they impose a jobs versus the environment logic. For example, attempts to impose traditional demand-based models of development may lead to "expert advice" that is biased toward exploiting forests and agricultural products for the good of local development. For example, a recent analysis of management policies on the Clearwater National Forest suggested that the forest cut might have to be increased up to 10 times to provide adequate jobs in local communities (Robison and others, 1996). The analysis ignored the private and environmental costs of such a policy and a host of potential current benefits from protective policies such as improved quality and protection of waterways and ecosystems among others.

Nancy Langston (1995) also shows how, despite a history of federal management policies that have negatively altered

BLM_0062966

the ecology of the Blue Mountain area in Oregon, some forest analysts recommend the same failed policies that led to the destruction of the original forests. She points to a recent study (O'Laughlin and others, 1993) as promoting an industrial position of expanded tree harvesting, when just the opposite is needed.

Such stores are not uncommon and provide much of the impetus for the ongoing debates over public lands management. The models used to justify such actions are biased because they assume that the higher wages and incomes derived from commodity extraction jobs are higher than the available jobs in the tourist industry -- the major alternative often presented to a continued harvesting of our public forests. However, too often no attempts are made to calculate the costs of such actions or the benefits that can be derived from not harvesting public wildlands or not promoting tourism. This brings us back to Douglas North and his export argument.

At the time North made his argument, another economist, Charles Tiebout (1956) responded by arguing that there was no reason to assume that exports are the sole or even most important factor determining regional growth and income. Instead, the nonexport or residentiary (local) industries can serve as a key factor in the potential development of a region.

North won this argument in the 1950s, in that his views prevailed and have been internalized in public lands management. Indeed, they have even entered Western economic history mythology. As the pioneers and their descendants conquered and tamed the wildlands, they cut trees, exported wheat and extracted and exported lead, gold and silver. When they did so, times were good. When they did not, times were bad. Local development is based on keeping the good times going.

Computer models often verify what seems obvious. When commodity production goes down, local economies go down. Fortunately, for many communities, such models and their projections have also been wrong. From a regional perspective, there is little correlation between harvesting on public lands and economic growth, except in a small number of communities. Recent research shows that local citizens and politicians, as well as academics, would have been more farsighted if they had listened more closely to Tiebout than North (Durning 1999; Power 1996, Rasker 1995; Rudzitis 1996).

A recent study by Duffy-Deno (1998) examined whether local economies may be adversely affected by designation of federal-owned wilderness in the eight states of the intermountain western United States. He found no evidence that the existence of federal wilderness is directly or indirectly associated with population or employment growth between 1980 and 1990. Much of the economic concern over the designation and presence of federal wilderness is on its perceived effect on resource based industries. The Duffy-Deno study found no empirical evidence that county-level resource-based employment is adversely affected by the existence of federal wilderness. Indeed, there is some evidence of a positive association between federal wilderness and nonresource, nonfederal countty employment growth. On average, from a utilitarian perspective wilderness designation causes little aggregate economic harm to county economies, promoting instead increases in total population and employment.

## The Quality of Life or Amenities Model of Regional Development

An alternative approach to regional growth more in line with Tiebout's logic is a model based on the role of environmental amenities (Diamond and Tolley 1982; Graves and Linneman 1979; Rasker 1994; Rudzitis and Streatfeild, 1993). This approach, sometimes referred to as the quality of life model, essentially argues that people migrate, particularly in the American West, for noneconomic reasons: firms also follow people to seek out high amenity physical and sociocultural environments. Population growth around wilderness areas is to be expected if people value these areas and want to live near them.

Ridker and Henning (1967) and Harris and others (1968) were among the first to suggest that demand for both social and physical amenities were key determinants of residential location decisions. The logic, as formulated by Diamond and Tolley (1982), assumes that what makes one location different from another is amenities. Amenities, like other goods, affect the level of either a firm's profits or a household's satisfaction. But unlike other goods, increments to amenities can only be gotten by a change in location.

An amenity is defined as a nontraded or location-specific good (Tolley 1974; Graves and Linneman 1979). Migration serves as an equilibrating reaction to a non-optimal location. If the demand for location-specific amenity changes (proximity to wilderness or other wildlands), migration should occur. The demand for amenity goods may vary over a household's lifetime and change in income. Changes in technology, such as declining transportation costs, also can promote migration to places with higher amenity values (Rudzitis, 1982, 1989). Economic motivations, while important are not necessarily the main determinants of why people move. Indeed, Graves (1983) argued that there is neither theoretical or empirical justification for believing that inter-regional moves are primarily job-related.

Amenities are important in attracting and retaining businesses. Both entrepreneurs and businesses place greater importance on amenity and environmental factors in their decisions to locate or stay where they are (Johnson and Rasker 1993, 1995). Consequently, developing a community's unique character can be an important economic development strategy.

## The Amenities Model and Wildlands West

With the increased mobility of some types of industry, services in particular, rural communities with amenity characteristics have an advantage in attracting business. New forces built around services and information technologies are driving the regional economies in the wildlands West.

The economic forces driving the new wildlands economy include export-oriented producer services and other professionals selling services externally. In a series of studies, William Beyers and associates found amenity factors to be among the major factors in the location decisions of producer service firms nationwide, not just in the amenity-rich American West (Beyers 1991,1999; Beyers and Lindahl 1996; Beyers and others 1985).

BLM_0062967

Various researchers have described this new economy in the Greater Yellowstone and Columbia River Region., the Northwest and for the interior West as a whole (Booth 1999; Durning 1999; Power 1996; Rasker 1993; Riebsame 1997; Rudzitis 1996; Rudzitis and others 1996). Again, there is declining employment and incomes in the traditional extractive sectors and a rise in the role of the high income services sector. This is the result of many "footloose" businesses and jobs following migrants rather than people following jobs. Increasingly, much of this growth comes from the inmigration of people with either nontraditional income such as investments (Nelson 1997, 1999).

Most regional development models assume people follow jobs. Or, alternatively, do jobs follow people? This is the old "chicken or egg" analogy. Which comes first? Do people follow jobs, or jobs follow people in the American West?

Recent research shows that jobs follow people in the American West. People either move into areas bringing jobs with them, or move hoping to get jobs. In one survey, about 30 percent said they moved first and would look for jobs later. The traditional assumption that industries move first and people follow is not true for the current amenity-driven trends in the West (Rudzitis, 1996; Rudzitis and others; 1996; Wardwell and Lyle, 1997).

A few studies have addressed this using a simultaneous-equations framework. Rudzitis and Johansen (1989) examined growth in and around counties with federally designated wilderness and found that employment did not explain migration, while migration did explain employment. A few other studies looking at a larger subset of counties found similar results. Whether looking at wilderness counties, the Pacific Northwest or the interior Rocky Mountain West, these studies conclude that jobs are following people (Rudzitis and Johansen 1989; Vias 1997; von Reichert 1992). Vias (1997, 1999) looked at all 254 non-metropolitan counties in the Rocky Mountain West for three time periods, the 1970s, 1980s and 1990-1995 and found that population was driving employment growth, but that there was also a negative relationship between employment and population. As employment declined, population increased. The value of amenities, however, increased over time.

The environmental amenities and quality of life regional development models demonstrate the importance of individual and business preferences for living environments in determining the location of economic activity. The landscape of the public wildlands and associated towns provide a range of physical and social amenities, which many migrants and long-term residents want.

## Wilderness and Sense of Place ____

Much stress has been placed on economics as the driving force behind regional development efforts in the American West. Often "experts," citizens and politicians assume that the promotion of local or regional development depends on harnessing the desire of people to make money and firms to maximize profits. Many of these theories are faltering because they are too reductionistic and simplistic.

Traditional economic models of wildland development don't consider the context of peoples' lives and how they interact with, shape and are affected by their social and spatial environments. Despite the old cliché that "money does not buy happiness," it lies at the core of most economic models.

The amenities modeling approach better explains some of the recent growth trends in and around wilderness areas. However, we also need to consider the attachments people form with places or their "sense of place." It is attachment to a place or region that keeps people from moving away during times of economic distress, a loyalty to landscapes and communities. (Berry 1978; Bolton 1992; Marsh 1987; Pena 1998; Relph 1986; Rudzitis 1982, 1991, 1996; Tuan 19974, 1977). Current regional development models ignore loyalties and ties to place and "wild" landscapes. Geographer Yi-Fu Tuan (1974) introduced the term topophilia to designate the emotive ties people can have to a place and their immediate environment. Tuan (1977) also showed how a space become a place when people attach or fill it with meaning.

If attachments to place are important, how they are formed becomes critical in understanding how local and regional communities maintain their vitality. In the wildlands West, this uniqueness is rooted in a physical environment that interacts with the social lives of the people who live there. The interaction with wilderness and other wildlands creates a "sense of place" and "roots." Wallace Stegner called such people "stickers," people who stay despite natural, economic or social calamities (Stegner 1990). Kemmis (1990) and Rudzitis (1996) also have written about the importance of considering attachments to place in the economic and political development of the contemporary American West.

Too long as Jackson (1991 reminds us there has been and artificial separation of the economic and cultural in the process of local and regional development change. He calls for research that does not see economics and culture as separate sphere, but recognizes that they intersect in specific times and places. We must recognize the interwoven nature of economics and culture. People in and around wilderness and other wildlands areas form place attachments by using those areas in a variety of ways. They may work the range, flyfish, hike, watch the stars, grow food, or engage in a variety of activities that give meaning to their lives as they interact with their environment (Bolton 1998; Nelson 1999; Rudzitis 1996).

There have been recent attempts to outline and develop models that incorporate sense of place and culture in developmental models (Nelson 1999; Rudzitis 1998; Rudzitis and Tolley 1998; Tolley and Rudzitis 1999; Tolley and others 2000). Models that ignore the role of environmental amenities, ties to the land, sense of place, commitment to a landscape and culture may well misdirect public policy in ineffective ways.

One consequence of increased demand for a greater sense of place as evidenced by migration to places with amenity features should be the willingness of people to accept lower relative wages to live in such places. Survey evidence indicates that people who move to areas around federally designated areas wilderness areas are more likely to either have decreases in incomes or no income change. Also, contrary to expectations, people with lower incomes accept proportionately greater declines in incomes than those with higher incomes (von Reichert and Rudzitis 1992). The difference in incomes between the places people left and their new living environments apparently is compensated

by greater amenities and other noneconomic factors. Areas surrounding wilderness also have lower real wages. However, despite having lowered incomes, migrants to wilderness counties are highly satisfied with where they presently live (Rudzitis and Johansen 1989, 1991; von Reichert and Rudzitis 1992.)

Another indirect indicator of a greater attachment and sense of place is the high level of agreement when people in wilderness counties are asked if their lives are now happier, less stressful and more enjoyable (Rudzitis and Johansen 1989; 1991). People who are more satisfied with where they live feel more attached to their communities and are less likely to move (Bolan, 1998; Fernandez and Dillman 1979; Heaton and others 1979; Rudzitis and Johansen 1989; Samson 1998; Stinner and others 1990).

If sense of place is important, long-term residents should have greater place attachments than recent migrants. Studies show this to be partially true, both for people who live in wilderness countries and for those who do not( McCool and Martin 1994; Stinner and others 1990; Rudzitis 1996).

Recent migrants to Western rural areas near wilderness say that they have rapidly formed an attachment to the place and region to which they have moved (Carlson and others; McCool and Martin 1994; Rudzitis 1996; Rudzitis and Johansen 1989, 1991) . In one recent survey of people over age 50, less than 18 percent said they were likely to move away from their new communities. (Carlson and others 1998) For these migrants, their current communities are where they plan to spend the rest of their lives. In contrast to younger migrants, who would be expected to be somewhat more transient and less tied to any given place, older persons have more incentive to rapidly develop an attachment to their new communities.

When older migrants were asked about how they developed ties and attachments to their new communities, association with friendly neighbors was more important than organizational ties such as community service groups, church activities or clubs. Activities within the community and region, including a variety of outdoor activities such as fishing, boating or hiking affected the new migrants' sense of place. Williams and others (1992) found that attachment to place and wilderness areas could be explained by a variety of socioeconomic variables and they stress the importance of the emotional and symbolic ties that people have when living or using federal wildlands.

## Concluding Comments

The federal lands have and will continue to play an important role in local and regional development in the American West. The focus generally has been on how commodity extraction or recreation can contribute to generating direct and indirect income flows to local communities and region. Economic base and input-output models have primarily been used to make these estimates.

The use of conventional input-ouput models to measure the economic impacts of wilderness use has been quite limited. The small number of studies on the economic impacts from wilderness use show that they generate a relatively small number of jobs compared to other forms of recreation and tourism. Indeed, the justification for

designation of wilderness and other protected non-parklands is not to generate jobs by increasing tourism in a place or region. It would be helpful to have more studies for comparative purposes of the job and income affects of designating wilderness and implementing non-commodity management strategies on our federal lands.

In the short-term commodity extraction on federal lands may create more jobs than wilderness designation. However, research indicates that wilderness designation plays a substantial role in attracting new migrants to a place or region. These migrants increasingly bring incomes and create new non-resource related jobs. This partially explains why previous estimates of large employment declines from decreased timber harvests, the implementation of protective strategies and the protection of endangered species have largely proven to be wrong.

The recent declines in the 1990s of timber harvests and resource extraction have been accompanied by some of the most rapid population increases in the nation. And they are expected to continue. Survey research and modeling studies show that environmental amenities in and around federal wilderness and other wildland areas attract people to live and stay in these areas. Studies also show that people move into these areas and firms and jobs then follow them. The relationship between timber harvesting and regional growth no longer holds except in a small number of places.

The research indicates that we must recognize that places and their social and physical environments are critical in understanding why people and firms migrate and regions develop. The rapid growth of areas around federally designated wilderness reveals a preference for development that maintains or improves the quality of life by fitting harmoniously into the natural and social environment. It also reveals a search by people for the "good" life.

The "good" life is lived in place, and what, in part, makes a place unique in the West is a lot of public open space, a clean environment, wildness and friendly neighbors. We need more research as to the relative importance of the social and physical environments in how and why people live in and around federal wildlands. We need to better understand how much importance is ascribed to the physical environment and how much to the more rural small town and city settings within which these local economies and cultures are embedded? Whatever, the relative importance of the physical and social components of a setting, the economic value of many places and regions is enhanced by "preserving," sustaining and strengthening both the physical and social environment within which they exist.

Keeping a high-quality "wild" environment is a "development" strategy. It puts quality of life of life and environmental quality at center stage, instead of off stage or in a peripheral and minor supporting role. It shifts attention to the importance of places and what makes them unique and desirable.

More emphasis needs to be put on place attachments. We need to consider how people want to spend the scarce resources of their time and the types of places and environments they want to live in. Such a development theory would better represent the hopes and desires of the people who consistently cite the importance of noneconomic reasons for why they live in and around wildlands often sacrificing economic gains in order to do so.

BLM_0062969

## References

Beale, C.L. 1975. The Revival of Population Growth in Nonmetropolitan America. Washington, D.C: Economic Research Service, U.S. Department of Agriculture.

Beale, C.L. and K. M. Johnson. 1998. The Identification of Recreational Counties in Nonmetropolitan Areas of the U.S.A. Population Research and Policy Review. 17: 37-53.

Berry, B.J.L. 1978. The Counter-Urbanization Processes: How General? In: N.M. Hansen (editor), Human Settlement Systems. Cambridge: Ballinger Publishing: 25-49.

Beyers, W.B., Alvine, M.J., and E.G. Johnson. 1985. The Service Sector: A Growing Force in the Regional Export Base. Economic Development Commentary: 3-7.

Beyers, W.B.. 1991. Trends in Service Employment in Pacific Northwest Counties: 1974-1986. Growth and Change. Fall: 28-50.

Beyers, W.B. and D. Lindahl. 1996. Lone Eagles and High Flyers in the Rural Producer Services. Rural Development Perspectives. 11: 2-10.

Bolan, M. 1997. The Mobility Experience and Neighborhood Attachment. Demography. 34(2): 225-237.

Bolton, R. 1992. 'Place Prosperity vs People Prosperity' Revisited: An old issue with a new angle. Urban Studies. 29: 185-203.

Booth, D.E. 1999. Spatial Patterns in the Economic Development of the Mountain West. Growth and Change. 30(2): 384-406.

Carlson, J., Junk, V., Fox, L., Rudzitis, G., and S. Cann. 1998. Factors Affecting Retirement Migration to Idaho: An Adaption of the Amenity Retirement Migration Model. The Gerontologist. 38(1): 18-24.

Dahmann, D. and L.T. Dacquel. 1993. Residents of Farms and Rural Areas. U.S. Bureau of the Census, Washington, D.C.

Dawson, S. A., Dale J. Blahna, and J. E. Keith. 1993. Expected and actual regional economic impacts of Great Basin National Park. Journal of Park and Recreation Administration. 11(4): 45-59.

Diamond, D.B., and G.S. Tolley. 1982. The Economics of Urban Amenities. New York: Academic Press

Dillman, D.A. 1979. Residential Preferences, Quality of Life, and the Population Turnaround. American Journal Agricultural Economics. 61: 960.

Duffy-Deno, K.T. 1998. The Effect of Federal Wilderness on County Growth in the Intermountain Western United States. Journal of Regional Science. 38(1): 109-136.

Durning, A.T. 1999. Green-Collar Jobs: Working in the New Northwest. Seattle: Northwest Environment Watch.

Fernandez, R.R., and D.A. Dillman. 1979. The Influence of Community Attachment on Geographic Mobility. Rural Sociology. 44(2): 345-360

Frey, W.H. and K. Liaw. 1998. Immigrant Concentration and Domestic Migrant Dispersal: Is Movement to Nonmetropolitan Areas 'White Flight.' Professional Geographer. 50(6): 215-231.

Fuguitt, G.V., C.L. Beale. 1996. Recent Trends in Nonmetropolitan Migration: Toward A New Turnaround. Growth and Change. Spring: 156-174.

Fuguitt, G.V., and J.J. Zuiches. 1975. Residential Preferences and Population Distribution. Demography. 12(3): 491-504.

Glass, R.J., and R.M. Muth. 1992. Commodity benefits from wilderness: salmon in southeast Alaska. General technical report SE Southeast Forest Experiment Station, U.S. Department of Agriculture, Forest Service, Asheville, NC: 141-153.

Gonigle, M.M., T. Gunton, C. Fletcher, M. McAllister, and D. MacKnight. 1992. Comprehensive Wilderness Protection in British Columbia: An Economic Impact Assessment. The Forestry Chronicle. 68(3): 357-363.

Graves, P.E. and P. Linneman. 1979. Household Migration, Theoretical and Empirical Results. Journal of Urban Economics. 6: 383-404.

Graves, P.E.. 1980. Migration and Climate. Journal of Regional Science. 20(2): 227-237.

Graves, P.E. 1991. Aesthetics. In: John B. Braden and Charles Kolstad, editors, Measuring the Demand for Environmental Quality. Amsterdam: North-Holland Press.

Harris, R.N.S., Tolley, G.S., and C. Harrell. 1968. The Residence Site Choice. Review of Economics and Statistics. May: 241-247.

Heaton, T., Fredrickson, C., Fuguitt, G.V., and J.J. Zuiches. 1979. Residential Preferences, Community Satisfaction, and the Intention to Move. Demography. 14(4): 565-573.

Higgens, B., and Savoie. 1995. Regional Development Theories and Their Applications. New Brunswick: Transaction Publishers.

Jackson, P. 1991. Mapping Meanings: A Cultural Critique of Locality Studies. Environment and Planning A. 23: 215-228.

Johnson, J.D., and R. Rasker, 1993, Local Government, Local Business Climate and Quality of Life. Montana Policy Review. 3: 11-19.

Johnson, J.D. and R. Rasker. 1995. The Role of Economic and Quality of Life Values in Rural Business Decisions. Journal of Rural Studies. 11: 405-416.

Johnson, K.M., 1998, Renewed Population Growth in Rural America. Research in Rural Sociology and Development. 7: 23-45.

Johnson, K.M. and C.L. Beale. 1994. The Recent Revival of Widespread Population Growth in Nonmetropolitan Areas of the United States. Rural Sociology. 59: 655-667.

Johnson, R.L., and E. Moore. 1993. Tourism Impact Estimation. Annals of Tourism Research. 20: 279-288.

Judson, D.H., Popoff, C.L., Desroches, S., and S. Reynolds-Scanlon. 1996. Migrants to Oregon in the 1990s: Region and Group Differentials. Paper presented at the Annual Meeting of the Population Association of American, New Orleans, LA.

Judson. D.H., Reynolds-Scanlon, and C.L. Popoff. 1999. Migrants to Oregon in the 1990's: Working Age, Near-Retirees, and Retirees Make Different Destination Choices. forthcoming.

Keith, J., and C. Fawson. 1995. Economic development in rural Utah: wilderness recreation the answer? Annals of Regional Science. 29: 303-313.

Langston, N. 1995. Forest Dreams, Forest Nightmares: The Paradox of Old Growth in the Inland West. Seattle: University of Washington Press.

Lichty, R.W., and D. N. Steinnes. 1982. Measuring the Impact of Tourism on a Small Community. Growth and Change. April: 36-39.

Long, L.H., and DeAre. 1980. Migration to Nonmetropolitan Areas: Appraising the Trend and Reasons for Moving, U.S. Bureau of the Census, Special Demographic Analyses, CDS-80-2. Washington, DC: U.S. Government Printing Office.

Lorah, P. 1996. Wilderness Uneven Development, and Demographic Change in the Rocky Mountain West, 1969-1993. Ph.D. Dissertation, Bloomington, IN: Department of Geography.

Marsh, B., 1987, Continuity and Decline in the Anthracite Towns of Pennsylvania. Annals, Association of American Geographers. 77: 337-352.

McCool, S.F. and S.R. Martin. 1994. Community Attachment and Attitudes Towards Tourism Development. Journal of Travel Research. Winter: 29-34.

M'Gonigle, M.M., T. Gunton, C. Fletcher, M. McAllister, and D. MacKnight. 1992. Comprehensive Wilderness Protection in British Columbia: An Economic Assessment. The Forestry Chronicle. 68(3): 357-363.

Meinig, D. 1991. Spokane and the Inland Empire: Historical Geographical Systems and a Sense of Place. In: D. H. Stratton, editor, Spokane and the Inland Empire: An Interior Pacific Northwest Anthology. Pullman: WA: Washington State University Press: 1-32.

Miller, R.E., and P.D. Blair. 1985. Input-Output Analysis: Foundations and Extensions. Prentice-Hall, Inc., Englewood Cliffs, New Jersey. 464 pp.

Moisey, N. and M.S. Yuan. 1992. Economic Significance and Characteristics of Select Wildland-attracted Visitors to Montana. General Technical Report SE-78. Southeast Forest Experiment Station, U.S. Department of Agriculture, Forest Service, Asheville, NC: 181-189.

Morgan, D.J. 1978. Patterns of Population Distribution: A Residential Preference Model and Its Dynamic. Department of Geography Research Paper No. 176. Chicago: University of Chicago Press.

Morrill, R.L.. 1979. Stages in Patterns of Population Concentration and Dispersion. Professional Geographer. 9: 55-65.

Morrill, R.L. 1988. Migration regions and Population Redistribution. Growth and Change. 19: 43-60.

Morrill, R.L. 1992. Population Redistribution Within Metropolitan Regions in the 1980's: Core, Satellite, and Exurban Growth. Growth and Change. 23: 277-302.

Nelson, P. 1997. Migration, Sources of Income, and Community Change in the Nonmetropolitan Northwest. The Professional Geographer. 49(4): 418-430.

Nelson, P. 1999. Quality of Life, Nontraditional Income, and Economic Growth: New Development Opportunities for the Rural West. Rural Development Perspectives. 14(2): 32-37.
Nelson, P. 1999. Perceptions of Rural Restructuring: Fusing Economic and Cultural Dimensions of Regional Change. Paper presented at the North American Meetings of the Regional Science Association, November 13 in Montreal, Canada.
Nicholson, W. 1998. Microeconomic Theory: Basic Principles and Extensions. Seventh Edition. The Dryden Press, Harcourt Brace College Publishers, Fort Worth.
North, D.C. 1955. Location Theory and Regional Economic Growth. Journal of Political Economy. 63: 243-258.
O'Laughlin, J., MacCracken, J.G., Adams, D.L., Bunting, S.C., Blatner, K.A., and C. E. Keegan. 1993. Forest Health Conditions in Idaho. Idaho Forest, Wildlife and Range Policy Analysis Group. Report 11. Moscow, Idaho.
Pena, D.G.. 1998. Chicano Culture, Ecology, Politics: Subversive Kin. Tuscon: University of Arizona Press.
Power, T.M. 1996. Failed Landscapes: The Search for an Economics of Place. Island Press, Washington, D.C.
Power, T.M. 1995. Thinking About Natural Resource Dependent Economies: Moving Beyond the Folk Economics of the Rearview Mirror. In: A New Century for Natural Resource Management. Washington. DC: Island Press.
Power, T.M., editor. 1995. Economic Well-Being and Environmental Protection in the Pacific Northwest: A Consensus Report by Pacific Northwest Economists. Department of Economics, University of Montana.
Propst, D.B., compiler. 1985. Assessing the Economic Impacts of Recreation and Tourism. Conference and Workshop; 1984 May 14-16; East Lansing, MI. Asheville, NC: U.S. Department of Agriculture, Forest Service, Southeastern Forest Experiment Station. 64 pp.
Rasker, R. 1993. Rural Development, Conservation, and Public Policy in the Greater Yellowstone Ecosystem. Society and Natural Resources. 6: 109-126.
Rasker, R. 1994. A New Look at Old Vistas: The Economic Role of Environmental Quality in Western Public Lands.
Rasker, R. 1995. A New Home on the Range: Economic Realities in the Columbia River Basin. Bozeman, Montana: The Wilderness Society.
Relph, E. 1986. Place and Placelessness. Toronto: University of Toronto Press.
Ridker, R.J., and J.A. Henning. 1967. The Determinants of Residential Property Value with Special Reference to Air Pollution. Review of Economics and Statistics. 44: 246-255.
Riebsame, W., editor. 1997. The Atlas Of The New West. New York: W.W. Norton.
Robison, H.M., McKetta, C.W., and S. Peterson. 1996. A Study of the Effects of Changing Timber Policies on Rural Communities in North-central Idaho. Moscow, Idaho: Center for Business Development and Research, University of Idaho.
Rudzitis, G. 1982. Residential Location Determinants of the Older Population. Department of Geography Research Paper No. 202. Chicago: University of Chicago Press.
Rudzitis, G. 1989. Migration, Places, and Nonmetropolitan Development. Urban Geography. July/August: 396-411.
Rudzitis, G. 1993. Migration, Sense of Place, and the American West. Urban Geography. 14(6): 574-584.
Rudzitis, G. 1996. Wilderness and the Changing American West. New York: John Wiley & Sons.
Rudzitis, G. 1999. Amenities Increasingly Draw People to the Rural West. Rural Development Perspectives. 14(2): 9-13.
Rudzitis, G., and H.E. Johansen. 1989. Amenities, Migration, and Nonmetropolitan Regional Development. Report to the National Science Foundation.
Rudzitis, G. and H.E. Johansen. 1991. How Important Is Wilderness? Results From A United States Survey. Environmental Management. 15(2): 227-233.
Rudzitis, G. and R.A. Streatfeild. 1993. The Importance of Amenities and Attitudes: A Washington Example. Journal of Environmental Systems. 22(3): 269-277.
Rudzitis, G., Hintz, J., and C. Watrous. 1996. Snapshots of a Changing Northwest: Working Paper of Migration. Regional Development and the American West Project, Department of Geography, University of Idaho.
Rudzitis, G. 1998. Towards a Theory of Place in the New American West. Paper presented at National Meetings of the Association of American Geographers, April, 1998, Boston, MA.
Rudzitis, G., and Tolley, G.S. 1998. Towards a Theory of Place and Regional Development. Paper presented at National Meetings of the Regional Science Association; November, 1998, Santa Fe, NM.
Samson, R.J. 1988. Local Friendship Ties and Community Attachment in Mass Society: A Multilevel Systematic Model. American Sociological Review. 53: 766-79.
State of Oregon, Employment Department. 1975, 1995. Covered Employment and Payrolls. Salem, OR.
Stegner, W. 1990. The American West as Living Space. Ann Arbor: University of Michigan.
Stewart, F.J., D. Browder, and J. D. Covault. 1992. Opportunity Cost of Wilderness Designation for Three Roadless Areas Within the Lolo National Forest. General technical report SE. Southeast Forest Experiment Station, U.S. Department of Agriculture, Forest Service, Asheville, NC: 155-160.
Stinner, W.F., Van Loon, M., Chang, S-W, and Y. Byun. 1990. Community Size, Individual Social Position and Community Attachment. Rural Sociology. 55: 494-521.
Tiebout, C.M. 1956. Exports and Regional Economic Growth. Journal of Political Economy. 64: 160-169.
Tolley, G.S. 1974. The Welfare Economics of City Bigness. Journal of Urban Economics. July: 324-345.
Tolley, G.S., and Rudzitis, G. 1999. The Economics of Sense of Place And Its Applicability To the American West. Paper presented at North America Meetings of the Regional Science Association in Montreal, Canada, November.
Tolley, G.S., and Rudzitis, G., and Baden, B. Upublished paper. Regional Economic Theory, Sense of Place, And The New West. Department of Economics, University of Chicago.
Tuan, Y. 1974. Topophilia: A Study Of Environmental Perception: Attitudes, and Values. Englewood Cliffs, NJ: Prentice-Hall.
Tuan, Y. 1997. Space and Place: The Perspective of Experience. Minneapolis: University of Minnesota Press.
Ullman, E.L. 1954. Amenities as a Factor in Regional Growth. Geographical Review. January: 119-132.
von Reichert, C. 1992. Human Capital and Regional Employment Growth. Ph.D. dissertation, University of Idaho, Moscow, Idaho.
von Reichert, C. and G. Rudzitis. 1994. Rent and Wage Effects on the Choice of Amenity Destinations of the Labor and Non-Labor Force. Journal of Regional Science.
von Reichert, C. and G. Rudzitis. 1992. Multinomial Logistic Models Explaining Income Changes of Migrants to High Amenity Counties. Review of Regional Studies. 22(1): 25-42.
Vias, A.C. 1997. An Analysis of Population and Employment Growth in the Rocky Mountain West, 1970-1995. Department of Geography, University of Arizona.
Vias, A.C. 1999. Jobs Follow People in the Rural Rocky Mountain West. Rural Development Perspectives. 14(1): 14-23.
Wardwell, J. L. and Brown, D.L. 1980. Population Redistribution in the United States During the 1970s. In: D.L. Brown and J.M. Wardwell, (editors). New Directions in Urban-Rural Migration. New York: Academic Press: 137-162.
Wardwell, J.M. and C.M. Lyle. 1997. Reasons for Moving to the Inland Northwest and North Central States. In: J.M. Wardwell and J. H. Copp. Population Change in the Rural West, 1975-1990. New York: University Press of America: 139-162.
Wilkinson, C.F. 1992. The Eagle Bird: Mapping a New West. New York: Pantheon Books.
Williams, D.W., M.E. Patterson, J.W. Roggenbuck, and A.E. Watson. 1992. Beyond the Commodity Metaphor: Examining Emotional and Symbolic Attachment to Place. Leisure Sciences. 14: 29-46.
Williams, J.D. 1981. The Nonchanging Determinants of Nonmetropolitan Migration. Rural Sociology. 46(2): 182-202
Williams, J.D., and A.J. Sofranko. 1979. Motivations for the Inmigration Component of Population Turnaround in Nonmetropolitan Areas. Demography. 16(2): 239-255.
Yuan, M. S., and N. A. Christensen. 1992. Wilderness-influenced Economic Impacts on Portal Communities: The Case of Missoula, Montana. General technical report SE. Southeast Forest Experiment Station, U.S. Department of Agriculture, Forest Service, Asheville, N.C: 191-199.

# CANADA LYNX CONSERVATION ASSESSMENT AND STRATEGY

2nd Edition
August 2000

How to cite this publication:

Ruediger, Bill, Jim Claar, Steve Gniadek, Bryon Holt, Lyle Lewis, Steve Mighton, Bob Naney, Gary Patton, Tony Rinaldi, Joel Trick, Anne Vandehey, Fred Wahl, Nancy Warren, Dick Wenger, and Al Williamson. 2000. Canada lynx conservation assessment and strategy. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Missoula, MT.

# CANADA LYNX CONSERVATION ASSESSMENT AND STRATEGY

## LYNX BIOLOGY TEAM

| *Member:* | *Representing:* |
|---|---|
| **Bill Ruediger** | USDA Forest Service (Team Leader) |
| **Jim Claar** | USDA Forest Service, Northern Region |
| **Bob Naney** | USDA Forest Service, Pacific Northwest Region |
| **Fred Wahl** | USDA Forest Service, Rocky Mountain Region |
| **Nancy Warren** | USDA Forest Service, Northern Region |
| **Dick Wenger** | USDA Forest Service, Intermountain Region |
| **Al Williamson/ Steve Mighton/ Tony Rinaldi** | USDA Forest Service, Eastern Region |
| **Lyle Lewis** | USDI Bureau of Land Management |
| **Bryon Holt** | U.S. Fish and Wildlife Service, Pacific Region |
| **Gary Patton** | U.S. Fish and Wildlife Service, Mountain-Prairie Region |
| **Joel Trick** | U.S. Fish and Wildlife Service, Great Lakes - Big Rivers Region |
| **Anne Vandehey** | U.S. Fish and Wildlife Service, Mountain-Prairie Region |
| **Steve Gniadek** | USDI National Park Service |

# LYNX STEERING COMMITTEE

| *Member:* | *Representing:* |
|---|---|
| **Kathy McAllister** | USDA Forest Service (Chair) |
| **Kemper McMaster** | U.S. Fish and Wildlife Service, Mountain-Prairie Region |
| **Phil Laumeyer/ Susan Martin** | U.S. Fish and Wildlife Service, Pacific Region |
| **Cindy Swanson** | USDA Forest Service, Northern Region |
| **Dave Anderson** | USDA Forest Service, Rocky Mountain Region |
| **Bill Burbridge** | USDA Forest Service, Intermountain Region |
| **Bob Devlin** | USDA Forest Service, Pacific Northwest Region |
| **Steve Kessler** | USDA Forest Service, Eastern Region |
| **Dean Knighton** | USDA Forest Service, Rocky Mountain Research Station |
| **Cal McCluskey** | USDI Bureau of Land Management |
| **Mark Morse** | USDI Bureau of Land Management |
| **Ken Elowe** | State of Maine |
| **Mike DonCarlos** | State of Minnesota |
| **Don Childress** | State of Montana |
| **Bob Vaught** | USDA Forest Service, Colville National Forest |
| **DeAnn Zwight** | USDA Forest Service, Rocky Mountain Region |
| **Martin Prather/ Nancy Warren** | USDA Forest Service (Committee Coordinator) |

# ACKNOWLEDGEMENTS

An action plan to prepare this Lynx Conservation Assessment and Strategy was approved by the Regional Foresters of the Forest Service, State Directors of the Bureau of Land Management, and Regional Directors of the Fish and Wildlife Service representing the pertinent geographic areas (memo of June 5, 1998). Overall guidance for implementation of the action plan was provided by an interagency Steering Committee.

The Steering Committee appointed an interagency Lynx Biology Team to prepare the conservation strategy, and a Science Team to assemble the best available scientific information. Two additional teams, the Biological Assessment Team and the Planning Team, were chartered to assess how well current programmatic plans provide for the habitat requirements of lynx, and to determine whether and how the plans might need to be changed. These two teams drew heavily from this document as a basis for their evaluations.

This document received extensive internal and external review. During the course its development, the Lynx Biology Team arranged an independent scientific peer review; solicited review by the Science Team to ensure that their findings were properly and appropriately incorporated; conducted an internal review by agency personnel; and offered a second opportunity for comment by state wildlife management agencies. Forest Service members of the Lynx Biology Team held a two-day briefing of the five Regional Foresters and their resource staff directors. Following the internal review, the Biology Team worked with an interdisciplinary review team to address and incorporate review comments.

Interdisciplinary Review Team members:

| | | |
|---|---|---|
| Julie Richardson | Silviculturist | USDA Forest Service,<br>Colville National Forest |
| Warren Ririe | Range Conservationist | USDA Forest Service,<br>Boise National Forest |
| Ed Ryberg | Recreation Special Uses and<br>Ski Areas Coordinator | USDA Forest Service,<br>Rocky Mountain Region |
| Helen Smith | Fire Ecologist | USDA Forest Service,<br>Rocky Mountain Research Station |
| Paul Stantus | Transportation Engineer | USDA Forest Service,<br>Kootenai National Forest |

We would like to express our thanks to all those who provided us with their insights, information, and many useful suggestions and comments.

We owe special thanks to our facilitator, Ginny Tribe. Her exceptional skills, perceptiveness, and tireless efforts were critical to ensuring careful consideration of all viewpoints and timely completion of this document.

# EXECUTIVE SUMMARY

### *Purpose of this Document*

The Lynx Conservation Assessment and Strategy was developed to provide a consistent and effective approach to conserve Canada lynx on federal lands in the conterminous United States. The USDA Forest Service, USDI Bureau of Land Management, and USDI Fish and Wildlife Service initiated the Lynx Conservation Strategy Action Plan in spring of 1998.

The lynx was proposed for listing as a threatened species under the Endangered Species Act on July 8, 1998 (Federal Register Volume 63, No. 130). The final rule listing the contiguous United States Distinct Population Segment (DPS) was published on March 24, 2000 (Federal Register Volume 65, No. 58). In the final rule, the U.S. Fish and Wildlife Service concluded that the factor threatening the contiguous U.S. DPS of lynx is the inadequacy of existing regulatory mechanisms, specifically the lack of guidance for conservation of lynx in the National Forest Land and Resource Management Plans and the BLM Land Use Plans. This lack of guidance may allow or direct actions that cumulatively adversely affect the lynx.

Under provisions of the Endangered Species Act, federal agencies shall use their authorities to carry out programs for the conservation of listed species, and shall insure that any action authorized, funded, or carried out by the agency is not likely to jeopardize the continued existence of any threatened or endangered species or result in the destruction or adverse modification of critical habitat (16 USC 1536). The conservation measures presented in this document were developed to be used as a tool for conferencing and consultation, as a basis for evaluating the adequacy of current programmatic plans, and for analyzing effects of planned and on-going projects on lynx and lynx habitat.

### *Guiding Principles*

The conservation strategy must provide guidance that retains future options, provides management consistency, offers necessary flexibility, and ultimately will accomplish the objective of conserving the lynx. In the face of a high degree of scientific uncertainty, we relied on five guiding principles:

- *Use the best scientific information available about lynx*. We relied on information from research throughout the range of the species, recognizing that behavior and habitat use may be different in the southern portion of its range. We also incorporated information about the ecology of the primary lynx prey species, snowshoe hare, and an important secondary prey species, red squirrel. Where no information exists, we made assumptions or inferences, based on the collective experience and professional judgment of team members and other scientists.

- *Until more conclusive information concerning lynx management is developed, retain future options.* In some cases, this led us to recommend no increase in certain types of development within lynx habitat, even though the effects of current levels may be unknown. A conservative approach is prudent to avoid irrevocably committing resources that may ultimately prove to be important to the survival and/or conservation of lynx.

- *Integrate a consideration of natural ecological processes and landscape patterns, and explicitly consider multiple spatial scales.* A blending of the ecological process and species-centered approaches is more likely to maintain diversity, species viability, and sustainability.

- *Consider the habitat requirements of other wildlife species, including other forest carnivores.* A management plan that integrates recommendations for a variety of species is more likely to be feasible and to be successfully implemented.

- *Develop a useful, proactive plan to conserve lynx on federal lands.* Although analysis may consider all ownerships to provide context, conservation measures apply only to federal lands.

### *How the Document is Organized*

Part I of the document provides an assessment of lynx status and risk. An overview of lynx ecology is presented first, followed by identification and description of risk factors. Lynx population status, habitat, and relevant risk factors are assessed for four spatial scales: range-wide, each of 5 geographic areas (Cascade Mountains, Northern Rocky Mountains, Southern Rocky Mountains, Great Lakes, and Northeast), planning unit, and home range. The assessment lays the conceptual and scientific foundation for Part II, the conservation strategy.

Part II contains recommended conservation measures that address each of the risk factors. The conservation measures are sorted into programmatic and project level objectives and standards. Additional sections provide guidance for analysis of effects and project conferencing and consultation, inventory and monitoring, and management priorities.

### *Lynx Habitat*

Lynx occur in mesic coniferous forests that have cold, snowy winters and provide a prey base of snowshoe hare (Quinn and Parker 1987, Koehler and Brittell 1990, Koehler 1990, Koehler and Aubry 1994, Mowat et. al. 2000, McKelvey et. al. 2000*b*, Ruggiero et al. 2000*b*). In North America, the distribution of lynx is nearly coincident with that of snowshoe hares (McCord and Cardoza 1982, Bittner and Rongstad 1982). Lynx are uncommon or absent from the wet coastal forests of Canada and Alaska (Mowat et al. 2000).

Both snow conditions and vegetation type are important factors to consider in defining lynx habitat. Across the northern boreal forests of Canada, snow depths are relatively uniform and only moderately deep (100-127 cm or 39-50 inches) (Kelsall et al. 1977). Snow conditions are very cold and dry. In contrast, in the southern portion of the range of the lynx, snow depths generally increase, with deepest snows in the mountains of southern Colorado. Snow in southern lynx habitats also may be subjected to more freezing and thawing than in the taiga (Buskirk et al. 2000*b*). Crusting of snow may reduce the competitive advantage that lynx have in soft snow, with their long legs and low foot loadings (Buskirk et al. 2000*a*).

Vegetation types and elevations that provide lynx habitat include:

- **Northeastern U.S.:** Most lynx occurrences (88%) fell within Mixed Forest-Coniferous Forest-Tundra province; 77% of occurrences were associated with elevations of 250-500 m (820-2,460 ft) (McKelvey et al. 2000*b*). Lynx habitat includes coniferous and mixed coniferous/deciduous

vegetation types dominated by spruce, balsam fir, pine, northern white cedar, hemlock, aspen, and paper birch.

- **Great Lakes states:** Most lynx occurrences (88%) fell within the Mixed Deciduous/Conifer Forest province (McKelvey et al 2000*b*). Lynx habitat includes boreal, coniferous, and mixed coniferous/deciduous vegetation types dominated by pine, balsam fir, black and white spruce, northern white cedar, tamarack, aspen, paper birch, conifer bogs and shrub swamps.
- **Western U.S.:** Most lynx occurrences (83%) were associated with Rocky Mountain Conifer Forest, and most (77%) were within the 1,500-2,000 m (4,920-6,560 ft) elevation zone (McKelvey et al. 2000*b*). There is a gradient in the elevational distribution of lynx habitat from the northern to the southern Rocky Mountains, with lynx habitat occurring at 2,440-3,500 m (8,000-11,500 ft) in the southern Rockies. Primary vegetation that contributes to lynx habitat is lodgepole pine, subalpine fir, and Engelmann spruce (Aubry et al. 2000). In extreme northern Idaho, northeastern Washington, and northwestern Montana, cedar-hemlock habitat types may also be considered primary vegetation. In central Idaho, Douglas-fir on moist sites at higher elevations may also be considered primary vegetation. Secondary vegetation that, when interspersed within subalpine forests, may also contribute to lynx habitat, includes cool, moist Douglas-fir, grand fir, western larch, and aspen forests. Dry forest types (e.g., ponderosa pine, climax lodgepole pine) do not provide lynx habitat.

Landscapes are more heterogeneous in terms of topography, climate, and vegetation in the southern portion of its range, as compared to the northern taiga, (Buskirk et al. 2000*b*). In the southern portion of its range, lynx populations exhibit large home range sizes, high kitten mortality due to starvation, and greater reliance on alternate prey, especially red squirrels, which is similar to characteristics of populations in the taiga during the declining or low phase of the snowshoe hare cycle (Koehler 1990, Apps 2000). This suggests the importance of designing management practices to maintain or enhance habitat for snowshoe hare and alternate prey such as red squirrel.

Snowshoe hares are the primary prey of lynx, comprising 35-97% of the diet throughout the range of the lynx (Koehler and Aubry 1994). Red squirrels have been shown to be an important alternate prey species, especially during snowshoe hare population lows (Koehler 1990, O'Donoughue 1997). Summer food habits of lynx have been poorly defined, but McCord and Cardoza (1982) indicated that the diet might include other species such as mice, squirrels and grouse. Lynx at the southern periphery of the range may prey on a wider diversity of prey because of differences in small mammal communities and lower average hare densities, as compared with northern taiga.

The common component of natal den sites appears to be large woody debris, either down logs or root wads (Koehler 1990, Mowat et al. 2000, Squires and Laurion 2000). These den sites may be located within older regenerating stands (>20 years since disturbance) or in mature conifer or mixed conifer-deciduous (typically spruce/fir or spruce/birch) forests (Koehler 1990, Slough *in press* cited in Mowat et al. 2000). Stand structure appears to be of more importance than forest cover type (Mowat et al. 2000).

### *Risk Factors*

The lynx assessment includes a list of potential risk factors (Table 1). This is a thorough list of programs, practices, and activities that may influence lynx or lynx habitat, and may need to be addressed during conferencing or consultation. The risk factors are limited to those within the authority and jurisdiction of the federal land management agencies.

Risk factors were not ranked by priority of effects to lynx or lynx habitat. Risk factors may interact, and their relative importance may vary in different areas. Lynx population distribution, habitat components,

and risk factors are described for four spatial scales: range-wide; geographic areas (Cascade Mountains, Northern Rocky Mountains, Southern Rocky Mountains, Great Lakes, and Northeast); planning area; and home range.

### *Conservation Measures*

Part II of the document is the conservation measures. These were developed to address each risk factor, in order to conserve the lynx and to avoid or reduce adverse effects from the spectrum of management activities on federal lands.

Plans that incorporate the conservation measures, and projects that implement them, are generally not expected to have adverse effects on lynx, and implementation of these measures across the range of the lynx is expected to lead to conservation of the species. However, because it is impossible to provide standards and guidelines that will address all possible actions, in all locations across the broad range of the lynx, project specific analysis and design also must be completed.

The conservation measures will likely be implemented through two scales of decision-making: programmatic and project planning. Programmatic plans provide broad direction for management activities by establishing goals, objectives, desired future condition statements, standards, guidelines, and land allocations. Project planning implements the broad programmatic direction, by accomplishing procedural requirements and designing activities that tailor substantive management direction to the unique conditions and circumstances of a particular site.

Conservation measures address a variety of programs and activities that occur on federal lands, or are authorized or funded by federal agencies.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 30 of 283

# TABLE OF CONTENTS

**INTRODUCTION** ........ 1
Purpose of this Strategy ........ 1
Interim Nature of this Guidance ........ 1
Single-species vs. Ecosystem Process Approaches ........ 2
Guiding Principles ........ 3
How the Document is Organized ........ 3
How the Document Will Be Updated ........ 4
**OVERVIEW OF LYNX ECOLOGY** ........ 5
Description ........ 5
Lynx Diet ........ 5
Lynx Habitat ........ 5
Density and Home Range Size ........ 8
Lynx and Snowshoe Hare Relationships ........ 9
Lynx and Red Squirrel Relationships ........ 11
Lynx Recruitment ........ 13
Lynx Mortality ........ 13
Lynx Movement and Dispersal ........ 14
Interspecific Relationships with Other Carnivores ........ 16
Behavioral Response to Humans ........ 16
**RISK FACTORS** ........ 17
I. Factors Affecting Lynx Productivity ........ 18
A. Timber Management ........ 18
B. Wildland Fire Management ........ 20
C. Recreation ........ 21
D. Forest/ Backcountry Roads and Trails ........ 26
E. Livestock Grazing ........ 27
F. Other Human Developments ........ 28
II. Factors Affecting Lynx Mortality ........ 29
A. Trapping ........ 29
B. Predator Control ........ 29
C. Incidental or Illegal Shooting ........ 30
D. Competition and Predation as Influenced by Human Activities ........ 30
E. Highways ........ 30
III. Factors Affecting Lynx Movement ........ 32
A. Highways, Railroads and Utility Corridors ........ 32
B. Land Ownership Pattern (federal, state, county, and private) ........ 32
C. Ski Areas and Large Resorts ........ 33
IV. Other Large-Scale Risk Factors ........ 34
A. Fragmentation and Degradation of Lynx Refugia ........ 34
B. Lynx Movement and Dispersal Across Shrub-Steppe Habitats ........ 34
C. Habitat Degradation by Non-native Invasive Plant Species ........ 35
**RANGE-WIDE DESCRIPTION AND RISK FACTORS** ........ 36
Geographic Extent ........ 36
Lynx Population Distribution ........ 36
Lynx Habitat ........ 36
Risk Factors - Rangewide ........ 37
**LYNX GEOGRAPHIC AREAS: DESCRIPTIONS AND RISK FACTORS** ........ 39
Cascade Mountains Geographic Area ........ 39
Geographic Extent ........ 39
Lynx Population Distribution ........ 40
Lynx Habitat ........ 40
Risk Factors Specific to the Cascades ........ 41
Northern Rocky Mountains Geographic Area ........ 43

BLM_0062981

Geographic Extent ... 43
Lynx Population Distribution ... 44
Lynx Habitat ... 45
Risk Factors Specific to the Northern Rockies ... 49
Southern Rocky Mountains Geographic Area ... 51
Lynx Population Distribution ... 51
Lynx Habitat ... 53
Risk Factors Specific to the Southern Rockies ... 58
Great Lakes Geographic Area ... 61
Geographic Extent ... 61
Lynx Population Distribution ... 62
Lynx Habitat ... 62
Risk Factors Specific to the Great Lakes ... 63
Northeast Geographic Area ... 66
Geographic Extent ... 66
Lynx Population Distribution ... 67
Lynx Habitat ... 67
Risk Factors Specific to Northeast ... 68
**PLANNING AREA DESCRIPTION AND RISK FACTORS** ... 70
Geographic Extent ... 70
Lynx Population and Habitat Distribution ... 70
Risk Factors Specific to Planning Areas ... 70
**HOME RANGE DESCRIPTION AND RISK FACTORS** ... 73
Geographic Extent ... 73
Lynx Population Distribution ... 73
Lynx Habitat ... 74
Risk Factors Specific to Home Range ... 74
**CONSERVATION MEASURES** ... 76
Approach to Development of Conservation Measures ... 76
Scales of Analysis ... 77
Conservation Measures Applicable to All Programs and Activities ... 78
I. Conservation Measures to Address Risk Factors Affecting Lynx Productivity ... 79
A. Timber Management in Lynx Habitat ... 79
B. Wildland Fire Management ... 81
C. Recreation Management ... 82
D. Forest/ Backcountry Roads and Trails ... 84
E. Livestock Grazing ... 85
F. Other Human Developments: Oil & Gas Leasing, Mines, Reservoirs, Agriculture ... 86
II. Conservation Measures to Address Mortality Risk Factors ... 86
A. Trapping (legal and non-target) ... 86
B. Predator Control ... 87
C. Shooting ... 87
D. Competition and Predation as Influenced by Human Activities ... 87
E. Highways ... 88
III. Conservation Measures to Address Movement and Dispersal ... 88
A. Highways ... 89
B. Land Ownership ... 90
C. Ski Areas/ Large Resorts and Associated Activities ... 90
IV. Other Large-Scale Factors ... 92
A. Fragmentation and Degradation of Refugia ... 92
B. Lynx Movement and Dispersal Across Shrub-steppe Habitats ... 92
C. Non-native Invasive Plant Species ... 93
**INVENTORY, MONITORING, AND RESEARCH NEEDS** ... 94
Inventory and Monitoring of Lynx Distribution ... 94
Inventory and Monitoring of Lynx Habitat Conditions ... 94
Effectiveness and Validation of Conservation Measures ... 94

Research Needs ..... 94
**ANALYSIS OF CUMULATIVE EFFECTS** ..... 97
**GLOSSARY** ..... 99
**LITERATURE CITED** ..... 106
**Appendix A. List of administrative units involved in conferencing/consultation for lynx.** ..... 119
**Appendix B. List of Species Referenced in the Document.** ..... 121

## LIST OF TABLES AND FIGURES

Table 1. List of lynx risk factors ..... 16

Fig. 1. Broadscale mapping of vegetation where lynx have historically been observed in the conterminous United States ..... 37

*Table of Contents*

Page v

BLM_0062984

# INTRODUCTION

## Purpose of this Strategy

The Lynx Conservation Assessment and Strategy was developed to provide a consistent and effective approach to conserve Canada lynx (*Lynx canadensis*), hereafter referred to as lynx, on federal lands in the conterminous United States. An action plan to prepare a Lynx Conservation Strategy was approved by the Regional Foresters of the Forest Service, State Directors of the Bureau of Land Management, and Regional Directors of the Fish and Wildlife Service representing the pertinent geographic areas (memo of June 5, 1998); the National Park Service assigned a member to the team in June of 1998. The overall goals were to develop recommended lynx conservation measures, provide a basis for reviewing the adequacy of Forest Service and BLM land and resource management plans with regard to lynx conservation, and to facilitate Section 7 conferencing and consultation at the programmatic and project levels.

On July 8, 1998, the U.S. Fish and Wildlife Service published a proposed rule to list the lynx under the Endangered Species Act of 1973, as amended (Federal Register Volume 63, No. 130). The final rule listing the contiguous United States Distinct Population Segment was published on March 24, 2000 (Federal Register Volume 65, No. 58).

The U.S. Fish and Wildlife Service considered the lynx to have been historically resident within 14 states: Maine, New Hampshire, Vermont, New York, Michigan, Wisconsin, Minnesota, Montana, Wyoming, Idaho, Washington, Oregon, Utah, and Colorado. In the listing proposal, the U.S. Fish and Wildlife Service concluded that the population in the United States is threatened by human alteration of forests, low numbers as a result of past overexploitation, expansion of the range of competitors, particularly bobcats (*Lynx rufus*) and coyotes (*Canis latrans*), and increasing levels of human access into lynx habitat. In the final rule, the U.S. Fish and Wildlife Service concluded that the single factor threatening the contiguous U.S. Distinct Population Segment of lynx is the inadequacy of existing regulatory mechanisms, specifically the lack of guidance for conservation of lynx in the National Forest Land and Resource Management Plans and the BLM Land Use Plans. This lack of guidance may allow or direct actions that cumulatively adversely affect the lynx.

Under provisions of the Endangered Species Act, federal agencies shall use their authorities to carry out programs for the conservation of listed species, and shall insure that any action authorized, funded, or carried out by the agency is not likely to jeopardize the continued existence of any threatened or endangered species or result in the destruction or adverse modification of critical habitat (16 USC 1536). The conservation measures presented in this document were developed as a tool for conferencing and consultation, at the programmatic and at the project levels.

## Interim Nature of this Guidance

Most lynx research has been conducted in Alaska and Canada, with very few studies conducted in the southern portions of its range in the contiguous United States (Ruggiero et al. 1994). The majority of this work has focused on demographics and ecology, with little emphasis on management, except for regulating trapping quotas. Currently, managers must rely on research from the taiga of Canada and Alaska, and the small foundation of data collected in southern British Columbia, Montana, and Washington.

Throughout this document, we cited the literature to support management recommendations, where it exists. On many issues, however, no empirical information exists. In these cases, assumptions or inferences were made based on the collective experience and professional judgment of team members, in consultation with other lynx experts. The rationale is documented in these situations.

Concurrent with this effort, a team of scientists prepared an assessment of the scientific basis for lynx conservation (Ruggiero et al. 2000*a*). Findings of the assessment are integrated into this strategy. Results of research currently underway in southern British Columbia, Montana, Wyoming, and elsewhere may lead to further insights for lynx management. This document represents a compilation of the best knowledge available at this time, but will be updated as new information becomes available.

## Single-species vs. Ecosystem Process Approaches

A notion that seems to be gaining support is that single-species management plans are ineffective and may result in conflicting direction for different species. Proponents of this argument typically contend that maintaining ecosystem processes is sufficient as a management strategy.

We do not believe that the two approaches (single-species management and ecological processes) are mutually exclusive. Alone, each approach has significant limitations. The single-species approach may fail to address the needs of other species inhabiting similar habitats, and may not adequately consider ecosystem dynamics (Camp et al. 1997, Simberloff 1998). The ecological process approach may be biased towards more severe and therefore more detectable disturbances, and cannot address modern stresses that have no historical analogue (Hansen et al. 1991). Both approaches are plagued by missing or incomplete information.

Everett and Lehmkuhl (1996) recommend a strategy of seeking to maintain or restore natural ecological processes and patterns, adjusted as needed to accommodate the habitat requirements of species of concern. A blending of the ecological process and species-centered approaches is more likely to maintain diversity, species viability, and sustainability. Furthermore, species-centered environmental analysis can provide a deeper understanding of the factors limiting populations, and the knowledge necessary to correctly establish priorities for restoration efforts (James et al. 1997).

In the Lynx Conservation Assessment and Strategy, we sought to integrate these two approaches. The document contains a description of the historical disturbance processes that molded lynx habitat. Management recommendations were developed based on current understandings of the ecology of the lynx, the ecosystems in which they evolved, and the ways in which humans are using and altering lynx habitat today.

Some reviewers suggested that we address multiple species of wildlife (specifically all mid to large-sized carnivores) in this conservation strategy. This was beyond the scope, time frame, and budget for this project, particularly as many aspects of lynx ecology are quite different from most of the other carnivores. However, members of the team were familiar with current management plans for other carnivore species, and we looked for opportunities to make lynx conservation measures compatible with habitat needs of other carnivores.

## Guiding Principles

Writing a conservation strategy when so little information exists is a daunting task. Irrespective of the limitations of current knowledge, management of lynx habitat will occur on nearly 50 national forests, BLM field offices in 6 states, 7 national parks, and possibly on a few wildlife refuges within the range of the lynx in the lower 48 states. The conservation strategy must provide guidance that retains future options, provides management consistency, offers necessary flexibility, and conserves lynx and lynx habitat.

In the face of a high degree of scientific uncertainty, we relied on five guiding principles in developing this conservation strategy:

- *Use the best scientific information available about lynx.* We relied on information from research throughout the range of the species, recognizing that behavior and habitat use may be different in the southern portion of its range. We also incorporated information about the ecology of the primary lynx prey species, snowshoe hare, and an important secondary prey species, red squirrel. Where no information exists, we made assumptions or inferences, based on the collective experience and professional judgment of team members and other scientists.

- *Until more conclusive information concerning lynx management is developed, retain future options.* In some cases, this led us to recommend no increase in certain types of development within lynx habitat, even though the effects of current levels may be unknown. A conservative approach is prudent to avoid irrevocably committing resources that may ultimately prove to be important to the survival and/or conservation of lynx.

- *Integrate a consideration of natural ecological processes and landscape patterns, and explicitly consider multiple spatial scales.* A blending of the ecological process and species-centered approaches is more likely to maintain diversity, species viability, and sustainability.

- *Consider the habitat requirements of other wildlife species, including other forest carnivores.* A management plan that integrates recommendations for a variety of species is more likely to be feasible and to be successfully implemented.

- *Develop a useful, proactive plan to conserve lynx on federal lands.* Although analysis may consider all ownerships to provide context, conservation measures apply only to federal lands.

## How the Document is Organized

Part I of the document provides an assessment of lynx status and risk. An overview of lynx ecology is presented first, followed by identification and description of risk factors. Lynx population status, habitat, and relevant risk factors are assessed for four spatial scales: range-wide, 5 geographic areas (Cascade Mountains, Northern Rocky Mountains, Southern Rocky Mountains, Great Lakes, and Northeast), planning units, and home range. The assessment lays the conceptual and scientific foundation for Part II, the conservation strategy.

Part II contains recommended conservation measures that address each of the risk factors. The conservation measures are sorted into programmatic and project level objectives and standards. Additional sections provide guidance for analysis of effects and project conferencing and consultation, inventory and monitoring, and management priorities.

## How the Document Will Be Updated

Given the limited information currently available regarding lynx distribution and ecology in the southern portion of its range, this document should be reviewed and adjusted to reflect new information. We propose that an interagency review be conducted periodically, at intervals of no longer than 5-years, across the entire range of the species in the United States south of Canada. Based on this review of new scientific information as well as experience in implementing the conservation measures, this document should be adjusted as appropriate.

# OVERVIEW OF LYNX ECOLOGY

## Description

Canada lynx are medium-sized cats, 75-90 cm long (30-35 inches) and weighing 8-10.5 kg (18-23 pounds) (Quinn and Parker 1987). They have large feet adapted to walking on snow, long legs, tufts on the ears, and black-tipped tails. Their historical range extends from Alaska across much of Canada (except for coastal forests), with southern extensions into parts of the western United States, the Great Lakes states, and New England (McCord and Cardoza 1982).

## Lynx Diet

Snowshoe hares *(Lepus americanus)* are the primary prey of lynx, comprising 35-97% of the diet throughout the range of the lynx (Koehler and Aubry 1994). Other prey species include red squirrel (*Tamiasciurus hudsonicus*), grouse (*Bonasa umbellus*, *Dendragopus* spp., *Lagopus* spp.), flying squirrel (*Glaucomys sabrinus*), ground squirrel (*Spermophilus parryii, S. richardsonii*), porcupine *(Erethrizon dorsatum*), beaver (*Castor canadensis*), mice (*Peromyscus* spp.), voles (*Microtus* spp.), shrews (*Sorex* spp.), fish, and ungulates as carrion or occasionally as prey (Saunders 1963*a,* van Zyll de Jong 1966, Nellis et al. 1972, Brand et al. 1976, Brand and Keith 1979, Koehler 1990, Staples 1995, O'Donoghue et al. 1998).

During the cycle when hares become scarce, the proportion and importance of other prey species, especially red squirrel, increases in the diet (Brand et al. 1976, O'Donoghue et al. 1998, Apps 2000, Mowat et al. 2000). However, Koehler (1990) suggested that a diet of red squirrels alone might not be adequate to ensure lynx reproduction and survival of kittens.

Most research has focused on the winter diet, and diets in the summer are poorly understood throughout the range. Indications are that the summer diet may include a greater diversity of prey species (Quinn and Parker 1987, Koehler and Aubry 1994). Mowat et al. (2000) reported through their review of the literature that summer diets have less snowshoe hare and more alternative prey, possibly because of a greater availability of other species.

There has been little research on lynx diet specific to the southern portion of its range except in Washington (Koehler et al. 1979, Koehler 1990). Southern populations of lynx may prey on a wider diversity of species than northern populations because of lower average hare densities and differences in small mammal communities. In areas characterized by patchy distribution of lynx habitat, lynx may prey opportunistically on other species that occur in adjacent habitats, potentially including white-tailed jackrabbit (*Lepus townsendii*), black-tailed jackrabbit (*Lepus californicus*), sage grouse (*Centrocercus urophasianus*), and Columbian sharp-tailed grouse (*Tympanichus phasianellus*) (Quinn and Parker 1987, Lewis and Wenger 1998).

## Lynx Habitat

McKelvey et al. (2000*b*) summarized locations of documented lynx occurrences in the conterminous United States. Lynx presence has been recorded in states such as North Dakota, South Dakota, Illinois, Nebraska, and Indiana, where typical lynx habitat is not present (Adams 1963, Gunderson 1978). These

occurrences may be explained as animals dispersing southward from Canada following snowshoe hare population crashes (McKelvey et al. 2000*b*). The conservation strategy does not address conservation for lynx in these regions, but rather focuses on areas where habitat could support resident populations and contribute to the long-term conservation of lynx.

There is substantial uncertainty as to the historical distribution and status of lynx in Wisconsin, Michigan, New York, and Vermont (McKelvey et al. 2000*b*). Although suitable habitat appears to exist, local snow conditions may or may not have allowed lynx populations to successfully compete and persist in these areas. National forests within these states were included in the conservation strategy (Appendix A). However, it is recognized that future information may indicate that conservation of lynx within these states is not warranted.

Lynx occur in mesic coniferous forests that have cold, snowy winters and provide a prey base of snowshoe hare (Quinn and Parker 1987, Koehler and Brittell 1990, Koehler 1990, Koehler and Aubry 1994, Mowat et. al. 2000, McKelvey et. al. 2000*b*, Ruggiero et al. 2000*b*). In North America, the distribution of lynx is nearly coincident with that of snowshoe hares (McCord and Cardoza 1982, Bittner and Rongstad 1982). Lynx are uncommon or absent from the wet coastal forests of Canada and Alaska (Mowat et al. 2000).

Both snow conditions and vegetation type are important factors to consider in defining lynx habitat. Across the northern boreal forests of Canada, snow depths are relatively uniform and only moderately deep (total annual snowfall of 100-127 cm or 39-50 inches) (Kelsall et al. 1977). Snow conditions are very cold and dry. In contrast, in the southern portion of the range of the lynx, snow depths generally increase, with deepest snows in the mountains of southern Colorado. Snow in southern lynx habitats may be subjected to more freezing and thawing than in the taiga (Buskirk et al. 2000*b*), although this varies depending on elevation, aspect, and local weather conditions. Crusting or compaction of snow may reduce the competitive advantage that lynx have in soft snow, with their long legs and low foot loadings (Buskirk et al. 2000*a*).

Vegetation types and elevations that provide lynx habitat include:

- **Northeastern U.S.:** Most lynx occurrences (88%) fell within Mixed Forest-Coniferous Forest-Tundra province; 77% of occurrences were associated with elevations of 250-500 m (820-2,460 ft) (McKelvey et al. 2000*b*). Lynx habitat includes coniferous and mixed coniferous/deciduous vegetation types dominated by spruce, balsam fir, pine, northern white cedar, hemlock, aspen, and paper birch.
- **Great Lakes states:** Most lynx occurrences (88%) fell within the Mixed Deciduous/Conifer Forest province (McKelvey et al 2000*b*). Lynx habitat includes boreal, coniferous, and mixed coniferous/deciduous vegetation types dominated by pine, balsam fir, black and white spruce, northern white cedar, tamarack, aspen, paper birch, conifer bogs and shrub swamps.
- **Western U.S.:** Most lynx occurrences (83%) were associated with Rocky Mountain Conifer Forest, and most (77%) were within the 1500-2000 m (4,920-6,560 ft) elevation zone (McKelvey et al 2000*b*). There is a gradient in the elevational distribution of lynx habitat from the northern to the southern Rocky Mountains, with lynx habitat occurring at 2,440-3,500 m (8,000-11,500 ft) in the southern Rockies. Primary vegetation that contributes to lynx habitat is lodgepole pine, subalpine fir, and Engelmann spruce (Aubry et al. 2000). In extreme northern Idaho, northeastern Washington, and northwestern Montana, cedar-hemlock habitat types may also be considered primary vegetation. In central Idaho, Douglas-fir on moist sites at higher elevations may also be considered primary vegetation. Secondary vegetation that, when interspersed within subalpine forests, may also

contribute to lynx habitat, include cool, moist Douglas-fir, grand fir, western larch, and aspen forests. Dry forest types (e.g., ponderosa pine, climax lodgepole pine) do not provide lynx habitat.

Lynx habitat quality is believed to be lower in the southern periphery of its range, because landscapes are more heterogeneous in terms of topography, climate, and vegetation (Buskirk et al. 2000*b*). Population recruitment and home range sizes of lynx in the United States are similar to those reported during the decline or low phase of snowshoe hare cycle at more northern latitudes (Koehler 1990, Apps 2000).

In the United States, lynx inhabit conifer and conifer-hardwood habitats that support their primary prey, snowshoe hares. Disturbance processes that create early successional stages exploited by snowshoe hares include fire, insect infestations, catastrophic wind events, and disease outbreaks (Kilgore and Heinselman 1990, Veblen et al. 1998, Agee 2000). Wind and insects are particularly dominant processes in New England, with fire dominating in the western U.S. (Agee 2000). Both timber harvest and natural disturbance processes can provide foraging habitat for lynx when resulting understory stem densities and structure meet the forage and cover needs of snowshoe hare (Keith and Surrendi 1971, Fox 1978, Conroy et al. 1979, Wolff 1980, Parker et al. 1983, Livaitis et al. 1985, Monthey 1986, Bailey et al. 1986, Koehler 1990 and 1991). These characteristics include a dense, multi-layered understory that maximizes cover and browse at both ground level and at varying snow depths throughout the winter (crown cover within the lower 4.5 m (15 feet) in order to provide cover and food for snowshoe hares to 6 feet high at maximum snow depths).

In the winter, lynx do not appear to hunt in openings, where lack of above-snow cover limits habitat for snowshoe hares (Mowat et al. 2000). Within about 10 to 30 years following disturbance (length of time varies, depending on site productivity, forest type and intensity of disturbance), lynx begin to forage for hares in vegetation that provides a high density of young conifer stems and/or branches that protrude above the snow (Sullivan and Sullivan 1988, Koehler 1990). In northcentral Washington, "high" density of stems and/or branches was quantified as >11,250/ha (>4,500/acre). This habitat is ephemeral, as the tree stems and branches eventually grow out of reach of snowshoe hares and shade out understory saplings and shrubs.

Older forests with a substantial understory of conifers or small patches of shrubs and young trees that provide dense cover that touches the snow in winter, generally also provide good quality lynx foraging habitat (Murray et al. 1994). Such older stands may provide snowshoe hare habitat over a longer time period than stands regenerating following a disturbance, and also support red squirrel populations, an important alternate prey species for lynx (Buskirk et al. 2000*b*).

Landscapes with various age classes, primarily mid to advanced successional stages resulting from burns or clearcuts that support dense understory vegetation, may be more likely to support high snowshoe hare populations (Poole et al. 1996). Recent burns may provide herbaceous summer foods, while older burns provide woody browse during winter for snowshoe hares (Fox 1978). A complex mosaic of age-classes may provide a greater range of available browse as snow depths vary throughout the winter.

Lynx seem to prefer to move through continuous forest, and frequently use ridges, saddles, and riparian areas (Koehler 1990, Staples 1995). Although cover is important to lynx when searching for food (Brand et al. 1976), lynx often hunt along edges (Mowat et al. 2000). Kesterson (1988) and Staples (1995) reported that lynx hunted along the edge of mature stands within a burned forest matrix, and Major (1989) found that lynx hunted along the edge of dense riparian willow stands. Lynx have been observed (via snow tracking) to avoid large openings (Staples 1995), either natural (Koehler 1990) or created (J. Rohrer, pers. comm.), during daily movements within their home range.

The common component of natal den sites appears to be large woody debris, either down logs or root wads (Koehler 1990, Mowat et al. 2000, Squires and Laurion 2000). These den sites may be located within older regenerating stands (>20 years since disturbance) or in mature conifer or mixed conifer-deciduous (typically spruce/fir or spruce/birch) forests (Koehler 1990, Slough *in press* cited in Mowat et al. 2000). Stand structure appears to be of more importance than forest cover type (Mowat et al. 2000).

Information on maternal denning habitat is limited throughout the range of lynx. Large amounts of large coarse woody debris provide escape and thermal cover for kittens. During the first few months of life, kittens are left alone at these sites when the female lynx hunts. Downed logs and overhead cover provide protection of kittens from predators, such as owls, hawks, and other carnivores during this period. This structure must be available throughout the home range, because it is likely that these structures are used when the kittens are old enough to travel but not hunt, similar to bobcat behavior (Bailey 1974).

For denning habitat to be functional, it must be in or adjacent to foraging habitat. At the time of parturition, the hunting range of females is more restricted and her need to feed kittens requires an abundance of prey. Because lynx, like other carnivores, may frequently move their kittens until they are old enough to hunt with their mother, multiple nursery sites are needed that provide overhead cover and protection from predators and the elements.

## Density and Home Range Size

In Alaska and central Canada, lynx population numbers commonly cycle upward and downward, coincident with snowshoe hare population cycles (Keith et al. 1977, Poole 1994, Mowat et al. 2000). Although it had been thought that snowshoe hares did not cycle in the contiguous U.S., recent analyses suggest that southern hare populations do fluctuate, but not at the same amplitudes as described in the north (Hodges 2000*b*). Snowshoe hares occur at lower densities in the southern portion of their range (Koehler and Aubry 1994). Snowshoe hare population densities in the western United States appear to be similar to population lows in the northern taiga (Dolbeer and Clark 1975, Wolff 1980, Koehler 1990, Koehler and Aubry 1994).

Home range sizes of lynx are quite variable. For example, average winter home range sizes of three lynx in Newfoundland were about 18 $km^2$ (7 $mi^2$) in size (Saunders 1963*b*); in Riding Mountain National Park, Manitoba, home ranges for two females with kittens averaged 156 $km^2$ (60 $mi^2$), and the home range of a male was 221 $km^2$ (85 $mi^2$) (Carbyn and Patriquin 1983). In the southwestern Yukon, Ward and Krebs (1985) found a clear trend of increasing home range size as hare densities declined. Mean home range size ($n$=4) corresponding with high hare densities (15 hares/ha or 6 hares/acre) was 13 $km^2$ (5 $mi^2$), while 7 home range sizes at lowest hare densities (<1 hare/ha or <0.4 hares/acre) averaged 39 $km^2$ (15 $mi^2$) in size. In the Northwest Territories, Poole (1994) reported average home range size of about 17 $km^2$ (7 $mi^2$) for 23 male and female lynx in a year of peak hare abundance, increasing to 44 $km^2$ (17 $mi^2$) for 2 males and 62 $km^2$ (24 $mi^2$) for 2 females in the second year of the snowshoe hare decline.

In northcentral Washington, Koehler (1990) reported average home range sizes to be 39 $km^2$ (15 $mi^2$) for 2 females and 69 $km^2$ (27 $mi^2$) for 5 males. Apps (2000) in southern British Columbia found much larger home ranges of 381 and 239 $km^2$ (147 and 92 $mi^2$) for males and females, respectively. In Montana, 4 female home ranges averaged 43 $km^2$ (17 $mi^2$) (Koehler et al. 1979). In Minnesota, 2 female home range sizes were 51 and 122 $km^2$ (20 and 47 $mi^2$) (Mech 1980). Generally, home range sizes at the southern extent of lynx range in boreal and montane forests are larger than those reported from the taiga during

snowshoe hare peaks (Aubry et al. 2000). Based on previous studies, the mean home range sizes of females in southern boreal forests are more than twice as large as female home ranges in the taiga, regardless of hare densities (Aubry et al. 2000).

### Lynx and Snowshoe Hare Relationships

The ranges of snowshoe hare and lynx are nearly coincident across North America (Bittner and Rongstad 1982, McCord and Cardoza 1982). Snowshoe hares provide the primary prey for lynx (Quinn and Parker 1987, Koehler and Aubry 1994, O'Donoghue et al. 1998, Mowat et al. 2000). Recommendations for conservation and management of snowshoe hare and their habitats are a critical component of the lynx conservation strategy.

Based on the Hudson's Bay Company fur trading records, Elton and Nicholson (1942) documented cyclic eight to ten year oscillations of lynx populations, which corresponded with similar fluctuations in snowshoe hare abundance. Since then, studies of lynx in the northern taiga forests have provided further evidence that lynx populations are inextricably linked to the cyclic abundance of snowshoe hares. Lynx density, home range size, dispersal patterns, reproductive parameters, and survival rates are strongly correlated to snowshoe hare abundance (Nellis et al. 1972, Brand and Keith 1979, Ward and Krebs 1985, Breitenmoser and Slough 1993, Poole 1994). Although it is unknown to what extent snowshoe hare populations cycle in the contiguous U.S., recent analyses suggest that southern populations do fluctuate and are not stable as previously believed (Hodges 2000*b*).

Results of several studies of the snowshoe hare population cycle in northern boreal forests were reported in Keith (1990). Overwinter browse estimates during the hare peak and post-peak indicated a shortage of food. Weight losses of hares were significantly negatively correlated with browse availability. Lower rates of reproduction, growth, and survival followed winters of high weight loss. In food manipulation experiments, mean winter weights were lower and overwinter weight losses greater for hares in food scarce treatments. In addition, all major components of reproduction were affected by food scarcity, which led to shorter breeding seasons and a decrease in mean natality in food short treatments. Keith (1990) concluded that food shortage at a regional rather than local scale controls the hare cycle. Krebs et al. (1986) found that food additions may increase hare densities, but did not prevent the decline phase of the cycle. Boonstra et al. (1998) found evidence that risk of predation causes hares to be chronically stressed, which may increase hare vulnerability to predation and/or decrease hare fecundity. This indicates the snowshoe hare population cycle is driven by an interaction between food and predation (Krebs et al. 1995).

Under optimal habitat conditions, snowshoe hares periodically exhibit high rates of population growth (Keith 1990). Snowshoe hares are capable of producing up to 4 litters per year, with 1-4 young per litter (Keith et al. 1966, Cary and Keith 1979). In Alberta, Canada, annual reproductive output varied from 16-18 young/female in the population increase phase, to 7-9 young/female in the low phase of the population cycle (Keith and Windberg 1978, Cary and Keith 1979). In the northern taiga, peak densities commonly are roughly 4-6 per ha (1.6-2.4 per acre), with low densities of 0.1-1 per ha (0.04-0.4 per acre) (Krebs et al. 1995, Slough and Mowat 1996, Hodges 2000*a*). In southern habitat studies in Montana, Utah, Washington, West Virginia and some of the Great Lakes states, peak hare densities of 1-2 per ha (0.4-0.8 per acre) were reported (summarized in Hodges 2000*b*).

Snowshoe hares have small home ranges, of 5-10 ha (12-25 acres) (Dolbeer and Clark 1975, Wolff 1980, Hodges 2000*a*). Snowshoe hares are known to disperse for distances up to 20 km (12 miles), but there is no clear season or age of dispersal (review in Hodges 2000*a*).

Primary forest types that support snowshoe hare are subalpine fir, Engelmann spruce, Douglas-fir, and lodgepole pine in the western U.S., and spruce/fir, pine and deciduous forests in the eastern U.S. (Hodges 2000*b*). Within these types, the understory vegetation and density appears to be the key component (Wolfe et al. 1982, Litvaitis et al. 1985, Sievert and Keith 1985, Fuller and Heisey 1986, Thomas et al. 1997, Sullivan and Sullivan 1988). Hodges (2000*b*) reported that certain successional stages were more important for hare use and this appeared to be correlated with horizontal cover. Livaitis et al. (1985) found hare densities in Maine to be higher in dense conifer vegetation than in hardwood stands, and Fuller and Heisey (1986) found similar results in Minnesota. This likely was due to better thermal properties and predator protection provided by conifers. Wolfe et al. (1982) suggested that, in the Intermountain West, aspen stands with dense understory provide only marginal hare habitat during typical winter snow depths.

Koehler (1990) found lodgepole pine to be an important browse species for hares in northcentral Washington. Thomas et al. (1997) reported winter browse use on a variety of shrubs (serviceberry (*Amelanchier alnifloria*), rose (*Rosa* spp.), *Ceanothus* spp., thimbleberry (*Rubus parviflora*), and huckleberry (*Vaccinium* spp.)) and on lodgepole pine and Douglas-fir; however, their data were collected during winters with low snow accumulation, whereas these shrubs would normally be unavailable under the winter snowpack. Hodges (2000*b*) stated that there is no evidence that food availability limits snowshoe hare populations in the southern part of their range.

Koehler (1990) suggested that snowshoe hares avoid clearcuts and very young stands, and Conroy et al. (1979) found that areas with greater interspersion of habitats may receive greater use by hares. Snowshoe hares prefer areas with dense protective understories composed of edible shrubs and trees (Wolfe et al. 1982). Population densities and overwinter survival are positively correlated with understory density, particularly of conifers that provide winter forage, thermal cover and escape cover (Adams 1959, Pease et al. 1979, Wolff 1980, Litvaitis et al. 1985). Overstory trees do not appear to be necessary, but may have the benefit of reducing snow accumulation (Hodges 2000*b*). Based on preliminary observations in Montana, horizontal cover influences hare abundance, and overstory cover could be an important habitat component (J. Squires, Univ. of Montana, pers. comm. 1999). In the Great Lakes region, conifer bogs and swamps may provide important snowshoe hare habitat.

During summer, snowshoe hares forage on a variety of forbs, grasses, and small shrubs. During the winter, food for snowshoe hares is limited to twigs and stems that are within reach above the snow surface (Pease et al. 1979). Small-diameter twigs (less than 10 mm (0.4 inch) in diameter) are preferred (Wolff 1980) and may be necessary to maintain body weight (Hodges 2000*a*).

Snowshoe hares may use denser conifer cover in winter than in summer (Parker et al. 1983, Litvaitis et al. 1985). In north-central Washington, where hardwood browse was not available, hares fed almost exclusively on lodgepole pine seedlings (Koehler 1990). Litvaitis et al. (1985) suggested that snowshoe hare densities would be greatest in areas having both softwood and hardwood species in the understory. Hares may be more likely to use deciduous forests in the east than in the west, and this again appears to be related to understory cover (Hodges 2000*b*).

Studies reviewed by Hodges (2000*a*) indicate that > 90 percent of hare mortality is a result of predation. In northern boreal forests, major predators of snowshoe hare include lynx, northern goshawk (*Accipiter*

*gentilis*), and great horned owl (*Bubo virginianus*) (Keith et al. 1977, O'Donoghue et al. 1997). Juvenile hares are preyed upon by small raptors, red squirrels, ground squirrels, and weasels (O'Donoghue et al. 1998). In the southern portions of the range of snowshoe hare, a more complex suite of predators that includes bobcat, coyote, red fox (*Vulpes vulpes*), fisher (*Martes pennanti*) and mountain lion (*Puma concolor*), in addition to goshawk and great horned owl, may limit the abundance of snowshoe hare populations (Dolbeer and Clark 1975, Powell 1993, Koehler and Aubry 1994).

Wolff (1980) and Dolbeer and Clark (1975) suggested that discontinuous conifer forests in the southern part of the range of snowshoe hare may not provide adequate habitat for dispersing hares to survive and thus reach the high densities achieved in the northern taiga. It is also possible that predators are able to suppress snowshoe hare populations at the southern edge of their range. The range of snowshoe hares overlaps with other lagomorph species (mountain cottontail (*Sylvilagus nutallii*) and white-tailed jackrabbit) in the western U.S. Although significant competition between these species is not likely, some overlap in habitat use does occur, particularly in or near ecotones.

## Lynx and Red Squirrel Relationships

The most widespread species of tree squirrel in the genus *Tamiasciurus* is the red squirrel (Obbard 1987). Red squirrels range from Alaska, the Yukon Territory, the Northwest Territories and Quebec southward to the Rocky Mountains of New Mexico in the west and, in the east, to the southern Appalachian Mountains of South Carolina (Miller and Kellogg 1955, Hall and Kelson 1959, Peterson 1966, Walker 1968, Banfield 1974, Honacki et al. 1982). Their range is closely associated with the boreal forests of Alaska and northern Canada, and the subalpine, montane coniferous forest of western Canada and the United States, but also extends into the mixed coniferous and hardwood forests of the eastern U.S. and Canada (Peterson 1966, Walker 1968, Rowe 1972, Banfield 1974). The Douglas squirrel (*T. douglasii*), a largely allopatric species, occurs in the Coast and Cascade ranges and the Sierra Nevada of the Pacific Coast from southwestern British Columbia to Southern California (Walker 1968, Honacki et al. 1982).

Red squirrels are commonly preyed upon by a variety of mammalian predators (Obbard 1987). Among the most common are fisher (*Martes pennanti*) (Hamilton and Cook 1955, Brown and Will 1979) and marten (*Martes americana*) (Marshall 1946, Quick 1955, Soutiere 1979). The most common avian predator is northern goshawk (Meng 1959). Great horned owls (Rusch et al. 1972), red-tailed hawks (*Buteo jamaciensis*) (Luttich et al. 1970), broad-winged hawks (*Buteo platypterus*) (Rusch and Reeder 1978), and Cooper's hawks (*Accipiter cooperii*) (Meng 1959) have also been noted to prey upon red squirrels.

Lynx are known to prey on red squirrels. Red squirrel remains occurred in 56 percent (10 of 18) of lynx winter scats from the Northwest Territories (More 1976) and 9 percent (2 of 23) of the summer digestive tract samples from northern Alberta and the Northwest Territories (Van Zyll de Jong 1966). Koehler (1990) reported red squirrels in 24 percent of lynx diets in northcentral Washington. Staples (1995) reported that red squirrels were the second most important food source for lynx during his study in Alaska. O'Donoghue (1997) found red squirrels were the main alternate prey of lynx during periods of hare low abundance. Although a diet of red squirrels alone may not be adequate to ensure lynx reproduction and survival of kittens (Koehler 1990), the species appears to be the most important alternate prey throughout the range of the lynx (Brand et al. 1976, O'Donoghue et al. 1998, Apps 2000). Lynx appear to capture red squirrels opportunistically when hares are abundant, and to actively hunt red squirrels when hares are scarce (O'Donoghue 1997).

Red squirrels are primarily associated with the coniferous forests of northern and western North America, but are also common in eastern forests containing some mature conifers or nut-bearing hardwoods. Red squirrel densities tend to be highest in older, closed-canopy forests with substantial quantities of coarse woody debris, and lower in young stands that lack cone production (Layne 1954, Obbard 1987, Klenner and Krebs 1991). Population densities are highest (250-400/km$^2$ or 96-154 /mi$^2$) in spruce forests, lower (100-200/km$^2$ or 38-77/mi$^2$) in mixed conifers and mixed conifer/hardwoods, and lowest (25-100/km$^2$ or 10-38/mi$^2$) in pines and hardwoods (Obbard 1987). A study in interior British Columbia showed that red squirrel densities and recruitment were significantly higher in young (20-year old) unthinned lodgepole pine stands (stem density 20,000-35,000/ha or 8,000-14,000/acre), as compared with thinned stands (stem density 850-2,300/ha or 350-900/acre) (Sullivan and Moses 1986).

Red squirrels are active year-round throughout their range, and are primarily diurnal (Godin 1977). However, during winter they often switch to a unimodal pattern, becoming most active during the warmer mid-day period (Layne 1954, C. Smith 1968, Pauls 1978). They are seldom active above the snow surface when temperatures fall below -32°C (-25°F) (Pruitt and Lucier 1958, M. Smith 1968) and often become subnivean or subterranean during extremely cold winter periods, especially in the northern portions of their range (Pruitt and Lucier 1958, Zirul 1970).

The basis of the red squirrel's year-round diet is coniferous seeds, but deciduous and coniferous buds are also important components during winter and spring (C. Smith 1968, M. Smith 1968, Kemp and Keith 1970, Reichard 1976, Rusch and Reeder 1978). Newly matured conifer cones are cut and cached to help assure a year-round food supply (C. Smith 1968, 1981, Gurnell 1984). The activity center of each territory is the midden (Larsen and Boutin 1995). Caches often accumulate over several years and provide food during cone crop failures (M. Smith 1968). Large species of fungi are eaten fresh and also cached in the canopy for later consumption (Seton 1910, Klugh 1927, Hatt 1929, Layne 1954). In deciduous forests, red squirrels utilize and cache a large variety of seeds and mast from species such as oaks (*Quercus* spp.), hickory (*Carya* spp.), maple (*Acer* spp.), elm (*Ulmus* spp.), and beech (*Fagus grandifolia*) (Seton 1910, Hatt 1929, Williams 1936, Layne 1954, Kemp and Keith 1970). But, these caches do not normally accumulate from year to year (Hatt 1929). Douglas squirrels rely heavily on coniferous seeds during all seasons, but fungi may constitute over half their diet during fall (McKeever 1964).

In coniferous forests, red squirrels occupy solitary, non-overlapping contiguous territories that are defended from conspecifics of either sex (Gordon 1936, Clarke 1939, Hatt 1945, Kilham 1954, C. Smith 1968). Females only accept males onto their territories during their 1-day estrous cycle (C. Smith 1968, Rusch and Reeder 1978). In deciduous forests, red squirrel home ranges overlap broadly and no exclusive territories are evident (Layne 1954, Yahner 1980). This is thought to reflect a more abundant and diverse food base, which eliminates the dependence on a cached food supply (Kemp and Keith 1970, Rusch and Reeder 1978).

Throughout most of its range, the red squirrel produces one litter per year (Obbard 1987). However, in the southern and eastern portion especially, two litters per year have often been documented (Hamilton 1939, Layne 1954, Wrigley 1969, Lair 1985). Average litters range from about 3 to 5 young (Obbard 1987), depending upon annual variations in food supply (C. Smith 1968, Kemp and Keith 1970, Rusch and Reeder 1978).

Cavities in coniferous trees are relatively uncommon so underground nests and outside tree (leaf) nests are commonly used (Fancy 1980). Where available, spruces (*Picea* spp.) are used as nest trees but other

conifers with a high branch density are also utilized (Hatt 1945, Fancy 1980). In eastern hardwood forests, tree cavities offer preferred nest sites but underground and outside tree nests are also used (Hatt 1929, Hamilton 1939, Layne 1954). Wherever found, tree nests are usually located in contact with the trunk in dense stands with high canopy closure (Rothwell 1979). Dense conifer clumps, especially when associated with snags or fallen logs, provide important shade and protective cover for food caches (Vahle and Patton 1983).

## Lynx Recruitment

Breeding occurs through March and April in the north (Quinn and Parker 1987). Kittens are born in May to June in southcentral Yukon (Slough and Mowat 1996). The male lynx does not help with rearing young (Eisenberg 1986). Slough and Mowat (1996) reported yearling females giving birth during periods when hares were abundant; male lynx may be incapable of breeding during their first year (McCord and Cardoza 1982).

In northern study areas during the low phase of the hare cycle, few if any live kittens are born, and few yearling females conceive (Brand and Keith 1979, Poole 1994, Slough and Mowat 1996). However, Mowat et al. (2000) suggested that in the far north, some lynx recruitment occurs when hares are scarce and this may be important in lynx population maintenance during hare lows. During periods of hare abundance in the northern taiga, litter size of adult females averages 4 to 5 kittens (Mowat et al. 1996).

Koehler (1990) suggested that the low number of kittens produced in northcentral Washington was comparable to northern populations during periods of low snowshoe hare abundance. In his study area, radio-collared females ($n$=2) had litters of 3 and 4 kittens in 1986, and 1 and 1 kitten in 1987 (the actual litter size of one of the females in 1987 was not determined) (Koehler 1990). Of the known-size litters in Washington, only one kitten survived the first winter.

In Montana, Squires and Laurion (2000) reported that one marked female produced two kittens in 1998. In 1999, two of three females produced litters of two kittens each. In Wyoming (Squires and Laurion 2000), one female produced 4 kittens in 1998, but snowtracking indicated that the kittens were not with the female in November and presumed dead. The same female produced 2 kittens in 1999.

## Lynx Mortality

Reported causes of lynx mortality vary between studies. The most commonly reported causes include starvation of kittens (Quinn and Parker 1987, Koehler 1990), and human-caused mortality, mostly fur trapping (Ward and Krebs 1985, Bailey et al. 1986).

In cyclic populations of the northern taiga, significant mortality due to starvation has been demonstrated during the first two years of hare scarcity (Poole 1994, Slough and Mowat 1996). Various studies have shown that, during periods of low snowshoe hare numbers, starvation can account for up to two-thirds of all natural lynx deaths. Trapping mortality may be additive rather than compensatory during the low period of the snowshoe hare cycle (Brand and Keith 1979). Hunger-related stress, which induces dispersal, may increase the exposure of lynx to other forms of mortality such as trapping and highway collisions (Brand and Keith 1979, Carbyn and Patriquin 1983, Ward and Krebs 1985, Bailey et al. 1986).

Paved roads have been a mortality factor in lynx translocation efforts within historical lynx range. In New York, 18 translocated lynx were killed on highways (Brocke et al. 1990). It has been suggested by Brocke et al. (1990) that translocated animals may be more vulnerable to highway mortality than resident

lynx. Two lynx were killed on 2- and 4-lane Colorado highways following their release as part of a reintroduction effort there (G. Byrne CDOW, pers. comm. 1999).

Other than translocated animals, there have been 2 documented occurrences of highway mortality, in Wisconsin (Theil 1987) and Minnesota (Don Carlos, unpubl. report 1997). Twelve resident lynx were documented being killed on highways in Canada and Alaska (Staples 1995, Gibeau and Heur 1996, T. Clevenger pers. comm. 1999, Alexander pers. comm. 1999).

Predation on lynx by mountain lion, coyote, wolverine (*Gulo gulo*), gray wolf (*Canis lupus*), and other lynx has been confirmed (Berrie 1974, Koehler et al. 1979, Poole 1994, Slough and Mowat 1996, O'Donoghue et al. 1997, Apps 2000, Squires and Laurion 2000). Squires and Laurion (2000) reported 2 of 6 mortalities of radio-collared lynx in Montana were due to mountain lion predation. To observe such events is rare, and the significance of predation on lynx populations is unknown.

## Lynx Movement and Dispersal

Daily movement distances vary. Ward and Krebs (1985) documented an increase in daily cruising radius from 2.7 km (1.6 miles) during moderate to high hare densities, to 5.4 km (3.2 miles) during low hare densities (<0.5 hares/ha or <0.2 hares/acre). Parker et al. (1983) reported a female's daily cruising distance as 8.8 km (5.3 mi) in winter and 10 km (6 mi) in summer.

Ongoing studies in Montana, Wyoming and southern British Columbia have documented exploratory movements by resident lynx during the summer months (Apps 2000, Squires and Laurion 2000). Aubry et al. (2000) described this type of movement as long-distance movements beyond identified home range boundaries, but returning to the original home range. Distances of exploratory movements in Montana ranged from about 15 km (9 miles) to 40 km (25 miles), and duration away from the home range was 1 week to several months (Squires and Laurion 2000). This type of movement was not detected during the study in northcentral Washington (Koehler 1990), nor has it been recorded from the taiga (Mowat et al. 2000). Aubry et al. (2000) speculated that these movements might be more likely to occur in areas with high spatial heterogeneity, especially montane systems.

In the taiga, both adult and subadult lynx are known to make long-distance movements during periods of prey scarcity; recorded distances have been up to 1,000 km (600 miles) (Mech 1980, Slough and Mowat 1996, Poole 1997). During dispersal, the minimum daily travel rate was 1.7 to 8.3 km (1-5 miles) per day ($n$=3) (Ward and Krebs 1985), suggesting dispersing lynx do not travel farther per day than resident lynx (Mowat et al. 2000). There have been no successful dispersals (where breeding has been documented after moving to a new location) in the southern part of the range (Aubry et al. 2000). Dispersal distances in southern boreal and montane forests are similar to those from the Canadian taiga.

Many of the lynx habitats in the Rocky Mountains occur as islands of coniferous forest surrounded by shrub-steppe habitats. Movement of lynx between these forested habitats is poorly understood. Lynx have been documented in shrub-steppe habitats adjacent to western boreal forests (within approximately 40 km or 25 miles) during a peak in the jackrabbit population (Lewis and Wenger 1998). It is possible that the occasional availability of abundant alternate prey, such as jackrabbits or Wyoming ground squirrels (*Spermophilus elegans*), may attract lynx into shrub-steppe habitats. It is not known whether these shrub-steppe habitats are important to lynx persistence at the southern edge of their range, or whether they are only used opportunistically (Ruggiero et al. 2000*b*).

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 48 of 283

Periodically, influxes of dispersing lynx have occurred in the northern United States during lows in the snowshoe hare cycle. There is no evidence that immigrating lynx are able to successfully colonize southern areas (McKelvey et al. 2000*b*). Nevertheless, connectivity between habitats in Canada and United States may be necessary for the persistence of some southern lynx populations, which if isolated may be too small to sustain themselves over the long term.

BLM_0062999

## Interspecific Relationships with Other Carnivores

Buskirk et al. (2000*a*) described the two major competition impacts to lynx as exploitation (competition for food) and interference (avoidance). Of several predators examined (birds of prey, coyote, gray wolf, mountain lion, bobcat, and wolverine), coyotes were deemed to most likely pose local or regionally important exploitation impacts to lynx, and coyotes and bobcats were deemed to possibly impart important interference competition effects on lynx. Mountain lions were described as interference competitors, possibly impacting lynx during summer and in areas lacking deep snow in winter, or when high elevation snow packs develop crust in the spring.

As described previously, major predators of snowshoe hare include lynx, northern goshawk, great horned owl, bobcat, coyote, red fox, fisher, and mountain lion. In southern portions of snowshoe hare range, predators may limit hare populations to lower densities than in the taiga (Dolbeer and Clark 1975, Wolff 1980, Koehler and Aubry 1994). Exploitation competition may contribute to lynx starvation and reduced recruitment. During periods of low snowshoe hare numbers, starvation accounted for up to two-thirds of all natural lynx deaths in the Northwest Territories of Canada (Poole 1994).

Parker et al. (1983) discussed anecdotal evidence of competition between bobcats and lynx. On Cape Breton Island, lynx were found to be common over much of the island prior to bobcat colonization. Concurrent with the colonization of the island by bobcats, lynx densities declined and their presence on the island became restricted to the highlands, the one area where bobcats did not become established.

Predation on adult lynx has rarely been observed and recorded in the literature. As described previously, documented predators of lynx include mountain lion, coyote, wolverine, gray wolf, and other lynx. The magnitude or importance of predation on lynx is unknown.

## Behavioral Response to Humans

Staples (1995) described lynx as being generally tolerant of humans. Other anecdotal reports also suggest that lynx are not displaced by human presence, including moderate levels of snowmobile traffic (Mowat et al. 2000, J. Squires pers. comm. 1999, G. Byrne pers. comm. 1999) and ski area activities (Roe et al. 1999).

In a lightly roaded study area in northcentral Washington, logging roads did not appear to affect habitat use by lynx (McKelvey et al. 2000*c*). In contrast, six lynx in the southern Canadian Rocky Mountains crossed highways within their home ranges less than would be expected (Apps 2000). The latter study area contained industrial road networks, twin-tracked railway, and 2 to 4-lane highways with average daily traffic volumes of about 1,000 to 8,000 vehicles per day.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 50 of 283

# RISK FACTORS

The Lynx Biological Team identified potential risk factors (Table 1). These include programs, practices, and activities that may influence lynx or lynx habitat. Our approach was to be inclusive, so that we would not overlook areas that biologists may need to address during conferencing and consultation. However, the risk factors are limited to those within the authority and jurisdiction of the federal land management agencies.

In this section, the risk factors are each defined and thoroughly described. In the next sections of the document, the risk factors that are applicable to each of four spatial scales are identified and briefly discussed. Conservation measures that address the risk factors are presented in Part II of this document.

**Table 1. Lynx Risk Factors.**

I. Factors Affecting Lynx Productivity
- A. Timber Management
- B. Wildland Fire Management
- C. Recreation
- D. Forest / Backcountry Roads and Trails
- E. Livestock Grazing
- F. Other Human Developments (Oil and Gas Leases, Mines, Reservoirs, Agriculture)

II. Factors Affecting Lynx Mortality
- A. Trapping (legal and non-target)
- B. Predator Control
- C. Incidental or Illegal Shooting
- D. Competition and Predation as Influenced by Human Activities
- E. Highways (vehicular collisions)

III. Factors Affecting Lynx Movements
- A. Highways, Railroads and Utility Corridors
- B. Land Ownership Pattern
- C. Ski Areas and Large Resorts

IV. Other Large-Scale Risk Factors
- A. Fragmentation and Degradation of Lynx Refugia
- B. Lynx Movement and Dispersal Across Shrub-Steppe Habitats
- C. Habitat Degradation by Non-native Invasive Plant Species

BLM_0063001

## I. Factors Affecting Lynx Prodnctivity

### *A. Timber Management*

Boreal and montane forests in the lower 48 states have been described by Franklin and Dyrness (1973), Elliot-Fisk (1988), Greller (1988), and Agee (2000). Natural disturbances, including fire, insects, disease and windthrow, are common in these ecosystems (Agee 2000) but tend to occur relatively infrequently. Resulting landscape patterns are generally a large-scale mosaic.

Research on the effects of forest management on lynx is limited (Koehler 1990, Koehler and Brittell 1990). Effects on snowshoe hare habitats vary across the range of the species and are not well understood (Conroy et al. 1979, Sullivan and Sullivan 1988, Koehler 1990, Swayze 1994, Thomas et al. 1997). Effects are even less well understood for red squirrels (Sullivan and Moses 1986).

Forest management practices such as thinning, commercial harvest, road construction, and post harvest treatments all influence habitats for lynx and prey. As described previously, snowshoe hares may reach highest densities in young, dense coniferous or coniferous-deciduous forests, or mature forests with a dense understory of shrubs, aspen, and/or conifers. Red squirrels appear to be most abundant in mature cone-bearing forests. Lynx natal dens, described by Berrie (1974), Kesterson (1988), Koehler (1990), and Slough (*in press* cited in Mowat et al. 2000) are generally located in areas with large quantities of coarse woody debris, such as blowdown, root wads, etc., which may occur in mature forests or in regenerating stands.

Timber harvest is not an exact ecological substitute for natural disturbance processes. For example, timber harvest may result in the following:

- Removal of most standing biomass, especially larger size classes of trees, from the site;
- Smaller, more dispersed patch sizes and concentrated harvest at lower elevations, resulting in a greater degree of habitat fragmentation;
- Selective removal of particular tree species;
- Soil disturbance and compaction by heavy equipment, which may result in increases of exotic plants that can compete with native vegetation;
- Harvest, planting and thinning treatments that may give a competitive advantage to certain tree species;
- Construction of roads that may be used during winter as designated or groomed travel routes for snowmobiles or cross-country skiers.

The objectives of forest management projects in lynx habitat must address maintenance or improvement of vegetation structure for lynx and their prey. Silvicultural prescriptions can be designed to address the needs of lynx, red squirrels, and snowshoe hares. Current practices are now giving greater emphasis to retention of live and dead trees and coarse woody debris, which are important lynx and prey habitat components. For red squirrels, consideration should be given to the landscape pattern (amount and arrangement) of mature coniferous forests, snags, and down logs. Snowshoe hares inhabit both early and later successional forests. Mature and late successional forests may provide more stable habitat for a longer period (Buskirk et al. 2000). Where it is desirable to create additional early successional habitat for snowshoe hares, considerations include harvest unit design (size and shape), selection of highly productive sites that quickly regenerate and provide desirable habitat for lynx prey, choice of fuels treatment practices, retention of adequate amounts of coarse woody debris, and maintenance of high stem densities in regenerated forests (Koehler and Brittell 1990).

Koehler (1990), Koehler and Brittell (1990) and Mowat et al. (2000) suggested that resident lynx may not hunt in large openings within forested habitats, even though they commonly use edges (Mowat et al. 2000). During dispersal, on the other hand, several authors have reported on lynx movement through large areas of non-forest (Murray et al. 1994, Poole et al. 1996).

Mowat et al. (2000) suggested that relatively few snowshoe hares are found in large openings, and thus lynx do not spend much time hunting in open areas, especially in winter. Koehler (1990) speculated that clearcuts, shelterwood cuts, seed tree cuts, and diameter-limit prescriptions that result in distance to cover greater than 100 m (325 feet) may restrict lynx movement and use patterns until forest regeneration occurs.

In the eastern U.S., it generally takes 3 to 12 years after fire or timber harvest for broadleaf species to regenerate to heights sufficient to extend above average winter snow levels and create habitat for snowshoe hare. In the west, it may take approximately 15 to 30 years following forest management practices or fire for conifers and/or brush species to regenerate to heights sufficient to extend above average winter snow levels and create high quality habitat for snowshoe hare (Saunders 1963*a*, Nellis 1971, Parker et al. 1983, Bailey et al. 1986, Quinn and Thompson 1987, Koehler 1990, Koehler and Brittell 1990, Johnson et al. 1995, Poole et al. 1996, Slough and Mowat 1996). The time it takes for the vegetation to develop varies, depending on factors such as site productivity, climatic conditions, and forest type.

*Regeneration*: Even-aged harvest removes or alters stand structure, and temporarily eliminates snowshoe hare forage/cover and lynx cover until the site is regenerated to forest cover. Even-aged harvest generally reduces potential for denning habitat by removing large trees and down logs from the site. Red squirrel habitat is also reduced by the harvest of large trees. Regeneration harvest may be used to create high quality snowshoe hare habitat in the future, especially where natural regeneration would be expected to respond and provide dense young vegetation. Size of the opening, habitat type, distance to cover, landscape location, and expected vegetation response are considerations in evaluating the likely effects on lynx.

Uneven-aged management, such as single tree selection or group selection, results in varying effects to snowshoe hare, red squirrel and lynx, depending on the stems removed, harvest system and post sale treatments. This harvest method can be used to replicate or mimic forest gap dynamics. In drier forests, particularly at the southern edge of lynx range, snowshoe hare abundance may exhibit unimodal distribution, with peaks in old growth forests (Buskirk et al. 2000). Harvest in these stands may therefore have greater effects.

*Salvage:* The type of salvage harvest addressed here is following an event that results in a high proportion of tree mortality, rather than salvage of individual trees. Extensive salvaging following a blowdown of large trees, as happens with many tree species (spruce, pine, fir, hardwoods), could result in loss of denning potential. The same could result from a fire salvage operation, if the larger-sized trees were removed. Salvage sales can be designed to minimize effects on lynx habitat.

*Intermediate Treatments:* Intermediate treatments partially remove the understory or overstory to improve the growth, quality, vigor, and/or species composition of the stand. These treatments may temporarily reduce the cover and forage values for lynx, and reduce winter forage opportunities for snowshoe hare. This reduction in habitat may be due to the harvest of trees, or to mechanical operations that create skid trails or damage understory vegetation. These treatments can also modify vegetation structure that

contributes to red squirrel habitat. The degree of stem removal, along with the site characteristics, will determine whether snowshoe hare habitat is improved or restored by subsequent reinitiation of understory conifers and shrubs. Commercial thinning, for example, may be designed to release conifers in the understory.

Depending on the density of stems remaining following treatment and the size of the treatment area, lynx movement across the landscape may or may not be affected (Koehler 1990). Large patches with low stem densities may be functionally similar to openings, and therefore lynx movement may be disrupted. The reduction of understory shrubs or conifers may reduce cover or food for prey, causing lynx to increase their foraging range. Potential for denning habitat may improve as tree growth increases, coarse woody debris accumulates, and the stand moves towards late successional structure.

*Pre-commercial thinning:* This includes silvicultural treatments designed to increase the growth of certain trees by the removal of competition (trees of the same species or shrubs/trees of other species). Generally, the treatment results in more homogeneous patches by more heavily thinning dense patches while leaving less dense patches intact. Stem density and snowshoe hare density appear to be directly and positively correlated (Conroy et al. 1979, Sullivan and Sullivan 1988, Koehler 1990, Koehler and Brittell 1990, Swayze 1994, Thomas et al. 1997, Hodges 2000*a*, Mowat et al. 2000). Pre-commercial thinning reduces the density of sapling sized conifer trees and understory shrubs, and therefore is likely to be detrimental to snowshoe hare habitat. Examples exist where precommercially thinned vegetation has "filled in" with understory trees and developed into snowshoe hare habitat. It has been suggested this could be a technique to extend the time vegetation provides habitat for hares. However, the duration between time of thinning and regrowth to a height providing winter snowshoe hare habitat has not been documented. Additionally, there are no available data to determine the amount of time habitat is lost for snowshoe hares post-thinning, or the extended period of time the precommercially thinned vegetation provides hare habitat as compared with sites that have not been thinned.

*Debris treatment - pile and burn:* Following timber harvest, the remaining large woody debris on site provides some level of habitat for snowshoe hares and other small mammals, primarily as cover during the summer season. Large logs left on-site could provide cover for lynx movements across openings, if they occur at very high density and live vegetation also is present. Where large-sized woody debris is piled and burned, the opportunity for use is reduced. Retention of unburned debris piles on the landscape may provide habitat for lynx prey.

*Debris treatment - broadcast burn:* Where burning prescriptions are designed to retain large-sized woody debris, habitat for snowshoe hare and lynx will likely not be affected. Broadcast burning likely will stimulate increased regrowth by many herbaceous plants beneficial to snowshoe hares during summer, and provide heat to release seeds of conifers with serotinous cones. Burning may also result in establishment of more tree seedlings per acre (especially lodgepole pine, jack pine, and aspen). Potential for development of denning habitat would be reduced if pockets of heavy debris burn up.

### *B. Wildland Fire Management*

Fire, wind, insects, and disease historically played an important role in maintaining the mosaic of forest successional stages that provide habitat for both snowshoe hare and lynx (Fox 1978, Bailey et al. 1986, Quinn and Thompson 1987, Koehler and Brittell 1990, Poole et al. 1996, Slough and Mowat 1996). For the first few years after a burn, there appears to be a negative correlation between lynx use and the amount of area burned (Fox 1978). This short-term effect is likely due to the reduction of snowshoe hare populations, removal of cover, and possibly also to increased competition from coyotes in open habitats

(Stephenson 1984, Koehler and Brittell 1990). The lag time until the peak of hare population increase is generally about 15 to 30 years (this varies depending on tree species, habitat type and severity of disturbance). Re-sprouting of broadleaf species occurs more quickly, in 3 to 12 years. Hare populations again decrease as the forest canopy develops and shades out the understory. Forest gap processes, such as large blowdowns, insect infestations, and outbreaks of disease, produce similar effects (Agee 2000).

Lynx habitat in the Cascade Mountains was dominated historically by infrequent (70 - 150 years) stand-replacing fire regimes (Agee 2000). In much of the Rocky Mountains, the fire regime was much more variable in lynx habitat, with both frequent (35-100 years) stand-replacing or mixed severity fires, and infrequent (200+ years) stand-replacement fires (Hardy et al. 1998). Great Lakes boreal forests tended to have shorter fire return intervals of 50-150 years. Northeastern boreal forests had very long intervals of up to 500 years (Agee 2000). Disturbance interval and fire severity varied by cover type, with xeric pine types such as lodgepole or jack pine typically experiencing more frequent and more severe fires than mixed conifer types and spruce/fir.

Land management agencies began effective fire suppression with the advent of aircraft support, approximately 60 years ago. Over time, continued fire exclusion alters vegetative mosaics and species composition, and may have reduced the quality and quantity of habitat for snowshoe hares. In jack pine forests of the Great Lakes region, fire exclusion has changed stand composition and successional pathways, possibly permanently (Agee 2000). Effects of fire exclusion on western forests vary. Fire exclusion in areas with a history of infrequent fire returns has probably not had much impact (Habeck 1985, Agee 1993). On the other hand, areas where the fire regime was historically frequent or mixed have generally shifted to more intense fire regimes (Quigley et al. 1996, Morgan et al. 1998). As a result, forest composition and structure have changed in these areas, becoming more homogeneous, composed of more shade-tolerant species with more canopy layers, and being more susceptible to severe fires, insects, and diseases (Quigley et al. 1996).

Salvage logging following wildfires and other disturbances, such as windstorms and insect outbreaks, may negatively affect habitat for lynx and lynx prey if most large-diameter trees are removed. After they fall to the ground, large dead trees are important in providing cover for foraging in the short term and potentially for denning habitat in the longer term, depending on post-fire stand conditions.

### *C. Recreation*

Recreational activities are becoming increasingly more widespread across the landscape, but our understanding of their effects on lynx is rudimentary. Very few studies have investigated the complex interactions between humans and wildlife. Some anecdotal information suggests that lynx are quite tolerant of humans and that a wide variety of behavioral responses to human presence can be expected (Staples 1995, Roe et al. 1999, J. Squires pers. comm. 1999, G. Byrne pers. comm. 1999, Mowat et al. 2000).

The demand for outdoor recreation opportunities by the public has grown rapidly since the revival of the U.S. economy following World War II (Knight and Gutzwiller 1995). Since the mid-1960's, public parks and recreational facilities have reported an annual growth rate in visitation exceeding 10% (Walsh 1986). This is generally attributed to a rise in personal affluence with more available disposable income, more leisure time and paid vacations, and improved transportation systems increasing our mobility (Clawson and Harrington 1991). The rapid growth in outdoor recreation has resulted in conflicts with the goals of natural resource conservation and wilderness preservation in some cases (Nash 1995, 1982).

The concurrent trends of rising public demand and decreasing available places for outdoor recreation implies greater pressure on federal and state-owned lands to support a variety of outdoor recreation activities. Although the United States has a large (300 million ha) public land base to support outdoor recreation, 60 percent of the land and water-based recreation occurs on private lands with restricted access. In 1997, only 23 percent of rural private lands were open for public use without restrictions, a decline of nearly 30 million ha (75 million acres) since 1977 (Cordell et al. 1990). There is a trend toward greater closure and exclusive leasing of private land (Cordell et al. 1993).

Nonconsumptive recreational activities are growing in popularity over the more traditional consumptive recreation uses of hunting and fishing (Duffus and Dearden 1990). Trends indicate that land-based activities occurring within developed recreation sites or near roads had the highest number of people participating. However, there have been vast improvements in bicycle and off-road vehicle technology, as well as a growing popularity in motorized off-road activities. Most increases in recreational activities are attributed to the technological advances allowing more inexperienced people to participate (Knight and Gutzwiller 1995) and to gain access into remote areas (Cordell et al. 1990, Cordell and Bergstrom 1991). Nationwide, ski resort development and downhill skiing are growing at moderate rates (Knight and Gutzwiller 1995). Bicycling, off-road driving and snowmobiling were projected to grow at respective rates of 24%, 4%, and 20% by the year 2000 (Knight and Gutzwiller 1995).

In the western and northeastern United States, biologists have suggested that unique morphological differences between coyotes and lynx should spatially segregate these species by snow conditions (Murray and Boutin 1991, Litvaitis 1992). Lynx and coyotes are generally thought to separate along elevation gradients in the western United States (Buskirk et al. 2000*b*). Murray et al. (1994) suggested that "coyotes were more selective of snow conditions than lynx, probably as a result of their high foot-load (ratio of body mass to foot area) relative to that of hares."

However, lynx and carnivore biologists (Bider 1962, Ozoga and Harger 1966, Murray and Boutin 1991, Koehler and Aubry 1994, Murray et al. 1995, Lewis and Wenger 1998, and Buskirk et al. 2000) have suggested that packed trails created by snowmobiles, cross-country skiers, snowshoe hares, and other predators may serve as travel routes for potential competitors and predators of lynx, especially coyotes. In Oregon, coyote tracks were "common" along wolverine survey routes (C. Lee, USFWS, pers. comm. 1999), suggesting that certain snow conditions permit coyotes to travel into lynx habitat. Buskirk et al. (2000*a*) hypothesize that the usual spatial segregation of lynx and coyotes "may break down where human modifications to the environment increase access by coyotes to deep snow areas. Such modifications include expanded forest openings throughout the range of the lynx in which snow may be drifted, and increased snowmobile use in deep snow areas of the western mountains." Recent advances in snowmobile technology allow snowmobiles to travel through deeper snow and into areas that were not accessible with the older machines. The sport of snowmobile "highmarking" and "hill climbing" are increasing in popularity, encouraging snowmobile travel into more remote areas in search of suitable "play" terrain.

Fuller and Kittredge (1996) noted that the distribution and numbers of coyotes have dramatically expanded in recent decades. Gier (1975) and Nowak (1979) suggested that coyotes are thought to have originated in areas where snow cover was minimal, and it is only within the last century that they have colonized the boreal forests.

Buskirk et al. (2000*a*) hypothesized that coyotes may be locally or regionally important competitors for lynx food resources, possibly exerting interference competition on lynx as well. O'Donoghue et al. (1998) also suggested coyotes exert potentially important exploitation competition on lynx. Predation rates by coyotes on snowshoe hares exceeded those of lynx in the Yukon Territories during hare highs. Coyotes shifted their prey preference from snowshoe hares to carrion because of intolerance to deep snow conditions (Todd et al. 1981). Coyotes have been shown to increase their use of open habitats between November and March due to the increase in packed snow conditions and the load-bearing strength of snow in openings. It is this strong prey- and habitat-switching ability of the coyote that may contribute to its success as a competitor with lynx (Buskirk et al. 2000*a*).

Murray and Boutin (1991) reported that both lynx and coyotes used travel routes with shallow snow, but that coyotes traveled on harder snow more frequently. They also reported that the use of trails in the snow not only reduced the depth to which an animal sinks into the snow, but aided coyotes and lynx in obtaining additional food. Keith et al. (1977) suggested that during peak highs of hares, the density of trails in snow facilitates coyote movement. Murray and Boutin (1991) reported similar results with their study where hare densities were high.

Recreational snowmobile use has expanded dramatically over the past 25 years in the contiguous United States. Knight and Gutzwiller (1995) reported 20 percent growth per year in recreational snowmobile use across the United States. In Maine, more than 19,000 km (11,400 mi) of trails are groomed for snowmobiling. In Idaho, a 1991 survey reported 9,357 km (5,600 mi) of snowmobile trails, which increased to 11,520 km (6,900 mi) as of 1994 (Idaho Department of Parks and Recreation 1997). The 4-year increase in trails reported was due to better reporting as well as new grooming programs within several counties of Idaho. On Hoodoo Pass in Oregon, snowmobile use in1990-91 was reported to be 5-10 snowmobiles per weekend, while a similar report for the years 1995-96 indicated that use levels had grown to 50-60 snowmobiles. The growth of snowmobile use and an expanded trail system over the past 2-3 decades imply an increase in human presence in lynx habitat throughout the United States.

***Developed Recreation***: To date, most investigations of lynx have not shown human presence to influence how lynx use the landscape (Aubry et al. 2000). An exception to this may be activities around a den site that may cause abandonment of the site, possibly affecting kitten survival (Ruggiero et al. 2000). Anecdotal information (Roe et al.1999, J. Squires pers. comm. 1999, G. Byrne pers. comm. 1999) suggests that individual lynx behave differently in response to the presence of humans and their associated activities, depending on the environmental setting where the interaction occurred. Intuitively, we assume that some threshold exists where human disturbance becomes so intense that it precludes use of an area by lynx.

A variety of factors may influence the effects of recreation on lynx. The following list may be helpful in evaluating how an activity might influence lynx.

*1. Type and quality of lynx habitat in which an activity occurs*. For instance, human activity in denning or diurnal security habitats may have a greater effect on lynx than within other habitat components.

*2. Time of year activity occurs.* For example, fall hunting in lynx denning habitat may have far less effect than spring alpine skiing, cross-country skiing, or snowboarding in such habitat. Lynx have been observed utilizing portions of ski areas in Colorado (Thompson and Halfpenny 1989, 1991) and western Canada (Roe et al. 1999) throughout most months of the year. Recreational facilities designed for summer time use, such as developed campgrounds or amphitheaters, most likely have very little effect on lynx.

*3. Time of day activity occurs.* At developed facilities that receive high, concentrated human use (e.g., such as the most developed portions of ski areas or large-resorts), lynx may rest during the day in secure habitats while people use the remainder of the landscape. Lynx could emerge after dark to use the landscape when human activity has ceased or receded to acceptable levels. If extensive recreational activities occur at night in lynx habitat, this may diminish or preclude habitat use by lynx.

*4. Type of Activity.* The type of activity, pattern of human use, associated habitat impacts, and area of influence can affect the suitability of the landscape for lynx. Anecdotal information from western Canada's developed ski areas suggested that lynx used the mid to upper portions of the ski areas, but not the developed base areas or parking facilities (Roe et al. 1999). Many of the lynx observations were of animals crossing ski runs that were generally less than 200 m (650 ft) wide, and where forest cover was provided on both sides of the ski run (Roe et al. 1999).

*5. Pattern of Activity.* Some animals can adapt to predictable human activities. That is, if the activity generally occurs at predictable time periods at the same places or along the same routes, animals may become habituated to the activity. Response of the animal depends on the context within which a human-animal encounter takes place, the behavioral state of the animal, the type of human activity, and the time and location of the recreational activity (Bowles 1995, Gutzwiller 1995, Gabrielson and Smith 1995, Knight and Cole 1995*a*, 1995*b*).

*6. Intensity and Frequency of Activity.* How often the activity occurs and the number of people involved in the activity may influence the way lynx respond and use the surrounding environment. Encounters with a limited number of users might elicit a different behavioral response than frequent encounters with large groups of users.

Recreational activities may exert a variety of influences and effects on lynx and their habitat. Some highly developed and heavily used facilities (e.g., large ski areas and four season resorts) not only have direct effects on the land, but may also facilitate other indirect effects outside of the activity zone. Technological advances in recreational equipment have allowed a broader spectrum of users to access more remote backcountry areas. Sporting events that promote extreme recreational activities (typically outside the usual geographic and temporal constraints of most traditional uses) are on the upswing in popularity within the range of the lynx. The effects of these and other recreational activities on the long-term survival of the species are unknown.

*Ski Areas and Four-Season Resorts* - These can be year-round, highly developed recreational facilities. Most ski areas are located on north-facing slopes, where ample snow conditions provide for longer use periods during the ski season. In the western states, many of these landscapes feature spruce-fir forests. At the southern extent of the range of lynx, these tend to be the best habitat for snowshoe hares and lynx. In winter, alpine and Nordic skiing and snowboarding are the primary uses. Summer activities typically include mountain biking and hiking. Some of the most highly developed ski areas fragment the landscape, leaving only small inter-trail forest islands separating one ski run from the next. Ski runs often are intermixed with other open areas such as open or gladed bowls, rock outcrops or barren tundra ridges.

In the short term, resorts located on these sites may affect lynx denning, foraging, and diurnal security habitats. In the long term, naturally narrow bands of lynx habitat may be changed, possibly reducing the potential for lynx movement within and between home ranges. Medium to large ski areas have residential

development and supporting businesses located at the base area on the flatter terrain. The availability of human refuse (trash and waste foods) may benefit coyotes, potentially affecting competition with lynx.

*Single Season Ski Areas or Resorts* - These recreational facilities are often much less extensive than the larger developed sites. Generally, the forested landscape is much less fragmented, and often the base area development is smaller and more concentrated than is typical of the larger facilities. Therefore, the short and long term impacts are considerably less than those described for 4-season resorts. Depending on the location, these resorts may affect foraging, diurnal security, or denning habitat, or possibly affect habitat connectivity.

*Developed Nordic Ski Huts* - Most backcountry ski hut sites are small and primitive in nature. However, in some areas within the southern range of lynx, these facilities have become highly developed and may require utilities and summer road access. In the short term, these sites probably result in a minor reduction of lynx habitat quality or quantity. They are generally located along designated cross-country ski routes, but have the potential of promoting off-trail travel, creating larger areas of compacted snow conditions that may facilitate access by lynx competitors. The location of these facilities and type of trail systems may play an important factor in how lynx use the landscape.

*Snowmobile Warming Huts* – Snowmobile warming huts can be highly developed facilities where grooming equipment and fuel storage exist, or they can be quite primitive. Snowmobile clubs and general public use is often focused or concentrated around these facilities. Many have developed trail systems that loop around the facility or provide access to other remote areas. Location of these facilities could play a role in encouraging more recreational use off designated snowmobile trails. At sites where this potential exists, there is also the potential of providing access to lynx competitors/predators through additional areas of compacted snow. Generally, these facilities are located close to year-round road access and not often located in more remote areas. Huts located in more remote locations might have the same effects on lynx as those described for Nordic ski huts.

*Developed Campgrounds* - Typically these are single-season summer facilities that might provide limited winter use, and generally supply such amenities as gas, electricity, water, and holding tanks for sewage disposal. These facilities are typically located outside of lynx habitat. When located in lynx habitat, the effects might be the same as those described for developed Nordic ski huts and snowmobile huts. If winter use is promoted at these sites, they may provide access for lynx competitors into areas not normally accessible because of deep snow conditions. Access could be further facilitated through the plowing of roads.

***Dispersed Recreation:*** Dispersed recreational uses and activities, such as snowmobiling, cross-country skiing and snowshoeing, are increasing within higher elevation environments. Advances in snowmobile technology are allowing the public to operate these new machines in deeper snow and rougher terrain than many of the older models. As mentioned earlier, snowmobile use across the United States has increased substantially over the last 20 to 30 years. Agencies, counties, states, and the public have requested or promoted more access into many of the more remote areas.

The number of forest visitors exploring undeveloped backcountry areas is increasing. In winter, dispersed recreation activities may be associated with huts, parking areas (snowmobiling, snowboarding and cross-country skiing), roadside rest areas, and other developed recreational facilities. Most of the opportunities for snowmobiling and backcountry skiing use tend to occur in the higher elevation landscapes where

adequate snow conditions exist. Many remote areas are being visited more frequently because of improved snowmobile technology, availability of hut systems, and increased user trails.

Most traditional dispersed recreational uses occurred during daylight hours. However, nighttime activities and overnight trips are becoming more commonplace, possibly increasing the potential for disturbance at night when lynx had been more secure. Lynx have generally been thought to be nocturnal (active at night) or crepuscular (active at dawn and dusk), but some studies have shown that lynx may be active at all hours (Roe et. al. 1999). Apps (2000) hypothesized that weather may be the factor that determines when lynx are most active.

In contrast to the facilities provided at developed recreation sites, dispersed recreation typically involves very little infrastructure. Trails or roads often provide recreational access either as an intended or unintended consequence. Dispersed recreation activities seldom result in a direct loss of habitat, but are more likely to impart indirect effects (such as increased competition resulting from snow compaction).

*Dispersed Campsites* - These sites can be scattered anywhere across the landscape, but often occur as clusters around scenic (high alpine meadows, lakes, rivers) or geologic (mountains) features. Some sites are seldom used during the winter season. Sites where more use occurs can result in snow compaction spanning large areas, possibly providing lynx competitors with access to search for scarce prey resources.

*Nordic Ski Huts* - In contrast to highly developed Nordic ski huts, these are generally primitive. Backcountry use promoting large areas of snow compaction may occur in the vicinity of these sites. If heavy use occurs in lynx habitat, then lynx competitors may have an avenue to search for scarce prey along snow compacted trails.

### *D. Forest/ Backcountry Roads and Trails*

This section addresses the transportation system on public lands. Highways are described as a separate risk factor.

There is little information available on the effects of roads and trails on lynx or its prey (Apps 2000, McKelvey et al. 2000*d*). Construction of roads may reduce lynx habitat by removing forest cover. On the other hand, in some instances, along less-traveled roads where vegetation provides good snowshoe hare habitat, lynx may use the roadbed for travel and foraging (Koehler and Brittell 1990).

Roads and trails may facilitate snowmobile and other human uses in the winter. As described previously in the recreation section, snow compaction on roads or trails may allow competing carnivores, such as coyotes and mountain lions, access into lynx habitat (Buskirk et al. 2000*a*). In the absence of roads and trails, snow depths and snow conditions normally limit the mobility of these other predators during mid-winter.

Recreational, administrative and commercial uses of forest roads are known to disturb many species of wildlife (Ruediger 1996). However, preliminary information suggests that lynx do not avoid roads (Ruggiero et al. 2000*a*), except at high traffic volumes (Apps 2000). It is possible that summer use of roads and trails through denning habitat may have negative effects, if lynx are forced to move kittens because of associated human disturbance (Ruggiero et al. 2000*b*).

At this time, there is no compelling evidence to suggest management of road density is necessary to conserve lynx. However, new road construction continues to occur in many watersheds within lynx habitat, many of which are already highly roaded, and the effects on lynx are largely unknown. Further research directed at elucidating the effects of road density on lynx is needed.

Lynx may be more vulnerable to human-caused mortality near open roads (Koehler and Aubry 1994). This risk is discussed in a later section (Factors Affecting Lynx Mortality).

### *E. Livestock Grazing*

Grazing by domestic livestock is common in the southern portions of lynx range in the western U.S.

In summer, snowshoe hares eat forbs, grasses, leaves of shrubs, and some woody browse, while the winter diet is restricted to smaller-diameter twigs and some bark of shrubs and trees (Adams 1959, Wolff 1978, Koehler 1990). In Alaska, for example, use of woody browse ranged from a high of 82% in winter, to 56% in spring, and 25% in summer (Wolff 1978). This pattern is similar to those of southern leporids. For example, the diet of black-tailed jackrabbits has been shown to include about 85% shrubs in winter and about 53% herbaceous material in summer (Sparks 1968, Fagerstone et al. 1980, MacCracken and Hansen 1984).

Dodds (1960) found that of 30 woody plant species browsed by moose, snowshoe hares in his study area also browsed 27. Heavy browsing by moose on balsam fir retarded tree growth, thus reducing hare winter cover and browse. Areas with high moose density had little sign of browsing by hares, and areas with the most dense hare populations had a low moose density. However, he suggested that competition most likely occurs in open habitats, rather than in areas with dense canopy cover.

Telfer (1972) found some overlap between browsing of white-tailed deer and snowshoe hare in Novia Scotia and New Brunswick. The vertical distribution of winter browsing by snowshoe hares, between 0.6 and 1.5 m (2-5 feet), was the same as white-tailed deer browsing during the fall and spring (Telfer 1974).

Although there have apparently been no studies of dietary overlap between livestock and snowshoe hares, or response of snowshoe hares to cattle grazing, several such studies have been done for other leporids. Johnson (1979) found the dietary overlap of black-tailed jackrabbits to be 51% with cows and 56% with domestic sheep, and stated that competition could occur, depending on stocking rates. In southeastern Idaho, MacCracken and Hansen (1984) found that leporids compete directly with livestock for forage.

Throughout the Rocky Mountains, grazing has been a factor in the decline or loss of aspen as a seral species in subalpine forests. Young, densely regenerating aspen stands with a well-developed understory provide good quality habitat for snowshoe hares and other potential lynx prey species, such as grouse. During winter, the cover and food value of aspen stands for snowshoe hares decreases markedly in areas with deep snow pack. However, aspen stands that occur in proximity to conifer forest provide important habitat diversity. Grazing should be managed so that it does not inhibit regeneration of aspen clones.

Snowshoe hare densities and overwinter survival appear to be positively correlated with understory density (Adams 1959, Wolff 1980, Litvaitis et al. 1985). Particularly in riparian areas within lynx habitat, large ungulate forage use levels may result in competition for forage resources. Browsing or grazing can

have a direct effect on snowshoe hare habitat if it reduces winter browse. Browsing or grazing may also impact plant communities that connect patches of lynx habitat within a home range.

Domestic livestock and/or wild ungulates may change the structure and/or composition of native plant communities, thus changing their ability to support lynx and their prey. Livestock grazing may have the greatest potential to impact snowshoe hare habitat and populations, thus indirectly affecting lynx, in aspen stands and in high elevation riparian willow communities. In the western United States, high elevation shrub steppe habitats (especially high elevation sagebrush) may also constitute an important component of lynx habitat in areas with naturally fragmented forests. Therefore, within the elevational ranges of forested lynx habitat, livestock grazing should be managed to maintain or achieve mid seral or higher conditions, thereby providing maximum natural cover and prey availability. Those areas that are currently in late seral condition should not be degraded.

### *F. Other Human Developments*

Other human developments that may alter lynx habitat include oil and gas exploration and development, mines, reservoirs, and agriculture. Most of these activities affect lynx habitat by changing or eliminating the native vegetation, and may also contribute to fragmentation. There may be an increased potential for human-caused mortality associated with the developments.

***Leases (Oil & Gas)*** - The administration of mining and mineral leasing laws is primarily the responsibility of the Department of the Interior. Under certain legislation, the consent of the Secretary of Agriculture is required for exploration and development on national forest system lands. The Forest Service is responsible for managing surface use and occupancy on national forests. Decisions are made in two stages: request for leasing permit and permit for application to drill. If a lease is granted, the greatest amount of activity will occur during the exploration phase. During the production phase, human activity is focused on monitoring the wells, although remote monitoring is possible.

Development of wells can impact lynx habitat. However, the greatest impact is likely the development of road access to facilitate exploration and development. Snow compaction resulting from winter travel on roads may allow coyotes to easily move into higher-elevation lynx habitats, increasing competition for prey (Buskirk et al. 2000*a*). Brand and Keith (1979) found that improved access to remote areas from road construction associated with oil and mineral exploration and development, along with the advent of snowmobiles and all-terrain vehicles, greatly enhanced the mobility and efficiency of trappers.

***Minerals (locatable & non-locatable)*** - Mining activity has waned since the turn of the century in much of the U.S. and Canada. Only a fraction of the historic sites operate today; those that continue to operate do so with more stringent environmental protection measures. The coal, phosphate, and oil and gas industries have been relatively stable or continue to grow. Mining may directly impact habitat and can promote recreational activities into certain areas, possibly influencing the distribution of lynx and other predators.

***Reservoirs*** - Dam construction and inundation may directly affect habitat and may interrupt movements by resident lynx. Lynx dispersing after a snowshoe hare population decline in Canada were documented crossing large rivers and possibly portions of a large frozen lake (Poole 1997), but movements and behavior of dispersing and resident lynx differ. The location, size, type, and surrounding land use patterns strongly influence both the short and long term impacts of reservoirs.

***Agriculture*** - Federal lands are normally not converted to agricultural uses, except for livestock pastures and corrals at some administrative sites. Agricultural uses on adjacent privately owned lands could possibly influence lynx habitat on federal lands, by attracting or providing habitat for competing species such as coyotes.

## II. Factors Affecting Lynx Mortality

### *A. Trapping*

Lynx, like most felids, are very vulnerable to trapping and easily overexploited (Mech 1980, Carbyn and Patriquin 1983, Parker et al. 1983, Ward and Krebs 1985, Bailey et al. 1986, Slough and Mowat 1996, Quinn and Thompson 1987). Ward and Krebs (1985) stated that trapping was the single most important mortality factor for lynx in their Yukon study area, where lynx harvest was responsible for seven of eight observed deaths. In another study, 65% of the estimated population was trapped the following winter and all marked lynx were harvested (Parker et al. 1983). Lynx populations may be even more susceptible to overexploitation as a result of expanding or abandoning their home ranges during years of low prey availability (Ward and Krebs 1985). At low population levels, or in situations where reproduction or recruitment are low, trapping mortality can be additive and lead to population declines (Brand and Keith 1979, Poole 1994, Slough and Mowat 1996, Mowat et al. 1996). In northern Canada, quotas, shortened seasons, season closures and/or untrapped refuges are commonly recommended during low periods of the snowshoe hare population cycle, to enhance the capability of lynx to respond as hare numbers rebound (Brand and Keith 1979, Parker et al. 1983, Bailey et al. 1986, Poole 1994, Mowat et al. 1996, Slough and Mowat 1996). Road access may increase the vulnerability of lynx to trappers (Bailey et al. 1986).

Lynx trapping is currently prohibited in all states except Montana and Oregon. In Montana, the lynx trapping season is closed for 1999-2000; however, up to 5 animals could be live-captured for translocations. In Oregon, furbearer harvest is regulated but lynx are not considered a furbearer by statute. Oregon Administrative Rules (OAR) can prohibit the harvest of unprotected mammals, but no OAR for lynx exists, which makes them a legal species for harvest.

Incidental trapping of lynx can occur in areas where regulated trapping for other species, such as wolverine, coyote, fox, and wolf, overlaps with lynx habitats (Mech 1973, Carbyn and Patriquin 1983, Squires and Laurion 2000). In addition, the various Native American Tribes are not subject to state trapping regulations. Tribal regulations vary, but many allow lynx harvest.

### *B. Predator Control*

Predator control activities conducted on federal lands by USDA Wildlife Services (formerly Animal Damage Control) include trapping, shooting, and poisoning of carnivores on domestic livestock allotments, sometimes within occupied and/or suitable lynx habitats. Such actions are directed at specific species or offending animals. Individuals on adjacent private lands may conduct similar efforts. Wildlife Services captured and released a lynx in Idaho in 1991, but there are no other recent reports.

### *C. Incidental or Illegal Shooting*

Lynx could be shot mistakenly by legal hunters or illegally by poachers. The actual magnitude of shooting mortality is unknown, but incidents were reported by Saunders (1963*b*), Mech (1973), Parker et al. (1983), Slough and Mowat (1996), and Lewis and Wenger (1998). Two of the lynx translocated into Colorado in 1999 were shot illegally (Shenk, pers. comm. 1999).

### *D. Competition and Predation as Influenced by Human Activities*

Lynx interact with other carnivores throughout their range. Competition with or predation by coyotes, gray wolves, mountain lions, bobcats, and birds of prey have been inferred or documented throughout the range of the lynx. Some human activities, particularly those related to timber harvest and over-the-snow access routes, have the potential to alter natural relationships between lynx and other predators.

Gray wolves were extirpated from the continental United States, except Minnesota, by 1960 (Thiel and Ream 1995). Much of this effort was carried out through government control programs to protect ungulates and halt the spread of rabies (Paradiso and Nowak 1982). Recently, wolf populations have rebounded in Minnesota, Wisconsin, the Upper Peninsula of Michigan, Montana, and have been reintroduced into central Idaho and the Yellowstone ecosystem.

Coyotes have expanded their range in recent decades (Fuller and Kittredge 1996). Mech (1970) reviewed reports of response of coyotes to wolf eradication. It appeared that coyotes expanded their range and increased in number as wolves were reduced in range and number. Crabtree and Sheldon (1999) also reported that in some areas of the contiguous U.S., wolves are increasing in numbers and distribution, while coyotes are decreasing in response.

Certain timber harvest practices increase edges and openings within forest stands, which may improve foraging conditions for generalist predators such as coyotes, bobcats, and great horned owls. This in turn increases the potential for both exploitation and interference competition with lynx to occur.

As described previously (in the recreation section), snow compaction due to resource management or recreation activities may facilitate movement of coyotes and other potential competitors and predators into lynx habitat, potentially increasing competition for primary lynx prey (Buskirk et al. 2000*a*).

### *E. Highways*

There are few records of lynx being killed on highways, but direct mortality from vehicular collisions may be detrimental to small lynx populations in the lower 48 states. Other than translocated animals, there have been 2 documented occurrences of highway mortality, in Wisconsin (Theil 1987) and Minnesota (Don Carlos, unpubl. report 1997). Twelve resident lynx were documented being killed on highways in Canada and Alaska (Staples 1995, Gibeau and Heur 1996, T. Clevenger pers. comm. 1999, Alexander pers. comm. 1999).

An analysis done by Brocke in 1993 for the USDA Forest Service indicated that the three primary causes leading to extirpation of lynx in the White Mountain National Forest in New Hampshire likely were trapping, loss of habitat, and losses from highway kills. The model used suggested that trapping alone would not have accounted for the loss of lynx in New Hampshire (Brocke et al 1993).

In the Adirondack Mountains of New York, an attempt to reintroduce lynx failed, with 18 of 37 mortalities of translocated lynx attributable to road kills (Brocke et al. 1990). In a recent reintroduction into Colorado, two lynx have been killed on highways (G. Byrne, CDOW, pers. comm. 1999). Translocated animals may be more vulnerable to this form of mortality than resident lynx (Brocke et al. 1990), because they move extensively and are unfamiliar with their surroundings.

In Switzerland, the Eurasian lynx (*Lynx lynx*) population is threatened by the high rate of traffic accidents and illegal shooting that occur (Brietenmoser 1996). Ferreras et al. (1992) studying the Iberian lynx (*Felis pardina*) in southwestern Spain found that road traffic was the second most important cause of mortality. Highway mortality is the primary factor (along with habitat loss) endangering the Florida panther and the ocelot (*Felis pardalis*) (Jenkins 1996). Harris and Gallagher (1989) reported that 65% of known Florida panther kills since 1981 were road kills, while Maehr et al. (1991) calculated road mortality at a slightly more conservative figure of 49% of all documented deaths.

Attempts to mitigate highway losses by signing, reducing speed limits, and public education have had little or no effect on decreasing the losses of large ungulates and carnivores in Banff National Park, Canada, or of the Florida panther. One measure that appears to reduce highway mortality is the construction of wildlife fencing and associated underpasses or overpasses. Lynx use of highway underpasses constructed in Banff National Park has been documented (Heuer 1995). No wildlife underpasses or overpasses have been constructed within the southern portion of lynx range with the objective of facilitating movement of carnivores.

Traffic volumes that affect lynx mortality and dispersal have not been studied. However, recent contacts with biologists doing carnivore research on highways in Canada suggest that highway traffic volumes of 2,000-3,000 vehicles per day are thought to be problematic. Traffic volumes of 4,000 vehicles or more per day are considered to be serious impacts in terms of both mortality and habitat fragmentation (Clevenger and Alexander, pers. comm. 1999). Railroads, especially when paralleling major highways, increase both the mortality risks and habitat fragmentation (Woods and Munro 1996, Gibeau and Heuer 1996).

## III. Factors Affecting Lynx Movement

### *A. Highways, Railroads and Utility Corridors*

Highways can alter landscapes by fragmenting large tracts of land, some of which were previously homogenous habitats. Highways typically follow natural features such as lakes, rivers, and valleys that may have high habitat value for lynx. As the standard of road increases from gravel to 2-lane highways, traffic volumes increase. Lynx and other carnivores may avoid using adjacent habitat or become intimidated by highway traffic and may not cross (Gibeau and Heuer 1996). The degree of impact increases as highways are upgraded from 2-lanes to 4-lanes. Four lane highways, such as the Interstate Highway System, commonly have fences on both sides, service roads, paralleling railroads and impediments like "Jersey Barriers" that make successful crossing more difficult, or impossible. Highways can also directly affect the amount of feeding and denning habitat available to lynx by converting natural forests into road surface, right-of-ways or associated facilities such as maintenance areas or gravel pits.

Movements of radio-collared lynx were studied in the vicinity of a ski access road in Banff National Park. As many as 4,000 vehicles travel this road each day. Fifteen attempted crossings by lynx were recorded on this road, seven of which were aborted crossing attempts (Stevens et al. *in prep*., cited in Gibeau and Heuer 1996).

Utility corridors can have both short and long term impacts to lynx habitats, depending on location, type (e.g., gas pipelines, power lines), vegetation clearing requirements, and maintenance access. The primary effect is to disrupt connectivity of lynx habitat. When located adjacent to highways and railroads, utility corridors can further widen the right-of-way, thus increasing the likelihood of impeding lynx movement. Remote, narrow utility corridors may have little or no effect on lynx, or could even enhance habitat in certain vegetation types and conditions.

### *B. Land Ownership Pattern (federal, state, county, and private)*

Lynx exemplify the need for landscape level ecosystem management. Land and population management must cross international, federal, state, county, and private land boundaries. Coordination within and between agencies and other landowners has often been difficult. In situations where habitat connectivity is needed to maintain adequate populations, private land development may preclude use by lynx, and may interrupt the connectivity of habitat and populations. In these situations, it will be important to provide conservation easements, land exchanges, or purchases to maintain adequate lynx habitat and populations.

Habitat fragmentation also may impede lynx movements. This could have negative effects by isolating lynx and/or prey populations, or by retarding movements to other areas.

Contiguous tracts of land in public ownership (national forests, national parks, wildlife refuges, and BLM lands) provide an opportunity for management that can maintain lynx habitat connectivity. Throughout most of the lynx range in the lower 48 states, connectivity with habitats and source populations in Canada is critical to conservation of populations in the U.S. The size, amount, and spatial distribution of federal land vary considerably from west to east across the United States.

In both the Great Lakes and the Northeast geographic areas, the ability to provide necessary connectivity is made more difficult by current land ownership and land use patterns between tracts of lynx habitat

occurring on National Forests. In both areas, dispersing animals from Canada must traverse significant areas of non-federal lands to access lynx habitat occurring on national forest system lands.

### *C. Ski Areas and Large Resorts*

More than 50 ski areas exist throughout the range of the lynx in the contiguous United States. Even though these sites represent only a small fraction of the habitat available to lynx, their location on north-facing slopes, high seasonal and year-round use, and associated development may make them potentially important movement and dispersal risk factors.

In areas where lynx habitats occur as forested bands along mountainous terrain (e.g., Colorado and Idaho), ski runs and associated facilities may fragment continuous forest cover, or increase naturally fragmented conditions, and may thereby influence the movement of lynx. Increased development and use outside of the developed portion of permitted ski areas may provide access for lynx predators (i.e., coyotes) into deep snow environments where lynx would otherwise have the competitive advantage. Providing winter recreation access to areas outside of permitted boundaries using backcountry gates may preclude lynx from using certain portions of the landscape.

Several studies conducted in western Canada (Apps pers. comm. 1999, Roe et al. 1999) have documented lynx use of the middle to upper portions of ski areas. There is little evidence of lynx using the base area or other highly developed portions of the ski area, especially if forested cover is not present. Many of the ski areas in United States are larger and more developed than those investigated in western Canada. Several areas in the United States are clustered along narrow mountain ranges, such as those in the Tahoe Basin along the Sierra Mountain Range, Southern Rocky Mountains, White Mountains of New Hampshire, and Green Mountains of Vermont. A clustering of large resorts may have greater effects on lynx habitat use and movements than those reported in the western Canadian investigations.

Most highly developed facilities require supply, cleaning and maintenance throughout the operating season, generally outside of normal operating hours. Reports from some ski areas in western Canada indicate that lynx may be tolerant of grooming activities (Roe et al. 1999). However, the Canadian studies did not indicate how lynx might respond to other activities conducted outside normal operating hours. Therefore, consideration of operational guidelines may be especially important when ski areas expand or new ski areas are constructed into previously undisturbed lynx habitat. In areas where lynx habitat occurs in bands along the mountainous terrain (e.g., Colorado and Idaho), ski runs and facilities may dissect the forest, possibly restricting the movement of lynx. As development and use increase, snow compaction may enable other predators, such as coyotes, to gain a competitive advantage during the deep snow season when lynx would otherwise have an advantage.

## IV. Other Large-Scale Risk Factors

### *A. Fragmentation and Degradation of Lynx Refugia*

A common strategy to avoid excessive habitat loss and overexploitation of wildlife populations has been to provide "refugia." Weaver et al. (1996) suggested that large carnivores (grizzly bear (*Ursus arctos*), gray wolf, mountain lion, and wolverine) require some form of refugia. The characteristics, size, and distribution of refugia that are needed will vary depending on the species. In general, refugia are defined as large, contiguous areas encompassing the full array of seasonal habitats, and are connected to each other across landscapes (Weaver et al. 1996).

McKelvey et al. (2000*d*) argued that a system of reserves embedded in a fragmented and non-natural landscape would not be sufficient to sustain lynx populations. Rather, a strategy that encompasses the entire landscape may be necessary.

Refugia have been recommended for lynx to avoid over-harvest by trapping (Ward and Krebs 1985, Bailey et al. 1986). Refugia must be large enough to protect a proportion of the local population (Poole 1994). Although the minimum size is unknown, evidence from Alaska and Manitoba indicate that areas as large as 3,000 $km^2$ (1,170 $mi^2$) may not be large enough for cyclic and heavily exploited populations (Carbyn and Patriquin 1983, Bailey et al. 1986). In north-central Washington, a lynx population of about 25 lynx has persisted in an area of about 1,800 $km^2$ (700 $mi^2$); this area is connected to additional lynx habitat and populations in Canada.

Given its susceptibility to human-caused mortality (e.g., trapping) and relatively specialized foraging strategy, refugia were identified as a possible element in a long-term conservation strategy for the lynx. However, we lacked sufficient time and information to establish mapping criteria and management recommendations for refugia. At a later time, refugia should be identified as part of an overall carnivore strategy. The identification of refugia will undoubtedly require the coordination and cooperation of a variety of landowners, both public and private, and could be addressed in a recovery plan.

### *B. Lynx Movement and Dispersal Across Shrub-Steppe Habitats*

The apparent genetic homogeneity of the lynx throughout its range (Koehler and Aubry 1994) may suggest that genetic interchange has occurred, even in local populations that appear to be geographically isolated. Connectivity between island populations and populations in contiguous habitats is probably important for lynx persistence in many areas (McKelvey et al. 2000*a*).

In the western United States, lynx have been documented to occur in at least 23 mountain ranges that are surrounded by shrub-steppe habitats (Lewis and Wenger 1998). It is highly improbable that any of these mountain ranges have sustainable lynx populations in and of themselves. It is likely, however, that the animals that reside in these mountain ranges are part of a larger metapopulation (McKelvey et al. *2000a)* and that dispersal across shrub-steppe habitats periodically occurs.

Within a lynx home range, inclusions of shrub-steppe habitat also may occur. Resident lynx are known to occasionally make exploratory movements into shrub-steppe habitats (Squires and Laurion 2000). In Idaho, more than 30 lynx were harvested in or immediately adjacent to shrub-steppe habitats during the relatively brief interval of jackrabbit population highs (Lewis and Wenger 1998).

It is possible that the occasional availability of abundant prey, such as jackrabbits, ground squirrels, sage grouse, and Columbian sharp-tailed grouse, could attract lynx into adjoining shrub-steppe habitats and enable lynx to successfully move between these mountain ranges. However, lynx dispersal between island habitats is poorly understood, and it is not known whether or to what extent lynx rely on these alternate prey species while dispersing.

It seems plausible that alteration of habitat could contribute to reduced incidence and success of lynx dispersal across shrub-steppe habitats. Conversion of shrub land to grasslands could be an important factor, because it involves large acreages and removes protective cover offered by shrubs. In the Snake River Birds of Prey National Conservation Area (NCA) in Idaho, studies found successive declines in jackrabbit densities through three population peaks, and concluded this may have been the result of increased cover of grasslands in the NCA from the 1970s until present (MacCracken and Hansen 1982). If the abundance of these species is important for successful dispersal of lynx, their decline could contribute to habitat fragmentation and isolation of lynx populations.

Livestock grazing can reduce forage availability to the point that it limits leporid population density (MacCracken and Hansen 1984). Studies have found black-tailed jackrabbit dietary overlap of 51% with cows and 56% with sheep (Johnson 1979). On the Idaho National Engineering Laboratory, leporids were most abundant on ungrazed sites (MacCracken and Hansen 1984). Similar impacts to sage grouse and Columbian sharp-tailed grouse populations have been recorded, due to reduction of available nesting cover by livestock grazing.

Overgrazing can also contribute to invasion of native grass and shrub communities by non-native plants.

***C. Habitat Degradation by Non-native Invasive Plant Species***

The impact of non-native invasive plants on biodiversity is a major concern in North America. Non-native species threaten two-thirds of all endangered species (Westbrooks 1998). They are considered by some experts to be second only to habitat destruction in the significance of their impact on native biodiversity (Pimm and Gilpin 1989, Randall 1996). Nonnative invasive plants may become established in both disturbed and undisturbed ecosystems, and pose an increasing threat to the integrity of wildland ecosystems. Currently, 2.4 to 2.8 million ha (6-7 million acres) of national forest lands are infested with nonnative invasive plants, and affected areas are increasing at rates of 8 to 12 percent per year (USDA Forest Service 1998). The Bureau of Land Management (BLM) estimated in 1996 that over 3.4 million ha (8.5 million acres) of BLM administered lands had serious nonnative invasive plant problems. They estimated that these invasive plants were spreading at a rate of 930 ha/day (2,300 acres/day), which would more than double the infested area by the year 2000 (USDI Bureau of Land Management 1996).

Although there is no documentation of the magnitude of effects of non-native invasive plant infestations specifically on lynx habitat in the United States, the potential exists for large-scale impacts and alteration of habitat. Weeds such as diffuse and spotted knapweed (*Centaurea diffusa, C. maculosa*), leafy spurge (*Euphorbia* spp.), rush skeletonweed (*Chondrilla juncea*), dalmation toadflax (*Linaria dalmatica*), and Canada thistle (*Cirsium arvense*) have the potential to alter these habitats at both the local and ecosystem scale. Many of these plants are more easily eradicated at infestation levels of a few plants or a few acres. Once established, they spread aggressively and become extremely difficult to control.

# RANGE-WIDE DESCRIPTION AND RISK FACTORS

### *Geographic Extent*

The lynx occurs primarily in the boreal forests of Alaska and Canada, and adjoining areas in the contiguous U.S., extending southward down the mountain ranges in the western U.S. (Koehler and Aubry 1994). Large, contiguous areas of boreal, sub-boreal, and western montane forest appear to be necessary for the persistence of lynx populations. In Appendix A, the national forests, BLM field offices, national parks, and wildlife refuges that should develop or refine maps of known lynx occurrence and potential lynx habitat are identified.

### *Lynx Population Distribution*

McKelvey et al. (2000*b*) reported on the history and distribution of lynx in the contiguous U. S. They compiled verified records of lynx occurrence in the lower 48 United States from 88 museums and private collections with > 10,000 specimens. In total, 345 records from 41 museums or private collections dating between 1842 and 1993 were obtained. The records indicate occurrence in 24 states. Trapping data from states and spatially referenced occurrence data (primary literature, unpublished reports, state survey efforts, museum records and casual observations) were also obtained. Verified records were scarce from most of the New England states. Maine reported a female with kittens in 1998, but there were few records prior to that. Between 1966 and 1998, there were 7 reported kills in the state. The Great Lakes states were much the same, with few verified records in the 19th and 20th centuries. Minnesota has several records of trapped lynx in the 1970s and 1980s. In the western states, Montana and Washington have documented reproducing populations, although there were no verified records west of the Cascades in Washington. In Idaho, there were 35 verified records between 1960 and 1991 and none since 1991. There were nine verified records in Wyoming between 1940 and 1957. Since then there have been two animals, a male and a female, radiocollared in the state. Records from the rest of the western states have been scarce.

### *Lynx Habitat*

Lynx occur in mesic coniferous forests that have cold, snowy winters and provide a prey base of snowshoe hare. Vegetation types and elevations that provide lynx habitat are described as follows.

- **Northeastern U.S.:** Most lynx occurrences (88%) fell within Mixed Forest-Coniferous Forest-Tundra province; 77% of occurrences were associated with elevations of 250-500 m (820-2,460 ft) (McKelvey et al. 2000*b*). Lynx habitat includes coniferous and mixed coniferous/deciduous vegetation types dominated by spruce, balsam fir, pine, northern white cedar, hemlock, aspen, and paper birch.
- **Great Lakes states:** Most lynx occurrences (88%) fell within the Mixed Deciduous/Conifer Forest province (McKelvey et al 2000*b*). Lynx habitat includes boreal, coniferous, and mixed coniferous/deciduous vegetation types dominated by pine, balsam fir, black and white spruce, northern white cedar, tamarack, aspen, paper birch, conifer bogs and shrub swamps.
- **Western U.S.:** Most lynx occurrences (83%) were associated with Rocky Mountain Conifer Forest, and most (77%) were within the 1500-2000 m (4,920-6,560 ft) elevation zone (McKelvey et al 2000*b*). There is a gradient in the elevational distribution of lynx habitat from the northern to the southern Rocky Mountains, with lynx habitat occurring at 2,440-3,500 m (8,000-11,500 ft) in the

southern Rockies. Primary vegetation that contributes to lynx habitat is lodgepole pine, subalpine fir, and Engelmann spruce (Aubry et al. 2000). In extreme northern Idaho, northeastern Washington, and northwestern Montana, cedar-hemlock habitat types may also be considered primary vegetation. In central Idaho, Douglas-fir on moist sites at higher elevations may also be considered primary vegetation. Secondary vegetation that, when interspersed within subalpine forests, may also contribute to lynx habitat, include cool, moist Douglas-fir, grand fir, western larch, and aspen forests. Dry forest types (e.g., ponderosa pine, climax lodgepole pine) do not provide lynx habitat.

Lynx appear to have a preference for gentle terrain when available (Apps 2000, McKelvey et al. 2000*c*). In rugged mountain ranges, lynx often occupy benches, plateaus, valleys, and gently rolling ridgetops (Koehler and Aubry 1994). This, along with the patchiness of prey resources, may explain their patchy distribution in the mountainous areas of the west.

Lynx are known to make long-range movements of 100 to 1,000 km (60 - 600 miles), particularly when dispersing in response to declines in prey populations (Mech 1980, Poole 1997). Shorter-distance movements may occur during periods of prey abundance as well. Maintaining connectivity between northern (Canadian) and southern habitats may be critical to the long-term persistence of lynx populations in the United States (McKelvey et al. 2000*a*).

### *Risk Factors - Rangewide*

<u>Risk Factors Affecting Lynx Productivity</u>
At the southern periphery of its range, low recruitment may be typical of lynx populations because habitat conditions are marginal (Koehler 1990). When prey is scarce, kitten survival is low (Brand and Keith 1979, Carbyn and Patriquin 1983, Bailey et al. 1986).

Some timber management, fire suppression, and grazing practices may temporarily reduce prey populations, leading to low kitten survival. Conversion of native vegetation communities to forest types that are less suitable or unsuitable as lynx habitat may also decrease prey populations. Pre-commercial thinning results in a direct reduction of snowshoe hare habitat, at least in the short term (Sullivan and Sullivan 1988, Mowat et al. 2000, Ruggiero et al. 2000).

Road and trail access and recreational uses that result in snow compaction may allow ingress of coyotes into lynx habitat, thereby increasing competition for limited winter prey resources (Buskirk et al. 2000*a*).

<u>Risk Factors Affecting Mortality</u>
All identified mortality factors apply range-wide. Descriptions of risk factors are further elaborated at the finer scales.

<u>Risk Factors Affecting Movement</u>
Highways and associated development within the right of way may impede movement by lynx. Private land development may impede movement by lynx.

*Geographic Areas*

Fig. 1. Lynx Geographic Areas.

Figure not available at this time.

Page 38

BLM_0063022

# LYNX GEOGRAPHIC AREAS: DESCRIPTIONS AND RISK FACTORS

For purposes of this analysis and development of conservation measures, we identified five lynx geographic areas: Cascade Mountains, Northern Rocky Mountains, Southern Rocky Mountains, Great Lakes, and Northeast (Fig. 1). Lynx geographic areas were not identified to represent distinct lynx populations, or isolated subpopulations, or even currently occupied habitat. Each has uniquely different forest ecosystems and management histories.

## Cascade Mountains Geographic Area

### *Geographic Extent*

Vegetation and landforms in the Cascade Mountains of Washington and Oregon have been described by Daubenmire and Daubenmire (1968), Franklin and Dyrness (1973), Demarchi (1994), McNab and Avers (1994), and Hann et al. (1997), among others. The Cascade Mountains Geographic Area is in the Cascade Mixed Forest - Coniferous Forest - Alpine Meadow province (McNab and Avers 1994). Three sections are described within this province: Oregon and Washington Coast Ranges, Western Cascades, and Eastern Cascades.

The Western Cascades section incorporates all habitats between the crest of the Cascade Mountains and Coast Ranges of Washington and Oregon, except the Puget Trough and Willamette Valley. Two primary landforms were described for this section: ancient slide complexes with deep weathering zones on relatively gentle terrain and steeply dissected debris slides that are associated with thin soils and resistant rock units. Elevations range from sea level to 4,300 m (>14,000 feet), although most of the area is between 600 m (2,000 feet) and 2,150 m (7,000 feet) elevation (McNab and Avers 1994).

Kuchler (1964) described the dominant potential vegetation of the Western Cascades section as silver fir-Douglas-fir forest with the second most dominant vegetation the fir-hemlock forest. Western spruce-fir forests are in the northern most portion of the Section. Pacific silver fir, mountain hemlock and subalpine fir vegetation series dominate the cryic regimes in this section (McNab and Avers 1994).

Primary disturbance regimes effecting vegetation in this section are fire, insects and disease, floods and windthrow (McNab and Avers 1994).

The Eastern Cascades section includes all vegetation types east of the crest of the Cascade Mountains in the Cascade Mountains Geographic Area. Volcanic peaks and glaciation have resulted in relatively steep eastern slopes. Many volcanic peaks are above the surrounding topography, some of which are still active. Volcanic ash originally covered the east slope. Elevations range from sea level to greater than 3,050 m (10,000 feet) (McNab and Avers 1994).

Natural disturbance as a result of fire is highly variable in the Eastern Cascades section. In the lower elevation ponderosa pine-lodgepole pine forests, mixed severity fires were common at 10-15 year intervals. Insect outbreaks in dense, overstocked stands and root rot were also common disturbance agents (McNab and Avers 1994).

### *Lynx Population Distribution*

Museum records (McKelvey et al. 2000*b*) verify the presence of lynx in the Cascade Range of Oregon and Washington during historical times. However, lynx distribution was generally restricted to habitat occurring east of the Cascade Crest in northern Washington (Washington Department of Fish and Wildlife 1993). Current and historical records from the west side of the Cascade Crest in Washington, or in the Cascade Range of Oregon are extremely rare; 12 verified records and 72 total records in Oregon (C. Lee USFWS pers. comm., Washington Department of Wildlife 1993, Koehler and Aubry 1994, McKelvey et al. 2000*b*). Lynx still occur in the north-central Cascades of Washington; Brittell et al. (1989), Koehler (1990), Rohrer (pers. comm.), and Skatrud (pers. comm.) have documented their continued occupancy of this area from 1980 through 1999 through capture and marking or with tracks and photographs.

During the summer of 1998, detection surveys for lynx using hair-snagging techniques and DNA analyses were initiated throughout the range of the northern spotted owl in Washington and Oregon as part of the Survey and Manage component of the Northwest Forest Plan. During the first year of operation, these surveys resulted in lynx detections at 14 different locations across a broad geographic area ranging from northern Washington (9) to central Oregon (5) (Weaver and Amato 1999). These findings contradict our current understanding of lynx distribution and abundance in this region, and species identifications for samples collected have not yet been confirmed. Hair-snagging surveys continued during the summer of 1999, across an expanded area that includes portions of the southern Oregon Cascades. Twelve survey sites (each with 125 sample points) using the national protocol method (McKelvey et al. 1999) and 16 blocks (16 square miles) each with 14 sample sites, using the Weaver method (Weaver and Amato 1999) were monitored in the Cascades; lynx were detected only on the Okanogan National Forest, in north central Washington. Sampling will continue in 2000 and 2001.

### *Lynx Habitat*

Agee (2000) described western boreal forests as generally uniform in tree species composition: Engelmann spruce, subalpine fir, and lodgepole pine. In the Cascade Range, subalpine fir forests are the primary vegetation that may contribute to lynx habitat (McCord and Cardoza 1982, Koehler 1990, Apps 2000, Aubry et al. 2000a, McKelvey et al. 2000b). Lodgepole pine is frequently present as a seral species in this forest association. Cool, moist Douglas-fir, grand fir, Pacific Silver fir, or western larch forests, where they are interspersed with subalpine fir forests, constitute secondary vegetation that may also contribute to lynx habitat.

Aubry et al. (2000*a*), Mowat et al. (2000) and McKelvey et al. (2000*b*) reported lynx to be absent or uncommon in wet, coastal forests of western North America. Habitat descriptions for the west side of the Cascade Range should include consideration of vegetation (both species and structure), snow, and topographic conditions that appear to provide suitable conditions for lynx and snowshoe hare.

Koehler and Aubry (1994) described lynx habitat as generally in areas of low topographic relief. Apps (2000) found selection for slope was significant among 3 of 6 radio-telemetered lynx in the southern Canadian Rocky Mountains. Of those 3 animals, 2 selected and 1 avoided slopes <20 percent during the summer, and slopes >40 percent were avoided by all three during winter. Slopes west of the Cascade crest generally are steeper than those east of the crest, especially in subalpine habitats used by lynx, suggesting lower habitat potential on the west side (Henderson et al. 1992).

The elevations of lynx habitats vary, depending on moisture patterns and temperatures. On the east side of the Cascade Mountains, subalpine fir plant associations are generally present above 1,220 m (4,000 feet) (Williams and Lillybridge 1983, Lillybridge et al. 1995). These vegetation types generally occur in areas with heavy winter snowfalls.

### *Risk Factors Specific to the Cascades*

Risk Factors Affecting Lynx Productivity

Some timber management actions and fire suppression may influence habitat in a way that results in reduced prey populations, leading to low kitten survival. Practices that alter tree species distribution and abundance, especially in lodgepole pine communities, may be detrimental to lynx. Pre-commercial thinning reduces habitat quality for snowshoe hare and lynx, at least in the short term (Ruggiero et al. 2000*b*).

Road and trail access and recreational use that results in snow compaction can allow ingress of coyotes into lynx habitat, and increased competition (Buskirk et al. 2000*a*).

Risk Factors Affecting Mortality

Lynx trapping is currently not legal in Washington. In Oregon, lynx are not considered a furbearer, therefore are not covered by regulations for furbearers and can be legally taken. Trapping seasons exist for other carnivores such as bobcat and coyote, but most trapping for these species occurs outside the habitat of lynx.

In this geographic area, while the status of the bobcat population is currently unknown, the population of coyotes is thought to have increased. Historically, coyotes were extremely rare in the Cascades of Oregon and Washington. Coyote harvests in Washington increased from an average 362/year in the mid-1960's to an average of 16,250/year in the mid-1980's. The increase in the coyote population is thought to be coincident with the extirpation of wolves from Washington around 1930 (Buskirk et al. 2000*a*). Dispersing wolves occasionally occur in this area but pack activity has not been documented. Also, while there are no specific population data, it is thought that the mountain lion population has increased as well.

USDA Wildlife Services conducts predator control actions associated with livestock allotments, primarily targeted for coyotes, bobcats and mountain lion, on some forests in Washington and Oregon. No lynx have been reported taken during predator control activities recently. The effect of these practices on lynx in the Cascade Mountains is unknown.

One accidental lynx shooting occurred in October 1999 in the Washington Cascades. A lynx was shot by a licensed hunter, who mistook it for a bobcat (Harriet Allen, WDFW pers. comm. 1999). Prior to that incident, no illegal or accidental lynx shootings were reported in this geographic area within the last decade.

Highways may pose a threat of vehicular collision, although the risk appears to be minor.

Risk Factors Affecting Movement

A two-lane highway, a four-lane interstate highway, dams, a railroad, and associated human developments likely preclude movements between the Oregon and Washington Cascades. Historically, lynx may have moved across this area by crossing the Columbia River.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 75 of 283

*Cascade Mountains Geographic Area*

Four-lane highways such as I-90 may impede lynx movements within the Washington Cascades. Paved two-lane highways also have been shown to impede lynx movements in some areas (Apps 2000).

Page 42

BLM_0063026

## Northern Rocky Mountains Geographic Area

### *Geographic Extent*

The Northern Rocky Mountains Geographic Area encompasses northern, central, and southeastern Idaho, western Montana on both sides of the Continental Divide, northeastern and southeastern Washington, northeastern Oregon, northeastern Utah, and western Wyoming. Landforms, climate, and vegetation across this large area are complex and highly variable.

Within the current post-glacial period, climate in this area has been relatively stable for the past 1,700 to 2,000 years (Mack et al. 1983). Across the Northern Rocky Mountains Geographic Area, there are strong north-south and east-west gradients in climate. The northwestern portions have a cool temperate, maritime-influenced climate, while the eastern and southern portions have a cold continental climate (McNab and Avers 1994). As a result, vegetation varies from moist, dense conifer forests, to less productive forests with greater interspersion of grasslands and shrub lands. Koehler and Aubry (1994) suggest that there is a general pattern of decreasing habitat suitability for lynx with decreasing latitude in the Rocky Mountains.

The Northern Rocky Mountains Geographic Area intersects three ecological Provinces (McNab and Avers 1994, Bailey 1998). The following describes the characteristics of each Section within these Provinces.

*Northern Rocky Mountain Province*

- *Okanogan Highlands Section (M333A)*: This Section includes northeastern Washington and southern Canada. Major rivers include the Columbia and Pend Oreille Rivers. Climate is maritime-influenced, with a strong east-west precipitation gradient. Elevations range from 420 - 2,225 m (1,375 - 7,300 feet).
- *Flathead Valley Section (M333B)*: This Section includes northern Idaho and northwestern Montana, and adjoining areas in southern Canada. Major rivers include the Yaak and Kootenai Rivers. Climate is cool temperate with some maritime influence. Elevations range from 610 - 2,135 m (2,000 - 7,000 feet).
- *Northern Rockies Section (M333C)*: This Section includes northwestern Montana, and adjoining areas in southern Canada. Major rivers include the North, Middle and South Forks of the Flathead River. Climate is cool temperate with minor maritime influence, and elevations range from 915 - 2,900 m (3,000 - 9,500 feet).
- *Bitterroot Section (M333D)*: This Section lies in northern Idaho and northwestern Montana, south of the Flathead Valley Section. Major rivers are the lower Clark Fork and North Fork of the Clearwater. Climate is maritime influenced, cool, moist temperate. Elevations range from 365 - 2,135 m (1,200 - 7,000 feet).

*Middle Rocky Mountain Province*

- *Idaho Batholith Section (M332A):* This Section falls within central Idaho. Major rivers include the Salmon, Selway, and Payette Rivers. Climate is maritime influenced, cool temperate. Elevations range from 915 - 3,050 m (3,000 - 10,000 feet).
- *Bitterroot Valley Section (M332B):* This Section falls within western Montana. Major rivers include the Bitterroot and upper Clark Fork Rivers. Climate is cool temperate with some maritime influence. Elevations range from 760 - 2,440 m (2,500 - 8,000 feet), with peaks up to 3,050 m (10,000 feet).

- *Rocky Mountain Front Section (M332C):* This Section is located in Montana, east of the Continental Divide. Major rivers include the Two Medicine and Sun Rivers. Climate is cold continental, with severe chinook winds and dramatic winter temperature fluctuations common. Elevations range from 1,680 - 2,600 m (5,500 - 8,500 feet).
- *Belt Mountains Section (M332D):* This Section encompasses the Belt formation in Montana east of the Continental Divide. Major rivers include the Missouri and Smith Rivers. Climate is cold continental, with strong winds and winter temperature extremes common. Elevations range from 1,220 - 2,590 m (4,000 - 8,500 feet).
- *Beaverhead Mountains Section (M332E):* This Section encompasses southwestern Montana and portions of central Idaho. Major rivers include the Beaverhead, Lemhi, and Ruby Rivers. Climate is cold, dry continental. Elevations range from 1,220 - 3,600 m (4,000 - 12,000 feet) in the mountains.
- *Challis Volcanic Section (M332F):* This Section encompasses portions of central Idaho east of the Beaverhead Mountain Section. Major rivers include the Salmon, Wood, and Big Lost Rivers. Climate is cold continental, with mountains to the west producing a rain shadow effect. Elevations range from 1,220 - 3,600 m (4,000 - 11,800 feet).
- *Blue Mountains Section (M332G):* a wide plateau and moderately dissected mountains characterize This Section. A major feature near the eastern edge is the Snake River Canyon. Elevations range from 1,220 - 2,290 m (4,000 - 7,500 feet) in the mountainous portion.

*Southern Rocky Mountain Province* [Note that Southern Parks and Mountain Ranges (M331F), South-Central Highlands (M331G), North Central Highlands (M331H), and Northern Parks and Ranges (M331I) are not in this lynx geographic area.]

- *Yellowstone Highlands Section (M331A):* a wide plateau and moderately dissected mountains characterize This Section. Major rivers include the Yellowstone and Gallatin Rivers. Climate is cold, moist continental. Elevations range from 1,830 - 3,960 m (6,000 - 13,000 feet) in the mountains.
- *Bighorn Mountains Section (M331B):* a wide plateau and moderately dissected mountains characterize This Section. Major rivers include the Tongue, Shell, and Tensleep Rivers. Climate is cold continental with cold, dry winters. Elevations range from 1,220 - 3,960 m (4,000 - 13,000 feet).
- *Overthrust Mountain Section (M331D):* This Section lies within western Wyoming, southeastern Idaho, and north-central Utah. Rivers flow into the Great Basin or Snake River drainage, with a small area drained by the Colorado River. Climate is cold continental. Elevations range from 1,525 - 3,960 m (5,000 - 13,000 feet), with the Teton Range being the highest in this Section.
- *Uinta Mountains Section (M331E):* This Section lies within northeastern Utah and the southwest corner of Wyoming. Precipitation ranges from 200 - 890 mm (8 to 35 inches) annually. Elevations range from 1,830 - 3,960 m (6,000 - 13,000 feet).
- *Wind River Mountains Section (M331J):* This Section is located in western Wyoming. Climate is continental, with precipitation ranging from 375 - 2,550 mm (15 - 100 inches) annually. Elevations range from 1,830 - 3,960 m (6,000 - 13,000 feet).

### *Lynx Population Distribution*

Montana: Lynx have been documented, historically and currently, throughout the Rocky Mountains of Montana, from the Canadian border through the Yellowstone area. Lynx presence has also been verified in the Big Belt, Little Belt and Crazy Mountains (Butts 1992, D. Godtel, USDA Forest Service, pers. comm. 1999). Trapping records indicate past lynx occupancy in the Big Snowy and Little Snowy Mountains and the Highwood Mountains (D. Godtel, pers. comm. 1999). Further survey or verification of current lynx presence should be done in the isolated mountain ranges, including the Big Snowy and Judith Mountains. There were restricted trapping seasons for lynx in Montana from 1991-1999 (quota of

one each on the east and west sides of the Continental Divide annually). Lynx trapping is closed in Montana for the 1999-2000 season; however, up to 5 animals may be live-captured for translocation.

Idaho: Lynx presence has been well documented, historically and currently, throughout the Panhandle of Idaho. In 1998, a survey for lynx using hair-snagging techniques and DNA analyses was conducted in the Priest Lake, Bonners Ferry, and Sandpoint areas of northern Idaho. Lynx hair was collected at 5 separate locations across the survey area (Weaver 1999). Interviews of Idaho residents documented additional records of lynx in the Salmon, Upper Snake, and Bear River watersheds as well (Lewis and Wenger 1998). Other areas in Idaho that have consistent historical records over time include the Stanley Basin, the Henry's Lake/Island Park area, the Lemhi Range, and the upper Bear River watershed. The lynx is considered a species of special concern by the state of Idaho.

Wyoming: Lynx presence has been documented historically and currently in western Wyoming from the Yellowstone area through the Wyoming Range and Wind River Range, and in the Bighorn Mountains (McKelvey et al. 2000*b*). Recent reproduction has been documented in the Wyoming Range (Squires and Laurion 2000). [Note that the Medicine Bow Mountains are discussed in the Southern Rocky Mountains Geographic Area.] The lynx is considered a species of special concern by the state of Wyoming.

Northeastern Washington: Lynx occurrence, currently and historically, has been well documented in Washington, with the two primary areas being the Cascade Mountains and the northeastern corner of the state (McKelvey et al. 2000*b*). The lynx is considered threatened by the state of Washington.

Northeastern Oregon and Southeastern Washington: Lynx have been documented in the Blue Mountains and Wallowa Mountains (Butts 1992), but there are relatively few records of lynx in Oregon (McKelvey et al. 2000*b*). About half of the verified records are from the northeastern corner of Oregon. This area may be important in providing connectivity between Idaho and the Cascade Mountains Geographic Area, although the Snake River and Hells Canyon likely would impede lynx movements. The species is officially considered threatened by the state of Washington, and an infrequent and casual visitor by the state of Oregon.

Utah: There are records of lynx occurrence in the Uinta Range (Butts 1992, Lewis and Wenger 1998). A few records also exist from the Wasatch Range and the Manti La Sal (Laura Romin, pers. comm. 1999). However, it is unlikely that the La Sal or Abajo Mountains ever supported a resident lynx population, given the scarcity of records and the absence of snowshoe hares (memo from Janette Kaiser dated March 17, 1999). The last verified records of lynx from Utah were in 1977 for physical remains and 1982 for tracks (McKelvey et al. 2000*b*). The lynx has been protected from harvest since 1974, and is listed as a sensitive species by the state of Utah.

Nevada: The Jarbidge Mountains in Nevada, an isolated range just south of the Idaho border, may contain potential lynx habitat, but extensive surveys to determine lynx occurrence have not been conducted. Only 2 historical records exist from Nevada.

***Lynx Habitat***

Historical and current lynx records from this geographic area occur primarily in the Douglas-fir forest, spruce-fir forest, and fir-hemlock forest Potential Natural Vegetation types (Kuchler 1964, Pfister et al. 1977, Steele et al. 1981, Johnson and Simon 1987, Williams et al. 1995). A gradient in the elevation distribution of lynx habitat is apparent across the Northern Rocky Mountains Geographic Area. In the

higher latitudes of northern Idaho and northwestern Montana west of the divide, lynx habitat generally occurs above 1,220 m (4,000 feet) (Koehler and Brittell 1990). Plant associations that may provide lynx habitat are found above 1,525 m (5,000 feet) in elevation in eastern Oregon (Johnson and Clausnitzer 1992), and above 1,980 m (6,500 feet) in Wyoming (Koehler 1990).

Fire has been a dominant influence historically in the northern Rocky Mountains (Gruell 1983, Barrett et al. 1997). Stand-replacing fires maintained a landscape mosaic that provided ideal snowshoe hare and lynx habitat (Koehler 1990). Non-lethal fires, avalanches, insects, and pathogens have also been important agents of disturbance, creating more structural diversity at a smaller scale.

Fire regimes in the Northern Rocky Mountains are extremely complex, reflecting great variation in climate, topography, vegetation, and productivity (Kilgore and Heinselman 1990). In general, the dominant regime in lynx habitat in pre-settlement times was long-interval (40-200 years), high severity, stand-replacing fire in continuous forests of lodgepole pine, spruce, and subalpine fir, often with smaller acreages subjected to non-lethal, low-severity fires in the intervals between stand-replacing fires (Fischer and Bradley 1987, Losensky 1993, Smith and Fischer 1997).

Aspen community types occur as scattered inclusions throughout all conifer habitat types, especially in central and southeastern Idaho, southern Montana, Utah, and Wyoming. Though common and widely distributed, aspen forests occupy a very small percentage of the total forested area. However, they do provide important habitat diversity and thus may contribute to the quality of lynx foraging habitat. Aspen/tall forb community types, especially those that include snowberry (*Symphoricarpos alba*), serviceberry, and chokecherry (*Prunus virginiana*) shrub understories, are very productive in terms of lynx prey. These communities are most prevalent in southeastern Idaho where they may provide good snowshoe hare habitat, especially where adequate aspen regeneration is occurring.

In areas that are naturally fragmented, high elevation shrub steppe habitats (especially high elevation sagebrush) that occur within the elevation ranges of forested lynx habitat may constitute an important component of lynx habitat.

Because the Northern Rocky Mountain Geographic Area encompasses a large and diverse region, the following presents descriptions of vegetation and elevation conditions that provide lynx habitat by state.

<u>Montana:</u> Lynx research has been conducted in the South Fork of the Flathead (Section M333C), Cabinet Mountains (Section M333D) and Garnet Mountains (Section M332B), and Seeley-Swan valley (Section M332B) (Koehler et al. 1979, Brainerd 1985, Smith 1984, Squires and Laurion 2000). In addition, research that may be applicable to Montana is in progress in southern British Columbia and Alberta (Apps 2000).

Most locations of two radio-collared lynx in the Bob Marshall Wilderness Area, South Fork of the Flathead River, were in dense lodgepole pine stands that resulted from a 1910 burn (Koehler et al. 1979). Within the burned area, 23 lynx locations were in lodgepole pine stands and 3 were in stands dominated by subalpine fir and Engelmann spruce. The remaining 3 locations were in mature Douglas-fir/western larch stringers along stream bottoms that escaped the 1910 burn. Snowshoe hares were also found to be most abundant in densely stocked stands of lodgepole pine, and ground tracking indicated that lynx activity was concentrated within areas of high hare activity.

In the Cabinet Mountain study area, 2 lynx were studied in the west fork of Fishtrap Creek, which has moderate, rolling topography in the lower reaches and steep alpine ridges in the headwaters (Brainerd 1985). Seven lynx were marked in the Garnet Range study areas. The Garnet Range is characterized by relatively moderate, rolling topography, with gentle to moderate slopes dissected by steep limestone canyons, mostly covered by coniferous forests. Habitat use by 5 lynx in these study areas was described as occurring in subalpine fir forest associations (Smith 1984).

The Seeley-Swan study area ranges in elevation from about 1,200 - 2,100 m (3,900 - 6,900 feet). Most lynx radiolocations have been in the mid elevation range of 1,300 - 1,800 m (4,260 - 5,900 feet), with a few locations up to 2,100 m (6,900 feet). Lynx generally occur in moist subalpine fir habitat types, above the dry ponderosa pine and Douglas-fir habitat types, and below the alpine zone (J. Squires, pers. comm. 1999).

Within the study area in southern British Columbia and Alberta, elevations range from 1,200 - 3,000 m (3,900 - 9,800 feet). Most lynx established home ranges at mid elevations between 1,550 - 1,850 m (5,050 - 6,070 feet), and with moderate to gentle slopes (<40%) (Apps 2000). Mid elevations in the study area are dominated by spruce-fir forests, with lodgepole pine as a seral species.

In summary, primary vegetation that may provide lynx habitat in Montana west of the Continental Divide is subalpine fir forest associations [habitat types], generally between 1,220 - 2,150 m (4,000 - 7,000 feet). Cover types may be mixed species composition (subalpine fir, lodgepole pine, Douglas-fir, grand fir, western larch, and hardwoods) as well as pure lodgepole pine stands (J. Squires, pers. comm. 1999). Moist Douglas-fir and moist grand fir habitat types, where they are intermixed with subalpine fir habitat types, constitute secondary vegetation that may provide habitat for lynx. In extreme northwestern Montana (Kootenai National Forest), primary vegetation may include cedar-hemlock habitat types intermixed with subalpine fir habitat types that receive heavy snow accumulation, but not moist Douglas-fir habitat types.

On the east side of the Continental Divide, elevation ranges of subalpine forests are higher, roughly between 1,650 - 2,400 m (5,500 - 8,000 feet). Subalpine fir forests are the primary vegetation, and intermixed Engelmann spruce and moist Douglas-fir habitat types where lodgepole pine is a major seral species are secondary vegetation that may contribute to lynx habitat.

<u>Idaho:</u> In general, lynx habitat in Idaho is the same as described for western Montana.

In northern Idaho, including the Priest Lake, Kootenai, Pend Oreille, Coeur d'Alene, and St. Joe Subbasins, western redcedar (*Thuja plicata*) and western hemlock (*Tsuga heterophylla*) habitat types support relatively high densities of snowshoe hares, and lynx appear to make regular use of these areas as documented by both historical and current lynx sightings. The western redcedar and western hemlock communities within this region are boreal in nature, with long winter periods and deep snowpack. These communities are highly productive habitats for both snowshoe hare and lynx at either end of the successional spectrum (T. Layser, pers. comm. 1999). In the Priest Lake Subbasin, and portions of the Kootenai and Pend Oreille Subbasins, western redcedar, hemlock, and moist grand fir habitat types are included as lynx habitat, generally down to 1,070 m (3,500 feet) but in some areas extending down to 914 m (3,000 feet). In the Coeur d'Alene and St. Joe Subbasins, cedar/hemlock habitat types generally above 1,220 m (4,000 feet) are considered lynx habitat only when in association with subalpine fir and spruce habitat types.

The subalpine fir series occurs at upper elevations throughout most of central Idaho (Steele et al. 1981). Large stands of fire-induced lodgepole pine commonly dominate much of this series and, especially when interspersed with unburned islands of subalpine fir, often provide very good quality lynx habitat. Undergrowth is variable and ranges from tall shrub layers of huckleberry (*Vaccinium* spp.) and menziesia (*Menziesia ferruginea*) to low, depauperate layers of grouse whortleberry (*Vaccinium scoparium*) or heartleaf arnica (*Arnica cordifolia*). Thus, the quality of lynx foraging habitat (i.e., snowshoe hare habitat) often varies greatly by habitat type. Engelmann spruce stands commonly occur along streams and valley bottoms where cool air drainage allows them to extend into the adjacent, lower elevation Douglas-fir communities. Habitat types within the series often occur on very wet sites and on steep northerly aspects where snow accumulates (Steele et al. 1981). Though a minor series, Engelmann spruce habitat types commonly provide good lynx travel corridors and denning habitat.

In central Idaho, lodgepole pine community types and habitat types are not widespread but do commonly appear on more gentle terrain, toe-slopes and valley bottoms wherever the species can dominate the site (Steele et al. 1981). Such stands usually grade into subalpine fir or Douglas-fir habitat types on adjacent steeper or higher slopes. Subsequent to disturbances such as fire, these lodgepole pine communities often provide good quality lynx foraging habitat.

Douglas-fir habitat types occur over the broadest range of environmental conditions of any conifer in central Idaho (Steele et al. 1981). Douglas-fir communities often extend from lower to upper timberline. The types of most importance to lynx include those where lodgepole pine is a seral species and moist habitat types that can produce dense understory shrubs.

Northeastern and southeastern Washington, northeastern Oregon: Primary vegetation that may contribute to lynx habitat is subalpine fir habitat types where lodgepole pine is a major seral species, generally between 1,250 - 2,000 m (4,100 - 6,600 feet). Moist grand fir and moist Douglas-fir habitat types, where they are intermixed with subalpine fir habitat types, constitute secondary vegetation that may also contribute to lynx habitat. In the Selkirk Mountains of extreme northeastern Washington, primary vegetation includes the cedar/hemlock habitat types as described above for northern Idaho.

Wyoming: Squires and Laurion (2000) described the study area in the Wyoming Range in which 2 lynx have been radio-collared. Topography is steep to rolling, with about 20% of the area being non-forested and about 10% riparian. Forest cover on drier sites is primarily homogeneous stands of lodgepole pine. About 10% of forest cover is aspen. Spruce-fir forests, which generally occur on north aspects, comprise about 20% of vegetation cover.

In Wyoming, primary vegetation that may contribute to lynx habitat includes subalpine fir, Engelmann spruce, and lodgepole pine forests at the higher elevations, generally 2,000 - 3,000 m (6,500 - 9,800 feet).

Utah: In the Uinta Range, Engelmann spruce, white fir, subalpine fir, and lodgepole pine forests at the higher elevations, 2,250 – 3,250 m (7,300 - 10,500 feet) are primary vegetation that may contribute to lynx habitat. Quaking aspen dominates over much of the landscape on mountain slopes, but snowshoe hares may use aspen stands much less than conifer stands in this area (Wolfe et al. 1982), probably because they lack dense understory cover (Hodges 2000*b*). Where they are intermixed with spruce-fir and lodgepole pine stands, aspen stands would constitute secondary vegetation that may contribute to lynx habitat.

***Habitat Connectivity***

Maintaining connectivity with Canada and between mountain ranges is an important consideration for the Northern Rocky Mountains Geographic Area. It is likely that the Northern Rocky Mountains Geographic Area and the Southern Rocky Mountains Geographic Area of Colorado and southern Wyoming are poorly connected. Lynx have been documented in at least 7 mountain ranges adjacent to the Snake River plain that are completely surrounded by shrub-steppe habitats. The Snake River plains are a large expanse of land in Idaho where native vegetation is dominated by shrubs and perennial bunch grasses. It is bisected by Interstates 15, 84, and 86 and extensive agricultural development. This scenario where connectivity must occur across large treeless expanses is not unique to Idaho and also includes mountain ranges in Montana, Wyoming, and Utah.

Shrub-steppe communities in central and southern Idaho, Wyoming, southeast Montana, and eastern Oregon may provide connectivity between adjacent mountain ranges. Along the Continental Divide, they may also provide an important north-south link between large patches of lynx habitat.

### *Risk Factors Specific to the Northern Rockies*

Risk Factors Affecting Lynx Productivity

In some areas, timber management and fire suppression have affected lynx habitat. Conversion or alteration of native vegetation communities in and adjacent to lynx habitat would decrease prey populations. Pre-commercial thinning has a direct negative effect on snowshoe hare habitat, at least in the short term.

Grazing use levels, by livestock and/or wild ungulates, may increase competition for forage resources with lynx prey. By changing native plant communities, such as aspen and high elevation riparian willow, grazing can degrade snowshoe hare habitat. Domestic livestock grazing is common in lynx habitats throughout the southern portions of this geographic area.

Road and trail access and recreational use that results in snow compaction may allow ingress of coyotes into lynx habitat, and increased competition for prey (Buskirk et al. 2000). New road construction is occurring at a much slower rate now than in recent decades. However, road densities may be high in some areas, and winter recreation use is increasing significantly in this geographic area.

Risk Factors Affecting Mortality

The lynx trapping season is closed in Montana for the 1999-2000 season. Occasionally, lynx are incidentally trapped, especially in Montana, Idaho, and Wyoming during the trapping seasons for other carnivores, particularly bobcat and wolverine (Squires and Laurion 2000). For example, bobcat trappers incidentally trapped 2 lynx in Idaho in 1991. In Montana during the winter of 1997/98, at least 3 lynx were captured by wolverine trappers and subsequently radio-collared for research (J. Squires, Univ. of Montana, pers. comm. 1999). Incidentally trapped lynx can be released alive, but the likelihood of injury may be high, depending on the type of trap and frequency of trap checking, and some may perish.

Predator control activities on federal lands are commonly conducted throughout this geographic area, but the level of activity is currently lower than historical levels. Such efforts are aimed specifically at the offending animal or target species and take place outside of lynx habitats, in lower elevation rangelands. Since the ban on poisons such as 1080, predator control activities on federal lands conducted by USDA Wildlife Services probably have a low potential to impact lynx. Predator control activities on private

lands, though not as closely controlled as on federal lands, generally occur outside of, but may be within or adjacent to, lynx habitats.

Though uncommon, lynx have been trapped or shot legally, illegally, and incidentally throughout this geographic area.

Mountain lion numbers are currently believed to be high throughout the Northern Rocky Mountains Geographic Area. Idaho, Utah and Montana have recently liberalized their mountain lion hunting seasons. In northwestern Montana, the 1999-2000 lion season regulations will be modified to more moderate harvest levels, due to very successful harvest results in 1998-1999. Wolf packs are now well established in Montana, Idaho and the Yellowstone area. It is possible that the higher population numbers of wolves may increase the potential for predation on lynx, although the risk is probably low. Wolves may also reduce coyote populations, thereby reducing the potential for coyote competition with lynx. Ongoing studies in Montana and Wyoming may yield information concerning this mortality factor.

Highways such as I-90, I-15, US-2, US-12, and US-93 may pose a threat of lynx/vehicle collisions. These highways pass through occupied lynx habitats and potential landscape linkages, and thus may affect both resident and dispersing individuals.

Risk Factors Affecting Movement

Highways and associated development within the right of way may affect movements by lynx. In Montana, I-90, I-15, Highway 93, and Highway 2 could discourage lynx movement. State Highway 83 bisects lynx habitat in the Swan valley, although radio-collared lynx are known to cross this highway (Squires and Laurion 2000). In Idaho, I-90, I-15, Highway 2 and Highway 93 may impede movement; Highways 12 and 95, and State Highways 55 and 75 intersect lynx habitats. Interstate 84 crosses the Blue Mountains of southeastern Washington and northeastern Oregon. In Utah, I-80 may impede movement between the Wasatch and Uinta Ranges. In Wyoming, highways in the Yellowstone area may impede movement due to their high traffic volumes; Highway 14 may impede movement in the Bighorn Range, and Highway 26 and Highway 189 may impede movement in the Wind River and Wyoming Ranges.

Private land development, especially along road corridors in mountain valleys, may fragment habitat and impede movement by lynx.

## Southern Rocky Mountains Geographic Area

The Southern Rocky Mountains Geographic Area encompasses the mountainous regions of Colorado, south-central Wyoming, and north-central New Mexico. The Southern Rockies are isolated from the rest of the Rocky Mountain chain by vast sagebrush and desert shrub communities in the Wyoming Basin and Red Desert in southern and central Wyoming, and the arid Green and Colorado River plateaus in western Colorado and eastern Utah.

Throughout much of the Pleistocene epoch, the Southern Rockies appear to have been connected with the rest of the Rocky Mountains through continuous forested habitats, across what are now open shrub steppe communities (Armstrong 1975). Although the continental ice sheets of the Pleistocene never reached Colorado, the climate of the Southern Rockies in that period was substantially cooler. Summer mean temperatures were estimated to be some 16 degrees F cooler, resulting in extensive alpine valley glaciation, high altitude ice caps, and a lowering of the life zones some 900-1,220 m (3,000-4,000 feet) from their current elevation limits. This would have lowered the spruce-fir-lodgepole pine forest to 1,500-2,150 m (5,000-7,000 feet) in elevation, encompassing much of the area between the Southern Rockies and the rest of the Rocky Mountain chain (Armstrong 1975). Sometime within the last 15,000 years, it appears the climate began a general trend of warming and drying, causing a northward retreat of the boreal forest and the raising of mountainous life zones to their current elevation limits (Armstrong 1972). It was during this interval that the Southern Rockies became ecologically separated from the rest of the Rocky Mountains, isolating its remnant high-elevation boreal forests and the species characteristic of these forests (Armstrong 1975, Fitzgerald et al. 1994). The climatic warming and drying of the altithermal period of 4,000-6,500 years ago, during which the climate may have reached its thermal maximum (Oosting 1956), produced the elevation dependent vegetation types we find today in the Southern Rockies (Armstrong 1972). Based on pollen studies by Pennak (1963), mountainous vegetation communities have remained relatively stable now for the past 3,000 years.

The Southern Rocky Mountains Geographic Area falls within the Southern Rocky Mountain Province (McNab and Avers 1994, Bailey et al. 1994), and includes the following sections:

- Southern Parks and Mountain Ranges (M331F)
- South-Central Highlands (M331G)
- North Central Highlands and Rocky Mountain (M331H)
- Northern Parks and Ranges (M331I)

### *Lynx Population Distribution*

Until recently, it was generally assumed that the lynx was an indigenous but uncommon species in the Southern Rocky Mountain Geographic Area. However, records are coming to light that paint a different picture. Both Allen (1874) and Cary (1911) indicate that lynx may have been relatively common in Colorado, at least near or prior to the turn of the century. Recently discovered are cumulative records of predatory animals taken on the Routt National Forest in northern Colorado between the years of 1914 and 1922. Unlike many trapping records, numbers for bobcat and lynx are separated. Numbers of lynx taken on the Routt National Forest were 83 in 1914 and 1915, and 210 in 1916. Articles from the Jackson County Star (January 24 and February 21, 1924) reported predators taken at trap and poison stations in Colorado by the Federal Bureau of Biological Survey during 1923 and January 1924. Among the take were 309 bobcats and 103 lynx (as reported by Stanley P. Young).

Records of lynx occurrence are distributed throughout mountainous areas of Colorado. The southernmost record is from the southern San Juans (Conejos County), one mile from the New Mexico border. Although no records exist from New Mexico, suitable habitat extends into north-central New Mexico along the Sangre de Cristo mountain range and, especially, in the San Juan Mountains. Only a few records are known from the far northern parts of the Southern Rocky Mountain Geographic Area in south-central Wyoming. A single record (1856) is available from the Medicine Bow Range (Reeve et al. 1986) and in 1963 a lynx was taken from the Laramie Range, 50 miles east of the 1856 record.

In 1969, three lynx specimens were taken in adjacent counties in the central core of the Southern Rockies. One was shot along the Fryingpan River in Pitkin County, another on Vail Mountain (Eagle County), and a third was trapped in sagebrush habitat near 2,900 m (9,500 feet) elevation south of Leadville in Lake County (G. Byrne 1998, unpubl. data). In 1972, a lynx was trapped on Guanella Pass and another caught in a snowslide east of Bakerville, both in Clear Creek County. During the 1973-74 winter, a pair of lynx was illegally trapped within Vail Ski Area boundaries (Thompson and Halfpenny 1989). No lynx specimens are available since those last illegal takes. However, it should be recognized that the State of Colorado made it illegal to take lynx in 1971.

Despite the lack of recent specimens, evidence indicates lynx have persisted to the present, but are rare in the ecosystem. A statewide lynx verification program conducted from 1978-80 by the Colorado Division of Wildlife (CDOW) concluded that viable but low-density lynx populations persisted in Eagle, Pitkin, Lake, and Clear Creek counties, with evidence of lynx occurrence in Grand and Park counties (Halfpenny and Miller 1981, Halfpenny et al. 1982). All of these Colorado counties are in the central part of the ecosystem. Lack of evidence from other portions of the geographic area was likely a consequence of lack of survey effort.

Since then, CDOW has conducted several surveys, with little success. While failing to confirm lynx presence, they did locate several sets of possible lynx tracks. Although these surveys have not provided the systematic statewide coverage and intensity necessary to make conclusions about population persistence or numbers (large tracts of terrain have never been surveyed), the level of effort has enabled us to conclude that lynx are apparently rare in the Southern Rocky Mountain Geographic Area. Still, evidence of persistence continues to surface.

Thompson and Halfpenny (1989) confirmed lynx in the vicinity of Vail Ski Area during the winter of 1988-89 as part of studies conducted by Vail Associates for the Category III expansion. Verification resulted from a combination of carefully evaluated tracks, further corroborated with hair and scat samples, ruling out any potential confusion with bobcat or mountain lion. Given the short duration and limited areal extent of these surveys, often in unfavorable tracking conditions, the evidence of lynx activity generated must be considered substantial. They stated in their 1989 report, "There is no question that lynx exist at Vail Ski Area and in the surrounding mountains." Follow-up work by CDOW in 1990 and 1991 led to the discovery of additional lynx tracks. Photographs of one set of tracks characteristically going from tree well to tree well are on file, with both pattern and size indicating lynx (G. Byrne, CDOW, unpubl. data 1998). No work has been done in the area since that time.

In 1991, Thompson and Halfpenny also confirmed two sets of lynx tracks at a proposed ski area site south of Wolf Creek Pass in the eastern San Juan Mountains (Thompson and Halfpenny 1991, Andrews 1992). They believed the pair was probably a female and her kitten, evidencing reproduction.

Since the 1991 track discoveries near Vail and in the San Juans, CDOW has recorded a number of lynx sightings or track locations that they rate as probable lynx, three of which were documented by CDOW biologists. Carney (1993) located lynx tracks along the east side of the Gore Range in Summit County.

Tom Beck, a CDOW carnivore researcher, found a set of lynx tracks in the Dolores River drainage in the west San Juans of Montezuma County in 1993. A CDOW Area Wildlife Manager observed a lynx in the southern Sangre de Cristos of Costilla County, also in 1993. Two additional sightings and one set of tracks rated as probable came from Eagle County and another set of tracks was located in Larimer County north of Rocky Mountain National Park. In 1997, tracks believed to be those of lynx were found and photographed in the Tennessee Creek drainage on the border of Lake and Eagle Counties, an area where possible lynx tracks were located just a few years earlier. These photographs closely match those taken of tracks left by lynx recently released into the San Juan Mountains and have been rated as probable lynx in the official state database.

Other recent credible reports come from Boreas Pass on the border of Summit and Park Counties (1995), as well as the Vail vicinity, the Flattops of northwestern Colorado, and Rocky Mountain National Park, all in 1998. Most recently, CDOW trackers following radio-collared lynx transplanted into the San Juan Mountains located a several-day-old lynx trail they believed to be that of a native lynx. The lynx being tracked was the first of the transplanted lynx to enter that drainage and the other set was believed too old to belong to the radio-collared lynx (G. Byrne and T. Shenk, CDOW, pers. comm 1999.).

Although lynx appear to persist in the Southern Rocky Mountain Geographic Area, the population has failed to rebound in this ecosystem despite the removal of certain key suppressing factors, including commercial trapping and indiscriminate predator control. Biologists in Colorado have concluded that this extant lynx population is too small to be self-sustaining or capable of naturally rebounding to self-sustaining levels. Without recovery efforts, it is therefore assumed to be trending toward extinction. In 1999, CDOW initiated a recovery program intended to augment any existing populations with transplants from Canada and Alaska and re-establish a self-sustaining breeding population throughout the Southern Rockies. A total of 96 animals were transplanted into the San Juan Mountains during 1999 and 2000. At the time pf printing this document, approximately 70 surviving transplanted lynx are establishing in the Southern Rockies. Of these, a majority have established or appear to be establishing resident territories in the San Juan Mountains. Other individuals have taken up residence as far east as Cuchara Pass in Huerfano County, and as far north as Rocky Mountain National Park. While most animals transplanted in 1999 have settled down, some 2000 transplants continue to explore the Southern Rockies. Eventually, it is assumed and hoped that lynx will reestablish in all portions of the Southern Rockies, consistent with historical distribution patterns.

### *Lynx Habitat*

Lynx habitat in the Southern Rockies is likely found within the subalpine and upper montane forest zones, typically between 2,450 - 3,650 m (8,000 and 12,000 feet) in elevation. Depending on latitude and moisture gradients, however, the lower range of suitable lynx habitat may begin at lower or higher elevations. At the upper elevations of the subalpine, forests are typically dominated by subalpine fir and Engelmann spruce. As the subalpine transitions to the upper montane, spruce-fir forests begin to give way to a predominance of lodgepole pine, aspen, or mixed stands of pine, aspen, and spruce. Englemann spruce may retain dominance on cooler, more mesic mid elevation sites, intermixed with aspen, lodgepole pine, and Douglas fir. Lodgepole pine reaches its southern limits in the central parts of the ecosystem, while southwestern white fir first makes its appearance in the San Juan Mountains.

The lower montane zone is dominated by ponderosa pine and Douglas-fir, with pine typically dominating on lower, drier, more exposed sites, and Douglas-fir occurring on moister and more sheltered sites. Although this forest zone is below lynx habitat, montane forests likely are important as connective habitat where they may facilitate lynx dispersal and movements between blocks of lynx habitat, and may provide

some foraging opportunities during those movements. It is not yet known how lynx naturally use the habitat types of the Southern Rocky Mountain ecosystem.

Because of latitude, lynx habitat in the Southern Rockies is naturally fragmented, a function of elevation, aspect, and local moisture regimes. The high alpine tundra environments and lower, mostly open valleys typically separate subalpine and upper montane forests. Drier south- and west-facing slopes may also break up the continuity of cooler, mesic high-elevation forests that are believed to constitute primary vegetation contributing to lynx habitat.

Lynx habitat should be thought of in terms of a habitat mosaic within these forest landscapes, rather than as simple vegetation types. Spruce-fir, lodgepole pine, white fir, aspen, and mesic Douglas-fir may all provide foraging and/or denning habitat for lynx. Also potentially important in many parts of the Southern Rockies are the high elevation sagebrush and mountain shrub communities found adjacent to or intermixed with forested communities, affording potentially important alternative prey resources. Likewise, riparian and wetland shrub communities (for example, willow, alder, serviceberry) found in valleys, drainages, wet meadows, and moist timberline locations may support important prey resources (Noss and Cooperrider 1994, C. Apps pers. comm. 1998, Shenk pers. comm. 1999). Lynx transplanted to Colorado in 1999 are frequently located in well developed riparian and valley wetland shrub habitats of the upper montane and subalpine zones (Shenk pers. comm. 1999). The ecotones formed by the integration of these various vegetation communities may offer some of the richest foraging opportunities for lynx.

Foraging habitat for lynx in the Southern Rocky Mountains Geographic Area includes all of the vegetation community types discussed above. While most studies (Koehler 1990, Koehler et al. 1979, Weaver 1993, Koehler and Aubry 1994) have found that densely regenerating forests typically produce the highest densities of snowshoe hare, there have been some seemingly conflicting findings from more southern ranges. On the Big Horn National Forest of Wyoming, Beauvais (1997) found that snowshoe hares had a strong affinity for the higher elevation mature to late-successional spruce-fir forests. Furthermore, hares were out-competed by other species in early successional stages (less than 15 years of age) and these altered conditions probably were not providing hare habitat. Dolbeer and Clark (1975) in Colorado similarly found the highest densities of snowshoe hare in mature and late-successional spruce-fir forests. This study was, however, conducted in a very limited area, and did not sample natural or man-made regeneration units (15 to 40 years of age) to compare hare densities with those they reported for mature and late-successional spruce-fir forests.

It remains unclear what role early-successional forests play in providing quality lynx foraging habitat in the Southern Rocky Mountain Geographic Area. Fire exclusion in this century has led to the maturation of many lodgepole pine forests into highly stocked, even-aged stands that do not now provide the dense ground- and snow-level cover and forage necessary to support higher densities of snowshoe hare. While these stands have a high density of tree boles, their crowns have lifted far above the reach of hares even in the deepest snowpacks. At the same time, the high dense canopy limits light penetration, contributing to a depauperate understory. Consequently, these stand types have low habitat value for snowshoe hare and other small mammal prey species, and consequently lynx. Because of their structure, mature and late-successional spruce-fir forests, by contrast, provide these characteristics and are, therefore, far superior to mature lodgepole pine. Mature and late successional spruce-fir forests are also excellent producers of red squirrels, an important alternate prey species for lynx (Obbard 1987).

Conifer-aspen forests, particularly those with dense regeneration or with an extensive shrub and woody debris understory component, may be important for snowshoe hares and other prey species. While extensive stands of pure aspen may not provide quality hare habitat due to deficiencies in winter habitat

characteristics, when intermixed with spruce-fir or young lodgepole pine stands, aspen (especially younger stands) may substantially contribute to prey productivity. Regenerating burns are often quite productive because of the mixed coniferous/deciduous species composition, multiple age classes, shrub layer, dense herbaceous layer, and extensive downed woody debris. These conditions provide excellent habitat for snowshoe hare and other prey species.

Sagebrush communities are found in many high elevation drainages, valleys, basins and benches between and adjacent to subalpine and upper montane forests. When sagebrush communities intergrade with or are proximal to primary coniferous and conifer/aspen habitats, they may provide important alternate prey resources for lynx. White-tailed jackrabbits are found in sagebrush communities at the highest elevations, as well as in the sagebrush-forest ecotones, providing an excellent prey resource for lynx in or near forest cover. Mountain cottontail, Wyoming ground squirrels, and grouse are also locally abundant in these habitat types. Large or medium willow/alder carrs, beaver pond complexes, and shrub dominated riparian communities also provide important habitat for snowshoe hare, grouse, ptarmigan (winter), and other prey species that may be utilized by lynx. The ecotones and edges produced by these intermixed habitats may be among the most productive foraging sites for lynx in the Southern Rocky Mountains Geographic Area.

Many parts of the Southern Rockies currently have a shortage of regenerating forest (particularly lodgepole pine stands). Consequently, in the short term it is important to protect and encourage habitats that now support moderate to high snowshoe hare populations and those which are developing towards quality snowshoe hare habitat. It is equally important to protect and encourage those habitats that are good producers of alternative prey, such as red squirrels, grouse, and other lagomorph species. In those conifer (especially lodgepole pine) and mixed conifer-aspen stands that are regenerated, encourage development of horizontal cover at ground through maximum snow depth levels. Shrub and woody debris components should be maintained and even increased where understory cover is deficient. In the absence of widespread regenerating forest stands, mature and late-successional spruce-fir forests may constitute some of the most important habitat for lynx. These stands not only provide components necessary for denning habitat, but also produce red squirrels, grouse, and snowshoe hare. Although these forest types may support a lower density of hares than do densely regenerating stands, they also likely provide stable populations of both hares and red squirrels over time (Keith and Surrendi 1971, Dolbeer and Clark 1975, Fox 1978, Conroy et al. 1979, Wolfe et al. 1982, Parker et al. 1983, Litvaitis et al. 1985, Bailey et al. 1986, Monthey 1986, Koehler 1990 and 1991, Koehler and Brittell 1990, Beauvais 1997). Consequently, manipulation of spruce-fir forests should probably be undertaken with great caution, especially until large areas of lodgepole pine can be converted into densely regenerating stands and begin to support strong snowshoe hare production.

It may be desirable to reintroduce fire and silvicultural treatments into mature lodgepole pine forests (and white fir forests where they no longer provide suitable hare habitat) to increase quality snowshoe hare habitat in the Southern Rockies. Because this forest type currently provides little habitat value for lynx, the risk of such manipulation is low, while the long-term benefits (15-40 years) are potentially great. In planning such treatments, however, it should be recognized that some lodgepole pine stands in the Southern Rocky Mountain Geographic Area are on dry sites with thin soils that may have limited potential for providing quality hare habitat. The long-term strategy across the forested landscape should be to recreate, to the extent possible, the mosaic of young, regenerating, mature, and late-successional forests typical of naturally operating disturbance regimes.

Fire, insect and disease processes have shaped vegetation patterns. Natural fire regimes in subalpine fir-spruce forests of the Southern Rocky Mountains are extremely complex, reflecting great variation due to climate, topography, elevation, vegetation, and site productivity. Because of the high elevations and higher moisture gradients of the subalpine zone, stand replacement events occur only rarely on a given

site, perhaps every 250 to 500 years. Such events occur with increasing frequency at decreasing elevations. In warmer and drier montane zones, extreme fire behavior often results in stand replacement events. Here too, small diameter, highly stocked lodgepole pine stands create a fuel load favorable to major fire events. Stand-replacing fires may occur every 100 to 150 years in the montane zone, while surface fires of low to moderate-intensity occur relatively frequently (return intervals of 5 to 60 years). DeLong (1998) reported that in boreal forests of British Columbia, 40 to 60% of burned areas occurred in patches greater than 1,000 ha (2,500 acres), and 60 to 85% in patches greater than 250 ha (600 acres) in size. Smaller acreages often are subjected to low-intensity surface fires during the intervals between stand-replacing events.

Denning habitat in the Southern Rockies is likely to occur most often in late-successional spruce-fir forest with a substantial amount of large diameter woody debris on the forest floor, frequently found on north to northeast exposures. Weaver (1993) noted that selection of den sites on cooler exposures probably relates to thermoregulation, while the forest floor structure provides adequate protection for kittens. Although late successional spruce-fir forests most often provide these characteristics, it is likely that forest floor structure, and perhaps exposure, is more important than age class of the forest stand. Younger forests may, in some cases, provide similar characteristics. Fires, blowdowns, and even certain timber harvesting practices can leave considerable stacked and jackstrawed large-diameter woody debris under young forest canopies, providing excellent denning potential. For denning habitat to be functional, it must be in or adjacent to large areas of quality foraging habitat. Because lynx may move their kittens frequently in the first few months, denning habitat should provide multiple quality den site options to the female.

***Landscape Connectivity***

McKelvey et al. (2000*a*) stated that "fragmented forest cover types, high vagility of lynx, and linkages in population dynamics suggest that lynx in the contiguous United States are arranged as metapopulations. Metapopulation stability depends on not only habitat quality but also dispersal rates between habitat islands. Models indicate that dispersal rates between habitat islands should sharply decrease as the islands become smaller and more distant and the risks associated with crossing between islands increase." Colorado and Utah are separated from the larger boreal forests in Wyoming by at least 100 km (60 mi) and may be effectively isolated (McKelvey et al. 2000*a*, Halfpenny et al. 1982).

Human activities that change vegetation patterns of the natural landscape affect ecological processes (competition, dispersal and predation) in various ways (Wilcove 1985). Goodrich and Buskirk (1995) noted that generalist species, such as coyotes and great-horned owls, are strongly linked to human-dominated vegetation mosaics where fragmentation and competition provide the environments needed by these generalist species. Although the magnitude of these effects is poorly understood, it is clear that the function and structure of these animal communities can be altered (Wilcove et al. 1986, Yahner 1988, Oehler and Litvaitis 1996).

Building residences and roads in and through lynx habitat may exert potentially negative influences on lynx by altering and modifying existing habitats, and by direct disturbance through recreation or travel in areas inhabited by lynx (Mowat et al. 2000).

O'Donoghue et al. (1998) reported that lynx and snowshoe hare used habitats with the densest vegetative cover during cyclic declines, while both were documented using more open habitats when hares were abundant. Several authors (Murray et al. 1994, Poole et al. 1996, Roe et al. 1999) have reported lynx selecting against openings such as water and open meadows, although use of terrestrial openings was

always detected. Lynx may cross openings such as farmland during dispersal (Roe et al. 1999). In fact, during the 1963 irruption of lynx in Canada, lynx were documented in several states where lynx habitat is non-existent (Adams 1963, Gunderson 1978). Poole and Mowat reported observing lynx crossing several hundred meter wide openings, frozen lakes and rivers greater than 1 km wide during their investigations in the Northwest Territories.

Apps (2000) reported in his study in Banff National Park that landscape features may also influence dispersal, and in high mountainous terrain, movements can be expected to align with major valleys. This would be a quite different scenario at the southern extent of the lynx range in the United States, where many of the major valleys are dominated by sagebrush, oakbrush, or towns and resort communities. On the other hand, snow conditions in the southerly habitats may undergo more winter thaws, with subsequent formation of crusts, then snow in the taiga (Buskirk et al. 2000). Crusted snow conditions would tend to remove or reduce the competitive edge held by deep snow adapted lynx. Lynx and snowshoe hare habitats are more prone to a metapopulation structure in the western forests due to fragmented landscapes and heterogeneous distribution of topographic, climatic and vegetative conditions (Buskirk et al. 2000). This condition is further exacerbated by the presumably greater human caused fragmentation of lynx habitat in the south.

What little is known about lynx populations in the contiguous United States indicates that the subpopulations are not large. Until more is know about the current distribution and size of these small subpopulations, it is unwise to assume they can be reduced or further isolated without increasing the risk of loss of viability (McKelvey et al. 2000*a*).

McKelvey et al. (2000*a*) indicate that we know very little about the degree of connectivity or its role in the viability of lynx, but assume that connectivity plays an important role. Alpine tundra, open valleys, shrubland communities and dry southern and western exposures naturally fragment lynx habitat within the subalpine and montane forests of the Southern Rocky Mountains. Because of the southerly latitude, spruce-fir, lodgepole pine, and mixed aspen-conifer forests constituting primary vegetation are typically found in elevational bands along the flanks of mountain ranges, or on the summits of broad, high plateaus. Although the primary vegetation is fragmented, it remains generally interconnected through the numerous mountain chains and intervening lower elevation forests and shrublands. In those circumstances where large landforms are more isolated, they still typically occur within 40 km (24 miles) of other suitable habitat (McKelvey et al. 2000*b*). This distribution maintains the potential for lynx movement from one patch to another through non-forest environments.

Because of the fragmented nature of the landscape, there are inherently important natural topographic features and vegetation communities that link these fragmented subalpine forested landscapes together, providing for dispersal movements and interchange among individuals and subpopulations of lynx. Landscape connectivity may take the form of narrow forested mountain ridges or plateaus connecting more extensive mountain forest habitats. Wooded riparian communities may provide travel cover across open valley floors between mountain ranges, or lower elevation ponderosa pine, pinyon-juniper woodlands or shrublands that separate high elevation spruce-fir forests.

The role that sagebrush, foothill shrublands, and lower elevation pine woodlands play as elements of lynx habitat is not entirely clear. McKelvey et al. (2000*b*) reported that most lynx records across North America fell within cool, coniferous forests. Of 349 records from non-conifer types, 79 percent were within 10 km (6 miles) of spruce-fir forests. Shrub steppe communities, especially where proximate to subalpine forested habitats, provide alternate lynx prey (Squires and Laurion 2000). It is anticipated that where sagebrush communities are proximal to forest habitats, they may also prove valuable to lynx in the

Southern Rockies.

Since the mid- to late 1800's, human actions have continually eroded forested landscape linkages in the Southern Rocky Mountains Geographic Area. Beginning in the 1860's through much of the latter half of the 19th century, large-scale alteration of the natural landscape resulted from the rush to extract the rich deposits of gold, silver, and other metals in portions of the Southern Rockies. A huge demand for timbers, construction materials, and smelter and heating fuels resulted in the massive cutting of forests around mining centers. Human-induced and lightning-caused fires burned over large areas and decades of phytotoxic smelter emissions killed or precluded the regeneration of forests around these centers. The effects of mining and large-scale logging are still evident today across much of the landscape. While many cut-over areas have recovered to varying degrees, some high elevation forests still remain poorly timbered. Large-scale clear-cutting continued into the middle of the twentieth century, while forest fire suppression became standard policy early in this century, leading to an increasingly mature and less productive forest landscape. The developing ski industry, a growing and affluent population, and telecommuting capabilities have converged to spur rapid growth in some mountain valleys. Transportation corridors have been, and continue to be, modified and expanded to handle increasing volumes of traffic and speeds, altering historical movement patterns of wide-ranging species and creating barriers to movement. These and other factors, both historical and current, have combined to eliminate or degrade many landscape linkages.

Human population growth has occurred in a highly clumped pattern, leaving extensive wilderness and lightly developed backcountry. While the ecosystem remains largely interconnected at this time, ongoing development and other activities continue to pressure those linkages. Some are now tenuous and in urgent need of protection; others will be at risk in the future. Sustaining wide-ranging carnivores, including the lynx, in this ecosystem may ultimately depend on the interconnection of large blocks of suitable habitat. An interconnected ecosystem is essential to maintain the ability of subpopulations to expand and colonize new habitats, to recolonize areas where subpopulations have been locally extirpated or to provide population support to declining populations, to allow individuals to find mates among neighboring subpopulations, and to effect dispersal and genetic interchange (Noss and Cooperrider 1994).

### *Risk Factors Specific to the Southern Rockies*

<u>Risk Factors Affecting Lynx Productivity</u>

Fire exclusion in the Southern Rockies has created homogeneous forests of mature lodgepole pine, aspen, Douglas-fir, and ponderosa pine (Veblen et al. 1998) lacking a forest understory of shrubs and seedlings important to snowshoe hares. Early successional conditions created and maintained by fire and other finer-scale disturbance agents (wind, insect, ungulate browsing, avalanches etc.) generally occurred in different patterns than those created by timber management (Veblen et al. 1998). These changes have likely reduced habitat quality and quantity for lynx and lynx prey.

Grazing, in conjunction with increasing elk populations, may have resulted in increased competition for forage resources with lynx prey. By changing native plant communities, such as aspen and high elevation riparian willow, grazing can degrade snowshoe hare habitat. Domestic livestock grazing is common in lynx habitats throughout this geographic area.

Recreational uses or activities that create compacted snow conditions may reduce the competitive advantage that lynx have in deep snow environments. Ski areas and four-season developments can reduce the availability of lynx habitat within localized areas. Development of facilities can result in the loss of lynx habitat and contribute to the overall fragmentation of the landscape. Depending on how developed

the ski or resort area is, it may also influence the distribution or abundance of prey resources within the develpment area.

Risk Factors Affecting Mortality

Leg-hold trapping is currently illegal under the state constitution of Colorado as a means of predator control or commercial trapping. However, if a landowner can prove that all other non-lethal methods have been ineffective, a 30-day exemption might be granted for depredation cases. Consequently, trapping effects are probably very reduced from historical times in Colorado, but still may be a minor risk during trapping seasons in southern Wyoming, Utah, and northern New Mexico.

Predator control activities on federal lands, including coyote shooting or trapping, are common throughout most of this geographic area, mostly related to the grazing of domestic sheep. Incidental capture of lynx is a possible risk factor. Although the majority of sheep grazing occurs on arid rangelands, some grazing does occur during summer at the higher elevations, especially in south-central Colorado.

There are very few records of lynx being shot in the Southern Rocky Mountains Geographic Area. None have been reported in the past several decades, except for the animals taken in 1969 on the south side of Vail Mountain. Recently, one of the translocated lynx was found dead of a gunshot wound near the release site. The Colorado Division of Wildlife has not been able to determine whether the shooting was accidental (G. Byrne, CDOW pers. comm. 1999).

Increased predation on lynx could occur due to the current abundance of mountain lion, bobcat and coyote populations in this geographic area. Wolves are not known to be present in this area.

Vehicular collisions are a potential mortality factor, given the high speed and traffic volumes of highways that pass through lynx habitat, such as I-70, I-80, US 50 and US 160. Brocke et al. (1990) suggested that translocated animals might be more vulnerable to this form of mortality than resident lynx. Two recently translocated lynx were killed on Colorado's highways. Two other translocated lynx in Colorado have been recently documented crossing interstate highways. One of the lynx crossed I-70 in the general vicinity of the Wolcot Junction, and the other lynx somewhere between the town of Vail and the Eisenhower Tunnel (G. Byrne pers. comm. 1999). The latter individual also crossed I-80 before being killed in Nebraska.

Risk Factors Affecting Movement

Urban expansion and development has further fragmented an already patchy distribution of lynx habitat. Valley floor development continually erodes the amount of non-forest habitats within 40 km (24 miles) of lynx habitat. The expansion of homes and some municipal facilities up mountain slopes, into forests of aspen, lodgepole pine, and to a lesser degree spruce-fir, adds to the fragmentation of a naturally fragmented landscape. The cumulative effect of private land development and expansion of rccreational facilities in and adjacent to lynx habitat may reduce the ability of lynx to move throughout their home range, or interact with other individuals in the larger subpopulation.

As ski areas are developed, they add to the overall fragmentation of the landscape in the Southern Rocky Mountains. If these developed areas occur jointly with (back to back ski areas) or abut the expansion occurring on private land, then there is a higher likelihood that lynx will have a more difficult time moving across these portions of the Southern Rocky Mountain landscape. Although lynx have been documented inhabiting ski areas in Canada (Roe et al. 1999), most observations have been within forest

cover and away from base area developments and parking facilities (Roe et al. 1999). As noted by Buskirk et al. (2000*a*), lynx and snowshoe hare habitats are more prone to a metapopulation strucuture in western forests due to fragmented landscapes and heterogeneous distribution of topographic, climatic and vegetative conditions. This condition is further exacerbated by the presumably greater human caused fragmentation of lynx habitat in the south (Buskirk et al. 2000*a*). What little is known about lynx populations in the contiguous United States indicates that the subpopulations are not large. Until more is know about the current distribution and size of these small subpopulations, it is unwise to assume they can be reduced or further isolated without increasing the risk (McKelvey et al. 2000*a*).

Highways and their continued expansion into mountain towns and resorts increase the amount of fragmentation occurring in these long, linear landscapes. This fragmentation effect further erodes the potential for lynx to effectively cross some of these potential barriers. So far, the lynx translocation effort in Colorado has documented two lynx highway fatilities (I-70 and highway 24) and two successful crossings of lynx across I-70.

# Great Lakes Geographic Area

### *Geographic Extent*

The Great Lakes Geographic Area encompasses northeastern and north-central Minnesota, northern Wisconsin, and the Upper Peninsula and northern portions of Michigan. This area largely falls within the western portions of the Laurentian Mixed Forest Province (McNab and Avers 1994). Most of this province has low relief with rolling hills occurring in many areas. Glacial features such as lakes, poorly drained depressions, moraine hills, drumlins, eskers, and outwash plains are typical of the area. Elevations range to 730 m (2,400 feet).

Climate in the area produces moderately long and somewhat severe winters, with snowfall remaining on the ground all winter. The forest vegetation of this ecoprovince is transitional between the boreal forests of the north and the broadleaf deciduous forests to the south. Forested stands vary from mixtures of conifers (pine, spruce, fir, cedar) and hardwoods (birch (*Betula* spp.), maple (*Acer* spp.), beech (*Fagus grandifolia*), basswood (*Tilia* spp.)) to pure stands of conifer or hardwood species (Bailey 1995).

That portion of the Laurentian Mixed Forest Province that comprises the Great Lakes Geographic Area is composed of several ecological subdivisions, or Sections, as described by McNab and Avers (1994). The Sections included are the Northern Great Lakes, Southern Superior Uplands, Western Superior, Northern Superior Uplands, Northern Minnesota and Ontario, and Northern Minnesota Drift and Lake Plains.

*Northern Great Lakes Section (212H):* This Section extends across the northern one-third of the "mitten" portion of Michigan, the eastern half of the Michigan Upper Peninsula and northeastern Wisconsin. The potential natural vegetation types occurring on this Section include northern hardwoods forest, northern hardwood-fir forest, Great Lakes pine forest, conifer bog, and elm-ash forest.

*Southern Superior Uplands Section (212J):* This Section covers most of the northern half of Wisconsin and the western half of the upper peninsula of Michigan. Potential natural vegetation types occurring on this Section include maple-beech-birch forest, aspen-birch forest, and spruce-fir forest.

*Western Superior Section (212K):* This Section includes portions of northwestern Wisconsin and east-central Minnesota. Potential natural vegetation types occurring on this Section include Great Lakes pine forest, Great Lakes spruce-fir forest, and maple-basswood forest.

*Northern Superior Uplands Section (212L):* The Northern Superior Uplands encompass the "arrowhead" region of northeastern Minnesota. Potential natural vegetation types occurring on this Section include Great Lakes pine forest and Great Lakes spruce-fir forest.

*Northern Minnesota and Ontario Section (212M):* This Section occurs along the U.S.-Canada border in north-central Minnesota. Potential natural vegetation types occurring here include conifer bog, Great Lakes spruce-fir forest, and Great Lakes pine forest.

*Northern Minnesota Drift and Lake Plains Section (212N):* This Section extends across much of north-central Minnesota south of the Northern Minnesota and Ontario Section. Potential natural vegetation types occurring here include Great Lakes pine forest, Great Lakes spruce-fir forest, and conifer bog.

### *Lynx Population Distribution*

Overall, lynx population status in the Great Lakes Geographic Area is uncertain. The U.S. Fish and Wildlife Service concluded that a very small resident population may possibly exist in Minnesota, but acknowledged that population information is fragmentary and largely anecdotal in nature (U.S. Fish and Wildlife Service 1998). McKelvey et al. (2000*b*) analyzed historical information for the Lake States, and found that the large numbers of lynx records, particularly from the 1960's and 1970's, are highly correlated with lynx population peaks in Canada, and not with local cycles of hare abundance. While this does not rule out the existence of local populations, the data do indicate that recent patterns of lynx occurrence in this region are at least partially Canadian in origin (McKelvey et al. 2000*b*). Individual animals are irregularly recorded in Wisconsin and Michigan's upper peninsula. Lynx population levels immediately north of the border in Canada are reported be lower now than historical levels (Alvo 1998), which may affect population recovery efforts in this part of the U.S.

In the past, lynx populations in the Great Lakes area were regularly supplemented by dispersing lynx from Canada (Harger 1965, M. DonCarlos, in litt. 1994), but the number of immigrating animals has declined considerably over the numbers observed in the 1960's and 1970's (McKelvey et. al. 2000*b*). As the amount of lynx habitat in this region may be insufficient to support an isolated population, maintaining connectivity with lynx habitats in Canada may be important (McKelvey et al. 2000*b*).

### *Lynx Habitat*

Lynx habitat in the Great Lakes Geographic Area is imbedded within the ecotone between boreal and mixed deciduous forests. In the Great Lakes states, lynx habitat consists of boreal spruce-fir forests, aspen, pine and mixtures of upland conifer and hardwood, interspersed with lowland conifer and shrub swamps and bogs, in those areas where snow accumulation and condition may limit travel of competing species.

Some forest habitats are primarily coniferous, others are primarily deciduous, and many are mixtures of both coniferous and deciduous trees. Similarly, some forested habitats contain one or few species, while others contain many species. Conifer species include white and black spruce; balsam fir; northern white cedar; jack, white and red pine; hemlock and tamarack. Deciduous species include aspen, paper birch, and mixtures of northern hardwoods and lowland hardwoods. Large stands of essentially pure northern hardwoods are not considered lynx habitat. Of the non-forested types, shrub swamps and conifer bogs are generally considered lynx habitat. Shrub swamps consist mainly of alder or willow. Bogs typically have components of black spruce, tamarack or other lowland conifers.

Snowshoe hare habitat consists primarily of all lowland shrub and conifer bogs, and the sapling and older sawlog stands, rather than the early regenerating or pole-sized stands. Sapling-sized aspen adjacent to conifer cover also provides snowshoe hare habitat. Conifer bogs or lowland conifer forests may serve as refugia for hare during low points in their cycle. Red squirrels are associated with forested stands that contain conifers of cone bearing age. Small, permanent upland openings would probably also be used by lynx for foraging.

Lynx denning habitat is suspected to be associated more with structural components of forests, such as blowdown, deadfalls and root wads, rather than forest cover type, based on studies in other geographic areas.

In addition to climatic and topographic influences, a variety of disturbance factors created and maintained forest composition and successional patterns, which provided landscape mosaics of suitable lynx habitat. These disturbance factors included fire, insects and wind. Pre-settlement forests in this area had three distinct fire regimes (Kilgore and Heinselman 1990):

1) Jack pine and spruce-fir forest with very large (sometimes >250,000 acres) stand-replacement crown fires or severe surface fires, every 50 to 100 years in the west and 80 to 250 years in the east;
2) Red pine and white pine forests with combinations of moderate intensity surface fires at 20 to 40 year intervals, with more intense crown fires at 150 to 300 year intervals, and
3) Mixed aspen-birch-conifer forests with high-intensity surface or crown fires.

Larger blowdowns due to windshear and tornadoes occurred infrequently, but often caused extensive localized disturbance. Insect infestations such as those caused by spruce budworm contributed to large areas of tree mortality, and may have created conditions conducive to large fires.

These major disturbance events created diverse, early successional forests that provided habitats preferred by snowshoe hare, and thus important foraging areas for lynx. The less intense, more frequent ground fires were an important factor in maintaining the conifer understory component throughout much of this area. Smaller, localized wind events and insect infestations likely created concentrations of downed logs, which can provide suitable denning habitat for lynx.

Sites in this geographic area where the best lynx habitat is found include the Voyageurs National Park and Boundary Waters Canoe Area Wilderness (Minnesota), and Quetico Provincial Park (Ontario). Wisconsin and Michigan currently suffer from a lack of connectivity with Minnesota and Ontario, and may have limitations of size, fragmentation and current vegetation composition. Of these two states, the largest areas of contiguous habitat occur on the Ottawa and Hiawatha National Forests and associated state forests in Michigan.

Approximately 41 percent of lynx habitat in this geographic area is in public or tribal ownership (John Wright, unpubl. data from Great Lakes Ecological Assessment).

### *Risk Factors Specific to the Great Lakes*

Risk Factors Affecting Lynx Productivity

The forest that resulted from the early logging and wildfires replaced most of the mature and old growth conifer and mixed conifer-hardwood forests with early successional mixtures of aspen, birch, mixed hardwoods, spruce and fir. Much of the timber management that followed has emphasized pulpwood production by maintaining much of the early successional aspen, and converting mixed stands with pine plantations. Most mixed northern hardwood forests have been managed toward sawtimber production.

These timber management practices also resulted in conditions that favored lynx competitors such as coyote and/or bobcats. It has probably reduced denning habitat, while increasing habitat for lynx prey in some areas.

Loss of habitat due to conversion to agriculture has occurred across significant areas within historical lynx range in northern Wisconsin, central Minnesota, and upper Michigan. Portions of this area remain in

a non-forested condition. More recently, human encroachment in the form of summer homes and cabins has occurred in this region.

The significant decline of fire as a large-scale disturbance agent may have reduced habitat quality and quantity for lynx in some portions of this geographic area, as compared with historical conditions. The composition and spatial distribution of early successional habitats and the composition and structure of the mature forests of today are considerably different from those formed by the disturbances that occurred prior to European settlement (Agee 2000).

In contrast to the western U.S., snow depth probably does not limit the distribution of bobcats and coyotes within the more southerly portions of the Great Lakes Geographic Area. Deep snow accumulation occurs in northeastern Minnesota, extreme northern Wisconsin, and the Upper Peninsula of Michigan. Within portions of this area, extensive road and trail systems are in place, and current winter use may facilitate coyote and bobcat movement. A possible exception to this situation occurs within the Boundary Waters Canoe Area Wilderness and other northern portions of the Superior National Forest in northeast Minnesota. In this area, the combination of snow depth and a lack of trails and roads may allow the lynx to retain a competitive advantage.

Risk Factors Affecting Mortality

Lynx trapping is currently not legal within the Great Lakes Geographic Area. Trapping seasons do exist, however, for other carnivores such as bobcat and coyote. Therefore, some potential for incidental trapping does exist, though none have been reported in recent years.

Wolf numbers have increased substantially in this geographic area in the last decade (Wydeven et al. 1999, Michigan Dept. Nat. Res. in litt. 1994, Minnesota Dept. Nat. Res. in litt. 1994). Consequently, coyote numbers have noticeably declined within occupied wolf range. Changes have not been noted in bobcat or red fox populations. Decreasing coyote numbers probably result in less competition with lynx for preferred prey such as snowshoe hares. Although wolves may pose some risk of predation to lynx, they have always persisted in the extreme northern Minnesota region and coexisted with lynx. Wolf density in the extreme northern Minnesota region has not appreciably increased from historical levels (D. Mech, pers. comm. 1999).

Predator control activities are essentially non-existent on federal lands as no livestock grazing occurs there. Some predator control occurs on private lands but does not appear to be a factor of concern in this geographic area.

Incidental or illegal shooting could be a minor concern in this geographic area. Of the 7 reported lynx mortalities in the last 15 years in this geographic area, 3 were due to vehicle collisions, 2 due to shootings, 1 from trapping, and 1 unknown (Wydeven 1998, Michigan Department of Natural Resources, in. litt. 1994, Minnesota Department of Natural Resources in litt. 1994, Paul Burke pers. comm. 1998).

Due to relatively high road and highway densities, mortality due to vehicle collisions may be an important risk factor within this geographic area. A number of high volume highways traverse this geographic area.

Risk Factors Affecting Movement

Conversion to agriculture may have decreased connectivity of habitat in northern Wisconsin and central and eastern Upper Michigan. Conversion to forest types less suitable for lynx may also have limited dispersal within this geographic area.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 98 of 283

Dispersal of animals from southern Ontario into eastern Upper Michigan is currently inhibited by the extended Great Lakes shipping season, limiting opportunities for crossing on the ice of the St. Mary's River. The fragmentation of lynx habitat in southern Ontario by agricultural conversion has also resulted in a lower number of animals likely to disperse through this area.

Highways are probably an important factor limiting dispersal both into and within the geographic area. Several major highway corridors may impede dispersal into northern Wisconsin and the western portion of upper Michigan.

BLM_0063049

## Northeast Geographic Area

### *Geographic Extent*

The Northeast Geographic Area encompasses western Maine, central and northern New Hampshire, Vermont, the northeastern portion of New York, small portions in northwestern Massachusetts, and the very northeastern corner of Pennsylvania. This area largely falls within the Adirondack- New England Mixed Forest - Coniferous Forest - Alpine Meadow Province (McNab and Avers 1994). This province is composed of subdued glaciated mountains and maturely dissected plateaus of mountainous topography. Any glacially broadened valleys have glacial outwash deposits and contain numerous swamps and lakes. Elevations range from 150 - 1,220 m (500 - 4,000 feet) with a few isolated peaks higher than 1,525 m (5,000 feet).

The climate in the area is characterized by warm summers. Winters can be severely cold, but less so near the ocean. Average annual snowfall is more than 250 cm (100 inches). The forest vegetation of this ecoprovince is transitional between the boreal forests of the north and the deciduous forests to the south. Growth form and species are similar to those found to the north, but red spruce (*Picea rubens*) tends to replace white spruce. Valleys contain a hardwood forest with the principal tree species being sugar maple (*Acer saccharum*), yellow birch (*Betula alleghaniensis*), and beech, with a mixture of hemlock. Low mountain slopes support a mixed forest of spruce, fir, maple, beech, and birch. Above the mixed-forest zone lie pure stands of balsam fir and red spruce. Alpine meadows exist above timberline (Bailey 1995).

The Adirondack- New England Mixed Forest - Coniferous Forest - Alpine Meadow Province is composed of several ecological subdivisions, or Sections, as described by McNab and Avers (1994). These include the White Mountains Section, the New England Piedmont Section, the Green, Taconic, Berkshire Mountains Section, the Adirondack Highlands Section, and the Catskill Mountains Section.

*White Mountains Section (M212A):* This Section extends across the western one-half of Maine from north to south and the northeastern corners of New Hampshire and Vermont. The potential natural vegetation types occurring on this Section include northern hardwoods forest, northern hardwood-spruce forest, and northeastern spruce-fir forest (Kuchler 1964).

*New England Piedmont Section (M212B):* This Section covers much of the western half of New Hampshire, the northeastern one-third of Vermont, and small portions of north-central Massachusetts. Potential natural vegetation types occurring on this Section include northern hardwood forest and northern hardwood-spruce forest.

*Green, Taconic, Berkshire Mountains Section (M212C):* This Section covers most of the remainder of Vermont with the exception of the northwestern corner. It also reaches into western Massachusetts and east-central New York. Potential natural vegetation types occurring on this Section include northern hardwoods forest, northern hardwood-spruce forest, and northeastern spruce-fir forest.

*Adirondack Highlands Section (M212D):* This Section covers the Adirondack Mountains in northern New York. Potential natural vegetation types occurring on this Section include northern hardwood-spruce forest and northeastern spruce-fir forest.

*Catskill Mountains Section (M212E):* This Section occurs in southeastern New York and extends to the Pennsylvania border. Potential natural vegetation types occurring here include northern hardwood forest and northern hardwood-spruce forest.

### *Lynx Population Distribution*

Although lynx are considered to have been historically resident within Maine, New Hampshire, Vermont, and New York, their current distribution in the Northeastern Geographic Area is now thought to be limited to Maine (U.S. Fish and Wildlife Service 1998). Anecdotal information suggests that the species was breeding in Maine in the 1960's and 1970's (McKelvey et al. 2000*b*), and breeding was confirmed in 1999 when a radio-collared female produced two kittens (U.S. Fish and Wildlife Service in Litt. 1999). With the exception of Maine, recent records from the northeast are rare (McKelvey et al. 2000*b*).

Isolation of suitable habitat and limited connectivity with Canada apparently continue to be important factors in the low numbers of lynx in this region (Litvaitis et al. 1991, McKelvey et al. 2000*b*). The majority of the lynx habitat in this geographic area occurs on private land, ranging from small residential lots to large industrial ownerships (Harper et al. 1990).

Northeastern lynx habitat consists of forest vegetation that is transitional between the boreal forests of the north and the deciduous forests to the south. This habitat is similar to, and was formerly contiguous with, forested areas in southern Canada. Growth form and species are similar to those found to the north, but red spruce tends to replace white spruce.

Transient or dispersing lynx from the north may have periodically supplemented resident populations (Litvaitis et al. 1991). However, lynx populations in southern Canada have also experienced declines in recent decades, and are considered extirpated from the Upper St. Lawrence Valley (Alvo 1998). Due to the small and isolated nature of existing populations, maintaining and enhancing connectivity with occupied lynx habitats in Canada may be critical to the conservation of lynx in the northeastern U.S.

### *Lynx Habitat*

Lynx habitat within the New England Geographic Area occurs in a mostly contiguous block of forest in the ecotone between the boreal and deciduous forest, primarily associated with northern spruce-fir forest and northern hardwood-spruce forest communities (higher elevations in the mountainous areas), in those areas where snow accumulation and condition may limit travel of competing species.

The conifer trees associated with forests of this area are red spruce, balsam fir, northern white cedar, eastern white pine (*Pinus strobus*), and hemlock. Hardwood species include northern hardwoods, aspen, and paper birch. The edges rather than the interior of large stands of essentially pure deciduous species are considered lynx habitat.

The mountainous krummholz zone provides foraging habitat for snowshoe hare (Clay Grove, pers. comm. 1999). Other foraging habitat containing hare are those forested stands in the younger and older ages that contain dense tree or shrub components. Regenerating stands in the earlier stages, and mid-aged stands are less suitable as foraging habitat for hare. Forested stands that contain conifers of cone-bearing age provide habitat for red squirrels and other alternate prey species. Denning habitat is associated more with structural components of forests, such as blowdown, deadfalls and root wads, rather than tree species.

Beyond climatic and topographic influences, the primary disturbance factors which created and maintained forest composition and successional patterns in this geographic area were wind, insects, disease, and fire.

Large blowdown disturbances resulting from hurricane winds and other severe weather events, such as ice and wind storms, contributed significantly to the early successional forest patterns in this region. Higher elevation forests are often characterized by an even-aged wind-throw phenomenon known as fir-waves. Insect and disease disturbances resulting from a variety of agents including spruce budworm, spruce beetle, beech bark disease, and sugar maple defoliators were also important factors affecting forest landscape patterns (McNab and Avers 1994).

These major disturbance events created diverse, early successional forests that provided habitats preferred by snowshoe hare, and thus important foraging areas for lynx. Red spruce and balsam fir are important components in snowshoe hare habitat. Smaller, localized wind events, disease outbreaks, and insect infestations likely created concentrations of downed logs, which provide suitable denning habitat for lynx. Denning habitat also could occur on or near the krummholz zone in this geographic area.

Fire is not a significant disturbance regime in this geographic area. Fire occurred more frequently in southern portions but becomes increasingly infrequent on more northern inland sites (McNab and Avers 1994). The typical fire regime for this part of the country was infrequent surface fires in the dormant season in the hardwood forests, and slightly more frequent but long-interval fires in some conifer forests (Kilgore and Heinselman 1990).

Due to forest fragmentation, land ownership patterns, and barriers to connectivity, there are relatively few areas that may be capable of supporting a lynx population. One of the only large contiguous blocks of forested land within lynx habitat is located in northwestern Maine. However, this area is largely in private ownership, with the majority of these being industrial landowners. Other lynx habitat within the geographic area is either quite small or cut off from possible immigration of lynx from occupied habitats.

### ***Risk Factors Specific to Northeast***

Risk Factors Affecting Lynx Productivity

Past timber management and other land uses have resulted in the loss of 75% of the spruce-fir forest cover from the White Mountain National Forest (J. Lanier, pers. comm. 1999). As a result of logging and land clearing on the White Mountain and Green Mountain National Forests at the turn of the century, many areas that were once predominantly softwood conifers regenerated to and were replaced by hardwoods. Remaining coniferous forest in the White Mountain and Green Mountain National Forests are in a mature condition in much of the potential lynx habitat. These mature conifer forests are now being regenerated, increasing the amounts of early successional stages (seedling and sapling stands). These activities are improving snowshoe hare habitat. Although hardwood forests do not typically supply adequate cover for snowshoe hares (Monthey 1986), many of the hardwood stands found on the White Mountain and Green Mountain National Forests have a conifer understory component.

In some areas within this geographic area, large tracts of coniferous forest were harvested to reduce the incidence of spruce budworm. This greatly simplified the forested landscape and did not provide the mosaic of forest stands necessary for lynx and snowshoe hare.

Although forested habitat has increased in recent decades and snowshoe hare populations appear to provide an adequate prey base, there is no evidence that lynx populations have responded on national forest lands.

Some potential for competition with other predators exists. Coyote numbers have increased dramatically in New England in the past few decades (Buskirk et al. 2000*a*). However, most lynx habitats occur in areas of high snow accumulation, which effectively precludes most winter coyote presence. This is especially true since the mountainous areas have very few roads or groomed winter recreation trails to attract competitors such as coyotes. The exception to this is some roading of spruce/fir habitats on private lands.

Risk Factors Affecting Mortality

Lynx trapping is currently illegal in the Northeastern Geographic Area. Trapping of other carnivores such as coyote, bobcat, marten and fisher is allowed, but no reports of incidentally trapped lynx have occurred within the past decade. Potential for incidental trapping exists but is considered very minimal.

Predation on lynx is unknown but is not considered to be a significant factor. Coyotes have recently expanded their range and become well established throughout the Northeast Geographic Area (J. Lanier, pers. comm. 1999). Coincidentally, bobcat numbers have declined but fox, marten, and fisher populations appear relatively stable (J. Lanier, pers. comm. 1999). Wolves are occasionally present in northern Maine but packs are apparently not established in this geographic area at present.

There are no domestic livestock grazing allotments on federal or state lands in this geographic area. Consequently, predator control activities are essentially limited to private lands and are not considered to be an important factor.

Though few records of incidental shootings exist, one radio-collared lynx that had been released in the Adirondack Mountains of New York during the 1980s was killed in a farmer's chicken coop in New Hampshire approximately 10 years ago (J. Lanier, pers. comm. 1999).

Highway mortality records indicate one road-killed lynx in New Hampshire in the last five years (J. Lanier, pers. comm. 1999). In the Adirondack Mountains of New York, an attempt to reintroduce lynx was unsuccessful; 18 of 37 mortalities of translocated animals were attributed to road kills (Brocke et al. 1990). A number of high volume highways traverse this geographic area.

Risk Factors Affecting Movement

Paved roads with high-volume traffic, non-forested agricultural lands, or other intervening areas of unsuitable habitat impede re-occupation of potentially suitable habitats in this geographic area, especially those in New York, New Hampshire, and Vermont.

Agricultural conversion and/or urban development in southern Canada may be an additional hindrance to connectivity with the north. The St. Lawrence River is now a major shipping lane and crossings are unlikely. Lynx from a resident population in a Quebec reserve south of the St. Lawrence and animals from occupied habitat in New Brunswick should be able to immigrate into Maine.

# PLANNING AREA DESCRIPTION AND RISK FACTORS

A Planning Area is not a biological scale of particular relevance to lynx, but rather is the scale at which broad programmatic planning direction is developed. Consultation under the Endangered Species Act is conducted by federal agencies for both programmatic and project planning. In this section, we have specifically identified risk factors related to lynx management for which programmatic management direction should be developed. Recommended conservation measures (found in Part II) have also been sorted into those applicable at the programmatic and project levels.

### *Geographic Extent*

Programmatic plans provide broad direction for management activities by establishing goals, objectives, desired future condition statements, standards, guidelines, and land allocations. Examples of programmatic plans are regional guides and forest land and resource management plans, as required under the National Forest Management Act; Resource Management Plans, as required under the Federal Lands and Policy Management Act; and General Management Plans for individual National Parks.

### *Lynx Population and Habitat Distribution*

In Appendix A, the national forests, BLM field offices, national parks, and wildlife refuges that should develop or refine maps of known lynx occurrence and potential lynx habitat are identified.

There is substantial uncertainty as to the historical distribution and status of lynx in some areas, particularly Wisconsin, Michigan, New York, Vermont, southeastern Washington, northeastern Oregon, the Oregon Cascades, central and southern Idaho, and Utah (McKelvey et al. 2000*b*). Surveys designed to detect lynx presence should be emphasized in these areas.

### *Risk Factors Specific to Planning Areas*

<u>Risk Factors Affecting Lynx Productivity</u>
Timber management activities occur throughout the range of lynx in the conterminous United States and directly affect the quality and quantity of available habitats for this species. Timber harvest levels established in the various programmatic plans must be consistent with objectives for maintaining lynx habitat, especially to provide for denning and foraging requirements.

Reduction of large diameter woody debris may affect the survival of lynx kittens and the availability of lynx prey, including snowshoe hares and red squirrels. Programmatic plans should be reviewed to determine whether or not they will provide adequate down woody material necessary for lynx denning habitat. As such plans are updated, they should be adjusted to fully integrate retention objectives for large diameter woody debris, in the context of natural disturbance processes.

Pre-commercial thinning reduces the quality and quantity of snowshoe hare foraging habitat and escape cover. Pre-commercial thinning programs have traditionally been applied to large areas of regenerating forests, after human-caused or natural disturbances, as stands approach or reach optimum conditions for snowshoe hares.

Fire exclusion may alter the natural mosaic of forest successional stages necessary for maintaining snowshoe hare habitat across landscapes over time. Current federal fire management policy requires suppression of wildfires in the absence of approved prescribed fire plans, and such plans have not yet been completed on many land management units. In addition, certain management area prescriptions in many forest plans and resource management plans may preclude the use of fire. This limits the use of fire to help perpetuate vegetation conditions that favor lynx and snowshoe hares.

Livestock grazing in important lynx prey habitats such as riparian areas, aspen stands and high-elevation willow communities may reduce available forage for snowshoe hares. Programmatic plans should be reviewed to ensure that the areas where livestock grazing is permissible, the allowable number of animal unit months (AUMs), and grazing use levels or standards are compatible with maintaining adequate lynx prey.

Human presence in lynx denning habitat during the May through August period may be detrimental to lynx. In winter, human presence on forest roads and trails that results in snow compaction may provide lynx competitors such as coyotes, cougars, bobcats and wolves access into lynx habitat. Travel plans should be reviewed to determine if opportunities exist to reduce access to important lynx habitats.

Mineral prospecting and extracting activities may affect important lynx habitats or linkage areas. As programmatic plans are updated or revised, such areas should be evaluated to determine if withdrawal from mineral leasing is warranted.

Risk Factors Affecting Mortality

Outside of Colorado and the national parks, regulated trapping seasons occur in all planning areas. Incidental trapping of lynx, though uncommon in most areas, could be a factor of concern in areas that encompass known lynx population centers, or those attempting to reestablish lynx populations.

Relationships between lynx and potential predators and competitors are poorly understood. On a planning area scale, motorized and non-motorized access during the winter may affect levels of predation on lynx and competition for snowshoe hares. The increase in groomed or packed snow trails or areas into deep snow conditions may provide access for lynx predators/competitors. Some types of vegetation management can result in habitat conditions that favor or discourage use by potential lynx predators.

Predator control activities occurring within lynx habitat on federally administered lands may pose a risk to lynx. Programmatic planning provides the opportunity to affect this risk factor through management direction (standards and guidelines), and through management direction in allotment management plans/ annual operating plans. Since predator control activities are area and species specific, or often may target a specific offending animal, this risk factor may be very manageable on a planning area basis.

Illegal or accidental (i.e. mistaken identity) shootings of lynx, though uncommon, may be a concern in planning areas known to contain occupied lynx habitat.

Highway segments that cross the planning area and have experienced significant wildlife mortality due to vehicular collisions should be identified. Key linkage areas should be identified to integrate into planning at this scale.

Risk Factors Affecting Movement

Assessments of habitat connectivity and possible barriers are best done at broader scales, such as the planning unit or larger. Key linkage areas are especially important in the southern portions of lynx range. Such areas should be identified and appropriate management objectives and direction established in programmatic plans.

# HOME RANGE DESCRIPTION AND RISK FACTORS

### *Geographic Extent*

In the lower 48 states, lynx habitat quality is believed to be lower than in northern boreal forests, due to lower prey densities and inherent habitat patchiness (Koehler and Aubry 1994). Lynx in the southern portion of their range may include areas used primarily for traveling between hunting sites (Koehler and Brittell 1990), which could increase home range size. Therefore, a gradient in home range size may occur in the U.S., with largest home range size occurring in the patchy habitats of Colorado. However, our premise that increases in home range sizes occur in more southern regions is speculative. Lynx home range studies in southern regions have varied in design, implementation, and analysis (Aubry et al. 2000). Differences in habitat quality, sex, age and reproductive status of study animals, duration of study, available prey resources, along with small sample sizes, limit the usefulness of a direct comparison of results. The following paragraphs summarize home range information.

Aubry et al. (2000) provided a compilation of annual mean home range sizes for lynx. In general, lynx home ranges in southern boreal forests were large compared to those reported from the taiga during times of high snowshoe hare densities. The mean home range for male lynx was about 151 $km^2$ (58 $mi^2$) in southern boreal forests and 62 $km^2$ (24 $mi^2$) on the taiga during high hare densities, and for females were 72 $km^2$ (28 $mi^2$) and 30 $km^2$ (12 $mi^2$) for the south and taiga during high hare densities, respectively. However, the relationship was not as strong during periods of low hare densities.

Squires and Laurion (2000) reported that their findings generally support the contention that lynx in more southern regions have large home ranges. In Montana, the annual 95% minimum convex polygon (MCP) average home range size for males was 238 $km^2$ (92 $mi^2$) and 115 $km^2$ (44 $mi^2$) for females. In west-central Wyoming, average annual home range estimates for one male and one female lynx were 110 $km^2$ (42 $mi^2$) and 90 $km^2$ (35 $mi^2$) respectively. In southwestern Alberta and southeastern British Columbia, Canada, mean annual home range for 3 male lynx was 277 $km^2$ (107 $mi^2$) and for 3 females was 135 $km^2$ (52 $mi^2$) (Apps 2000).

The following home range estimates from the lower 48 states are based on 100% MCP estimates. In northcentral Washington, the mean annual home range size of 5 males was 69 $km^2$ (27 $mi^2$) and 39 $km^2$ (15 $mi^2$) for 2 females (Koehler 1990). In Montana, annual home ranges of 6 males averaged 122 $km^2$ (47 $mi^2$) and for 4 females averaged 43 $km^2$ (17 $mi^2$) (Brainerd 1985).

We recommend that Lynx Analysis Units (LAUs) be identified for all areas with lynx habitat. LAUs are not intended to depict actual lynx home ranges, but are intended to provide analysis units of the appropriate scale with which to begin the analysis of potential direct and indirect effects of projects or activities on individual lynx, and to monitor habitat changes.

### *Lynx Population Distribution*

LAUs should approximate the size of a female's annual home range and encompass all seasonal habitats. LAUs will also likely contain areas of non-lynx habitat, such as lower elevation drier sites, especially in mountainous regions. Generally, lynx conservation measures apply only to lynx habitat within LAUs, although considerations related to connectivity may be appropriate for other areas.

The spatial arrangement of LAUs should be evaluated. Some minimum number of contiguous LAUs will be necessary to provide the amount and distribution of habitat required to manage for viable lynx

populations. Each planning unit should evaluate those areas with more or less discontiguous patches of lynx habitat to determine the potential for lynx management. A single LAU, isolated from other blocks of lynx habitat, is unlikely to be effective in providing lynx habitat in sufficient amounts to maintain or increase lynx numbers.

### *Lynx Habitat*

In the lower 48 states, lynx habitat quality is believed to be lower than in northern boreal forests, due to lower prey densities and inherent habitat patchiness (Koehler and Aubry 1994). Large home range sizes documented in Washington (Koehler 1990), Montana (Koehler et al. 1979, Brainerd 1985, Smith 1986), and Minnesota (Mech 1980) indicated that lynx were required to travel extensively to locate sufficient prey resources.

Therefore, we assumed that maintaining high-quality foraging habitat within each LAU through time is very important. In addition, we inferred that limits must be placed on the extent of habitat alteration that can occur at one time within an LAU. Limits on alterations within LAUs are intended to aid in maintaining a distribution of suitable lynx habitat across the landscape. Although we acknowledge the positive and negative impacts of large scale, landscape events on lynx habitat, we recognize also that human alteration of habitat differs from natural events such as fire. Until landscape analyses are completed, we recommend limits on human alteration of lynx habitat measured at an LAU scale. The development of landscape analyses is recommended and can be used to assess the potential for designing larger treatments that could benefit lynx habitat. In these cases, the limitations on changes within individual LAUs may be waived or modified to accommodate preferred conditions on a landscape scale, encompassing many LAUs.

At highly developed recreational facilities, such as ski areas or resorts, we assumed that diurnal security habitat might be needed within a home range, to provide the animal(s) with the opportunity to rest undisturbed. These areas should be in proximity to foraging or denning habitats, and within the range of daily movements. We assumed that diurnal security habitat is not a static or permanently delineated area, but one that may change or shift over time within a particular home range

### *Risk Factors Specific to Home Range*

<u>Risk Factors Affecting Lynx Productivity</u>
Timber management may reduce the amount and/or quality of foraging habitat available for an individual lynx. Timber management can affect the spatial arrangement of foraging habitat and denning habitat. The proximity of foraging habitat to denning habitat can influence kitten survival. Timber harvest may reduce the amount of coarse woody debris in an area, needed throughout the home range to protect kittens and to maintain red squirrel habitat.

Fire exclusion may alter the natural mosaic of forest successional stages, and thereby result in less snowshoe hare habitat over time. Road construction to facilitate suppression of wildfires may increase human access into lynx habitat, and could lead to increased competition from other predators such as coyotes. Creation of fuel breaks on ridges eliminates cover and may discourage use by lynx.

Grazing within lynx habitat may impact important microsites such as high elevation riparian meadows and willow communities, thus reducing snowshoe hare habitat.

Use of roads and trails during winter that results in compacted snow may allow coyotes to travel into deep snow lynx habitats and compete for snowshoe hare prey. High-intensity recreational use, such as that occurring at ski areas, may provide a level of disturbance that effectively precludes lynx use (at least temporarily) of otherwise suitable habitat.

Other human developments that could degrade habitat within a lynx home range include oil and gas field development, surface mining, and construction of reservoirs.

Risk Factors Affecting Lynx Mortality

At the home range scale, the risk of mortality to which an animal is exposed may be influenced by human presence and activities. For example, road networks and snowmobile use may improve the ease of trapping within a particular area, and increase the potential for accidental capture of lynx. Specific predator control activities are often conducted at scales pertinent to lynx home range.

Risk Factors Affecting Movements

Paved highways with high traffic volume, particularly if it continues during nighttime, can impede lynx movement within a home range.

Land ownership may fragment lynx habitat, if land is converted to conditions or uses that are not suitable habitat.

# CONSERVATION MEASURES

## Approach to Development of Conservation Measures

The following conservation measures are intended to conserve the lynx, and to reduce or eliminate adverse effects from the spectrum of management activities on federal lands. These measures are provided to assist federal agencies in seeking opportunities to benefit lynx and to help avoid negative impacts through the thoughtful planning of activities. Plans that incorporate them, and projects that implement them, are generally not expected to have adverse effects on lynx, and implementation of these measures across the range of the lynx is expected to lead to conservation of the species.

However, because it is impossible to provide standards and guidelines that will address all possible actions, in all locations across the broad range of the lynx, it is imperative that project specific analysis and design be completed, for all actions that have the potential to effect lynx. Circumstances unique to individual projects or actions and their locations may still result in adverse effects on lynx. In these cases, additional or modified mitigating measures may be necessary to avoid or minimize adverse effects.

As described previously, little research has been conducted on lynx in the contiguous United States. We have cited the literature as a basis of management recommendations where possible. However, on many issues, no information exists. In these cases, we have offered recommendations to fulfill the purpose of developing a useful, proactive plan until additional information from scientific assessments, lynx surveys, and effectiveness monitoring become available.

The conservation measures are written to support management of lynx and their habitat. However, in the absence of specific knowledge about lynx, many of the recommendations were drawn from knowledge about their primary prey (snowshoe hares) and important alternate prey (red squirrels), other forest carnivores, and basic principles for maintaining or restoring native ecological processes and patterns. A benefit of this approach is that it should enhance compatibility with the needs of other species that inhabit the same ecosystems.

Until conclusive information is developed concerning lynx management, we recommend the agencies retain future options. That is, choose to err on the side of maintaining and restoring habitat for lynx and their prey. In particular, managers should avoid making an irretrievable commitment of resources that could ultimately prove crucial in maintaining or restoring viable, self-sustaining lynx populations within an ecosystem.

The order in which the conservation measures appear does not imply their relative priority.

The terms “objectives”, “standards”, and “guidelines” have specific meanings under public land management laws. They are not necessarily intended to have that meaning here. See the glossary for how these terms are used in this document.

## Scales of Analysis

The conservation measures will likely be implemented through two scales of decision-making: programmatic and project planning. Programmatic plans provide broad direction for management activities by establishing goals, objectives, desired future condition statements, standards, guidelines, and land allocations. Direction in programmatic plans may either be substantive (e.g., requiring that certain amounts of habitat always be maintained), or may be procedural (e.g., requiring that certain analyses be conducted at the project level). Substantive direction in programmatic plans of necessity is written to address typical conditions that would be encountered. Project planning implements the broad programmatic direction, by accomplishing procedural requirements and designing activities that tailor substantive management direction to the unique conditions and circumstances of a particular site.

*Project Planning Analysis Units:* Lynx analysis units (LAUs) are intended to provide the fundamental or smallest scale with which to begin evaluation and monitoring of the effects of management actions on lynx habitat.

LAUs do not depict actual lynx home ranges, but their scale should approximate the size of area used by an individual lynx. LAUs need not be a new analysis unit. Rather, to promote integration with other resource analyses, we recommend that previously delineated and accepted ecological units, such as Hydrologic Unit Codes (HUCs) or Landtype Associations (LTAs) be used.

Several of the conservation measures require analysis units within which rather specific parameters can be measured (e.g., limits on human alteration of habitat, no net increase in groomed over-the-snow routes). LAUs provide this analysis unit. Application of certain conservation measures at the LAU scale allows blocks of quality lynx habitat to be maintained within each LAU, thereby maintaining a good distribution of lynx habitat at the scale of a lynx home range. Limits on impacts at the LAU scale are necessary until we develop a more complete understanding of landscape level events and their effects on lynx. Once a broad scale assessment is complete, the utility of the LAU and appropriateness of limitations at the LAU scale should be readdressed.

LAUs will likely encompass both lynx habitat (may or may not be currently in suitable condition for denning or foraging habitat) and other areas (such as lakes, low elevation ponderosa pine forest, and alpine tundra). Conservation measures (objectives, standards, and guidelines) generally apply only to lynx habitat within the LAUs.

The LAU may not provide a large enough analysis area within which to address direct, indirect, and cumulative effects of particular actions. In many cases, project impacts must be assessed within the context of two or more LAUs (e.g., large-scale ski area development, prescribed fire). Additionally, naturally occurring events such as lightning-ignited fire may impose changes across many LAUs.

*Programmatic Planning Analysis Units:* Programmatic planning should not be limited to or focused on the scale of individual LAUs. Programmatic planning may entail the consideration of landscape patterns across large areas, such as all the LAUs within a given subbasin or mountain range.

## Conservation Measures Applicable to All Programs and Activities

In the previous sections, lynx population status, habitat description, and relevant risk factors were identified for four scales: range-wide, geographic area, planning area, and home range. To provide meaningful results, analysis must be matched to the appropriate biological scale. For example, consideration of genetic variation and interchange would require sampling within the entire range of the species. Similarly, consideration of population connectivity is probably best addressed at the scale of one or more geographic areas. To estimate historical landscape patterns, analysis must be large enough to encompass the largest disturbance events, which might involve an entire planning area. Juxtaposition of denning and foraging habitat is appropriately evaluated at the home range scale.

Programmatic planning - objectives.

1. Design vegetation management strategies that are consistent with historical succession and disturbance regimes. The broad-scale strategy should be based on a comparison of historical and current ecological processes and landscape patterns, such as age-class distributions and patch size characteristics. It may be necessary to moderate the timing, intensity, and extent of treatments to maintain all required habitat components in lynx habitat, to reduce human influences on mortality risk and interspecific competition, and to be responsive to current social and ecological constraints relevant to lynx habitat.

Programmatic planning - standards.

1. Conservation measures will generally apply only to lynx habitat on federal lands within LAUs.
2. Lynx habitat will be mapped using criteria specific to each geographic area to identify appropriate vegetation and environmental conditions. Primary vegetation includes those types necessary to support lynx reproduction and survival. It is recognized that other vegetation types that are intermixed with the primary vegetation will be used by lynx, but are considered to contribute to lynx habitat only where associated with the primary vegetation. Refer to glossary and description for each geographic area.
3. To facilitate project planning, delineate LAUs. To allow for assessment of the potential effects of the project on an individual lynx, LAUs should be at least the size of area used by a resident lynx and contain sufficient year-round habitat.
4. To be effective for the intended purposes of planning and monitoring, LAU boundaries will not be adjusted for individual projects, but must remain constant.
5. Prepare a broad-scale assessment of landscape patterns that compares historical and current ecological processes and vegetation patterns, such as age-class distributions and patch size characteristics. In the absence of guidance developed from such an assessment, limit disturbance within each LAU as follows: if more than 30 percent of lynx habitat within a LAU is currently in unsuitable condition, no further reduction of suitable conditions shall occur as a result of vegetation management activities by federal agencies.

Programmatic planning - guidelines.

1. The size of LAUs should generally be 6,500- 10,000 ha (16,000 – 25,000 acres or 25-50 square miles) in contiguous habitat, and likely should be larger in less contiguous, poorer quality, or naturally fragmented habitat. Larger units should be identified in the southern portions of the Northern Rocky Mountains Geographic Area (in Idaho from the Salmon River south, Oregon, Wyoming, and Utah) and in the Southern Rocky Mountains Geographic Area.

In the west, we recommend using watersheds (e.g., 6th code hydrologic unit codes (HUCs) in more northerly portions of geographic areas, and 5th code HUCs in more southerly portions). In the east, terrestrial ecological units that have been delineated at the landtype association or subsection level (e.g., LTAs or whatever scale most closely approximates the size of a lynx home range) may be an appropriate context for analysis. Coordinate delineation of LAUs with adjacent administrative units and state wildlife management agencies, where appropriate.

2. LAUs with only insignificant amounts of lynx habitat may be discarded, or lynx habitat within the unit incorporated into neighboring LAUs. Based on studies at the southern part of lynx range in the western U.S., it appears that at least 10 $mi^2$ of primary vegetation should be present within each LAU to support survival and reproduction. The distribution of habitat across the LAU should consider daily movement distances of resident females (typically up to 3-6 miles).
3. After LAUs are identified, their spatial arrangement should be evaluated. Determine the number and arrangement of contiguous LAUs needed to maintain lynx habitat well distributed across the planning area.

Project planning - standards.

1. Within each LAU, map lynx habitat. Identify potential denning habitat and foraging habitat (primarily snowshoe hare habitat, but also habitat for important alternate prey such as red squirrels), and topographic features that may be important for lynx movement (major ridge systems, prominent saddles, and riparian corridors). Also identify non-forest vegetation (meadows, shrub-grassland communities, etc.) adjacent to and intermixed with forested lynx habitat that may provide habitat for alternate lynx prey species.
2. Within a LAU, maintain denning habitat in patches generally larger than 5 acres, comprising at least 10 percent of lynx habitat. Where less than 10 percent denning habitat is currently present within a LAU, defer any management actions that would delay development of denning habitat structure.
3. Maintain habitat connectivity within and between LAUs.

## I. Conservation Measures to Address Risk Factors Affecting Lynx Productivity

### *A. Timber Management in Lynx Habitat*

Timber management modifies the vegetation structure and mosaic of forested landscapes. Timber management can be used in conjunction with, or in place of, fire as a disturbance process to create and maintain snowshoe hare habitat. In the southern portion of its range, lynx populations appear to be limited by the availability of snowshoe hare prey, as suggested by large home range sizes, high kitten mortality due to starvation, and greater reliance on alternate prey, especially red squirrels, as compared with populations in northern Canada. Timber management practices should be designed to maintain or enhance habitat for snowshoe hare and alternate prey such as red squirrel. Dense horizontal cover of conifers, just above the snow level in winter, is critical for snowshoe hare habitat. This structure may occur either in regenerating seedling/sapling stands, or as an understory layer in older stands.

Most aspen stands in the Rocky Mountains are in late successional condition as a result of past fire prevention and grazing. In aspen stands intermixed with spruce-fir forests, particularly in southern Idaho, southern Montana, Wyoming, Utah, and Colorado, treatments that result in dense regeneration of aspen are likely to enhance habitat for potential prey of lynx.

Programmatic planning - objectives.

1. Evaluate historical conditions and landscape patterns to determine historical vegetation mosaics across landscapes through time. For example, large infrequent disturbance events may have been more characteristic of lynx habitat than small frequent disturbances.
2. Maintain suitable acres and juxtaposition of lynx habitat through time. Design vegetation treatments to approximate historical landscape patterns and disturbance processes.
3. If the landscape has been fragmented by past management activities that reduced the quality of lynx habitat, adjust management practices to produce forest composition, structure, and patterns more similar to those that would have occurred under historical disturbance regimes.

Project planning - objectives.

1. Design regeneration harvest, planting, and thinning to develop characteristics suitable for snowshoe hare habitat.
2. Design project to retain/enhance existing habitat conditions for important alternate prey (particularly red squirrel).

Project planning - standards.

1. Management actions (e.g., timber sales, salvage sales) shall not change more than 15 percent of lynx habitat within a LAU to an unsuitable condition within a 10-year period.
2. Following a disturbance, such as blowdown, fire, insects/pathogens mortality that could contribute to lynx denning habitat, do not salvage harvest when the affected area is smaller than 5 acres. Exceptions to this include: 1) Areas such as developed campgrounds; 2) LAUs where denning habitat has been mapped and field validated (not simply modeled or estimated), and denning habitat comprises more than 10% of lynx habitat within a LAU; in these cases, salvage harvest may occur, provided that at least the minimum amount is maintained in a well-distributed pattern (see glossary).
3. In lynx habitat, pre-commercial thinning will be allowed only when stands no longer provide snowshoe hare habitat (e.g., self-pruning processes have eliminated snowshoe hare cover and forage availability during winter conditions with average snowpack).
4. In aspen stands within lynx habitat in the Cascade Mountains, Northern Rocky Mountains and Southern Rocky Mountains Geographic Areas, apply harvest prescriptions that favor regeneration of aspen.

Project planning - guidelines.

1. Plan regeneration harvests in lynx habitat where little or no habitat for snowshoe hares is currently available, to recruit a high density of conifers, hardwoods, and shrubs preferred by hares. Consider the following:
   a) Design regeneration prescriptions to mimic historical fire (or other natural disturbance) events, including retention of fire-killed dead trees and coarse woody debris;
   b) Design harvest units to mimic the pattern and scale of natural disturbances and retain natural connectivity across the landscape. Evaluate the potential of riparian zones, ridges, and saddles to provide connectivity; and
   c) Provide for continuing availability of foraging habitat in proximity to denning habitat.
2. In areas where recruitment of additional denning habitat is desired, or to extend the production of snowshoe hare foraging habitat where forage quality and quantity is declining due to plant succession, consider improvement harvests (commercial thinning, selection, etc). Improvement harvests should be designed to:
   a) Retain and recruit the understory of small diameter conifers and shrubs preferred by hares;
   b) Retain and recruit coarse woody debris, consistent with the likely availability of such material under natural disturbance regimes; and

c) Maintain or improve the juxtaposition of denning and foraging habitat.

### *B. Wildland Fire Management*

Wildland fire and insects have historically played the dominant role in maintaining a mosaic of forest successional stages in lynx habitat. Stand-replacing fires were infrequent and affected large areas. In areas with a mixed fire regime, moderate to low intensity fires also occurred in the intervals between stand-replacing events. Refer to the geographic area descriptions for more detailed information regarding historical fire regimes.

Periodic vegetation disturbances maintain the snowshoe hare prey base for lynx. In the period immediately following large stand-replacing fires, snowshoe hare and lynx densities are low. Populations increase as the vegetation grows back and provides dense horizontal cover, until the vegetation grows out of the reach of hares. Low to moderate intensity fires may also stimulate understory development in older stands.

Fire exclusion may have altered the pattern and composition of vegetation in subalpine forests. In the western United States, particularly in the southern portion of the Northern Rocky Mountains Geographic Area and in the Southern Rocky Mountains Geographic Area, fire exclusion is one of the primary factors contributing to the decline or loss of aspen. Aspen communities occupy a small percentage of the total forested area, but they provide important habitat diversity. Aspen/tall forb community types, especially those that include snowberry, serviceberry and chokecherry shrubs in the understory, are very productive and may contribute to the quality of lynx foraging habitat.

Wildland fire management activities include suppression and pre-suppression activities, as well as prescribed fire (natural and management ignitions).

<u>Programmatic planning - objectives.</u>

1. Restore fire as an ecological process. Evaluate whether fire suppression, forest type conversions, and other forest management practices have altered fire regimes and the functioning of ecosystems.
2. Revise or develop fire management plans to integrate lynx habitat management objectives. Prepare plans for areas large enough to encompass large historical fire events.
3. Use fire to move toward landscape patterns consistent with historical succession and disturbance regimes. Consider use of mechanical pre-treatment and management ignitions if needed to restore fire as an ecological process.
4. Adjust management practices where needed to produce forest composition, structure, and patterns more similar to those that would have occurred under historical succession and disturbance regimes.
5. Design vegetation and fire management activities to retain or restore denning habitat on landscape settings with highest probability of escaping stand-replacing fire events. Evaluate current distribution, amount, and arrangement of lynx habitat in relation to fire disturbance patterns.
6. In the Great Lakes Geographic Area, restore tree species composition and structure so that fire can be returned to the ecosystem where feasible.

<u>Project planning - objectives.</u>

1. Use fire as a tool to maintain or restore lynx habitat.

2. When managing wildland fire, minimize creation of permanent travel ways that could facilitate increased access by competitors.

<u>Project planning - standards.</u>

1. In the event of a large wildfire, conduct a post-disturbance assessment prior to salvage harvest, particularly in stands that were formerly in late successional stages, to evaluate potential for lynx denning and foraging habitat.
2. Design burn prescriptions to regenerate or create snowshoe hare habitat (e.g., regeneration of aspen and lodgepole pine).

<u>Project planning - guidelines.</u>

1. Design burn prescriptions to promote response by shrub and tree species that are favored by snowshoe hare.
2. Design burn prescriptions to retain or encourage tree species composition and structure that will provide habitat for red squirrels or other alternate prey species.
3. Consider the need for pre-treatment of fuels before conducting management ignitions.
4. Avoid constructing permanent firebreaks on ridges or saddles in lynx habitat.
5. Minimize construction of temporary roads and machine fire lines to the extent possible during fire suppression activities.
6. Design burn prescriptions and, where feasible, conduct fire suppression actions in a manner that maintains adequate lynx denning habitat (10% of lynx habitat per LAU).

### *C. Recreation Management*

Lynx have evolved a competitive advantage in environments with deep soft snow that tends to exclude other predators during the middle of winter, a time when prey is most limiting (Murray and Boutin 1991, Livaitis 1992, Buskirk et al. 2000). Widespread human activity (snowshoeing, cross-country skiing, snowmobiling, snow cats) may lead to patterns of snow compaction that make it possible for competing predators such as coyotes and bobcats to occupy lynx habitat through the winter, reducing its value to and even possibly excluding lynx (Bider 1962, Ozoga and Harger 1966, Murray et al. 1995, O'Donoghue et al. 1998). In order to maintain a competitive advantage for lynx, it may be necessary to minimize or even preclude snow compacting activities in and around quality snowshoe hare habitat. To not do so may lead to the elimination of lynx, or preclude the ability to re-establish them, in these landscapes.

A consideration for lynx in winter landscapes is exploitation or interference competition from other predator/competitors (Buskirk et al. 2000) and human disturbance (e.g., large developed recreational sites or areas of concentrated winter recreational use). Lynx may be able to adapt to the presence of regular and concentrated recreational use, so long as critical habitat needs are being met. Therefore it is essential that an interconnected network of foraging habitat be maintained that is not subjected to widespread human intervention or competition from other predator species.

In areas of concentrated recreational use (e.g., large ski areas), it may be necessary to maintain or provide "diurnal security habitat". In landscapes where there is widespread or intense recreational use, the natural diurnal patterns of human and lynx activity may provide the opportunity to maintain both uses in the landscape. Most human activity occurs during daylight hours, while lynx appear to be most active dusk to dawn, although weather may affect the time period when lynx are most active (Apps 2000). A key to providing temporal segregation of use may be in ensuring there are places in that landscape were lynx can

bed during the day relatively undisturbed. Sites that are similar to denning habitat (i.e., areas that are tangled with large woody debris) will tend to exclude most human activity because of the inherent difficulty they pose for human movement. Diurnal security habitat should be sufficiently large to provide effective and visual insulation from human activity, and must be well distributed and in proximity to foraging habitat.

Where such diurnal security sites exist, they should be protected from actions or activities that would destroy or compromise their functional value. In landscapes where these areas are lacking or inadequate, it may be desirable to create them, focusing on location, adequate size, and an abundance of jackstrawed large woody debris.

Landscape connectivity may be provided by narrow forested mountain ridges, plateaus, or forest stringers that link more extensive areas of lynx habitat. Woodland riparian communities that provide travel cover across otherwise open areas may also provide connectivity.

Minimizing disturbance around denning habitat is important from May to August.

Programmatic planning - objectives.

1. Plan for and manage recreational activities to protect the integrity of lynx habitat, considering as a minimum the following:
   a) Minimize snow compaction in lynx habitat.
   b) Concentrate recreational activities within existing developed areas, rather than developing new recreational areas in lynx habitat.
   c) On federal lands, ensure that development or expansion of developed recreation sites or ski areas and adjacent lands address landscape connectivity and lynx habitat needs.

Programmatic planning - standards.

1. On federal lands in lynx habitat, allow no net increase in groomed or designated over-the-snow routes and snowmobile play areas by LAU. This is intended to apply to dispersed recreation, rather than existing ski areas.
2. Map and monitor the location and intensity of snow compacting activities (for example, snowmobiling, snowshoeing, cross-country skiing, dog sledding, etc.) that coincide with lynx habitat, to facilitate future evaluation of effects on lynx as information becomes available.

Programmatic planning - guidelines.

1. Provide a landscape with interconnected blocks of foraging habitat where snowmobile, cross-country skiing, snowshoeing, or other snow compacting activities are minimized or discouraged.
2. As information becomes available on the impact of snow-compacting activities and disturbance on lynx, limit or discourage this use in areas where it is shown to compromise lynx habitat. Such actions should be undertaken on a priority basis considering habitat function and importance.

Project planning - standards.

*Developed Recreation:*

1. In lynx habitat, ensure that federal actions do not degrade or compromise landscape connectivity when planning and operating new or expanded recreation developments.
2. Design trails, roads, and lift termini to direct winter use away from diurnal security habitat.

*Dispersed Recreation:*

1. To protect the integrity of lynx habitat, evaluate (as new information becomes available) and amend as needed, winter recreational special use permits (outside of permitted ski areas) that promote snow compacting activities in lynx habitat.

Project planning - guidelines.

*Developed Recreation:*

1. Identify and protect potential security habitats in and around proposed developments or expansions.
2. When designing ski area expansions, provide adequately sized coniferous inter-trail islands, including the retention of coarse woody material, to maintain snowshoe hare habitat.
3. Evaluate, and adjust as necessary, ski operations in expanded or newly developed areas to provide nocturnal foraging opportunities for lynx in a manner consistent with operational needs, especially in landscapes where lynx habitat occurs as narrow bands of coniferous forest across the mountain slopes.

### *D. Forest/ Backcountry Roads and Trails*

Forest and backcountry roads and trails are those that occur on public lands; highways are addressed separately. Refer also to the conservation measures in the Forest Management, Recreation, and Trapping sections.

Plowed roads and groomed over-the-snow routes may allow competing carnivores such as coyotes and mountain lions to access lynx habitat in the winter, increasing competition for prey (Buskirk et al. 2000). However, plowed or created snow roads may be necessary to accomplish winter logging, which may be desirable to meet a variety of resource management objectives.

Preliminary information suggests that lynx may not avoid roads, except at high traffic volumes. Therefore, at this time, there is no compelling evidence to recommend management of road density to conserve lynx. However, new road construction continues to occur in many watersheds within lynx habitat, many of which are already highly roaded, and the effects on lynx are largely unknown. Further research directed at elucidating the effects of road density on lynx is needed.

Programmatic planning - objectives.

1. Maintain the natural competitive advantage of lynx in deep snow conditions.

Programmatic planning - standards.

1. On federal lands in lynx habitat, allow no net increase in groomed or designated over-the-snow routes and snowmobile play areas by LAU. Winter logging activity is not subject to this restriction.

Programmatic planning - guidelines.

1. Determine where high total road densities (>2 miles per square mile) coincide with lynx habitat, and prioritize roads for seasonal restrictions or reclamation in those areas.
2. Minimize roadside brushing in order to provide snowshoe hare habitat.
3. Locate trails and roads away from forested stringers.
4. Limit public use on temporary roads constructed for timber sales. Design new roads, especially the entrance, for effective closure upon completion of sale activities.

5. Minimize building of roads directly on ridgetops or areas identified as important for lynx habitat connectivity.

### *E. Livestock Grazing*

In riparian areas within lynx habitat, ungulate forage use levels may reduce forage resources available to snowshoe hares. Browsing or grazing can have a direct effect on snowshoe hare habitat if it alters the structure or composition of native plant communities.

Throughout the Rocky Mountains, grazing has been a factor in the decline or loss of aspen as a seral species in subalpine forests. Young, densely regenerating aspen stands with a well-developed understory provide good quality habitat for snowshoe hares and other potential lynx prey species, such as grouse. Grazing should be managed to allow for regeneration of aspen clones.

Particularly in the naturally fragmented habitats of the western United States, inclusions of high elevation shrub-steppe habitats often may exist within the home range of a lynx. Resident lynx are also known to occasionally make exploratory movements out of their home ranges (Squires and Laurion 2000, Aubry et al. 2000), encountering these habitats and potential alternate prey such as ground squirrels and jackrabbits. Therefore, shrub-steppe habitats within the elevational ranges of forested lynx habitat should be considered lynx habitat and be managed to maintain or achieve mid seral or higher conditions, thereby providing maximum natural cover and prey availability. Those areas that are currently in late seral condition should not be degraded.

<u>Programmatic planning - objectives.</u>

1. In lynx habitat and adjacent shrub-steppe habitats, manage grazing to maintain the composition and structure of native plant communities.

<u>Project planning - objectives.</u>

1. Manage livestock grazing within riparian areas and willow carrs in lynx habitat to provide conditions for lynx and lynx prey.
2. Maintain or move towards native composition and structure of herbaceous and shrub plant communities.
3. Ensure that ungulate grazing does not impede the development of snowshoe hare habitat in natural or created openings within lynx habitat.

<u>Project planning - standards.</u>

1. Do not allow livestock use in openings created by fire or timber harvest that would delay successful regeneration of the shrub and tree components. Delay livestock use in post-fire and post-harvest created openings until successful regeneration of the shrub and tree components occurs.
2. Manage grazing in aspen stands to ensure sprouting and sprout survival sufficient to perpetuate the long-term viability of the clones.
3. Within the elevational ranges that encompass forested lynx habitat, shrub-steppe habitats should be considered as integral to the lynx habitat matrix and should be managed to maintain or achieve mid seral or higher condition.
4. Within lynx habitat, manage livestock grazing in riparian areas and willow carrs to maintain or achieve mid seral or higher condition to provide cover and forage for prey species.

### *F. Other Human Developments: Oil & Gas Leasing, Mines, Reservoirs, Agriculture*

Most of these activities affect lynx habitat by changing or eliminating native vegetation, and may also contribute to fragmentation. The main effects of leases and mines on lynx are probably related to the potential for plowed roads to provide access for lynx competitors, particularly coyotes. Construction of reservoirs will be handled under normal FERC and consultation procedures, and no conservation measures were developed specific to those projects.

Programmatic planning - objectives.

1. Design developments to minimize impacts on lynx habitat.

Programmatic planning - guidelines.

1. Map oil and gas production and transmission facilities, mining activities and facilities, dams, and agricultural lands on public lands and adjacent private lands, in order to assess cumulative effects.

Project planning - standards.

1. On projects where over-snow access is required, restrict use to designated routes.

Project planning - guidelines.

1. If activities are proposed in lynx habitat, develop stipulations for limitations on the timing of activities and surface use and occupancy at the leasing stage.
2. Minimize snow compaction when authorizing and monitoring developments. Encourage remote monitoring of sites that are located in lynx habitat, so that they do not have to be visited daily.
3. Develop a reclamation plan (e.g., road reclamation and vegetation rehabilitation) for abandoned well sites and closed mines to restore suitable habitat for lynx.
4. Close newly constructed roads (built to access mines or leases) in lynx habitat to public access during project activities. Upon project completion, reclaim or obliterate these roads.

## II. Conservation Measures to Address Mortality Risk Factors

### *A. Trapping (legal and non-target)*

Lynx are known to be very vulnerable to trapping. Ward and Krebs (1985) stated that trapping was the single most important mortality factor in their Yukon study area. Incidental trapping of lynx can occur in areas where regulated trapping of other species overlaps with lynx habitat (Mech 1973, Carbyn and Patriquin 1983, Squires and Laurion 2000). Lynx may be more vulnerable to trapping near open roads (Koehler and Aubry 1994, Bailey et al. 1986).

The U.S. Fish and Wildlife Service (FWS) is proposing to work with the States to develop a 4-d. rule for all regulated or unregulated trapping (e.g., coyote, wolverine, bobcat, fox) in lynx habitats by establishing adequate trapping protocols to minimize incidental take. Each state would work with FWS to customize the protocol for their specific regions.

Programmatic planning - objectives.

1. Reduce incidental harm or capture of lynx during regulated and unregulated trapping activity, and ensure retention of an adequate prey base.

Programmatic planning - guidelines.

1. Federal agencies should work cooperatively with States and Tribes to reduce incidental take of lynx related to trapping.

### *B. Predator Control*

Predator control activities conducted on federal lands by Wildlife Services include trapping, shooting, and poisoning animals on domestic livestock allotments, occasionally within lynx habitat. Similar efforts may be conducted on adjacent private lands. Although such actions are intended to target the offending animal, non-target animals including lynx may be impacted.

Programmatic planning - objectives.

1. Reduce incidental harm or capture of lynx during predator control activities, and ensure retention of adequate prey base.

Programmatic planning - standards.

1. Predator control activities, including trapping or poisoning on domestic livestock allotments on federal lands within lynx habitat, will be conducted by Wildlife Services personnel in accordance with FWS recommendations established through a formal Section 7 consultation process.

### *C. Shooting*

Lynx may be mistakenly shot by legal predator hunters seeking bobcats, or illegally by poachers. Prey species, such as snowshoe hares and ground squirrels, may also be affected by legal shooting.

Programmatic planning - objectives.

1. Reduce lynx mortalities related to mistaken identification or illegal shooting.

Programmatic planning - guidelines.

1. Initiate interagency information and education efforts throughout the range of lynx in the contiguous states. Utilize trailhead posters, magazine articles, news releases, state hunting and trapping regulation booklets, etc., to inform the public of the possible presence of lynx, field identification, and their status.
2. Federal agencies should work cooperatively with States and Tribes to ensure that important lynx prey are conserved.

### *D. Competition and Predation as Influenced by Human Activities*

Habitat changes that benefit competitor/ predator species, including some vegetation management practices and providing packed snow travel ways, may lead to increased starvation or direct mortality of lynx. Refer also to applicable conservation measures in the Forest Management, Recreation, and Forest/ Backcountry Roads and Trails sections.

Programmatic planning - objectives.

1. Maintain the natural competitive advantage of lynx in deep snow conditions.

Programmatic planning - standards.

1. On federal lands in lynx habitat, allow no net increase in groomed or designated over-the-snow routes and snowmobile play areas by LAU. This is intended to apply to dispersed recreation, rather than existing ski areas.

***E. Highways***

Direct mortality from vehicular collisions may be detrimental to lynx populations in the lower 48 states. Mortality levels can drastically increase with relatively small increases in traffic volumes and speed.

<u>Programmatic planning - objectives.</u>

1. Reduce the potential for lynx mortality related to highways.

<u>Programmatic planning - standards.</u>

1. Within lynx habitat, identify key linkage areas and potential highway crossing areas.

<u>Programmatic planning - guidelines.</u>

1. Where needed, develop measures such as wildlife fencing and associated underpasses or overpasses to reduce mortality risk.

## III. Conservation Measures to Address Movement and Dispersal

It is essential to provide landscape connectivity so that all or most habitat has the potential of being occupied, and populations remain connected.

At the southern periphery and eastern portions of lynx range, habitat occurs in narrow fragmented bands (man-made or naturally-occurring), or has been fragmented by human developments. Connected forested habitats allow lynx, and other large and medium size carnivores, to easily move long distances in search of food, cover and mates. Highways and private lands that are subdivided for commercial or residential developments or have high human use patterns, can interrupt existing habitat connectivity and further fragment lynx habitat, reducing the potential for population interchange. In some areas, particularly the eastern United States, habitat connectivity may be difficult to achieve because of mixed ownerships. Land exchanges and cooperative management with private landowners may be the only options available to provide landscape connectivity.

Shrub-steppe habitats provide connectivity between mountain ranges and other blocks of subalpine forest. Where blocks of lynx habitat are separated by intervening basins, valleys, or high mesas of shrub-steppe, land managers should evaluate those shrub-steppe expanses for potential to provide landscape connectivity. Vegetative or geomorphic features within shrub-steppe habitats that may be particularly important are riparian systems and relatively high ridge systems. Where such features exist, land management practices should be consistent with maintaining landscape connectivity. Livestock grazing within shrub-steppe habitats in such areas should be managed to maintain or achieve mid seral or higher condition, to maximize cover and prey availability. Such areas that are currently in late seral condition should not be degraded.

<u>Programmatic planning - objectives.</u>

1. Maintain and, where necessary and feasible, restore habitat connectivity across forested landscapes.

Programmatic planning - standards.
1. Identify key linkage areas that may be important in providing landscape connectivity within and between geographic areas, across all ownerships.
2. Develop and implement a plan to protect key linkage areas on federal lands from activities that would create barriers to movement. Barriers could result from an accumulation of incremental projects, as opposed to any one project.
3. Evaluate the potential importance of shrub-steppe habitats in providing landscape connectivity between blocks of lynx habitat. Livestock grazing within shrub-steppe habitats in such areas should be managed to maintain or achieve mid seral or higher condition, to maximize cover and prey availability. Such areas that are currently in late seral condition should not be degraded.

Programmatic planning - guidelines.
1. Where feasible, maintain or enhance native plant communities and patterns, and habitat for potential lynx prey, within identified key linkage areas. Pursue opportunities for cooperative management with other landowners.

***A. Highways***

Highways impact lynx and other carnivores by fragmenting habitat and impeding movements. As traffic lanes, volume, speeds, and right-of-way width increase, the effects on lynx and other carnivores are magnified. As human demographics change, highways tend to increase in size and traffic density. Special concern must be given to the development of new highways (gravel roads being paved), and changes in highway design, such as additions in the number of traffic lanes, widening of rights-of-way, or other modifications to increase highway capacity or speed.

Within key linkage areas, highway crossing structures should be employed to reduce effects on wildlife. Information from Canada (Trans-Canada Highway) suggests crossings should generally be at ½-mile intervals and not farther than 1 mile apart, depending on topographic and vegetation features.

Programmatic planning - objectives.
1. Ensure that connectivity is maintained across highway rights-of-way.

Programmatic planning - standards.
1. Federal land management agencies will work cooperatively with the Federal Highway Administration and State Departments of Transportation to address the following within lynx geographic areas:
   a) Identify land corridors necessary to maintain connectivity of lynx habitat.
   b) Map the location of "key linkage areas" where highway crossings may be needed to provide habitat connectivity and reduce mortality of lynx (and other wildlife).

Programmatic planning - guidelines.
1. Evaluate whether land ownership and management practices are compatible with maintaining lynx highway crossings in key linkage areas. On public lands, management practices will be compatible with providing habitat connectivity. On private lands, agencies will strive to work with landowners to develop conservation easements, exchanges, or other solutions.

Project planning - standards.

1. Identify, map, and prioritize site-specific locations, using topographic and vegetation features, to determine where highway crossings are needed to reduce highway impacts on lynx.
2. Within the range of lynx, complete a biological assessment for all proposed highway projects on federal lands. A land management agency biologist will review and coordinate with highway departments on development of the biological assessment.

Project planning - guidelines.

1. Dirt and gravel roads traversing lynx habitat (particularly those that could become highways) should not be paved or otherwise upgraded (e.g., straightening of curves, widening of roadway, etc.) in a manner that is likely to lead to significant increases in traffic volumes, traffic speeds, increased width of the cleared ROW, or would foreseeably contribute to development or increases in human activity in lynx habitat. Such projects may increase habitat fragmentation, create a barrier to movements, increase mortality risks due to vehicle collisions, and generate secondary adverse effects by inducing, facilitating, or exacerbating development and human activity in lynx habitat. Whenever rural dirt and gravel roads traversing lynx habitat are proposed for such upgrades, a thorough analysis should be conducted on the potential direct and indirect effects to lynx and lynx habitat.

### *B. Land Ownership*

Lynx exemplify the need for landscape-level ecosystem management. Contiguous tracts of land in public ownership (national forests, national parks, wildlife refuges, and BLM lands) provide an opportunity for management that can maintain lynx habitat connectivity. Throughout most of the lynx range in the lower 48 states, connectivity with habitats and populations in Canada is critical for maintaining populations in the U.S.

Programmatic planning - objectives:

1. Retain lands in key linkage areas in public ownership.

Programmatic planning - standards:

1. Identify key linkage areas by management jurisdiction(s) in management plans and prescriptions.

Programmatic planning - guidelines:

1. In land adjustment programs, identify key linkage areas. Work towards unified management direction via habitat conservation plans, conservation easements or agreements, and land acquisition.

Project planning - standards:

1. Develop and implement specific management prescriptions to protect/ enhance key linkage areas.
2. Evaluate proposed land exchanges, land sales, and special use permits for effects on key linkage areas.

### *C. Ski Areas/ Large Resorts and Associated Activities*

Ski areas and large resorts are often developed in and across bands of high elevation boreal forests containing lynx habitat. Landscape location, the high intensity of recreational and operational use, and

associated development pose a risk to lynx movement and dispersal. Developments that may impede lynx movement occur in Utah and western Wyoming (Northern Rocky Mountains Geographic Area), Colorado (Southern Rocky Mountains Geographic Area), and possibly portions of the Northeast Geographic Area.

<u>Programmatic planning - objectives:</u>

1. When conducting landscape level planning on Federal lands, allocate land uses such that landscape connectivity is maintained.

<u>Programmatic planning - standards:</u>

1. Within identified key linkage areas, provide for landscape connectivity.

<u>Project planning - standards:</u>

1. When planning new or expanding recreational developments, ensure that key linkage areas are protected.

<u>Project planning - guidelines:</u>

1. Plan recreational development, and manage recreational and operational uses to provide for lynx movement and to maintain effectiveness of lynx habitat.

## IV. Other Large-Scale Factors

Little information is available concerning the remaining three risk factors: fragmentation and degradation of refugia, management of shrub-steppe habitats, and non-native invasive plant species. It is likely that extensive areas of contiguous habitat are necessary to ensure persistence of lynx populations, but the necessary size and characteristics of such refugia are uncertain. Patterns of movement and dispersal into shrub-steppe habitat by lynx within the southern portion of its range are essentially unknown (McKelvey et al. 2000*a*). Non-native invasive plant species have the potential to affect large areas, but have not been studied with regard to impacts on lynx habitat.

Our primary recommendation at this time is to encourage further research on these topics. We believe these elements may be important in the long-term conservation of lynx. Although existing information is not sufficient to develop specific management direction, we have provided conceptual definitions and initial management considerations.

### *A. Fragmentation and Degradation of Refugia*

We believe refugia have been and will continue to be important in the persistence of lynx populations, by providing protection from human exploitation. Refugia, or areas that could be developed into lynx refugia if needed, should be identified by geographic area.

Conceptually, refugia should encompass large areas of high-quality habitat, in which lynx are present or occurred historically, and where natural ecological processes predominate. Refugia should be relatively secure from human exploitation, habitat degradation, or substantial winter access; however, it is recognized that some active management may be needed to maintain or restore desired vegetation characteristics. Refugia should be sufficiently well connected to permit genetic interchange within and between geographic areas.

The appropriate size of area necessary to provide refugia for lynx is not known. In north-central Washington, an area of about 1,800 $km^2$ (700 $mi^2$) has sustained a local population of about 25 lynx (Koehler 1990). It should be noted that this area is connected to habitat and populations in Canada.

The design of refugia should consider the full suite of large and mid-sized carnivores, so that the areas are complementary and effective in meeting the habitat requirements of all of the species under consideration.

### *B. Lynx Movement and Dispersal Across Shrub-steppe Habitats*

Connectivity between geographically separated populations is probably important for lynx persistence in many areas in the western United States. The apparent genetic homogeneity of the species throughout its range (Koehler and Aubry 1994) suggests that genetic interchange has occurred, even in local populations that appear to be geographically isolated from other lynx habitat. Although it is well known that lynx are capable of moving long distances (Poole 1997), the frequency, timing, synchrony with Canadian population cycles, and other characteristics of lynx movements in the southern portions of its range are poorly understood (McKelvey et al. 2000*b*).

Particularly in the Southern Rocky Mountains Geographic Area, spruce-fir forests often extend into shrub-steppe habitats. Throughout the western U.S., lynx occurrence has been documented in more

than 20 mountain ranges that are surrounded by shrub-steppe habitats. Many of these have had a number of lynx documented over time, suggesting the existence of small resident populations. In Idaho, lynx have been documented in shrub-steppe habitats during jackrabbit population highs. In Wyoming, a male and a female lynx have been observed hunting Wyoming ground squirrels in sagebrush. This suggests that movement into shrub-steppe habitats may be a response to abundant prey, in contrast to dispersal during periods of prey scarcity as has been documented in the north.

Until more information is available, land management agencies should map mid- to late-seral shrub habitats, and assess vegetation conditions and landscape level habitat fragmentation. The primary areas of consideration would be in western Wyoming, southeastern Idaho, southwestern Montana, northeastern Utah, Colorado, and eastern Oregon. It is also recommended that agencies implement land management practices that would provide for habitat connectivity.

### *C. Non-native Invasive Plant Species*

The impact of non-native invasive plants on biodiversity is a major concern in North America. Although the magnitude of the effects of non-native invasive plant infestations specifically on lynx habitat in the United States has not been documented, the potential exists for large-scale impacts and alteration of habitat. Weeds such as diffuse and spotted knapweed (*Centaurea diffusa* and *C. maculosa*), leafy spurge (*Euphorbia* spp.), rush skeletonweed (*Chondrilla juncea*), dalmation toadflax (*Linaria dalmatica*), and Canada thistle (*Cirsium arvense)* have the potential to alter these habitats at both the local and ecosystem scale. Many of these plants are more easily eradicated at infestation levels of a few plants or a few acres. Once established, they spread aggressively and become extremely difficult to control.

Management activities should seek to minimize the loss or modification of lynx habitat as a result of the spread of non-native invasive plant species. Actions could include efforts to prevent the establishment of new populations, controlling the spread of existing infestations, providing information to the public, and cooperating with other agencies and landowners in developing and implementing prevention and control programs.

# INVENTORY, MONITORING, AND RESEARCH NEEDS

## Inventory and Monitoring of Lynx Distribution

An assessment of present distribution of lynx populations and lynx habitat is a critical first step. A national field sampling survey is being conducted to delineate lynx distribution by collecting hair samples (McKelvey et al. 2000*d*).

Surveys are needed to further refine understanding of lynx distribution and occurrence at various scales. In particular, detection of lynx presence should be emphasized in the Great Lakes and Northeast Geographic Areas, southeastern Washington and northeastern Oregon, the Oregon Cascades, central and southern Idaho, and Utah. Monitoring of the reintroduction effort in Colorado could yield important information on lynx use of habitat, diet, and movements.

It is also critical that continuing efforts are made to document and evaluate lynx observations, including snow track surveys, incidental and legal trapping of lynx, and incidental observations. For all such observations, data should include date, times, location, habitat features and conditions, an estimate of potential prey species and availability, and an indication of the certainty of identification and locational accuracy of the observation.

## Inventory and Monitoring of Lynx Habitat Conditions

Monitoring of the distribution and abundance of snowshoe hares across the range of the lynx would provide important insights and validation of assumptions used in this conservation strategy. Future work should address summer vs. winter forage abundance and availability, and use of alternate prey species by lynx.

There is a need to conduct an inventory and to monitor trends in recreational activities that cause snow compaction. This should include an assessment of where and when these activities are occurring, and the relative intensity of use.

## Effectiveness and Validation of Conservation Measures

The effectiveness of the conservation measures need to be evaluated, to verify that it is feasible to implement them as written, to verify that they do in fact lead to conservation of the species, and to validate that the assumptions they were based on are correct. As an example, research should be designed to investigate interspecific competition and the relative role of snow compaction in altering competitive relationships between lynx and coyotes. Accomplishment of these objectives will likely require several well-designed research projects.

## Research Needs

In the development of the Lynx Conservation Assessment and Strategy, the Lynx Biology Team came across several situations where more information would have been helpful in establishing the conservation measures for lynx. The Lynx Biology Team did their best to recommend appropriate conservation measures, but much information about lynx is incomplete, and may have been extrapolated

between different geographic areas. The following is a list of research items that the Lynx Biology Team recommends for consideration by agency line officers. The list is not in order of priority.

1. *Precommercial thinning* – One of the most controversial conservation measures recommends that precommercial thinning of conifers be curtailed or eliminated in lynx habitat. Many commenters suggested that lynx habitat might be improved by precommercial thinning. More information needs to be developed to determine where, when, or if precommercial thinning can benefit snowshoe hare or lynx habitat. Examples exist where precommercially thinned vegetation has "filled in" with understory trees and developed into snowshoe hare habitat. It has been suggested this could be a technique to extend the time vegetation provides habitat for hares. However, the duration between time of thinning and regrowth to a height providing winter snowshoe hare habitat has not been documented. Additionally, there are no available data to determine the amount of time habitat is lost for snowshoe hares post-thinning, or the extended period of time the precommercially thinned vegetation provides hare habitat as compared with sites that have not been thinned.

2. *Snow compaction* - Lynx evolved with physical adaptations thought to provide them with competitive advantages (big feet, light body frame) in deep snow. This has allowed lynx to exploit deep snow conditions during critical winter periods not available to other carnivores like coyotes, bobcats and mountain lions. Snowmobile, cross country ski, and snowshoe trails created by humans result in packed trails in deep snow situations that are used by coyotes, bobcats, mountain lions and other carnivores to access areas where lynx are present and that would probably not otherwise be accessible. Interspecific competition between lynx and other carnivores during deep snow and other periods is poorly understood. More information would be beneficial on the inter-relationships between lynx and other carnivores (including competition for prey) during deep snow conditions and the impacts of compacted snow routes into lynx habitat.

3. *Highways and key linkage areas* - There is a concern that highways create partial or complete barriers for dispersal and movement of lynx and other carnivores. Whether or not lynx are displaced by highway activity and noise is also uncertain. Most lynx research has been conducted in areas where major highways are absent. Evidence was largely extrapolated from other species like Florida panther, or from documentation of causes of mortality of translocated lynx. Highways continue to expand in traffic volume, speed, number of lanes, and other complicating factors like fencing and barriers between lanes. An assessment of the effects of habitat fragmentation and mortality on lynx population viability is needed. Topography, terrain, vegetation patterns, and other factors that would facilitate crossings by lynx are largely unknown. Research into the effects of highways on lynx dispersal and movements, and the potential effectiveness of crossing structures, would be useful.

4. *Forest road density* - The effects of open road densities on lynx are poorly understood but seem to be primarily related to snow compaction that allows competitors into lynx habitat during the critical winter period. It is known that several other wildlife species (e.g., grizzly bears and elk) are sensitive to forest road densities. Further study is needed to elucidate whether or not lynx benefit by closing roads, the effects of open forest roads, and the associated human use patterns on lynx.

5. *Human disturbances* - Many researchers and observers feel lynx are not disturbed by human presence, in contrast to some other wildlife species such as grizzly bears. On the other hand, there is a concern that high levels of human disturbance, particularly near den sites, may be detrimental to lynx. The effects of human activities on lynx activity patterns and energetics (how much energy is expended during food gathering and daily movements) are unknown.

6. *Aspen and snowshoe hare* - In much of the southern portion of the range of lynx (eastern and western U.S.), aspen is a significant vegetation component. It exists in various kinds of conditions and stands, from relatively large, unbroken stands to aspen-conifer mixtures. Aspen stands are commonly adjacent to or interspersed with spruce-fir forests in the western U.S. It is known that snowshoe hare utilize aspen stands, but their importance to hare and lynx are not well understood. Grazing, both from domestic livestock and wild ungulates, has affected aspen, particularly regeneration of young, dense stands favored by snowshoe hares. Further study of lynx and snowshoe areas is needed in areas that contain a significant component of aspen.

7. *Shrub-Steppe Habitat*: Since almost all lynx research has come from the northern lynx habitats, there is little information about how lynx may utilize shrub-steppe habitats. These habitats are commonly interspersed with or adjacent to lynx habitat from Montana and Idaho southward, including northeastern Oregon. The extent to which lynx use potential alternate prey species such as ground squirrels, white-tailed jackrabbits, or black-tailed jackrabbits are important questions that need answers. Lynx apparently must disperse across shrub-steppe habitats to maintain metapopulation connectivity. The trigger for that movement is another important question whose answer may have important consequences for lynx conservation.

8. *Grazing*: Little or no information exists as to the effect of large herbivores on snowshoe hare productivity, either through direct competition or changes in plant communities. Existing research has shown that grazing by large herbivores can affect the habitat of black-tailed jackrabbits. Research is needed to determine whether the same effects may occur with snowshoe hare.

9. *Refugia* - Refugia should be identified as part of an overall carnivore strategy. Further study is needed to determine the appropriate size and characteristics of areas that could function as refugia.

# ANALYSIS OF CUMULATIVE EFFECTS

Lynx analysis units provide the smallest unit within which to begin tracking or evaluating cumulative effects. Lynx Analysis Units are defined and described in the previous section entitled "Home Range Description and Risk Factors." Depending on the scale of the project, measurement of cumulative effects may consider activities occurring in one or more LAUs.

Definitions of cumulative effects vary slightly, depending upon regulatory context. The Council on Environmental Quality's (CEQ) regulations for implementing the National Environmental Policy Act (NEPA) define cumulative effects as: "...the impact on the environment which results from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (Federal or nonfederal) or person undertakes such other actions." (40 CFR, sec. 1508.7) (CEQ 1997). Regulations for implementing the Endangered Species Act of 1973 (ESA), define cumulative effects as "...those effects of future State or private activities, not involving Federal activities, that are reasonably certain to occur within the action area of the Federal action subject of consultation" (50 CFR part 402). Future Federal actions are excluded from the definition of cumulative effects under ESA because all Federal actions will require review under section 7. However, cumulative effects are added to the environmental baseline, which includes all Federal and private past actions.

A biological assessment should thoroughly evaluate the environmental baseline and potential effects of the action on lynx. Under NEPA and CEQ regulations, cumulative effects must be evaluated along with the direct effects and indirect effects of each alternative proposed by a Federal agency (CEQ 1997).

The basis of cumulative effects analysis is that the combined number, type and juxtaposition of human activities and natural disturbances may have a significant effect, even though each individual action appears to have minimal effects. Assumptions include:

1. Lynx can persist in most situations with some level of human activity.
2. Human activities and alteration of habitat decrease habitat quality and lynx use of habitat, but the thresholds are not known.
3. Areas without high human activity levels are likely more favorable to lynx.
4. Habitat connectivity is important to lynx conservation.

The following are some considerations to include in analyzing cumulative effects of proposed action on lynx:

1. Lynx habitat components within LAUs should be mapped along with human activities. Some human activities may be seasonal (e.g., cross country ski trail) or temporal (e.g., timber harvest). Others may be yearlong and permanent (e.g., 4 season resort or highway).
2. Consider the combined effects of human activities and projects within an LAU, including:
   a) The proportion of the LAU affected by human alteration of habitat, permanent development, and other disturbances at a given time.
   b) The proportion of adjacent LAUs affected by human alteration of habitat, permanent development, and other disturbances at a given time
   c) Habitat connectivity within and between LAUs.

The conservation measures include a standard for no net increase in groomed or designated over-the-snow routes. The following criteria are to be used in determining the winter baseline conditions by which actions can be evaluated in relation to this standard. Use approved access and travel management plans to identify a list of trails, roads or other authorized areas approved for winter recreation use, or a map displaying the same set of conditions. To establish the baseline, include only those roads and trails that are actually being used during the winter season. Broad areas of use should be identified as snow play or congregation areas. Try to omit large areas that are mapped as open to winter recreation, but are not actually used. If your unit does not have an approved access and travel management plan, utilize the knowledge of your recreational specialist or other knowledgeable individuals to delineate trails, roads and other broad areas of use.

In dealing with recreational special use permits (outside of developed ski areas and recreation sites) related to snow compaction, validate this use is established, (i.e., previously approved) and that the request is for the same level of use and areas as previous permit reauthorizations. Requests for reauthorization that request additional areas or uses would be subject to the no net increase conservation measure.

# GLOSSARY

**Altithermal** - A period in time, 4,000 to 5,600 years ago, when climatic warming and drying may have reached its thermal maximum.

**Boreal Forest** – Forests growing in northern and mountainous parts of the northern hemisphere.

**Broad-scale Assessment** – A synthesis of current scientific knowledge, including a description of uncertainties and assumptions, to provide an understanding of past and present conditions and future trends, and a characterization of ecological, social and economic components within an area.

**Canopy Cover** - The percentage of ground surface that is shaded by the live foliage of plants as seen from above. This measurement or estimate is used to describe how open or dense a stand of trees is.

**Carr** - Deciduous woodland or shrub land occurring on permanently wet, organic soil.

**Clearcutting** - A regeneration harvest method that removes all merchantable trees in a single cutting except for wildlife trees or snags. A "clearcut" is an area from which all merchantable trees have been cut.

**Coarse Woody Debris** - Any piece(s) of dead woody material, e.g., dead boles, limbs, and large root masses on the ground or in streams.

**Competition** - An interaction that occurs when two or more individuals make demands of the same resources that are in short supply. Exploitation competition occurs when one species uses common resources in a manner that reduces the fitness of the other species, for example by causing starvation or reduced reproductive success. Interference competition occurs when one species, almost invariably the species with larger body size, acts aggressively toward another, denying it access to a resource.

**Composition (of forest vegetation)** - The proportion of each tree species in a stand, expressed as a percentage of the total number, basal area, or volume of all tree species in the stand.

**Connectivity** - see Habitat Connectivity.

**Cover Type** - The present vegetation composition of an area, described by the dominant plant species.

**Cumulative Effects** - Effects on lynx or lynx habitat that result from the incremental impact of the proposed action when added to other past, present, and/or reasonably foreseeable future actions. Cumulative effects can be significant even when direct and indirect effects are minor.

**Denning Habitat** - Habitat used during parturition and rearing of young until they are mobile. The common component appears to be large amounts of coarse woody debris, either down logs or root wads. Coarse woody debris provides escape and thermal cover for kittens. Denning habitat may be found either in older mature forest of conifer or mixed conifer/deciduous types, or in regenerating stands (>20 years since disturbance). Denning habitat must be located within daily travel distance of foraging habitat (typical maximum daily distance for females is 3-6 miles).

**Developed Recreation** - Recreational uses that are dependent upon facilities and therefore occur in concentrated use areas. Examples include campgrounds and ski areas. Facilities in these areas might include roads, parking lots, picnic tables, drinking water, toilets, ski lifts, and buildings.

**Dispersed Recreation** - Those outdoor recreation activities in forest, range, or desert environments that normally take place outside of developed sites or areas that support concentrated recreational use. Dispersed recreation activities may require facilities for safeguarding visitors, protecting resources, and enhancing the quality of the visitor experience.

**Disturbance** - Events that alter the structure, composition, or function of terrestrial or aquatic habitats. Natural disturbances include drought, floods, wind, fires, wildlife grazing, and insects and pathogens. Human-caused disturbances include actions such as timber harvest, livestock grazing, road construction, and the introduction of exotic species.

**Diurnal Security Habitat** - In lynx habitat, areas that provide secure winter daytime bedding sites for lynx in highly disturbed landscapes, e.g., large developed winter recreational sites or areas of concentrated winter recreational use. It is presumed that lynx may be able to adapt to the presence of regular and concentrated human use during winter, so long as other critical habitat needs are being met, and security habitat blocks are present and adequately distributed in such disturbed landscapes. Security habitat will provide lynx the ability to retreat from human disturbance during winter daytime hours, emerging at dusk to hunt when most human activity ceases. Security habitats will generally be sites that naturally discourage winter human activity because of extensive forest floor structure, or stand conditions that otherwise make human access difficult, and should be protected to the degree necessary. Security habitats are likely to be most effective if they are sufficiently large to provide effective visual and acoustic insulation from winter human activity and to easily allow movement away from infrequent human intrusion. These winter habitats must be distributed such that they are in proximity to foraging habitat.

**Down Log** - Tree stem that is dead and has fallen to the ground, not in a standing position.

**Ecological Integrity** - The degree to which the elements of biodiversity and the functions that link them together are complete and capable of performing desired functions. Absolute measures of ecological integrity do not exist.

**Ecological Processes** - The flow and cycling of energy, materials, and organisms through an ecosystem.

**Ecological Status** - The relative degree to which the kinds, proportions, and amounts of plants in a community resemble that of the potential natural community (PNC). This relative degree of similarity between the present vegetation and the PNC can be calculated by determining the coefficient of similarity ($2w / a+b$), where $a$ is the sum of species values for measured factors of present vegetation, $b$ is the sum of values in the PNC, and $w$ is the sum of the values common to both.

**Endangered Species Act** - A law passed in 1973 for the purposes of conserving the ecosystems upon which endangered species and threatened species depend, and providing a program for the conservation of such species.

**Fire Suppression** - Any act taken to slow, stop, or extinguish a fire.

**Fire Regime** - The characteristics of fire in a given ecosystem, such as the frequency, predictability, intensity, and seasonality of fire.

**Foraging Habitat** - Habitat that supports primary prey (snowshoe hare) and/or important alternate prey (especially red squirrels) that are available to lynx. The highest quality snowshoe hare habitats are those that support a high density of young trees or shrubs (> 4,500 stems or branches per acre), tall enough to protrude above the snow. These conditions may occur in early successional stands following some type of disturbance, or in older forests with a substantial understory of shrubs and young conifer trees. Coarse woody debris, especially in early successional stages (created by harvest regeneration units and large fires), provides important cover for snowshoe hares and other prey. Red squirrel densities tend to be highest in mature cone-bearing forests with substantial quantities of coarse woody debris.

**Four-Season Resorts** - Recreational facility on national forest land, permitted to operate during more than one season of the year. Resorts with either a winter or summer emphasis may be authorized to allow facilities to remain open to allow additional recreation use during alternative seasons. Permit holders who operate ski-based facilities during the winter season and permit holders with summer-based resorts with overnight lodging normally are assigned responsibility for public safety and resource protection, and are required to manage their permit area for 365 days per year.

**Fragmentation (of habitat)** - Human alteration of natural landscape patterns, resulting in reduction of total area, increased isolation of patches, and reduced connectivity between patches of natural vegetation.

**Geographic Area** - Large land areas identified for purposes of analysis and development of conservation measures for lynx. The five areas -- Cascade Mountains, Northern Rocky Mountains, Southern Rocky Mountains, Great Lakes, and Northeast -- have uniquely different forest ecosystems, management histories, and current lynx population status.

**Goals (management)** - Descriptions of what an agency strives to accomplish.

**Guidelines (management)** - Techniques, priorities, processes, or prescriptions that should be used to meet objectives; rationale for deviations must be documented.

**Habitat** - The complete suite of biotic and abiotic components of the environment where an animal lives.

**Habitat Connectivity (Landscape)** - Cover (vegetation) in sufficient quantity and arrangement to allow for the movement of lynx. Narrow forested mountain ridges or shrub-steppe plateaus may provide a linkage between more extensive areas of lynx habitat. Wooded riparian communities may provide travel cover across otherwise open valley floors between mountain ranges, or lower elevation ponderosa pine or pinyon-juniper woodlands may link high elevation spruce-fir forests.

**Habitat Type** - A classification of land area that indicates its capability to support a particular plant association, that would develop under present environmental conditions if all successional sequences were completed without interference.

**Highway** - A road that is at least 2 lanes wide, paved with asphalt or concrete. Average daily traffic may exceed 5,000 vehicles and speeds are 45 mph or greater.

**Home Range** - That area used by an individual, either during the entire calendar year or seasonally, in its normal activities of foraging, mating, and rearing of young. The entire area of the home range is usually not defended, and individual home ranges may overlap. Home ranges may be occupied by an individual, a pair, a family group, or a social group consisting of several families.

**Hydrologic Unit/ Watershed** - The drainage basin contributing water, organic matter, dissolved nutrients and sediments to a stream or lake.

**Infrastructure** - Facilities, utilities, and transportation systems required to meet public and administrative needs.

**Intermediate Harvest Treatment** - Any treatment or tending designed to enhance growth, quality, vigor, and composition of the stand after establishment or regeneration, and prior to final harvest.

**Key Linkage Areas** - Critical areas for lynx habitat. Usually, the factors placing connectivity at risk are highways or private land developments. Special management emphasis is recommended to maintain or increase the permeability of key linkage areas.

**Krummholz** - The shrubby, multi-stemmed form assumed by trees near the tree line.

**Lynx Analysis Unit (LAU)** - The LAU is a project analysis unit upon which direct, indirect, and cumulative effects analyses are performed. LAU boundaries should remain constant to facilitate planning and allow effective monitoring of habitat changes over time. An area of at least the size used by an individual lynx, about 25-50 $mi^2$.

**Lynx Habitat** - Lynx occur in mesic coniferous forests that have cold, snowy winters and provide a prey base of snowshoe hare. Vegetation types and elevations that provide lynx habitat include the following.

- **Northeastern U.S.:** Most lynx occurrences (88%) fell within Mixed Forest-Coniferous Forest-Tundra province; 77% of occurrences were associated with elevations of 250-500 m (820-2,460 ft) (McKelvey et al. 2000*b*). Lynx habitat includes coniferous and mixed coniferous/deciduous vegetation types dominated by spruce, balsam fir, pine, northern white cedar, hemlock, aspen, and paper birch.
- **Great Lakes states:** Most lynx occurrences (88%) fell within the Mixed Deciduous/Conifer Forest province (McKelvey et al 2000*b*). Lynx habitat includes boreal, coniferous, and mixed coniferous/deciduous vegetation types dominated by pine, balsam fir, black and white spruce, northern white cedar, tamarack, aspen, paper birch, conifer bogs and shrub swamps.
- **Western U.S.:** Most lynx occurrences (83%) were associated with Rocky Mountain Conifer Forest, and most (77%) were within the 1500-2000 m (4,920-6,560 ft) elevation zone (McKelvey et al 2000*b*). There is a gradient in the elevational distribution of lynx habitat from the northern to the southern Rocky Mountains, with lynx habitat occurring at 2,440-3,500 m (8,000-11,500 ft) in the southern Rockies. Primary vegetation that contributes to lynx habitat is lodgepole pine, subalpine fir, and Engelmann spruce (Aubry et al. 2000). In extreme northern Idaho, northeastern Washington, and northwestern Montana, cedar-hemlock habitat types may be considered primary vegetation. In central Idaho, Douglas-fir on moist sites at higher elevations may be considered primary vegetation. Secondary vegetation that, when interspersed within subalpine forests, may also contribute to lynx habitat, includes cool, moist Douglas-fir, grand fir, western larch, and aspen forests. Dry forest types (e.g., ponderosa pine, climax lodgepole pine) do not provide lynx habitat.

Primary vegetation is considered necessary to support lynx reproduction and survival. Secondary vegetation includes other vegetation types that, when intermingled with or immediately adjacent to primary habitat, may also contribute to lynx habitat. Mapping of lynx habitat and delineation of LAUs involves consideration of the amount and arrangement of primary vegetation and secondary vegetation, elevation, land ownership pattern, lynx occurrence records, and snow depth information. After lynx habitat is mapped, there is no longer a distinction between primary and secondary vegetation. Conservation measures generally apply only to lynx habitat on federal lands within LAUs.

Refer also to Denning Habitat and Foraging Habitat.

**Lynx Habitat Currently in Unsuitable Condition** - Areas within identified/mapped lynx habitat that are in early successional stages as a result of recent fires or vegetation management, in which the vegetation has not developed sufficiently to support snowshoe hare populations during all seasons. Management-created openings would likely include clearcut and seed tree harvest units, and might include shelterwood and commercially-thinned stands depending on unit size and remaining stand composition and structure.

**Monitoring and Evaluation** - The periodic evaluation, on a sample basis, of management practices to determine how well objectives and standards are being met, as well as the effects of those management practices on the land and environment.

**Non-native Invasive Plant Species:** Plants that have been introduced into an environment in which they did not evolve, usually having no natural enemies to limit their reproduction and spread (may be formally recognized by states as noxious weeds).

**Objective** – A measurable statement describing desired resource conditions, or range of conditions, intended to promote achievement of programmatic goals.

**Planning Area** - A unit for which programmatic planning direction is developed.

**Potential Natural Community** – see Habitat Type.

**Precommercial Thinning** - A thinning that does not yield trees of commercial value, usually designed to reduce stocking in order to concentrate growth on the more desirable trees.

**Primary Vegetation** – see Lynx Habitat

**Programmatic Planning** - Analysis of the nature, function, and relationships of issues and resources, to establish broad goals, objectives, and outputs for a large area over a period of years. Examples of programmatic plans are Regional Guides and Forest Land and Resource Management Plan, as required under the National Forest Management Act; Resource Management Plans, as required under the Federal Lands and Policy Management Act; and General Management Plans for individual national parks.

**Project Planning** - Site-specific analysis of the nature, function, and relationships of issues and resources, for the purpose of preparing projects that implement programmatic plan direction.

**Refugia** - Large, contiguous areas encompassing the full array of seasonal habitats, in which lynx are present or occurred historically, and where natural ecological processes predominate. Refugia must be

relatively secure from human exploitation, habitat degradation, and substantial winter access. Refugia should be sufficiently well connected to permit genetic interchange within and between geographic areas.

**Regeneration Harvest** - A cutting method by which a new age class is created. The major methods are clear-cutting, seed tree, shelterwood, selection, and coppice.

**Riparian Area** - Area with distinctive soil and vegetation between a stream or other body of water and the adjacent upland; includes wetlands and those portions of floodplains and valley bottoms that support riparian vegetation.

**Salvage Harvest** - Removal of dead trees or trees being damaged or dying due to injurious agents other than competition, in order to recover value that would otherwise be lost.

**Site Potential** - The potential of a site to grow a stand of trees that is sustainable for a given period of time.

**Site-Specific Planning** - see Project Planning.

**Ski Area** - A site and attendant facilities expressly developed to accommodate alpine or Nordic skiing. Operation of Nordic and alpine ski areas for up to 40 years and encompassing such acreage as the Forest Officer determines sufficient and appropriate is authorized by the National Ski Area Permit Act of 1986.

**Snowshoe Hare Habitat** - see Foraging Habitat.

**Special Use Permit** - A permit, term permit, lease, or easement that allows occupancy or use-rights or privileges on national forest system lands.

**Stand** - A group of trees or other vegetation occupying a specific area and sufficiently uniform in composition, age, spatial arrangement, and conditions as to be distinguishable from the vegetation on adjoining lands.

**Standards** - Required management actions specifying how to achieve objectives. Standards can include requirements to refrain from taking action in certain situations.

**Structure (of forest vegetation)** - The horizontal and vertical distribution of plants in a stand, including height, diameter, crown layers, and stems of trees, shrubs, herbaceous understory, snags, and coarse woody debris.

**Subnivean Habitat** - Habitat that is under the snow surface.

**Succession** - A relatively predictable process of changes in structure and composition of plant and animal communities over time. Conditions of the prior plant community or successional stage create conditions that are favorable for the development of the next stage.

**Taiga** – Subarctic coniferous forests and dominated by spruces and firs.

**Territory** - That portion, usually not the periphery, of the home range that is defended against conspecifics, and in some cases other species.

**Unsuitable Areas** - Areas such as lakes, low elevation ponderosa pine forest, and alpine tundra that do not support snowshoe hare populations and are not considered to be capable of providing lynx habitat. See also Lynx Habitat and Lynx Habitat Currently in Unsuitable Condition.

# LITERATURE CITED

Adams, L. 1959. An analysis of a population of snowshoe hares in northwestern Montana. Ecol. Monogr. 29:141-170.

Adams, A.W. 1963. The lynx explosion. North Dakota Outdoors 26:20-24.

Agee, J. K. 1993. Fire ecology of Pacific Northwest forests. Island Press, Wash., D.C. 493 pp.

Agee, J. K. 2000. Disturbance ecology of North American boreal forests and associated northern mixed/ subalpine forests. Pages 39-82 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. (Tech. Eds.). Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Allen, J. A. 1874. Notes on the mammals of portions of Kansas, Colorado, Wyoming, and Utah. Bull. of Essex Institute 6:43-66.

Alvo, R. 1998. National status evaluation of 20 selected animal species inhabiting Canada's forests. Final Report to The Canadian Pulp and Paper Association, The Biodiversity Convention Office and the Canadian Forest Service. 330 pp.

Andrews, R. and R. Righter. 1992. Colorado birds. Denver Museum of Natural History. Denver, CO. 442 pp.

Andrews, T. 1992. Colorado lynx survey. Colorado Div. Wildlife Report, Denver, CO. 59 pp.

Apps, C. D. 2000. Space-use, diet, demographics, and topographic associations of lynx in the southern Canadian Rocky Mountains: a study. Pages 351-371 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. (Tech. Eds.). Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Armstrong, D. M. 1972. Distribution of mammals in Colorado. Monogr., Univ. of Kansas Mus. Nat. History 3:1-415.

Armstrong, D. M. 1975. Rocky Mountain mammals. Rocky Mountain Nature Assn., Inc. 174 pp.

Aubry, K. B., G. Koehler, and J. R. Squires. 2000. Ecology of Canada lynx in southern boreal forests. Pages 373-396 *In* Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. (Tech. Eds.) Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Bailey, R. G. 1995. Descriptions of the ecoregions of the United States. 2nd ed. USDA Forest Service, Misc. Publ. No. 1391. Wash., D.C. 108 pp. + map.

Bailey, R. G. 1998. Ecoregions maps of North America: Explanatory note. Misc. Publ. No. 1548. USDA Forest Service, Wash., D.C. 10 pp.

Bailey, R. G., P. E. Avers, T. King, and W. H. McNab, eds. 1994. Ecoregions and subregions of the United States. USDA Forest Service, Wash., D.C. 1:7,500,000, colored with suppl. table of map unit descriptions.

Bailey, T. N. 1974. Social organization in a bobcat population. J. Wildl. Manage. 38:435-446.

Bailey, T. N., E. E. Bangs, M. F. Portner, J. C. Malloy, and R. J. McAvinchey. 1986. An apparent overexploited lynx population on the Kenai Peninsula, Alaska. J. Wildl. Manage. 50:279-290.

Banfield, A.W. F. 1974. The mammals of Canada. Univ. Toronto Press, Toronto, Ont. 438 pp.

Barrett, S. W., S. F. Arno, and J. P. Menakis. 1997. Fire episodes in the inland Northwest (1540-1940) based on fire history data. USDA Forest Service, Intermountain Research Station, General Technical Report INT-GTR-370. Ogden, UT. 17 pp.

Beauvais, G.P. 1997. Mammals in fragmented forests in the Rocky Mountains: community structure, habitat selection, and individual fitness. Ph.D. Dissertation, Univ. of Wyoming, Laramie, WY.

Berrie, P. M. 1974. Ecology and status of the lynx in interior Alaska. Pages 4-41 *In* R. L. Eaton, ed. The world's cats. Vol. 1. World Wildlife Safari, Winston, OR.

Bider, J. R. 1962. Dynamics and the tempero-spatial relations of a vertebrate community. Ecology 43:634-646.

Bittner, S. L. and O. J. Rongstad. 1982. Snowhoe hare and allies. Pages 146-163 *In* J.A. Chapman and G. A. Feldhamer, eds. Wild mammals of North America. Johns Hopkins University Press, Baltimore, MD.

Boonstra, R., D. Hik, G. R. Singleton, and A. Tinnikov. 1998. The impact of predator-induced stress on the snowshoe hare cycle. Ecol. Monographs 79:371-394.

Bowles, A. E. 1995. Responses of wildlife to noise. Pages 109-156 *In* R. L. Knight and K. J. Gutzwiller, editors. Wildlife and recreationists: coexistence through management and research. Island Press, Washington, D.C.

Brainerd, S. M. 1985. Reproductive ecology of bobcats and lynx in western Montana. M.S. Thesis, Univ. of Montana, Missoula, MT. 85 pp.

Brand, C. J. and L. B. Keith. 1979. Lynx demography during a snowshoe hare decline in Alberta. J. Wildl. Manage. 43(4):827-849.

Brand, C. J., L. B. Keith, and C. A. Fischer. 1976. Lynx responses to changing snowshoe hare densities in Alberta. J. Wildl. Manage. 40:416-428.

Brietenmoser, U. 1996. The lynx in Switzerland. Naturopa 82:15.

Brietenmoser, U. and B. G. Slough. 1993. Predators of cyclic prey: is the Canada lynx victim or profiteer of the snowshoe hare cycle? Oikos 66:551-554.

Brittell, J. D., Poelker, R. J., S. J. Sweeney, and others. 1989. Native cats of Washington. Unpubl. Report, Washington Dept. of Wildlife. Olympia, WA. 169 pp.

Brocke, R., J. Belant, and K. Gustafson. 1993. Lynx population and habitat survey in the White Mountain National Forest, New Hampshire. State Univ. of New York, College of Environmental Sciences and Forestry, Syracuse, NY. 95 pp.

Brocke, R., K. A. Gustafson, and A. R. Major. 1990. Restoration of the lynx in New York: biopolitical lessons. Trans. North American Wildlife and Natural Resources Conf. 55:590-598.

Brown, M.D., and G. Will. 1979. Food habits of the fisher in northern New York. N.Y. Fish and Game J. 26:87-92.

Buskirk, S. W., L. F. Ruggiero, and C. J. Krebs. 2000*a*. Habitat fragmentation and interspecific competition: implications for lynx conservation. Pages 83-100 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. (Tech. Eds.). Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Buskirk, S. W., L. F. Ruggiero, K. B. Aubry, D. E. Pearson, J. R. Squires, and K. S. McKelvey. 2000*b*. Comparative ecology of lynx in North America. Pages 397-417 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. (Tech. Eds.). Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Butts, T. W. 1992. Lynx (*Felis lynx*) biology and management: a literature review and annotated bibliography. Unpubl. Report for USDA Forest Service, Northern Region. 115 pp + app.

Camp, A., C. Oliver, P. Hessburg, and R. Everett. 1997. Predicting late-successional fire refugia pre-dating European settlement in the Wenatchee Mountains. Forest Ecology and Management 95:63-77.

Carbyn, L. N. and D. Patriquin. 1983. Observations on home range sizes, movement, and social organization of lynx, *Lynx canadensis* in Riding Mountain National Park, Manitoba. Can. Field-Nat. 97:262-267.

Carney, I. M. 1993. Colorado lynx study: winter 1993. Unpubl. Rep., Colorado Division of Wildlife. Glenwood Springs, CO.

Cary, M. 1911. A biological survey of Colorado. N. Am. Fauna 33:1-256.

Cary, J. R. and L. B. Keith. 1979. Reproductive change in the 10-year cycle of snowshoe hares. Can. Journal of Zoology 57:375-390.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 141 of 283

Clarke, C. H. D. 1939. Some notes on hoarding and territorial behavior of the red squirrel *Sciurus hudsonicus* (Erxleben). Can. Field-Nat. 53:42-43.

Clawson, M. and W. Harrington. 1991. The growing role of outdoor recreation. Pages 3-16 *In* R. L. Knight and K. J. Gutzwiller, eds. Wildlife and recreation: Coexistence through management and research. Island Press. Washington, D.C. 372 pp.

Conroy, M. J., L. W. Gysel, and G. R. Dudderar. 1979. Habitat components of clear-cut areas for snowshoe hares in Michigan. J. Wildl. Manage. 43(3):680-690.

Cordell, H. K. and J. C. Bergstrom. 1991. A methodology for assessing national outdoor recreation demand and supply trends. Leisure Sciences 13:1-20.

Cordell, H. K., D. B. K. English, and S. A. Randall. 1993. Effects of subdivision and access restrictions on private land recreation opportunities. USDA Forest Service, Rocky Mountain Experiment Station. General Technical Report RM-231. Fort Collins, CO.

Cordell, H. K., L. A. Hartmann, and D. B. K. English. 1990. An analysis of the outdoor recreation and wilderness situation in the United States: 1989-2040. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, General Technical Report RM-189. Fort Collins, CO.

Crabtree, R.L. and J.W. Sheldon. 1999. The ecological role of coyotes on Yellowstone's northern range. Yellowstone Science 7:15-23.

Crane, M. F. 1982. Fire ecology of Rocky Mountain region forest habitat types: Final report to USDA Forest Service. Univ. of Montana. Missoula, MT. 268 pp.

Daubenmire R. and Daubenmire J. B. 1968. Forest vegetation of eastern Washington and northern Idaho. Wash. Agric. Exp. Station, Tech. Bull. 60, 104 pp., illus.

DeLong, S.C. 1998. Natural disturbance rates and patch size distribution of forests in northern British Columbia: implications for forest management. Northwst Science 72:35-48.

Demarchi, D. A. 1994. Ecoprovinces of the central North American Cordillera and adjacent plains. Pages 153-168 *In* Ruggiero and others 1994. The scientific basis for conserving forest carnivores: American marten, fisher, lynx and wolverine in the western United States. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. General Technical Report RM-254. 184 pp.

Dodds, D. G. 1960. Food competition and range relationships of moose and snowshoe hare in Newfoundland. J. Wildl. Manage. 24(1):52-60.

Dolbeer, R. A., and W. C. Clark. 1975. Population ecology of snowshoe hares in the central Colorado Rocky Mountains. J. Wildl. Manage. 39:535-549.

Duffus, D. A. and P. Dearden. 1990. Non-consumptive wildlife-oriented recreation: a conceptual framework. Biological Conservation 53:213-231.

Eisenberg, J. F. 1986. Life history strategy of the Felidae: variations on a common theme. Pages 293-303 *In* S. D. Miller and D. D. Everett. Cats of the world: biology, conservation, and management. National Wildlife Federation, Washington, D.C.

Elton, C. and M. Nicholson. 1942. The ten-year cycle in numbers of the lynx in Canada. J. Animal Ecol. 11:215-244.

Elliot-Fisk, D. L. 1988. The boreal forest. Pages 33-62 *In* M. G. Barbour and W. D. Billings, eds. North American terrestrial vegetation. Cambridge Univ. Press, Cambridge, U.K.

Everett, R. L. and J. F. Lemkuhl. 1996. An emphasis-use approach to conserving biodiversity. Wildlife Society Bulletin 24(2):192-199.

Fagerstone, K. A., G. K. Lavoie, and R. E. Griffith, Jr. 1980. Black-tailed jackrabbit diet and density on rangeland and near agricultural crops. J. Range Manage. 33:229-233.

Fancy, S.G. 1980. Nest-tree selection by red squirrels in a boreal forest. Can. Field-Nat. 94:198.

Ferreras, P., J. J. Aldama, J. F. Beltran, and M. Delibes. 1992. Rates and causes of mortality in a fragmented population of Iberian lynx *Felis pardina* Temminck, 1824. Biol. Cons. 61:197-202.

BLM_0063092

Fischer, W. C. and A. F. Bradley. 1987. Fire ecoogy of western Montana forest habitat types. USDA Forest Service, General Technical Report INT-223. Ogden, UT. 95 pp.

Fitzgerald, J. P., C. A. Meany, and D. M. Armstrong. 1994. Mammals of Colorado. Denver Museum of Natural History. Denver, Colorado. 467 pp.

Fox, J. F. 1978. Forest fires and the snowshoe hare- Canada lynx cycle. Oecologia 31:349-74.

Franklin, J. F. and C. T. Dyrness. 1973. Natural vegetation of Oregon and Washington. Pacific Northwest Forest and Range Experiment Station. GTR-PNW-8.

Fuller, T. K. and D. M. Heisey. 1986. Density-related changes in winter distribution of snowshoe hares in north central Minnesota. J. Wildl. Manage. 50:261-264.

Fuller, T. K. and D. B. Kittredge, Jr. 1996. Conservation of large forest carnivores. Pages 137-164 *In* R. M. DeGraaf and R. I. Miller, eds. Conservation of faunal diversity in foreted landscapes. Chapman and Hall, London.

Gabrielson, G. W. and E. N. Smith. 1995. Physiological responses of wildlife to disturbance. Pages 95-107 *In* R. L. Knight and K. J. Gutzwiller, eds. Wildlife and recreationists: coexistence through management and research. Island Press, Washington, D.C.

Geir, H. 1975. Ecology and behavior of coyote (*Canis latrans*). Pages 247-262 *In* Fox, M., ed. The wild canids. R.E. Krieger Publ. Co. Inc., Malabar, FL.

Gibeau, M. and K. Heuer. 1996. Effects of transportation corridors on large carnivores in the Bow River Valley, Alberta. Pages 67-79 *In* Proc. Florida Department of Transportation/Federal Highway Administration Transportation-Related Wildlife Mortality Seminar. Orlando, Florida.

Godin, A. J. 1977. Wild mammals of New England. Johns Hopkins Univ. Press Baltimore, MD. 304 pp.

Goodrich, J. M. and S. Buskirk. 1995. Control of abundant native vertebrates for conservation of endangered species. Conserv. Bio. 9:1357-1364.

Gordon, K. 1936. Territorial behavior and social dominance among Sciuridae. J. Mammal. 17:171-172.

Greller, A. M. 1988. Deciduous forest. Pages 288-316 *In* Barbour, M. G. and W. D. Billings, eds. North American terrestrial vegetation. Cambridge Univ. Press, Cambridge, U.K.

Gruell, G. 1983. Fire and vegetation trends in the Northern Rockies: interpretations from 1871-1982 photographs. USDA Forest Service, Intermountain Forest and Range Experiment Station INT-158. 117 pp.

Gunderson, H. L. 1978. A midcontinent irruption of Canada lynx, 1962-63. Prairie Nat. 10:71-80.

Gurnell, J. 1984. Home range, territoriality, caching behaviour and food supply of the red squirrel (*Tamiasciurus hudsonicus fremonti*) in a subalpine lodgepole pine forest. Anim. Behav. 32:1119-1131.

Gutzwiller, K. J. 1995. Recreational disturbance and wildlife communities. Pages 169-181 *In* R. L. Knight and K. J. Gutzwiller, eds. Wildlife and recreationists: coexistence through management and research. Island Press, Washington, D.C.

Habeck, J. R. 1985. Impact of fire suppression on forest succession and fuel accumulations in long-fire-interval wilderness habitat types. Pages 110-118 *In* Lotan, J. E. and others, tech. coords. Proc. Symposium and Workshop on Wilderness Fire; 1983 November 15-18; Missoula, MT. USDA Forest Service, Intermountain Forest and Range Experiment Station. Gen. Tech. Rep. INT-GTR-182. Ogden, UT.

Halfpenny, J. C., S. J. Bissell and D. Nead. 1982. Lynx verification program: history and status of the lynx in Colorado and its distributional ecology for western North America. Unpubl. Man. 23 pp.

Halfpenny, J. C. and G. C. Miller. 1981. Lynx and wolverine verification. Pages 53-82. Colorado Div. Wildl., Wildl. Res. Rep., Part I. Denver, CO.

Hall, E. R. and K. R. Kelson. 1959. The mammals of North America, 2 vols. The Ronald Press Co., New York, N.Y. 1,083pp.

Hamilton, W. J., Jr. 1939. Observations on the life history of the red squirrel in New York. Am Midl. Nat. 22:732-745.

Hamilton, W. J., Jr. and A. H. Cook. 1955. The biology and management of the fisher in New York. N.Y. Fish and Game J. 2:13-35.

Hann, W. J., J. L. Jones, M. G. Karl, and others. 1997. Landscape dynamics of the basin. *In* Quigley, T. M. and S. J. Arbelbide, eds. An assessment of the ecosystem components in the Interior Columbia Basin and portions of the Klamath and Great Basins, Volume II. USDA Forest Service, Pacific Northwest Research Station. General Technical Report PNW GTR-405. Portland, OR.

Hansen, A. J., T. A. Spies, F. J. Swanson, and J. L. Ohmann. 1991. Conserving biodiversity in managed forests. BioScience 41(6):382-392.

Hardy, C. C., J. P. Menakis, J. K. Brown, and D. L. Bunnell. 1998. Mapping historic fire regimes for the Western United States: Integrating remote sensing and biophysical data. Pages 288-300 *In* Greer, J.D. (ed.). Natural resource management using remote sensing and GIS, Proceedings of the Seventh Forest Service Remote Sensing Applications Conference; 1998 April 6-10; Nassau Bay, TX. American Society for Photogrammetry and Remote Sensing, Bethesda, MD.

Harger, E. M. 1965. The status of the Canada lynx in Michigan. The Jack-Pine Warbler 43:150-153.

Harper, S. C., L. L. Falk, and E. W. Rankin. 1990. The northern forest lands study of New England and New York. USDA Forest Service. Rutland, VT. 206 pp.

Harris, L. D. and P. B. Gallagher. 1989. New initiatives for wildlife conservation: the need for movement corridors. Pages 11-34 *In* G. Mackintosh (ed.). In defense of wildlife: preserving communities and corridors. Defenders of Wildlife, Washington, D.C. 96 pp.

Hatt, R. T. 1929. The red squirrel: its life history and habits, with special reference to the Adirondacks of New York and the Harvard Forest. Roosevelt Wild Life Ann. 2:3-146.

Hatt, R. T. 1945. The pine squirrel in Colorado. J. Mammal. 24:311-345.

Henderson, J. A., Lesher, R. D., Peter, D. H., and D. C. Shaw. 1992. Field guide to the forested plant associations of the Mt. Baker-Snoqualmie National Forest. USDA Forest Service, Pacific Northwest Region. Tech. Paper R6 ECOL TP 028-91.

Heuer, K. 1995. Wildlife corridors around developed areas of Banff National Park. Progress report for Parks Canada, Alberta, Canada. 78 pp.

Hodges, K. E. 2000*a*. The ecology of snowshoe hares in northern boreal forests. Chapter 6 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, et al., tech. eds. Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Hodges, K. E. 2000*b*. Ecology of snowshoe hares in southern boreal and montane forests. Chapter 7 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, et al., tech. eds. Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Honacki, J. H., K. E. Kinman, and J. W. Koeppi (eds). 1982. Mammal species of the world: a taxonomic and geographic reference. Allen Press, Inc. and Assoc. Systematics Collections, Lawrence, Kans. 694 pp.

Idaho Department of Parks and Recreation. 1997. Idaho statewide comprehensive outdoor recreation and tourism planning (SCORTP): assessment and policy plan. Idaho Department of Parks and Recreation, Boise, Idaho.

James, F. C., C. A. Hess, and D. Kufrin. 1997. Species-centered environmental analysis: indirect effects of fire history on red-cockaded woodpeckers. Ecol. Applications7(1):118-129.

Jenkins, K. 1996. Texas Department of Transportation wildlife activities. Pages ?? *In* Evink, G. L., P. Garrett, D. Ziegler, and J. Berry, eds. Trends in Addressing Transportation Related Wildlife Mortality. Proc. of the Transportation Related Wildlife Mortality Seminar.

Johnson, M. K. 1979. Foods of primary consumers on cold desert shrub-steppe of southcentral Idaho. J. Range Mgmt. 32(5):365-368.

Johnson, C. G. and R. Clausnitzer. 1992. Plant associations of the Blue and Ochoco Mountains. USDA Forest Service, Wallowa-Whitman National Forest. R6-ERW-TP-036-92.

Johnson, C. G. and S. A. Simon.  1987. Plant associations of the Wallowa-Snake Province, Wallowa-Whitman National Forest. USDA Forest Service. R6-ECOL-TP-255B-86.

Johnson, W. N., T. F. Paragi, and D. D. Katnik.  1995.  The relationship of wildland fire to lynx and marten populations and habitat in interior Alaska.  Final Report, U.S. Fish and Wildlife Service. Galena, Alaska.  145 pp.

Keith, L. B.  1990.  Dynamics of snowshoe hare populations.  Pages 119-195 *In* H. H. Genoways, ed. Current mammalogy.  Plenum Press, New York.

Keith, L. B., O. J. Rongstad, and E. C. Meslow.  1966.  Regional differences in reproductive traits of the snowshoe hare.  Can. J. Zool. 44:953-961.

Keith, L. B. and D. C. Surrendi.  1971.  Effects of fire on a snowshoe hare population. J. Wild. Manage. 35:16-26.

Keith, L. B., A. W. Todd, C. J. Brand, R. S. Adamcik, and D. H. Rusch.  1977.  An anlysis of predation during cyclic fluxation of snowshoe hares. Proc. XIII Int. Cong. Game Biol. Pages 151-175.

Keith, L. B. and L. A. Windberg.  1978. A demographic analysis of the snowshoe hare cycle.  Wildlife Monographs 58:1-70.

Kelsall, J. P., E. S. Telfer, and T. D. Wright.  1977.  The effects of fire on the ecology of the boreal forest, with particular reference to the Canadian north: a review and selected bibliography.  Can. Wildlife Service, Occasional Paper No. 32.  Ottawa, Canada.

Kemp, G. A. and L. B. Keith.  1970.  Dynamics and regulation of red squirrel (*Tamiasciurus hudsonicus*) populations.  Ecology 51:763-779.

Kesterson, M. B. 1988.  Lynx home range and spatial organization in relation to population density and prey abundance.  M.S. Thesis, Univ. of Alaska, Fairbanks.

Kilgore, B. M. and M. L. Heinselman. 1990. Fire in wilderness ecosystems. Pages 297-335 *In* Hendee, J. C., G. H. Stankey, and R. C. Lucas (eds.).  Wilderness management. 2nd Ed. North American Press, Golden, CO.  546 pp.

Kilham, L.  1954.  Territorial behaviour of red squirrel.  J. Mammal. 35:252-253.

Klenner, W. and C. J. Krebs.  1991.  Red squirrel population dynamics.  I. The effect of supplemental food on demography.  J. Animal Ecology 60:961-978.

Klugh, A. B.  1927.  Ecology of the red squirrel.  J. Mammal.  8:1-32.

Knight, R. L. and D. N. Cole.  1995*a*.  Wildlife responses to recreationists. Pages 51-70 *In* R. L. Knight and K. J. Gutzwiller (eds.)  Wildlife and recreationists: coexistence through management and research.  Island Press, Washington, D.C.

Knight, R. L. and D. N. Cole.  1995*b*.  Factors that influence wildlife responses to recreationists.  Pages 71-79 *In* R. L. Knight and K. J. Gutzwiller, eds.  Wildlife and recreationists: coexistence through management and research. Island Press, Washington, D.C.

Knight, R. L. and K. J. Gutzwiller. 1995. Wildlife and recreation: Coexistence through management and research.  Island Press.  Washington, D.C.  372 pp.

Koehler, G. M. 1990. Population and habitat characteristics of lynx and snowshoe hares in north central Washington. Canadian Journal of Zoology 68:  845-851.

Koehler, G. M.  1991.  Snowshoe hare, *Lepus americanus*, use of forest successional stage and population changes during 1985-1989 in north-central Washington. Can. Field-Nat. 105:291-293.

Koehler, G. M. and K. B. Aubry. 1994. Pages 74-98 *In* Ruggiero and others 1994.  The scientific basis for conserving forest carnivores: American marten, fisher, lynx and wolverine in the western United States.  USDA Forest Service, Rocky Mountain Forest and Range Experiment Station.  General Technical Report RM-254.  184 pp.

Koehler, G. M. and J. D. Brittell. 1990. Managing spruce-fir habitat for lynx and snowshoe hares. J. Forestry 88: 10-14.

Koehler, G. M., M. G. Hornocker, and H. S. Hash. 1979. Lynx movements and habitat use in Montana. Canadian Field-Naturalist 93(4):441-442.

BLM_0063095

Krebs, C. J., S. Boutin, and B. S. Gilbert. 1986. A natural feeding experiment on a declining snowshoe hare population. Oecologia 70:194-197.

Krebs, C. J., S. Boutin, R. Boonstra, A. R. E. Sinclair, J. N. M. Smith, M. R. T. Dale, K. Martin, and R. Turkington. 1995. Impact of food and predation on the snowshoe hare cycle. Science 269:1112-1115.

Kuchler, A. W. 1964. Potential natural vegetation of the conterminous United States (map and manual). American Geographical Society Special Publication 36. 116 pp.

Lair, H. 1985. Mating seasons and fertility of red squirrels in southern Quebec Can. J. Zool. 63:2323-2327.

Larsen, K. W. and S. Boutin. 1995. Exploring territory quality in the North American red squirrel through removal experiments. Can. J. Zool. 73:1115-1122.

Layne, J. N. 1954. The biology of the red squirrel, *Tamiasciurus hudsonicus loquax* (Bangs), in central New York. Ecol. Monogr. 24:227-267.

Lewis, L. and C. R. Wenger. 1998. Idaho's Canada lynx: pieces of the puzzle. Idaho Bureau of Land Management, Technical Bulletin No. 98-11. 21 pp.

Lillybridge, T. R., B. L. Kovalchik, C. K. Williams, and B. G. Smith. 1995. Field guide for forested plant associations of the Wenatchee National Forest. USDA Forest Service, Pacific Northwest Research Station. General Technical Report PNW-GTR-359.

Litvaitis, J. A. 1992. Niche relations between coyotes and sympatric Carnivora. Pages 73-85 *In* A. H. Boer, ed. Ecology and management of the eastern coyote. University of New Brunswick Wildlife Research Unit, Fredericton, NB.

Litvaitis, J. A., D. Kingman, Jr., J. Lanier, and E. Orff. 1991. Status of lynx in New Hampshire. Trans. Northeast Section of The Wildlife Society 48:70-75.

Litvaitis, J. A., J. A. Sherbourne, and J. A. Bissonette. 1985. Influence of understory characteristics on snowshoe hare habitat use and density. J. Wildl. Manage. 49:866-873.

Losensky, J.B. 1993. Historical vegetation in Region One by climatic section, draft report revision two. Unpub. Rep., USDA Forest Service, Northern Region. Missoula, MT.

Luttich, S., D. H. Rusch, E. C. Meslow, and L. B. Keith. 1970. Ecology of red-tailed hawk predation in Alberta. Ecology 51:190-203.

MacCracken, J. G. and R. M. Hansen. 1984. Seasonal foods of blacktail jackrabbits and Nuttall cottontails in southeastern Idaho. J. Range Manage. 37(3):256-259.

Mack, R. N., N. W. Rutter, and S. Valestro. 1983. Holocene vegetational history of the Kootenai River valley, Montana. Quaternary Research 20:177-193.

Maehr, D. S., E. D. Land, and M. E. Roelke. 1991. Mortality pattern of panthers in southwest Florida. Proc. Ann. Conf. of Southeast Association of Fish and Wildlife Agencies 45:2001-2007.

Major, A.R. 1989. Lynx, *Lynx canadensis canadensis* (Kerr) predation patterns and habitat use in the Yukon Territory, Canada. M.S. Thesis, State Univ. of New York, Syracuse.

Marshall, W. H. 1946. Winter food habits of the pine marten in Montana. J. Mammal. 27:83-84.

McCord, C. M. and J. E. Cardoza. 1982. Bobcat and lynx. Pages 728-766 *In* J. A. Chapman and G. A. Feldhamer (eds.). Wild Mammals of North America. Johns Hopkins University Press, Baltimore, MD.

McKeever, S. 1964. Food habits of the pine squirrel in northeastern California. J. Wildl. Manage. 28:402-404.

McKelvey, K. S., J. J. Claar, G. W. McDaniel, and G. Hanvey. 1999. National lynx detection protocol. Unpublished. USDA Forest Service, Rocky Mountain Research Station, Missoula, MT.

McKelvey, K. S., S. W. Buskirk, and C. J. Krebs. 2000*a*. Theoretical insights into the population viability of lynx. Pages 21-37 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K.

S. McKelvey, and J. R. Squires. (Tech. Eds.). Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

McKelvey, K. S., K. B. Aubry, and Y. K. Ortega. 2000*b*. History and distribution of lynx in the contiguous United States. Pages 207-264 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. (Tech. Eds.). Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

McKelvey, K. S., Y. K. Ortega, G. M. Koehler, K. B. Aubry, and J. D. Brittell. 2000*c*. Canada lynx habitat and topographic use patterns in north central Washington: a reanalysis. Pages 307-336 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. (Tech. Eds.). Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

McKelvey, K. S., K. B. Aubry, J. K. Agee, S. W. Buskirk, L. F. Ruggiero, and G. M. Koehler. 2000*d*. Lynx conservation in an ecosystem management context. Pages 419-441 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. (Tech. Eds.). Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

McNab, W. H. and P. E. Avers (comps.). 1994. Ecological subregions of the United States: Section descriptions. Admin. Publication WO-WSA-5. USDA Forest Service, Washington, D.C. 267 pp.

Mech, L. D. 1970. The wolf. University of Minnesota Press. 384 pp.

Mech, L. D. 1973. Canadian lynx invasion of Minnesota. Biol. Conservation 5:151-152.

Mech, L. D. 1980. Age, sex, reproduction, and spatial organization of lynxes colonizing northeastern Minnesota. J. Mammal. 61:261-267.

Meng, H. 1959. Food habits of nesting Cooper's hawks and goshawks in New York and Pennsylvania. Wilson Bull. 71:169-174.

Michigan Department of Natural Resources, in. Litt. 1994. Letter to U.S. Fish & Wildlife Service dated June 16, 1994.

Michigan Department of Natural Resources. 1999. Wolf comeback continues. News release, dated June 18, 1999. 1 p.

Miller, G. S. and J. R. Kellogg. 1955. List of North American recent mammals. U.S. Natl. Mus. Bull. 205. 954 pp.

Minnesota Department of Natural Resources in Litt., 1994. Letter to U.S. Fish & Wildlife Service dated April 19, 1994.

Monthey, R. W. 1986. Responses of snowshoe hares, *Lepus americanus*, to timber harvesting in northern Maine. Can. Field Nat. 100:568-570.

More, G. 1976. Some winter food habits of lynx (*Felis lynx*) in the southern Mackenzie District, Northwest Territories. Can. Field-Nat. 90:499-500.

Morgan, P., S. C. Bunting, A. E. Black, T. Merrill, and S. Barrett. 1998. Past and present fire regimes in the Interior Columbia River Basin. *In* Close, K. and R.A. Bartlette, eds. Fire management under fire (adapting to change), Proceedings for the 1994 Interior West Fire Council meeting and program; 1994 November 1-4; Coeur d'Alene, ID. International Association of Wildland Fire, Fairfield, WA.

Mowat, G., K. G. Poole, and M. O'Donoghue. 2000. Ecology of lynx in northern Canada and Alaska. Chapter 9 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, et al., tech. eds. Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Mowat, G., B. G. Slough, and S. Boutin. 1996. Lynx recruitment during a snowshoe hare population peak and decline in southwest Yukon. J. Wildl. Manage. 60:441-452.

Murray, D. L. and S. Boutin. 1991. The influence of snow on lynx and coyote movements: does morphology affect behavior? Oecologia. 88:463-469.

BLM_0063097

Murray, D. L., S. Boutin, and M. O'Donoghue. 1994. Winter habitat selection by lynx and coyotes in relation to snowshoe hare abundance. Canadian Journal of Zoology 72:1444-1451.

Murray, D. L., S. Boutin, M. O'Donoghue, and V. O. Nams. 1995. Hunting behavior of sympatric felid and canid in relation to vegetative cover. Animal Behavior 50:1203-1210.

Nash, R. 1995. Wilderness and the American mind. Pages 3-16 *In* Wildlife and recreation: Coexistence through management and research. R. L. Knight and K. J. Gutzwiller, eds. Island Press, Washington, D.C. 372 pp.

Nash, R. 1982. Wilderness and the American mind. 3rd ed. Yale Univ. Press. New Haven, CT. 425 pp.

Nellis, C. H. 1971. The lynx in the northwest. Pages 24-28 *In* S. E. Jorgensen and D. L. Mech (eds.). Symposium on the native cats of North America. U.S. Bureau of Sport Fisheries and Wildlife. Twin Cities, MN.

Nellis, C. H., S. P. Wetmore, and L. B. Keith. 1972. Lynx-prey interactions in central Alberta. J. Wildl. Manage. 36(2):320-329.

Nowak, R. M. 1979. North American quaternary *Canis*. Monograph No. 6, Museum of Nat. Hist., University of Kansas. 154 pp.

Noss, R. F. and A. Y. Cooperrider. 1994. Saving nature's legacy: protecting and restoring biodiversity. Island Press, Washington, DC.

O'Donoghue, M. 1997. Responses of coyotes and lynx to the snowshoe hare cycle. Ph.D. Diss., Univ. of British Columbia. Vancouver, B.C.

O'Donoghue, M., S. Boutin, C. J. Krebs, and E. J. Hofer. 1997. Numerical responses of coyotes and lynx to the snowshoe hare cycle. Oikos 74:115-121.

O'Donoghue, M., S. Boutin, C. J. Krebs, G. Zuleta, D. L. Murray, and E. J. Hofer. 1998. Functional responses of coyotes and lynx to the snowshoe hare cycle. Ecology 79(4):1193-1208.

Obbard, M. E. 1987. Red squirrel. Pages 264-281 in M. Novak, J. A. Baker, M. E. Obbard and B. Malloch, eds. Wild furbearer management and conservation in North America. Ontario Trappers Assoc., North Bay.

Ochler, J. O. and J. A. Litvaitis. 1996. The role of spatial scales in understanding responses of medium-sized carnivores to forest fragmentation. Can. J. Zool. 74:2070-2079.

Oosting, H. J. 1956. The study of plant communities. W. H. Freeman and Co., San Francisco, CA. 440 pp.

Ozoga, J. J. and E. M. Harger. 1966. Winter activities and feeding habits of northern Michigan coyotes. J. Wildl. Manage. 30 (4):809-818.

Paradiso, J. L. and R. M. Nowak. 1982. Wolves. Pages 460-474 *In* J. A. Chapman and G. A. Feldhamer (eds.) Wild mammals of North America. Johns Hopkins University Press, Baltimore, MD.

Parker, G. R., J. W. Maxwell, L. D. Morton, and G. E. J. Smith. 1983. The ecology of the lynx (*Lynx canadensis*) on Cape Breton Island. Can. J. Zool. 61:770-786.

Pauls, R. W. 1978. Behavioural strategies relevant to the energy economy of the red squirrel (*Tamiasciurus hudsonicus*). Can. J. Zool. 56:1519-1525.

Pease, J. L., R. H. Vowles, and L. B. Keith. 1979. Interaction of snowshoe hares and woody vegetation. J. Wildl. Manage. 43:43-60.

Pennak, R. 1963. Ecological and radiocarbon correlations in some Colorado mountain lake and bog deposits. Ecol. 44:1-15.

Peterson, R. L. 1966. The mammals of eastern Canada. Oxford Univ. Press. Toronto, Ont. 465 pp.

Pfister, R. D., B. L. Kovalchik, S. F. Arno, and R. C. Presby. 1977. Forest habitat types of Montana. USDA Forest Service, Intermountain Forest and Range Experiment Station, General Technical Report INT-34. Ogden, UT. 174 pp.

Pimm, S., and M. Gilpin. 1989. Theoretical issues in conservation biology. Pages 287-305 in J. Roughgarden, R. May, and S. Leven, eds. Perspectives in ecological theory. Princeton University Press, Princeton, NJ.

Poole, K. G. 1994. Characteristics of an unharvested lynx population during a snowshoe hare decline. J. Wildl. Manage. 58:608-618.

Poole, K. G. 1997. Dispersal patterns of lynx in the Northwest Territories. J. Wildl. Manage. 61(2): 497-505.

Poole, K. G., L. A. Wakelyn, and P. N. Nicklen. 1996. Habitat selection by lynx in the Northwest Territories. Can. J. Zool. 74:845-850.

Powell, R. A. 1993. The fisher: life history, ecology and behavior. Minn. Univ. Press. Minneapolis, Minn. 237 pp.

Pruitt, Q. O., Jr., and C. V. Lucier. 1958. Winter activity of red squirrels in interior Alaska. J. Mammal. 39:443-444.

Quick, H. F. 1955. Food habits of marten (*Martes americana*) in northern British Columbia, Can. Field-Nat. 69:144-147.

Quigley, T. M., R. Haynes, R. W. Graham, and T. Russell, tech eds. 1996. Integrated scientific assessment for ecosystem management in the interior Columbia basin and portions of the Klamath and Great Basins. USDA Forest Service, Pacific Northwest Research Station. Gen. Tech. Rep. PNW-GTR-382. Portland, OR. 303 pp.

Quinn, N. W. S. and G. Parker. 1987. Lynx. Pages 683-694 *In* Novak, N. and M. Obbard (eds.). Wild furbearer management and conservation in North America. Ministry of Natural Resources, Toronto, Ontario.

Quinn, N. W. S. and J. E. Thompson. 1987. Dynamics of an exploited Canada lynx population in Ontario. J. Wildl. Manage. 51:297-305.

Randall, J. 1996. Weed control for the preservation of biological diversity. Weed Technology 10:370-383.

Reeve, A., F. Lindzey, and S. Buskirk. 1986. Pages 11-26 *In* Historic and recent distribution of lynx in Wyoming. Wyoming Cooperative Fishery and Wildlife Research Unit, Laramie, WY. 55 pp.

Reichard, T. A. 1976. Spring food habits and feeding behavior of fox squirrels and red squirrels. Am. Midl. Nat. 96:443-450.

Roe, A. N., K. G. Poole, and D. L. May. 1999. A review of lynx behavior and ecology and its relation to ski area planning and management. Unpubl. Report, IRIS Environmental Systems. Calgary, Alberta, Canada. 67 pp.

Rothwell, R. 1979. Nest sites of red squirrels (*Tamiasciurus hudsonicus*) in the Laramie Range of southeastern Wyoming. J. Mammal. 60:404-405.

Rowe, J. S. 1972. Forest regions of Canada. Can. Dept. Environ., For. Serv. Publ. 1300. 172 pp.

Ruediger, B. 1996. The relationship between rare carnivores and highways. Pages 24-38 *In* G. Evink, D. Ziegler, P. Garret, and J. Berry (eds). Transportation and wildlife: reducing wildlife mortality/ improving wildlife passageways across transportation corridors. Proc. Transportation-Related Wildlife Mortality Seminar, 30 April- 2 May 1996, Orlando, FL. Florida Dept. Trans./ Fed. Highway Admin.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, L. J. Lyon, and W. J. Zielinski, tech. eds. 1994. The scientific basis for conserving forest carnivores: American marten, fisher, lynx and wolverine in the western United States. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. General Technical Report RM-254. 184 pp.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. (Tech. Eds.) 2000*a*. Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires. 2000*b*. The scientific basis for lynx conservation: qualified insights. Pages 443-454 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R.

Squires. (Tech. Eds.). Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Rusch, D. A. and W. G. Reeder. 1978. Population ecology of Alberta red squirrels. Ecology 59:400-420.

Rusch, D. H., E. C. Meslow, P. D. Doerr, and L. B. Keith. 1972. Response of great horned owl populations to changing prey densities. J. Wildl. Manage. 36:282-296.

Saunders, J. K., Jr. 1963*a*. Food habits of the lynx in Newfoundland. J. Wildl. Manage. 27(3):384-390.

Saunders, J. K., Jr. 1963*b*. Movements and activities of the lynx in Newfoundland. J. Wildl. Manage. 27(3):390-400.

Seton, E. T. 1910. Life-histories of northern animals. Vol. 1. Grass-eaters. Constable and Co., London, U.K. 673 pp.

Sievert, P. R. and L. B. Keith. 1985. Survival of snowshoe hares at a geographic range boundary. J. Wildl. Manage. 49:854-866.

Simberloff, Daniel. 1998. Flagships, umbrellas, and keystones: is single-species management passe in the landscape era? Biological Conservation 83(3):247-257.

Slough, B. G. and G. Mowat. 1996. Lynx population dynamics in an untrapped refugium. J. Wildl. Manage. 60:946-961.

Smith, C. C. 1968. The adaptive nature of social organization in the genus of three squirrels *Tamiasciurus*. Ecol. Monogr. 38:31-63.

Smith, C. C. 1981. The indivisible niche of Tamiasciurus: an example of nonpartitioning of resources. Ecol. Monogr. 51:343-363.

Smith, D. S. 1984. Habitat use, home range, and movements of bobcats in western Montana. M.S. Thesis, Univ. of Montana, Missoula, MT. 58 pp.

Smith, J. K. and W. C. Fischer. 1997. Fire ecology of the forest habitat types of northern Idaho. USDA Forest Service, Intermountain Research Station, General Technical Report INT-GTR-363. Ogden, UT. 142 pp.

Smith, M. C. 1968. Red squirrel responses to spruce cone failure in interior Alaska. J. Wildl. Manage. 32:305-317.

Soutiere, E. C. 1979. Effects of timber harvesting on marten in Maine. J. Wildl. Manage. 43:850-860.

Sparks, D. R. 1968. Diet of black-tailed jackrabbits on sandhill rangeland in Colorado. J. Range Manage. 21:203-208.

Squires, J. R. and T. Laurion. 2000. Lynx home range and movements in Montana and Wyoming: preliminary results. Pages 337-349 *In* Ruggiero, L.F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Krebs, K. S. McKelvey, and J. R. Squires (Tech. Eds.). Ecology and conservation of lynx in the United States. Univ. Press of Colorado. Boulder, CO. 480 pp.

Staples, W. R. 1995. Lynx and coyote diet and habitat relationships during a low hare population on the Kenai Peninsula, Alaska. M.S. Thesis, Univ. of Alaska, Fairbanks.

Steele, R., R. D. Pfister, R. A. Ryker, and J. A. Kittams. 1981. Forest habitat types of central Idaho. USDA Forest Service, Intermountain Forest and Ranger Experiment Station, General Technical Report INT-114. Ogden, UT. 138 pp.

Stephenson, R. O. 1984. The relationship of fire history to furbearer populations and harvest. Final Report, Federal Aid in Wildlife Restoration, Project W-22-2, Job 7.13R Alaska Dept. of Fish and Game, Juneau, Alaska.

Sullivan, T. P. and R. A. Moses. 1986. Red squirrel populations in natural and managed stands of lodgepole pine. J. Wildl. Manage. 50(4):595-601.

Sullivan, T. P. and D. S. Sullivan. 1988. Influence of stand thinning on snowshoe hare population dynamics and feeding damage in lodgepole pine forest. J. Applied Ecol. 25:791-805.

Swayze, L. A. 1994. Snowshoe hare use patterns in selected lodgepole pine stands in northcentral Washington. Unpubl. Report. 26 pp.

Telfer, E. S. 1972. Browse selection by deer and hares. J. Wildl. Manage. 36:1344-1349.

Telfer, E. S. 1974. Vertical distribution of cervid and snowshoe hare browsing. J. Wildl. Manage. 38:944-946.

Theil, R. P. and R. R. Ream. 1995. Status of gray wolf in the lower 48 United States to 1992. *In* Carbyn, L. N., S. H. Fritts, and D. R. Seip (eds.) Ecology and Conservation of Wolves in a Changing World. Canadian Circumpolar Institute, Occasional Publication No. 35. 642 pp.

Thomas, J. A., J. G. Hallett, and M. A. O'Connell. 1997. Habitat use by snowshoe hares in managed landscapes of northeastern Washington. Unpubl. Report, Washington Dept. Fish and Wildlife and USDA Forest Service.

Thompson, R. W. and J. C. Halfpenny. 1989. Canada lynx presence on the Vail ski area and proposed expansion areas. Unpubl. Rep. Western Ecosystems, Inc. Lafayette, CO. 29 pp.

Thompson, R. W. and J. C. Halfpenny. 1991. Canada lynx presence on the proposed East Fork ski area. Unpubl. Rep. 35 pp.

Todd, A. W., L. B. Keith, and C. A. Fischer. 1981. Population ecology of coyotes during a fluctuation of snowshoe hares. J. Wildl. Manage. 45:629-640.

U.S. Fish and Wildlife Service. 1998. Endangered and threatened wildlife and plants; proposal to list the contiguous United States distinct population segment of the Canada lynx; proposed rule. Federal Register 63:36994-37013.

U.S. Fish and Wildlife Service, in Litt. 1999. E-mail dated June 21, 1999 from John Organ.

USDA Forest Service. 1998. Stemming the invasive tide: Forest Service strategy for noxious and nonnative plant management. 29 pp.

USDI Bureau of Land Management. 1996. Partners against weeds: an action plan for the Bureau of Land Management. 43 pp.

Vahle, J. R. and D. R. Patton. 1983. Red squirrel cover requirements in Arizona mixed conifer forests. J. For. 81:14-15,22.

Van Zyll de Jong, C. G. 1966. Food habits of the lynx in Alberta and the Mackenzie District, Northwest Territories. Can. Field-Nat. 80:18-23.

Veblen, T. T, K. S. Hadley, E. M. Nel, T. Kitzberger, M. Reed, and R. Villalba. 1998. Disturbance regimes and disturbance interactions in a Rocky Mountain subalpine forest. Journal of Ecology 82:125-135.

Walker, E. P. 1968. Mammals of the world. 2 vols. Johns Hopkins Univ. Press, 2nd ed. Baltimore, MD. 1,500 pp.

Walsh, R. G. 1986. Recreation economic decisions: comparing benefits and costs. Pages 3-16 *In* Wildlife and recreation: Coexistence through management and research. R. L. Knight and K. J. Gutzwiller, eds. Island Press, Washington, D.C. 372 pp.

Ward, R. P. M. and C. J. Krebs. 1985. Behavioural responses of lynx to declining snowshoe hare abundance. Can. J. Zool. 63:2817-2824.

Washington Dept. of Wildlife. 1993. Status of the North American lynx (*Lynx canadensis*) in Washington. Unpubl Report. Olympia, WA. 101 pp.

Weaver, J. L. 1993. Lynx, wolverine, and fisher in the western United States research assessment and agenda. Unpubl. Rep. of Interagency Lynx-Wolverine-Fisher Working Group. 132 pp.

Weaver, J. L. 1999. Results of 1998 lynx hair snagging survey and DNA analysis for northern Idaho. Unpubl. Report. 1p.

Weaver, J. L. and G. Amato. 1999. Lynx surveys in the Cascade Range, Oregon and Washington. Wildlife Cons. Society. N.Y. 16 pp.

Weaver, J. L., P. C. Paquet, and L. F. Ruggiero. 1996. Resilience and conservation of large carnivores in the Rocky Mountains. Cons. Biol. 10(4):964-976.

Westbrooks, R. 1998. Invasive plants, changing the landscape of America: Fact book. Federal Interagency Committee for the Management of Noxious and Exotic Weeds (FICMNEW), Washington, D.C. 109 pp.

Wilcove, D. S. 1985. Nest predation in forest tracks and the decline of songbirds. Ecology. 66:1211-1214.

Wilcove, D. S., C. H. McLellan, and A. P. Dobson. 1986. Habitat fragmentation in the Temperate Zone. Pages 237-256 *In* M.E. Soule, ed. Conservation biology: the science of scarcity and diversity. Sinauer Associates. Sunderland, MA.

Williams, A. B. 1936. The composition and dynamics of a beech-maple climax community. Ecol. Monogr. 6:317-408.

Williams, C. K., and T. R. Lillybridge. 1983. Forested plant associations of the Okanogan National Forest. USDA, Forest Service, Pacific Northwest Region. R6-Ecol-132b-1983.

Williams, C. K., Kelley, B. F., Smith, B. G., and T. R. Lillybridge. 1995. Forested plant associations of the Colville National Forest. USDA Forest Service, Pacific Northwest Research Station. PNW-GTR-360.

Wolfe, M. L., N. V. Debyle, C. S. Winchell, and T. R. McCabe. 1982. Snowshoe hare cover relationships in northern Utah. J. Wildl. Manage. 46:662-670.

Wolff, J. O. 1978. Food habits of snowshoe hares in interior Alaska. J. Wildl. Manage. 42:148-153.

Wolff, J. O. 1980. The role of habitat patchiness in the population dynamics of snowshoe hares. Ecological Monographs 50:111-130.

Woods, J. and R. Munro. 1996. Roads, railroads and the environment. Pages 39-45 *In* Proc. Florida Department of Transportation/Federal Highway Administration Transportation-Related Wildlife Mortality Seminar. Orlando, FL.

Wrigley, R. E. 1969. Ecological notes on the mammals of southern Quebec. Can. Field-Nat. 83:201-211.

Wydeven, A. P. 1998. Wisconsin Endangered Resources Report – lynx status in Wisconsin. Bureau of Endangered Resources, Wisc. Dept. Natural Resources, Madison, WI. 4 pp.

Wydeven, P. P., J. E. Wiedenhoeft, B. E. Kohn, R. P. Thiel, R. N. Schultz, and S. R. Boles. 1999. Progress report of wolf population monitoring in Wisconsin for the period October 1998-March 1999. Unpubl. Report, Wisc. Dept. Natural Resources, Park Falls, WI. 24 pp.

Yahner, R. H. 1980. Burrow system use by red squirrels. Am. Midl. Nat. 103:409-411.

Yahner, R. H. 1988. Change in wildlife communities near edges. Conserv. Bio. 2:333-339.

Zirul, D. L. 1970. Ecology of a northern population of the red squirrel *Tamiasciurus hudsonicus preblei* (Howell). M.S. Thesis, Univ. Alberta, Edmonton. 131pp.

# Appendix A. List of administrative units involved in consultation for lynx (updated August 2000).

## National Forests

**Northern Region**
Kootenai
Idaho Panhandle
Nez Perce
Clearwater
Lolo
Bitterroot
Helena
Flathead
Gallatin
Custer
Lewis and Clark
Beaverhead-Deerlodge

**Rocky Mountain Region**
Bighorn
Shoshone
Medicine Bow-Routt
Arapaho-Roosevelt
White River
Pike-San Isabel
San Juan-Rio Grande
Grand Mesa-Uncompahgre-Gunnison

**Intermountain Region**
Ashley
Boise
Bridger-Teton
Caribou
Payette
Salmon-Challis
Sawtooth
Targhee
Uinta
Wasatch-Cache

**Pacific Northwest Region**
Mount Baker-Snoqualmie
Gifford Pinchot
Okanogan
Wenatchee
Colville
Wallowa-Whitman

Umatilla
Malheur
Ochoco
Deschutes
Willamette
Mount Hood
Umpqua

**Eastern Region**
Chippewa
Superior
Hiawatha
Ottawa
White Mountain

### Bureau of Land Management Units

Montana - Missoula, Dillon, Butte, and Lewistown Field Offices, Great Falls Field Station
Idaho - Upper Columbia-Salmon Clearwater, Upper Snake, and Lower Snake Districts
Wyoming - Kemmerer, Pinedale, and Lander Field Offices
Washington - Spokane District
Oregon - Burns, Prineville, Vale, Eugene, Roseburg and Salem Districts
Utah - Vernal and Salt Lake City Field Offices
Colorado - all field offices

### National Parks

North Cascades National Park complex
Mount Rainier National Park
Glacier National Park
Yellowstone National Park
Rocky Mountain National Park
Grand Teton National Park
Voyageurs National Park

### National Wildlife Refuges

Red Rocks National Wildlife Refuge

# Appendix B. List of Species Referenced in the Document.

**Animals**
Shrews (*Sorex* spp.)
Mice (*Peromyscus* spp.)
Voles (*Microtus* spp.)
Mountain cottontail (*Sylvilagus nutallii*)
Snowshoe hare *(Lepus americanus)*
White-tailed jackrabbit (*Lepus townsendii*)
Black-tailed jackrabbit (*Lepus californicus*)
Beaver (*Castor canadensis*)
Porcupine *(Erithizon dorsatum*)
Red squirrel (*Tamiasciurus hudsonicus*)
Douglas squirrel (*Tamiasciurus douglasii)*
Flying squirrel (*Glaucomys sabrinus*)
Ground squirrel (*Spermophilus parryii, S. richardsonii, S. elegans*)
Fisher (*Martes pennanti*)
Marten (*Martes americana*)
Wolverine (*Gulo gulo*)
Weasel *(Mustela* spp.)
Canada lynx (*Lynx canadensis*)
Bobcat (*Lynx rufus*)
Mountain lion (*Puma concolor*)
Eurasian lynx (*Lynx lynx*)
Iberian lynx (*Felis pardina*)
Florida panther
Ocelot (*Felis pardalis*)
Red fox (*Vulpes vulpes*)
Coyote (*Canis latrans*)
Gray wolf (*Canis lupus*)
Grizzly bear (*Ursus arctos*)
Sage grouse (*Centrocercus urophasianus*)
Columbian sharp-tailed grouse (*Tympanichus phasianellus*)
Grouse (*Bonasa umbellus*, *Dendragopus* spp.)
Ptarmigan (*Lagopus* spp.)
Northern goshawk (*Accipiter gentilis*)
Great horned owl (*Bubo virginianus*)
Northern spotted owl (*Strix occidentalis*)
Red-tailed hawk (*Buteo jamaciensis*)
Broad-winged hawk (*Buteo platypterus*)
Cooper's hawk (*Accipiter cooperii*)

**Plants**
Eastern white pine (*Pinus strobus*)
Western white pine (*Pinus monticola*)
Bristlecone pine (*Pinus aristata*)
Jack pine (*Pinus divaricata*)
Red pine (*Pinus resinosa*)
Lodgepole pine (*Pinus contorta*)
Ponderosa pine (*Pinus ponderosa*)

Western larch (*Larix occidentalis*)
Tamarack (*Larix laricina*)
Spruce (*Picea* spp.)
Engelmann spruce (*Picea engelmannii*)
Black spruce (*Picea mariana*)
White spruce (*Picea glauca*)
Red spruce (*Picea rubens*)
Mountain hemlock (*Tsuga mertensiana*)
Western hemlock (*Tsuga heterophylla*)
Douglas-fir (*Pseudotsuga menziesii*)
Balsam fir (*Abies balsamea*)
Grand fir (*Abies grandis*)
Silver fir (*Abies amabilis*)
Subalpine fir (*Abies lasiocarpa*)
Northern white cedar (*Thuja occidentalis*)
Western redcedar (*Thuja plicata*)
Juniper (*Juniperus* spp.)
Quaking aspen (*Populus tremuloides*)
Willow (*Salix* spp.)
Paper birch (*Betula papyrifera*)
Yellow birch (*Betula alleghaniensis*)
Alder (*Alnus* spp.)
Hickory (*Carya* spp.)
American beech (*Fagus grandifolia*)
Oak (*Quercus* spp.)
Elm (*Ulmus* spp.)
Maple (*Acer* spp.)
Sugar maple (*Acer saccharum*)
Basswood (*Tilia* spp.)
Ash (*Fraxinus* spp.)

Serviceberry (*Amelanchier alnifolia*)
Huckleberry (*Vaccinium* spp.)
Grouse whortleberry (*Vaccinium scoparium)*
Menziesia (*Menziesia ferruginea*)
Thimbleberry (*Rubus parviflora*)
Snowberry (*Symphoricarpos alba*)
Chokecherry (*Prunus virginiana*)
Rose (*Rosa* spp.)
Ceanothus (*Ceanothus* spp.)
Sagebrush (*Artemisia* spp.)
Heartleaf arnica (*Arnica cordifolia*)
Western wheatgrass (*Agropyron smithii*)
Sixweeks fescue (*Vulpia ovina)*
Diffuse knapweed (*Centaurea diffusa*)
Spotted knapweed (*Centaurea maculosa*)
Leafy spurge (*Euphorbia* spp.)
Rush skeletonweed (*Chondrilla juncea*)
Dalmation toadflax (*Linaria dalmatica*)
Canada thistle (*Cirsium arvense)*

**Natural Gas Drilling in the Marcellus Shale:
Potential Impacts on the Tourism Economy of the Southern Tier**

**Andrew Rumbach[1]**

## Introduction

The Marcellus Shale is a geologic formation that lies under large portions of New York, Pennsylvania, and West Virginia, and smaller parts of Ohio and Virginia. Contained within the Shale formation are reserves of natural gas, which have only recently become recoverable due to a process known as horizontal drilling and hydraulic fracturing ("fracking"). While estimates of the total untapped gas reserves vary widely, it is generally agreed that they are significant - as many as 500 trillion cubic feet of gas might be recovered from the formation, enough natural gas to meet the domestic needs of the United States for over 20 years (Engelder 2009).

Drilling in the Marcellus Shale has quickly become the center of controversy in New York; proponents argue that gas development could provide much-needed jobs, tax revenues, and royalties for land-owners, and would be a local source for a natural resource that accounts for 30% of New York's power consumption. Opponents argue that the fracking process poses a danger to the local and regional environment and threatens to contaminate the surface and ground water reservoirs that supply drinking water to cities and communities across the state.

While much of the debate over gas drilling in the Marcellus Shale focuses on the potential environmental impacts, there is also concern that gas extraction will create a "boom-bust" economic development pattern seen in many resource rich regions and countries (e.g. Jacquet 2009, Barth 2010, Christopherson 2011). Shale gas drilling in states like Wyoming, Texas, and Pennsylvania has had serious economic consequences for adjacent industries like agriculture and tourism, because of the widespread industrial activity that accompanies drilling.

This report centers on the potential impacts of gas drilling on the tourism industry in the three-county region served by the Southern Tier Central Regional Planning and Development Board (STC). Tourism is an important and diverse sector of the economy of the Southern Tier, and understanding some of the potential impacts of gas drilling on the tourism industry is important for business owners, elected officials, and planners concerned with economic development in the region. This paper addresses three major questions: 1) What is the value of the tourism sector to the economy of the STC region? 2) In what ways might gas drilling in the Marcellus Shale impact the tourism economy, now and into the future? 3) If gas drilling could

[1] Prepared for the Southern Tier Central Regional Planning and Development Board, with support from the Appalachian Regional Commission. Andrew Rumbach is a doctoral candidate in the Department of City and Regional Planning at Cornell University.

BLM_0063107

potentially harm the tourism sector, what policies or strategies might help to mitigate those negative impacts?

This report is divided into four sections. After a brief introduction to the geography of the STC region and a description of the research methods used, the size and scope of drilling activity in the region is discussed. Next, a profile of the tourism economy is presented, including data on the economic impact of tourism and a discussion of the non-monetary importance of tourism amenities for quality of life in the region. Third, many of the potential impacts of gas drilling on the tourism economy are discussed. Finally, some recommendations for policy and planning are offered.

**The STC Region**

STC serves Chemung, Schuyler, and Steuben Counties, in the Southern Tier region of upstate New York. The region encompasses 2,151 square miles and has both urban and rural communities. It is home to several small cities and towns, including Bath, Corning, Elmira, Watkins Glen-Montour Falls, Hornell, and Wayland, as well as more than 2,300 farms (USDA 2007).

**Figure 1: The STC region**
**Source: The New York State GIS Clearinghouse. Map created by author on 4/14/2011**

## Data and Methods

This report is based on information and data obtained from the following sources:

1. Published reports, news articles, and studies related to gas drilling in the Marcellus Shale
2. Data from the U.S. Census, the American Community Survey, County Business Patterns, and other sources for information relevant to gas drilling and tourism
3. Geospatial data from the New York State GIS Clearinghouse as well as agency sources
4. Interviews with public officials, gas drilling experts, organizations, advocacy groups, business owners and operators, and other local stakeholders (see Appendix A)

In addition, the report has greatly benefited from ongoing collaboration with the Marcellus Shale research team at Cornell University, led by Dr. Susan Christopherson in the Department of City and Regional Planning.

New York has issued a statewide moratorium on permits for hydraulic fracturing that lasts till at least August 2011, so drilling activity has yet to begin. Much of the analysis of the potential economic, environmental, and social impacts presented here and elsewhere is therefore speculative. In order to try and understand what may happen in New York should the moratorium be lifted, it is advantageous to study cases from other states and communities that have seen widespread shale drilling.

This report refers often to the Northern Tier of Pennsylvania, including Bradford County, for several reasons. First, the Northern Tier, and Pennsylvania generally, has seen widespread gas drilling since 2007, on a scale similar to what we might expect in New York. Second, compared to cases in Wyoming, Colorado, or Texas, northern Pennsylvania has a similar topography and environment to that of the Southern Tier of New York. Third, the Northern Tier economy has important agriculture and tourism sectors, similar to the STC region. One important difference between the two regions, however, is that the Southern Tier has several small cities, whereas Bradford County does not. The Southern Tier's urban assets may help shape the outcomes of gas drilling differently than what is seen in northern Pennsylvania.

### Size and Scope of Drilling Activities

Though it is impossible to predict exactly how many gas wells will be drilled in the Southern Tier, given its location in the greater Marcellus formation, it is reasonable

to assume that drilling will be widespread in the STC region, especially in Chemung and Steuben counties.

**Figure 2: The Marcellus Shale Formation**
**Source: The American Association of Petroleum Geologists**

Natural gas drilling is certainly not new to the region. According to the Annual Report of the Division of Mineral Resources of the New York State Department of Conservation, Chemung, Schuyler, and Steuben Counties are all in the top 10 gas producing counties of New York State (NY DEC 2008; Barth 2010). As of 2008, Steuben County had 69 actively producing vertically drilled gas wells, while Chemung County had 43 and Schuyler County 18.

Though horizontal drilling and hydrofracturing are not permitted in New York, a number of conventional, vertical gas wells have been drilled or permitted in the New York portions of the Marcellus formation. According to the NYDEC, 80 permits have been issued for vertical gas drilling in the Marcellus formation in the STC (as of February 2011), 23 of which are currently producing gas.[2]

Horizontal drilling of the Marcellus Shale, however, is much different than the gas drilling traditionally done in New York State (Jacquet 2011). Because horizontal gas

---

[2] For the most up-to-date information available on well permits, well production, and volumes of gas produced, visit http://www.stcplanning.org/index.asp?pageId=153 and http://www.dec.ny.gov/cfmx/extapps/GasOil/search/wells/index.cfm.

extraction requires directional drilling and hydraulic fracturing, drilling will be a much more industrial process than traditional gas development done in the Southern Tier. Based on the development of other unconventional shales in the United States that required fracking, and on drilling activity in Pennsylvania thus far, the number of Marcellus Shale wells will likely far exceed the number of traditional wells in the region. Bradford County, PA, just across the state line, has seen a rapid proliferation in gas wells and well permits since 2007-2008:

**Figure 3: Permitted wells in Bradford County, PA (2008-2010)**
**Source: PA DEP, Bradford County**

The proliferation of wells in Bradford County mirrors a trend happening in much of northeast and southwest Pennsylvania, and to a lesser extent, most of the state.[3]

The New York State Department of Environmental Conservation's (NYDEC) Draft Supplemental Generic Environmental Impact Statement (SGEIS) estimated that the maximum number of wells drilled per year in New York would be 500, though they do not describe how they reached that number (NYDEC 2009). In the three Pennsylvania counties south of the STC region (Tioga, Bradford, Susquehanna), energy companies were projected to drill double this amount in 2010 (Jacquet 2010).

A great many factors could influence the scale of drilling activity in the STC region, from state environmental policy and permitting processes to market demand and the availability of drilling equipment. Given the STC region's location in the

---

[3] Bradford County is above one of several "sweet spots" in the Marcellus formation under Pennsylvania, where gas production is pronounced. For an animated map of Marcellus shale permits issued in Pennsylvania statewide, see http://www.marcellus.psu.edu/images/well_animation.gif.

Marcellus fairway and its proximity to the equipment and labor force in Pennsylvania, it would seem prudent to plan for widespread drilling activity over the course of the next decade.

## Tourism in the STC region

The STC region has a diverse range of tourism assets, both urban and rural in character. The Corning Museum of Glass, perhaps the most well known of the region's tourism destinations, attracts hundreds of thousands of visitors to Corning per year. The Wings of Eagles Discovery Center (formerly called the National Warplane Museum) in Horseheads, the Center for Mark Twain Studies at Elmira College, and the Watkins Glen International are among the many attractions in the region. The area is also known for its rural tourism destinations, like the National Soaring Museum, the Newtown Battlefield State Park, and many waterfalls, including Tinker Falls, Watkins Glen State Park, and Stony Brook State Park. There are a host of outdoor recreational and sporting venues in the region, from hunting and fishing to camping and bird watching. Seneca Lake in Schuyler County and Keuka Lake in Steuben County offer numerous boating and water sports opportunities.

The tourism "brand" of the Southern Tier is very much intertwined with agriculture; rolling hills, scenic farmlands, rural vistas, and viticulture are major contributors to the tourism draw here. Farmers markets, agricultural fairs, and family-owned restaurants can be found in almost every town and city. The Finger Lakes wine industry has rapidly become one of the most popular wine destinations in the eastern United States, with dozens of vineyards, tasting rooms, and bed & breakfasts that stretch from the Southern Tier counties to north of the Finger Lakes.

Supporting and growing the tourism sector is a key component of economic development strategies for the counties in the STC over the next several decades. Besides the significant tourism assets already in place, vineyards, viniculture, and wine tourism are a major focus for economic investment and growth.

### Monetary and Non-Monetary Values of Tourism

Tourism is an important part of the present and future economy of New York. The importance of tourism for the STC economy is significant and growing. In 2008 visitors spent more than $239 million in the STC region, across a diverse range of sectors including food and beverage, lodging, retail and service stations, transportation, recreation, and second homes.[4] Visitor spending increased in all three STC counties from 2007-2008, year over year: by 10.6% in Chemung County, 2.9% in Schuyler County, and 12.8% in Steuben County (Tourism Economics 2009, p. 28).

---

[4] Spending varied significantly across counties: Chemung ($89.2 million), Schuyler ($26.4 million) and Steuben ($123.5 million). See Tourism Economics (2009), p. 25.

*Employment and Wages*

The tourism and travel sector accounted for 3,335 direct jobs and nearly $66 million in labor income in the STC region in 2008. When indirect and induced employment is considered, the tourism sector was responsible for 4,691 jobs and $113.5 million in labor income (see Tables 1 and 2).[5] Tourism accounted for 1,923 direct, indirect, or induced jobs in Chemung County in 2008, or 7.2% of all jobs. In Schuyler County, tourism accounted for 562 jobs, or 11.7% of the total. In Steuben County, it accounted for 2,206 jobs, or 5.9% of all jobs.

| Area | Travel & Tourism: All Industry Groups 2008[6] | | | |
|---|---|---|---|---|
| | Direct | Total Jobs[7] | % Share (Direct) | % Share (Total) |
| Chemung | 1,421 | 1,923 | 5.0% | 7.2% |
| Schuyler | 389 | 562 | 8.1% | 11.7% |
| Steuben | 1,525 | 2,206 | 4.1% | 5.9% |
| **STC Region** | 3,335 | 4,691 | 4.7% | 6.7% |

**Table 1: Direct and Total Employment in the Tourism Sector, 2008**
**Source: Tourism Economics (2009)**

[5] To reach these figures, Tourism Economics used Regional Economic Information System (REIS) data from the Bureau of Economic Analysis, U.S. Department of Labor. To determine direct, indirect, and induced impacts of tourism on employment and wages, Tourism Economics used the INPLAN input-output model for New York State. For a complete description of data and methods, see Tourism Economics 2009 (p. 39).
[6] These statistics likely *underestimate* the value of tourism in the STC region, because they do not include vineyards and wine production, a major emerging industry in the area. See discussion following.
[7] Total jobs include direct, indirect, and induced employment. Direct employment is attributed to persons and companies directly providing goods and services to travelers. Indirect employment is secondary employment in the suppliers of goods and services to the direct employment companies. Induced employment is a share of the tertiary benefit to the local economy as incomes in the previous two levels of employment are spent on goods and services in the local economy. For example, when a restaurant employee spends his wages at the grocery store, it generates additional employment and economic output. See Tourism Economics 2009 (p. 39).

| Area | Labor Income - Travel & Tourism 2008 | | | |
|---|---|---|---|---|
| | **Direct** | **Total** | **Share (Direct)** | **Share (Total)** |
| Chemung | $27,255,000 | $46,326,000 | 2.0% | 3.4% |
| Schuyler | $6,639,000 | $11,285,000 | 4.6% | 7.9% |
| Steuben | $32,895,000 | $55,912,000 | 1.9% | 3.2% |
| **STC Region** | $66,789,000 | $113,523,000 | 2.1% | 3.5% |

**Table 2: Labor Income generated by the tourism sector, 2008**
**Source: Tourism Economics (2009)**

According to the New York DOL, 93 individual firms operated in the Travel and Tourism sector in 2010. This does not include sole proprietorships, which may increase the number of firms by as much as 20% (see NYDOL (2011) and Tourism Economics 2009, p. 36).

Employment numbers for the tourism and travel industries exclude wine production and vineyards, because they are traditionally included in measures of the food processing sector of the economy. Wine and wine tourism is an emerging industry in the STC region, however, and employment in the industry is largely driven by tourism dollars. According to the New York State Department of Labor, 18 firms in the STC region were classified as "wineries" in 2010 and employed 275 people. An additional 8 firms were classified as "grape vineyards" and employed 63 people.[8]

*Tax Revenues*

Tourism is also an important source of revenue for state and local governments; in 2008, tourism in New York State generated more than $7 billion in state and local tax revenues (Tourism Economics 2009). In the STC region, the travel and tourism sector generated nearly $16 million in state taxes and $15 million in local taxes, for a total of almost $31 million in tax revenue. This equates to a tax benefit of $1,181 per household in the region.

[8] Estimations were made using data from the Quarterly Census of Employment and Wages (QCEW), in the 6-digit categories of Wineries (312130) and Grape Vineyards (111332).

| Area | Travel & Tourism: All Industry Groups 2008 | | | |
|---|---|---|---|---|
| | State Taxes | Local Taxes | Total | Region Share |
| Chemung | $5,805,894 | $5,552,950 | $11,358,844 | 36.9% |
| Schuyler | $1,761,258 | $1,642,030 | $3,403,288 | 11.1% |
| Steuben | $8,325,524 | $7,693,489 | $16,019,013 | 52.0% |
| **STC Region** | $15,892,676 | $14,888,469 | $30,781,145 | 100% |

**Table 3: State and Local Taxes generated by the tourism sector, 2008**
**Source: Tourism Economics (2009)**

*Discussion*

Though the tourism sector creates a significant number of jobs in the STC region, it is likely that the value of gas drilling, measured simply by jobs created and wages generated, will exceed the value of tourism in the short term. It is also likely that many tourism related businesses, including hotels, restaurants, and shopping venues, would benefit from the influx of gas workers. These observations come with two major caveats, however.

First, tourism brings many non-monetary benefits to the STC region and its communities. Most important, tourism amenities improve the quality of life of residents. Restaurants, shops, parks and outdoor recreation areas, campgrounds, wineries, festivals, museums, and other related amenities are beneficial to local residents as well as visitors. These amenities also make a region more attractive for economic investment; they are some of the crucial resources that allow an area to attract economically mobile populations, like young professionals and retirees (Markusen 2003, 2004). The preservation and maintenance of rural and outdoor assets is also an important component of sustainable economic development strategies; these assets are a renewable resource for the region, and tourism creates a financial incentive to protect them.

Second, whereas many tourism related businesses are locally owned and operated and are thus part of a long-term economic development trajectory for the region, the employment "boom" in gas drilling will be relatively short-term and non-local (see Appendix B).

Tourism is a significant sector in the STC economy and one that is an important component of the long-term economic development in the region. At the same time, natural gas contained in the Marcellus Shale is an important and valuable resource

owned by the citizens of the STC counties, and its extraction could offer substantial benefits.[9] Based on these observations, two important questions emerge: 1) Will drilling have a negative effect on tourism and tourism development? 2) Can gas drilling and tourism co-exist?

## The Potential Impacts of Gas Drilling on the Tourism Industry

One of the central questions confronting the tourism industry is whether drilling will permanently damage the carefully developed “brand” of the region, as a pristine and picturesque destination for wine lovers, outdoor enthusiasts, and budget conscious travelers. This question is different from asking if drilling will hurt the tourism economy generally. During the short-term drilling phase, the surge in out-of-town workers will likely benefit many tourism-related businesses. Gas workers will fill up hotels and motels, patronize restaurants, bars, and music venues, shop at local businesses, and so on.[10] But given the short-term nature of the drilling “boom,” how might drilling and its attendant effects impact the tourism sector in the long run? In the next section, I discuss a number of ways that widespread natural gas drilling might transform the reputation of the region. Individually, they are unlikely to have serious and long-term consequences. Cumulatively, however, they threaten to do serious damage to the tourism sector by degrading visitor experiences and creating an industrial landscape that far outlives the profitability of gas extraction.

### Accommodations[11]

An influx of out-of-town gas workers will likely strain the available supply of hotel/motel rooms, RV parks, campgrounds, and other short-term accommodations in the region. Given that many drilling-phase workers are transitory, they are less likely to purchase homes or avail themselves of long-term accommodations. As a result, even a few thousand workers can overwhelm the carrying capacity of rural communities and quickly tie up hotel rooms in much larger cities (Jacquet, personal communication 2011). For example, gas drilling has been a boon for hotels and motels in northern Pennsylvania, as occupancy rates have soared to over 95%, despite the nationwide recession. Some businesses, like the Towanda Motel in Bradford County, PA have become completely occupied by gas workers, and most have a significant gas worker presence.[12]

---

[9] For a discussion of the short and long-term economic costs and benefits of gas development, see Christopherson and Rightor (2010).

[10] Based on drilling labor studies in Pennsylvania and other gas plays, many transient workers will support families that live out of state, and so their general spending habits are not directly comparable to local residents and workers.

[11] In addition to the strain placed on short-term lodging, an influx of gas workers might strain other tourism infrastructure such as shopping and eating establishments. See NPS 2009.

[12] Though not directly related to tourism, soaring hotel occupancy rates can also have a negative impact on social services and emergency management capacity. Hotel rooms are

The influx of gas workers tends to stress other types of short-term and affordable accommodations as well. Because the busy season for drilling is during the warmer months, many gas workers find accommodation in recreational areas, like RV parks, campgrounds, and vacation rentals. Unfortunately, this coincides with peak travel and tourism demand for the same amenities (for evidence from Wyoming, see Jacquet 2006).

Even as gas workers have filled these temporary accommodations across northern Pennsylvania, demand is still outstripping supply. Many hotels in the Southern Tier of New York are now housing gas workers, and Chesapeake Energy has recently completed a $7 million "man camp" in Athens Township, Bradford County, PA to alleviate the acute housing shortage (Rubinkam 2010).

For the tourism planners and officials, several major concerns have emerged. First, high occupancy rates in hotels, motels, campgrounds, and other locations make it more difficult for visitors to find accommodations. This is especially worrisome during major festivals and events, when a large influx of visitors is expected. For example, Pennsylvania hotels were forced to turn away attendees of the Little League World Series in 2010 (Beauge 2010). While some gas workers did temporarily vacate hotels to make room for Little League fans, there is no guarantee that the same will happen during future events. Uncertainty about the hotel and motel capacity of an area could plausibly lead to event organizers choosing alternative locations.

Demand for hotel rooms naturally leads to higher prices as well. While gas companies may be capable of absorbing higher prices for rooms, cost-conscious travelers may not, and may choose alternative destinations.

Second, hotel and motel operators report that gas workers are a different category of guest than the typical overnight businessperson or vacationing family, and can cause greater wear-and-tear on rooms and facilities. This is because 1) gas drilling is often hard, outdoor, physical labor, and workers return to their rooms with muddy or soiled work-boots and clothing; 2) gas workers spend larger amounts of time per day in their room than the typical overnight or weekend guest, as they are using the hotel as their primary residence in the region; 3) the rooms are often occupied by multiple workers simultaneously; and 4) workers often sleep in shifts, so the room is in continuous use.

Third, it is likely that hotel and motel companies will build additional capacity in the region to meet the growing demand from the natural gas workforce (either through hotel/motel expansion or construction of new locations.) There is a concern that such construction will leave the region with a glut of corporately owned hotel

---

often used for temporary sheltering, and lack of availability has created problems in towns near gas plays (i.e. Jacquet 2006).

rooms once the “boom” period of drilling is over. An oversupply of rooms could lead to artificially depressed prices that could, in turn, make it difficult for bed and breakfasts and other independently owned businesses to compete and survive.

**Room Tax**

A second, and related, issue deals with the collection of room (occupancy) taxes. The room tax is collected on all hotel and motel room sales in New York State, and is levied at both the state and county level. At the county level, the rate and conditions of the tax are established by county legislatures but tend to be very similar. This tax is in addition to state and local sales taxes, which also may be added to the base price of a room.

Revenues from room taxes are crucial to the tourism sector in the STC region. They fund tourism development offices, including staff salaries and tourism promotion, and sometimes help to subsidize or incubate events. Revenues are also used to invest in, or pay down debt on, tourism facilities.

The key area of concern is the “permanent resident exclusion,” a stipulation in both state statute and county ordinance that exempts individuals who occupy hotel/motel rooms for more than a threshold number of consecutive days (90 days for the state tax in New York, 30 days for most counties) from paying the room tax. This exclusion typically exempts the hotel resident from paying the tax for the *entire* period of their stay.[13]

In **Schuyler County**, the room tax rate is 4% (increased from 2% in 2005). The tax generated $242,446 in 2008 and $295,153 in 2009 and is projected to generate more than $325,000 in 2011 (Schuyler County 2011).

In **Steuben County**, the room tax rate is also 4%. The tax generated $685,368 in 2006 and $680,528 in 2007. In 2008, the last year that information is available, more than $700,000 in revenue was expected (Steuben County 2008). In 2007, room tax revenues supported a host of tourism development activities, including funding the Steuben County Conference and Visitors Center, the Finger Lakes Tourism Alliance, the Dairy Festival, the ARTS of The Southern Finger Lakes, and the Finger Lakes Wine Tourism Marketing Association (Steuben County Treasurer 2008).

In **Chemung County**, the room tax rate is 4%. According to the Chemung County Budget statement, revenues from the room tax have increased significantly in the past two years as a result of spillover from natural gas drilling activity in the northern tier of Pennsylvania, as well as from other corporate customers (particularly Sikorsky Aircraft). According to Chemung County officials, the natural

[13] Once occupants have achieved the “permanent resident” threshold of continuous days stay, the occupancy taxes levied on them prior to that point are refundable. See NYS DTF.

gas industry has "chosen [Chemung] County as a hub of operations" (Chemung County 2011). The tax brought in approximately $565,000 in revenue in 2010, and is expected to raise $700,000 in 2011.[14]

Gas companies who house their workers in hotels/motels often book the rooms in long-term blocks to take advantage of the exclusion. For example, in Wyoming County, PA, which is directly adjacent to Bradford County, PA, more than 50% of the hotel occupants were falling under the "30-day" exclusion in late 2010, and were thus exempt from the room tax. According to local sources, this was due almost entirely to the influx of gas workers. So, while gas drilling has been a boon for northern PA hotels in general, room tax revenues are lagging far behind where they would typically be with such high occupancy rates (Schillinger 2010). The same issue is likely to arise in the STC region, unless county room tax laws are changed.

**Visual Impacts**

Part of the appeal of the STC region as a tourism destination is the rural character of its landscape; rolling hills, pristine forests, and farmlands create incredible view-sheds across the area. There is great concern that drilling activity will mar this unique visual landscape.

The visual impacts of drilling are somewhat localized around the different sites associated with gas development: well pads, drilling rigs, compressor stations, water storage, gravel pits, equipment depots, water extraction sites, disposal areas, etc. Drilling rigs, which can reach heights of 150 feet or more, are the most visible signs of gas activity. From a relatively short distance, they stand in stark contrast to the surrounding environment. During the drilling phase, these rigs operate 24-hours per day, creating additional night-time impacts, including rig lighting and open flaring, which may degrade night-sky resources (see figure 3).

[14] Clearly, not all gas workers staying in Chemung County qualify for permanent residence exclusion, as tax revenues continue to rise. Whether revenues are keeping pace with occupancy, however, is an important question and difficult to answer with the data available.





**Figure 3: Drilling rigs in Washington County, PA**
**Source: www.marcellus-shale.us**

From a greater distance, however, drilling sites have less of an overall impact than might be feared. A visual impact assessment of drilling in Bradford County, PA in 2010 found that at distances of more than 0.5 miles, rigs became difficult to see in

the surrounding landscape (see Appendix D). In fact, other common manufactured features in the landscape, like power lines, cell phone towers, and windmills, can be more visually impactful than drilling equipment (Upadhyay and Bu, 2010). Beyond drilling, however, natural gas transportation infrastructure and storage facilities will also have a long-term visual impact. For example, pipeline construction can create deforestation, utility easement cuts, and possible decommission of agricultural land.

What is most important, however, is the *cumulative* impact of drilling activity across the entire STC region. The greater the extent of drilling, the more intense and pronounced the impacts will be on the visual environment. More wells drilled means more rigs, brine pits or the water treatment facilities that have begun to replace them, water storage, water extraction points, compressor stations, pipelines, newly cut access roads, heavy equipment storage, and dozens of other small impacts to the visual environment that combine to create an *industrial*, rather than scenic, landscape.[15]

Thus, the most important factors that will determine the visual impact of drilling sites, especially in scenic view-sheds, are 1) the overall levels of drilling activity; 2) the spacing restrictions between drill pads; 3) the distance of drilling sites from roadways, scenic overlooks, parks, vineyards, and other places visitors tend to go, and 4) the efforts made by drilling companies at the site of drilling activities, storage facilities, compressor stations, etc. Sites that are visually camouflaged, hidden from roadways, and quickly restored will have much less of an impact than those that are not (see Findings and Recommendations).

### Truck Traffic

Truck traffic may be one of the most worrisome dimensions of gas drilling for tourism in the STC region. A typical well in the Marcellus Shale requires 5.6 million gallons of water during the drilling process, almost always delivered by truck (Randall, 2010). Trucks are also used to ship liquid additives to the well and to haul away flowback water. "Because of its weight, the impact of water [on roads, physically] hauled to one site (364 trips) is the equivalent of nearly 3.5 million car trips" (Ibid., p. 2). [16]

---

[15] For additional photographs of visual impacts of drilling in Bradford County, PA and other locations, see Appendix D.

[16] There are new technologies for recycling flowback water on-site during the drilling phase that may help to eliminate a portion of truck traffic to and from the site; these technologies are not yet standard in the industry, however, though they are becoming more common in the northeast.

BLM_0063121

Truck traffic is at its peak during the drilling and hydro-fracturing of wells, operations that continue 24-hours per day for up to 2-3 weeks.[17] By one count, a vehicle arrived or departed an active drilling site in Bradford County *every 3-5 minutes* (Upadhyay and Bu 2010). A New York State Energy Research and Development Authority report estimates that for a single well, between 890 and 1340 18-wheeler truck trips are necessary, in addition to support vehicles, equipment transportation, and automobile traffic (NTC 2009).

Overall, truck and vehicle traffic is the least localized of drillings immediate effects, because the vehicles share the same infrastructure as citizens and visitors. Heavy truck traffic associated with drilling will likely have multiple negative effects on the STC region, and significantly degrade the tourism visitor experience. These effects will include: 1) heavier road traffic, on highways, secondary roads, and city streets; 2) increased air pollution; 3) increased noise pollution; 4) increased traffic accidents and safety risks; and 5) damage to roads, especially secondary roads (see Randall 2010).

**Figure 4: Increased traffic congestion in Bradford County, PA due to Marcellus drilling. Source: Source: www.marcellus-shale.us**

[17] This is for a single well; while multiple wells might be drilled per well pad, only a single well is drilled and fracked at a time.

 

**Figure 5: Before and after photos of SR 3020 in Bradford County, PA, due to heavy truck traffic during the dynamic spring thaw. Source: PA DOT.**

**Hunting, Fishing and Outdoor Recreation**

Hunting, fishing, and other outdoor recreation contributes more than $6 billion to the New York economy annually, and are important components of the tourism economy in the STC region. Outdoor recreation and sporting amenities are also valuable assets for STC residents, improving the quality of life for families and communities.[18] Without proper planning, widespread drilling in the Marcellus Shale will likely have numerous negative impacts on waterways, forests and open space, and as a result, on hunting, fishing and other outdoor activities, as well as on the businesses that support them.

Gas drilling introduces significant human activity to rural land, from new roads and truck traffic to noise and pollution. As a result, native habitats and ecosystems may be disturbed, possibly for years after the end of drilling activities. In Sublette County Wyoming, for example, drilling activity in the Jonah Field and the Pinedale Anticline has disrupted the migratory patterns of antelope, mule deer and other indigenous species, with herds down as much as 50% in the past decade (Albert 2011). As a result, non-resident licenses for mule deer have fallen from 1,400 to 800. Gary Amerine, owner of Greys River Trophies in Daniel, Wyoming, says that non-resident hunters are going other places, because of the diminished opportunities. Sportsmen for Responsible Energy Development document similar stories from across the western states, where natural gas development has been in full swing for close to a decade (SRED 2009).

---

[18] For a map of state parks, historic sites, waterways, and other outdoor and recreation facilities, see Appendix C.

Drilling activity also threatens fishing and other stream, lake, and water recreation. Chief among the concerns is water pollution due to spills, accidents, and runoff during the fracking process. Accidents in Pennsylvania have already caused limited fish kills and waterway contamination; for example, more than 8,000 gallons of drilling fluid were spilled near Dimock, PA in 2009, leading to water contamination and a fish kill in nearby creeks (see Lustgarten, 2009). In 2011, a well blowout in Bradford County, PA led to several thousand gallons of drilling fluids to flow onto nearby farmland and streams and prompted the evacuation of eight families from the area (Legere 2011). Even if spills and accidents are minimized, clearing thousands of well pads will affect runoff patterns, which may disrupt fish and aquatic habitats. Another concern is the extraction of fresh water needed for drilling. In many rural areas, the only available water sources are streams, creeks, and lakes, and conservationists worry that too much extraction will endanger waterways and fish populations (for example, see Licata 2009).

Widespread gas drilling will likely have a negative impact on outdoor amenities generally. The National Park Service (NPS) warned in a recent report that shale-gas development and its attendant industrial activity may degrade visitor experience by negatively impacting air, water, and sound quality, affect night sky resources, and strain tourism infrastructure such as shopping, lodging, and eating establishments (NPS 2008). Such impacts could negatively affect visitor levels, especially if drilling occurs near park boundaries or is allowed to occur inside of parks or state forests.[19]

One critical variable in the level of impact of drilling on outdoor amenities in parks or forests is whether the State of New York allows drilling within them. In Pennsylvania, the state has only recently begun to allow drilling permits within parks, which has sparked widespread controversy (e.g. Gilliland 2011). While proponents argue that gas resources under state-owned lands is a valuable commodity and a boon to the economy, organizations like the Sierra Club worry that drilling will damage or destroy some of state's most valuable outdoor resources. Similar debates are bound to take place in the STC counties, given the number of parks and forests within the vicinity.[20]

---

[19] Many of the region's recreational resources are contained in state parks, managed by the Office of Parks, Recreation, and Historic Preservation, and state forests, managed by the DEC. While drilling in state parks is less likely, drilling already occurs regularly in state forests, which are also managed for other resources like timber and game (Hautaniemi 2011).

[20] Historically, New York State has allowed some gas drilling, storage, and infrastructure within state parks; for example, Allegany State Park contains gas storage ponds, a portion of a natural gas pipeline, and a compression station. The gas stored is used locally by the park and industry as well as transported through the pipeline to customers in New York and Pennsylvania. So, while gas development has taken place within parks, the caveat remains that horizontal drilling and fracturing is a more industrial process than traditional drilling.

**Labor Supply**

While most drilling phase gas workers will be non-local, planners still worry about the overall supply of labor in the STC region. Many of the tourism assets and facilities in the region, including the burgeoning numbers of vineyards, the Watkins Glen International, hotels/motels. Bed and Breakfasts, RV campgrounds, restaurants, and other service-related businesses, already face a challenging labor environment and struggle to fill lower-wage and temporary positions. Two key concerns emerged when talking with economic development planners and business owners. First, will the gas drilling labor market put additional strains on the labor supply by offering better paying jobs than tourism related businesses can afford? From an economic development perspective, better paying jobs are generally seen as a plus. From a small business owner perspective, however, there is worry that paying workers higher wages to compete with gas companies is not economically feasible. Second, will the opening of additional hotels, restaurants, and other service related businesses, to meet the demand of gas workers, be possible given the limited labor supply in the region?

## Discussion & Recommendations

### The Cumulative Impacts of Drilling

In order to gauge the true impact of gas drilling in the Marcellus Shale on tourism and tourism development, we need to look at the cumulative impact of drilling across the STC region. Individual gas wells and drilling activity, while disruptive at a local scale, will likely have very little impact on the tourism sector. Cumulatively, however, the regional industrialization associated with widespread drilling could do substantial damage to the region's "brand," threatening the long-term growth of tourism here. Increased truck traffic, automobile traffic, air pollution, noise pollution, and industrial accidents, decreased availability of hotel/motel rooms, campground spaces, and RV parking, negative visual impacts from multiple drilling rigs in rural view-sheds, storage facilities, gravel pits, and compressor stations, disruptions to wildlife and hunting grounds, fears over lake and stream pollution and many other associated impacts of drilling will change the character of the region from pristine and rural to gritty and industrial. If so, the region's ability to attract tourism may be damaged in the long-term, as the perception (and reality) of the region as an industrial landscape may far outlast the employment and monetary benefits of gas drilling.

### The Pace and Scale of Gas Drilling are Crucial

The pace and scale of gas drilling will be a crucial determinant of the overall impact on the tourism economy in the Southern Tier.[21] Nearly every negative impact of drilling discussed here could be more or less disruptive depending on the pace and scale of drilling; fewer permits per year means a lower volume of truck traffic on primary and secondary roads, fewer visual impacts and less chance of multiple rigs in view-sheds, an increased but not overwhelming demand on hotel rooms and short-term accommodations, fewer pressures placed on the local labor supply (and more time to train a local workforce to take advantage of drilling phase jobs), and so on.

There are natural determinants on how widespread drilling will be in a particular county or town, mostly around the performance of wells in that area. The most productive Marcellus wells tend to be in the "fairway," the deepest and most highly pressurized areas of the Shale and the most promising area for gas exploration (CCE 2009). In the STC region, Chemung and Steuben County will likely see more gas drilling activity than Schuyler County, at least initially, because of their location relative to the fairway. There are some industry-side constraints on pace and scale as well, like the availability of drilling equipment and work crews.

Despite similar natural and industry constraints, Pennsylvania is currently experiencing the effects of rapid and widespread drilling activity. The landscape has quickly shifted from rural and agricultural to industrial. In addition to these physical changes, Bradford County, PA officials are also struggling to cope with an increase in rents, 30% more emergency calls, rising traffic, and busier courts and jails due to increased drilling activity, all without an increase in associated funding for services (Legere 2010).

The natural gas that lies beneath the STC region will remain there until drilling occurs, and once it occurs, the region will have just one chance at maximizing the long-term benefits of such a valuable natural resource (Christopherson 2010). If drilling is to occur, a slower and more deliberate approach seems to be the most prudent path; from the perspective of tourism and tourism development, a controlled pace of drilling should be far preferable to the pace and scale of activity in places like Pennsylvania and Wyoming.

### Local Governments Have the Tools to Mitigate Some Drilling Impacts

Municipal and County governments have many tools at their disposal to help mitigate the impacts of gas development. Municipalities have the ability to regulate many of the industrial developments associated with gas drilling, like drilling rigs,

---

[21] Pace refers to the time frame within which gas extraction takes place; scale refers to the number of wells drilled in the region annually (Christopherson and Rightor, 2011).

compressor stations, pipelines, water storage, gravel pits, equipment depots, water extraction sites, and waste disposal areas. Regulations may be imposed through comprehensive planning and zoning, or during the site planning process. These regulations might address the location, size, appearance, or operation of gas related infrastructure, buildings and sites, and should be developed and passed with the intention of mitigating the impacts of gas development on tourism as well as other economic sectors and the local environment.

Municipalities approving large development plans related to industry, such as hotels, motels, man-camps, and office buildings, should include conditions regarding possible changes to design and use after drilling activity ends. Advanced planning for local needs will help maximize the utility of these investments in capital and infrastructure for the needs of local residents in the long-term.

Municipal governments can also ensure that when gas leases are drawn up, drilling companies are required to restore and make improvements to the well pad and drilling site at the end of the lease. Site restoration can help ensure that the visual impacts of drilling are minimized at the end of the drilling phase.

With regards to the impacts on roads and traffic congestion, it is important that governments conduct a comprehensive truck traffic impact study and document baseline road conditions that would calculate the monetary value of remaining road life. Governments should consider developing road use agreements (RUA) at the time of permitting that would require operators to offset the predicted loss of life of roadway infrastructure (for details, see Randall 2010). Municipalities should also consider developing systems for route management, including agreements on by-pass routes that would serve the industry while relieving pressure on heavily trafficked roads.

**Changes Are Needed in the Room Tax**

The permanent resident exclusion in the room tax laws of the STC counties is an area where immediate action could be taken to protect the resources necessary for tourism promotion and development. Even if tax revenues increase from gas drilling business, they will likely not keep pace with overall occupancy levels, as is the case in Bradford County, PA (see above). These additional revenues will be crucial resources for tourism promoters as they struggle to counteract the negative impacts of gas drilling. Counties should eliminate the permanent resident exclusion in room tax laws, in order to capture all revenues associated with hotel and motel room sales.

Before counties make changes to their room tax laws, however, two points should be considered. First, changing the law might negatively impact some businesses that use the exclusion when housing short-term employees. For example, Corning Incorporated houses their summer interns in local hotel rooms and benefits from permanent resident status. It is worth explaining to them the greater community

benefit to be gained from eliminating the exclusion. Second, changing the law will likely negatively impact low-income individuals and households who rely on daily or weekly hotel/motel rentals as their primary option for housing, as well as protective housing agencies and emergency services organizations (e.g. the Red Cross) that house displaced families in hotel and motel rooms. Appropriate measures should be taken to ensure a supply of temporary housing for those agencies and to protect vulnerable populations from sudden housing price increases.

**Common Sense Measures Will Reduce the Visual Impacts of Drilling**

Some common-sense steps in site design and operations should be taken by the gas companies to reduce the visual impacts of drilling activity. Drilling rigs, pads, compressor stations, wellheads, retention ponds, and other drilling equipment can be camouflaged or hidden from view. Compressor stations that have structures built around them produce much less noise pollution. Equipment and buildings that are painted in natural colors are much less visually intrusive than those that are not (see figure 3). Drilling pads and equipment can be hidden from view of the road through the construction of earthen berms, which also protect against wastewater spills and reduce overall levels of noise pollution. Well pads that are quickly and carefully restored also take less of a visual toll. Many of these measures could be included in regulations developed by local governments.

**Tourism Firms and Organizations Should be Proactive**

Tourism businesses and related organizations and agencies (e.g. Chambers of Commerce) should take steps to mitigate the impacts of drilling and attendant influxes of gas workers. Given that other gas drilling areas have seen a dramatic decrease in the availability of hotel and motel rooms, businesses and agencies can begin working to secure agreements with hotels and other lodging establishments to reserve a percentage of rooms for non-gas related customers during annual festivals and other large tourism events, when demand reaches its peak. If gas drilling in the STC region does proceed, the tourism sector will have the opportunity to access new markets. Tourism development strategies that successfully target gas workers and their families will capture and keep local some of the gas revenues that otherwise would leave the region, and might help to alleviate some of the insider-outsider tensions that are prevalent in other gas producing regions.

## Appendix A: Information on Qualitative Interviews

In addition to the economic, spatial, and comparative research referenced in the above report, I consulted with the following individuals and organizations who were generous with their time and expertise related to tourism and/or gas drilling:

- Marcia Weber, Executive Director of Southern Tier Central Regional Planning and Development Board
- Susan Christopherson, Professor of City and Regional Planning at Cornell University
- Christian Harris, Labor Market Analyst at the New York State Department of Labor
- Jeffrey Jacquet, PhD candidate in the Department of Natural Resources at Cornell University
- George Frantz, Principal at George R. Frantz & Associates
- C.J. Randall, Cornell University
- Tom Knipe, Cornell University
- Peggy Coleman, President of the Steuben County Conference & Visitors Bureau
- Fred Bonn, Director of the Ithaca / Tompkins County Convention & Visitors Bureau
- Andrew Zepp, Executive Director of the Finger Lakes Land Trust
- Danielle Hautaniemi, Director of Planning & Community Development for Cornell Cooperative Extension, Schuyler County
- Meghan Thoreau Jacquet, Planner at Southern Tier Central Regional Planning and Development Board

I also spoke with several small business owners in Bradford County, PA, all of whom wished to remain anonymous in the findings of this report. I thank them for their participation.

## Appendix B: Employment in the Gas Drilling Industry

The vast majority of the employment generated by natural extraction is concentrated in the "drilling phase," a labor intensive period where well pads are cleared, drilled, fracked, and restored, and gas pipelines are laid. A recent study of drilling in Pennsylvania, for example, found that the drilling phase accounted for 98% of the gas industry workforce (MSETC 2009, MSETC 2010). Depending on the overall pace and scale of drilling and the production performance of wells, the "drilling phase" will likely last 10-15 years. Because job growth is so concentrated in this relatively short drilling phase, and because drilling activity can quickly increase and decline in a given area, natural gas development can conform to a pattern of boom and bust observed in other types of natural resource development activities (Jacquet 2009, Christopherson 2010).

As compared to local tourism employment, job growth from drilling in the STC region will likely benefit mostly non-local workers. During the drilling phase, many of the 1150 full time equivalent (FTE) local positions created per 100 wells will go to drilling crews coming from outside the region (Jacquet 2006, 2011). In Pennsylvania, for example, the Marcellus shale industry has relied heavily on "out-of-town" workforces to meet their needs (Jacquet 2011). While "production phase" jobs tend to be longer term, locally hired, and well paid, they represent only a small portion of the overall natural gas workforce.

Not surprisingly, across the United States, job growth from gas extraction is concentrated in states where energy companies are headquartered, as engineers, lawyers, corporate managers, and consultants tend to cluster in those cities and states (see figure 2).

**Figure 2: Location of Job Growth in Natural Gas Industry 2006-2008**
**Source: IHS Global Insight (2009)**

## Appendix C:

**Parks, Waterways, Outdoor Recreation Land and Other Amenities in the STC**

## Appendix D: Visual Impact Images[22]

**Water impoundment site**

**Nighttime "open flaring" of a gas well**

[22] All images are from Bradford County, Pennsylvania and are courtesy of George Frantz, Sarita Rose Upadhyay and Min Bu (2010).



**Water Withdrawal Site**



**Gas Compressor Station**

27

BLM_0063133





**Well pads and brine pits**

28

BLM_0063134



**Well pad from scenic overview in PA**

**Natural Gas Pipeline**



**Pipeline Construction (photo Carol Chock)**

**Well Pad Preparation (photo Carol Chock)**



**Distance 1.0 miles**

31

BLM_0063137



**Distance: 1,500 feet**

**Distance: 1,000 feet**

32

BLM_0063138

**Works Cited**

Albert, Jason (2011). Where the Antelope Played. *Living on Earth*, February 25th. Transcript online at http://www.loe.org/shows/segments.html?programID=11-P13-00008&segmentID=6.

Barth, Jannette M. (2010). *Unanswered Questions About the Economic Impact of Gas Drilling In the Marcellus Shale: Don't Jump to Conclusions.* Online at http://occainfo.org/documents/Economicpaper.pdf.

Beauge, John (2010, August 24). "Impact of Marcellus Shale natural gas drilling is widespread in Williamsport. The Patriot-News." Online at http://www.pennlive.com/midstate/index.ssf/2010/08/impact_of_marcellus_shale_dril.html.

Chemung County (2011). *Chemung County 2011 Budget.*

Christopherson, Susan (2011). Green Choices. Online at greenchoices.cornell.edu.

The Cornell University City and Regional Planning Marcellus Shale Workshop (2010). *Resource Binder: Drilling in the Marcellus Shale.*

Cornell University Cooperative Extension (CCE) (2009). *Where is the Marcellus Shale Being Developed?* Online at http://cce.cornell.edu/EnergyClimateChange/NaturalGasDev/Documents/PDFs/Where%20is%20the%20Marcellus%20Shale%20being%20developed.pdf.

Engelder, Terry (2009, August). "Marcellus 2008: Report card on the breakout year for gas production in the Appalachian Basin." *Basin Oil & Gas.*

Gilliland, Donald (2011). Gas drilling in Pennsylvania state parks draws fire. *The Patriot News.* Online at http://www.pennlive.com/midstate/index.ssf/2011/02/gas_drilling_in_pennsylvania_s.html.

Headwaters Economics (2009). *Fossil Fuel Extraction as a County Economic Development Strategy: Are Energy-focusing Counties Benefiting?* Online at http://headwaterseconomics.org/pubs/energy/HeadwatersEconomics_EnergyFocusing.pdf

IHS Global Insight (September 2009). *The Contributions of the Natural Gas Industry to the U.S. National and State Economies.* Available online at http://bit.ly/bb9VtA.

Jacquet, Jeffrey (2006). *Sublette County Housing Report: Second Homes and the Gas Boom – Supply, Demand, and Prices.*

Jacquet, Jeffrey (2009). "Energy Boomtowns and Natural Gas: Implications for Marcellus Shale Local Governments & Rural Communities." NERCRD Rural Development Paper No. 43.

Jacquet, Jeffrey (2011). *Workforce Development Challenges in the Natural Gas Industry.* Online at greenchoices.cornell.edu.

Kay, David (2010). *The Economic Impact of Marcellus Shale Gas Drilling: What Have We Learned? What are the Limitations?* Online at greenchoices.cornell.edu.

Legere, Laura (2011, April 27). "Blowout in Bradford County." Independent Weekender. Online at http://independentweekender.com/index.php/2011/04/27/blowout-in-bradford-county/.

Legere, Laura (2010). "Conservation groups, communities push for severance tax funds to stay local." The Towanda Daily Review.

Licata, Anthony (2009). Natural Gas Drilling Threatens Trout in Pennsylvania (and other Appalachian States). *Field and Stream*. Online at http://www.fieldandstream.com/articles/fishing/trout-fishing/where-fish-trout/2009/07/natural-gas-extraction-threatens-appalachian.

Lustgarten, Abrahm (2009). "Frack Fluid Spill in Dimock Contaminates Stream, Killing Fish." *ProPublica*, September 21st. Online at http://www.propublica.org/article/frack-fluid-spill-in-dimock-contaminates-stream-killing-fish-921.

Marcellus Shale Education & Training Center (2009). *Marcellus Shale Workforce Needs Assessment: North-Central Pennsylvania.* Online at http://www.msetc.org/

Marcellus Shale Education & Training Center (2010). *Marcellus Shale Workforce Needs Assessment: Southwest Pennsylvania.* Online at http://www.msetc.org/

The Marcellus Shale Examiner (August 2010). "Drilling Firms Dodge Hotel Taxes, Leaving Counties & Visitors Scrambling."

National Park Service (2009). *Potential Development of Natural Gas Resources in the Marcellus Shale: New York, Pennsylvania, West Virginia, and Ohio.*

New York State Department of Environmental Conservation (2008). *Oil, Gas, and Mineral Resources Annual Report.* Online at http://www.dec.ny.gov/pubs/36033.html.

New York State Department of Environmental Conservation (NYDEC) (2009). *Draft Supplemental Generic Environmental Impact Statement.*

New York State Department of Labor (2010). *New York State's Travel & Tourism Sector, by County and Industry Group 2007-2009.*

New York State Department of Taxation and Finance (nd). *A Guide to Sales Tax for Hotel and Motel Operators.* Online at http://www.tax.ny.gov/pdf/publications/sales/pub848_308.pdf.

NTC Consultants (2009). *Impacts on Community Character of Horizontal Drilling and High Volume Hydraulic Fracturing in Marcellus Shale and Other Low-Permeability Gas Reservoirs.* Online at http://www.nyserda.org/publications/03%20Chapter%203%20-%20NTC%202009-9-16.pdf.

Riha, Susan and Brian G Rahm (2010). *Framework for Assessing Water Resource Impacts from Shale Gas Drilling.* Online at greenchoices.cornell.edu.

Rubinkam, Michael (2010, November 18). "Chesapeake unveils "man camp" in Bradford County." *The Star Gazette.*

Schillinger, Charles (2010, September 10). "Hotel tax exemption concerns local officials." Towanda Daily Review.

Schuyler County (2010). *2010 County of Schuyler, New York Annual Budget.*

Sportsmen for Responsible Energy Development (2009). Hunting and Fishing Imperiled. Online at http://www.sportsmen4responsibleenergy.org/report/introduction.html.

Steuben County (2008). *Summary of Budget Funds for 2008.* Available online at http://www.steubencony.org/budget.html.

Tourism Economics (2009). *The Economic Impact of Tourism in New York State: Finger Lakes Focus.*

United States Department of Agriculture (USDA)(2007). Census of Agriculture. Available online at http://www.agcensus.usda.gov. Retrieved on November 24th, 2010.

Upadhyay, Sarita Rose and Min Bu (2010). *Visual Impacts of Natural Gas Drilling in the Marcellus Shale Region.*

# TR 1737-17

## A Guide to Managing, Restoring, and Conserving Springs in the Western United States (2001)

(Note: This copy provided has been stripped of all graphics and pages containing material with copyright restrictions. To get a complete copy, you will need to contact the BLM Printed Material Distribution Section (PMDS) at BLM_OC_PMDS@blm.gov)

RIPARIAN AREA MANAGEMENT

# A Guide to Managing, Restoring, and Conserving Springs in the Western United States

Technical Reference 1737-17 2001

U.S. Department of the Interior
Bureau of Land Management

The following illustrations were reproduced with permission:

*Tryonia clathrata*, *Tryonia protea* (two views), *Colligyrus greggi* (formerly *Amnicola* [*Lyogyrus*] *greggi*), and *Lyogyrus pilsbryi* (formerly *Amnicola* [*Lyogyrus*] *pilsbryi*) are from "North American Freshwater Snails: Species List, Ranges and Illustrations," by J.B. Burch and John L. Tottenham in Walkerana, Vol. 1, Transactions of the POETS Society, No. 3, © Society for Experimental and Descriptive Malacology, 1980. Reprinted by permission of the author.

*Limnocoris moapensis* (formerly *Usingerina moapensis*) and *Pelocoris biimpressus* (formerly *Pelocoris shoshone*) are from *Aquatic Insects of California with Keys to North American Genera and California Species*, edited by Robert L. Usinger, University of California Press, © 1956 by the Regents of the University of California. Reprinted by permission of the publisher.

Original drawings were created based on examples in the following sources:

White River springfish, Tui chub, Pahrump poolfish (formerly Pahrump killifish), Big Bend gambusia, and Devils Hole pupfish are drawn from examples in *Atlas of North American Freshwater Fishes*, by David S. Lee, Carter R. Gilbert, Charles H. Hocutt, Robert E. Jenkins, Don E. McAllister, and Jay R. Stauffer, Jr., © 1980 by North Carolina State Museum of Natural History (now North Carolina State Museum of Natural Sciences).

Western toad and Columbia spotted frog/Oregon spotted frog are drawn from examples in *A Field Guide to Western Reptiles and Amphibians*, 2/e, © 1985 by Robert C. Stebbins. Used with permission of Houghton Mifflin Company. All rights reserved.

Photos in Appendix B are courtesy of J. Nachlinger, The Nature Conservancy, Reno, NV.

Production services provided by:

National Science &
Technology Center
Bureau of Land Management

Information and Communications Staff
Terry D'Erchia, Chief (303-236-6547)

Janine Koselak: Layout and Design
Linda Hill: Editing

Lee Barkow, Director
National Science & Technology Center
P.O. Box 25047
Denver, Colorado 80225-0047

The Bureau of Land Management's National Science and Technology Center supports other BLM offices by providing a broad spectrum of services in areas such as physical, biological, and social science assessments; architecture and engineering support; library assistance; mapping science; photo imaging; geographic information systems applications; and publications support.

Copies available from:
National Business Center
Printed Materials Distribution Service, BC-650B
P.O. Box 25047
Denver, Colorado 80225-0047
303-236-7637

TR 1737-17
BLM/ST/ST-01/001+1737

RIPARIAN AREA MANAGEMENT

# A Guide to Managing, Restoring, and Conserving Springs in the Western United States

By:

Donald W. Sada
Aquatic Ecologist
Desert Research Institute and
University of Nevada Reno
Biological Resources and Research Center
Reno, Nevada

Jack E. Williams
Senior Aquatic Ecologist
U.S. Bureau of Land Management
Washington Office
Fish, Wildlife, and Forests Group
Boise, Idaho

Jill C. Silvey
Fish Biologist
U.S. Bureau of Land Management
Washington Office
Fish, Wildlife, and Forests Group
Boise, Idaho

Anne Halford
Botanist
U.S. Bureau of Land Management
Bishop Field Office
Bishop, California

Jim Ramakka
Wildlife Biologist
U.S. Bureau of Land Management
Roseburg Field Office
Roseburg, Oregon

Paul Summers
Hydrogeologist
U.S. Bureau of Land Management
National Science and Technology Center
Denver, Colorado

Lyle Lewis
Wildlife Biologist
U.S. Bureau of Land Management
Idaho State Office
Boise, Idaho

Technical Reference 1737-17
August 2001

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 195 of 283

Suggested citations:

Sada, D.W., J.E. Williams, J.C. Silvey, A. Halford, J. Ramakka, P. Summers, and L. Lewis. 2001. Riparian area management: A guide to managing, restoring, and conserving springs in the Western United States. Technical Reference 1737-17. Bureau of Land Management, Denver, Colorado. BLM/ST/ST-01/001+1737. 70 pp.

U.S. Department of the Interior. 2001. Riparian area management: A guide to managing, restoring, and conserving springs in the Western United States. Technical Reference 1737-17. Bureau of Land Management, Denver, Colorado. BLM/ST/ST-01/001+1737. 70 pp.

BLM_0063146

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 196 of 283

A Guide to Managing, Restoring, and Conserving Springs in the Western United States

# Acknowledgments

The authors would like to acknowledge Don Prichard of BLM's National Science and Technology Center for his assistance and great insight in the development of this publication.

We would also like to acknowledge those persons, too numerous to list, who reviewed our content and provided valuable comments to help make this a quality document.

BLM_0063147

# Table of Contents

Page

Acknowledgments .....iii

I. Introduction .....1

II. What is a Spring? .....3

- Physical Environment of Springs .....5
- Water Chemistry of Springs .....6
- Biotic Characteristics of Springs .....7

III. Uses that Affect Springs .....11

- Physical and Chemical Disturbances .....11
  - Diversion .....11
  - Recreation .....12
  - Mining .....12
  - Pollution .....14
- Biological Disturbances .....15
  - Introduced Species .....15
    - Vegetation .....15
    - Aquatic Animals .....15
    - Terrestrial Animals .....15
  - Native Species .....17

IV. Spring Resource Management Goals .....19

V. Spring Management Assessment and Priorities .....23

VI. Spring Restoration .....31

VII. Summary .....39

Appendix A. Spring Ecosystem Ecology .....41

Appendix B. Examples .....47

Glossary .....59

Literature Cited .....61

# I. Introduction

Springs have played an important role in the human occupation of the Western United States. Emigrants who crossed and settled in arid regions of the country were dependent upon springs for water. Though these vital water sources were comparatively small, they were commonly developed to provide water for livestock, mining, and the burgeoning human population.

Springs have also provided important habitat for many species of wildlife and plants, and in fact, are vital to a number of unique plant and animal communities in the Western U.S. Early studies by Gilbert (1893), Wales (1930), Hubbs (1932), Hubbs and Kuhne (1937), Hubbs and Miller (1948a) and Miller (1943, 1948) described many unique fishes from springs, and studies since the mid-1980's have described a number of endemic spring-dwelling macroinvertebrates (primarily mollusks and aquatic insects) (Hershler 1998; Schmude 1999). Erman (1997) and Wiggins and Erman (1987) identified distinctive caddisflies of subalpine springs in the Sierra Nevada, along the western edge of the Great Basin. Surveys in other regions also document endemic mammals, amphibians, and plants from spring-fed wetlands (Sada et al. 1995) and Forester (1991) and Holsinger (1974) cited the importance of springs to ostracodes and amphipods, respectively.

Unfortunately, as springs have been developed to enhance water availability for livestock, game animals such as chukar (*Alectoris graeca*) and bighorn sheep (*Ovis canadensis*), and humans, the associated riparian and aquatic habitats frequently have been altered due to trampling, diversion, channelization, and impoundment. Springs have also been affected by excessive ground-water use, as well as by the invasion and establishment of nonnative plants and animals. As a result, the current physical and biological characteristics of many springs bear little resemblance to their historical, unaltered conditions. Additionally, populations of plants and animals that rely on spring habitat have declined and many are now on the Federal list of threatened or endangered species.

Evidence showing the biological importance of springs continues to increase and general guidance is available to assist agencies in developing springs while maintaining biological diversity. However, these small wetlands have received limited management priority. Degraded habitat conditions (Sada et al. 1992), recent population declines, and species extinctions (Sada and Vinyard in press) all indicate that management changes are necessary to restore habitat integrity and prevent future extinctions and wetland deterioration (Williams et al. 1985; Erman and Erman 1990; Naiman et al. 1993; Shepard 1993).

The purpose of this technical reference is to provide information on the characteristics of springs in the Western

## KEY FEDERAL POLICIES AND REGULATIONS DIRECTING SPRING ECOSYSTEM MANAGEMENT

All major Federal policies, Executive orders, and legislation to direct management of aquatic and riparian habitats are more fully described in USDI (1991). A number of additional State regulations are also applicable (e.g., water quality standards, water rights, etc.). Following are several key Federal policies and regulations:

- ✦ The Taylor Grazing Act of 1934 directs the Secretary of the Interior to end degradation of public lands (including riparian areas) by preventing overgrazing and soil deterioration and requiring orderly use, development, and improvement of natural resources on grazing lands.
- ✦ The Federal Land Policy and Management Act of 1976, 43 U.S.C. 1701 (FLPMA) provides overall guidance to the Bureau of Land Management for managing riparian and aquatic systems. Implementation of this guidance is to be accomplished through land use plans.
- ✦ The Federal Water Pollution Control Act of 1977 (Clean Water Act) provides for protection and improvement of water quality, including wetland areas.
- ✦ A 1992 Bureau of Land Management policy states that the goal of riparian-wetland area management is to maintain, restore, improve, protect, and expand these areas so they are in proper functioning condition for their productivity, biological diversity, and sustainability. The overall objective is to achieve an advanced ecological status, except where resource management objectives, including proper functioning condition, would require an earlier successional stage (USDI 1992).
- ✦ Interior Department Manual 520, *Protection of the Natural Environment*, directs preservation, protection, and acquisition of riparian-wetland areas, as necessary.

U.S. and to identify techniques for managing spring habitats that will allow use, maintain biological integrity, and rehabilitate or restore degraded habitats. Spring management goals are outlined and methods for prioritizing management actions are discussed.

In addition, this guidance is intended to facilitate implementation of a memorandum of understanding (MOU) pertaining to the U.S. Department of the Interior's Species at Risk Program for springsnail conservation. This MOU was prepared to facilitate cooperation and participation among The Nature Conservancy, Bureau of Land Management (BLM), Smithsonian Institution, National Park Service, Fish and Wildlife Service, and U.S. Department of Agriculture, Forest Service, to conserve springsnails and their habitats on Federal and TNC lands. The MOU was formally signed by representatives from these agencies during 1998.

The information presented focuses on habitats managed by BLM in the Western United States, excluding Alaska. It is intended to assist biologists, range conservationists, and other natural resource specialists in the development of conservation or land use plans. It does not, however, make specific water development recommendations. When water developments are constructed, the guidance in this document should be integrated with the recommendations in BLM Handbook H-1741-2, *Water Developments* (USDI 1990).

# II. What is a Spring?

A spring is where water flows naturally from a rock or soil upon the land or into a body of surface water (Meinzer 1923).[1] Many springs exhibit a unique combination of physical, chemical, and biological conditions (Hynes 1970; Garside and Schilling 1979). Spring ecosystems include aquatic and riparian habitats that are similar to those associated with rivers, streams, lakes, and ponds. They are distinctive habitats because they provide relatively constant water temperature, they depend on subterranean flow through aquifers, and on occasion, they provide refuge for species that occur only in springs (Hynes 1970; Erman and Erman 1995; Hershler 1998; O'Brien and Blinn 1999).

Springs are replenished by precipitation that percolates into aquifers. The precipitation seeps into the soil and enters fractures, joints, bedding planes, or interstitial pore space in sedimentary rocks. Springs occur where water flowing through aquifers discharges at the ground surface through fault zones, fractures, or by flow along an impermeable layer (Figure 1A-F). They can also occur where water flows from large orifices that result when the water dissolves carbonate rock, enlarging fractures or joints to create a passage. Characteristics of regional and local

Figure 1. Types of Springs.

This figure has been ommited due to copyright issues.

[1] This guidance is applicable to seeps as well as to springs. There is a fine distinction between seeps and springs. The term spring refers to an intersection of the ground-water table and the ground surface resulting in a spring. Sepps to not have an obvious localized spot from which water flows, but they are a subset of springs. Therefore, although the term "spring" is used alone thoughout this document, it implies both springs and seeps.

geology influence spring occurrence and flow rates. Springs are generally classed as gravity springs and artesian springs, with thermal springs typically being considered a type of artesian spring. Gravity springs are created by water that moves along an elevation gradient emerging at the surface. Depression springs, contact springs, and fracture and tubular springs are different types of gravity springs. These types of springs occur where the movement of water through permeable material is interrupted by an impermeable layer that directs water to the surface. This situation often creates a perched aquifer, with springs flowing along the contact with an impermeable layer (Figure 2). Artesian springs occur where the potentiometric level of the ground-water flow system is above the land surface and the water flows at the land surface under pressure either at the aquifer outcrop (Figure 3) or from fractures or faults (Figure 4). Water is sometimes forced to the surface along a fault from deep sources by thermal and pressure gradients. Aquifer outcrop springs and fault springs are the two main types of artesian springs.

Springs can be regional (long flow paths that are often interbasin) or local discharge points (short flow paths). Local springs are comparatively small, can have low flow, and are typically from shallow aquifers. The discharge from these springs often fluctuates either seasonally or in greater cycles, sometimes in response to local

FIGURE 2. Typical contact spring.

FIGURE 3. Artesian spring at outcrop of aquifer.

precipitation. Local aquifers are quickly recharged and water movement through them is comparatively rapid, resulting in waters that are low in mineralization. Springs supported by local aquifers are more likely to periodically stop flowing than springs supported by regional aquifers.

Regional springs are more typically high-flowing and are discharge points for aquifers covering hundreds of square miles. In the Great Basin, the majority of the high-flowing springs occur within the intermontane basins of the carbonate rock province and are often closely associated with outcrops of carbonate rock (i.e., limestone) (Mifflin 1988). Regional springs are typically of nearly constant discharge and can be more mineralized than local springs due to their long flow paths. Their temperatures can be cold or warm depending on the depth of circulation. Seasonal and annual variations in discharge from regional aquifer springs are usually limited, and they are comparatively stable aquatic environments. Regional springs rarely stop flowing, even during long droughts.

Figure 4. Artesian spring occurring along a fault.

## Physical Environment of Springs

Springs occur in many sizes, types of discharge points, and locations with respect to topography. They occur in the highest elevations of mountainous areas to valley floors. Many springs found on lands managed by the BLM are small, provide limited aquatic habitat, and are intermittent in flow. They generally support limited amounts of riparian vegetation. However, some small springs do provide greater amounts of aquatic habitat, are permanent, and support larger riparian zones with greater species diversity. Springs are frequently categorized by the morphology of their source: *limnocrenes* are sources where water flows from large deep pools, *helocrenes* are marshy bogs, and *rheocrenes* flow into a confined channel (Hynes 1970). It is often difficult to categorize springs because morphology can be a combination of features from more than one of these categories.

Springs vary in their physical and chemical conditions (see Hynes 1970; Garside and Schilling 1979). They can be cold (near or below mean annual air temperature), thermal (5 to 10 °C above mean annual air temperature) (van Everdingen 1991), or hot (more than 10 °C above mean annual air temperature) (Peterken 1957). The temperature of spring water is also an indicator of the flow path of water discharging to the spring and its recharge area. Shallow circulating ground water has temperatures generally within a few degrees of the mean annual ambient air temperature (Mifflin 1988).

Higher temperatures are usually indicative of deeper, regional circulation, although some cool regional springs exist. Thermal springs gain their temperature increases when water comes in contact with or in close proximity to recently emplaced igneous masses, such as at Steamboat Springs, Nevada; Yellowstone National Park; and Geyser, California (Wood and Fernandez 1988). Thermal and hot springs are due to deep seated thermal sources, and are classed as volcanic springs or fissure springs (Milligan et al. 1966), which are types of artesian springs. Fault-related springs can also be thermal if they are from a deep source of water. This type of spring is common in the Great Basin, where mountain blocks are faulted along the margins, allowing water from deep sources to rise along the fault.

Springs may occur singly or in groups that can include dozens of habitats in various sizes and morphologies. Many springs are tributaries to rivers, lakes, and streams. A few are even the major source for a river, lake, or stream. However, most single springs below approximately 7,000 feet (2,100 m) on BLM lands in the Western U.S. are isolated from other wetlands and frequently flow a short distance on the surface before drying (Hendrickson and Minckley 1984). Many springs in this region stop flowing periodically on a seasonal basis or during times of drought. Some groups of mid- to low-elevation springs can support wetland areas with unique habitat and species (e.g., Ruby Marsh in northeastern Nevada, Ash Meadows in southern Nevada, Fish Springs in northwestern Utah, and San Bernardino Ranch in southern Arizona) (Hendrickson and Minckley 1984; Dudley and Larson 1976). Springs at higher elevations generally display greater fluctuations in flow rates and dry more frequently than regional springs or springs at lower elevations. However, they are generally less susceptible to impacts from dewatering at agriculture and mining operations. Some springs support mid- to low-elevation fens in the watershed, usually in large open areas or parks such as South Park in south-central Colorado. Some springs are the source for streams high in a watershed and provide a perennial water supply to lower elevation streams.

## Water Chemistry of Springs

Springs may be highly mineralized, especially thermal springs and sometimes regional springs that have a very long flow path. Thermal springs in Utah have pH values ranging from 7.2–7.6 (Milligan et al. 1966). Springs in the Great Basin likely have similar pH values. Dissolved oxygen concentration is primarily a function of temperature and pressure; as temperature increases, the dissolved oxygen concentration decreases (Hem 1992). As a result, dissolved oxygen concentrations are frequently very low [less than 2 parts per million (ppm)] in hot springs and high (greater than 5 ppm) in cold springs. Electrical conductance may range from very low (near 0 microsiemens per centimeter) to very high (greater than 10,000 microsiemens per centimeter). Local low-flowing springs may freeze during winter, while the larger and warmer regional springs do not.

## Biotic Characteristics of Springs

Ecological aspects of spring-fed aquatic and riparian systems in the Western U.S. have been studied less than lentic and lotic systems in the region. Spring ecology is described briefly here; a more thorough summary is presented in Appendix A.

Studies of springs in other regions indicate that these wetlands are habitat for aquatic plants and animals, a water source for terrestrial animals, and a source of food and cover for birds, reptiles, amphibians, and mammals. Many of these habitats are also occupied by endemic vertebrates and/or macroinvertebrates. Riparian communities are generally composed of species associated with regional streams, rivers, wetlands, and lakes, and aquatic communities include species that are closely related to other regional wetlands. The aquatic biota of a spring is regulated by its chemical, biological, and morphological characteristics (van der Kamp 1995). Species that inhabit rheocrenes prefer flowing water and species in limnocrenes are more closely related to species that occupy lakes and ponds. Water temperature, dissolved oxygen concentrations, and other water chemistry components change downstream from the spring source. As a result, animal communities that occupy spring sources typically differ from communities in habitats further downstream. Many spring source species do not occupy downstream habitats where temporal fluctuations in water temperature and flow are greater (Erman and Erman 1990; Erman 1992), and endemic macroinvertebrates are usually more abundant near spring

**SELECTED RARE PLANT SPECIES ASSOCIATED WITH SPRING SYSTEMS**

| STATE and SPECIES | COMMON NAME |
|---|---|
| **ARIZONA** | |
| *Lilaeopsis schaffneriana* | Huachuca water umbel |
| *Spiranthes delitescens* | Canelo Hills ladies tresses |
| **CALIFORNIA** | |
| *Calochorthus excavatus* | Inyo County mariposa lily |
| *Carex albida* | White sedge |
| *Cirsium fontinale var. obispoense* | Chorro Creek bog thistle |
| *Cirsium hydrophilum var. hydrophilum* | Suisun thistle |
| *Sidalcea covillei* | Owens Valley checkerbloom |
| **COLORADO** | |
| *Aquilegia chrysantha var. rydbergii* | Golden columbine |
| *Botrypus virginianus ssp. europaeus* | Rattlesnake fern |
| *Epipactis gigantea* | Giant hellborine |
| *Mimulus eastwoodiae* | Eastwood monkey flower |
| **IDAHO/MONTANA** | |
| *Howellia aquatilis* | Water howellia |
| *Spiranthes diluvialis* | Ute ladies tresses |
| **MAINE** | |
| *Pedicularis furbishiae* | Furbish lousewort |
| *Platanthera leucophaea* | Eastern prairie fringed orchid |
| **NEVADA** | |
| *Centaurium namophilum* | Spring-loving centaury |
| **OREGON** | |
| *Ilamna rivularis var. rivularis* | Streambank hollyhock |
| **UTAH** | |
| *Asclepias welshii* | Welsh's milkweed |
| *Carex specuicola* | Navajo sedge |
| **VIRGINIA** | |
| *Cardamine micranthera* | Small-anthered bittercress |
| *Platanthera leucophaea* | Eastern prairie fringed orchid |
| **WASHINGTON** | |
| *Arenaria paludicola* | Marsh sandwort |
| *Sidalcea nelsoniana* | Nelson's checker mallow |
| **WISCONSIN** | |
| *Aconitum noveboracense* | North wild monkshood |
| *Iris lacustris* | Dwarf lake iris |
| **WYOMING** | |
| *Spiranthes diluvialis* | Ute ladies tresses |

sources than they are in downstream habitats (Hershler 1998; Erman and Erman 1995). Communities in permanent springs generally include more species and more individuals than communities in ephemeral springs (Erman and Erman 1995). Species in ephemeral habitats are generally highly mobile (animals that can fly or crawl long distances) and adapted to establishing in impermanent and comparatively harsh habitats. Springs occupied by endemic species do not dry and they have persisted for thousands of years.

The physical habitat of a spring is the most important factor influencing its riparian and aquatic plant and animal communities. Riparian vegetation may be narrowly restricted to immediate boundaries of the aquatic habitat or may extend outward for substantial distances. Narrow riparian zones are typically dominated by sedges, grasses, and woody phreatophytes (e.g., willows, mesquite, etc.). Wider riparian systems are generally associated with spring provinces where water seeps outward from aquatic habitats, which saturates and creates hydric soils. In these provinces, riparian systems are characterized by marsh vegetation or expansive mesic alkali meadows. Riparian vegetation surrounding coolwater springs and springs with lower thermal temperatures consists of species typically found near regional streams, lakes, and marshes (e.g., willows, mesquites, sedges, and grasses). This vegetation may be dense at sites that have been minimally changed by impacting uses. Sites that have been highly modified generally have less diverse riparian communities, and they may include nonnative species and many species that are typically associated with upland plant communities. Aquatic vegetation in these systems is also similar to vegetation that occurs in streams, lakes, and marshes (e.g., green algae, duckweed, cattail, giant reed, etc.). Vegetation near hot springs is more distinctive because it consists of plants that are tolerant of highly alkaline and salty soils. Cyanobacteria (photosynthetic bacteria) is typically the most abundant aquatic vegetation in the springs. Habitat condition also affects aquatic vegetation communities. Green algae is frequently the dominant aquatic vegetation in degraded habitats. Habitats in better condition usually support a more diverse community that consists mostly of flowering plants, ferns, and calcareous algae.

Aquatic animal communities in springs consist of species that are closely related to those commonly occurring in other regional wetlands, as well as a diversity of endemic fishes, mollusks, and aquatic insects. Species that occur in these communities also vary in response to environmental conditions. Some species occupy only cool habitats while others occur only in thermal springs. Habitats with swiftly flowing water are preferred by some species and other species occur only in placid water. As in streams, substrate composition is an important habitat component. Some species prefer gravel and others prefer silt, sand, or cobbles.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 206 of 283

# III. Uses that Affect Springs

Springs in the Western U.S. have been physically and biologically modified from historical conditions that existed when settlers first entered the region. Spring ecosystems have been functionally changed by modifications that decrease water volume and soil moisture and by impoundments that inundate spring brooks. These functional changes have increased abundance of nonnative and upland vegetation within riparian zones, replaced taxa that require flowing water with taxa that occupy pond/lake habitats, and caused extirpation of populations and species extinctions (Sada and Vinyard in press).

## Physical and Chemical Disturbances

### Diversion

Springs have been diverted in many ways to provide water for many uses. Pipes have been installed to deliver water for livestock, agriculture, recreation, and homes, and many springs have been dried by ground-water pumping (Brune 1975; Dudley and Larson 1976). Sada and Vinyard (in press) concluded that water diversion was the most common threat to fishes and other aquatic species from the Great Basin.

USDI (1990) describes a number of water development techniques, including some for developing springs. Most of these techniques involve excavating a box into a spring to capture water and pipe it to impoundments, troughs, or other storage reservoirs. There are a number of different spring box designs, but most are constructed either from culverts, concrete, or wood. Some spring developments are designed to capture all the flow, while others let some of it pass into natural channels.

Many springs have been modified by these developments. Indications of the magnitude of impacts from spring development were quantified during surveys of 505 springs in northern Nevada by Sada et al. (1992). They observed that approximately 60 percent of these springs had been modified by diversion. Sada and Vinyard (in press) concluded that approximately 50 percent of the aquatic taxa endemic to the Great Basin (78 percent of which occupy springs) had declined because of diversion impacts. There is comparatively little information that quantifies biological impacts of spring developments. However, Sada and Nachlinger (1996, 1998) found that biological diversity was greater in larger and undisturbed springs and that nonnative taxa comprised a greater proportion of the riparian vegetation at disturbed springs. They concluded that diversions decreased biological diversity by reducing aquatic habitat and reducing soil moisture in riparian zones. Altering riparian

vegetation may alter energy budgets (changing the aquatic system from being allochthonous to autochthonous) and reduce larval food and reproductive habitats for terrestrial phases of aquatic insects (Erman 1984, 1987). Similar results may occur following establishment of nonnative species. Sada and Nachlinger (1996) also reported loss of springsnail populations (*Pyrgulopsis deaconi* and *P. turbatrix*) from recent diversions. Hershler (1998) attributed extinction of a springsnail (*P. ruinosa*) to diversion. Stromberg et al. (1992, 1993) and Stromberg and Patten (1990) found that stand structure, species composition, and leaf area in southwestern U.S. riparian zones were decreased by diversion and ground-water removal. Differences in source and downstream aquatic communities indicate that diversion may also affect the distribution of species. Decreased flow is likely to result in greater water temperature variation, causing a decrease in habitat for spring source species and a relative increase in habitat of downstream species.

Functional changes in spring biota also occur when flowing habitats are impounded. Under these circumstances, species that require lotic habitats are extirpated and replaced by lentic taxa. Hershler (1989) documented local extirpation of the Fish Slough springsnail (*Pyrgulopsis perturbata*) following impoundment of a spring source.

## Recreation

Recreational use of spring systems for bathing (most common in thermal springs) can cause a significant decline in the ecological function of these sites. The primary impacts of recreational use include: soil compaction, removal of vegetation, and resulting erosion from camping along the edges of springs; manipulation of spring flow from installing "tubs" and water diversions; and elimination of aquatic biota from using bleach and soap.

## Mining

Springs have been affected by mining in several ways. In the late 19th century they were most affected by diversions that captured water for delivery to mining operations and to towns for municipal use. Frequently, the spring sources were captured in a box and either all or part of the discharge was diverted into a pipe for use. These diversions decreased the amount of water flowing across the land and changed aquatic and riparian habitat conditions. Recent use of spring flow at mining operations is rare. More often, spring discharge has been affected by high-capacity pumping that dewaters aquifers to prevent flooding in open pit mines. Because dewatering lowers the water levels in the regional aquifer or decreases the potentiometric surface (artesian pressure), it affects artesian springs and low-elevation springs that have the regional aquifer as their source more than high-elevation springs where water sources are above the regional aquifer system. However, depression springs can also be affected in this situation when the regional water table is lowered, thereby lowering the water table below the depression and drying the spring.

## Pollution

Springs are susceptible to pollution because they are often supplied by shallow aquifers that can easily become polluted if spilled chemicals percolate from the surface through rock fractures or joints. Pollutants may be toxic (affecting aquatic and riparian biota if the source of contaminants is very close to the spring) and may increase nutrient concentrations (e.g., nitrogen, phosphorus, etc.), which may cause changes in chemical habitat characteristics. Such changes may increase bacterial abundance and lower dissolved oxygen concentrations, which frequently cause macroinvertebrate communities to change from taxa typically found in unpolluted systems to taxa that occupy polluted water (Rosenberg and Resh 1993). The most common sources of pollution that affect springs are:

- Refuse Disposal and Hazardous Materials: Sources for springs on BLM lands are rarely affected by landfills. More frequently, ground waters near springs are contaminated by illegal dumping, chemicals from abandoned mining operations, leachates, or runoff from abandoned mine waste and tailings. Other possible source of ground-water contamination near springs are sewage treatment lagoons in mountain communities, herbicides and pesticides, hazardous waste disposal, and accidental spills of hazardous chemicals.

- Injection Wells: Brines or other poor-quality water may enter an aquifer that supports spring discharge, possibly contaminating the spring source. Springs may also be affected by the injection of cool water, which causes a change in temperature of the spring discharge. These effects can sometimes be observed in springs several miles away from an injection field, depending on geological conditions.

- Oil and Gas Development: Ground-water contamination may occur when petroleum leaks from abandoned or improperly constructed wells. Hydrocarbons can discharge at springs as a result of transport along fractures or faults. Leaking pipelines in oil or gas fields can also be a source of petroleum hydrocarbons in ground water. Pits containing produced water can contain high total dissolved solids (TDS) and some hydrocarbons, and could potentially affect water quality if there are nearby springs that are fed by shallow ground water.

- Ungulate Activity: Wild horses and burros, cattle, sheep, and sometimes wildlife congregate around springs. This results in trampling of vegetation, eliminating a buffer that prevents silt and elevated levels of nutrients from entering the aquatic system. Additionally, fecal material is often deposited in and around aquatic systems, which elevates nutrients (Kauffman and Krueger 1984; Fleischner 1994; Thomas and Toweill 1982).

## Biological Disturbances

### Introduced Species

#### *Vegetation*

Introduced plant species, many of which are recognized as noxious weeds, can be detrimental to spring systems. These species can have a significant impact on the ecological function of spring systems by reducing overall plant and animal diversity and altering site hydrology. Saltcedar (*Tamarix* spp.), purple loosestrife (*Lythrum salicaria*), Canada thistle (*Cirsium arvense*), knapweed (*Centaurea* spp.), and perennial pepperweed (*Lepidium latifolium*) are the most common introduced plants affecting western wetlands. Seed germination and dissemination and physiological characteristics make these species competitively superior to native vegetation. They are adept at displacing native vegetation at sites that have been disturbed by water impoundments, excessive grazing, and recreation, which reduces critical nesting, feeding, and reproductive habitat for wildlife and fish species.

#### *Aquatic Animals*

A number of vertebrates and invertebrates have been introduced into springs throughout the Western U.S. The mosquito fish (*Gambusia affinis*,) which has been used as a biological control agent for mosquitoes throughout the world (Courtenay et al. 1984), is probably the most widely introduced vertebrate. Many species of aquarium fish have been introduced [e.g., goldfish (*Carassius auratus*), sailfin molly (*Poecilia latipinna*), shortfin molly (*Poecilia mexicana*)], primarily into thermal springs. Bullfrogs (*Rana catesbeiana*) have also been widely introduced for sport. In addition, a number of sport species of fish have been introduced into springs [e.g., rainbow trout (*Oncorhynchus mykiss*) and largemouth bass (*Micropterus salmoides*)]. Crayfish (usually *Pacifastacus lenusculus*) and red-rimmed thiara (*Thiara tuberculata*) (an aquatic snail) are believed to be the most commonly introduced invertebrates in western springs. Populations of native aquatic species have either been reduced or extirpated as a result of these and other species being introduced into western spring systems (Miller 1961; Schoenherr 1981; Moyle 1984; Taylor et al. 1984; Miller et al. 1989; Hershler 1998).

#### *Terrestrial Animals*

Spring-fed aquatic and riparian systems are also impacted by introduced terrestrial animals. As in lotic systems, excessive use by terrestrial vertebrates frequently causes trampling that decreases riparian and aquatic diversity (Kauffman and Krueger 1984; Fleischner 1994). There are a number of variables that influence the degree of impact to springs from large ungulate use such as local topography, soils, and the ungulate causing the disturbance.

Cattle are widespread throughout the Western U.S. and springs are frequently their only source of water. Cattle probably impact more springs in the region than other ungulates. Without proper grazing, cattle will utilize spring riparian vegetation until it is virtually eliminated. Only then will they utilize surrounding areas. This creates a concentric ring effect with the spring being the most heavily utilized area and areas further from the spring being utilized at

decreasing levels. Since the spring is often the primary watering source, additional use occurs even after livestock have removed all herbaceous vegetation. The additional trampling on spring riparian areas devoid of vegetation results in topsoil loss during rainfall and snowmelt events. On soils with a high clay content, trampling can at times "seal" the spring, causing it to resurface in a different area or to not resurface at all. Impacts are generally greatest where the topography is steep in the immediate vicinity of a spring. At steep sites, ungulates spend more time at the spring and cause greater impacts than at springs surrounded by gentle topography.

Repeated heavy use by cattle gives a competitive advantage to those plants that exhibit an ability to grow, flower, and set seed in a very short time period or to those that have a very low growth form and are able to conduct photosynthesis in spite of being grazed at levels near the soil surface. This changes the plant community associated with the spring and the interrelationships between the biotic and abiotic components in the ecosystem.

Although exceptions exist, cattle generally have a greater impact on herbaceous vegetation than woody vegetation. The magnitude of impacts is determined by timing, duration, and frequency of grazing.

Wild horses and burros also utilize springs, which can have significant impacts. Unlike domestic livestock, wild horses and burros are not usually subject to grazing systems that would afford some protection or rest for springs. As a result, their activities frequently reduce or eliminate riparian vegetation, pollute aquatic habitats, and impact functioning condition. These impacts may be extreme because animals may concentrate near springs all year long if alternative watering sources are not available. These impacts are also magnified during drought periods. In addition, springs are areas of social interactions for wild horses and burros where the dominant males protect their bands of females. This territoriality tends to keep horses or burros using the same spring, increasing the negative impacts to these areas. As with other introduced species, it is frequently necessary to remove wild horses and burros to alleviate their impacts on spring ecosystems.

Domestic sheep are usually herded when grazed on public lands. As a result, their impact on springs is more a function of herding practices than the inherent behavior of the animal. When quickly moved through an area, the impact on springs is minimal. Severe damage to aquatic and riparian systems occurs when they are allowed to use an area for bedding or prolonged stays.

## Native Species

Native species such as bison and elk can also impact springs. In areas where large populations exist, their impacts can be similar to those of livestock.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 211 of 283

# IV. Spring Resource Management Goals

Each spring may have a unique suite of biological, chemical, and physical characteristics. Springs may also differ in their sensitivity to a wide variety of uses, including ungulate grazing, recreation, mining, and water developments. Therefore, each spring may require an individual management prescription to maximize opportunities to maintain desired conditions and reduce use conflicts.

The overall goal of spring management is to maintain the ecological structure and function of the spring habitat by stabilizing discharge and spring brook morphology. Springs should not be subjected to impacts that change functional characteristics of aquatic and riparian biota (e.g., replacing a fauna that prefers flowing water with a fauna that occupies ponds and lakes, allowing nonnative invasive plants or animals to establish and possibly dominate aquatic and riparian communities or causing a decrease in biological diversity of aquatic and riparian systems). In situations where there is adequate biological information, habitats should be maintained in historical condition.

The overall goal can be broken down into the following individual goals:

*Goal 1—Manage springs and their riparian areas as a unit.* Guidelines that are currently used to manage wetland areas and riparian zones are useful for managing spring systems. Management direction to help determine appropriate uses and their intensity can be found in Leonard et al. (1997), Ehrhart and Hansen (1997), and Ehrhart and Hansen (1998).

*Goal 2—Manage for proper functioning condition (PFC) of springs and associated riparian areas.* Prichard et al. (1999) provide direction for assessing PFC. If current management is not achieving PFC, changes in management must be implemented. Specific management activities are discussed in Section V.

*Goal 3—Manage springs to desired condition.* Attaining PFC is an important aspect of spring management; however, it should not be the final goal. PFC is an assessment of the physical functioning of a riparian area through the consideration of vegetation, hydrology, and soil/landform attributes. PFC provides a state of resiliency that allows an area to sustain its ability to produce values related to both physical and biological attributes. PFC does not address all biological components of riparian systems, which are important elements for maintaining or restoring desired condition of spring ecosystems. Most of the time, reaching desired condition will result in the greatest biological diversity and the

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 212 of 283

reestablishment of riparian and aquatic communities that characterize high-quality habitats with similar water temperature and chemistry, discharge, soils, and elevation.

*Goal 4—Restore degraded springs and associated riparian areas.* Restoration of biological diversity and PFC should be conducted in a manner consistent with the principles of spring restoration described in Section VI. Restoration is a high priority because many springs are in severely degraded condition.

*Goal 5—Educate the public about the importance of springs through interpretive, watchable wildlife, and other environmental education programs.* Historic and current interest in spring systems indicates that the public recognizes these resources as unique and valuable ecosystems. This interest provides an excellent opportunity for interpretive presentations to explain the historical and biological importance of springs. Interpretive programs should be developed to educate the public about the values and diversity of springs. These programs should also describe the potentially adverse effects of excessive resource utilization and introductions of nonnative species.

BLM_0063163

# V. Spring Management Assessment and Priorities

The biotic and abiotic diversity of springs across the landscape often complicates the processes of identifying management concerns and prioritizing management programs. As in other aquatic systems, the effect of management on spring ecosystems can be assessed by evaluating habitat characteristics and aquatic and riparian communities. The section outlines a process for evaluating the effectiveness of existing management to accomplish the goals discussed in Section IV, identifying resource management deficiencies, determining management direction, and prioritizing management actions necessary to maintain the biological integrity of individual springs. Sites that this evaluation indicates are degraded should be restored. Restoration methods and priorities are discussed in Section VI.

*Step 1—Survey and inventory springs within a management area to document current conditions and to accumulate biotic and abiotic information.* This information should be used to prioritize management programs for individual springs. Inventories of springs and historical wetland areas should be conducted prior to restoration. Prichard et al. (1999) provide quantitative methods to determine physical, biological, and riparian measures. Plafkin et al. (1999) discuss how macroinvertebrate inventories can be conducted following rapid bioassessment protocols. Conducting adequate biotic surveys may be difficult for some groups of macroinvertebrates. Erman and Erman (1990) suggest that all members of the aquatic community can be determined only by using several different sampling methods during surveys that include different seasons. Although intensive surveys may be necessary to determine all members of the aquatic community, this amount of detail may not be necessary to assess biotic and abiotic conditions of a spring or to determine management direction that includes minimizing the impacts of detrimental activities.

Inventories should document existing conditions (when possible) and determine if any sensitive, endangered, or threatened species or their habitat are present. These surveys should also provide information to assess the biological potential of springs in the area and they may be important to document pretreatment conditions for restoration programs. Inventories should include locations of any habitat for species that may have been extirpated by previous disturbance, species that occur seasonally, or species that may be seasonally abundant (and easily captured by sampling). Some aquatic species and plant taxa are poorly known, yet they exhibit a surprising amount of endemism in many spring systems. Unknown species should be

## AUTHORITIES FOR IDENTIFICATION OF TAXONOMIC GROUPS WITH KNOWN SPECIES ENDEMIC TO SPRINGS

AQUATIC AND RIPARIAN PLANTS

Wayne R. Ferren, Jr.
Department of Ecology, Evolution, and Marine Biology
University of California
Santa Barbara, CA 93106
805/893-2506; fax 805/893-4724
ferren@lifesci.lscf.ucsb.edu
http://lifesci.ucsb.edu/~mseweb/ferren.html

Arnold Tiehm
Northern Nevada Native Plant Society
P.O. Box 8965
Reno, NV 89507-8965
775/329-1645

Stanley L. Welsh
Botany and Range Science
Brigham Young University
378 MLBM
Provo, UT 84602
801/378-2289
stan@museum.byu.edu

Ronald L. Hartman, Curator
Rocky Mountain Herbarium
Department of Botany
The Rocky Mountain Herbarium, Associated Floristic Inventory, and the Flora of the Rocky Mountains Project
University of Wyoming
Laramie, WY 82071-3165

ALGAE

Dr. Dean W. Blinn
Department of Biological Sciences
Northern Arizona University
Box 5640
Flagstaff, AZ 86001
602/523-4107
dean.blinn@nau.edu

OSTRACODS

Dr. Richard W. Forester
MS 980 ESP
U.S. Geological Survey
Denver Service Center
Denver, CO 80225
303/236-5656
forester@usgs.gov

SPRINGSNAILS

Dr. Robert Hershler
Department of Invertebrate Zoology
U.S. Museum of Natural History
Smithsonian Institution
10th and Constitution Ave., NHB Stop 118
Washington, DC 20560
202/786-2077
hershler.robert@nmnh.si.edu

Dr. Donald W. Sada
Desert Research Institute
2215 Raggio Parkway
Reno, NV 89512
775/673-7359
dsada@dri.edu

MACROINVERTEBRATE LAB

Logan, Utah

RIFFLE BEETLES

Dr. William Shepard
Department of Biological Sciences
California State University
6000 J St.
Sacramento, CA 95819-6007
916/278-6535
william.shepard@scus.edu

Dr. Kurt Schmude
Lake Superior Research Institute
University of Wisconsin
Superior, WI 54880
kschmude@staff.uwsuper.edu

CONTINUED ON PAGE 25

sent to recognized experts for identification.

Plafkin et al. (1999), Orth (1983), and Prichard et al. (1999) provide general guidance for assessing springs and riparian zones. If a spring provides habitat for species on the Federal list of threatened or endangered species, proper consultation procedures with the U.S. Fish and Wildlife Service (or within the State for State-listed species) must be followed.

*Step 2—Identify factors that might limit management options.* There are numerous factors that could impact the effectiveness of certain management actions. The following factors should be considered:

- Habitat quality
- Extent of wetland areas
- Occurrence of nonnative species and their source for invasion
- Ownership of spring and water rights
- State water laws
- Current and potential recreational use of the site
- Site potential
- Spring discharge

Additional factors may be determined through site evaluation and public input.

Because control of water is an essential component of land and resource management in the arid West, water rights are an important aspect of spring management. The BLM is entitled to hold water rights under State law and to claim Federal reserved rights. The latter arise where Congress has withdrawn and reserved public lands by statute for a specific Federal purpose, or where

public lands have been administratively withdrawn for a specific Federal purpose. The withdrawal of lands from the public domain and reservation of land for a Federal purpose may, by implication, reserve water if water is necessary to accomplish the purpose of the reservation. If so, then an implied reservation of water exists. However, the reserved right created by the reservation is only for appurtenant and unappropriated waters as of the date of the reservation and only for the minimum amount necessary to fulfill the primary purposes of the reservation. BLM Manual Section 7250, *Water Rights* (USDI 1984), provides policies and guidance for use in acquiring, perfecting title to, and protecting water rights necessary for multiple-use management of the public lands.

One of the Federal reserved water rights of primary importance to the BLM and to management of springs is Public Water Reserve Number 107 (PWR 107). Through an Executive order signed on April 17, 1926, all land within one-quarter of a mile of all important springs and waterholes located on vacant and unappropriated or unreserved public lands was reserved for domestic human consumption and stock watering. Under this Executive order, certain water sources were reserved to prevent private monopolization of the public domain through control of important springs and waterholes. Not all springs on public lands are reserved under PWR 107 because the BLM, or in some cases, a court, may determine that certain springs do not qualify for such a reservation. In addition, no springs on acquired lands can be claimed under PWR 107.

PWR 107, and other Federal reserved rights, vest on the date of the reservation; in this case, the priority date is April 17, 1926. This means that an April 17, 1926, priority date is "senior" to all other water rights with later priority dates. In addition, Federal reserved rights are not subject to nonuse; however, to be preserved, existing Federal reserved water rights must be asserted and defended by the Federal Government in general stream adjudications properly initiated in State courts, pursuant to the McCarran Amendment (43 U.S.C. 666).

PWR 107 reserves only the minimum amount necessary to fulfill the purposes of the reservation; thus, not all of the flow from a spring may be reserved, and all water from a spring in excess of the minimum amount necessary for these limited public watering purposes is still available for appropriation under State water law. Therefore, to acquire rights in excess of this minimum amount, for stock watering or other purposes, BLM must apply for a water right under State law.

If livestock use of a spring is a management issue, it is important to determine what designated water uses are part of the water right for a spring. When the BLM asserts a reserved water right under PWR 107, it bases that claim on present and future use of the water by livestock and, if applicable, humans. Therefore, use by livestock is a specifically designated use of springs claimed under PWR 107, whether or not these springs are currently developed or undeveloped.

The BLM's 1995 range regulations (43 CFR 4120.3-9) state that for the purpose of livestock watering on the

CADDISFLIES (Trichoptera)
Dr. Nancy Erman
Department of Wildlife, Fish & Conservation Biology
University of California
Davis, CA 95616
530/752-7182
naerman@ucdavis.edu

NAUCORID BUGS (Hemiptera)
Dr. Daniel Polhemus
Department of Invertebrate Zoology
U.S. Museum of Natural History
Smithsonian Institution
10th and Constitution Ave.
Washington, DC 20560
polhemus.daniel@nmnh.si.edu

FLIES (Diptera)
Dr. David B. Herbst
University of California
Sierra Nevada Aquatic Research Laboratory
Rt. 1, Box 198
Mammoth Lakes, CA 93546
760/935-4536
herbst@lifesci.ucsb.edu

AMPHIPODS
Dr. John R. Holsinger
Department of Biological Sciences
Old Dominion University
Norfolk, VA 23529
757/683-3606
jholsing@odu.edu

FISHES
Dr. Jack E. Williams, Forest Supervisor
Rogue River and Siskiyou National Forests
P.O. Box 520
Medford, OR 97501
541/858-2210
jewilliam01@fs.fed.us

Dr. W.L. Minckley
Department of Biology
Arizona State University
Tempe, AZ 85287-1501
480/965-6518
w.minckley@asu.edu

public lands, any right acquired on or after August 21, 1995, shall be acquired, perfected (as to title), maintained, and administered under the substantive and procedural laws as to the State within which such land is located. If the BLM wishes to designate additional uses (such as wildlife or recreation) for a spring developed as a stock water source, these uses must be applied for pursuant to State law. The BLM's 1995 range regulations also state that the BLM, to the extent allowed by State law, will acquire, perfect (as to title), maintain, and administer water rights (for livestock watering) in the name of the United States, as opposed to the livestock permittee. Where allowed by State law, and at BLM discretion, the BLM may agree to be a coholder with the permittee of a water right associated with a cooperative agreement in which the permittee has an investment. However, the BLM retains ownership of range improvements completed under cooperative agreements. Current State law allows private parties to cohold title to water rights in nearly all Western States except Arizona, Oregon, and Utah. In Nevada, this issue is under litigation in response to a bill passed by the State of Nevada prohibiting the BLM from holding stockwater rights on public lands. This issue is currently before the Nevada Supreme Court.

Prior to the 1995 range regulations, the BLM's policy on holdership of water rights was different and varied in its implementation. In the past, the BLM had allowed private parties to cohold or privately hold water rights for livestock water developments on public lands. In fact, in 1981 and 1984, the BLM issued policy allowing private water rights to

be filed singly or jointly with BLM for the rights to water developed on the public lands (with certain restrictions). Therefore, there are springs on public lands with water rights held by the permittee. When a private party holds the water rights to waters on the public domain, this can complicate land management. For example, some owners of water rights on public lands have alleged a "taking" of property rights when wild horses or wildlife use the water or when changes are made to grazing management prescriptions for an allotment. Another example is when permittees who have lost their permit, for reasons such as repeated willful trespass, have used their water rights to block reallocation of forage to subsequent permittees. There is no one answer for how issues regarding management of springs should be resolved because water law varies from State to State and each situation is unique. The BLM must work cooperatively with the permittee and the State water resource agency to resolve conflicts if they arise.

*Step 3—Develop goals to protect and restore the health of aquatic and riparian systems.* Restoration should recover the health of the spring and associated wetland complex. Healthy springs function properly and sustain habitat and biological integrity through natural processes. More information on measuring PFC of the physical features of springs can be found in Prichard et al. (1999), and information on measuring the biological components can be found in Karr et al. (1986), Noss (1990) or Plafkin et al. (1999). Angermeier (1997) reviewed the importance of biological integrity and biological diversity in establishing restoration goals.

*Step 4—Use an evaluation guide to determine management priority among multiple spring systems.* Biotic and abiotic characteristics of a spring must be evaluated to determine management priorities and direction. Direction can be provided by examining habitat condition and determining if changes in use are necessary to reach PFC. Priority will be directed toward restoration to improve habitats that are functioning at risk, and protective measures may be required to maintain PFC. Biotic characteristics of a spring provide information to identify management priorities. High priority sites for restoration or protection have TES values and the greatest biological diversity. Lower priority sites will have less biological diversity and little TES value. Table 1 can be used to determine priority by evaluating: 1) spring permanence, 2) threatened/endangered/sensitive (TES) species values, 3) community composition, and 4) existing condition and regional scarcity. Each spring can be compared to the descriptions in the table to determine which features best describe the subject spring. Priority direction can be determined by analyzing the table and comparing results to: 1) identify sites to protect for TES and require management to prevent TES listings of either riparian or aquatic species, and 2) identify sites where changes in management are necessary to maintain PFC. Personal knowledge of additional site-specific characteristics is valuable in establishing final management priorities and should supplement information that is compiled to complete the table.

*Step 5—Implement spring management strategies.* Review and update existing plans to incorporate management strategies. In rare instances, a management plan may be required for an individual spring. If water developments are a part of the management plan, refer to USDI (1990) for specific water development tools, guidance, and policy. Full consideration should be given to maintaining fully functional aquatic and riparian systems when springs are developed.

*Step 6—Design appropriate monitoring strategies to assess progress toward meeting management goals.* Management effectiveness can be assessed and progress toward meeting goals can be documented through monitoring. Sites should be revisited periodically as part of the overall monitoring program.

Table 1. Evaluation guide to determine management priority for individual springs in a region. This is only a guide. It does not include every situation. There are many factors that can be considered and Field Offices may need to expand this table to fit their needs. See Appendix B for examples.

| Spring Permanence | TES Species Values | Community Composition | Existing Condition & Regional Scarcity | Management Priority |
|---|---|---|---|---|
| Perennial | TES species present | *Natives > exotics (plant cover)<br>*Riparian zone dominated by wetland plant species<br>*Macroinvertebrate community with high proportion of pollution intolerant forms<br>*Endemic or rare native macroinvertebrate species present<br>*Used by more than one species of riparian obligate migratory birds | *Proper functioning condition or functioning at risk with an upward trend (no spring box; no impoundments)<br>*Springs regionally scarce | High |
| Perennial | TES species present, or historic or refuge habitat for TES species | *Natives > exotics (plant cover)<br>*Riparian zone with approx. equal numbers of upland and wetland plant species<br>*Macroinvertebrate community represented by pollution tolerant and intolerant forms<br>*No endemic or rare macroinvertebrate species present, but former habitat for such species present<br>*Used by single species of riparian obligate migratory birds | *Proper functioning condition or functioning at risk with an upward trend<br>*Springs not regionally scarce | Moderate |
| Intermittent | No TES species | *Exotics > natives (plant cover)<br>*Riparian zone dominated by upland plant species<br>*Macroinvertebrates dominated by pollution tolerant forms (e.g.,chironomids oligocheates)<br>*No endemic or rare native macroinvertebrate species present<br>*Not used by riparian obligate migratory birds | *Proper functioning condition or functioning at risk with an upward trend<br>*Springs not regionally scarce | Low |

# VI. Spring Restoration

The purpose of this section is to provide general guidance for restoration of aquatic and riparian components of spring wetland ecosystems. General principles for the preferred approach to ecological restoration are presented in Table 2 and contrasted to those of less desirable rehabilitation projects. Restoration is defined as the reestablishment of the structure and function of an ecosystem, including its natural biological diversity (Cairns 1988; Williams et al. 1997), and therefore differs from reclamation, rehabilitation, and habitat creation. Fortunately, most spring systems will begin to recover once the primary causes of disturbance are removed or modified. For this reason, the following guidance encourages natural recovery processes and disfavors artificial treatments. Small, incremental steps will achieve recovery with a minimum of risk to TES species.

Successful restoration will often require changes in management to alleviate or minimize factors degrading habitat quality and compromising the biological integrity of aquatic and riparian systems. Once these factors have been identified, an evaluation guide (Table 3) may be used to identify restoration priorities for individual springs in a resource area or region. Elements of this guide are similar to those considered to determine management priority. The highest priority springs for restoration are those that are functioning at risk, have high biological diversity, or are either occupied by or were historical habitat for TES species. Low priority sites are nonfunctioning, functioning at risk with a downward or no apparent trend, or have low biological diversity and intermittent aquatic habitat.

"Due to our limited intellectual and technological capability, successful restoration usually has less to do with skillful manipulation of ecosystems than it does with staying out of nature's way. Most ecosystems are resilient and natural restoration will occur if we allow it. To the extent possible, restoration should promote and complement natural recovery rather than attempt to repair undesired conditions."

P.L. ANGERMEIER (1997)

TABLE 2. Comparing principles of ecological restoration to rehabilitation efforts.

| Ecological Restoration | Rehabilitation |
| --- | --- |
| Focus on spring ecosystems | Focus only on water |
| Correct primary causes of degradation | Treat symptoms of degradation |
| Restore native species diversity | Retain populations of introduced species |
| Encourage natural recovery processes | Install structural treatments |
| Use adaptive approach: implement, monitor, and adjust | Implement actions without monitoring effects |

Table 3. Evaluation guide to determine restoration priorities for individual springs in a region. This is only a guide. It does not include every situation. There are many factors that can be considered and Field Offices may need to expand this table to fit their needs. See Appendix B for examples.

| Spring Permanence | TES Species Values | Potential Community Composition | Existing Condition & Regional Scarcity | Restoration Priority |
|---|---|---|---|---|
| Perennial | TES species present | *Potential for natives > exotics (plant cover)<br>*Potential for riparian community dominated by wetland plant species<br>*Potential for macroinvertebrate community with high proportion of pollution intolerant forms<br>*Potential for endemic or rare native macroinvertebrate species present<br>*Potential for use by more than one species of riparian obligate migratory birds | *Functioning at risk with a downward or no apparent trend<br>*Springs not regionally scarce | High |
| Perennial | TES species present, or historic or refuge habitat for TES species | *Potential for natives > exotics (plant cover)<br>*Riparian community with approximately equal numbers of upland and wetland plant species<br>*Macroinvertebrate community represented by pollution tolerant and intolerant forms<br>*Potential for endemic or rare macroinvertebrate species<br>*Potential for use by riparian obligate migratory birds | *Functioning at risk with downward or no apparent trend<br>*Springs not regionally scarce | Moderate |
| Intermittent | No TES species | *Exotics > natives (plant cover)<br>*Riparian community dominated by upland plant species<br>*Macroinvertebrate community dominated by pollution tolerant forms (e.g., chironomids oligocheates)<br>*No potential for endemic or rare native macroinvertebrate species<br>*Not used by riparian obligate migratory birds | *Proper functioning condition or functioning at risk<br>*Springs not regionally scarce | Low |

*Step 1—Identify historical condition, desired condition, and restoration priority.* It is important that all parties and interests understand the potential and desired condition of a spring and associated habitats. Desired condition should be based on maximizing habitat potential and biological integrity. In situations when historical habitat conditions are known, management direction can be assessed by identifying historical uses and modifying management to: 1) maintain the historical quantity of spring flows; 2) maintain the historical extent, abundance, and diversity of riparian vegetation; and 3) maintain historical structure of aquatic communities. Sources of information regarding historical abiotic and biotic condition of spring systems include early biological surveys, university archives, historical photographs, county museum records, diaries of amateur and professional naturalists, agency file reports, and scientific journals (Wissmar 1997). In some cases, if information on historical condition is lacking, it may be infeasible or impractical to restore the historical condition. In these cases, site potential and restoration goals may be determined by identifying characteristics of good quality habitats and biotic communities at nearby springs that have been little affected by degrading uses and that are similar in size, elevation, and water chemistry.

Much of the information that is used to determine management priorities (Table 1) can also be used to help prioritize restoration needs. Table 3 summarizes important elements of the restoration evaluation.

*Step 2—Identify factors affecting site potential.* Initial biotic and abiotic surveys should summarize habitat characteristics and attempt to identify factors that influence habitat quality. Influencing factors may be natural (e.g., periodic drying, occasionally scoured by floods or avalanches, or burned by fire) or unnatural (e.g., aquatic systems degraded by recreation, diversion, excessive ground-water removal, impoundment, improper ungulate grazing, or nonnative species).

*Step 3—Eliminate or otherwise modify land use practices that inhibit natural spring and wetland recovery.* Achieving this step may help in achieving many others. Once the water supply is established and the land is protected from disturbance, many other physical and biological aspects may follow. It is critical that restoration activities correct the primary cause of habitat degradation rather than simply treating the symptoms (Frissell 1997). If spring brook channels are unstable and severely eroding, it is important to correct the primary cause of the erosion (e.g., inappropriate livestock use or a road located along the stream channel) rather than treat the inchannel symptom (e.g., install bank protection). If instream structures are used, they should be one component of a more holistic effort at restoration that includes elimination of poor land use practices.

Springs and a portion of their spring brooks should always be protected from activities that decrease biological diversity and cause functional changes in aquatic and riparian communities. The intensity of use at each spring should be

limited to levels that maintain or restore biological diversity. Many rare aquatic species occur at spring sources and upper reaches of spring brooks, indicating that spring sources should be maintained in a natural condition. If flow diversion is necessary, surveys should be conducted to determine biological consequences of reduced spring discharge. Information from these surveys may also assist in determining where diversions may be placed in order to minimize decreases in biological diversity. Using spring boxes for diversion is discouraged because it impacts spring source habitats that are often occupied by TES species. Physical and biological integrity of spring sources can often be protected by diverting water from a dry well placed below the source in the spring brook bed. Future development of springs should be minimal and diversions should be limited to only the amount of water needed for the intended use. Surveys should be conducted to determine biological diversity and quantities of water that should remain in the spring brook. Diversions should also be limited to periods when water is needed at a specified destination and they should not continue throughout the year when diversion is unnecessary. All water should remain in a spring brook when not being used for other purposes.

Other uses (e.g., recreation and ungulate use) should not detrimentally impact the natural character of a spring source or its spring brook. Greater lengths of the spring brook should be protected when biological information indicates that protecting a source does not provide sufficient management to maintain biological diversity. The length of the spring brook needing protection should be identified from field surveys.

*Step 4—Protect rare, sensitive, threatened, or endangered species and their habitats.* The first principle of successful restoration is to protect any remaining sensitive or high-quality resources (Doppelt et al. 1993; Frissell 1997). Temporary fencing, flags, or other markings may be necessary to ensure that sensitive habitats are not disturbed. It also may be necessary to closely monitor any remaining rare species to ensure that habitats are not inadvertently degraded during restoration work.

*Step 5—Protect remaining high-quality habitat areas.* In addition to protecting TES species and their habitat, any remaining high-quality habitat areas should be protected in the restoration process. These may include headsprings that have not been disturbed or patches of native woody vegetation.

*Step 6—Control nonnative animal and plant species.* Often nonnative plant and animal species need to be controlled in order to facilitate restoration. It is critical that control efforts be targeted specifically to nonnative species. These efforts should be prioritized so that species harming threatened or endangered species or species changing the functional characteristics of riparian vegetation are eradicated as soon as they are located. Extreme caution should be exercised when eradicating nonnative species because many treatments may adversely affect a spring's biological diversity. Extensive planning may be required to minimize impacts of these treatments and prevent them from causing long-term changes in community structure and biological diversity. Methods to minimize impacts include manual removal of target species, targeting only a small portion of habitat during a single treatment, or establishing refuges for

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 223 of 283

species where they are protected from treatment effects.

Nonnative species that are a high priority for removal may include mosquito fish (*Gambusia affinis*) goldfish (*Carassius auratus*), cichlid fishes (*Cichlasoma* and *Tilapia*), bullfrogs (*Rana catesbeiana*), saltcedar (*Tamarix ramosissima*) and giant reed (*Arundo donax*). If species-specific control efforts are unavailable and more generic treatments must be substituted (e.g., rotenone to eliminate nonnative fish or broad-spectrum herbicide to eliminate exotic weeds), nontarget species should be protected. This might include temporarily holding nontarget species in aquaria or other facilities, treating only during certain times of the year, or treating only under certain weather conditions. If nonnative woody plants, such as saltcedar or Russian olive (*Elaeagnus angustifolia*), are controlled, it may be necessary to reintroduce desirable native species such as willows, cottonwoods, or alders if they do not naturally reappear.

Nonnative plant inventories (including surveys for noxious weeds) should be an integral part of initial spring condition assessments. Basic assessments of invasion rates and condition of native vegetation should be documented.

Treatment of noxious weeds requires a three-tier process: assessment, environmental documentation (NEPA compliance), and implementation. Depending on the species, treatments will vary and will include manual removal (cultural control), herbicide application, and potentially, biocontrol methods, or a combination of these methods. The most effective methods for reducing noxious weed invasions are to avoid manipulating unaltered spring systems at or near the spring source by installing water developments and to minimize herbivory and trampling impacts. Once site hydrology is altered by changing flow patterns and soil deposition, noxious weeds are quickly able to invade the altered area. A number of treatments exist to control noxious weeds in wetlands. Contact State and local experts to select appropriate methods.

Monitoring of noxious weed invasions should consist of gathering pretreatment baseline information on invasion size and condition of existing native vegetation to determine which method(s) will provide the greatest success. At a minimum, pre- and post-treatment photo monitoring plots should be established. Followup monitoring is essential to check for reestablishment of noxious weeds and the recovery of native vegetation. Reliable monitoring methods include establishing photo plots and determining the percent of understory plant cover using line, point-intercept, or cover board measurements and the percent of overstory cover using a densiometer.

*Step 7—Reintroduce native species as necessary.* If native species have been extirpated from the spring but occur in remaining parts of their range, reintroduction may be warranted. Guidelines for reintroductions of aquatic species are available from the American Fisheries Society (Williams et al. 1998) or may be included in recovery plans. Such guidelines should be consulted prior to any reintroduction attempts. Concerns about reintroductions include habitat issues (e.g., adequacy of habitat to fulfill all life history requirements of reintroduced species, impacts to other rare species from the reintroduced species) and species issues (e.g., obtaining reintroduced

stock from the most appropriate source, introducing undesirable pathogens or parasites with the reintroduced species).

Often native plant species do not need to be planted because of latent seed sources. In situations where revegetation is necessary to restore spring brook banks and riparian zones, restoration programs may include the following provisions:

- Use site-specific plant material by growing plugs of native vegetation (e.g., grass, graminoid, or shrub genera) including, but not limited to, *Poa, Leymus, Juncus, Carex, Salix* spp., or taking divisions or cuttings (willow poles) from existing vegetation. If native plant material is unavailable at the site due to severe impacts, use vegetation from the nearest ecologically similar site based on spring type, soils, elevation, and site potential.

- Use weed-free mulches to minimize water loss and plant stress and install plant protectors to reduce herbivory.

- Install biodegradable erosion netting or other erosion prevention material along banks or in denuded areas.

*Step 8—Monitor the effectiveness of actions on desired conditions.* Effectiveness monitoring is conducted in order to determine if goals and objectives are being achieved. In other words, this type of monitoring answers the question, "Did our planned actions achieve the desired results?" Monitoring should be designed to determine whether restoration actions resulted in changes toward desired condition. Parameters monitored must be measurable and relate back to the established goals of the restoration plan. The collection of pretreatment data on vegetation density, cover, and

species composition may be needed to determine such changes. Establish photo points at several locations to track changes in vegetation and condition. Additional suggestions on how to design monitoring to detect desired changes are provided by Kershner (1997).

*Step 9—Analyze monitoring data and recommend changes in management as necessary.* Implementation and effectiveness monitoring data should be analyzed to determine what restoration treatments worked, to what extent the desired results were achieved, and what treatments did not work (Walters 1986). Comparison of treatment information with data from an undisturbed reference site or pretreatment data from the spring being restored can easily demonstrate changes to habitat condition. Such information may lead to recommended changes in management strategies. If so, it is important to document and communicate the rationale for such changes.

*Step 10—Communicate the results to interested parties.* Monitoring reports can build support for restoration efforts by demonstrating positive change in spring, riparian, and wetland conditions. Partners and other interested parties should be kept informed of progress so that interest in and support for the project are maintained. Even if desired results were not achieved, it is important to document these findings in writing and communicate the results so that we can learn from our efforts and modify future management to achieve desired condition. With existing variability in weather patterns and environmental disturbances, unanticipated results may be likely. For these reasons, adaptive management and incremental implementation of restoration actions are sound strategies.

# VII. Summary

Springs and seeps are distinctive habitats that often support unique plant, invertebrate, and vertebrate communities. Most springs are comparatively constant environments that are minimally affected by temperature variation, scouring, and droughts that structure aquatic and riparian communities in streams and rivers. Biological diversity of persistent springs in good condition is greater than it is in either seeps, ephemeral springs, or springs degraded by diversions, impoundment, excessive livestock grazing, or nonnative species. The currently degraded condition of many springs and the recent extinction and extirpation of populations found only in these habitats indicate that changes are necessary to maintain the biological integrity of these aquatic macroinvertebrate and riparian systems.

Springs are usually small and management often requires targeting uses within a limited area. Springs and a portion of their spring brooks should always be protected from activities that reduce biological diversity or cause functional changes in aquatic and riparian communities. Many TES species that rely on springs are most abundant near spring sources and the upper portions of spring brooks, indicating that these areas are most sensitive to uses that degrade habitat quality. If a spring must be used, the impacted area should be limited to lower reaches of spring brooks where resource values are lowest. Management deficiencies that allow habitat degradation can often be identified using techniques to assess the PFC of lotic systems as described in Prichard et al. (1999), but additional insight may be necessary to assess requirements to protect or restore TES species. Biological conditions of springs may also be assessed by examining macroinvertebrate communities using rapid bioassessment techniques.

The large number of springs in some areas, the wide variety of uses that degrade habitat quality, and incomplete biological surveys often make it difficult to prioritize management and restoration programs. Highest priority management springs are perennial, regionally scarce sites that are used by more than one species of migratory bird. High priority sites also have TES species, riparian systems that are dominated by native wetland species, and aquatic macroinvertebrate communities dominated by pollution intolerant forms. These springs should also be in PFC or functioning at risk with an upward trend. Aquatic macroinvertebrate communities in moderate priority sites may consist of both pollution tolerant and intolerant forms. These springs may be used by a single obligate riparian bird species and they occur in areas where springs are not regionally scarce. Their riparian systems are dominated by native wetland species and they may be either occupied or known historical habitat for TES species. Low priority management sites include intermittent springs that are in PFC or functioning at risk with

an upward trend, and they occur in areas where springs are not regionally scarce. Their aquatic macroinvertebrate community is dominated by pollution tolerant forms and the riparian system is dominated by nonnative wetland species.

Restoration programs may be required to return aquatic and riparian systems to their historical biological diversity and community structure and function. Restoration programs must begin by managing uses that degrade habitat quality; such degradation is most commonly a result of impacts from nonnative species, reductions in discharge caused by diversion or excessive ground-water use, pollution, and excessive ungulate or recreational use. Restoration programs may also be prioritized by considering habitat condition, spring persistence, the regional abundance of springs, TES species values, use of the habitat by migratory birds, and the potential for reestablishing historical riparian and aquatic macroinvertebrate communities. Restoration programs should discourage use of artificial treatments and allow natural processes to facilitate recovery.

The effectiveness of management and restoration programs must be determined by monitoring whether goals and objectives are being achieved. Monitoring programs should include photo points and biological data that describe pre- and post-treatment condition of species composition, vegetative cover, or other metrics that can document changes which can be attributed to management and use.

Implementing programs that maintain the biological integrity of springs and seeps will reduce extinctions and the extirpation of unique populations while protecting habitats with high biodiversity, unique plant and animal communities, and TES species.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 227 of 283

# Appendix A. Spring Ecosystem Ecology

A number of studies have examined the aquatic ecology of springs (e.g., Williams and Smith 1990; Glazier 1991; Williams and Danks 1991; Ferrington 1995; Botosaneanu 1998). Work from other regions and systems also provides basic information about Western U.S. springs; however, knowledge of crenobiology lags behind lentic and lotic ecology. Additional information is necessary to fully understand the interacting aspects of spring biotic and abiotic characteristics, but it is widely accepted that chemical composition, morphology, water temperature, and environmental variation usually combine to create a unique habitat in each spring (Hynes 1970; Pritchard 1991; Erman and Erman 1995; van der Kamp 1995).

Most spring-fed systems include aquatic species that are close relatives to common species in other North American wetlands. Many are also habitat for endemic fish, mollusks, and aquatic insects. Environmental characteristics affect plant and animal assemblages at springs. Most spring environments are less variable than other aquatic habitats (e.g., streams, rivers, and lakes), which causes variability in spring populations and assemblage structure to be comparatively low (Minckley 1963; van der Kamp 1995). Variation is typically lowest near the source (where environments are comparatively stable) and greatest downstream (where environmental variability is higher) (Deacon and Minckley 1974). Species composition of source and downstream communities are usually different. Species in source habitats often do not occur downstream where temperature variation is greatest, and many source species prefer habitats that are unique to spring sources (Hayford et al. 1995; Hershler 1998; O'Brien and Blinn 1999).

There are also seasonal differences in abundance and changes in aquatic species richness and abundance along the continuum. Resh (1983) found more species near the source of a Mendocino County, California, spring, but higher animal density in downstream reaches. In a small New Mexico spring, Noel (1954) found that density was highest near the source and during the period January through September. Abundance also differs throughout the year in response to food availability, temperature, reproduction, and migration (Minckley 1964; Glazier and Gooch 1987; Varza and Covich 1995; Hayford and Herrmann 1998).

Smaller springs are generally autotrophic aquatic systems that depend little on allochthonous carbon sources, which is similar to energy budgets of low order streams (Minshall 1978; Cushing and Wolf 1984). In larger springs, energy

BLM_0063178

may also enter during periodic floods that flush carbon from the surrounding landscape. Plant and animal assemblages in springs are also similar to aquatic and riparian assemblages associated with streams and ponds. However, they exhibit diverse compositional and structural characteristics that are unique. Springs with harsh environments (e.g., high water temperatures, high concentrations of dissolved solids, subject to scouring floods or periodic drying, etc.) are biologically depauperate in comparison to springs with cooler, purer water. Life within and surrounding harsh environments may be limited to animals and plants that can tolerate conditions where osmoregulation and respiration are difficult (Brock 1994; Kristijansson and Hreggvidsson 1995). In montane Sierra Nevada springs, Erman and Erman (1995) found species diversity was correlated with spring permanence, calcium concentration, specific conductance, pH, magnesium, and alkalinity. Flies (Diptera) are the most common animals in harsh environments and blue-green algae frequently dominates the vegetation community of hot springs. In cooler habitats where harshness is moderate, stoneflies (Plecoptera), mayflies (Ephemeroptera), and caddisflies (Trichoptera) are common components of the aquatic fauna. Sada and Nachlinger (1996, 1998) also found that spring size and habitat conditions influence the biological diversity of southern Nevada springs. Aquatic and riparian communities at larger springs and springs that had been minimally altered had greater biological diversity than communities at small and highly disturbed springs.

The ecology of hot springs differs from that of thermal and cold springs. Hot springs are scattered throughout the western U.S., but animal communities in these systems may be comparatively depauperate due to the extremes of temperature and acidity. Hot springs are rarely occupied by vertebrates and most macroinvertebrates cannot live in these extreme environments. Consequently, communities in thermal systems are dominated by two types of aquatic microorganisms (microbial flora): 1) thermophiles, which are organisms tolerant of extremely high water temperatures (>100°C), and 2) thermoacidophiles, which are organisms tolerant of highly acidic water (pH of 3 or less). Additionally, thermal springs are sometimes covered by dense vegetative mats comprised of cynobacteria and *Chloroflexus* sp. (a photosynthetic bacterium). As the mat grows, the cells underneath become shaded and die, and they are replaced by other bacteria capable of surviving dimmer light conditions. Color variation in this layer is a function of the ratio of chlorophyll to plant carotenoids.

Many early studies determined that springs in the Western U.S. support unique animals (e.g., Gilbert 1893; Brues 1932; Hubbs and Miller 1948b; Taylor 1966). These early studies are complemented by recent work documenting approximately 200 endemic vertebrate and invertebrate taxa that occupy only these habitats (see Sada and Vinyard in press). Spring endemism is most widespread in the intermountain region and in habitats below 2200 meters elevation where historical use of water by humans may have been greatest (e.g., Cole and Watkins 1977; Hershler 1985; Hershler and Sada 1987; Hershler and Landye 1988; Shepard 1990; Skinner 1994; Erman 1996; Hershler

1998). Sada and Vinyard (in press) found that 158 of 199 endemic Great Basin aquatic animals primarily occur in mid- and lower elevation springs. Surveys in the Western U.S. are incomplete for most habitats and for many animal groups, indicating that future work will discover additional taxa (Hubbs et al. 1974; Deacon and Williams 1984; Sada et al. 1995; Hamlin 1996). Recent descriptions of mollusks and insects from a number of western springs (e.g., Hershler and Sada 1987; Shepard 1990; Erman 1996, 1997; Hershler 1998) also indicate that there may be additional undiscovered species.

Many habitats are occupied by a single or several endemic species. Communities with the highest endemic species diversity are concentrated in thermal springs of southern Nevada (e.g., Ash Meadows, Pahranagat Valley) and eastern California (Death and Owens Valleys) where there are endemic plants, fishes, mollusks, and aquatic insects (Hershler and Sada 1987; U.S. Fish and Wildlife Service 1990, 1998; Polhemus and Polhemus 1994; Hershler 1998; Schmude 1999). The importance of springs to regional biological diversity was also recognized by Anderson and Anderson (1995) who observed that insects in springs significantly contribute to the diversity of aquatic fauna in arid regions.

The complex influences of the physical and chemical environment on plant and animal physiology cause most springs to be biologically distinct. Additionally, habitat characteristics (e.g., water velocity, temperature, substrate composition, and environmental variation) also influence the distribution of aquatic and riparian species along the continuum of habitat from the spring source to where the spring dries or enters a larger aquatic habitat. For instance, stoneflies, caddisflies, and amphipods occur mostly in gravel habitats with strong current. Flies (Diptera), nematodes, and many dragonflies (Odonata) occur where environmental variation (e.g., variation in temperature, discharge, dissolved oxygen concentration, etc.) is greater and where current velocity is low and there is silty substrate. Although additional information is needed to identify habitats preferred by endemic macroinvertebrates, it appears that these species prefer specific habitat types. Springsnails in the genus *Pyrgulopsis* generally prefer gravel substrate and flowing water, whereas species in the genus *Tryonia* occur in sand substrate that is typically found along banks in slow current (Hershler and Sada 1987; Hershler 1998; Sada and Herbst 1999). Endemic beetles (e.g., *Stenelmis* sp. and *Microcylleopus* sp.) and bugs (e.g., *Ambrysus* sp. and *Limnocoris* sp.) are most common where gravel substrate occurs with high current velocities (Sada and Herbst 1999). Populations of these endemic taxa represent relict populations that became established during ancient pluvial periods over the past several million years (Taylor 1985; Hershler and Pratt 1990). These taxa occur only in springs that have not been severely altered and that have provided continuous aquatic habitat ever since ancestral forms first established. These springs have not dried and they are reliable water sources that can be used for conservation and public use when development programs are properly designed.

The aquatic flora of freshwater spring systems exhibits diverse compositional and structural characteristics unique to these community types and critical to associated aquatic biota. The emergent vegetation that occurs on the water surface of springs is comprised of several dominant species depending upon the gradient of a particular spring site. In low- to moderate-gradient springs, plants in the pondweed (*Potamogeton*), duckweed (*Lemna*), ditch-grass (*Ruppia*), horned-pondweed (*Zannichellia*), and watercress (*Rorippa*) genera are dominant. These species often provide an important food source for migratory waterfowl and *Rorippa* spp., in particular, is a critical component for rare mollusks (Sada and Nachlinger 1996).

Along spring banks the vegetation gradient shifts to monocot-dominant species in the sedge (*Carex*), spike-rush (*Eleocharis*), and bulrush (*Scirpus*) genera, which provide important structural characteristics necessary for water temperature regulation and hiding and nesting cover for wildlife. Depending on the spring type, overstory vegetation may or may not be present. When overstory occurs, it is most likely to consist of genera such as *Rosa* (rose) *Rhamnus* (coffeeberry), *Betula* (water birch), *Rhus* (skunkbush or lemonadeberry), *Ribes* (currant), *Cercis* (redbud), *Salix* (willow), and *Populus* (aspen).

Because of the relative isolation and often relictual nature of many spring systems, plant diversity and endemism is high compared to adjacent uplands. Sada and Nachlinger (1996) documented 250 species of plants and animals associated with springs in the Spring Mountains of southern Nevada.

Comparatively high species diversity (126-150 species) was also recorded at springs along the southwestern edge of the Great Basin in Owens Valley, California (DeDecker 1980; Ferren and Davis 1991).

Spring systems also may exhibit unusual hydrologic and edaphic characteristics that are associated with plant rarity. For example, soils near many Great Basin springs are highly alkaline with high levels of calcium, an element frequently associated with rare species in the genus *Astragalus* (milk vetch) (Ferren and Davis 1991). In Nevada, 17 wetland plants are on Sensitive or Watch Lists (Nevada Natural Heritage Program Database 1998), and in the Great Basin region of eastern California (Mono and Inyo Counties), 35 wetland plants are considered rare (Skinner 1994).

Riparian vegetation ecology at thermal springs may differ from fresh, cool water systems. At thermal springs, vegetation often responds to unique combinations of temperature, moisture, and salinity gradients (Brotherson and Rushforth 1987; Kristjansson and Hreggvidsson 1995). In a study of a Great Basin spring system in Benton Valley, California, Brotherson and Rushforth (1987) found that springs with higher temperatures consisted of two major terrestrial zones plus an algal mat at the edge of the open water; a more complex pattern of vegetation with four distinct zones was found at cooler springs. Zonation at cooler springs followed a pattern where total cover, moisture, and number of sedges decreased from the bank toward upland vegetation. Soil temperature, number of species per quadrat, grass and shrub

cover, and diversity increased from the bank toward upland vegetation. A total of 25 vascular plant species were associated with these springs, all of which were restricted to one or more vegetation zones.

Little information has been compiled to demonstrate the value of spring-fed riparian habitats to western U.S. birds, reptiles, amphibians, and mammals. However, extensive work in lotic riparian habitats indicates their importance to these animals (e.g., Warner and Hendrix 1984; Johnson et al. 1985; Naiman and Rogers 1997). Good riparian habitat has high structural diversity created by dense undergrowth of tangled vegetation and debris, more open vegetation at midlevel, and a comparatively open canopy provided by large trees. In many of the western U.S.'s riparian zones, this structure is a dense undergrowth of shrub willow and debris, willows at midlevel, and a willow and cottonwood tree canopy. Mesquite (*Prosopis* spp.) woodlands are also common in lower elevation and latitude regions (Hendrickson and Minckley 1984). Riparian habitat has been reduced at many springs by diversion, burning, vegetation control, and excessive ungulate grazing. As a result, suitable riparian habitat has been eliminated or degraded so that species such as brown-headed cowbirds (*Molothrus ater*) can more easily invade nesting areas.

Spring-fed riparian habitats can provide structurally diverse cover for resting, nesting, and feeding. The extent to which birds depend on water for drinking appears related to their dietary habits. Granivorous birds drink more than carnivorous or insectivorous birds (Fisher et al. 1972). Williams and Koenig (1980) related the significantly higher water dependency they observed in summer resident birds (when compared with permanent residents) to the greater frequency of granivory in nonmigrant permanent residents. Various species may respond differently to the presence of surface water. Williams and Koenig (1980) suggested that western tanagers (*Piranga ludoviciana*) may be dependent on springs during migration in central California, while Gubanich and Panik (1986) rarely recorded this species drinking from springs in western Nevada. Gubanich and Panik (ibid) did observe insectivorous species such as the American robin (*Turdus migratorius*), Townsends solitare (*Myadestes townsendi*), mountain bluebird (*Sailia currocoides*), northern flicker (*Colaptes cafer*), and horned lark (*Eremophila alpestris*), and five species of warbler drinking from springs. Both of these studies suggested that the stresses of migration may make insectivorous and frugivorous species at least seasonally dependent on spring water.

Birds are highly vulnerable to predation while drinking and traveling to and from water (Fisher et al. 1972). Gubanich and Panik (1986) compared use at two springs with different amounts of cover and concluded that use was greatest at the site with greater tree and shrub cover. Species such as the rufous-sided tohee (*Pipilo erythrophthalmus*), red-breasted nuthatch (*Sitta canadensis*), mountain chickadee (*Parus gambeli*), shrub jay (*Aphelocoma coerulescens*), and stellers jay (*Cyanocitta stelleri*) were never observed drinking away from cover. Many instances of birds seeking cover in trees and shrubs near springs

when avian predators appeared were also observed.

Spring-fed riparian habitats are also used by other vertebrates, some of which are endemic to small areas. Hall (1946) and Ingles (1965) identified voles endemic to spring-fed mesic alkali wetlands in desert regions, and Myers (1942) and Schuierer (1963) identified endemic toad populations in the southwestern Great Basin.

A Guide to Managing, Restoring, and Conserving Springs in the Western United States

# Appendix B. Examples

These following examples, which are taken from work conducted by Sada and Nachlinger (1996) in the Spring Mountains, Clark County, Nevada, illustrate using a table to prioritize spring ecosystem management. Included with the examples are some suggested management alternatives.

BLM_0063184

## Management Priority and High Restoration Priority

Willow Spring is a small perennial spring lying in the center of a heavily used picnic area. Its spring brook has been impounded and channelized. The presence of concrete, trails, and picnic sites have eliminated riparian vegetation. While some native species still exist, two springsnail species that are endemic to the Spring Mountains area have been extirpated. The site is functioning at risk. Even with this disturbance, native vegetation dominates the riparian community and biological diversity is near average for springs in the Spring Mountains. These factors suggest that the recovery potential is high. According to the guidelines in Tables 1 and 3, this site has a moderate management priority and a high restoration priority. Implementing proper management to improve existing conditions should cause biological diversity to increase. See Figures B1 and B2.

### Management Priority Evaluation

| Spring Permanence | TES Species Values | Community Composition | Existing Condition and Regional Scarcity | Management Priority |
|---|---|---|---|---|
| X | | | X | High |
| | X | X | | Moderate |
| | | | | Low |

### Restoration Priority Evaluation

| Spring Permanence | TES Species Values | Potential Community Composition | Existing Condition and Regional Scarcity | Management Priority |
|---|---|---|---|---|
| X | | | X | High |
| | X | X | | Moderate |
| | | | | Low |

### Suggested Management Direction

- Move the picnic facilities to a location at least 165 feet (50 m) downstream from the spring source and direct management toward recovering riparian vegetation and spring brook integrity.
- Initiate a restoration program to achieve PFC by reestablishing riparian vegetation and returning water to the historical spring brook.
- Reintroduce springsnails from nearby springs.
- Implement an education program to inform the public about reasons for management/use changes.
- Monitor the recovery process.



FIGURE B1

FIGURE B2

BLM_0063186

## High Management Priority and Low Restoration Priority

Kiup Spring is a moderate sized perennial spring (> 5 liter/minute) that is fenced and slightly disturbed by ungulates. It is in PFC, supports a springsnail population, and has moderate biological diversity. Ungulates use may be causing the erosion that is occurring east of the meadow According to the guidelines in Tables 1 and 3, this site has high management priority because it provides habitat for TES species. It has low restoration priority because current management is maintaining biological integrity. See Figure B3.

### Management Priority Evaluation

| Spring Permanence | TES Species Values | Community Composition | Existing Condition and Regional Scarcity | Management Priority |
|---|---|---|---|---|
| X | X | | X | High |
| | | X | | Moderate |
| | | | | Low |

### Restoration Priority Evaluation

| Spring Permanence | TES Species Values | Potential Community Composition | Existing Condition and Regional Scarcity | Management Priority |
|---|---|---|---|---|
| X | X | | | High |
| | | X | | Moderate |
| | | | X | Low |

### Suggested Management Direction

- Determine if ungulate grazing is becoming excessive.
- Maintain the exclosure fence.
- Monitor soil erosion along the east side of the spring and install control structures if necessary.



FIGURE B3

BLM_0063188

## High Management Priority and Low Restoration Priority

LaMadre Spring supports riparian and aquatic habitats that are in PFC. The spring is comparatively large, perennial, dominated by native riparian vegetation, and supports comparatively high biological diversity for springs in the Spring Mountains. This site provides habitat for TES species. It is minimally disturbed by current uses; however, the area is actively used by hikers. Trails through riparian vegetation have been developed by hiker use rather than by management design. Increased use of existing trails will cause erosion and degrade habitat quality. According to the guidelines in Tables 1 and 3, this site has high management priority because it provides habitat for TES species. It has low restoration priority because current management is maintaining biological integrity. See Figure B4 and B5.

### Management Priority Evaluation

| Spring Permanence | TES Species Values | Community Composition | Existing Condition and Regional Scarcity | Management Priority |
|---|---|---|---|---|
| X | X | X | X | High |
| | | | | Moderate |
| | | | | Low |

### Restoration Priority Evaluation

| Spring Permanence | TES Species Values | Potential Community Composition | Existing Condition and Regional Scarcity | Management Priority |
|---|---|---|---|---|
| X | X | X | | High |
| | | | | Moderate |
| | | | X | Low |

### Suggested Management Direction

- Design and redirect trails to prevent erosion from increased recreational use.
- Monitor the impacts of existing use and change management if habitat condition deteriorates.

A GUIDE TO MANAGING, RESTORING, AND CONSERVING SPRINGS IN THE WESTERN UNITED STATES

FIGURE B4

FIGURE B5

BLM_0063190

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 240 of 283

## Moderate Management and Restoration Priority

Stanley B Spring is a comparatively large perennial spring that supports riparian and aquatic habitats in PFC. This type of spring is common within the region that it occurs. The site is not disturbed under current management; however, the area is actively used by hikers. Existing trails have been developed by historical use rather than by management design. Increased use of existing trails may cause erosion and degrade habitat quality. The site has no known rare species but has comparatively high biological diversity. See Figure B6.

### Management Priority Evaluation

| Spring Permanence | TES Species Values | Community Composition | Existing Condition and Regional Scarcity | Management Priority |
|---|---|---|---|---|
| X | | X | | High |
| | | | X | Moderate |
| | X | | | Low |

### Restoration Priority Evaluation

| Spring Permanence | TES Species Values | Potential Community Composition | Existing Condition and Regional Scarcity | Management Priority |
|---|---|---|---|---|
| X | | X | | High |
| | | | | Moderate |
| | X | | X | Low |

### Suggested Management Direction

- Manage recreational use to protect aquatic and riparian habitats.
- Monitor riparian and aquatic habitats to ensure existing conditions are maintained.

BLM_0063191



FIGURE B6

BLM_0063192

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 242 of 283

## Low Management and Restoration Priority

Younts Spring is an intermittent spring that lies within a dry impoundment on the floor of a wash. The impoundment fills only during runoff from rain or melting snow at higher elevations. The spring is too small to measurably add water to the impoundment and it may dry during drought. The impoundment supports a dense saltcedar stand.

Riparian and aquatic biological diversity are low and almost one-half of riparian diversity is nonnative plants. Obligate wetland plants are less than 10 percent of the riparian community and 25 percent of the riparian community is upland plants. There are no TES species present, but the area is in PFC. Because this is an intermittent system, it has a low management priority, and since it is in PFC, it has a low restoration priority. See Figure B7.

### Management Priority Evaluation

| Spring Permanence | TES Species Values | Community Composition | Existing Condition and Regional Scarcity | Management Priority |
|---|---|---|---|---|
| | | | | High |
| | | X | | Moderate |
| X | X | | X | Low |

### Restoration Priority Evaluation

| Spring Permanence | TES Species Values | Potential Community Composition | Existing Condition and Regional Scarcity | Management Priority |
|---|---|---|---|---|
| | | | | High |
| | | X | | Moderate |
| X | X | | X | Low |

### Suggested Management Direction

- Control the saltcedar.
- Eliminate the impoundment.
- Monitor to determine if management changes are effective.



FIGURE B7

BLM_0063194

# Glossary

ABIOTIC: Nonliving, lifeless.

ALLOCHTHONOUS: Ecosystems in which energy is derived from outside the habitat; e.g., aquatic systems where energy is provided by riparian vegetation that falls into the water and decays. Compare to autochthonous.

ARTESIAN: Water under confined pressure. See also potentiometric level.

AUTOCHTHONOUS: Ecosystems in which energy is produced within the habitat; e.g., aquatic systems where energy is provided by sunlight that in turn produces plant growth. Compare to allochthonous.

AUTOTROPHIC: Organisms capable of synthesizing complex organic substances from simple inorganic substrates.

BIOLOGICAL DIVERSITY: Biotic characteristics of a landscape unit that are described by species, community, and genetic diversity.

BIOTIC: Living.

CAROTENOIDS: Plants containing a class of accessory photosynthetic pigments that include the carotenes (yellows, oranges, and reds) and xanthophylls (yellow).

CRENOBIOLOGY: The study of the biology of springs.

CYANOBACTERIA: Blue-green algae.

EDAPHIC: Factors occurring because of the nature of soil.

ELECTRICAL CONDUCTANCE: Ability of a substance to transmit electricity.

FRUGIVOROUS: An animal that eats fruit.

GRANIVOROUS: An animal that eats grain.

HELOCRENE: A spring source that is shallow and marshy.

LIMNOCRENE: A spring source that is a deep pool.

MONOCOT: A type of flowering plant with a single leaflike structure to its embryo. This group includes grasses.

POTENTIOMETRIC LEVEL: The level at which water rises in a well drilled into a confined aquifer. Water only flows from a spring if the potentiometric level is above the ground surface.

RELICT: Populations which are persistent remnants of an ancient lineage of plants or animals that were formerly widespread and that currently occur in isolated habitats.

RHEOCRENE: A flowing spring.

SITE POTENTIAL: The future biotic and abiotic condition of a restored habitat following implementation of improved management treatments.

SPRING BROOK: A channel that carries water flowing from a spring.

SPRING PROVINCE: A group of springs in close geographical proximity.

TEMPORAL FLUCTUATION: Fluctuations that occur over time.

THERMOACIDOPHILES: Plants and animals that only occupy thermal or hot, acid habitats.

THERMOPHILES: Plants and animals that only occupy thermal or hot habitats.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 246 of 283

# Literature Cited

Anderson, T.M. and N.H. Anderson. 1995. The insect fauna of spring habitats in a semiarid rangelands in central Oregon. *In* L.C. Ferrington (ed.). Biodiversity of aquatic insects and other invertebrates in springs. Journal of the Kansas Entomological Society 68 (2) supplement. Special Publication No. 1. Pages 65-76.

Angermeier, P.L. 1997. Conceptual roles of biological integrity and diversity. *In* J.E. Williams, C.A. Wood, and M.P. Dombeck (eds.). Watershed restoration: Principles and practices. American Fisheries Society. Bethesda, Maryland. Pages 49-65

Botosaneanu, L. (ed.). 1998. Studies in crenobiology. The biology of springs and spring brooks. Backhuys Publishers, Leiden, The Netherlands.

Brock, T.D. 1994. Life at high temperatures. Yellowstone Association for Natural Science, History and Education, Inc. Yellowstone Association: (307) 344-2293.

Brotherson, J.D. and S.R. Rushforth. 1987. Zonation patterns in the vascular plant communities of Benton Hot Springs, Mono County, California. Great Basin Naturalist. Vol. 47, No. 4.

Brues, C.T. 1932. Further studies on the fauna of North American hot springs. Proceedings of the American Academy of Arts and Science 67:185-303.

Brune, G. 1975. Major and historical springs of Texas. Texas Water Development Board Report 189:1-94.

Cairns, J., Jr. 1988. Increasing diversity by restoring damaged ecosystems. *In* E.O. Wilson (ed.). Biodiversity. National Academy Press, Washington, DC. Pages 333-343.

Cole, G.A. and R.L. Watkins. 1977. *Hyalella montezuma*, a new species (Crustacea: Amphipoda) from Montezuma Well, Arizona. Hydrobiologia 52:175-184.

Courtenay, W.R., Jr., D.A. Hensley, J.N. Taylor, and J.A. McCann. 1984. Distribution of exotic fishes in the continental United States. *In* W.R. Courtenay, Jr. and J.R. Stauffer (eds.). Distribution, biology, and management of exotic fishes. Johns Hopkins University Press, Baltimore, Maryland. Pages 41-77.

Cushing, C.E. and E.G. Wolf. 1984. Primary production in Rattlesnake Springs, a cold desert spring-stream. Hydrobiologia 114:229-236.

Deacon, J.E. and W.L. Minckley. 1974. Desert fishes. *In* Desert biology, Volume II. Academic Press, New York. Pages 385-487.

Deacon, J.E. and J.E. Williams. 1984. Annotated list of the fishes of Nevada. Proceedings of the Biological Society of Washington 97:103-118.

DeDecker, M. 1980. Plant list of Owens Valley Springs. Unpublished report.

Doppelt, B., M. Scurlock, C. Frissell, and J. Karr. 1993. Entering the watershed: A new approach to save America's river ecosystems. Island Press. Washington, DC.

Dudley, W.W., Jr. and J.D. Larson. 1976. Effect of irrigation pumping on desert pupfish habitats in Ash Meadows, Nye County, Nevada. U.S. Geological Survey Professional Paper 927:1-52.

Ehrhart, R.C. and P.L. Hansen. 1997. Effective cattle management in riparian zones: A field survey and literature review. Montana Bureau of Land Management Technical Bulletin No. 3, Billings.

Ehrhart, R.C. and P.L. Hansen. 1998. Successful strategies for grazing cattle in riparian zones. Montana Bureau of Land Management Technical Bulletin No. 4, Billings.

Erman, N.A. 1984. The use of riparian systems by aquatic insects. *In* R.E. Warner and K.M. Hendrix (eds.). California riparian systems. University of California Press, Berkeley. Pages 177-182 .

Erman, N.A. 1987. Caddisfly adaptations to the variable habitats at the land-water interface. *In* H. Tachet (ed.). Proceedings of the Fifth International Symposium on Trichoptera. Series Entomologica, The Hague, Netherlands. Pages 275-279.

Erman, N.A. 1992. Factors determining biodiversity in Sierra Nevada cold spring systems. *In* C.A. Hall, V. Doyle-Jones, and B. Widawski (eds.). The history of water: Eastern Sierra Nevada, Owens Valley, White Mountains. University of California, White Mountain Research Station Symposium Vol. 4. Pages 119-127.

Erman, N.A. 1996. Studies of aquatic invertebrates. Sierra Nevada Ecosystem Project: Final report to Congress, Vol. II. Assessment and scientific basis for management options. University of California, Centers for Water and Wildland Resources: 987-1008.

Erman, N.A. 1997. Factors affecting the distribution of a new species of *Allomyia* (Trichoptera: Apataniidae) in cold springs of the Sierra Nevada, California, USA. Proceedings of the 8th International Symposium on Trichoptera. Ohio Biological Survey.

Erman, N.A. and D.C. Erman. 1990. Biogeography of caddis fly (Trichoptera) assemblages in cold springs of the Sierra Nevada (California, USA). Contribution 200, California Water Resources Center, ISSN 575-4941: 29 pp.

Erman, N.A. and D.C. Erman. 1995. Spring permanence, Trichoptera species richness, and the role of drought. Journal of the Kansas Entomological Society 68:50-64.

Ferren, W.R. and F.W. Davis. 1991. Biotic inventory and ecosystem characterization for Fish Slough, Inyo and Mono Counties, California. Unpublished report to California Department of Fish and Game.

Ferrington, L.C. 1995. Biodiversity of aquatic insects and other invertebrates in springs: Introduction. *In* L.C. Ferrington (ed.). Biodiversity of aquatic insects and other invertebrates in springs. Journal of the Kansas Entomological Society 68 (2) supplement. Special Publication No. 1. Pages 1-2.

Fisher, C.D., E. Lindgren, and W.R. Dawson. 1972. Drinking patterns and behavior of Australian desert birds in relation to their ecology and abundance. Condor 74:111-136.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

Forester, R.M. 1991. Ostracode assemblages from springs in the western United States: Implications for paleohydrology. Arthropods of springs, with particular reference to Canada. Memoirs of the Entomological Society of Canada No. 155.

Frissell, C.A. 1997. Ecological principles. *In* J.E. Williams, C.A. Wood, and M.P. Dombeck (eds.). Watershed restoration: Principles and practices. American Fisheries Society. Bethesda, Maryland. Pages 96-115.

Garside, L.J. and J.H. Shilling. 1979. Thermal waters of Nevada. Nevada Bureau of Mines and Geology, Bulletin 91:1-163.

Gilbert, C.H. 1893. Report on the fishes of the Death Valley Expedition collected in southern California and Nevada in 1891, with descriptions of new species. North American Fauna No. 7:229-234.

Glazier, D.S. 1991. The fauna of North American temperate cold springs: Patterns and hypotheses. Freshwater Biology 26:527-542.

Glazier, D.S. and J.L. Gooch. 1987. Macroinvertebrate assemblages in Pennsylvania (U.S.A.) springs. Hydrobiologia 150:33-43.

Gubanich, A.A. and H.R. Panik. 1986. Avian use of waterholes in pinyon-juniper. *In* R.L. Everett (compiler). Proceedings of the Pinyon-Juniper Conference. USDA Forest Service General Technical Report. INT-215. Pages 534-540.

Hall, E.R. 1946. Mammals of Nevada. University of California Press, Berkeley.

Hamlin, R.A. 1996. Conservation genetics of remnant springsnail, *Pyrgulopsis wongi*, populations in desert valleys of California and Nevada. Unpublished M.S. thesis, University of Nevada, Reno. 54 pages.

Hayford, B.L. and S.J. Herrmann. 1998. Migration patterns of four macroinvertebrates along a rheocrene thermal spring. *In* L. Botosaneau, (ed.). Studies in crenobiology. The biology of springs and spring brooks. Backhuys Publishers, Leiden, The Netherlands. Pages 75-83.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 249 of 283

Hayford, B.L., J.E. Sublette, and S.J. Herrmann. 1995. Distribution of chironomids (Diptera: Chironomidae) and ceratopogonids (Diptera: Ceratopogonidae) along a Colorado thermal spring effluent. *In* L.C. Ferrington, Jr. (ed.). Biodiversity of aquatic insects and other invertebrates in springs. Journal of the Kansas Entomological Society, Special Publication No. 1.

Hem, J.D. 1992. Study and interpretation of the chemical characteristics of natural water. U.S. Geological Survey Water Supply Paper 2254, third edition.

Hendrickson, D.A. and W.L. Minckley. 1984. Ciénegas—vanishing climax communities of the American southwest. Desert Plants 6:131-175.

Hershler, R. 1985. Systematic revision of the Hydrobiidae (Gastropods: Rissoacea) of the Cuatro Cienegas Basin, Coahuila, Mexico. Malacologia 26:31-1213.

Hershler, R. 1989. Springsnails (Gastropoda: Hydrobiidae) of Owens and Amargosa River (exclusive of Ash Meadows) drainages, Death Valley System, California-Nevada. Proceedings of the Biological Society of Washington 102:176-248.

Hershler, R. 1998. A systematic review of the Hydrobiid Snails (Gastropoda: Rissooidea) of the Great Basin, Western United States. Part 1. Genus *Pyrgulopsis*. Veliger:1-132.

Hershler, R. and D.W. Sada. 1987. Springsnails (Gastropoda: Hydrobiidae) of Ash Meadows, Amargosa basin, California-Nevada. Proceedings of the Biological Society of Washington 100:776-843.

Hershler, R. and J.J. Landye. 1988. Arizona Hydrobiidae (Prosobranchia: Rissoacea). Smithsonian Contributions to Zoology Number 459.

Hershler, R. and W.L. Pratt. 1990. A new *Pyrgulopsis* (Gastropoda: Hydrobiidae) from southeastern California, with a model for historical development of the Death Valley hydrographic system. Proceedings of the Biological Society of Washington 103:279-299.

Holsinger, J.R. 1974. Systematics of the subterranean amphipod genus *Stygobromus* (Gammaridae), Part 1: Species of the western United States. Smithsonian Contributions in Zoology 160.

Hubbs, C.L. 1932. Studies of the fishes of the Order Cyprinodontides. XII. A new genus related to *Empetrichthys*. University of Michigan Museum of Zoology, Occasional Papers 252:1-5.

Hubbs, C.L. and E.R. Kuhne. 1937. A new fish of the genus *Apocope* from a Wyoming warm spring. University of Michigan Museum of Zoology, Occasional Paper 343:1-21.

Hubbs, C.L. and R.R. Miller. 1948a. Two new relict genera of cyprinid fishes from Nevada. University of Michigan Museum of Zoology, Occasional Paper 507:1-30.

Hubbs, C.L. and R.R. Miller. 1948b. The zoological evidence: Correlation between fish distribution and hydrographic history in the desert basins of western United States. Bulletin of the University of Utah 38:17-166.

Hubbs, C.L., R.R. Miller, and L.C. Hubbs. 1974. Hydrographic history and relict fishes of the north-central Great Basin. Memoirs of the California Academy of Sciences, Volume VII.

Hynes, H.B.N. 1970. The ecology of running waters. University of Toronto Press, Toronto. 555pp.

Ingles, L.G. 1965. Mammals of the Pacific states, California, Oregon, and Washington. Stanford University Press. 506 pp.

Johnson, R., C.D. Zeibell, D.R. Patton, P.F. Ffolliott, and R.H. Hamre. 1985. Riparian ecosystems and their management: Reconciling conflicting uses. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station, General Technical Report RM-120.

Karr, J.R., K.D. Fausch, P.L. Angermeier, P.R. Yant, and I.J. Schlosser. 1986. Assessing biological integrity in running waters: A method and its rationale. Illinois Natural History Survey Special Publication 5.

Kauffman, J.B. and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications. A review. Journal of Range Management 37:430-437.

Kershner, J.L. 1997. Monitoring and adaptive management. *In* J.E. Williams, C.A. Wood, and M.P. Dombeck (eds.). Watershed restoration: Principles and practices. American Fisheries Society. Bethesda, Maryland. Pages 116-131.

Kristijansson, J.K. and G.O. Hreggvidsson. 1995. Ecology and habitats of extremophiles. World Journal of Microbiology and Biotechnology. Vol. 11.

Leonard, S., G. Kinch, V. Elsbernd, M. Borman, and S. Swanson. 1997. Grazing management for riparian-wetland areas. U.S. Bureau of Land Management Technical Reference 1737-14. Denver, Colorado.

Meinzer, O.E. 1923. Outline of ground-water hydrology, with definitions. U.S. Geological Survey Water Supply Paper 494.

Mifflin, M.D. 1988. Region 5, Great Basin. *In* Geology of North America, Volume O-2, Hydrogeology, Geological Society of America.

Miller, R.R. 1943. *Cyprinodon salinus*, a new species of fish from Death Valley, California. Copeia 1943:1-25.

Miller, R.R. 1948. The cyprinodont fishes of the Death Valley system of eastern California and southwestern Nevada. University of Michigan Museum of Zoology Miscellaneous Publication 68:1-155.

Miller, R.R. 1961. Man and the changing fish fauna of the American southwest. Papers of the Michigan Academy of Science, Arts, and Letters 46:365-404.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 251 of 283

Miller, R.R., J.D. Williams, and J.E. Williams. 1989. Extinctions of Northern American fishes during the past century. Fisheries 14:22-38

Milligan, J.H., Marshall, R.E. and J.M. Bagley. 1966. Thermal springs of Utah and their effect on manageable water resources. Utah Water Resources Research Laboratory, Utah State University, Report. WG23-6.

Minckley, W.L. 1963. The ecology of a spring stream, Doe Run, Meade County, Kentucky. Wildlife Monographs 11:1-124.

Minckley, W.L. 1964. Upstream movements of *Gammarus* in Doe Run, Meade County, Kentucky. Ecology 45:195-197.

Minshall, G.W. 1978. Autotrophy in stream ecosystems. BioScience 28:767-771.

Moyle, P.B. 1984. Fish introduction into North America: Patterns and ecological impact. *In* H.A. Mooney and J.A. Drake (eds.). Ecology of biological invasions of North America and Hawaii. Ecological Studies 58. Springer-Verlag. Pages 27-43.

Mozingo, H.N. and M. Williams. 1980. Threatened and endangered plants of Nevada. U.S. Fish and Wildlife Service and Bureau of Land Management.

Myers, G.S. 1942. The black toad of Deep Springs Valley, Inyo County, California. Occasional Papers of the Museum of Zoology, University of Michigan 460:1-13.

Naiman, R.H. and K.H. Rogers. 1997. Large animals and system-level characteristics in river corridors. Implications for management. BioScience 47:521-529.

Naiman, R.J., H. Decamps, and M. Pollock. 1993. The role of riparian corridors in maintaining regional biodiversity. Ecological Applications 3:209-212.

Nevada Natural Heritage Program Database. 1998. List of 213 sensitive plant taxa.

Noss, R.F. 1990. Indicators for monitoring biodiversity: A hierarchical approach. Conservation Biology 4:355-364.

Noel, M.S. 1954. Animal ecology of a New Mexico springbrook. Hydrobiologia 6:120-135.

O'Brien, C. and D.W. Blinn. 1999. The endemic spring snail *Pyrgulopsis montezumensis* in a high $CO_2$ environment: Importance of extreme chemical habitats as refugia. Freshwater Biology 42:225-234.

Orth, D.J. 1983. Aquatic habitat measurements. *In* L.A. Nielsen et al. (eds.). Fisheries techniques. American Fisheries Society, Bethesda, Maryland. Pages 61-84.

Peterken, G.F. (ed.). 1957. Guide to the check sheet of IBP areas. International Biological Programme Handbook 4, Blackwell, Oxford. 133 pp.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 252 of 283

Plafkin, J.L., M.T. Barbour, K.D. Porter, S.K. Gross, and R.M. Hughes. 1999. Rapid bioassessment protocols for use in streams and rivers: Benthic macroinvertebrates and fish. U.S. Environmental Protection Agency EPA/444/4-89-001. Washington, DC.

Polhemus, J.T. and D.A. Polhemus. 1994. A new species of *Ambrysus* Stål from Ash Meadows, Nevada (Heteroptera: Naucoridae). Journal of the New York Entomological Society 102:261-265.

Prichard, D., F. Berg, W. Hagenbuck, R. Krapf, R. Leinard, S. Leonard, M. Manning, C. Noble, and J. Staats. 1999. Riparian area management: A user guide to assessing proper functioning condition and supporting science for lentic areas. Technical Reference 1737-16. Bureau of Land Management, Denver, CO. BLM/RS/ST-99/00+1737. 116 pp.

Pritchard, G. 1991. Insects in thermal springs. Memoirs of the Entomological Society of Canada 155:89-106.

Resh, V.G. 1983. Spatial differences in the distribution of benthic macroinvertebrates along a spring brook. Aquatic Insects 5:193-200.

Rosenberg, D.M. and V.H. Resh (eds). 1993. Freshwater biomonitoring and benthic macroinvertebrates. Chapman and Hall. New York.

Sada, D.W. and J.L. Nachlinger. 1996. Spring Mountains ecosystem: Vulnerability of spring-fed aquatic and riparian systems to biodiversity loss. Unpublished report to the U.S. Fish and Wildlife Service. Reno, Nevada.

Sada, D.W. and J.L. Nachlinger. 1998. Spring Mountains ecosystem: Vulnerability of spring-fed aquatic and riparian systems to biodiversity loss. Part II. Springs sampled in 1997. Unpublished report to the U.S. Bureau of Land Management. Las Vegas, Nevada.

Sada, D.W. and D.B. Herbst. 1999. Habitat use by rare aquatic macroinvertebrates in spring brooks of the upper Muddy River, Clark County, Nevada. Unpublished report to The Nature Conservancy, Southern Nevada Projects Office, Las Vegas, Nevada.

Sada, D.W. and G.L. Vinyard. In press. Anthropogenic changes in historical biogeography of Great Basin aquatic biota. Smithsonian Contributions to the Earth Sciences, Volume 33 (to be published in 2002).

Sada, D.W., G.L. Vinyard, and R. Hershler. 1992. Environmental characteristics of small springs in northern Nevada (abstract). *In* D.A. Hendrickson (ed.) Proceedings of the Desert Fishes Council, Volumes XXII & XXIII. Page 76.

Sada, D.W., H.B. Britten, and P.B. Brussard. 1995. Desert aquatic ecosystems and the genetic and morphological diversity of Death Valley System speckled dace. *In* J. Nielsen, editor, Evolution and the aquatic ecosystem. Defining unique units in population conservation. American Fisheries Society Symposium 17. Pages 350-359.

Schmude, K.L. 1999. Riffle beetles in the genus *Stenelmis* (Coleoptera: Elmidae) from warm springs in southern Nevada: New species, new status, and a key. Entomological News 110:1-12.

Schoenherr, A.A. 1981. The role of competition in the replacement of native fishes by introduced species. *In* R.J. Naiman and D.L. Soltz (eds.). Fishes in North American deserts. Wiley-Interscience, New York. Pages 173-204.

Schuierer, F.W. 1963. Notes on two populations of *Bufo exsul* Myers and a commentary on speciation within the *Bufo boreas* group. Herpetologia 18:262-267.

Shepard, W.D. 1990. *Microcylloepus formicoideus* (Coloeoptera: Elmidae), a new riffle beetle from Death Valley National Monument, California. Entomological News 101:147-153.

Shepard, W.D. 1993. Desert springs—both rare and endangered. Aquatic Conservation: Marine and Freshwater Ecosystems 3:351-359.

Skinner, M. (ed.). 1994. Inventory of rare and endangered vascular plants of California, Fifth Edition. California Native Plant Society. Berkeley.

Stromberg, J.C. and D.T. Patten. 1990. Riparian vegetation instream flow requirements: A case study from a diverted stream in the eastern Sierra Nevada, California. Environmental Management 14:185-194.

Stromberg, J.C., J.A. Tress, S.D. Wilkens, and S.D. Clark. 1992. Response of velvet mesquite to groundwater decline. Journal of Arid Environments 23:45-58.

Stromberg, J.C., S.D. Wilkens, and J.A. Tress. 1993. Vegetation-hydrology models: Implicationsfor management of *Prosopis velutina* (velvet mesquite) riparian ecosystems. Ecological Applications 3:307-314.

Taylor, D.W. 1966. A remarkable snail fauna from Coahuila, Mexico. Veliger 9:152-228.

Taylor, D.W. 1985. Evolution of fresh-water drainages and molluscs in Western North America. *In* C.J. Hocutt and A.B. Leviton (eds.). Late Cenozoic history of the Pacific Northwest. American Association for the Advancement of Science and California Academy of Science, San Francisco. Pages 265-321.

Taylor, J.N., W.R. Courtenay, Jr., and J.A. McCann. 1984. Known impacts of exotic fishes in the continental United States. *In* W.R. Courtenay, Jr. and J.R. Stauffer (eds.). Distribution, biology, and management of exotic fishes. Johns Hopkins University Press, Baltimore, Maryland. Pages 322-373.

Thomas, J.W. and D.E. Toweill. 1982. Elk of North America, Ecology and Management. Stackpole Books, Cameron and Kelker Streets, Harrisburg, PA.

U.S. Department of the Interior. 1984. Water rights. Bureau of Land Management Manual Section 7250. Washington, DC. 20 pp.

U.S. Department of the Interior. 1990. Water developments. Bureau of Land Management Handbook H-1741-2. Washington, DC. 139 pp.

U.S. Department of the Interior. 1991. Aquatic resource management. Bureau of Land Management Manual Section 6720. Washington, DC. 22 pp.

U.S. Department of the Interior. 1992. Riparian-wetland area management. Bureau of Land Management Manual Section 1737. Washington, DC. 38 pp.

U.S. Fish and Wildlife Service. 1990. Recovery plan for the endangered and threatened species of Ash Meadows, Nevada. U.S. Fish and Wildlife Service, Portland, Oregon.

U.S. Fish and Wildlife Service. 1998. Owens basin wetland and aquatic species recovery plan, Inyo and Mono Counties, California. U.S. Fish and Wildlife Service, Portland, Oregon.

van der Kamp, G. 1995. The hydrology of springs in relation to the biodiversity of spring fauna. *In* L.C. Ferrington, Jr. (ed.). Biodiversity of aquatic insects and other invertebrates in springs. Journal of the Kansas Entomological Society 68 (2) supplement. Pages 4-17.

van Everdingen, R.O. 1991. Physical, chemical, and distributional aspects of Canadian springs. *In* D.D. Williams and H.V. Danks (eds.). Arthropods of springs with particular reference to Canada. Memoirs of the Entomological Society of Canada, 155. Pages 7-28.

Varza, D. and A.P. Covich. 1995. Population fluctuations within a spring community. *In* L.C. Ferrington, Jr. (ed.). Biodiversity of aquatic insects and other invertebrates in springs. Journal of the Kansas Entomological Society 68 (2) supplement. Pages 42-49.

Wales, J.H. 1930. Biometrical studies of some races of cyprinodon fishes from Death Valley region, with description of *Cyprinodon diabolis*, n. sp. Copeia 1930:61-70.

Walters, C.J. 1986. Adaptive management of renewable resources. MacMillan Press, New York.

Warner, R.E. and K.M. Hendrix (eds.). 1984. California riparian systems. Ecology, conservation, and productive management. University of California Press, Berkeley.

Wiggins, G.B. and N.A. Erman. 1987. Additions to the systematics and biology of the caddisfly family Uenoidae (Trichoptera). The Canadian Entomologist 119:867-872.

Williams, D.D. and I.M. Smith. 1990. Spring habitats and their faunas: An introductory bibliography. Biological Survey of Canada (Terrestrial Arthropods) Document Series No. 4. Ottawa: 1-156.

Williams, D.D. and H.V. Danks (eds.). 1991. Arthropods in springs, with general reference to Canalda. Memoirs of the Entomological Society of Canada, No. 155.

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 255 of 283

Williams, J.E., D.B. Bowman, J.E. Brooks, A.A. Echelle, R.J. Edwards, D.A. Hendrickson, and J.J. Landye. 1985. Endangered aquatic ecosystems in North American deserts with a list of vanishing fishes of the region. Journal of the Arizona-Nevada Academy of Science 20:1-62.

Williams, J.E., D.W. Sada, C.D. Williams. 1988. American Fisheries Society guidelines for introductions of threatened and endangered fishes. Fisheries 13:5-11.

Williams, J.E., C.A. Wood, and M.P. Dombeck. 1997. Understanding watershed-scale restoration. *In* J.E. Williams, C.A. Wood, and M.P. Dombeck (eds.). Watershed restoration: Principles and practices. American Fisheries Society. Bethesda, Maryland. Pages 1-13.

Williams, P.L. and W.D. Koenig. 1980. Water dependence of birds in a temperate oak woodland. Auk 97:339-350.

Wissmar, R.C. 1997. Historical perspectives. *In* J.E. Williams, C.A. Wood and M.P. Dombeck (eds.). Watershed restoration: Principles and practices. American Fisheries Society. Bethesda, Maryland. Pages 66-79.

Wood, W.W. and L.A. Fernandez. 1988. Volcanic Rocks. *In* Geology of North America, Volume O-2, Hydrogeology, Geological Society of America.

BLM_0063206

# REPORT DOCUMENTATION PAGE

*Form Approved OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of infromation, including suggestions for reducing this burden, to Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

**1. AGENCY USE ONLY** *(Leave blank)*

**2. REPORT DATE** August 2001

**3. REPORT TYPE AND DATES COVERED** Final

**4. TITLE AND SUBTITLE**

RIPARIAN AREA MANAGEMENT TR 1737-17
A Guide to Managing, Restoring, and Conserving Springs in the Western United States

**5. FUNDING NUMBERS**

**6. AUTHOR(S)**

D.W. Sada, J.E. Williams, J.C. Silvey, A. Halford, J. Ramakka, P. Summers, and L.Lewis

**7. PERFORMING ORGANIZATION NAME(S) AND ADDRESS(ES)**

U.S. Department of the Interior
Bureau of Land Management
National Science & Technology Center
P.O. Box 25047
Denver, CO 80225-0047

**8. PERFORMING ORGANIZATION REPORT NUMBER**

**9. SPONSORING/MONITORING AGENCY NAME(S) AND ADDRESS(ES)**

**10. SPONSORING/MONITORING AGENCY REPORT NUMBER**

**11. SUPPLEMENTARY NOTES**

**12a. DISTRIBUTION/AVAILABILITY STATEMENT**

**12b. DISTRIBUTION CODE**

**13. ABSTRACT** *(Maximum 200 words)*

In the Western United States, springs have commonly been developed to provide water for livestock, mining operations, and the human population. They also provide important habitat for numerous species of plants and wildlife, some of which are unique to springs. Development of springs can result in functional changes to spring ecosystems. Each spring has a unique combination of physical, chemical, and biological characteristics and may differ in its sensitivity to disturbance. Therefore, management of springs may require individual prescriptions to achieve the overall goal of maintaining the ecological structure and function of the spring habitat. Management priorities can be determined by evaluating habitat characteristics and aquatic and riparian communities. This evaluation will indicate when sites are degraded and require restoration. Much of the same information used to determine management priorities can be used to determine restoration priorities. Successful restoration will often require alleviating or minimizing factors that degrade habitat quality or compromise the biological integrity of aquatic and riparian systems. Natural recovery processes are desirable because they minimize the risk to threatened, endangered, or sensitive species.

**14. SUBJECT TERMS**

- Springs
- Spring management
- Spring restoration
- Proper functioning condition
- Threatened and endangered species
- Community composition

**15. NUMBER OF PAGES** 80 + Covers

**16. PRICE CODE**

| 17. SECURITY CLASSIFICATION OF REPORT | 18. SECURITY CLASSIFICATION OF THIS PAGE | 19. SECURITY CLASSIFICATION OF ABSTRACT | 20. LIMITATION OF ABSTRACT |
|---|---|---|---|
| Unclassified | Unclassified | Unclassified | UL |

NSN 7540-01-280-5500

Standard Form 298 (Rev. 2-89)
Prescribed by ANSI Std. Z39-18
296-102



The Population Biology of Invasive Specie
Author(s): Ann K. Sakai, Fred W. Allendorf, Jodie S. Holt, David M. Lodge, Jane Molofsky, Kimberly A. With, Syndallas Baughman, Robert J. Cabin, Joel E. Cohen, Norman C. Ellstrand, David E. McCauley, Pamela O'Neil, Ingrid M. Parker, John N. Thompson and Stephen G. Weller
Source: *Annual Review of Ecology and Systematics*, Vol. 32 (2001), pp. 305-332
Published by: Annual Reviews
Stable URL: http://www.jstor.org/stable/2678643
Accessed: 19/11/2013 10:30

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

*Annual Reviews* is collaborating with JSTOR to digitize, preserve and extend access to *Annual Review of Ecology and Systematics.*

http://www.jstor.org

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

Annu. Rev. Ecol. Syst. 2001. 32:305–32
Copyright © 2001 by Annual Reviews. All rights reserved

# THE POPULATION BIOLOGY OF INVASIVE SPECIES

Ann K. Sakai,[1] Fred W. Allendorf,[2] Jodie S. Holt,[3] David M. Lodge,[4] Jane Molofsky,[5] Kimberly A. With,[6] Syndallas Baughman,[1] Robert J. Cabin,[7] Joel E. Cohen,[8] Norman C. Ellstrand,[3] David E. McCauley,[9] Pamela O'Neil,[10] Ingrid M. Parker,[11] John N. Thompson,[11] Stephen G. Weller[1]

*[1]Department of Ecology and Evolutionary Biology, University of California-Irvine, Irvine, California 92697; e-mail: aksakai@uci.edu, sbaughma@uci.edu, sgweller@uci.edu*
*[2]Division of Biological Sciences, University of Montana, Missoula, Montana 59812; e-mail: darwin@selway.umt.edu*
*[3]Department of Botany and Plant Sciences, University of California-Riverside, Riverside, California 92521-0124; e-mail: Jodie.Holt@ucr.edu, ellstrand@pop.ucr.edu*
*[4]Department of Biological Sciences, University of Notre Dame, Notre Dame, Indiana 46556-0369; e-mail: lodge.1@nd.edu*
*[5]Department of Botany, University of Vermont, Burlington, Vermont 05405; e-mail: jmolofsk@moose.uvm.edu*
*[6]Division of Biology, Kansas State University, Manhattan, Kansas 66506; e-mail: kwith@ksu.edu*
*[7]Department of Biological Sciences, Plattsburgh State University of New York, Plattsburgh, New York 12901; e-mail: bob.cabin@plattsburgh.edu*
*[8]Laboratory of Populations, Rockefeller University and Columbia University, New York 10021-6399; e-mail: cohen@rockvax.rockefeller.edu*
*[9]Department of Biological Sciences, Vanderbilt University, Nashville, Tennessee 37235; e-mail: david.e.mccauley@vanderbilt.edu*
*[10]Department of Biological Sciences, University of New Orleans, New Orleans, Louisiana 70148; e-mail: pgobs@uno.edu*
*[11]Department of Ecology and Evolutionary Biology, University of California-Santa Cruz, Santa Cruz, California 95064; e-mail: parker@biology.ucsc.edu, thompson@biology.ucsc.edu*

**Key Words** adaptation, alien species, exotic species, rapid evolution, introduced species, nonindigenous species, weeds, invasion resistance, invasibility

■ **Abstract** Contributions from the field of population biology hold promise for understanding and managing invasiveness; invasive species also offer excellent opportunities to study basic processes in population biology. Life history studies and demographic models may be valuable for examining the introduction of invasive species and identifying life history stages where management will be most effective. Evolutionary processes may be key features in determining whether invasive species establish and spread. Studies of genetic diversity and evolutionary changes should be useful for

0066-4162/01/1215-0305$14.00 

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 259 of 283

understanding the potential for colonization and establishment, geographic patterns of invasion and range expansion, lag times, and the potential for evolutionary responses to novel environments, including management practices. The consequences of biological invasions permit study of basic evolutionary processes, as invaders often evolve rapidly in response to novel abiotic and biotic conditions, and native species evolve in response to the invasion.

## INTRODUCTION

The impact of invasive species on native species, communities, and ecosystems has been widely recognized for decades (Elton 1958; Lodge 1993a,b; Simberloff 1996), and invasive species are now viewed as a significant component of global change (Vitousek et al. 1996). The severe economic impact of these species is evident; costs of invasive species are estimated to range from millions to billions of dollars annually (U.S. Congr. Off. Technol. Assess. 1993, Pimentel et al. 2000). In addition to economic impacts, invasive species have severe negative consequences for biodiversity. Numerous studies have summarized the impacts of invasive species on native species and community structure (Williamson 1996, Wilcove et al. 1998, Parker et al. 1999, Sala et al. 2000, Stein et al. 2000), and ecosystem-level effects of invasive species are now under study (Vitousek & Walker 1989, Mooney & Hobbs 2000). The impacts of invasive species are eventually expected to be severe throughout all ecosystems, as increasing numbers of nonindigenous (exotic, alien) species become established in new locations (U.S. Congr. Off. Technol. Assess. 1993). In response to the problem, Executive Order #13112 of February 1999 directed several federal agencies "to prevent the introduction of invasive species and provide for their control and to minimize the economic, ecological, and human health impacts that invasive species cause" (Fed. Regist. 64(25):6183–86).

Invasive species have been a target of research in both natural and managed ecosystems as weed scientists, resource managers, conservation biologists, and restoration biologists test various approaches for managing the impacts of these taxa. Although many of these studies are a synthesis of both basic and applied research, there is increasing recognition of the unrealized potential contributions of basic research to the study of invasive species. The purpose of this review is to elucidate the particular role that population biologists can play in studies of invasive species, through life history studies, demographic models, and knowledge of the ecology and evolution of both invasive and native species in a community context (Figure 1). Not only do questions and methods of population biology hold promise for understanding and managing invasiveness, but invasive species offer significant opportunities to study basic processes in population biology. Invasions are like natural experiments, but it may be that the processes are far more rapid than those in purely native systems.

Although the discipline of population biology has already contributed to studies of invasive species biology, untapped potential contributions are even greater,

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063210



**Figure 1** Generalized steps in the invasion process and their relationship to management of invasive species (modified from Lodge 1993b and Kolar & Lodge 2001). The transport, establishment, and spread of many invasive species as well as their effects can be characterized by a series of steps, each with questions that may be relevant to and enhanced by studies in population biology, including studies of life history traits as well as consideration of genetic and evolutionary changes. A few of the questions at each of these stages are highlighted below. Some stages are more relevant to prevention; others are more relevant for issues of control and restoration. Feedback may occur between many of these steps.

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 261 of 283

and studies from population biology may allow a proactive approach to invasive species. Studies of the phylogeographic structure (Stone & Sunnucks 1993, Bastrop et al. 1998, Pellmyr et al. 1998, Slade & Moritz 1998, Wilson et al. 1999), genetic diversity, and the potential for the rapid evolution of these species may provide novel insights into the colonization dynamics and spread of invasive taxa. The continuing development of new approaches in life-history theory may also lead to predictions of species likely to become serious pests or may identify critical life history stages during which management will be most successful. Current developments in the theory of population dynamics and population genetics may help identify the point at which control rather than eradication efforts would be more effective (Figure 1). Demographic models, including factors influencing dispersal, as well as spatial modeling of populations can be used to examine the spread and management of invasive species. More information about the genetics, evolution, and interactions of invasive species and native species in invaded communities may lead to predictions of the relative susceptibility of ecosystems to invasion, better methods for removal of key alien species, and predictions of the subsequent effects of removal.

Below we focus on the ecological and genetic features of species as well as community properties that may promote invasion, and the ecological and evolutionary effects of invasive species on communities. For each area discussed, we concentrate on how evolution could affect invasiveness, from the perspective of both the invading species and the species residing in the invaded community.

## THE ECOLOGICAL BASIS OF INVASIVENESS: LIFE HISTORY CHARACTERISTICS OF INVASIVE SPECIES

Life history traits that make species more invasive have been of continuing interest because of their potential predictive power. Some studies have focused on life history traits that may predispose species to rapid population expansion, whereas others have investigated how the genetic structure of life history traits may provide species with either great phenotypic plasticity or the potential for rapid evolutionary change. In this section we give a historical approach to life history analysis illustrated by several classic botanical and agricultural studies, examine some cross-taxa comparisons, and propose a general approach to the study of life history characteristics of invasive species.

Baker (1965, 1974) discussed several traits associated with weedy plant species and proposed that species with many of these characteristics were more likely to be highly weedy than species with only a few of these traits. Traits promoting weediness included the ability to reproduce sexually and asexually, rapid growth from seedling to sexual maturity, and particularly, adaptation to environmental stress (phenotypic plasticity) and high tolerance to environmental heterogeneity. Although this concept of an "ideal weed" is cited throughout the weed literature and in the literature on exotic species (Baker 1974, Newsome & Noble 1986, Roy

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063212

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 262 of 283

1990, Schiffman 1997), few empirical data exist to support or refute Baker's list of characters (Kolar & Lodge 2001). Species with traits of Baker's ideal weed differ in their invasiveness (Thebaud et al. 1996), and many invasive species have only a subset of the traits described by Baker and others (Williamson & Brown 1986, Roy 1990).

More recently, broad-scale analyses of floras suggest that some plant growth-form and habitat characteristics can be used to predict invasion success. Analysis of exotic species introduced into the Czech Republic since 1492 showed that a species' invasion success was related to plant height, life form, and competitiveness, and that the sunflower family (Asteraceae) was over-represented in the exotic flora compared with the native flora (Pyšek et al. 1995b). No simple biological predictor of invasion success was found, but some traits were more common in the alien flora than in the native flora and more prevalent for aliens in particular habitats. Rejmanek (1995) found that invasiveness of herbaceous species was best predicted by primary native latitudinal range. Reichard & Hamilton (1997) conducted a retrospective analysis of traits of introduced woody plants to distinguish invaders and noninvaders. Discriminant analysis models correctly classified 86% of invaders; high risk of invasiveness was related to vegetative reproduction (see also Daehler 1998), lack of pregermination seed treatment requirements, perfect (hermaphroditic) flowers, and a long period of time in which the fruit was on the plant. In an analysis of global data sets, agricultural weeds tended to be herbaceous, rapidly reproducing, abiotically dispersed species, similar to Baker's ideal weed, whereas plants most likely to become natural area invaders were primarily aquatic or semi-aquatic, grasses, nitrogen-fixers, climbers, and clonal trees (Daehler 1998).

Characteristics common to successful colonists across taxa include *r*-selected life histories (use of pioneer habit, short generation time, high fecundity, and high growth rates) and the ability to shift between *r*- and *K*-selected strategies, but like Baker's characteristics of the ideal weed, many of these ideas have not been tested quantitatively (Kolar & Lodge 2001). Range expansion in birds is related to dispersal ability, high rate of population increase resulting from large clutch size and production of several clutches per season, ability to compete for resources and habitat with native species, repeated introductions (O'Connor 1986), and association with humans (Newsome & Noble 1986). Considering both bird and plant invaders, Newsome & Noble (1986) proposed that successful invaders can be characterized as "gap grabbers" (early germinators with fast initial growth), competitors (for resources and nesting sites), survivors (long-lived individuals resistant to mortality), and swampers (mass germinators). Traits that characterize freshwater fish invaders include tolerance to a broad range of environmental conditions, rapid dispersal and colonization, aggressive behavior and competitiveness, and desirability to humans (edibility, sporting qualities, aesthetic characteristics, etc.) (Moyle 1986). Most vertebrate invaders have a close association with humans, as well as high abundance in their native range, large size, broad diet, short generation times, ability of females to colonize alone, and ability to function in a wide range of physical conditions (Ehrlich 1989).

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063213

Where generalizations fall short, it appears that features specific to the taxonomic group and to the habitat being invaded may be important in determining invasion success. Lack of preadaptation to the new climate, disturbance, competition or predation from native species, and diseases are often cited as reasons for failure of invasions (Lodge 1993b, Moyle 1986, Newsome & Noble 1986). Roy (1990) proposed that the best approach for investigating traits of invaders might be one in which species are classified into functional groups with anticipated similar traits and where the focus is narrowed to particular habitat types.

Studies of the population biology of invasive species may allow a more precise focus on specific characteristics involved in invasiveness (Crawley 1986). Stages that are necessary for successful introduction and subsequent invasion include (*a*) introduction of a species into a new habitat, (*b*) initial colonization and successful establishment of a species, and (*c*) subsequent dispersal and secondary spread into new habitats. During all stages there is great potential for genetic changes to occur through drift or selection. In the following sections we discuss factors related to these stages and identify areas for further exploration.

## Introduction of Exotic Species

Most long-distance introductions of nonnative species to new areas are the direct or indirect result of human activities, and social and economic factors are often as critical as biological factors in the introduction of exotic species. Exotic plants have been introduced deliberately as forage, fiber, medicines, or ornamentals; for erosion controls; and for timber plantations (Baker 1974, 1986). Sources of accidental introductions include ballast in ships (Ruiz et al. 2000), impure crop seeds, adhesion to domesticated animals, and soil surrounding roots of nursery stock (Baker 1986). Exotic animals are often introduced deliberately in the pet trade. Activities such as agriculture, logging, and grazing further enhance establishment of exotics by creating disturbed sites for colonization. Agriculture also facilitates invasion when pests in agro-ecosystems are exposed to agricultural practices for many generations, resulting in selection for characteristics that make them persistent and noxious.

## Initial Colonization Characteristics and Successful Establishment of Invasive Species

Colonization of new habitats requires that the first arrivals initiate new populations. Many of the traits historically associated with invasive species (e.g., weeds) may be related to initial colonization. For example, species in which isolated individuals can self-fertilize are generally good colonists (Baker 1965). Self-fertility is especially common in plants, but some female insects and vertebrates can store sperm and also colonize from a single introduction (Simberloff 1989, Whittier & Limpus 1996). Species with multiple reproductive strategies (e.g., both vegetative reproduction and seeds) (Huenneke & Vitousek 1990) or plants with multi-seeded

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 264 of 283

fruits may also be good colonists. Phenotypic plasticity has often been cited as a life-history trait needed for colonization of new areas because colonists must be able to cope with a range of environmental conditions (Baker 1965, 1974, Gray 1986). Comparative and experimental studies of invasive species and noninvasive congeners might elucidate the importance of phenotypic plasticity and genetic variation in the colonization by invasive species.

After initial successful colonization, the next stage of invasion is characterized by establishment of a viable, self-sustaining population. There may be little correlation between traits required for initial colonization and traits needed for establishment. Establishment in a natural community may require different traits than those required upon entering a human-disturbed habitat (Horvitz et al. 1998), and features essential for establishment may not be consistent across taxa. For example, in a study of introduced insects used as biological control agents, Crawley (1986) found that the species with the highest intrinsic growth rates were more likely to establish successfully. These insects typically had other traits characteristic of *r*-selected species, including smaller body size and faster time to maturity, resulting in several generations per season (Crawley 1986). In a comparison of insect orders, Lawton & Brown (1986) found that the probability of establishment was positively correlated with smaller body size, and thus possibly correlated with higher rates of population growth and higher carrying capacity. In contrast, when they examined the combined pattern of vertebrates and invertebrates, they found a positive correlation between mean body size and probability of establishment.

Rejmanek & Richardson (1996) found that invasive pine species had smaller seed mass, a shorter juvenile period, and shorter intervals between seed crops. Data on invasive pines were consistent with life-history patterns for invasive insects and birds. In general, smaller seed size was correlated with higher seed production, faster individual growth rate, and the absence of special requirements for germination (Baker 1965). In contrast, Forcella (1985) found that species of agricultural weeds with heavier seeds experienced faster germination rates and were better invaders than species with smaller seeds.

Competitive ability is another trait that may confer an advantage for invasive species during establishment. Many studies have documented invaders that show a superior ability to exploit local resources when compared with native residents (Melgoza et al. 1990, Petren & Case 1996, Kupferberg 1997, Holway 1999, Byers 2000) or when compared with noninvading introduced species (Thebaud et al. 1996). Interactions between the invader and the invaded community may be particularly important. Differences between the competing species in the home range and those in the new range may influence an invader's success and ability to dominate a community. For example, *Centaurea diffusa*, a noxious invasive weed in North America, has stronger negative effects on biomass production for North American grasses than for grasses from its native Eurasian communities (Callaway & Aschenhoug 2000). The difference appears to be mediated by allelopathy: Plants from the home range are better than those in the introduced range at competing with *Centaurea* in the presence of root exudates. The introduced

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063215

Argentine ant (*Linepithema humile*) is competitively superior to the native ant species in both interference and exploitative competition in riparian woodlands of northern California (Holway 1999). Particular life history stages of native species may be especially susceptible to invasive species. In an example of exploitative competition, invasive larval bullfrogs (*Rana catesbeiana*) were able to reduce the survival and growth rates of native larval frogs by depleting benthic algae in a river in northern California (Kupferberg 1997).

Life-history theory predicts a trade-off between fast reproductive rates and competitive ability (MacArthur & Wilson 1967, Pianka 1970, MacArthur 1972, Grime 1979), but this trade-off may not exist for all invasive species. For example, Keddy et al. (1994) found that the invasive wetland species purple loosestrife (*Lythrum salicaria*) has very high fecundity but is also capable of suppressing the biomass of three indicator wetland species when grown in competition. Blossey & Notzold (1995) suggested that invasive species have been released from the pressure of pests in their native habitat and have reallocated biomass used for defense into both reproduction and growth. For example, in *L. salicaria* biomass of plants in the nonnative habitat was greater than biomass in the native habitat (Blossey & Notzold 1995). More comparisons of species in their native and introduced ranges would be useful to test this idea. Experimental manipulations of natural enemies and other presumed selective agents (e.g., Mauricio & Rausher 1997) would provide more direct evidence for their importance in the invasiveness of taxa.

## Characteristics Leading to Spread

Once initial colonization and establishment have occurred, invasive species may spread from continuing long-distance dispersal (saltation dispersal) from foreign sources (naturally or aided by humans), and from short-distance dispersal (diffusion dispersal) with lateral expansion of the established population (Smith et al. 1999, Davis & Thompson 2000). Factors influencing the number of propagules, dispersal mode, and vital rates (births, deaths) are critical factors regulating the spread of invasive species.

Continued spread of the established population often occurs because of excellent adaptations for dispersal. Although the route of exotic introductions is usually determined in hindsight, the causes of spread are notably consistent. Wind, water, and animals, particularly birds, are most often the dispersal agents of seeds; these dispersal agents not only move seeds away from parent plants but also may spread the seeds to similar sites, thus increasing the probability of seedling survival (Schiffman 1997). Good dispersal ability is also important in invasions by birds (O'Connor 1986) and fish (Moyle 1986). Despite their importance in the continued range expansion of invasive species, quantifying both the number and distribution of propagules involved in establishment and spread has been very difficult. In an experiment manipulating propagule pressure (seed number) in patches of sedges in a riparian system, Levine (2000) found that propagule pressure was critical

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 266 of 283

in determining which patches were most likely to be invaded. Knowledge of the biology, especially dispersal characteristics, of potential invaders is valuable for developing measures to prevent their spread, which is often easier than controlling large, established populations (Goodell et al. 2000).

## GENETICS AND THE EVOLUTIONARY POTENTIAL OF INVASIVE SPECIES

Genetic and evolutionary processes may be key features in determining whether invasive species establish and spread. Invasive species offer an excellent opportunity to study rapid evolution, and some of the best-documented examples of this phenomenon have come from invasive species (e.g., Ellstrand & Schierenbeck 2000, Quinn et al. 2000). Many of the best examples of rapid directional selection in species interactions involve invasive species or native species interacting with invasive species (Thompson 1998). Nevertheless, the genetics and evolution of invasive species have received far less attention than their ecology. Invasive species may evolve both during their initial establishment and during subsequent range expansion, especially in response to selection pressures generated by the novel environment. Hybridization, either interspecific or between previously isolated populations of the same species, may be one important stimulus for the evolution of invasiveness (Ellstrand & Schierenbeck 2000); inbreeding may be another important stimulus (Tsutsui et al. 2000).

It is a fundamental tenet of evolutionary biology that the rate of change in response to natural selection is proportional to the amount of additive genetic variation present (Fisher 1930). If genetic changes, and thus evolution, during and after colonization are characteristic of invasive species, it will be important to understand the role of genetic diversity during this process, and evolutionary analyses may need to be a major focus of work on invasive species biology. Furthermore, studies of genetic variation may help predict the potential for populations of invasive species to evolve in response to management practices (e.g., evolution of resistance to herbicides or biological control agents (Barrett 1992, Van Driesche & Bellows 1996).

### Genetic Processes During Colonization

Colonization events may involve a population bottleneck because the number of initial colonists is often small. Genetic drift during colonization may bring about reduced genetic variation in the newly established population. This effect will be especially strong when all colonists are drawn from the same source population. Thus, a newly established population is likely to be much less genetically diverse than the population from which it is derived (Barrett & Kohn 1991). For example, introduced populations of Argentine ants are less diverse genetically than native populations (Tsutsui et al. 2000).

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063217

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 267 of 283

Reduced genetic diversity can have two consequences. First, inbreeding depression may limit population growth and lower the probability that the population will persist (Ellstrand & Elam 1993, Newman & Pilson 1997, Nieminen et al. 2001). The effects of reduced genetic diversity will be especially strong if the population remains small for a number of generations. Second, reduced genetic diversity will limit the ability of the population to evolve. An invading species may be preadapted to some aspects of its new environment, but other aspects will be novel. Although some degree of preadaptation is necessarily a prerequisite for successful invasion, it could well be that adaptive evolution following the initial colonization is equally important.

## Lag Times

One common feature of invasions is a lag time between initial colonization and the onset of rapid population growth and range expansion (Mack 1985, Kowarik 1995). This lag time is often interpreted as an ecological phenomenon (the lag phase in an exponential population growth curve). Lag times are also expected if evolutionary change is an important part of the colonization process. This process could include the evolution of adaptations to the new habitat, the evolution of invasive life-history characteristics, or the purging of genetic load responsible for inbreeding depression. It appears likely that in many cases there are genetic constraints on the probability of a successful invasion, and the lag times of successful invasives could be a result of the time required for adaptive evolution to overcome these genetic constraints (Ellstrand & Schierenbeck 2000, Mack et al. 2000).

Multiple introductions are often correlated with the eventual success of non-native species' establishment and invasiveness (Barrett & Husband 1990). Indeed, North America's most successful invasive birds, the European starling (*Sturnus vulgaris*) and the house sparrow (*Passer domesticus*), both became invasive only after repeated introductions (Ehrlich 1989). Migration may be critical not only as a source of continuing propagule pressure, but also as an important source of genetic variation to the colonizing population, if multiple invasions provide the genetic variation necessary for adaptive evolution. Multiple introductions can create invasive populations that are much more genetically diverse than any single source population when the invasive species is highly structured in its native range. Different colonizing populations of the same species are likely to be genetically divergent with different levels of genetic variation and therefore have different capacities to promote invasiveness; characteristics that promote invasiveness might evolve in some populations but not others. Gene flow between populations could result in the spread of invasive genotypes. Alternatively, gene flow between populations that swamps out locally beneficial alleles could prevent evolution of invasiveness (e.g., Kirkpatrick & Barton 1997).

## Range Expansion

From a conservation perspective, two problematic features of invasive species are dense local populations and rapid range expansion once they have become

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063218

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 268 of 283

established. Some of the genetic constraints likely to influence initial colonization will also influence the rate of spread. For example, dispersal from a point of initial colonization will mean that the invasive species may encounter novel selective regimes. The rate of range expansion, and eventually the boundary of the species, will be influenced by the ability of individuals to survive and reproduce in the new range (Antonovics 1976, Crawley 1986, Hengeveld 1990). Such concerns about the interaction of the environment and genetic changes may become increasingly important with global climate change (e.g., Geber & Dawson 1993, Barrett 2000, Carlton 2000).

The evolution of local adaptation requires genetic variation. Rapid range expansion suggests that the species is highly dispersive, and high dispersal rates are expected to bring about a large amount of gene flow (Barrett & Husband 1990). Whereas high rates of gene flow would help to bring genetic diversity to the edge of the range of a species, they may also act to constrain adaptation to local conditions. In fact, gene flow may be one limit to range expansion (Antonovics 1976, Hoffmann & Blows 1994, Holt 1996, 1997). Recent models by Kirkpatrick & Barton (1997) suggest that gene flow from the center of a species' range may prevent adaptation at the periphery, thereby preventing further range expansion. Hence, the rate and extent of invasive fronts may depend on the degree and pattern of gene flow among populations of an invasive species as the species spreads from its initial sites of colonization. Comparison of the genetic composition of recently established populations with populations in the native range of a species may provide valuable information about the process of invasion.

Protein or DNA genetic markers can be used to measure the amount of genetic diversity in the invasive population. These molecular markers can provide an indication of the amount of genetic variation lost during a colonization bottleneck or provide evidence for multiple population sources. Several studies of this type have already been conducted with invasive species (e.g., Novak et al. 1993; Novak & Mack 1993, 1995; Schierenbeck et al. 1995; Tsutsui et al. 2000; reviewed by Barrett & Husband 1990). Description of the pattern of molecular genetic variation in invasive species might also provide information about the temporal and spatial pattern of invasion (e.g., spread by a simple advancing wave front with extensive gene flow or by a series of long-distance dispersal events and establishment of outlying populations). An evaluation of molecular genetic variation of invasive populations may also allow identification of the source population or populations (e.g., Jousson et al. 2000). These phylogeographic patterns might be viewed as DNA fingerprinting at the level of populations or localities, rather than of individuals. The use of molecular genetic markers has contributed greatly to our understanding of range expansions following the ice ages, both by identifying the refugia from which range expansions have originated and the corridors of spread (Hewitt 2000). It will be interesting to see if these same techniques can be applied to recent invasive events, which presumably occur over a much shorter time frame. This approach has already proven to be valuable in identifying the geographic origins in California of the Medfly (Davies et al. 1999) as well as the origin of California wild oats (Garcia et al. 1989).

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

Although much information can be gained from molecular markers, characterization of the genetic variation controlling those life-history traits most directly related to establishment and spread is also critical. These traits are likely to be under polygenic control with strong interactions between the genotype and the environment and cannot be analyzed directly with molecular markers, although mapping quantitative traits affecting fitness (QTLs) (Mitchell-Olds 1995), colonizing ability (Barrett 2000), or other traits affecting invasiveness may be possible. For example, variation in the number of rhizomes producing above-ground shoots, a major factor in the spread of the noxious weed johnsongrass, is associated with three QTLs (Paterson et al. 1995). This knowledge may provide opportunities for predicting the location of corresponding genes in other species and for growth regulation of major weeds. Application of the methods of quantitative genetics could be useful for those species in which information can be obtained from a breeding design or from parent-offspring comparisons (Falconer & Mackay 1996, Mazer & LeBuhn 1999). For example, one could compare the additive genetic variance/covariance structure of a set of life history traits of different populations to evaluate the role of genetic constraints on the evolution of invasiveness. Comparisons of the heritability of a trait could be made among different, newly established populations or between invasive populations and the putative source population. Consideration of both the genetic and ecological context of these traits is critical, given the potentially strong interaction of genetic and environmental effects (Barrett 2000).

## Management Implications

Consideration of population genetics, with explicit analyses of the genetic structure of invasive species, may allow more effective management of invasive species. Examples of potential applications of population genetics in studies of invasive species include predicting invasiveness to reduce the occurrence of new invasions, predicting the efficacy of alternative control efforts, and improving management of invasive species within native communities.

Successful invasion is often the result of intentional and repeated introduction of many individuals, not only because of increased propagule pressure, but also because these individuals may contain sufficient variation to circumvent the potential genetic problems associated with small population size. One implication of these results is that planned introductions (for horticulture, biological control, etc.) containing lower levels of genetic variation may be safer (but see Tsutsui et al. 2000). Managing for lower invasibility often conflicts with the needs of importers for successful use of these organisms, and more research in this area is clearly needed.

The genetic structure of populations has been shown to affect the efficacy of control of invasives. Burdon & Marshall (1981) noted that asexually reproducing weeds were more often effectively controlled by biological control than sexually reproducing weeds. They attributed the difference to the very different population

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 270 of 283

genetic structures associated with the two reproductive modes. The clonal, genetically more homogeneous, population structure of asexual species makes it easier to match a biological control agent to the host genotype and makes these weeds particularly vulnerable to biological enemies (Van Driesche & Bellows 1996). In sexually reproducing weeds, greater genetic variation apparently allows more rapid adaptive evolution and escape from the biological control agent. Finally, not all populations of an invasive species will necessarily demonstrate invasiveness; the propensity for invasiveness may be a result of genetic factors, ecological factors (e.g., presence or absence of competitors), or a combination of both. For example, there are both stable (noninvasive) and rapidly spreading (invasive) populations of purple loosestrife (*Lythrum salicaria*) in the eastern United States (P. O'Neil, personal observation). Efficient and effective management should focus first on the invasive populations. If eradication is impossible, control strategies might be employed to alter population genetic structure to reduce adaptive variation, to flood populations with maladaptive genes, or to target and destroy invasive genotypes.

## THE SUSCEPTIBILITY OF COMMUNITIES TO INVASION: ECOLOGICAL AND GENETIC FACTORS

### Invasibility as an Emergent Property of Communities

Few communities are impenetrable to invasion by exotic species (Usher 1988, Lodge 1993a, Gordon 1998), and communities differ in their susceptibility to invasion as well as in their ecological and evolutionary responses to these invasions. Within communities, invasibility is determined by the properties of the invasive species, the native species (e.g., relative competitive abilities, ability to resist disturbance) (Lonsdale 1999), and the community. A species may be invasive either because it shares traits with resident native species or, alternatively, because it possesses traits different from those of native species and thus can occupy "empty niches" (Mack 1996, Levine & D'Antonio 1999).

High current levels of disturbance within communities may increase their invasibility (Horvitz et al. 1998), but recent studies have indicated that the spatial scale of disturbance and local species diversity are as important as the degree of disturbance in understanding invasibility (Levine 2000). Human disturbance of natural communities may have broadened the range of characteristics leading to successful colonization and thus increased the frequency of invasion into existing communities (Vitousek et al. 1996). Hypotheses on the importance of human-mediated introductions, changes in habitat quality, and broadened range of traits for successful establishment could be tested through experimental manipulations of invasive species that are actively colonizing areas.

Species composition, the functional groups present in the community, trophic structure, and the strength of interactions among trophic levels may interact in ways that buffer some communities against invasion more than others. Resistance to invasion may be enhanced in species-rich communities or in communities

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063221

with diverse functional groups (Elton 1958, Tilman 1997, Lavorel et al. 1999), although this viewpoint has been challenged by May (1972), and empirical studies are mixed in their support (reviewed in Levine & D'Antonio 1999). Empirical approaches have included spatial pattern studies correlating the abundance of invaders and community diversity, invader addition studies adding propagules to natural communities, assembly studies examining community diversity and invasion through time, and direct experimental manipulation of diversity in constructed communities. Levine & D'Antonio (1999) stressed the importance of this latter approach to understanding mechanisms underlying the interaction of species diversity and community resistance. For example, at a broad biogeographic scale, Lonsdale (1999) found a positive relationship between native plant diversity and invasibility, largely because both native and exotic richness were related to the area and habitat diversity of sites included in the analysis. Oceanic islands were more invaded than continents (Elton 1958, Lonsdale 1999), but the cause of this low resistance to invasion was unclear. Native species density was as high on islands as in continental areas, suggesting that perhaps the native island flora was less competitive, particularly when there was grazing pressure from exotic animals (Lonsdale 1999). More experimental tests of this hypothesis could address differences between island and continental areas.

## Species Interactions and Invasion Resistance of Communities

Interactions among species may have an adverse effect on the demography of invasive species and prevent them from becoming established in a community. Competition may interact with resource levels to affect invasibility. Tilman (1997, 1999) suggested that the population size of individual species may be lower with lower resource levels, but lowered resource levels may prevent invasions of exotic species if the resource level falls below some threshold required by the invasive species. Reduction in interspecific interactions may also explain why exotic species often flourish in new habitats and become pests. If predators or pathogens of the invasive species are absent in the new community, rapid population growth may occur. Without these negative interactions, the invasive species may have more resources available, thus increasing its competitive abilities and ability to invade (Blossey & Notzold 1995, Van Driesche & Bellows 1996, Tilman 1999).

Native species may also decline relative to invasive species because they are more susceptible to parasites or pathogens. In South Africa the indigenous brown mussel (*Perna perna*) was more susceptible to digenetic trematodes than the invasive Mediterranean mussel (*Mytilus galloprovincialis*). The combined effects of the trematodes gave the invasive species a competitive edge over the native brown mussel (Calvo-Ugarteburu & McQuaid 1998). Occasionally, invasion resistance of the community is enhanced if native predators are able to consume exotic species and decrease their survival (Jaksic 1998). The native muricid snail (*Pteropuzpura festiva*) in San Diego Bay, California, has decimated populations of an introduced mussel (*Musculista senhousia*) because the native snail preferred

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

the introduced mussel over an abundant native clam (*Chione undatella*). Predation thus contributed significantly to invasion resistance in this system (Reusch 1998).

Mutualisms may facilitate invasion or contribute to invasion resistance (Richardson et al. 2000). For example, the absence of ectomycorrhizal fungi, which are spread by red-backed voles (*Clethrionomys gapperi*), limits the invasion of conifers into meadows (Terwilliger & Pastor 1999). Low visitation by pollinators to Scotch broom (*Cytisus scoparius*) slows invasive spread of this exotic shrub (Parker 1997). In contrast, invasion by exotic weeds within the California coastal prairie is facilitated by the native, nitrogen-fixing shrub (bush lupine, *Lupinus arboreus*) because of its mutualism with *Rhizobium* (Maron & Connors 1996).

## Genetic Structure of Populations and the Invasibility of Communities

Species interactions contribute to the relationship between diversity, food web connectedness, and stability in communities, thus affecting susceptibility of the community to invasion. Species interactions themselves may evolve rapidly in response to introduced species (Thompson 1998, 1999). Evolutionary host shifts by native species may occur in response to the introduction of an exotic species, as in the case of the use of introduced fennel by the anise butterfly (Thompson 1993). By forging additional links among trophic levels, evolutionary modifications of species interactions after invasion may enhance community stability and resistance to further invasion. Alternatively, postinvasion evolutionary modifications of native species may further disrupt community stability, making these communities even more susceptible to invasion. In a survey of invasive plant species in Florida, Gordon (1998) found that invasive species frequently modified resource availability and competitive interactions, implying that selective pressures on native species might be altered.

Introduction of exotic predators could result in evolution of novel antipredator responses in native prey populations, which might have far-reaching community consequences. For example, brown trout (*Salmo trutta*) in the Taieri River of New Zealand have displaced native fishes, reduced the abundance of grazing invertebrates, and apparently resulted in the evolution of antipredator behaviors in these invertebrates (Townsend 1996). This evolution of antipredator behavior appears to have been responsible for an overall increase in algal biomass (Townsend 1996). Similar evolutionary changes in behavior may facilitate invasions by other species.

Communities may also be more susceptible to invasion when opportunities for hybridization between invasive species and native species are present (Levin et al. 1996). Extinction by hybridization (via either genetic assimilation or outbreeding depression) (Ellstrand & Elam 1993) may occur rapidly (Huxel 1999, Perry et al. 2001b) and lead to loss of diversity within the community. Hybridization may also introduce genes from native into invasive species and thus increase the fitness of the invasive species in the new environment (Ellstrand & Schierenbeck 2000).

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 273 of 283

## Habitat Fragmentation, Population Persistence and the Invasibility of Communities

Spread of invasive species may occur more rapidly in fragmented landscapes. For example, the brown-headed cowbird (*Moluthrus ater*), an avian brood parasite, spread rapidly in response to forest clearing following European settlement of the eastern United States some 200 years ago (Ehrlich 1989; R.D. Holt, D.E. Burhans, S.K. Robinson & S.I. Rothstein, unpublished observations). Brown-headed cowbirds may dramatically reduce the reproductive success of their avian hosts, and this species has been implicated in the decline of many neotropical bird species that breed in the temperate forests of North America. Given the severe selective pressure cowbirds exert on their hosts, the failure of these native bird species to evolve rejection of cowbird eggs may result from the source-sink dynamics of fragmented landscapes. Fragmented landscapes may support sink populations of native host species, but native species may be unable to persist (lambda $<1$) except for immigration from outside source populations in more contiguous landscapes (where lambda $\geq 1$ and cowbird parasitism is less prevalent). Immigrants may therefore "swamp" genetically any adaptations that may emerge in host populations for dealing with cowbird parasitism (R.D. Holt, D.E. Burhans, S.K. Robinson & S.I. Rothstein, unpublished observations). Habitat fragmentation may therefore increase the habitat of the cowbird and at the same time prevent adaptive evolution in response to invasive species, thereby enhancing susceptibility of the community to invasion.

## Population Models of Range Expansion

Several basic features of invasions, such as initial lags in population growth, rate of geographic spread, and features of geographic spread (smoothly expanding range with simple advancing wavefronts, or hopscotch jumps with long-distance dispersal), have been addressed using a variety of population modeling approaches. Predictions of the rate and direction of spread of invasive species that have already become established are critical to any management program and represent one of the central challenges in the application of theoretical models of invasive spread. A rich theoretical literature has contributed to our understanding of factors influencing broad-scale spread, such as long-distance dispersal, spatial and temporal heterogeneity, and Allee effects (Skellam 1951, Kot et al. 1996, Lewis 1997, Shigesada & Kawasaki 1997, Neubert et al. 2000). Range expansion models have been applied directly to resource management questions, such as whether barrier zones can effectively be used to slow the spread of the gypsy moth (Sharov & Liebhold 1998) and which lakes or streams are most likely to be invaded by zebra mussels (Horvath et al. 1996, Stoeckel et al. 1997, Bossenbroek et al. 2001). Nonspatial, stage-structured models can also lead to valuable insights into the population biology of invasive species (e.g., Parker 2000, Drayton & Primack 1999, Neubert & Caswell 2000) and have been used to estimate the potential effectiveness of control strategies, such as biological control agents that target specific life history stages (Shea & Kelly 1998, McEvoy & Coombs 1999).

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063224

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 274 of 283

## THE ECOLOGICAL AND EVOLUTIONARY CONSEQUENCES OF INVASIONS ON COMMUNITIES

Invasive species have both ecological and genetic impacts on the communities that they invade, and understanding these impacts may aid in reversing them. As shown above, ecological interactions between native and invasive species may be direct (e.g., predation, herbivory, parasitism, competition, mutualism) or indirect (e.g., habitat alteration, apparent predation, cascading trophic interactions) and result in changes in the population biology (births, death, migration) of the native species. Significant genetic and evolutionary changes in both the native and invasive species may also occur. Both genetic drift and natural selection (from biotic interactions and abiotic factors in the new environment) may cause rapid evolution in the invading species. As a consequence, rapid evolutionary changes also may occur in the native species in response to the invading species. In the extreme, hybridization and introgression between invading species and native species may result in extinction of the native species (Levin et al. 1996, Rhymer & Simberloff 1996, Perry et al. 2001b).

Most attention has been focused on a small number of exotic species with major negative impacts. A few aquatic examples offer graphic illustrations of changes in the population biology and community structure of native systems. As zebra mussels continue to spread in the Laurentian Great Lakes and inland lakes and streams of the upper-midwestern United States, native clams are smothered and extirpated and water clarity increases as phytoplankton biomass declines from filtration by zebra mussels. Vascular aquatic plants increase as a result of decreased shading from phytoplankton, and energy flow in general is shunted from the pelagic to the benthic zone (Lodge 2001). The invasive rusty crayfish (*Orconectes rusticus*) has a severe negative impact on the northern crayfish (*Orconectes propinquus*) in the upper-midwestern United States. Several direct and indirect effects of fish predators and competition for food and shelter between these two crayfish species favor the invasive species and lead to the local extirpation of the native northern crayfish in many lakes and streams (Hill & Lodge 1999, Lodge et al. 2000).

In Lake Victoria, East Africa, the predacious Nile perch remained at low population levels for many years after its introduction in the 1950s but more recently has boomed in abundance, inducing behavioral changes in native prey fishes and causing the extinction of perhaps 200 of the about 400 endemic cichlid fishes in the lake (Lodge 2001). In both these cases, invasive species changed both the behavior and ultimately the vital rates of otherwise dominant native species through the threat of predation, actual predation, changes in habitat suitability, and competition for space and food.

In an example of impacts on terrestrial systems, most of the formerly forested lowland ecosystems on the drier, leeward sides of the island of Hawaii are now dominated by invasive species such as fountain grass (*Pennisetum setaceum*). Like many other invasive grasses around the world (D'Antonio & Vitousek 1992), fountain grass has severely altered the ecological and ecosystem dynamics of

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063225

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 275 of 283

these arid regions by suppressing native vegetation and promoting fires that have proved devastating to the native flora (Cabin et al. 2000).

The same invasive species can have different impacts in different communities. For example, introductions for biological control range in effectiveness depending on the abiotic conditions, biotic interactions, and genetic structure of the target species (Van Driesche & Bellows 1996). Assessment of the potential economic and ecological damage represented by species introductions would be greatly facilitated by a clear protocol for measuring impacts of different invasive species in different communities. These protocols to compare the impacts of different species are also important if priorities for control of invasive species are motivated in part by removing the most damaging species first (Parker et al. 1999).

## Evolutionary Interactions

The consequences of biological invasions represent a powerful opportunity to study basic evolutionary processes. Along with the introduction of a new species into a community comes a chance to observe how the invader evolves in response to novel abiotic and biotic conditions, as well as how resident species evolve in response to the invader (see above).

The use of molecular genetic analyses indicates that hybridization and introgression between invasive and native species may be much more common than is often recognized (Rhymer & Simberloff 1996). Hybridization and introgression can have devastating effects on native species, in some cases contributing to their demise (Levin et al. 1996, Rhymer & Simberloff 1996, Perry et al. 2001a). Invasive species may also cause the evolution of the native species (see previous sections). For example, interactions with the invasive species might lead to natural selection favoring individuals of the native species with traits that were not advantageous prior to the invasion (e.g., by altering competitive interactions, predator-prey interactions, and pollination or seed dispersal). Common garden experiments could be used to compare genetic differences in populations of native species that have been interacting with a particular invader for different lengths of time and for the analysis of genetic changes in native species with removal of invasive species.

Studies of invasive species may provide opportunities to better understand aspects of community dynamics and are crucial for applications of community theory in restoration biology. For example, it is critical to understand the similarities and differences between removing invasive species and reintroducing desirable species back into invaded communities; adding a species into a community may not be the ecological and evolutionary mirror image of taking one away. More study is needed to know if the ecological theory of community assembly rules or community resilience and resistance to invasion can be applied to restoration efforts, where one goal is often to restore invaded systems to a state that more closely resembles its pre-invaded condition. Critical community studies include those that could help managers predict when an invaded community is likely to recover simply by removing invasive species or those that could predict which invasive species should be removed first and which ones may be ignored within a community. Methods of

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063226

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 276 of 283

removal may also affect the subsequent ecological and evolutionary response of the invaded community. These same issues may apply equally to the problem of determining which species to add to communities during the process of restoration. Scientists involved in the removal and restoration of invasive species can serve as partners for experiments to measure the population impacts of alternative methodologies, and to create long-term studies of population resilience after removal.

## CONCLUSIONS

The synergism arising from combining ecological, genetic, and evolutionary perspectives on invasive species may be essential for developing practical solutions to the economic and environmental losses resulting from these species. As illustrated above, these approaches include an ever expanding array of tools, including molecular techniques, controlled experiments, and mathematical models. Conversely, invasive species offer unique opportunities for population biologists as natural experiments with more rapid processes than occur in most natural systems.

An analysis of the sequence of events associated with the invasion process highlights the need for ecological, genetic, and evolutionary approaches. The invasion sequence can be thought of as a series of steps, each recognizable, and each rich in questions for population biologists (Figure 1). The first question is understanding why some species become invasive and others do not. A growing body of recent literature supports the contention that statistically significant relationships exist between life history characteristics and the potential for invasiveness. This information could be put to immediate practical use in screening potential plant and animal introductions (Reichard & Hamilton 1997, Kolar & Lodge 2000).

More work on the population biology of invasive species may increase the ability to predict invasiveness in a new habitat, including the ecological role of a species in its native habitat (where it may or may not be an aggressive, colonizing species), or the presence of ecological or genetic differences between invasive populations and the populations from which they are derived. During the process of transport to a new environment, interactions between invasive species and vectors may occur, and different vectors may differentially affect birth and death rates in transit. The number of propagules is likely to be a significant element of the establishment process, and yet there are very few quantitative data relating propagule abundance to success during invasion. Despite the obvious practical significance of reducing the frequency of introduction as well as the number of individuals of invasive species involved in introductions, little theoretical or quantitative empirical work has been done to describe the relationship of these factors with the probability of establishment. Development of experimental systems, such as experimental islands to study replicated introductions, could be extremely revealing.

Another question is the extent to which anthropogenic disturbances, including invasions of other species, influence establishment. There is little information on the relative importance of phenotypic plasticity in establishment of a potentially invasive species in a new habitat, the importance of differences between the

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063227

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 277 of 283

source and recipient environments, or the extent of genetic variation in invading propagules and its relationship to successful establishment.

The lag period commonly observed during invasion processes has been variously attributed to the exponential growth process, stochastic extinction of propagules, or an evolutionary effect. Evolutionary modification of species following establishment, either through adaptive evolution after a single colonization event or by sorting of adaptive genotypes following multiple colonization events, might cause emergence from the lag period. The relative roles of density dependence and evolutionary change in generating the lag times characteristic of the population growth of many invasive species will also require more research. A greater understanding of how these potential causes of the lag phase interact should provide insights into possible management of the invasion process.

The spread of invasive species is influenced by dispersal mode, landscape structure, and the number of foci of introduction of the invasive species (Moody & Mack 1988). Mode of reproduction also influences the rate of spread of an invasive species. The reproductive system and potential for recombination may determine the rate of spread, particularly if continuous adaptation is a prerequisite for the invasion process. Information about how these factors interact will provide opportunities for management of invasive species, including prevention of introductions and control of established populations.

Many community functions are affected by the population biology of invasive species. The effects of invasive species on recipient communities are unclear; in some cases the effects may be additive, but invasive meltdown (sensu Simberloff & Von Holle 1999) with the presence of invasive species facilitating the invasion of more species is also an alternative. More studies may show when invasive species are likely to cause evolutionary changes in recipient populations that retard or increase the likelihood of further invasions. In addition, they may also help determine the rapidity of an evolutionary response in invasive species and whether this increases the likelihood of further invasion. Population biologists may use invasive species to address basic questions in population biology that at the same time provide data useful for decisions about controlling the spread and minimizing the damage from invasive species.

The stages in the invasion process shown in Figure 1 also suggest a means for evaluating threats from invasive species that directly impact plans for management of invasive species. If a species is known to have potentially severe effects on the communities it invades, then particular attention might be given to preventing the transport of the species (e.g., prevention of invasion of Hawaii by the brown tree snake). Alternatively, if the lag phase is a phenomenon resulting from evolutionary modification related to multiple introductions, there may be a need to be wary of any alien species, even those that show little indication of potential for invasiveness.

## Integrating Disciplines

Advances in other academic fields may be relevant to the ideas and approaches we have outlined here. For example, the field of disease epidemiology also addresses

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063228

processes of colonization and spread and includes an extensive body of theoretical work (Heesterbeek & Zadoks 1986). The applied field of weed science has addressed many general concepts of invasion biology in the specific context of agriculturally important plant invaders, especially with respect to the life history of successful colonizing species (e.g., Forcella 1985, Forcella et al. 1986, Panetta & Mitchell 1991, Holt & Boose 2000, Woolcock & Cousens 2000). Ecotoxicology has developed approaches for measuring biological responses to pollutants, which might be analogous to invasive species (Parks et al. 1991, Bongers & Ferris 1999, Denayer et al. 1999). Links between population biology and these fields could lead to exciting and productive advances in invasion biology.

An important element in the study of invasive species is the necessary link to fields outside of the academic community. For example, federal and state agencies, conservation land trusts (such as The Nature Conservancy), and other conservation managers that detect recently arrived invasive species and monitor their spread can alert researchers so that traits associated with successful colonization can be measured. In turn, research on the ecology, genetics, and evolutionary biology of invasive species may eventually provide the practical information that will be essential for preventing the homogenization of the world's flora and fauna.

## ACKNOWLEDGMENTS

This work resulted from a workshop of the Collaboratory on the Population Biology of Invasive Species conducted in October 1999 at the National Science Foundation in Arlington, VA. The Collaboratory is funded by the National Science Foundation (supplement to DEB98-15878). The goal of the Collaboratory is to highlight both the contributions that population biology can make in studies of invasion biology, as well as the opportunities for studies of basic concepts in population biology using invasive species. We thank E. Lyons, S. Scheiner, and M. Courtney for their encouragement and J. Heacock and T. Culley for their technical assistance.

**Visit the Annual Reviews home page at www.AnnualReviews.org**

## LITERATURE CITED

Antonovics J. 1976. The nature of limits to natural selection. *Ann. Mo. Bot. Gard.* 63:224–47

Baker HG. 1965. Characteristics and modes of origin of weeds. In *The Genetics of Colonizing Species*, ed. HG Baker, GL Stebbins, pp. 147–69. New York: Academic. 588 pp.

Baker HG. 1974. The evolution of weeds. *Annu. Rev. Ecol. Syst.* 5:1–24

Baker HG. 1986. Patterns of plant invasion in North America. See Mooney & Drake 1986, pp. 44–57

Barrett SCH. 1992. Genetics of weed invasions. In *Applied Population Biology*, ed. SK Jain, LW Botsford, pp. 91–119. Dordrecht, The Netherlands: Kluwer. 295 pp.

Barrett SCH. 2000. Microevolutionary influences of global changes on plant invasions. See Mooney & Hobbs 2000, pp. 115–39

Barrett SCH, Husband BC. 1990. The genetics

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

of plant migration and colonization. In *Plant Population Genetics, Breeding and Genetic Resources*, ed. AHD Brown, MT Clegg, AL Kahler, BS Weir, pp. 254–77. Sunderland, MA: Sinauer. 449 pp.

Barrett SCH, Kohn JR. 1991. Genetic and evolutionary consequences of small population size in plants: implications for conservation. In *Genetics and Conservation of Rare Plants*, ed. DA Falk, KE Holsinger, pp. 3–30. New York: Oxford Univ. Press. 283 pp.

Bastrop R, Juerss K, Sturmbauer C. 1998. Cryptic species in a marine polychaete and their independent introduction from North America to Europe. *Mol. Biol. Evol.* 15:97–103

Blossey B, Notzold R. 1995. Evolution of increased competitive ability in invasive nonindigenous plants: a hypothesis. *J. Ecol.* 83:887–89

Bongers T, Ferris H. 1999. Nematode community structure as a bioindicator in environmental monitoring. *Trends Ecol. Evol.* 14:224–28

Bossenbroek JM, Kraft CE, Nekola JC. 2001. Prediction of long-distance dispersal using gravity models: zebra mussel invasion of inland lakes. *Ecol. Appl.* In press

Burdon JJ, Marshall DR. 1981. Biological control and the reproductive mode of weeds. *J. Appl. Ecol.* 18:649–58

Byers JE. 2000. Competition between two estuarine snails: implications for invasions of exotic species. *Ecology* 81(5):1225–39

Cabin RJ, Weller SG, Lorence DH, Flynn TW, Sakai AK, et al. 2000. Effects of long-term ungulate exclusion and recent alien species control on the preservation and restoration of a Hawaiian tropical dry forest. *Conserv. Biol.* 14:439–53

Callaway RM, Aschehoug ET. 2000. Invasive plants versus their new and old neighbors: a mechanism for exotic invasion. *Science* 290:521–23

Calvo-Ugarteburu G, McQuaid CD. 1998. Parasitism and invasive species: effects of digenetic trematodes on mussels. *Mar. Ecol. Program Ser.* 169:149–63

Carlton JT. 2000. Global change and biological invasions in the oceans. See Mooney & Hobbs 2000, pp. 31–53

Crawley MJ. 1986. The population biology of invaders. *Philos. Trans. R. Soc. London Ser. B* 314:711–29

Daehler CC. 1998. The taxonomic distribution of invasive angiosperm plants: ecological insights and comparison to agricultural weeds. *Biol. Conserv.* 84:167–80

D'Antonio CM, Vitousek PM. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. *Annu. Rev. Ecol. Syst.* 23:63–87

Davies N, Villablanca FX, Roderirck GK. 1999. Bioinvasions of the Medfly *Ceratitis captitata*: source estimation using DNA sequences at multiple intron loci. *Genetics* 153:351–60

Davis MA, Thompson K. 2000. Eight ways to be a colonizer; two ways to be an invader: a proposed nomenclature scheme for invasion ecology. *Bull. Ecol. Soc. Am.* 81:226–30

Denayer F-O, Van Haluwyn C, de Foucault B, Schumacker R, Colein P. 1999. Use of bryological communities as a diagnostic tool of heavy metal soil contamination (Cd, Pb, Zn) in northern France. *Plant Ecol.* 140:191–201

Drake JA, Mooney HA, DiCastri HA, Groves HA, Kruger FJ, et al., eds. 1989. *Biological Invasion: a Global Perspective*. New York: Wiley & Sons. 525 pp.

Drayton B, Primack RB. 1999. Experimental extinction of garlic mustard (*Allaria petiolata*) populations: implication for weed science and conservation biology. *Biol. Invasions* 1:159–67

Ehrlich PR. 1989. Attributes of invaders and the invading processes: vertebrates. See Drake et al. 1989, pp. 315–28

Ellstrand NC, Elam DR. 1993. Population genetic consequences of small population size: implications for plant conservation. *Annu. Rev. Ecol. Syst.* 24:217–42

Ellstrand NC, Schierenbeck KA. 2000. Hybridization as a stimulus for the evolution of invasiveness in plants? *Proc. Natl. Acad. Sci. USA* 97:7043–50

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 280 of 283

Elton CS. 1958. *The Ecology of Invasions by Animals and Plants*. London: Methuen. 181 pp.

Falconer DS, Mackay TFC. 1996. *Introduction to Quantitative Genetics*. Harlow, UK: Prentice Hall. 464 pp. 4th ed.

Fisher RA. 1930. *The Genetical Theory of Natural Selection*. Oxford: Clarendon. 272 pp.

Forcella F. 1985. Final distribution is related to rate of spread in alien weeds. *Weed Res.* 25:181–91

Forcella F, Wood JT, Dillon SP. 1986. Characteristics distinguishing invasive weeds within *Echium* (Bugloss). *Weed Res.* 26:351–64

Garcia P, Vences FJ, Perez de al Vega M, Allard RW. 1989. Allelic and genotypic composition of ancestral Spanish and colonial Californian gene pools of *Avena barbata*: evolutionary implications. *Genetics* 122: 687–94

Geber MA, Dawson TE. 1993. Evolutionary responses of plants to global change. In *Biotic Interactions and Global Change*, ed. PM Kareiva, JG Kingsolver, RB Huey, pp. 179–97. Sunderland, MA: Sinauer. 559 pp.

Goodell K, Parker IM, Gilbert GS. 2000. Biological impacts of species invasions: implications for policy makers. In *Incorporating Science, Economics, and Sociology in Developing Sanitary and Phytosanitary Standards in International Trade*, ed. Natl. Res. Counc. US, pp. 87–117. Washington, DC: Natl. Acad. Sci. Press. 275 pp.

Gordon DR. 1998. Effects of invasive, non-indigenous plant species on ecosystem processes: lessons from Florida. *Ecol. Appl.* 8:975–89

Gray AJ. 1986. Do invading species have definable genetic characteristics? *Philos. Trans. R. Soc. London Ser. B* 314:655–72

Grime JP. 1979. *Plant Strategies and Vegetation Processes*. Chichester, UK: Wiley & Sons. 222 pp.

Heesterbeek JAP, Zadoks JC. 1986. Modelling pandemics of quarantine pests and diseases: problems and perspectives. *Crop Prot.* 6:211–21

Hengeveld R. 1990. *Dynamic Biogeography*. London: Cambridge Univ. Press. 249 pp.

Hewitt G. 2000. The genetic legacy of the quaternary ice ages. *Nature* 405:907–13

Hill AM, Lodge DM. 1999. Replacement of resident crayfishes by an exotic crayfish: the roles of competition and predation. *Ecol. Appl.* 9:678–90

Hoffmann AA, Blows MW. 1994. Species borders: ecological and evolutionary perspectives. *Trends Ecol. Evol.* 9:223–27

Holt JS, Boose AB. 2000. Potential for spread of *Abutilon theophrasti* in California. *Weed Sci.* 48:43–52

Holt RD, Gomulkiewicz R. 1997. How does immigration influence local adaptation? A reexamination of a familiar paradigm. *Am. Nat.* 149:563–72

Holt RD. 1996. Demographic constraints in evolution: toward unifying ecological theories of senescence and niche conservatism. *Evol. Ecol.* 10:1–11

Holway DA. 1999. Competitive mechanisms underlying the displacement of native ants by the invasive argentine ant. *Ecology* 80:238–51

Horvath TG, Lamberti GA, Lodge DM, Perry WL. 1996. Zebra mussels in flowing waters: role of headwater lakes in downstream dispersal. *J. North Am. Benthol. Soc.* 15:564–75

Horvitz C, Pascarella J, McMann S, Freedman A, Hofsetter RH. 1998. Functional roles of invasive non-indigenous plants in hurricane-affected subtropical hardwood. *Ecol. Appl.* 8:947–74

Huenneke LF, Vitousek PM. 1990. Seedling and clonal recruitment of the invasive tree *Psidium cattleianum*: implications for management of native Hawaiian forests. *Biol. Conserv.* 53:199–211

Huxel GR. 1999. Rapid displacement of native species by invasive species: effects of hybridization. *Biol. Conserv.* 89:143–52

Invasive Species. 1999. Executive Order 13112 of Feb. 3. *Fed. Regist.* 64(25):6183–86

Jaksic FM. 1998. Vertebrate invaders and their

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063231

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 281 of 283

ecological impacts in Chile. *Biodivers. Conserv.* 7:1427–45

Jousson O, Pawlowski J, Zaninetti L, Zechman FW, Dini F, et al. 2000. Invasive alga reaches California. *Nature* 408:157–58

Keddy PA, Twolan-Strutt L, Wisheu IC. 1994. Competitive effect and response ranking in 20 wetland plants: Are they consistent across three environments? *J. Ecol.* 82:635–43

Kirkpatrick M, Barton NH. 1997. Evolution of a species' range. *Am. Nat.* 150:1–23

Kolar C, Lodge DM. 2001. Progress in invasion biology: predicting invaders. *Trends Ecol. Evol.* 16:199–204

Kolar C, Lodge DM. 2000. Freshwater nonindigenous species: interactions with other global changes. See Mooney & Hobbs 2000, pp. 3–30

Kot M, Lewis MA, van den Driessche P. 1996. Dispersal data and the spread of invading organisms. *Ecology* 77:2027–42

Kowarik I. 1995. Time lags in biological invasions with regard to the success and failure of alien species. See Pyšek et al. 1995a, pp. 15–38

Kupferberg SJ. 1997. Bullfrog (*Rana catesbeiana*) invasion of a California river: the role of larval competition. *Ecology* 78:1736–51

Lavorel S, Priur-Richard AH, Grigulis K. 1999. Invasibility and diversity of plant communities: from patterns to processes. *Divers. Distrib.* 5:41–49

Lawton JH, Brown KC. 1986. The population and community ecology of invading insects. *Philos. Trans. R. Soc. London Ser. B* 314:607–16

Levin DA, Francisco-Ortega J, Jansen RK. 1996. Hybridization and the extinction of rare plant species. *Conserv. Biol.* 10:10–16

Levine JM. 2000. Species diversity and biological invasions: relating local process to community pattern. *Science* 288:852–54

Levine JM, D'Antonio CM. 1999. Elton revisited: a review of evidence linking diversity and invasibility. *Oikos* 87:15–26

Lewis MA. 1997. Variability, patchiness and jump dispersal in the spread of an invading population. In *Spatial Ecology: The Role of Space in Population Dynamics and Interspecific Interactions*, ed. D Tilman, P Karieva, pp. 46–69. Princeton, NJ: Princeton Univ. Press. 368 pp.

Lodge DM. 1993a. Biological invasions: lessons for ecology. *Trends Ecol. Evol.* 8:133–37

Lodge DM. 1993b. Species invasions and deletions: community effects and responses to climate and habitat change. In *Biotic Interactions and Global Change*, ed. PM Karieva, JG Kingsolver, RB Huey, pp. 367–87. Sunderland, MA: Sinauer. 559 pp.

Lodge DM. 2001. Lakes. In *Future Scenarios of Global Biodiversity*, ed. FS Chapin III, OE Sala, E Huber-Sannwald. New York: Springer-Verlag. In press

Lodge DM, Taylor CA, Holdich DM, Skurdal J. 2000. Nonindigenous crayfishes threaten North American freshwater biodiversity: lessons from Europe. *Fisheries* 25:7–20

Lonsdale WM. 1999. Global patterns of plant invasions and the concept of invasibility. *Ecology* 80:1522–36

MacArthur RH. 1972. *Geographical Ecology: Patterns in the Distribution of Species*. New York: Harper & Row. 269 pp.

MacArthur RH, Wilson EO. 1967. *The Theory of Island Biogeography*. Princeton, NJ: Princeton Univ. Press. 203 pp.

Mack RN. 1985. Invading plants: their potential contribution to population biology. In *Studies on Plant Demography: A Festschrift for John L. Harper*, ed. J White. pp. 127–42. London: Academic. 393 pp.

Mack RN. 1996. Predicting the identity and fate of plant invaders: emergent and emerging approaches. *Biol. Conserv.* 78:107–21

Mack RN, Simberloff D, Lonsdale WM, Evans H, Clout M, Bazzaz FA. 2000. Biotic invasions: causes, epidemiology, global consequences, and control. *Ecol. Applic.* 10:689–710

Maron JL, Connors PG. 1996. A native nitrogen-fixing shrub facilitates weed invasion. *Oecologia* 105:302–12

Mauricio R, Rausher MD. 1997. Experimental manipulation of putative selective agents provides evidence for the role of natural

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063232

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 282 of 283

enemies in the evolution of plant defense. *Evolution* 51:1435–44

May RM. 1972. Will a large complex system be stable? *Nature* 238:413–14

Mazer SJ, LeBuhn G. 1999. Genetic variation in life-history traits: heritability estimates within and genetic differentiation among populations. In *Life History Evolution in Plants*, ed TO Vuorisalo, PK Mutikainen, pp. 85–135. Dordrecht: Kluwer Academic. 348 pp.

McEvoy PB, Coombs EM. 1999. Biological control of plant invaders: regional patterns, field experiments, and structured population models. *Ecol. Appl.* 9:387–401

Melgoza G, Nowak RS, Tausch RJ. 1990. Soil water exploitation after fire: competition between *Bromus tectorum* (cheatgrass) and two native species. *Oecologia* 83:7–13

Mitchell-Olds T. 1995. The molecular basis of quantitative genetic variation in natural populations. *Trends Ecol. Evol.* 10:324–28

Moody ME, Mack RN. 1988. Controlling the spread of plant invasions: the importance of nascent foci. *J. Appl. Ecol.* 25:1009–21

Mooney HA, Drake JA, eds. 1986. *Ecology of Biological Invasions of North America and Hawaii*. New York: Springer-Verlag. 321 pp.

Mooney HA, Hobbs RJ, eds. 2000. *Invasive Species in a Changing World*. Washington, DC: Island. 457 pp.

Moyle PB. 1986. Fish introductions into North America: patterns and ecological impact. See Mooney & Drake 1986, pp. 27–43

Neubert MG, Caswell H. 2000. Demography and dispersal: calculation and sensitivity analysis of invasion speed for structured populations. *Ecology* 81:1613–28

Neubert MG, Kot M, Lewis MA. 2000. Invasion speeds in fluctuating environments. *Proc. R. Soc. Biol. Sci. Ser. B* 267:1603–10

Newman D, Pilson D. 1997. Increased probability of extinction due to decreased genetic effective population size: experimental populations of *Clarkia pulchella*. *Evolution* 51:354–62

Newsome AE, Noble IR. 1986. Ecological and physiological characters of invading species. In *Ecology of Biological Invasions*, ed. RH Groves, JJ Burdon, pp. 1–20. Cambridge: Cambridge Univ. Press. 166 pp.

Nieminen M, Singer MC, Fortelius W, Schops K, Hanski I. 2001. Experimental confirmation that inbreeding depression increases extinction risk in butterfly populations. *Am. Nat.* 157:237–44

Novak SJ, Mack RN. 1993. Genetic variation in *Bromus tectorum* (Poaceae): comparison between native and introduced populations. *Heredity* 71:167–76

Novak SJ, Mack RN. 1995. Allozyme diversity in the apomictic vine, *Bryonia alba* (Cucurbitaceae): potential consequences of multiple introductions. *Am. J. Bot.* 82:1153–62

Novak SJ, Mack RN, Soltis PS. 1993. Genetic variation in *Bromus tectorum* (Poaceae): introduction dynamics in North America. *Can. J. Bot.* 71:1441–48

O'Connor RJ. 1986. Biological characteristics of invaders among bird species in Britain. *Philos. Trans. R. Soc. London Ser. B* 314: 583–98

Panetta FD, Mitchell ND. 1991. Homoclime analysis and the prediction of weediness. *Weed Res.* 31:273–84

Parker IM. 1997. Pollinator limitation of *Cytisus scoparius*, an invasive exotic shrub. *Ecology* 788:1457–70

Parker IM. 2000. Invasion dynamics of *Cytisus scoparius*: a matrix model approach. *Ecol. Appl.* 10:726–43

Parker IM, Simberloff D, Lonsdale WM, Goodell K, Wonham M, et al. 1999. Impact: toward a framework for understanding the ecological effects of invaders. *Biol. Invasions* 1:3–19

Parks JW, Craig PJ, Neary BP, Ozburn G, Romani D. 1991. Biomonitoring in the mercury-contaminated Wabigoon-English-Winnipeg River (Canada) system: selection of the best available bioindicator. *Appl. Organomet. Chem.* 5:487–95

Paterson AH, Schertz KF, Lin Y-R, Liu S-C, Chang Y-L. 1995. The weediness of

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063233

Case No. 1:20-cv-02484-MSK Document 47-3 filed 04/28/21 USDC Colorado pg 283 of 283

wild plants: molecular analysis of genes influencing dispersal and persistence of johnsongrass, *Sorghum halepense* (L.) Pers. *Proc. Natl. Acad. Sci. USA* 92:6127–31

Pellmyr O, Leebens-Mack M, Thompson JN. 1998. Herbivores and molecular clocks as tools in plant biogeography. *Biol. J. Linn. Soc.* 63:367–78.

Perry WL, Feder JL, Lodge DM. 2001a. Hybridization and introgression between introduced and resident *Orconectes* crayfishes in northern Wisconsin. *Conserv. Biol.* In press

Perry WL, Feder JL, Lodge DM. 2001b. Hybrid zone dynamics and species replacement between *Orconectes* crayfishes in a northern Wisconsin lake. *Evolution.* In press

Petren K, Case TJ. 1996. An experimental demonstration of exploitation competition in an ongoing invasion. *Ecology* 77:118–32

Pianka ER. 1970. On r- and K-selection. *Am. Nat.* 104:592–97

Pimentel D, Lach L, Zuniga R, Morrison D. 2000. Environmental and economic costs of nonindigenous species in the United States. *BioScience* 50:53–65

Pyšek P, Prach K, Rejmanek M, Wade M, eds. 1995a. *Plant Invasions—General Aspects and Special Problems.* Amsterdam, The Netherlands: SPB Academic. 263 pp.

Pyšek P, Prach K, Smilauer P. 1995b. Relating invasion success to plant traits: an analysis of the Czech alien flora. See Pyšek et al. 1995a, pp. 39–60

Quinn TP, Unwin MJ, Kinnison MT. 2000. Evolution of temporal isolation in the wild: genetic divergence in timing of migration and breeding by introduced chinook salmon populations. *Evolution* 54:1372–85

Reichard SH, Hamilton CW. 1997. Predicting invasions of woody plants introduced into North America. *Conserv. Biol.* 11:193–203

Rejmanek M. 1995. What makes a species invasive? See Pyšek et al. 1995a, pp. 3–13

Rejmanek M, Richardson DM. 1996. What attributes make some plant species more invasive? *Ecology* 77:1655–61

Reusch TBH. 1998. Native predators contribute to invasion resistance to the nonindigenous bivalve *Musculista senhousia* in southern California. *Mar. Ecol. Program Ser.* 170:159–68

Rhymer JM, Simberloff D. 1996. Extinction by hybridization and introgression. *Annu. Rev. Ecol. Syst.* 27:83–109

Richardson DM, Allsopp N, D'Antonio CM, Milton SJ, Rejmanek M. 2000. Plant invasions: the role of mutualisms. *Biol. Rev.* 75:65–93

Roy J. 1990. In search of the characteristics of plant invaders. In *Biological Invasions in Europe and the Mediterranean Basin*, ed. F di Castri, AJ Hansen, M Debussche, pp. 335–52. Dordrecht, The Netherlands: Kluwer Academic. 463 pp.

Ruiz GM, Rawlings TK, Dobbs FC, Drake LA, Mulladay T, et al. 2000. Global spread of microorganisms by ships. *Nature* 408:49–50

Sala OE, Chapin FS III, Armesto JJ, Berlow E, Bloomfield J, et al. 2000. Global biodiversity scenarios for the year 2100. *Science* 287:1770–74

Schierenbeck KA, Mamrick JL, Mack RN. 1995. Comparison of allozyme variability in a native and an introduced species of *Lonicera*. *Heredity* 75:1–9

Schiffman PM. 1997. Animal-mediated dispersal and disturbance: driving forces behind alien plant naturalization. In *Assessment and Management of Plant Invasions*, ed. JO Luken, JW Thieret, pp. 87–94. New York: Springer-Verlag. 324 pp.

Sharov AA, Liebhold AM. 1998. Model of slowing the spread of gypsy moth (Lepidoptera: Lymantriidae) with a barrier zone. *Ecol. Appl.* 8:1170–79

Shea K, Kelly D. 1998. Estimating biocontrol agent impact with matrix models: *Carduus nutans* in New Zealand. *Ecol. Appl.* 8:824–32

Shigesada N, Kawasaki K. 1997. *Biological Invasions: Theory and Practice*. London: Oxford Univ. Press. 205 pp.

Simberloff D. 1989. Which insect introductions

This content downloaded from 204.124.92.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063234