succeed and which fail? See Drake et al. 1989, pp. 61–76

Simberloff D. 1996. Impacts of introduced species in the United States. *Consequences: Nat. Implic. Environ. Change* 2:13–24

Simberloff D, Von Holle M. 1999. Synergistic interactions of nonindigenous species: invasional meltdown? *Biol. Invasions* 1:21–32

Skellam JB. 1951. Random dispersal in theoretical populations. *Biometrika* 38:196–218

Slade RW, Moritz C. 1998. Phylogeography of *Bufo marinus* from its natural and introduced ranges. *Proc. R. Soc. London Ser. B* 265:769–77

Smith HA, Johnson WS, Shonkwiler JS. 1999. The implications of variable or constant expansion rates in invasive weed infestations. *Weed Sci.* 47:62–66

Stein B, Kutner LS, Adams JS. 2000. *Precious Heritage: The Status of Biodiversity in the United States.* Oxford: Oxford Univ. Press. 399 pp.

Stoeckel JA, Schneider DW, Soeken LA, Blodgett KD, Sparks RE. 1997. Larval dynamics of a riverine metapopulation: implications for zebra mussel recruitment, dispersal, and control in a large-river system. *J. North Am. Benthol. Soc.* 16:586–601

Stone GN, Sunnucks P. 1993. Genetic consequences of an invasion through a patchy environment—the cynipid gallwasp *Andricus quercuscalicis* (Hymenoptera: Cynipidae). *Mol. Ecol.* 2:251–68

Terwilliger J, Pastor J. 1999. Small mammals, ectomycorrhizae, and conifer succession in beaver meadows. *Oikos* 85:83–94

Thebaud CA, Finzi C, Affre L, Debusscche M, Escarre J. 1996. Assessing why two introduced *Conyza* differ in their ability to invade Mediterranean old fields. *Ecology* 77:791–804

Thompson JN. 1993. Oviposition preference and the origins of geographic variation in specialization in swallowtail butterflies. *Evolution* 47:1585–94

Thompson JN. 1998. Rapid evolution as an eco-logical process. *Trends Ecol. Evol.* 13:329–32

Thompson JN. 1999. The evolution of species interactions. *Science* 284:2116–18

Tilman D. 1997. Community invasibility, recruitment limitation, and grassland biodiversity. *Ecology* 78:81–92

Tilman D. 1999. The ecological consequences of changes in biodiversity: a search for general principles. *Ecology* 80:1455–74

Townsend CR. 1996. Invasion biology and ecological impacts of brown trout *Salmo trutta* in New Zealand. *Biol. Conserv.* 78:13–22

Tsutsui ND, Suarez AV, Holway DA, Case TJ. 2000. Reduced genetic variation and the success of an invasive species. *Proc. Natl. Acad. Sci. USA* 97:5948–53

U.S. Congr. Off. Technol. Assess. 1993. *Harmful non-indigenous species in the United States, OTF-F-565.* Washington, DC: US GPO

Usher MB. 1988. Biological invasions of nature reserves: a search for generalizations. *Biol. Conserv.* 44:119–35

Van Driesche RG, Bellows TS Jr. 1996. *Biological Control.* New York: Chapman & Hall. 539 pp.

Vitousek PM, D'Antonio CM, Loope LL, Westbrooks R. 1996. Biological invasions as global environmental change. *Am. Sci.* 84:218–28

Vitousek PM, Walker LR. 1989. Biological invasion by *Myrica faya* in Hawaii: plant demography, nitrogen fixation, ecosystem effects. *Ecol. Monogr.* 59:247–65

Whittier JM, Limpus D. 1996. Reproductive patterns of a biologically invasive species: the brown tree snake (*Boiga irregularis*) in eastern Australia. *J. Zool.* 238:591–97

Wilcove DS, Rothstein D, Dubow J, Phillips A, Losos E. 1998. Quantifying threats to imperiled species in the United States. *BioScience* 48:607–15

Williamson M. 1996. *Biological Invasions.* New York: Chapman & Hall. 244 pp.

Williamson M, Brown K. 1986. The analysis

This content downloaded from 204.124.52.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063235

**332**    SAKAI ET AL.

and modelling of British invasions. *Philos. Trans. R. Soc. London Ser. B* 314:505–22

Wilson AB, Nalsh K-A, Boulding EG. 1999. Multiple dispersal strategies of the invasive quagga mussel (*Dreissena bugensis*) as re-vealed by microsatellite analysis. *Can. J. Fish. Aquat. Sci.* 56:2248–61

Woolcock JL, Cousens R. 2000. A mathematical analysis of factors affecting the rate of spread of patches of annual weeds in an arable field. *Weed Sci.* 48:27–34

This content downloaded from 204.124.52.254 on Tue, 19 Nov 2013 10:30:50 AM
All use subject to JSTOR Terms and Conditions

BLM_0063236

# TRANSACTIONS

## of the

# Forty-fifth North American Wildlife and Natural Resources Conference

Conference Theme:

*Balancing Natural Resources Allocations*

March 22–26, 1980
Deauville Hotel
Miami Beach, Florida

Edited by
Kenneth Sabol

Published by the
Wildlife Management Institute
Washington, D.C.
1980

Additional copies may be procured from the
WILDLIFE MANAGEMENT INSTITUTE
709 Wire Building, 1000 Vermont Ave.
Washington, D.C. 20005
Price: $12.00 plus $1.00 postage and handling.

Transactions of the Forty-fifth
North American Wildlife and Natural Resources Conference
ISBN 0078-1355

Copyright 1980
WILDLIFE MANAGEMENT INSTITUTE

Printed in
U.S.A.
by
Automated Graphics Systems, Inc.
White Plains, MD 20695

BLM_0063238

# Island Biogeography and the Conservation of Nongame Birds

Fred B. Samson

*U.S. Fish and Wildlife Service, Missouri Cooperative Wildlife Research Unit, School of Forestry, Fisheries and Wildlife, University of Missouri, Columbia*

## Introduction

Biogeography is a complex science encompassing several disciplines—geography, biology, ecology, taxonomy, among others. It also is an old science rich in the descriptive geography of plants and animals. During the last decade, biogeographic theory has assimilated new concepts and has emerged as the conceptual focal point in the design of preserves for wildlife (Wilson and Willis 1975). Although resource management is often more art than science (Goeden 1979), biogeographic theory may aid in the decision-making process; thus, the intent of the present paper is to review the concept as a management tool in the conservation of birds. The emphasis is on inland islands—prairie relicts, forests interspersed among agricultural lands, mountains rising above low lying areas, cemeteries or parks isolated by urban development. Nearly all inland nongame bird habitats are insular in character, clearly distinguished from surrounding unsuitable habitat and recognized as distinct by the birds utilizing them.

## Equilibrium Model

The equilibrium model of MacArthur and Wilson (1967) proposes the number of species held by an island reflects a dynamic equilibrium between immigration rates and extinction rates influenced by isolation between islands and island area (Figure 1). Perhaps no other ecological theory has generated as much recent interest, for over 100 articles involving the theory are included in recent reviews (Simberloff 1974, Stenseth 1979). The crowning achievement has been the extensive application of island concepts to the design of refuges for tropical birds to include which species will be maintained and for how long (Faaborg 1979).

According to the model, species turnover (immigrations and extinctions) should be high on small islands while total number of insular species remains relatively constant (Figure 1). In Illinois, Whitcomb et al. (1976) reviewed Kendeigh's annual breeding bird censuses of a small isolated (22 ha) forest preserve and reported high turnover. In that study, only 9 of 62 total species were represented in each of 48 censuses since 1927 and 6 others only bred sporadically. Three birds, normally characteristic of the interior of eastern deciduous forests, were not recorded. Total number of breeding species, however, remained relatively constant, thus in general agreement with the equilibrium model.

Support for the impact of isolation comes from comparisons of species numbers breeding in eastern forest islands isolated by agriculture or urban development (fewer bird species) to those islands similar in size and vegetation but near extensive forests (more bird species [Whitcomb et al. 1976]). Declines of 35 to 87 percent in neotropical migrants are evident in metropolitan parks in the District of Columbia or Maryland as urban growth has increased their isolation from similar

245



Figure 1.   The equilibrium model of island biogeography explains species numbers in terms of immigration rates, extinction rates, island isolation, and area. Large islands have high immigration rates and low extinction rates, as do islands near mainland (after MacArthur and Wilson 1967).

habitat. In a study I conducted in Missouri in 1978 and 1979, a 30.2-ha tallgrass prairie in the southwest where relicts are clustered held 15 breeding species versus 12 (1977) or 13 (1978) on an isolated 31.4-ha relict.

Thus, available evidence suggests land managers should view inland insular bird communities as dynamic entities changing in species composition and influenced by rates of immigration and extinction and extent of isolation from similar habitat.

### Island Area

Extensive evidence indicates that the number of plant or animal species in a particular habitat island is strongly influenced by size of that habitat. For example, the area of Great Basin montane "islands" is significantly correlated to number of permanent boreal bird species (Brown 1978). In Montana, montane insular area predicted the number of bird species breeding in forests, grasslands, and other habitats more than habitat heterogeneity, topography, or relief in the Sweet Grass Hills (Thompson 1978). On a local scale, insular area but not internal heterogeneity of mixed oak patches of varying size in New Jersey was a significant factor in predicting number of breeding bird species (Galli et al. 1976 [Figure 2]). Avian use of Illinois lowland hardwoods (Graber and Graber 1976), Wisconsin northern hardwoods (Tilghman 1977), Seattle urban parks (Gavareski 1976), Chicago cemeteries (Lussenhopp 1977), and South Dakota shelterbelts (Martin 1978) is influenced by insular area. In my study in Missouri, insular area, not habitat heterogeneity or food, had a significant influence on number of bird species breeding on 12 tallgrass prairies.

BLM_0063240

Emerging from local species–area studies is a relatively new concept, the habitat size-dependency of many bird species (Table 1). It is clear that extensive contiguous habitats are important to the long-term survival of many populations of birds (Whitcomb et al. 1977, Robbins 1979). Nearly 50 percent of the birds breeding in New Jersey mixed oak patches were habitat size-dependent (Galli et al. 1976) as were 50 percent in Appalachian forests (Robbins 1979). Nearly two-thirds of all species breeding on tallgrass prairies are habitat size-dependent (Table 1).

Support for the habitat size-dependent concept comes primarily from two sources, the species–area studies (Figure 2) and the observed localized extirpations of species. Declines of 20 to 92 percent in numbers of size-dependent warblers and vireos occurred during the last four decades as large eastern forests have been fragmented (Lynch and Whitcomb 1978). Formerly widely distributed prairie species, the Henslow's sparrow, upland sandpiper, and greater prairie chicken, are now on state rare or endangered species lists as their habitat has been converted to other purposes. Most species on the Blue List regularly reported in *American Birds* are either colonial nesters or habitat size-dependent species.

Importantly, there are clear biological correlates to the habitat size-dependent concept. Habitat size-dependent eastern forest species are primarily neotropical migrants, nest on or near the ground in forest interiors, and raise a single brood from a small clutch. Several size-dependent prairie species share these patterns. Habitat size-independent species—the starling (*Sturnus vulgaris*), gray catbird (*Dumetella carolinensis*), common grackle (*Quiscalus quiscula*), American robin (*Turdus migratorius*), rufous-sided towhee (*Pipilo erythrophthalmus*), and others—differ biologically and have not been negatively affected by habitat fragmentation. They are permanent residents or short distance migrants, have two or more broods per year, nest in the edge or higher in the forest habitat, and generally have a greater chance for reproductive success (Robbins 1979). Unfortunately, minimum habitat size requirements for nongame birds breeding in riparian forests and grasslands, western montane forests and meadows, deserts, short or mixed grass prairies and other major ecotypes are not known.

## Use in Management

The intent of the present paper is to contribute toward a management policy for North American nongame birds, specifically the preservation of all naturally occurring North American species. In recent North American Wildlife and Natural Resources Conferences, two major management thrusts for nongame birds have been addressed, habitat diversity and a species-centered approach.

Habitat diversity is a major consideration in managing north-central forests (Siderits and Radtke 1977). Its objective, to establish the greatest diversity with a desirable mixture of habitat components, results in a forest with different vegetative species, age stands and habitat types.

More than 60 species of nongame birds breed in north-central forests, 80 percent migrate annually, and the most abundant are warblers. Few of these are common species and the overall species richness is dependent on presence of uncommon species (Temple et al. 1979). As noted before, there is increasing evidence that many migrants (particularly warblers) nesting in the interior of forests are habitat size-dependent, requiring a large contiguous habitat area for

BLM_0063241

Table 1. Examples of preliminary estimates of minimum size of habitat required to maintain viable breeding populations (Galli et al. 1976, Robbins 1979, Samson unpub. data).

| Minimum area (ha) | Eastern deciduous forest species | Tallgrass prairie species |
|---|---|---|
| 1–10 | Yellow-billed cuckoo<br>(*Coccyzus americanus*)<br>Black-billed cuckoo<br>(*C. erythropthalmus*)<br>Red-bellied woodpecker<br>(*Melanerpes carolinus*)<br>Hairy woodpecker<br>(*Picoides villosus*)<br>Downy woodpecker<br>(*P. pubescens*)<br>Eastern wood pewee<br>(*Contopus virens*)<br>Black-capped chickadee<br>(*Parus atricapillus*)<br>Tufted titmouse<br>(*P. bicolor*)<br>White-breasted nuthatch<br>(*Sitta carolinensis*)<br>Blue jay<br>(*Cyanocitta cristata*) | Horned lark<br>(*Eremophila alpestris*)<br>Bluebird<br>(*Sialia sialis*)<br>American goldfinch<br>(*Carduelis tristis*)<br>Dickcissel<br>(*Spiza americana*)<br>Savannah sparrow<br>(*Passerculus sandwichensis*)<br>Grasshopper sparrow<br>(*Ammodramus savannarum*) |
| >10–100 | Red-shouldered hawk<br>(*Buteo lineatus*)<br>Wood thrush<br>(*Hylocichla mustelina*)<br>Yellow-throated vireo<br>(*Vireo flavifrons*)<br>Red-eyed vireo<br>(*V. olivaceus*)<br>Prothonotary warbler<br>(*Protonotaria citrea*)<br>Northern parula<br>(*Parula americana*)<br>Louisiana water thrush<br>(*Seiurus motacilla*)<br>Scarlet tanager<br>(*Piranga olivacea*)<br>Summer tanager<br>(*P. rubra*) | Marsh hawk<br>(*Circus cyaneus*)<br>Upland sandpiper<br>(*Bartramia longicauda*)<br>Scissor-tailed flycatcher<br>(*Muscivora forficata*)<br>Short-billed marsh wren<br>(*Cistothorus platensis*)<br>Henslow's sparrow<br>(*Ammodramus henslowii*)<br>Vesper sparrow<br>(*Pooecetes gramineus*)<br>Lark sparrow<br>(*Chondestes grammacus*) |
| >100 | Black-and-white-warbler<br>(*Mniotilta varia*)<br>Worm-eating warbler<br>(*Helmintheros verminovorus*)<br>Ovenbird<br>(*S. aurocapillus*) | Greater prairie chicken<br>(*Tympanuchus cupido*) |

BLM_0063242



Figure 2.   Examples of avian species–area relations in lowland hardwoods after Graber and Graber (1976); mixed oak forests, Galli et al. (1976); and tallgrass prairie, Samson (unpub. data).

long term survival. If habitat diversity is achieved by subdividing large contiguous habitats, then a clear possibility exists for the local or regional loss of habitat size-dependent species. If the management goal is to maintain all naturally occurring species, large tracts need to be maintained (Temple et al. 1979). Lastly, there also are other issues related to this approach. No relation between habitat diversity and number of breeding bird species exists in some habitats (Tomoff 1974), definitions of diversity differ, and extensive data on songbird habitat use suggest maximizing habitat diversity is hardly a valid objective for nongame bird management. These issues have been discussed elsewhere (Webb 1977).

The second management approach centers on a species either featured, sensitive or indicator. Featured species management has been recommended for southern forests (Gould 1977). The species sensitivity approach (Webb 1977) is directed toward avoiding drastic consequences for selected songbirds. An indicator species is often used by land management agencies to monitor the effect of land use changes.

To identify this species, I suggest the habitat size-dependent species requiring the largest minimum area in the habitat under consideration be selected from a species–area curve (Table 1). By doing so, the integrity of an entire bird community and its habitat is maintained; the effect of habitat perturbation, particularly loss, is monitored; and the emphasis is on the long-term survival of all species, both habitat size-dependent and independent. To illustrate, a tallgrass prairie in Missouri with a viable greater prairie chicken population, the species with the largest minimum area (Table 1), also held all other species. An exception may be if a rare or endangered species occurs on an area. However, many of these species have large minimum area requirements; thus both minimum area and rarity may emerge as useful in the species approach.

The species–area approach also has land use applications. On a species–area curve, a minimum area point is reached where a 5-percent increase in number of

BLM_0063243

species requires a doubling in habitat size. This point is reached at 20 ha in Missouri oak-hickory forests (M. R. Mitchell, pers. comm.), at 40 ha in New Jersey mixed oak forests (Forman et al. 1976), at 98 ha in Missouri tallgrass prairies, but few estimates for other habitats are available.

Lastly, not all management units, parks or refuges may need to include all species. Thus, the minimum area point may be useful in balancing habitat needs for the majority of the species in a community and economic and esthetic considerations, whether they be size of timber harvest in managed forests, cost of land acquisition, or the design of urban, suburban or rural parks and refuges.

## Summary

First, habitat for nongame birds is becoming increasingly isolated by agricultural or other human activities, thus more insular in character. The number of species on these islands is influenced by area, distance between islands and rates of immigration and extinction. These factors should be considered in the conservation of nongame birds. The need is urgent because the process of habitat fragmentation is escalating and generally irreversible.

Second, to date no study has shown that a nongame bird breeding in North America is restricted to small habitat islands while many are habitat size-dependent, requiring large contiguous habitats. Thus, I reiterate the suggestion of other authors (Whitcomb et al. 1976, 1977, Robbins 1979) that size of habitat be emphasized in the conservation of nongame birds. This does not exclude preservation of small, unique or diverse habitats needed for any taxa that survive in these areas.

Third, I concur with Webb (1977) that a species-centered approach may be the most useful for nongame bird management. In practice, the species–area concept may aid in the selection of the species, and the concept also has application in land use planning. The challenge now is to implement a widely accepted viable ecological theory in the management of nongame birds. Its usefulness in the management of game birds (Fritz 1978), big game (Picton 1979) and a host of other nongame taxa is already evident.

## Acknowledgments

Financial support was provided by the Missouri Cooperative Wildlife Research Unit (U.S. Fish and Wildlife Service; Missouri Department of Conservation; School of Forestry, Fisheries and Wildlife, University of Missouri; and Wildlife Mangement Institute, cooperating). I thank T. S. Baskett, C. F. Rabeni, U.S. Fish and Wildlife Service; K. E. Evans, G. E. Probasco, U.S. Forest Service; R. L. Clawson, Missouri Department of Conservation; W. W. Taylor and E. K. Fritzell, University of Missouri; and K. L. Dixon, Utah State University, who provided helpful criticism on the manuscript; and S. S. Clark and D. C. Morgan for typing and styling the manuscript.

## Literature Cited

Brown, J. G. 1978. The theory of insular biogeography and the distribution of boreal birds and mammals. Pages 209–227 in K. T. Harper and J. L. Deveal, eds. Intermountain biogeography: A symposium. Great Basin Nat. Memoirs No. 2. 268 pp.
Faaborg, J. 1979. Qualitative patterns of avian extinction on neotropic land-bridge islands: lesson for conservation. J. Appl. Ecol. 16(1):99–107.
Forman, R. T. T., A. E. Galli, and C. F. Leck. 1976. Forest size and avian diversity in New Jersey woodlots with some land use implications. Oecologia 26(1):1–8.

BLM_0063244

Fritz, R. S. 1978. Consequences of insular population structure, distribution and extinction of spruce grouse populations in the Adirondack Mountains. Proc. XVII Intl. Ornithol. Congr., Berlin (in press).

Galli, A. E., C. F. Leck and R. T. T. Forman. 1976. Avian distribution patterns in forest islands of different sizes in New Jersey. Auk 93(2):356–364.

Gavareski, G. A. 1976. Relation of park size and vegetation to urban bird populations in Seattle, Washington. Condor 78(3):375–382.

Goeden, G. B. 1979. Biogeographic theory as a management tool. Environ. Conserv. 6(1):27–32.

Graber, J. W., and R. R. Graber. 1976. Environmental evaluations using birds and their habitats. Biol. Notes No. 297. Illinois Natural History Survey, Urbana. 39 pp.

Gould, N. E. 1977. Featured species planning for wildlife on southern natural forests. Trans. N. Amer. Wildl. and Natur. Resour. Conf. 42:435–437.

Lynch, J. F., and R. F. Whitcomb. 1978. Effects of the insularization of the eastern deciduous forest on avifaunal diversity and turnover. Pages 461–489 in Classification, inventory, and analysis of fish and wildlife habitat. U.S. Gov. Printing Office, Washington, D.C. 604 pp.

Lussenhop, J. 1977. Urban cemeteries as bird refuges. Condor 79(4):456–461.

MacArthur, R. H., and E. O. Wilson. 1967. The theory of island biogeography. Princeton Univ. Press, Princeton, N.J. 203 pp.

Martin, T. E. 1978. Diversity and density of shelterbelt bird communities. M.S. thesis. South Dakota State Univ., Brookings. 188 pp.

Picton, H. D. 1979. The application of insular biogeographic theory to the conservation of large mammals in the northern Rocky Mountains. Biol. Conserv. 15:73–79.

Robbins, C. S. 1979. Effect of forest fragmentation on bird populations. Pages 198–212 in R. M. DeGraaf and K. E. Evans, eds. Management of north central and northeastern forests for nongame birds. USDA For. Serv., Gen. Tech. Rep. NC-51, St. Paul, Minn. 268 pp.

Siderits, K., and R. E. Radtke. 1977. Enhancing forest wildlife habitat through diversity. Trans. N. Amer. Wildl. and Natur. Resour. Conf. 42:425–434.

Simberloff, D. S. 1974. Equilibrium theory of island biogeography and ecology. Ann. Rev. Ecol. Syst. 5:161–182.

Stenseth, N. C. 1979. Where have all the species gone? On the nature of extinction and the Red Queen Hypothesis. Oikos 33(2):196–227.

Temple, S. A., M. J. Mossman, and B. Ambuel. 1979. The ecology and management of avian communities in mixed hardwood-coniferous forests. Pages 132–153 in R. M. DeGraaf and K. E. Evans, eds. Management of north central and northeastern forests for nongame birds. USDA For. Serv., Gen. Tech. Rep. NC-51, St. Paul, Minn. 268 pp.

Thompson, L. S. 1978. Species abundance and habitat relations of an insular montane avifauna. Condor 80(1):1–14.

Tilghman, N. G. 1977. Problems in sampling song bird populations in southeastern Wisconsin woodlots. M.S. thesis. Univ. of Wisconsin, Madison. 50 pp.

Tomoff, C. S. 1974. Avian species diversity in desert scrub. Ecology 55(2):396–403.

Webb, W. L. 1977. Songbird management in a northern hardwood forest. Trans. N. Amer. Wildl. and Natur. Resour. Conf. 42:438–448.

Whitcomb, R. F., J. F. Lynch, P. A. Opler, and C. S. Robbins. 1976. Island biogeography and conservation: strategy and limitations. Science 193:1027–1029.

Whitcomb, B. L., R. F. Whitcomb, and D. Bystrak. 1977. III. Long-term turnover and effects of selective logging in the avifauna of forest fragments. Amer. Birds. 31(1):17–23.

Wilson, E. O., and E. O. Willis. 1975. Applied biogeography. Pages 522–534 in M. L. Cody and J. M. Diamond, eds. Ecology and evolution of communities. Harvard Univ. Press, Cambridge. 545 pp.

*Island Biogeography and Conservation*                    251

BLM_0063245

# San Miguel Basin

# Gunnison Sage-grouse

# Conservation Plan



**December 10, 2009**

BLM_0063246

# Table of Contents

                                                                             Page

I.    Preamble...................................................................................................   5

II.   The Plan and Its Purpose.........................................................................   8

III.  Guiding Principles...................................................................................   8

IV.   Description of the Gunnison Sage-grouse...............................................   10

V.    Habitat Requirements...............................................................................   10

VI.   Species Status and Distribution................................................................   13

VII.  Threats to Sage-grouse............................................................................   19

VIII. Goals, Objectives, Strategies & Tactics..................................................   21
          A. Habitat Protection                           21
          B. Habitat Improvement                          35
          C. Population Management                         43
          D. Information, Education & Publicity            46
          E. Land Use & Human-caused Disturbances         48
          F. Research and Monitoring                       54
          G. Coordination and Support                      56

IX.   Implementation.......................................................................................   56

X.    Plan Evaluation & Updates......................................................................   57

## Appendices

Appendix A:  Counts of Male Sage-grouse on Leks, San Miguel County          A-1
Appendix B:  Habitat Improvement Plan                                        A-3
Appendix C:  Issue Descriptions                                              A-5
Appendix D:  Summary of Wyoming Fish and Game Report                         A-13
Appendix E:  List of Participants                                            A-15
Appendix F:  References and Additional Reading Material                      A-17
Appendix G:  Determination of Endangered and Threatened Species             A-21
Appendix H:  DOW Sage-grouse Trapping and Handling Protocol                  A-22

BLM_0063247

## Figures and Tables

| | Page |
|---|---|
| Figure 1: Conservation Plan Boundary San Miguel Basin | 4 |
| Figure 2: San Miguel Basin Occupied, Potential & Vacant/Unknown Habitat | 6 |
| Figure 3: San Miguel Basin Sage-grouse Occupied Habitat | 7 |
| Figure 4: Potential Linkages in Gunnison Sage-grouse Habitat | 9 |
| Figure 5: Sagebrush Distribution, San Miguel Basin Area | 11 |
| Figure 6: Comparison of Rogers Report & Current GuSG Distribution | 14 |
| Figure 7: San Miguel Basin Area Boundary with Names of Mesas & Valleys | 16 |
| Table 1: Miramonte Lek High Male Counts 1978-2008 | 18 |
| Figure 8: The Human Footprint in San Miguel County | 20 |
| Table 2: Protected Habitat by Subpopulation | 25 |
| Figure 9: Habitat Protected from Development in Occupied & Core GuSG Habitat | 26 |
| Table 3: Subpopulation Priorities for Habitat Protection | 27 |

**Thanks to the following agencies and organizations that support the Working Group financially and helped make this plan possible:**

Black Canyon Audubon Society (BCAS)
Bureau of Land Management (BLM)
Colorado Division of Wildlife (DOW)
EnCana Oil and Gas (EnCana)
The Nature Conservancy (TNC)
San Miguel County (SMC)
The Telluride Foundation TF)

We appreciate the participation of everyone who was involved in this plan update. Thank you!

BLM_0063248



Figure 1: Conservation Plan Boundary San Miguel Basin

4

BLM_0063249

## I. PREAMBLE

Before the 1970s, there was thought to be just one species of sage-grouse in the U.S. In the late 1970s, researchers became aware that sage-grouse in the Gunnison Basin of Colorado were unique from sage-grouse found elsewhere in the country. They realized this grouse was smaller than the greater sage-grouse, had different plumage, and made different mating vocalizations. In 1995, Drs. Clait Braun and Jessica Young proposed that the Gunnison sage-grouse was a distinct species. Along with Drs. Jerry Hupp, Sara Oyler-McCance and Tom Quinn, they published their findings in the scientific journal, the *Wilson Bulletin* (Young et al., 2000). The American Ornithological Union recognized the Gunnison sage-grouse as a newly named species in 2000.

Today, Gunnison sage-grouse are found only south of the Colorado River in southwestern Colorado and southeastern Utah. They occur in seven highly fragmented populations scattered in eight different counties in Colorado. Currently, there are less than 4,400 individual birds in Colorado (based on estimates from DOW 2009 lek counts).

Local working groups help to coordinate efforts within and among populations. The San Miguel Basin Gunnison Sage-Grouse Working Group is composed of landowners, sportsmen, interested citizens, and representatives from non-governmental organizations, land management agencies, and local government. The group's mission is to work together and coordinate efforts to ensure a thriving population of Gunnison sage-grouse in a healthy, conserved sagebrush ecosystem while helping to ensure a sustainable community in the San Miguel Basin (Figure 1, page 4).

Although the sage-grouse is a common factor, each member of the Working Group has their own concerns and beliefs about what is best for the grouse and the community. Some members put a higher value on maintaining a healthy economy, while others are more concerned with preserving a healthy population of sage-grouse in a functioning ecosystem. Through planning, ideally the Working Group can balance the needs of the grouse and local citizens.

What can make this a difficult proposition is the fact that there are many unknowns. Our knowledge of where the grouse are located, how they use the habitat, and what affects their numbers is limited. This plan was based on current scientific information and experts' best judgment. As biologists and landowners learn more, it's important to incorporate that new information from scientific studies, observations, and on-the-ground experience. This can be integrated through a timely review of proposed projects by local biologists and periodic updates of the plan.

### Area Boundary

There are currently six distinct occupied subpopulations within the San Miguel Basin (see Figure 2). These areas have been and will continue to be the focus of Local Working Group's efforts.

Gunnison sage-grouse habitat was broken out in the Rangewide Conservation Plan (RCP) into three categories: occupied, potential, and vacant/unknown. All three of these designated habitats occur in the San Miguel Basin and the area boundary was drawn in order to encompass all mapped areas (see Figure 2). In addition to known occupied areas (Figure 3), there are two

BLM_0063250



Figure 2: San Miguel Basin Occupied, Potential & Vacant/Unknown Habitat

BLM_0063251



Figure 3: San Miguel Basin Sage-grouse Occupied Habitat

BLM_0063252

potential habitat areas where GuSG were known to exist within the last 15 years, but are now believed to be extirpated. Finally, there are three other areas of designated vacant/unknown habitat that are believed to have been occupied historically (up to 60 years ago), but for which there exist no recently documented sightings. All together, these habitat areas extend roughly from Atkinson Mesa, southeast along the flanks of the Uncompahgre Plateau; south to encompass some of the high mesas northwest of Telluride; then south and west to encompass the low elevation valleys of Dry Creek Basin and Paradox; and finally west back to the state line. Although this area of focus extends outside the watershed boundary of the San Miguel Basin, the Working Group believes that some or all of these areas (particularly those on the Uncompahgre Plateau) once served as critical corridors for migration between populations to the north, e.g., Sims/Cerro, and the south, e.g., Dove Creek (see Figure 4). Maintaining any remnant population that may yet exist, or reestablishing viable populations in these areas, may be vital to insuring the long-term protection for the species.

It should be noted that substantial areas of irrigated agriculture, rural development, and town sites fall within the mapped habitats and focus area boundary. This was necessary in order to encompass historic use areas, as well as any area that may yet harbor a small group of birds. Many of these places have undergone significant habitat or land use conversion that will preclude any future use by GuSG. Inclusion of these areas in the mapping or mention of them in this plan does not infer any desire to change current land use practices on the part of the Local Working Group. Participation in this plan on the part of landowners is strictly voluntary.

## II. THE PLAN AND ITS PURPOSE
This document establishes a process and a framework that will guide management efforts directed at improving sage-grouse habitat and reversing the long-term decline of the Gunnison sage-grouse in the San Miguel Basin and within linkages to other populations. Central to this process is the idea of citizen, community, and agency involvement in determining appropriate management activities designed to meet jointly developed goals and objectives. This plan guides that effort.

The purpose of the San Miguel Basin Sage-Grouse Conservation Plan (the plan) is to provide for coordinated management across jurisdictional/ownership boundaries and to develop wide community support that is necessary to assure the survival of this sage-grouse species. Designed to be dynamic, the plan will be flexible enough to include new information and issues, as well as results from previous conservation efforts. It will also be designed to answer questions and collect data necessary for future resource management decision making.

## III. GUIDING PRINCIPLES
The following principles are designed to guide the sage-grouse planning and management efforts:

Promote public involvement in planning and decision making.

Maintain an atmosphere of cooperation and participation among land managers, private landowners, and other stakeholders.

BLM_0063253



Figure 4: Potential Linkages in Gunnison Sage-grouse Habitat (Fig. 29 from RCP)

BLM_0063254

Implement conservation actions in a way that meets the needs of sage-grouse and is least
disruptive to, and encourages, the development of a stable, diverse and sustainable
economic base in the San Miguel Basin.

Respect individual views and values and implement conservation actions on a collaborative basis
in ways that have broad community support.

Make every effort to seek efficiency and integration of efforts especially between agencies and
organizations in the implementation of conservation actions.

## IV. DESCRIPTION OF THE GUNNISON SAGE-GROUSE

Gunnison sage-grouse (*Centrocercus minimus*) are mottled brown and white, chicken-like birds.
Males are 3.5 to 5.0 lbs; females are 2.4 to 3.1 lbs. They have black bellies and yellow-green eye
combs. Males have distinct white barring on their long, pointed tail feathers. During breeding
season males have long, dense filoplumes on the back of the neck. In the spring, males puff out
their white chest feathers and make a vocalization with yellow air sacs. Gunnison sage-grouse
have a dissimilar genetic profile and less genetic diversity than greater sage-grouse (Quinn et al.
1997, Oyler-McCance et al. 1999).

## V. HABITAT REQUIREMENTS OF GROUSE IN THE SAN MIGUEL BASIN

Gunnison sage-grouse in the San Miguel Basin differ, sometimes significantly, in their habitat
use and needs when compared to other sage-grouse. In large measure this is believed to be a
result of the landscape to which they have adapted locally. Large contiguous stands of sagebrush
are the preferred habitat for all sage-grouse species (Hupp 1987, Hupp and Braun 1989, Young
1994, Commons 1997, Swenson 2003, Apa 2004), see Figure 5. However, these habitat
conditions do not now, and likely never did exist in the San Miguel Basin. Instead, the birds in
this population have adapted to a highly fragmented landscape that is intersected by steep
canyons, surrounded by thick forests, and subject to highly variable changes in elevation,
precipitation, and associated sagebrush species. In order to adapt to these variable conditions, it is
hypothesized that when numbers were more robust, there was considerable movement of birds
between the various blocks of suitable habitat. It has also come to light through radio telemetry
work, that these birds take advantage of a wider array of habitats (primarily mixed oak, salt
desert shrub, and forest edge areas) than has been previously documented in a sage-grouse
species (Hupp 1987, Hupp and Braun 1989, Young 1994, Commons 1997, Swenson 2003, Apa
2004).

Habitat needs for sage-grouse in the Dry Creek Basin and Miramonte area were intensively
studied in 1995 and 1996. Additional radio telemetry data was collected from 2002-2004 in these
same areas, as well as on Beaver and Iron Springs Mesas (Stiver et al., 2008). Identified needs
relate to survival over winter (November-March), escape cover adjacent to lek sites (March-
May), nesting cover (April-June), early brood-rearing habitat (May-June), late brood-rearing
habitat (July-August), and fall habitat (August-October). Of these habitats, winter, nesting, and
early brood rearing are most important with suitable escape cover near leks of near equal
importance.

BLM_0063255



Figure 5: Sagebrush Distribution, San Miguel Basin Area

11

BLM_0063256

**Winter Habitat**
Radio-marked sage-grouse extensively used black sagebrush (*Artemisia nova*) near Miramonte
Reservoir and black sagebrush flats interspersed with heavier stands of Wyoming sagebrush
(*Artemisia tridentata* ssp. *wyomingensis*) in Dry Creek Basin. Adequate winter habitat may be
limited in some years in the Miramonte Reservoir, Iron Springs and Beaver Mesa areas from
January into March because of snow depth. Limited radio telemetry information for the Iron
Springs and Beaver Mesa Areas seems to indicate the use of small pockets of mountain
sagebrush (*Artemisia tridentata* ssp. *vasyena*) that occur in the drainages and side hills that blow
free of snow or melt during the winter. Winter habitat is not considered a limiting factor in any
low elevation site, e.g., Dry Creek Basin. Foods eaten in winter appear to be black, Wyoming,
and basin big sagebrush, as well as winterfat (*Krascheninnikovia lanata*) in Dry Creek Basin.

**Lek Habitat**
Suitable habitats for display do not superficially appear to be limited anywhere in the San Miguel
Basin. However, male grouse have not been spotted on the Triangle lek in Dry Creek Basin in the
last four years, and formerly active leks near the Cone Reservoir and Gurley Reservoir are no
longer occupied. The lack of activity on some sites is probably related to low numbers or
localized extirpation. In other cases, the males may have simply moved to a different location.
The latter behavior reflects an emerging pattern in depressed populations that is being exhibited
in other satellite populations—specifically in the Dove Creek and Cerro/Cimarron areas. At some
point (typically < 3-5 males), site affinity seems to break down and the males begin strutting in
apparently random locations. Sometimes they will establish affinity for a new site (Hairpin Lek at
Cerro/Cimarron). In other cases, the location continuously shifts year to year or even within the
same season (Dove Creek). This does not appear to be related to the quality of the lek sites
themselves but is possibly a survival strategy employed to avoid predation.

In general, the higher elevation lek sites consist of scattered low black sage communities with
immediately adjacent taller mountain sagebrush habitat for use as escape cover. The lower
elevation sites are typically also black sage or open salt desert shrub communities with nearby
stands of taller Wyoming sagebrush for use as escape or loafing cover.

**Nesting Habitat**
Sage-grouse hens at Dry Creek Basin and Miramonte Reservoir selected sites for nesting with
taller, denser sagebrush (> 16 in., > 25% canopy cover). These sites are frequently at slightly
higher elevations (upper edge of the occupied habitat) where moisture allows greater and more
robust grass and forb cover (> 25 and 8% respectively, > 6 in. total herbaceous height except in
western Dry Creek Basin where > 6 in. herbaceous height is uncommon). Nests are typically at
the base of taller (> 16 in.) sagebrush plants.

**Early Brood Habitat**
The description of this habitat at hatch is identical to nesting, with hens moving their young
chicks (<5-10 days of age) into areas dominated by forbs and grasses with <20% live sagebrush
canopy cover. Hens select drainage channels in the sagebrush type that have abundant forbs and

BLM_0063257

frequent moisture. Grass and forbs dominate all known use sites with a definite preference for live sagebrush escape cover (>12 in. in height).

**Late Brood Habitat**
Hens with older broods prefer moist drainage channels and north to northwest slopes depending upon elevation and site (Miramonte Reservoir vs. Hamilton Mesa vs. Dry Creek Basin). Forbs and grasses dominate at preferred use sites with some live sagebrush and other deciduous shrubs, such as snowberry (*Symphoricarpos albus*), serviceberry (*Amelanchier alnifolia*), and Gambel oak (*Quercus gambelii*). Shrub cover is important for escape, while most foraging is on forbs.

**Fall Habitat**
Sage-grouse of all ages and gender continue to use habitats identical to those used by broods in July and August until plants become desiccated (several successive killing frosts) or heavily grazed. Then taller sagebrush (>12 in.) with more canopy cover (>20%) becomes more important. In addition, the use of north and west-facing slopes increases, and diets change gradually from a high proportion of forbs to a high proportion of sagebrush. In Dry Creek Basin, drainage channels and adjacent areas of low sagebrush and winterfat continue to be heavily used until major snow events. During extensive snow cover, in late fall and early winter, use of black and Basin big sagebrush stands is extensive.

## VI. SPECIES STATUS AND DISTRIBUTION
### A. Geographic Distribution
The present distribution of the Gunnison sage-grouse is south of the Colorado and Eagle Rivers in Colorado extending east to the San Luis Valley. They also occur east of the Colorado River in southeastern Utah (GuSG Rangewide Steering Committee, 2005).

### B. Historic Status of the Gunnison Sage-grouse
Rogers (1964) compiled a summary of "Sage Grouse Investigations in Colorado" that included distribution reports from the early 1940's through the early 1960's. These early mapping initiatives were based on the statewide efforts of a few avian researchers and local Warden Reports. Maps (5" x 6.5") of *statewide* estimated sage-grouse distributions were reproduced in the report for each of the survey years (1942, 1945, & 1961). These maps were later scanned and georeferenced for overlay in the DOW's Geographic Information System in 2003 (see Figure 6).

The estimated sage-grouse distribution across much of the state remained fairly consistent over the 20 year timeframe covered by the report. However, the data sets were highly conflicting in their depiction of sage-grouse distribution in the Gunnison sage-grouse satellite populations that lie south and west of the Gunnison Basin. Some differences in these depictions can be attributed to the difficulties associated with scanning and geo-registering such small (statewide) images. However, it is clear there were differences of opinion regarding the extent and location of sage-grouse in the San Miguel Basin between the three survey periods. Whether these differences reflect actual population shifts during the time frames in question, or simply reveal the opinions of different personnel and/or amount of effort is unknown. All three versions contain obvious

BLM_0063258



Figure 6: Comparison of Rogers Report & Current GuSG Distribution

14

BLM_0063259

errors in the mapping, either by including areas that were heavily forested at the time; leaving out areas that have historically documented use; or omitting areas presently occupied by sage-grouse.

The conflicting depictions contained in the Rogers report seem to agree that at least during the early 1940's GuSG were likely distributed (in suitable habitat) along the entire southwestern flank of the Uncompahgre Plateau from just north of Placerville to Atkinson Mesa (Figure 7). This would have probably included the Howards Flat/McKenzie Creek area, Sanborn Park, Dry Park, First-Third Parks around Nucla, and Spring Creek Mesa. The earlier mapping efforts also seem to agree that sage-grouse occupied all of Wrights Mesa (Norwood/Redvale areas) and probably the entire Paradox Valley. This would be in addition to the known historic and currently occupied ranges.

One of the more intriguing elements may be the shared depiction (1945 & 1961) of sage-grouse inhabiting the upper end of Big Gypsum Valley and the lower end of Disappointment Valley. No other documentation has been located that would indicate GuSG occupation of these areas historically, although large stands of Wyoming sagebrush and extensive salt desert shrub communities do exist in these areas. The possibilities bear further investigation.

The final summary of the 1961 survey (pp. 115-116) stated the following with relation to sage-grouse in San Miguel County:

*"A few sage grouse are present in the southwestern part of this county between Egnar and the Utah line. The largest sage-grouse area in this county, but with a light population, is the Basin Creek drainage in the west-central part of the county. This area approaches the desert range type and is short of water in dry years.*

*A fair population density of sage grouse is present in the Greagor Flats area south of Norwood on the head of Naturita Creek. This is a small area and separated by low divides from the Basin Creek area to the west and Gurley Reservoir area to the north.*

*The Gurley Reservoir area, the flats around the town of Norwood, and the Beaver Mesa area southeast of Norwood all have a light population density of sage grouse."*

In the west end of Montrose County the only reference made to sage-grouse was:

*"On the west side of the Uncompahgre Plateau, a light population of sage grouse is present in the area along the San Miguel River from northwest of the town of Norwood to the town of Nucla."*

Note that no reference was made in either citation to the likely presence of sage-grouse on Iron Springs Mesa or in the Paradox Valley, although in the latter case, sage-grouse may have been largely extirpated in the Paradox area by that time.

The report also contained a bird density map that estimated the number of sage grouse in the Basin Creek, Gurley and Beaver Mesa areas at approximately 1-10 per square mile. The Greagor Flats population was estimated at a rather surprising 30-50 per square mile. The only other GuSG range mapped at this density were portions of the upper Antelope and Ohio Creek drainages north of the town of Gunnison.

BLM_0063260



Figure 7: San Miguel Basin Area Boundary with Names of Mesas & Valleys

16

BLM_0063261

## C. Recent and Current Status

Low numbers of Gunnison sage-grouse prompted the U.S. Fish and Wildlife Service (FWS) to list the bird as a candidate for the threatened and endangered species list in 2000.

On April 18, 2006 the Fish and Wildlife Service made a determination that the Gunnison sage-grouse was not-warranted to be listed as a threatened or endangered species. On that same day, the Western Environmental Law Center filed an intent to sue the FWS. A number of organizations claimed the FWS decision was inconsistent with the five factor analysis required by the Endangered Species Act.

In March 2008, the Department of the Interior and FWS concluded that it was appropriate to seek a remand of the not-warranted finding. The FWS will perform a review of the data and is supposed to make a new determination by June 30, 2010.

Currently, the Bureau of Land Management and U.S. Forest Service consider the Gunnison sage-grouse a sensitive species. The DOW classifies the bird as a species of special concern. The International Union for Conservation of Nature and BirdLife International list the Gunnison sage-grouse as endangered, and Audubon considers it as one of the top ten endangered bird species in North America.

In the San Miguel Basin, counts of male grouse on spring courtship grounds (lek counts) have been conducted in the Dry Creek Basin and Miramonte area since at least 1976. Lek counts provide managers with an estimate of the population size. Studies have documented that the sex ratio of a Gunnison sage-grouse population is approximately 1.6 females for every male, and the maximum number of males seen in 3-4 lek counts represents 53% of the males in each population (GuSG Rangewide Steering Committee, 2005).

There are currently ten known lek sites within the San Miguel Basin area where biologists have seen sage-grouse in or since 2005 (see Appendix A for lek count data). All of these leks have been monitored since 2002, and some have been monitored for as many as 20 years by the DOW. During the last several years, the population trend seems to be declining.

The 2009 size of the breeding population of sage-grouse in the San Miguel Basin is approximately 162 birds based on the 33 males counted on nine active leks. However, this count may be conservative as it is just an estimate. The DOW is conducting research on DNA in fecal samples, and the results may shed more light on the accuracy of lek counts.

The spring population size of sage-grouse in the San Miguel Basin has been considerably higher in the recent past (77 males counted in 2006, 66 in 2007, and 44 in 2008). These numbers would indicate a spring population size of 378 birds in 2006, 324 birds in 2007, and 216 birds in 2008. This indicates a 57% decrease in males on leks since 2006.

Geographic and terrain features, along with historic population trends seem to place the various subpopulations into two distinct groups–high elevation and low elevation. Roughly defined,

17

these are the subpopulations living either above, or below 7,000 feet in elevation. Those groups existing in the higher elevation habitats (Iron Springs Mesa, Beaver Mesa, Gurley Reservoir, Miramonte, and Hamilton Mesa) presently form the more stable population segment. However, when viewed in the context of the last 30 years, there appears to be an overall downward trend in the recorded high male counts across the San Miguel Basin. The reasons for this are unclear at the present time, as habitat conditions at higher elevations have not changed appreciably, and in the opinion of some, have actually improved.

Table 1 represents 30 years of count data from the Miramonte Lek site and highlights another concern. The normal population cycles of the last 30 years appear to reflect an increasing lack of rebound after various climatic events (drought or harsh winters). After harsh winters in 1978-79, 1983-84, 1994-95, 2007-08 and the drought in 2002, the recovery from each event has peaked at a consistently lower point. The low counts following these events ('84, '96, '03 & '08) have remained roughly the same (~20 males), but the seemingly inability of the population to rebound to levels seen in earlier decades is unsettling. The ability of GuSG populations to quickly recover from climatic or other events is critical to the long term survival of the species and acts as insurance against back-to-back events (i.e., harsh winter followed by drought). Again, the reasons for this trend are unknown at this time.



Table 1: Miramonte Lek High Male Counts 1978-2008

The picture for subpopulations existing below 7,000 feet has been rather bleak for the last 20 years. Groups in the Dry Creek Basin, Lillylands, East Paradox & Nucla areas have either experienced steep population declines, or outright extirpation in the last two decades. This reflects a larger trend throughout the range that has seen widespread extirpation of small, low elevation Gunnison sage-grouse populations in the Uncompahgre Valley (Bostwick & Shinn

BLM_0063263

Parks, Sims & Moonlight Mesas, and north of Ridgway). These extirpations have been largely attributed to poor understory conditions that lead to high predation rates and low nesting/brood rearing success. Even under favorable habitat conditions, the critically low populations that existed in these areas prior to extirpation likely suffered inbreeding depression and loss of reproductive viability.

Although the remaining low elevation birds in Dry Creek Basin seem immune to the effects of harsh winters, they are especially vulnerable to drought events. Following the drought in 2002-2003, subpopulations that were at least wintering in the Lillylands and Coke Oven areas disappeared. High male counts in Dry Creek Basin fell from 15 in the spring of 2002 to zero by 2006. Augmentation (transplant) efforts conducted by the DOW in 2006 and 2007 managed to prop up the population around the Desert Lek, and high counts in 2007 & 2008 were two males and four males respectively. A solitary male was also observed in the vicinity of the Nelson Creek lek in 2008, and two males were observed near the Desert Lek in 2009.

In the fall of 2009, 30 sage-grouse were translocated from the Gunnison Basin to Dry Creek Basin. By December of 2009, 26 of the birds were still alive, and some of the translocated birds were spotted with un-collared, resident grouse.

## VII. THREATS TO SAGE-GROUSE

In November 2006, the Working Group met to rank the top needs and threats to the grouse in the San Miguel Basin. This was part of a rangewide effort to prioritize threats to the grouse and strategies to address these threats in order to meet objectives laid out in the Gunnison sage-grouse Rangewide Conservation Plan.

The group discussed and voted on the following as the top threats to our local population.

Very High:
Need for habitat protection from permanent loss

High: (in no particular order)
Need for management of human infrastructure
Risk from impacts of weather/drought
Need for population monitoring
Need for population augmentation
Risk from oil and gas development and mining
Lack of habitat enhancement/restoration
Lack of habitat monitoring
Risk from predation
Risk of genetic problems

If threats aren't addressed specifically in the following sections, it should be assumed that the guidelines in the RCP should be followed.

19

BLM_0063264

Another aspect that should be considered when planning is the cumulative effect of the various threats to sage-grouse and the quality of grouse habitat. Some models do exist for quantifying various threats (Wisdom, et al., in press). For example, the human footprint model (Leu et al., 2008) takes into account the following impacts:

- Corvid presence risk
- Domestic cat and dog presence risk
- Exotic plant invasion risk
- Energy extraction
- Anthropogenic fragmentation
- Human-caused fires

Figure 8 shows the intensity of these impacts in San Miguel County. The blue area in the lower right is the town of Telluride, and the blue area near the top and to the right of center is the town of Norwood.



Figure 8: The Human Footprint in San Miguel County. Human footprint intensity ranges from minimal (class 1, tan) to high (class 10, blue); from Matthias Leu.

BLM_0063265

## VIII. GOALS, OBJECTIVES, STRATEGIES AND TACTICS

The backbone of the Sage-grouse Conservation Plan is its goals and objectives which together establish a framework for developing conservation strategies. Due to the interrelationship of the habitat components, resources values, and issues, some strategies may apply to more than one objective. These actions have been listed under the objective where the link is most direct.

Background information, goals, objectives, strategies, and tactics have been grouped into several areas. These include:
- Habitat Protection
- Habitat Improvement
- Population Management
- Information, Education and Publicity
- Land Use
- Research and Monitoring
- Coordination and Program Support

Having various agencies and individuals own parcels of sage-grouse habitat can make planning and management complicated. For example, the Bureau of Land Management and U.S. Forest Service must follow their Land Management Plan. The Division of Wildlife and State Land Board have different guidelines, and private landowners have greater flexibility.

Given these various mandates, the question was, "How can the Working Group come up with specific guidelines?" What seemed appropriate was to look at the latest scientific studies on the most pressing issues facing sage-grouse in the San Miguel Basin, such as gas development and construction of new power lines. Our recommendations in the plan and appendices were based on the latest research.

These recommendations can serve as a guide when the Working Group Coordinator is asked to review Special Use Permits or provide suggestions to private landowners. The Working Group realizes that land management agencies must follow their own plans but the hope is that these recommendations and current scientific research would be reviewed when management plans are being revised.

The Working Group also understands that what is best for sage-grouse must be balanced with the needs of the community. Therefore, if in a particular situation the proposed guidelines cannot be followed, we recommend appropriate mitigation.

### A. Habitat Protection
This section of the plan refers to protection of habitat from permanent loss. Risks covered here include housing and commercial development (especially higher density), conversion to crop production, and development of reservoirs. Other risks will be addressed in different parts of the conservation plan.

BLM_0063266

The development of habitat protection strategies for Gunnison sage-grouse in the San Miguel Basin has proven a challenging task. Good planning requires good information, and even after years of tracking and inventory, there are still large gaps in our knowledge regarding basic grouse distribution and seasonal activities. If one adds the ever shifting mix of environmental, social, political, and economic factors, the anticipation of present and future habitat needs becomes extremely difficult. For these reasons, the goals and strategies presented within this section should be preceded with a number of caveats.

First and foremost, it should be noted that hard data (direct observations) regarding population numbers and seasonal distribution of grouse in the San Miguel Basin is incomplete. Although limited trapping and/or radio tracking has occurred in all the known subpopulation areas, information may be confined to the activities of only a few individual birds. It is also possible there are entire population segments within the San Miguel Basin that remain unknown to biologists. Depending on their size and location, the discovery of such segments could radically shift priorities and protection strategies. However, efforts to protect and recover the species must move forward, and it should be made clear that these efforts will be based on the information now available.

It should also be noted that while important, biological considerations are not the only factor that will influence habitat protection strategies. Parcel location, size, cost, and opportunity to act will all exert a strong influence in the process. Opportunity is especially critical, as no matter how biologically significant a parcel may be, the decision to extend protection will generally rest with the landowner. Acting on an opportunity may open us to criticism that we are wasting time or resources protecting lower priority habitats; however, funding cycles and opportunities do not always mesh, and in the end, we must protect what we can, when we can.

Finally, it is the universal belief of the San Miguel Basin Working Group that protection strategies alone will not by themselves fully address the long-term goal of recovering grouse populations. As the name implies, "protection" is focused on the preservation of habitat. The Working Group does not believe this strategy, in and of itself, will achieve our long-range goals. Without a concurrent effort to restore, rehabilitate, or better manage the resources involved, protection efforts alone will most likely fail.

For these reasons, the goals, priorities, and methods presented here will undoubtedly change over time. The ability to alter course and adapt to changing circumstances will be critical to the ultimate success or failure of this endeavor.

In addition, because of these unknowns and the low numbers of sage-grouse in the San Miguel Basin, some Working Group members have stressed the importance of preserving all of the currently occupied grouse habitat. In addition, to recover the grouse to a healthy population, they suggest preserving vacant habitat that could support grouse and potentially suitable habitat. Due to limited funds, protection should be prioritized as follows:

BLM_0063267

i.   Occupied habitat
ii.  Vacant/Unknown habitat that is in good shape, but as far as we know doesn't currently contain GuSG
iii. Potentially suitable habitat that's now degraded, but might be restored at some point.

1. Background
Habitat protection strategies may encompass any of the five methods described below. However, the long term goal of the Working Group is to provide habitat of sufficient size, quality and juxtaposition, that the long-term future of Gunnison sage-grouse is secured.

The easiest method is to either purchase the habitat outright (fee title), or obtain a perpetual conservation easement on the tract. However, protecting all Gunnison sage-grouse habitats utilizing only these two methods is impossible. The estimated resources necessary are simply not available, and not every landowner would choose to cooperate. Therefore, there will always be significant, if not critical Gunnison sage-grouse habitat in the hands of private landowners. Fortunately, many of the private landowners in the San Miguel Basin are good stewards of the land and have been very cooperative in working to improve the habitat.

The Working Group has identified a number of strategies that will be employed in the effort to protect Gunnison sage-grouse habitat in the San Miguel Basin. These efforts will include, but not be limited to, the following.

- Perpetual conservation easements. These may be donated when possible, or purchased when necessary. Priority will be given to those that include some element of habitat management, but any easement that gives up development rights on a parcel will be welcomed.
- Fee title purchase. Opportunities will likely arise for the fee title purchase of at least some Gunnison sage-grouse habitat. For a variety of reasons (cost, operations and maintenance, etc.) this strategy will most likely be employed on a very limited basis. It is simply not practical from either a monetary or political standpoint, to try and purchase every acre of grouse habitat in the San Miguel Basin.
- Land exchange. This strategy is generally beneficial to all parties, and will be given a high priority. Both up-front and long-term (operation & maintenance) costs are generally minimal when compared to other perpetual protection methods.
- Landowner education and voluntary management agreements.
- Permitting and regulation. The Working Group does not wish to see any unreasonable burdens placed on the freedom of a landowner to manage or develop their property as they see fit. However, there are often opportunities to redesign, limit, or mitigate the negative effects of a development or proposed management practice. Where appropriate, and within a legal framework, the Working Group is open to using the regulatory process to minimize adverse impacts to Gunnison sage-grouse.

Since 1997 the Working Group's various partners have helped protect 11,777 acres of habitat. This can be broken down as follows:

23

- 7,717 acres through conservation easements
- 3,260 acres through fee title purchase
- 800 acres through Candidate Conservation Agreements with Assurances (CCAAs)

The US Fish & Wildlife Service's CCAA program was specifically mentioned in the RCP as a promising habitat protection tool. After gaining some experience with the program, local biologists have come to question the overall effectiveness of this strategy. It has proven expensive in both time and money with little to show for the effort. Landowner interest has been muted in the San Miguel Basin, and those that have applied to the program all own property outside identified critical areas. In addition, a 60 day "opt-out" clause for landowners in the program makes it a questionable long-term protection tool.  Based on this and experience to date, habitat protection efforts in the San Miguel Basin will be focused on voluntary land owner education efforts and permanent protection strategies.

A land trade in Dry Creek Basin is also in the works. This action would help conserve an additional 2,000 acres of breeding habitat. It should be noted that while most of the above acreage is in occupied habitat, some parts of the properties may extend out of mapped habitat.

2. Approach
In order to prioritize the expenditure of resources, the Working Group felt it was necessary to first develop a big picture view of the current situation and then establish priorities. Local biologists with the Colorado Division of Wildlife were tasked with generating numbers and mapping for inclusion in this analysis.

According to DOW mapping efforts in March of 2009, grouse in the San Miguel Basin now occupy approximately 100,826 acres of habitat. The numbers can be broken down by land ownership as follows:

Private Land: 47%
Public Land:  53,272 Acres = 53%
    Bureau of Land Management: 35,698 Acres = 35% of total occupied acres
    Colorado Division of Wildlife: 11,493 Acres = 11.5% of total
    State Land Board: 4,644 Acres = 5% of total
    US Forest Service: 1,437 Acres = 1.5% of total

These figures are heavily skewed by the large (and underutilized) expanse of BLM-administered lands located in Dry Creek Basin. This area contains some of the poorest habitat and the smallest resident grouse population in the San Miguel Basin. If one includes only those areas (Hamilton Mesa, Miramonte, Gurley Reservoir, Beaver Mesa and Iron Springs) that contain quality habitat, the numbers change dramatically. Under this scenario, the numbers range from 71% private at Miramonte, to over 99% private land on Beaver Mesa. The average total for all five areas is 86% private vs. 14% public. These numbers make the task of extending permanent habitat protection for Gunnison sage-grouse in the San Miguel Basin much more daunting.

BLM_0063269

The approach used in protecting habitat will heavily influence the numbers that are derived. For example, if one assumes that all of the currently mapped occupied habitat must be protected, the numbers are fairly easy to generate, see Table 2 and Figure 9. However, large tracts of the currently mapped occupied habitat also include areas that (per definition) are "suitable habitat contiguous with known use areas." The contiguous areas may not be presently utilized by Gunnison sage-grouse. It is debatable whether these unutilized or underutilized areas presently play any significant role in the biology of the population.

For this reason, a second approach for habitat protection was employed in the San Miguel Basin. This method used documented locations to refine the occupied habitat maps down to a core area that represents the best, most heavily utilized habitat within a subpopulation. Sage-grouse undoubtedly use habitats outside these "core area" boundaries. However, the goal is to identify the most critical and thus highest priority parcels to protect within a mapped subpopulation area.

| Sub Popula-tion | Total Occupied | Protected | Unprotected | Core Total | Core Protected | Core Unprotected |
|---|---|---|---|---|---|---|
| Dry Creek Basin | 61,291 | 44,029 | 17,262 | 16,951 | 12,900 | 4,051 |
| Hamilton Mesa | 4,792 | 2,589 | 2,203 | 2,070 | 1,092 | 978 |
| Miramonte | 12,039 | 5,405 | 6,634 | 4,891 | 2,795 | 2,096 |
| Gurley Reservoir | 7,740 | 1,365 | 6,375 | 5,713 | 908 | 4,805 |
| Beaver Mesa | 8,814 | 1,353 | 7,461 | 4,145 | 652 | 3,493 |
| Iron Springs | 6,150 | 2,037 | 4,113 | 3,246 | 900 | 2,346 |
| **TOTAL** | **100,826** | **56,778** | **44,048** | **37,016** | **19,247** | **17,769** |

Table 2: Protected habitat by subpopulation.

For this exercise, a parcel was counted as protected if it was in public ownership, or if there was a conservation easement on private property. All other private parcels were considered unprotected. Land management issues were not a consideration in this analysis. It is simply assumed that those parcels under easement or in public ownership will not be managed or developed in a manner that would result in permanent loss of Gunnison sage-grouse habitat.

Our ultimate goal is to extend some type of habitat protection to the entire area presently mapped as occupied habitat for Gunnison sage-grouse in the San Miguel Basin. It was also determined that protection activities should include those areas now mapped by the DOW as vacant/unknown and potentially suitable habitat.

The Working Group determined that short-term protection efforts will focus on core areas. The habitat protection goals presented here reflect this short-term focus on these core areas. Priorities would then shift to occupied habitat, then to vacant/unknown habitat, linkages, and to potentially suitable habitat. The Working Group will be opportunistic and flexible in our efforts. Circumstances may dictate we move outside this priority list in order to take advantage of an opportunity.

BLM_0063270



Figure 9: Habitat Protected from Development in Occupied and Core GuSG Habitat.

BLM_0063271

3. Subpopulation Priorities

In order to develop some priorities for a protection strategy, a ranking of the various subpopulation areas was deemed necessary. This ranking is based on the following factors: biological significance, current levels of protection, parcel sizes, location in relation to other key parcels, connectivity, land prices, and anticipated landowner cooperation. Many of these factors may change over time and may change an area's priority.

These areas represent the highest priorities for land protection activities in the San Miguel Basin:

1. Miramonte Reservoir
2. Iron Springs Mesa
3. Hamilton Mesa
4. Dry Creek Basin
5. Beaver Mesa
6. Gurley Reservoir

A scoring system was devised to compare between the subpopulation groups. Table 3 displays the values that were assigned to each subpopulation area. The areas were then compared in a relation to one another and a priority assigned.

| Name | Biological Importance | Parcel Size/# of Landowners | Existing Protected | Willing Landowner | Cost Per Acre * | Connectivity | Threat | Total |
|------|------|------|------|------|------|------|------|------|
| Miramonte | 5 | 5 | 5 | 3 | 3 | 5 | 3 | 29 |
| Hamilton | 3 | 4 | 5 | 4 | 4 | 4 | 2 | 26 |
| Dry Creek | 3 | 5 | 5 | 1 | 5 | 2 | 1 | 22 |
| Iron Spgs | 4 | 4 | 4 | 4 | 2 | 4 | 4 | 26 |
| Beaver | 4 | 5 | 2 | 1 | 2 | 3 | 3 | 20 |
| Gurley | 3 | 1 | 1 | 1 | 2 | 3 | 5 | 16 |

Table 3: Subpopulation priorities for habitat protection.

Relative values were assigned as follows:

1 = Very Low        3 = Moderate        5 = Very High
2 = Low             4 = High

Note: Threat 1 = low threat of habitat destruction; Lower cost per acre = a higher score

The numbers for biological importance were based on a combination of factors. These included the size of the subpopulation, the presence of leks, and the quality of the habitat. For parcel size/#

BLM_0063272

of landowners, larger parcels and subpopulations with fewer landowners got higher rankings. A subpopulation also received a higher rank if there was already a lot of existing protected land, landowners who are willing to consider protection options, and a lower cost to purchase land or conservation easements. If there was a high threat of development or land being subdivided, the area received a higher score.

When we ranked connectivity, we were looking at to see how close one parcel of habitat was to the next parcel. Specifically, we were trying to determine if grouse could potentially fly from one area to the next. We looked at connectivity between subpopulations (e.g., Miramonte and Hamilton) and between populations (e.g., between the San Miguel Basin population and the Simms/Cerro/Cimarron population).

The final habitat protection goals were based in part on these rankings. The higher the ranking, the more ambitious the goal was for protecting habitat in that particular area.

*a. Miramonte Reservoir*

Data collected seems to indicate that the Miramonte Reservoir area forms the core of the San Miguel Basin Gunnison sage-grouse population. This area constitutes the largest single block of contiguous, high quality habitat available (12,000 acres). Counts of the two leks (2009) also indicate that 72% of the San Miguel Basin's GuSG population can be found in the Miramonte area. It is clear that the Miramonte area will be critical in any effort to sustain or increase grouse populations in the San Miguel Basin.

The Working Group has made considerable progress in their efforts to protect habitat in the Miramonte area. The long-term goal has to date focused on expanding permanent habitat protection around the 2,500 acre Dan Noble State Wildlife Area.

In 2007, the DOW closed on a 350-acre fee title purchase (Elk Creek Ranch) that was incorporated into the State Wildlife Area (SWA) as the John Kane Tract. This parcel of land is directly adjacent to a lek and is heavily utilized as breeding, nesting, and brood habitat.

A few months later, the State Land Board closed on a fee title purchase of 2,200 acres (Miramonte Meadows) northwest and directly adjacent to the Dan Noble SWA. Of this, approximately 1,500 acres is occupied GuSG habitat. The Working Group submitted this parcel for the SLB's Stewardship Trust, and it is currently on the replacement property list. This means that if a piece of land is taken out of the program, Miramonte Meadows could be placed in the trust. Other methods of more permanently protecting this parcel are also being considered.

Two important tracts to the north of the SWA were submitted for consideration under the 2009 Colorado Wildlife Habitat Protection Program. One was an 80-acre fee title purchase, the other a 450-acre easement. Both are considered critical to the ongoing preservation effort. At the time this plan was finalized, the easement was still in the running for funding. If this deal can be closed, the Working Group would be within a few thousand acres of achieving the total habitat protection goal for this area.

BLM_0063273

If attempts to extend protection to the 450-acre tract mentioned above prove successful, this will leave the 80-acre tract and approximately 1,500 acres directly south and adjacent to the SWA as the highest priorities. This tract is held by a large working ranch that has proven a cooperative partner. The Working Group will continue to explore any opportunities that may be presented in the future to work with the ranch's owners.

Protection activities in the Miramonte area will remain the highest priority for the Working Group.

### b. Hamilton Mesa

At 4,800 acres of occupied habitat, Hamilton Mesa represents the smallest of the six subpopulation areas mapped in the Basin. Exactly how the area fits into the larger Gunnison sage-grouse picture in the San Miguel Basin is largely unknown. Radio-collared grouse originally trapped in both Dry Creek Basin and at Miramonte have been located on Hamilton Mesa. Documented locations would seem to indicate a seasonal use by Gunnison sage-grouse for nesting and brood rearing. However, the mesa is difficult to access in the spring, and the DOW has been unable to detect the presence of a resident population. In the fall, marked birds have consistently migrated back to where they were originally trapped. Anecdotal reports by landowners indicate that grouse historically bred on the mesa. Whether these activities still occur is unknown. Both the elevation and habitat are similar to Beaver Mesa, where a lek complex has been documented. It is possible that one or more small lek sites have managed to persist on Hamilton Mesa, and that a breeding population remains.

The Hamilton Mesa area has been firmly documented as important summer habitat, and as a transit point for birds traveling between Miramonte and Dry Creek Basin. Hens that breed in the eastern portions of Dry Creek Basin (Nelson Creek and Triangle Leks) almost universally move to Hamilton Mesa or continue on to Miramonte to nest. The majority of male grouse trapped in 1995 and again in 2002 also left Dry Creek Basin to spend the summer on Hamilton Mesa. Based on these observations, and a lack of quality brood habitat in Dry Creek Basin, it seems apparent that Hamilton Mesa is probably critical to the continued survival of the Dry Creek Basin subpopulation.

Due to the continuing efforts of the San Miguel County Open Space Commission, a great deal of progress has been made in Working Group's efforts to protect GuSG habitat on Hamilton Mesa. Conservation easements with three different landowners on the Mesa have been completed and additional acres are under consideration. This area was identified as the second highest priority in the 2004 protection plan. However, due to the successful efforts demonstrated to date, the threats to this area have subsided greatly. Additional protected acres (approximately 1,000) are still needed, but the priority of Hamilton Mesa has fallen from number two, to number three overall.

### c. Iron Springs Mesa

The mapped occupied habitat on Iron Springs Mesa encompasses approximately 6,200 acres. This is the smallest subpopulation area with a known lek site. Approximately 67% of the mapped

BLM_0063274

range, and all the documented locations, occur on private land.

As late as 2004 there was apparently regular interchange with the birds between Iron Springs and Beaver Mesa. Anecdotal reports indicate that the area once held a high concentration of Gunnison sage-grouse (Lyle Bennett personal communication). Lek counts were not conducted in the area until 2002. As a result, the long-term trend for this group is unknown.

Determining the connectivity of the Iron Springs area was difficult. The area lies at the eastern edge of the San Miguel Basin, and the only documented movements by grouse have been to the west. This makes Iron Springs Mesa a lower priority when it comes to connectivity *within* the San Miguel population. However, historic data (Rogers 1964) indicates the presence of birds to the north (Sanborn Park) and to the east (Howard Flats) in the past. These areas have not been recently inventoried as they are mostly private, and the continued presence of grouse in either of these areas would change the value of Iron Springs in regards to connecting known occupied habitats.

There is also the issue of connecting the San Miguel population to other grouse populations in southwestern Colorado. Iron Springs Mesa represents the first known occupied habitat that any birds migrating west from the Cerro population would likely encounter upon reaching the San Miguel Basin (GuSG Rangewide Steering Committee, 2005). Although no such movements have been documented, modeling efforts indicate the most likely path would involve the passage of birds from or across the Uncompahgre Valley, over the Horsefly Peak (Howard Flats) area, and into the Iron Springs area. Based on this possibility, and the potential for additional occupied habitats being located nearby, the ranking score for the connectivity of the Iron Springs area was given a four.

Iron Springs Mesa is one of two places within the San Miguel Basin (Gurley being the other) in which development pressures pose an imminent threat to grouse. Much of the east side of Iron Springs Mesa has been cut into 40 acre lots and developed. This trend is moving westward into the sagebrush flats. A lack of historic data has made the overall impact impossible to gauge, but the construction of houses, roads, and a general increase in human presence is likely taking a toll on the grouse and the quality of its habitat.

At the present time, the core area for Gunnison sage-grouse on Iron Springs Mesa lies in the hands of approximately three landowners. One landowner has already put much of his land into conservation easements. Easements with adjoining land owners while useful, would likely prove pointless to grouse survival if the core area cannot be secured.

At the present time, a lack of sufficient funding is the primary roadblock to a successful protection effort on Iron Springs Mesa. Appraised values in the area run as much as $2,500 per acre for a conservation easement. However, several land owners in the core area have expressed interest in entering into bargain sales agreements (donating some of the land's value). Lacking the tax incentives associated with a bargain sale, efforts to protect habitat in this area would likely prove prohibitively expensive.

BLM_0063275

The land protection goal for Iron Springs Mesa will be 4,000 acres. This figure includes both a 3,000 acre core area, as well as an additional 1,000 acres of adjoining occupied range. As this protection strategy will have to incorporate large donations or bargain sales, efforts may be spread out over a number of years in order to maximize tax benefits.

Due to the protection now afforded on the Baker Ranch, efforts to protect the Iron Springs Lek and adjacent habitats should be a high priority. The current protected core is of insufficient size to preserve the population long term. For this reason, the Iron Springs area has moved up from third, to the second highest priority subpopulation area in the San Miguel Basin.

*d. Dry Creek Basin*
At 61,200 acres, the range in Dry Creek Basin represents the largest single block of mapped Gunnison sage-grouse habitat outside the Gunnison Basin. Approximately two-thirds of this area is publicly owned at this time. The habitat is naturally fragmented and in generally poor condition.

Historically, Dry Creek Basin probably held a substantial resident population of Gunnison sage-grouse. There are anecdotal reports (1950's-1970's) of winter flocks numbering hundreds of individuals and frequent summer sightings around the irrigated hay meadows. Unfortunately, available lek count data extends only to the early 1990's. Even then, the total count numbers rarely exceeded thirty males. Since the 2002 drought, lek count numbers for the area have hovered in the low single digits. Without the augmentation efforts conducted in 2006-07 this population segment would likely be extirpated by now.

Radio telemetry data indicates two fairly distinct population segments within Dry Creek Basin. When populations were higher and interchange with the Miramonte segment more common, the east end appears to have been utilized primarily by winter flocks of grouse, with some limited breeding occurring in the spring on the Nelson Creek and Triangle Lek sites. Either prior to, or shortly after breeding, the majority of birds apparently migrated to Hamilton Mesa or Miramonte to spend the summer. The winter/spring activities occurring in the east end of Dry Creek Basin were centered primarily on the DOW or BLM lands that lie south or just north of Highway 141. The vast majority of this habitat could be considered protected.

On the west side of Dry Creek Basin, there is another group of birds that reside within a few miles of the Desert Lek on a year-round basis. All of the breeding and most of the brood rearing activities for this group occur on private land. The subnormal precipitation in 2001-2003 severely impacted this low elevation habitat and grouse numbers in this area have seen a sharp decline during the last few years. At this time there is a threat of extirpation if recruitment is not increased dramatically.

Dry Creek Basin is probably a population sink, being fed by the Miramonte and Hamilton areas. The real value of this area lies in the winter habitat that it offers. The lower snow depths and

BLM_0063276

extensive stands of Wyoming sagebrush in Dry Creek Basin would offer a refuge to grouse throughout the San Miguel Basin even in the harshest winter.

Habitat protection efforts should focus the west side of Dry Creek Basin. Presently, one landowner holds the parcel in question. A land exchange is being pursued between this landowner and the BLM. A successful land exchange would provide permanent protection to the most significant use areas within Dry Creek Basin.

The habitat protection goal for Dry Creek Basin is 2,000 acres, all of which are located around the Desert lek. The preferred method will be to finalize a land trade between the BLM and the current owner of the Desert Lek.

*e. Beaver Mesa*
At approximately 8,800 acres, the Beaver Mesa area represents the second largest block of high quality Gunnison sage-grouse habitat in the San Miguel Basin. This area is primarily in private hands (85%), but has a small existing base of protected lands upon which to build a larger protection scheme.

Most of the high quality habitat on Beaver Mesa is under the control of a single landowner who is a taking good care of the land. Any long-term protection strategy for the Beaver Mesa area will rest entirely on the willingness of this landowner to cooperate in some kind of protection effort. The preservation of habitat on portions of the other two parcels will secure the area.

Beaver Mesa contains a complex of three leks, and the biological importance of the area is high. The land protection goal for Beaver Mesa is 4,000 acres. This area would include portions of three different parcels, and focus only on the most heavily utilized portions of the mapped occupied habitat. Due to the high cost of purchasing easements outright, any successful protection effort on Beaver Mesa will likely require a mixture of strategies that incorporates easement donations, bargain sales, landowner education, and/or county regulation.

*f. Gurley Reservoir*
The Gurley Reservoir subpopulation area extends across approximately 7,700 acres of mapped occupied habitat. As mentioned earlier, the Gurley reservoir area is probably facing the most imminent threat from development of known occupied grouse habitat in the San Miguel Basin.

Knowledge of grouse activities in this area is inadequate. The DOW has been unable to secure access to the only known lek site to conduct trapping operations. All attempts to locate and trap birds on adjacent parcels have been unsuccessful. The only documented locations for this area are from birds that were trapped in the Miramonte area. During 2002-2004 radio collar studies, several hens trapped in the Miramonte area nested on the south and west sides of Goshorn Flats. One nest was located in an area of mixed oak and sagebrush, the other in an area of undisturbed sagebrush on the edge of a ponderosa pine forest.

BLM_0063277

Protection of the Gurley Reservoir area has the lowest priority for a number of reasons. Overall, the habitat quality in this area is poor. Efforts to farm in the area during the first half of the 20th century removed nearly all the sagebrush. Seasonal irrigation of the grass pastures that largely replaced the cultivated fields has kept the sagebrush component very low.

Land ownership patterns around Gurley Reservoir are also a problem. About 90% is privately held, and there is no central protected area upon which to build a larger protection scheme. Relative to other areas, the parcels are much smaller and held by numerous individuals. There are also a number of 35 acre tracts scattered throughout the area, and at least one subdivision containing lots as small as 5 acres. There is one 1,300 acre parcel in the center of the occupied habitat. If this property could somehow be protected, it could provide a suitable foundation for establishing a larger protected core area.

Small tracts and high land prices will likely make the purchase of easements in this area prohibitively expensive. This problem is compounded by a general lack of knowledge regarding specific grouse activities within the area. Data regarding locations and habitat use cannot be relied upon to make critical management decisions, because the data set is too small and based solely on individuals that that migrated into the area from other places. Beyond lek activity, the locations and habitat needs of the resident birds around Gurley Reservoir is a mystery.

Due to uncertainties regarding grouse distribution and seasonal use, the long-term protection goal for Gurley Reservoir will include all 6,375 acres of unprotected privately-held habitat. Lacking the proper biological data, it is important to protect all suitable habitats in the area.

In the short-term, protection strategies will focus on the use of landowner education and/or county regulations to minimize the impacts of further subdivision and home construction. Donated easements will be solicited from any interested party.

Habitat protection strategies in the San Miguel Basin will evolve over time as new information and opportunities arise. This plan is intended solely as a framework for activities that will cross multiple government and non-government lines. The Habitat Protection Committee will meet on an annual basis in order to formulate a tactical plan that will delineate specific actions for the coming year. This meeting will provide the opportunity for the various groups to coordinate their land protection efforts and lend funding or other support when possible.

The following information summarizes and adds details to the text presented above:

4. Goal: To protect habitat of sufficient size, quality and juxtaposition that the long-term future of the Gunnison sage-grouse is ensured.

Protection of land from conversion to land uses that provide little or no habitat for Gunnison sage-grouse is considered the highest threat (See section VII), but there is also a high threat and need for protection actions to minimize or redesign land uses that alter or degrade habitat value for the Gunnison sage-grouse. Identified high risks to the grouse include expansion of human

BLM_0063278

infrastructure (roads, powerlines, pipelines, fences), fragmentation, oil and gas development, mining, and livestock grazing. An overview of these land-use issues and possible habitat protection actions can be found in Section E and Appendices C and D.

*Objective 1:* To maintain all of the vegetation communities likely used by Gunnison sage-grouse within occupied habitats (on both public and private lands) by protecting the necessary proportion of those lands that are at risk from uses that are incompatible with a sustainable Gunnison sage-grouse population.

Note: Strategies and tactics in this plan are in no particular order.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Obtain conservation easements or fee title acquisitions and implement management plans through the Colorado Wildlife Habitat Protection Program (CWHPP). | DOW, TNC, landowners, Working Group, & other partners | |
| a. Send proposal to put a conservation easement on New Beginnings Ranch, Craig Jackman's property, and Cougar Ridge to rangewide committee. | Coordinator | Done |
| b. Help landowners apply to the CWHPP program. | Coordinator | As Needed |
| i. Assist the Carlson's and Hughes with their applications. | Coordinator | Done |
| ii. Continue discussions about applying with owner of the Iron Springs lek. | Coordinator | Spring 2010 and as appropriate |
| iii. Inform other landowners about the CWHPP and help them with applications. | Coordinator | Yearly and as needed |
| c. The Habitat Protection Committee will meet yearly to prioritize parcels for submission. | Habitat Protection Committee | Yearly |
| 2. Obtain conservation easements or fee title acquisitions and implement management plans through other programs and by using grants. | SMC, Coordinator, TNC, other WG members and agencies | As appropriate |
| a. Complete a conservation easement on Bray Phase IV as funds allow. | SMC | As funds allow |
| b. Complete other easements/acquisitions as funds allow. | SMC, Working Group | As funds allow |
| 3. Develop and implement Candidate Conservation Agreements with Assurances (CCAAs) with private landowners. | DOW, USFWS, contractors | As appropriate |
| a. Complete agreements now under negotiation. | DOW, USFWS | Underway |

34

BLM_0063279

| | | |
|---|---|---|
| 4. Obtain fee title acquisitions of important habitats through purchase, land exchanges or mineral rights acquisition. | Working Group | As appropriate |
|    a. Complete land trade with Mex and Sons | BLM | 2009 |
| 5. Enroll important habitats in conservation programs with incentive payments to landowners under the Farm Bill (e.g., CRP, EQIP, WRP, WHIP, Grassland Reserve). | NRCS, Working Group, Landowners | As appropriate |
| 6. Work with county governments to discourage interference of urban development with Objective 1. Provide information to county governments on status, location, and possible effects of different land uses on sage-grouse in their county. Provide examples of policy language used by other counties. | Coordinator | As needed |
|    a. Discuss with San Miguel County the possibility of developing land use regulations for property on or near lek sites. | Coordinator | 2009-2010 |
|    b. Make contact with Montrose County regarding ways we can work together. | Coordinator | 2009-2010 |
| 7. Establish GIS data layer of conservation easements and protected habitat that have sage-grouse considerations, using common attributes among populations and agencies. | | |
|    a. Discuss whether we want to do this on our own for the San Miguel Basin or just use the rangewide database. | Working Group | 2009-2010 |
| 8. Develop better predictive models to identify areas at high risk of permanent habitat loss and of high value to grouse in order to assist with prioritization of habitat protection efforts. | DOW | As funds allow |
| 9. Incorporate sage-grouse considerations into management agreements as opportunities arise and innovative ideas become available. | Habitat Protection Committee | Discuss at least once a year |
| 10. Monitor protected lands to ensure compliance with their management plans. | DOW, Land Trusts | As stipulated in agreement or C.E. |
| 11. Have grass banks available for use by ranchers as an alternative grazing site when habitat treatments require a rest period. | DOW, BLM | Ongoing |

**B. Habitat Improvement**

1. Background and Limiting Factors

Gunnison sage-grouse require a diversity of habitats in order to persist on the landscape. During various times of the year, habitat needs will shift from open stands of scattered sagebrush

35

(lekking), to mature stands of sagebrush with abundant ground cover (nesting), to early seral grass/forb communities (brood rearing), to mature sagebrush stands that may lack ground cover completely (winter). A monotypic sagebrush community cannot meet these diverse needs and providing the necessary mosaic in the plant community will be a high priority for the Working Group. To the extent possible, our goal will be to restore communities using native plant materials and minimally invasive techniques.

With the goal of natural restoration as a priority, the group also acknowledges that some plant communities have been so altered that restoration to a native/natural state is not a viable option due to cost or time constraints. There may also be instances where a land owner/manager may have additional goals in mind for the property such as livestock grazing. In these instances the use of non-native plant materials or high impact techniques may be employed. It should also be noted that in our attempt to provide optimum habitat conditions for GuSG, it may be necessary at times to alter plant communities in a manner that interferes with natural succession.

In the San Miguel Basin, a number of habitat-related factors are likely contributing to the long-term population decline of Gunnison sage-grouse. These factors may be interacting and influencing one another, so it is difficult to isolate and treat them individually.

Even though the available seasonal distribution and habitat use data is incomplete, an effort was made to infer those factors which are contributing to the population decline. As more data becomes available, the factors we identify as limiting may change.

The Working Group believes that the limiting factors are as follows.

- Inadequate cover and diversity of native forbs and grasses along with stands of sagebrush that don't meet the percentage of canopy cover required by Gunnison sage-grouse. Appropriate nesting and brood habitat are particularly lacking in both quantity and quality. An increase in residual grass cover height (for nesting) and forb availability (for brood rearing) are needed throughout the San Miguel Basin.

- Wet meadow and riparian habitats are critical to grouse for successful brood rearing. These areas are relatively rare in Dry Creek Basin. Where present, they are often dominated by non-native invasive species, particularly smooth brome. These invasives need to be controlled and replaced by native grasses and forbs (Grilz and Romo 1994, Wilson and Stubbendieck 1997). In addition, these areas are heavily impacted by both domestic cattle and wildlife. The scarcity and generally poor condition of these habitats is probably having negative effects on the grouse population. Actions that create new wet meadow areas or restore existing ones are needed and should be given a high priority.

- Erosion is a major problem in many areas. The typical drainage in Dry Creek Basin is deeply incised. The steep nature of these channels severely restricts the establishment of riparian vegetation. Raising and widening these channels would create valuable habitat and improve overall water quality and moisture retention. Slowing erosion by increasing ground cover and

BLM_0063281

soil permeability across the Basin would enhance existing springs and seeps, as well as create new ones.

- Some members of the Working Group feel that pinyon and juniper (PJ) encroachment is slowly reducing available grouse habitat in many areas, such as Dry Creek Basin. In some upper elevation areas such as around Miramonte, juniper encroachment may also be playing a detrimental role. To preserve sagebrush parks for sage-grouse, PJ removal around the edges of existing parks may be needed.

2. Types of Treatments
*a. Understory Improvements*
In order to insure the long-term health of local grouse populations, the grass and forb component must be restored in the sagebrush understory. Ideally, this would be done with native species whenever possible. Manipulating sagebrush stands to meet grouse canopy cover requirements and restoring the grass/forb understory will be the highest priority for habitat treatment projects.

Mechanical treatments have had mixed success in restoring understory native plants, including failures typified by extensive cover of the invasive cheatgrass, to modest success in which some native understory plants increased. Because of the unpredictable and often undesirable outcomes, research in underway to determine how to restore native grasses and forbs using minimum-impact methods (that may discourage increases in cheatgrass) combined with planting of site-adapted native species and localized control of cheatgrass.

Prior to European settlement, drought, native herbivores, and fire were probably the major natural disturbance factors in the Basin's sagebrush communities. However, even if the necessary understory needed to carry a fire existed, such treatments have been deemed by most experts as too risky for use in sage-grouse management (Baker 2006). It should also be noted that fire has been applied to small areas of sagebrush within Dry Creek Basin. The results were not encouraging. Sagebrush seedling recruitment has been very restricted, and grasses dominate the burned areas to the near exclusion of all else.

There are mixed views of using chemical treatments to thin sagebrush where the canopy cover exceeds that preferred by sage-grouse. At this time, the most common chemical used to control sagebrush is tebuthiuron (Spike). Spike has been applied to several areas in the basin with mixed results. At this time there is no established thinning rate for use on sagebrush in the Basin. Fine textured, sandy soils and uneven precipitation patterns have so far complicated all attempts to apply Spike in a predictable manner. One recommendation is to systematically study areas that have been treated with Spike to determine which plants dominate (desirable natives or invasives).

Changing the vegetative component in Dry Creek Basin will require extensive improvement of the existing habitat. Some treatments require a period of rest from livestock use (from two to five growing seasons). The BLM and DOW need to examine areas on both state and federal land where there is currently no grazing and give consideration to using vacant allotments and/or state

BLM_0063282

wildlife area tracts as "grass banks."  These areas could be used by permittees to better manage livestock and range resources.

*b. Mechanical treatments*
Treatment areas will be identified by the following criteria:

*i.* Either no cover of invasive weeds (such as cheatgrass), or if there is cheatgrass in the area to be treated or nearby, the cheatgrass will be controlled before the mechanical treatment.

*ii.* A location at the margins of suitable habitat, but outside known occupied habitat for experimental treatments, or an area located in suitable/occupied habitat if using a method with proven results for that specific area or habitat type. Ideally, the stand to be treated should be producing reasonable amounts of sagebrush seed.

*iii.* Soils in the treatment area have sufficient depth and fertility to support vigorous plant growth.

*iv.* Future management of the treated area will be conducted in a manner that is not detrimental to the establishment and persistence of the desired vegetation community.

*v.* There has not been excessive thinning of adjacent sagebrush stands, and sufficient nearby stands exist to serve the needs of Gunnison sage-grouse, wintering mule deer, and/or other wildlife.

The best type of treatment would have to be determined after evaluating conditions on the site. This may vary from place to place based on cultural resources, topography, existing vegetation, and other factors. Because of the threat of cheatgrass, the best type of treatment is likely one that reduces the sagebrush canopy to a minimum extent (as reduced sagebrush canopy appears to favor cheatgrass), while simultaneously allowing native grasses and forbs to be drill seeded with minimum disturbance to the soil. Research on how to effectively restore native grasses and forbs without increasing cheatgrass is ongoing and should be further encouraged.

*c. Stream/Riparian Improvements*
Limited hydrological studies have shown that summer thunderstorm activity, not spring runoff, is the primary factor in erosion mechanics for low elevation areas of the San Miguel Basin. Therefore, stream and riparian improvements will be restricted to those sub-watersheds where it is felt there is sufficient moisture retention capacity to preclude regular flooding. It is likely that some form of habitat treatment will be required in the upper reaches of the watershed.

*i. In-channel structures:* Identify existing sub-watersheds with enough ground cover and moisture retention capacity for the installation of in-channel structures.

*ii. Understory treatments:* Focus understory treatments on the upper reaches of the sub-watershed.

BLM_0063283

*iii. Re-establish beavers*:  As appropriate, evaluate the feasibility of translocating beavers to the upper reaches of Dry Creek. These animals may represent the best long term solution to slowing water flows, trapping silt, and creating broad floodplains.

*iv. Tamarisk removal:*  Cooperate with the ongoing efforts of the Nature Conservancy to remove tamarisk from the San Miguel watershed. Eliminating tamarisk in the Dry Creek drainage would reduce salt loading, boost the competitive ability of native willows, and increase water availability for all native riparian/wetland plants.

*d. Wet Meadow Improvements:* Natural flowing surface water is limited in the San Miguel Basin; however, surface waters are probably more important to sage-grouse for the micro habitats they create. These areas generally provide a wetland type of vegetative component that yields more succulent forbs and attracts large numbers of insects. As these micro-habitats are probably a key factor in successful sage-grouse brood rearing, efforts should be directed to creating more of these sites throughout the basin.

*i. Solar Wells*: Where appropriate, drill or bail out existing shallow wells and install low-volume solar pumps to bring water to the surface. This has already been tested, and grouse have been using the wet meadow areas that were created.

*ii. Catchments:*  Construct or rebuild water catchments in the basin. Some fencing to protect catchments may be necessary. Efforts should also be made to investigate the off-channel storage of water.

iii. Experiment with small-scale planting of native grasses and forbs appropriate to wet meadow sites in the Basin.

*e. Pinyon Juniper Encroachment*
Sage-grouse are typically found in low shrub habitats and generally maintain a 300-500 foot buffer between themselves and a stand of trees. Some members of the Working Group feel that a lack of disturbance has allowed the PJ component in Dry Creek Basin and other areas to slowly move out into the sagebrush parks. On the other hand, some people feel that evidence has not been presented that PJ encroachment is substantial in the Basin. Moreover, peer-reviewed scientific evidence shows that control of fire cannot generally be an explanation for PJ encroachment, as natural fire rotations were too long in sagebrush to effectively control pinyons and junipers (Baker 2006).

If PJ encroachment is occurring, it most likely is caused by one or more of the following: 1) livestock grazing's removal of competing native grasses and forbs that formerly limited PJ regeneration in sagebrush, 2) climatic fluctuations that periodically allow PJ to regenerate in sagebrush, or 3) the natural slow recovery of PJ in areas that were formerly woodlands and are only temporarily sagebrush-dominated.

BLM_0063284

Further research is needed to determine whether PJ encroachment has been extensive, and if it has, then what the potential causes are. Researchers may also want to look at the various soil types to see if there is a correlation. If the causes cannot be controlled, and treatments to remove PJ would have to be done repeatedly, the resulting disturbance could lead to eventual dominance by cheatgrass and other invasive plants. A solution that is more sustainable than repetitive treatment would be preferred.

Whatever the cause, the movement of PJ in sagebrush parks has effectively reduced the amount of available grouse habitat. Removing young trees will be at least a temporary measure to maintain, and possibly increase, the areas used by Gunnison sage-grouse.

*i. PJ Removal*:  Some members of the Working Group believe that hydro-ax or roller chopping are appropriate to remove PJ from sagebrush parks. Other members suggest that where PJ are slated for removal, only minimum-disturbance techniques such as hand-removal should be used in order to avoid increasing cheatgrass and to avoid disturbing sagebrush.

*f. Experimental Treatments*
As discussed earlier, the use of experimental habitat treatments will primarily be restricted to those areas of either unsuitable or unoccupied habitat. These treatments however, should be encouraged in order to build a dataset of vegetative response.

*i. Restoring native plants while limiting cheatgrass:*  Small-scale, intensively-monitored experiments remain essential to improve the possibility of successful restoration. They should be designed to allow comparison between different treatment methods. Experimental planting should focus on key species of native grasses, e.g., needle and thread (*Stipa comata*), Indian ricegrass (*Achnatherum hymenoides*) and a few native forbs that most belong on the sagebrush sites and were likely historically most abundant on these sites. These species have the greatest potential for restoration.

*ii. Chemical thinning of sagebrush*: Some members of the Working Group believe it may be appropriate to evaluate the vegetative response to Spike applications in the basin. Much of the currently occupied habitat in Dry Creek Basin consists of either low or black sage with very little other vegetation. It is unknown at this time whether the use of this habitat is dictated by preference or simply availability. Radio telemetry and habitat use data will eventually answer this question. In the meantime, some small scale experimentation could be conducted in order to determine the feasibility of meeting grouse canopy cover requirements in the black/low sage areas by thinning and introducing more grasses and forbs.

*ii. Test Plots:*  Set up a series of small plots (1-2 acres) and test the response of low sage to treatment by Dixie harrow, Spike, and brush mowing.

<u>3. Goal:</u> To maintain and improve the quality of grouse habitat so Gunnison sage-grouse can thrive in the San Miguel Basin.

BLM_0063285

*Objective 1:* To utilize Monsen (2005) to select and implement appropriate treatment options suitable for the site characteristics and treatment objective when planning for vegetation restoration/improvement projects that provide the structural habitat required for breeding, summer-fall, and winter Gunnison sage-grouse habitats.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Remove pinyons and junipers in a way that minimizes disturbance and the spread of weeds in places where PJ has been determined to be reducing usable GuSG habitat. | DOW, BLM | As needed |
| a. At the Dan Noble State Wildlife Area. | DOW | 2009 |
| b. On Monogram Mesa (2010 - 2013) and Dry Wild (after cheatgrass study, if appropriate). | BLM | Dry Wild 2011 |
| 2. Develop wet meadow habitat where appropriate. | DOW, BLM | As appropriate |
| a. Develop wells and install solar panels to bring water to the surface, seed with grasses and forbs, and fence if needed. | DOW, BLM | As appropriate |
| i. Develop Basin Well #1 site approximately one mile west of the Six-shooter pasture. | DOW, BLM | 2009 |
| ii. Develop Dry Creek Wells. | DOW, BLM | As funds allow |
| iii. Experiment with planting native grasses and forbs adapted to wet meadow sites. | DOW, BLM, University Researchers | To be determined |
| 3. Improve the health and functionality of riparian and wet meadow areas. | | |
| a. Implement erosion control projects. | DOW, BLM | TBD |
| i. Experiment with re-contouring deeply eroded gullies on Dry Creek Basin State Wildlife Area using heavy equipment and vegetation establishment. | DOW, BLM | TBD |
| b. Perform tamarisk removal. | TNC | As needed |
| c. Control smooth brome and other exotics. | DOW, BLM | TBD |
| 4. Improve the habitat in sagebrush parks to meet the needs of Gunnison sage-grouse. | | |
| a. As appropriate, thin sagebrush where the canopy cover exceeds RCP guidelines for habitat requirements of the Gunnison sage-grouse. | DOW, BLM | As needed |
| i. Create five dispersed opening in the sagebrush canopy of the Six-shooter pasture in Dry Creek Basin. | DOW, BLM | Summer 2009 |
| b. Seed or transplant sagebrush in areas where canopy cover is less than that preferred by Gunnison sage-grouse. | DOW, BLM | As needed |
| i. Transplant sagebrush into 30 acre rabbitbrush mow on Nelson Creek Tract of Dry Creek Basin State Wildlife Area. | DOW, volunteers | Fall 2009/ Spring 2010 |

BLM_0063286

| | | |
|---|---|---|
| 5. Improve the grass and forb understory where needed. | | |
|   a. Seed with native grasses and forbs. | DOW, BLM | As needed |
|     i. Drill seed a mixture of key native grasses and forbs in the Six-shooter pasture in Dry Creek Basin. | DOW, BLM | Fall 2009 |
|   b. Prevent and control weeds to help native species thrive both before and after treatment. | DOW, BLM, Other agencies | As needed |
|     i. Spot treat any weeds in the Six-shooter pasture mowed areas using glyphosate (Round Up). | SMC | Early Fall 2009 |
|   c. Fence off areas to allow grasses and forbs to get established or recover. | DOW | As needed |
|     i. Fence part of the Six-shooter pasture that was seeded. | DOW, BLM | TBD |
| 6. Enroll important habitats in conservation programs with incentive payments to landowners under the Farm Bill (e.g., CRP, EQIP, WRP, WHIP, Grassland Reserve). | NRCS, Working Group, Landowners | As appropriate |

*Objective 2:* To utilize new research and the best judgment of Working Group members to select and implement appropriate treatment options suitable for the site characteristics and treatment objective when planning for vegetation restoration/improvement projects that provide the structural habitat required for breeding, summer-fall, and winter Gunnison sage-grouse habitats.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Meet at least once a year to discuss new research and techniques for habitat improvement. | Habitat Improvement Committee | Yearly |
|   a. Consider experimental projects that include monitoring and evaluation to determine their efficacy. | Habitat Improvement Committee | Yearly |
|     i. Investigate methods of improving the health of the soil and biological crust, e.g., inoculating soil with cyanobacteria. | Habitat Improvement Committee | 2010 and as appropriate |
|     ii. Consider an experiment with ranchers to have them add appropriate plant seeds in salt for cattle. | Habitat Improvement Committee | TBD |
|     iii. Investigate using oyster mushrooms to kill invasive species with taproots or rhizomatous roots. | Habitat Improvement Committee | TBD |
| 2. Adjust plans for habitat improvement projects as needed to reflect new information. | Habitat Improvement Committee | As needed |

The Habitat Improvement Committee will meet yearly to establish a detailed work plan of projects. See Appendix B for the 2009 plan.

BLM_0063287

## C. Population Management

The current estimated breeding population of grouse in the San Miguel Basin is 162 birds. In keeping with the Gunnison sage-grouse Rangewide Conservation Plan, we set our long-term population target at an average of 450 birds in currently-mapped occupied habitat. This would mean the population could fluctuate from 260 – 792 birds, since populations of gallinaceous birds tend to vary greatly.

Maintaining this long-term average will be a challenge given the current condition of vegetation and poor site potential of Dry Creek Basin (which comprises about 60% of occupied habitat for the population) and development pressures elsewhere. Since 2001, the estimated San Miguel population has averaged approximately 290 individuals and has ranged from the current 162 to 390 in 2001. A population viability model in the Rangewide Conservation Plan estimated the relative risk of extinction over a 50 year period for a population of 250 sage-grouse was between 0 and 30% depending on long-term population trends. As stated earlier, populations of sage-grouse tend to vary widely which make predictions of long-term trends difficult.

A breeding population with a long-term average of 450 would require about 90,000 acres of quality habitat. This is below the total acreage now occupied, which is 100,826 acres of occupied habitat, with an additional 41,524 acres of vacant and 61,783 acres potentially suitable habitat. This habitat exists in six distinct and separated geographic areas.

Theoretical models have demonstrated that small populations are vulnerable to inbreeding depression and loss of evolutionary adaptive potential. Stiver et al. (2008) observed that some of the assumptions of these models (e.g., large variance in reproductive rates and nest failure) may be true for Gunnison sage-grouse.

In 2007 the DOW initiated a demographic study of GuSG which is scheduled to be completed in 2010. To date they have observed 6 out of 12 nesting females successfully hatched young. All other nests were destroyed by predation. Four of the successful nests were re-nesting attempts after the intial nesting attempts failed due to severe weather. They radio-marked 12 juveniles from the 6 clutches. None of the chicks survived beyond 2 weeks. All were destroyed by predators. This is in contrast to the Gunnison Basin where approximately 20% of the marked chicks survived the first year. These results have made Working Group members concerned about predation's affect on sage-grouse recruitment.

Goal:  Ensure a healthy and sustainable sage-grouse population in the San Miguel Basin.

*Objective 1:* To assess grouse population size and trends and provide for the long-term monitoring of Gunnison sage-grouse.

43

BLM_0063288

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. To continue spring lek counts on active and recently active leks. | DOW | Late March – mid May each year |
|    a. To assist the DOW with spring lek counts as needed. | Working Group members, volunteers, Coordinator | Late March – mid May each year |
| 1. To survey historic, vacant, potential and linkage habitat for the presence of Gunnison sage-grouse. | | |
|    a. To look for displaying grouse in the spring. | Working Group members, volunteers, Coordinator | Late March – mid May each year |
|     i. Plan areas to survey and get landowner permission. | Population Management Committee, Coordinator | Jan. – Feb. each year |
|    b. Look for pellets and other grouse sign. | Working Group members, volunteers, Coordinator | To be decided |

*Objective 2:* To reduce the probability of extinction to less than 1% in 50 years through augmentation with wild-trapped or captive produced birds.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. The Population Management Committee will meet each spring and submit a proposal to the DOW regarding the number of birds they would like to request, the sex of the birds, and the location of the release. | Population Management Committee | Each spring |
|    a. Provide people to help get the birds to the release location and release the birds. | Population Management Committee, DOW, Working Group, Coordinator | As necessary |

*Objective 3:* Investigate the effects of variable climatic conditions on Gunnison sage-grouse.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Compare trends in climate data with Gunnison sage-grouse lek count data. | Population Management | As time and funds allow |

44

| | Committee, DOW, and/or Researcher (University) | |
|---|---|---|
| 2. Share this data with the Habitat Improvement Committee and agencies as appropriate, e.g., it's effects on regarding stocking rates for grazing. | Population Management Committee, DOW, and/or Researcher | As appropriate |

*Objective 4*: Recommend projects and research on factors that influence Gunnison sage-grouse population viability.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Recommend research on demographic trends in the San Miguel Basin and factors that can potentially affect trends (e.g., predation and predator control). | Population Management Committee, Coordinator, DOW, Rangewide Steering Committee | Ongoing |
| 2. Meet yearly to recommend research, projects, and plan a funding strategy (e.g., writing grants, working with other groups and agencies). | Population Management Committee | Once a year |
|    a. Install corvid-proof trash containers at Dan Noble State Wildlife Area. | DOW | By end of 2010 |

*Objective 5*: Protect grouse from excessive predation when populations (3-year average) fall below 25 birds or to 25% of the long-term average goal (RCP) or where deemed necessary in conjunction with release of translocated sage-grouse (Hagen, in press).

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. If research establishes that predator control is likely to be effective, then develop and implement predator management strategies designed for specific sage-grouse subpopulations that are in accordance with DOW and Federal regulations and policies. | Population Management Committee, BLM, USFS, USFWS, USDA, Coord. | As appropriate |
| 2. Implement predator control measures as part of transplant efforts to increase survival of translocated GuSG. It is expected that this predator control will be done on a short-term basis. | DOW | In coordination with GuSG translocations |

45

BLM_0063290

*Objective 6:* Institute recreational harvest of grouse when and if populations can sustain it.

| Strategies and Tactics | Who | When |
| --- | --- | --- |
| 1. Consider, with appropriate public input, opening hunting seasons if current population trends indicate it is feasible. If the decision is made to allow hunting, develop season structures and other regulations to restrict harvest to 5-10% of the fall population, and to shift harvest away from adult females. | DOW, Population Management Committee | As appropriate |

## D. Information, Education, and Publicity

One of the primary functions of the Working Group involves the sharing of information and coordination of efforts. The Coordinator serves as the hub for distribution of information provided by Working Group members. The Coordinator is also responsible for keeping abreast of news about grouse and sharing with members, the media, school children, and the general public.

In addition to emails, letters and phone calls; regular meetings of the Working Group and its committees foster coordination of efforts. This helps to avoid duplication of efforts or operating at cross purposes. It also provides a forum for agencies and organizations to bring their expertise and funds together for projects that benefit the grouse and its habitat.

Goal: To inform and educate people about Gunnison sage-grouse and the Working Group in order to gain their support and assistance in conservation of grouse and their habitat, and to facilitate communication between individuals and organizations involved in Gunnison sage-grouse conservation.

*Objective 1:* Distribute information and publicity on Gunnison sage-grouse and the Working Group at least quarterly.

| Strategies and Tactics | Who | When |
| --- | --- | --- |
| 1. To maintain a website that is updated at least quarterly with current information on Gunnison sage-grouse and the Working Group. | Coordinator | Quarterly |
| 2. To send out press releases or do TV and radio interviews as appropriate. | Coordinator | As needed |

*Objective 2:* To continue to serve as a clearinghouse and hub in the San Miguel Basin for Gunnison sage-grouse information.

BLM_0063291

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Keep the Working Group members informed of Gunnison sage-grouse news, meetings, and projects via email and/or regular mail. | Coordinator | As needed |
| 2. To meet regularly to share information and make decisions. | | |
|    a. To have Working Group meetings at least 3 times per year. | Coordinator | At least 3 times per year |
|    b. To have committee meetings at least twice per year. | Coordinator or Comm. Chair | At least 2 times per year |
|    c. To have Steering Committee conference calls once a month. | Coordinator and Steering Comm. | Monthly |

*Objective 3:* To coordinate efforts between agencies and Working Groups.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Gather information from Working Group member agencies and organizations by December of each year for the rangewide database of Gunnison sage-grouse projects. | Coordinator | December of each year |
| 2. Work with other agencies and Working Groups on projects such as grant writing, habitat improvement, habitat protection, and education as appropriate. | Coordinator | As needed |
|    a. Work with the Gunnison Working Group (and any other interested Gunnison sage-grouse Working Groups) to plan and produce an educational DVD on Gunnison sage-grouse and conservation efforts. | Coordinator, Other Working Group members and agencies, contractors | Start in 2009 |
|    b. Work with other Working Groups and the Rangewide Steering Committee to plan the next Gunnison sage-grouse Summit. | Coordinator, Working Group members | As appropirate |
|      i. Discuss a date for the next summit at the next rangewide meeting. | Coordinator | Early 2010 |

*Objective 4:* To provide at least four educational events or programs (or media, e.g., new brochures) to the general public, school children and/or groups each year.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Plan and produce an educational DVD on Gunnison sage-grouse and conservation efforts. | Coordinator | Start in 2009 |
| 2. Create a new brochure on Gunnison sage-grouse in the San Miguel Basin. | Coordinator, Deb Paulson | By the end of 2010 |

47

BLM_0063292

| 3. Work with teachers to design Gunnison sage-grouse educational kits. | Leigh Gillette (DOW), Coordinator, Teachers | Start in 2010 |
| 4. Continue to exhibit at the Energy Forum in Norwood | Coordinator | Yearly |
| 5. Continue to provide programs to the public, school groups, and other interested parties | Coordinator, Other Working Group members | As requested or as time permits |
| 6. Design exhibits and a brochure for the New Beginnings Ranch Visitor Center. | Coordinator, DOW, Education Committee, N.B. Staff | When appropriate |

**E. Land Use and Human-caused Disturbances**
Gunnison sage-grouse require large areas of sagebrush, and anything that destroys or fragments that habitat is likely to negatively impact the grouse. In addition, various human activities have been shown to have an adverse affect on Gunnison sage-grouse. These disturbances can be either indirect (e.g., nearby human activity increases predator populations) or direct—see below.

<u>1. Physical Disturbance to Populations</u>
This refers to the physical disturbance to sage-grouse. Physical disturbance can result in death or exert stress, particularly if disturbance occurs during biologically critical periods. Continued stress over time can lead to death. Narratives of these issues can be found in Appendix C (Issue Descriptions) and in the RCP.

*Issues that affect sage-grouse populations and their habitat:*
Vegetative Habitat
-poor habitat quality and quantity
-lack of grasses and forbs
-condition of winter habitat

Land Planning/Mitigation
-fragmentation
-changes in land uses (e.g., to crops or housing/commercial development)

Land Treatments
-adverse effects of land treatments on habitat, including loss of sagebrush cover
-poor management of land treatments
-lack of habitat management/need for habitat management

Utilities
-power lines

BLM_0063293

-roads
-pipelines
-wind turbines

Loss of Topsoil & Productivity
Timing, Intensity and Duration of Livestock/Big Game Grazing
Predators (Coyotes, foxes, badgers, crows, ravens, eagles, or other raptors)
Stress Due to Scientific Study
Conflicting Uses during Critical Biological Activity Periods (e.g., activities that cause excess noise near leks in the spring)
Fences, especially sheep fencing or new, unmarked fences
Reservoirs Flooding Leks and Habitat
Oil & Gas Activity
Mining & Exploration
Recreation

2. New Science on Oil & Gas Development's Impacts to Sage-grouse
In recent years, a number of scientific studies have been published on the effects of oil and gas development on sage-grouse. While the studies have primarily focused on greater sage-grouse, we feel that with the lack of specific data on Gunnison sage-grouse, the studies on greaters provide the best available science.

Based on this new science, the Working Group has recommendations that will differ from those in the Gunnison Sage-Grouse Rangewide Conservation Plan (2005). We realize that many land management agencies currently have to follow the guidelines in their resource management plans, state laws, and/or in the RCP. Nonetheless, in this plan we will recommend what we believe is needed in order to ensure the survival of the grouse.

In 2008, the Wyoming Game and Fish Department published a document, *Using the best available science to coordinate conservation actions that benefit greater sage-grouse across states affected by oil & gas development* (see Appendix D for a summary of key concepts). It was developed by science and management advisors from state fish and wildlife agencies and was based on studying recent journal articles and presentations by researchers of their findings.

The studies quoted in the Wyoming report make different recommendations based on whether seasonal grouse habitats are mapped or not. In the San Miguel Basin, seasonal grouse habitats are not mapped out separately. In great part, this is because there do not seem to be separate areas used for breeding, summer, and winter habitat. The core, or occupied, habitat is primarily used year-round.

What follows are our recommendations based on the Wyoming report:
  i. Because breeding, summer, and winter habitats are essential to populations, developments within these areas should be avoided. If development cannot be avoided within core areas, infrastructure should be minimized and the area should be

BLM_0063294

managed in a manner that effectively conserves sagebrush habitats within that area. Information provided in Walker et al. (2007) allows managers and policy makers to estimate trade-offs associated with allowing development within a range of different distance from leks.

ii.   Since impacts to leks from energy development are discernable out to a minimum of four miles, and a four-mile buffer is needed to encompass 74-80% of sage-grouse nests (Moynahan 2004, Holloran and Anderson 2005, Colorado Greater Sage-Grouse Conservation Plan Steering Committee 2008), we recommend no surface occupancy within a four-mile radius of leks.

iii.   Timing stipulations to protect nesting hens and their habitat should be in place from approximately March 1 through June 30 within four miles of active lek sites. Ideally, local biologists can give more exact dates each year based on weather and predictions.

iv.   No surface occupancy should also be applied to important wintering habitats (Doherty et al. 2008), but if development occurs, impacts would be reduced if development activities were avoided between approximately December 1 and March 15 (as determined by a local biologist) and disturbance to sagebrush was minimized. Since winter habitat in the San Miguel Basin is basically the same as occupied habitat, no surface occupancy should occur in any occupied habitat.

v.   New roads should not be allowed within 0.8 miles of a lek, since traffic during the strutting period when males are on a lek results in declines in male attendance when road-related disturbance is within 0.8 miles.

vi.   Seed mixes for restoration should be determined by a local biologist, e.g., to include local sagebrush species. A field should not be considered restored until the native plant species have been reestablished.

vii.   The above recommendations represent what is ideal for the grouse, but it makes sense to have review of planned developments by a local biologist (DOW, BLM, or USFWS). For example, in some cases a four-mile buffer may extend out of occupied sage-grouse habitat and into vegetation that is unsuitable for grouse. If there are natural barriers, such as a hill, that block sound and sight of possible raptor perching sites, the biologist may feel comfortable with a smaller buffer distance.

## 3. New Science on Utilities and Power Lines' Impacts to Sage-grouse

The placement and existence of power lines in sage-grouse habitat are of concern for several reasons. A primary factor is that they provide perching and nesting sites for avian predators of sage-grouse. According to Williams and Colson (1989), there is a strong association between raptor activity and utility rights-of-way. Following the 1974 construction of a 230-kV transmission line in Colorado, raptor density near the line increased from 4-13 raptors per square kilometer (10-34 per square mile) to 21-32 raptors/km$^2$ (54-83/mi$^2$) after construction (Stahlecker 1978).

Predators of sage-grouse nests and chicks, such as ravens and crows also use power lines for nesting and perching sites. In a Nevada study, common raven counts increased by ~200% along the transmission line corridor and there was a dramatic increase in the number of disturbance

50

BLM_0063295

events at leks involving common ravens (Atamain et al. 2007). In 2008 raven numbers declined, but this may have been due to West Nile Virus (Jim Sedinger, personal communication).

Researchers have reported that leks have been abandoned after the placement of power lines within sight of a lek (Ellis 1985, Clait Braun personal communication). This seemed to be due to increased interactions between raptors and sage-grouse.

One potential way to help lessen the problem of raptors and corvids perching on power lines is to install perch deterrents. Currently, the most effective devices studied seem to be long, flexible neoprene spikes (HawkWatch 2008). Since these devices are not 100% effective, some people have suggested providing perching poles for raptors out of the line-of-sight of leks.

Additional concerns include sage-grouse flying into power lines and telephone lines (J. Stiver, personal communication, Borell 1939, Ligon 1951), lekking birds avoiding tall structures (Robel et al. 2004), and the human disturbances caused by the installation of power lines (e.g., noise, disturbance of habitat, and introduction of weeds).

Researchers have suggested a buffer distance of anywhere from .5 km to 8 km between power lines and occupied sage-grouse habitat. Keeping power lines out of the line-of-sight of leks has also been recommended.

Other factors need to be considered, as well as the fact that more information is needed regarding sage-grouse and utility line interactions. The following points have been discussed regarding sage-grouse and power lines:

- That very few scientific studies have been conducted on sage-grouse in the proximity of electric power lines in order to determine the effective distance from aboveground structures to sage-grouse use areas. This buffer area is presently unknown and to date, there has been no evidence of population-level impacts to grouse from power line operation.
- Preliminary study results from Sierra Pacific Power's and the University of Nevada's 10-year study in Nevada on effects to grouse and raptors from power lines show the numbers of raptors documented during surveys did not change significantly or concentrate near active lek sites after construction of the new power line, as was expected. Additionally, there was no correlation between the annual number of lek visits by raptors and the distance of the leks from the transmission line both before and after line construction (Collopy and Lammers 2003; Lammers and Collopy 2005).
- The California Department of Fish and Game (Hall and Haney 1997) examined potential effects to sage-grouse from power lines in northern California. Although Hall and Haney (1997) showed a lower attendance at lek sites closer to power line ROWs, they could not account for other confounding factors that may have influenced utility line placement and/or sage-grouse populations (Atamian et al. 2005).
- The Avian Power Line Interaction Committee's (APLIC's) most recent, Suggested Practices for Avian Protection on Power Lines: The State of the Art in 2006,

BLM_0063296

acknowledges that perch discouragers should only be used in certain situations, since if a bird wants to defeat them, they often can.

Given the difference in suggested buffers and the fact that scientific knowledge changes over time, we recommend the following:

i. Prior to the design and placement of new power lines, other above-ground facilities, or replacement of existing structures in occupied GuSG habitat (and within line-of sight of occupied habitat), consultation based on the best available science as well as information on applicable and effective mitigation measures should occur between local Colorado Division of Wildlife biologists and applicable electric utilities or private owners to avoid or minimize impacts to GuSG.

ii. If possible, above-ground power lines should not be located in occupied GuSG habitat or within line-of-sight of GuSG habitat. Exceptions may be allowed based on topography, line-of-sight (viewshed analysis), type of power line, and whether effective perch deterrents are used.

iii. Transmission lines should not be constructed within 1.5 km of a lek (Ellis 1985).

iv. If power lines must be constructed (or are to be removed) within occupied GuSG habitat, this should not take place during the breeding period (generally mid-March through late May). Precise dates should be obtained from a local biologist (Gunnison Sage-grouse Rangewide Steering Committee 2005). In addition, revegetation with local, native species and weed control (if necessary) should take place to restore the original vegetation community.

v. Where possible and practical, unused power lines within GuSG habitat should be removed.

vi. Further research involving the DOW, other partners, and utility companies should be encouraged to aid in answering outstanding questions and resolving concerns. Some examples of potential studies include extensive under-line prey remains searches and subsequent lab identification of remains and/or the use of motion-activated video equipment (e.g., Bird Activity Monitor) to understand how raptor size and behavior influence the effectiveness of perch deterrents. (HawkWatch 2008).

4. Changes in Land Use and Future Projections
According to the RCP, San Miguel County has experienced a 28% increase in cropland between 1987 and 1997, which probably resulted in loss of sagebrush habitats, and which could continue to some degree. The population in San Miguel County is expected to increase markedly by 2020 (71% increase in people and 62% in housing units). With increased population, there is likely to be more impacts on sage-grouse and their habitat.

5. Current Practices
One way currently used to deal with land use issues involves San Miguel County alerting the Working Group Coordinator when special uses are proposed in sage-grouse habitat. The Coordinator then has an opportunity to provide comments, changes, and/or suggestions.

52

BLM_0063297

In Gunnison County, the commissioners adopted a resolution for Land Use Change, Access, Reclamation, Individual Sewage Disposal System or Building permits on Lands Located Wholly or Partially Within a 0.60 Mile Radius of a Gunnison sage-grouse Lek, or Located Wholly or Partially within Gunnison sage-grouse Occupied Habitat.

To summarize the resolution: Activity on individual lots shall be located to minimize adverse impacts to wildlife, to the maximum extent feasible, except as prohibited by a vested right pursuant to Section 1-109: Vested Property Rights. The Gunnison sage-grouse Conservation Coordinator conducts an initial site-specific analysis of development that is proposed on a parcel that is located in occupied Gunnison sage-grouse habitat.

Discussing the adoption of similar regulations in San Miguel County is another way to reduce disturbance to Gunnison sage-grouse in critical areas.

6. Mitigation

When looking at the possible consequences of development in sage-grouse habitat, the following steps illustrate a recommended order of actions for mitigating impacts (Note:  more than one step may be used):

1. Avoid development in sage-grouse habitat
2. Minimize impacts of development (with stipulations as to placement, timing, etc.)
3. Reclaim areas affected by development
4. Offset impacts that are unavoidable (e.g., protect, improve, or "create" new GuSG habitat at another site).

Goal: To prevent, minimize, and/or mitigate the potential negative impacts from human activities on Gunnison sage-grouse and its habitat.

*Objective 1:* To work with county governments to discourage interference of development with sage-grouse needs.

| Strategies  and Tactics | Who | When |
| --- | --- | --- |
| 1. Provide written comments on land uses in Gunnison sage-grouse habitat to county governments. | Coordinator | As needed |
| a. If possible, work with Montrose County to develop a method to comment on impacts to Gunnison sage-grouse. | Coordinator | 2010 |

*Objective 2:* To provide information to county governments on status, location, and possible effects of different land uses on sage-grouse in their county, and to provide examples of policy language used by other counties

| 1. Discuss the possibility of stricter land use regulations near Gunnison sage-grouse leks with San Miguel County. | Coordinator | 2010 |
| --- | --- | --- |

BLM_0063298

| 2. Discuss with the county governments other ways the Working Group can provide information or help with land use issues. | Coordinator | 2010 |
|---|---|---|
| 3. Make specific recommendations regarding land uses where appropriate. | Coordinator | As needed |
|    a. Work with the BLM, San Miguel County, and stakeholders to consider the rerouting or closing of County Road U29 through critical sage-grouse habitat in Dry Creek Basin. | Coordinator, BLM, San Miguel County, etc. | 2010 |

*Objective 3:* Educate and encourage landowners to avoid practices that would harm sage-grouse.

| 1. Encourage the removal of fencing harmful to grouse (e.g., sheep fencing) and encourage grouse-friendly fences. | Coordinator, Working Group Member Agencies and Organizations | 2010 on |
|---|---|---|
| 2. Provide information to landowners through the website, DVD, printed material, etc. | Coordinator | 2010 on |

*Objective 4:* Work with developers (e.g., gas, subdivision) in early stages of planning to map out strategies to avoid or minimize development in critical sage-grouse habitat and plan for reclamation and mitigation.

| 1. If possible, initiate meetings with developers to discuss impacts to sage-grouse and various options. | Coordinator, Working Group Member Agencies and Organizations | 2010 on |
|---|---|---|
|    a. Consider using The Nature Conservancy's models: Energy by Design and the Offsite Mitigation Design Project (used in the Jonah Natural Gas Field in WY). | Coordinator, Working Group Member Agencies and Organizations | 2010 on |

**F. Research and Monitoring**

There are many unanswered questions when it comes to the grouse biology and human impacts on the bird and its habitat. Much of the research is currently done by the DOW, other agencies, and universities, but the Working Group can recommend research projects and conduct grant writing to help make research possible.

54

BLM_0063299

Monitoring of projects is critical to ensure that goals and objectives are being met. Data from monitoring adds to our knowledge base and allows the Working Group to adjust plans and make better decisions in the future.

Monitoring will be coordinated to insure that data collected will provide the needed information to assess on-the-ground management actions and to measure progress in resolving resource problems and conflicts. This coordination will include appropriate consultation and cooperation with rangeland users, landowners, academia, private organizations, and governmental agencies. Direct involvement by interested parties in the collection of data and in the subsequent evaluations based on these data will add to the credibility of monitoring results.

It is important that all monitoring information be easily accessed by those interested in reviewing the data. Monitoring the response of the Gunnison sage-grouse population to conservation actions will, in part, be measured by total number of active leks and the total number of males counted on the various leks in the San Miguel Basin. The number of active leks and total males reflects survival. Chick production and recruitment are more reliable measurements, but collecting the data is labor intensive and will depend on available funding. Changes in habitat quality which result from the implementation of planned actions will be monitored using techniques applicable to the specific project or action.

Monitoring is essential to all aspects of management of sage-grouse and their habitat and to successful collaboration to protect grouse. Sufficient funding for monitoring should be included in all projects, and monitoring data and results should be shared via the Working Group's website and other forums. Monitoring can vary from something very simple (e.g., permanent photo points) to more complex, formal experimental methods (replicates, permanent transects, controls).

Some monitoring and research activities are listed here, but they may also appear in other sections as each committee suggests appropriate research and monitoring projects.

<u>Goal:</u> To conduct research and monitor projects to determine the most effective ways to ensure a healthy Gunnison sage-grouse population and habitat.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Conduct a yearly field trip to review habitat treatments, view recently protected land, and discuss future plans. | Coordinator, Working Group | Once per year (e.g., June) |
| a. Visit the Miramonte area to investigate why this subpopulation is declining. | Working Group | 2010 |
| 2. Recommend research projects to the Rangewide Steering Committee. | Coordinator, Working Group, Committees | Winter each year |

BLM_0063300

| | | |
|---|---|---|
| 3. Conduct research projects to gain information for making effective decisions regarding Gunnison sage-grouse, their habitat, and other species that are a part of the sagebrush ecosystem. | Working Group Member Agencies (e.g., DOW, BLM) | |
| a. Conduct research on the cheatgrass response after PJ removal on Monogram Mesa. | BLM | 2009 |
| b. Develop and implement methods to monitor and evaluate grouse response to habitat treatments, or in unoccupied areas, to monitor key habitat elements (e.g., insect and forb diversity) critical to sage-grouse. | Habitat Improvement Committee | TBD |
| c. Study how treatments designed to improve habitat for grouse affect other sagebrush species. | DOW | 2009-2011 |
| 4. Monitor habitat treatments and other projects to determine their effectiveness and the effects on Gunnison sage-grouse. | Working Group Members and Agencies | As needed |

## G. Coordination and Program Support

Different kinds of support are needed to enable the Working Group to implement its various projects. This can include grant writing, keeping track of finances, writing reports, attending training, planning, and other administrative duties. Currently, the Coordinator performs many of these tasks under the supervision of the Working Group's Steering Committee.

Goal: Provide support services to enable the Working Group to reach its goals and objectives.

| Strategies and Tactics | Who | When |
|---|---|---|
| 1. Write and administer grants to provide finances for the Working Group's projects. | Coordinator | As needed |
| 2. Conduct fundraising to provide finances for the Working Group's projects. | Coordinator | As needed |
| 3. Attend training sessions to gain information and skills that will support the Working Groups' efforts. | Coordinator | As needed |
| 4. Update plans to reflect current conditions and update strategies and tactics. | Coordinator, Committees, Working Group | As needed, review yearly |

## IX. IMPLEMENTATION

Plan implementation will be priority-based starting with those actions the Working Group believes to be most effective at accomplishing their goals. This group recognizes the need to be opportunistic and carry out specific conservation actions as situations present themselves. For example, a particular conservation action might be implemented sooner than scheduled if funding became available or a group or individual came forward to help with completing a task.

56

Some actions have already begun or are ongoing. Other actions would need to be done continually throughout the plan.

The adoption of these strategies and tactics will be the responsibility of the Working Group. Additional steps or tasks needed to carry out a conservation action will be developed as the implementation proceeds. Cost estimates, including those for monitoring and evaluation will be identified. Every effort to leverage money and resources will be made. Many actions, such as vegetation treatments are costly, and will be dependent on seeking cooperative funding from many partners.

Because plan accomplishment will require time to complete, it is important to track progress at meeting our goals. At least yearly, the Working Group will convene a meeting to examine accomplishments and keep the plan on track. Completed actions will become part of the yearly progress report and will be entered into the rangewide database. The public will be invited to attend the annual meeting and copies of the progress report will be available to those interested.

An important part of the yearly progress report and meeting will be to discuss and document any exceptions or deviations to planned accomplishments. Adjustment to the implementation sequence may be needed. It is important to show continual progress toward accomplishing the plan's goals.

Before the yearly meeting, each committee will meet to map out strategies and tactics for the next year. The committees will also review goals and objectives and make any changes deemed necessary.

## X. PLAN EVALUATION & UPDATES
Evaluations may be conducted anytime during the implementation of this plan. The goal of evaluation is to determine whether progress is occurring and, if not, to identify adjustments. Each year we will review whether this plan (or parts of the plan) needs to be updated based on new science, monitoring of activities, and other influencing factors.

BLM_0063302

## Appendix A:  Counts of Male Sage-grouse on Leks, San Miguel County

| Year | Cone Res. | Miramonte Res. | Nelson Creek | Triangle | Desert | Beaver Mesa | Total Males |
|------|-----------|----------------|--------------|----------|--------|-------------|-------------|
| 1959a | | | | | | | 47 |
| 1967b | | | | | | | 33b |
| 1978 | 10 | 43 | | | | | 53 |
| 1979 | 10 | 41 | | | | | 51 |
| 1980 | 13 | 60 | | | | | 73 |
| 1981 | 4 | 89c | | | | | 93c |
| 1982 | 13 | 51 | | | | | 64 |
| 1983 | 10 | 32 | | | | | 42 |
| 1984 | NC | 22 | | | | | 22 |
| 1985 | 0 | 53 | | | | | 53 |
| 1986 | NC | NC | | | | | NC |
| 1987 | 0 | 68 | | | | | 68 |
| 1988 | 0 | 81 | | | | | 81 |
| 1989 | | | | | | | |
| 1990 | | | | | | | |
| 1991 | | | | | | | |
| 1992 | | 56 | 11 | 11 | | | 78 |
| 1993 | | 54 | 5 | 18 | | | 77 |
| 1994 | | 57 | 1 | 20 | | | 78 |
| 1995 | 0 | 41 | 9 | 22 | | | 72 |
| 1996 | 0 | 22 | 0 | 6 | 14 | | 42 |
| 1997 | 0 | 36 | 2 | 5 | 12 | | 55 |
| 1998 | 0 | 61 | 1 | 12 | 13 | 4 | 91 |

a--Four leks (Dry Creek Basin 1 and 2, Gregor Flats 1 and 2) reported by Rogers (1964).

b--Gregor Flats #2 (Mangus).

c--Includes "some were hens".

BLM_0063303

**1999-2009 High Male Grouse Counts for San Miguel Basin Leks**

A-2

## 2009 San Miguel Basin Gunnison Sage-grouse Lek Counts

| Lek | Lek No. | GMU | Status | HIGH COUNTS | | | | | | | COUNTS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Males | Date | Females | Date | Unknown | Date | Flush Ct | No. | First | Last |
| Triangle | SM1 | 70 | Active | 0 | | 0 | | 0 | | No | 3 | 17-Mar | 1-May |
| Desert* | SM2 | 70 | Active | 0 (2) | 17-Apr | 0 (0) | | 0 | | No | 8 | 17-Mar | 29-Apr |
| Nelson Creek | SM3 | 70 | Active | 0 | | 0 | | 0 | | No | 3 | 17-Mar | 2-May |
| Cone Res. | SM4 | 70 | Active | 0 | | 0 | | 0 | | No | 4 | 1-Apr | 14-May |
| Miramonte | SM5 | 70 | Active | 18 | 14-Mar | 0 | | 3 | 8-Apr | No | 5 | 14-Mar | 11-May |
| Redd Ranches | SM9 | 70 | Active | 6 | 8-Apr | 0 | | 0 | | No | 3 | 8-Apr | 6-May |
| Beaver Mesa | SM6 | 70 | Active | 3 | 7-May | 2 | 7-May | 0 | | No | 3 | 7-Apr | 7-May |
| Beaver Mesa - North | SM7 | 70 | Active | 0 | | 0 | | 0 | | No | 3 | 5-Apr | 5-May |
| Beaver Mesa - South | SM8 | 70 | Active | 0 | | 0 | | 0 | | No | 3 | 5-Apr | 12-May |
| Iron Springs - Jackman | SM10 | 61 | Active | 4 | 8-May | 1 | 14-Apr | 1 | 30-Apr | No | 5 | 15-Mar | 8-May |
| Iron Springs - Trommer*** | SM11 | 61 | Not official | 0 | | 0 | | 0 | | No | 2 | 30-Apr | 8-May |
| Totals | | | | 33 | | 3 | | 4 | | | 42 | | |

\* Includes birds observed on a lekking area W. of established lek; number in () indicates count off traditional lek

\*\*\* This is not an official lek due to birds only being observed 1 time 2002 on this property

## Historical High Male Gunnison Sage-grouse Counts for San Miguel Basin Leks

| Year | Cone Res | Notes | Miramonte | Notes | Redd Ranches | Notes | Nelson Crk | Notes | Triangle | Notes | Desert | Notes | Beaver Mesa | Notes | Beaver Mesa | North Notes | Beaver Mesa | South Notes | Iron Springs Jackman | Notes | Iron Springs Trommer | Notes | Total Male High Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 3 | CR | 29 | | | LPU | | | | | 15 | | | NC | | LPU | | LPU | | LPU | | LPU | 47 |
| 2000 | 3 | CR | 30 | | | LPU | 3 | | 3 | | 18 | | | NC | | LPU | | LPU | | LPU | | LPU | 57 |
| 2001 | 5 | CR | 27 | | | LPU | 4 | | 7 | | 14 | | 8 | *** | 6 | COM | | | 9 | CR | | LPU | 80 |
| 2002 | 5 | CR | 31 | T | | LPU | 3 | T | 5 | T | 7 | T | 3 | T | 6 | T | 3 | T | 10 | CR | 5 | CR | 78 |
| 2003 | 5 | CR | 16 | T | 11 | | 1 | T | 2 | T | 4 | T | 6 | T | 0 | T | 0 | T | 6 | CR | 0 | CR | 51 |
| 2004 | 7 | CR | 19 | T | 18 | | 1 | T | 1 | T | 0 | T | | NC | 3 | FC | 1 | | 2 | CR | 0 | CR | 52 |
| 2005 | 4 | CR | 29 | | 23 | | 1 | | 1 | | 0 | | 1 | | 5 | | 1 | | 3 | CR | 0 | CR | 68 |
| 2006 | 3 | CR | 42 | FC | 20 | | 0 | | 0 | | 0 | | 5 | | 1 | | 1 | | 5 | CR | 0 | CR | 77 |
| 2007 | 3 | CR(*) | 36 | | 14 | | 0 | | 0 | | 2 | ND | 6 | | 0 | | 0 | | 5 | CR | 0 | CR | 66 |
| 2008 | 2 | CR | 21 | | 8 | | 1 | | 0 | | 4 | ND | 2 | | 1 | | 2 | | 3 | | 0 | | 44 |
| 2009 | 0 | CR | 18 | | 6 | | 0 | | 0 | | 2 | ND | 3 | | 0 | | 0 | | 4 | | 0 | | 33 |

COM = Combined with Beaver Mesa Counts
CR = Counted from road because access restricted
FC = high count based on a flush count.
LPU = Lek previously unknown

NC = no count data.
ND = Birds observed on area north of mapped lek
T = Trapping was occurring in area of lek during counts
* Birds observed in slightly different location off road

## Appendix B:  Habitat Improvement Plan

The San Miguel Basin Local Working Group formed a Habitat Improvement Committee several years ago. This group is charged with creating an annual work plan for habitat improvements across the San Miguel Basin. As part of this process, project proposals are presented and discussed by the participants as a form of peer review. Issues of feasibility, funding, and coordination are also addressed by the group.

As planning and project implementation will be ongoing over the life of this plan, the discussion of future projects will remain at a general level in this document. Detailed information on specific project proposals will be presented by the Habitat Improvement Committee and discussed by the Working Group on an annual basis. Progress reports on the implementation of these projects will be presented at each of Working Group meetings.

<u>Dry Creek Basin</u>

Habitat improvement efforts in this area will continue to center on the creation or enhancement of nesting and brood-rearing habitats. This will be accomplished primarily through the establishment of water sources, restoring "riparian" habitats, and increasing/diversifying the grass and forb cover in upland areas.

Additional water developments are planned with the focus shifting from the west side of the basin to the intermixed DOW and BLM lands on the east side. It is anticipated that additional water wells equipped with solar pumps will be necessary to provide open water and small wet meadow habitats. The construction of ponds and installation of water catchments (guzzlers) will also be investigated as a means to provide additional open water sources for GuSG.

The group also wishes to tackle the rather daunting task of restoring deeply incised gullies in Dry Creek Basin. Although these ephemeral drainages (with the exception of Dry Creek) do not represent classic riparian habitats, they can provide a more diverse mix of grasses, forbs and taller sagebrush than surrounding uplands.  However, these habitats either do not exist because of the steep "V" form of the gullies in question, or are currently unavailable to GuSG due to channel depth (often 20-30 vertical feet). How best to accomplish this task will undoubtedly be the subject of some debate and will require experimentation prior to any wide-scale implementation effort.

The potential for low-impact interseeding is now being evaluated as part of the 2009 Six-Shooter pasture improvements. Small-scale experiments in Dry Creek Basin have shown this technique to be less effective in establishing a grass-forb understory than mowing and drill seeding. However, interseeding is preferable in those situations where sagebrush canopy cover is within Rangewide Conservation Plan guidelines. Complete removal of the sagebrush in this area (chemical or mechanical) invites cheatgrass invasion, and recovery of the sagebrush has proven slow (~10 years). If interseeding shows promise for establishing additional grass/forb cover with minimal sagebrush disturbance or weed invasion, the Working Group will likely begin the implementation of large-scale interseeding projects in the near future.

Pinyon and Juniper (**PJ**) removal will likely remain a contentious issue within the Working Group. Avoidance of trees has been well documented in sage-grouse, but the level at which PJ encroachment may be adversely affecting the local GuSG population is debatable. Given the low population numbers at the present time, a lack of available habitat is not considered a limiting factor for now. However, if populations are to recover and expand, the removal of PJ in select areas may be necessary. Future PJ removal projects will be carefully

A-3

BLM_0063305

evaluated in light of anticipated GuSG benefits, natural fluctuations in tree establishment, and the potential for further spread of noxious weeds.

Methods to restore sagebrush in those areas that have undergone type conversion (abandoned fields, plow & seed areas) will also continue to be tested and evaluated. Aerial seeding and direct transplanting of sagebrush are the most promising techniques at this time, and small scale attempts to reestablish sagebrush stands in converted areas will continue.

High Elevation Habitats

Habitat-related problems in the higher elevation GuSG habitats are not as clearly defined as those in areas such as Dry Creek Basin. Due to higher precipitation levels, these areas were not as heavily impacted by historic grazing practices, and on the surface seem to be functioning properly. Erosion is not widespread and the understory (in general) is fairly diverse with adequate ground cover. Localized problems do exist and habitat improvement projects will be implemented in these areas to address perceived deficiencies.

The Miramonte area does seem to be exhibiting juniper invasion in localized areas. Pinyon trees are unable to establish in the sagebrush flats at this elevation; however, Rocky Mountain juniper can be found widely scattered across much of this area. The effect this may have on GuSG distribution across Greager Flats is unknown. Radio-collar locations do seem to indicate a degree of avoidance to areas that are more heavily treed. Based on this, juniper removal will be a priority for the Miramonte area.

The DOW has also expressed a desire to more thoroughly map sagebrush distribution and heights around Miramonte Reservoir. Black sagebrush dominates the area, and this species often matures at a height of less than 12-14 inches. This is insufficient to provide nesting cover, and it makes poor hiding and/or escape cover. Investigations will be conducted to determine if mountain sagebrush can be established in some areas to provide better nesting habitat. The establishment of taller grass species such as needle & thread or basin wildrye will also be evaluated as a possible method for increasing hiding and escape cover in areas where the height of sagebrush is low.

Habitat improvement projects in the other high elevation areas will depend largely on the cooperation of private landowners who control nearly all of this habitat. The Working Group will continue to explore opportunities to partner with private landowners to improve habitat in these areas.

A-4

### Appendix C:  Issue Descriptions

During the initial planning process (1998 Plan), the following issues were brought forth by people involved in the sage-grouse Working Group. During the group meetings, individuals were able to explain why they felt the Gunnison sage-grouse population, as a whole, was declining. The major reason for the decline in habitat quality and quantity was believed to be due to the lack of management to improve herbaceous diversity. All reasons were to be treated equally and no limitations were placed on what could be an issue. Thus, a long and varied list of possible reasons for the Gunnison sage-grouse decline was developed. The issues are listed in no particular order. The issues listed may not include all those discussed and some issues may be not resolved or are out of the scope of the plan.

In the 2009 Plan revision of this appendix, the planning group primarily updated the issues of current concern that weren't addressed in other parts of the plan (e.g., Land Use & Human Caused Disturbances); therefore, the information here shouldn't be seen as exhaustive. As mentioned in the land use section, local biologists should be consulted and current scientific research should be reviewed when projects are in the planning stages.

More information on these issues can also be found in the Gunnison Sage-grouse Rangewide Conservation Plan (2005).

**<u>Issues That Effect Sage-grouse Populations and Their Habitat:</u>**

**1) Vegetative Habitat**

   **a) Poor habitat quality and quantity**

The major factors that drive sage-grouse populations are quality and extent of habitat. No other bird is so habitat specific to one particular plant type (sagebrush) in meeting its annual life requirements. Size of habitat is important because sage-grouse move seasonally between suitable habitat types. Sage-grouse are unable to adjust their life processes to fit a pattern of land use that eliminates or adversely disturbs large tracts of sagebrush.

   **b) Lack of grasses and forbs**

The quality and quantity of residual herbaceous cover have important roles in sage-grouse production and survival. Residual herbaceous vegetation (grasses and forbs) in sagebrush areas, which provide adequate cover—both horizontal and vertical—is necessary to hide nests and nesting hens, and broods, as well as provide habitat for insects upon which chicks depend. The number and distribution of high quality nesting and early brood-rearing areas appear to be a limiting factor for sage-grouse in the San Miguel Basin.

   **c) Condition of winter habitat**

Winter habitat is critical to Gunnison sage-grouse, because without sufficient areas of exposed sagebrush they cannot survive the winter to reproduce in spring. Although sage-grouse are

BLM_0063307

widely distributed in winter, suitable winter feeding sites do not constitute a large proportion of the available land area. Despite improvements made to other habitat types, sage-grouse will not survive unless their wintering areas are protected from fragmentation or factors that destroy or degrade them.

## 2) Land Treatments

Land treatments include such projects as: plowing and seeding, prescribed burning, herbicide, and chaining/cabling. The effects of land treatments on sage-grouse populations can be either positive or negative, depending upon location, method, objective of the treatment, and follow-up management. Some historic land treatments conducted in the San Miguel Basin have not benefited sage-grouse. Effects of poorly designed treatments on sage-grouse include reduction of brood carrying capacity of an area, loss of escape cover around leks making birds more vulnerable to predators, elimination of nesting habitat, and loss of winter habitat.

### a) Effects of land treatments on winter habitat

Some land treatments which attempt to remove sagebrush to increase livestock and/or big game forage in sage-grouse wintering areas, can have a detrimental impact on sage-grouse. As snow begins to accumulate, sage-grouse winter use areas become limited and are restricted to areas that support dense sagebrush stands such as south facing slopes. Removal of sagebrush at those sites would force sage-grouse to use other terrain where sagebrush forage could be buried by snow. This would reduce survival due to greater exposure to winter weather, predators and starvation. As a result, treatment of sagebrush in critical areas has a disproportionate detrimental effect on winter habitat availability.

### b) Poor management of land treatments

A major problem resulting from historic land treatments in the San Miguel Basin involve alteration of plant community structure in each of the sage-grouse use types. The increases in alterations combined with a lack of subsequent management needed to maintain the health of plants, resulted in treated areas often being overgrazed and reinvaded with sagebrush with little herbaceous understory, especially forbs and native grasses.

### c) Fire suppression (contains information added in 2009)

Wildfires are natural with effects that vary depending upon size of burned areas and the intensity and severity of the fire. In the past, natural fires were not a problem because they burned relatively small areas and the burned areas did not have large numbers of confined grazing animals using them afterwards. For the past several decades, public land management agency policy was to suppress all natural fires.

In the past, controlling and preventing fires were thought to have contributed to degradation of sagebrush, but new research shows that natural fire regimes have not been substantially altered by fire control (Baker 2006). The largest effect on sagebrush fire regimes has been the adverse effect of increased fire from invasion and expansion of cheatgrass (Baker, in press). The risk of

BLM_0063308

increased fire from cheatgrass expansion is a significant concern in the Basin, particularly at lower elevations in Wyoming big sagebrush, where large areas that were treated in the past to control sagebrush have become dominated by cheatgrass.

## 3) Land Planning/Mitigation

### a) Fragmentation

Habitat fragmentation occurs when areas of suitable habitat are fragmented and divided into smaller areas due to such processes as physical destruction or degradation. Any patch of habitat isolated from similar habitat or by different habitats and/or unsuitable terrain may be considered fragmented. As habitat becomes increasingly fragmented, fewer individual birds exist. Sage-grouse are especially sensitive to fragmentation because of their fidelity to lek, nest, winter, and brood-rearing sites. Even when their habitat is absent or degraded, they will continue to attempt to use these areas and will subsequently be exposed to higher mortality risks further reducing their population size.

### b) Changes in land uses

Sage-grouse require habitats dominated by sagebrush from October through April. During May through September they prefer habitats with abundant forbs (food) and grasses (cover plus habitat for insects used as food) with some live sagebrush or adjacent to live sagebrush which is used as escape cover. Removal of sagebrush cover to benefit livestock grazing and development of hay production areas have changed land uses (in some cases positively or negatively) in the San Miguel Basin. Changes from undisturbed sagebrush parks to housing or commercial development also negatively affects sage-grouse.

## 4) Other Anthropogenic Disturbances

### a) Pipelines

Development of pipelines is becoming more common in sage-grouse habitats. Pipeline development (construction) can be negative if not properly managed to avoid adverse effects to breeding (March-mid May), nesting (mid April-early July), and early brood rearing (mid May-mid July). However, reseeding of areas disturbed by pipelines with desirable forbs and taller grasses can be beneficial to sage-grouse, especially if the width of the area disturbed is minimal (<100 yards) and roads/trails used during construction are closed and reseeded after completion of the pipeline construction interval.

### b) Roads

Roads can be classified as primary, secondary, and as trails. Primary roads are those that are classified as state and federal highways. These roads are generally high speed and are paved. Secondary roads generally have county designations although some BLM and USFS roads can fit in this category. Some of these roads may be paved but most are generally gravel or dirt. These roads have moderate to low speed ratings. Trails generally are un-surfaced, lack formal

BLM_0063309

designation, and have low speed ratings. Sage-grouse prefer to walk to reach useable habitats throughout the year except when snow cover increases their conspicuousness. Sage-grouse that walk across primary and secondary roads are at great risk of death from moving vehicles. The end result of all primary roads and many secondary roads is reduction in the size of the sage-grouse population as those birds adjacent to the road are killed by road traffic. Because young sage-grouse learn from older sage-grouse, populations that traditionally used areas prior to road establishment or improvement become smaller over time as the older (and young) birds become fewer in number due to road disturbance (and death). Thus, traditional movements are often eliminated. Trails have less impact, depending upon vehicle speed.

### c) Fence designs

Fences are necessary for livestock management. However, wood fence posts can provide perches for predators of sage-grouse. Also, sage-grouse have been observed flying into fence wires, especially near preferred use areas such as leks. Fence management that reduces potential perch sites (e.g., uses metal posts), incorporates reflectors or other visual markers (Wolfe et al., 2009), and/or allows larger spacing between wires (2 or 3 vs. 4 or 5) could be less detrimental to sage-grouse.

## 5) Loss of Topsoil & Productivity

Soil is the primary factor determining the potential for vegetation production of a given site. With reduction of the herbaceous understory cover in sagebrush ecosystems, soils have become more vulnerable to wind and water erosion. Accelerated soil erosion has altered soil characteristics and quality by decreasing soil fertility due to loss of plant cover, reduction of organic matter, biological soil crust and moisture retention, and increased soil compaction. The loss of topsoil reduces the vegetation production on many sites throughout the San Miguel Basin impacting critical nesting and brooding areas through reduced herbaceous plant production.

## 6) Poor Nest and Brood Survival

Poor nest and brood survival has been attributed to the lack of herbaceous understory within the sagebrush community. This lack of herbaceous cover in sagebrush stands also negatively affects the survival of young sage-grouse and nests. Since grouse initiate nesting prior to spring herbaceous vegetation growth, it is important that sufficient herbaceous residue remains from the previous year. Such residual cover is lacking in several areas in the San Miguel Basin.

## 7) Timing, Intensity, and Duration of Livestock/Big Game Grazing (contains information added in 2009)

Livestock grazing, timing, and intensity can affect sage-grouse nesting and brood rearing success. Livestock/big game grazing during the early spring and summer competes directly with sage-grouse for food and cover. Historic livestock and big game use patterns and season of use have contributed to the present conditions. Currently, livestock use on public and private ranges corresponds to seasonal limitations of the ranges, such as:  forage and water availability and snow depth.

A-8

The historic intensity of use combined with existing timing and duration has had a negative impact on the quality and quantity of nesting and brood rearing habitats across much of the Basin, based on BLM condition and trend data and rangeland health assessments.

Topography and water availability also have key roles in the distribution of grazing and resulting levels of use.

The distribution and over browsing by deer and elk on big game winter ranges has had significant effects on important forage shrubs and associated plant communities. The large deer herds and resultant over-browsing between 1940 and the mid 1970's is well documented. Over-browsing of forage shrubs on the winter range by elk has generally occurred only during winters of heavy snowfall. In some areas, shrubs are currently much smaller in canopy and height than what is desired and sustainable.

The impact to sage-grouse includes not only a reduction in areas that have nesting cover but also reduction in areas with herbaceous species that provide food and cover for broods. In terms of grazing, big game species are not as easily controlled as livestock.

## 8) Drought

Sage-grouse production is indirectly affected by drought. While sage-grouse are not limited by free standing water in most cases, they are limited by the vegetative growth and insects lost during drought conditions. In the San Miguel Basin, both nesting success of females and brood survival decline severely during years with low soil moisture as calculated by the Palmer Drought Index. This effect is probably compounded if land management practices remain unchanged during years with low soil moisture. However, drought does not appear to impact lek attendance of males.

## 9) Predators (coyotes, ground squirrels, badgers, eagles, hawks, crows, and ravens)

Losses of sage-grouse nests and young to predation are often high and can, in some locations, be the most significant factor in determining annual recruitment to the population. There is also a concern over coyote populations, and the effects they may have on sage-grouse population. Eagles and hawks can be effective predators on sage-grouse and some feel that eagle predation is increasing. The quality and quantity of grasses and forbs and other vegetation cover may influence the effects of predation. Predation is reduced when there is sufficient herbaceous vegetation to conceal nests.

## 10) Potential Harassment from Research and Management Projects

Research and management (including transplants) of sage-grouse frequently require the capture, handling and marking (e.g., bands or radio transmitters) of individual sage-grouse. Some have expressed concern that these methods may harm or disturb sage-grouse. While we acknowledge these concerns, we recommend that all projects should be evaluated for the safety and ethics of methods used in these projects. We acknowledge and support the DOW policy that all research

BLM_0063311

projects conducted on sage-grouse are peer-reviewed and evaluated by the DOW Animal Care and Use Committee. We support the DOW Trapping and Handling Protocol that gives guidelines to minimize injuries or mortalities from handling sage-grouse (see Appendix H). We support the DOW policy that any research conducted by other agencies (federal or academic) must demonstrate that their project has been approved by an Animal Care and Use Committee before the DOW will grant them a Scientific Collecting license.

We acknowledge that there have been no trapping mortalities in recent DOW research projects despite having captured and handled over 200 Gunnison sage-grouse over the last 6 years (2004-2009) in the Gunnison Basin and San Miguel populations. This is a result of careful evaluation and use of the most recent technological advances in radio telemetry (i.e., lighter transmitters and less invasive attachment designs) and the use of appropriate trapping techniques (i.e., the use of spotlighting instead of netguns or cannon nets) that minimizes any potential harm or disturbance to sage-grouse. We understand these efforts were made in order to minimize any bias from potentially harmful effects of trapping and handling in these studies. We recommend this approach be applied to all future research and management projects.

Some people have expressed concern that potential harm to sage-grouse may be magnified in a small population such as San Miguel Basin. Therefore we recommend that researchers must take population size into consideration when determining the appropriate sample size for a research project. We acknowledge and support the DOW policy that the proposed sample size of any research is closely scrutinized by the DOW Animal Care and Use Committee to determine if it is appropriate for the stated objective of the study and for the welfare of the animals and the population being studied. We believe this should minimize any potential negative effects on the persistence of San Miguel population.

We acknowledge that research and management projects may involve potential harm to sage-grouse. However, we agree with the Steering Committee of the Rangewide Conservation Plan that "...information gained from scientific studies is indispensable for improving our understanding of the behavior and population dynamics of GUSG. This knowledge is critical to developing reasonable and defendable conservation and management actions and plans. An effective management program will require research studies that incorporate an adaptive management approach that uses acquired scientific information in the implementation of revised research and management plans."

## 11) Conflicting Uses during Critical Biological Activity Periods

The critical biological activity periods for sage-grouse are during winter, breeding, nesting, and early brood rearing (December-mid July). Conflicting uses during this period are those that physically prevent sage-grouse from using preferred habitats. These uses range from human disturbance (including pets, oil and gas drilling activities), motorized vehicles, to herding of livestock and heavy grazing/browsing by deer and elk and by domestic livestock.

## 12) Recognition of Private Landowners Rights

Private landowners are integral to the private/public effort to manage habitats to maintain and

A-10

enhance the Gunnison sage-grouse population that occurs in the San Miguel Basin. Private lands are frequently those that had better water, better herbaceous vegetation and generally, were most productive, thus, making private lands important for sage-grouse. Most private landowners encourage wildlife and mitigate possible impact of their management actions as long as wildlife does not have negative impacts to their operations. While in Colorado (and the United States), wildlife remains the property of the state, wildlife exists on private lands largely because of the desires of individual landowners. It is recognized that private landowners are important as to the kind and number of wildlife on their private lands.

### 13) Monitoring

Monitoring of sage-grouse populations through use of counts of males on leks has been used to estimate trends in population size. This effort requires vehicle access via roads and trails during the late March-mid May interval. Properly conducted, spring counts are not known to affect sage-grouse. Research on sage-grouse is periodically needed to learn more about specific requirements and responses to habitat treatments. The need for monitoring and periodic research will continue. Monitoring of vegetation in relation to grazing by domestic livestock and big game, especially in response to vegetation treatments, will continue on public lands.

### 14) Reservoirs

Construction of Miramonte Reservoir is known to have inundated the Greager Flats #1 lek and reduced total sage-grouse habitat. However, construction of this reservoir created sage-grouse brood habitat on the south edge of the reservoir area. Reservoirs that flood > 100 acres have been documented to have negative effects on sage-grouse. Construction of smaller ponds, reservoirs, and irrigation ditches may benefit sage-grouse through creation of wet meadow sites and provision of open water, especially in Dry Creek Basin.

### 15) Mining & Exploration

The plan recognizes there are active mining operations included in the overall boundary of the potential sage-grouse habitat. Mining has the potential to physically disturb sage-grouse habitat and populations. Surface alterations by new mines should consider potential sage-grouse use of the area involved through road and power line locations, possible noise, timing of activities, and road speeds to mitigate possible adverse impacts to Gunnison sage-grouse.

### 16) Invasive Plant Species/Cheatgrass (Added in 2009)

The aggressive non-native annual grass, cheatgrass (*Bromus tectorum*) has the potential to increase wildfire (Baker, in press) and can out-compete and cause the mortality of native grasses and forbs by depleting spring moisture. Cheatgrass is adapted to and favored by natural disturbance (e.g., wildlife) and by disturbances caused by human activities (e.g., roads, clearings, mechanical treatments, overgrazing).

Cheatgrass has become particularly common in the Basin in areas treated mechanically or with chemicals to control sagebrush or pinyon-juniper, but has also become common in overgrazed

BLM_0063313

areas, near roads, and on (or near) other surface disturbances. Cheatgrass appears to be expanding to higher elevations and may eventually become common throughout the range of the Gunnison sage-grouse unless concerted control efforts are focused on it. The threat of increased wildfire and declines in the diversity and cover of native grasses and forbs that are important to grouse make the cheatgrass threat one of the primary habitat concerns in the San Miguel Basin.

**17) Recreation** (Added in 2009)

Recreational uses, such as bicycling and off highway vehicle use, are becoming more common in some parts of sage-grouse habitat. Impacts can include direct mortality (e.g., running over a nest with eggs), stress to the birds, and degradation of habitat. If impacts to the grouse become too severe, seasonal closures of roads and trails may need to be investigated.

**18) Wind Turbines** (Added in 2009)

As this plan was being finalized, The Wyoming Fish & Game Department came out with draft "Recommendations for Wind Energy Development in Crucial and Important Wildlife Habitat." In this report, they recommend no wind development in grouse core areas. If any wind energy development is planned in the San Miguel Basin, local biologists should be consulted and the latest science should be reviewed to avoid harmful impacts to GuSG.

BLM_0063314

## Appendix D:  Summary of Wyoming Fish and Game Report

What follows are some of the key concepts and strategies from "Using the best available science to coordinate conservation actions that benefit greater sage-grouse across states affected by oil & gas development in management zones I-II (Colorado, Montana, North Dakota, South Dakota, Utah and Wyoming)":

- Research indicates that oil or gas development exceeding approximately 1 well pad per square mile with the associated infrastructure, results in calculable impacts on breeding populations, as measured by the number of male sage-grouse attending leks (Holloran 2005, Naugle et al. 2006). Because breeding, summer, and winter habitats are essential to populations, developments within these areas should be avoided. If development cannot be avoided within core areas, infrastructure should be minimized and the area should be managed in a manner that effectively conserves sagebrush habitats within that area.

No Surface Occupancy

- At the scale that NSOs (No Surface Occupancy) are established, they alone will not conserve sage-grouse populations without being used in combination with core areas.

NSO: Breeding Habitat - Leks

- Research in Montana and Wyoming in coal-bed methane natural gas and deep-field wells suggests that impacts to leks from energy development are discernable out to a minimum of 4 miles, and that some leks within this radius have been extirpated as a direct result of energy development (Halloran 2005, Walker et al 2007).
- While increased NSO buffers alone are unlikely to conserve sage-grouse populations, results from Walker et al. 2007 suggest they will increase the likelihood of successful restoration following energy development.
- Additional information provided in Walker et al. (2007) allows managers and policy makers to estimate trade-offs associated with allowing development within a range of different distance from leks.

NSO: Breeding Habitat – Nesting and Early Brood-rearing

- Yearling female greater sage-grouse avoid nesting in areas within 0.6 miles of producing well pads (Holloran et al. 2007), and brood-rearing females avoid areas within 0.6 miles of producing wells…A 4-mile buffer is needed to encompass 74-80% (Moynahan 2004, Holloran and Anderson 2005, Colorado Greater Sage-Grouse Conservation Plan Steering Committee 2008). These suggest that all areas within at least 4-miles of a lek should be considered nesting and brood-rearing habitats in the absence of mapping."

NSO – Winter Habitat

- "Doherty et al. (2008) demonstrated that sage-grouse avoided otherwise suitable wintering habitats once they have been developed for energy production, even after timing and lek buffer stipulations have been applied (Doherty et al. 2008). For this reason, increased levels of protection may need to be considered in crucial winter habitats.

Timing Stipulations

- As with NSOs, at the scale that timing stipulations are established, they alone will not conserve sage-grouse populations without being used in combination with core areas.

Timing Stipulations: Breeding Habitat – Leks

- Traffic during the strutting period when males are on a lek results in declines in male attendance when road-related disturbance is within 0.8 miles (Holloran 2005).

A-13

- Females breeding on leks within 1.9 miles of natural gas development had lower nest initiation rates and nested farther from the lek compared to non-impacted individuals (Lyon and Anderson 2003), suggesting disturbance to leks influence females as well.

Timing Stipulations: Breeding Habitat – Nesting and Early Brood-rearing

- Timing stipulations to protect nesting hens and their habitat should be in place from March through June in mapped breeding habitat or (when nesting habitat has not been mapped) within 4 miles of active lek sites (Moynahan 2004, Holloran et al. 2005, Colorado Greater Sage-Grouse Conservation Plan Steering Committee 2008).

Timing Stipulations: Winter Habitat

- Research suggests that no surface occupancy should also be applied to important wintering habitats (Doherty et al. 2008), but if development occurs, impacts would be reduced if development activities were avoided between December 1 and March 15.

Well-pad Densities

- Leks tend to remain active when well-pad densities within 1.9 miles of leks are less than 1 pad per square mile (Holloran 2005) but leks tend to go inactive at higher pad densities (Holloran 2005, Naugle et al. 2006).

Restoration

- A field should not be considered restored until sagebrush-grassland habitats have been reestablished.

BLM_0063316

**Appendix E: List of Participants 2009 Plan**

Ivan Archer, Colorado Division of Wildlife
Dr. William Baker, University of Wyoming
Brad Banulis, Colorado Division of Wildlife
Tony Bonacquista, Colorado Division of Wildlife
Jim Boyd, Natural Resource Conservation Service
Steve Boyle, BIO-Logic, Inc.
Zandon Bray, Rancher
Kevin Broderick, San Miguel Power
Mark Caddy, Colorado Division of Wildlife
DuWayne Carlson, Landowner
Rick Costanza, EnCana Oil and Gas
Renzo Delpiccolo, Colorado Division of Wildlife
Jim Garner, Colorado Division of Wildlife
Leigh Gillette, Colorado Division of Wildlife
Craig Grother, U.S. Forest Service
Sheila Grother, San Miguel County
Brian Hoefling, U.S. Forest Service
Terry Ireland, U.S. Fish and Wildlife Service
Ashley Jackson, Natural Resource Conservation Service
Diana Leiker, Tri-State Generation and Transmission
Glen Livengood, San Miguel Power
Linda Luther-Broderick, San Miguel County
Joan May, San Miguel County
Peter Mueller, The Nature Conservancy
Lori A. Nielsen, EDM International, Inc.
Dr. Deborah Paulson, University of Wyoming
Al Pfister, U.S. Fish and Wildlife Service
Mike Phillips, Colorado Division of Wildlife
Greg Pierce, San Miguel Power
Kathy Nickell, Bureau of Land Management/U.S. Forest Service
Dan Reinkensmeyer, U.S. Fish and Wildlife Service
Leigh Robertson, San Miguel Basin Gunnison Sage-grouse Working Group
Dave Schneck, San Miguel County
Charlie Sharp, Bureau of Land Management
Missy Siders, Bureau of Land Management
George Steele, Black Canyon Audubon Society
Dean Stindt, Bureau of Land Management

**List of Participants: 1998 Plan:**

Josh Sale, San Miguel County Open Space Commission
Terry Ireland, U.S. Fish & Wildlife Service
Clyde Johnson, Bureau of Land Management
Vern Ebert, San Miguel County Open Space Commission

A-15

BLM_0063317

M. J. Cadgene, Private landowner
Lyle Bennett, Colorado Division of Wildlife
Craig Grother, U.S. Forest Service
Dave Kauffman, Bureau of Land Management
Clait Braun, Colorado Division of Wildlife
Dean Stindt, Natural Resource Conservation Service
Hilary Donoghue-Countess, Bureau of Land Management
Charlie Hughes, Private landowner
George Harvey, Realtor and Private landowner
Tom Antonelli, Colorado Division of Wildlife
Ron Arant, Colorado Division of Wildlife
Ron Huntly, Bureau of Land Management
Jim Ferguson, Bureau of Land Management
Raymond Snyder, Private landowner
Mike McLain, Colorado Division of Wildlife
Jim Young, Private landowner
Art Goodtimes, San Miguel County Commissioner
Dave Schneck, San Miguel Environmental Health
Jon Showalter, Cotter Corporation
Bill Barrett, Private Landowner
Gary Thrash, BLM
Robert Bray, Rancher
Rudy Davison, Investor
April Montgomery, San Miguel County
Lyman Campbell, Rancher
Ivan McKinney, Rancher
Hugh Proffitt, Trans Colorado Pipeline

BLM_0063318

# Appendix F:  References and Additional Reading Material

Apa, A.D. 2004. Habitat use, movements, and survival of Gunnison sage-grouse in southwestern Colorado. Unpublished report to the Colorado Division of Wildlife, Colorado, USA.

Atamian, M., J. Sedinger and C. Frey. 2007. Dynamics of Greater Sage-grouse (*Centrocercus urophasianus*) Populations in Response to Transmission Lines in Central Nevada, Progress Report: Year 5, Department of Natural Resources and Environmental Sciences, University of Nevada – Reno.

Atamain, M. and J. Sedinger, 2005. Eastern Nevada Range Research Field Days, Dynamics of Sage Grouse (*Centrocercus urophasianus*) Populations in Response to Transmission Lines in Central Nevada.

Avian Power Line Interaction Committee (APLIC). 2006. Suggested Practices for Avian Protection on Power Lines: The State of the Art in 2006. Edison Electric Institute, APLIC, and the California Energy Commission. Washington, D.C. and Sacramento, CA.

Baker, W.L. In Press. Pre-Euroamerican and Recent Fire in Sagebrush Ecosystems. *in* Marti, Carl, D., Ed., Studies in Avian Biology, Cooper Ornithological Society and USGS, Boise, ID, USA.

Baker, W.L. 2009. Fire Ecology in Rocky Mountain Landscapes. Island Press, Washington, D.C.

Baker, W.L. Fire and Restoration of Sagebrush Ecosystems. 2006. Wildlife Society Bulletin 34(1):177-185.

Bevanger, K. and H. Brøseth. 2001. Bird collisions with power lines — an experiment with ptarmigan (*Lagopus* spp.) Biological Conservation, 99(3):341-346.

Blomberg, E. and J. Sedinger. 2008. Dynamics of Greater Sage-grouse (*Centrocercus urophasianus*) Populations in Response to Transmission Lines in Central Nevada, Progress Report: Year 6, Department of Natural Resources and Environmental Sciences, University of Nevada – Reno.

Borell, A.E., 1939. Telephone wires fatal to sage grouse. Condor. 41(2): 85-86.

Braun, C.E., 1998. Sage Grouse Declines in Western North America. What are the Problems? Proc Western Assoc. State Fish and Wildl. Agencies 78:139-156.

Braun, C.E. 1995. Distribution and status of sage-grouse in Colorado. Prairie Nat. 27:1-9.

Braun, C.E., T. Britt, and R. O. Wallestad. 1977. Guidelines for maintenance of sage-grouse habitat. Wildl. Soc. Bul. 5:99-106.

Colorado Greater Sage-Grouse Conservation Plan Steering Committee. 2008. The Colorado Greater Sage-Grouse Conservation Plan. Colorado Division of Wildlife. Denver, CO.

BLM_0063319

Commons, M.L. 1997. Movement and habitat use by Gunnison sage-grouse (*Centrocercus minimus*) in southwestern Colorado. M.S. Thesis, Univ. Manitoba, Winnipog. 108 pp.

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver. 2004. Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats. Western Association of Fish and Wildlife Agencies. Unpublished Report. Cheyenne, Wyoming.

Connelly, J.W., M.A. Schroeder, A.R. Sands, and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28(4): 967–985.

Dahlke, J. and M. Holloran. 2006. Annotated Bibliography of Literature Pertaining to Reactions of Sage-grouse, Prairie-chickens, and Sharp-tailed Grouse to Anthropogenic Disturbances. Prepared for North American Grouse Partnership, Inc.

Doherty, K.E., D.E. Naugle, B.L. Walker and J.M. Graham. 2008. Greater sage-grouse winter habitat selection and energy development. J. Wildl. Manage. 72(1):187-195.

Dunn, P.O., and C.E. Braun. 1986. Late summer-spring movements of juvenile sage-grouse. Wilson Bull. 98:83-92.

Ellis, K.L.1985.  Effects of a New Transmission Line on Distribution and Aerial Predation of Breeding Male Sage Grouse. Final Report for Deseret Generation and Transmission Cooperative. Sandy, UT.

Franklin, I.R. 1980. Evolutionary changes in small populations. Pages 135-140 in M.E. Soule and B.A. Wilcox, editors. Conservation Biology: an evolutionary-ecological   perspective. Sinauer Associates, Sunderland, Mass.

Grilz, P.L. and J.T. Romo.  1994.  Water relations and growth of *Bromus intermis Leyss* (Smooth Brome) following spring or autumn burning in a fescue prairie. Am. Mid. Nat. 132:340-348.

Gunnison sage-grouse Rangewide Steering Committee. 2005. Gunnison sage-grouse Rangewide Conservation Plan. Colorado Division of Wildlife, Denver, Colorado, USA.

Hagen, C.A. In Press. Predation on Greater Sage-grouse: Facts, Process, and Effects *in* Marti, Carl, D., Ed., Studies in Avian Biology, Cooper Ornithological Society and USGS, Boise, ID, USA.

Halloran, M.J. 2005. Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming. Dissertation. University of Wyoming, Laramie, USA.

Halloran, M.J. and S.H. Anderson. 2005. Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats. Condor 107:742-752.

HawkWatch International, Inc. 2008. FINAL REPORT: Effectiveness of Raptor Perch Deterrents on an Electrical Transmission Line in Southwestern Wyoming. Salt Lake City, Utah.

BLM_0063320

Hupp, J.W. 1987. Sage grouse resource exploitation and endogenous reserves in Colorado. Dissertation, Colorado State University, Fort Collins, Colorado, USA.

Hupp, J.W., and C.E. Braun. 1991. Geographic variation among sage-grouse in Colorado. Wilson Bull. 103:255-261.

Hupp, J.W., and C.E. Braun. 1989. Topographic distribution of sage-grouse foraging in winter. J. Wildl. Manage. 53:823-829.

Lammers, W.M. and M.W. Collopy. 2007. Effectiveness of Avian Predator Perch Deterrents on Electric Transmission Lines. Journal of Wildlife Management 71(8):2752–2758.

Leu, M., S.E. Hanser and S.T. Knick. 2008. The Human Footprint in the West: A Large-Scale Analysis of Anthropogenic Impacts. Ecol. Appl. 18(5):1119-1139.

Ligon, J.S. 1951. Prairie chickens, highways, and powerlines. New Mexico Magazine 29/5:29.

Moynahan, B.J. 2004. Landscape-scale factors affecting population dynamics of greater sage-grouse (*Centrocercus urophasianus*) in northcentral Montana, 2001-2004. Dissertation. The University of Montana. Missoula, USA.

Oyler-McCance, S.J., N.W. Kahn, K.P. Burnham, C.E. Braun and T.W. Quinn. 1999. A population genetic comparison of large-and small-bodied sage grouse in Colorado using microsatellite and mitochondrial DNA markers. Molec. Ecol. 8:1457-1465.

Quinn, T.W., N.W. Kahn, J.R. Young, N.G. Benedict, S. Wood, D. Mata, and C.E. Braun. 1997. Probing the evolutionary history of sage grouse *Centrocercus urophasianus* populations using mitochondrial DNA sequence. Wildl. Biol. 3:291.

Robel, R.J., J.A. Harrington, C.A. Hagen, J.C. Pitman, and R.R. Reker. 2004. Effect of energy development and human activity on the use of sand sagebrush habitat by Lesser Prairie-Chickens in southwest Kansas. Transactions of the North American Wildlife and Natural Resources Conference 68th Edition.

Rogers, G.E. 1964. Sage grouse investigations in Colorado. Colorado Game, Fish, and Parks Department Technical Publication 16, Denver, Colorado, USA.

Soule, M.E. 1980. Thresholds for survival: maintaining fitness and evolutionary potential. Pages 151-170 in M.E. Soule and B.A. Wilcox, editors. Conservation Biology: an evolutionary-ecological perspective. Sinauer Associates, Sunderland, Mass.

Stahlecker, D.W. 1978. Effect of a New Transmission Line on Wintering Prairie Raptors. Condor 80:444-446.

Stiver, J.R., A.D. Apa, T.E. Remington and R.M. Gibson. 2008. Polygyny and female breeding failure reduce effective population size in the lekking Gunnison sage-grouse. Biol. Conserv. 141:472-481.

BLM_0063321

Swenson, S.G. 2003. Summer ecology of Gunnison sage-grouse (*Centrocercus minimus*) in San Juan County, Utah. Thesis, Utah State University, Logan, Utah, USA.

Walker, B.L., D.E. Naugle, and K.E. Doherty. 2007. Greater sage-grouse population response to energy development and habitat loss. J. Wildl. Manage. 71:2644-2654.

Williams, R.D., and Colson, E.W. 1989. Raptor associations with linear rights-of-way, in Proc. W. Raptor Mgmt. Symp., Sci. & Tech. Series (B. G. Pendleton, ed.), no. 12, pp. 173-192. Natl. Wildlife Fed., Washington D.C.

Wilson, G.D. and J. Stubbendieck. 1997. Fire effects on four growth stages of smooth brome (*Bromus inermis Leyss*). Nat. Areas J. 17:306-312.

Wisdom, M.J., C.W. Meinke, S.T. Knick and M.A. Schroeder. In Press. Factors Associated with Extirpation of Sage-grouse. *in* Marti, C.D., Ed., Studies in Avian Biology, Cooper Ornithological Society and USGS, Boise, ID, USA.

Wolfe, D.H., M.A. Patten and S.K. Sherrod. 2009. Reducing Grouse Collision Mortality by Marking Fences (Oklahoma). Ecol. Restor. 27(2): 141-143.

Wyoming Game and Fish Department. 2003. Wyoming Greater Sage Grouse Conservation Plan. Wyoming Game and Fish Department, Cheyenne WY. 98pp.

Wyoming Game and Fish Department. 2009. Draft Recommendations for Wind Energy Development in Crucial and Important Wildlife Habitat.

Young, J.R. 1994. The influence of sexual selection of phenotypic and genetic divergence among sage-grouse populations. Ph.D. diss., Purdue Univ., West LaFayette, Indiana   123pp.

Young, J.R., C.E. Braun , S.J. Oyler-McCance, J.W. Hupp, and T.W. Quinn. 2000. A new species of sage-grouse (Phasianidae: *Centrocercus*) from southwestern Colorado. Wilson Bull. 112:445-453.

Young, J.R., J.W. Hupp, J.W. Bradbury, and C.E. Braun. 1994. Phenotypic divergence of secondary sexual traits among sage-grouse, *Centrocercus urophasianus*, populations. Anim. Behav. 47:1353-1362.

BLM_0063322

**Appendix G:  Determination of Endangered and Threatened Species**

From:

**ENDANGERED SPECIES ACT OF 1973**
As Amended through the
**108th Congress**

SEC. 4. (a) GENERAL.—

(1) The Secretary shall by regulation promulgated in accordance with subsection (b) determine whether any species is an endangered species or a threatened species because of any of the following factors:

(A) the present or threatened destruction, modification, or curtailment of its habitat or range;

(B) overutilization for commercial, recreational, scientific, or educational purposes;

(C) disease or predation;

(D) the inadequacy of existing regulatory mechanisms; or

(E) other natural or manmade factors affecting its continued existence.

BLM_0063323

### Appendix H:  DOW Sage-grouse Trapping and Handling Protocol

**CAPTURE**

Sage-grouse have been captured in Colorado with a variety of techniques including spotlighting and long-handled nets, drive traps, and stationary and vehicle-mounted cannon nets (Giesen et al. 1982).  Giesen reviewed the effectiveness of these methods and concluded that spotlighting was the most efficient (birds/hour) and resulted in injury/mortality rates below 1%.  Capture rates using spotlight trapping methods during spring (on leks) are biased towards adult males since hens and yearlings are far less likely to roost on leks.  This method results in unbiased capture rates relative to sex and age classes during summer and winter.  Use of drive traps in Moffat County during summer resulted in mortality rates of 1.4% (5 of 347 birds captured), and minor injuries such as abrasions on the head and carpal joint were common.  This method was not effective in North Park, and is effective only in areas where hens and broods concentrate.  Under these conditions vehicle-mounted cannon nets were also effective.  This capture method resulted in 5 of 221 (2.3%) grouse suffering broken wings.  Both drive traps and vehicle-mounted cannon nets were highly selective towards juveniles.

Young (1994) pioneered the use of walk-in traps to capture sage-grouse on leks.  She modified the traps and techniques described by Schroeder and Braun (1991) for trapping Greater Prairie Chickens on leks in eastern Colorado.  This capture method resulted in minor injuries to approximately 10% of the prairie chickens captured.  These injuries consisted of small cuts on the forehead directly above the maxilla, the wing near the base of the alula, and the back of the head and neck.  The former injury was common when birds were in traps for long periods of time; they constantly probed their heads through the sides of traps.  The latter two injuries were common when males were captured simultaneously in the same trap; head injuries were caused by pecking by the other bird and wing injuries by attempts to escape.  Frequency of all injuries was reduced by rapid removal of birds from traps and improvements in trap design (elimination of exposed metal points).  Use of walk-in traps on leks resulted in 8 mortalities in 231 captures (3.5%).  Two males died of heat or other stress while in the trap, 1 male was impaled by the bottom of the trap as he tried to escape and 1 male was killed by another male in the same trap.  Four birds were killed by raptors while in the traps.  Seven of the 8 mortalities could have been prevented with increased monitoring of the traps.

Schroeder and Braun (1991) found walk-in traps were effective at catching male prairie chickens throughout the breeding season.  This method was effective for females primarily during the peak of hen attendance on leks.  Because of the sexual dimorphism of sage-grouse, Young (1994) selectively captured females by reducing the size of the funnel opening to prevent males from entering traps (see Walk-in trapping section for trap dimensions).

**Spotlighting**

Giesen et al. (1982) described the general procedures used in spotlighting sage-grouse.  Wakkinen et. al. (1992) described their modification of this technique where they used binoculars to spot roosting sage-grouse at night with the aid of spotlights.  The use of binoculars increased trapping success > 40% and increased sage-grouse detection in 55 of 58 (95%) instances.  Sage-grouse roosting along roads or on, or near, leks are spotted at night by observers

A-22

BLM_0063324

in vehicles or on foot using high powered (500,000-1 million candlepower), 12-volt spotlights. A 2-person trapping crew approaches the bird at a brisk pace. A portable tape player worn by one of the trappers plays snowmobile engine noise or some other "white" noise to mask the sound of their approach. One person carries a spotlight and keeps the bird illuminated while the other walks past the spotlighter and places the net over the sage-grouse. This person continues to apply downward pressure on the flexible net handle to prevent the bird from getting under the rim until the spotlighter can move up and cover the edges of the rim with their knees or hand. This person holds the grouse through the net with both hands to prevent struggling. The person holding the net then moves forward, reaches under the net, and gets a firm hold of both feet of the sage-grouse in one hand. The bird is then pulled out from under the net and either placed in a gunnysack or held against the chest, with one hand covering the free wing and the other retaining a firm hold on both feet.

The nets used have a rim diameter of 60-100 cm, which greatly reduces the risk of striking the bird with the rim. Rims are made of lightweight aluminum to minimize impact on birds if they are struck. One inch by 1-inch nylon netting forms the pouch of the net. This size prevents birds from extending their head or neck through the netting and reduces the risk of injury. Netting is attached to the rim so as to leave a sage-grouse sized pouch. This ensures that pressing down on the rim will not press down on the grouse, and prevents grouse from flushing into slack netting.

## Walk-in Trapping

Schroeder et al. (1991) described using walk-in traps to catch Greater Prairie Chickens in eastern Colorado. Young (1994) modified the traps described by Schroeder et al. (1991). She used 360 x 46-cm sections of 5 x 10-cm welded wire to form 1-m diameter circular traps. The tops of the traps were covered with 1x1-inch nylon netting and the traps are placed on leks in spring. The entrance to the trap is constructed of welded wire bent into an inverted "U." The funnel was tapered from 25 cm at the entrance to 15 cm at the exit (Young 1994). Birds are directed towards the trap by chicken wire leads placed on the lek. Leads are most efficient when oriented so that birds encounter them as they attempt to approach the center of the lek.

Traps are set out on leks late in the afternoon or before birds attend the lek in the morning. Traps set in the afternoon will be checked after dark to ensure no birds have entered the traps. One or 2 people continuously observe the traps starting at daybreak the following morning. Since injuries and mortalities (from predation) are most likely to occur when traps are not monitored and birds stay in the traps for relatively long periods, all leks being trapped will be continuously monitored. Birds will be removed from traps (and the displaying birds disturbed by necessity) immediately if any of the following conditions occur:

1. Two or more males in the same trap and they are illustrating aggressive behavior towards one another.
2. Any bird that continuously flushes against the top of the trap or repeatedly probing with their heads through the welded wire.
3. A raptor or raptors begins to threaten a trapped bird.
4. The potential to catch additional birds is low.

BLM_0063325

5. High temperatures (>85 degrees F), wind, rain, snow, or other environmental conditions appear to be stressing birds in traps.

Birds are removed from the traps through a hole in the top netting. This hole is normally secured by strings tied to the welded wire frame or secured by bent welded wire tabs. Observers approach walk-in traps containing birds at a brisk pace, untie the knot securing the removal opening (or by lifting the netting over the bent welded wire tab), then reach in with both hands (blocking the hole with their arms) and secure the bird as quickly as possible. Birds are secured with both hands around both wings, or held against the ground with one hand while both legs are secured in the other. The bird is then placed in a gunnysack or held against the chest with one hand covering the free wing and the other retaining a firm hold on both feet.

If the same lek is trapped consecutive days, funnels will be blocked when observers leave to prevent birds from entering the traps, or the back of the trap will be raised approximately 30 cm to allow easy egress if birds do enter. Behavior of birds on leks relative to traps and trap leads will be observed to facilitate re-arrangement of trap and lead locations.

## CODA Netlauncher

The CODA netlauncher has not been previously used to capture sage-grouse. The CODA netlauncher is similar to the CODA netgun used for big game capture, but is mounted to a frame and sits on the ground. The netlauncher uses expanding gasses from a blank cartridge to propel 4 weights that are attached to a 20' x 20'-1" x 1" mesh net. When the netlauncher is fired, these propelled weights pull the net from the unit's canister and carry the net over the grouse.

Twenty-four hours prior to netlauncher deployment, the dominant male and its territory are identified. After the grouse leave the strutting ground for the day, the male's territory is marked with surveyors flagging. To center the net, the netlauncher is test fired. All 4 projectile landing locations are marked for reference. The netlauncher is deployed and fired the following morning. Great care is taken to identify any grouse that are in the line of fire of the projectiles. The netlauncher is not fired until a safe opportunity presents itself.

Grouse captured are immediately covered with an opaque breathable material until they can be transferred into a gunnysack for processing. On an experimental basis, a netlauncher was borrowed from a sister state agency for use during the 2001 strutting season. Forty females were captured during 7 different attempts and no injuries were documented.

## HANDLING

Captured sage-grouse will be processed as quickly as possible to minimize handling stress. Only trained and experienced people will handle birds. Birds will be processed immediately upon capture unless multiple birds are caught at the same time (walk-in trapping), or unless processing immediately will reduce the likelihood of capturing nearby birds while spotlighting leks. Birds not processed immediately will be held in gunnysacks tied at the top. Gunnysacks are well ventilated and prevent overheating.

BLM_0063326

During processing, a breathable hood will be placed over each bird's head to calm it, and a Velcro strap will be wrapped around the body to restrain both wings. Birds will be banded with serially numbered aluminum leg bands, and weighed. Weights will be obtained by placing the restrained bird on the pan of an electronic balance. Some sage-grouse may be fitted with 18-20 gm radio transmitters, which will be hung around the bird's neck using black (UV resistant) nylon cable ties. The transmitter weight is < 2% of the body weight of a yearling Gunnison sage-grouse and is well within the maximum, (5% of the body weight) suggested for avian species. This attachment method has been used on over 650 hen pheasants and several dozen sage-grouse without causing noticeable discomfort or injury. Nylon cable ties are light and can be custom fit to the bird very quickly, which reduces processing time. Nylon ties eventually degrade due to exposure to UV. It is likely that radios and cable ties will fall off if birds live much longer than the expected 16-20 month battery life typical of these radio transmitters.

Birds suffering significant injuries such as broken wings or bones will be taken to the authorized wildlife rehabilitation facility in Del Norte. If, in the opinion of the researcher on site, the injury will result in the bird's death the bird will be euthanized by cervical dislocation. Minor injuries such as abrasions will be treated with silvadene cream (available over-the-counter) and the birds released. If recurring injuries of any kind occur, appropriate measures will be taken to ascertain the cause of these injuries and modify the trap or trapping protocol to reduce or eliminate them.

Birds will be released by placing them under a sagebrush bush or in other dense cover to reduce the chance they will flush into something in their haste to escape. At no time will birds be flung into the air, dumped out of gunnysacks, or released in any manner which may initiate a panic-like flight. Individuals releasing birds will quickly and quietly back away until the bird has walked, run, or flushed. Behavior at release will be observed in case an injury was missed. Some projects, such as transplants, will have their own release protocols.

Literature Cited

Giesen, K.M., T.J. Schoenberg, and C.E. Braun. 1982. Methods for trapping sage-grouse in Colorado. Wildl. Soc. Bull. 10:224-231.

Schroeder, M.A. and C.E. Braun. 1991. Walk-in traps for capturing greater prairie-chickens. J. Field Ornithol. 62:378-385.

Wakkinen, W.L., K.P. Reese, J.W. Connelly, and R.A. Fischer. 1992. An improved spotlighting technique for capturing sage-grouse. Wildl. Soc. Bull. 20:425-426.

Young, J.R. 1994. The influence of sexual selection on phenotypic and genetic divergence among sage-grouse populations. Ph.D. Thesis. Purdue Univ. 123pp.

**I, _____ have read and understand the sage grouse trapping**
     **(print name)**
**protocol. Additionally I have received appropriate training and will abide by the protocol.**
_____
     **(Sign Name)**

BLM_0063327



# SAN MIGUEL COUNTY

# COMPREHENSIVE DEVELOPMENT PLAN

**Adopted August 3, 1978**

**Amended through February 13, 2008**

BLM_0063328

# TABLE OF CONTENTS

PAGE

INTRODUCTION 1
    Planning Areas 1
    Background Data 2
    Employee Housing 2
    Table 1. Summary of Forecasts 3

ARTICLE I. GOALS AND OBJECTIVES 4
    Section 1. Goals and the Planning Process 4
    Section 2. San Miguel Canyon Area 5
    Section 3. Wright's Mesa Area  (see Page 44) 10
    Section 4. Telluride Regional Area (see Page 45) 11
    Section 5. West End 12
    Section 6. Telluride/Ophir High Country Area 18
    Section 7. Remainder of the County 24

ARTICLE II. THE LAND USE PLAN 31
    Section 1. San Miguel Canyon Area 32
    Section 2. Wright's Mesa Area  (see Page 44) 33
    Section 3. Telluride Regional Area (see Page 45) 34
    Section 4. Telluride/Ophir High Country Area 35
    Section 5. Remainder of the County 36

ARTICLE III. CONCLUSION 38

ARTICLE IV. IMPLEMENTATION PROCEDURES 39
    Section 1. Legal Provisions 39
    Section 2. Financing 40
    Section 3. Community Participation 40
    Section 4. First Stage Implementation Process 40
    Map – Wright's Mesa Area 42
    Map – West End Area 43
    Map – Telluride/Ophir High County Area 44

    WRIGHT'S MESA AREA MASTER PLAN 45
        Wright's Mesa Plan  Pages 1-48  Appendices  Pages 1 - 31
    TELLURIDE REGIONAL AREA MASTER PLAN 46
        Telluride Regional Area - Pages 1 - 62

ARTICLE V. OPEN LANDS PLAN 47
    Open Lands Plan – Pages 1 - 29

ARTICLE VI. TRAILS 48
    Map - Trails Master Plan – East End 49

BLM_0063329

## SAN MIGUEL COUNTY COMPREHENSIVE DEVELOPMENT PLAN

### INTRODUCTION

The Comprehensive Planning Program has the ultimate objective of creating a general guideline to be used in making decisions about the physical development of the community.  Once adopted, the Comprehensive Development Plan is the official statement of the County Planning Commission setting forth its major policies concerning desirable future development.

In order to serve its purpose as a frame of reference for decision-making, the Comprehensive Plan must be based on a series of well-defined goals, which establish a positive plan of action for future development.  Thus, the Plan establishes a perspective that relates today's decisions to their possible future implications.  The Plan should also set forth a pattern of development or physical plan that reflects the desired goals of the community.  Lastly, the Plan should serve as a technical tool and guide for the various county and town boards, commissions and departments as well as private organizations and citizens involved with the physical development of the area.

This document incorporates the essential elements of the Plan for San Miguel County.  The basic guideline consists of the goals, objectives, and planning policies that were developed through citizen participation over the last few years.  The conceptual land use maps show in a general manner where, physically, the community would like to see development occur based on the goals and growth policies and on the physical background studies that have been completed for the County.

It is the intent of the Planning Department staff to define for publication the detailed Comprehensive Development Plan document produced last year and to produce a public facilities element and transportation element for adoption at a later date.  This detailed Plan would incorporate the goals and maps as presented herein.  However, it is felt that the two elements included here - the goals and policies and conceptual land use maps - are the essential parts of the Comprehensive Development Plan that the County can use, if adopted, to guide its physical development.

**Planning Areas**

The decision to divide the County into community or "regional" areas where common values and problems based on economy, topography, and community identity could be handled in more detail has had a determining impact on this document.

The planning study areas have been somewhat arbitrarily defined, but an attempt has been made to use topography and land ownership, as well as a sense of community that may exist, to set the boundaries for these areas.  It was not the intent to set these areas apart from the rest of the County as much as to enable the data to be more easily handled.

It also involved identifying, by emphasis, the areas that would feel the most direct impact of growth and physical development.  Thus, the County planning program has been geared to treating the separated areas - the San Miguel Canyon Area, Wright's Mesa Area, and Telluride

BLM_0063330

Regional Area, in greater depth than the remainder of the County.  It can be argued that now that this body of data has been developed, greater attention should be paid to the West End of the County and the mesa and mountain areas impacted by the growth in Telluride.  It is the intention of the County planning staff to implement this suggestion but it is beyond the scope of this document.

## Background Data

Background data developed for this Plan includes physical characteristics and hazards studies - soils, geologic, wildfire, floodplain, mineral resources, and wildlife - and economic, population and land demand potentials.  This data includes permanent and tourist population projections and employment projections.  Only a summary of these projections is included here, for the sake of brevity.  Detailed information is available at the County Planning Department office and will be included in the published document discussed earlier.

## Employee Housing

Employee housing is a necessity in all regions of the County but in particular due to the growing job market and an increasingly expensive housing market in the east end of San Miguel County there has been a basic supply and demand imbalance between workers and housing.  The current trend has and will continue to result in additional commuting from out of the County as employees choose to live in other places within tolerable commuting distance.  Of those living within the County households are cost burdened by housing payments.  It has been determined that commercial development as well as residential development generate the need for more employee housing, finding that larger homes generate the need for more employees than do smaller homes, both during the construction phase and after the house is built.

It is a goal of the County to ensure that employee housing is provided within the County and in particular the eastern end of the County.  In order to achieve this goal the County will require all development to mitigate the effects of such development upon employee housing which may be in the form of building deed-restricted units or deed restricting lots and units in a subdivision or multi-family project, or an impact fee within the County R-1 School District.

BLM_0063331

**TABLE 1.   SUMMARY OF FORECASTS  1970 - 2005**

| | 1970 | 1980 | 1990 | 2000 | 2005 |
|---|---|---|---|---|---|
| **Mountain Village** | | | | | |
| Population | 0 | | 0 | 978 | 1,161 |
| Housing Units | 0 | | 0 | 1,022 | 1,222 |
| | | | | | |
| **Norwood** | | | | | |
| Population | 408 | 478 | 429 | 438 | 490 |
| Housing Units | 284 | 499 | 499 | 258 | 292 |
| | | | | | |
| **Ophir** | | | | | |
| Population | 6 | 38 | 69 | 113 | 127 |
| Housing Units | 20 | 24 | 35 | 55 | 62 |
| | | | | | |
| **Sawpit** | | | | | |
| Population | 26 | 41 | 36 | 25 | 35 |
| Housing Units | 15 | 26 | 21 | 18 | 19 |
| | | | | | |
| **Telluride** | | | | | |
| Population | 553 | 1,047 | 1,309 | 2,221 | 2,339 |
| Housing Units | 325 | 565 | 1,141 | 1,938 | 2,059 |
| | | | | | |
| **West End** | | | | | |
| Population | 30 | 80 | 150 | | |
| Housing Units | | | | | |
| | | | | | |
| **Unincorporated Area** | | | | | |
| Population | | | 1,764 | 2,819 | 3,159 |
| Housing Units | | | | 1,906 | 2,161 |
| | | | | | |
| **San Miguel County** | | | | | |
| Population | 1,949 | 3,192 | 3,653 | 6,594 | 7,310 |
| Housing Units | 983 | 1,739 | 2,635 | 5,197 | 5,815 |
| | | | | | |

BLM_0063332

**ARTICLE I.  GOALS AND OBJECTIVES**

**SECTION 1.  GOALS AND THE PLANNING PROCESS**

A "goal" is defined as the end that one strives to achieve.  In a broader sense, it is a purpose, aim or end which a person or group seeks to accomplish.  For planning purposes, a goal may be a need or challenge to which the community or region must respond or an aspiration which must be fulfilled.  In short, goals are expressions of the community's values.

Goal setting is the most important part of the planning process. Once an area's goals are identified, their achievement becomes the aim or purpose of the plan.  Clearly stated goals sharpen the focus of the plan as it is developed.  A major role of the Comprehensive Development Plan is to identify the goals for San Miguel County and its sub-regions.

An objective is a realistic statement of intent related to a goal and the policies state the action or guideline to be followed in carrying out the goals and objectives.  Clearly stated goals, objectives, and policies inform the public and private and governmental agencies having an interest in the County of the agreed upon principles of development which all programs and proposals will be measured against.

The goals, objectives, and planning policies serve two purposes in the Comprehensive Plan. Specific plans for the major elements such as transportation facilities, for example, will seek to achieve the goals and objectives for these facilities.  Secondly, these goals and objectives will be part of the criteria used to evaluate each alternative and to select the best one to guide future development.

The following sections present the goals and objectives as developed by the citizens of San Miguel County at public planning meetings held throughout the County from the spring of 1974 through the present.  The results of opinion surveys conducted in 1975 in the Placer Valley and Norwood areas and in the Town of Telluride in 1973 and 1977 have also been considered in the formulation of these goals.

BLM_0063333

**SECTION 2.  SAN MIGUEL CANYON AREA**

The San Miguel County Land Use Code defines the San Miguel Canyon Area as:

> All developable land within one mile of the San Miguel River between the western edge of the Telluride Region and the base of Norwood Hill, excluding parcels or portions thereof that lie atop one of the mesas adjoining the river canyon.

**Existing Conditions**

The canyon historically has provided affordable housing for year-round residents in a community separate and distinct from the Telluride Region resort.  Central water supply and sewage disposal facilities are not available, and numerous environmental constraints limit the potential for growth.

The generally steep and narrow topography of the canyon has confined development primarily to land adjacent to the San Miguel River.  The large majority of that development is residential, and most of the homes lie within or near the floodplain of the river and the 100-foot County-designated wetland area buffer zone adjacent to the river.  Wildlife habitats and migration routes commonly cross the canyon or run along the river.

**Existing Land Use Pattern**

Commercial uses in the canyon are clustered in the incorporated town of Sawpit, along Front Street in unincorporated Placerville and at the southwest side of the intersection of State Highway 145 and State Highway 62 west of Placerville.  Several other commercial uses north of State Highway 145 between Placerville and Sawpit and south of State Highway 145 west of Lower Placerville were created through Planned Unit Development and Special Use Permit provisions no longer available under County regulations.  These other commercial uses and most canyon residences lie on substandard-size lots in the Forestry, Agriculture and Open (F) Zone District, which establishes a minimum lot size of 35 acres and prohibits most commercial uses. All of these lots were created prior to the 1990 adoption of the County Land Use Code, and most of them were platted before the original 1972 adoption of County subdivision and zoning regulations.

**Goals and Objectives**

The following goals and objectives, which shall guide the use of land within the San Miguel Canyon Area, were originally adopted as a part of the Comprehensive Development Plan in June 1976 and have been amended through April 1994.

**2.1  Residential**

<u>Goal</u>          To preserve and protect the integrity of the residential semi-rural lifestyle which exists in communities situated in San Miguel Canyon, to provide low- and moderate- cost housing for year-round residents, and to protect and preserve the

BLM_0063334

natural resources which are central to the Down Valley environment.

Objectives:

(1)    Encourage Low Density single-family residential development. "Low Density" shall mean a maximum of one unit per 7 net acres of "Useable Land," plus one unit per 35 acres on the balance of the property, provided that all development is clustered on Usable Land.  "Usable Land" shall exclude any areas within the 200-foot Scenic Highway setback designated for State Highway 145 from Ellerdville to Norwood Hill, within the 100-foot major highway setback designated for Highway 145 from Society Turn to Sawpit, on slopes of 30 percent or greater, within the 100-year floodplain on the San Miguel River or the 100-year floodplain of one its tributaries or with unmitigatable geologic hazards.

(2)    Eliminate unsafe living conditions by enforcing the appropriate building codes in new construction and encouraging the renovation of older structures.

(3)    Maintain and develop residential areas which recognize and complement the natural and historic environment.  These elements include areas of significance, such as archaeological and historic sites.  Of particular importance is maintaining the healthy ecosystem of the San Miguel River.

(4)    Restrict development in areas identified as floodplain, natural hazard or hazardous mined areas to help ensure sound residential neighborhoods.

(5)    Strive for traffic corridors that are safe and that are environmentally sensitive to the residential areas they bisect.

## 2.2  Commercial

Goal    To facilitate location of commercial facilities, including trades, crafts and fabrications, in appropriate areas primarily to serve local and regional residents, while limiting traffic, environmental and visual impacts and maintaining rural quality of life.

Objectives:

(1)    Encourage clustering of commercial uses in developed areas where adequate parking facilities and safe access can be provided.

(2)    Protect against commercial development oriented solely toward attracting through traffic from state highways.

(3)    Encourage locations of local craft and service oriented businesses in Placerville, and enhance the aesthetic quality of Front Street in Placerville.

BLM_0063335

(4)     Encourage individual historic designation and preservation of existing buildings and places with historic significance to the San Miguel Canyon.

(5)     Encourage retaining and/or planting of native vegetation wherever feasible, including large trees and fruit trees, and minimize and mitigate disturbances to natural drainage patterns.

(6)     Maintain rural aesthetics through building design, landscaping and native or cultivated, low-water-use vegetation.

(7)     Protect against contamination of the San Miguel River and local groundwater, and against degradation of the riparian environment.

## 2.3  Public Lands

Goal        To maintain multiple use of public lands for the protection and benefit of all users.

Objectives:

(1)     Provide and maintain public access to public lands.

(2)     Promote creation and improvement of outdoor recreation facilities for all age groups.

(3)     Encourage preservation of historic, archaeologic and natural resources and landmarks.

(4)     Encourage location of agricultural activities to places where impacts on the environment and residential and recreational uses can be minimized.

## 2.4  Utilities and Facilities

Goal        To develop and maintain public utility service systems and public facilities adequate and located appropriately to serve the existing and potential population.

Objectives:

(1)     Encourage creation and upkeep of public utility systems necessary to maintain public health, safety and welfare.

(2)     Encourage improvement of telephone, cable television and radio service.

(3)     Maintain emergency and police protection services necessary to ensure public health, safety and welfare.

BLM_0063336

(4)     Develop and maintain a refuse disposal system adequate to serve the present and future needs of the community.

(5)     Develop and maintain the Placerville Schoolhouse for use by all persons in the community.

(6)     Encourage the development of central water and sewer facilities to serve commercial uses in Placerville.

## 2.5  Transportation

Goal        To develop and maintain a transportation system that will meet the needs of local residents and Telluride Region commuters safely and cost-effectively.

Objectives:

(1)     Coordinate development of transportation facilities with projected growth and land use patterns.

(2)     Improve highway facilities to support efficient service provided by truck transportation.

(3)     Encourage high-occupancy vehicle traffic by developing and maintaining intercept parking carpool facilities in appropriate locations not on Front Street in Placerville.

(4)     Develop and maintain cost-effective public transportation to serve local residents, commuters and visitors.

(5)     Develop highway amenities such as rest areas, historic and natural landmark areas, turn lanes, median strips and traffic control areas, turn lanes, median strips and traffic control devices for the safety and benefit of motorists.

(6)     Limit access points along major thoroughfares to improve vehicle and pedestrian safety.

(7)     Limit subdivision to mitigate maintenance requirements on County roads.

(8)     Ensure provision of adequate off-street parking for all uses.

(9)     Encourage the State Highway Department to develop a deceleration lane for westbound traffic exiting State Highway 145 onto Front Street.

(10)   Chip and seal Front Street and the streets between Front Street and Highway 145.

(11)   Define intersections and parking areas and encourage appropriate landscaping along the Highway 145 right-of-way adjacent to the south side of Front Street.

BLM_0063337

## 2.6 Economic Development

<u>Goal</u>        To develop and maintain an atmosphere that will encourage economic prosperity for local residents and business owners consistent with the primarily rural residential nature of the community.

<u>Objectives</u>:

(1)    Promote concentrated development of commercial services within the Placerville Commercial Zone District only.

(2)    Encourage commercial activity that primarily serves the local and regional community.

(3)    Encourage commercial practices that will not adversely affect air quality and water quality.

**Implementation**

The goals ad objectives herein may be implemented through several zone districts in the San Miguel County Land Use Code. Application of the Low Density (LD) Zone District can accommodate all residential uses, and the Placerville Commercial Zone District can accommodate all commercial uses. Rezoning existing residential properties from the Forestry, Agriculture and Open (F) Zone District to the Low Density (LD) Zone District would bring all existing residential lots in the San Miguel Canyon Area into conformity with the County Land Use Code regarding lot size; however, existing setback on some lots may remain nonconforming.

Some of the goals and objectives herein also may be implemented through execution of a physical plan for Front Street in Placerville that defines the boundaries of the street and parking areas, limits access from State Highway 145 and distinguishes the highway from the town. Environmental concerns shall be addressed through zoning, subdivision and building permit review processes.

BLM_0063338

**SECTION 3.  WRIGHT'S MESA AREA**

AMENDED THROUGH FEBRUARY 13, 2008

**See Page 45 for Complete Plan**

BLM_0063339

**SECTION 4. TELLURIDE REGIONAL AREA**

REPEALED AND RE-ENACTED

AS

TELLURIDE REGIONAL AREA MASTER PLAN

ADOPTED JULY 12, 1989

AMENDED THROUGH DECEMBER 18, 2006

**See Page 46 for Complete Plan**

BLM_0063340

**SECTION 5.  WEST END (BASIN-DISAPPOINTMENT-SLICK ROCK-EGNAR)**

The West End (as identified on the adopted map) includes all land west of Range 14 West, and west of Naturita Creek and north of Township 43 North, including Dry Creek Basin, Gypsum Valley, Disappointment Valley, Slick Rock and Egnar.

It is the intent of the above communities to develop goals, objectives and policies that directly relate to our areas and our way of life.  It is important to recognize that life on the West End of the County is different from the other areas in San Miguel County.  We recognize the need to ensure that our quality of life is maintained in a fashion that best suits the residents.  We also recognize that some policies need to be developed to address our future growth.

It is our desire to guarantee that our Western Heritage is preserved and that the means by which we make a living be provided for and protected.  In doing this we also want to ensure that the very lands that we live and work on are protected, that we preserve the natural beauty of our areas and to provide for the sustainable use of our natural resources, and the preservation of wildlife, historical, archeological and our natural resources and landmarks.

We strongly believe in "private property rights" including, "our right to farm and ranch."  We believe that we are the caretakers of the earth and that it is in our best interest to protect these lands and its people in our rural way of life.

In conclusion we are proud to have developed a set of goals and objectives that speak directly to the West End and that represent the communities and their residents for the preservation and protection of all our lands, both private and public.

**5.1 Overall Goals**

Maintain and promote an atmosphere in which individual communities can retain their separate identities and remain viable for local residents while providing services for visitors and accommodating growth.

Develop and maintain a planning process in San Miguel County based on trust, communication and the shared goal of maintaining the quality of life of all members of the community and working toward the solution of problems experienced by the community.

Protect local property owners from rapidly escalating taxes.

Maintain a planning process that is accessible to all citizens.

Policies:

(1)     Encourage development that meets our overall goals.

(2)     Cluster new development near existing development centers to minimize public costs of development and preserve open space.

San Miguel County Comprehensive Development Plan/Page 12

BLM_0063341

(3)     Shift the burden of extra services to those who create the demand for them, where possible.

(4)     Keep all regulations necessary or desirable to attain the planning goals as straight forward and simple to use as possible.

## 5.2 Primary Land Uses

### 5.2A Natural Resources, Agriculture and Recreation

Goal          Develop San Miguel County's natural resources, upon which the economy is based - for mining, agriculture and recreation - in a manner that maintains the living quality of the environment for its citizens.

Objectives:

(1)     Preserve agricultural lands of economic and social importance to the County.

(2)     Preserve the natural beauty and provide for the sustainable use of our natural resources.

(3)     Preserve wildlife as a valuable natural resource.

(4)     Protect both quantity and quality of water resources.

Policies:

(1)     Encourage the development of recreational facilities to minimize the use impacts of public lands, such as: campgrounds, recreational vehicle areas, adequate trailhead parking, etc.

(2)     Ensure that we uphold the "Right to Farm" legislation and the "Open Range Law" that protect farmers and ranchers and enable them to continue producing food and fiber, which maintains our Western Heritage.

(3)     Ensure that agricultural equipment, commodities and commerce, i.e., heavy equipment, water equipment, stock trailers, logging trucks, farm equipment, etc. are guaranteed usage and passage on county and state roads.

(4)     Ensure the continued use of historical and current stock driveways.

(5)     Allow for the extraction of gravel and other natural resources.

(6)     Encourage mining operations in the West End.

San Miguel County Comprehensive Development Plan/Page 13

BLM_0063342

**5.2B Public Lands**

Goal   Ensure multiple use of public lands for the protection and benefit of all users, both permanent and visitors, and develop where appropriate.

Objectives:

(1)  Encourage the development of resources that would preserve our local quality of life.

(2)  Encourage preservation of historical, archaeological and natural resources and landmarks.

Policies:

(1)  Coordinate mining leases and activity on public lands with federal land management agencies.

(2)  Cooperate with the appropriate state and federal agencies in planning and management for multiple uses on public lands.

**5.2C Residential**

Goal   Guide and encourage land use development in ways that protect the rural heritage and economic well being of the citizens.

Objectives:

(1)  Ensure that all development proposals be required to address and meet county, road maintenance and safety standards.

(2)  Discourage development in natural hazard areas and where year round access and basic utilities cannot be provided.

**5.2D Commercial/Industrial**

Goal   Allow for the establishment of industries.

Objectives:

(1)  Encourage the development and clustering of light industrial and commercial uses where the necessary public services and utilities can be provided.

(2)  Ensure that the costs of growth for all public services are paid for in an equitable and fair manner.

BLM_0063343

## 5.2E Roads, Communication and Utilities

<u>Goal</u>        Establish and maintain road, communication and utility service systems of adequate capacity to serve the population.

<u>Objectives</u>:

(1)    Maintain a County road system that will serve the population without creating an undue burden on taxpayers.

(2)    Allow for adequate and safe water supply and distribution to all communities.

(3)    Encourage adequate water, sewer, and power facilities in all new developments.

(4)    Encourage the improvement of telephone, television and radio service to all areas where residents desire such services.

(5)    Improve communication of community news and County business between the East and West Ends of the County.

<u>Policies</u>:

(1)    Require subdivision developers to construct roads that meet County standards.

(2)    Ensure that the West End has reasonable access to pertinent County information.

(3)    Provide the West End with an "800" number for San Miguel County Offices.

(4)    Promote a communication system throughout the County that allows for local calling within the County and eliminate long distance charges.

(5)    Develop a locally accessible trash system for all residents of the West End.

## 5.2F Public and Semi-Public

<u>Goal</u>        Encourage the development of public and semi-public facilities of adequate size and location to serve the population.

<u>Objectives</u>:

(1)    Improve health facilities, law enforcement and emergency services to meet the needs of residents, especially in outlying areas.

(2)    Improve fire protection facilities.

(3)    Encourage active participation of school boards in the local decision making process on land use and growth issues.

BLM_0063344

(4)     Ensure the suitability of land dedicated for school purposes by allowing school boards involvement in selecting the location of any land dedicated.

Policies:

(1)     Promote adequate fire and law enforcement protection to serve the West End.

(2)     Require subdivision developers to provide fire protection devices that can be used on site by residents.

(3)     Encourage the upgrading of present fire equipment and facilities.

(4)     Encourage the development of a satellite county office for the West End.

(5)     Maintain County support for the existing West End emergency services.

## 5.3 More Specific Guidelines for the Siting of Utilities and Utility Lines Throughout the County

It is the policy of San Miguel County to locate public utilities and utility lines to create the least amount of impact on county residents and the natural environment.  To accomplish this in an orderly and equitable manner, the County has established a land classification system.

It is the County's policy to try and locate utility lines and utilities on Class 5 priority lands.  Any proposal to utilize other priority lands shall demonstrate a clear need to do so and shall consider the visual, environmental, physiographic, and socio-economic characteristics of the land including evaluation of broad ecosystems, topography, soils hydrology, geology, vegetation, wildlife, climate and unique features so that the siting of utilities and utility lines results in the least possible adverse impact.

Class 1 Priority - Cemeteries, airports, private and emergency landing strips, future airport sites and approach and take off areas.

Class 2 Priority - Intensive cropland, including irrigated farms, meadows, irrigated pasture land, cropland used for dryland culture, lands along valley floors intermingled with cropland, farm and ranch headquarters and storage points.

Class 3 Priority - Unincorporated land zoned residential, multi-family residential, and commercial in which public utilities are a permitted use; lands containing or having significant impact on historical, natural, or archaeological resources, shorelines of major lakes or reservoirs, natural streams and ponds, skylines visible from major transportation routes, geologic hazard areas and critical wildlife areas.

BLM_0063345

Class 4 Priority - Timbered areas that would require modification or removal to provide clearance for utilities or utility lines; land within the boundaries of approved developments and land suggested as future growth areas around existing communities.

Class 5 Priority - All public and government lands, and all other lands not falling within the definition of Class 1, 2, 3, or 4 Priority.

BLM_0063346

## SECTION 6. TELLURIDE/OPHIR HIGH COUNTRY AREA

This area of the eastern upper San Miguel watershed (as identified on the map Exhibit A) includes all land east of Mill Creek, Boomerang Road, Alta Lakes Road, and the Yellow Mountain Ridge, excluding the Towns of Telluride, Mountain Village, and Ophir, the Ski Area Boundary, the Valley Floor, and the Idarado High Country holdings that are listed within the Trust for Public Land purchase option agreement (See Memorandum of Option: Reception # 340953).

Lands protected for open space by agreements with non-profit or public organizations, including contracts or options to purchase, transfers or land exchanges, conservation easements, and annexation agreements, will not be considered for rezoning.

It is important to preserve and protect the alpine and other important high country areas in the upper San Miguel watershed for their historic and rural landscapes, their recreational amenities, and their economic value to the region. These alpine areas are relatively undeveloped and include backcountry basins and scenic hillsides. The land in these alpine areas is typified by lack of maintained and improved roads, little or no utilities or infrastructure and very limited or sparse development. Characteristics that may be present include sensitive environmental areas (i.e. wetlands, steep slopes, sub alpine forest, or tundra), historic mining remnants, high ridges and alpine peaks, and other areas that provide scenic views.  Development in many of these areas can be difficult due to elevation, limited access, steep terrain and other site constraints.

### 6.1     Overall Goals

Preserve and protect the alpine and other important high country areas in the upper San Miguel watershed for their historic, scenic, aesthetic and rural landscapes; their recreational amenities; and their economic value to the region.

Policies:

  (1)    Preserve public recreation on public trails and public roads, by preserving the current rough and unimproved 4-wheel drive character of the roads, including but not limited to existing mountain passes such as Tomboy Road, Imogene Pass, Black Bear Pass, Bear Creek Road, Liberty Bell Road, Ophir Pass and Boomerang Road including that portion of Boomerang above the Valley Floor and below the Alta Lake town site excluding the Mountain Village and Ski Area boundary.

  (2)    Retain the relatively underdeveloped character of the backcountry areas while allowing for low impact development consistent with the type of residential development that historically occurred in the area, typified by lack of maintained and improved roads, and little or no utilities or infrastructures.

  (3)    Maintain the viability of both guided and unguided 4-wheel drive tourism.

BLM_0063347

(4)     Maintain the viability of the region's backcountry hiking, camping, climbing, mountain biking, and skiing.

(5)     Encourage outdoor education opportunities.

(6)     Encourage private efforts to preserve land through conservation easements with land trusts or by sale, transfer, or land exchange to a public land management agency.

(7)     Preserve scenic vistas, historic landscapes, recreational opportunities and the integrity of natural resources.

(8)     Encourage preservation of historic structures and opportunities for the public to view and gain knowledge about them.

(9)     Encourage and cooperate with the Town of Telluride, Town of Ophir, and any      other efforts to establish source water protection measures.

## 6.2 Primary Land Uses

### 6.2A Natural Resources, Scenery, Tourism and Recreation

Goal        To protect San Miguel County's natural resources and scenic landscapes upon which the economy is based and which are essential to the quality of life for residents

Objectives:

(1)     Preserve recreational and scenic lands of economic, recreational, and cultural importance to the County.

(2)     Preserve the existing historic and rural landscapes, remaining historical structures, and the established recreational trails and pathways of the land surrounding mountain passes and roads in these high country areas.

(3)     Retain the relatively undeveloped character of backcountry areas:
   a)      while allowing for low impact residential development that is compatible with the environment

   b)      that does not negatively impact recreational opportunities and natural resources

   c)      that is compatible with the single-family residential development in the Towns of Telluride and Ophir and consistent with the size and scale of single-family residential development which has historically occurred in high country areas.

BLM_0063348

d)  that does not detract from historical and recreational areas by negatively impacting trails and recreational pathways

e).  that does not detract from the areas' scenic quality from public use areas

f)  and that does not detract from the areas' tourism

Policies:

(1)  Create a new zone district that protects undeveloped rural landscapes and recreational areas in the high country.

(2)  Maintain the rough and present condition of existing mountain passes and roads to protect their recreational functions, including but not limited to such roads as Tomboy Road, Imogene Pass, Black Bear Pass, Bear Creek Road, Liberty Bell Road, Ophir Pass, and Boomerang Road including that portion of Boomerang above the Valley Floor and below the Alta Lake town site excluding the Mountain Village and Ski Area boundary.

(3)  Protect the views from the Towns of Telluride, Mountain Village, Ophir, and public use areas by limiting the visibility of roads, driveways, and development.

(4)  Inventory the remaining historic structures in order to certify their historical significance and make them eligible for preservation grant funding.

(5)  Investigate transferable development rights and purchase of development rights as a mechanism for preserving open space.

(6)  Implement pollution prevention programs, especially for air and water resources, in areas where development is expected to occur.

(7)  Identify key wildlife migration routes and critical habitat areas and develop a program to reduce human impacts in these areas.

8)  Identify natural and geologic hazard areas and mineral resource areas in order to restrict these areas from unwise development.

## 6.2B Public Lands.

Goal  To develop and maintain multiple uses of public lands for the protection and benefit of all users, both permanent residents and visitors.

Objectives:

(1)  Promote the creation and improvement of natural outdoor recreation areas

BLM_0063349

(2)   Encourage preservation of historical, archaeological and natural resources and landmarks.

Policies:

(1)   Ensure access to public lands

(2)   Coordinate mining leases and activity on public lands with federal land management agencies

(3)   Cooperate with the appropriate state and federal agencies in planning and management for multiple uses on public lands

(4)   Encourage the development of designated camping areas on public lands to serve the existing and expected tourist population.

## 6.2C Residential

Goal        To retain the relatively undeveloped character of backcountry areas while allowing for low impact residential development that is compatible with the environment and does not negatively impact recreational and natural resources.

Objectives:

(1)   Maintain the rough and present condition of existing mountain passes and roads to protect their historic and recreational functions, including but not limited to such roads as Tomboy Road, Imogene Pass, Black Bear Pass, Bear Creek Road, Liberty Bell Road, Ophir Pass, and Boomerang Road, including that portion of Boomerang Road above the Valley Floor and below the Alta Lakes town site excluding the Mountain Village and the Ski Area Boundary.

(2)   Discourage residential development where year-round access and basic utilities cannot be provided.

(3)   Limit impervious surfaces that increase erosion, harming the watershed.

(4)   Restrict development in natural hazard areas including floodplains, avalanche, geologic and soils hazard areas to ensure sound residential development.

(5)   Ensure that new development does not promote the invasion of noxious weeds or create visual permanent scarring on hillsides.

Policies:

(1)   Create a new zone district that regulates residential house size and associated development activities on the scenic hillsides and upper basins above the Towns of

BLM_0063350

Telluride and Ophir. The new zone district would be adjacent to and surrounding the town grids of both communities. These communities have preserved their historic character by limiting residential development through house size limits. The new zone district would continue the restriction on residential house size outside these communities and into the surrounding high country.

(2)     If development occurs, cabins and small-scale single-family residential development consistent with the type of single-family residential development that historically occurred in the area would be appropriate.

(3)     Locate houses and driveways to minimize visual impact.

(4)     Encourage native, non-reflective materials for residential construction.

(5)     Limit light pollution by requiring residential lighting plans and down shielded lighting. Architectural lighting would be prohibited.

## 6.2D Transportation, Communication and Utilities

Goal          To retain the relatively undeveloped character of backcountry areas and maintain the rough and present condition of existing mountain passes and roads to protect their historic character and recreational functions.

Objectives:

(1)     Prohibit road improvements on historic roads, including but not limited to Tomboy Road, Imogene Pass, Black Bear Pass, Bear Creek Road, Liberty Bell Road, Ophir Pass, and Boomerang Road, including that portion of Boomerang Road above the Valley Floor and below the Alta Lakes town site excluding the Mountain Village and the Ski Area Boundary, where such improvements would detract from their historic conditions and present recreational uses.

(2)     Limit improvements to roads which connect with the historic roads listed above or provide access to individual home sites as a means of maintaining the areas' historic character and as a means of preserving historic access methods.

(3)     Require alternatives to the extension of utility lines, including but not limited to solar, wind or hydropower and fuel cells.

Policies:

(1)     Create new road standards for high country properties which would minimize or limit impacts to the environment.

BLM_0063351

(2)    Develop and publish a map of the County maintenance schedules so that citizens and especially potential land buyers are aware of limitations on winter access and county services.

(3)    Develop and implement a trails master plan and trailhead plan that will accommodate recreational users.

(4)    Adopt a county road policy that would prohibit public or private routine winter maintenance on public roads that have historically been used for winter recreational activities, unless alternative winter recreation corridors can be located in the proximity

BLM_0063352

## SECTION 7. REMAINDER OF THE COUNTY

The goals and objectives for the remainder of the County are a combination of attitudes and values expressed at the regional meetings for the County as a whole and specific objectives expressed by residents of the small communities in this planning area - Ophir/Ames.  Thus, many of the planning objectives in this section are not as detailed as those in previous sections and many are repetitions.

### 7.1  Overall Goals

Maintain and promote an atmosphere in which individual communities can retain their separate identities and remain viable for local residents while providing services for visitors and accommodating growth.

To develop and maintain a planning process in San Miguel County based on trust, communication and the shared goal of enhancing the quality of life of all members of the community and working toward the solution of experienced by the community.
Protection of local property owners, especially of residential uses, from rapidly escalating taxes.

To maintain a planning process which is accessible to all citizens.

Policies:

(1)    Encourage development under Planned Unit Development zoning except for small, single use or purpose projects.

(2)    Cluster new development near existing development centers to minimize public costs of development and preserve open space.

(3)    Control local government spending (and curtail services) and shift the burdens of extra services to those who create the demand for them where possible, i.e., to developers, to tourists for services demanded by peak loading, etc.

(4)    Keep all regulations that are necessary or desirable to attain the planning goals as straightforward and simple to use as possible.

### 7.2 Primary Land Uses

### 7.2A Natural Resources, Agriculture and Recreation

Goal        To develop San Miguel County's natural resources, upon which the economy is based - for mining, agriculture and recreation - in a manner which enhances the living environment of its citizens.

BLM_0063353

Objectives:

(1)  Preserve agricultural lands of economic and social   importance to the County.

(2)  Preserve valuable natural resources, including physical attributes such as scenic vistas as well as economically valuable resource deposits.

(3)  Preservation of wildlife as a valuable natural resource, and development of a plan for retention of critical wildlife habitat areas.

(4)  Protection of both quantity and quality of water resources.

Policies:

(1)  Identify natural and geologic hazard areas and mineral resource areas in order to restrict these areas from unwise development.

(2)  Implement pollution prevention programs, especially for air and water resources, in areas where heavy development is expected to occur.

(3)  Identify key wildlife migration routes and habitat areas and develop a program to reduce human impacts in these areas.

(4)  Encourage the development of recreational facilities that will minimize the impacts of heavy use of public lands, i.e., campgrounds, recreational vehicle areas, adequate trailhead parking, etc.

(5)  Investigate Transferable Development Rights as a methodology for preserving agricultural lands and open space.

**7.2B  Public Lands.**

Goal        To develop and maintain multiple uses of public lands for the protection and benefit of all users, both permanent residents and visitors.

Objectives:

(1)  Promote the creation and improvement of outdoor recreation facilities.

(2)  Encourage preservation of historical, archaeological and natural resources and landmarks.

Policies:

(1)  Ensure access to public lands.

BLM_0063354

(2)    Coordinate mining leases and activity on public lands with federal land management agencies to assure adequate housing and public facilities and services for mine employees.

(3)    Cooperate with the appropriate state and federal agencies in planning and management for multiple uses on public lands.

(4)    Encourage the development of designated camping areas on public lands to serve the expected tourist population.

**7.2C  Residential**

<u>Goal</u>        To develop and maintain housing and residential communities which enhance the living environment of all citizens of San Miguel County.

<u>Objectives</u>:

(1)    Encourage construction and maintenance of low and moderate income housing.

(2)    Restrict development in natural hazard areas including floodplains, avalanche, geologic and soils hazard areas to ensure sound residential development.

(3)    Encourage provision of an adequate number of permanent housing units to meet the needs of the projected population.

(4)    Discourage residential development where year-round access and basic utilities cannot be provided.

<u>Policies</u>:

(1)    Require major mining operators to provide adequate housing for their employees, especially where mines or mills are located at a considerable distance from established communities.

(2)    Develop programs, possibly through a County housing authority, to promote moderate cost housing throughout the County.

(3)    Eliminate unsafe living conditions by enforcing the appropriate building and sanitation codes in new construction and renovation projects.

(4)    Develop workable mobile home regulations for situations where this type of housing is the viable alternative for permanent or temporary housing.

BLM_0063355

## 7.2D  Commercial Industrial

<u>Goal</u>          To develop and maintain an adequate supply of commercial and industrial facilities located to properly serve the existing and potential population of the County.

<u>Objectives</u>:

(1)     Protect against strip commercial development along major  arterials.

(2)     Encourage the development of facilities to handle the growing numbers of summer tourists on both public and private lands.

(3)     Provide for maintenance and expansion of mining activities when it can be accomplished without irreparable damage to the environment.

(4)     Promote the development of light manufacturing and craft  industries.

<u>Policies</u>:

(1)     Encourage the clustering of commercial uses in presently developed areas or on sites where commercial uses have historically been located.

(2)     Encourage the development of light industry where the necessary public services and utilities can be provided.

## 7.2E  Transportation, Communication and Utilities

<u>Goal</u>          To develop and maintain transportation systems and public utility service systems of adequate capacity to serve both the existing and expected population.

<u>Objectives</u>:

(1)     Develop and maintain a County road system which will serve the widespread population of the County without creating an undue burden on taxpayers.

(2)     Provide adequate and safe water supply and distribution to  all communities.

(3)     Require adequate water, sewer, and power facilities in all new developments in San Miguel County.

(4)     Encourage the improvement of telephone, television and radio service to all areas of the County where residents desire such services.

(5)     Improve communication of community news and County business  between the east and west ends of the County.

BLM_0063356

Policies:

(1)     Require developers to construct roads that meet County standards.

(2)     Develop and publish a map of the County maintenance system and schedule, so that citizens and especially potential land buyers are aware of winter accessibility, safe jeeping areas, etc.

(3)     Prepare feasibility studies for ground public mass transportation.

(4)     Prepare an airport feasibility study in order to determine the need for, as well as ability to provide for, the development of airport facilities to serve commercial and private air transport services.

(5)     Enforce sanitation regulations for all areas of human habitation - camping areas and seasonal homes as well as permanent housing - to minimize pollution and health hazards.

(6)     Develop and implement a long-range parking and transportation plan especially considering outlying areas which will feel the impacts of peak tourist populations in the Telluride area.

## 7.2F  Public and Semi-Public

Goal - To develop and maintain public and semi-public facilities of adequate size and location to serve the existing and expected County population.

Objectives:

(1)     Improve health facilities and emergency services to meet the needs of residents, especially in outlying areas.

(2)     Improve fire protection facilities.

(3)     Support planning at the school district level to foresee and meet the demands placed on the educational system by new residents.

(4)     Develop and maintain police service and facilities to outlying areas and communities.

(5)     Promote historical preservation and cultural activities throughout the County.

Policies:

(1)     Promote a fire protection district with equipment to serve the West End.

(2)     Require developers to provide fire protection devices that can be used on site by residents.

BLM_0063357

(3)     Encourage the upgrading of present fire equipment and facilities.

### 7.3  More Specific Guidelines for the Siting of Utilities and Utility Lines throughout the County

It is the policy of San Miguel County to try and locate public utilities and utility lines on lands that create the least amount of impact on the residents of the County and the natural environment.

In order to do this in an orderly and equitable manner, the County has established a land classification system, with each class of land having an assigned priority as to its suitability for locating utilities and utility lines.

The land classifications and priority assignments are as follows:

Class 1 Priority - Cemeteries, airports, private and emergency landing strips, future airport sites and approach and take off areas.

Class 2 Priority - Intensive cropland, including irrigated farms, meadows, irrigated pasture land, cropland used for dryland culture, lands along valley floors intermingled with cropland, farm and ranch headquarters and storage points.

Class 3 Priority - Unincorporated land zoned residential, multi-family residential, and commercial in which public utilities are a permitted use; lands containing or having significant impact on historical, natural, or archaeological resources, shorelines of major lakes or reservoirs, natural streams and ponds, skylines visible from major transportation routes, geologic hazard areas and critical wildlife areas.

Class 4 Priority - Timbered areas that would require modification or removal to provide clearance for utilities or utility lines; land within the boundaries of approved developments and land suggested as future growth areas around existing communities.

Class 5 Priority - All public and government lands, and all other lands not falling within the definition of Class 1, 2, 3, or 4 Priority.

It is the County's policy to try and locate utility lines and utilities on Class 5 Priority lands.  Any proposal to utilize other priority lands shall demonstrate a clear need to do so and shall consider the visual, environmental, physiographic, and socio-economic characteristics of the land including evaluation of broad ecosystems, topography, soils, hydrology, geology, vegetation, wildlife, climate and unique features so that the siting of utilities and utility lines results in the least possible adverse impact.

BLM_0063358

## 7.4  Logging Throughout the County

Goal　　　　To encourage forested land management based on the health and biodiversity of the forest.

Objectives:

(1)　　Encourage a sustainable local logging industry.

(2)　　Develop incentive-based County logging regulations rewarding good timber practices and discouraging bad timber practices for public and private land.

Policies:

(1)　　Encourage small timber sales over larger ones.

(2)　　Encourage better communication, cooperation and dialogue among all citizens interested in forest management issues.

(3)　　Encourage the protection of environmentally sensitive areas and ecosystems.

BLM_0063359

**ARTICLE II          THE LAND USE PLAN**

The overall objective of the land use plan is to outline a compatible, as well as an efficient, arrangement of land uses.  The plan provides a reasonable relationship of areas that will be required for living as well as areas that should be reserved for commercial, cultural, recreational and educational and service purposes.

The maps developed for this Plan are conceptual, rather than detailed land use maps.  That is, they designate broad areas for housing, commercial and public and semi-public uses, not specific sites for such uses in most cases.  The maps indicate general directions in which it is felt that development could take place consistent with the goals and physical attributes of the planning areas.  The maps do not indicate density and are not to be confused with the zoning map for the County.  Thus, because a broad area is indicated for residential development on a plan map it in no way is meant to imply that the entire acreage should be developed, but rather in most cases, that clustered development somewhere within that broad area would be considered consistent with the Comprehensive Development Plan.

The land use plan is long-range oriented and functions as a general guide to future development.  Any future changes in the zoning map and regulations as well as day-to-day land use changes should be reviewed in light of the proposals of the plan.  The land use plan should not be considered an inflexible blueprint for development, and as circumstances and conditions change, the plan should be reviewed and updated to reflect current trends.  The development of the plan represents the most important aspect of the planning program in terms of providing an overall guide for the future development of the County.  The land use plan reflects the information derived from the many public meetings, the various background studies, and land development standards.

The following sections are brief summaries of the Plan concepts for the planning areas.

BLM_0063360

## SECTION 1.  SAN MIGUEL CANYON AREA

Additional Low Density residential development (as defined in Objective 2.1 (2) above) may occur on privately owned land planned for residential purposes for which no preliminary development plan has been approved by the Board of County Commissioners.

New local service businesses and crafts industries shall be located in Sawpit, along Front Street in Placerville and on the southwest side of the intersection of State Highway 145 and State Highway 62 west of Placerville.  Most public and semi-public uses - post office, cemetery, firehouse - can continue to be facilitated at existing locations.

**Future Land Use Pattern**

The future land use pattern is not anticipated to differ substantially from the existing land use pattern.  A park, recreational facilities, and perhaps a school, should be located as centrally to all canyon residential areas as possible.

BLM_0063361

**SECTION 2.   WRIGHT'S MESA AREA**

AMENDED FEBRUARY 13, 2008

**See page 45**

BLM_0063362

**SECTION 3.  TELLURIDE REGIONAL AREA**

REPEALED AND RE-ENACTED

AS

TELLURIDE REGIONAL AREA MASTER PLAN

ADOPTED JULY 12, 1989

AMENDED DECEMBER 18, 2006

**See Page 46 for Complete Plan**

BLM_0063363

**SECTION 4.          TELLURIDE/OPHIR HIGH COUNTRY AREA**

It is important to preserve and protect the alpine and other high country areas in the upper San Miguel watershed for their historic, scenic, aesthetic and rural landscapes and recreational amenities.  These alpine areas are relatively undeveloped and include backcountry basins and scenic hillsides. The land in these alpine areas is typified by lack of maintained and improved roads, lack of winter plowing, little or no utilities or infrastructure and very limited or sparse development. Characteristics that may be present include sensitive environmental areas (i.e. wetlands, steep slopes, sub alpine forest, wildflowers or tundra), historic mining remnants, high ridges and alpine peaks, and other areas that provide scenic views.  Development in many of these areas can be difficult due to elevation, limited access, steep terrain and other site constraints and create undue adverse impacts on visual and recreational resources. Therefore, it is important to discourage development in areas that would result in demand for public services beyond what is currently provided.

These lands hold many historic, cultural and natural resources including numerous mining sites, mining camps, and prospector trails that represent the historic mining past of these areas.  As seen from the towns of Telluride, Mountain Village, and Ophir, these areas represent historic landscapes, which are essential to the scenic views that contribute to each town's individual identity and economy.  Development in backcountry basins and on scenic hillsides should be limited and/or mitigated and historic access methods should be preserved as a means of maintaining the area's existing historic character.

Because of the tourist-based economy of the eastern portion of San Miguel County, these areas provide a significant economic benefit to the County as they include scenic jeep trails that support the jeeping industry in Telluride, Ophir, Ouray and Silverton, as well as important recreational opportunities for mountain biking, back country skiing, wildflower and wildlife viewing and hiking.  These roads also have provided important public access to public lands.

The rough and unimproved 4-wheel drive character of these roads is essential to maintaining their recreational functions. Road improvements to ensure year round access, fire and police protection, and school bus and ambulance access for residential dwellings would detract from the historic character and recreational purposes of such roads.  Therefore, residential dwellings accessed by these roads should be built with the understanding that the existing level of public service shall not be increased. Persons interested in owning land with ready access to public services and facilities are advised to seek out the more developed areas of the County.

Protection of the natural resources of the upper San Miguel River watershed is paramount. Wildflower viewing is a popular pastime that can be impacted by the invasion of noxious weeds and the scarring of hillsides. Limitations on new development and roads help prevent the invasion of noxious weeds and the visual scarring of hillsides thereby preventing pollution of waterways at the headwaters of the San Miguel River and protecting community drinking water supplies. Limiting impervious surfaces decreases erosion caused by run-off thereby preventing pollution of waterways at the headwaters of the San Miguel River and protecting community drinking water supplies.

BLM_0063364

## SECTION 5.  REMAINDER OF THE COUNTY

The Comprehensive Development Plan for the remainder of the County is fairly general in nature and emphasizes the West End of the County where the impacts of mining are being felt.

There are three different commercial areas proposed in the Plan, located where such use exists at this time and where adjacent housing is expected to develop.  It is expected that the commercial areas at Slick Rock and Dry Creek Basin would continue to provide local trade and service, including gasoline service stations and needed construction or manufacturing areas, and that such an area will redevelop in Egnar along Highway 141.  Most commercial services will continue to be provided in larger communities outside the area, however.  Although not delineated on the Plan, it is expected that isolated lodging or tourist facilities may develop in other parts of the County; these should be considered on their individual merits as proposed.

Small concentrations of residential development are proposed in each of the small established community areas - Ophir, Egnar, Dry Creek Basin, and Slick Rock.

Construction of residences is expected in existing subdivisions on the mesas in the eastern part of the County, but this Plan does not foresee further subdivision on the mesa areas.

It is expected that much of any new housing for mining in the West End of the County will be provided as mobile home development located in existing communities or at the site of major mine or mill developments.

Public services such as fire protection, health services, police protection, domestic water supply and local parks, are inadequate or non-existent in the remainder of the County.  The best solution for some of these services has been, and will continue to be, cooperative agreements with facilities and services available in Dolores County or even San Juan County, Utah.  However, this Plan recommends that further studies be conducted to determine if centralized domestic water can be provided in Egnar and Dry Creek Basin.  Residential and commercial/industrial development Countywide depends on provision by the developer of basic utilities and facilities.

The Plan recommendations for agriculture County-wide coincide with those made by the Wright's Mesa Area:  preservation of prime agriculture lands in the County by locating new development on non-productive lands; development of water resources where that will not radically alter the natural environment; preservation of the summer grazing necessary to ranching by locating intensive recreation use in areas which will not conflict with grazing permits on public lands.

Outdoor recreation opportunities are one of the major assets of the county and yet developed facilities are inadequate, even at present, to handle the influx of summer tourists and fall hunters.  Although most of the lands impacted in this manner are public lands managed by the State Division of Wildlife, the U.S. Forest Service and Bureau of Land Management, this Plan includes one major recommendation to these agencies in their planning.  The Plan recommends that additional camping and picnic areas be developed and maintained especially along Highways 145 and 62 and in the San Miguel Canyon and Ilium areas near Telluride.  The

BLM_0063365

impacts of uncontrolled camping along the San Miguel River during peak summer periods are already a problem to be considered.

BLM_0063366

**ARTICLE III.  CONCLUSION**

These two elements of the Comprehensive Development Plan for San Miguel County - Goals, Objectives and Policies and the Conceptual Land Use Maps - are intended to be workable guidelines for future decisions by public and private entities about the physical development of the County.  They are intended to aid in ensuring the integrity of existing communities while accommodating growth, to aid in preserving and developing the resource base of the County to provide stable economic development and to help preserve the physical characteristics and "sense of place" which make our County a unique and valuable region.  Following is a short section on how these elements of the Comprehensive Development Plan can be implemented.

BLM_0063367

## ARTICLE IV.  IMPLEMENTATION PROCEDURES

While the master plan, through its written policies, goals and objectives and conceptual maps provides the general framework for future physical, social and economic development, it <u>does not</u> in itself provide the mechanics to accomplish the task of meeting policies, goals and objectives.  Thus, other methods of implementing the "plan" must be developed and used.

## SECTION 1.  LEGAL PROVISIONS

Traditionally, the legal tools to implement land use plans have included zoning and subdivision regulations.

The zoning regulations and maps provide the means of implementing not only the use of land but also the height, bulk, floor area and yard requirements.

The second legal provision of the Plan is the subdivision regulations that assist in establishing the quality of development.  The planning procedures, outlined for the regulations, provide the County Planning Commission with additional power to coordinate and enforce the proper installation of streets and thoroughfares, public utilities, and open space in accordance with the Comprehensive Development Plan.  It is recommended that subdivision regulations be developed by the Towns of Norwood and Telluride to provide the towns with better control and standards for new development within or adjacent to their boundaries.

While the present subdivision regulations have served the County well, it is recommended that they be rewritten or perhaps combined into a County Land Use Code in order to make them easier to use and to administer.  It is further recommended that the County Zoning Resolution be completely revised and rewritten to reflect actual and proposed land uses and the goals of the Comprehensive Development Plan.

A possible third legal provision is the concept of Transferable Development Rights.  Under such a concept, all land is granted development rights based on a standard formula.  The TDR concept is being analyzed by the County Planning Commission to see if it would be useful in San Miguel County.

Other means of implementation which should be studied in detail for the appropriateness to all or portions of San Miguel County are as follows:

(1)     County-wide, or portion of County, Housing Authority.

(2)     View corridor and scenic vista regulations (a detailed inventory and investigation will have to be conducted in this regard).

(3)     Changes in certain State legislation such as utilization of assessment techniques to promote better land use planning; and changes in certain laws relative to value of land, i.e. Colorado inheritance laws use highest and best use of land for valuation purposes.

BLM_0063368

(4)     Establishment of special taxing districts to provide special services such as some utilities and facilities and recreation and cultural needs.

(5)     Special permit procedure for the purpose of preserving natural resources and controlling development in physically dangerous areas.

(6)     Strict investigation of need in areas where local, state or federal approvals and permits or licenses are required, such as liquor licensing and permitting of special events, etc.  The impacts on the community should be given substantial investigation in terms of the short-range and long-range needs.

## SECTION 2. FINANCING

The Capital Improvements Program is one of the most effective means of implementing the public improvements outlined in the Comprehensive Development Plan.  The program applies sound business procedures to government financing whereby cost estimates and priorities established for the various local improvements based on the fiscal capacity of the community. The initial budget period covers six years and each year, prior to the preparation of the annual budget, the program is revised, updated and advanced an additional year by the County Planning Commission and the Board of County Commissioners thereby providing a continuous six-year program.  Based upon the Comprehensive Development Plan as approved and adopted by the County Planning Commission, the Capital Improvements Program will be developed and presented in a separate report.

## SECTION 3. COMMUNITY PARTICIPATION

Without the support and understanding of the planning concepts by the residents of the County, the Comprehensive Development Plan has only limited effectiveness.  The involvement of various groups and organizations as well as individuals is most essential during the implementation of the legal provisions and the financing phases of the program.

## SECTION 4. FIRST STAGE IMPLEMENTATION PROCESS

It is the recommendation of this Plan, that large land tract holdings should be master planned and developed as a single unit or entity.  Certainly, the overall development of the Telluride Regional Area can be more successfully completed by the coordinated development on the large tracts surrounding the town of Telluride.

Flexibility in the Plan is extremely important so long as the overall concepts and goals of the Plan are maintained in any future zoning or rezoning situations.  For instance, if any large scale development plan is proposed which may provide recreational, commercial or residential land uses designed to further enhance and strengthen the year-round resort economy of the County, such plans should be given careful consideration by the County Planning Commission and the Board of County Commissioners.

BLM_0063369

In regard to the task of amending the zoning resolution and existing zoning to reflect the master plan, it is recommended that the county and private enterprise use a one or two year "no action" period to afford everyone the opportunity to amicably amend the zoning regulations by the development of workable zoning classifications and maps.  It is recommended that during this time period no building permits will be issued on land which is presently zoned for uses not in conformance with this Plan, and at the same time, the zoning classifications will not be altered by official action of the County.  It is the stated intent that during or after such period fair solutions involving zoning and rezoning which will implement the concepts of this Plan should be reached.

BLM_0063370

MAP WRIGHT'S MESA AREA

San Miguel County Comprehensive Development Plan/Page 42

BLM_0063371

MAP WEST END AREA

San Miguel County Comprehensive Development Plan/Page 43

BLM_0063372

MAP TELLURIDE/OPHIR HIGH COUNTRY AREA

BLM_0063373

# WRIGHT'S MESA MASTER PLAN AREA

Amended February 13, 2008

BLM_0063374

**TELLURIDE REGIONAL AREA MASTER PLAN**

(Adopted July 12, 1989)

(Amended through December 18, 2006)

BLM_0063375

BLM_0063376



# Wright's Mesa



# MASTER PLAN

San Miguel County, Colorado



February 13, 2008

BLM_0063377

# *Acknowledgements*

## Citizen Advisory Committee

Ray Cossey

John Herndon

Edie Montague

April Montgomery

Curtis Odom

Larry Ranney

Matt Redd

Oak Smith

## Planning Commission

Kris Holstrom, Chair

Pamela Hall, Vice-chair

Joe Reagan, Secretary

Curtis Odom, Regular Member

Lee Taylor, Regular Member

Joel Coniglio, Sr. Alternate

Brian Ahern, Alternate

## Board of County Commissioners

Elaine Fischer

Joan May

Art Goodtimes

## Staff & Consultants

### *San Miguel County*

Mike Rozycki, Planning Director

Karen Henderson, Associate Planner

Amy Bosse, Planning Technician

Heather Widlund, GIS Coordinator

### *Clarion Associates*

Ben Herman, AICP, Principal in Charge

Lesli Ellis, AICP, Principal, Project Manager

Amy Kacala, Associate Planner

Michelle McNamara, Intern

With assistance from American Farmland Trust, Norwood Master Plan Committee members, and citizens of Wright's Mesa.

# *Table of Contents*

Chapter 1. Introduction and Overview .......................................................................1
 Where is the Planning Area? ...............................................................................1
 When Does this Plan Apply? ...............................................................................1
 What is the Plan's Purpose? ................................................................................1
 What are the Key Issues? ....................................................................................2
 How is the Plan Organized? ................................................................................3
Chapter 2. Vision Statement ......................................................................................5
Chapter 3. Goals and Policies ...................................................................................7
 Overview ............................................................................................................7
 Land Use Balance / Orderly Growth ...................................................................7
 Economic Vitality ..............................................................................................12
 Character and Scenic Quality............................................................................13
 Environmental Quality.......................................................................................14
 Transportation Mobility and Safety ...................................................................15
 Adequate Facilities and Utilities........................................................................16
 Public Lands Access and Coordination .............................................................18
Chapter 4. Future Land Use .....................................................................................19
 Overview ..........................................................................................................19
 Future Land Use Plan Primary Concepts............................................................19
 Guide to Using the Future Land Use Plan...........................................................20
 Town Land Use Categories – Norwood Master Plan Area .................................24
 Rural Land Use Category and Options – Wright's Mesa ....................................28
 Wright's Mesa Rural Development Principles .....................................................37
Chapter 5. Strategies................................................................................................39
 Overview ..........................................................................................................39
 Priority Actions..................................................................................................39
 Strategies ..........................................................................................................40

BLM_0063379

Appendix

Appendix A.  Existing Conditions ............................................................................. A-1

Appendix B.  Options for Farm and Ranch Land Conservation .................................B-1

Appendix C.  Public Participation Summary ............................................................. C-1

Appendix D.  Definitions ...........................................................................................D-1

Figures

1.1:  Wright's Mesa Master Plan Area........................................................................4

3.1:  Norwood Master Plan Area ..............................................................................8

4.1:  Future Land Use Plan ....................................................................................21

4.2:  Future Land Use – Norwood Master Plan Area ...............................................22

Inventory Maps
Map 1:  Wright's Mesa Planning Area
Map 2:  Existing Land Use
Map 3:  Development Status – Vacant Lands
Map 4:  Norwood Future Land Use Plan
Map 5:  General Ownership
Map 6:  Parcel Sizes
Map 7:  Existing Zoning
Map 8:  Oil and Gas Leases
Map 9:  Vegetation and Wildlife Habitat
Map 10:  Water Service Area
Map 11:  2007 Fire Protection Districts (and proposed expansion)
Map 12: San Miguel County Fire Hazard Map
Map 13: BLM Wildfire Risk Assessment Map

BLM_0063380

# *Chapter 1.  Introduction and Overview*

The Wright's Mesa Master Plan is a plan for the future.  It contains a Vision, goals and policies, a Future Land Use Plan and specific strategies.  This Plan is an update to the 1998 Master Plan and reflects the work of a Citizen Advisory Committee (CAC) appointed by the Board of County Commissioners, as well as a great deal of input from the public during various events in 2007.

## Where is the Planning Area?

The Wright's Mesa Master Plan applies to a 50± square mile area of unincorporated San Miguel County surrounding the Town of Norwood.  It is bordered by the Montrose County line to the north, the Naturita canyon to the west and Beaver Canyon to the east, and it terminates just south of Gurley Reservoir.  (See Figure 1.1: Wright's Mesa Master Plan Area, on page 4.)

## When Does this Plan Apply?

The Wright's Mesa Master Plan is a policy document intended to provide guidance for future land use activities.  In accordance with Colorado law, as a part of the county's Comprehensive Plan, it is not a regulatory document.  Therefore, this Plan does not apply to existing land uses or agricultural activities, but looks to the future and describes the intent for the kind of activities that should occur if development occurs.  The county's Land Use Code is the regulatory document that describes what kind of land use and specific activities are permitted and regulates how buildings may be placed on a piece of land as well as procedures for re-zoning and other planning applications.

## What is the Plan's Purpose?

The Wright's Mesa Master Plan is a sub-area plan that is part of the county's Comprehensive Plan.  The Plan will help to maintain and enhance the qualities that make the Wright's Mesa area a great place in which to live, work, and play, by guiding San Miguel County in its decisions as new development or changes occur.

## The Plan is an Update to the 1998 Plan

The 1998 Plan had a strong focus on balancing protecting the rural character and lifestyle of Wright's Mesa while allowing for economic opportunity.  This update was an opportunity to prepare an overarching "mission" or "vision" statement in this Plan, and to clarify the plan's intent.  It also reaffirms and clarifies statements about the area:

- Identifying "rural" and "town" character areas of Wright's Mesa,

- Identifying where economic opportunities should occur and what type,

- Defining what type of flexible land use opportunities are appropriate and where,

- Identifying how to minimize conflicts and ensure compatibility,

- Identifying specific environmentally sensitive areas and what measures to put in place to protect them,

- Addressing what is an adequate number of permanent housing units (for Norwood and Wright's Mesa), and

- Determining how to locate development in areas where visual impacts can be mitigated.

The 1998 Plan did not provide specific direction on appropriate land uses within distinct areas of the Mesa—deferring to a "good neighbor" strategy for deciding land uses, should no consensus be reached.

BLM_0063381

## What are the Key Issues?

Early in the planning process, the planning team and Citizen Advisory Committee identified a number of issues that this Plan needed to address. Three of the most critical key issues are:

1. Protecting character and natural features,

2. Coordinating with the Town of Norwood, for future growth plans, and

3. Revising zoning to provide more clarity to avoid complex, case-by-case review of every project.

These issues are summarized below.

## Protecting Character and Natural Features

The 1998 Plan emphasized protecting rural character, encouraging agriculture and ranching, and protecting natural features. This Plan update better defines the specific features to support or protect, such as habitat areas. The plan emphasizes the need to continue to balance growth in a manner that protects natural features and rural lifestyles, and does not inhibit viable agriculture—even as the area experiences more pressure for development.

## Coordinating with the Town of Norwood

The self-described "Cozy Cowboy Town" of Norwood has a population of just under 500 people, and the incorporated town covers almost 170 acres.

The town recently adopted an update to its master plan to address growth and development in the town and in the Future Land Use Plan Boundary. It expanded the 1996 boundary to accommodate a build-out of 1,500 residents, while still seeking to retain its small-town characteristics. (Note: This Plan refers to the expanded boundary as the "2007 Future Land Use Plan Boundary" for purpose of the Wright's Mesa Master Plan.) The town's 2007 Future Land Use Plan boundary is an area of joint concern for Norwood and San Miguel County, because the land is unincorporated and thus is still subject to county development review and project approval. Coordination with Norwood to plan for this joint area (i.e., within the 2007 boundary) and for utilities and development was an important part of the Wright's Mesa planning effort.

## Wright's Mesa Zone District and Recent Development

The San Miguel County Land Use Code classifies virtually all land on Wright's Mesa outside of Norwood town limits as Wright's Mesa (WM) Zone District. The WM district does not distinguish appropriate "town" uses in areas closer to Norwood or within the town's planning area boundary.

The intent of the WM district was to discourage large-lot patterns of sprawl and discourage strip commercial development. Depending on the lot size, a landowner is eligible for a single-family dwelling, a home occupation, and agriculture and ranching uses, plus a second principal use or second dwelling unit on each lot. Other uses and activities require a Special Use Permit.

The county and residents were finding the Special Use Permit ("good neighbor" strategy) for managing land use and development inherent in the 1998 Plan and WM District difficult to administer. The strategy does not provide clear criteria or standards regarding land use.

In addition, recent development proposals for mixed industrial and large facilities in more remote and rural areas on the Mesa may not be entirely compatible with neighboring agricultural and residential uses and the intent of the WM Zone District. This Plan is intended to more clearly address compatibility issues, and provide better guidance for decision-makers. This Plan recommends adjustments to the Land Use Code. (See Chapter 5, Strategies.)

BLM_0063382

## How is this Plan Organized?

This Plan contains five parts, including:

- Chapter 1. Introduction and Overview (this section),

- Chapter 2. Vision Statement, which reflects the broad values and intent of this Plan,

- Chapter 3. Goals and Policies, which address growth and development, economic vitality, resource conservation, and other topics,

- Chapter 4. Future Land Use Plan, which includes the map and describes future land uses and development patterns for all of Wright's Mesa and the area to be coordinated with the Town of Norwood— the Norwood Master Plan Area, and

- Chapter 5. Strategies, which addresses actions and priorities to implement this Plan.

The plan appendices also include:

A. Existing Conditions (2007) and inventory maps,

B. Options for farm and ranch land conservation,

C. Summary of the public participation process to update this Plan, and

D. Definitions.

BLM_0063383



*Figure 1.1: Wright's Mesa Master Plan Area*

BLM_0063384

# *Chapter 2.  Vision Statement*

The Vision is a broad statement of values and ideals for Wright's Mesa to explain the general intent of this Plan.

## In the future, Wright's Mesa will:

♦ **Foster orderly growth that is compatible with our small town and rural characteristics;**

♦ **Maintain our rural way of life, equestrian activities, and agriculture;**

♦ **Protect our assets (views, wildlife, public land access, night sky, sense of space and open lands);**

♦ **Retain opportunities for families and multiple generations to live and work on Wright's Mesa;**

♦ **Promote land use that conserves energy and resources; and**

♦ **Celebrate our independent spirit and history.**



BLM_0063385

This page blank

BLM_0063386

# *Chapter 3.  Goals and Policies*

## Overview

Goals are statements about what the county aims to achieve.  They are intended to give decision-makers and citizens a clear idea about this Plan's intended direction.  Policies will provide a definite course of direction for the county that will guide decisions.  They provide ongoing guidance for elected and appointed officials, staff, and administrators as community leaders make decisions about development, programs, and capital investments.

This section contains goals and policies for the following topics:

- Land Use Balance and Orderly Growth,
- Economic Vitality,
- Character and Scenic Quality,
- Environmental Quality,
- Transportation Mobility and Safety,
- Adequate Public Facilities and Utilities, and
- Public Lands Access and Coordination.

## Land Use Balance and Orderly Growth

Some of the key issues driving this Plan relate to future land use and growth on Wright's Mesa and the Town of Norwood, as addressed in the Introduction.  The goals below complement the Future Land Use Plan (in Chapter 4) and aim for orderly growth and future development that is compatible with the small Town of Norwood and the rural areas and agriculture outside it.

Specifically they address:

1. Overall balanced land uses and coordinated growth,
2. Planned Town of Norwood growth,
3. Town residential and housing in neighborhoods,
4. Norwood commercial core,
5. Industry and jobs,
6. Compatible rural residential, and
7. Viable and sustained agriculture and natural resources.

### *Goal LU 1 – Balanced Land Uses and Coordinated Growth*

Promote coordinated, compatible, and balanced land use activity on Wright's Mesa, distinguishing between town-level development and rural uses to plan for efficient and orderly growth and to retain the character of the area.

BLM_0063387

## Policies

### LU 1(a) – Future Land Use Plan

Future growth and development on Wright's Mesa will be consistent with the Future Land Use Plan and the goals and policies of this Plan.

## Goal LU 2 – Planned Town of Norwood Future Growth

Support a logical expansion of the Town of Norwood that provides adequate land for town growth, creates livable neighborhoods near services with open lands and parks and other civic facilities, supports viable economic development, protects agriculture lands, and promotes efficient use of utilities and services.

## Policies

### LU 2(a) – Norwood Master Plan Area

New town-level development on Wright's Mesa will occur first within the town's incorporated limits, and second within the Town of Norwood Master Plan Area. (See Future Land Use Plan.)



Figure 3.1: Norwood Master Plan Area

### LU 2(b) – Coordinated Town Growth for Properties Eligible for Annexation

Development within the Norwood Master Plan Area will meet Norwood standards for new residential and commercial uses, and be annexed at the time of being developed if eligible for annexation.

### LU 2(c) – Coordinated Town Growth for Properties Not Eligible for Annexation

In those instances where property within the Norwood Master Plan Area that is proposed for development is not eligible for annexation, it will still meet town standards for new residential and commercial uses, and will be subject to a pre-annexation agreement to ensure that said development is annexed to the town in an orderly manner when it is eligible.

## Goal LU 3 – Town Residential and Housing in Neighborhoods

New residential neighborhoods will locate where they can be served with sewer and water near town services and jobs, and they will provide housing opportunities for Wright's Mesa residents, families, and workers.



Norwood Residential Neighborhood

BLM_0063388

## Policies

### LU 3(a) – Town Residential to Have Public Improvements and Utilities

Town-level residential development (i.e., at least one unit per acre) will only occur within the Norwood Master Plan Area, where basic public improvements and services are available or where they are provided by the landowner or developer. Neighborhoods should be within walkable distances of parks, schools, and services (i.e., less than half a mile).

### LU 3(b) – Housing for Diverse Population

Encourage construction and maintenance of housing to meet the diverse needs of the community.

### LU 3(c) – Housing to Meet Future Needs

Future town neighborhoods within the Norwood Master Plan Area should provide housing units to meet the needs of the projected population.



*New residential example.*

### Goal LU 4 – Vibrant Commercial Core in Norwood

Commercial services for Wright's Mesa will occur in the Town of Norwood and its planning boundary to ensure efficient services and utilities, avoid strip commercial, and create a vibrant community core.



*Existing grocery and offices in "Commercial Core" of Norwood.*

## Policies

### LU 4(a) – Norwood as Wright's Mesa Commercial Core

The Town of Norwood is the vital commercial center of Wright's Mesa. Commercial uses will locate in Norwood and its planning boundary where adequate public services, improvements, parking, and utilities can be provided in a cost effective manner. No proliferation of commercial development will occur along Highway 145 outside the Norwood Master Plan Area.

### LU 4(b) – Commercial Uses that Fit Town Character

New commercial development will minimize its impacts on neighboring properties (in mixed agricultural and residential areas) by locating in designated town locations. It will be designed to fit the "small town" through siting and design of

BLM_0063389

buildings and parking lots that are pedestrian-oriented, buildings oriented to the street, and in scale with adjacent structures.

## Goal LU 5 – Industry and Jobs

Establish and maintain a supply of land designated for light industry to provide employment for current and future residents of Wright's Mesa.

## Policies

### LU 5(a) – Light Industry in and Near Norwood

New light industrial uses will locate within the Norwood Master Plan Area in locations shown on the Future Land Use Plan.  Light industry should occur where adequate public services, improvements, parking, and utilities (water and sewer) can be provided in a cost effective manner and in a way that does not negatively affect adjacent residential areas and scenic quality. (See Chapter 4, Light Industry category, for more information.)

### LU 5(b) – Light Manufacturing and Craft Industries Desirable

New light manufacturing and craft industries will provide job opportunities and fit the small town and rural atmosphere of Wright's Mesa through proper location and design.  Such facilities should occur in designated Light Industry areas.

### LU 5(c) – Light Industry Designed to Fit Character

New light industry will be designed to respond to the rural or neighborhood character of the area within which it will be located.

### LU 57(d) – Heavy Industry Criteria

Heavy industry will occur only where it meets criteria that addresses location, use compatibility, traffic access and impacts, availability of services, and visual impacts.  (See Chapter 4, Heavy Industry category and criteria, for more information.)

### LU 5(e) – Heavy Industry and Resource Extraction will Mitigate Impacts

Mining activities and exploration will expand only when developers can mitigate impacts on environment and community and meet all applicable county land use standards.

## Goal LU 6 – Compatible Rural Residential

New rural residential will be compatible with rural lifestlyes, agriculture, scenic views, and sensitive areas, and it should be configured to conserve productive agricultural lands to the extent possible.

## Policies

### LU 6(a) – Promote Conservation of Productive Agricultural Lands

Development that occurs outside of the Norwood Master Plan Area will continue at very low densities to conserve productive agricultural lands to the extent possible.

This Plan provides two rural land use options to transfer residential units away from productive agricultural lands and to configure lots to conserve open lands (i.e., Open Land Protection Subdivision Exemption).  The county will provide density bonuses as incentive for conserving productive agriculture. (See Chapter 4:  Rural Land Use Categories and Options.)

### LU 6(b) – Very Low Density Residential Development and Agriculture

Development on lands that are outside of the Norwood Master Plan Area will remain at very low densities (i.e., no more than 1 residential unit per 35 acres), except where rural land use options are used.

BLM_0063390

## Goal LU 7 – Viable and Sustained Agriculture and Natural Resources

Enhance the economic viability of agricultural lands and promote opportunities for rural and agricultural support uses that conserve and enhance our agricultural and rural way of life.

## Policies

### LU 7(a) – Agricultural Support Uses

Allow a range of land use options for agricultural lands as a means of promoting and enhancing opportunities for large parcels of land to remain intact, agriculturally productive, and economically viable.  Recognize and provide flexibility for farmers and ranchers to be able to respond to a future bio-economy (where agriculture plays an increasing role in providing new types of plant-based and renewable energy as well as food).

### LU 7(b) – Water Resources Protection

New development should protect quantity and quality of water resources for agriculture as well as development uses.

### LU 7(c) – Encourage Voluntary Options to Conserve Agriculture Lands

The county will encourage the use of the Open Land Protection (OLP) process to conserve intact agricultural lands and cluster residential development on unproductive land.  This Plan also encourages non-contiguous parcel density transfers away from productive lands and encourages pursuing additional opportunities for purchasing development rights (PDR).  The county has a program, but its PDR criteria do not favor high land values of Wright's Mesa properties.

### LU 7(d) – No New Regulations for Existing Agricultural Operations

The county will not create new regulations that unduly affect existing farming and ranching operations.



*Agriculture is important to the economy of Wright's Mesa.*

### LU 7(e) – Wright's Mesa Right to Farm

Promote a Right to Farm law for Wright's Mesa to limit nuisance complaints for new residential neighbors regarding pre-existing operating agriculture.

BLM_0063391

# Economic Vitality

This section addresses economic issues for the town and rural economy. Norwood recognizes it needs more year-round sustainable commercial services to improve the tax base and to provide services and recreation options for residents. Such economic development is a function of Norwood's plan and takes place through coordination with the Chamber of Commerce and other economic development organizations.

This Plan does not play a significant role in strategic economic development for the town, other than to ensure that its policies are consistent with those of the town. It also aims to support rural economic activity that is consistent with the character and livability of the area.

## Goal EV 1 – Stable, Diverse Economy

Promote a stable and diverse town economy while maintaining agriculture and ranching as an essential sector on Wright's Mesa.





*Agriculture and rural economic uses and tourism contribute to the economy of Wright's Mesa.*

## Policies

### EV 1(a) – Support a Diversified Economy that Creates Jobs Appropriate for the Mesa

Support a diversified economy appropriate to the scale of the community and economic activity on Wright's Mesa, promoting the following types of activities:

- Agriculture and equestrian activities and support activities,
- Small, locally-serving businesses, and local service economy,
- Craft industry and businesses,
- Other small scale businesses and clean industries, and
- Agricultural tourism- and recreation-related services and facilities including guest ranches and Bed and Breakfasts.

### EV 1(b) – Business and Industry Locations that are Consistent with Future Land Use Plan

Encourage commercial and industrial development to locate in designated locations shown on the Future Land Use Plan (either in the town or its Master Plan boundary), where public facilities exist or are planned to accommodate such development cost-effectively.

BLM_0063392

### EV 1(c) – Agriculture-Support Uses

Allow by-right support agriculture uses necessary for farms and ranches (See Chapter 4 for a list of uses and criteria.).

### EV 1(d) – Home Occupations

Continue to promote non-retail home-based employment opportunities through continued allowed home occupations.

## Character and Scenic Quality

The 1998 Plan supported protection of scenic quality on Wright's Mesa, recognizing the views, history, and rural image as unique assets of the area contributing to its character and value as a place to visit and live.  The goal below carries forward the intent of the 1998 Plan as well as input in 2007.

### Goal CS 1 – Wright's Mesa Character and Scenic Quality Protected

Protect the scenic quality and historical and cultural features of Wright's Mesa by minimizing the visual impacts of development.

## Policies

### CS 1(a) – Wright's Mesa Image and Appearance

The county will encourage and cooperate with the Town of Norwood, other government entities, and landowners, to protect attributes of Wright's Mesa that contribute to its unique character and image, including:

- Small, self-contained town,
- Scenic views of mountains from Highway 145 and county roads,
- Natural, forested setting with low intensity development, and

- Large, intact properties with viable agriculture.





*The small town and ranches contribute to the character and image of Wright's Mesa, as illustrated by two images above.*

### CS 1(b) – New Development Maintains Scenic Quality and Highway Views

New development will be sited to minimize the negative visual impacts on neighboring properties and rights-of-way.  New residential development along State Highway 145 should be set back from the road if possible, and landscaped and screened with trees or other vegetation or topography to maintain scenic quality.

### CS 1(c) – Preserve Rural Historical Features

Landowners in rural areas should preserve historical structures, sites, and other features to the extent possible.

BLM_0063393

### CS 1(d) – Rural Roads Fit Topography

New roads and driveways will follow natural topographic contours wherever possible and should be constructed to reflect rural qualities of the area.

### CS 1(e) – Transmission Lines Mitigate Impacts

Interstate and trans-country utility transmission lines should be installed in a manner that protects scenic corridors and mitigates adverse impacts on residents.

### CS 1 (f) – Maintain Dark Skies

Protect dark night skies and maintain ambiance of the night sky through lighting standards. Limit lighting to the amount needed to address safety and security while preventing glare.

## Environmental Quality

Residents on Wright's Mesa value its setting on the mesa between two river canyons and nestled in the San Juan Mountains with great access to public lands. The clean air, water, and connection with the outdoors, wildlife, and the San Miguel River is a key aspect of quality of life.

The goals in this section address how to maintain a healthy and clean environment and address overall environmental health and quality, air and water quality, and energy resources and conservation. This Plan does not suggest goals or policies that San Miguel County already addresses through its countywide codes or plans.

### Goal EQ 1 – Overall Environmental Quality Sustained

Protect environmental quality and environmentally sensitive areas (such as wildlife habitat and streams), on Wright's Mesa, while avoiding unnecessary infringement on private property rights.

## Policies

### EQ 1(a) – Avoid Environmentally Sensitive Areas

Development and land disturbance should not occur in environmentally sensitive areas, including wetlands, streams, wildlife habitat areas, and source water protection areas to the extent possible. If no alternatives are available, development will mitigate impacts.

### EQ 1(b) – Avoid Steep Slopes

To the extent possible, development and roads should not occur on steep slopes. Roads and driveways should follow topographic contours to minimize disturbance and erosion.

### EQ 1(c) – Conserve Wildlife Habitat

New development will be designed to conserve wildlife habitat, including Gunnison Sage Grouse and Elk winter concentration area, to the extent possible. (See principles for wildlife-friendly development in Chapter 4.)

### EQ 1(d) – Development Mitigation— Geologic Hazards

New development will comply with countywide standards for Geologic Hazard Areas.

### EQ 1(e) – Protect Vegetation

New development will protect existing vegetation, including large significant healthy trees, to the extent possible.

### EQ 1(f) – Noxious Weed Control

New development will minimize land disturbance that may contribute to non-native invasive plants (noxious weeds) harmful to agriculture as well as native plants and animal species.

BLM_0063394

## Goal EQ 2 – Protect Water and Air Quality

Protect and seek to improve water quality and air quality, and discourage land uses and development patterns that would be detrimental to clean water and air.

### Policies

### EQ 2(a) – Source Water Protection

New development will be sited to minimize impacts on surface water bodies, including streams and ditches of Wright's Mesa, particularly within the Source Water Protection area.

### EQ 2(b) – Improve Air Quality

The county will help protect and improve air quality by promoting compact development to reduce vehicle miles traveled and encourage county transit use.  Development and land disturbance should also not create fugitive dust problems.

## Goal EQ 3 – Energy Resources and Conservation

Land uses will conserve energy and encourage walking, bicycling, and transit use.

### Policies

### EQ 3(a) – Land Use Planning

To promote efficient use of energy resources, a majority of new housing and industry on Wright's Mesa should occur within the Norwood Master Plan Area.

### EQ 3(b) – Energy Demands

All public utility feasibility studies will include consideration of present and future local energy demands.

### EQ 3(c) – Energy Efficiency and Green Building for Residences

The county requires energy conservation and green building through its "Prescriptive Energy Code and Green Building Standards" adopted in 2005 (LUC Section 230).  New residential development on Wright's Mesa will comply with the standards to conserve energy and also use renewable resources when possible.

## Transportation Mobility and Safety

Residents of Wright's Mesa would like to continue to have an efficient and safe transportation system that works for vehicles and also transit, pedestrians, equestrians, and bicycles.  The goals in this section address the connectivity and expanded opportunities for multiple modes of transportation.

## Goal T 1 - Connected, Safe Transportation System

Develop and maintain a transportation system that serves both the existing and future population of the Wright's Mesa Area.  The system will be comprised of roads, bikeways, pathways, and transit.

### Policies

### T 1(a) – Adequate Level of Service for Roads

New development should not result in traffic hazards or significant service level reduction on County roads or State Highway 145.  Rural roads will be built to meet county road standards.

BLM_0063395

### T 1(b) – Roads, Transportation Facilities, Connected and Coordinated

Development of transportation facilities, especially the county road system, should be coordinated with proposed land use patterns to direct growth and provide efficient service.  All future streets in the Norwood Master Plan Area should connect with other streets (either existing or planned).  Cul de sacs are not a desirable pattern.  Streets should be designed for pedestrians and to control traffic in neighborhoods.

### T 1(c) – Public Transit

The county will continue to support and enhance public transit to and from Telluride in order to reduce traffic strain on Highway 145 and Norwood Hill.

### T 1(d) – Connected Trails

The Norwood Master Plan and Future Land Use Plan shows trails in and around the town.  Trails should be developed for recreational purposes (e.g., walking, equestrian, and biking) to connect to and from public lands trails, and as alternatives to vehicular travel.  Trails could be parallel to county roads if adequate right of way exists.

New developments should provide trails and should provide alternatives to the use of the automobile and opportunities for passive recreation.  Trails should respect private property rights and not interfere with agricultural land management or wildlife habitat to the extent possible.

The county will work with the town and regional trails groups to identify locations and ways to link trails to provide access to surrounding public lands.

### T 1(e) – Pedestrian and Bike Network in and Adjacent to Town

New town neighborhoods will have pedestrian and bike networks to supplement roads and vehicular travel.

## Adequate Facilities and Utilities

This section addresses facilities and services that contribute to health, safety, and welfare of residents on Wright's Mesa.  The county is responsible for providing some, but not all public services.  For instance, it provides road maintenance, public safety, extension services, and Fairgrounds.  The Town of Norwood, Norwood Water Commission, Norwood Sanitation District, R2J School District, Norwood Fire Protection District, provide utilities and services.

These goals aim to ensure that proper facilities and services are in place as new development occurs, and that coordination takes place between the agencies.

### Goal PS 1 – Adequate Facilities and Services

Develop and maintain public and semi-public facilities and recreation facilities of adequate size and condition, and at proper locations, to serve the existing and projected population of Wright's Mesa.

### Policies

### PS 1(a) – Development does not Exceed Capacity of Utilities

New development will not exceed capacity of utilities and facilities (addressed in policies below) to meet the needs of existing and future residents.

### PS 1(b) – Health and Emergency Services Facilities

New development will not exceed capacity for adequate health facilities and emergency services—including ambulance, clinic, and

BLM_0063396

search and rescue—to meet the needs of existing and future residents.

### PS 1(c) – Adequate Fire Protection

New development will not exceed capacity for adequate fire protection facilities and equipment, pursuant to Norwood Fire District.

### PS 1(d) – Fire Hazard Prevention and Mitigation

New development will avoid high wildfire hazard ranges, as identified on the San Miguel County Fire Hazard map, or will mitigate hazards.

### PS 1(e) – Public Parks and Recreation Facilities

New town residential development will develop and maintain public parks and recreation facilities to meet the needs of future residents and that are consistent with town standards. The Future Land Use Plan designates two future locations.

### PS 1(f) – School Capacity

New development will not exceed school capacity.

### PS 1(g) – Telecommunication Facilities

Encourage the expansion of telephone, television, and radio services to all areas of Wright's Mesa where residents desire such services.

### PS 1 (h) – County Fairgrounds

Lands north of the County Fairgrounds are designated as Agriculture / Rural residential land use category, which is compatible with the Fairgrounds use to avoid future complaints about noise, odor, and dust. This land should not convert to Town Residential.

## Goal PS 2 – Adequate Water and Sewer

Ensure new development has adequate water and sewer.

## Policies

### PS 2(a) – Adequate Water and Sewer Utilities

All new town developments will have adequate community water and sewer. New rural developments must comply with county requirements for well and septic.



*Norwood water storage.*

### PS 2(b) – Adequate Water for Rural Residential Development

New rural residential development will have adequate on-site water to meet its needs before land subdivision occurs.

### PS 2(c) – Water Conservation

The county will encourage water conservation to maintain an adequate and stable water supply for agriculture, domestic, commercial, and industrial uses.

BLM_0063397

# Public Lands Access and Coordination

The goals in this section address balancing demands for public lands use and coordinating with federal agencies.

## Goal PL 1 – Public Lands Access

**Protect and benefit all public land users and retain access to public lands as new development occurs.**

## Policies

### PL 1(a) – Outdoor Recreation Facilities

The county will encourage public agencies to create and improve outdoor recreation facilities, such as camping and trails, where appropriate on public lands.

### PL 1(b) – Managed Recreation Access and Grazing

Public recreation areas should avoid conflicts with traditional grazing use of public lands.

### PL 1(c) – Resource Conservation on Public Lands

Historical, archaeological, and natural resources and landmarks on public lands should be preserved to the extent possible.

BLM_0063398

# Chapter 4. Future Land Use

## Overview

This chapter describes the Future Land Use Plan which illustrates how and where to best accommodate future growth on Wright's Mesa and how to balance growth and conservation in a sustainable manner. Overall, the Future Land Use Plan will foster orderly development that is efficient to serve logical town growth around Norwood while protecting the natural environment and retaining desirable rural qualities of Wright's Mesa. The Future Land Use Plan does not apply to existing land uses, unless landowners are proposing new development, and it does not propose changes to stable developed areas or neighborhoods. It also upholds the rights of property owners by maintaining current zoning and a certain level of flexibility.

## Future Land Use Plan Primary Concepts

The Future Land Use Plan has five primary concepts, described below. They are:

1. Concentrate town growth within the Norwood Master Plan Area.

2. Promote Norwood as the commercial "center" for Wright's Mesa.

3. Provide options for landowners, including agriculture support uses.

4. Promote rural residential patterns that fit the character of Wright's Mesa.

5. Protect sensitive resources.

## Concept 1. Concentrate Town Growth in the Norwood Master Plan Area

Norwood's Master Plan Area is the appropriate location for logical expansion of town-level density for housing, light industry, and commercial activity. Ideally such future development will also be connected to public water and sewer services provided by Norwood Water and Sanitation Districts. The county has worked with the Town of Norwood to ensure consistency between the plans to achieve orderly and compatible growth and development on Wright's Mesa and distinguish between rural and town areas.

**The Town of Norwood's Master Plan says:**

*"In response to the problems posed by low density "rural development" and to provide for an orderly and efficient transition from rural to urban uses, the town has developed a Master Plan Boundary to identify and separate urbanized land from rural land. The Master Plan Boundary anticipates and guides growth and annexations over the next ten to twenty years. There is more than adequate land within the boundary for foreseeable future needs without going outside the boundary for development. The Master Plan Boundary includes over three hundred acres of raw land planned for residential development, which will accommodate more than twice the current population of Norwood." (See Town of Norwood Major Streets and Future Land Use Plan, p. 11.)*



*Town Hall Park, Norwood.*

BLM_0063399

## Concept 2.  Planned Commercial and Industry

The Future Land Use Plan promotes Norwood as the commercial "center" for Wright's Mesa. Norwood Commercial is shown on the plan along Grand Avenue.  Light industry should also locate at the periphery of the town, within the Master Plan Area, as shown on the map.

Appropriate locations for heavy industry on Wright's Mesa will be determined through locational criteria, to ensure that it will only be sited in appropriate locations if any.  At this time none have been identified.  (Note:  Definitions of Light Industrial and Heavy Industrial categories occur later in this chapter.)

## Concept 3.  Provide Rural Land Options, Including Agriculture Support Uses

Agriculture and rural residential will remain the predominant uses on the Mesa, with expanded agriculture support uses and options for landowners to conserve land outside the Norwood Master Plan Area.  Enhanced incentives to use a non-contiguous density transfer approach and the Open Lands Protection Subdivision Exemption are two options described later in this chapter—for landowners seeking to conserve land but benefit from some development.

## Concept 4.  Promote Rural Residential that Fits Wright's Mesa

The intent of this Plan is to continue to allow very low density rural residential on Wright's Mesa (outside the Norwood Master Plan Area) but ensure that such development fits the character of the mesa and does not interfere with ranching and other resource protection.  This plan still upholds property rights and ability and flexibility of property owners to use land, as promoted in the 1998 Plan.

## Concept 5.  Resource Protection

This plan promotes protection for natural resources and features, especially scenic quality, wildlife habitat, and water resources.  The Future Land Use Plan illustrates these features that are described below.

### Scenic Highway Corridor

The Future Land Use Plan designates the Highway 145 corridor to the east of Norwood and north and west of town as Scenic Highway Corridor.  This designation is generally consistent with the intent of the 1998 Plan.  (See Chapter 5, Strategies for more explanation.)

### Wildlife Habitat (Elk winter concentration and Gunnison Sage - Grouse)

The Future Land Use Plan map also indicates locations of Elk Winter Concentration habitat and Gunnison Sage-Grouse where wildlife-friendly development principles and the Gunnison Sage-Grouse Rangewide Conservation Plan apply.

### Source Water Protection

The Source Water Protection area is the area around the Gurley Ditch and San Miguel River that is critical to protect from pollution and development that could affect its water quality.

## Guide to Using the Future Land Use Plan

The Future Land Use Plan will guide land development and conservation in unincorporated parts of Wright's Mesa.  It does not apply to the incorporated Town of Norwood, but it applies to unincorporated land within the Norwood Master Plan Area and on Wright's Mesa outside the Norwood Master Plan Area.  Future land use is illustrated on two maps:

1.  Future Land Use Plan (page 21), and
2.  Future Land Use – Norwood Master Plan Area (page 22).

BLM_0063400

## Future Land Use Plan - General Designations

### Wright's Mesa Outside Norwood Master Plan Area

All lands outside the Norwood Master Plan Area are classified as Wright's Mesa Agriculture / Rural Residential.  Proposed development projects must comply with the allowable uses and intensities specified in this Plan and in the county's Wright's Mesa Zone District (as amended).

### Norwood Master Plan Area

Within the Norwood Master Plan Area, the Future Land Use Plan designates town land use categories that are consistent with the Norwood Master Plan.

### *Eligible for Annexation*

The intent of this Plan is that landowners seeking to develop property in the Norwood Master Plan Area should first approach the Town of Norwood to determine eligibility for annexation.   If property owners are contiguous with the town's incorporated boundary and are eligible, according to the criteria on this page, they should annex into the town and should obtain water from Norwood Water Commission and connect to sewer provided by Norwood Sanitation District.

### *Not Eligible for Annexation*

If property in the Norwood Master Plan Area to be developed is not eligible for annexation, then the county will review proposed projects and require them to be consistent with this Plan and with the town's Future Land Use Plan.  New developments in the Norwood Master Plan Area must connect to public water and sanitary sewer if available.  If public sewer connection is not possible, the project must provide acceptable engineered on-site wastewater treatment facility to be approved by county and proper health authorities.

Residential and commercial developments may be required to enter into a pre-annexation agreement, ensuring that they will annex into the Town of Norwood as soon as they are eligible.

**The Town of Norwood's Master Plan Criteria for Annexation include:**

*"Review of annexations of vacant land shall be based on the following general criteria:*

1. *There is a need for additional developable land.*

2. *There is a need for high priority land uses such as technical education and recreational education and service facilities, as well as recreation (trails), affordable housing and light industrial uses.*

3. *The town and other service entities have the physical and economic capabilities and capacity to provide urban-level services to the site within a reasonable period of time.*

4. *There is a positive cost benefit analysis of the project.*

5. *The developer of the site has the ability to install all needed services and facilities to the site."*

*(See Town of Norwood Major Streets and Future Land Use Plan, p. 13.)*

## Norwood Planned Land Uses

The Future Land Use Plan categories within the Norwood Master Plan Area will accommodate a mix of commercial, residential, light industrial activities, and civic/public uses.  The table below shows the amount and proportion of land planned for each land use.  It includes developed properties and lands within town limits.

**Norwood Master Plan Area:  Plannned Land Uses**

| Use | Acres | Percent |
|-----|------:|--------:|
| Commercial | 39 | 4.0% |
| Light Industrial | 160 | 16.3% |
| Town Residential | 678 | 69.2% |
| Public/Civic | 61 | 6.2% |
| Right of Way | 43 | 4.4% |
| Total | 981 | 100.0% |

BLM_0063403

## Town Land Use Categories - Norwood Master Plan Area

The following sections describe the land use categories shown on the Future Land Use Plan and allowable future uses and activities within the Norwood Master Plan Area.

Land uses shown within the Norwood Master Plan Area, but outside town limits will be consistent with the Town of Norwood's Master Plan in terms of uses and density for Town Residential, Norwood Commercial, Light Industrial, and Public land uses, as described below.

### Town Residential

**Uses:**

The Town Residential category primarily allows single family uses and some multi-family uses. Secondary uses include parks, day care, places of worship, and similar compatible uses.

**Location/Characteristics:**

The plan expands the area of residential development in a compact and logical fashion to provide for future neighborhoods.  Residential areas will include a variety of lot sizes and residential uses to meet the housing needs of future residents (if developed in a compact manner).  Neighborhoods will be designed to be walkable and to contain amenities such as parks.

Large-lot residential (i.e., larger than 10,000 square foot lots) is more costly to provide with public facilities and services and should not occur within the Norwood Master Plan Area.

The locations for future town residential areas are to the northwest (including the Pioneer Village subdivision) to the south extending to the Fitts Subdivision, and west to the ridge west of Highway 145.





*Residential neighborhood examples:  Existing single family (top) and duplex/multi-family (bottom).*

**Density:**

Density in town neighborhoods will range from six (6) to 12 units per acre (in some areas depending upon site characteristics and compatibility).  New single family lots should not be larger than 10,000 square feet.  In rare circumstances, densities of up to 15 units per acre may be appropriate, if annexed to the town and if compatible with adjacent uses close to the Grand Avenue commercial area.  Lower densities should occur near the edge of the Norwood Master Plan boundary.  (Note:  criteria in the Norwood Master Plan shall apply to new town residential development.)

In some instances, larger lots and/or lower densities may be allowed as a transition between town-level development and adjoining rural or agricultural land uses.

BLM_0063404

## Norwood Commercial

### Uses:

The Norwood Commercial category allows for retail commercial, offices, services, and lodging. As a secondary use, the Norwood Master Plan also encourages a mix of residential above commercial uses.





*Existing commercial core includes retail, services and some residential.*

### Location/Characteristics:

The commercial services that serve Wright's Mesa are currently located along Grand Avenue, which is designated as the primary commercial area in the town. It could expand to the west and east into the Norwood Master Plan Area. Commercial development should be pedestrian-oriented and compact.



*New commercial in the town's core should fit the scale and mix of activities that give Downtown Norwood its small town image and appearance.*

Norwood encourages infill prior to expansion and preserving the historic character of downtown. It is not the intent of either this Plan or the Town of Norwood Master Plan to allow commercial uses outside the Norwood Master Plan Area.

### Density:

The town standards will guide the density of commercial development.

BLM_0063405

## Norwood Light Industrial

**Uses:**

Light industry includes small-scale manufacturing and processing, offices, business services, live-work, and compatible civic uses such as schools and fire stations.  A motel or lodging may be appropriate.  Auto repair can occur, provided it is primarily indoors, not adjacent to existing or planned residential uses and noise and odors are mitigated.

**Location/General Characteristics:**

The Light Industrial category offers significant economic development opportunities for the Town and Wright's Mesa.  Light industry is oriented and geared toward services to residents of the community and other county residents. This category is appropriate for manufacturing activities that produce items of relatively high value (per unit weight), that are non-polluting, and that involve relatively little truck traffic. Generally, these activities for Wright's Mesa will occur inside small-scale facilities (e.g., less than 20,000 square feet).

**Compatibility Criteria:**

Light industrial uses have the potential to create negative impacts on adjacent properties.  Such development will mitigate impacts as follows:

- Provide appropriate screening and landscaping  between adjacent residential uses.

- For proposed light industrial uses south of Highway 145, divert traffic to the north along CR 43ZS away from residential and ranch land to the south.

- Provide a buffer area along Highway 145 to maintain positive open space and scenic qualities, using techniques such as berms and landscaping.

- Comply with all adopted town standards for light industrial uses.





*Examples of Light Industry*

**Density:**

Density should be consistent with town standards.

BLM_0063406

## Public

**Uses:**

The public category allows for schools, fire stations, libraries, government services, and future trails and open spaces.



*Norwood School is an example of a public use.*

**Location/General Description:**

The Public category is shown where government facilities and utilities exist or will occur in the future.  The Gurley Ditch land should become public open space either through acquisition or as a set aside if and when future development occurs.

## Future Neighborhood Parks

Two potential neighborhood parks are shown in future town residential areas:  (a) between town and Pioneer Village (to the northwest), and (b) between town and the Fitts subdivision (to the south).  The exact location will be determined if and when new development on those properties occurs.





*Park and playgrounds should be in new neighborhoods to provide opportunities for social and community gathering and health and recreational activities.*

BLM_0063407

# Rural Land Use Category and Options - Wright's Mesa

The following sections describe the land use categories and allowable future uses and activities for the Wright's Mesa outside of the Norwood Master Plan Area. All lands are classified as Wright's Mesa Agriculture / Rural Residential.

## Wright's Mesa Agriculture / Rural Residential

### Uses:

The Wright's Mesa Agriculture/Rural Residential category allows agriculture and ranching, agriculture support uses (described in the next column), day care, home occupations, tourism and recreation-related uses, and very low density single family residential. Clustered residential development is also an option.

### Location and General Characteristics:

This category occurs outside the Norwood Master Plan Area. The intent is to retain large intact parcels of land and agriculture that maintain a rural lifestyle, while not interfering with farm and ranching operations.

To discourage the large lot, semi-rural pattern of sprawl created through 35-acre development, this Plan puts in place flexible incentives for keeping large parcels of land intact and economically viable. It includes rural land use "options" to provide greater economic and land conservation opportunities for landowners, including options to: (a) transfer development away from productive agricultural lands, and (b) retain open lands through clustering. (See Rural Land Use Options on page 31.)

### Density:

This category allows a base residential density of 1 unit per 35 acres. Landowners may be eligible for increased density if they are able to meet other conservation objectives. (See Rural Land Use Options on page 31.)

## Agriculture Support Uses

### As Secondary Uses on Wright's Mesa:

This Plan promotes agriculture support uses as secondary uses within the Agriculture / Rural Residential category. Agriculture support uses will be follow staff (administrative) review process (rather than be reviewed as a special use), if they are on the site of an agricultural operation and meet the criteria on the next page. The Wright's Mesa Zone District standards will address appropriate size for practical agricultural use.

Agriculture support uses are intended to generate additional income in support of the economic viability of the on-site agricultural operation or expand agriculture-related tourism.

### Types:

Appropriate agriculture support uses or tourism-related uses include, but are not limited to:

- Barns, stables, equestrian facilities,
- Agricultural produce sales stands (e.g., fruits and vegetables),
- Logging operations,
- Dog breeding or boarding (if meeting criteria to address impacts),
- Blacksmith or small welding or machine shop (if meeting criteria to address impacts),
- Tenant dwelling for seasonal labor,
- Hunting lodges / guest ranches,
- Bed and Breakfasts,
- Art studios, galleries, and crafts, and
- Open Land Protection (OLP) expedited review, except for within the Source Water Protection area.

BLM_0063408

### Location and Siting Criteria for Agriculture Support Uses:

To be eligible for by-right approval, proposed agriculture support use(s) will meet the following criteria.  If proposal does not meet these criteria, a special use permit will be necessary.  Criteria are:

1. Odors from proposed agriculture support use will not disturb adjacent residential properties.

2. Noise from proposed agriculture support use will not disturb adjacent residential properties.

3. Lighting from proposed activity will not spill over to adjacent residential properties or public rights-of way.

Additional guidelines to assist landowners include:

4. Proposed new development should be sited away from irrigated or productive agriculture land or on a separate parcel (if possible) with access to roads.

5. Scale and bulk of buildings should relate to other buildings on the site and should be set back from public roads and neighboring properties, and screened to the extent possible to minimize visual impacts.

6. Outdoor storage should be screened from adjacent residential buildings or road rights-of-way.

## Wright's Mesa Heavy Industry

### Definition and Uses:

Heavy Industry typically requires a larger site or facility, may entail more outdoor storage, and has greater environmental impacts (i.e., odors, noise, dust, truck activity, and chemicals) than light industry.  Types of Heavy Industry that may be appropriate on Wright's Mesa include:

- Radio tower or cell tower,

- Manufacturing and processing facility larger than 20,000 square feet,

- Waste-related activity,

- Contractor's materials and staging, and

- Resource extraction.

### Locations for Heavy Industry:

The Norwood Master Plan indicates that heavy industry should occur outside the Town of Norwood's Master Plan Area in the unincorporated county.  This Plan is consistent with that premise; however, such activity must meet criteria to ensure compatibility with the rural character and minimize impacts.  At this time, no locations have been identified that meet the criteria on page 30.



*Heavy Industry example*

BLM_0063409

## Heavy Industry Locational Criteria:

The Future Land Use Plan does not designate locations for heavy industrial uses. However, it is possible for heavy industrial activity to occur on Wright's Mesa only if it meets the following criteria. It will locate:

1. where land is already impacted by heavy industry or mining;

2. away from Highway 145 on a paved county road;

3. where it will minimize visibility and skylining from Highway 145 and county roads, especially for heavy equipment and facilities;

4. outside the Source Water Protection area; and

5. where prevailing winds will not affect town population or existing developed neighborhoods.

## Heavy Industry Standards:

If a landowner identifies a suitable location for heavy industry (using the locational criteria above), the proposed activity must also meet certain performance standards to ensure it does not negatively affect adjoining properties or health and safety of Wright's Mesa's residents. Standards should address issues including but not limited to:

- Minimum setback of 200 feet from any existing or future residential property.

- Screening of outside storage, waste and refuse facilities, mechanical equipment, and loading facilities from public right of way.

- Maximum height of outdoor storage and structures.

- Vibration or noise beyond the property line (specific quantifiable measures to be determined).

- Pollution prevention plan to address use of chemicals, types of waste generated, disposal methods, and potential impacts on water and air.

### Why Do Farms and Ranches and Conservation Matter?

Productive ranch and farm land is a valuable resource that can help provide jobs and an economic mainstay to a few people who work the land and provide many benefits to the economy, environment, and heritage of the Norwood community. Yet, agricultural and ranch land is being developed at a rate higher than population growth around the west, especially near public lands.

To remain viable, ranch land should be retained in large, contiguous blocks to maintain a "critical mass" of farms and ranch land.

A multitude of tools must address economic viability and options for landowners. (See Appendix B for some discussion of tools.)

### The problem with 35-Acre Pattern of Development

Colorado's 35-acre exemption law, passed in 1972, has proven to be a "savior and a curse" to farmers and ranchers, according to the Colorado Farm Bureau, American Farmland Trust, and other organizations.

On one hand, the law gives landowners the right to subdivide and sell land. Although farmers often hate to see a neighbor's ranch being sold to newcomers lacking knowledge about farming. Land subdivision and sales also can drive up property values and make a farm worth more in the short-term or provide operating capital in the short-term.

On the other hand, the 35-acre subdivision is problematic land use type because it creates lots that are too large to manage for residential purposes but too small for viable farms and ranches. These lots can become "weed patches" that are a real nuisance to farms and ranches nearby. The pattern of ranchettes also contributes to:

- Homes in potential wildfire areas.

- Fragmented lot dividing and homes in wildlife habitat areas, with roads and driveways that obstruct migration paths and impede access to public lands.

- Counties with fiscal shortfall between the property tax new homeowners pay versus the actual costs incurred by counties in providing services for homeowners in remote areas.

- An opportunity for developers to skirt subdivision laws.

BLM_0063410

## Rural Land Use Options

## Option A.  Non-Contiguous Density Transfer

### How Does it Work?

To conserve agricultural lands or other resources and to place development in locations closer to town where it can be served by Norwood Water Commission and town services, property owners may transfer density (units) from one property to another.

Either one property owner or more than one property owner may work together to transfer potential development units from one "sending property" to another "receiving property." This is provided that the owner of a sending parcel and the owner of a receiving parcel can agree to a price for the dwelling unit rights to be transferred that the receiver pays.  In addition, the owner of the sending parcel must agree to permanently reduce its development capacity (e.g., through deed restriction) and continue agricultural operations after the sale.  The county will process such a development as a plat subdivision for up to 20 lots on the "receiving property."

## Bonus Residential Lots and Units

The base density is 1 unit per 35 acres.  To provide an incentive for land conservation, farmers and ranchers are eligible for bonus residential units of up to 3 units per 35 acres, if they transfer these potential residential units away from agriculture and ranch land to another parcel that is more suitable for development, as described in the criteria that follow.



*Irrigated or productive agriculture land.*



**Move 15 units of development closer to town.**

**Sending Property "A" eligible for 15 units for 160 acres**

**Receiving Property "B" on 40 acres**

*An example of non-contiguous density transfer. The landowner of the 160-acre parcel conserves that land, except for the original house.  The receiving parcel is developed closer to town.*

BLM_0063411

## Criteria for "Sending Properties"

Potential residential density or development units can be transferred away from sending properties. An eligible sending property must meet the following criteria:

- Be a minimum of 70 acres,

- Be located within the Water Service Area (as generally illustrated on the Future Land Use Plan based on information from the Norwood Water Plans.  Landowners will need to verify availability of service),

- Contain irrigated agriculture or other historically productive agriculture,

- Retain water rights with the land, if applicable, and/or

- Contain wildlife habitat or environmentally sensitive resources.

In addition, the property owner will provide certification of a deed restriction or conservation easement for the portion of property to be conserved for agriculture.



*Productive ranchland on Wright's Mesa would be eligible to transfer density to another parcel.*

## Criteria for "Receiving Properties"

For a property to be eligible for receiving additional development units, it must meet the following criteria:

- Be located within ½ mile of the Norwood Master Plan Area.

- Have access to a paved county road.

- Consist of unproductive agricultural land (i.e., has not been used for farming or ranching in the past several years).

- Not be designated as wildlife habitat on the Future Land Use Plan.

In addition:

- Lots must be configured to be a minimum of two acres (one acre with water and sewer) and a maximum of five acres.

- Proposed development units will connect to Norwood Water System.

- Residential structures will be at least 100 feet from existing irrigated agriculture equipment or structures.

**One Example**

For example, one appropriate "receiving property" may be the unproductive agricultural land just west of the Norwood Master Plan Area to the south of Pioneer Village.  In this location, the county could allow lots of a minimum of 2 acres, if density is transferred from elsewhere on Wright's Mesa and if water service is available.

BLM_0063412

## Option B.  Open Land Protection Subdivision - Clustering

### How Does it Work?

Another option for landowners to retain large intact agricultural and ranchland properties is through the Open Land Protection (OLP) Subdivision Exemption in the County Land Use Code.  The OLP provides an alternative way for landowners to obtain equity from their land, and it encourages a more compact form of development through clustered development.

The current OLP process includes minimal bonus incentives and rudimentary standards for review. This section provides recommendations to increase the bonus—to entice landowners to use the option, and it includes recommendations to improve the site planning process.





*Above examples:  (a) Standard Development approach with four 40-acre lots carved out of a 160-acre parcel, and (b) Conservation approach using OLP with four 5-acre lots within 160-acre parcel with 140 acres conserved.  (Note:  This example does not illustrate bonus lots.)*

### Bonus Residential Lots and Units

The base density within the Agriculture / Rural residential land use category is 1 unit per 35 acres, but farmers and ranchers are eligible for bonus residential lots and units of up to 2 units per 35 acres using the Open Land Protection (OLP) process, if they meet criteria below.

### Wright's Mesa Open Lands Protection Subdivision Exemption - Eligibility Criteria

To be eligible, the parcel must:

- Be a minimum of 70 acres.

- Be able to connect to Norwood water.

- Contain productive agricultural land, useable common open space, wildlife habitat, or sensitive environmental features, such as wetlands.

In addition:

- Development lots and units must cluster on unproductive land with a minimum size of 2 acres.

- To use this option, the property owner will address its long-term management of the property.

- Restrict further residential development of the conservation area.



*Example of unproductive agricultural land.*

BLM_0063413

## *Recommendations to Improve OLP Site Planning Process—Site Analysis and Plan*

A thorough site analysis is a key first step for development of any property. This Plan recommends enhancing the process by which land is subdivided and developed as follows.

### A. Identify Site Features, Site Analysis

First, identify the following:

1. Roads, trails, utility easements and rights-of-way,
2. Topography (steep slopes and ridgelines),
3. Environmentally sensitive areas, including but not limited to streams, ditches, source water protection area, drainages, and wetlands.
4. Wildlife habitat,
5. Geologic hazard areas,
6. Adjacent public lands,
7. Existing conservation easements or protected lands,
8. Adjacent property lot sizes, setbacks, and building sizes,
9. Built features, including driveways, farm roads, buildings, fences, walks, barns or sheds, drainage fields, utilities and utility easements, and
10. Historically and culturally significant sites or structures.

### B. Delineate Conservation Area(s) and Show Buildable Area

Next, delineate the conservation area(s) to:

1. Provide contiguity with adjacent open lands, conservation areas, and agriculture lands.
2. Protect unique natural, historic, or cultural site features.
3. Provide a minimum buffer of 100 feet between any residential structure and adjacent agricultural activities or open lands.
4. Provide a minimum buffer for residential lots of 100 feet along county roads or along Highway 145.
5. Avoid fragmentation of conservation areas within the site.



*(a) An illustrative 160-acre site...*



*(b) With standard 1 unit per 35 acre subdivision.*



*(c) Site analysis example for the 160 acres delineating conservation areas.*

BLM_0063414

## C.  Determine Building Sites

Buildable sites should then be based on avoiding the conservation areas such as riparian areas and ridgelines.



*(d) With open land conservation—with 70% Conservation.*



*(e) Or, with open land conservation—with conservancy lot that would be owned and managed by the owner of Lot Number 1.*

BLM_0063415

| Rural Residential Development Options and Development Units | | | | | | |
|---|---|---|---|---|---|---|
| Type | Minimum Parcel Size | Development Units | Bonus | Minimum % Conservation or Open Lands | Minimum Lot Size | Maximum Lot Size |
| **Standard Rural Subdivision – 1 unit per 35** | n/a | 1 unit per 35 acres | n/a | n/a | 35 acres | n/a |
| **OPTIONS** | | | | | | |
| **A.  Non-Contiguous Density Transfer** | 70 acres | 3 units per 35 acres | 2 unit per 35 acres | All of "sending" parcel is conserved, except for one unit (original house) | 2 acres on "receiving parcel" with water and septic<br><br>1 acre with water and sewer | 5 acres on "receiving parcel" |
| **B.  Open Lands Protection Subdivision Exemption** | 70 acres | 2 units per 35 acres | 1 units per 35 acres | 70% | 2 acres | 5 acres |

BLM_0063416

# Wright's Mesa Rural Development Principles

Wright's Mesa is made up of a diverse and eclectic variety of homes, horse properties, open fields, and scenic mountain views. For over a century, scattered rural development has cropped up, coexisting with traditional agricultural uses and farms.

Using rural residential development principles, the Mesa will retain its valued traits (such as natural features and scenic views), and new housing will be designed in a manner that conserves open lands, shows variety, protects vistas, and retains and conforms with many of the rural characteristics of the area.

## Principles for Rural Residential Development

The ten principles below apply to rural residential development on Wright's Mesa. They should be the basis for land use code changes and help guide development in the Wright's Mesa Zone District.

1. Ensure that new development respects and complements existing agricultural activities through the use of appropriate fencing, setbacks, and overall placement of structures.

2. Locate buildings at the toe of slopes and edges of meadows to allow for natural windbreaks and shelter, avoiding ridgelines.

3. Avoid development and roads on steep or unstable slopes as defined by the county Land Use Code (including all slopes greater than 30%).

4. Minimize cut and fill for roads.

5. Salvage and replant native plants whenever possible and use native plants for landscaping.

6. Protect significant geological features, such as rock outcroppings.

7. Incorporate wildlife-friendly fencing in accordance with Colorado Division of Wildlife guidelines.

8. Design buildings that mimic the profiles of the natural landscapes and that reflect the architectural heritage of the area.

9. Ensure that lighting is downcast and shielded.

10. Concentrate development lots away from wetlands, streams, riparian areas, wildlife habitat, or agriculture in one or more clusters.

## Principles for Wildlife-Friendly Development

Development can contribute to mortality of elk and deer if not designed to mitigate the impact on wildlife. Fencing, roads, and loss of habitat are the main offenders. The Colorado Division of Wildlife (CDOW) publishes two brochures and has other programs that are helpful for landowners or ranchers working with land and attempting to make wildlife-friendly choices. (See "Developing for Wildlife," and "Fencing with Wildlife in Mind" on the CDOW website for more information. CDOW suggests fencing and ideas that require minimal expense and upkeep and field tests its recommendations.)

When development occurs it must comply with standards set forth in the Land Use Code (Section 5-407) for wildlife habitat areas.

The following principles are also helpful for making development as wildlife-friendly as possible.

### 1. Contiguous Corridors and Open Lands

Large contiguous open lands set aside through clustered development are of greater benefit to wildlife than small isolated parcels. Open areas should include native, unmowed vegetation. Leaving one or more corridors through a development can allow wildlife to move through it.

BLM_0063417

## 2. Landscaping Vegetation and Controlled Weeds

Planting native vegetation, flowers, and shrubs, and controlling noxious weeds can benefit wildlife. Creating wetlands can also benefit wildlife.

## 3. Controlled Pets

Uncontrolled pets (cats and dogs) are a significant threat to wildlife, as well as to farm animals and livestock. New development must meet county requirements in Section 5-407 of the Land Use Code prohibiting dogs in wildlife habitat areas.

## 4. Trash Containment

Proper trash containment can help keep property and residents safe. Covenants can also address trash containment.

## 5. Fencing for Wildlife

According to Colorado Division of Wildlife, "the less fence, the better." Fencing should allow for relatively free movement of wildlife. Fences for residential properties should either be kept close to buildings or be open designs. Livestock fencing can incorporate designs that allow wildlife movement. Development must comply with Section 5-407 of the Land Use Code regarding fencing.

BLM_0063418

# *Chapter 5.  Strategies*

## Overview

A key aspect of the Wright's Mesa Master Plan is how it will be carried out after it is adopted. Strategies are specific actions the county or others must take to make this Plan a reality.

This chapter first presents a set of "Priority Actions" that are most critical to the successful implementation of this Plan.  These are the steps that the county should undertake as soon as possible, following adoption.

The second part of this chapter presents strategies to achieve the goals and policies presented in Chapter 3—organized by the same topics:

- Land Use Balance and Orderly Growth,
- Economic Vitality,
- Character and Scenic Quality,
- Environmental Quality,
- Transportation Mobility and Safety,
- Adequate Facilities and Utilities, and
- Public Lands Access and Coordination.

San Miguel County will need a range of tools to implement the policies outlined in this Plan, including day-to-day policy decisions, revisions to the county's Land Use Code, and coordination with other governmental and non-governmental agencies, such as water and sanitation districts, school and fire districts, foundations, and other organizations to establish and manage conservation lands.

## Priority Actions

The following are the priority actions needed to implement this Plan:

**1. Revise the Wright's Mesa (WM) Zone District to be consistent with this Plan –** revisions to the WM Zone District will be needed to make it consistent with the goals and policies of this Plan and the Future Land Use Plan map and allow only low intensity uses outside the Norwood Master Plan Area.  The county may also need to create new zone districts for town residential and light industry that will occur within the Norwood Master Plan Area.

**2. Intergovernmental Agreement with the Town of Norwood –** An Intergovernmental Agreement (IGA) may be needed between Norwood and San Miguel County to implement this Plan. The agreement would accomplish several purposes: (a) establish and recognize the Norwood Master Plan Area; (b) work toward consistent standards and clear annexation procedures and criteria for uses in the Norwood Master Plan Area; and (c) consider the possibility of pre-annexation agreements with property owners to ensure orderly development and annexation patterns.

**3. Non-Contiguous Density Transfers –** Develop procedures and standards to allow density transfers on contiguous and non-contiguous agricultural parcels outside the Norwood Master Plan Area to retain irrigated and productive agriculture lands. This would allow for development to be transferred from the agriculture conservation areas to areas within or adjacent to the Norwood Master Plan Area.

BLM_0063419

## Strategies

This section lists the strategies to accomplish the plan's goals and policies.

## *Land Use Balance and Orderly Growth*

The land use goals strive to promote coordinated and compatible growth on Wright's Mesa—through a logical expansion of Norwood and with continued agricultural operations and rural lifestyle outside the town.

### Strategies to Coordinate Growth Overall

#### LU 1.1 – Future Land Use Plan

The Future Land Use Plan map clearly delineates and distinguishes between areas suitable for town-level development and those suitable for agricultural and rural residential uses.  Use the Future Land Use Plan and supporting policies to guide growth and development.

#### LU 1.2 – Revise the Wright's Mesa Zone District

Revise the Wright's Mesa Zone District to make it consistent with the goals and policies of this Plan and the Future Land Use Plan map and allow only low intensive uses outside the Norwood Master Plan Area.  (See Priority Actions on page 39 for more information.)

### Strategies to Coordinate with the Town of Norwood

#### LU 2.1 – Intergovernmental Agreement

Develop an Intergovernmental Agreement (IGA) between the Town of Norwood and San Miguel County that establishes and recognizes the Norwood Master Plan Area.  (see Priority Actions on page 39 for more information.)

#### LU 2.2 – Consistent Land Use Plans

Work with the Town of Norwood to update the Future Land Use Plan for the Norwood Master Plan Area from time to time to ensure that the land use plans of both entities are consistent.

### Strategies to Promote Town Housing in Neighborhoods

#### LU 3.1 – Develop Consistent Town Residential Zone District and Standards

Amend the county's Land Use Code to develop a Town Residential Zone District and standards for neighborhoods, and work with the Town of Norwood to adopt consistent standards for residential neighborhoods within the Norwood Master Plan Area.  The county should also work with the town to monitor the demand for affordable housing, land and construction costs, and discuss strategies that may be considered or implemented to retain opportunities for affordable housing.

#### LU 3.2 – Standards to Allow PUDs in Norwood

Refine standards that make it easier for Planned Unit Developments within the proposed Norwood Master Plan Area (i.e., unincorporated San Miguel County for eventual annexation), provided they meet town standards.

### Strategies for Commercial Land Uses

#### LU 4.1 – Commercial in Norwood Master Plan Area

Work with the Town of Norwood to require new commercial development to be consistent with designated districts within the Norwood Master Plan Area and to be annexed.  New commercial development should comply with town standards addressing size, appearance, parking, relationship to street and sidewalk, and other factors.  The county does not intend to create a Commercial Zone District for Wright's Mesa.

BLM_0063420

## Strategies for Industrial Uses

### LU 5.1 – Refine Land Use Code / Special Use Permitting Approach

Revise the county's Land Use Code to remove the Special Use Permitting approach for industrial uses in the Wright's Mesa Zone District and more clearly define and streamline approvals for agriculture support uses that are appropriate.

### LU 5.2 – Light Industrial Zone District and Standards

Amend the Land Use Code to create a new Light Industry Zone District and standards to be consistent with Norwood adopted designations for light industry.

### LU 5.3 – Criteria for Heavy Industry

Amend the Wright's Mesa Zone District to define locational criteria and performance standards for heavy industry.

## Strategies for Compatible Rural Residential

### LU 6.1 – Improve Incentives for the Open Land Protection Subdivision

Outside the Norwood Master Plan Area, eliminate the Subdivision Exemption (allowing an extra dwelling unit) but increase accessory bonus units as an incentive for development using Open Land Protection Subdivision if at least 70% of a parcel is conserved for agriculture.

### LU 6.2 – Revisit Subdivision Exemption

Wright's Mesa has a subdivision exemption in place with the intent to allow farmers and ranchers to split off land for a family member. The county will revisit the exemption during the Land Use Code update to see if it is achieving that intent or if it has become a development tool.

## Strategies to Support Agriculture and Provide Options

### LU 7.1 – Maintain/Refine Wright's Mesa Zone District

Maintain and refine the Wright's Mesa Zone District to retain agriculture activities and rural lifestyles.

### LU 7.2 – Non-Contiguous Density Transfers

Develop procedures and standards to allow density transfers on contiguous and non-contiguous agricultural parcels outside the Norwood Master Plan Area to retain irrigated agriculture lands.  (See Priority Actions on page 39 for more information.)

> **Wright's Mesa Transfer of Development Rights (TDRs)**
>
> *The planning team and Citizen Advisory Committee discussed establishment of a Transfer of Development Rights (TDR) program for Wright's Mesa that requires the purchase of development rights from desired conservation areas outside the Norwood Master Plan Area to achieve density increases for town development.  It was determined that such a program would be too complex and difficult to administer at the countywide level and would not attract sufficient interest from property owners.*
>
> *Alternatively, this Plan recommends that the county establish procedures to allow for density transfers between properties on an individual contractual basis, as a means of achieving similar conservation goals.*

### LU 7.3 – Refine Open Land Protection Process

Refine the standards and criteria of the Open Land Protection (OLP) process to better align them with the agricultural conservation goals of this Plan, including:

- Administrative review for 20 or fewer lots,

- A 70% minimum open space set aside, balanced with increased bonus units as incentive,

- Site planning principles or guidelines for cluster subdivisions to ensure

BLM_0063421

compatibility with on-going agricultural operations and meet conservation goals.

### LU 7.4 – Work with Partners for Conservation

Continue to work with landowners and land trusts to conserve large intact parcels (e.g., with conservation easements).

### LU 7.5 – Refine Wright's Mesa Zone District / Agriculture Support Uses

Identify the regulatory obstacles on agricultural operations and uses, and amend the county's Land Use Code to remedy such constraints as appropriate.

Expand the definition of agriculture support uses to allow expanded activities compatible with retaining rural lifestyles and viable farms and ranches.  Revise zoning to make it an administrative process (streamlined process) to obtain permits for agriculture support uses (e.g., roadside stands, equestrian activities and stables, and limited tourism and visitor uses).

### LU 7.6 – Promote Use of County PDR Program to Acquire Development Rights

To retain productive agriculture land on Wright's Mesa, the county's Purchase of Development Rights Program, if it could be used, could be one option for conserving land.  However, the criteria would need slight redefinition.

## Economic Vitality

The Economic Vitality goals and policies promote a stable and diverse town economy while maintaining ranching and rural economic uses.

The previous land use section addresses Land Use Code revisions that will help achieve economic vitality including, revising the Wright's Mesa Zone District to allow agriculture support uses and adding a district for light industry, consistent with town designations.

Generally, it is not the county's role to promote economic development as much as to remove obstacles to it.  The county will continue to coordinate with the Town of Norwood, Chamber of Commerce, and Economic Development

organizations to support a healthy vibrant economy.  This Plan does not identify other specific economic development actions.

## Character and Scenic Quality

The Character and Scenic Quality goals and policies aim to protect the rural qualities and historical and cultural features of Wright's Mesa by minimizing the visual impacts of development and promoting historic sites.

## Strategies to Protect Character

### CS 1.1 – Historical Sites and Markers

Expand the list of San Miguel County historical sites, and develop a program to construct and restore historical markers.

### CS 1.2 – Lighting Standards

Standards for lighting should minimize spillover and glare by ensuring lighting is of appropriate height, lamp wattage, and is shielded and downward-directed.

### CS 1.3 – Scenic Highway Overlay District

Establish a Scenic Highway Overlay District for Highway 145 to protect scenic resources. This standard would only apply to property that is proposed to be developed or subdivided; existing development and agricultural uses would not be subject to any requirements. The overlay district would affect lands visible from Highway 145 that contribute to the visual quality of Wright's Mesa. The district should address, building massing and siting with topography, lighting, screening, and natural landscaping for residential development. Section 5-316 of the Land Use Code development standards could be a model to use.

## Environmental Quality

The Environmental Quality goals and policies aim to protect environmentally sensitive areas (such as wildlife habitat) and maintain clean air and water while avoiding unnecessary infringement on property rights.

BLM_0063422

## Strategies to Protect Environmentally Sensitive Areas and Water and Air Quality

### EQ 1.1 – Follow Gunnison Sage-Grouse Rangewide Conservation Plan

Adhere to standards of BLM's Gunnison-Grouse Rangewide Conservation Plan.

### EQ 1.2 – Use Wildlife-Friendly Development Guidelines

Develop and use wildlife-friendly guidelines to address development in Elk winter range habitat areas.

### EQ 1.3 – Follow Oil and Gas Regulations

Adhere to the county's oil and gas regulations.

### EQ 1.4 – Development Permit for Land Disturbance

Establish a Development Permit requirement for land disturbance, as required in other parts of San Miguel County.  Permits should address public health and safety and emergency-related issues, wildlife habitat, and weed management (Note:  Agriculture will be exempt from the process.)

## Transportation Mobility and Safety

The Transportation goals and policies aim to develop and maintain a transportation system that serves both the existing and future population of Wright's Mesa.  The system will be comprised of roads, bikeways, sidewalks, pathways, and transit.

## Strategies to Achieve Transportation Mobility and Safety

### T 1.1 – Town Road Standards

Within the Norwood Master Plan Area, require roads, sidewalks, and bike lanes in all new developments to be constructed to town standards.

### T 1.2 – Coordinated Planning for Connected Roads

Coordinate planning with Norwood to create a connected, efficient local road system to avoid bottlenecks on Highway 145.

### T 1.3 – Access Control on Highway 145

Coordinate with the Colorado Department of Transportation to minimize the number of access points to State Highway 145.  Combine or eliminate access points if it will improve the safety, design, and/or service capacity of the highway.

### T 1.4 – Promote Expansion of County Transit

Work with regional employers and the county transit providers to expand Park-and-Ride and transit schedules.

### T 1.4 – Trails Coordination

To identify locations and ways to link trails to provide access to surrounding public lands, coordinate with the Town of Norwood, regional trails groups, the U.S. Forest Service, the U.S. Bureau of Land Management, the State Highway Department of Transportation, and private landowners.

Evaluate county roads and rights-of-way to determine if they could support recreation trails.

## Adequate Facilities and Utilities

The Adequate Facilities and Utilities goals and policies strive to develop and maintain public and semi-public facilities, recreation facilities, and water and wastewater facilities, of adequate size and condition and in the right locations to serve existing and future Wright's Mesa residents.

## Strategies to Achieve Adequate Facilities and Utilities

### PS 1.1 – Intergovernmental Agreement (IGA) with Utilities

Enter into an IGA with the Town of Norwood and Norwood Water Commission and Sanitation District to address consistent standards for the

BLM_0063423

provision of services and facilities, to ensure that requirements are consistent between Norwood, service districts, and San Miguel County.

### PS 1.2 – New Development Pays Fair Share

Ensure that new development pays its fair share of the cost of providing new capital facilities necessary to serve it.

### PS 1.3 – Review Telecommunication Facility Development Standards

Review county development regulations for telecommunication facilities to ensure that facilities are sited and/or co-located in a manner that does not detract from the Mesa's scenic character.

### PS 1.4 – Coordinate with Norwood Fire District

Coordinate with Norwood Fire District to review development applications and future plan updates.

### PS 1.5 – Development Standards to Reduce Fire Hazard

Develop standards to reduce fire hazard in high risk potential areas, identified by BLM, and high fire hazard areas identified by San Miguel County.

### PS 1.6 – Coordinate with R-2J School District

Coordinate with Norwood R-2J School District to review development applications and future plan updates.

### PS 1.7 – Coordinate with Power Utilities

Coordinate with power utilities to review development applications and ensure new development does not exceed capacity.

### PS 2.1 – Coordinate with Water and Sewer Utilities

Coordinate with utility districts to ensure new town development does not exceed the design capacity of water and sewer facilities.

## Public Lands Access and Coordination

The Public Lands Access and Coordination strategies aim to protect and benefit public land users and retain access to public lands as new development occurs.  The county has jurisdiction for private development on school sections that are under State Land Board control.  For federal lands, however, the county does not have jurisdiction, so it will need to coordinate with federal agencies.  This Plan can determine what kind of development occurs adjacent to public lands and whether access is retained.

BLM_0063424

# *Appendix A:  Existing Conditions*

This section identifies existing conditions on Wright's Mesa that influenced the planning process and future directions for this Plan.

## Wright's Mesa General Description and Planning Area

Wright's Mesa is located in north central San Miguel County, abutting the Montrose County border.  It covers almost 59 square miles.  The small Town of Norwood is the heart of economic activity and accounts for just over half of the residents of the area.  (See Map 1:  Wright's Mesa Planning Area.)  Norwood is 33 miles away from Telluride, the San Miguel County seat (approximately an hour drive through the San Miguel River canyon along State Highway 145).  The small community of Redvale is nine miles to the northwest.  Montrose is the largest service center near the Mesa, located 66 miles from Norwood (approximately an hour and a half drive time).

Wright's Mesa is still remote even by most western community standards, but the area is being discovered for its friendly small-town and rural atmosphere, temperate climate, scenic landscape with access to public lands, and housing affordability (relative to Telluride and Mountain Village).

## A Brief History of Wright's Mesa

Howard Greager is a local western historian and author who has written several books about the Wright's Mesa region.  The historical account below summarizes his work and article published in the *Norwood Post* during Pioneer Days in 2005.

The Ute Indians first settled Wright's Mesa—camping, fishing, hunting, and gathering for thousands of years in the area.





*Lone Cone Mountain as seen from Wright's Mesa to the south along CR 44 and from Hwy. 145A.*

The current occupants on the mesa have a much more current settlement history.  According to legends, in 1877, two placer miners working their way down the San Miguel River climbed to the mesa and discovered the vast grassland on top.  After they reported their discovery back at the camps, word spread.  Soon after, F.E. Wright came up on the mesa and staked his claim to land there.  The Hayden Survey in 1876 had marked the area into townships and sections, so Wright chose the parcels in the middle of the mesa and on the southern edge at the site of a steady flowing spring.  Edwin Joseph bought the land with the spring from Wright.  At that time

BLM_0063425

only a few people lived on the mesa (the Goshorn family and the Tozers).  They maintained saddle horses for the mail carriers.

Because of its isolated location surrounded by canyons and mesas, Norwood settled more slowly than neighboring towns (i.e., Telluride, Ouray, Naturita).  Paradox Valley, to the northwest, was settled and thriving long before Norwood.

By 1889, Wright's Mesa had an operational canal system, making farming and ranching viable.  That is about the time the State of Colorado started advertising this area.  Albert Filmore bought the land that would eventually become the town.  The Wheelers were an early family to live on the mesa.  They owned Naturita Cattle and Land Company and Naturita Ditch & Reservoir.  Wheeler surveyed the town.  Henry Coop and family, in 1886 came to the area from Norwood, Missouri, filed on the surveyed land and decided to name it Norwood, Colorado.  A road that followed the river to the top of the mesa was completed in 1888.  Then people poured in and the colorful history of the town began.

## Population and Growth

### *Population and Households*

#### Wright's Mesa

According to the 2000 U.S. Census, the Wright's Mesa unincorporated population in that year was

693 people.  A total of 1,131 people resided on the Mesa, including Town of Norwood residents, (with the unincorporated area accounting for 61% of the population).

Since then, the county has approved 44 single-family residential building permits.  Assuming 2.25 people residing in each home with 70% occupancy rate, this brings the total number of people living in the unincorporated area in 2005 to 762.  The pace of development has been increasing over the past six years.  In 2001 and 2002, the county issued three and two permits, respectively.  In 2006, the county issued 11 permits.  Since the time of the 1998 Plan, a number of lots on Wright's Mesa have subdivided.



*Representative rural residential development (the Lake at Lone Cone) – 35 acre lots where most houses and lots are not visible.*

### *Table A-1:  Population and Households—Wright's Mesa*

|  | 2000 |  | 2006 |  |
|---|---|---|---|---|
|  | People | Housing Units* | People | Housing Units |
| Wright's Mesa Unincorporated | 693 | 411 | 762 | 455 |
| Town of Norwood | 438 | 260 | 497 | 295 |
| Wrights Mesa | 1,131 | 670 | 1,245 | 741 |

\* Includes Vacant and Occupied Units, with 75% occupancy rate.
  Assumes 2.25 people per unit.

BLM_0063426

## Town of Norwood

The Town of Norwood has experienced a modest and steady amount of growth in recent years. In 2004, the Colorado Department of Local Affairs (DOLA), estimated the town had 483 people living in 285 housing units (with a 75% occupancy rate and 2.25 people in each occupied unit). According to DOLA, Norwood grew about 1% between 2003 and 2004. According to the San Miguel County Assessor, from January 2004 to June 2006, the town grew by ten new single family residences—totaling 295 housing units and 497 people.





*Representative town residential development-- new and old (with curb and gutter and smaller lots).*

# Land Use and Growth

## *Existing Land Use*

### Wright's Mesa

Most development that has occurred on Wright's Mesa is single-family residential; although some non-residential uses (such as stables, construction staging, light industry, and manufacturing businesses) have also occurred outside Norwood. The San Miguel County GIS information shows where non-residential development has occurred on the Mesa and which parcels are vacant. (See Map 2: Existing Land Use.) Map 3 shows the parcels that are vacant, partially developed, or developed and agricultural. The partially developed parcels are the ones that have at least one building unit now, but where the parcel is large enough to have potential for further subdivision under current zoning (i.e., where it is at least one acre in Norwood Planning Boundary or at least 70 acres outside). (See Map 3: Development Status – Vacant Lands.)

### Town of Norwood

The incorporated Town of Norwood encompasses almost 170 acres, most of which is developed land containing a variety of housing, commercial, industrial, civic, and recreational/open space uses. This figure also includes public lands and road rights-of-way. The Wright's Mesa Master Plan will not analyze nor provide direction for what should happen inside the town incorporated area.



*Town of Norwood - Downtown*

BLM_0063427

## Norwood Future Land Use Plan Boundary

The area inside the Norwood Future Land Use Plan boundary (Proposed 2007) is of joint concern, because it is unincorporated county but the town is planning for growth and development within the boundary.  The 2007 proposed plan identifies potential residential, industrial, and commercial growth, which covers several hundred acres outside the incorporated town.  The town and county do not have intergovernmental agreements (IGAs) in place for this area. (See Map 4:  Norwood Future Land Use Plan (1996).)

## Development Status - Vacant Lands

### Wright's Mesa

According to San Miguel County GIS data, about 45% (12,439 acres) of the private land on Wright's Mesa is vacant—or containing no built structures.  Another 5,355 acres has potential for additional subdivision or development.  (See Map 3.)  This figure includes parcels that have been subdivided but that do not contain buildings, but it excludes active agricultural operations.

### Town of Norwood Planning Area

According to County GIS data, within the Norwood 1996 Boundary, 62 acres of land are vacant and 322 acres are partially developed--or have potential for further subdivision and development.  (See Table 2: Development Status—Private Lands.)

## Growth Forecasts for Wright's Mesa

According to Colorado Department of Local Government, State Demography Office, the forecast is for San Miguel County to grow at "average annual percent change rate"

ranging between 1.9% and 3% between 2000 and 2030.  This means Wright's Mesa could see an additional 1,448 people, for a total of 2,693 people by the year 2030.  This equates to 858 new housing units for Wright's Mesa (including the Town of Norwood and the Future Land Use area).  The State Demography forecasts do not predict whether new growth will go into towns or rural areas.

## General Land Ownership

### Public and Private Lands

Wright's Mesa, like most counties in the American West, encompasses a mix of Federal and State lands as well as privately owned property.  The mesa is fringed with Federal lands along the Naturia Creek (BLM and Uncompahgre National Forest), Beaver Creek, and San Miguel River canyon (BLM).  According to county GIS data, Wright's Mesa includes 27,135 acres of private land (90%+)--up to the edge of the public lands along the canyons, and 2,600 acres+ public lands that are interspersed within the private parcels on Wright's Mesa.  Tens of thousands of acres of public lands surround Wright's Mesa.  (See Map 5:  General Ownership.)

### Parcel Sizes

Of the private held land on Wright's Mesa, seventy percent of the privately-owned parcels are 35 acres or smaller in size.  Only 34 parcels are larger than 150 acres, and only four of those are 640 acres or larger.  However, the parcels that are larger than 150 acres account for 42% of the land on Wright's Mesa.  Most of the land (12,500+ acres), is divided into parcels that range between 35 and 150 acres in size, as Table 3 shows below.  (See Map 6:  Parcel Sizes.)

BLM_0063428

**Table A-2:  Development Status – Private Lands**

| | Outside Norwood and Planning Area | In 1996 Norwood Planning Area | Norwood Incorporated | Total Wright's Mesa |
|---|---|---|---|---|
| Developed and/or Agriculture | 9,254.2 | 10.1 | 76.4 | 9,340.7 |
| Partially Developed (with Potential) | 5,033.0 | 322.2 | | 5,355.2 |
| Vacant | 12,338.0 | 61.9 | 39.7 | 12,439.6 |
| Total | 26,625.2 | 394.2 | 116.1 | 27,135.5 |

Source:  County GIS, Clarion, 2007.

**Table A-3:  Private Lands – Parcel Sizes**

| Parcel Size | Acres | % of land | Parcels | % of parcels |
|---|---|---|---|---|
| Less than 35 acres | 3,161 | 12% | 695 | 71% |
| 35 - 150 acres | 12,530 | 46% | 251 | 26% |
| 150 - 640 acres | 7,463 | 28% | 30 | 3% |
| 640 and greater | 3,981 | 15% | 4 | <1% |
| Total | 27,135 | 100% | 980 | 100% |

Source:  County GIS, Clarion, 2007.

## 2007 Zoning

Generally, the entire mesa, except for a few small parcels, is classified as Wright's Mesa (WM) Zone District.  The intent of the WM District is to discourage a large-lot pattern of sprawl and discourage strip commercial development. Depending on the lot size, a landowner is eligible for a single-family dwelling, a home occupation, and agriculture and ranching, plus a second "Principal Use" or "Second Unit" on each lot. Prior to this plan update, the WM Zone District does not provide any direction on appropriate "town" uses in areas closer to Norwood or within the town's plan boundary.  (See Map 7:  Existing Zoning.)

The Wright's Mesa Special Use Permit approach (i.e., case-by-case "good neighbor" strategy proposed in 1998 Plan) to managing land use and development is proving difficult to administer because the Land Use Code does not provide clear criteria or standards  regarding land use.

To the west of Wright's Mesa Zone District is the West End (WE) Zone District.  The West End district has fewer land use controls and restrictions on uses and subdivisions.  South and east of Wright's Mesa is the Forestry/Agricultural

(F) District, which has different uses and different review standards than WM.

Directly north of Wright's Mesa is Montrose County, where land is zoned "General Agriculture," but where the Montrose County Master Plan anticipates a certain amount of rural residential development (including "major subdivision" (like Deer Mesa)).  It is not certain how much development could occur just across the line.  Subdivision is constrained primarily by water or lack thereof.  Montrose County has subdivision standards that apply to all new subdivisions dividing into parcels smaller than 35 acres.

## Development Potential / Existing Zoning

### Wright's Mesa – Outside Norwood Master Plan Area

Given current zoning on Wright's Mesa, vacant and underdeveloped lands—outside of the Norwood 1996 Master Plan Area—could accommodate approximately 970 new residential units on 35-acre lots with a secondary unit for each 35-acre lot.

BLM_0063429

## Town of Norwood and Future Land Use Plan Boundary

Vacant and underdeveloped lands in the town and in the 1996 Master Plan Area could support almost 770 new residential units, assuming a density of 4 units per acre with 60% of land used for residential.

## Total Potential Expanded 2007 Boundary

Vacant and underdeveloped lands on Wright's Mesa could support approximately new residential units.

## Housing and Affordability

Sale prices of housing on Wright's Mesa have been increasing.  The average home sale price in Norwood in 2004 was $192,470—a 16.8% increase over the previous year.  By comparison, the average sale price in the Telluride area for 2004 was $650,810, a decrease over the previous year.  (Source:  Region 10 Review 2005.)  With house prices higher in of the eastern part of the county, not surprisingly, Wright's Mesa is experiencing pressure for affordable housing to serve Telluride and Mountain Village area workers.

## Economic Development

### General

As new housing expands on Wright's Mesa and in the Town of Norwood, residents will likely demand more services, such as grocery stores, day care, shopping, and light industry and jobs. The 1998 Plan recognized the Town of Norwood as the "vital commercial center" of Wright's Mesa, discourages strip commercial development, and recommends mitigating impacts associated with commercial and industrial uses that would be in conflict with agricultural activities.  To its credit, the 1998 Plan has effectively limited further strip commercial development along Highway 145.  This is also a goal in the proposed 2007 Town of Norwood

Master Plan, which establishes Grand Avenue Commercial District from the San Miguel County Fairgrounds to CR 43 to the east.



*"Welcome to Norwood"*



*Recent business in Norwood.*

The Town of Norwood appears to be on the cusp of change toward a more economically viable future.  While a number of businesses in town have closed or are for sale, a few new businesses have appeared recently.  In addition, town leaders are activity supporting development of new public/private civic facilities, such as the Livery Building (events center) and proposed Town Center Park.

### Retail Sales Indicators

According to Region 10 data, Norwood had just over $23,200 in per capita retail sales in 2004.  This is lower than the county average of

BLM_0063430

$29,832, but on par with the Region (including adjacent counties) and State ($21,496 and $24,560 respectively). It represents about half of Telluride per capital sales of $47,248. The 2004 Norwood figure represents a 16% increase over the previous year.

## Agriculture and Irrigated Agriculture

The U.S. Department of Commerce, Bureau of Economic Analysis reports that sales of livestock and crops by county farmers increased from 2002 to 2003 (the last year reported). Conversely, crop cash receipts decreased that year. Agricultural information aggregated to the Wright's Mesa level does not appear to be available.



*Landscape Near Gurley Reservoir (Winter).*



*Landscape Near Gurley Reservoir (Spring).*

## Irrigated Agriculture

Wright's Mesa does contain a number of irrigated agricultural fields on the north end (flatter areas), according to aerial photos and land coverage data. The irrigated agriculture will be most viable future agriculture activity on the Mesa, because it also has associated water rights.



*Agriculture on Wright's Mesa*



*Irrigation on Wright's Mesa.*

## Oil and Natural Gas

Oil and natural gas development around the American West has been steadily growing in recent years. This appears to be the case in San Miguel County, where the Oil and Gas assessment category increased by over 200% from 2003 to 2004. Compare this with residential land, which increased modestly (by

BLM_0063431

4.4%).  While leasing on Wright's Mesa has increased, development for oil and gas extraction has not occurred yet.  According to County GIS data, 6,600+ acres have oil and gas leases.  These parcels are located primarily south of Oak Hill and near Gurley Reservoir.  (See Map 8:  Oil and Gas Leases.)  Because of the potential pressure for development all around the county, the county recently adopted comprehensive oil and gas regulations.

### Mitigation Measures of Comprehensive Oil and Gas Regulations

The oil and gas regulations split oil and gas development into two major classes; major and minor.  Minor class development includes wells, construction staging areas less than one-acre and geophysical (seismic) exploration.  The major class development would include compressor stations and construction staging more than one-acre.

## Natural Features

### Topography and Vegetation

Wright's Mesa is fringed to the east and west by Naturita Canyon and San Miguel River/Beaver Creek Canyons, respectively.  These canyons are quite steep, with slopes in excess of 33%, and forested.  The north end of Wright's Mesa around the Town of Norwood is relatively flat with gentle sloping terrain.  It consists of open fields and meadows and sporadic tree cover.  The south end of the mesa becomes more sloped around Oak Hill.  Here, the mesa is forested—containing mixed shrub forest and evergreens such as juniper and pine.  A shrub and sagebrush landscape is prevalent south of Gurley Reservoir.  The forest and shrub landscapes are prone to wildfires.  The mesa is ringed by the San Juan mountain range, with Lone Cone peak a predominant feature to the south



*San Miguel River Canyon from Hwy. 145 (Source: Clarion)*

### Wildlife and Birds

Wright's Mesa is home to a variety of wildlife species and it serves as winter range for a number of them.  For instance, Wild Turkey occupy the mesa as overall range and production area and occupy winter range near the San Miguel River,  Bald eagle occupy the area in the winter, as do Mule deer.  Elk winter concentration areas occur near the canyons and sage brush around Gurley Reservoir.  (See Map 9: Vegetation and Wildlife Habitat.)



*Gunnison Sage-Grouse (Source:  Photo by Louis Swift, Western State College)*

BLM_0063432

Of particular importance are the Gunnison Sage-Grouse[1] habitat areas south of Gurley Reservoir. Gunnison Sage-Grouse are "indicator species" for shrub-steppe habitat (dominated by sagebrush), meaning that they provide an indication of ecosystem health.  They serve that purpose because of their unique life history and strong reliance to multiple ecosystem areas.  The *BLM has a local Gunnison Sage-Grouse Rangewide Conservation Plan* (1997) that identifies specific conservation goals and objectives to restore habitat and population numbers of the Gunnison Sage-Grouse and includes over 50 conservation actions. Gunnison Sage Grouse Conservation Program is a program that the Gunnison community and surrounding areas have set up to help preserve the natural habitat of the Gunnison Sage-Grouse.  Goals and objectives were put into place to guide the community in preserving the Gunnison Sage-Grouse.   The goals are:

- Aid in the preservation of the Gunnison Sage-Grouse environment.

- Minimize the disruption of the species through careful development and planning.

- Help educate the surrounding public about the Gunnison Sage-Grouse.

- Put forth a strategy and program for the Gunnison Sage-Grouse Community to help protect and preserve the species and their environment.



*Wright's Mesa has elk winter concentration areas.*

## Norwood Schools

Norwood R-2J District administers the Norwood elementary and middle/ high school located at 1225 W. Summit.  There is the one public school that serves PK-Grade 12 children of the area. The Norwood Elementary School (Pre-K-Grade 5) has 133 students and receives a "high" rating from the Colorado Department of Education. The Norwood High School (Grades 6-12) has an enrollment of 159 students.  Its ratings are "average" for academic performance.

Norwood school enrollment dropped for several years but then rose slightly last year in middle and high school grades.  The school has capacity for 360 students, so it could handle almost 70 more students than it has now.  However, the school may need to add additional classrooms if student enrollment in certain grade-levels exceeds that which can be accommodated by the current facility, which can provide one room per grade.

---

[1] Recently, the USFWS removed the species from any protection under the ESA with a listing determination. However, the World Conservation Union recognizes the Gunnison Grouse (or Gunnison Sage Grouse) as a red-listed or globally endangered species according to the International Union for the Conservation of Nature (Storch 2000). In 2006, the Audubon Society listed the Gunnison Grouse as one of the 10 most endangered birds in North America. (Source:  Western State College, Young, 2006.)

BLM_0063433



*Norwood School.*

## Utilities and Services

### Water

#### Water Distribution and Treatment

Norwood Water Commission (NWC) operates the Water System and Water Treatment Plant (WTP), which currently supplies water to 720 to 730 taps within the town and adjacent rural areas of San Miguel and Montrose Counties (i.e., half urban/half rural).  Customers use the water for drinking, personal sanitation, lawn irrigation, and fire protection (in the town).

The existing water service area boundary encompasses the northern part of Wright's Mesa and portions of Montrose County.  The main system water line currently extends for 85 miles from the Water Treatment Plant (WTP) near CR Y45 and CR44Z S, to three miles northwest of Redvale (in Montrose County), to areas south of town (e.g., Fitts Subdivision), and north of Norwood to Deer Mesa subdivision (in Montrose County).  The "Reed" boost pressurized system serves Zone 0 to the south, where water pumps are required.  Elevations range from 7,600 to 6,260 feet.  The area served is determined by available water pressure and housing density.  (See Map 10:  Norwood Water Service Area and Source Water Protection.)

In 2006, the Norwood Water Commission commissioned an update to its 1994 Water

System Master Plan.  The 2006 Water System Master Plan identifies a number of priority actions and capital expenditures (totaling $6.7 million) to improve water quality and maintain consistency of water system performance.  Water quality issues have been an on-going concern.  A $650,000 grant will help resolve some of the immediate water quality issues at the Water Treatment Plant, bringing it into compliance with federal and state regulations.

NWC has experienced relatively steady growth in the water service area, primarily within the Town of Norwood but also in rural areas.  The 2006 Water System Master Plan identifies 80 new homes since 1994.

The current fee for water taps is $12,000 per ¾-inch tap, which will serve a single family residence.

#### Estimated Water Usage at Buildout

In 1994, the ultimate buildout was based on 2 dwelling units per 40 acre parcel in rural areas, and Norwood's Master Plan (total of 1,357 dwelling units).  Total buildout assumption was 2,459 dwelling units.  The Water System Master Plan looks at other buildout factors too, such as winter water demands, day demands, and peak hour demands.  Water in the Gurley ditch drops off significantly in winter, meaning capacity is curbed then

The water system has some raw water storage capacity limitations also.  According to the 2006 Water System Master Plan, the NWD currently has rights and access to sufficient raw water and adequate storage facilities for "existing and future populations for nominal growth but will eventually need to construct new reservoirs (#3 and 4).  In addition, a third treatment train will ultimately be necessary to provide service to build out population projections.  It is estimated that the number of taps can double before additional finished water storage is necessary.

The district has capacity to serve more customers at lower elevations, in locations near the existing 10-inch main, if the pressure does not drop in the higher elevations south of town.  The gridded system means the water system could probably

BLM_0063434