expand to serve an additional 400 residential taps near town, but additional engineering studies may be necessary to determine the ultimate capacity. In addition, water conservation measures would be necessary.  The system's largest problem, and most expensive to remedy, is deficient water lines and pressure.  In particular, the main 10-inch water line needs to be replaced.



*Water storage south of Norwood.*

### Ditches and Raw Water:  Source Water Protection

The county GIS data identifies a mapped Source Water Protection area along the Gurley ditch and around San Miguel River.  To date, this Source Water Protection area has not been addressed through an overlay zone or other criteria to set forth mechanisms for water protection. (See Map 10.)

## Sanitary Sewer

### Sanitation District – Existing System

Norwood Sanitation District operates the sewer system, providing service for 384 customers in an area generally consistent with the Norwood town limits.  The sanitation collection system—disposal pond—abuts the town's northern boundary.  The system is in need of basic 10-year maintenance. The Sanitation District recently received a grant to purchase equipment and do just that—to

dredge sludge in the lagoons and improve effluence related to sludge.

The Sanitation District is concerned that additional ammonia standards could create new costs for the district.  Right now, the costs to existing customers are reasonable.  New sanitation taps (4-inch) cost $1,500 per tap. Additional fees are required for larger taps.

### Potential Sanitary Sewer Expansion - Buildout

Once the lagoon clean-up takes place, the sanitation system has capacity for new customers. The system is generally operating at about 50% capacity, based on BGD (biochemical demand) and number of gallons of sewage processed per day, meaning it could potentially as many new customers as it has now (approx. 384).  Additional engineering studies would be necessary to confirm buildout potential.

## Wells and Septic Systems and Agricultural Water

Outside of the water and sanitation districts, developments in rural areas rely on well and septic systems for water and wastewater treatment.  Availability of adequate groundwater varies depending on the location on the mesa. Some of the properties to the south experience wells with very low pressure.

## Norwood Fire Protection District

Norwood Fire Protection District (NFPD) provides for protection out of their station at 1605 Summit in Norwood.  The NFPD is planning to move this firehouse to a location at the east end of town near the vet clinic.  The firehouse in Redvale serves portions of the district in Montrose County. Currently the NFPD district covers 68 square miles, including all of north Wright's Mesa.  The southern boundary is currently around County Rd. 44, meaning that Oak Hill and Gurley Lake portions of Wright's Mesa are not served by the NFPD district.  (See Map 11:  2007 Fire Protection Districts.)  San Miguel Sheriff Office

BLM_0063435

serves these lands south of County Rd. V44E. However, the NFPD is planning to expand south to the county line and U.S.F.S. boundary, so it will soon serve all of Wright's Mesa.

NFPD is an all volunteer department with 35 firefighters- and EMS-trained personnel. The department has some paid administrative staff and it contracts out for ambulance services. Because it is all-volunteer, there are concerns about availability of personnel during the day, when most volunteers commute to work off Wright's Mesa.

Other planning related issues: The NFPD would like a developer to donate one acre of land for a fire station near Gurley Reservoir, to be able to serve the south end of the district and improve response times there. NFPD would like to have water tenders—trucks with 1,000 gallon+ tanks—at a new station at the top of the hill. These trucks move slowly up the hill, making for slower response times than if trucks could be stationed nearly Gurley Reservoir.

## Wildfire Hazards

Vegetative types and steep slopes contribute to mostly low to medium potential fire hazard areas on Wright's Mesa, according to the San Miguel County Fire Hazard Map. (See Map 12: San Miguel County Fire Hazard Map.) The BLM Wildfire Risk Assessment Map shows a combination of environmental factors and facilities that, when in concert, create high potential risk to facilities. The high risk assessment areas are scattered around Wright's Mesa, but they generally follow the power transmission lines and the edges of the canyons. (See Map 13: BLM Wildfire Risk Assessment Map.)

The fire code has not been updated since 1980, but homes in remote forested areas with forest fire hazard potential are required to have cisterns and water reserves in case of fire. The county may need to look at additional standards to mitigate fire risk.



*Norwood Fire Station*

## Norwood Library

The Norwood Library is a tax supported library in the R2J District of San Miguel County Colorado. The library offers reference services, fax and copy services, computer work stations and internet connectivity. It contains 11,000+ volumes, 800+ video and DVD items, and 400+ audio books. Magazine and newspaper subscriptions are also available for public use. The courteous staff includes the director and a clerk.

## San Miguel County Fairgrounds and Regional Park

The San Miguel County Fairgrounds and Regional Park is the site of the rodeo and other town events. San Miguel County Open Space and Recreation Program administers the fairgrounds and governs use of the fairgrounds for commercial or private enterprises, displays, entertainment, livestock shows, horse racing, sports events, or special events. A number of equine events happen regularly and annually at the Fairgrounds, including roping, dressage, open riding, horse races, Wild West Festival, and the July rodeo.

The county is concerned about what type of development happens next to the Fairgrounds in the future because of noise and odors associated with such a venue. Future coordination and

BLM_0063436

discussions will be necessary with the town to ensure compatibility of land uses over time.

## Transportation and Trails

### Highways and Roads

State Route 145A is the main highway serving Wright's Mesa, providing transportation to and from other major destinations, including Telluride/Mountain Village and Montrose. Highway 145A experiences peak rush hour traffic corresponding to commuter patterns.  The main north-to-south county road on the Mesa is CR 44Z (also known as Vet Road).  A fairly extensive grid of county roads serves the north end of the Mesa.  CDOT has a Transportation Department Highway Maintenance building on Highway 145 in Norwood, CO.



*County Rd. 44 Z passes through the mesa from north to south and continues to Lone Cone Mountain (seen in background).*

### Transit (Galloping Goose)

The Town of Telluride/San Miguel County Galloping Goose Transit offers two shuttle buses to and from Norwood per day—Monday through Friday during commuting hours.  On weekends, the shuttle runs once a day.  The bus stops at Courthouse, High School, Lawson Hill (on request), Placerville, and Norwood.  Fares are one dollar per ride.

## Trails and Growing Equestrian Uses

The Town of Norwood and Wright's Mesa do not currently have a public trails system.  No mapping exists for trail connections to public lands (including equestrian trails) or trails connecting to Town of Norwood.

BLM_0063437

## Sources

Boyle, "Water Treatment Plant Comprehensive
    Performance Evaluation for the Town of
    Norwood," November, 2006.

Colorado Division of Local Government,
    "Colorado Population and Housing
    Estimates," July, 2004.

Colorado Division of Local Government, State
    Demography Office, "Preliminary Population
    Forecasts by Region (2000-2035)." August,
    2006.

Greager, Howard, "In the Company of Cowboys"
    1990.

Greager, Howard, "A Brief History of Norwood."
    *Norwood Post Pioneer Days*, September,
    2005.

Lippard, Terry and Patty Parker, Norwood
    Sanitation and Water District, Conversations
    March 2006.

Mueller, Ted. Fire Chief, Norwood Fire Protection
    District, Conversation March 2006.

Norwood Library, website, March 2007.

Norwood R-2J School District, website, March
    2007.

State of Colorado, Department of Revenue (?)
    Region 10 "Review 2005," 2005.

San Miguel County, "Comprehensive
    Development Plan," Amended through
    August 13, 2001.

San Miguel County, GIS, March 2007.

San Miguel County, "Land Use Code," Amended
    through September 20, 2006.

Town of Norwood, "Draft Master Plan",
    November 2006.

U.S. Census, Population. 2000.

WestWater Engineering, "Update to [Norwood]
    Water System Master Plan,"  November,
    2006.

BLM_0063438

# *Appendix B.  Options for Farm and Ranch Land Conservation*

*(Note:  The American Farmland Trust, Julia Freedgood and Jennifer Dempsey, assisted in overview and providing suggestions to this "Options for Farm and Ranch Land Conservation white paper of October 2007.  This appendix replaces that paper.)*

## Contents

Overview......................................................B-1

What Tools Can Help Landowners
Conserve Land? .........................................B-2

Sustainable Agriculture Rural
Development Planning and Strategy.... B-2

Publicly Funded Land
Management/Conservation-Related
Solutions to Stabilize Land................... B-3

Private Conservation Options............... B-5

Reducing Costs and Complexities
of Doing Business................................. B-7

Grants and Funding ............................. B-8

Helpful Information Sources.....................B-9

Supplement:  Would a TDR Program
Work for Wright's Mesa?.......................B-11

## Overview

Wright's Mesa farms and ranches and irrigated lands are valuable places because they play a role in providing resources for food and fiber.  The farmers and ranchers, with their land, also provide indirect benefits for Wright's Mesa that the community appreciates, such as provision of wildlife habitat and "rural character."

Farmers and ranchers in San Miguel County and around the West face pressures to sell or convert land to other uses.  Because of its proximity to Telluride and escalating real estate prices, Wright's Mesa is seeing some development pressures and opportunities and potential transfer of water rights from farming to other uses, such as municipal water.

On the other hand, some farmers have found new opportunities in small-scale organic farming and producing and marketing value-added products in local markets and are recognizing opportunities related to a changing bio-economy, where plant products are playing increasing roles in producing renewable energy as well as food.

Many landowners would like to have access to a wide range of options and incentives to make their business sustainable.  Those who have participated in the planning process have not been interested in regulatory approaches to conserving land, nor have many owners expressed interest in other economic development programs or approaches at this time.

The Wright's Mesa Master Plan is generally supportive of sustaining farming and ranching, but also aims to balance the farmland conservation objective with rural land livability, environmental quality, and needs of the Town of Norwood for orderly and sustainable growth.

A range of tools and incentives for landowners will be the key to achieving a balance of objectives.  This paper explores a mix of options for farmers and ranchers on Wright's Mesa.  Some of the options are available now; some will require action on the part of the county or other entities to put them into place.

BLM_0063439



## What Tools can Help Landowners Sustain Farms and Conserve Land?

A wide range of resources are available to assist both landowners and counties with moving forward with sustainable agriculture programs and land conservation.  Many of the resources and work done contain much higher levels of detail than this appendix provides.  However, it identifies programs that are achievable in San Miguel County and in Colorado – given State legislation and market and landscape realities.



As with any program or goal, a range of tools works best to sustain agriculture and conserve land.  Tools for farm and ranch support and protection vary from regulatory to voluntary and landowner-initiated.

As stated earlier, landowners on Wright's Mesa who have participated in the planning effort have not expressed interest in regulatory programs (e.g., Agricultural Protection Zoning),

so this research targets voluntary and incentive-based programs.

### Sustainable Agriculture Planning and Strategy

To be able to truly respond to challenges and opportunities facing local agriculture on Wright's Mesa, local farmers and ranchers could voluntarily pursue strategic economic development planning.  American Farmland Trust assisted with outlining additional steps to pursue—either with the county or independently.  These might include:

1.  Outline threats, challenges, and opportunities facing farmers and ranchers on Wright's Mesa (e.g., topics such as zoning, water, development pressures and conflicts, costs of doing business such as energy prices, distribution issues, and potential bio-based economy).
2.  Recommend localized strategies to address each issue--with or without public agency support.
3.  Identify additional rural economic development strategies, including extension programs, and Colorado Value-Added programs to identify ways to diversify, add value, encourage leadership, and ensure representation in the planning process.  Agriculture cluster economic strategies might include topics such as:
    - Ensure representation.
    - Promote programs that educate and encourage urban residents and businesses on the importance of buying local produce.
    - Continue support for Harvest Celebration.
    - Provide business planning assistance (e.g., small farm expo, agriculture education programs, agri-tourism, organic livestock production, "Cultivating Success" programs, model businesses plans, marketing and branding).

BLM_0063440

- Agriculture-related and home-based business regulations (remove potential obstacles to getting these done).

In addition, the county could form partnerships to explore additional business assistance--should landowners express interest in such programs.

## Voluntary Agriculture Commissions and/or Districts

### How Do the Tools Work?

An agricultural commission could be appointed to represent the ranching community—to encourage agriculture, promote agricultural economic development, and protect farmlands and farm businesses. Through a commission, farmers and ranchers become part of the problem-solving team. A commission can:

- Serve as an advocate for farm and ranch interests,
- Review regulatory proposals that affect ranchland,
- Provide marketing coordination,
- Work with the town and county regarding issues that affect agriculture,
- Help resolve farm related problems or conflicts between neighbors or providing referrals, and
- Protect farmland and natural resources.

Voluntary Agricultural Districts allow farmers and ranchers to self-direct and form a specially designated geographic area to promote commercial agriculture. The districts stabilize the land base and support farming by providing farmers with incentives. Typically, programs are authorized by state law and implemented at the local level. However, Colorado does not have an Agriculture District program, but the concept could be implemented by packaging benefits that might be useful to Wright's Mesa, such as an enterprise zone or overlay district. (More information is available at www.farmlandinfo.org and www.massagcom.org.)

### How are they Relevant for Wright's Mesa?

The commission could gain some traction on Wright's Mesa, but with a small number of landowners it may be difficult to keep a commission active. An advisory group to review proposed changes to the Wright's Mesa Zone District might be another option.

While the district option does not currently appear to have a lot of traction on Wright's Mesa, landowners could voluntarily establish such a district. Establishing a district could elevate the importance of farms and ranches and make individual landowners more eligible for grants and funding.

## Publicly Sponsored Land Management/Conservation-Related Solutions

Outside of the Norwood planning area, Wright's Mesa has a zoning district in place that is generally conducive to farming and ranching. Therefore, one of the county's best options to support agriculture is to carefully restrict rezonings on the Mesa to limit widespread expansion of low density rural residential throughout Wright's Mesa, while providing flexibility for landowners to continue agricultural activities and transfer development or density to suitable locations (e.g., in or near the Town of Norwood).

This Plan proposes broadening the allowable range of agriculture support uses that farmers and ranchers can pursue, while tightening non-compatible industrial uses and limiting spread of town-level residential and commercial development around the mesa. This section discusses the following:

- Purchase of Development Rights(PDR),
- Transfer of Development Rights and Density Transfers,
- Right to Farm Legislation,
- Rural Land Use Center (Technical Assistance), and

BLM_0063441

- Rural Economic Uses.

# Purchase of Development Rights (PDRs)

### How Does the Tool Work?

Purchase of Development Rights (PDR) programs compensate property owners for restricting the future developable uses of their land—they are sometimes funded by a governmental organization or a non-profit organization, as in the case of San Miguel County's program aimed at conserving open lands rather than agriculture.

Landowners have a bundle of different rights, including the right to use land, lease, sell it, build on it, or mine it (subject to reasonable local regulations).  Some or all of these rights may be sold or transferred, including development rights.  (See AFT information on Purchase of Agricultural Conservation Easements (PACE) Programs and funding sources.)

### Farm and Ranch Lands Protection Program is a public source of funding (http://www.nrcs.usda.gov/programs/frp/)



Administered by USDA, provides matching funds to help purchase agricultural conservation easements on productive farm and ranch lands. Landowners must work with state and local governments or non-profit organizations to secure a pending offer with funding at least equal to 50 percent of the land's fair market easement value.  Only parcels large enough to sustain agricultural production are eligible.

### Benefits of PDRs:
- ✓ PDR programs protect land permanently, while keeping it in private ownership.
- ✓ Participation is voluntary.

- ✓ PDR provides farmers and ranchers with a financial alternative to development.

### Potential Drawbacks:
- ✓ PDR programs may not be able to keep up with landowner demand to sell easements.

### How is it Relevant for Wright's Mesa?

Lands on Wright's Mesa may not rank highly with the county's Open Lands Selection Criteria and PDR program because of the land cost. The PDR program has been focusing on west-end properties with lower price-per-acre.

This Master Plan does make a case for the importance of agricultural lands on Wright's Mesa, but it will take some reworking of the county's criteria for mesa properties to rank higher for county funding.

# Transfer of Development Rights (TDRs) and Density Transfers

### How do TDRs Work?

TDRs conserve land by transferring the rights to develop the property from one conservation location to another more appropriate for development (e.g., near town).  "Sending Areas" or criteria define where development rights can be removed and "Receiving Areas," define where development rights can go (i.e., where higher intensity development is appropriate, usually near services or roads).  Colorado state laws enable TDRs, and many counties have put such programs in place.  For example, Boulder County has a TDR program that has been in place for over 30 years.  Mesa County has a newer, simpler program to transfer density to Fruita.  (www.mesacounty.us/planning/tdr_programs.aspex.)

BLM_0063442

## FRUITA/MESA COUNTY



### Benefits of TDRs:

✓ Landowners receive financial benefits without developing.
✓ Land stays in private ownership.
✓ Community conserves land without the higher costs of purchasing it.

### Potential Drawbacks:

✓ TDRs tend to be complex and administratively challenging, especially if more than one jurisdiction is involved (e.g., Norwood and San Miguel County).
✓ They require strong political commitment to operating the program and educating landowners about it.
✓ Landowners do not appear to be interested in pursuing it.

### How Might TDRs be Relevant for Wright's Mesa?

The concept of Transfer of Development Rights for Wright's Mesa is likely too complex; however, the summary of the discussion by planning team and Citizen Advisory Committee is in the attachment, should the topic resurface in the future.

## Density Transfer

### A Simpler Option…

A simpler approach than a full-blown TDR program is to allow for density transfer within one large property or between two or more properties (including non-contiguous properties). This Plan recommends using this approach and describes it in Chapter 4. This approach also provides for the assemblage of development units from two or more

nonadjacent parcels of land. The residential units attached to one parcel(s) are transferred to one or more other parcels, with the aim to protect specific agricultural, environmental, source water areas, or open space resources.

Landowners can opt to use the approach on a parcel-by-parcel basis. It will not require the establishment of a county-wide or Wright's Mesa Transfer of Development Rights (TDR) program but will require some modifications to the Wright's Mesa Zone District to allow it.

## Private Conservation Options

## Conservation Easements / Land Trusts

### How Does the Tool Work?

Similar to PDRs, conservation easements are voluntary. They are agreements that a property owner enters into with a qualified conservation organization to donate development rights (e.g., with the Nature Conservancy or Colorado Cattlemen's Land Trust). The landowner agrees to limit the future development of the land—retaining it for farming or ranching. Conservation easements can be either temporary or in perpetuity and can help achieve ranching objectives as well as broader benefits, such as retaining scenic views, protecting water quality, or maintaining habitat for wildlife/game. Most property owners will want to work with an estate planning attorney and accountant to determine if donating an easement will lead to tax benefits and will help retain family lands.

The Colorado Conservation Easement Tax Credit Program allows a tax credit to be taken against state income taxes by an individual or entity donating a conservation easement.

BLM_0063443

### Benefits Include:
- ✓ Conservation easements are voluntary and keep land in private ownership.
- ✓ Landowners may be eligible for income, estate, and property tax benefits.
- ✓ Easements retain natural areas without the higher costs to government or non-profits of purchasing the land.

### Potential Drawbacks:
- ✓ The easements tend to be complex and administratively challenging to set up and monitor.
- ✓ Most farmers and ranchers are not able to capture the tax benefits because incomes are not high enough.
- ✓ They require strong commitment to ongoing agricultural operations to meet the terms of the agreement.

### How are Easements Relevant for Wright's Mesa?

Several organizations hold conservation easements in San Miguel County an on Wright's Mesa, including the Nature Conservancy, the San Miguel Conservation Foundation, the Rocky Mountain Elk Foundation, Colorado Cattlemen's Agricultural Land Trust (CCALT), Colorado Wildlife Heritage Foundation, American Farmland Trust, and the Valley Land Conservancy. CCALT has developed a partnership with several long time ranchers and helped establish the San Miguel County PDR program.   CCALT has protected more than 2,500 acres on Wright's Mesa, Hamilton Mesa, and near Miramonte Reservoir, with an additional 500+ scheduled for 2007.  The Land Trust Alliance and Partnership of Rangeland Trusts are also good general sources of information about land trusts and how they operate.

## Estate Planning

### What is this Tool?

Many agricultural operators are nearing retirement age and are considering how to plan for their transferring and management of the agricultural operation.  A good estate plan goes beyond a will and accomplishes:

- Transferring ownership and management of the agricultural operation, land, and other assets;
- Avoiding unnecessary income, gift, and estate taxes;
- Ensuring financial security and peace of mind for all generations; and
- Developing the next generation's management capacity.
  (Source:  American Farmland Trust. For More information contact Fat's Farmland Information Center  or See Your Land is Your Legacy:  A Guide to Planning for the Future of Your Farm).

Successful estate planning is an effort that requires effective communication with legal, financial, and tax advisors.

### How Is Estate Planning Relevant?

If landowners on Wright's Mesa are interested in getting more information on this option, landowners could work with CSU extension and other partners such as Colorado Cattleman's Land Trust to set up programs.  Generally estate planning is a private responsibility.

## Rural Land Use Center Provides Technical Assistance

### How Does this Tool Work?

Current state law gives landowners the right to subdivide land into 35 acre parcels without any county land use review.  Larimer County has a Rural Land Use Center that gives landowners an alternative approach for developing the land

BLM_0063444

without going through full subdivision review and assists them with the process.  The program is voluntary, user friendly, and flexible.  Much like San Miguel County's Open Land Protection (OLP) subdivision process, the Rural Land Use Process does not change  zoning, nor does it take away the ability to do 35-acre development.  Instead, the process gives incentives to encourage alternative development (e.g., clusters) and help retain rural and agricultural lands.  Rather than rules, the process uses guidelines which allow the flexibility to tailor requirements to each unique piece of land, so compared to other development processes it is less restrictive, faster, and more predictable in the outcome and gives landowners the option to subdivide land and sell parcels but does not obligate them to develop.  The program in Larimer County is separate from the planning department and reports directly to the county manager.

### Benefits and Drawbacks:

Larimer County has not had tremendous success in retaining viable agricultural lands overall because of development pressure on the Front Range, but this program has enabled some landowners the ability to continue to work the land while selling off small lots.  The program has conserved over 10,000 acres of land, but the land is scattered throughout the county, so as an overall approach for agriculture conservation, it should not be viewed as the best or only solution.

### How is it Relevant for Wright's Mesa?

The County could consider providing technical assistance to landowners, such as what the Rural Land Use Center provides.  In addition, as this Plan recommends, the OLP could be re-tooled to refined its purpose and intent (to conserve farms and ranches) and to provide incentives for farmers and ranchers.

## Reducing Costs and Complexities of Doing Business

## Right to Farm

### How Does this Tool Work?

Right-to-farm legislation protects agricultural rights and discourages nuisance lawsuits against agricultural operations.  Non-agricultural landowners are notified of these rights when they purchase land.  The State of Colorado has such legislation.

### How is it Relevant for Wright's Mesa?

The County's Open Lands Plan recommended adopting Right to Farm legislation.  San Miguel County does not have such legislation in place for the whole county.  The West End district contains explicit language allowing landowners the "right to farm and ranch."

## Agriculture Support Uses Allowed

### How Does this Tool Work?

A rural economic strategy, can include a component of making it easier for farmers and ranchers to make a living on their farms with supporting activities.  This plan recommends broadening allowable agriculture support uses.

In another example, King County, Washington approved code changes (2006) to make it easier for farmers and to get home-businesses approved in rural areas.  The King County Program's mission is to advance the long term economic viability of the rural areas, with an emphasis on local farming.  Some of the smaller local-scale aspects of the program (in addition to code reform) include a rural permit coordinator (position dedicated to assisting rural residents and businesses to understand and proceed through the county permitting process.) and rural strategy (addressed earlier).

BLM_0063445

### How is it Relevant for Wright's Mesa?

One of the topics of discussion during the Wright's Mesa Plan has been the concept of expanding the list of allowable agriculture support uses, making it easier for farmers and ranchers to engage in development or other activities by right.

## Differential Tax Assessment

Almost every state, including Colorado, provides some tax relief to farmers and ranchers by directing local governments to assess agricultural land at its value for agriculture, instead of its fair market value for developed uses. The State of Colorado regulates how San Miguel County assesses land and structures. According to the Assessor's Office, agricultural assessment for Wright's Mesa is a significant savings over commercial or residential assessment. Rates are based on 10-year income and the type of farming or ranching.

## Grants and Funding

Available federal and state tax incentives are convincing some practical ranchers to apply for funds to help protect their land from development and make ranching more sustainable. The list that follows is by no means exhaustive, but includes some of the well-known popular grant and funding programs: Federal and State of Colorado. (See also, "Rocky Mountain Agricultural Landowners Guide to Conservation and Sustainability," by American Farmland Trust for a longer list.)

Grants can provide a little funding to pay for new facilities, programs (e.g., weed eradication), or research to share with other farmers and ranchers. Grants are competitive and usually require matching funds or in-kind service, and are not always easy to receive. Some also require a government or non-profit partner to apply.

## Federal USDA-Supported Programs for Sustainable Agriculture

### What is Available?

The U.S. Department of Agriculture supports three major programs that offer sustainable agriculture information and assistance. Information and a description of each program are provided below.

### Alternative Farming Systems Information Center (AFSIC)

Collects, organizes and distributes information on alternative agriculture and provides high-level searching and reference services from the National Agricultural Library's vast collection and world-wide databases.

### Sustainable Agriculture Research and Education (SARE)

Provides grant opportunities; maintains diverse portfolio of research projects; synthesizes research results & on-farm experiences to develop books, introductory bulletins, and educator guides. Producer Grants: Producers apply for grants that typically run between $1,000 and $15,000 to conduct research, marketing and demonstration projects and share the results with other farmers and ranchers. Farmer and Rancher and producer grants applications are typically due at the end of the year.

### Appropriate Technology Transfer for Rural Areas (ATTRA)

National sustainable agriculture information service answers questions about specific farming practices and innovative marketing approaches, including organic production.

BLM_0063446

# Natural Resources Conservation Service (NRCS)

The Natural Resources Conservation Service administers several grants, including:

### Wildlife Habitat Incentive Program (WHIP).

WHIP is a voluntary program for landowners who want to develop and improve wildlife habitat. NRCS provides technical and cost-share assistance to establishing and improve fish and wildlife habitat. The program has proven to be highly effective and accepted. In 2008, NRCS in Colorado will focus WHIP on larger scale habitat projects. (see: www.co.nrcs.udsa.gov/programs/whip.)

### Environmental Quality Incentives Program (EQIP)

Provides a voluntary conservation program for farmers and ranchers that promotes agricultural production and environmental quality as compatible goals. EQIP offers financial and technical assistance to install or implement structural and management practices on eligible land. Funding is targeted for control of invasive plant species in watersheds. Wright's Mesa is part of the San Juan River Basin Watershed. Six projects were completed in 2006 in the San Miguel Basin Conservation District.

### Grassland Reserve Program

The purpose is to protect grasslands and range management. Landowners with eligible property may receive compensation.

### Habitat Stamp and Colorado Species Conservation Partnership

These two programs are administered through Colorado Division of Wildlife, and GOCO. On lands with Gunnison Sage Grouse habitat, landowners may be eligible for matching grants and tax credits for doing easements through the Colorado Species Conservation Partnership. The Habitat Stamp program makes landowners with elk winter range habitat eligible for matching funds for conserving habitat.

(For more information regarding this or other landowner programs offered through the Division of Wildlife, phone 303-291-7404 or see www.wildlife.state.co.us/LandWater/.)

## Colorado Programs

### Agriculture Value-Added Development Fund Program

This program is aimed to facilitate the processing of agricultural products and commodities to further stimulate the economy and employment in rural Colorado and be a resource for the industry.

## Helpful Information Sources

- Colorado Cattlemen's Agricultural Land Trust (www.ccalt.org)
- Colorado Department of Agriculture, Colorado State Conservation Board (www.colorado.gov/cs)
- Colorado State University, Cooperative Extension (Agriculture and Resource Policy Reports). (www.ext.colostate.edu/menuag.html) and San Miguel and W. Montrose County information (www.coopext.colostate.edu/)
- Sustainable Agriculture Research and Education (SARE) (www.sare.org/)
- Western Region Sustainable Agriculture (www.wsare.usu.edu)
- American Farmland Trust (www.farmland.org)
- New Rules Org (www.newrules.org), information for the Agriculture Sector
- Intermountain CHP Center (Center for Heat and Power)

The American Farmland Trust (AFT) and USDA's Natural Resources Conservation Service have partnered to form the Farmland Information Center (FIC)--a clearinghouse for

BLM_0063447

information about farmland protection and stewardship).

Another good source is:  "The Rocky Mountain Agricultural Landowner's Guide to Conservation and Sustainability," collaboration between AFT and Coleman Natural Foods, which identifies many options for landowners, including grants and other non development-oriented programs.  We have not listed all the grants and programs here.

BLM_0063448

## Supplement:  Would a TDR Program Work for Wright's Mesa?

In a TDR program, a community identifies an area which it would like to conserve (the "Sending Area") and another area where the community desires more town-style development (the "Receiving Area"). Landowners in the sending area are allocated a number of development credits which can be sold to developers that wish to build in the receiving area.  In return for selling their development credits, the landowner in the sending area agrees to place a permanent conservation easement on their land. Meanwhile, the purchaser of the development credits can apply them to develop at a higher density than otherwise allowed on property within the receiving area.

On Wright's Mesa, a TDR program could be used to conserve agricultural lands that are desired to remain in production or sensitive resources, and land that is within the Town of Norwood's boundary but not yet annexed and zoned could serve as a receiving area. However, for this approach to be used, the following would have to be put into place:

- Define Sending Area – the community would have to define the extent of areas to be conserved.  To make the program fair, criteria should be established (such as the criteria used by the county for its Land Heritage Program).
- Establish Receiving Area – a receiving area would have to be defined and agreed to by both the town and county, as an area where future growth would occur at town-level densities. The receiving areas would remain under County jurisdiction, and the Town would agree not to annex the receiving areas before the County approves the receiving area development, securing the preservation of sending areas in the process.

- Bank or Sell Development Rights – for a property owner within the Town's planning boundary to develop at densities higher than current zoning allows within the Wright's Mesa Zoning District, they would need to purchase development rights from a property owner in the Sending Area or from a bank.  The seller of the development rights would need to record a deed restriction as part of the transaction, to document the agreed-to restrictions on future development of all or part of the property. The value for these rights would be determined by the market; however, the county would likely need to establish a basis for the number of rights needed for density increases in the Receiving Area. It might also be appropriate to set a minimum density for projects within the Town's growth area, to ensure that land is used efficiently in areas where services are available.
- Develop Property, Then Annex to the Town When Eligible – As part of the agreement between the town and county for a TDR program, property would need to annex to the town as soon as it is eligible.
- Incorporate Other Objectives – Because objectives are sometimes competing (e.g., land conservation and affordable housing), it is possible to waive requirements for purchasing development rights in a Receiving Area if a developer proposes to meet other objectives, such as providing a certain percentage of affordable housing units.

BLM_0063449

This page blank

BLM_0063450

# *Appendix C.  Public Participation Summary*

## Overview

Broad community involvement was essential to updating the Wright's Mesa Master Plan—to make it a plan that reflects citizens' values. Through the planning effort, residents of the area from diverse locations and backgrounds had many opportunities to contribute meaningfully to the plan update.  The planning team undertook specific actions itemized under the two categories below:  (1) Targeted Outreach, and (2) Broad-Based Outreach.

## Targeted Outreach

### Wright's Mesa Citizens Advisory Committee (CAC)

The Wright's Mesa CAC was a sounding board for the plan update.  The CAC worked closely with the planning team (staff and consultants) throughout the project.  Before beginning the planning, the County advertised and solicited diverse participation for Advisory Committee membership, and intentionally appointed members to reflect the geographic diversity and variety of interests of Wright's Mesa citizens and businesses.

The CAC met seven times:

- Meeting #1:  February 22, 2007 – Introductions, Work Plan, and Issues Discussion
- Meeting #2:  April 4, 2007 – Existing Conditions Report, Vision and Goals, Discussion with Town Planning Committee
- Meeting #3:  May 23, 2007 – Growth Choices, Discussion with Town Planning Committee

- Meeting #4:  June 27, 2007 – Growth Choices, continued.
- Meeting #5:  August 7, 2007 – Draft Concept Plan and Implementation
- Meeting #6:  October 30, 2007 – Preliminary Draft Plan and Options for Landowners
- Meeting #7:  December 11, 2007 – Draft Master Plan

### Technical Advisors

The planning team (staff and consultants) worked informally (via email and direct contact) with technical advisors from the County, Town of Norwood, and other agencies throughout the duration of the project—to ensure coordination between the County and other service providers to ensure efficiency during the planning process.

### Joint Meeting(s) with Norwood Master Planning Committee

The CAC periodically met with members of the Norwood Master Planning Committee and discussed mutual goals and differences between the plans, and how to address planning issues that cross jurisdictional boundaries--particularly the Town's Future Land Use Plan Boundary and land uses within.  The planning team representatives from Norwood Master Planning Committee to participate in the March and April CAC meetings as well as August and October meetings.

### Focus Groups and Individuals

The planning team contacted ranchers and large landowners to set up meetings and had several conversations.  A number of landowners have participated in the later CAC meetings or have

BLM_0063451

provided written comments and have voiced opinions that have been factored into this Plan.

## County Officials – Study Sessions

At several points in the planning process, the planning team briefed the Planning Commission and Board of County Commissioners.  Formal study sessions began in December 2007.

# Broad-Based Outreach

## Workshops/Open Houses

Public events with opportunities for citizens to discuss issues and ideas occurred multiple times during the project.  Three meetings were set up as welcoming and social atmosphere (e.g., involving food, design workshops) as well as to be productive and meaningful.  The planning team also "piggy-backed" onto other community events to get the word out and allow broader participation.

The county hosted the following events:

- BBQ at the Community Center (May 22, 2007).  About 30 people attended the event.  Participants provided a good cross-section of values and geographic representation.

- Public Workshop at the Livery (August 6, 2007).  About 20 people attended, mostly new participants after the May meeting.

- Open House and Meeting (December 11, 2007).

The planning team provided display materials, posters, and comment forms for:

- The Horse Race in early June (2nd) at the Fairgrounds, and

- The Fair and Rodeo in July (15th-22nd) at the Fairgrounds.

## San Miguel County Web Site

Throughout the plan process, work products and meeting summaries from the Citizen Advisory Committee meetings were posted on the San Miguel county website, www.sanmiguelcounty.org/wrights_mesa_citizen_advisory_ committee.htm.

## Media:  Norwood Post

The planning team prepared press releases and talking points to get the word out and trigger discussion in the community.  Elected officials also prepared editorial pieces for the newspaper to solicit participation and input in the plan development.  The Post has published articles:

- Article(s) soliciting Citizen Advisory Committee membership in December and January.

- "Wright's Mesa Master Plan update off to good start." Wednesday, May 8, 2007.

- "Citizen Advisory Committee meeting agenda for May 23" front page article. Wednesday, May 23, 2007.

- "P&Z Recommends Master Plan to Trustees," on September 26, 2007 regarding the Town Master Plan and its relationship to the Wright's Mesa Master Plan.

## Promotional Materials

The project team prepared promotional materials including posters and flyers to advertise meetings and access to web materials.

BLM_0063452

# *Appendix D.  Definitions*

This section includes definitions for terms used in the Wright's Mesa Master Plan.  Where relevant, it uses the same terminology as the county's Land Use Code to avoid confusion and duplicative terms.

**Agricultural Support Use:**

A use that provides services that directly support agriculture on the same property or on adjacent agricultural lands such as:  production, storage and sales of seeds, feed, and other produce, processing, repair of farming equipment, and the like.

**Agriculture:**

Farmland and/or ranchland used for the production of food, feed, and domestic animal grazing.  The Agricultural District also allows agricultural support uses.

**Cluster Development (Open Lands Protection Subdivision):**

Development that conserves open land on a parcel and clusters lots on another portion of the parcel. Cluster development is sometimes referred to as the "Open Land Protection (OLP)" process.  A cluster development maximizes open space conservation without reducing overall building density.  Generally half or more of the buildable land area is designated as undivided, permanent open lands.

**Commercial**

See Future land Use Plan chapter for definitions and uses.

**Density:**

The number of dwelling units per acre of land. Each zone district has prescribed uses and a specified density.

**Develop, Development:**

To divide land for purposes other than agriculture; to prepare land for division, building, or improvements, including grading, fencing for planned residential lots, road building, or utility placement, or to place structures or utilities or fencing (other than for agriculture), or roads. Includes change o existing structure or land.

**Ditch:**

Man-made irrigation system (e.g., Gurley Ditch).

**Home Occupation:**

An occupational use within a home or dwelling, employing the occupants and no more than one additional person.

**Homeowner's Association:**

An association of homeowners and lot owners having responsibilities for the management and upkeep of common property and improvements in a specific subdivision. Such associations may also be formed to include a specific area or combination of subdivisions.

**Incorporated Area/Town Limits:**

Lands within Norwood jurisdiction.

**Industry (light and heavy):**

See Future land Use Plan chapter for definitions and uses.

**Lot:**

The contiguous land in the same ownership which is not divided by a public road right of way.

**Norwood Master Plan Area:**

The boundary delineating existing and planned town growth areas.  The area in which town services will be provided and outside of which such urban services will not be extended.

BLM_0063453

**Norwood Water Commission:**

Norwood Water Commission operates the water system and water treatment plan which supplies water within the town and in rural areas of San Miguel and Montrose counties.

**Norwood Sanitation District:**

Norwood Sanitation operates the sewer system, providing service in and around the town.

**Open Lands:**

Land and water, including agricultural and forestry land, that is in its underdeveloped, natural state or has been protected, developed only to the extent consistent with, or is restored to be consistent with the following:

- water quality protection for rivers, streams, lakes and wetlands,
- protection of riparian buffers and other areas that serve as natural habitat and corridors for plant and animal species,
- scenic protection,
- protection of archaeological and historic resources,
- provision of recreational outdoor activities, and
- connection of existing or planned areas contributing to these goals.

**Open Space:**

Private land restricted from development.

**Open Lands Protection Subdivision (Cluster Development):**

A division of land which produces individual lots and reserves a specified amount of the original area in perpetually undeveloped or unchanged condition.

**Overlay District:**

A separate set of zoning requirements and incentives that is over and above the requirements in traditional zone districts, for a specific geographic area. The intent of a scenic highway corridor overlay district is to maintain visual quality.

**Parcel:**

A unit of land as described by the County Assessor's office.

**Planned Unit Development (PUD):**

A development of land which is under unified control and is planned and developed as a whole in a single development operation or programmed series of stages of development. Underlying densities are calculated for the entire development, allowing trade off between clustering of housing and provision of open space. The PUD may include some non-residential development.

**Road (or Street):**

A public or private thoroughfare which affords principal means of access to abutting property.

**Setback:**

The minimum distance between a structure or improvement and a lot line or feature from which setback is prescribed.

**Septic, Community:**

A sewage or effluent pre-treatment facility serving more than one structure, and owned privately or in common by other than a governmental entity.

**Sewer, Norwood:**

A system of sewer lines and treatment facilities to deliver and treat sewage, developed, serviced, and managed by Norwood Sanitation District.

**Slope:**

The variation of terrain from the horizontal rise or fall to the vertical, expressed as a percentage. Slopes greater than 30 percent in San Miguel county have specific standards that apply.

**Source Water Protection Area:**

The area around the Gurley Ditch and San Miguel River designated on the Wright's Mesa Future Land Use Plan. It is critical to protect from pollution and development that could affect water quality.

BLM_0063454

**Town Development:**

Development of or relating to the town that is closely tied to the density (i.e., greater than one unit per acre) and the nature of the services required for that development.  Specifically water and sewer, an extensive road network, and other town-type services, such as parks.

**Transfer of Development Rights (TDRs):**

The transfer of development rights is a mechanism by which significant properties (e.g., farms, significant buildings, scenic views, or hillsides) may be protected in perpetuity through the sale of "development rights."  Typically, owners of land in development-restricted areas called "sending" districts transfer the development rights from their property and sell those rights to property owners in specified "receiving" districts.

**Water Service Area:**

Existing water service boundary that is determined by available water pressure and housing density according to the Norwood Water Commission.  The general Water Service Area is shown on the Future Land Use Plan for illustrative purposes.

**Wetland:**

Those areas that are inundated or saturated by surface or ground water at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions.  Defined by the Army Corps of Engineers.

**Wildfire:**

Uncontrolled fire spreading through vegetative fuels, exposing and possibly consuming structures.

**Wildlife Habitat or Corridor:**

Areas for the daily or seasonal migration patterns of native animal species.  Lands where wildlife breed, feed, migrate, or seek shelter, determined by Colorado Division of Wildlife mapping and the county's adopted Wildlife Resource Information system.

**Zone District:**

Land delineated by the Official Zoning Map in which requirements for the use of land and building and development standards are prescribed by the San Miguel County Land Use Code.

BLM_0063455

## TABLE OF CONTENTS

| | Page |
|---|---|
| Table of Contents | i |
| List of Figures | ii |
| Resolution of the San Miguel County Planning and Zoning Commission Adoption the Telluride Regional Area Master Plan | iii |
| Introduction | 1 |
|     Overview | 1 |
|     The Purposes of the Plan | 4 |
| History | 5 |
| Analysis of Changes in the Past 10 Years | 7 |
| Forecasts and Projections for the Next 10 Years | 8 |
| I. Planning Process | 11 |
|   A. Development of Goals and Objectives | 11 |
|   B. Physical Analysis of Land | 11 |
|   C. Future Land Use Element | 11 |
|   D. Transportation and Parking Element | 11 |
|   E. Implementation Element | 12 |
|   F. Annual Review | 12 |
| II. Goals and Objectives | 13 |
|   A. Future Land Use Pattern | 13 |
|   B. Environmental Quality | 14 |
|   C. Scenic Quality | 29 |
|   D. Preservation of Community | 30 |
|   E. Affordable Housing | 31 |
|   F. Public and Institutional Uses | 32 |
|   G. Transportation | 33 |
|   H. Utilities | 35 |
|   I. Economic Development | 36 |
|   J. Recreational Facilities and Amenities | 37 |
|   K. Trails | 38 |
| III. Future Land Use Element | 42 |
|   A. High Density Village Cluster – "HDVC" | 42 |
|   B. Medium Density Residential Cluster – "MDRC" | 45 |
|   C. Low Density Residential Cluster – "LDRC" | 45 |
|   D. Utility/Light Industrial | 45 |
|   E. Public/Institutional | 46 |
|   F. Open Space/Recreation/Parks | 46 |
|   G. Wetlands/Rivers/Open Space | 46 |
|   H. Scenic View Planes | 46 |
|   I. Scenic Foreground | 47 |
|   J. R-1 Housing | 47 |
|   K. Lawson Hill PUD, Ilium Valley | 48 |
|   L. Lawson Hill PUD, Hub Lots 2AF, B, C & E | 49 |
| IV. Transportation and Parking Element | 53 |
| V. Implementation Element | 57 |
|   Appendix | 61 |

BLM_0063456

# LIST OF FIGURES

Figure                                                                  Page

1.      Map of Telluride Region and Town of Telluride Service Area….    2

2.      Map of Geologic Hazard Areas (Telluride Quadrangle)…………    17

3.      Map of Geologic Hazard Areas (Gray Head Quadrangle)……….    18

4.      Elk Activity Map (Telluride Quadrangle)…………………………    19

5.      Elk Activity Map (Gray Head Quadrangle)………………………..    20

6.      Mule Deer Activity Map (Telluride Quadrangle)…………………    21

7.      Mule Deer Activity Map (Gray Head Quadrangle)……………...    22

8.      Maps of 100-Year Floodplain……………………………………    23-28

9.      Future Land Use Map……………………………………………    39
            Ilium Valley Amendment………………………………………..    40
            Hub Lots – Lawson Hill PUD Amendment……………………..
            Employee Housing Amendment…………………………………    41

10.     Map of Scenic Foreground and View Planes……………………    49

11.     Transportation and Parking Plan…………………………………    50

12.     Telluride Regional Area Trails Plan……………………………...    51

BLM_0063457

San Miguel Comprehensive Development Plan/Telluride Regional Area/Page 3

BLM_0063458

# INTRODUCTION

## Overview

The Telluride Regional Area Master Plan presents a policy statement about community goals, values, and desires over the next 25 to 50 years. The study area for this master plan up-date includes: the areas defined as the Telluride Region, County lands east of State Highway 145 south of Society Turn, and those contiguously owned parcels that abut the west side of the State Highway 145 right-of-way south of Society Turn. However, it is expected that the major growth will take place in the Telluride Region. The boundaries of the Telluride Region are defined by the map found on page 2.

The Plan's goals and objectives, together with the Future Land Use Map and the transportation element, form a document that conveys the ideals and the specifics of a program to accomplish the identified ends. It is anticipated that the area defined as the Telluride Region will develop slowly and over a long period of time. While the Plan is designed to guide substantial future growth in the Region, we do not expect such growth pressures to be experienced over the next 10 years. At this point it is unclear whether the Region will ever experience the growth demand necessary to implement fully the Future Land Use Map. The Region has been zoned for the densities anticipated by the Plan since the early '80's. While the Region has become much more popular in the ensuing years, only one of the anticipated sub-community pods has begun to develop. In short, the Plan describes where and under what circumstances future growth should occur if the Region ever experiences the necessary demand.

This update of the Plan continues to promote the development pattern recommended by the first Regional Master Plan which was adopted about ten years ago. It continues to be anticipated that a number of small high density nodes or villages (existing PUD Reserves) will be developed within the Telluride Regional Area, with the Town of Telluride remaining the commercial, cultural, governmental and historic hub of the Region. Within practical limits, each sub-community will be balanced, providing neighborhood commercial services, recreational and employment opportunities and a mix of housing types and sizes to meet the needs of both the tourists and permanent residents of the Area. The balance of the private land in the Regional Area will be designated for low density residential uses. Environmentally sensitive lands such as wetlands, wildlife habitats, floodplains, steep slopes, geologic hazard areas, etc. will be protected.

BLM_0063459

**MAP TELLURIDE REGION 1989**

San Miguel Comprehensive Development Plan/Telluride Regional Area/Page 2

BLM_0063460

The overriding theme of this update of the Telluride Regional Area Master Plan is to preserve and enhance the distinctive characteristics of the Resort which make it a desirable place to live and enables it successfully to compete in the highly competitive ski industry. The beauty and character of the Area make it economically viable as a vacation resort, and the Plan seeks to preserve and enhance those factors.

The Regional Area, with the Town of Telluride at its core, is a gem of natural and architectural history. This circumstance must be protected in conjunction with the development of additional resort facilities and amenities to ensure the future economic viability of Telluride as a resort.

In summary, this updated version of the Plan seeks to establish a land use program which will serve the community over an extremely long term, a longer term than is customarily seen in the plans prepared in this country. Furthermore, it is intended to update, strengthen and clarify the community's goals and objectives, protect and enhance the uniqueness of the Area and its scenic quality, minimize the adverse environmental impacts associated with development, preserve the strong sense of community, guarantee the provision of adequate and cost-effective public facilities and services, promote a stable and diverse economic market place and provide a wide range of recreational opportunities for all residents and visitors to the Telluride Region.

The Telluride Regional Area represents one of five (5) designated planning areas that make up San Miguel County. The Telluride Regional Area Master Plan represents the first part of the re-evaluation of the Master Plan for all planning areas in the County. This effort represents a review and update of the existing plan to reflect the evolution of County policy and is not intended to be a major overhaul.

The Telluride Regional Area Master Plan is comprised of the following five sections:

I.       Planning Process

II.      Goals and Objectives Element

III.     Future Land Use Element

IV.      Transportation Element

V.       Implementation Element

This document presents a summary of the community's planning work. The conclusions reached in the Plan are derived, through public participation, in a variety of forums including public meetings held by the San Miguel County Planning Commission, the Telluride Regional Advisory Committee and the Steering Committee for Community Building which held a series of meetings beginning in the Fall of 1987 and running through the winter of 1988 for the purpose of identifying broad community values and goals. Special attention has been paid to the goals and objectives of the Town of Telluride, as expressed in its Master Plan as adopted on March 19, 1987, the Community Survey conducted by the Town of Telluride in August 1986 and the

BLM_0063461

Telluride Visitor Survey conducted by the Town of Telluride during the winter of 1987-88.  The original relevant research and analysis are documented in the Appendix and are available in the San Miguel County Planning Office.

## THE PURPOSES OF THE PLAN

The Telluride Regional Area Master Plan represents a policy statement about community goals and desires.  It is also a statement of community values and ideals.  It is to be used as a guide for decision-making by residents and officials in San Miguel County, private investors and developers, Federal agencies such as the U.S. Forest Service and Bureau of Land Management, the State of Colorado, and other bodies who must understand the County's direction.

The Goals and Objectives of the Telluride Regional Area Master Plan form the basis for the Future Land Use Map (See figure on page 44).  The intent of the Goals, Objectives and Map is to provide a framework and guide for land use planning and decision-making regarding development and growth within the planning area.  In the future, it will be the responsibility of developers to demonstrate that a proposed development plan or land use proposal is consistent with the Goals and Objectives and Future Land Use Map of this Master Plan.  It is expected that development and land use proposals which are inconsistent with the recommendations of this Plan will be denied.

BLM_0063462

# HISTORY

San Miguel County first adopted its Telluride Regional Area Master Plan nearly 10 years ago, in 1978. Several amendments to the plan have occurred since then, but the Plan has remained basically the same since its adoption.

In summary, when the Plan was adopted in 1978 the eastern end of San Miguel County was beginning to experience growth pressures generated by the recreation-based economy of the Town of Telluride. The Telluride Region was the area in which most of the future development was expected to occur. Future growth was to occur in satellite pods of clustered development, connected by a transportation system that would not overburden the Region's limited highway network.

When the Master Plan was adopted, there were substantial differences between its suggested land use plan and the actual zoning that was in place. The reason for this was that large portions of the Telluride Region had received zoning in the early 1970's before the Master Plan was developed. Most of this early zoning was never utilized. But a few projects did proceed before master planning efforts began. They included:

1.  Last Dollar development;
2.  Goldking and Hillside;
3.  Brown Homestead and Sundance; and
4.  Ski Ranches.

The authors of the initial Master Plan were well aware of the extreme differences that existing zoning would allow, when compared to what was suggested and desired under the Plan.

In an effort to reconcile the differences between the actual zoning of the Telluride Region and the newly adopted Master Plan, the Telluride Regional Planning Advisory Commission (TRPAC) was established in 1979. This Commission was made up of the major regional landowners, government representatives from both Town and County, and citizens at large.

After more than a year's work, TRPAC produced a series of recommendations that became the basis for the P.U.D. Reserve Zoning District. The premised for these recommendations and the subsequent P.U.D. Reserves were as follows:

1.  All lands within the Telluride Region would fall into of three land use categories:

    a.  Environmentally sensitive lands;
    b.  Low density residential lands; and
    c.  High density (resort/accommodations) lands.

BLM_0063463

2.  The environmentally sensitive lands, such as wetlands, wildlife habitats, floodplains, steep slopes, geologic hazard areas, etc., could be easily defined on any given property and should not be allocated any additional density beyond agricultural/forestry zoning or "one unit per 35 acres."

3.  The high-density pods of resort/accommodations development would be those areas so designated in the Master Plan.

4.  The remaining lands would fall under the low-density residential classification.

5.  Densities allocated to specific areas should be fairly uniform from one property to another, within either the high density or the low-density land use classification.

6.  Densities allocated, and the potential development resulting from the same, should be coordinated with the carrying capacity of the Telluride ski mountain, which was seen as the primary (if not singularly important) economic factor in the Telluride Region.

Since the adoption of P.U.D. Reserve zoning in 1981, the County has rezoned approximately 10,000 acres of land, bringing the zoning into compliance with the Master Plan and eliminating the conflicting zoning that pre-existed the adoption of the Plan.

BLM_0063464

## ANALYSIS OF CHANGES IN THE PAST 10 YEARS

Since the Telluride Regional Area Master Plan was originally prepared and adopted (1975-1978), changes have occurred, which should be noted and factored into a "Revised Master Plan".

1.	During the preparation of the Plan, mining was still the biggest single employer in the Telluride Region.  Idarado closed its mine at about the same time the Plan was adopted.  Since then, the tourist industry and skiing, in particular, have emerged as the area's major employer.  The construction industry, catering to an increase in tourism and a substantial second home (high dollar) market, has also evolved into a significant part of our economy.  No additional "industry" has developed to diversify the economy.

2.	Physically, the Telluride Region has not changed substantially.  The majority of new development has been condominiums within the Town of Telluride (along the southern and western edges of town).  Several dozen new single-family homes have also been built in town over the past 10 years.  In the unincorporated portion of the Regional Area, 179 new single-family homes and 121 condominiums have been constructed.

The most significant major physical change in the Region is the commencement of construction of the Mountain Village project.  Although to date there are only 30 to 40 condominium units built along with a half dozen single-family homes, a vast majority of the Village's infrastructure has been installed, along with nearly five miles of paved roads, bridges, water and sewer lines.

Last, the Telluride Regional Airport with a 7700 foot paved runway was completed immediately adjacent to the Telluride Region.  This update expands the Telluride Region to include the new airport.

3.	The permanent population of the Telluride Region has increased from approximately 1200 to 1500 in the past 10 years.  During this time the Region has gone through a period of declining population, dipping below 1000 between 1983 and 1984 before resuming a steady but slow growth rate over the past 5 years.  The projections of population growth rate contained in the original Master Plan suggested the present regional population would be about 2200, somewhat higher than the actual population we see today.

4.	Within the same period, the peak population or bed base of the Telluride Region has increased from approximately 1500 to approximately 4480 (3230 guest pillows) as of the end of 1987.  The comfortable carrying capacity of the ski area stands at approximately 8200 skiers.  Thus, a shortfall in bed base exists of 3720.

BLM_0063465

## FORECASTS AND PROJECTIONS FOR THE NEXT TEN YEARS

### Introductory Comments

Using the experience of the past 10 years and applying this updating of the Master Plan as a guide for development in the future, the following projections are made for the next 10 years. This material represents an effort to provide interested parties with the County Planning office's opinions, observations and prospective on the trends which we have observed and which we expect to continue for the foreseeable future.  It is not intended as a statement of policy.  The value of this exercise is to provide interested parties with a realistic short-term projection of Regional growth.

### Economic Development

The future economic stimulus of the Telluride Region will become increasingly more focused on the tourist/resort industry and skiing in particular.  The ski mountain capacity far exceeds the current bed base and will probably maintain that margin well into the future.

If the Region is to develop further its non-skiing based tourism, additional amenities and facilities must be provided.  Presently, the summer festival schedule is the total sum of non-skiing tourist activities, other than that which is provided by the natural environment (e.g. hiking, camping, etc.)

Major changes in the hard metals market, or technology in mining the same, would have to take place for mining to be resumed east of Telluride.  This seems unlikely to occur.

Agriculture will all but disappear as a viable economic pursuit in the Telluride Region.

A reasonably stable construction industry appears to be a part of the future economy, although probably directly related to the resort development and economic cycles.

### Land Use

Overall, the land use element of the existing Master Plan appears very secure, in the sense that the County has followed through after the adoption of the Master Plan with actual zoning on nearly all lands in the Telluride Region.  Current zoning reflects and enforces the land use element of the Plan.  Therefore, if the County continues to adhere to the current zoning in the Region, future development should be consistent with the Master Plan.  It should be noted that there are a few isolated properties in the Region which have not received rezoning since the Master Plan's adoption.  These properties' Agricultural/Forestry zoning is not necessarily reflective of the Master Plan.

BLM_0063466

a.   Residential

Future residential development will consist primarily of second home condominiums, which make up the accommodations rental pool. These will be located almost exclusively in the town and Mountain Village.  Unless increased interest is shown in the Village, it is unlikely that any of the other high-density pods would begin to be developed.  In addition, single family homes, including "second homes" of extremely high value (over $500,000), will continue to be built throughout the Region on a gradual, but steady basis.

If present trends continue, the Region will continue to experience a shortage of rental housing from November to March of each year, when several hundred seasonal employees come to town. Adequate rental housing is available during all other times of the year to meet the needs of permanent residents.  Affordable ownership housing for permanent residents is expected to continue to be a year-round problem.

A major adverse impact on local housing could occur if Idarado, in settling the tailings lawsuit, were to eliminate its mobile home housing east of town.

b.   Commercial

Future commercial development will be located primarily in the Town of Telluride, and to a limited extent, in the Mountain Village.  It is unlikely that any commercial development would occur in any of the satellite pods in the next ten years.

c.   Industrial

Industrial development, although very limited in the Telluride Region, will probably be drawn to the Society Turn area where the regional sewer plant has been built.  It is anticipated that most industrial development will occur out of the Telluride Region in the Ilium Valley adjacent to Animas Aggregates.  It is unlikely that the pod of industrial designation of the West Meadows would begin to develop within the foreseeable future.  In addition, pressure may come to bear for the development of an industrial site adjacent to the Regional Airport.

d.   Transportation

Unless the Mountain Village establishes a much more substantial bed base within the next 5-10 years, it is unlikely that a change in the current regional transportation system will occur.  The community will continue to rely on buses.

The airport should remain as a viable alternate mode of access to and from the Region, but percentage-wise, it will serve a very small portion of the populace.  Weather factors are likely to continue to limit the airport's reliability.

BLM_0063467

Continued growth in the Mountain Village is expected to trigger the construction of a gondola transportation system between the Town of Telluride and the Village.  The Village's intercept parking, the gondola and the pedestrian-oriented nature of the Village are recognized as important components of long term transportation impact mitigation.

Parking is expected to become an increasing problem within the Town of Telluride.  The situation even applies for the ski area parking at the base of Coonskin lift.  This is expected to produce a need for additional intercept parking facilities in the County.

As highway traffic within the Region increases, the factors limiting carrying capacity will become Lawson and Keystone hills because of much decreased speeds caused by truck traffic.

e.    Utilities

The newly-constructed regional sewer plant and water treatment plant each appear to have excess capacity sufficient to take us well into the next decade, with the ability to expand later as necessary.

Because of the difficulty presented by high altitude terrain, it remains unlikely that a solid waste disposal facility will be located in the Telluride Region or any place close.

Current zoning fails to designate sufficient areas in the Region which are appropriate to be used to meet the operational and service needs of the providers of other utilities, i.e. telephone, electric and gas.  Specific areas need to be identified within the Telluride Region to meet the needs of companies that provide these services.

f.    Open Space and Recreation

Land use patterns, suggested by current zoning in the Region, preserve significant amounts of open space and valuable scenic vistas.  Unless closely watched, developments have a tendency gradually to spread out as they become reality.  This has happened consistently with the Mountain Village to a point where this project now covers considerably more land than was originally conceived.  Although there will probably be certain reallocations of density within the valley floor in response to shifts in community goals, it is still possible to develop the Region and maintain the openness that draws people to it for recreation.

New recreational facilities would most likely be in the form of golf courses, trails and swimming pools, both in the Mountain Village and on the valley floor.  The Mountain Village golf course will most likely come on line during the next decade.  A valley floor golf course would most likely occur only as pat of a major new development.

BLM_0063468

I.     PLANNING PROCESS

The work program for the Telluride Regional Area Master Plan includes six stages that are briefly summarized below.

A.     <u>Development of Goals and Objectives</u>.  The Planning Commission held public work sessions throughout the spring and summer of 1988 to consider the adoption of updated goals and objectives to be used as a guide in the preparation of the Future Land Use Map and the Transportation Element.  In September of 1988, the Planning Commission held a public hearing and approved the Goals and Objectives that form the basis for the update of the Regional Plan.

B.     <u>Physical Analysis of Land</u>.  In the fall of 1988, the Planning Commission held public work sessions to review the staff's environmental analysis of land in the Telluride Region.  Environmental factors analyzed included soils suitability, wetlands, geologic hazards, floodplains and wildlife habitat areas.  A major consideration during this stage of the planning process was the identification and mapping of an area of visual vulnerability from State Highway 145 referred to as the Scenic Foreground.

In addition to environmental analysis, this stage of the planning process analyzed the availability and capacities of existing public services and/or the feasibility of providing public services, such as water, wastewater, mass transit and roads.

C.     <u>Future Land Use Element</u>.  Based upon consideration of the revised goals and objectives, physical land use analysis and implementation alternatives, the Planning Commission prepared a Future Land Use Map.  The Map was debated and revised over many months in response to citizen comments and new discoveries made throughout the planning process.  The comments of the Town of Telluride's Planning and Zoning Commission were particularly helpful in the development of the final Map.

D.     <u>Transportation and Parking Element</u>.  The transportation and intercept parking alternatives were analyzed in order to determine transportation and parking needed to serve existing urban density centers and future pods of urban density under existing P.U.D. Reserve Zoning.  The Planning Commission accepted to a substantial degree the recommendations of a subcommittee of the Telluride Regional Advisory Committee that was specifically charged with evaluating these alternatives.  Likewise, the San Miguel County Trails Council's recommendations on trails and related issues were accepted by the Planning Commission.

The alternatives that best satisfied the Transportation Goals and Objectives were identified as the Transportation and Parking Plan and the Telluride Regional Area Trails Plan and adopted as part of the Telluride Regional Area Master Plan.

BLM_0063469

E.      <u>Implementation Element</u>.   A variety of alternative implementation techniques were considered including traditional zoning, impact fees, transfer assessments on real estate, special improvement districts, transfer of development rights, and acquisition of conservation easements.  No specific implementation strategies were chosen pending further study of their appropriateness after the adoption of this Master Plan.

F.      <u>Annual Review</u>.  In November of each year following the year of adoption, the Planning Commission will annually review the Telluride Regional Area Master Plan in a Public Hearing to consider making adjustments to the Plan.

San Miguel Comprehensive Development Plan/Telluride Regional Area/Page 12

BLM_0063470

II.      GOALS AND OBJECTIVES

The Goals and Objectives for the Telluride Regional Area Master Plan will provide the basic direction to the staff and planning commission in developing the future land use element of the Plan. Goals are defined as ends toward which the community's planning is directed. They are general in form and express ideals. Objectives are intermediate milestones on the way toward a goal. They are expressed in a form that is measurable and achievable. The Goals and Objectives present a statement of community policy.

The following Goals and Objectives are intended to serve as general guides for land use planning in the Telluride Regional Area.

A.       Future Land Use Pattern

          Goal:   Promote a clustered development pattern for urban densities in nodes or villages in order to protect and enhance scenic quality, preserve usable public and private open space, minimize the adverse environmental impacts associated with development, and provide a wide range of recreational and housing opportunities for all residents and visitors to the Region.

Objectives:

1.       Identify those areas in the Region that are least visible from State Highway 145.

2       Ensure that areas designated for urban density are developed in compact nodes or villages so as to minimize visibility from State Highway 145, to avoid the development of environmentally sensitive areas and to facilitate the provision of public facilities and services. Each high-density node should be as self-sufficient as practicable, including commercial and service facilities that are complimentary to the sub-community, without usurping the role of the Telluride central business district.

3.       Provide a non-auto transportation link between pods of high-density development.

4.       Discourage land uses that would cause inadequately mitigated adverse impacts upon the movement of traffic along State Highway 145.

5.       Encourage land uses that minimize automobile dependence.

6.       Avoid development in environmentally sensitive areas, such as wetlands, wildlife habitats, floodplains, steep slopes, and geologic hazard areas.

7.       Ensure compatible land use relationships and the efficient use of land, utilities, public facilities and services by requiring that future development plans in the Regional Area be processed according to PUD procedures.

BLM_0063471

8.      Require that development plans for individual parcels reflect plans for the entire parcel or contiguous ownership.

9.      Encourage the adoption of the County's Telluride Regional Area Master Plan by the Town of Telluride and the update of the Intergovernmental Agreement as necessary.

10.     Respect historic planning efforts and cooperative landowner agreements by avoiding and/or opposing future development approvals (subdivision approvals, zoning changes, annexation agreements, etc.)  which would exceed the overall regional population densities established by the major landowners TRPAC Agreement and by the existing P.U.D. Reserve Zonings.

11.     Avoid strip commercial development along State Highway 145 and the creation of commercial centers that would compete with the Town of Telluride.

12.     Protect the integrity of the Town of Telluride's National Historic District by minimizing future development along the developed edges of the town.  Instead, encourage growth in more appropriate areas of the Regional Area consistent with these goals and objectives.  Ensure that future development along the edge of town further defines and enhances the edges of the town.

13.     Minimize conflicts between land uses in the mining district east of Telluride in the upper San Miguel Valley, while preserving and enhancing existing affordable housing opportunities.

14.     Ensure that land use planning minimizes the adverse impact of airport operations upon land uses in the immediate vicinity of the airport and the Town of Telluride.

15.     Allow only minimum development outside of the area defined as the Telluride Region in the study area for this master plan up-date, one residential unit per 35 acres, except in cases where all increases in residential density are deed restricted by the R-1 Housing Deed Restriction.

16.     Ensure that the Town of Telluride remains the commercial, cultural, governmental and historic hub of the Telluride Region. Avoid zoning or development approvals that would diminish the Town's role as the Region's shopping hub.


B.      Environmental Quality

Goal:   Protect environmentally sensitive areas and prohibit development from occurring in areas that are unsuitable for development.  Environmentally sensitive areas include wetlands, floodplains, steep slopes, riparian areas and other wildlife habitats, geologic hazard areas, etc.
(See figures on pages 19-29 that illustrate geologic hazard areas, big game habitats, and floodplains.)

BLM_0063472

Objectives:

1.   Identify environmental constraints to development in the Regional Area.

2.   Identify specific sites for development that are not subject to severe man-made and environmental hazards.

3.   Discourage development in environmentally sensitive areas.

4.   Protect and enhance wetlands.  Prohibit development in wetlands, riparian areas and other wildlife habitats.

5.   Encourage the development of parcels that contain previously disturbed, environmentally sensitive areas to include the identification ad documentation of site-specific natural conditions. Encourage the restoration of those areas to a more natural condition as part of the development process.  Explore alternate funding sources to assist with projects that may have broad community benefits.

6.   Permit development in geologic hazard areas only when adequate hazard mitigation has been demonstrated.

7.   Adopt regulations for the review of development in Areas of State and Local Interest as defined by Colorado House Bill 1041.

8.   Encourage the preservation of existing significant vegetation on undeveloped land in the Regional area.

9.   Encourage noise-sensitive land uses to locate outside the boundaries of high-noise areas, impacted by airport and highway operations.

10.  Discourage land uses and development patterns that would cause inadequately mitigated effects upon water or air quality.

11.  Protect and seek to improve the water and air quality in the Regional Area.

12.  Recognize and seek to enhance the potential of the wetlands and ancient peat bogs in the valley floor to cleanse the San Miguel River of heavy metals.

13.  Discourage additional development in the valleys above the Town of Telluride in recognition of the air inversion characteristics of the box canyons.

14.  Act cooperatively with State and Federal agencies to encourage and ensure the protection of natural and undeveloped lands to develop solutions to the problems associated with disturbed environments, tailing piles and polluted soils.

BLM_0063473

15.     Adopt and strictly enforce restrictions to minimize the adverse impacts of solid fuel burning devices.

16.     Strictly regulate activities of local concern such as mining, timber harvesting, roads and water development projects, and military training activities, to ensure that adverse impacts are adequately mitigated.

17.     Protect high alpine environments from the effects of development.

BLM_0063474

**GEOLOGIC HAZARDS TELLURIDE QUADRANGLE**

BLM_0063475

**GEOLOGIC HAZARDS GRAYHEAD QUADRANGLE**

BLM_0063476

**ELK ACTIVITY MAP**
**TELLURIDE QUADRANGLE**

San Miguel Comprehensive Development Plan/Telluride Regional Area/Page 19

BLM_0063477

**ELK ACTIVITY MAP
GRAYHEAD QUADRANGLE**

BLM_0063478

**MULE DEER ACTIVITY MAP**
**TELLURIDE QUADRANGLE**

San Miguel Comprehensive Development Plan/Telluride Regional Area/Page 21

BLM_0063479

**MULE DEER ACTIVITY MAP**
**GRAYHEAD QUADRANGLE**

BLM_0063480

**FLOOD BOUNDARY AND FLOODWAY MAP
SAN MIGUEL RIVER
TELLURIDE AREA**

BLM_0063481

**FLOOD BOUNDARY AND FLOODWAY MAP**
**SAN MIGUEL RIVER**
**TELLURIDE AREA**

MAP 1

BLM_0063482

**FLOOD BOUNDARY AND FLOODWAY MAP**
**SAN MIGUEL RIVER**
**TELLURIDE AREA**

MAP 2

BLM_0063483

**FLOOD BOUNDARY AND FLOODWAY MAP**
**SAN MIGUEL RIVER**
**TELLURIDE AREA**

MAP 3

BLM_0063484

**FLOOD BOUNDARY AND FLOODWAY MAP**
**SAN MIGUEL RIVER**
**TELLURIDE AREA**

MAP 4

BLM_0063485

**FLOOD BOUNDARY AND FLOODWAY MAP**
**SAN MIGUEL RIVER**
**TELLURIDE AREA**

MAP 5

BLM_0063486

C.     Scenic Quality

Goal:   Preserve and enhance the scenic quality along State Highway 145 for the benefit of residents and the continued viability of the Regional Area's recreation-based economy which is primarily dependent upon the quality of the physical setting.

Objective:

1.     Promote the aesthetic improvement and positive visual images of existing developments along State Highway 145 and guide the location of new development so that detrimental impacts upon visual quality are minimized.

2.     Establish a scenic foreground along the State Highway 145 (see figure on page 51), within the Telluride Regional Area and steer development away from the foreground.

3.     Preserve the outstanding scenic vistas which draw people to Telluride (see figure on page 51), such as the view of the Town of Telluride from the old Sundance Texaco Station, the view of the San Miguel Mountain range from Highway 145 on Turkey Creek Mesa and the view of the valley floor from Society Turn and the lower airport road (Last Dollar Road).

4.     Establish view planes to protect the outstanding scenic vistas and prevent future developments from obstructing the identified view plains.

5.     Exterior lighting is a potential source of visual pollution, therefore future development will be required to mitigate the potential adverse visual impacts of such lighting.

6.     Establish a County design review board to review the design elements of all projects within the Town of Telluride's Service Area.  Encourage development styles that utilize native materials, are compatible with both the architecture of the local area and climate conditions, and are rough and natural as opposed to neat and manicured.

7.     Provide consistent, high levels of maintenance for all elements of open space, parks and recreational facilities.

8.     Encourage the improvement of the aesthetic appearance of Goldking, the Hillside Subdivision and other existing developments bordering State Highway 145.

9.     Avoid the four-laneing of State Highway 145 and instead encourage the improvement of the existing two-lane access to the Town of Telluride.  The four-laning of the Highway would have a negative impact on the rural setting and historic character of the Town of Telluride and the Regional Area.

10.     Encourage the undergrounding of the power lines that will serve future development.

BLM_0063487

D.     Preservation of Community

Goal:  Maintain and enhance the distinctive sense of community which is present in the Telluride Region Area today.  The essence of this sense of community is the small town way of life against the mountain backdrop.  It includes the concept of neighbors sharing their successes and failures and helping each other to meet real human needs.  It also means preserving the sense of smallness in the scale and style of man's impact upon the historic Town of Telluride and the majestic mountain setting.

There are often references to creating a community that benefits both permanent residents and visitors alike.  Reality often presents situations that are not necessarily beneficial to both permanent residents and visitors, and when these conflicts occur, the Goals and Objectives' intent of the Master Plan should be to honor the concerns and interests of the local community as first priority.

Objectives:

1.     Ensure the provision of affordable housing to serve both permanent and seasonal employees.  Without a stable resident population, the sense of community will soon be lost.

2.     Protect the integrity of the National Historic District by maintaining a compact edge for the Town of Telluride.

3.     Avoid development which would be inconsistent with the scale and character of the Town of Telluride.

4.     Protect the scenic vistas of mountain slopes from existing development and along State Highway 145.

5.     Develop and maintain reasonable population and growth projections for the Telluride Regional Area in order that residents and investors will be better able to make sound investment decisions.

6.     Maintain State Highway 145 as an improved two-lane highway by encouraging the development of alternate transportation systems capable of preventing the deterioration of safety levels and the service capacity of the roadway.

7.     Disapprove those residential developments which are exclusionary with respect to persons (and their families) who live and earn their incomes primarily in the Telluride Region.

BLM_0063488

E.        Affordable Housing

Goal:  Provide an adequate self-contained supply of affordable housing to meet the needs of seasonal employees and permanent residents.

Objectives:

1.        Ensure an adequate mix of housing types and sizes within each sub-community to meet the needs of persons and their families which will be employed or generated as a result of the operation of any future development.  Without a stable resident population, the sense of community will soon be lost.

2.        Develop long-term housing policies and occupancy guidelines to guarantee the production and maintenance of affordable housing as a part of each new sub-community.  At a minimum, all such affordable housing should be restricted to the long-term housing market by appropriate lease restrictions.

3.        Preserve existing affordable housing and zoning which protects it, such as the mobile home zoning at the Pandora Trailer Park.

4.        Identify the need for affordable housing and any inadequacy which exists in the supply of housing which is affordable and available for the permanent residents of the Regional Area.

5.        Develop a plan to address any affordable housing shortfall.  This plan might include an incentive program such as a new zoning category specifically for affordable long-term housing, allowing higher densities than are allowed in existing zone districts.

6.        Encourage all employers to provide housing for their own seasonal employees.

7.        Encourage the production of accessory employee units attached to and within single-family houses when the adverse impacts can be adequately mitigated.

8.        Encourage the preservation of existing affordable housing areas and allow for expansion of such housing consistent with these goals and objectives.

9.        Define the term "affordable housing" to mean housing which is deed-restricted to exclusive use and occupancy by persons (and their families) who live and earn their livings in the R-1 School District.  "Affordable housing" will be permanently restricted with the "R-1 Housing Deed Restriction".

10.        Require all developments to mitigate the effects of such development upon affordable housing.

BLM_0063489

F.      Public and Institutional Uses

Goal:  Provide for future needs of the community with respect to schools, utility plants, public maintenance facilities, hospitals, administration buildings and cultural facilities.

Objectives:

1.      Evaluate the needs of the community for these uses through the planning period.

2.      Develop location criteria for the various public and institutional needs of the community.

3.      Identify sites which are suitable for and meet the needs criteria of these uses, consistent with the goals and objectives of the Telluride Regional Master Plan.

4.      Develop a capital improvement plan and update it on an annual basis.

BLM_0063490

G.    Transportation

Goal:  Provide safe and efficient transportation and parking to serve existing urban density centers and future urban density pods and P.U.D. Reserve Zoning.  The transportation system must be convenient, attractive, reliable and economically practical to construct and operate.  It is anticipated that urban density pods of development will not be permitted without an alternative regional transportation system, i.e. a system other than the conventional automobile/bus/road system.  (See figure on page 53.)

Objectives:

1.    Determine the design and service capacity of State Highway 145, along with the feasibility of developing alternate transportation systems, and adjust regional zoning accordingly.

2.    Allow only development which would not create traffic volumes or patterns resulting in traffic hazards, or significant service level reductions on State Highway 145.

3.    Ensure that future development in the Regional Area follows the installation of essential on- or off-site road system improvements and/or alternate transportation systems which are necessary to meet the transportation goals and objectives.

4.    In accordance with prior commitments of the County, the Town of Telluride, major landowners and developers (TRPAC Agreement), the capital costs of an alternative transportation system should be substantially funded at developers' expense.

5.    Evaluate the alternatives for a regional alternate transportation system to serve the urban density pods/P.U.D. reserves, including a bus system, streetcar with gondola up-links and a gondola system.  The continuation of a bus system should be assumed to some degree under each alternative.

6.    Identify potential alignments for public rights-of-ways and/or alternative transportation systems and preserve them free of development with conditional approvals and/or easements in gross through the development review process.

7.    Develop incremental funding mechanisms for alternate transportation systems which would be necessary to accommodate the build-out of the Regional Area's zoning, so that the ultimate cost of regional transportation alternatives will be borne by the developments which benefit from and generate the need for such transportation alternatives, regardless of the time frame in which a development occurs.  Possible funding mechanisms would include special improvement districts, impact fees and/or transfer assessments on real estate.

BLM_0063491

8.    Encourage the development of facilities for the centralized transfer, storage, and distribution of goods from one central point in the Telluride Regional Area in order to reduce the impacts of heavy truck traffic on the road system and to reduce the air quality impacts.

9.    Minimize the number of access points onto State Highway 145 by combining or eliminating existing access points where such steps would improve the safety, design and/or service capacity of the road system.

10.    Ensure that future development does not create traffic volumes or patterns which will create traffic hazards, or significant service level reductions in existing transportation systems.

11.    Ensure that future development includes as part of any development plan the construction, at the developer's expense, of public trails consistent with the goals and objectives of the Telluride Regional Area Master Plan to serve as an alternative to vehicular travel.

12.    Ensure that the Town of Telluride remains a transportation hub of the Regional Area.

13.    Encourage the development of additional intercept parking facilities in conjunction with all major developments, when appropriate.

BLM_0063492

H.   Utilities

Goal:  Ensure the availability and maintenance of public utility systems of adequate size, capacity, and cost to meet the needs of permanent and visitor peak population.

Objectives:

1.   Coordinate the provision of public utilities with existing providers of those utilities.

2.   Designate the Town of Telluride as the appropriate provider of utility service within the Town of Telluride's Service Area (see figure on page 2).  Strongly encourage development in the Service Area be served by the Town, regardless of the jurisdiction in which the development is proposed to occur.

3.   Prevent the proliferation of special districts and private central utility facilities, when existing public facilities are available or can be made available within a reasonable time frame from an existing provider at a reasonable cost.

4.   Seek an intergovernmental agreement between the Town of Telluride and San Miguel County to provide for the provision of utility service in the Town of Telluride's Service Area.

5.   Avoid the extension of utilities into areas which are deemed inappropriate for development based upon an evaluation of the proposed development against the goals and objectives of the Telluride Regional Area Master Plan.

6.   Ensure that new urban development which occurs within the Service Area for the Town of Telluride will meet the town's technical design standards and specifications.

7.   Ensure that developments proposing urban densities within the Telluride Service Area seek annexation to the Town of Telluride.  Promote this objective through an intergovernmental agreement between the Town and County.

8.   Prohibit motor vehicular access to municipal water shed areas.

9.   Require the undergrounding of utilities in the Telluride Service Area.

BLM_0063493

I.      Economic Development

Goal:  Promote a stable and diverse economic market place.

Objectives:

1.      Promote a <u>balance</u> between skier day capacity of the ski mountain and commercial accommodations which serve and depend upon the skier, while recognizing the demands of the permanent population.

2.      Maintain a growth <u>rate</u> in the skier capacity, tourist facilities development and permanent resident facilities development which will not overburden the local public facilities and services.

3.      Encourage a diversified economy.

4.      Encourage small light industries independent of tourism.

5.      Identify areas which are appropriate for small light industries.

6.      Encourage the installation of snowmaking equipment in order to provide economic "insurance" and to "shore-up" the beginning and end of the ski season.

7.      Promote year-round tourism and encourage the development of the services and facilities necessary to adequately support this tourism.

8.      Develop and promote realistic expectations regarding the economic future of the Regional Area.

9.      Encourage the community to reinforce the economic viability of all shoulder seasons.

BLM_0063494

J.      Recreational Facilities and Amenities

Goal:  Achieve and maintain a balance between residential uses and recreational facilities and amenities in order to avoid a negative impact upon existing recreational facilities and amenities.

Objectives:

1.      Encourage a variety of distinctive recreational facilities and opportunities (e.g. cross-country ski trails, cross-country hut system, fishing, climbing, mountaineering, golf, year-round swimming pool, etc.) in order to provide diversity of the resort experience.  Any wilderness type lodging land use should be considered only in lieu of residential land uses.

2.      Encourage the development of additional short-term accommodations and facilities in order to balance skier capacity with commercial, lodging, and recreational improvements designed to serve visitors, while recognizing the demands of the permanent population.

3.      Ensure that development with significant densities provides a full complement of public recreational amenities and facilities, as appropriate, based upon site-specific considerations, in order to provide an expansion of the tourist economy.

4.      Implement the Telluride Regional Area Trails Plan (see page 54) throughout the Regional Area for public recreational enjoyment and as an alternative to vehicular travel.

5.      Ensure that development includes the dedication of public rights-of-way for trails and other public open spaces as described on the Telluride Regional Area Trails Plan.

6.      Adopt design guidelines and standards for trails and open spaces which are consistent with the guidelines and standards previously established by the Town of Telluride to insure uniform quality, character and continuity, unique to different areas of the San Miguel River.

7.      Assure that development improves the community to the extent that it makes it more livable, stimulating and aesthetically pleasing, and promotes human interaction with the environment.

8.      Develop methods and entities to ensure regional contribution toward the cost of regional recreational amenities.

9.      Preserve the recreational opportunities of Bear Creek and encourage its preservation/acquisition as a public recreational area.

10.     Recognize and support Telluride Town Park as a regional recreational facility.

BLM_0063495

K.    Trails

Goal:  Maintain existing trails, plan and implement new multi-use, year-round and seasonal trails as identified in the San Miguel County Trails Map (see figure on page 48) that will:

- connect existing trails together,
- create new recreational opportunities for both residents and visitors,
- provide access to publicly owned land throughout the Region,
- provide an alternative to vehicular travel between the regional development
  nodes identified in this master plan,
- connect public open space separated by private lands.

Objectives:

1.    Coordinate trail development between the Town of Telluride, the San Miguel Regional Trails Council, the U.S. Forest Service, the Bureau of Land Management, the San Miguel County Planning Commission and the San Miguel County Board of Commissioners.

2.    Inventory existing trails and promotes conservation measures.

3.    Develop the trails that are identified on the San Miguel County Trails Map and connect them to the rest of the County.

4.    Ensure that the County's development approval process requires trail easement dedication as necessary to implement the San Miguel County Trails Map and to connect together the public open space required of such developments into a County park and trails system.

5.    Adopt trail construction standards that are environmentally sensitive and have a low impact on the land.

BLM_0063496

**TELLURIDE REGION**
**FUTURE LAND USE PLAN**
**1992**

BLM_0063497

**ILIUM VALLEY AMENDMENT**
**FUTURE LAND USE PLAN**
**2004**

**LAWSON HILL PUD, HUB LOTS 2AF, B, C & E**
**FUTURE LAND USE PLAN**
**2009**

BLM_0063498

**FUTURE LAND USE MAP**
**EMPLOYEE HOUSING AMENDMENT**
**2006**

BLM_0063499

### III.   FUTURE LAND USE ELEMENT

The Future Land Use Map (see figure on page 44) illustrates the future land use for Telluride Regional Area.  The Future Land Use Map is a depiction of how San Miguel County's Goals and Objectives for the Regional Area can be achieved.  It is based upon mapping of the scenic foreground, a detailed physical analysis of the land and an evaluation of the community's ability to provide public facilities and services.  The map indicates broad land use designations, and portrays a somewhat idealistic concept for future land use.  It is intended to serve as a general guide for future land use decisions.  No attempt will be made to define exact boundaries between different land uses.

The land use districts and land use designations which appear on the map are addressed below.

### A.   High Density Village Cluster - "HDVC"

A designation applied to lands which are free of environmentally-sensitive areas and are located outside the scenic foreground.  These areas may be suitable for high density development pods or sub-communities based upon an analysis of the areas' physical characteristics and the ability of the community to provide public facilities and services.  Areas receiving the HDVC designation will be permitted to develop these densities only with appropriate guarantees for alternate transportation, recreational amenities and affordable housing, consistent with the goals and objectives contained herein.  If such adequate guarantees are not provided, these areas will be considered suitable only for the Low Density Residential Cluster Future Land Use District.

Principal uses will be established as part of a Planned Unit Development and may include commercial and office uses, hotel and lodge units and innovative clustered housing, including but not limited to multi-family dwellings, zero lot line houses, townhouses, patio houses and atrium houses.

Areas surrounding a High Density Cluster which are designated either Open Space/Recreational/Parks or Wetlands/Rivers/Open space will be preserved through the PUD process as Common Open Space for the mutual benefit of the entire tract.  All residential and commercial development within an ownership which receives a High Density Village Cluster Designation is to be clustered into the designated density development pods, thus preserving significant open space.

Commercial and office uses will be limited to those uses which are oriented exclusively toward meeting needs of the residents or temporary occupants of the sub-community.  The size or scale of these uses must be relative to the sub-community.

BLM_0063500

Specific uses may include the following and similar retail and service uses: grocery store, drug store, clothing store, sporting goods store, liquor store, laundry, restaurant, cocktail lounge, hardware store, gasoline service station, bank, movie theater and health club.

The density of residential development in the district may vary from a minimum of 40 people per acre to a maximum of 80 people per acre. The residential density will be based upon the cumulative number of people to be housed, as determined on the following basis:

| 1 | Hotel or lodge unit | 1.5 people |
|---|---|---|
| 2 | Employee unit (caretaker type) | 1.5 people |
| 3 | Hotel efficiency unit | 2.0 people |
| 4 | One-bedroom condominium unit | 2.5 people |
| 5 | Minor duplex unit or secondary unit | 2.5 people |
| 6 | Two-bedroom or larger condominium unit | 3.0 people |
| 7 | Single family house or residence | 4.0 people |
| 8 | Major duplex unit or primary unit | 4.0 people |

The minimum and maximum density requirements are intended to insure that development of the zoned density occurs in a dense, clustered pattern, consistent with the goals and objectives of this Plan.

The HDVC has been applied to existing and previously approved development areas in the Telluride Mountain Village and to the major PUD Reserves (Aldasoro, Valley Floor, and West Meadows). The major PUD Reserves have received this designation partially in recognition of prior zoning commitments, but primarily because these properties are capable of preserving substantial environmentally- and/or visually sensitive open space areas.

BLM_0063501

**<u>DENSITY SUMMARY AND THE MINIMUM CRITERIA</u>**
**<u>FOR APPROVAL OF THE RELATIVELY HIGH DENSITIES</u>**
**<u>WHICH WERE GRANTED UNDER PUD RESERVE ZONING</u>**

| **MAXIMUM DENSITY** (High Density Village Cluster and Medium Density Residential Cluster) | | **ALTERNATE DENSITY** (Low Density Residential Cluster) |
|---|---|---|
| Aldasoro PUD Reserve | 1620 people | One (1) S.F. dwelling unit/6-8 gross acres |
| Valley Floor PUD Reserve | 1770 people | One (1) S.F. dwelling unit/6-8 gross acres |
| West Meadows PUD Reserve | 2107 people | One (1) S.F. dwelling unit/6-8 gross acres |

## MINIMUM CRITERIA FOR THE "HDVC" AND "MDRC" (PUD RESERVES):

In order to achieve the maximum densities which are provided for in the major PUD Reserves, the site development plan must include each of the following:

1. Affordable housing sufficient to meet the needs of persons and their families which will be employed by or generated as a result of the operation of any future development (see Section II.E.);

2. An alternate transportation system (a system other than buses or private automobiles) connecting the PUD Reserve to the other high density pods, to the Town of Telluride and to the Telluride Ski Area (see Section II.G. & Section IV.); and

3. A full complement of public recreational amenities and facilities (See Section II.J.).

If any one or all of the above three (3) minimum criteria are not met to the maximum extent possible on site, the subject property will only be eligible for one unit per 6-8 gross acres.

BLM_0063502

**B.**     **Medium Density Residential Cluster - "MDRC"**

A designation recommended for areas which are free of environmentally-sensitive areas and are located outside of the scenic foreground, based upon an analysis of land use characteristics and the ability of the community to provide services.  Pre-existing developments with densities falling into the recommended density range, such as the Telluride Mountain Village and the Ski Ranches, received the Medium Density Residential Cluster designation.

Principal uses may include clustered single-family and duplex dwellings.  Certain areas may be suitable for more innovative clustered types of housing including but not limited to zero lot line houses, townhouses, patio houses, and atrium houses.

The density of residential development in the district may vary from one dwelling unit per three acres to four acres, depending upon an analysis of factors such as neighborhood compatibility, availability of urban services, road capacities, and consistency with the adopted goals and objectives of the Telluride Regional Area Master Plan.

**C.**     **Low Density Residential Cluster - "LDRC"**

A designation recommended for most of the remaining parcel of land in the planning area due to environmental characteristics, visual vulnerability and/or the relationship of each parcel to essential public facilities and services.  The community's goal is to preserve the rural characteristics of these areas to the greatest degree possible in their present state.

Areas which fall into this category are areas which are located outside the Scenic Foreground.  Because of the relative isolation from major activity centers, proposed alternate transportation systems and/or environmental factors, these areas are not suitable for development densities as high as those proposed within the High Density Village Cluster or the Medium Density Residential Cluster Future Land Use Districts.

Principal uses may include single-family and duplex dwellings.  Clustering of residential uses to preserve environmentally or visually sensitive open space will be required. The density of residential development in the district may vary from one unit per six to eight acres, depending upon an analysis of factors such as neighborhood compatibility, availability of urban services, road capacities, and consistency with the adopted goals and objectives of the Telluride Regional Area Master Plan.

**D.**     **Utility/Light Industrial**

A designation that has been applied to five (5) acres on the north side of the San Miguel River immediately west of Society Turn, to the partially screened area on the south side of the San Miguel River west of Society Turn, to the area around the Telluride Regional Airport, to an area at the base of Keystone Hill, to specific lots in the Telluride

BLM_0063503

Mountain Village, and to specific lands adjacent to or within the various small nodes or sub-communities (PUD Reserves) planned for the Telluride Regional Area.

Principal use may include the following and similar uses: warehouses; lumber yards; building supplies; utility service facilities; contraction; gasoline station; low-intensity, non-polluting, industrial operations; auto repair garages; similar uses; provided that all allowed or permitted uses be local- and no tourist-oriented.

**E.      Public/Institutional**

A designation that may include a number of different public service uses which may be somewhat similar in function but diverse in ownership.  A site west of Society Turn on the South side of the San Miguel River has been specifically identified as an appropriate site for a community hospital.

Principal uses include the following and similar uses: the airport, schools, utility plants, public maintenance facilities, hospitals, jails, administration buildings and cultural facilities.

**F.      Open Space/Recreation/Parks**

A designation applied to key parcels of land in the Planning Area which are suitable for active recreational uses and are not environmentally sensitive but are either located within the visually sensitive scenic foreground, located within a view plane or currently being used for downhill skiing.

In addition to skiing, principal uses could include the following and similar uses: parks, pools, golf courses, equestrian centers, grazing, ball fields and other active open space uses.

**G.      Wetlands/Rivers/Open Space**

A designation applied to the floodplain, wetlands and riparian habitat bordering the San Miguel River and to the critical big game habitat areas on the mesas. Land designated as wetlands/rivers/open space is considered appropriate for passive recreational uses.  These lands should be preserved free of development and restored, if previously disturbed, to a more natural condition in conjunction other development on a subject tract to enhance and promote the concept of Telluride being a showplace of natural history.

**H.      Scenic View Planes**

View planes from State Highway 145 which are determined to be highly significant to the public are indicated by the figure on page 51.  The preservation of these scenic view planes free of development is critical to the visual image of the Telluride Region.

BLM_0063504

Three major scenic vista areas are designated on the Future Land Use Map: (1) the view from Society Turn and the Deep Creek Mesa Road to the Town of Telluride, (2) the view from Highway 145 southwest across Turkey Creek Mesa to the Wilson Peaks, and (3) the view from the Sundance Texaco site to the Town of Telluride.

## I.     Scenic Foreground

Those lands proximate to State Highway 145 which are most visible from the roadway and which constitute the visual image of the Telluride Regional Area or the entrance to the Town of Telluride.  The purpose of establishing the Scenic Foreground is to steer development away from highly visible sites and to minimize the visual impacts of the limited development which may occur in the foreground so as to obtain aesthetically pleasing transportation corridors and a rural approach to town.  Density otherwise allocated to these areas may be clustered elsewhere on a site, as appropriate.  The Scenic Foreground areas are identified by the figure on page 46.

## J.     R-1 Housing

The R-1 Housing Future Land Use Category is distinguished by its purpose, to provide affordable housing exclusively for persons and their families who are employed and earn their economic living in the local economy and in the R-1 School District.  This designation is applied to lands currently providing housing which meets the intended purpose.  In addition, any land in the Telluride Region, or any development outside of the area defined as the Telluride Region under which all increases in residential density are deed restricted by the R-1 housing Deed Restriction, may be eligible for treatment under the R-1 Housing Future Land Use District upon satisfactory demonstration of consistency with the intended purpose and adopted criteria.

Principal uses may include clustered single-family, duplex-family and multi-family residential units, as well as more innovative types of residential development such as zero lot line houses, townhouses, patio homes and atrium homes.

The density of residential development in the District may vary from one dwelling unit per two (2) acres to a maximum density of 15 units per acre, depending upon an analysis of factors such as neighborhood compatibility, availability of urban services, road capacities, usable open space and consistency with the adopted goals and objectives of the Telluride Regional Area Master Plan.

### Deed Restricted Employee Housing

In 2006 the Telluride Region Area was extended as shown on the amended Future Land Use Map (Figure 44B) as follows:

   a.   Extend the region farther south along SH145, beyond Sunshine Campground to the southern boundary of the San Bernardo AHPUD.

San Miguel Comprehensive Development Plan/Telluride Regional Area/Page 47

BLM_0063505

This extension would allow potential sites at Ophir Loop, Pathfinder and potentially a few others to be considered for employee housing.

b. Expand the Telluride region to include additional lands, both public and private, that are south of and adjacent to or in proximity to the Ilium Valley portion of the Lawson Hill PUD.

Properties considered for employee housing must be considered through a public AHPUD Zoning and PUD process in accordance with the County Land Use Code and/or as amended by the Board of County Commissioners.

This land annexed to the Telluride Region shall apply only to properties seeking a rezoning and PUD process for employee housing and these properties shall not be eligible to apply for High Density (HD), Medium Density (MD), or Low Density (LD) zoning.

The ban on solid-fuel burning devices in the telluride Region shall not apply to these properties.

**K.     Lawson Hill PUD, Ilium Valley**

The Planning Commission recommends that consideration be given to allowing a conversion of Low Intensity Industrial (I) and Neighborhood Commercial (NC) square footage in Ilium assigned to Lot 425 (I0 and Lots Q and Q-1 (NC), to affordable housing (deed-restricted) residential dwelling units.  This recommendation is being made because there is a need for additional affordable housing in the Telluride Region and because the Planning Commission believes that residential development at this location would be more compatible with the existing adjacent residential neighborhood, Two Rivers, than industrial and commercial uses that may be allowed under the current zoning and land use designations.

The Planning Commission recommends that the 7.26-acre portion of the San Miguel Placer located in Ilium Valley west of the Lawson Hill PUD, and lying between State Highway 145 and County Road 63L (Ilium Valley Road) be added to the Telluride Region Future Land Use Map (see Figure 40).  Prior to any development, the property will require rezoning; specific uses, densities and square footages will be determined through a Planned Unit Development process.

The Planning Commission also recommends that Tract 503 of the Lawson Hill PUD be designated as Open Space/Wetlands/river on the Telluride Region Future Land Use map (see figure 40).

BLM_0063506

**L.      Lawson Hill PUD, Hub Lots 2AF, 2B, 2C and 2E**

The Planning Commission recommends that consideration be given to allowing a "mixed use" development on the Hub Lots to included trip reducing neighborhood commercial uses to serve the existing and future residents at Lawson Hill and surrounding neighborhoods, together with affordable housing and an Intercept Parking Lot.

It is contemplated that the owners may in the future apply to rezone the property from the Low Intensity (I) Zone District to Low Intensity Industrial, Deed Restricted Affordable Housing and limited Neighborhood Commercial. The AHPUD Zone District Allows deed-restricted single-family dwellings, duplexes, and multi-family dwellings, as well as Neighborhood Commercial Uses that offer goods and services needed by residents of the PUD on a daily or frequent basis, including but not limited to a convenience store, drug store, liquor store, self service laundry, and postal service substations pursuant to a PUD Procedure, as provided for in Land Use Code Section 5-305 E.

It is also acknowledged that the following new "close-at- hand" services including a neighborhood market, liquor store, banking, dining, bakery, coffee, florist, hardware, package delivery/office supplies, dry cleaners, drug store, auto parts, barber, and a fitness center may all be appropriate neighborhood commercial uses on the Hub Lots for consideration through rezoning and a PUD review procedure.

A Conceptual Development Plan is to be provided for the "Hub Lots" in their entirety prior to considering rezoning of the property and going through the PUD process to allow any of these identified Neighborhood Commercial uses or Deed-Restricted Affordable Housing.

The size and scale of the neighborhood uses should be limited to preclude the development of large "big box" retail stores and to balance the needs of Lawson Hill residents and minimize potential adverse impacts to businesses in the Town of Telluride.

The appropriateness of the allowed Neighborhood Commercial uses on the Hub Lots and/ or the density of Affordable Housing will be evaluated based on environmental and scenic quality factors; the adequacy of the transportation systems and facilities (this includes the adequacy of the SH 145/Society Turn intersection), the adequacy of the proposed parking, compatibility with surrounding land uses, and consistency with applicable County Land Use Policies and the adopted PUD Standards.

BLM_0063507

**TELLURIDE REGION**
**SCENIC FOREGROUND AND VIEW PLANES**
**1989**

BLM_0063508

**TELLURIDE REGION**
**TRANSPORTATION PLAN**
**1991**

BLM_0063509

**TELLURIDE REGION**
**TRAILS MAP**
**1993**

San Miguel Comprehensive Development Plan/Telluride Regional Area/Page 52

BLM_0063510

**IV. TRANSPORTATION AND PARKING ELEMENT (see figure on page 50)**

The transportation and parking system envisioned by this element of the Master Plan must be operational prior to full build-out of current zoning and therefore it must be adequately addressed and contractually guaranteed as part of the development review process for the future high and medium density pods of development (PUD Reserves) which are planned for the Telluride Region.  The figure on page 53 depicts the proposed transportation and parking system.

In the event the owners of the properties designated for future high and/or medium density pods should elect to develop according to the Low Density Residential future land use category, participation in the development of the alternate transportation systems described in this master plan element would not be required.  However, the clustering of all density and transportation impact mitigation will be a requirement, regardless of the ultimate development pattern of the PUD Reserves.

The future land use pattern for the Telluride Region is intended, in part, to limit sprawl by concentrating significant new development into density pods, i.e. the Mountain Village, the Town of Telluride, on the West Meadows and west of Boomerang Road in the middle of the Valley Floor.  This pattern will help to maximize the efficiency of the planned future public transportation systems.  It is anticipated that all of the PUD Reserve development pods in the Telluride Region will be connected to the Town of Telluride and to the Mountain Village by the alternate transportation systems described in this element of the Master Plan.  The Region's limited roadway system is not capable of handling the private automobile traffic which would be generated by the build-out of the current zoning (projected population of approximately 22,000) without reducing the service level of State Highway 145 in the Region.  The alternate transportation systems are intended to diminish the need for and use of private automobiles, and thus to permit the build-out of existing zoning.

The Telluride Regional Advisory Committee played a key role in the development of this element of the Master Plan.  The Transportation Sub-committee was appointed and charged with the development of a transportation plan.  Recognizing that a great deal of work had previously been completed on the subject of regional transportation, the Sub-committee determined that it was not necessary to begin anew.  Therefore, it began by reviewing the existing relevant planning documents.  These documents included the **Telluride Master Plan**, adopted March 1987; Long Range Transit Alternatives for the Telluride Region by Howard R. Ross Associates, 1980; The Final Report of the Telluride Parking and Streets Task Force, February 1985; The Civic Parking and Transportation Report, Telluride, Colorado, May 1978; The Telluride to Mountain Village Gondola Proposal, The Telluride Company, August 1981; **The San Miguel County Comprehensive Development Plan,** August 1978 as amended to date; and the "draft 5-12-88" Telluride Regional Area Master Plan.

The Sub-committee recommended changes in the Transportation Goal and Objectives which were accepted and formally adopted by the County Planning Commission on September 8, 1988.

BLM_0063511

Criteria for the future transportation and parking system were recommended as part of the Goal. Those criteria include the following characteristics; safe, efficient, convenient, attractive, reliable, and economically practical to construct and operate.

The Sub-committee evaluated a variety of system alternatives and concluded that the future transportation system for the Telluride Regional area should consist of interconnected transportation systems. Such a mixture is necessary due to the unique topographic and geographic characteristics of the Region and the widely dispersed locations of the various proposed sub-communities or pods.

A Regional Trails System (see figure on page 51) was developed by the Telluride Regional Area Trails Council in order to provide another alternative to vehicular transportation. Trails are planned to connect the regional development nodes, public open spaces and provide access to publicly owned land throughout the Region. The dedication of the necessary trail easements will be required as part of the County's planning approval process.

The primary public transportation alternatives which were considered included a bus system, a gondola system and a street car system with gondola up-links. A principal disadvantage of the bus system was the dramatically higher total cost as compared to other systems, when the long term operational and maintenance cost were taken into consideration. Also, buses would have to share the Region's long circuitous roads with private automobiles and would be subject to the design capacity limitations of the roadways. Finally, bus systems are not likely to provide the quality, service levels, convenience and image which will be necessary to compete successfully with the private automobile.

The Planning Commission has determined that the transportation system which would best satisfy the adopted criteria should consist of a light rail line along the valley floor to connect the Town of Telluride with the Society Turn area with gondola up-links to the Mountain Village and to the Airport. Principal advantages of this combination of systems include:

I.      Lower costs (considering the initial capital costs as well as long term operational and maintenance costs);

II.     The minimal dependence of each development upon the timing of other developments;

III.    The positive image which the system would project to users; and

IV.     The ability to distribute skiers and other users throughout the Town of Telluride and to the Valley Floor pod, to the West Meadows and the Airport.

Intercept parking is a critical part of the transportation and parking system. The ultimate success of the alternate transportation system will depend in part upon the availability of intercept parking. As the Region approaches zoning build-out, some regulatory actions may be necessary.

BLM_0063512

According to the Final Report - The Telluride Parking and Streets Task Force, 1985, "it is likely that peak winter parking demand at Telluride will exceed total supply by nearly 2,000 vehicles when the town and region approach 'build-out.'"  The Task Force's report indicates that more than half of this intercept parking short-fall can be handled immediately west of the Coonskin Base.  However, the environmental consequences of wetlands development could necessitate changes in the Task Force's parking plan.  Any remaining short-fall should be developed along the transit triangle between Telluride, the Mountain Village and the Valley Floor, in conjunction with Valley Floor development west of the Boomerang Road.

Implementation of this Transportation Element will include the County's preservation of the necessary rights-of-way by all means possible, including but not limited to the required dedication of the necessary rights-of-way through the development review process.

Specific elements of the system which satisfy the Transportation Goal and Objectives and will be required to be in place or guaranteed prior to the approval of future high density pods include:

1.      Light rail will initially utilize the Pacific Street R.O.W. through the Town of Telluride in order to transport pedestrians between Town Park and the Intercept Parking/Coonskin Lift Area ("Phase 1").  The extension beyond Town limits is expected to occur in two additional phases.

2.      The light rail line will be extended along the railroad right-of-way to the Boomerang Road area in conjunction with the development of the Valley Floor pod ("Phase 2 extension").  Interim use of this phase of the light rail line as a segregated busway would be inappropriate because this phase will be technically efficient and economical, as the phase has no river crossing, slope problems, segregated crossings, etc.

3.      The Society Turn area and the West Meadows pod will be served by further extensions of the light rail line ("Phase 3 extensions").  The Phase 3 extensions include the West Meadows spur and the Society Turn spur (see map on page 50) and will initially be designed as light rail lines, but may be used on an interim basis as segregated bus lines, provided that need-related implementation triggers are established to insure full implementation of the planned light rail lines.  The individual spurs are likely to be constructed or guaranteed under separate time frames and because of unrelated developments or factors.

4.      The Mountain Village gondola up-link will provide the primary transportation between the Town of Telluride and the Mountain Village.

5.      A jig-back gondola or other acceptable transportation up-link ("Valley Floor gondola") from the Boomerang Road area to the Mountain Village should be developed in conjunction with development of the Valley Floor pod.  However, in order to protect the Town of Telluride's role as the commercial, cultural and governmental hub of the Region, the Valley Floor gondola will not be built until the Mountain Village gondola is in place.

BLM_0063513

6.      A gondola link between the Mountain Village intercept parking structure/gondola and the core of the West Meadows should be developed in conjunction with the development of the West Meadows pod.  The gondola link would be constructed in lieu of the Phase 3 rail line extension described in paragraph 3 above.

7.      Each high density pod will be expected to provide intercept parking to serve its own needs in coordination with the Regional parking solution and may be required to be expanded to serve regional needs.

8.      An alternative transportation system to the bus will be required as a part of the approval of any high density development on Deep Creek Mesa.  The specific system is yet to be determined.  Therefore, it will be the applicant's burden to develop such a system and to guarantee its implementation.

9.      Buses or van transportation systems will only be used as a system backup between the various high density pods, meaning the Town of Telluride, the Mountain Village, the Valley Floor and the West Meadows, for internal distribution within the various pods of development and for interim service purposes.  Buses and vans will continue to serve the primary purposes of providing access to the Montrose Airport and downvalley areas.

10.     Recognizing the integral relationship between downvalley areas and the Telluride Region, the transportation system will include a bus line serving Norwood and other downvalley areas.  Intercept parking should be provided in the Placerville area and in Norwood.

11.     A legal entity will be established to handle the operation and maintenance of the regional transportation system.  A Metropolitan Transportation District is currently believed to be the most appropriate way to manage these responsibilities, although other possibilities include a Regional Transit District or a public/private partnership agreement. Initially, the entity is expected to include at a minimum the Mountain Village and San Miguel County; however, it should maintain a standing invitation for other property owners and areas of the County to become part of the District.

12.     The initial capital cost of implementing the elements of the transportation system which are necessary to serve any specific development will primarily be the responsibility of the developer or of the development (e.g. self-imposed real estate transfer assessments, lodging tax, impact fees, etc.), but must be determined on an equitable basis.  However, the long term operation and maintenance of the system will provide benefit to all of the residents of the Region.  Therefore, a sharing of the operation and maintenance costs by the residents of and visitors to the Region would be appropriate.

13.     Stations on the light rail system variously provide connections to gondolas, chair lifts, buses, cars and parking, pedestrian paths and trails.  The areas around stations, including those within the Town of Telluride, should be designated to facilitate changes of transportation mode by making these interconnections as compact as possible.

BLM_0063514

## V.  IMPLEMENTATION ELEMENT

The implementation element of the Telluride Regional Area Master Plan describes recommended actions to address land use and transportation issues.

The Telluride Regional Area Master Plan has re-evaluated most of the assumptions with respect to environmental characteristics and the availability or potential availability of public facilities and services.  Regional air quality at build-out of current zoning and the design and service capacity of State Highway 145 has not yet been determined.  The Plan has, however, responded to the overall goal of defining under what circumstances the current zoning in the Telluride Region would be permitted to be implemented.

In order to carry out the recommendations and purposes of the Plan, a number of specific suggestions have been made throughout the Plan.  Most of those suggestions take the form of policy goals which should be implemented through amendments to the Zoning Resolution.  However, additional study will be needed before changes in the Zoning Resolution can be formally considered.  It is the intent of this section to generally list the actions which should be taken in order to carry out the Plan's recommendations.  It will be necessary for the elected officials to establish priorities for the accomplishment of the various actions over time.

The following is the suggested list of implementation actions:

1.      **Adoption of a Policy Section as amendment to the Zoning Resolution.**

This policy section should include statements of policy with respect to social and environmental issues and the provision of essential public facilities and services.  Submission requirements and suggestions should be included as a compliance guide to applicants.  Policies should be established with respect to each of the following issues:  Conformance with the Telluride Regional Area Master Plan; Soil, Surficial Geologic Characteristics and Radiation; Drainage; Adequate Provision for Water Needs; Sewage Treatment and Collection; Impacts on Road System; Road Design and Construction; Logical Extension of Utilities; Erosion; Impacts on Taxes and Management of Necessary Services and Facilities; Housing; Scenic Quality; Air Quality; Transportation; Water Resources Impacts; Wildlife Habitats; Wetlands; and Noise.

2.      **A Common Procedure for the processing of development applications should be adopted as an amendment to the Land Use Code.**

A Common Procedure should be adopted with a multi-step review process, providing for increasing levels of governmental approval commitment in relation to the level of the detail of the application.  Submission requirements should be established for each step in the process and would include demonstration of compliance with all relevant policies.

All applications should be required to go through either all or part of the Common Procedure, depending upon the degree of complexity of the application.  A standardized public notice and hearing requirement and procedure should be established as a part of the Common Procedure.

BLM_0063515

3.      **Revisions to the PUD Zone District and the PUD Reserve Zone District.**

The staff should analyze the PUD Zone District and the PUD Reserve Zone District and recommend revisions which are necessary to implement the Goals and Objectives of the Plan. The Purpose and continued need for the PUD Reserve Zone District should be re-evaluated. It is likely that PUD Reserve has out lived its usefulness and should be replaced with a combination of the new zone districts which are proposed below. Open space requirements, Floor Area Ratios, minimum lot area and parking requirements per dwelling unit should also be addressed. At present, there are not floor area rations in the PUD Reserve Zone District, therefore the sizes of structures are not regulated. Provision should be made for architectural review in the PUD Zone District. Better definition should be provided with respect to the flexibility to be permitted in a Planned Unit Development.

4.      **Several new zoning designations are needed to replace the existing Single Family Residential "R" Zone District and Multi-family Residential "MFR" Zone District.**

The current "R" and "MFR" Zone Districts need to be replaced with new zone districts to implement the High Density Village Cluster, Medium Density Residential Cluster and Low Density Residential Cluster Future Land Use Districts. Within each of these new districts permitted uses and area and bulk requirements should be specified. Following the adoption of the new zone districts, properties which are designated as High Density Village Cluster, Medium Density Residential Cluster or Low Density Residential Cluster on the Future Land Use Map should be rezoned accordingly.

5.      **Open Space(s) Zone District(s) need to be developed and adopted.**

Open Space Zone Districts are needed to better define the purposes for preserving open spaces and the uses to be allowed. It is likely that two different open space districts will be needed to implement the Open space/Recreation/Parks and the Wetlands/Rivers/Open space Future Land Use Districts. These areas should be rezoned under the Open Space Zone District(s).

6.      **R-1 Housing Zone District needs to be developed and adopted.**

The staff should develop for adoption the R-1 Housing District. The District should be an overlay district intended primarily for properties in the Telluride Region. Most importantly, all housing developed under the R-1 Housing Zone District should be 100% restricted to providing housing for persons employed in the R-1 School District. As an incentive to development of R-1 Housing, density increases should be allowed for such deed-restricted housing in order to decrease the land cost per unit for projects which meet the intent and purpose of the District. In addition to use and density standards, the District should define R-1 Housing, deed restriction requirements, standards for approval and provide objective, locational criteria to guide the decision-making process.

BLM_0063516

7.     **Adoption of Scenic Foreground Overlay with Scenic View Planes.**

The Scenic Foreground and View Plane Map designates areas of visual vulnerability defined as Scenic Foreground or Scenic View Planes.  It is recommended that the official County zone district maps be revised to incorporate a Scenic Foreground Overlay.  All development within the Scenic Foreground or Scenic View Planes should be subject to Special Use Permit Review.  Such provisions will enable the County to address the problem of the quality of development in the Region in terms of the siting of structures.

8.     **Rezoning of properties identified as Utility/Light Industrial and Public/Institntional.**

Several properties have been identified by either the Utility/Light Industrial or the Public/Institutional Future Land Use District on the Future Land Use Map.  A Utility/Light Industrial Zone District and a Public/Institutional Zone District should be developed to implement the Goals and Objectives of the Telluride Regional Area Master Plan.  Following the adoption of the new zone districts, properties which are designated as Utility/Light Industrial or Public/Institutional on the Future Land Use Map should be rezoned accordingly.

9.     **Adoption of the Plan by the other regional governments.**

The County should refer the Telluride Regional Master Plan to the Telluride Town Council, the Planning and Zoning Commission of the Town of Telluride and to the Telluride Mountain Village Metropolitan District.  The County should work cooperatively with the other regional governments to be sure that the document is fully adopted by each jurisdiction as part of its master plan.  The implementation of the Plan, regardless of jurisdiction, should be guaranteed as part of an Intergovernmental Annexation Agreement with the Town of Telluride.  The implementation of the land use pattern and certain of the long range land use objectives will be significantly affected by annexation.

10.    **Public Acquisition of Land Conservation Easements.**

The County and the Town of Telluride should continually evaluate parcels of land designated as Open Space/Recreation/Parks and Wetland/Rivers/Open Space for acquisition and cooperate in assisting landowners seeking to donate land or conservation easements to the public.  Such a program addresses problems of quantity, quality and distribution/location of future land uses over the long term in which the Plan is expected to be effective.

11.    **Protect Transportation Corridors.**

The County should obtain easements or rights-of-way by all possible means for the proposed trails system and for the future alternate transportation corridors described on Figure 4.  In this regard, the County should take every appropriate measure to protect its rights to the abandoned railroad right-of-way.

BLM_0063517

**12.     Adopt regulations pursuant to H.B. 1041.**

The County Staff should develop for adoption regulations requiring a Special Use Permit to regulate Areas and Activities of State and Local Interest which were authorized by Section 24-65.1-101 et seq. (HB 1041), Section 3028-101, et seq., and Section 29-20-101, et seq., C.R.S. 1973.  These regulations would replace the current County Floodplain Development Permit and Impact Regulations.

Areas of State and Local Interest include geologic hazard areas, floodplain hazard areas, wildfire hazard areas, wildlife habitat areas, historic and archaeological resource areas, areas around key facilities including airports and rapid or mass transit terminals, stations, or fixed guideways.

Activities of State and Local Interest to be regulated include the site selection and construction of major new domestic water and sewage treatment systems, site selection and development of solid waste disposal sites, site selection of airports, site selection of rapid or mass transit facilities, site selection of arterial highways and interchanges and collector highways, site selection and construction of major facilities of a public utility, site selection and development of new communities, efficient utilization of municipal and industrial water projects and the conduct of nuclear detonations.

**13.     Enforce the excavation requirements of the Uniform Building Code.**

The Uniform Building Code requires the issuance of excavation permits prior to moving more than 50 cubic yards of dirt.  These requirements should be enforced to accomplish the purposes of the Uniform Building Code and the County's Subdivision Regulations and Zoning Resolution.  The County Land Use Code should be amended to prevent the issuance of building or excavation permits prior to obtaining the appropriate subdivision and/or zoning approvals.

**14.     Establish an appropriate legal entity to operate and maintain the regional transportation system.**

The Staff of the Town of Telluride, the County, and the Telluride Company should evaluate the alternatives and advise the elected officials of the necessary steps to accomplish the formation of a legal entity to operate and maintain the regional transportation system.

**15.     Evaluate the current zoning of the Telluride Region and rezone the Telluride Region as necessary to implement this Plan.**

Study the design and service capacity of State Highway 145, the proposed alternate transportation systems, taking into consideration all other traffic.  Develop a model of the regional air quality, assuming build-out of current zoning.  Rezone the Telluride Region as necessary based upon the results of these studies and the goals and objectives of this Master Plan.

BLM_0063518

# APPENDIX

The following is a list of materials used in the development of the **Telluride Regional Area Master Plan**. These materials are available in the San Miguel County Planning Office upon request.

Natural Hazards of San Miguel County, prepared by Michael J. Bovis, Institute of Arctic and Alpine Research, University of Colorado, May 1977.

Flood Insurance Study, County of San Miguel (Unincorporated Areas), U.S. Department of Housing and Urban Development, Federal Insurance Administration, March 1978.

Wildlife Resource Information System for the Telluride and Grey Head Quadrangle, the Colorado Division of Wildlife, October 1988.

Preliminary Wetlands Map of the Cordillera Property, Dr. John T. Windell, Aquatic and Wetland Consultants.

Town of Telluride 201 Wastewater Facilities Management Plan, ARIX, A Professional Corporation, July 1985.

Town of Telluride 210 Wastewater Facilities Management Plan Addendum, ARIX, A professional Corporation, June 1986.

Wastewater Management Report Facilities Plan for Telluride Regional Area, Wright-McLaughlin Engineers, July 1976.

Soil Survey and Interpretation of the upper San Miguel and Norwood Area, Colorado, U.S. Soil Conservation Service, January 1977, Main Reports, Supplement #1 and Supplement #2.

Memorandum: From Tim Carlson - To Telluride Town Council, Workshop on Water System Improvements, Tim Carlson, April 8, 1985.

Aquatic Inventory, San Miguel Project, Colorado Division of Wildlife, 1977.

Colorado Bird Distribution Latilong Study, Colorado Division of Wildlife, July, 1982.

Colorado Mammal Distribution Latilong Study, Colorado Division of Wildlife, July, 1982.

Long Range Transit Alternatives for the Telluride Region, Howard R. Ross Associates, October 1980.

Final Report, the Telluride Parking and Streets Task Force, February 1985.

BLM_0063519

Civic Parking and Transportation Report, Telluride, Colorado, Transportation and Parking Committee and Jim Burleigh, May 1978.

Telluride to Mountain Village Gondola Proposal, The Telluride Company, August 1981.

Telluride Master Plan, Rosall Remmen and Cares, Inc. and the Telluride Community, Approved March 19, 1987 by the Telluride Planning & Zoning Commission.

Study of Wetlands Picking Up Heavy, Colorado Mined Land Reclamation Board.

An analysis of Telluride's wintertime PM10 Problem, Colorado Department of Health, Air Pollution Control Division, Technical Services Program, December 1987.

San Miguel County Board of Commissioner's Resolution 1986-20, regarding Air Pollution Regulations for the Telluride Region.

"Telluride Visitor Survey" conducted by the Town of Telluride, august 1986.

San Miguel County Planning Commission minutes of April 14, 11988, May 12, 11988, June 9, 1988 August 11, 1988, September 8, 1988, October 13, 1988, November 17, 1988, January 12, 1988, February 16, 1989, March 22, 1989, April 12, 1989, May 10, 1989, June 7, 1989 and July 12, 1989.

Memorandum to Telluride Regional Advisory Commission from Stephen B. Johnson, Telluride Town Attorney, regarding Regional Transportation District Option, February 11, 1988.

Memorandum to Telluride Regional Advisory Commission from Stephen B. Johnson, Telluride Town Attorney, regarding Attorney Update on Legal mechanisms for Funding of Regional Transportation and Amenities, February 24, 1988.

Memorandum to Linda Luther (County Commissioner) from Bill Harmsen (County Attorney) regarding Funding Methods for Transportation in San Miguel County, April 20, 1988.

Memorandum to the County Planning Commission from Richard Grice, County Planning Director, regarding the Design and Service Capacity of State Highway 145, June 9, 1988.

Memorandum to the County Planning Commission from Richard Grice, County Planning Director, regarding Regional Area Master Plan - Physical Analysis, October 13, 1988.

"Site Analysis, Development Suitability & Preliminary Planning Concepts", Telluride, Colorado, HOH Associates, December, 1984.
Letter dated August 15, 1988 from Grady L. McNure, Regulatory Section, Army Corp. of Engineers, to Richard H. Grice, regarding the "preliminary wetlands map" of the Cordillera Property by Dr. John T. Windell of Aquatic and Wetland Consultants.

BLM_0063520

Letter dated August 1, 1988 from Bill Kane, Design Workshop, to Ms. Carmen Lawrence, Chairperson of the San Miguel County Planning Commission, regarding the 7-21-88 draft of the Master Plan update.

Letter dated July 19, 1988 from Bill Kane, Design Workshop, to Ms. Carmen Lawrence, Chairperson of the San Miguel County Planning Commission, regarding the 6-9-88 draft of the Master Plan update.

Paper entitled "Master Plan Critique" (updated) which addresses the Town of Telluride Master Plan, believed to have been prepared by Ms. Erin Johnson and Mr. Bernie Lash for the Cordillera Corporation.

Memorandum to Charles Haas, Erin Johnson, Sandra M. Stuller, and Bernard Lash from Jean C. Ackerman, regarding Comments on the Telluride Master Plan for possible inclusion in the August 25, 1987 submittal.

Memorandum to the Planning Commission from Erin Johnson, San Miguel Valley Corporation, regarding San Miguel County Master Plan, August 25, 1988.

BLM_0063521

**ARTICLE V**

**SAN MIGUEL COUNTY**

**OPEN LANDS PLAN**

SAN MIGUEL COUNTY OPEN SPACE COMMISSION

BLM_0063522

# SAN MIGUEL COUNTY
# OPEN LANDS PLAN

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Purpose | 1 |
| Open Space Commission Mission Statement | 1 |
| Open Space commission Projects and Accomplishments | 2 |
| Management of Open Space | 2 |
| Open space Project/Parcel Ranking Matrix | 3 |
| Open space Criteria | 4 |
| Open Space Preservation Techniques | 4 |
| Partnerships | 6 |
| Recommendations for Action | 7 |
| Appendix A:   San Miguel County Overview | 10 |
| Appendix B:   Methodology of Survey and Public Outreach | 14 |
| Appendix C:   Partnerships/Organizations | 16 |
| Appendix D:   Partnerships/Organizations | 19 |
| Appendix E:   Open Space/Conservation Maps | 23 |
|                     Alpine Planning Area | 24 |
|                     Mesa Planning Area | 25 |
|                     River Planning Area | 26 |
|                     West End Planning Area | 27 |
|                     Wright's Mesa Planning Area | 28 |
| Acknowledgements | 29 |

BLM_0063523

SAN MIGUEL COUNTY OPEN LANDS PLAN

PURPOSE

In 1998, the San Miguel County Open Space Commission recognized the need to establish a framework for setting its priorities. The Commission sought to develop a clear and consistent system for determining which projects to pursue. Commission members also recognized that its funding requests and grant applications, from sources such as Great Outdoors Colorado, would likely be more successful if they occurred pursuant to a comprehensive county plan.

The purpose of this Open Lands Plan is to develop a strategic framework for open space conservation, as well as to serve as a guide to the Open Space Commission, Recreation District Board and Board of County Commissioners regarding protection and/or acquisition of county open space resources. This Plan reflects the extensive community involvement solicited by the Open Space Commission. It explains the criteria to be used in identifying and selecting land to be protected, identifies how open space funds and resources could be utilized, and outlines tools and techniques to protect open space lands. The Plan does not identify specific properties for open space acquisition, nor is it binding on future open space decisions made by the Open Space Commission, Board of County Commissioners or Recreation District Board. Rather it outlines important open space resources and values and identifies general areas within the county that fit these values. Public input was a key component in prioritizing criteria and objectives for future open space projects. Realizing that the term "open space" holds different meanings for individual county residents, the Open Space Commission attempted to solicit numerous and diverse opinions.

An overview of the county, its size, population, growth and natural features are set forth in Appendix A. Details of the process used to solicit public input are included in Appendix B. The results of the public outreach efforts are attached as Appendix C. Finally, a description of potential Open Space Commission partners is set forth in Appendix D.

OPEN SPACE COMMISSION
MISSION STATEMENT

The San Miguel County Open Space Commission seeks to protect and conserve open space for people, natural habitat for flora and fauna, and agricultural lands for the farming and ranching communities throughout San Miguel County for this and future generations. No one group can meet this mission; therefore, the San Miguel County Open Space Commission works cooperatively with regional landowners on a volunteer basis and in partnership with land trusts, and local, state, and federal government agencies. The San Miguel County Open Space Commission is composed of a diverse group of volunteers who represent all areas of the county.

BLM_0063524

OPEN SPACE COMMISSION
PROJECTS AND ACCOMPLISHMENTS

Over the last three years, the Open Space Commission, with direction from the Board of County Commissioners and input from the public, has sought to preserve open lands throughout the county.  Accomplishments to date include:

* Publishing a Land Conservation Booklet, in partnership with the Telluride Association of Realtors, The Nature Conservancy, the San Miguel Conservation Foundation and Great Outdoors Colorado, to give landowners information regarding open space preservation options, including conservation easements and estate planning.
* Issuing a Visa credit card in partnership with the non-profit San Miguel Conservation Foundation and Telluride Visitor Services, from which a percentage of proceeds go into a fund to preserve open space in the county. Local merchants can participate in the program by displaying the credit card application in stores and offering incentives and discounts to cardholders.
* Creating a development alternative, "Open Land Protection," that encourages landowners to cluster housing and create open space by providing a development bonus incentive.
* Establishing a conservation plan with government agencies and landowners to protect the threatened Gunnison Sage Grouse.
* Contracting to preserve an 800-acre centennial ranch on Wilson Mesa with the San Miguel Conservation Foundation and The Nature Conservancy through a purchase of development rights program.
* Conducting educational programs on conservation options and estate planning throughout the county.
* Coordinating a conference and discussions with the Forest Service and other local governments to improve coordination of public land trades.

MANAGEMENT OF OPEN SPACE

Having neither the staff nor resources to acquire and/or manage open space, the county must work closely with other land management entities or land trusts, which often receive a stewardship fee to manage conservation easements in perpetuity. The county recently created a Recreation District and Board to manage and oversee the development of county parks, trails and recreational programs and facilities. In general, the county would prefer not to acquire open space in fee simple title but would rather use other open space preservation techniques as listed on pages 4 - 8. Because the county is not a land management agency, it is especially important to coordinate with private landowners, federal, state and local agencies, and non-profit partners regarding management issues.

San Miguel County Comprehensive Development Plan/Open Land Plan/Page 2

BLM_0063525

**OPEN SPACE PROJECT/PARCEL RANKING MATRIX**

| Values: High = 4  Medium = 3  Low = 2 | Value |
|---|---|
| **Priority 1** | |
| Public Funds spent wisely on the project (consider leveraging ability) | |
| Parcel or project helps provide or maintain important wildlife habitat | |
| Parcel or project promotes scenic landscapes, views and/or prominent hillsides | |
| Parcel or project promotes agricultural lands or agricultural character | |
| Parcel or project protects lands within or containing ecologically significant floodplains, wetlands or riparian areas | |
| Parcel or project would protect important land cover/natural resources (such as flora and fauna, forest cover, riparian corridors) | |
| Values: High = 4  Medium = 3  Low = 2 | Value |
| **Priority 2** | |
| Need for protection is urgent-potential development threatens unique features of ecological, scenic or historic importance | |
| Parcel size is appropriate to benefit wildlife, views and/or natural resources | |
| Parcel is contiguous to public lands, open space or lands with conservation easements or parcel buffers adjoining land development or potential development | |
| Parcel or project provides educational opportunities regarding natural resources or regional history | |
| Parcel provides trail corridor or access to trails | |
| Parcel provides public recreational opportunities | |
| Parcel mutually benefits conservation partnerships | |
| Parcel can be effectively managed | |
| Parcel or project provides for protection of significant historic structures or archaeological sites | |
| TOTAL | |

BLM_0063526

OPEN SPACE SELECTION CRITERIA

The criteria listed below, which are the culmination of public comment and survey results, will be used by the Open Space Commission to prioritize projects and to determine distribution of Open Space Commission resources. The matrix on page 6 can be used for ranking projects.

Priority 1
*  Public funds are being spent wisely on the project (consider leveraging ability)
*  Parcel or project helps provide or maintain important wildlife habitat
*  Parcel or project protects scenic landscapes, views and/or prominent hillsides
*  Parcel or project promotes agricultural lands or the agricultural character
*  Parcel or project protects lands within or containing ecologically significant floodplains, wetlands or riparian areas, watersheds and headwaters
*  Parcel or project protects ecologically significant land cover or natural resources (such as flora, fauna and forests)

Priority 2
*  Need for protection is urgent - potential development threatens unique features of ecological, scenic or historic importance
*  Parcel size is appropriate to benefit wildlife, views and/or natural resources
*  Parcel is contiguous to public lands, open space or lands with conservation easements, or buffers adjoining development or potential development
*  Parcel or project provides educational opportunities regarding natural resources or regional history
*  Parcel provides public recreational opportunities, including trails and/or access
*  Project mutually benefits conservation partnerships
*  Parcel can be effectively managed
*  Parcel or project protects significant historic structures or archaeological sites

OPEN SPACE PRESERVATION TECHNIQUES

The open space preservation techniques listed below are the methods and tools the Open Space Commission hopes to use for future projects. This list also provides options landowners can choose from when considering open space preservation. While the majority of techniques are voluntary, county government may pursue legislative options (e.g., agricultural zoning and right-to-farm legislation).

Landowners interested in keeping some or all of their land in agriculture or as open space should review each option carefully and evaluate how it fits their particular situation, land type and parcel size. For example, the Clustered Development option might be preferable to a rancher who wants most of his land to remain in agriculture, but desires to sell a few small lots for cash, while a traditional conservation easement might be used by an individual who owns highly valued land and could utilize a federal income tax credit.

BLM_0063527

Acquisition of Title or Development Rights/Conservation Easements

1. Conservation easement: Landowners limit development on land by donating or selling conservation easements to a nonprofit land preservation organization. Federal tax deductions, reduced estate taxes and lower property taxes are possible incentives.
2. Purchase of development rights: A non-profit organization or government entity purchases the development rights to open or agricultural lands in order to keep them undeveloped or in ranching use. A term used when a conservation easement is sold rather than donated.
3. Cash purchase: Landowner sells property to a land trust or public entity at fair market value.
4. Donation or gift: Landowner makes a charitable donation to a land trust or public entity or non-profit organization.
5. Bargain sale: Landowner makes a combination gift and sale of property to a public entity or nonprofit organization.
6. Donation with reserve life estate: Landowner donates property to public entity or land trust but reserves the right to use all or part of the land during his or her lifetime and possibly the lifetimes of immediate family members.
7. Charitable gift annuity: Landowner donates property to a nonprofit land preservation entity in exchange for an annuity payment to fund retirement (instead of cash sale).
8. Installment purchase: A purchase is spread over a term of years to benefit both the purchaser and seller. An interest rate is built into each payment, and the interest may be tax exempt.
9. Rolling option: Public entity or nonprofit organization has option to buy portions of land over a number of years. This is often used by organizations that do not have the funds to purchase the land outright.
10. Bridge financing/land trust: Land trust acquires land and then resells to a public agency on terms that are beneficial to the public.
11. Land exchange or trade: Public lands are traded for private lands.
12. Right of first refusal: Landowners notify the public of intentions to sell, and give the public the opportunity to match the best offer.
13. Conservation buyer: A purchaser of a large parcel who is interested in conservation principles and is willing to limit development.

Development Patterns and Zoning

1. Limited or protective development: Property deemed valuable due to agricultural, scenic or natural resources is developed in a manner that protects conservation values.
2. Clustered development: Development is clustered on small lots so that view corridors, wildlife habitat and natural resources are protected. The landowner may receive a development bonus based on the percentage of land preserved in agriculture or open space (Referred to as a Subdivision Exemption for Open Land Protection in the San Miguel County Land Use Code).
3. Management agreement: Landowner and a land trust or public entity cooperate on managing a specific property to meet mutual objectives.

BLM_0063528

4. Agricultural zoning: A zone district that establishes a minimum size for subdivided parcels and identifies permissible uses that benefit agriculture.

5. Agricultural buffer zones: Non-agricultural development is required to provide separation between agricultural and non-agricultural uses to prevent non-farm uses from interfering with normal agricultural operations or creating the potential for nuisance complaints related to farm operations.

6. Overlay district and site plan review: Developers work with government entities to strive for sensitive development. The use of overlay districts, site plan reviews and performance standards are tools to encourage development to respect community character.

7. Transfer of development rights: Landowner transfers development rights to an identified receiving area that is designated for higher density development and may include banking of development rights. (Currently, no process exists for transfer of development rights in San Miguel County.)

8. Deed restrictions/covenants: Mutual covenants are made with adjacent landowners to restrict development of the properties (e.g., to preserve scenic corridors).

Other

1. Great Outdoors Colorado partnership: GOCO provides funding to communities to assist in protecting and acquiring open lands.

2. Right-to-farm legislation/Code of the West: Legislation adopted by a county to protect agricultural rights and discourage nuisance lawsuits against agricultural operations. Non-agricultural landowners are notified of these rights.

3. Create agricultural lands committee: The committee would advise County Commissioners on actions and policies that affect agriculture.

4. Estate planning: State and federal inheritance laws can place a hefty burden on families, requiring them to sell land just to pay taxes. Good planning can eliminate the need to sell off parcels to meet tax obligations.

5. Educational seminars and outreach: Speakers are brought into the community to explain conservation easement and estate planning concepts.

6. Technical assistance team: Experts work with landowners to assist in land planning and explore legal and financial aspects of conserving land.

PARTNERSHIPS

The Open Space Commission works with private landowners, other government agencies and non-governmental organizations to protect and acquire open space, as well as to educate the public about the benefits of preserving open lands. As emphasized in the Open Space Commission mission statement, no one group can meet its overall goal of protecting and conserving open space. A description of potential partners for the Open Space Commission is included as Appendix D.

BLM_0063529

RECOMMENDATIONS FOR ACTION

The Open Space Commission works to preserve and protect lands that it, the Board of County Commissioners and the public designate as high priorities. Public meetings and a countywide open space and recreation survey in 1998 indicate that county residents consider wildlife habitat, riparian areas, scenic corridors, high alpine basins, agricultural lands and open space buffers between population pods to be most important. Keeping in mind that different planning areas have different open space priorities, the Commission considers projects based on community desires and needs.

1. Create Funding Sources

To make open space education and preservation a reality in San Miguel County, the Open Space Commission must work with both private and governmental partners. Since the Commission was formed in 1995, the San Miguel Conservation Foundation, The Nature Conservancy and Great Outdoors Colorado have been key financial partners for many Commission projects. The Commission hopes to obtain some of the $40 million that GOCO plans to distribute statewide over the next few years. The Commission plans to work with the County Commissioners, local land trusts and landowners to designate projects appropriate for GOCO consideration.

The Commission must consider a variety of funding options for leveraging money allocated through the county budget process. Currently, the Commission raises money through the County General Fund and the San Miguel Conservation Foundation Visa credit card. Proceeds from the card are dedicated to open space projects, as determined by a board consisting of members from the Conservation Foundation, Open Space Commission, County Commissioners and Telluride Visitor Services.

The Commission is considering voluntary methods to raise money from individuals and/organizations. For example, the Open Space Commission is exploring a voluntary rounding up of grocery or utility bills. The Commission is also looking for direction from the County Commissioners, the Recreation District Board and the public regarding ways to raise money through taxation. The Open Space Commission is considering asking the Commissioners to introduce a ballot issue that would create a funding source for open space preservation projects.

2. Build Cooperative Relationships With Owners

Building cooperative relationships with local landowners is essential for the Open Space Commission to achieve its goals. Not only can landowners and regional developers be important sources of information for the Open Space Commission members, the Commission also can be a resource for landowners. Continuing to focus on education and offering educational conferences and joint projects with landowners are additional ways to foster relationships within the community. The Commission should explore flexible, voluntary and incentive-based approaches to preserving open space.

BLM_0063530

3. Pursue Protection For Land

Through public meetings and the 1998 Open Space and Recreation Survey, the Open Space Commission gathered public input that ranked wildlife areas, riparian areas and scenic corridors as the most important areas to protect. The Open Space Commission will attempt to acknowledge these priorities in ranking future projects.

4. Support Agricultural Operations

Because agricultural lands are important open space resources, the Open Space Commission should advocate agricultural interests. One of the Open Space Commission's goals is to create a Right-to-Farm Policy and/or a Code of the West for adoption by the County Commissioners. This policy would make it easier for ranchers to pursue traditional agricultural activities despite increasing pressures from surrounding development.

5. Promote Partnerships

Working with local, state and national organizations is essential in pursuing the Open Space Commission's goals. Locally, coordinating with the Telluride Open Space Commission, County Recreation District, County Trails Commission, The Nature Conservancy and the San Miguel Conservation Foundation is essential so that various objectives do not conflict. The Open Space Commission also hopes to continue working cooperatively with community organizations, such as the Watershed Coalition, the Telluride Association of Realtors, the Telluride Regional Chamber of Commerce and Telluride Visitor Services to educate citizens about open space issues. The Open Space Commission should continue to work closely with local land trusts to increase the amount of acreage in conservation easements in San Miguel County. Partnerships are a key aspect of submitting grant applications to Great Outdoors Colorado.

6. Coordinate With Federal And State Agencies

The Open Space Commission should increase its coordination with both federal and state agencies in its pursuit of open space goals. The Commission hopes to take a more active role in reviewing land exchange proposals. Also, the Commission hopes to better coordinate with state and federal agencies in achieving open space goals on both private and public lands.

7. Provide Land Conservation Options

The Open Space Commission should explore the numerous techniques other than outright acquisition of property or conservation easements available for preserving open space, along with ways to implement them. The Commission should review the County Master Plan and Land Use Code for possible amendments to benefit open space preservation.

BLM_0063531

Also, the Commission should continue to explore incorporation of Purchase of Development Rights and Transfer of Development Rights options within the county development review process.

8. Focus on Educational Opportunities

The Open Space Commission realizes that education is an important component of achieving open space goals. The Commission should continue hosting seminars for landowners, lawyers, real estate agents and the general public about conservation easements and other open space topics.

9. Participate with West End Stakeholders in Discussing Hunting and Recreation Policies With Public Agencies

During public meetings in the West End of the county, participants suggested that the Open Space Commission encourage public education regarding appropriate use of public lands by recreational and sporting enthusiasts. Also, it was suggested that the Open Space Commission consider participating in a conference with West End private landowners and public land agencies regarding management and recreational policies on public lands.

10. Encourage Preservation of Historical and Archaeological Resources

The Open Space Commission acknowledges the importance of protecting scenic and historic sites as well as the lands on which they are located. The scenic beauty of an open space parcel may be integrally linked to existing historical structures on the property.

BLM_0063532

# APPENDIX A

## SAN MIGUEL COUNTY OVERVIEW

### SIZE, POPULATION AND GROWTH

San Miguel County boasts a diverse mixture of landscapes and wildlife habitats. At the east end of the county lies Telluride, the county seat. Approximately 3,700 people reside within the Telluride area, with about 2,000 residents in the Town of Telluride. Surrounding mesas comprise approximately 450 year-round residents.

Tourism, real estate and construction are the primary economic generators in the county. Tourism has stimulated construction of an ever-increasing number of second homes, and skiing and a variety of summer festivals bring visitors to town. According to the 1998 report from the Citizen Planning Advisory Committee, the Telluride area may house up to 8,500 year-round residents in the year 2020.

More than 1,000 people live on Wright's Mesa, about half of whom reside in the town of Norwood. The Norwood economy is tied closely to the Telluride Region; many residents commute in this Region. Other Wright's Mesa economic generators include ranching and provision of goods and services for the local community.
The West End of the county, including Egnar, Slick Rock, and Disappointment and Big Gypsum Valleys, is primarily high desert country bisected by the Dolores River and its sandstone canyons. Ranching is the livelihood for many West End residents, who number about 200.

### PLANNING AREAS

The Open Space Commission has defined five specific planning areas to help describe the inventory of wildlife habitat, open space, public lands and trails in the county. In addition to diverse geographic and wildlife areas, the Commission recognizes that each area has varied political and economic objectives. The planning areas are:

### Alpine Region
The Alpine Region includes Telluride, Mountain Village, Ophir, Trout Lake, the Aldasoro and Last Dollar Subdivisions, and surrounding high-alpine basins.
Pockets of private land within the Uncompahgre National Forest extend west of Mountain Village on Turkey Creek Mesa and the West Meadows. Abundant patented mining claims occupy the alpine basins ringing Ophir and Telluride, where mining activity was most prevalent during the late nineteenth and early twentieth centuries. Most of these mining claims are landlocked, surrounded by U.S. Forest Service holdings.

The Town of Telluride owns a large portion of the Bear Creek drainage, a popular recreational area just south of town. There is open space dispersed within Aldasoro, Lawson Hill and other subdivisions, while a golf course and ski runs account for some of the open space interspersed among developed property in Mountain Village.

BLM_0063533

The Alpine Region is home to elk and mule deer, with herds covering higher elevations during summer months and moving closer to the river canyons during the winter. Elk and deer winter range, severe winter range, migration corridors and elk calving areas are prevalent, sometimes in close proximity to developed lands.

Most of the significant trails in the Alpine Region are narrow hiking/biking trails located in the high alpine basins surrounding Telluride or are transportation oriented, linking Telluride to Mountain Village and Down Valley. A combination of Forest Service trails and old mining roads provide ample hiking opportunities. Easily accessible trails, such as the Bear Creek and Jud Wiebe trails, start in Telluride and can either be explored on short day hikes, or can connect with trails leading to higher elevations, such as upper Bear Creek, Bridal Veil and Mill Creek Basins. There are also several bike trails that lead to the valley floor, follow roads into the high basins or take cyclists onto single-track trails north of town.

**Mesa Region**

The Mesa Region consists of Hastings, Sunshine, Wilson, Horsefly/Iron Springs and Specie mesas.

Mesa lands are mostly privately owned and divided into parcels 35 acres and larger. Forest Service land flanks the Sneffels and Wilson mountain ranges on Hastings and Wilson mesas, respectively. On Horsefly/Iron Springs Mesa, a large portion of the development has been restricted to parcels 70 acres and larger, and although landowners have expressed considerable interest in conservation easements, to date private conservation easements have not been initiated.

Three conservation easements on Wilson Mesa keep approximately 3,800 acres in open space. A 640-acre parcel on Wilson Mesa owned by the State Land Board was recently nominated into the Stewardship Trust, which gives the parcel limited protection from being sold by the State Land Board as private land. A 1,700-acre conservation easement, in three phases, is partially completed on Specie Mesa. The State Land Board owns isolated parcels on Wilson, Hastings and Horsefly/Iron Springs Mesas.

Several elk calving areas dot the mesa regions. About half of the mesa lands are elk winter range, with elk severe winter range (used once every 6-to-10 years) reaching down into the adjacent valleys and high desert areas, where elk find warmer temperatures and forage protruding from lighter snowpacks. An elk migration corridor extends from Sunshine Mesa across Bilk Creek to Wilson Mesa. Horsefly/Iron Springs hosts turkey winter range, as well as an isolated turkey production area. Several bear/human conflict zones exist periodically on Hastings and Sunshine mesas, and bald eagle winter range adjoins Specie Mesa. Iron Springs Mesa is a home to the Gunnison Sage Grouse.

There are few public trails on the mesas. Most trails exist to provide access to higher elevations and peaks, including the popular "fourteeners" above Wilson Mesa. The most prominent cross-mesa trail, the Wilson Mesa Trail, stretches from Sunshine Mesa across Bilk Creek and Wilson Mesa to Fall Creek.

BLM_0063534

**San Miguel River Corridor**

The San Miguel River Corridor stretches from Society Turn down valley to Placerville, and then continues toward the Norwood Bridge. It also includes the South Fork of the San Miguel, which runs through Ilium Valley; Saltado Creek, which runs from Specie Mesa into the San Miguel River; and Leopard Creek, which flows into the San Miguel from Horsefly/Iron Springs Mesa. Other tributaries to the San Miguel River include Bilk Creek, Deep Creek, Mill Creek, Big Bear Creek, Fall Creek, Specie Creek and Beaver Creek.

The U.S. Bureau of Land Management owns a significant amount of land along the river between Society Turn and the Norwood Bridge, and the U.S. Forest Service owns much of the land in the northern portion of Ilium Valley. The Nature Conservancy owns preserves on the South Fork and on the San Miguel River just downstream from Placerville.

The San Miguel River Corridor plays an essential role to the sustenance of elk and mule deer during the winter. Elk severe winter range parallels the river and Leopard Creek. Ilium Valley and the Leopard Creek corridor near Dallas Divide also host bald eagles during the winter.

The primary trail in the River Corridor runs four miles along the river from the confluence of Bilk Creek toward Sawpit. A historic road, now closed to motorized vehicles, the trail is a favorite among bikers, walkers and fishers. There are plans, which have been partially realized, for a river and/or highway trail corridor from Telluride to Dallas Divide and from Telluride to Lizard Head Pass.

**Wright's Mesa**

Wright's Mesa consists of the Town of Norwood and the surrounding farm and ranch lands. The Colorado Division of Wildlife owns small parcels on the west side of Wright's Mesa and around Miramonte Reservoir. Although extensive U.S. Forest Service lands stretch south of Wright's Mesa to the county boundary, more than half the land around Norwood is privately held. Several State Land Board parcels on Wright's Mesa also are currently used for livestock grazing. There are few recreational trails located on Wright's Mesa.

Approximately 80 percent of the mesa constitutes turkey range, and several turkey production areas are found south of Norwood. A large portion of Wright's Mesa also is elk winter range, with a number of elk calving and migration areas in the southern portion of the mesa. The threatened Gunnison Sage Grouse establishes lek (the ritual male strut during the mating season) and nesting areas near Miramonte and Gurley reservoirs. A voluntary conservation plan has been established to protect Sage Grouse habitat.

BLM_0063535

**West End**
Much of the West End lies in Dry Creek Basin and Disappointment and Big Gypsum Valleys, and approximately 65% belongs to the Bureau of Land Management. The Colorado Division of Wildlife also holds significant lands in the central area of the West End. Several large privately owned holdings covering grazing areas are concentrated in the southwest corner of the county. Eighteen State Land Board parcels are sprinkled throughout the West End.

The West End is almost entirely winter range for deer, as well as year-round habitat for pronghorn antelope and turkey. It is the year-round home to river otter in and along the Dolores River. Several pockets of peregrine falcon nesting areas parallel the Dolores River. The West End also is home to bald eagles and Gunnison Sage Grouse.
While the West End has few public trails, the opportunity to explore BLM land often draws people to the slickrock country near the Dolores River. Bikers and hikers find abundant roads built during the height of uranium/vanadium exploration and extraction, and climbers have found numerous sandstone routes in the West End. Boating and fishing enthusiasts enjoy the Dolores River in late spring and early summer.

BLM_0063536

## APPENDIX B

## METHODOLOGY OF SURVEY AND PUBLIC OUTREACH

During the summer of 1998, the Commission developed and mailed an Open Space and Recreation survey to all post office box holders in the county, and then held a series of public meetings in each planning region to hear county residents' attitudes about open space. Detailed maps were created to help Commission members and citizens enhance their understanding of how areas within the county differ with regard to wildlife habitat, existing open space, public lands and trails. The foundation for this Open Lands Plan was developed from citizen opinion expressed in both the survey responses (as reported in the San Miguel County Open Space and Recreation Study 1998 Final Results prepared by RRC Associates) and public meetings.

RRC Associates of Boulder prepared the survey, which evaluated the importance of open space to county residents.  Approximately 4,100 surveys were mailed to county post office box holders. A total of 734 surveys, or 19 percent, was returned, which RRC characterized as "fairly strong" response and a sample representative of the whole population. However, it is important to note that respondents who complete a mailed survey typically feel more positive or more negative about the particular survey issues than does the general population. The geographic distribution of the returned surveys indicates that the Town of Telluride and Placerville/Sawpit were slightly over-represented in terms of responses compared to actual population, while the Mountain Village and Norwood were somewhat under-represented.

The survey asked residents to:

1. rank land types that should be preserved as open space;
2. choose where the county should allocate resources for open space and recreation programs and services;
3. assess appropriate methods for protecting open lands; and
4. evaluate possible funding sources for open space acquisition and protection.

The results were broken down by area of residence, which included Telluride, Mountain Village, Brown Homestead/Gold King, Lawson Hill/Ilium Valley, Last Dollar/Aldasoro, Ski Ranches, Placerville/Sawpit, Wilson/Hastings/Sunshine/Specie/Ironsprings Mesas, Norwood, Ophir/Ames and West End.

In the fall of 1998, public meetings were held in Telluride, Placerville, Norwood and Egnar. Survey results were discussed, and maps as attached in Appendix E, for each of the five planning areas were reviewed that showed open space parcels, public lands, wildlife habitat and riparian areas. Meeting participants were asked to review and comment on a draft list of criteria to determine priorities and options for open space preservation.

BLM_0063537

In addition to the survey and public meetings, efforts were made to contact several owners of large parcels and representatives of various interest groups. These one-on-one interviews were conducted in person or over the telephone. Some agricultural landowners also were personally invited, via mail, to submit comments.

BLM_0063538

# APPENDIX C

## PUBLIC OUTREACH RESULTS

### SURVEY CONCLUSIONS

The survey indicated that in general there is broad support among county residents for open space acquisition and protection. Of choices listed in the survey, respondents considered open space acquisition to be the most important use of county resources and generally thought that the county was not doing enough in terms of open space preservation. Citizens indicated that the county should first allocate resources to the purchase and dedication of open space easements, purchase of development rights programs and maintenance and development of hiking/biking trails. Finally, it appeared that county residents are generally willing to support some voluntary funding for open space, such as rounding up a utility bill.

### ALPINE PLANNING AREA

Residents of the Alpine Planning Region, comprised of the Towns of Telluride and Mountain Village, Trout Lake, Ophir/Ames, Last Dollar/Aldasoro, Ski Ranches, Lawson Hill and Ilium, produced varied survey results. For example, survey results indicate that Last Dollar/Aldasoro residents consider acquisition and protection of open space very important with regard to county resource allocation. Ophir/Ames residents placed high priority on preserving most land types, with the highest support for high alpine areas, wildlife habitat and river corridors. Ski Ranches residents rated the current level of effort to preserve open space by the county as "too much." As for the current level of efforts by San Miguel County to create recreation programs, Mountain Village residents rated efforts as "too little." Telluride residents said the current effort is just right, as did Lawson Hill and Ilium residents. Although 20 percent of the Town of Telluride's general revenues are dedicated to open space protection within the Town, 36 percent of respondents from Telluride indicated that they would support a property tax increase for countywide open space protection.

In meetings with residents from the Alpine Planning Region, it was suggested that the Open Space Commission focus on creating buffer zones between pods of population and adjacent to public lands. Meeting participants agreed that no more high-country trails are necessary, but new biking and hiking paths should be developed to connect population centers. It was also recommended that local government bodies ensure that such buffer zones are created through the land development process. Alpine Region residents suggested that the county consider creating a program to allow development rights to be transferred to appropriate receiving zones. The Mesas, Wright's Mesa and the West End were identified as areas from which development rights could be transferred to the Telluride area.

BLM_0063539

Criteria considered important to Alpine residents for evaluating open space projects included contiguity to other open space, public lands or lands with conservation easements, and parcels containing wildlife habitat, water and wetlands. Other important criteria included whether the project mutually benefited conservation partnerships, public funds would be spent wisely, and the parcel could be effectively managed.

## MESAS/DOWN VALLEY PLANNING AREA

Survey results indicate that Wilson and Hastings Mesa residents consider open space acquisition and protection very important, and that they would like the county to increase its open space preservation efforts. Residents believe most land types should be preserved, with high alpine areas top priority, followed by wildlife habitat, river corridors and agricultural land. Placerville/Sawpit respondents also prioritized high alpine areas, river corridors and wildlife habitat. Mesa residents said they would support utility bill round-ups and property tax increases to fund open space. Twenty seven percent of Placerville/Sawpit respondents said they would support a property tax increase to fund open space.

Wilson Mesa residents indicated support for conservation easements on large parcels of land and preferred this alternative to clustered development. Discussions indicated that all county landowners, but especially those on the mesas, share a desire to preserve larger parcels of land for single buyers. One land developer indicated that his company encourages buyers to place land into conservation easements. The Wilson Mesa Homeowners Association is attempting to promote its own method of preserving open space by placing subdivision common lands into a conservation easement by the year 2002.

## WRIGHT'S MESA PLANNING AREA

Although affordable housing, schools, transportation and public safety ranked higher than open space acquisition among Wright's Mesa residents, fifty percent of residents ranked agricultural lands as the top priority land type for protection, with wildlife habitat closely following. Wright's Mesa residents indicated that the current level of county effort to preserve open space and create recreation programs is too extensive. Norwood residents showed the least level of support for rounding up utility and grocery bills, and only 13 percent indicated that they would consider voting for a property tax increase to support open space projects.

Discussions during a public meeting in Norwood focused primarily on the importance of educating landowners about voluntary land conservation techniques. Participants suggested that often farmers and ranchers are unfamiliar with open space terminology and are suspicious of government programs. Voluntary land conservation options and programs should be emphasized on Wright's Mesa.

BLM_0063540

## WEST END PLANNING AREA

Similar to people living in the Wright's Mesa Planning Area, West End residents prioritized agricultural lands and wildlife habitat for open space protection. West End residents would allocate fewer resources to open space and recreational programs than compared to other county programs such as schools and public safety. West End respondents showed little support for government-initiated funding for open space programs. County residents in general agreed that preserving prime wildlife habitat and riparian areas is important, including along the Dolores River in the West End of the county.

At a public meeting held in Egnar, participants agreed that, with approximately 65 percent of the West End in public ownership, little need exists for the county to preserve additional open space. West End residents said that because their land represents their life savings and children's inheritance, it was important for them to convert their land to cash if necessary. Additionally, tax credits hold little meaning for West End residents, as they generally do not have large incomes to which to apply them.

Although residents believe that agricultural lands are important to the community, many indicated that they would sell their agricultural lands for development if it were the best option for them.

West End residents expressed frustration with many of the recreational activities that take place in the "banana belt" of San Miguel County, referring to visitors that intrude on private land and leave behind trash. It was suggested that perhaps the federal, state and local governments should focus on educating public land users to respect public land and private property. For example, residents would like to encourage increased hunter protocol education by the Colorado Division of Wildlife.

 West End residents said they would like to improve relations with the Colorado Division of Wildlife and the Bureau of Land Management regarding wildlife management, hunting and public land trades. It was suggested that the Open Space Commission sponsor a conference with West End stakeholders to examine state and federal policies regarding hunting and recreation.

BLM_0063541

# APPENDIX D

## PARTNERSHIPS

The following groups and agencies are some of the potential partners for the Open Space Commission.

### NON-PROFIT LAND TRUSTS

Each land trust has different missions and capabilities, and finding the right one to act as the receiving agent for a conservation easement requires talking with the land trust staff to see if their goals fit the property. The land trusts listed here have extensive experience with implementing conservation easements.

The Nature Conservancy - The Nature Conservancy is an international, non-profit conservation organization and land trust dedicated to preserving rare plants, animals and natural communities by protecting the land and water they need to survive. The Nature Conservancy is renowned for its businesslike, non-confrontational approach to environmental problem solving. The Nature Conservancy designated the San Miguel River watershed as a priority site in 1987. Since then, it has worked in partnership with private landowners, other non-profit organizations and government agencies to protect major stretches of the river corridor and large pieces of mesa-top uplands. The Nature Conservancy has an office in Telluride.

San Miguel Conservation Foundation - The San Miguel Conservation Foundation is a private, non-profit community organization created to preserve open space in the San Miguel County area. As a private organization with tax-exempt status from the Internal Revenue Service, SMCF offers a wide range of professional, legal, tax, environmental and land planning expertise to landowners interested in creative and beneficial approaches to today's land use challenges. Based in Telluride, SMCF acts quickly, privately and professionally with landowners to explore the income, estate and/or property tax benefits that result from land preservation. SMCF often engages in cooperative efforts with the Town of Telluride, San Miguel County, other local land preservation organizations and the region's major landowners.

Other land trusts - In addition to the Nature Conservancy and the San Miguel Conservation Foundation, other land trusts engage in conservation easement activity locally, including the Rocky Mountain Elk Foundation, Colorado Cattlemen's Agricultural Land Trust, Colorado Wildlife Heritage Foundation, American Farmland Trust and the Valley Land Conservancy.

BLM_0063542

## LOCAL ORGANIZATIONS

### San Miguel Watershed Coalition
The Watershed Coalition consists of representatives from a number of governmental and non-governmental groups, that together aim to study, protect and understand the San Miguel watershed. Last year, the Coalition produced a Watershed Plan, which emphasizes that maintaining agriculture and grazing lands is essential to the health of the watershed, and therefore the preservation of those lands is a top priority in rural areas. The plan also urges that wildlife habitat be preserved, and specifically identifies critical lands and plant communities. The plan encourages groups that perform wildlife and habitat inventories to continually update habitat information. The San Miguel County Open Lands Plan dovetails effectively with the Watershed Plan, which discusses growth, community preservation, recreation, logging and grazing practices, and many other issues relevant to preserving open lands.

### Telluride Institute
The Telluride Institute has sponsored Open Space Commission projects and continues to be an important educational partner. The mission of the Telluride Institute is to contribute to the theory and practice of sustainable community through innovative research and education in the arts, environment and telecommunity, and to "build a society to match the scenery" from its base in the Rocky Mountain West.

## MUNCIPALITIES

The San Miguel County Open Space Commission supports open space planning by local municipalities and hopes to work cooperatively with the towns in pursuit of their individual goals.

**Town of Telluride** - In 1993 Telluride residents voted to dedicate 20% of all town revenues to the preservation and protection of open space. Soon after, the town created the Telluride Open Space Commission, which produced an Open Lands Plan in June 1996 to establish a strategic framework for land protection activity in the Telluride region.  The Telluride Open Lands Plan identifies strategic actions to be pursued over a ten year period, including in June 1996 to establish a strategic framework for land protection activity in the Telluride region.  The Telluride Open Lands Plan identifies strategic actions to be pursued over a ten year period, including creating a natural areas inventory, improving interaction with the Forest Service, rating key parcels for protection, and protecting key open lands at the east end of town. In partnership with the San Miguel Conservation Foundation, the Town of Telluride has already preserved 300 acres in Bear Creek via a conservation easement. For land outside of the town boundary but within the county jurisdiction, the town and County Open Space Commissions support working together to achieve town open space goals.

BLM_0063543

**Ophir** - The Town of Ophir is pursuing its own aggressive open space program. Ophir sold town-owned lots to create an open space fund and is working in partnership with the San Miguel Conservation Foundation. Ophir's first priority is to protect nearby Waterfall Canyon from development, and is now working with landowners to keep additional properties from being developed. Ophir is seeking assistance from Great Outdoors Colorado to raise funds for purchasing land and conservation easements in Waterfall Canyon. The town's second priority is preservation of Swamp Canyon, which is less accessible than Waterfall Canyon and therefore less likely to be developed. Ophir is interested in working with landowners to purchase land/or conservation easements.

**Norwood** - The Town of Norwood Recreation Committee is currently in the process of master planning a 40-acre site for the Ah Haa School for the Arts, which currently sponsors art programs and offers classes in Telluride. The Recreation Committee is also planning a town park adjacent to the existing community center. Future projects could include equestrian trails around the town perimeter.

**Mountain Village** - The Town of Mountain Village was platted with over 60% active and passive open space. The town has an ambitious trails program and participates in regional trail planning.

## STATE AND FEDERAL AGENCIES

The Open Space Commission must coordinate with a number of important state and federal agencies in order to achieve its goals, especially as two-thirds of the county land is owned by federal and state land management agencies. The Commission hopes to continue to foster positive relations with the U.S. Bureau of Land Management, U.S. Forest Service, Colorado State Land Board and Colorado Division of Wildlife.

## GREAT OUTDOORS COLORADO

In 1992, voter passage of Amendment 8 directed a portion of Colorado lottery proceeds to The Great Outdoors Colorado Trust Fund (GOCO). The legislation earmarks funding for parks, wildlife, outdoor recreation, environmental education, and open land and natural area protection. The county is eligible to compete for grant funds and works in partnerships to increase its likelihood of success.

## COMMUNITY PARTNERS

Public School System - The Telluride R-1 School District has been an important partner to the county in its efforts to obtain a parcel for a park near Placerville. A successful 1998 ballot issue combined a school tax issue with money for park acquisition and facilities. Telluride students have also helped to design the park facility, including determining how the river and natural vegetation can best be utilized and restored. The Open Space Commission plans to continue community education concerning open space issues through the schools.

BLM_0063544

**Local Business Groups -** The Open Space Commission has worked closely with local business groups to promote open space, educate the public and encourage locals and visitors to participate in the community's open space future. Last year, the Telluride Association of Realtors and the Open Space Commission teamed with the San Miguel Conservation Foundation and The Nature Conservancy to produce the San Miguel County Land Conservation Options booklet intended to educate landowners about open space preservation options. In 1999, the Telluride Association of Realtors helped co-sponsor an educational conference about tax planning and open space. The Commission also worked closely with Telluride Visitor Services and the San Miguel Conservation Foundation to produce and promote the San Miguel County Visa credit card. The Telluride Regional Chamber of Commerce is another partner the Commission hopes to work with in the future to further open space education.

**San Miguel County Recreation District -**The County Recreation District was created in 1998 by the Board of County Commissioners to address county recreation issues. The district's first task is to oversee the development of the down valley park, which will be intended for use by county residents and visitors. The Open Space Commission has a member on the Recreation District Board to facilitate cooperation between and funding for the two organizations.

**San Miguel County Trails Commission -** Formed in 1989, the Trails Council is made up of citizens and government officials representing a cross-section of interests. The Trails Council is working on a trail system from Telluride to Lizard Head and to Dallas Divide in addition to trails linking Telluride to Mountain Village and Turkey Creek Mesa.

**San Miguel Basin Weed Advisory Committee -** The San Miguel Basin Weed Advisory Committee is composed of citizens, ranchers and representatives of local state and federal agencies and appointed by the County Commissioners of both San Miguel and Montrose Counties. It is the role of this committee to advise both counties regarding weed management.

BLM_0063545

**APPENDIX E**

**OPEN SPACE MAPS**

BLM_0063546

**ALPINE PLANNING AREA**

Open Lands Plan
1999

BLM_0063547

# MESA PLANNING AREAS

Open Lands Plan
1999

BLM_0063548

# RIVER PLANNING AREAS

Open Lands Plan
1999

BLM_0063549

**WEST END PLANNING AREA**

Open Lands Plan
1999

BLM_0063550

# WRIGHT'S MESA PLANNING AREA

Open Lands Plan
1999

San Miguel County Comprehensive Development Plan/Open Land Plan/Page 28

BLM_0063551

**ACKNOWLEDGEMENTS**

The San Miguel County Open Space Commission especially thanks the San Miguel Conservation Foundation for funding the writing and editing of this project.

Plan Consultant:
Leila Wombacher Knox

Design, layout and illustration:
Susan Smilanic, SJS Design

Editorial support:
San Miguel County Planning Department
San Miguel County Open Space Commission

Photography:
Ace Kvale, April Montgomery, Joe Powell, Greg Simpson, Dean Stindt, Steve Tenney

Project review:
County Landowners
San Miguel County Planning Department
San Miguel County Board of Commissioners
The Nature Conservancy

Mapping:
San Miguel County Planning Department
Seth Green

Printing:
Colorquest Graphics

BLM_0063552

SAN MIGUEL COUNTY COMPREHENSIVE DEVELOPMENT PLAN

## ARTICLE VI.

## TRAILS

The San Miguel County Trails Master Plan is intended to provide guidance for development in San Miguel County.  Trails are depicted on the map as constructed public trails or proposed trails in which easements need to be secured.  Landowners with proposed trails shown through their property should contact the San Miguel County Trails Council to discuss issues related to the trails and the feasibility of securing public trail easements.  The San Miguel County Trails Master Plan shall be used as a guide for the Board of County Commissioners and Planning Commission when considering all development proposals, Subdivision/PUD applications and Special Use Permits.  A menu of incentives will be developed to encourage landowners to donate trails easements, such as tax deductions, increased development rights, or relief from certain development restrictions.

The Trails Council was created in 1989, as an advisory group to the County Commissioners.  The Trails Council is made up of private citizens and government agency officials that represent a cross section of trails related interests.  The mission of the Trails Council is to: 1) maintain existing trails; 2) plan and implement new multi-use year round and seasonal trails as identified in the San Miguel County Trails Master Plan, which will connect existing trails together; 3) create new recreational opportunities for both residents and visitors; 4) provide access to publicly owned land throughout the Region; 5) provide an alternative to vehicular travel between regional development nodes identified in the County Master Plan; and 6) connect public open space separated by private lands.

BLM_0063553

American Farmland Trust

ROCKY MOUNTAIN AGRICULTURAL LANDOWNERS

# GUIDE TO CONSERVATION AND SUSTAINABILITY

BLM 0063554

The *Rocky Mountain Agricultural Landowners Guide* is the product of a unique partnership between American Farmland Trust and Coleman Natural Foods through the Coleman Eco-Project 2015, a 10-year relationship that addresses the critical need to protect U.S. working farms and ranches. In this guide, you will find information outlining tools and federal and state programs to help farmers and ranchers conserve their land and maintain its long-term health for future generations.

American Farmland Trust (AFT) is a nonprofit organization that works across the nation with partner organizations, communities and individuals to protect the best land, keep it healthy and plan for the future of agriculture. Coleman Natural Foods (CNF), the leading natural and organic meat and poultry company in the United States, shares with AFT a commitment to protect family-owned ranches and farms and advance a holistic approach to land stewardship. The goal of the AFT–CNF partnership is to facilitate the placement of 50 million acres of farm and ranch land under sound stewardship and sustainable management practices by 2015. "We've undertaken our land-based eco-system program to improve and preserve our environment, and keep working lands in their highest and best use," said Mel Coleman Jr. "This challenge is on behalf of today's generation of Americans and for many more generations to follow."

The Coleman family has a long and rich history in western ranching. In 1875, one year before the Colorado Territory became the 38th state, the Colemans began ranching in the grasslands of Saguache. A pioneering spirit of conservation and protecting the land, handed down through the generations, was at the center of Mel Coleman Sr.'s vision. In 1979, Mel Sr. founded Coleman Natural Meats, the first-ever enterprise to raise and market natural beef for the general public.

Twenty-six years later, Coleman Natural Foods has grown into a family of natural and certified organic meats that includes beef, pork, poultry, sausage, lamb and bison. Its practices set the standard for quality, flavor and integrity, and Coleman continues to broaden its legacy by expanding and promoting the economic, environmental and consumer-centered values of natural and organic meat production.



To read more about AFT or the Coleman Natural Foods Eco-Project 2015, please visit AFT's Web site at www.farmland.org or log onto www.colemannatural.com. The **Rocky Mountain Agricultural Landowners Guide** is also available online at these Web sites and at AFT's Farmland Information Center online library of farmland protection and stewardship resources at www.farmlandinfo.org.

# INTRODUCTION



STRATEGIC RANCHLAND IN THE ROCKY MOUNTAIN WEST

**MAP LEGEND**
- Strategic Ranchland at Risk
- Prime Ranchland
- Private Land
- Urban Area
- Federal Land
- Water

The Rocky Mountain region is known for its breathtaking landscapes and the rugged individualism of its settlers. Its spirit has been shaped by a long tradition of agriculture, from ranches to crop farms and orchards. Today, the farms and working cattle ranches in the seven states included in this guide — Arizona, Colorado, Idaho, Montana, New Mexico, Utah and Wyoming — are a linchpin holding together an increasingly fragmented landscape.

Competition for land threatens the land base and livelihood of western producers. Ranches require large amounts of land to sustain livestock in an arid climate. Shifting demographics, sprawling development and rising land prices all affect the viability of farming and ranching in the Rocky Mountain region, where more than 350 acres of agricultural land are converted to development every day. Eleven percent of its ranchland is vulnerable to conversion by 2020. Montana and Idaho contain the greatest amount of strategic ranchland at risk (over 5 million acres each), closely followed by Colorado.

According to the 2002 Census of Agriculture, this region's 131,424 farms cover 220 million acres and produce more than $16 billion of crops and livestock annually. Western farmers and ranchers are proud of their natural heritage — the vast landscape, its beauty, economic productivity, recreational opportunities, wildlife habitat and clean water. They, like American Farmland Trust and Coleman Natural Foods, believe strongly that private land ownership is essential to safeguard the future of working lands and their multiple economic and environmental benefits.

The purpose of the *Rocky Mountain Agricultural Landowners Guide* is to provide ranchers and farmers in these seven states with information and tools to augment both the productivity and stewardship of their land. The guide gives an overview of the variety of private options and public programs that are available to landowners who want to conserve their land and use innovative and sustainable practices to improve its productivity. Different terms may be used across the region to describe similar techniques. This guide tries to apply the most common terms when describing techniques generally but defers to the specific terms states use for their programs.

The guide is organized in four sections:

I.   Farm and Ranch Land Protection: to save farm and ranch land for future generations

II.  Conservation and Stewardship Programs: to enhance wildlife and natural resources on private lands

III. Sustainable Ranchland Management Practices: to support the long-term environmental health and the economic viability of ranches

IV.  Resources: contact information for agencies and organizations to help landowners achieve their agricultural and conservation goals

1

BLM_0063556



Photo: Jeff Vanuga, USDA NRCS

Photo: Jon Fosdick

## I. FARM AND RANCH LAND PROTECTION

Rising land prices, due to shifting demographics and sprawling development patterns, challenge many western farmers and ranchers. They need ways to protect their investment in their land and operations and to remain economically viable. One protection available to landowners in every Rocky Mountain state is right-to-farm laws. In addition, counties throughout the region have adopted right-to-farm and ranch policies and/or ordinances. Some have published "codes of the West" or "country codes."

The common law of nuisance forbids individuals from using their property in a way that causes harm to others. Right-to-farm laws give farms and ranches legal protection from nuisance suits, which often arise when nonagricultural land uses expand into agricultural areas. In Colorado, New Mexico and Utah, ranches also receive right-to-farm protections from "unreasonable" local regulation. Right-to-farm laws help prevent agricultural land loss caused by common law nuisance actions. They provide a more stable investment climate for agricultural infrastructure and a sense of security that new neighbors won't overwhelm producers with frivolous lawsuits. Local laws reinforce state laws and may expand notification requirements or provide for local mediation. Country codes educate the public about agricultural practices and right-to-farm protections.

Beyond nuisance protection, the following public and private options provide farmers and ranchers with incentives to protect the large tracts of working land needed to support western agricultural operations. Unless otherwise noted, these programs are available to working landowners in all seven states covered in this guide. Programs vary from state to state, and their funding, eligibility requirements and application timelines may change year to year.

Program descriptions in this guide are general in nature and intended to outline the opportunities available. As a rule of thumb, to explore fully the pros and cons of any of these options, contact the agencies listed below the program descriptions and consult with your legal and financial advisors to find out how an option would affect your operation. The Resources section, pages 22 to 23 of this guide, provides detailed contact information for each of these programs.

BLM_0063557

## PRIVATE OPTIONS TO PROTECT YOUR LAND

### Agricultural Conservation Easements

An agricultural conservation easement (ACE) is a deed restriction that landowners voluntarily place on their land to keep it available for agriculture. Typically, it limits subdivision, non-agricultural development and other uses inconsistent with commercial agriculture. Landowners retain private ownership of the property and all the other rights that come with it, including the right to use it, lease, sell and bequeath it, borrow money against it, and even to further protect it from development. Most ACEs are permanent; term easements impose restrictions for a specified number of years. Regardless of the duration, the easement is legally binding on future landowners for the agreed upon time period.

Landowners who place easements on their land are easement donors. Donors must find a government entity or a qualified private, nonprofit organization, such as a land trust, to hold the easement and agree to monitor it to be sure that the terms of the easement are fulfilled in perpetuity. This organization is known as the easement holder. Easement donors may receive state and federal income tax charitable deductions, as well as a reduction in the value of the property for estate tax purposes. Determining easement value is usually the same regardless of agency involvement or whether the easement is donated or sold.

*For more information on tax advantages, contact your state Department of Revenue.*

### Estate Planning

According to the 2002 Census of Agriculture, more than 111 million acres of land in farms in this Rocky Mountain region are managed by operators 55 years old and older. Thus, millions of acres are likely to change hands in the next generation, perhaps the greatest transfer of wealth in the region's history.

Land is most vulnerable to development pressures when it passes from one owner to the next, even within a family. Farm transition and estate planning are private ways that farmers and ranchers can protect their land — often with the use of conservation easements. Passing on the land takes more than transferring the land from one generation to another. It requires a well-thought-out, thorough plan to address issues such as retirement and disability, as well as to accommodate taxes and heirs. Farmers and ranchers often would like to support conservation efforts with gifts of land, conservation easements or other charitable donations. Donating an agricultural conservation easement can ensure that your land remains in production and provide tax savings.

Most landowners have a will, which is an essential part of an estate plan. But a will is not enough to secure the future of your land and agricultural enterprise. A good estate plan goes beyond a will to accomplish at least four goals:

- Transferring ownership and management of the agricultural operation, land and other assets;
- Avoiding unnecessary income, gift and estate taxes;
- Ensuring financial security and peace of mind for all generations; and
- Developing the next generation's management capacity.

Successful estate planning is a team effort and requires effective communication to make sure it meets a variety of unique situations. Be sure to consult with your legal, financial and tax advisors.

*For more information, contact AFT's Farmland Information Center or order AFT's Your Land is Your Legacy: A Guide to Planning for the Future of Your Farm by calling (800) 370-4879.*

### Land Trusts

Landowners often work with land trusts to protect farm and ranch land. Land trusts also partner with state and local governments to ensure that agricultural conservation easements are maintained in perpetuity. In addition to holding and monitoring easements, land trusts can help landowners receive funding from state and federal programs.

Sometimes land trusts work with national organizations, such as The Nature Conservancy, to protect working lands. There are many strong state and local land trusts in the Rocky Mountain region that can help landowners fulfill their conservation objectives and offer landowners assistance in estate planning, providing specific information about the tax laws and incentives.

*For more information on land trusts in your area, contact the Land Trust Alliance or the Partnership of Rangeland Trusts. See the Resources section, pages 22 to 23, for contact information for some of the leading land trusts in the region.*



*Photo: Dugald Bremner Studio, National Geographic Image Collection*

BLM_0063558

# FEDERAL EASEMENT PROGRAMS

## Farm and Ranch Lands Protection Program

The Farm and Ranch Lands Protection Program (FRPP) is administered by the USDA Natural Resources Conservation Service (NRCS) to provide matching funds to help purchase agricultural conservation easements on productive farm and ranch lands. Originally authorized as the Farmland Protection Program in the 1996 Farm Bill, it became the Farm and Ranch Lands Protection Program in the 2002 Farm Bill.

To qualify, landowners must work with state and local governments or non-governmental entities to secure a pending offer with funding at least equal to 50 percent of the land's fair market easement value. The FRPP can provide the remaining 50 percent for qualified applications. Only parcels large enough to sustain agricultural production are eligible. In addition, in many arid parts of the region funding depends upon the availability of water. With NRCS assistance, participants develop a conservation plan that outlines the management strategies that they propose to use on the enrolled land. The NRCS accepts applications from eligible entities during the annual application window.

*For more information, contact the USDA NRCS state office or AFT's Farmland Information Center.*

## Forest Legacy Program

The USDA Forest Service and the state forestry agencies jointly administer the Forest Legacy Program. The program was established in the 1990 Farm Bill to fund the purchase of conservation easements on working forestland threatened by conversion to non-forested uses. Participation in the Forest Legacy Program is limited to private forest landowners. To qualify, landowners must prepare a multiple resource management plan. The federal government may fund up to 75 percent of the cost of the easement acquisition, with the remaining percentage coming from private, state or local sources. Most Forest Legacy Program conservation easements restrict development, require sustainable forestry practices and protect other natural resource values. The Forest Legacy Program is available in all of the Rocky Mountain states except Wyoming.

*For more information, contact your state forestry agency.*

## Grassland Reserve Program

The NRCS also administers the Grassland Reserve Program (GRP) to protect, enhance and restore grasslands under threat of conversion to cropland and other uses (trees, homes, developments, strip malls, etc.) and to help maintain the viability of grazing operations. The 2002 Farm Bill authorized the program. Private lands of 40 or more contiguous acres historically dominated by grasses or shrubs are eligible for the program. The land should have livestock currently grazing.

Landowners with eligible property may receive compensation through permanent or 30-year easements, or enter into 10-, 15-, 20- or 30-year rental agreements. The program enables the NRCS to enter into restoration agreements with landowners who have a GRP easement or rental agreement. All participants must develop conservation plans that outline strategies for enhancing forage vitality and preserving the viability of the grasslands. The NRCS accepts applications for the GRP on a continuous basis, although it may identify one or more ranking and selection periods per fiscal year. The NRCS evaluates and ranks applications based on selection criteria developed by the state technical committee.

*For more information, contact an NRCS representative at your local USDA Service Center.*



Photo: Coleman Natural Foods

BLM_0063559



Photo: Coleman Natural Foods

# COLEMAN RANCHES

When Mel and Polly Coleman founded Coleman Natural Beef in 1979, their Colorado ranch was facing debt and chronically depressed cattle prices. Today, Coleman Natural Foods is the world's leading producer and marketer of natural beef and poultry.

Coleman beef comes from cattle that have been raised from birth without antibiotics or added growth hormones and have been fed a 100 percent vegetarian diet. At Coleman Ranches in Saguache, Colorado, cattle graze on native rangeland grasses, hay and alfalfa, with a minimal amount of time in feedlots on grain. Although it takes longer for the cattle to reach market weight, Coleman is able to charge a premium for its all-natural beef. The Coleman Certified Rancher program was started after the demand for natural beef exceeded Coleman's production. Today a network of several hundred Western ranchers, stewarding millions of acres of ranch and range land, raise cattle without antibiotics or growth hormones for the Coleman program.

At Coleman, the concept of "natural" beef also encompasses environmental awareness, a holistic approach to sustainable rangeland management practices and livestock handling practices that promote higher standards of animal welfare.

During the 1960s, Coleman Ranches were among the first to work with the U.S. Forest Service to integrate a pasture rotation system into their rangeland management plan. In the 1970s, in conjunction with the U.S. Fish and Wildlife Department, 16 miles of pristine fishing stream were put into a recreational easement with the purpose of keeping the ranch open to the public in perpetuity.

During the 1980s Coleman was recognized as a "Trail Blazer" by the Humane Society of the United States (HSUS) for livestock handling practices. For their conservation work and ranch improvements, Jim and Tim Coleman were named Conservationists of the Year in 2001 by the Colorado Association of Soil Conservation Districts.

"We believe that all beef should be raised under these or similar standards," says Mel Coleman Jr. "Coupled with the consumer-driven fact that natural and organic meats are the fastest growing segment in the meat and poultry industry, we believe programs like that of Coleman Natural Foods offer today's farmers and ranchers the opportunity to break away from the commodity markets and increase the value and revenue of the livestock they raise."

*For more information about Coleman Natural Foods, visit www.colemannatural.com or call (800) 442-8666.*

BLM_0063560

## STATE PROGRAMS THAT SUPPORT EASEMENT PURCHASES

In the mid-1970s, state and local governments created the first public programs to purchase agricultural conservation easements from willing landowners. People also use the term "development rights" to explain the interest in the land that is sold by the landowner, therefore these programs are called purchase of development rights (PDR) programs or purchase of agricultural easement (PACE) programs, among other names. They make it possible for landowners to separate and sell the right to restrict future development on their land to a government entity or qualified private organization, such as a land trust. In exchange, the public or private agency monitors and enforces the terms of the easement to ensure that nothing happens to interfere with present or future agricultural uses. Public access is not required.

Typically, PDR/PACE programs pay landowners for the difference between full market value and the value of the land after it has been protected for agricultural use. The "before" and "after" values are determined through a certified appraisal, preferably by an appraiser who specializes in the valuation of agricultural land.

The following Rocky Mountain state programs are — or have been — authorized to purchase conservation easements/development rights. Program requirements vary, as does available funding. Some states have local programs.

*For information on local programs available in your state, contact AFT's Farmland Information Center.*

### ARIZONA

#### Agricultural Protection Fund

In 2002, Governor Jane D. Hull signed the Arizona Agricultural Protection Act (AAPA) to enable and facilitate the conservation of the state's farm and ranch land using agricultural easements. The act established the Arizona Agricultural Protection Commission (AAPC) to help farmers and ranchers keep their land in agriculture. As of December 2005, the commission was working to secure a funding source for the Agricultural Protection Fund program.

*For more information, contact the Arizona Agricultural Protection Commission, c/o the Arizona Department of Agriculture.*

### COLORADO

#### Colorado Conservation Easement Tax Credit Program

The Colorado Conservation Easement Tax Credit Program allows a tax credit to be taken against state income taxes by an individual or entity donating a conservation easement. The program allows landowners to transfer the tax credit to another individual or entity, and bargain sales qualify under the credit program.

A taxpayer is allowed to claim only one tax credit per income tax year that is generated by the donation of a conservation easement, and that credit is capped at $260,000 (100 percent of the first $100,000 plus 40 percent of any amount in excess of $100,000). The credit may be carried forward for up to 20 years from the initial year it is taken.

*For more information, contact the Colorado Department of Revenue.*

#### Great Outdoors Colorado Open Space Grant Program

The Great Outdoors Colorado Open Space Grant Program (GOCO) awards competitive grants for projects that protect and enhance Colorado wildlife, parks, rivers, trails, open spaces and agricultural land. Funding comes from state lottery proceeds. Since 1994, GOCO has invested nearly $500 million in projects throughout the state. Nonprofit land conservation organizations, local governments, Colorado State Parks and the Colorado Division of Wildlife are eligible to apply.

*For more information, contact Great Outdoors Colorado.*

### IDAHO

The Idaho state legislature passed enabling legislation in 1999 to authorize counties to issue bonds to purchase public open space land and/or conservation easements for scenic and recreational purposes. However, while farm and ranch land may qualify as scenic open space, Idaho does not have a program to purchase agricultural conservation easements. Producers can apply for federal funding by working with land trusts that are active in the state and have preserved tens of thousands of acres of land.

*For more information, contact the Land Trust Alliance.*



Photo: Jeff Vanuga, USDA NRCS

BLM_0063561

## MONTANA

### Montana Agricultural Heritage Program

The Montana Agricultural Heritage Act was passed by the state legislature in 1999 to allocate state funding to purchase agricultural conservation easements on family farm, ranch and forest lands with significant public values. However, the program has terminated and is no longer acquiring conservation easements.

*For more information, contact the Montana Department of Natural Resources and Conservation.*

## NEW MEXICO

### Land Conservation Incentives Act

While there is no state funded agricultural easement program in New Mexico yet, in 2003 the state legislature passed the Land Conservation Incentives Act. The act gives a tax credit of up to $100,000 to landowners who donate land or conservation easements to open space programs or environmental organizations for natural resource, open space or agricultural conservation. To take advantage of the tax credit and protect their land, some landowners have worked with local or national land trusts to place conservation easements on their property.

*For more information, contact the New Mexico Taxation and Revenue Department.*

## UTAH

### Critical Agricultural Land Conservation Fund

The Utah legislature allocated funds to the Utah Department of Agriculture and Food in 1998 for the protection of "critical resource agricultural lands." Individuals, groups and political entities can submit proposals for financial assistance from the fund to purchase conservation easements on agricultural land and to support long-term leases of agricultural property. The Critical Agricultural Lands Conservation Committee makes recommendations on which projects to support. High priority is given to projects that incorporate additional local, state, federal or private sources to match the funds requested from the committee.

*For more information, contact the Utah Department of Agriculture and Food.*

### LeRay McAllister Critical Land Conservation Fund

In 1999, Utah's Quality Growth Act established the LeRay McAllister Critical Land Conservation Fund, an incentive program that provides grants to local governments and nonprofit organizations to preserve open space and farm and ranch land. The fund targets land that is deemed important to the community, including agricultural land, wildlife habitat, culturally and historically unique landscapes, and land necessary for watershed protection. The fund is administered by the Governor's Office of Planning and Budget and the Utah Quality Growth Commission. Projects should conform with the local plan, if one exists, but can qualify for program funds even if no local plan exists. Applicants are required to provide a match equal to or greater than the amount of money received from the fund.

*For more information, contact the Governor's Office of Planning and Budget.*

## WYOMING

### Wildlife and Natural Resource Funding Act

Wyoming does not have an agricultural easement program. However, in March 2005 Governor Freudenthal signed the Wyoming Wildlife and Natural Resource Funding Act into law. The bill establishes a $15 million trust fund to preserve and restore wildlife habitat and open spaces, places the income from the trust fund into an account to be used to supply grants to nonprofit and government groups for specific projects, and seeds the income account with $300,000. The bill allows the state to buy conservation easements on private land, including agricultural land.

*For more information, contact the Wyoming Department of Agriculture.*



Photo: Jeff Vanuga, USDA NRCS

BLM_0063562



Photo: Tim McCabe, USDA NRCS

## II. Conservation and Stewardship



Photo: Gary Kramer, USDA NRCS

In addition to the federal and state programs listed here, many private organizations work in partnership with landowners to restore and protect the environmental benefits of working lands. Most wildlife habitat in the U.S. is on farm and ranch lands. Working in partnership with organizations that restore, protect and manage that habitat, farmers and ranchers can often achieve multiple benefits for their operations.

National organizations such as Ducks Unlimited, the National Fish and Wildlife Foundation, Pheasants Forever and Trout Unlimited can offer technical assistance and funding to farmers and ranchers with relevant habitat attributes on their land. Regional organizations, such as the Rocky Mountain Elk Foundation, have partnered with landowners on easement purchases and habitat improvement plans. Some landowners are then able to generate additional revenue from their land through private hunting fees.

State and federal agencies collaborate through several voluntary programs to provide monetary incentives to help landowners achieve resource conservation goals. Unless otherwise noted, these programs are available to working landowners in all seven states covered in this guide. Beyond the programs described below, technical assistance is available to agricultural landowners through each state's USDA service center.

8    *American Farmland Trust*

BLM_0063563

## FEDERAL PROGRAMS

### Agricultural Management Assistance

The Agricultural Management Assistance (AMA) program provides cost-share assistance to agricultural producers to voluntarily address issues such as water management, water quality and erosion control, and to mitigate risk through diversification or transition to organic farming. The AMA program was authorized by the Agricultural Risk Protection Act of 2000 and amended in the 2002 Farm Bill.

AMA is available in Utah, Wyoming and 13 other states where participation in the federal Crop Insurance Program is historically low. The NRCS administers the AMA program. There is a continuous sign-up with periodic ranking cutoff dates.

*For information, contact an NRCS representative at your local USDA Service Center.*

### Conservation Reserve Program

The Conservation Reserve Program (CRP) is administered by the Farm Service Agency (FSA) to encourage farmers to convert highly erodible cropland and other environmentally sensitive land to vegetative cover such as wildlife friendly tame or native grasses, wildlife plantings, trees, filter strips, habitat buffers or riparian buffers. Authorized by the 1985 Farm Bill, the CRP is one of the nation's oldest conservation programs. Participating landowners receive annual rental payments for the term of their 10- to 15-year contracts. The CRP provides cost-share funding for the installation of approved vegetative practices on eligible cropland.

Landowners also may receive funding to fence streams to exclude livestock and to build grass waterways. Eligible land must have a weighted average erosion index of eight or higher and have been planted to an agricultural commodity four of the six previous years. Land also can be classified as marginal pastureland for riparian buffer enrollment. Sign-ups for environmentally sensitive land devoted to certain conservation practices occur on a continuous basis. Producers may enroll all other eligible land during designated sign-up periods. The FSA ranks applications according to an environmental benefits index (EBI) and extends offers based on an application's ranking.

*For more information, contact an FSA representative at your local USDA Service Center.*

### Conservation Reserve Enhancement Program

A variation of the CRP, the Conservation Reserve Enhancement Program (CREP) helps farmers and ranchers protect environmentally sensitive land, decrease erosion, restore wildlife habitat and safeguard ground and surface water. Montana is the only Rocky Mountain state that partners with the USDA's Commodity Credit Corporation to implement the CREP.



Photo: Gary Kramer, USDA NRCS

The Montana program targets 26,000 acres located in nine designated counties—Blaine, Broadwater, Cascade, Chouteau, Gallatin, Fergus, Lewis and Clark, Phillip, and Madison. Its goals are to improve the water quality and enhance wildlife habitat along the Missouri and Madison rivers. Administered by the FSA, the program requires landowners to make a 10- to 15-year commitment to keep their land out of agricultural production; haying and grazing are not permitted. In addition to a one-time signing incentive payment and annual rental payment, the CREP provides cost-share assistance of up to 50 percent for the installation of certain conservation practices, including the establishment of tree buffers, planting of native and other grasses, and the restoration of wetlands.

Eligible land must meet cropping history criteria and be physically and legally capable of being cropped in a normal manner. Marginal pastureland is also eligible for enrollment provided it is suitable for use as an eligible riparian buffer. Landowners with an existing CRP contract or who have a contract pending are not eligible for the CREP until the CRP contract expires. The Montana FSA accepts applications on a continuous basis.

*For more information, contact an FSA representative at your local USDA Service Center in the nine designated Montana counties.*

### Conservation Security Program

The Conservation Security Program (CSP) is a new program established in the 2002 Farm Bill to provide financial and technical assistance to support conservation efforts on tribal and private agricultural land. The program helps producers maintain existing conservation practices and encourages them to implement new practices that will provide additional

BLM_0063564

levels of conservation benefits. All participants must develop a conservation stewardship plan that outlines the conservation and environmental benefits that the land will provide while enrolled in the program. Producers choose to participate at one of three tiers. Higher tiers require a greater commitment to conservation but also offer higher payment rates. All privately owned land that meets established soil and water quality criteria is eligible. There is an annual sign-up period for the program.

*For more information, contact an NRCS representative at your local USDA Service Center.*



### Debt for Nature

The Debt for Nature Program is available to landowners with FSA loans secured by real estate. The program reduces a borrower's debt in exchange for a conservation contract with a term of 10, 30 or 50 years. Participants may not develop land placed in the Debt for Nature Program, use it to raise livestock or for agricultural production. Eligible lands include wetlands, highly erodible lands and areas of high water quality or scenic value.

*For more information on land eligibility and application procedures, contact an FSA representative at your local USDA Service Center.*

### Emergency Watershed Protection

Created by the 1996 Farm Bill, the Emergency Watershed Protection Program (EWP) responds to emergencies caused by natural disasters. The program has two components. Under the cost-share component, the NRCS provides communities or local sponsors with up to 75 percent of the funds needed to restore the natural functions of the watersheds. Projects on private land require a local sponsor from state, county or city government. Under the EWP's floodplain easement component, landowners sell the NRCS a permanent conservation easement that allows the NRCS to restore the natural functions of the floodplain. To be eligible for an EWP easement, land must have been impaired by flooding during the past 12 months or have a history of repeated flooding. Landowners, with permission from the NRCS, may continue to use the land for haying, grazing and managed timber harvests.

*For more information, contact an NRCS representative at your local USDA Service Center.*

### Environmental Quality Incentives Program

The NRCS Environmental Quality Incentives Program (EQIP) pays up to 75 percent of the cost for producers to implement structural and management practices on eligible agricultural land. Higher cost-share percentages may be available to limited resource producers and beginning farmers (fewer than 10 years in business), who must self-certify they meet the criteria. Authorized by the 1996 Farm Bill, the EQIP is open to any producer engaged in livestock, forestry or crop production on eligible land.

The EQIP provides technical and financial assistance to producers to plan, design and install conservation practices that have been approved for use in the local area. Examples of such practices include manure management facilities, grassed waterways, prescribed grazing systems, livestock watering facilities and stream bank stabilization.

The 2002 Farm Bill added EQIP funding for ground and surface water conservation (GSWC), which provides cost-share and incentive payments where the assistance will result in a



BLM_0063565

net savings in ground and surface water resources in the agricultural operations of a producer. State technical committees identify a set of natural resource concerns that landowners can use EQIP funds to address. EQIP allocations may vary between counties and states. While the NRCS accepts applications on a continuous basis, it evaluates applications and awards contracts during established ranking periods. Sign-up information for each state, the ranking criteria used to evaluate applications and links to EQIP forms are available online at *http://www.nrcs.usda.gov/programs/eqip*. Go to "State EQIP Application Information."

*For more information, contact an NRCS representative at your local USDA Service Center.*

## Forest Stewardship Program

Established by the USDA Forest Service in 1991, the Forest Stewardship Program provides technical assistance to any private landowner, Indian tribe or other private legal entity with at least 10 acres of forestland. The state forester is the lead individual in this multi-agency partnership, which will arrange for a forester, wildlife biologist and other natural resource professionals to meet with a woodland owner, examine the property and help prepare a Forest Stewardship Plan. The plan is based on the owner's personal goals and objectives, and is designed to help the landowner manage his or her property for the future, while enhancing water quality protection, wildlife habitat and recreational opportunities.

*For more information, contact your state forestry office.*

## Partners for Fish and Wildlife Program

The Partners for Fish and Wildlife Program helps private landowners restore wetlands and other important fish and wildlife habitats on their land. It is a voluntary partnership program administered by the U.S. Fish and Wildlife Service that provides financial and technical assistance to private landowners through voluntary cooperative agreements to restore degraded wetlands, native grasslands, streams, riparian areas and other habitats for the benefit of declining federal trust species and the interests of the landowners.

Landowners usually can achieve a dollar-for-dollar cost share by working with a host of nationally based and local entities such as federal, state and local agencies, soil and water conservation districts, and private conservation organizations. Landowners must commit to maintaining projects for the life of the agreement, usually a minimum of 10 years, but otherwise retain full control of their land.

*For more information, contact the Division of Fish and Wildlife Management and Habitat Restoration at your local U.S. Fish and Wildlife Service office.*

## Wetlands Reserve Program

Authorized by the 1996 Farm Bill, the Wetlands Reserve Program (WRP) provides landowners with technical and financial assistance to protect, restore and enhance wetlands on their property. Landowners can receive as much as 100 percent of the appraised agricultural market value of the property for permanent conservation easements or 75 percent for 30-year easements. They also can participate in a restoration cost-share agreement. These 10-year agreements pay for 75 percent of the cost of restoration activities and do not place an easement on the property. Eligible land includes wetlands cleared or drained for farming or pasture and must be restorable and suitable for wildlife. The NRCS accepts applications for the WRP on a continuous basis.

*For more information, contact an NRCS representative at your local USDA Service Center.*

## Wildlife Habitat Incentives Program

Authorized by the 1996 Farm Bill, the Wildlife Habitat Incentives Program (WHIP) provides cost-share assistance and technical assistance to develop and improve habitat for fish and wildlife on private land, tribal land, or state and local government land. Landowners work with the NRCS to create wildlife habitat management plans that list the goals and practices needed to improve wildlife habitat. As part of their conservation plans, landowners agree to implement habitat practices and maintain the enrolled acreage, usually for a period of five to 10 years. In exchange, the NRCS provides up to 75 percent in cost-share assistance to implement the plan. Fifteen-year agreements provide a higher level of cost-share assistance. Interested producers may file an application at any time with the NRCS. The WHIP is a competitively ranked program in which applications with the highest wildlife benefits receive priority for funding.

*For more information, contact an NRCS representative at your local USDA Service Center.*



Photo: Tim McCabe, USDA NRCS

BLM_0063566

## STATE PROGRAMS

### ARIZONA

#### Water Quality Improvement Grant Program

The Arizona Department of Environmental Quality oversees the Water Quality Improvement Grant (WQIG) Program, which allocates money from the U.S. Environmental Protection Agency for on-the-ground water quality improvement projects that minimize nonpoint source pollution from agriculture, forestry and other sources. Individuals as well as public and private entities may apply for funding for projects that focus on improving or protecting water quality within Arizona.

*For more information, contact the Arizona Department of Environmental Quality.*

#### Arizona Water Protection Fund

Ranchers and agricultural landowners can apply to the Arizona Water Protection Fund for grants to protect water quality and maintain, enhance and restore rivers, streams and riparian habitats. The fund, administered by the Arizona Department of Water Resources, receives $5 million annually from the Arizona state legislature. Any person, entity or municipality can apply for these grants. Priority is given to projects that enhance or maintain streamflow and associated riparian habitat, address issues in geographic areas of public concern, and include matching contributions from other sources.

*For more information, contact the Arizona Water Protection Fund Commission c/o the Arizona Department of Water Resources.*



Photo: Jeff Vanuga, USDA NRCS

#### Landowner Relations Program

Landowners can apply to the Arizona Game and Fish Department's Landowner Relations Program (LRP), which coordinates habitat improvement projects on private lands within the state. Every year, the LRP implements more than $2 million in projects to enhance wildlife habitat and/or protect access to public and state trust lands. For instance, the program may pay for establishing perpetual easements into public or state trust lands in return for mutually beneficial wildlife habitat improvement projects. A variety of project funding sources are available through the program, and program administrators can recommend which would best meet a landowner's specific situation. In addition, the LRP's Adopt-a-Ranch program allows community groups to volunteer to perform ranch maintenance activities.

*For more information, contact Arizona Game and Fish.*

#### Livestock and Crop Conservation Grant Program

The Arizona state legislature created the Livestock and Crop Conservation Grant Program (LCCGP) in 2003 to help ranchers and farmers with conservation projects that "reduce the fragmentation of open spaces in rural areas." The program typically receives $2 million per year from the state's Land Conservation Fund. Eligible applicants include individual landowners and grazing or agricultural lessees of state or federal lands interested in implementing "conservation based management alternatives." The LCCGP gives priority to applicants of greatest need — typically ranchers who are considering "subdividing their property as a last resort to financially maintain their ranch and/or applicants running smaller ranching operations." Applicants must demonstrate that their conservation projects will provide public benefits, such as wildlife habitat or riparian buffers, and help preserve open space.

*For more information, contact the Arizona Department of Agriculture.*

### COLORADO

#### Cooperative Habitat Improvement Program

The Cooperative Habitat Improvement Program (CHIP) helps landowners develop or improve wildlife habitat, control erosion and enhance farm and ranch aesthetics. In addition to providing technical assistance, the CHIP makes small grants of up to $4,000 to complete projects such as woody plantings, grass plantings, wetland enhancements and/or stream improvements. Individual landowners are eligible to apply to CHIP, a flexible program that offers landowners several options to create habitat for a specific species. Projects can be supplemented by partnering with other habitat programs, such as those offered by the NRCS.

*For more information, contact the Colorado Division of Wildlife.*

BLM_0063567



Photo: Mark Hunter

# MᴄNᴇɪʟ Rᴀɴᴄʜ

Prolonged drought forced Colorado ranchers Mike and Cathy McNeil to reevaluate how they operate the family's 3,033-acre ranch. By using "holistic management" to assess the impacts of their land use, cattle management and financial planning, the McNeils have been able to stay economically viable during times of poor commodity prices and increasing pressure from land and water development interests. Today, the McNeil Ranch sells its grass-fed beef directly to consumers.

The McNeils, winners of AFT's 2001 Steward of the Land Award, are now a model of ecologically sound, profitable and community-minded ranching. The McNeil Ranch is located in the San Luis Valley, a high desert basin at 7,700 feet in elevation with a relatively harsh climate and little annual precipitation. As a first major change in their operation, the ranch transitioned from winter calving to a spring schedule that allows cows to calve in warmer temperatures. The ranch also adopted a piled hay method of forage management to make winter feeding easier and more economical.

With pressure from real estate development affecting many Colorado ranchers, the McNeils helped found the Rock Creek Heritage Project, a landowner-driven effort to secure a future for agriculture in the Rock Creek watershed. The initiative has been working to protect a block of 15,000 acres of agricultural land and water. The project involves not just land protection but also watershed enhancement, support for value-added and direct marketing, cooperatives, and training in holistic management and other sustainable practices.

The McNeils have permanently protected over 1,500 acres of their own land with the remainder scheduled for protection in 2006.  "A society measures its wealth by the state and quality of its land and its ability to feed its population," says Cathy McNeil. "That's why protecting our land is important for future generations."

*For more information about the Rock Creek Heritage Project, contact mcneilranch@fone.net.*

BLM_0063568

### Colorado Species Conservation Partnership

Great Outdoors Colorado, the Colorado Division of Wildlife (DOW) and the U.S. Department of Interior have developed the Colorado Species Conservation Partnership (CSCP). The program funds habitat conservation easements that provide incentives to private landowners to actively assist with the management and protection of Colorado's declining wildlife species. The CSCP uses conservation easements to ensure that landscapes remain intact so they will provide fundamental wildlife resources on a long-term basis. Private landowners can choose either term or perpetual conservation easements. The program requires that its easements have a management plan agreed upon by the landowner and the DOW. Land-owners, land trusts and other conservation organizations that own property with needed habitat for Gunnison Sage Grouse, Preble's Meadow Jumping Mouse and other shortgrass prairie species are eligible to apply.

*For more information, contact the Colorado Division of Wildlife.*



Photo: Robert Bennetts

### Colorado Wetlands Program

The Colorado Wetlands Program protects wetland-dependent wildlife through landowner incentives and other voluntary means, including restoration, management and/or purchase of conservation easements or fee titles by land trusts, private landowners, non-government organizations or government agencies. Grants are given to entities (including individual landowners) with relevant projects within focus areas. (For map of focus areas, visit *http://wildlife.state.co.us/habitat/wetlands*.) Grant amounts have varied from $3,000 to $500,000 for projects ranging from weed mitigation to conservation easements.

*For more information, contact the Colorado Division of Wildlife.*

### Colorado Wildlife Conservation Grant Program

The Colorado Wildlife Conservation Grant Program (CWCG) supports projects that conserve, restore or enhance Colorado's threatened, endangered or declining wildlife resources. In 2005, CWCG provided $200,000 of funding with a cap of $50,000 for any single project. CWCG projects focus on species and habitat conservation; conservation partnerships with private landowners are a program priority. Examples of possible projects include native vegetation enhancement and riparian corridor protection. Non-Division of Wildlife entities, such as private conservation or education organizations, local governments, school districts and water districts, are eligible to apply. Most projects require a 50 percent match of federal funds; however, for planning projects, up to 75 percent of project costs can be covered by CWCG funds.

*For more information, contact the Colorado Division of Wildlife.*

### Colorado Wildlife Heritage Foundation

The Colorado Wildlife Heritage Foundation (CWHF) was created by the "Wildlife 21" task force in 1989 to raise additional funds to help fill the gap between available funds and wildlife needs. Projects completed by the CWHF include wetland protection and planning, conservation easements/fee acquisition, fire and drought relief, and wildlife education. Any organization with a project that benefits wildlife is eligible to apply. Since its inception, the CWHF has provided an average of $400,000 to $450,000 per year, funding conservation easements on thousands of acres of ranch land.

*For more information, contact the Colorado Wildlife Heritage Foundation.*

## IDAHO

### Conservation Improvement Grants

Idaho's Conservation Improvement Grants program provides financial assistance to eligible applicants for the implementation of natural resource conservation projects. Priority is given to projects with the greatest public benefit and conservation impact. Eligible projects include soil and water conservation, water quality and riparian area improvement, and fish and wildlife habitat protection and enhancement. Grants are limited to $10,000. All private and public land within Idaho is eligible; any individual or entity may apply.

*For more information, contact the Idaho Soil Conservation Commission.*

BLM_0063569

### Habitat Improvement Program

The Habitat Improvement Program (HIP) applies to both public and private lands in Idaho, but the program is designed primarily to help private landowners, particularly farmers and ranchers, enhance upland game bird and waterfowl habitat. The HIP provides both technical and financial assistance and is financed by a portion of all hunting license fees. Funds are available for cost sharing on habitat projects by Idaho Fish and Game in partnership with private landowners, non-profit organizations and state and federal agencies. On approved projects, landowners are reimbursed up to 75 percent for out-of-pocket expenses with a general limit of $10,000 per project.

*For more information, contact Idaho Fish and Game.*

### Range and Cropland Program

The Range and Cropland Program provides technical guidance for the management of agricultural leasing activities on state land, including cropland and grazing leases. Prior to leasing grazing land from the state, ranchers must agree to a written Grazing Management Plan that addresses all activities that may take place under the lease, including number and movement of livestock, the season of use, construction of improvements, vegetation, noxious weed control and other factors.

*For more information, contact the Idaho Department of Lands.*

### Water Quality Program for Agriculture

The Water Quality Program for Agriculture (WQPA) provides financial incentives to owners and operators of agricultural land in Idaho to apply conservation practices that protect and enhance water quality and fish and wildlife habitat. The local soil conservation district designates lands eligible for assistance as critical areas. Project sponsors may be soil conservation districts, irrigation districts, canal companies, individuals, or other agricultural or grazing interests. Cost sharing may be provided for up to 90 percent of the cost of approved practices.

*For more information, contact the Idaho Soil Conservation Commission.*



Photo: Gary Kramer, USDA NRCS

## MONTANA

### Future Fisheries Improvement Program

The Future Fisheries Improvement Program helps Montana landowners work with their local fishery biologists to plan and finance projects that improve native and wild fish habitat, for example, restoring stream banks and natural stream channels or enhancing fish spawning. Projects demonstrate that healthy streams can be compatible with agricultural and livestock operations. About $1 million is available annually to fund these projects. Landowners and other project partners usually share in the project costs.

*For more information, contact Montana Fish, Wildlife and Parks.*

### Habitat Montana

Habitat Montana offers incentives to landowners to conserve fish and wildlife habitat on private land, including the purchase of conservation easements. The program, funded in part with hunting license fees, is typically used to protect wildlife habitat on ranch property. Since 1988, the program has worked with 30 Montana ranch families to protect more than 213,000 acres of key, threatened wildlife habitat through the purchase of conservation easements.

*For more information, contact Montana Fish, Wildlife and Parks.*



Photo: Jim Schmidlinger, USDA NRCS

BLM_0063570



Photo: Cheryl Goodloe

## SID GOODLOE

To restore his ranch in Lincoln County, New Mexico, Sid Goodloe began rebuilding the natural savanna ecosystem 40 years ago. Thanks to holistic land management that focused on short-duration grazing and vegetation management, Goodloe's Carrizo Valley Ranch is now a productive watershed. "If you provide a properly functioning watershed, everything else falls into place," Goodloe says. Overgrazing and unnatural fire suppression in the past had allowed water-hungry piñon and juniper trees to out-compete native grasses, causing erosion and drying up the ranch's creeks and springs.

Now that invasive trees have given way to an open savanna, dried-up streams and springs have come to life again, allowing native grassland plants to flourish on the ranch. Riparian areas are grazed only in the dormant (winter) season, resulting in the establishment of willows and other riparian vegetation that hold the silt and build up the water table. Goodloe uses prescribed fire to keep old-growth ponderosa stands healthy and to establish herbaceous cover that provides excellent habitat for wildlife.

Goodloe met Allan Savory in Rhodesia in 1964. He credits his own follow-up investigation and use of Savory's methods for his "out-of-the-box" approach to land management. "We have achieved the biodiversity and watershed health that has been our goal for 40 years," Goodloe says. "We even received an award this year for mule deer habitat enhancement from the New Mexico Department of Game and Fish."

Goodloe and his wife Cheryl formed the Southern Rockies Agricultural Land Trust (SRALT) to hold conservation easements on working ranches in New Mexico. "We believe it is extremely important to protect family ranching. We have our ranch under easement so our heirs can raise their families in a rural environment," he says. Goodloe now knows that he doesn't have to worry about what happens to the ranch after his death. "I certainly don't want my grandkids to drive by a new subdivision and say, 'that used to be my Granddad's ranch.'"

*For more information about the SRALT, call (505) 354-2379 or e-mail sralt@hotmail.com.*

BLM_0063571

### Montana Wetlands Legacy

Montana Wetlands Legacy helps landowners create projects to protect, conserve and develop wetlands and riparian areas, including the purchase of conservation easements on agricultural land. Landowners may receive direct funding for the project, materials or construction work, or technical assistance in identifying funding sources.

*For more information, contact Montana Fish, Wildlife and Parks.*

### Upland Game Bird Habitat Enhancement Program

Montana Fish, Wildlife and Parks will share up to 75 percent of the cost for landowners to work with biologists developing upland game bird habitat. Projects may include establishing and maintaining shelterbelts, planting nesting cover and food plots, and implementing improved grazing management systems. Upland Game Bird Habitat Enhancement Program projects must be open to some free public game bird hunting and usually involve at least 160 contiguous acres.

In addition, the program's Montana Sagebrush Initiative uses federal Landowner Incentive Program funds to pay for 30-year agreements with private landowners who agree to protect sage grouse habitat.

*For more information, contact Montana Fish, Wildlife and Parks.*

## NEW MEXICO

### Habitat Stamp Program

The Habitat Stamp Program (HSP) is funded annually with nearly $1 million in revenue from the purchase of validation stamps by hunters, anglers and trappers. These funds are dedicated to habitat conservation and rehabilitation projects. More than 200 conservation and rehabilitation projects are developed each year in the areas of wetland, waterway and riparian improvements; vegetation projects; water developments; and numerous other projects that benefit wildlife habitat.

*For more information, contact the New Mexico Department of Game and Fish.*

## UTAH

### Landowner Incentive Program

The Landowner Incentive Program (LIP) is a new voluntary state program, funded by federal Landowner Incentive Program grants, that provides technical and financial assistance to private landowners to protect and manage habitat to benefit federally listed, proposed, candidate or other at-risk species on private lands. Habitat restoration practices include: mechanical treatment and seeding of decadent sagebrush stands, fuel breaks to control the spread of wildfires, stream channel restoration and riparian plantings. The LIP also provides for the acquisition of conservation easements from willing sellers to protect habitats in key areas.

*For more information, contact the Utah Division of Wildlife Resources.*

## WYOMING

### Private Lands Public Wildlife Access Program

Under the Walk-In Area Hunting Program, the Wyoming Game and Fish Department leases hunting rights on private land for public enjoyment. Participating landowners receive monetary compensation based on the amount of land enrolled in the program. An interested landowner may contact the department to set up a field visit that evaluates the suitability of land for participation in the program. Landowners must have a minimum of 80 contiguous acres (or 40 if the land supports waterfowl hunting). Public access to a walk-in area is limited to hunting by foot traffic only, unless otherwise designated. Hunters are expected to obey safety zones next to buildings or livestock. The Walk-in Area Fishing Program leases fishing rights on private land for public enjoyment.

*For more information, contact Wyoming Game and Fish.*

### Wyoming Game and Fish Easement Program

The purpose of the Game and Fish Easement Program is to provide habitat for wildlife and public access for sportsmen and sportswomen. The Wyoming Game and Fish Commission purchases public access easements along various waterways to allow pedestrian access within a specified width of the river bank, usually 50 or 100 feet, for fishing and waterfowl hunting. The commission also acquires vehicular right-of-way easements across private land in order to provide access to larger inaccessible blocks of public land.

*For more information, contact Wyoming Game and Fish.*



Photo: Bob Nichols, USDA NRCS

BLM_0063572





Photo: Coleman Natural Foods

Photo: Stephen Ausmus, USDA Agricultural Resource Service

## III. SUSTAINABLE RANCHLAND MANAGEMENT

Today's ranchers face many challenges, from the threats of land fragmentation to growing consumer concerns about food safety and livestock production. The goal of *sustainable ranching* is to maintain the long-term health of the environment while supporting the quality of life and economic viability of the ranch. Grasslands that have deteriorated are subject to a whole range of problems, including the loss of desirable plant species, increased soil erosion, weed invasions, desiccated watersheds and the loss of wildlife.

Sustainable beef production promotes the stewardship of natural resources, generates increased profits, addresses consumer concerns about cattle ranching and uses a whole-system approach to managing grasslands, water, energy, labor and livestock. Well-managed rangelands help maintain healthy watersheds, provide essential habitat for many species of plants and animals, and effectively convert low-quality forage to high-quality agricultural products.

This section contains brief descriptions of sustainable management practices that ranchers can follow in order to increase profits and protect natural resources. Because all ranches are unique in climate, topography, soils, vegetation and management resources, the following practices may differ in implementation on any given ranch.

BLM_0063573

### Conservative Stocking

Overgrazing can degrade range conditions and threaten soil, water, plant and wildlife resources. To prevent overgrazing, ranchers should control the number of their livestock. Rangeland should never be permanently stocked at a rate higher than 60 to 70 percent of average rainfall carrying capacity. Conservative livestock stocking not only helps the environment, it also helps ranchers survive periods of extended drought.

### Humane Livestock Handling

Humane conditions for livestock include suitable shelter, fresh water, access to the outdoors and balanced feed rations. In addition, low-stress animal handling techniques can help increase ranch profits. Handling practices that minimize the stress on livestock can improve cattle weight gains and reduce sickness rates and death losses.

### Integrated Pest Management

Noxious and invasive plants threaten biological diversity and can have a debilitating effect on rangelands. Infestations of noxious and invasive plants should be contained and controlled using integrated pest management (IPM) techniques whenever possible. IPM is a sustainable approach that uses a variety of tactics to control unwanted plant, animal and insect species. IPM practices help protect the environment, human health and ranching profitability. For instance, herbicide use can be minimized by controlling invading weeds and brush with fire, goats and sheep, or other nontoxic means, such as high-impact, short-duration grazing.

### Prescribed Fire

Over the last century, fire suppression activities have contributed to the loss of the natural western savanna, allowing trees such as piñon pine and juniper to flourish. By restoring fire to the ecosystem, ranchers can promote the return of healthy grasslands. Prescribed burns can be used to manage weeds and brush, and improve forage quality and grazing distribution. When strategic fires are used and healthy grasslands return, soils regain water absorbency, helping to control erosion and replenish watersheds.



Photo: Gary Kramer, USDA NRCS

### Planned Grazing

Planned grazing monitors the effects of livestock on soil and plants. Livestock are moved according to environmental conditions in a controlled, deliberate process. Ranges are divided into separate pastures by fences and natural barriers with stock rotated when plants have been effectively grazed and fertilized. Planned pasture rotation leaves each section of pasture completely free of livestock at some point during the growing season, allowing plants to recover. Planned grazing helps ranchers reduce dependence on grain and harvested forage and minimizes overgrazing problems, such as soil erosion.

---

## BENEFITS OF PLANNED GRAZING

- Optimizes the use of pasture while reducing feed grain and harvested forage, lowering inputs and saving money.
- Addresses social concerns about food safety and environmental degradation.
- Allows more production for a longer period of time.
- Helps to distribute manure more uniformly.
- Permits easier interaction with cattle since the animals are kept close together.
- May provide more cover for game than continuous grazing. Wildlife and lease hunting can be sources of income for ranchers.

BLM_0063574



Photo: Ron Nichols, USDA NRCS

# HOLISTIC MANAGEMENT INTERNATIONAL

Holistic Management International (HMI) is a nonprofit organization dedicated to promoting resource management in a way that restores land to health, productivity and profitability. The worldwide pioneer of Holistic Management, HMI has worked successfully with ranchers, farmers, pastoral communities and other entities since 1984.

Contrary to the belief that ranching has contributed to the desertification of parts of the American West, Holistic Management demonstrates that effective livestock management can actually improve land health. Holistic Management® Grazing Planning incorporates periodic disturbances of grasslands to simulate the herd effects of wild animals. By herding cattle in patterns mimicking the wild grazers, grassland can be revitalized and biodiversity increased, including an increase of more perennial grasses and wildlife.

Holistic Management principles involve planning livestock movements carefully so that animals do not overgraze plants but actually increase soil fertility. Livestock are moved frequently, often grazing in higher densities for shorter duration. Holistic Management practitioners monitor plant growth and recovery, concentrating on building a healthy pasture that supports microbes, earthworms and diverse plant life. Increased soil health leads to increased land and animal productivity and profit.

With high stock density, cattle more effectively graze available plants, mulch nutrients into the ground by trampling in their own manure, knock down dead plants and break the soil crust. When cattle help break up the soil, they also allow the soil to better trap moisture. By improving vegetative ground cover and increasing water infiltration, ranchers can then get the most out of limited precipitation. And with more water, plant and wildlife communities thrive.

HMI founder Allan Savory first realized that livestock could be used as land reclamation tools some 40 years ago and began working with ranchers in a number of countries to learn how to do that effectively. "Plant species not seen in decades have returned, springs have reappeared and wildlife has grown more plentiful and diverse," says Savory. "Any number of ranchers in the Rocky Mountain West who are using this planning process and managing in this more holistic manner have received good stewardship awards for their land management. There is no reason why the grasslands in the Rocky Mountain West cannot once again sustain abundant wildlife and healthy rural communities."

HMI offers training, educational materials and consulting to farmers and ranchers, public land managers, agricultural and development agencies, and Holistic Management educators.

*For more information, visit www.holisticmanagement.org or call HMI at (505) 842-5252.*

BLM_0063575



*Photo: Stephen Assmus, USDA Agricultural Research Service*

### Riparian Protection

Riparian areas occur next to streams, rivers, springs and other bodies of surface and subsurface water. Riparian areas provide many important watershed functions, such as groundwater recharge, nutrient cycling and maintenance of water quality. They also tend to support different plants and wildlife than adjacent uplands. Accordingly, riparian areas should be protected from sediment and chemical contamination and livestock waste. Cattle should be grazed in riparian areas in a controlled manner and only for a short time.

### Time-Controlled Grazing

Grazing should be planned to match grazing times and livestock numbers to the condition of the grassland resources. The proper timing of grazing allows rangeland to recover sufficiently before being grazed again, which gives key species of range plants an opportunity to rest and re-grow after each grazing period. The correct timing, intensity and frequency of grazing will largely be determined by the individual environment of a given ranch.

### Written Grazing Plans

A written grazing plan can help ranchers meet the nutritional needs of livestock while maximizing the production of forage. A meaningful grazing plan coordinates the timing of grazing with pasture conditions and management activities, such as weaning and calving. It also accounts for changes in stocking rates throughout the year and gives ranchers a means for recording and evaluating ranch management practices. Ranch management plans should also account for drought contingency strategies and financial projections.

*For more information on sustainable ranching techniques, contact Holistic Management International, Malpai Borderlands Group, National Sustainable Agriculture Information Service, Quivira Coalition, Society for Range Management, and Western Rangelands Partnership.*

### Rangeland Inventories

Sustainable rangeland management requires a lengthy system of monitoring to judge the effectiveness of grazing practices and rangeland health. Adjustments in grazing times or stocking rates should be made by monitoring rangeland resource conditions over the years. Carrying capacity should be evaluated according to the impacts of historical and current stocking rates. Photographs can be used to compare changes in the range over time.



*Photo: Ralph Fisher, USDA NRCS*

BLM_0063576

## IV. Resources



Photo: Joel McKee, USDA NRCS

*CONTACT INFORMATION IS PROVIDED HERE FOR AGENCIES AND ORGANIZATIONS REFERENCED IN THE GUIDE.*

### STATE AGENCIES

#### ARIZONA

Arizona Department of Agriculture
(602) 542-4373
**www.azda.gov**

Arizona Department of Environmental Quality
(800) 234-5677
**www.azdeq.gov**

Arizona Department of Water Resources
(602) 771-8500
**www.awpf.state.az.us**

Arizona Game and Fish
(602) 942-3000
**www.gf.state.az.us**

Arizona State Land Department – Forestry Division
(602) 771-1400
**www.azstatefire.org**

Arizona State Parks
(602) 542-4174
**www.pr.state.az.us**

#### COLORADO

Colorado Department of Agriculture
(303) 239-4100
**www.ag.state.co.us**

Colorado Department of Revenue
(303) 866-3900
**www.revenue.state.co.us**

Colorado Division of Wildlife
(303) 297-1192
**www.wildlife.state.co.us**

Colorado State Forest Service
(970) 491-6303
**www.forestry.state.co.us**

Colorado Wildlife Heritage Foundation
(303) 291-7212
**www.wildlife.state.co.us/cwhf**

Great Outdoors Colorado
(303) 863-7522
**www.goco.org**

#### IDAHO

Idaho Department of Agriculture
(208) 332-8500
**http://www.agri.state.id.us**

Idaho Department of Lands
(208) 334-0200
**www.state.id.us/lands**

Idaho Fish and Game
(208) 334-3700
**www.fishandgame.idaho.gov**

Idaho Forest Products Commission
(208) 334-3292
**www.idahoforests.org**

Idaho Soil Conservation Commission
(208) 332-8650
**www.scc.state.id.us**

BLM_0063577



*Photo: Coleman Natural Foods*

## MONTANA

Montana Department of Agriculture
(406) 444-3144
**http://agr.state.mt.us**

Montana Department of Natural
Resources and Conservation
(406) 444-3533
**http://www.dnrc.state.mt.us**

Montana Fish, Wildlife and Parks
(406) 444-2535
**www.fwp.state.mt.us**

## NEW MEXICO

New Mexico Department of Agriculture
(505) 646-3007
**http://nmdaweb.nmsu.edu**

New Mexico Energy, Minerals
& Natural Resources
(505) 476-3328
**http://www.emnrd.state.nm.us**

New Mexico Game and Fish
(505) 476-8000
**www.wildlife.state.nm.us**

New Mexico Taxation and Revenue Department
(505) 827-0700
**www.state.nm.us/tax**

## UTAH

Utah Department of Agriculture and Food
(801) 538-7100
**www.ag.utah.gov**

Utah Division of Forestry, Fire & State Land
(801) 538-5555
**www.ffsl.utah.gov**

Utah Division of Wildlife Resources
(801) 538-4700
**www.wildlife.utah.gov**

Utah Governor's Office of Planning and Budget
(801) 538-1027
**www.governor.utah.gov/planning**

## WYOMING

Wyoming Department of Agriculture
(307) 777-7324
**http://wyagric.state.wy.us**

Wyoming Game and Fish
(307) 777-4600
**www.gf.state.wy.us**

Wyoming Office of Governor
(307) 777-7434
**www.wyoming.gov/governor**

## STATE AND REGIONAL LAND TRUSTS

Colorado Cattlemen's Agricultural Land Trust
(303) 431-6422
**www.ccalt.org**

Colorado Coalition of Land Trusts
(303) 271-1577
**www.cclt.org**

*(Colorado)* Rock Creek Heritage Project
*e-mail:* **mcneilranch@fone.net**

*(Idaho only)* Teton Regional Land Trust
(208) 354-8939
**www.tetonlandtrust.org**

*(Idaho)* Wood River Land Trust
(208) 788-3947
**www.woodriverlandtrust.org**

Montana Land Reliance
(406) 443-7027
**www.mtlandreliance.org**

*(New Mexico)*
Southern Rockies Agricultural Land Trust
(505) 354-2379
*e-mail:* **sralt@hotmail.com**

Partnership of Rangeland Trusts
(307) 772-8751
**http://www.maintaintherange.com**

Wyoming Stock Growers Agricultural Land Trust
(307) 772-8751
**www.wsgalt.org**

## FEDERAL AGENCIES

CSREES / USDA Cooperative State Research,
Education & Extension Service
Directory of State Extension Partners
**http://www.csrees.usda.gov**

Soil and Water Conservation District
Local office locator
**http://nacdnet.org/resources/cdson.web.html**

USDA Forest Service
Regional office locator
**http://www.fs.fed.us/contactus/regions.shtml**

USDA Natural Resources Conservation Service
**http://www.nrcs.usda.gov/partners/for_farmers.html**

USDA Service Centers
**http://offices.usda.gov**

U.S. Fish and Wildlife Service
State office locator
**http://www.fws.gov/offices**

## NATIONAL CONSERVATION ORGANIZATIONS

American Farmland Trust
Farmland Information Center
(800) 370-4879
**www.farmlandinfo.org**

Ducks Unlimited
(800) 45DUCKS
**www.ducks.org**

Land Trust Alliance
(202) 638-4725
**www.lta.org**

National Fish and Wildlife Foundation
(202) 857-0166
**www.nfwf.org**

Pheasants Forever
(877) 773-2070
**www.pheasantsforever.org**

The Conservation Fund
(703) 525-6300
**www.conservationfund.org**

The Nature Conservancy
(800) 628-6860
**http://nature.org**

Trout Unlimited
(703) 522-0200
**www.tu.org**

## SUSTAINABLE RANCHLAND MANAGEMENT

Holistic Management International
(505) 842-5252
**www.holisticmanagement.org**

Malpai Borderlands Group
(520) 558-2470
**http://www.malpaiborderlandsgroup.org**

National Sustainable Agriculture Information
Service (ATTRA)
(800) 346-9140
**www.attra.org**

Quivira Coalition *(New Mexico only)*
(505) 820-2544
**www.quiviracoalition.org**

Society for Range Management
(303) 986-3309
**http://www.rangelands.org**

Sustainable Agriculture Research
& Education / Western Region
(435) 797-2257
**http://wsare.usu/edu**

*For more information about Coleman
Natural Foods, call (800) 442-8666
or visit www.colemannatural.com.*

BLM_0063578



Photo: Ron Nichols, USDA NRCS

### ACKNOWLEDGMENTS

American Farmland Trust thanks the following individuals for their contributions to this guide: George Chivari, Jim Coakley, Mel Coleman, Chuck Fletcher, Robyn Nick, Dennis Stiffler and Penny Wolfis, Coleman Natural Foods; Ann Adams and Allan Savory, Holistic Management International; Jon Barrett, Idaho Smart Growth; Sid and Cheryl Goodloe, Southern Rockies Agricultural Land Trust; Cathy McNeil, Rock Creek Heritage Project; Martha Sullins, Consultant, Fort Collins, Colorado; Chris West, Colorado Cattlemen's Agricultural Land Trust.

AFT also thanks its staff members who researched, wrote and helped produce the *Rocky Mountain Agricultural Landowners Guide to Conservation and Sustainability*: Don Buckloh, Julie Burgwald, Rebecca Crouse, Jennifer Dempsey, Kirsten Ferguson, Julia Freedgood, DeAndra Hicks, Ben Kurtzman, Peg McCabe, Doris Mittasch, Amelia Montjoy, Howard Souder, Heather Todd and Bob Wagner.

American Farmland Trust (AFT) is a nonprofit conservation organization founded in 1980 to protect our nation's strategic agricultural resources. AFT works to stop the loss of productive farmland and to promote farming practices that lead to a healthy environment. AFT provides a variety of services to landowners, land trusts, public officials, planners, agricultural agencies and others. Services include Cost of Community Services studies, workshops on farmland protection and estate planning, farmland protection program development and agricultural economic analysis.

AFT's Farmland Information Center (FIC) is a clearinghouse for information about farmland protection and stewardship operated by AFT in partnership with the U.S. Department of Agriculture's Natural Resources Conservation Service. The FIC maintains an online collection of agricultural and land use statistics, laws, literature and technical resources. It also offers an answer service to provide direct technical assistance via phone, e-mail and fax.



American Farmland Trust
Saving the Land that Sustains Us

BLM_0063579

## WHAT YOU CAN DO

- Take the next step — learn more about the public and private opportunities described in this landowners guide. Contact American Farmland Trust, Coleman Natural Foods and other resources that can help you and your community protect farm and ranch land.

- Speak up about the benefits working lands provide. Help your community take control of its future — talk to your local planning commission and elected leaders.

- Support public programs and financing, such as PACE/PDR programs, that keep farm and ranch land in production.

- Be a steward of the land; encourage sustainable management practices that keep the land healthy.

- Prepare now for the future of your land, your business and your family. Consult with your legal, financial and tax advisors to develop your estate plan.



Photo: Coleman Natural Foods

**To order AFT's estate planning guide** *YOUR LAND IS YOUR LEGACY,*
*A GUIDE FOR PLANNING THE FUTURE OF YOUR FARM,* **call** (800) 370-4879.



**AMERICAN FARMLAND TRUST**

1200 18th Street NW, Suite 800
Washington, DC 20036
(202) 331-7300

www.farmland.org

**FARMLAND INFORMATION CENTER**

One Short Street, Suite 2
Northampton, MA 01060
(800) 370-4879

www.farmlandinfo.org

**COLEMAN NATURAL FOODS**

1767 Denver West Marriott Blvd., Suite 200
Golden, CO 80401
(800) 442-8666

www.colemannatural.com

ROCKY MOUNTAIN AGRICULTURAL LANDOWNERS GUIDE TO CONSERVATION AND SUSTAINABILITY

# SAN MIGUEL COUNTY, COLORADO

## Community Wildfire Protection Plan



**Prepared For:**
San Miguel County
Colorado

**Submitted By:**
Anchor Point Group
Boulder, Colorado
**January, 2009**



BLM_0063582

ii

BLM_0063583

# TABLE OF CONTENTS

**PURPOSE**                                                                      1

**INTRODUCTION**                                                                 1

**THE NATIONAL FIRE PLAN AND THE HEALTHY FOREST RESTORATION ACT**    2

**GOALS AND OBJECTIVES**                                                         3

**COLLABORATION: COMMUNITY/AGENCIES/COUNCILS**                                   4

**STUDY AREA OVERVIEW: MAPS & GRAPHICS**                                         5

**VALUES**                                                                       13

**CURRENT RISK SITUATION**                                                       14
RECENT FIRES IN SAN MIGUEL COUNTY                                                15
FIRE REGIME CONDITION CLASS                                                      23

**HAZARD ANALYSIS**                                                              27
FIRE BEHAVIOR MODELING LIMITATIONS AND INTERPRETATION                            27
FIRE WEATHER AND FUEL MOISTURE                                                   27
FLAME LENGTH                                                                     28
RATE OF SPREAD                                                                   31
CROWN FIRE ACTIVITY                                                              35

**NEIGHBORHOOD IGNITABILITY ANALYSIS AND RECOMMENDATIONS**           39

**GENERAL WILDFIRE SAFETY RECOMMENDATIONS**                                      43
ADDRESSING AND EVACUATION                                                        43
   Recommendations                                                               43
PUBLIC EDUCATION                                                                 45

**LEGISLATIVE SUPPORT**                                                          48

BLM_0063584

## HOME MITIGATION     49

**DEFENSIBLE SPACE GUIDELINES**     50

## SOLUTIONS AND MITIGATION BY FIRE PROTECTION DISTRICT     54

## EGNAR/SLICKROCK FIRE PROTECTION DISTRICT     55

**LOCAL PREPAREDNESS, FIREFIGHTING CAPABILITIES, AND WATER SUPPLY**     57

**APPARATUS**     58
APPARATUS RECOMMENDATIONS     58

**TRAINING**     59
TRAINING RECOMMENDATIONS     59

**FIREFIGHTER SAFETY**     60

**WATER SUPPLY**     60

**CRP GRASSES**     61
CRP GRASSES RECOMMENDATIONS     61

**PUBLIC EDUCATION AND FIRE PREVENTION**     62
FIRE PREVENTION RECOMMENDATIONS     62

**COMMUNITIES**     63

**1. Spud Patch – Hazard Rating: Very High**     63
SPUD PATCH RECOMMENDATIONS     64

**2. Egnar Agricultural Area – Hazard Rating: Moderate**     66
EGNAR AGRICULTURAL AREA RECOMMENDATIONS     67

**3. Egnar – Hazard Rating: Low**     68
EGNAR RECOMMENDATIONS     69

**4. Egnar County Line Road – Hazard Rating: Low**     70
EGNAR COUNTY LINE ROAD RECOMMENDATIONS     71

**5. Slickrock – Hazard Rating: Low**     72
SLICKROCK RECOMMENDATIONS     73

## NORWOOD FIRE PROTECTION DISTRICT     75

**FIREFIGHTER TRAINING**     79
WATER SUPPLY recommendations     80
recommendations     81

**COMMUNITIES**     82

BLM_0063585

1. Mailbox – Hazard Rating: Extreme                                82
   MAILBOX RECOMMENDATIONS                                       83

2. Deer Mesa – Hazard Rating: Extreme                              85
   DEER MESA RECOMMENDATIONS                                     86

3. FITTS Subdivision – Hazard Rating: Very High                    87
   FITTS RECOMMENDATIONS                                         88

4. Beaver Pines – Hazard Rating: Very High                         90
   BEAVER PineS RECOMMENDATIONS                                  91

5. Miramonte Ranch – Hazard Rating: High                           93
   MIRAMONTE RANCH RECOMMENDATIONS                               94

6. Mountain View – Hazard Rating: Moderate                         95
   MOUNTAIN VIEW RECOMMENDATIONS                                 96

7. Gurley Lake Ranch – Hazard Rating: Moderate                     97
   GURLEY LAKE RANCH RECOMMENDATIONS                             98

8. Norwood Agricultural Areas – Hazard Rating: Low                 100
   NORWOOD AGRICULTURAL AREAS RECOMMENDATIONS                    101

9. Redvale – Hazard Rating: Low                                    102
   REDVALE RECOMMENDATIONS                                       103

AREAS OF SPECIAL INTEREST                                          104

**TELLURIDE FIRE PROTECTION DISTRICT**                            **106**

PREPAREDNESS AND FIREFIGHTING CAPABILITIES                        107
   RECOMMENDATIONS                                               109

WATER SUPPLY                                                       111
   RECOMMENDATIONS                                               111

COMMUNITIES – LOWER VALLEY                                         112

1. Specie Mesa – Hazard Rating: High                               114
   SPECIE MESA RECOMMENDATIONS                                   115

2. Iron/Mackenzie Springs – Hazard Rating: High                    117
   IRON/MACKENZIE SPRINGS RECOMMENDATIONS                        118

3. Brown Ranch – Hazard Rating: Very High                          119
   BROWN RANCH RECOMMENDATIONS                                   120

4. Hastings Mesa – Hazard Rating: Moderate                         122
   HASTINGS MESA RECOMMENDATIONS                                 123

5. Lower Valley – Hazard Rating: High                              124

BLM_0063586

LOWER VALLEY RECOMMENDATIONS                                    125

**COMMUNITIES – UPPER VALLEY**                                 **126**

**1. Lawson Hill – Hazard Rating: Very High**                  **128**
LAWSON HILL RECOMMENDATIONS                                     129

**2. Trout Lake – Hazard Rating: High**                        **131**
TROUT LAKE RECOMMENDATIONS                                      132

**3. Upper Mountain Village – Hazard Rating: High**            **133**
UPPER MOUNTAIN VILLAGE RECOMMENDATIONS                          134

**4. Two Rivers Subdivision – Hazard Rating: Moderate**        **136**
TWO RIVERS RECOMMENDATIONS                                      137

**5. Telluride/Hillside – Hazard Rating: Moderate**            **139**
TELLURIDE/HILLSIDE RECOMMENDATIONS                              140

**6. Ilium Valley/Ames – Hazard Rating: Moderate**            **141**
ILIUM VALLEY/AMES RECOMMENDATIONS                               142

**7. Lower Mountain Village – Hazard Rating: Moderate**        **143**
LOWER MOUNTAIN VILLAGE RECOMMENDATIONS                          144

**8. Aldasoro – Hazard Rating: Low**                           **146**
ALDASORO RECOMMENDATIONS                                        147

**9. Ophir – Hazard Rating: Low**                              **148**
OPHIR RECOMMENDATIONS                                           149

**10. San Bernardo/Priest Lake – Hazard Rating: Low**          **150**
SAN BERNARDO/PRIEST LAKE RECOMMENDATIONS                        151

# SAN MIGUEL SHERIFF'S OFFICE RESPONSE AREA (UNINCORPORATED)   **152**

**PREPAREDNESS AND FIREFIGHTING CAPABILITIES**                 **152**

**APPARATUS**                                                  **152**

**FIREFIGHTER TRAINING**                                       **153**

**FIREFIGHTER SAFETY**                                         **153**

**EQUIPMENT**                                                  **154**

BLM_0063587

# TABLE OF FIGURES

FIGURE 1. SAN MIGUEL COUNTY OWNERSHIP ........................................................................... 7

FIGURE 2. GENERAL REFERENCE MAP ..................................................................................... 8

FIGURE 3. SMC AREAS DESIGNATED AS WILDLAND-URBAN INTERFACE ............................................ 9

FIGURE 4. SAN MIGUEL COUNTY SLOPES ................................................................................ 10

FIGURE 5. SAN MIGUEL COUNTY ELEVATIONS ........................................................................ 11

FIGURE 6. BURN CANYON FIRE, 2002 (ASSORTED PHOTOS) ....................................................... 16

FIGURE 7. HISTORIC FIRE PERIMETERS .................................................................................. 17

FIGURE 8. SMC IGNITION CAUSES ....................................................................................... 21

FIGURE 9. SMC FIRE REGIME AND CONDITION CLASS ............................................................... 25

FIGURE 10. FLAME LENGTH PREDICTIONS (MODERATE BURNING CONDITIONS) ............................... 29

FIGURE 11. FLAME LENGTH PREDICTIONS (EXTREME BURNING CONDITIONS) .................................. 30

FIGURE 12. RATE OF SPREAD (MODERATE BURNING CONDITIONS) ................................................ 33

FIGURE 13. RATE OF SPREAD (EXTREME BURNING CONDITIONS) .................................................. 34

FIGURE 14. CROWN FIRE (MODERATE BURNING CONDITIONS) ..................................................... 37

FIGURE 15. CROWN FIRE (EXTREME BURNING CONDITIONS) ....................................................... 38

FIGURE 16. NORWOOD AND EGNAR DESIGNATED WUI COMMUNITIES ........................................... 41

FIGURE 17. TELLURIDE DESIGNATED WUI COMMUNITIES (UPPER AND LOWER VALLEY) ............... 42

FIGURE 18. SADDLE & RIDGE TOP DEVELOPMENT .................................................................... 50

FIGURE 19. DEFENSIBLE SPACE ZONES (TIMBER AND BRUSH LANDS) ............................................ 52

FIGURE 20. DEFENSIBLE SPACE ZONES (AGRICULTURAL/GRASS LANDS) ........................................ 52

FIGURE 21. EGNAR COMMUNITY HAZARD RATINGS MAP ............................................................. 56

FIGURE 22. EGNAR/SLICKROCK FIRE STATION DISTANCES ......................................................... 57

FIGURE 23. KING SPRINGS WATER SUPPLY .............................................................................. 60

FIGURE 24. FUELS TREATMENTS: SPUD PATCH RIM TOP / CR K8 ................................................. 65

FIGURE 25. NORWOOD COMMUNITY HAZARD MAP ................................................................... 76

FIGURE 26. NORWOOD FIRE STATION DISTANCES ..................................................................... 78

FIGURE 27. FUELS TREATMENTS: MAILBOX/DEER MESA ........................................................... 84

FIGURE 28. FITTS WATER TANK .......................................................................................... 89

FIGURE 29. FUELS TREATMENTS: CR 46X .............................................................................. 92

FIGURE 30. GURLEY LAKE RANCH/NORWOOD TO GURLEY LAKE DAM TREATMENTS ..................... 99

FIGURE 31. FUEL TREATMENTS: ELDER SALVAGE ..................................................................... 105

BLM_0063588

FIGURE 32. TELLURIDE FPD COMMUNITIES – LOWER VALLEY ...........................................................112

FIGURE 33.  TELLURIDE LOWER VALLEY FIRE STATION DISTANCES....................................................113

FIGURE 34.  SPECIE MESA SOUTH FUEL TREATMENT ..........................................................................116

FIGURE 35.  FUELS TREATMENTS: HIGH BLUFF / BROWN RANCH / CR X48 / HIGHWAY 62 ........121

FIGURE 36. TELLURIDE UPPER VALLEY COMMUNITIES.....................................................................126

FIGURE 37.  TELLURIDE UPPER VALLEY FIRE STATION DISTANCES....................................................127

FIGURE 38.  FUELS TREATMENTS: LAWSON HILL 1 & 2.....................................................................130

FIGURE 39.  UPPER MOUNTAIN VILLAGE EVACUATION ROUTES 1 & 2............................................135

FIGURE 40.  TWO RIVERS LINKED DEFENSIBLE SPACE ......................................................................138

FIGURE 41.  FUELS TREATMENTS: COUNTRY CLUB DRIVE ................................................................145

FIGURE 42.  SAN MIGUEL SHERIFF'S OFFICE RESPONSE AREA (UNINCORPORATED) ......................155

# INDEX OF TABLES

TABLE 1.  CWPP CORE DEVELOPMENT TEAM                                        4

TABLE 2.  RECENT FIRES IN SAN MIGUEL COUNTY                                 15

TABLE 3.  CONDITION CLASS DESCRIPTIONS                                      24

TABLE 4.  COUNTY-WIDE HAZARD/RISK RATINGS                                   40

TABLE 5.  EGNAR COMMUNITY HAZARD/RISK RATINGS                               55

TABLE 6.  NORWOOD COMMUNITY HAZARD/RISK RATINGS                             75

TABLE 7.  TELLURIDE COMMUNITY HAZARD/RISK RATINGS                          106

TABLE 8.  TELLURIDE FIRE PROTECTION DISTRICT APPARATUS AND PERSONNEL       108

BLM_0063589

# PURPOSE

This document has the following primary purposes:

1. Provide a comprehensive, scientifically-based analysis of wildfire related hazards and risks in the Wildland-Urban Interface (WUI) areas of San Miguel County and a portion of Montrose County within the Norwood Fire Protection District.

2. Using the results of the analysis, generate recommendations designed to prevent and/or reduce the damage associated with wildfire to values in the study area.

3. Create a Community Wildfire Protection Plan (CWPP) document that conforms to the standards for CWPPs established by the Healthy Forest Restoration Act (HFRA) and the Colorado State Forest Service.

4. This plan will complement local agreements and existing plans for wildfire protection and aid in implementing a seamless, coordinated effort in determining appropriate fire management actions in the study area.

# INTRODUCTION

San Miguel County CWPP 2008 (SMC CWPP) is the result of a County-wide planning effort that included extensive field data gathering, compilation of existing documents and GIS data, and scientifically-based analyses to guide recommendations designed to reduce the threat of wildfire related damages to values at risk. This document incorporates new and existing information (San Miguel County Fire Plan and the All Hazards Plan from 2005) relating to wildfire, which will be valuable to citizens, policy makers, and public agencies in San Miguel County, Colorado. This document meets the requirements of the federal Healthy Forest Restoration Act and CSFS guidelines of 2003 for community fire planning.

The assessment portion of this document estimates the hazards and risks associated with wildland fire in proximity to WUI areas. This information, in conjunction with identification of the values at risk, defines "areas of concern" and allows for prioritization of mitigation efforts. From the analysis of this data, solutions and mitigation recommendations are offered that will aid homeowners, land managers, and other interested parties in developing short-term and long-term fuels and fire management efforts.

Wildfire hazard data is derived both from the Community Wildfire Hazard Rating system (WHR) and from the analysis of Fire Behavior Potential, which are extensive and/or technical in nature. For the convenience of residents in the study area, each community's detailed analysis and recommendations can be found in the main report. Detailed findings and technical analyses of interest are included in appendices rather than the main report text. This approach is designed to make the plan more readable, while establishing a reference source for those interested in the technical elements of the SMC CWPP wildfire hazard and risk assessment.

It should be noted that this CWPP is a "living document" that is only useful if it is updated annually. The current stakeholder organizations listed on page four will be primarily responsible for compiling and printing updates to the master copy, with the data being supplied by the fire chiefs or interested community leaders (e.g., HOA presidents, town managers).

1

BLM_0063590

*For the purposes of this report the following definitions apply:*

**Risk** is considered to be the likelihood of an ignition occurrence. This is primarily determined by the fire and ignition history of the area.

**Hazard** is the combination of the WHR ratings of the Wildland-Urban Interface (WUI) neighborhoods and the analysis of Fire Behavior Potential, as modeled from the fuels, weather, and topography of the study area. Hazard attempts to quantify the severity of undesirable fire outcomes to the values at risk.

**Values at risk** are the intrinsic values identified by citizens as being important to the way of life in the study area (e.g., life safety, property conservation, access to recreation, and wildlife habitat).

# THE NATIONAL FIRE PLAN AND THE HEALTHY FOREST RESTORATION ACT

In the year 2000, more than eight million acres burned across the United States, marking one of the most devastating wildfire seasons in American history. One high-profile incident, the Cerro Grande fire at Los Alamos, NM, destroyed more than 235 structures and threatened the Department of Energy's nuclear research facility.

Two reports addressing federal wildland fire management were initiated after the 2000 fire season. The first report, prepared by a federal interagency group, was titled "Review and Update of the 1995 Federal Wildland Fire Management Policy" (2001). This report concluded, among other points, that the condition of America's forests had continued to deteriorate.

The second report, titled "Managing the Impacts of Wildfire on Communities and the Environment: A Report to the President in Response to the Wildfires of 2000," was issued by the Bureau of Land Management (BLM) and the United States Department of Agriculture Forest Service (USFS). It became known as the National Fire Plan (NFP). This report, and the ensuing congressional appropriations, ultimately required actions to:

- Respond to severe fires
- Reduce the impacts of fire on rural communities and the environment
- Ensure sufficient firefighting resources

Congress increased its specific appropriations to accomplish these goals. 2002 was another severe season: more than 1,200 homes were destroyed and over seven million acres burned. In response to public pressure, congress and the Bush administration continued to designate funds specifically for actionable items such as preparedness and suppression. That same year, the Bush administration announced the HFRA initiative, which enhanced measures to restore forest and rangeland health and reduce the risk of catastrophic wildfires. In 2003, that act was signed into law.

Through these watershed pieces of legislation, Congress continues to appropriate specific funding to address five main sub-categories: preparedness, suppression, reduction of hazardous fuels, burned-area rehabilitation, and state and local assistance to firefighters. The general concepts of the NFP blended well with the established need for community wildfire protection in the study area. The spirit of the NFP is reflected in the SMC CWPP.

2

BLM_0063591

*This CWPP meets the requirements of HFRA by:*

1. Identifying and prioritizing fuels reduction opportunities across the landscape
2. Making recommendations to reduce structural ignitibility
3. Assessing community fire suppression capabilities
4. Collaborating with stakeholders

# GOALS AND OBJECTIVES

Goals for this project include the following:

A. Enhance life safety for residents and responders.
B. Mitigate undesirable fire outcomes to property and infrastructure.
C. Mitigate undesirable fire outcomes to the environment, watersheds, and quality of life.

To accomplish these goals, the following objectives have been identified:

1. Establish an approximate level of risk (the likelihood of a significant wildfire event in the study area).
2. Provide a scientific analysis of the fire behavior potential of the study area.
3. Group neighborhoods into "communities" that represent relatively similar hazard management needs.
4. Identify and quantify factors that limit (mitigate) undesirable fire effects on the values at risk (hazard levels).
5. Recommend and prioritize specific actions that will reduce hazards associated with the values at risk.

## OTHER DESIRED OUTCOMES

- Promote community awareness: Quantifying the community's hazards and risk from wildfire will facilitate public awareness and assist in creating public action to mitigate the defined hazards.

- Improve wildfire prevention through education: Community awareness, combined with education, will help to reduce the risk of unplanned human ignitions.

- Facilitate and prioritize appropriate hazardous fuel reductions: Organizing and prioritizing hazard mitigation actions will provide stakeholders with social and fire-management perspectives, allowing them to make better decisions about future efforts.

- Promote improved levels of response: The identification of areas of concern will improve the focus and accuracy of pre-planning, and facilitate the implementation of cross-boundary, multi-jurisdictional projects.

BLM_0063592

# COLLABORATION: COMMUNITY/AGENCIES/COUNCILS

Many people have been involved in the development of this plan. The names of the core team representatives involved in the development of the San Miguel County CWPP are included in **Table 1**, along with their organizations and various roles and responsibilities. For more information on the collaborative process that led to the development of this CWPP, see **Appendix C,** *CWPP Collaborative Effort.*

**Table 1. CWPP Core Development Team**

| Name | Organization | Roles / Responsibilities |
|---|---|---|
| Jennifer Dinsmore<br>Chief Administrative Officer<br>Emergency Manager | San Miguel County | Contract officer/Project liaison. Overall coordination of project logistics, finances and planning. |
| John Cheroske | Telluride Fire Protection District | Local information and expertise, including community risk and value assessment, development of community protection priorities, and establishment of fuels treatment project areas.. |
| Ted Mueller | Norwood/Redvale Fire Protection District | Local information and expertise, including community risk and value assessment, development of community protection priorities, and establishment of fuels treatment project areas. |
| Ralph Sublett, Don Ayers | Egnar/Slickrock Fire Protection District | Local information and expertise, including community risk and value assessment, development of community protection priorities, and establishment of fuels treatment project areas. |
| Jodi Rist, Vince Urbina | Colorado State Forest Service | Facilitation of planning process and approval of CWPP minimum standards. Provides input and expertise on forestry, fire and fuels, and FireWise concepts to private landowners. |
| Maggie McCaffrey | BLM Montrose | Input and expertise on existing and planned projects on adjacent federal lands. |
| Rod Moraga, Fire Behavior Analyst<br>Chris White, Structure Protection Specialist<br>Mark McLean, GIS Project Manager | Anchor Point Group LLC Consultants | Development of the CWPP document. Scientific analysis of fire behavior, community hazard and risk. Development of hazard mitigation actions and priorities. Establishment of fuels treatment project areas. |

4

BLM_0063593

# STUDY AREA OVERVIEW: MAPS & GRAPHICS

The study area includes all of San Miguel county and the portion of the Norwood FPD that extends into Montrose County. 30 individual "communities" were defined within the study area. The aggregate of these communities and the Wildland-Urban Interface (WUI) buffer surrounding them make up the WUI area of San Miguel County. For general reference, please see **Figures 2** and **3** on the following pages.

Other areas of the county contain flammable vegetation but have very limited infrastructure and development. In those areas, the WUI exists only to the extent that an individual structure is surrounded by wildland. In these cases there is no true community, nor, therefore, relevance to this CWPP. Individual homes and ranches not within a defined community are encouraged to implement the general recommendations for wildland fire protection in the **Home Mitigation** section, which begins on page 49.

As a reference for the rest of this document, please also refer to **Figures 4** and **5**, which show general topography. These maps of the slopes and elevations in the study area present information that is integral to wildfire risk analysis; they will therefore be helpful in interpreting this report.

See **Figure 1** on the next page for an overview of ownership throughout the county.

BLM_0063594

This page intentionally left blank.

6

BLM_0063595

**Figure 1.  San Miguel County Ownership**

BLM_0063596

**Figure 2.  General Reference Map**

BLM_0063597

**Figure 3.  SMC Areas Designated as Wildland-Urban Interface**

BLM_0063598

**Figure 4.  San Miguel County Slopes**

BLM_0063599

**Figure 5.  San Miguel County Elevations**

BLM_0063600

This page intentionally left blank.

BLM_0063601

# VALUES

This document incorporates content from the San Miguel Fire Plan, completed in 2005. The Values section that follows is taken from that plan, with minor editorial changes made for readability.

The Wildland-Urban Interface (WUI) is described as the area where structures and other features of human development meet and intermingle with undeveloped wildland or vegetative fuels. These human developments include communities and infrastructure such as power, gas and telephone lines. Communities within WUI risk substantial threats to life, property and infrastructure. Wildland fire within WUI is one of the most dangerous and complicated situations firefighters can face.

San Miguel County experienced 80.5% population growth since 1990.[1] The majority of the development and growth has been in the East County region, primarily in the box canyon formed by the San Miguel River where the town of Telluride lies. The nature of this dramatic and scenic steep sided valley has resulted in focused development pressures since the late 1980's. While there is significant growth within the San Miguel County, the County is managing growth so as not to increase vulnerability to hazards.

Additional details on projected growth and development, and growth management can be found in the Telluride Regional Area Master Plan and San Miguel County Comprehensive Development Plan. The limited availability of private land, overall remoteness of the County, presence of the Telluride Ski Resort and scenic splendor has led to a higher than normal cost of living in the Telluride Regional Area. This has contributed to an increase in the number of commuters that live outside the region. Many commute to work in Telluride over mountain passes from neighboring Ouray, Montrose, and Dolores Counties.

**Analyzing Development Trends**
Growth pressures, Telluride Regional area cost of living, and the desire to live in forested areas are spurring in growth in the wildland/urban interface in eastern San Miguel County and in other Colorado Counties. More structures in the woods put more people and property at risk to wildfires. San Miguel County is extremely concerned about wildfires and has initiated aggressive efforts to inform property owners of the risks, and what they can do to mitigate impacts.

---

[1] State of Colorado Natural Hazards Mitigation Plan, 2004

13

BLM_0063602

# CURRENT RISK SITUATION

The following is also taken from the 2005 San Miguel Fire plan. Risk is based on the analysis of the following factors:

**Past Occurrences**

The 2002 wildfire season in Colorado was the worst on record. It began in April and continued until early fall, with the peak activity in June and July when several large and damaging fires burned simultaneously across the state. Southwest Colorado had its share of fires and close calls. Most damaging was the Missionary Ridge fire in nearby La Plata County that resulted in 70,485 acres burned, 12 structures lost, and 52 injuries.

San Miguel County was not spared in 2002. The West Beaver Fire began June 21 and was contained on July 1st. Lightning ignited the fire on the forested east slope of Lone Cone Mountain and consumed 580 acres. The cost of fighting the fire was $1.5 million. The Burn Canyon fire was started by lightning on July 7th in the Uncompahgre National Forest about six miles southwest of Norwood. The fire consumed 31,300 acres of forest and injured 9 persons. This fire was the largest naturally caused fire in Colorado's recent history. The cost of fighting the fire was $35.3 million. Several structures were threatened and residences in the community of Redvale were evacuated. Fortunately no structures were lost. Colorado received FEMA Fire Suppression Assistance/Fire Management Assistance for this fire.

Recent Fires are listed in **Table 2** on the next page.

Photos from the 2002 Burn Canyon Fire are shown in **Figure 6** on the page 16.

**Figure 7** on page 17 shows the historic fire perimeters for San Miguel County.

BLM_0063603

# RECENT FIRES IN SAN MIGUEL COUNTY

Table 2.  Recent Fires in San Miguel County[2]

| NAME | DATE | LOCATION | IMPACTS | CAUSE |
|---|---|---|---|---|
| West Beaver Fire | June 22, 2002 | 15 miles west of Telluride near Lone Cone Mountain. | Acres burned: 580 Structures lost: 0 Injuries: 1 Cost: $1.5 m | Lightning |
| Burn Canyon Fire | July 9, 2002 | About six miles southwest of Norwood in the Uncompahgre National Forest. | Acres burned: 31,300 Injuries: 2 Cost: $35.3 m | Lightning |
| Beaver Fire | July 5, 2003 | 9 miles southwest of Placerville | Acres burned: 165 | Lighting |
| Alta Lakes Fire | July 10, 2003 | Alta Lakes 4 mi SW of Telluride | Acres burned: 120 Cost: $307,000 | Human |
| Hamilton Mesa Fire | July 19, 2003 | Hamilton Mesa | Acres burned: 2,064 Cost: $290,000 Structures Threatened: 3 | Lightning |
| Craig Draw Fire | July 17, 2005 | Craig Draw | Acres burned: TBD Cost: $3 million | Lightning |

[2] Table taken from 2005 San Miguel Fire Plan

15

BLM_0063604

**Figure 6. Burn Canyon Fire, 2002 (Assorted Photos)[3]**






---
[3] Photos courtesy of San Miguel County Sheriff's Office

16

BLM_0063605

**Figure 7.  Historic Fire Perimeters**

17

BLM_0063606

This page intentionally left blank.

18

BLM_0063607

*The following three paragraphs are taken from the 2005 San Miguel Fire Plan.*

Based on the statewide mid-level wildfire assessment performed in 1999 by the Colorado State Forest Service and Office of Emergency Management, San Miguel County has approximately 173,351 acres classified as moderate to high hazard, or 21% of the County.

The lack of fire protection districts, application of building codes, and resulting lack of insurance in the West End of the County puts new housing there at higher risk. In the Telluride Fire Protection District, some homeowners association's covenants do not allow for the creation of defensible space, and some even recommend cedar shake roofing, which is highly flammable and is strongly discouraged in WUI communities.

## Lightning

Lightning poses a serious risk to people who pursue outdoor recreational activities, particularly in the Ophir/Telluride High Country Region and to agricultural and other field workers in the West End of the County. Lightning can also cause damage to buildings and is a frequent cause of wildfires. Lightning usually occurs during the thunderstorm season during June through September. The High Country Region experiences frequent lightning storms in the summertime.

**Figure 8** below shows a federal land data set of ignition causes. Lighting is a significant cause of historic fire starts. Fuels reduction for any community adjacent to historic lightning events was therefore given a high priority rating. Additionally, campfires and human caused fires will continue to pose a threat. Fire awareness signage has been recommended throughout the study area to help limit human caused ignitions. It should be noted that the lack of ignitions on the west side of the county are reporting failures; the graphic displays only the ignition information that has been reported.

19

This page intentionally left blank.

BLM_0063609

**Figure 8.  SMC Ignition Causes**

BLM_0063610

This page intentionally left blank.

BLM_0063611

## FIRE REGIME CONDITION CLASS

Fire Regime Condition Class (FRCC) is a landscape evaluation of expected fire behavior as it relates to the departure from historic norms. FRCC is derived by comparing current conditions with some estimate of the historical range that existed prior to substantial settlement by Europeans. The condition class concept assumes that historical fire regimes accurately represent the conditions under which the ecosystem components within a fire-adapted ecosystem naturally evolved.

If fire intervals and/or fire severity have changed from the historical conditions, one would expect fire size, intensity, and burn patterns to consequently be altered in the event of a fire. Furthermore, if these basic fire characteristics have changed, a negative impact on the ecosystem components that had adapted to historical fire regimes is likely.

In this case, a severe fire could result in the loss of key ecosystem components such as soil, vegetation structure, and animal species; it could also alter key ecosystem processes such as nutrient cycles and hydrologic regimes. Consequently, the FRCC represents an index of hazards to key ecosystem components (e.g., soil productivity, water quality, floral and faunal species, large-diameter trees, snags, etc.) that have an impact on the overall health and desirability of a given wildland area.[4]

FRCC should not be confused with BEHAVE or FlamMap fire behavior models (detailed in the fire behavior section of this report), which instead provide the fire behavior potential analysis for expected flame length, rate of spread, and crown fire development. FRCC helps to predict the potential for negative consequences to the ecosystem by indicating the probability that key ecosystem components would be lost if a fire were to occur within the study area.

**Table 3** on the next page shows the three categories of condition class used to qualitatively rank the potential of effects to key ecosystem components.

**Figure 9** on the following page displays the return interval and condition class of the study area.

---

[4] Fire Regime Condition Class, website, http://www.frcc.gov/, July 2005.

BLM_0063612

**Table 3. Condition Class Descriptions**

| Condition Class | Condition Class Description |
|---|---|
| 1 | Fire regimes are within their historical range, and the risk of losing key ecosystem components as a result of wildfire is low. Vegetation attributes (species composition and structure) are intact and functioning within a historical range. Fire effects would be similar to those expected under historic fire regimes. |
| | |
| 2 | Fire regimes have been moderately altered from their historical range. The risk of losing key ecosystem components as a result of wildfire is moderate. Fire frequencies have changed by one or more fire-return intervals (either increased or decreased). Vegetation attributes have been moderately altered from their historical range. Consequently, wildfires would likely be larger, more intense, more severe, and have altered burn patterns than that expected under historic fire regimes. |
| | |
| 3 | Fire regimes have changed substantially from their historical range. The risk of losing key ecosystem components is high. Fire frequencies have changed by two or more fire-return intervals. Vegetation attributes have been significantly altered from their historical range. Consequently, wildfires would likely be larger, more intense, and have altered burn patterns from those expected under historic fire regimes. |

The analysis shown in Figure 9 below indicates that many of the Pinyon-Juniper forests in the study area fall into Condition Classes (CC) 2 and 3. This classification is supported by the volatile fire behavior that is seen in these stands. There is a high percentage of decadent wood in the trees that contribute to high intensity fires. The higher elevation forests are still within their historical range (CC 1) and are therefore less susceptible to more intense fires on a large scale. This does not mean that areas in CC 1 won't burn; it simply means that a fire in CC 1 is less likely to cause significant ecological damage. However, beetle kill can alter fire behavior by creating large areas of standing dead trees with red needles that easily ignite and spread fire into unaffected stands, thus creating, even within CC 1, the potential for large-scale damage from fire.

24

**Figure 9.  SMC Fire Regime and Condition Class**

25

BLM_0063614

This page intentionally left blank.

26

BLM_0063615

# HAZARD ANALYSIS

The hazard section of this document is the result of a detailed fire behavior analysis performed on the study area. The complete findings of this study can be found in **Appendix A**. The findings of the analysis have been mapped, and the maps should be combined with the WHR and values at risk information to generate current and future "areas of concern." This process will produce information that is for prioritizing mitigation actions.

## FIRE BEHAVIOR MODELING LIMITATIONS AND INTERPRETATION

This evaluation is a prediction of likely fire behavior, given a standardized set of conditions and a single point-source ignition in every cell (each 30 x 30 meter area). It does not consider cumulative impacts of increased fire intensity over time and space. The model does not calculate the probability that a wildfire will occur. It assumes an ignition occurrence for every cell. These calculations may be conservative (under-predict) compared to observed fire behavior.

This model can be conceptually overlaid with the Community Wildfire Hazard Ratings (WHR) or other values at risk identification to generate current and future "areas of concern," which are useful for prioritizing mitigation actions. This is sometimes referred to as a "values layer."

However, the minimum mapping unit used for fire behavior modeling is one acre, so fine-scale fire behavior and effects are not considered in the model. Additionally, weather conditions are extremely variable, and not all combinations are accounted for. The fire behavior prediction maps are best used for pre-planning and not as a stand-alone product for tactical planning. If this information is used for tactical planning, fire behavior calculations should be done with actual weather observations during the fire event. For greatest accuracy, the most current Energy Release Component (ERC) values should be calculated and distributed during the fire season to be used as a guideline for fire behavior potential.

## FIRE WEATHER AND FUEL MOISTURE

The fire behavior potential maps which follow are generated according to two categories of burning conditions – moderate and extreme. The moderate burning conditions maps (**Figures 10** and **12**) were generated with FlamMap 3.0 fire behavior modeling software (see **Glossary**). Weather observations from two Remote Automated Weather Station (RAWS) sites were used to derive relevant wind and fuel moisture variables for inclusion in FlamMap. The moderate conditions class (90th percentile) was calculated for each variable (1 hour, 10 hour, and 100 hour fuel moisture, woody fuel moisture, herbaceous fuel moisture, and wind speed) using the Fire Family Plus (see **Glossary**) computer software package. This weather condition class most closely represents an average fire season day.

The extreme conditions maps (**Figures 11** and **13**) were calculated using 97th percentile weather data. This means that the weather conditions of the most severe fire weather days (sorted by Spread Component) in each season. It is reasonable to assume that similar conditions may exist on at least three to five days of the fire season during an average year. In fact, during extreme years such conditions may exist for significantly longer periods. Even these calculations may be conservative compared to observed fire behavior. For a more complete discussion of the fire behavior potential methodology, see **Appendix A**.

27

## FLAME LENGTH

Flame length is a particularly useful output because it can be used as a proxy for fire intensity. Note that flame length is not measured vertically; it is instead considered to be the entire distance from the base of the flame to the tip, irrespective of angle, and not simply the flame height above the ground. It is possible in high wind conditions to have very intense flames (high flame lengths) which are in fact relatively close to the fuel bed. **Figures 10** and **11** display the flame length predictions for the two weather scenarios described above.

The legend boxes in these figures give flame length in ranges which are meaningful to firefighters. Flame lengths of 4 feet and less are deemed low enough intensity to be suitable for direct attack by hand crews, and therefore represent the best chances of direct extinguishment and control. Flame lengths of less than 8 feet are suitable for direct attack by equipment such as bulldozers and tractor plows. Flame lengths of 8 to 12 feet are usually attacked by indirect methods and aircraft. In conditions where flame lengths exceed 12 feet, the most effective tactics are fuel consumption ahead of the fire by burnouts, or mechanical methods. Although indirect fire line and aerial attack are also used for fires with flame lengths of greater than 12 feet, the effectiveness of these tactics decrease as flame lengths increase, so their use is generally designed to slow rates of spread and reduce fire intensity, especially in areas where values at risk are concentrated.

Under moderate burning conditions, the model predicts that fires in many of the populated portions of the WUI could be attacked directly by either hand crews or equipment. However, it is important to note there is no significant transition zone between low flame lengths and high/extreme flame lengths. In areas where shrub fuels could become the primary carrier of the fire, firefighters should expect sporadic but significant increases in flame lengths and fire line intensity, as pockets of heavier fuels are consumed. Suppression resources working in shrub fuels or shrub fuels with a timber overstory should be alert to these increases and be prepared to disengage and employ alternative tactics to direct attack.

Under extreme burning conditions, high to extreme flame lengths are predicted in many of the areas where the WUI communities are found. Throughout the interface communities, the predicted flame lengths indicate that fires are likely to be too intense for direct attack by hand crews. However, hand crews would be vital for structure preparation, triage, and the construction of indirect fire line. Under extreme weather and fuel moisture conditions, the combination of high rates of spread and high fire intensity in many of the WUI communities will most likely make fire control difficult to establish and maintain.

BLM_0063617

**Figure 10.  Flame Length Predictions (Moderate Burning Conditions)**

29

BLM_0063618

**Figure 11.  Flame Length Predictions (Extreme Burning Conditions)**

BLM_0063619

# RATE OF SPREAD

**Figures 12** and **13** show the predicted rates of spread for the moderate fire weather and extreme fire weather scenarios, respectively. Rates of spread are expressed in chains/hour (CPH). A chain is a unit of measure commonly used by loggers and firefighters. It is equal to 66 feet. Therefore, one mile equals 80 chains. Rates of fire spread are influenced primarily by the wind, slope grade, fuel type/continuity, and fuel sheltering from the wind. Fire is the only force of nature which moves faster uphill than downhill. In areas where high to extreme rates of spread are predicted (ROS of >40 CPH or ½ mile per hour) it is possible fires could spread faster than humans can escape, creating extremely dangerous conditions for firefighters and evacuating residents. High rates of spread also make suppression efforts less effective and increase the tactical complexity of the incident.

In the moderate fire weather scenario, low to moderate rates of spread are predicted throughout the study area. However, there are pockets in all of the interface communities where higher (>80 CHP) rates of spread are expected, due to the dominance of continuous grass fuels and the lack of sheltering from the wind. Even under moderate burning conditions, firefighters should expect rates of spread to increase by as much as double in unsheltered areas where there is a continuous bed of fine fuels.

In the extreme fire weather scenario, high to extreme rates of spread will be encountered in all of the communities of the study area. Under extreme burning conditions, control efforts will be more difficult, and suppression tactics will need to be implemented further ahead of the fire. Firefighter safety will be an important consideration in planning suppression tactics as crews and apparatus could become over run or cut off easily by these fast-moving fires.

31

BLM_0063620

This page intentionally left blank.

BLM_0063621

**Figure 12.  Rate of Spread (Moderate Burning Conditions)**

33

BLM_0063622

**Figure 13.  Rate of Spread (Extreme Burning Conditions)**

34

BLM_0063623

## CROWN FIRE ACTIVITY

In terms of crown fire activity, the outputs for moderate and extreme conditions were not significantly different. There are several reasons for this. The east side of the county had much lighter winds in both moderate and extreme conditions. Since most of the area is FM 8, 9 and 10, it is very sheltered from the wind. A 20 ft. wind of 12 mph will be reduced to 2-4 mph at mid-flame under the sheltering of the forest. The other issue is a limitation of the model. Shrub fuels (FM 5 and 6) will not technically crown. However, from a practical standpoint, the shrub fuels (Pinyon-Juniper and sage) in the study area could, under extreme burning conditions, exhibit runs that fully engulf continuous areas of plants and move across and above the canopy. It is best to use the flame length and rate of spread outputs to look at expected fire behavior for these fuels.

It can also be assumed that flame lengths of 12 feet or greater will torch trees. In areas where stringers or patches of trees exist there is a potential for small crown runs (group torching). Individual and group tree torching could be a significant problem for suppression resources, especially in high-density communities where torching could contribute significantly to structure damage and loss.

**Figures 14** and **15** on the following pages display SMC crown fire data graphically.

BLM_0063624

This page intentionally left blank.

BLM_0063625

**Figure 14.  Crown Fire (Moderate Burning Conditions)**

BLM_0063626

**Figure 15.  Crown Fire (Extreme Burning Conditions)**

38

BLM_0063627

# NEIGHBORHOOD IGNITABILITY ANALYSIS AND RECOMMENDATIONS

## PURPOSE

The purpose of this section is to examine in greater detail the communities in San Miguel County, and to specifically address the issue of structural ignitibility, as mandated by HRFA. Communities in the study area were rated for hazard and risk – that is, the likelihood and severity of fire outcomes (fire effects) that result in damage to people, property, and/or the environment. Construction type, condition, age, position, and the fuel loading surrounding the structure are contributing factors in making homes more susceptible to ignition. Community hazard ratings are also influenced by factors related to the likelihood of rapid fire growth and spread due to fast-burning or flashy fuel components, and other topographic features contributing to channeling winds and promotion of intense fire behavior.

30 WUI communities were identified in this study, which represents an increase from the 2005 San Miguel Fire Plan. The increase in number is due to the more detailed analysis that generated this report. Of the 30 WUI communities in San Miguel County, two were found to represent an Extreme Hazard, five were rated Very High, six were rated High, nine were rated Moderate, and eight were rated Low.

**Table 4** on the next page will allow for quick identification of a particular community's hazard rating.

**Figures 16** and **17** on the following pages are color-coded maps of the WUI communities in the study area.

General recommendations applicable to any community situated in the Wildland-Urban Interface have been included at the beginning of this section, followed by specific recommendations for each community in the study area.

The recommendations are focused on fire mitigation techniques. The prescriptions are written with the guidance of sound forest management practices. The size and scope of the prescriptions are not large enough to have any major impact on ecosystems. It is recommended that when it is time to implement the prescriptions, a more extensive study be done to look at the health of the entire forest stand. The prescriptions can be modified to transition from mitigation to forest health treatments as they move away from the WUI.

BLM_0063628

**Table 4.  County-wide Hazard/Risk Ratings**

| Community Name | Fire Protection District | Hazard Rating |
|---|---|---|
| Aldasoro | Telluride | Low |
| County Line Road (Egnar) | Egnar/Slick Rock | Low |
| Egnar | Egnar/Slick Rock | Low |
| Norwood Agricultural Area | Norwood | Low |
| Ophir | Telluride | Low |
| San Bernardo/Priest Lake | Telluride | Low |
| Redvale | Norwood | Low |
| Slick Rock | Egnar/Slick Rock | Low |
| Egnar Agricultural Areas | Egnar/Slick Rock | Moderate |
| Gurley Lake Ranch | Norwood | Moderate |
| Hastings Mesa | Telluride | Moderate |
| Ilium Valley/Ames | Telluride | Moderate |
| Lower Mountain Village | Telluride | Moderate |
| Mountain View | Norwood | Moderate |
| Thunder Road | Norwood | Moderate |
| Two Rivers Subdivision | Telluride | Moderate |
| Telluride/Hillside | Telluride | Moderate |
| Miramonte Ranch | Norwood | High |
| Specie Mesa | Telluride | High |
| Iron/Mackenzie Springs | Telluride | High |
| Lower Valley | Telluride | High |
| Trout Lake | Telluride | High |
| Upper Mountain Village | Telluride | High |
| Beaver Pines | Norwood | Very High |
| Brown Ranch | Telluride | Very High |
| Fitts | Norwood | Very High |
| Lawson Hill | Telluride | Very High |
| Spud Patch | Egnar/Slick Rock | Very High |
| Deer Mesa | Norwood | Extreme |
| Mailbox | Norwood | Extreme |

40

**Figure 16.  Norwood and Egnar Designated WUI Communities**

41

BLM_0063630

**Figure 17.  Telluride Designated WUI Communities (Upper and Lower Valley)**

42

BLM_0063631

# GENERAL WILDFIRE SAFETY RECOMMENDATIONS

A combination of adequate access, ignition-resistant construction, and fuels management will help create a safer environment for emergency service personnel and citizens and will provide reasonable protection to structures from a wildfire. These techniques should also significantly reduce the chances of a structure fire becoming an ignition source to the surrounding wildlands.

## ADDRESSING AND EVACUATION

### Addressing
Almost all of the communities within the study area have some missing or inadequate street signage and/or addressing. For many homes, the only address marker is a homemade sign. These vary widely in type and location, and some cannot easily be identified as address markers. Many are not reflective and some are mounted in such a way that determining which driveway they belong to is difficult or impossible.  In some communities, the street signs are flammable and non-reflective. For some homes, there is no address indicated at the house itself.

While residents may consider non-reflective wooden address signage to be decorative, it represents a serious hindrance to quick and effective response. Proper reflective signage is a critical operational need. Knowing at a glance the difference between a road and a driveway (and which houses are on the driveway) cuts down on errors and time wasted interpreting maps. This is especially true for out-of-district responders who do not have the opportunity to train on access issues specific to the response area. The value of the time saved, especially at night and in difficult conditions, cannot be overstated. It can make the difference between lives saved and lost.

## RECOMMENDATIONS

- o A program of replacing worn or difficult to read street signs was recommended in the 2005 CWPP and should continue to be implemented. Every intersection and street name change should have adequate, reflective signage.
- o Multiple addressing on community driveways should be replaced with reflective markers that indicate the proper road fork, where applicable, for each address. This system should be repeated at every place where the driveway divides and an individual driveway leaves the community driveway.
- o For each home, reflective markers should be placed where the driveway leaves an access road and on the house itself. These may be in addition to, or in place of, existing decorative address markers. Consistency in height and placement should be stressed.
- o Lot markers and or address markers should be places when a building permit is issued for new construction. These should be replaced with permanent address markers as soon as the home has a certificate of occupancy.
- o Where dead-end and private road markers occur, the addresses of homes beyond the marker should be clearly posted. This can be done with a group address marker, for example "14391-14393 Smith Road."

BLM_0063632

<u>Evacuation</u>
*The following information about evacuation and warning systems/plans was taken from the 2005 San Miguel Fire Plan.*

**Reverse 911**
The County has implemented a Reverse 911 system to provide emergency notification to residents. The current stakeholder organizations listed on page four will be primarily responsible for compiling and printing updates. The Telephone Notification System (Reverse 911) may be activated by either the San Miguel County Dispatch Center or Montrose Dispatch. The system used a telephone database and stores telephone numbers and pre-planned groups who have been identified as being at high risk for hazards in the County. The Telephone Notification System allows dispatchers to pinpoint specific locations or general areas. A recording is broadcast to the affected area giving instructions on what to do. The Telephone Notification System is used when the authorities determine that a substantial risk exists.

**Local Broadcast Media**
The County also utilizes the EAS to broadcast warnings over local radio stations. The authority to initialize this utility lies with the incident commander and/or Sheriff. The request is made through the San Miguel Dispatch Center.

**Wireless Emergency Notification System (WENS)**
The county's Wireless Emergency Notification System (WENS) uses Short Message Service (SMS) communications to transmit warning messages to a citizen's cell phone, PDA and/or email.  Warning messages may be completed through the dispatch centers via the web or from an authorized cell phone user.

This application allows local governments to stay in immediate contact with its citizens and allow them to be notified in the event of an emergency or wildfire event. This approach is much more valuable than typical email alerts because individuals are far more likely to have their cell phone or PDA with them rather than near their landline phone or being in front of their home computer.

44

BLM_0063633

## PUBLIC EDUCATION

In a county as diverse as San Miguel, there is undoubtedly a varied understanding among property owners of the intrinsic hazards associated with living in a WUI area. In addition to community and emergency services efforts at risk reduction, an approach to wildfire education that emphasizes safety and hazard mitigation on an individual property level should be undertaken. Combining community values such as quality of life, property values, ecosystem protection, and wildlife habitat preservation with the hazard-reduction message will increase the receptiveness of the public.

A definitive shift to shared responsibility should be promoted. Homeowners must be made aware that fire suppression resources cannot be the only line of defense against wildland fires. Landowners and homeowners must take responsibility as key players in mitigation efforts. Defensible space planning, maintenance, ignition-resistant construction, and preventative landscaping techniques are critical to the mitigation of the loss of life and property during wildfire events.

The Telluride, Norwood and Egnar/Slickrock Fire Protection Districts, together with San Miguel County, conducted a Wildfire Mitigation Project in the fall of 2003 and spring of 2004. The purposes of this project were:

- o To assess structures with respect to access, materials and vegetation;
- o To provide homeowners with specific information about how to make their homes less susceptible to wildfire;
- o To make fighting fires safer for emergency personnel; and,
- o To map structures and access in wildfire prone areas of the county.

The information collected has enabled firefighters, ambulances and Search & Rescue to locate structures more easily during an emergency. Firefighter safety has also been improved by providing information about local conditions and potential hazards.

The data collected was uploaded into a Geographic Information System. This system enables GIS personnel to provide maps to emergency service responders showing locations of structures threatened by fire or other disasters such as floods, mud slides, or severe winter storms. The results of this site survey were mailed to homeowners, providing information on how to mitigate wildfire hazard around their residence.

The remainder of this section, excluding the recommendations, was taken from the 2005 San Miguel Fire Plan.

### Key Public Information

San Miguel County is comprised of 60 percent federal (BLM and USFS) lands, 2 percent state lands, and 38 percent private lands.  The ownership pattern is largely interspersed parcels.  In recent history, San Miguel County experienced a Type II fire, the Burn Canyon Fire in 2002 (30,292 acres). It also experienced multiple fire seasons with some level of fire restrictions.

San Miguel continues to grow in population within the Wildland-Urban Interface. The need exists to address wildland fire across jurisdictional boundaries. To that end, the following entities are working cooperatively to develop and implement a public information and education plan: San Miguel County Sheriff's Office, Telluride Fire District, Norwood Fire District, Egnar/Slickrock Fire Department, Colorado State Forest Service, Colorado Office of Emergency Management, Bureau of Land Management and US Forest Service.

45

BLM_0063634

In the event of a wildland fire in San Miguel County, the San Miguel Sheriff's Office (SMSO) will be updated daily on the status of the fire.  For local fires the responsible jurisdiction will appoint an agency Public Information Officer. For fires that go into extended attack (Type I, II or III fires), upon arrival of sufficient dispatch personnel, SMSO dispatch may assign one deputy to the Montrose Interagency Dispatch Center or the Fire Information Center at the Incident Command Post (ICP) to serve as Communications/Public Information Officer for SMSO.

San Miguel County or the responsible jurisdiction will work closely with the fire information center in the Montrose Interagency Dispatch Center to coordinate fire information messages on all aspects of fire management, such as wildland fires, prescribed burns, and fire use fires.

Upon transition from local/state fire responsibility to an Incident Management Team and activation of an Incident Command Post (ICP), or by direction of the Sheriff for any fire event, San Miguel County Sheriff's Office (SMSO) shall establish an Information Hotline. The contact telephone number will be given to the local media for broadcast.

Additional information can be obtained at www.sanmiguelsheriff.com.

Homeowners may solicit wildfire education information through the San Miguel County Emergency Management Office. They may also be informed through the county and sheriff's office Web sites, electronic and other media, public meetings, and via Homeowner Association and/or neighborhood meetings. Consistent FireWise messages are desired through an interagency delivery system including the Sheriff, County emergency manager, and the local fire department. FireWise materials and presenters are available from the Colorado State Forest Service and other agency partners.

- www.csfs.colostate.edu/pages/wildfire.htm
- www.firewise.org
- www.firewise.org/co
- www.sanmiguelsheriff.com
- www.sanmiguelcounty.org
- www.telluridefire.com

Colorado State University Extension also has research-based Fact Sheets on Wildfire Mitigation and offers educational programs for the public.

- www.ext.colostate.edu/pubs/pubs.html#ag_wild

The FIREWISE organization is a national program sponsored by State and Federal forestry agencies. The FIREWISE program provides a web site, brochures and a recognition program for communities that have mitigated hazardous fuels and taken the steps necessary to reduce the threat of wildfire.  This program offers a good framework to deliver Information and educational materials to homeowners. A combination of these and other resources should be used within San Miguel County to deliver the wildfire mitigation message.

46

BLM_0063635

## RECOMMENDATIONS

- In addition to those listed above, use these web sites for a list of public education materials, and for general homeowner education:
    - http://www.fs.fed.us/fire/links/links_prevention.html
    - http://csfs.colostate.edu/pages/wf-protection.html
    - http://www.blm.gov/nifc/st/en/prog/fire/community_assistance.html

- Provide citizens with the findings of this study including:
    - Levels of risk and hazard
    - Values of fuels reduction programs
    - Consequences of inaction for the entire community

- Create a FireWise Council or similar WUI citizen advisory council to promote the message of shared responsibility. Too often, advice from government agencies can be construed as self-serving. Consequently, citizens may resist acting on this information. The FireWise Council should consist of local citizens, and its primary goals should be:
    - Bringing the concerns of the residents to the prioritization of mitigation actions
    - Selecting demonstration sites
    - Assisting with grant applications and awards

- Make use of regional and local media to promote wildfire public education messages in the fire districts.

- Develop a wildfire educational presentation explaining the concepts of defensible space and wildfire hazard mitigation. The information in this report should be incorporated into that presentation for the education of homeowners county-wide. This could be done through informational gatherings sponsored by the fire departments, Sheriff's Department Emergency Management, homeowners associations or neighborhood groups, such as local festivals, school events, times of extreme fire danger, and other times of heightened awareness concerning wildfire. It is far easier to bring the information to citizens than to bring citizens to the information, making this an especially powerful resource.

- Hire a Wildfire Mitigation Coordinator. The position should be designed to function as an inter-agency liaison between San Miguel County and the various local, state and federal partners with local interests in wildfire mitigation. The Wildfire Mitigation Coordinator would assist County staff and local fire protection districts in the coordination and implementation of wildland fire education programs, grant procurement, forest health management and fuels treatment management. The position would also be responsible for maintaining the Wildfire Safety Program and any plans that are currently in place, as well as coordinating updates to this CWPP.

47

# LEGISLATIVE SUPPORT

## MANAGING NEW DEVELOPMENT

Many areas of the District are platted but not developed. As more development occurs, it will be important to manage growth from a wildfire perspective.

**Priority Level Moderate:** The Fire District should work with the San Miguel County Building Department to discuss methods aimed at reducing structural ignitability in the event of a wildfire. The International Code Council Wildland-urban Interface Code may be considered in the future. This model code contains provisions addressing fire spread, accessibility, defensible space, water supply, and other information for buildings constructed near wildland areas.

For now, the fire district must work with landowners to educate them on how to create defensible space to protect their homes and communities. The fire district can use FireWise and fire prevention programs to encourage homeowners to voluntarily reduce their hazard and risk from wildfire.

The San Miguel County Annual Wildfire Operating Plan has been developed and implemented in San Miguel County. This annual operating plan (AOP) enables San Miguel County, local FPDs, CSFS, USFS, and BLM to set forth standard operating procedures, agree- upon policies, and responsibilities to implement cooperative wildland fire protection on all lands within San Miguel County. This AOP is revised and updated annually to provide detailed description of available resources/equipment and cooperative needs and commitments.

**Town of Telluride Land Use Code**
The purposes of the Telluride Land Use Code are to assure the proper and sensitive development of land within Telluride; to protect and enhance the quality of life in Town and its environs; and to establish a clear, consistent, predictable and efficient land development review process.

The regulations of the code that pertain to hazard mitigation are as follows:

**1-103.G – Prevent Hazardous Development**
Prevent development that creates or adds to existing geologic hazards, erosion, flooding, or other potential dangers to life and safety, or which detracts from the quality of life in the Town.

**Mountain Village**
Mountain Village has a Land Use Ordinance to guide development within the town limits. The town also has a CAD/GIS Office within the Building and Planning Department.

**Norwood**
Norwood has a Master Plan and Land Use Code to guide development within the town limits.

48

BLM_0063637

# HOME MITIGATION

Community responsibility for self-protection from wildfire is essential. Educating homeowners is the first step in promoting shared responsibility. Part of the educational process is defining the hazard and risks both at the community level and the individual parcel level.

Communities in the study area were rated for hazard and risk – that is, the likelihood and severity of fire outcomes (fire effects) that result in damage to people, property, and/or the environment. Construction type, condition, age, the fuel loading of the structure/contents, and position are contributing factors in making homes more susceptible to ignition. Community hazard ratings are also influenced by factors related to the likelihood of rapid fire growth and spread due to fast-burning or flashy fuel components, and other topographic features contributing to channeling winds and promotion of intense fire behavior.

All communities that received a hazard level rating of Extreme, Very High, or High were recommended for a parcel-level analysis. In the Moderate level communities a parcel-level analysis was recommended only if the evaluator found that a significant number of homes had no, or ineffective, defensible space or a significant number of hazards near homes was detected. In short, the recommendation was made if the evaluator felt information gathered by a parcel-level analysis could be used to generate a noticeable improvement in the community's defensibility. See the next main section of this report, **Solutions and Mitigation by Fire Protection District**, for detailed information regarding individual community recommendations.

**Note:** Due to the nature of the area, scattered properties and ranches not related to a defined community most likely have hazard levels similar to homes within nearby communities that were evaluated for this CWPP. It will be important to prioritize parcel-level hazard surveys of these individual properties along with parcel-level surveys of the surrounding interface communities.

In addition to the recommendations listed for the individual communities, several general measures can be taken to improve fire safety. Ranches and small groups of homes that were not included in a community should follow these general recommendations (as well as anyone living in the Wildland-Urban Interface). In the following subsection, dedicated to Defensible Space Guidelines, a list of these general recommendations can be found.

BLM_0063638

## DEFENSIBLE SPACE GUIDELINES

**To improve life safety and preserve property, every home in the study area must have compliant, effective defensible space.** This is especially important for homes with wood roofs and homes located on steep slopes, in chimneys, saddles, or near any other topographic feature that contributes to fire intensity. The following recommendations are intended to give homeowners enough information to immediately begin making their home fire-safe or improve existing home mitigation efforts. Defensible space must be maintained throughout the year.

**Figure 18. Saddle & Ridge Top Development[5]**



- Stay aware of the current fire danger in the area.

- Trees and shrubs should be properly thinned and pruned within the defensible space. Slash from the thinning should be disposed of properly.

- Attic, roof, eaves, and foundation vents should be screened and in good condition. Stilt foundations and decks should be enclosed, screened or walled up. Maintain and clean spark arresters on chimneys.

- Clean debris from your roof and gutters at least twice a year, especially during cure-up in autumn. Branches overhanging the roof and chimney must also be removed. Chimney screens should be in place and in good condition.

- Stack firewood uphill or on a side contour, at least 30 feet away from structures during the fire season.

- Don't store combustibles or firewood under decks.

- Propane tanks should be located at least 30' from all structures. The area around the tank must be free of combustible material such as yard debris, weeds, etc.

- When possible, maintain an irrigated greenbelt around the home.

- Connect, and have available, a minimum of 50 feet of garden hose.

- Post reflective lot and/or house numbers so that they are clearly visible from the main road. Reflective numbers should also be visible on the structure itself.

- Trees along driveways should be limbed and thinned as necessary to maintain a minimum 13'6" vertical clearance for emergency vehicle access.

---

[5] *FireWise Construction*, Peter Slack, Boulder, CO

BLM_0063639

- Maintain your defensible space constantly:
  - o  Mow grass and weeds to a low height.
  - o  Remove any branches overhanging the roof or chimney.
  - o  Remove all trash, debris, and cuttings from the defensible space

- An outdoor water supply is available, complete with a hose and nozzle that can reach all parts of the house. Fire extinguishers are checked and in working condition. Hand tools such as shovels and rakes are easily accessible.

- Power poles have vegetation cleared away in a 5 foot radius.


Clean Gutters and Roof


Enclose Decks


Maintain Chimneys

51

BLM_0063640