**Figure 19.  Defensible Space Zones (Timber and Brush Lands)[6]**



**Figure 20.  Defensible Space Zones (Agricultural/Grass Lands)[7]**



**ZONE 1 (within 15 feet of the home),** shown as Home Ignition Zone, suggests eliminating all flammable materials (fire-prone vegetation, wood stacks, wood decking, patio furniture, umbrellas, etc.). Irrigated grass, rock gardens, non-flammable decking, or stone patios are desirable substitutions.

---

[6] A Homeowner's Guide to FireSafe Landscaping (2005), www.firesafecouncil.org, referenced 9/10/07
[7] *Ibid.*

BLM_0063641

**ZONE 2 Defensible Space (15 to 100 feet from the home – on steep slopes or areas of high winds the Defensible Space will need to be expanded to 150 feet)** suggests thinning trees and large shrubs so there is at least 10 feet between tree tops (crowns). Crown separation is measured from the furthest branch of one tree to the nearest branch on the next tree. On steep slopes or areas subject to high winds, allow at least 1.5 times more space between tree crowns. Remove all ladder fuels from under these remaining trees. Prune all trees to a height of at least 10 feet, or 1/3 of the live crown height. Small clumps of 2 to 3 trees may be occasionally left but leave more space between the crowns of these clumps and surrounding trees. Isolated shrubs may remain, provided they are not under tree crowns. Remove dead stems from trees and shrubs annually. Where shrubs are the primary vegetation in Zone 2, refer to the "Brush and Shrubs" section below.[8]

**ZONE 3 Wildland Reduction, aka Extended Defensible Space (beyond 100 feet),** suggests a much more limited thinning and pruning to the standards in zone 2. The goal in this zone is to improve the health of the wildlands, which will also help to slow the approaching wildfire.

## BRUSH AND SHRUBS

Brush and shrubs are smaller than trees, often formed by a number of vertical or semi-upright branches arising close to the ground. On nearly level ground (increase 1.5 times for slope and windy areas), minimum spacing recommendations between clumps of brush or shrubs is 2 1/2 times the height of the vegetation. Maximum diameter of clumps should be 2 times the height of the vegetation. All measurements are made from the edges of vegetation crowns.

<u>For example:</u> For shrubs 6 feet high, spacing between shrub clumps should be 15 feet or more apart (measured from the edges of the crowns of vegetation clumps). The diameter of shrub clumps should not exceed 12 feet (measured from the edges of the crowns). Branches should be pruned to a height of 3 feet.




Eliminate Ladder Fuels



Increase Defensible Space in Windy and Steep Areas

---

[8] http://www.ext.colostate.edu/PUBS/natres/06302.html, referenced 9/10/07

BLM_0063642

# SOLUTIONS AND MITIGATION BY FIRE PROTECTION DISTRICT

## COMMUNITY ASSESSMENT METHODOLOGY

The community level methodology for this assessment uses a Wildfire Hazard Rating (WHR) that was developed specifically to evaluate communities within the Wildland-urban Interface (WUI) for their relative wildfire hazard.[9] The WHR model combines physical infrastructure such as structure density and roads, and fire behavior components like fuels and topography, with the field experience and knowledge of wildland fire experts. It has been proven and refined by use in rating over 2,000 neighborhoods throughout the United States.

Many knowledgeable and experienced fire management professionals were queried about specific environmental and infrastructure factors, and wildfire behavior and hazards. Weightings within the model were established through these queries. The model was designed to be applicable throughout the western United States.

The model was developed from the perspective of performing structural triage on a threatened community in the path of an advancing wildfire with moderate fire behavior. The WHR survey and fuel model ground truthing are accomplished by field surveyors with WUI fire experience. The rating system assigns up to a maximum of 60 points based on seven categories: average lot size, slope, primary aspect, average fuel type, fuel continuity, dominant construction type and surface fuel loading. The higher the community scores, the lower its wildfire hazard. For example, a community with an average lot size of less than one acre and slopes of greater than 30% would receive 0 points for those factors, whereas a community with an average lot size of 5 acres and slopes of less than 15% would receive 16 points for the same factors. Additional hazards are then subtracted from the subtotal of points earned in the seven categories to give a final numeric value. The final value is then used to group communities into one of five hazard ratings: Extreme, Very High, High, Moderate, or Low. It is important to note that the position and numbering of the communities within each of these groupings should not be used as an indicator of relative hazard. The numeric rating score is not sufficiently precise to allow hazard sorting beyond the group adjective rating, and should not be used to draw conclusions about greater or lesser hazards among communities within a group.

After the initial hazard ratings are accepted by the stakeholder group, additional risk factors are considered for each community and a final Hazard rating is assigned.  Risk factors can either raise or lower the final hazard rating.

It is important to note that not all groupings occur in every geographic region. There are some areas with no low hazard communities, just as there are some areas with no extreme hazard communities. The rankings are also related to what is customary for the area. For example, a high hazard area on the plains of Kansas may not look like a high hazard area in the Sierra Nevada. The system creates a relative ranking of community priorities in relation to the other communities in the study area. It is designed to be used by experienced wildland firefighters who have a familiarity with structural triage operations and fire behavior in the interface.

---

[9] C. White, "Community Wildfire Hazard Rating Form," Wildfire Hazard Mitigation and Response Plan, Colorado State Forest Service, Ft. Collins, CO, 1986.

BLM_0063643

# EGNAR/SLICKROCK FIRE PROTECTION DISTRICT

The Egnar/Slickrock area of San Miguel County is a rural area with mixed land use that includes communities on the edge of wildland fuels, and individual rural homes and farmsteads mixed in among agricultural land, rangeland and Conservation Reserve Program (CRP) lands, primarily planted in grass. Under extreme burning conditions and high winds many areas, especially CRP grass areas and Pinyon-Juniper (PJ) arroyos, have potential for rapid increases in fire intensity. These fires can quickly spread great distances due to high fuel loading and continuous fuels. These areas may also represent a high threat to life safety due to the likelihood of heavy smoke, heat and the potential to overwhelm the limited number of local suppression resources.

**Table 5.  Egnar Community Hazard/Risk Ratings**

| Community Name | Hazard Rating |
|---|---|
| Egnar | Low |
| County Line Road (Egnar) | Low |
| Slick Rock | Low |
| Egnar Agricultural Areas | Moderate |
| Spud Patch | Very High |

55

**Figure 21.  Egnar Community Hazard Ratings Map**



BLM_0063645

## LOCAL PREPAREDNESS, FIREFIGHTING CAPABILITIES, AND WATER SUPPLY

The Egnar Slickrock FPD is a volunteer department that provides fire protection to these populated areas which have been defined as a "community" as defined in this Community Wildfire Protection Plan.

**Figure 22. Egnar/Slickrock Fire Station Distances**



57

BLM_0063646

The department has two stations covering the district. The main station is located in Egnar. Station two serves the Slickrock area. Approximately 15 active volunteers service the district.




**Station 1 – Egnar**
**Hwy 141 & H1 Rd.**
**Egnar, CO 81325**



**Station 2 - Slickrock**
**Road 58**

## APPARATUS

**Station 1 – Egnar:** Staffed by volunteers
- 1 – EMS Vehicle **(EMS-20)**
- 1 – Tactical Tender – 2000 gal with  750 GPM Pump **(T-21)**
- 1 – Engine – 750 gal with 750 GPM Pump – AWD **(E-20)**
- 1 – Type 6 Wildland Engine – 200 gal with 50 GPM pump **(Brush 20)**

**Station 2 – Slickrock:** Staffed  by 4 volunteers
- 1 – T6 Wildland Engine, 250 gal. with 500 GPM Pump **(Brush 2)**
- 1 – 2000 gallon Water Tender with external pump **(Tanker 20)**

## APPARATUS RECOMMENDATIONS

**Priority Level High:** 2000 gallon Tactical Tender with 500 GPM pump, AWD or 4 WD and equipped with spray bars for the suppression of grassland and scrubland fires.

- The Colorado State Forest Service manages an Engine program which should be investigated to potentially provide this engine to the district.

For more information, contact either of the following people:

**Jodi Rist, District Forester**
102 Par Place, Suite 1; Montrose, CO 81401-4196; PH (970) 249-9051; FAX (970) 249-5718; csfsmo@lamar.colostate.edu

**Gwen Rush**
(303) 236-9465
Gwen_Rush@blm.gov

**Priority Level High:** Ensure all wildfire apparatus have the ability to discharge Class A firefighting foam. Foam is a proven agent which enhances the effectiveness of water especially when applied to thick grass. Most rural fire departments currently use this and can be a source of information and training for others.

58

**Priority Level High:** Develop an equipment maintenance and replacement plan.

**Priority Level Moderate:** Task an individual with "type converting" all district apparatus (e.g., brush truck = type 6 engine). The typing scheme should follow the National Incident Management System (NIMS) model. This will help to serve future Homeland Security requirements. San Miguel County should be consulted as they may already be faced with this issue.

## TRAINING

Of the 15 volunteers, none are red carded but many have functional wildland experience. It was expressed through the interview process that the district does not have the training budget to be able to send firefighters out of district, particularly for multi-day trainings. Lodging and other travel and expenses are too high for their limited budget. Often, when free single-day training is available in the County, the department isn't notified and/or does not receive notification.

## TRAINING RECOMMENDATIONS

**Priority Level High:** Select a FD member to receive e-mails from surrounding agencies and the County on training opportunities and to be responsible for notifying all FD personnel. Make cooperating agencies aware of your personnel's particular training needs so that they will know what opportunities to forward to your department.

**Priority Level High:** Identify at least one FD member whom would be willing to become red carded and provide basic in-house training opportunities.

**Priority Level High:** Provide education and experience for all firefighters including:

- o I-100 (basic ICS) for all firefighters and I-200 (Intermediate ICS) for all fire officers. NIMS courses could satisfy these recommendations.
- o Basic Wildland Firefighting and Fire Behavior (NWCG S-130/190) for all fire department members, tailored to meet the specific needs of Egnar/ Slickrock. This should be primarily grass and Pinyon-Juniper fire fighting with a heavy emphasis on safety and plains type weather.
- o At a minimum, have the safety and structure triage units from S-215 Fire Operations in the Urban Interface presented to all fire department members.
- o Organize and facilitate an annual wildfire interface training exercise within the communities outlined in this CWPP. Encourage multi-agency participation.
- o Encourage personnel to participate in out-of-county and Utah based training opportunities.

**Priority Level High:** Obtain a comprehensive training resource list (video and print materials) for in-house training.

- o Six minutes for Safety http://www.nifc.gov/sixminutes/dsp_sixminutes.php
- o Wildland Fire Safety Training Annual Refresher http://www.nifc.gov/wfstar/index.htm
- o County should be contacted to investigate the potential to provide assistance in grant writing to establish a training and equipment budget.

59

BLM_0063648

- o Colorado Wildfire Academy
  - ▪ Find Grants to send a few individuals each year to the academy. Scholarships are available through the Colorado Wildfire Academy. Contact: Wendy Fischer at 719-589-1400 for more details.

## FIREFIGHTER SAFETY

**Priority Level High:** Provide minimum wildland Personal Protective Equipment (PPE) for all firefighters. (See NFPA Standard 1977 for requirements.)

**Priority Level High:** Ensure that the current fire operations personnel rehabilitation system is sufficient. At a minimum each station should have drinking water and MRE's (meals ready to eat) to support their personnel for 24-48 hours.

## WATER SUPPLY

There is a municipal hydrant system in Egnar that provides the majority of water sources for the department. Water supply is augmented by tender shuttles and a few cisterns. A large cistern is located at the main station. King Springs provides unlimited recharge to the 2,000 gallon tank in approximately 30 minutes.

**Priority Level High:** Need "water supply" signage at 5HN road turn off to the King Springs access road.

**Priority Level High:** All available water sources should be marked by GPS and posted on a map for incoming suppression resources. This should be updated as needed to maintain an up-to-date list.

Additionally, draft hydrant locations should be found along creeks and in any permanent water supply found within the community.



**Figure 23.  King Springs Water Supply**



60

BLM_0063649

## CRP GRASSES

There are hundreds of acres of **Conservation Reserve Program** (CRP) grass within the Egnar/Slickrock area of San Miguel County. The Conservation Reserve Program reduces soil erosion, protects the Nation's ability to produce food and fiber, reduces sedimentation in streams and lakes, improves water quality, establishes wildlife habitat, and enhances forest and wetland resources. It encourages farmers to convert highly erodible cropland or other environmentally sensitive acreage to vegetative cover, such as tame or native grasses, wildlife plantings, trees, filter strips, or riparian buffers. Farmers receive an annual rental payment for the term of the multi-year contract. Cost sharing is provided to establish the vegetative cover practices[10]

Unfortunately these CRP grass sections contain a high fuel load for wildfires. Contained within the recommendation below are the specifications referenced from the memo titled "Firebreaks on CRP," dated January 31, 2006, from Rick Lopez, State Executive Director, USDA-Farm Service Agency (FSA). The Colorado State FSA Office is very interested in working with landowners and the local FSA Offices to investigate potential cost-share programs and management practices that would reduce the fuel hazards of CRP grass.

## CRP GRASSES RECOMMENDATIONS

**Priority Level Very High:** Work with the Colorado Department of Transportation (C-DOT) to promote the highest degree of Right of Way (ROW) maintenance that their budget allows.

**Priority Level Very High:** Encourage individual landowners to mow fuels near homes and along roadways and fence lines during times of high fire danger. CRP sections will need to follow the guidelines as detailed in **Appendix B**.

**Priority Level High:** Encourage state and local Farm Service Agency offices to provide CRP program oversight to ensure appropriate management practices are followed and to create cost-share programs that encourage landowners to treat fuels and reduce fire hazard near communities and values at risk. The contacts found on the following page should be helpful in this regard.

**Priority Level High:** Work with the Central Egnar/Slickrock area of San Miguel Soil and Water Conservation District to obtain grants to treat noxious weeds and create fuel breaks within and adjacent to highway right-of- ways.

**Priority Level Moderate.** Task an individual with locating and mapping the CRP grass parcels. This will help to identify those areas of elevated fire behavior potential which could serve to boost the initial attack response.

---

10 http://www.nrcs.usda.gov/programs/crp/; referenced 10-12-07

BLM_0063650

## PUBLIC EDUCATION AND FIRE PREVENTION

There is likely to be a varied understanding among property owners of the hazards associated with the threat of a wildfire. An approach to wildfire education that emphasizes safety and hazard mitigation on an individual property level should be undertaken, in addition to fire department efforts at risk reduction.

Provide communities and homeowners fire prevention educational materials through personal contact. Fire prevention and wildfire hazard mitigation education should be an ongoing effort.

## FIRE PREVENTION RECOMMENDATIONS

**Priority Level High:** Implement fire prevention, fire preparedness, and defensible space and hazard reduction recommendations for each community.

**Priority Level High:** Obtain "Smokey Bear" signs for use along major highways to inform the public of the current fire danger and to promote fire prevention. Ensure that fire danger messages are kept up to date with Daily Fire Danger broadcast to maintain credibility and effectiveness.

**CR 141 and 14R Road - Dry Creek Basin Store**
Provide content for CDOT temporary signs during high Fire Danger and elevated levels of holiday traffic.
- o   CDOT in Dove Creek (970) 677- 2612

**Priority Level High:** Consider adopting local fire ordinances to control open burning during periods of high fire danger. Develop partnerships between fire districts, County Sheriff, Colorado and Utah State Forestry and local law enforcement.

**FSA Service Center Office**
Dolores County Farm Service Agency
408 Main St., Dove Creek; PH 970-677-2229: FAX 970-677-2453

**Mailing Address:**
PO Box 10; Dove Creek, CO 81234-0010

Paul R. White, County Executive Director; (970) 677-2229; paul.white@co.usda.gov

Richard P. Cervenka, Jr., Farm Loan Manager; (970) 565-8879 x107; richard.cervenka@co.usda.gov

62

BLM_0063651

# COMMUNITIES

## 1. Spud Patch – Hazard Rating: Very High



<u>Description</u>
This community is of the highest concern within the district. Access is adequate from the main road, but it is one way in and out. If more homes are constructed, the road system should be improved by adding a secondary emergency escape route. There is no water supply within the community. There are some ponds to the south but no developed draft sites are present. A more formal access point and water supply system need to be developed.

The predominant fuels in this community are a mix of grass meadows and Pinyon-Juniper stands. The grass is a concern because it is easily ignited and fire will move rapidly through it in windy conditions. This in combination with the ladder fuels in the PJ stand make for a high potential for crown fire with fire intensity being moderate to extreme. The greatest concern is that the community is positioned on a mesa with heavily vegetated canyons below. Fire starts from the canyon bottoms would be very difficult to suppress and would increase in speed and intensity as it moved up onto the mesa.

BLM_0063652

## SPUD PATCH RECOMMENDATIONS

- A fuelbreak and access road mitigation is recommended for this community (see map on next page).

- Install a minimum 30,000 gallon cistern in a safe area, strategically located in the community, to augment tender shuttle water supply.

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

64

BLM_0063653

**Figure 24. Fuels Treatments: Spud Patch Rim Top / CR K8**



BLM_0063654

## 2.  Egnar Agricultural Area – Hazard Rating: Moderate



### Description

This is a large area encompassing the more populated agricultural areas surrounding Egnar. The area is populated by small to medium sized homes on moderate to large size lots. The dominant construction is wood siding with a mix of asphalt and metal roofs. Most of the homes are built adjacent to agricultural land, but some are in close proximity to the large ravines, which exist throughout the area.  Most of the homes and buildings have defensible space but many need mowing or weed whacking adjacent to structures to prevent grass fire ignitions of structures. Access is adequate with the exception of a few enclaves of homes built immediately adjacent to the ravine along 5HN Road. Some homes do not have any address markers and of those that do, most are low visibility and non-reflective. There is no formal water supply for fire suppression in this area and the nearest water source would be ponds and a water tank near King Springs. There are overhead power lines and propane tanks (some overgrown with vegetation), which may be a hazard to firefighters.

Fuels vary from tall-grass to agricultural fields to CRP lands with a heavy fuel component. There is some potential for crown fire in these areas and the fire intensity is moderate to low. The grass is a concern because it is easily ignited and fire will move rapidly through it in windy conditions. Ditches and laterals filled with old vegetation can provide an easy travel corridor for fire.  The biggest threat is from some ravines and islands composed of Pinyon-Juniper that can burn intensely and become a crown fire. Additionally, embers from the Pinyon-Juniper can easily ignite the adjacent grass.

BLM_0063655

## EGNAR AGRICULTURAL AREA RECOMMENDATIONS

- Consider adding one or two large cisterns (30,000 gallons or greater) in this community for fire suppression use.

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

BLM_0063656

### 3. Egnar – Hazard Rating: Low



<u>Description</u>
Egnar is the only town within the Egnar / Slickrock Volunteer Fire protection District. The Fire station is located within the town. This is a community of approximately 100 people built along HW 141. Most of the structures are residential or agricultural and built on moderate to large size lots. The dominant construction type is older wood siding with asphalt or metal roofs. Flammable yard clutter is a hazard at some homes. Most homes do not have address markers and those that do have wooden, non-reflective markers. Access is adequate with a grid, paved road system. There are hydrants for fire suppression, although the capacity and maintenance of the system is unknown.

Fuels vary from tall-grass to agricultural fields. There is little potential for crown fire and the fire intensity is moderate to low. The grass is a concern because it is easily ignited and fire will move rapidly through it in windy conditions. Ditches and laterals filled with old vegetation can provide an easy travel corridor for fire. There are some ravines and islands composed of Pinyon-Juniper that will burn more intensely and need to be thinned or cleared around the perimeter.

BLM_0063657

## EGNAR RECOMMENDATIONS

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Make certain any fire hydrants are visible, maintained and operable.

69

## 4. Egnar County Line Road – Hazard Rating: Low



<u>Description</u>
This area encompasses the agricultural areas along County Line Road. This area was separated out from the other agricultural area because of the higher traffic along the road and mutual aid agreements for fire response. In most other ways it is similar to the other areas.

The area is populated by small to medium sized homes on moderate to large size lots. The dominant construction is wood siding with a mix of asphalt and metal roofs. Most of the homes are built adjacent to agricultural land, but some are in close proximity to the large ravines, which exist throughout the area.  Most of the homes and buildings have defensible space but many need mowing or weed whacking adjacent to structures to prevent grass fire ignitions of structures. Some homes do not have any address marker and of those that do, most are low visibility and non-reflective. Water supply is via the town hydrant system.

Fuels vary from tall-grass to agricultural fields to CRP lands with a heavy fuel component. There is little potential for crown fire in these areas and the fire intensity is moderate to low. The grass is a concern because it is easily ignited and fire will move rapidly through it in windy conditions. Ditches and laterals filled with old vegetation can provide an easy travel corridor for fire. The biggest threat is from some ravines and islands composed of Pinyon-Juniper that can burn intensely and become a crown fire.

BLM_0063659

## EGNAR COUNTY LINE ROAD RECOMMENDATIONS

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

BLM_0063660

## 5. Slickrock – Hazard Rating: Low



### Description
This area consists of residential homes along the river valley. There are a few commercial structures and historic buildings present as well. The fire station is located on the main road and volunteers live in the neighborhood. The road access is good and is of adequate width for passing vehicles. Most of the homes do not have conforming defensible space and varying levels of flammable materials in the yards. Other manmade hazards such as overhead power lines and propane tanks exist. The addressing is inconsistent in placement and lacks good visibility.

The fuels are mostly short and tall grass with some shrubs and Pinyon-Juniper. There is little potential for crown fire in these areas and the fire intensity is moderate to low. The grass is a concern because it is easily ignited and fire will move rapidly through it in windy conditions. The topography is flat along the river bottom with steeper slopes adjacent to the homes.

BLM_0063661

## SLICKROCK RECOMMENDATIONS

- Adequate defensible space is recommended for all homes.

    - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

BLM_0063662

## AREAS OF SPECIAL INTEREST

In addition to residential communities, certain other properties have been identified by stakeholders as areas of special concern or interest. In some cases these areas present special problems for firefighters. A brief description of each of these properties is presented in this section, followed by recommendations, where applicable, designed to address concerns specific to the individual property. These recommendations are in addition to, not in place of, other recommendations in this report concerning the community or area where these properties are located.

The fire department survey did not reveal communication problems within the study area however the repeater towers are the only form of communication with County resources and dispatch. A fuels modification project is prescribed for these important infrastructure elements.




**Communication Towers**                              **Dispatch Tower**

**Priority Level High:** Create defensible space around each tower complex.  Ensure that fuels treatments extend to an adequate distance around buildings to protect combustibles from direct flame contact and excessive radiant heat. Remove fuels around propane tanks and create a non combustible ground cover around tanks (10 feet of gravel, etc.)

For the dispatch tower, improve access road and thin along road to facilitate structure protection. Establish and maintain backup power for the tower.

**Priority Level Moderate: Sutherland/Ebberts Construction**
Provide a wildfire safety brochure for all workers and new hires. Place brochures in common area or lunch room.

**Priority Level Low:** Gas wells on north side of the district were identified by the FD as an area of concern.  Well pad size and vegetation coverage can vary significantly.  A discussion with the local management company to address wildfire issues may be the best way to determine if any hazards exist.

74

BLM_0063663

# NORWOOD FIRE PROTECTION DISTRICT

The Norwood Fire Protection District of San Miguel and Montrose County is comprised of mixed land use that includes communities on the edge of and intermixed with wildland fuels. The area consists of individual rural homes and farmsteads mixed in among agriculture land, rangeland and Conservation Reserve Program (CRP) lands, primarily planted in grass. Under extreme burning conditions and high winds many areas, especially CRP or fallow grass areas and cured hay fields have potential for rapid increases in fire intensity. These fires can quickly spread great distances due to high fuel loading and continuous fuels. These areas may also represent a high threat to life safety due to the likelihood of heavy smoke, heat and the potential to overwhelm the limited number of local suppression resources.

Additionally, several platted and developed communities are scattered throughout the district. This district exhibits the most significant fire history within San Miguel County.  Prevalent lightning, recreational activities and agricultural burning increase the probability of wildfire in the district. The combination of community susceptibility and fire history generated two communities with the highest level of concern in the study area.

**Table 6.  Norwood Community Hazard/Risk Ratings**

| Community Name | Fire Protection District | Hazard Rating |
|---|---|---|
| Norwood Agricultural Area | Norwood | Low |
| Redvale | Norwood | Low |
| Gurley Lake Ranch | Norwood | Moderate |
| Mountain View | Norwood | Moderate |
| Thunder Road | Norwood | Moderate |
| Miramonte Ranch | Norwood | High |
| Beaver Pines | Norwood | Very High |
| Fitts | Norwood | Very High |
| Deer Mesa | Norwood | Extreme |
| Mailbox | Norwood | Extreme |

75

BLM_0063664

**Figure 25.  Norwood Community Hazard Map**



BLM_0063665

## PREPAREDNESS AND FIREFIGHTING CAPABILITIES

The department has three stations covering the district. The main station is located in Norwood. Station two serves the Redvale area. Station 3 is in Dry Creek, but no communities were designated within 5 miles of this station. Therefore, it is not mapped in **Figure 26** on the following page.



**Station 1 – Norwood**
**1605 Summit St.**
**Norwood, CO 81423**
**(970) 327-4800**



**Station 2 – Redvale**
**600 Redvale Rd.**
**Redvale, CO 81431**
**[No Phone]**

**Station 1:** Staffed by volunteers
- o Apparatus
  - 1 - Utility Vehicle **( Utility-9)**
  - 2 - Ambulances
  - 1 - Engine – 1000 gal with 1250 GPM Pump **(E-8)**
  - 1 - Engine – 750 gal with 1000 GPM Pump – 4WD **(E-5)**
  - 1 - Tender 2,000 gal. **(T-6)**

**Station 2:** Staffed by volunteers
- o Apparatus
  - 1 - T6 Wildland Engine **(E-6)**
  - 1 – T-3 Wildland Engine 1000 gallon- CSFS – 6X6 **(E-3)**

**Station 3:** located at Dry Creek
Staffed by volunteers
- o Apparatus
  - 1- T-3 Engine 500 gal with 250 GPM 4WD **(E-4)**

77

**Figure 26.  Norwood Fire Station Distances**



BLM_0063667

## FIREFIGHTER TRAINING

**Priority Level High:** Provide education and experience for all firefighters including:

- o I-100 (basic ICS) for all firefighters and I-200 (Intermediate ICS) for all fire officers. NIMS courses could satisfy these recommendations.
- o A Norwood tailored Basic Wildland Firefighting and Fire Behavior (NWCG S-130/190) for all fire department members. This should be primarily grass and Pinion / Juniper fire fighting with a heavy emphasis on safety and plains type weather.
- o S-215 Fire Operations in the Urban Interface should be presented to all fire department members.
- o Organize and facilitate table-top or sand-table wildfire exercises with other county agencies attending.
- o Organize and facilitate an annual wildfire interface training exercise within the communities outlined in this CWPP. Encourage multi-agency participation.
- o Encourage personnel to participate in out-of-district training opportunities.

**Priority Level High:** Run the next County Fair as a Type 3 incident utilizing county wide and federal resources to plan and execute the fair.  This will build trust and competency between the partners in preparation for the next significant fire event.

Training in preparation for this event should include:

- o ICS 100, 200 and 300
- o Practical or table top exercise with the designated Team.
- o A training officer should be assigned to the team to facilitate OJT or Task Book competencies.
- o Consider inviting experienced ICS personnel to proctor the incident and provide input during the After Action Review.

## FIREFIGHTER SAFETY

**Priority Level High:** Provide minimum wildland Personal Protective Equipment (PPE) for all firefighters. (See the NFPA Standard 1977 for requirements.)

**Priority Level High:** Ensure that the current fire operations personnel rehabilitation system is sufficient. At a minimum each department should have drinking water and MREs (meals ready to eat) to support their personnel for 24-48 hours.

## EQUIPMENT

**Priority Level High:** Ensure that all wildfire apparatus have the ability to discharge Class A firefighting foam. Foam is a proven agent which enhances the effectiveness of water, especially when applied to thick grass. Most fire departments currently use this and can be a source of information and training for others.

79

**Priority Level High:** Develop an equipment maintenance and replacement plan.

**Priority Level Moderate:** Task an individual with "type converting" all district apparatus (e.g., brush truck = type 6 engine). The typing scheme should follow the National Incident Management System (NIMS) model. This will help to serve future Homeland Security requirements. San Miguel and Montrose Counties should be consulted as they may already be faced with this issue.

## WATER SUPPLY

Due to the nature of the wildland fuels in the study area, water is a critical fire suppression resource. The municipalities of Norwood and Redvale are serviced by a hydrant network. However, the hydrants in Redvale's system are not well identified, marked or maintained. The rest of the district (outside municipalities) only has hydrants for flushing purposes. Fire flow is currently unknown to the Fire District.

Immediately accessible water sources must always be considered to fully support fire operations, therefore the following recommendations are suggested.

Additionally, draft hydrant locations should be found along creeks and in any permanent water supply found within the community.

## WATER SUPPLY RECOMMENDATIONS

**Priority Level High:** Expand current hydrant network to include all areas of the water district.

**Priority Level High:** Upgrade existing infrastructure throughout the district for standardized hydrant water delivery throughout the district.

**Priority Level High:** Create new year-round water storage resources in the district such as ponds, cisterns and tanks.

**Priority Level High:** A secondary means of retrieving water from the storage tanks in the event of a power outage should be considered. Some communities currently have a couple of different means. No matter the means, it is recommended that all elevated water tanks be able to flow water without the electric pumping system.

- o   Piping allowing the water to flow freely via gravity pressure from the tanks.
- o   Piping connections that allow the fire apparatus to "pull" the water out via a drafting operation.

**Priority Level High:** Ensure that hydrants are operational. Redvale hydrants should be tested annually and the results of these tests should be provided to the Fire District. Hydrants need to remain obstruction-free, well identified, and visible.

**Priority Level High:** All available water sources should be marked by GPS and posted on a map for incoming suppression resources. This should be updated as needed to maintain an up-to-date list.

BLM_0063669

## PUBLIC EDUCATION AND FIRE PREVENTION

There is likely to be a varied understanding among property owners of the hazards associated with the threat of a wildfire. An approach to wildfire education that emphasizes safety and hazard mitigation on an individual property level should be undertaken, in addition to fire department efforts at risk reduction. It is important to provide communities and homeowners with fire prevention educational materials through personal contact. Fire prevention and wildfire hazard mitigation education should be an ongoing effort.

## RECOMMENDATIONS

**Priority Level High:** Implement fire prevention, fire preparedness, and defensible space and hazard reduction recommendations for each community.

**Priority Level High:** Obtain "Smokey Bear" signs for use along major highways to inform the public of the current fire danger and to promote fire prevention. Ensure that fire danger messages are kept up to date to maintain credibility and effectiveness.

- o 145 and Sanborn Park Road @ the River
- o Signage at forest service boundary (Beef Trail Road and 44ZN road) near Miramonte
- o Provide content for CDOT temporary signs during periods of high fire danger and elevated event traffic. CDOT contact is Montrose CSP Dispatch at 970-349-4392

**Priority Level High:** Consider adopting local fire ordinances to control open burning during periods of high fire danger. Develop partnerships between fire districts, County Sheriff, Colorado and Utah State Forestry and local law enforcement.

Visit these web sites for a list of public education materials. These are suitable for firefighters and homeowners alike:

- ▪ http://www.nwcg.gov/pms/pubs/pubs.htm
- ▪ http://www.firewise.org
- ▪ http://www.firesafecouncil.org/homeowner/index.cfm
- ▪ http://txforestservice.tamu.edu/main/default.aspx?dept=frp

Colorado State University Extension wildfire Fact Sheets can be found at:

- ▪ http://www.ext.colostate.edu/pubs/pubs.html#ag_wild

81

# COMMUNITIES

**1. Mailbox – Hazard Rating: Extreme**



<u>Description</u>

This community is made up of dispersed ranches on large acreages. Homesteads typically have several outbuildings and barns. Building construction is typical wood with mostly metal roofing. The Roads are dirt and vary in quality. Primary access roads are adequate when entering the community however they deteriorate in surface quality, width and steepness as they move deeper into the community. Road signage is good but there is virtually no individual home or ranch complex signage. There is no water supply for the community, but the seasonal stream on the south west side of the community may offer some draft sources. Given the dispersed nature of the home and ranches in this community, a centralized water supply would be difficult.

The fuels in this community are primarily Pinyon-Juniper stands. The stands are mature and/or overmature, and have a high percentage of dead wood. This is a concern for firefighters because it increases the probability of ignition in these stands. The fire intensity can be moderate to extreme and there is potential for crown fire under windy conditions.  This area has a high occurrence of lightning strikes. There is a history of fires in the area as well.

BLM_0063671

## MAILBOX RECOMMENDATIONS

- A fuel break is recommended for this community on the north side.

  - Significant fire history and historic frequent lightning in the area warrant protection from the federal land. The fuel break links existing treatment areas together to create a landscape scale fuels treatment (see **Figure 27**).

  - The treatment area on the north side was specifically designed for wildlife habitat improvement. Connecting the treatment areas with additional thinning may not coincide with the habitat improvement plan. Contact: Kevin Joseph, Fire Management Officer, Dolores Public Lands. 29211 Hwy 184 Dolores, CO 81323 (970) 882-6836 office (970) 799-1176 cell.

- A parcel level analysis and pre-attack plan should be completed for this community.

- Draft hydrant locations should be found along the creek and in any permanent water supply found within the community.

- Individual water cistern of a minimum 2,000 gallons should be made available at each ranch or home. Manufactured systems that utilize foam and water should be encouraged if the capability is an equivalent to water alone.

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

BLM_0063672

**Figure 27. Fuels Treatments: Mailbox/Deer Mesa**



BLM_0063673

## 2. Deer Mesa – Hazard Rating: Extreme



<u>Description</u>

This community is made up of dispersed ranches on large acreages as well as home sites on small tracts. Ranches typically have several outbuildings and barns. Building construction is typical wood with mostly metal roofing. The Roads are dirt and vary in quality. Primary access roads are adequate when entering the community however they deteriorate in surface quality, width and steepness as they move deeper into the community. Road signage is poor to non-existent and several roads are 4WD only. There is virtually no individual home or ranch signage. Driveway access to homes can be very long through heavy mature/overmature Pinyon-Juniper.

There is no water supply for the community, but small stock ponds on the south side of the community may offer some draft sources. Given the disbursed nature of the home and ranches in this community, a centralized water supply would be difficult.

The fuels in this community are primarily Pinyon-Juniper stands. The stands are mature and/or overmature, and have a high percentage of dead wood. This is a concern for firefighters because it increases the probability of ignition in these stands. The fire intensity can be moderate to extreme and there is potential for crown fire under windy conditions. This area has a high occurrence of lightning strikes and there is a history of fires in the area as well.

BLM_0063674

## DEER MESA RECOMMENDATIONS

- A fuel break is recommended for this community on the north side. (See **Figure 27** on page 84.) Significant fire history and historic frequent lightning in the area warrant protection from the federal land. The fuel break links existing treatment areas together to create a landscape scale fuels treatment.

- Draft hydrant locations should be found along the creek and in any permanent water supply found within the community.

- Individual water cistern of a minimum 2,000 gallons should be made available at each ranch or home. Manufactured systems that utilize foam and water should be encouraged if the capability is an equivalent to water alone.

- A parcel level analysis and pre-attack plan should be completed for this community.

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

BLM_0063675

### 3. FITTS Subdivision – Hazard Rating: Very High



**Description**

This community has the highest density of homes outside the town limits. Access is good from the main road, but the interior roads are mid-slope and steep. There is a two-track road that could be used as a second means of egress or access. The nearest fire station is 2-3 miles however there is no water supply to service the community. The greatest concern in this community is the steep, heavily vegetated draws and arroyos that bisect the community. Thick vegetation in close proximity to multiple homes creates a significant concern.

The fuels in this community are a mix of Gambel Oak, grass and Pinyon-Juniper. All of these fuels are a concern to firefighters because of their volatile nature. The fire intensity can be moderate to extreme and there is potential for crown fire under windy conditions. This vegetation should therefore be managed and maintained regularly.

87

BLM_0063676

# FITTS RECOMMENDATIONS

- A large municipal water tank "Fitts Water Tank" is located north of the community. Access to this water supply should be provided to the Fire Department via a fire department connection.  A "wet tap" with FDC and vehicle access is recommended. See **Figure 28** on the next page.

- Evaluate the two track road to determine if it could be used as a second means of egress or access. Road improvement and signage should be considered as well.

- Thin the heavily vegetated arroyos throughout the community

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

BLM_0063677

**Figure 28. Fitts Water Tank**



BLM_0063678

### 4. Beaver Pines – Hazard Rating: Very High



<u>Description</u>
There are currently only a few homes built in this community. Access is poor from the main road (46X). The road is of varying width with few places to turn out and too narrow to allow for proper emergency vehicle access. The road quality also varies from the valley to the mesa top. This road is one way in and out. As more homes are constructed the road system should be improved by adding a secondary emergency escape route. Additionally, the nearest fire station is more than 5 miles away and via a steep winding grade. This creates a long response time to the community. There is also no water supply for the community. Cisterns are recommended and water supply should be evaluated as more homes are built.

The predominant fuels in this community are a mix of Gambel Oak and Ponderosa Pine. However, the road leading to the community has heavy amounts of PJ that could be a threat to evacuees and firefighters. There is potential for crown fire and the fire intensity is moderate to extreme. The mesa has Gambel Oak which can be very volatile and burn very hot under drought conditions. It should be managed and maintained regularly.

BLM_0063679

## BEAVER PINES RECOMMENDATIONS

- A fuel break, and access road mitigation is recommended for this community. See **Figure 29** on the next page.

- Two 2,500 gallon cisterns are slated for installation. These installations should be a priority before the community starts to build out.

- Secondary evacuation route to Gurley Lake Ranch (see Gurley Lake for graphic)

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

91

BLM_0063680

**Figure 29.  Fuels Treatments: CR 46X**



BLM_0063681

## 5. Miramonte Ranch – Hazard Rating: High



### Description

There are currently only a few homes built in this community. Access is adequate from the main road however the interior road is one way in and out. As more homes are constructed the road system should be improved by adding a secondary emergency escape route. Additionally, the nearest fire station is more than 5 miles away and via a very steep grade. This creates a long response time to the community. An adequate water supply system needs to be developed. It would be helpful to work with Gurley Lake Ranch in developing a water supply that could meet the needs of both communities.

The predominant fuels in this community are open grass meadow and a mix of decadent Gambel Oak. The grass is a concern because it is easily ignited and moves rapidly with the wind.  This in combination with the large amount of dead standing oak creates potential for extreme fire behavior. Gambel Oak is very volatile and can burn very hot.

93

BLM_0063682

## MIRAMONTE RANCH RECOMMENDATIONS

- Support the installation of a draft hydrant at Gurley Lake dam.

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

94

BLM_0063683

## 6. Mountain View – Hazard Rating: Moderate



<u>Description</u>
There are currently only a few homes built in this community. Access is adequate from the main road 44Z-N, although this road is one way in and out. As more homes are constructed the road system should be improved by adding a secondary emergency escape route. Additionally, the nearest fire station is more than 5 miles away. This creates a long response time to the community. There is also no water supply for the community. Cisterns are recommended and water supply should be evaluated as more homes are built.

The predominant fuels in this community are a mix of Gambel Oak and Ponderosa Pine. However, the road leading to the community has heavy amounts of PJ that could be a threat to evacuees and firefighters. There is potential for crown fire and the fire intensity is moderate to extreme. The mesa has Gambel Oak which can be very volatile and burn very hot under drought conditions. It should be managed and maintained regularly.

BLM_0063684

## MOUNTAIN VIEW RECOMMENDATIONS

- Thin, limb and trim along access route to provide for safer road.

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

96

## 7. Gurley Lake Ranch – Hazard Rating: Moderate



### Description

There are currently only a few homes built in this community. Access is adequate from the main road however the interior road is one way in and out. As more homes are constructed the road system should be improved by adding a secondary emergency escape route. Additionally, the nearest fire station is more than 5 miles away and via a very steep grade. This creates a long response time to the community. Gurley Lake is a year round body of water. There is no formal access to the lake for fire apparatus. A more formal access point and water supply system need to be developed at the dam area.

The predominant fuels in this community are open grass meadows, a mix of low shrubs and Mature Ponderosa Pine. There is little potential for crown fire and the fire intensity is moderate to low. The grass is a concern because it is easily ignited and moves rapidly with the wind.

BLM_0063686

## GURLEY LAKE RANCH RECOMMENDATIONS

- At least one draft hydrant should be installed at the dam on the North side of the lake.

- Engineer and improve the loop road and the bridge at the dam to provide continuous apparatus flow to the draft hydrant.

- A road connecting the dam road and hydrant to Beaver Pines should be supported by this community. This will also provide a secondary means of egress for the community.

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

**NOTE:** A significant area of this community is designated as Gunnison Sage Grouse habitat. Prior to any fuels reduction activates, the CO Division of Wildlife should be consulted. The link below helps describe the Gunnison Grouse.

http://www.western.edu/bio/young/gunnsg/gunnsg.htm

BLM_0063687

**Figure 30.  Gurley Lake Ranch/Norwood to Gurley Lake Dam Treatments**



BLM_0063688

## 8. Norwood Agricultural Areas – Hazard Rating: Low



### Description

This is a large area encompassing the more populated agricultural areas surrounding Norwood. The area is populated by small to medium sized homes on moderate to large farms. Some small developments with residential size lots exist in the North West area of the designated agricultural area. The dominant construction is wood siding with a mix of asphalt and metal roofs. Most of the homes are built adjacent to agricultural land, but some are in close proximity to large ravines and pockets of brush and or timber. Most of the homes and buildings have defensible space but many need mowing or weed whacking adjacent to structures to prevent grass fire ignitions of structures. Access is adequate with the exception of a few enclaves of homes built on dead end roads. Some homes do not have any address markers and of those that do, most are low visibility and non-reflective. There is no water supply for fire suppression outside the town of Norwood. Several water towers are available in the area, but no Fire Department Connections exist. There are overhead power lines and propane tanks (some overgrown with vegetation) which may be a hazard to firefighters. Fuels are generally agricultural vegetation, however CRP lands and cured or neglected crop lands may have heavy fuel component mixed with woody fuels. The stringers of Pinyon-Juniper stands have plentiful ladder fuels and significant surface loads of dead and down materials.

100

BLM_0063689

## NORWOOD AGRICULTURAL AREAS RECOMMENDATIONS

- Work with the Colorado Department of Transportation (C-DOT) to promote the highest degree of Right of Way (ROW) maintenance that their budget allows.

- Encourage individual landowners to mow fuels near homes and along roadways and fence lines during times of high fire danger adjacent to CRP sections and fallow fields.

- Consider "wet tapping" the water tanks to install a Fire Department Connection for fire suppression use.

- Review and implement the open burning recommendations in **Appendix B.**

- A "No Outlet" sign should identify all dead-end streets.

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

BLM_0063690

## 9. Redvale – Hazard Rating: Low



<u>Description</u>
Redvale is in Montrose County and home to the Redvale fire station (Norwood FPD). This is a community of approximately 100 people built along HW 145. Most of the structures are residential or agricultural and built on small to moderate size lots. The dominant construction type is older wood siding with asphalt or metal roofs. Flammable yard clutter is a hazard at some homes. Most homes do not have address markers and those that do have wooden, non-reflective markers. Access is adequate with a grid, paved road system. There are hydrants for fire suppression, although the capacity and maintenance of the system is unknown.

The fuels in the community vary from landscaped lawns to agricultural crop lands. There is little potential for crown fire and the fire intensity is moderate to low. The grass lands are a concern because it is easily ignited and moves rapidly with the wind.

102

BLM_0063691

## REDVALE RECOMMENDATIONS

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Make certain any fire hydrants are visible, maintained and operable.

BLM_0063692

## AREAS OF SPECIAL INTEREST

In addition to residential communities, certain other properties have been identified by stakeholders as areas of special concern or interest. In some cases these areas present special problems for firefighters. A brief description of each of these properties is presented in this section, followed by recommendations, where applicable, designed to address concerns specific to the individual property. These recommendations are in addition to, not in place of, other recommendations in this report concerning the community or area where these properties are located.

### Elder Salvage Yard – Priority Level: Moderate



This active salvage yard has many potential ignition sources including welding, and heavy equipment use. Concern is both for a wildland fire entering the salvage yard and for a fire originating in the yard extending to the wildlands. A fuel break surrounding the operation is recommended. Although fuels reduction with annual maintenance will provide significant protection to both the operations and the surround lands, a permanent fuel break (dozer line to mineral soil or graveled line) would require little or no annual maintenance and provide long-term protection.

BLM_0063693

**Figure 31.  Fuel Treatments: Elder Salvage**



BLM_0063694

# TELLURIDE FIRE PROTECTION DISTRICT

The Telluride Fire Protection District covers 390 square miles of private property, BLM and Forest Service lands, from the county lines at the top of Dallas Divide, Lizard Head Pass, Bridal Veil Falls, and to Specie Creek Road to the west. The district is comprised of mixed land use that includes communities on the edge of and intermixed with wildland fuels. The area consists of individual rural home, larger-lot subdivisions, as well as high-density housing and commercial buildings and infrastructure. These areas may represent a high threat to life safety due to the likelihood of heavy smoke, heat and the potential to overwhelm the limited number of local suppression resources.

Additionally, several platted and developed communities are scattered throughout the district. Prevalent lightning and high recreational use increase the probability of wildfire in the district.

**Table 7.  Telluride Community Hazard/Risk Ratings**

| Community Name | Fire Protection District | Hazard Rating |
|---|---|---|
| Aldasoro | Telluride | Low |
| Ophir | Telluride | Low |
| San Bernardo/Priest Lake | Telluride | Low |
| Hastings Mesa | Telluride | Moderate |
| Ilium Valley/Ames | Telluride | Moderate |
| Lower Mountain Village | Telluride | Moderate |
| Two Rivers Subdivision | Telluride | Moderate |
| Telluride/Hillside | Telluride | Moderate |
| Iron/Mackenzie Springs | Telluride | High |
| Down Valley | Telluride | High |
| Trout Lake | Telluride | High |
| Upper Mountain Village | Telluride | High |
| Brown Ranch | Telluride | Very High |
| Lawson Hill | Telluride | Very High |
| Specie Mesa | Telluride | Very High |

BLM_0063695

## PREPAREDNESS AND FIREFIGHTING CAPABILITIES

This combination department has three stations covering the district. The main station is located in Telluride. Station 2 serves Mountain Village. Station 3 is in Placerville and services the lower valley. The district has approximately 60 volunteers and 5 full time career staff. Of these FD members approximately 40 are Red Carded. A few advanced qualifications in Wildfire Fire are held including Task Force Leader and Type 4 I.C.



**Telluride, Station 1**
**131 W. Columbia, Telluride,**
**Colorado 81435**
**(970) 728-3801**



**Mountain Village, Station 2**
**411 Mountain Village Blvd,**
**Mountain Village, Colorado 81435**
**(970) 728-6007**



**Placerville Station**
**24400 Highway 145**
**Placerville, CO 81430**
**(970) 728-3802**

107

BLM_0063696

**Table 8. Telluride Fire Protection District Apparatus and Personnel**

| Station | Manufacture | Use | GPM | Water | Year | Wildland Type | Other |
|---|---|---|---|---|---|---|---|
| **Station 1** | | | | | | | |
| Engine 1 | Rosenbaurer | Pumper | 1250 gpm | 500 gal | 2006 | Type 1 | |
| Tower 1 | E-One | Tower | 1250 gpm | n/a | 2003 | n/a | 95 ft |
| Rescue 1 | Precision | Rescue | n/a | n/a | 1999 | n/a | |
| Ambulance 1 | F450 | | n/a | n/a | 2006 | n/a | |
| Ambulance 11 | F450 | | n/a | n/a | 2006 | n/a | |
| | | | | | | | |
| Vol Firefighters | | 22 | 8 Red Card | | | | |
| | Highest Qual Level | FFT2 | | | | | |
| **Station 2** | | | | | | | |
| Engine 2 | Pierce | Pumper | 1250 gpm | 500 gal | 2000 | Type 1 | |
| Ladder 2 | Pierce | Ladder | 1250 gpm | 500 gal | 1987 | n/a | |
| Tender 2 | International | Tender | 250 gpm | 1500 gal | 2006 | Type 2 Tactical | |
| Brush 2 | F450 | Brush | 150 gpm | 250 gal | 2000 | Type 6 | |
| Ambulance 2 | F450 | Medical | n/a | n/a | 2006 | n/a | |
| Ambulance 4 | F450 | Medical | n/a | n/a | 1996 | n/a | |
| Chiefs Vehical | Explorer | | n/a | n/a | 1999 | n/a | |
| | | | | | | | |
| Vol Firefighters | | 20 | 9 Red Card | | | | |
| | Highest Qual Level | ENGB | | | | | |
| **Station 3** | | | | | | | |
| Engine 36 | Frieghtliner | Pumper | 1250 gpm | 550 gpm | 2000 | Type 1 | |
| Engine 39 | Spartan | Pumper | 1250 gpm | 1000 gal | 1986 | Type 1 | |
| Brush 34 | International E-One | Brush | 500 gpm | 550 gal | 2002 | Type 3 | CAFS |
| Brush 33 | F350 | Brush | 150 gpm | 250 gal | 1991 | Type 6 | |
| Tender 31 | Frieghtliner | Tender | 250 gpm | 2000 gal | 2002 | Type 1 Tactical | |
| Tender 32 | Frieghtliner | Tender | 250 gpm | 2000 gal | 2002 | Type 1 Tactical | |
| Ambulance 3 | F450 | Medical | n/a | n/a | 2006 | n/a | |
| Suburban | Chevrolet | Recon | n/a | n/a | 1999 | n/a | |
| | | | | | | | |
| Vol Firefighters | | 19 | 19 Red Card | | | | |
| | Highest Qual Level | TFLD/ICT4 | | | | | |

108

BLM_0063697

| District Staff | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Firefighters Full Time | | 5 | 4 Red Card | | | | |
| Paramedics Full Time | | 3 | | | | | |
| | Highest Qual Level | TFLD/ICT4 | | | | | |
| Volunteer Emt | | 30 | 1 Red Card | | | | |
| Other | | | | | | | |
| Engine 15 | Pierce | Pumper | 1250 gpm | 500 gal | 1986 | Type 1 | |
| QRV Paramedic | Ford Expedition | Medical | n/a | n/a | 2006 | n/a | |
| Fire Marshal | Chevy Colorado | | n/a | n/a | 2008 | n/a | |
| District Chief Vehical | Honda CVA | | n/a | n/a | 2008 | n/a | |
| Mechanics Truck | Chevrolet | Mech | n/a | n/a | 2000 | n/a | |

## RECOMMENDATIONS

### Firefighter Training

**Priority Level High:** Provide education and experience for all firefighters including

- I-100 (basic ICS) for all firefighters and I-200 (Intermediate ICS) for all fire officers. NIMS courses could satisfy these recommendations.
- A Telluride tailored Basic Wildland Firefighting and Fire Behavior (NWCG S-130/190) for all fire department members.
- S-215 Fire Operations in the Urban Interface should be presented to all fire department members.
- Organize and facilitate table-top or sand-table wildfire exercises with many agencies attending.
- Organize and facilitate an annual wildfire interface training exercise within the communities outlined in this CWPP. Encourage multi-agency participation.
- Encourage personnel to participate in out-of-district training opportunities.

**Priority Level High:** Run the next Bluegrass Festival or other significant event as a Type 3 incident utilizing county wide and federal resources to plan and execute the fair. This will build trust and competency between the partners in preparation for the next significant fire event.

- Training in preparation of this event should include
  - ICS 100, 200 and 300
  - Practical or table top exercise with the designated Team.
  - A training officer should be assigned to the team to facilitate OJT or Task Book competencies.

109

o   Consider inviting experienced ICS personnel to proctor the incident and provide input during the After Action Review.

**Priority Level Moderate:** Develop a program to become cooperators with the Colorado State Forest Service for state and national wildfire response.

o   The TFPD does not have enough wildfires in the district for fire fighters to gain competency. Cooperating with the CSFS provides substantial opportunity to learn and return with increased knowledge that can be share and utilized at the district level.

## Firefighter Safety

**Priority Level High:** Provide minimum wildland Personal Protective Equipment (PPE) for all firefighters. (See NFPA Standard 1977 for requirements.)

**Priority Level High:** Ensure that the current fire operations personnel rehabilitation system is sufficient. At a minimum each department should have drinking water and MRE's (meals ready to eat) to support their personnel for 24-48 hours.

## Equipment

**Priority Level High:** Ensure that all wildfire apparatus have the ability to discharge Class A firefighting foam. Foam is a proven agent which enhances the effectiveness of water especially when applied to thick grass. Most fire departments currently use this and can be a source of information and training for others.

**Priority Level High:** Develop an equipment maintenance and replacement plan.

110

BLM_0063699

## WATER SUPPLY

Due to the nature of the wildland fuels in the study area, water is a critical fire suppression resource. Telluride and several of the communities are serviced by an adequate hydrant network. The Town of Mountain Village has a 3 million gallon tank which is stored in the Ski Ranches, two miles above the town.  The water is available via hydrants throughout the town.

 Immediately accessible water sources must always be considered to fully support fire operations; therefore, the following recommendations are suggested.

## RECOMMENDATIONS

**Priority Level High:** Ensure that hydrants are operational. Test hydrants annually, and guarantee that they are obstruction free and visible.

**Priority Level High:** Support and facilitate the installation of draft hydrants and cisterns as described in the community recommendations to follow.

111

# COMMUNITIES – LOWER VALLEY

**Figure 32. Telluride FPD Communities – Lower Valley**



BLM_0063701

**Figure 33.  Telluride Lower Valley Fire Station Distances**



113

BLM_0063702

## 1. Specie Mesa – Hazard Rating: High

 

Entrance to Specie Mesa Ranch Subdivision

### Description

The Specie Mesa area includes the following residential subdivisions:

- The Peninsula (Peninsula Park, Peninsula, Peninsula Pines, Peninsula Point)
- Estates Ranches
- Specie Mesa Ranch
- Top of the World
- Views at Top of the World
- Several independent parcels including access to the Great American Ranch (Beaver Mesa)

These associations operate independently for the most important and do not generally cooperate on other activities.

Home construction is mostly consistent throughout the area: class-A roofing materials are common as is heavy log/timber construction or other wood siding and decks. Homes tend to be large with multiple outbuildings. More recently constructed homes in the Peninsula tend to have fire resistant roofing materials. Many homes are built in locations that maximize views. This also tends to locate them on or near steep canyon walls with extreme hazard. Lots are generally 35 acres in size though they can vary from 5 to over several hundred acres. Many driveways in the area are sub-standard in width and vegetative clearance and have trees or man-made obstructions that may block fire equipment access. Most homes have minimal water storage in the form of in-home storage tanks of 100 gallons or less to buffer well water supplies. There are also several large ranches in the area. Federal lands – National Forest and BLM – abut many properties in the area including all of the Peninsula and much of the remaining sub-divisions.

There is no municipal water supply in the area. There are several ponds in the area including two all year ponds in Specie Mesa Ranch, one small pond in the Estate Ranches and several other smaller ponds. There are also seasonal ponds in the Peninsula and elsewhere that could be converted with proper investment into permanent water storage facilities.

Fuels in the area are a mix of Ponderosa Pines, Gambel Oak, Pinyon Pines, Junipers, Firs and open grass meadows. Of particular concern is the dead oak which is often adjacent to or under Ponderosa Pines. The forest appears to be relatively uniform age with a few old-growth – up to 300 year old – Ponderosa Pines interspersed. Recent years of drought have killed a large percentage of the Gambel Oak and stressed the pines leading to die off and increased beetle

114

BLM_0063703

kill. The terrain bordering many of the subdivisions or partially included within them is extremely steep. Slopes such as those found in Saltado Creek Canyon with south and southwest facing slopes tend to be extremely dry and characterized by Pinyon/juniper forests with heavy clusters of oak and much deadfall. Prevailing winds tend to be from west to east and can be extremely strong in all seasons.

## SPECIE MESA RECOMMENDATIONS

- Roadside brushing along all roads in all subdivisions should be conducted to improve visibility and safety since these roads are the subdivisions only access and egress. Brushing projects will need to be repeated every several years.

- M-44/Specie Creek Road should be treated to improve safety include thinning of hazardous areas of brush and forest. Particular attention should be given to stands of trees which threaten access. Most hazardous areas are on federal land or within the County's right of way.

- Access to one or both of the ponds in the Specie Mesa Ranch subdivision should be improved and a draft hydrant installed to facilitate drafting.

- One or more of the seasonal ponds in The Peninsula should be considered for improvement to maintain water all year. Such improvements would include lining. The owner of the large seasonal pond on "Sunset Watch" has indicated a willingness to work on a cooperative basis with the POA and the County to improve that pond which already has a dry hydrant installed. Others ponds should be examined for similar potential. Such improvements are very costly and some type of cost sharing would greatly improve the chances for such a project.

- Adequate defensible space for all structures and driveways is recommended. Structure survivability and access could be dramatically increased by limbing, mowing and or weed whacking for 150 feet around homes (greater on steep slopes), structures and 50 feet around driveways. Driveways should be examined and improved to facilitate emergency apparatus access and impediments to such access should be removed.

- Clear flammable vegetation and hazardous materials, including firewood, away from exposed decks, propane tanks and power lines serving subdivisions and the region.

- Safe zones and "shelter-in-place" zones for people and domestic animals should be identified and permanent signage installed to mark these areas.

- Owners Associations should consider programs like association provided chipping or burning of slash and other efforts to encourage fire mitigation work.

- Regular education programs as simple as yearly emails to subdivision owners with FireWise and other educational material links should be conducted by owners associations. Additionally the County should consider mailing fire safety information with tax or utility bills. Owners associations should be encouraged and facilitated in creating forest health and fire safety subcommittees perhaps with the goal of creating subdivision mini-community wildfire plans for each subdivision. Colorado State Law regarding cooperative owners' associations requires owners associations to conduct annual education efforts for owners. Fire safety and forest health are natural subjects for these education efforts.

BLM_0063704

- Work with federal and state agencies to create a buffer zone between federal and private lands to slow and reduce scale of fires that might move from steep canyon walls to mesa tops.

- Selective controlled burning on both private and federal land should be considered.

- The County should provide model Fire Safety and Forest Health regulations that subdivisions could modify and incorporate into their existing Covenants, Restrictions and Regulations. Model regulations might include defensible space, forestry regulations, construction materials and other best practices.

- The County should consider building regulations which place new structures away from canyon walls and set minimum safety requirements for building materials, driveway construction and other fire safety measures. New or replacement roofing materials should be required to be inflammable. Entrance gates for subdivision roads and driveways should be required to accommodate fire apparatus.

**Figure 34** on the next page shows the proposed Specie Mesa South Fuel Treatment project, which runs along the main access route to the Specie Mesa community.

115

**Figure 34.  Specie Mesa South Fuel Treatment**



BLM_0063706

## 2. Iron/Mackenzie Springs – Hazard Rating: High

 

### Description

The area of Iron Springs and Mackenzie Springs includes the primarily residential areas of the mesa, with the exception of Brown Ranch, which is a separate community. Home construction is consistent throughout the community: Class A roofing materials and either heavy log/timber construction or other wood siding and decks. Homes tend to be large with multiple outbuildings. Lots are generally 5+ acres. There are several larger ranches in the area.

A significant history of fire ignitions has been recorded west of the community on Federal lands. It is also worth noting that a fire originating on Federal lands to the east could move uphill into the community. A geographic fuel break is not recommended until the area is more built out. The few homes within the area should focus on defensible space for the primary structure and all outbuildings.

The primary access/egress route is the X48 Road which runs over two miles from the intersection with HW 62 to the intersection of McKenzie Springs Road. The road is steep and crosses several drainages with heavy fuel concentrations. There is no municipal water supply in the area, but the district has proposed installing a draft hydrant in the pond south of the intersection of McKenzie Springs Drive and McKenzie Springs Road. Anchor Point supports this proposal.

The predominant fuels in this community are a mix of closed canopy Ponderosa Pine and Aspen. There is potential for crown fire and the fire intensity is moderate to extreme. There is some Gambel Oak in the understory, which can be very volatile and burn very hot under drought conditions. It should be managed and maintained regularly. Aspen stands are much less of a concern and usually act as natural firebreaks. However, the stands should be cleared of dead and down material to minimize the potential for fire spread.

117

BLM_0063707

## IRON/MACKENZIE SPRINGS RECOMMENDATIONS

- Establish a community water supply through the installation of a draft hydrant on Mackenzie Springs Drive

- Gambel Oak should be thinned from the understory of the ponderosa.

- Dead and down material should be removed from Aspen stands.

- Adequate defensible space into Zone 3 is recommended for all homes, especially those located adjacent to the steep slopes and canyon edges.

    o Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

118

BLM_0063708

### 3. Brown Ranch – Hazard Rating: Very High



<u>Description</u>
Home construction in Brown Ranch is consistent throughout the community: Class A roofing materials, and traditional wood siding and decks. Homes tend to be large with multiple outbuildings. Lots are generally 5+ acres. There are several larger ranches in the area. The primary access route is the X48 Road which runs approximately one mile from the intersection with HW 62 to the intersection of Brown Ranch Road. The road is steep and crosses several drainages with heavy fuel concentrations. There is no municipal water supply in the area. A draft hydrant should be installed in the pond near the Z60 and 57 ½ Road to establish a community water supply.

The fuels in this community vary from shrubs to Mixed Conifer. Mixed conifer stands have a potential for crown fire because low-lying limbs can act as ladder fuels. The community of Brown Ranch is concerned about the fire history west of the mesa. Fire behavior modeling and on-site inspections indicate a low potential for a fire moving off of Federal lands to the east and into the community. The large, grazed meadow and road system provide geographic fuel breaks for the community. The more probable fire threat is from an ignition off of HW 62 or from the lower (eastern) areas of the community running uphill into the community.

119

BLM_0063709

## BROWN RANCH RECOMMENDATIONS

- Establish a community water supply.

- Install a draft hydrant on the Z 60 Road pond.

- Strategically locate a large cistern (30,000 – 50,000 gallons) to augment the draft hydrant and water tenders.

- Ensure that the large pasture area is grazed.

- For areas that are not grazed, ensure that Brown Ranch Road and High Bluff Road maintain a minimum of 20 feet of mowed grass and thinned trees and or brush on either side of the road.

- Adequate defensible space is recommended for all homes.
    - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

**Figure 35** on the next page shows the proposed fuel treatment projects that will have an impact on the Brown Ranch, Iron Springs and Mackenzie Springs communities.

BLM_0063710

**Figure 35.  Fuels Treatments: High Bluff / Brown Ranch / CR X48 / Highway 62**



BLM_0063711

## 4. Hastings Mesa – Hazard Rating: Moderate



### Description

The area of Hastings Mesa includes the populated areas of the mesa including Old Elam Ranch, San Juan Village and the scattered homes and ranches throughout the mesa. Home construction is varied throughout the area, although Class A roofing materials and either heavy log/timber construction or traditional wood siding and decks are predominant.  The primary access routes include the following: 56-V road off of Hwy. 62; 58P Road off of Hwy. 62 at Noel; and 58P off of Hwy. 145 at Sawpit. The roads are good dirt and gravel, but access to the mesa can be steep and winding, making the access and egress slow for responding apparatus. There is no municipal water supply in the area.

The fuels in this community are primarily open grass meadows, Gambel Oak and Aspen.  The grass can easily ignite and spread rapidly into the Gambel Oak stands. Gambel Oak is very volatile and can burn very hot with extreme fire behavior under drought conditions. Aspen is typically a natural firebreak but dead and down material can allow fire spread through the stand.

122

BLM_0063712

## HASTINGS MESA RECOMMENDATIONS

- Adequate defensible space is recommended for all homes.
    - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.
- Discourage the use of combustible materials for the construction of projections below roof line such as decks.
- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.
- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.
- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.
- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.
- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.
- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

BLM_0063713

## 5. Lower Valley – Hazard Rating: High



### Description

This community area includes all the structures on Hwy. 145 from the junction of Hwy. 62 west to the bottom of the hill near Two River Subdivision. Placerville and Sawpit are part of this community. Home construction is consistent throughout the area: Class A roofing materials with wood siding and decks are predominant. All structures are accessed off of Hwy. 145. Roads and driveways accessing homes vary in quality, and many of the driveways are sub-standard in width and vegetative clearance. There is no pressurized municipal water supply in the area, although draft hydrants and draft locations along the river provide water supply.

The fuels vary, but there is generally a mix of riparian hardwoods and open grass in the valley bottom, with mixed conifer on the north-facing slopes and Pinyon-Juniper on the south-facing slopes. The biggest concern would be embers and flaming material cast down from a fire on the steep slopes.

BLM_0063714

## LOWER VALLEY RECOMMENDATIONS

- Ensure that all bridges are evaluated and placarded for bridge load limits.

- Standardize both street and home addressing.

- Install draft hydrants in all historic draft sites along the river and sign appropriately.

- During times of extreme fire danger, use CDOT mobile electronic bulletin boards in conjunction with public events to increase public awareness along the Hwy. 145 Corridor.

- Adequate defensible space is recommended for all homes.
  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

BLM_0063715

# COMMUNITIES – UPPER VALLEY

**Figure 36. Telluride Upper Valley Communities**



BLM_0063716

**Figure 37.  Telluride Upper Valley Fire Station Distances**



BLM_0063717

## 1. Lawson Hill – Hazard Rating: Very High



**Description**

This community has a higher density of homes than most of the other surrounding areas. The primary access is via a paved winding and steep. The road is somewhat narrow for emergency equipment. There is a second means of egress in this community. However, it is gated and not maintained in the winter. It is not a paved surface and exits onto HWY 145. There is a lot of yard clutter and flammables stored under decks and under the wooden walkways between parking areas and the homes.

The fuels are a mix of Aspen and Conifer. The area is maintained with lawns and landscaping but the perimeter is more densely covered with Conifer. There is a very steep cliff to the southwest with a drainage that runs from the river south/southeast to the top of the community. There is heavy fuel loading along this drainage that should be mitigated.

128

BLM_0063718

## LAWSON HILL RECOMMENDATIONS

- A fuelbreak is recommended in the drainage below Society Drive and towards Highway 145. Patch-cuts promoting re-growth of healthy young aspen should be implemented as well (see **Figure 38** on the next page).

- Linked defensible space is recommended for homes along Society Drive, Elkhorn court (see **Figure 38** on the next page).

  o Adequate defensible space is recommended for all homes.

- Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

- Make certain any fire hydrants are visible, maintained and operable.

129

BLM_0063719

**Figure 38.  Fuels Treatments: Lawson Hill 1 & 2**



BLM_0063720

## 2. Trout Lake – Hazard Rating: High



<u>Description</u>
This community is a mix of old and new construction with some wood shake roofs. The north side of the community is accessed through a narrow dirt road that loops around the lake and out to Hwy 145. The south side has only one way in and out.  Some of the spur roads are steep, narrow and are not adequate for emergency equipment access. Trout Lake is a good water source but there is no formal water supply connection. The main road is an access to public lands to the east and increases traffic in the summer time. The lake is also public access. The nearest fire station is over 5 miles away via a steep road.

The fuels vary from Aspen stands to mixed conifer. The biggest concern is the south side of the community where the homes are built within the mixed conifer. The stand has bug kill, with standing dead trees that can significantly increase the fire potential.

131

BLM_0063721

## TROUT LAKE RECOMMENDATIONS

- The historic railroad water fill tank should be inspected and mitigated.

- Install a dry hydrant connection at Trout Lake and develop access for emergency equipment.

- Mixed Conifer stands should be surveyed for beetle infestation and any infected trees removed. This should be done annually before summer.

- Provide fire safety information at the entrance / parking area on the lake. Provide fire safety information with all special use permits (weddings, etc.).

- Adequate defensible space is recommended for all homes.

  o Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

BLM_0063722

### 3. Upper Mountain Village – Hazard Rating: High



**Description**

This includes the primarily residential area south of Mountain Village Blvd. as well as Fox Farm, Elk Run, and Raspberry Patch. The construction is similar throughout the area, although some of the construction is older in some of the sub-communities. The road system is good, but it is steep and winding. The area has hydrants and a fire station. There is a network of paths and ski runs that can be used as fuel breaks. The homes are more in the mixed conifer than the lower village. The biggest concern is the shake shingle roofs that are present on many of the structures. The area is patrolled regularly.

Fuels are primarily made up of Aspen stands and stringers of mixed conifer. Most of the homes are built adjacent to these conifer stringers and should maintain a good defensible space buffer. There is also more evidence of beetle kill in these stands. Aspen is rarely a concern for firefighters and acts as a natural fire break. However, some of the stands are in decline and may have dead and down trees and limbs that will burn more intensely. The mixed conifer will act as a ladder fuel and move fire into the crowns. Conifers generate embers and standing red trees will further contribute to intense torching and crowning. The biggest concern would be embers onto the shake shingle roofs.

133

## UPPER MOUNTAIN VILLAGE RECOMMENDATIONS

- A secondary emergency egress should be explored between Ridge Road and San Sophia Drive (see **Figure 39**).

- A secondary emergency egress should be explored between Touchdown Road and Snowdrift Lane (see **Figure 39**).

- Aspen stands should be thinned in order to reduce fire intensity and improve the health of the stand.

- Mixed Conifer stands should be thinned and limbed to defensible space standards.

- Mixed Conifer stands should be surveyed for beetle infestation and any infected trees removed. This should be done annually before summer.

- All cedar shake roofs should be replaced by Class A roofing materials.

- Provide rental and property management companies with fire safety brochures that can be distributed and made available to guests in the summer months.

- Post fire danger for the day at the gate house entrance. This information will need to be kept current.

- Linked defensible space is recommended for all homes.
  - Simply limbing, mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters, could profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

- Make certain any fire hydrants are visible, maintained and operable.

BLM_0063724

**Figure 39. Upper Mountain Village Evacuation Routes 1 & 2**



BLM_0063725

## 4. Two Rivers Subdivision – Hazard Rating: Moderate



### Description
This community is made up of closely spaced town homes. The access is via Ilium road, which is well maintained and a paved road through the community. The community has a hydrant system; however, the fire department is more than 5 miles away. There are plans to develop more units to the west. Some of the units have exposed decks and combustibles stacked near or against the structure.

The fuels are mostly grass directly around the structures; however, there is a stringer of conifers to the north that could be an issue. The grass can easily ignite and move into the conifers. The conifers have branches to the ground (ladder fuels) and could move the fire up into the crowns casting embers back toward the homes.

136

BLM_0063726

## TWO RIVERS RECOMMENDATIONS

- Extended and linked defensible space is recommended for all homes, especially those located on the outer perimeter adjacent to forest. Refer to **Figure 40** on the next page.

    - Simply limbing, mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters, could profoundly increase structure survivability. Clean leaf and needle litter from roofs and gutters and away from foundations.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

- Make certain any fire hydrants are visible, maintained and operable.

BLM_0063727

**Figure 40.  Two Rivers Linked Defensible Space**



138

BLM_0063728

## 5. Telluride/Hillside – Hazard Rating: Moderate



**Description**

This includes structures from Society Turn east including Telluride. There is a mix of construction types and land use in the area. The upper valley is more open then the lower valley and overall has better access for fire response. There are hydrants and stations located in close proximity to most of the area. Telluride has some narrow, steep streets on the north side that are of concern for fire response.

The fuels vary but generally, it is a mix of riparian hardwoods and open grass in the valley bottom and mixed conifer on the slopes. The south-facing slopes have Pinyon-Juniper and the north-facing slopes have mixed conifer. There is also a large open space area that is not maintained. While this is a wetland, the fuel loading is high and under drought conditions, could support a fire that would move quickly through the valley and towards the adjacent conifer slopes.

139

BLM_0063729

## TELLURIDE/HILLSIDE RECOMMENDATIONS

- Make certain all fire hydrants are visible, maintained and operable.

- During times of high to extreme fire danger – utilize mobile CDOT signage along Hwy 145 to heighten awareness.

- Provide fire safety information at the trailhead / parking area on the east side of the large open space. (Hwy. 145 at the Conoco).

- Adequate defensible space is recommended for all homes.

  o Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

  o In Telluride, the homes backing up to natural fuels on the North side, should take particular care to create defensible space

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

- Make certain any fire hydrants are visible, maintained and operable.

140

BLM_0063730

## 6. Ilium Valley/Ames – Hazard Rating: Moderate



### Description

This community is positioned along the South Fork of the San Miguel River drainage. The homes are of mixed construction but are mostly class A or B roofing with wood siding. Several of the structures are of heavy timber or log construction resulting in a fire resistive home. Addressing for streets and homes is poor. There is dual access to this neighborhood on a steep narrow dirt road. This road would be challenging for emergency equipment. There is adequate water but no formal water supply. There is also an electrical transfer station with numerous power lines that should be inspected.

The fuels are mixed conifer and mixed hardwoods. This is a riparian area with mostly fire resistant species. However, the topography is a classic chimney that would accelerate fire through the drainage and up the hill. A fire start from below could loft embers into the more receptive conifers.

141

## ILIUM VALLEY/AMES RECOMMENDATIONS

- Inspect transfer station and mitigate with defensible space if necessary.

- Install draft hydrants along the river and develop access for emergency equipment.

- Install a fire department connection to the private water tank above community.

- Adequate defensible space is recommended for all homes.
  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

142

BLM_0063732

## 7. Lower Mountain Village – Hazard Rating: Moderate



<u>Description</u>
This community includes the area north of Mountain Village Boulevard. There is a mix of construction types and land use in the area. The biggest concern is the shake shingle roofs that are present on almost all the structures. The road system is good with turnouts and several ways in and out of the village. The area has hydrants and a fire station.  There is a network of golf courses, paths and trails that can be used as fuel breaks. The northeast portion of the community sits above a steep heavily forested slope. The area is patrolled regularly.

Fuels are primarily made up of large grass meadows and Aspen stands. There are stringers of mixed conifer throughout the area. Some of the homes are built adjacent to these conifer stringers and should maintain a good defensible space buffer. Grass is a flashy fuel that can spread fire quickly up the slope. Aspen is rarely a concern for firefighters and acts as a natural fire break. The stands may have dead and down trees and limbs that will burn more intensely. The mixed conifer will act as a ladder fuel and move fire into the crowns. The biggest concern would be embers onto the shake shingle roofs.

143

BLM_0063733

## LOWER MOUNTAIN VILLAGE RECOMMENDATIONS

- A modified fuelbreak should be implemented along the northeast portion of the community near Country Club Drive. See **Figure 41** on the next page.

- Aspen stands should be thinned in order to reduce fire intensity and improve the health of the stand.

- Mixed Conifer stands should be surveyed for beetle infestation and any infected trees removed. This should be done annually before summer.

- Provide rental and property management companies with fire safety brochures that can be distributed and made available to guests in the summer months.

- Post fire danger for the day at the gate house entrance.  This information will need to be kept current.

- Adequate defensible space is recommended for all homes.
  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

- Make certain any fire hydrants are visible, maintained and operable.

**Golf Courses:**
- Along cart and foot trails mow grass and weeds to a low height. This should be a minimum of 6 feet from the edge of the trail where possible.
- All buildings and improvements adjacent to wildland fuels should follow defensible space recommendations.
- During times of high fire danger, a "no smoking" policy should be enacted and enforced when on the course.
- Wildfire educational materials and fire danger signage should be available and posted at the clubhouse. The fire danger for the day should be displayed; this information will need to be kept current.

144

**Figure 41.  Fuels Treatments: Country Club Drive**



BLM_0063735

## 8. Aldasoro – Hazard Rating: Low



### Description

This community is positioned on a large sloping mesa. The homes are spread out on large open lots. The access road is paved but is steep and winding. Signage in the community is good. There are hydrants throughout the community; however, the nearest fire station is over five miles away.

The fuels are made up of large grass meadows and Aspen stands. Further up the slope is some mixed conifer. A few of the homes are built in the conifers and should maintain a good defensible space buffer. Grass is a flashy fuel that can spread fire quickly up the slope. Aspen is rarely a concern for firefighters and acts as a natural fire break. The stands may have dead and down trees and limbs that will burn more intensely.

146

## ALDASORO RECOMMENDATIONS

- Aspen stands should be thinned to reduce fire intensity and improve the health of the stand.

- Provide rental and property management companies with fire safety brochures that can be distributed and made available to guests in the summer months.

- Adequate defensible space is recommended for all homes.

  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4" or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

- Make certain any fire hydrants are visible, maintained and operable.

147

### 9. Ophir – Hazard Rating: Low



<u>Description</u>
This community has varied construction. There are old historic structures and newer residences. Almost all the homes have metal roofs. The homes have lawns and are well maintained. Overall, the community lies on a gently sloping to flat open mesa. The density varies from block to block.  At the bottom of the community are some old mines with significant amounts of old wood piled. Access is primarily one way in and out, however there is a 4 wheel drive route that goes west and climbs up and out of the vegetation. There is increased traffic in the summer because of this road. The community has hydrants and some fire boxes with hose and other equipment.

The fuels within the community are primarily grass with some landscape trees. The south-facing slopes are mostly Aspen and shrubs and eventually rise above the tree line. The west end of the road is primarily Aspen and grass as well. On the south side of the community are a few homes adjacent to or within a heavier mixed conifer stand. The biggest concern would be a wind driven grass fire that could spread quickly through the community.

148

## OPHIR RECOMMENDATIONS

- Post fire awareness signs at the parking areas for climbers and other recreational users.

- Adequate defensible space is recommended for all homes.
  - o  Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.
  - o  Ensure all historic structures have defensible space.

- Discourage the use of combustible materials for the construction of projections below roof line such as decks.

- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.

- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.

- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.

- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.

- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.

- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.

- Make certain all fire hydrants and fire boxes are visible, maintained and operable.

149

BLM_0063739

## 10. San Bernardo/Priest Lake – Hazard Rating: Low



### Description

This community is on a short one way in and out dirt road. The road is narrow and does not have adequate turnarounds for emergency equipment. The homes are of newer construction with Class A roofs. Addressing is good throughout the area. There are hydrants throughout the community. The nearest fire station is over 5 miles away. There is quite a bit of yard clutter and flammables stored under decks.

Fuels are primarily Aspen and grass. There are some conifers but not in continuous stands.  A concern could be from a grass fire that would easily spread through the community.

BLM_0063740

## SAN BERNARDO/PRIEST LAKE RECOMMENDATIONS

- Adequate defensible space is recommended for all homes.
  - Simply mowing or weed whacking for 50 feet around homes and structures, and cleaning leaf and needle litter from roofs and gutters and away from foundations, will profoundly increase structure survivability.
- Discourage the use of combustible materials for the construction of projections below roof line such as decks.
- Open areas below decks and projections should be enclosed or screened to prevent the ingress of embers and kept clean of flammable materials, especially where such openings are located on slopes above fuels. Use fine mesh metal screen (1/4″ or less) to cover eaves, roof, and foundation vents.
- Discourage the planting of flammable ornamental vegetation within 30 feet of homes.
- Add reflective addressing to all driveways or homes, using only non-combustible materials. A good guideline for this practice is to place the markers five feet above ground level on the right side of the driveway.
- Extended defensible space is recommended for most homes, due to the dangerous topography and heavy fuel loads in and adjacent to this community.
- Remove wood piles and any flammable yard clutter to at least 30 feet from structures and propane tanks. Wood piles should be located uphill or even with homes; never downhill.
- Wherever possible, on driveways and private roads longer than 300 feet, add pullouts for emergency apparatus. Turnarounds should be constructed at the end of long driveways and dead-end roads.
- Make certain any fire hydrants are visible, maintained and operable.

151

# SAN MIGUEL SHERIFF'S OFFICE RESPONSE AREA (UNINCORPORATED)

The San Miguel County Sheriff is responsible for wildland fire suppression on all private and state lands in areas outside of fire protection district boundaries. Unincorporated San Miguel County is provided fire protection by three local Fire Protection Districts: Telluride Fire Protection District, Norwood/Redvale Volunteer Fire Department, and Egnar Slickrock Volunteer Fire Protection District. The Montrose Interagency Dispatch Center is responsible for wildland fire suppression efforts on public lands.

A map of the San Miguel Unincorporated areas can be found on the last page of this report.

## PREPAREDNESS AND FIREFIGHTING CAPABILITIES

The San Miguel County Sheriff's Office has two stations, both of which contain wildland firefighting equipment. The main building is at the County Shop to the east of Norwood. The Dry Creek Basin substation is shared with the Norwood Redvale Fire Protection District. There are 12 deputies trained in basic wildland fire suppression. None of these individuals is Red Carded.



**Norwood Fire Cache**
**39595 Hwy 145**
**Norwood, CO 81423**
**[No Phone]**



**Dry Creek Basin**
**369 CR U29E**
**Dry Creek Basin, CO 81431**
**[No Phone]**

## APPARATUS

**Station 1, Norwood Fire Cache**
Staffed by volunteers
- Apparatus
  - 1- T-6 Engine
  - 1- T-7 Engine
  - 1- Mobile Command Vehicle
  - 4- All Terrain Vehicles
  - 2- Ambulances

**Station 2, located at Dry Creek Basin (shared with Norwood FPD)**
Staffed by volunteers
- Apparatus
  - 1- T-3 Engine 500 gal with 250 GPM 4WD **(E-4)**

BLM_0063742

## FIREFIGHTER TRAINING

**Priority Level High:** Provide education and experience for all existing and new members including:

- o I-100 (basic ICS) for all firefighters and I-200 (Intermediate ICS) for all fire officers. NIMS courses could satisfy these recommendations.
- o Introduction to Wildland Firefighting and Fire Behavior (NWCG S-130/190) for all new members.
- o S-215 Fire Operations in the Urban Interface should be presented to all new members.
- o Organize and facilitate table-top or sand-table wildfire exercises with other agencies.
- o Encourage personnel to participate in out-of-district training opportunities.

**Priority Level High:** Run the next Bluegrass Festival or other significant event as a Type 3 incident utilizing county wide and federal resources to plan and execute the fair. This will build trust and competency between the partners in preparation for the next significant fire event.

- Training in preparation of this event should include
- o ICS 100, 200 and 300
- o Practical or table top exercise with the designated Team.
- o A training officer should be assigned to the team to facilitate OJT or Task Book competencies.
- o Consider inviting experienced ICS personnel to proctor the incident and provide input during the After Action Review.

**Priority Level Moderate:** Develop a program to become cooperators with the Colorado State Forest Service for state and national wildfire response.

- o The SMSO does not have enough wildfires in district for fire fighters to gain competency. Cooperating with the CSFS provides substantial opportunity to learn and return with increased knowledge that can be share and utilized at the district level.

## FIREFIGHTER SAFETY

**Priority Level High:** Hire a Wildfire Mitigation Coordinator. The position should be designed to function as an inter-agency liaison between San Miguel County and the various local, state and federal partners with local interests in wildfire mitigation. The Wildfire Mitigation Coordinator would assist County staff and local fire protection districts in the coordination and implementation of wildland fire education programs, grant procurement, forest health management and fuels treatment management. The position would also be responsible for maintaining the Wildfire Safety Program and any plans that are currently in place, as well as coordinating updates to this CWPP.

**Priority Level High:** Ensure that the current fire operations personnel rehabilitation system is sufficient. At a minimum each department should have drinking water and MREs (meals ready to eat) to support their personnel for 24-48 hours.

153

## EQUIPMENT

**Priority Level High:** Ensure that all wildfire apparatus have the ability to discharge Class A firefighting foam. Foam is a proven agent which enhances the effectiveness of water, especially when applied to thick grass. Most fire departments currently use this and they can often be a source of information and training for others.

**Priority Level High:** Develop an equipment maintenance and replacement plan.

154

BLM_0063744

**Figure 42.  San Miguel Sheriff's Office Response Area (Unincorporated)**

BLM_0063745

# Weed Control Program

Mission: Non-native invasive plants (weeds) pose a serious threat to the environment of San Miguel County. The mission of the San Miguel County Weed Control Program is to halt the degradation of our environment by implementing an Integrated Weed Management Plan (IPM) with the goal of preventing the introduction of new invaders, early recognition of those plants that do arrive and stopping the spread of common noxious weeds already present within the County.

We will seek to break down borders between jurisdictions by providing information and services to residents of the County as well as to the many other major landholders including Federal, State and local government entities.

For reasons of preserving functioning native ecosystems, protecting agricultural economics and fostering recreational and scenic values in Colorado, and specifically San Miguel County, the management of weed species is essential.

Phone Number: (970) 327-0399

---

Pesticide Applicators List 2010

- General
- Cost Share Program
- Weed Species List
- Spotlight Species

Phone: (970) 327-0399
Fax: (970) 327-4090
General Email:  sheilag@sanmiguelcounty.org

Business Hours:
varies

Address:
Glockson Building
1120 Summit Street
PO Box 130
Norwood, CO 81423

---

Staff:
Sheila Grother

BLM_0063746

Staff emails:
sheilag@sanmiguelcounty.org

BLM_0063747

# The San Miguel Watershed Plan





A Collaborative Management Framework for the San Miguel Basin

1998

Developed by the San Miguel Watershed Coalition

BLM_0063748



Hanging Flume : Lower San Miguel above the confluence with the Dolores River.

Photo. by Ralph Belsson

# Summary

The San Miguel Watershed contains an impressive diversity of landscapes, from the pristine high-altitude headwaters above Telluride to the red sandstone canyons at the confluence with the Dolores River some 80 miles downstream. The San Miguel River itself is considered one of the few remaining relatively ecologically and hydrologically intact river systems in Colorado.

Historically, the area's economy has been based primarily upon mining and agricultural operations. Recently, the upper basin's booming resort economy, coupled with a decline in traditional industries, has resulted in significant social, economic, and environmental changes. Basin communities are challenged with finding ways to enhance their long-term economic and cultural well-being while preserving landscape health.

In 1995, citizens, community groups, local governments, and state and federal agencies began taking a watershed approach to address concerns and opportunities in a way that balances economic needs and resource conservation. The San Miguel Watershed Coalition was formed with the mission to develop and implement a multi-jurisdictional watershed plan for the San Miguel Basin. The Coalition has provided an important opportunity for people to work together to solve problems, and for all Basin communities to collaborate on issues of regional concern.



**The San Miguel Watershed Coalition contains citizens from all parts of the Basin who agree on a vision of a watershed future with these common features:**

- A landscape maintained in good health through protection and responsible use of natural resources;

- A sustainable economy offering opportunities for growth and employment guided by a strong sense of community identity;

- A cooperative atmosphere where individuals, organizations and agencies work to create a balance between economic opportunity and resource conservation while respecting individual rights and differences in views;

- Availability of a diversity of high quality recreational opportunities;

- A citizenry educated about the close connection between resource conservation, economic vitality and quality of life and committed to good watershed stewardship.



BLM_0063750

The Coalition provides three principal benefits to the communities of the San Miguel Basin: coordination and facilitation; information and expertise; and enhanced funding opportunities. These services are accomplished by producing collaborative plans as an aid to sound decision-making (such as this Watershed Plan and subsequent biennial Action Plans), and by maintaining an ongoing forum for discussion and joint action. Citizens can become involved in Coalition activities in a myriad of ways, including serving on committees, providing information and expertise, and doing work in the field.

The San Miguel Watershed Plan is the result of hundreds of hours of collaborative work over the past three years. It is based upon the issues raised and ideas expressed by more than 150 Basin residents at a series of all-day public meetings held throughout the watershed. Subsequent focus groups fleshed out objectives and potential actions to address these issues and ideas. A planning team made up of local elected officials and staff from agencies and organizations gathered this information into a Watershed Plan.

*This Plan is not a regulatory document.* It provides a context for decision-making, offers management guidance, and provides a menu of potential actions. In some cases, the San Miguel Watershed Coalition itself can pursue these actions. Usually, however, the potential actions can only be realized if acted upon by local governments, agency officials and/or the private sector. The Plan is meant to be a work in progress that

will evolve over time with new information and ideas and the ongoing participation of basin residents.

Several key concepts occur repeatedly throughout this document: conservation and sustainable use; economic development; partnerships and cooperation; education and stewardship; local planning and decision-making; incentives; and research and data needs. These concepts are integral to the Coalition's mission and to this Watershed Plan.

The Plan will be implemented by a Coordinating Council, made up of representatives of Basin interest groups (ranchers, miners, recreationists) and jurisdictions. Representatives from the watershed's federal land management agencies will attend meetings in a non-voting capacity. The Coordinating Council will develop biennial Action Plans specifying priority tasks, promote the formation of Task Forces to focus on specific projects or issues, and conduct ongoing public outreach.

BLM_0063751

# Table of Contents

**Summary** • *page 1 - 2*

**Introduction** • *page 7 - 13*
  Overview of San Miguel Watershed
  Why is a watershed approach important?
  The San Miguel Watershed Coalition
  Mission
  Vision
  Purpose and use of the San Miguel Watershed Plan
  How will the people of the Basin benefit from the Coalition?
  How will the Coalition provide services?
  How can citizens become involved in the Coalition?
  What has the Coalition accomplished so far?

**Introduction to Objectives and Potential Actions** • *page 14 - 16*
  Common Elements
  Comments to the Plan
  Organization of this Chapter

**Theme 1:**  Growth and Community Preservation • *page 17 - 23*
  Background
  Objectives and Potential Actions

**Theme 2:**  Water • *page 24 - 28*
  Background
  Basin Hydrology
  Issues
  Goals
  Objectives and Potential Actions

**Theme 3:**  Natural Resources • *page 29 - 36*
  Background
  Issues
  Goal
  Objectives and Potential Actions

**Theme 4:**  Recreation • *page 36 - 46*
  Background
  Issues
  Goal
  Objectives and Potential Actions

**Theme 5:**  Education and Stewardship • *page 47 - 52*
  Background
  Issues
  Goals
  Objectives and Potential Actions

**Implementation** • *page 53 - 54*
  Background
  Organization and Structure
  Coordinating Council
  Management Coordination Committee
  Membership

**Acknowledgements** • *page 55*





San Miguel Watershed, Colorado
Major Tributaries, Municipalities and Highways

Major rivers
State Highways
Municipalities

BLM_0063753



Major Tributaries
San Miguel Watershed, Colorado

BLM_0063754



Photo by Brett Schreckengost

Ajax Mountain avalanches as Telluride residents watch. Fifty to sixty percent of the annual precipitation falls as snow in the high elevation headwaters of the San Miguel Basin.



BLM_0063755

# Introduction

## Overview of the San Miguel Watershed



The one-million-acre San Miguel Watershed lies within one of the largest remaining relatively undisturbed areas of North America. At its heart, the free-flowing San Miguel River extends for 80 miles from high alpine headwaters above Telluride to a desert confluence with the Dolores River. The San Miguel is considered to be one of the few remaining ecologically and hydrologically intact river systems in Colorado.

Historically, the area's economy has been based upon mining, ranching, logging, power production, and agricultural activities. More recently, the upper basin has been experiencing very high growth rates based upon the international reputation of Telluride's ski resort, high quality festivals and events, retirement and second home development, and a variety of outdoor recreational opportunities

For better or worse, the San Miguel Basin is changing. The upper Basin's shift to a resort economy, coupled with a decline of traditional industries, has altered social and economic patterns. Residents are concerned about a host of environmental issues, such as degrading riparian communities, the spread of noxious weeds, impacts to water quality and unstable river channels. Basin communities are challenged with find

ing ways to enhance their long-term economic and cultural well-being while preserving landscape health.

## Why is a watershed approach important?

A host of natural, social and economic issues have residents concerned about their future. But who is deciding the future of the San Miguel Watershed? A watershed-wide planning process, open to all, provides an opportunity for basin residents to claim informed local control of their environment and their lives.

A watershed approach brings together people with a diversity of perspectives and expertise. With the big picture in mind, solutions to specific problems will be well-founded, may address multiple areas of concern, and will be more likely to succeed. By teaming up, we can bring more resources to bear on problems in an efficient manner.

Also, a watershed approach transcends jurisdictional boundaries. It provides opportunities for coordination and collaboration that set the stage for win-win solutions. For the San Miguel, a watershed planning process offers lower Basin communities their first opportunity to collaborate with the upper Basin in decision-making about issues of regional concern.



BLM_0063756

# The San Miguel Watershed Coalition

In 1995, citizens, community groups, local governments, and state and federal agencies began taking a watershed approach to address concerns and opportunities in a way that balances economic needs and resource conservation. The San Miguel Watershed Coalition was formed, and has provided an important opportunity for participants to work together to solve problems, and for all Basin communities to collaborate on issues of regional concern.

## Mission

Through a process of collaborative planning and substantive public involvement, the San Miguel Watershed Coalition will help identify, prioritize, and facilitate action that will conserve and enhance the natural, cultural, and recreational resources and the social and economic vitality of our communities. The Coalition will provide a forum for agencies, jurisdictions, interest groups and individuals to discuss issues and opportunities on an ongoing basis.

## Vision

The San Miguel Watershed Coalition contains citizens from all parts of the Basin who share a passion for this extraordinary place. In spite of some historic and ongoing differences, we agree on a vision of a watershed future with these common features:

- A landscape maintained in good health through protection and responsible use of natural resources;

- A sustainable economy offering opportunities for growth and employment guided by a strong sense of community identity;

- A cooperative atmosphere where individuals, organizations and agencies work to create a balance between economic opportunity and resource conservation while respecting individual rights and differences in views;

- Availability of a diversity of high quality recreational opportunities;

- A citizenry educated about the close connection between resource conservation, economic vitality and quality of life and committed to good watershed stewardship.

Issues important to the watershed community began to be identified in 1995 through a series of all-day public meetings. Subsequent focus groups fleshed out objectives and potential actions to address these issues. A planning team made up of local elected officials and staff from agencies and organizations was formed to develop, out of this initial work, a Watershed Plan.



BLM_0063757

"The multi-jurisdictional and private interest-derived Plan will provide the citizens of San Miguel County with a meaningful opportunity to devise and support programs that balance ecological responsibility with sustainable preservation of resource use. San Miguel County looks forward to the rewarding challenges ahead as this process unfolds into new opportunities for all of us, and commends all of those who continue to participate in this process."

*- Jim Craft*
*San Miguel County Commissioner*

"Montrose County is in support of the Coalition's approach towards bringing together the citizens of the San Miguel watershed for constructive discussion for individual plans and collaborative futures"

*- Leo M. Large*
*Montrose County Commissioner*

## Purpose and use of the San Miguel Watershed Plan

The purpose of the San Miguel Watershed Plan is to assist Basin residents and resource managers in making decisions regarding the future of the San Miguel Watershed. The plan outlines a philosophy of watershed management (balancing economic opportunity with resource conservation), provides resource information, lists ideas for actions that can be taken to protect and improve Basin resources, and establishes a collaborative process for recom-

mending priorities and helping to implement actions. Potential actions included in the Plan may be implemented by individuals, interest groups, local jurisdictions, or state and federal agencies. Many of them rely upon partnerships, incentives, and education.

The Plan is not a regulatory document.. While some potential actions do address regulatory or management changes, these can only be implemented if acted upon by the appropriate, existing authorities at the local level.

It is important to note that the watershed plan is not meant to be a static, finished product. Rather, it is a work in progress that will change over time with new information and ideas. The plan will be valuable in direct proportion to the ongoing participation of Basin residents.



Members of the Watershed Coalition Planners Team and Management Coordination Committee on a river restoration site visit.



BLM_0063758

## How will the people of the Basin benefit from the Coalition?

The Coalition provides three principal benefits to the communities of the San Miguel Basin:

**coordination and facilitation**
**information and expertise**
**funding**

### • Coordination and facilitation

There is a historic tendency for the thinking of jurisdictions and agencies to end at their borders, missing valuable opportunities by failing to get the big picture. The Coalition provides a forum for collaborative effort whereby jurisdictions and agencies can work together to identify where their individual plans and projects overlap, conflict, or complement each other. This leads to greater efficiency, less duplication of effort, and a bigger bang for the buck. Already, agencies are beginning to coordinate their efforts, towns are talking, and the watershed as a whole is operating more efficiently.

### • Information and expertise

The Coalition includes long-time residents, skilled practitioners, scientists, and land and resource managers from a variety of agencies. By working in a collaborative atmosphere, the information and expertise resident in the Basin can be more easily accessed and better used.

### • Funding

A partnership of agencies, interests, and jurisdictions with a jointly held, community-derived, comprehensive view of watershed needs will be far more successful in attracting grants than these same entities fighting separately over the same pots of money. In 1996 and 1997, the Coalition was able to raise $500,000 in cash grants, coupled with an additional $700,000 in in-kind services, for watershed improvement projects.

## How will the Coalition provide these services?

We will provide coordination/facilitation, information/expertise, and funding through two avenues:

**planning documents**
**an ongoing forum**

### • Planning Documents

In producing the San Miguel Watershed Plan, the San Miguel Watershed Coalition worked to connect the efforts of seven towns, two counties, eight state and federal agencies, as well as hundreds of Basin residents and interest groups. The Plan represents the most current information and the best ideas and expertise of a wide variety of people throughout the Basin. The Plan offers direction for watershed management, and provides a compendium of potential actions.



BLM_0063759

Based on the Watershed Plan, the Coordinating Council of the Coalition will develop an Action Plan every two years recommending priority actions that can be taken by the appropriate watershed entities. (The Coordinating Council is described more fully in the implementation chapter.)

Like the Watershed Plan, the biennial Action Plans will not have any binding authority. They are not regulatory documents. The purpose of the Action Plans is to provide direction to and empower those with implementation authority or ability.

As a product of collaborative, community-based decision making, projects listed in the Watershed Plan, and more particularly the biennial Action Plans, will enjoy an increased likelihood of success in attracting grant monies for implementation. Granting agencies and foundations today place a high value on projects that demonstrate partnerships, collaborative planning, and community support.

## • Ongoing Forum

The Coordinating Council of the Coalition will meet on an ongoing basis, providing a forum for individuals, interest groups, jurisdictions and agencies to discuss problems, establish partnerships and discover opportunities. This collaborative atmosphere will afford better coordination of watershed improvement projects. It will also provide a clearinghouse for those seeking information on best management practices, permit requirements, or funding

sources. And it will serve to put people in touch with available local and regional expertise. Once a year, the Council will hold a plenary session where all citizens of the watershed will be invited to review the Council's work and provide advice.

It is expected, from time to time, that the Coordinating Council will be asked to help facilitate solutions to sensitive or difficult situations. When such a request is accepted, the Coalition's position will be to act from the standpoint of illuminating issues and concerns, bringing the best expertise to bear, and designing win/win solutions.

The Coordinating Council will promote the formation of Task Forces of interested citizens and professionals to research topics of concern, or address specific problems. Examples could be surveying recreational users or mining operators, creating useful watershed maps, or conducting on-the-ground field data collection or restoration work. Participation on a Task Force will provide citizens with a way to become actively involved with the Coalition in areas that concern or excite them. Already an educational task force has formed and is working to establish living classrooms, or outdoor laboratories for students from the Basin's three school districts.



## How can citizens become involved in the Coalition?

The effectiveness of the Coalition depends directly upon the knowledge, skills, and participation of the citizens of the San Miguel Basin. Come join us. Here's how:

### • Serve on a committee

Serve on the Coordinating Council as a representative of an interest group. Become a member of a Task Force focused on an area of your interest or expertise.

### • Be a steward

Adopt a stretch of river, stream, or piece of land and visit it often. (If it is privately owned, get permission to be there). Observe and document changes, both positive and negative, and keep the landowner informed. Learn to assess the health of different ecosystems, and when you learn, teach the rest of us.

### • Take photos

Pick a theme (waterfowl, vegetation) or a certain location and photograph it for an extended period of time to document the change or range in the subject. Find photographs taken 10 or more years ago, and take one now from the same point. Show your work to others.

### • Conduct historical research

What was the original meander pattern of the San Miguel River? What did the original valley look like? Newspapers, oral histories, and historic photos can be the basis for "then" and "now" views of land use and environmental changes. Evidence for "the way it" was can be vitally important for resource management.

### • Monitor resources

Count trees, wildlife, benthic macroinvertebrates or take water flow measurements. Collect data over a period of time. Record the information in a systematic way for future use.

### • Make presentations

Many groups (schools, service organizations) are looking for speakers who can entertain and inform, and many of these organizations include new or part-time residents. If you enjoy playing to an audience, then making presentations could be your contribution.

### • Organize

Be the brains behind a workshop, conference, focus group, meeting, field trip, photo exhibit or demonstration.

### • Join work party

Organize or join a work party to plant vegetation, clean up a stream, help repair fences or trails, or declare war on noxious weeds.

### • Write an article

It is much easier to find a book about a tropical rain forest than about the San Miguel River Basin's natural systems. Write an article, for any age, that will improve knowledge of this place and its natural history.



### • Manage a Database

Organize information, collected by you or others, on a computer database, and make the data accessible to others. Gathering information about birds, fish, frogs, butterflies and ice flows can be very interesting, and it can have long term scientific value. There are northern goshawks in these forests. Can you help document their presence?

### • Keep informed

Get on the mailing list to receive the Coalition's newsletter. Attend Coordinating Council meetings to get information, discuss concerns, or just keep abreast of what's happening in the watershed. Come to the annual Plenary Sessions to review the Council's work.

**What has the Coalition accomplished so far?** Besides the development of this Watershed Plan, the Coalition has helped to advance numerous efforts:

- In-stream flow assessment
- Water source protection projects
- River restoration studies
- Wetland identification and mapping
- Siltation and storm water protection studies
- Watershed educational planning, and funding for "Living Classrooms" and educational videos
- Integrated weed control efforts

- Support for stewardship programs: River Ranger and Greenbucks
- Geographic Information Systems (GIS) mapping grant from GOCO
- GIS equipment grant from the Smithsonian Institution
- Watershed Land Sat classification studies
- Continued public involvement and ongoing exploration of important watershed issues
- Improved coordination between federal agencies
- Improved communication between towns, governments at all levels, and Basin citizens

The existence of the draft San Miguel Watershed Plan was instrumental in securing many of the grants received by Coalition members in 1997. See background document for a complete list of 47 projects supported by the Coalition that were ongoing in 1997.



# Introduction to Objectives and Potential Actions

The overriding goal of this plan is the health of the San Miguel Basin. To achieve and sustain this goal, there are three primary tasks: 1) to protect what is healthy, 2) to restore what is degraded, and 3) to plan appropriately for future development and use. The management framework presented here contains 34 specific objectives and almost 300 recommended actions designed to advance these three tasks.

In moving toward the goal of watershed health, we must begin to acknowledge the interconnectedness of the Basin's natural, economic, cultural, social, and recreational resources. By its very nature, a watershed is primarily about linkages and connections, a fact long recognized not only by scientists and naturalists but by Basin residents and ranchers as well.

## Common Elements

Throughout this chapter, certain concepts crop up repeatedly whose elements are integral to the five major themes of the Watershed Plan (water, natural resources, growth and community preservation, education and stewardship, and recreation):

### • Resource Conservation

Gifford Pinchot, the first director of the U.S. Forest Service, defined conservation as the "wise use of our natural resources." And Aldo Leopold, the father of modern conservation, rephrased the definition of conservation as "a state of harmony between man and the land." At no time has this been of greater relevance than now, as we continually face crises born of the interplay between historic land use, modern values, development, and resource capabilities.

### • Economic Development

Conservation of Basin resources is not possible without accommodating the economic development needs of watershed communities. All of the Plan's recommendations, either directly or indirectly, address economic development, conservation, or both. These are the two central concerns of the San Miguel Basin, and together provide the dichotomy and the tension within which creative solutions may emerge.

### • Sustainable Use

If we harvest timber, graze livestock, hunt wildlife, raft rivers, develop tourist sites, and mine non-renewable resources we endeavor to do so in such a way as to manage renewable resources so they continue to provide those resources for generations, and we manage the reclamation and practices of non-renewable resources extraction so as not to damage adjoining or future uses.



BLM_0063763

### • Partnerships and Cooperation

Many of the management recommendations here are based on the premise that as often as possible we should be working together to make sustainable decisions for the future of the watershed. This means increased communication, cooperation, and coordination among diverse players who share common interests. It means new partnerships among government agencies, community organizations, business interests, landowner groups, and citizen representatives. Strengthened partnerships enable broad-based understanding, promotion, and support of locally led conservation and economic development efforts. Regarding governmental services, the need is less for new programs than for full-implementation of existing ones. Efforts toward this end can be strongly leveraged through partnerships.

### • Education and Stewardship

One of the five resource management themes of the Plan, education and stewardship reflect a central principle of watershed health -- the importance of increased public understanding of the workings of natural systems. In order to practice sustainable resource management, we must not only be educated, but act responsibly as good stewards of the land. Education is also the focus of specific actions that appear under the heading of each of the other four themes, addressing the need for increased awareness and access to information about the ecological and economic value of specific resources and how to better manage these resources for sustainability.

### • Local Planning and Decision Making

Many recommendations in this Watershed Plan are directed toward local officials and communities. This reflects an awareness that the most significant decisions regarding land use, economic development and conservation are made at the local level.

### • Incentives

Incentives are favored in this document to address many of the issues identified here rather than relying too heavily upon regulations to accomplish an objective. By using incentives, one honors the individual and helps foster an attitude of stewardship for land and resources.

### • Research and Data Needs

A final common element is the need for further research about the various components of the watershed and its natural systems. Increased data can fill the gap in our knowledge base, allowing more effective management decisions to be made. Specific data needs are sometimes called out after recommended actions.

## Comments to the Plan

Comments to the Watershed Plan have ranged from "brilliant" to "burn it." They've included concerns over style; tone and balance; suggestions on missing topics and gaps in the information; corrections in the content; general advice and guidance; philosophical support; and strong opposition. Each comment was taken very seriously. Many were incorporated into the text. Some



action items were changed or deleted as a direct result of the comments received. The final draft document was copy edited for balance in tone and style, and it was drastically reduced in length.

The Coalition acknowledges that some residents of the San Miguel Basin may distrust this process and see no benefit to working cooperatively toward mutual goals or a common vision of the future. But, assessing the Plan's primary goal of watershed health, the value of the recommended cooperative actions seems, in the end, to outweigh these real if dissenting concerns.

### Organization of this Chapter

The following objectives and potential actions are discussed in five discrete thematic groupings - water, natural resources, growth and community preservation, education and stewardship, and recreation. However, these topics are intimately interrelated, and to successfully address watershed health, they must be considered together as an integrated whole.

The objectives and potential actions represent the work of over 150 Basin residents, local officials, and agency staff who attended day-long public meetings, participated on task forces, served on the planning team, provided feedback at community presentations and/or contributed through one-on-one communication. The issues addressed in this Watershed Plan are the watershed community's issues, and the actions listed to address these issues are the community's suggested actions.

In some cases, the San Miguel Watershed Coalition itself can pursue the "potential actions." Often, however, the potential actions can only be realized if acted upon by agency officials, local governments, and/or the private sector.



Norwood rancher moving cattle.



BLM_0063765



## Theme 1

# Growth and Community Preservation

### Background

The San Miguel Basin has a rich and colorful history. The Telluride area developed from underground hard-rock mining. The Norwood area developed mostly as a ranching and timbering center. And the Nucla and Naturita areas developed largely as a result of underground uranium mining. The resulting cultural and philosophical differences are significant between upper and lower basin communities due to the characteristic way each area has developed historically.



Marco Zadra's sheep and sheep herders heading for summer range

In years past, many people migrated to the San Miguel Basin seeking jobs in mining (the boom). When mining slowed, frequently people left seeking work elsewhere causing a population downturn (the bust). It has taken San Miguel County 50 years (1940 to 1990) to gain back the population it had in boom times prior to 1940.

Seeing the impending economic bust from the proposed closing of the Idarado Mine, Telluride opened a ski area in 1972. Since that time, the Telluride region has become the main engine of change in the watershed. The economy has experienced a major shift from mining to a service-related economy in tourism.



Redvale volunteer fire-fighters in training. Long commutes affect the vitality of rural communities which rely on volunteers for critical emergency services

The lower Basin has maintained a portion of its economy in mining. Today many people are choosing to live in the watershed because they like the lifestyle and are willing to do what's necessary to stay.

Recent resort growth in Telluride has spurred a whole series of ripple effects in outlying communities. Due to inflated land and property values, Telluride workers cannot afford to live there. They seek less expensive alternatives in



BLM_0063766

other communities such as Norwood or even much farther away. The result is traffic congestion on the narrow mountain roads, safety problems, air pollution and higher costs for workers.

While growth and development generates new tax revenues, these revenues are often not generated in places where they are most needed. An example is the need for emergency medical services in outlying communities. Cultural vitality suffers at both ends of a long commute. Agricultural lands and open space are swallowed up by development. Once again, the economy is largely dependent upon one major economic sector and, therefore, susceptible to national economic trends.

# Objectives and Potential Actions

**Objective 1: Provide affordable housing in the Telluride service area to accommodate demand from lower income populations.**

## Potential Actions

- Hold a Basin-wide conference on the housing issue.

- Make housing a focus of coordinated planning between each of the planning efforts going on in the Basin at this time.

- Create a wider range of housing supply from seasonal to long term family. Seek federal incentives for ownership and develop more seasonal housing options.

- Consider options such as sweat equity, zoning for mobile home parks, rental price controls, and multiple owner housing.

- Consider more public/private partnerships to increase housing supply.

- Investigate opportunities for acquiring Bureau Land Management and US Forest Service lands to locate affordable housing.



Telluride Mountain Village.
New Construction valuation for the
upper Basin totalled approximately a
100 million dollars in 1997.

Photo by Rob Huber



BLM_0063767



Aspen harvest.                    Photo by Rob Huber

**Objective 2: Provide transportation alternatives and other measures to ease traffic and parking congestion.**

### Potential Actions

- Coordinate the several transportation planning efforts under way.

- Complete and implement a regional transportation plan.

- Promote a regional park-n-ride system, car-pooling vouchers, and employer purchased bus vouchers as part of worker compensation and other techniques to decrease traffic congestion.

- Find ways to raise local wages, promote telecommuting, and promote the purchase of locally produced goods and services to retain good paying local jobs in order to reduce commuting and, therefore, ease traffic pressures.

- Encourage the Colorado Department of Transportation to build turnouts along the narrow mountain highway commuting corridors and seek new driving regulations from the state legislature requiring slow vehicles to use these turnouts.

**Objective 3: Maintain the Basin's rural character by preserving land in agriculture and open space.**

### Potential Actions

- Investigate, develop and enhance means to assure the profitability of ranching.

- Provide ranchers incentives to preserve open space and protections from development pressures.

- Consider Homestead Exemptions to help people stay on the land in the face of rising property taxes.

- Use planning and zoning effectively to promote both urban and rural lifestyles.

- Investigate the use of transferable development rights, cluster development, infilling and other voluntary planning tools to transfer development to the most suitable locations in the Basin.

- Use determinations of sustainability for critical limiting natural resources (such as water or habitat) to guide growth plans.



**Objective 4: Diversify the Basin's economy maintaining traditional industries while creating opportunities for new enterprises.**

### Potential Actions - Overall

- Couple up with existing economic development opportunities locally and regionally and apply a watershed-wide economic development criteria.

- Explore appropriate grants and programs to provide incentives for suitable business growth.

- Since tourism impacts now rival logging and mining impacts, promote jobs that direct and lower the impacts of tourism, such as guide services.

- Encourage small locally generated business and cottage industries.

- Identify through regional planning the most appropriate industries for different areas, and target training at regional technical schools accordingly.

- Explore the availability of existing revolving loan funds at Region 10 or elsewhere to develop sustainable industries.

- Support environmentally sustainable logging and ranching and environmentally sound mining on public and private lands.



### Potential Actions - Logging

- Provide facilitative services to opposing groups and agencies to reduce delays and appeals in order to assure a steady, sustainable supply of timber to the local industry.

- Investigate applying the concept of certified forest products which ensures that trees are harvested in a sustainable and environmentally sound manner.

- Involve the public more in the forest planning process.

- Develop specific criteria to determine when logging or other forest management practices, such as fuel reduction, are needed within the BLM's Area of Critical Environmental Concern (ACEC) to meet forest health and riparian management objectives.

- Develop joint BLM/USFS fuelwood gathering policies, targeting areas that can be effectively used by the public and in which vegetative management goals can be reasonably met.

- Consider incentives to promote fuelwood gathering in more remote areas, consider exceptions to restrictions on off-highway vehicle use in designated fuelwood gathering areas.



20

BLM_0063769



At the Norwood Rodeo.      Photo by Bob Chickering

## Potential Actions - Grazing

- Develop management plans for grazing that are flexible enough to address existing and changing conditions in the livestock industry and an individual permittee's needs.

- Undertake efforts to ensure that media coverage and user education efforts are balanced in presenting grazing issues. Use the Infozone as one tool to get grazing information out to a diverse public.

- Continue to work with permittees on compliance, and enforce the terms and conditions of grazing permits including using measurable objectives for riparian pastures and rangeland health standards.

- Support proposed grazing actions that are consistent with goals and objectives for improved landscape health developed in the Mesa Creek and Dry Creek Basin Coordinated Resource Management Plans.

- Support continued coordination among private and public land grazing interests particularly among BLM, USFS, and the Natural Resource Conservation Service (NRCS), and identify ways to improve communication.

- Where range improvements are located near visitor concentration areas (in the San Miguel Recreation Management Area), any improvements should be designed to enhance recreation experiences.

- Support protection of rangeland condition and stock driveway use from recreational impacts. Identify high incidence areas of recreational and grazing conflicts.

- Maintain and ensure the legal right of cattlemen to use stock driveways.



Telluride Bluegrass 1997      Photo by Bob Huber



## Potential Actions - Mining

- Work with mining interests to help them be assured of a future in mining, including maintaining profitability of their enterprises.

- Develop better coordination among agencies, Basin communities and Basin counties regarding the mining permitting process as well as the assessing and monitoring of mitigation measures included in the permits.

- Encourage a proactive approach by identifying alternative sources of gravel that are closer to where the need is.

- Encourage recycling of gravel, asphalt, etc.

- Work with gravel operators to better address problems of traffic, dust and other potentially hazardous conditions associated with gravel hauling.

- Encourage development of limestone sources that provide cleaner gravel.

- Monitor casual use mining operations to determine if additional regulations are needed to minimize impacts to recreational facilities, riparian areas, etc.



Western Fuels Colorado owns and operates Nucla's state-of-the-art coal mine.

Photo by John Fago

## Objective 5: Enhance coordination and collaboration between watershed communities about growth and other key issues.

### Potential Actions

- Gain acceptance of the San Miguel Watershed Coalition as a regional entity whose purpose is to preserve and enhance the Basin's economy, culture and environment.

- Develop planning structures that include Basin-wide participation by all parties, such as the Scenic Byway Council.

- Develop coordinated planning among each of the current and proposed planning efforts throughout the watershed. Identify Basin-wide priorities, promote effective collaboration and secure funding. For example, develop memoranda of understanding among entities and/or joint review of watershed-wide issues.

- Hold watershed-wide conferences to solicit public opinion on key watershed issues such as housing, transportation and economic development.

- Provide multiple avenues for citizen input such as using surveys to get feedback from people not usually involved in meetings and seek opportunities to bring diverse groups together for dialog.

- Produce a watershed calendar to spread news of events, important meetings, and planning efforts. The calendar would emphasize coopera-

22

BLM_0063771

tion and ground level management, intergovernmental relations and relations among diverse groups in the watershed.

- Encourage more lower-Basin planning (e.g. master plans).

- Rotate the location of agency and county government meetings to increase the flow of information and enhance trust.

**Objective 6: Enhance coordination and collaboration between local, state and federal governments involved in watershed decisions.**

### Potential Actions

- Gain acceptance of the San Miguel Watershed Coalition's role as the watershed's voice in a new way of doing business.

- Work closely with federal and state land management agencies and local organizations (e.g. soil conservation and water conservation districts, and weed management boards, etc.) on pertinent watershed issues.

- Integrate regional concerns into federal and state planning, such as including regional impacts in the cost/benefit analysis of ski area expansion.

- Emphasize the need for government at all levels in the watershed to work better together and develop a process to foster this approach.

- Provide ways for the citizens in the Basin to offer more collective input into issues that deal with federal, state and local governments.

- Coordinate with and educate congressional delegations about important watershed issues.



Corral on Wright Mesa near Lone Cone

Photo by Bob Chickering



## Theme 2

# Water

## Background

In the semi-arid western states, the quantity and quality of water supplies are major issues that shape and limit community development. The San Miguel Basin is no exception.

Rapid increases in tourism, growth and development are causing concern, as consumptive water use continues to grow. With the increased use of water, adequate instream flows necessary to protect and sustain the natural resources and values associated with the Basin's river systems are at risk, as are municipal water systems and water needed to maintain the area's agricultural base. Another Basin-wide issue is the concern over impacts to local water supplies from potential water demands needed to recover endangered fish species in the lower Dolores River and the Colorado River.

Water quality, sufficient to protect the various water uses, is also an issue. In the upper Basin growth and tourism are contributing to nonpoint sources of water pollution, such as sediment and nutrient loading. With increased dispersed recreation, biological pathogens provide an increasing threat to domestic and municipal water systems (source water areas). Reclamation efforts have reduced heavy metal pollution from historic mining practices in some upper Basin tributaries, but several heavily polluted drainages still exist.

Rangeland health is an issue, especially in the more arid expanses of the lower portions of the Basin, where accelerated levels of sediment and salinity are introduced into surface waters. Maintaining healthy and diverse vegetation communities on these rangelands is important to protect water quality, minimize soil loss, and maintain rangeland productivity.

The issues, goals, and objectives listed below are but a few of those identified during several public meetings held throughout the San Miguel Basin. The potential actions were selected as priorities for the San Miguel Watershed Coalition, because of the Coalition's capability of providing information, expertise, coordination, and funding towards achieving these recommended objectives.



The Nature Conservancy Preserve in Illium Valley. The San Miguel River is noted for long stretches of high quality riparian vegetation.



BLM_0063773

## Basin Hydrology

The San Miguel River is tributary to the Dolores River in the upper Colorado River System. The headwaters of the San Miguel River are located in the high elevation alpine zone of the San Juan Mountains. The mainstem flows in a northwesterly direction for over 80 miles and drops 7,940 feet in that distance, for an average river slope of 1.9 percent. The river drains approximately 1,550 square miles at its confluence with the Dolores River, below the old town site of Uravan.

The average annual precipitation in the San Miguel Basin is 24 inches per year, and varies from a low of less than 12 inches at the river's mouth, to over 50 inches in the high elevation headwaters. Fifty to sixty percent of the annual precipitation falls as snow. The remainder occurs as rainfall during spring frontal storms, and in late summer and fall as high-intensity, short duration storms. Approximately 60 percent of the Basin area is semi-arid rangeland and agricultural lands, both comprising the relatively lower elevations. The remaining 40 percent of the Basin is higher elevation forest and alpine zones, which receives most of the precipitation.

The annual water yield of the San Miguel Basin is approximately 240,000 acre-feet with a mean annual flow of 333 cubic feet per second (cfs), as measured at the United States Geological Survey stream gage near Uravan. Snowmelt runoff from April to July produces the dominant high flow for the river system. However, high flows of



Wrights Mesa rancher lays pipe to conserve agricultural water.

short duration are common in response to high-intensity storm events in August and September. After the snowmelt season, river flow begins to recede, reaching the annual low during the winter months. An exception to this occurs in a reach of the mainstem, downstream of the confluence of Horsefly Creek, where water diversions for irrigation can entirely deplete river flow during the growing season.

### Issues

- Opportunities for additional water conservation efforts.

- Limited water availability for the Towns of Nucla, Norwood, Naturita and Telluride, and agricultural interests throughout the Basin.

- Instream flows and lake levels necessary to conserve water dependent resources and values.

- Providing water sources on public



BLM_0063774

lands to satisfy public uses and conserve natural resources.

- Impacts to water users from bypass flows required by the U.S. Forest Service.

- Nonpoint sources of water pollution.

- Basin-wide implications of existing and planned water developments.

## Goals

- A balance is maintained between water diversions and instream flows, and between human uses and the uses needed to sustain natural resources.

- Water quality remains suitable to meet the present and future needs of the Basin.



Irrigation in Naturita Town Park.

Photo by John Fago

# Objectives and Potential Actions

**Objective 1:   Promote water conservation efforts in the agricultural and residential communities of the San Miguel Basin.**

### Potential Actions

- Support the development of a water conservation plan for the San Miguel Basin.

- Encourage towns and counties to consider water efficiency in planning efforts.

- Support the San Miguel Basin Soil Conservation District program of providing assistance to agricultural water users for irrigation and water management improvements (ongoing).

- Coordinate the preparation of a water conservation position paper for local governments and development interests, and a public education paper for the general populace.

**Objective 2: Within the framework of Colorado Water Law, manage instream flows to achieve sustainable river values and resources.**

### Potential Actions

- Support the preparation of a comprehensive instream flow assessment, using flow and stream morphology data, to determine flow and other hydrologic attributes needed to maintain resources and values provided by stream and river systems (ongoing).



26

BLM_0063775


- Promote and support the use of the Colorado Water Conservation Board's Instream Flow and Lake Level Program for managing instream flows and lake levels throughout the Basin.

- For public information purposes, support and coordinate the preparation of a summary of the instream flow assessment, the benefits of managing for instream flows, and an overview of the state's instream flow program.

**Objective 3:  Manage water sources on public lands to support appropriate land uses and conserve the natural resources associated with these lands.**

### Potential Actions

- Support the land management agencies in the Basin in their efforts to retain the use of water sources on their respective lands, needed for the management of those lands for present and future generations.

- Promote collaboration between the U.S. Forest Service and local water users in regard to special use permits and bypass flows.



Urban street run-off leaves a blanket of silt in the San Miguel River, a problem being addressed through Telluride's Streetscape Program with state and federal grant funds.

**Objective 4:  Minimize non-point source pollution of surface and ground water from sediment, biological pathogens, excess nutrients, urban pollutants, heavy metals and hazardous wastes in order to meet or exceed existing water uses.**

### Potential Actions

- Support and promote road management efforts that minimize sediment production, that provide sufficient buffers between roads, streams and geologic hazard areas, and that minimize applications of road deicers and sand.

- Support restoration of unstable river reaches to reduce sediment loading and/or promote healthy riparian areas.

- Promote adequate sanitary facilities, and support actions that minimize soil erosion in high-use recreation areas.

- Promote coordinated, watershed-wide water quality monitoring, with the needed consistency in water collection and analysis to allow comparable results.

- Support hazardous material responses on routes in the San Miguel Basin, and promote building in safety features as routes need improvement.

- Support collaborative efforts, such as the Dry Creek and Mesa Creek Coordinated Resource Management Plan's, that have as objectives the reduction of sediment and salinity

